US008014760B2

(12) **United States Patent**

Forstall et al.

(10) Patent No.: **US 8,014,760 B2**

(45) Date of Patent: **Sep. 6, 2011**

(54) **MISSED TELEPHONE CALL MANAGEMENT FOR A PORTABLE MULTIFUNCTION DEVICE**

(75) Inventors: **Scott Forstall**, Mountain View, CA (US); **Greg Christie**, San Jose, CA (US); **Scott Herz**, Santa Clara, CA (US); **Imran Chaudhri**, San Francisco, CA (US); **Michael Matas**, Palo Alto, CA (US); **Marcel Van Os**, San Francisco, CA (US); **Stephen O. Lemay**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 766 days.

(21) Appl. No.: **11/769,694**

(22) Filed: **Jun. 27, 2007**

(65) **Prior Publication Data**

US 2008/0057926 A1    Mar. 6, 2008

**Related U.S. Application Data**

(60) Provisional application No. 60/879,469, filed on Jan. 8, 2007, provisional application No. 60/879,253, filed on Jan. 7, 2007, provisional application No. 60/883,782, filed on Jan. 6, 2007, provisional application No. 60/824,769, filed on Sep. 6, 2006.

(51) **Int. Cl.**
*H04M 1/725* (2006.01)
*H04M 1/56* (2006.01)
*H04M 3/42* (2006.01)
*H04M 3/00* (2006.01)

(52) **U.S. Cl.** .......... **455/412.2**; 379/142.01; 379/201.01; 379/418

(58) **Field of Classification Search** .............. 455/412.2; 379/142.01, 201.01, 418
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,619,555 A | 4/1997 | Fenton et al. ................... | 379/67 |
| 5,627,567 A | 5/1997 | Davidson ..................... | 345/173 |
| 5,633,912 A | 5/1997 | Tsoi ............................. | 379/58 |
| 5,644,628 A | 7/1997 | Schwarzer et al. ........ | 379/93.19 |

(Continued)

FOREIGN PATENT DOCUMENTS

DE        199 83 569        10/2001

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion for International Application No. PCT/US2007/077307, mailed Jul. 22, 2008.

(Continued)

*Primary Examiner* — Marivelisse Santiago Cordero
(74) *Attorney, Agent, or Firm* — Morgan, Lewis & Bockius LLP

(57) **ABSTRACT**

In one aspect of the invention, a computer-implemented method is disclosed for use in conjunction with a portable electronic device with a touch screen display. A list of items comprising missed telephone calls is displayed. Upon detecting user selection of an item in the list, contact information is displayed for a respective caller corresponding to the user selected item. The displayed contact information includes a plurality of contact objects that include a first contact object, comprising a telephone number object having a first telephone number associated with the missed telephone call, and a second contact object. Upon detecting user selection of the second contact object, a communication with the respective caller is initiated via a modality corresponding to the second contact object.

