ORIGINAL

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

E-FILING

ADR

FILED
FEB 08 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Attorneys For Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

    Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Defendants.

Case No. CV12-00630 LHK

**PLAINTIFF APPLE INC.'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

TO ALL PARTIES, COUNSEL, AND THE CLERK OF THE COURT:

Pursuant to Local Rule 3-13, PLEASE TAKE NOTICE that this action, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.* (United States District Court, Northern District of California), appears to involve all or substantially all of the same parties, as well as may involve part of the same subject matter, as the action *Apple Inc. v. Samsung Electronics Co., Ltd., et al.* (United States District Court, Northern District of California, San Jose Division, Case Number 5:11-cv-01846-LHK).

Accordingly, because the present action may involve part of the same subject matter, as well as involves all or substantially all of the same parties as the above-identified action, the two matters may be related.

Dated: February 8, 2012

GIBSON DUNN & CRUTCHER LLP

By: _____
H. Mark Lyon

*Attorneys for Plaintiff Apple Inc.*