ORIGINAL

FILED
FEB 0 8 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

E-FILING     ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

    Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Defendants.

Case No. CV 12-00630 LHK HRL

**APPLE INC.'S CORPORATE DISCLOSURE STATEMENT**

Gibson, Dunn &
Crutcher LLP     RULE 7.1 STATEMENT

1  Plaintiff Apple Inc. ("Apple") hereby submits this Corporate Disclosure Statement
2  pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure.
3  Apple, through its undersigned counsel, hereby certifies that Apple has no parent
4  corporation and that, according to Apple's Proxy Statement filed with the United States Securities
5  and Exchange Commission in January 2012, no publicly held company owns more than 10
6  percent of Apple's outstanding common stock.

RULE 7.1 STATEMENT

Dated: February 8, 2012

GIBSON DUNN & CRUTCHER LLP

By: _____
H. Mark Lyon

*Attorneys for Plaintiff Apple Inc.*