ORIGINAL

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

Filed

FEB 8 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. CV 12-0630 LHK<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**  HRL |

In accordance with Civil L.R. 79-5 and 7-11, and General Order No. 62, Apple Inc. ("Apple") moves this Court for an order to seal (1) portions of the Declaration of Arthur Rangel in support of Apple's motion for a preliminary injunction including attached confidential exhibits (the "Rangel Declaration"), (2) the Declaration of Christopher Vellturo, Ph.D. in support of Apple's Motion for a preliminary injunction including attached confidential exhibits (the "Vellturo Declaration") and (3) Apple's Motion and Memorandum in Support of Apple's Motion for a Preliminary Injunction (the "Apple Brief") that references confidential information contained in the Rangel Declaration or the Vellturo Declaration.

Apple has established good cause to permit filing this information under seal through the Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Documents Under Seal (the "Wheeler Sealing Decl."), filed herewith. The Rangel Declaration and the Vellturo Declaration contain or provide as exhibits confidential, proprietary market research and analysis, including information pertaining to confidential Apple customer surveys and the competitive landscape for mobile devices. (Wheeler Sealing Decl. at ¶¶ 2-3.) It is Apple's practice and policy to maintain the confidentiality of this information; Apple does not disclose or comment on even speculation about its business practices. (*Id* at ¶ 3.) This business information was created at a significant cost to Apple and could be used by Apple's competitors to its disadvantage, particularly because it discusses Apple's customers. (*Id.*) In order to narrowly tailor the requested sealing to only sealable material, Apple has limited its request to the unredacted versions of the Rangel Declaration, and the Vellturo Declaration and the unredacted version of the Apple Brief, which references confidential Apple information contained in the Rangel and Vellturo Declarations or the attached exhibits. (*Id.* at ¶ 2-4.)

A stipulation could not be obtained from the defendants to Apple's filing under seal the portions of the Rangel and Vellturo Declarations and the Apple Brief because this motion and Apple's motion for a preliminary injunction were filed contemporaneously with the complaint in this action and at the time of filing counsel for defendants had not made an appearance. (Decl. of Jennifer J. Rho in Support of Apple's Administrative Motion to File Documents Under Seal, filed herewith at ¶ 2.)

Accordingly, Apple requests that the Court order that portions of the Rangel Declaration including attached confidential exhibits, portions of the Vellturo Declaration including attached confidential exhibits, and portions of the Apple Brief referencing the confidential material contained in the Rangel Declaration and the Vellturo Declaration be filed under seal.

1 | Dated: February 8, 2012

GIBSON DUNN & CRUTCHER LLP

By: *[signature]*
H. Mark Lyon

*Attorneys for Plaintiff Apple Inc.*