ORIGINAL

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Filed FEB 8 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. CV 12-00630 LHK<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>HRL |

DECLARATION OF CYNDI WHEELER IN
SUPPORT OF APPLE INC.'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL

Gibson, Dunn &
Crutcher LLP



I, Cyndi Wheeler, do hereby declare and state as follows:

1. I am an attorney at Apple Inc. ("Apple"). I submit this Declaration in support of Apple Inc.'s Administrative Motion to File Documents under Seal pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. The requested relief is necessarily and narrowly tailored to protect the confidentiality of the information contained in the following documents and the exhibits attached therewith: (1) the Declaration of Arthur Rangel in support of Apple's Motion for a Preliminary Injunction and its attached confidential exhibits (the "Rangel Declaration"); (2) the Declaration of Christopher Vellturo, Ph.D. in support of Apple's Motion for a Preliminary Injunction and its attached confidential exhibits (the "Vellturo Declaration") ; and (3) Apple's Motion and Memorandum in Support of Apple's Motion for a Preliminary Injunction ("Apple Brief").

3. Portions of the Rangel and the Vellturo Declarations, as well as their attached exhibits, contain confidential, proprietary market research and analysis, including information pertaining to confidential Apple customer surveys and the competitive landscape for mobile devices. This information reflects Apple's confidential business and marketing strategy. This business information was created at a significant cost to Apple and could be used by Apple's competitors to its disadvantage, particularly because it discusses Apple's customers. It is Apple's practice and policy to maintain the confidentiality of this information; Apple does not disclose or comment on even speculation about its business practices.

DECLARATION OF CYNDI WHEELER IN
SUPPORT OF APPLE INC.'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL

Gibson, Dunn &
Crutcher LLP

4. Those portions of the Apple Brief containing information drawn from the Rangel and Vellturo Declarations, and their exhibits, should remain under seal for the same reasons as articulated above.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: February 8, 2012

*(signature)*
Cyndi Wheeler

DECLARATION OF CYNDI WHEELER IN
SUPPORT OF APPLE INC.'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL

Gibson, Dunn &
Crutcher LLP