ORIGINAL

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

RECEIVED

FEB - 8 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ORIGINAL FILED

FEB 8 2012

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CV12-00630 LHK<br><br>CASE NO.<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

[PROPOSED] ORDER GRANTING APPLE
INC.'S ADMINISTRATIVE MOTION TO
FILE UNDER SEAL

1  Plaintiff Apple, Inc. ("Apple") has moved to file under seal the unredacted versions of (1) the
2  Declaration of Arthur Rangel in support of Apple's motion for a preliminary injunction including
3  attached confidential exhibits, (2) the Declaration of Christopher Vellturo, Ph.D. in support of
4  Apple's motion for a preliminary injunction including attached confidential exhibits, and (3) Apple's
5  Motion and Memorandum in Support of Apple's Motion for a Preliminary Injunction.
6  Having considered the motion and declaration cited therein, and finding good cause therefore,
7  the Court grants Apple's motion to file under seal.

**IT IS SO ORDERED.**

Dated: _____, 2012        By: _____

UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING APPLE
INC.'S ADMINISTRATIVE MOTION TO
FILE UNDER SEAL