ORIGINAL

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

RECEIVED
FEB - 8 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

    Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Defendants.

CASE NO. CV12-00630 LHK HRL

[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

[PROPOSED] ORDER GRANTING APPLE INC.'S
MOTION FOR A PRELIMINARY INJUNCTION
CASE NO.

Gibson, Dunn &
Crutcher LLP

Before the Court is Plaintiff Apple Inc.'s Motion for a Preliminary Injunction. In consideration of the entire record, Apple has demonstrated that it is likely to succeed on the merits of its patent infringement allegations against Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"); that it suffers irreparable harm from Samsung's ongoing infringement; and that the balance of equities and public interest favor the protection of Apple, whose intellectual property was targeted by Samsung in its efforts to gain market share in the mobile device market.

Accordingly, IT IS HEREBY ORDERED:

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, its officers, directors, partners, agents, servants, employees, attorneys, subsidiaries, and those acting in concert with any of them, are enjoined from making, using, offering to sell, or selling within the United States, or importing into the United States Samsung's Galaxy Nexus and any product that is no more than colorably different from the specified product and infringes U.S. Patent No. 5,946,647; 8,086,604; 8,046,721; or 8,074,172.

Dated: _____, 2012

_____
UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING APPLE INC.'S
MOTION FOR A PRELIMINARY INJUNCTION
CASE NO.