**22 Claims, 64 Drawing Sheets**



US 8,014,760 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,701,340 A | 12/1997 | Zwick | 379/204 |
| 6,047,054 A | 4/2000 | Bayless et al. | 379/202 |
| 6,070,068 A | 5/2000 | Sudo | 455/414 |
| 6,088,696 A | 7/2000 | Moon et al. | 707/10 |
| 6,236,854 B1 | 5/2001 | Bradshaw, Jr. | 455/416 |
| 6,259,436 B1 | 7/2001 | Moon et al. | 345/173 |
| 6,269,159 B1 | 7/2001 | Cannon et al. | 707/102 |
| 6,298,045 B1 | 10/2001 | Pang et al. | 370/261 |
| 6,392,999 B1 | 5/2002 | Liu et al. | 370/260 |
| 6,396,531 B1 | 5/2002 | Gerszberg et al. | 348/14.01 |
| 6,424,711 B1 | 7/2002 | Bayless et al. | 379/355.09 |
| 6,430,284 B1 | 8/2002 | Jones | 379/229 |
| 6,505,040 B1 | 1/2003 | Kim | 455/416 |
| 6,516,202 B1 | 2/2003 | Hawkins et al. | 455/556 |
| 6,535,730 B1 | 3/2003 | Chow et al. | 455/416 |
| 6,538,806 B2 | 3/2003 | Endo et al. | 348/14.08 |
| 6,577,721 B1 | 6/2003 | Vainio et al. | 379/202.01 |
| 6,593,949 B1* | 7/2003 | Chew et al. | 715/841 |
| 6,768,722 B1 | 7/2004 | Katseff et al. | 370/260 |
| 6,839,417 B2 | 1/2005 | Weisman et al. | 379/204.01 |
| 7,007,239 B1 | 2/2006 | Hawkins et al. | 715/780 |
| 7,031,728 B2 | 4/2006 | Beyer, Jr. | 455/456.3 |
| 7,050,557 B2 | 5/2006 | Creamer et al. | 379/205.01 |
| 7,184,428 B1 | 2/2007 | Gerszberg et al. | 370/352 |
| 7,185,058 B2 | 2/2007 | Blackwell et al. | 709/206 |
| 7,231,208 B2 | 6/2007 | Robertson et al. | 455/416 |
| 7,251,479 B2* | 7/2007 | Holder et al. | 455/412.2 |
| 7,289,614 B1* | 10/2007 | Twerdahl et al. | 379/142.01 |
| 7,295,852 B1 | 11/2007 | Davis et al. | 455/518 |
| 7,680,513 B2* | 3/2010 | Haitani et al. | 455/556.2 |
| 7,685,530 B2* | 3/2010 | Sherrard et al. | 715/764 |
| 7,720,218 B2 | 5/2010 | Abramson et al. | 379/428.03 |
| 2001/0049283 A1 | 12/2001 | Thomas | 455/426 |
| 2002/0045438 A1 | 4/2002 | Tagawa et al. | 455/412 |
| 2002/0073207 A1 | 6/2002 | Widger et al. | 709/227 |
| 2002/0077158 A1 | 6/2002 | Scott | 455/567 |
| 2002/0093531 A1 | 7/2002 | Barile | 345/753 |
| 2002/0128036 A1 | 9/2002 | Yach et al. | 455/552 |
| 2003/0073430 A1 | 4/2003 | Robertson et al. | 455/416 |
| 2003/0138080 A1 | 7/2003 | Nelson et al. | 379/88.16 |
| 2003/0142138 A1 | 7/2003 | Brown et al. | 345/797 |
| 2003/0142200 A1 | 7/2003 | Canova, Jr. et al. | 348/14.08 |
| 2003/0198329 A1 | 10/2003 | McGee | 379/202.01 |
| 2004/0047461 A1 | 3/2004 | Weisman et al. | 379/202.01 |
| 2004/0203674 A1 | 10/2004 | Shi et al. | 455/415 |
| 2005/0015495 A1 | 1/2005 | Florkey et al. | 709/227 |
| 2005/0048958 A1 | 3/2005 | Mousseau et al. | 455/415 |
| 2005/0074107 A1 | 4/2005 | Renner et al. | 379/202.01 |
| 2005/0078613 A1 | 4/2005 | Covell et al. | 370/260 |
| 2005/0094792 A1 | 5/2005 | Berthoud et al. | 379/202.01 |
| 2005/0101308 A1 | 5/2005 | Lee | 455/416 |
| 2005/0123116 A1 | 6/2005 | Gau | 379/202.01 |
| 2005/0157174 A1 | 7/2005 | Kitamura et al. | 348/207.99 |
| 2005/0286693 A1 | 12/2005 | Brown et al. | 379/114.28 |
| 2006/0002536 A1* | 1/2006 | Ambrose | 379/201.01 |
| 2006/0015891 A1 | 1/2006 | Hawkins et al. | 715/780 |
| 2006/0030369 A1 | 2/2006 | Yang | 455/566 |
| 2006/0035632 A1 | 2/2006 | Sorvari et al. | 455/552.1 |
| 2006/0063539 A1 | 3/2006 | Beyer, Jr. | 455/456.3 |
| 2006/0121925 A1 | 6/2006 | Jung | 455/518 |
| 2006/0132595 A1 | 6/2006 | Kenoyer et al. | 348/14.08 |
| 2006/0168539 A1 | 7/2006 | Hawkins et al. | 715/780 |
| 2006/0178137 A1 | 8/2006 | Loveland | 455/414.1 |
| 2006/0199612 A1 | 9/2006 | Beyer, Jr. et al. | 455/556.2 |
| 2006/0205432 A1 | 9/2006 | Hawkins et al. | 455/552.1 |
| 2006/0222168 A1 | 10/2006 | Curley | 379/267 |
| 2006/0264205 A1 | 11/2006 | Gibbs | 455/413 |
| 2006/0281449 A1* | 12/2006 | Kun et al. | 455/418 |
| 2007/0082697 A1 | 4/2007 | Bumiller et al. | 455/552.1 |
| 2007/0091830 A1 | 4/2007 | Coulas et al. | 370/260 |
| 2007/0111743 A1 | 5/2007 | Leigh et al. | 455/518 |
| 2007/0115919 A1 | 5/2007 | Chahal et al. | 370/352 |
| 2007/0116226 A1 | 5/2007 | Bennett et al. | 379/202.01 |
| 2007/0117508 A1 | 5/2007 | Jachner | 455/3.06 |
| 2007/0123239 A1 | 5/2007 | Leigh | 455/418 |
| 2007/0123320 A1 | 5/2007 | Han et al. | 455/575.1 |
| 2007/0133771 A1* | 6/2007 | Stifelman et al. | 379/142.01 |

| | | | |
|---|---|---|---|
| 2007/0149188 A1 | 6/2007 | Miyashita et al. | 455/426.1 |
| 2009/0280868 A1 | 11/2009 | Hawkins et al. | 455/566 |
| 2010/0273466 A1 | 10/2010 | Robertson et al. | 455/416 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 804 009 A2 | 10/1997 |
| EP | 0 804 009 A3 | 10/1997 |
| EP | 0 859 498 A2 | 8/1998 |
| EP | 1 069 791 A1 | 1/2001 |
| EP | 1 621 983 A2 | 2/2006 |
| EP | 1 635 543 A1 | 3/2006 |
| EP | 1 763 243 A2 | 3/2007 |
| GB | 2 338 141 A | 12/1999 |
| WO | WO 97/08879 | 3/1997 |
| WO | WO 98/30002 A2 | 7/1998 |
| WO | WO 98/48551 A2 | 10/1998 |
| WO | WO 99/16181 | 4/1999 |
| WO | WO 00/16186 | 3/2000 |
| WO | WO 00/38042 A1 | 6/2000 |
| WO | WO 02/32088 A2 | 4/2002 |
| WO | WO 03/060622 A2 | 7/2003 |
| WO | WO 03/060622 A3 | 7/2003 |
| WO | WO 2004/031902 A2 | 4/2004 |
| WO | WO 2005/053279 A1 | 6/2005 |
| WO | WO 2006/070228 A2 | 7/2006 |

### OTHER PUBLICATIONS

Invitation to Pay Additional Fees for International Application PCT/US2007/077307, mailed Mar. 6, 2008.

Coolsmartphone, "Orange SPV C600 Review," http://www.coolsmartphone.com/article569.html, Apr. 14, 2006, 58 pages.

Pocket PC Phone User Manual, Microsoft Corporation, Audiovox PPC 5050, pp. 1 & 48-50, http://www.cellphones.ca/cell-phones/audiovox-ppc-5050/.

International Search Report and Written Opinion for International Application PCT/US2007/077436, mailed Jan. 28, 2008.

Office Action dated Aug. 13, 2009, received in the European Patent Application which corresponds to U.S. Appl. No. 11/769,695 (related).

Office Action dated Oct. 9, 2009, received in Australian Patent Application No. 2009100723.

Office Action dated Oct. 5, 2009, received in Australian Patent Application No. 2009100722.

Office Action dated Feb. 19, 2010, received in Australian Patent Application No. 2008203349, which corresponds to U.S. Appl. No. 11/769,695.

Office Action dated May 25, 2010, received in European Application No. 07 841 759.9, which corresponds to U.S. Appl. No. 11/769,695.

Office Action dated Sep. 3, 2010, received in U.S. Appl. No. 11/769,695.

iChat AV, "Videoconferencing for the Rest of Us," Apr. 13, 2006, 3 pages, http://www.apple.com/macosx/features/ichat.html.

Nokia-Enhancements, "Nokia Video Call Stand PT-8," Apr. 13, 2006, two pages, http://www.nokia.com.au/nokia/0,,60572,00.html.

Nokia-Phone Features, "Nokia 6630 Imaging Smartphone," printed Apr. 13, 2006, 5 pages, http://europe.nokia.com/nokia/0,8764,58711,00.html.

International Search Report and Written Opinion dated Apr. 15, 2008, received in International Application PCT/US2007/080971, which corresponds to U.S. Appl. No. 11/553,429.

International Search Report and Written Opinion dated May 21, 2008, for International Application No. PCT/US2007/088884, which corresponds to U.S. Appl. No. 11/960,673.

Office Action dated Jun. 21, 2010, received in U.S. Appl. No. 11/553,429.

Office Action dated Oct. 6, 2010, received in U.S. Appl. No. 11/553,429.

Notice of Allowance dated Feb. 14, 2011, received in U.S. Appl. No. 11/553,429.

Notice of Allowance dated Apr. 4, 2011, received in U.S. Appl. No. 11/553,429.

Final Office Action dated Jan. 21, 2011, received in U.S. Appl. No. 11/769,695.

**US 8,014,760 B2**

Page 3

Office Action dated Sep. 14, 2010, received in German Patent Application No. 11 2007 001 109.2, which comes sonds to U.S. Appl. No. 11/769,695.

Office Action dated Oct. 28, 2010, received in U.S. Appl. No. 11/960,673.

Notice of Allowance dated Mar. 31, 2011, received in U.S. Appl. No. 11/960,673.

* cited by examiner



Figure 1



**Figure 2**

**Portable Multifunction Device
100**

206

Speaker 111      Optical Sensor 164      Proximity Sensor 166

300

208

208

Current Time ⁓ 308
310 ⁓ Day and Date⁓ 312

Wallpaper image
314

304 →

Slide to unlock

302      306

Touch Screen 112

Microphone
113      Home
204

**Figure 3**



**Figure 4**



**Figure 5**

**Portable Multifunction Device 100**

206

600A

208

208

Speaker 111 | Optical Sensor 164 | Proximity Sensor 166

402    **Current Time** 404    406

‹ Instant Messages ∿ 602    **Jane Doe** ∿ 504-1

604-1
**R U there?**

January 29, 2006
11:35 AM
608-1

606-1
**IM is the best.**

604-2
**g2g**

610

606-2
**Hola**

January 30, 2006
8:30 AM
608-2

Text box   612    Send    614

Q W E R T Y U I O P
A S D F G H J K L
628
↑  Z X C V B N M  ⌫

.?123  618          620

616

Microphone 113 | Home 204

**Figure 6A**



**Figure 6B**



Figure 6C

**Figure 6D**



**Figure 6E**



**Figure 7**



**Figure 8A**



**Figure 8B**



**Figure 9**



**Figure 10A**

**Figure 10B**



**Figure 10C**



Figure 10D



**Figure 10E**

Case5:12-cv-00630-LHK Document1-5 Filed02/08/12 Page23 of 44



**Figure 10F**



**Figure 10G**



**Figure 10H**



**Figure 10I**

**Figure 10J**

Portable Multifunction Device
100

206

2600K

208

208

Speaker 111     Optical
                Sensor 164     Proximity
                               Sensor 166

◁ 402          Current Time 404          🔋 406

Info               Ringtone        2660⌇  Save

Ringtone 1

Ringtone 2

Ringtone 3

Ringtone 4

Ringtone 5

Ringtone 6

Ringtone 7

Ringtone 8

Ringtone 9

Cancel                              2662⌇ ➕

Microphone     Home
113            204

**Figure 10K**



**Figure 10L**

**U.S. Patent**          Sep. 6, 2011          Sheet 27 of 64          US 8,014,760 B2



**Figure 10M**



**Figure 11A**



**Figure 11B**



**Figure 11C**

**Figure 12A**



**Figure 12B**



**Figure 12C**



**Figure 12D**



**Figure 13**



**Figure 14A**



**Figure 14B**



**Figure 14C**



**Figure 14D**



**Figure 15A**



**Figure 15B**