# VELLTURO
# EXHIBIT 1

# The Washington Post

Back to previous page



# Galaxy Nexus debuts with Ice Cream Sandwich, facial recognition

**By Hayley Tsukayama, Published: October 19**

Smile! It's the quickest way to unlock your phone.

Straight out of sci-fi, Google and Samsung unveiled an unlocking mechanism based on facial recognition as one of several new features of the long-anticipated Galaxy Nexus. The companies showed off the new phone — the first to come with Android 4.0, Ice Cream Sandwich — late Tuesday at an event in Hong Kong.

Galaxy Nexus users will be able to do away with passcodes and other security measures, though the phone itself warns you that it's not exactly the best option. In Google's introduction video, a screenshot of the phone says the feature is "low security, experimental." The feature didn't work in Google's on-stage demonstration, either: while the phone didn't unlock when it saw a stranger's face, it didn't seem to recognize its owner, either.

The Galaxy Nexus has a ton of other features as well, including voice typing, baked-in Google+ integration with hangouts and Messenger and the ability to take a panoramic photo with a single motion. Some were disappointed that the phone didn't have the drastically curved profile Samsung hinted at in its promotion images for the phone, though the new phone sports the same "contour design" of the Nexus S.

Other specs for the phone include a slightly slower-than-expected 1.2 GHz processor and a "high-end"

camera with a 5MP resolution. As CNET's Jessica Dolcourt pointed out in her hands-on writeup from the event, that spec is a little puzzling, since Samsung has put 8MP cameras in its Galaxy S line. Then again, the companies said that this phone has better camera software, which may make up for the lower resolution.

And, because the phone is running on Ice Cream Sandwich, it ditches the hardware buttons that line the bottom of every Android smartphone in favor of software buttons, giving customers more use of the 4.65-inch screen.

The companies didn't make any official pricing announcements, though an anonymous tip to Engadget set off speculation that the phone will hit Verizon's network for $299.99 with a two-year contract. You can take that estimate with a shaker of salt, but it would bring the Galaxy Nexus in line with the prices of other premium phones on the network, such as the Droid Bionic.

Related stories:

Rockefeller: Web facial recognition technology needs FTC scrutiny

Droid RAZR coming in Nov. for Verizon

Ice Cream Sandwich: Google, Samsung to show off new Android this week

Apple iPhone 4S review: It's the software that's a surprise

**Sponsored Links**

**Get the Visa Black Card**
Enjoy an Exclusive Rewards Program. 1% Cash Back or Travel. Apply Now!
www.blackcard.com

**Cell Phones**
Free Smart Phones and Cell Phones
www.cheapcellphones.com

**Action Alerts Plus**
Daily Stock Ideas From Jim Cramer. Sign Up Today For 14 Day Free Trial
www.TheStreet.com/ActionAlertsPLUS

**Buy a link here**

© The Washington Post Company

2

# VELLTURO EXHIBIT 2

# BUSINESS
## SAI INSIDER

# HISTORY LESSON: How The iPhone Changed Smartphones Forever

**Dan Frommer** | **Jun. 6, 2011, 9:05 AM** | **36,409** | **1**

Recommend · 34          Share     Tweet · 52          0          A A A

As we look toward the future of mobile, it's important to remember how quickly and completely things can change.

There's no better example of that than Apple's iPhone introduction in 2007, which totally flipped the mobile industry upside down.

It changed everything about phones, forever, at a crucial point in their development.

Sure, mobile gadgets were capable of making calls, accessing the Internet, and playing music before Apple came along. But it was the iPhone that made it accessible and exciting to normal people for the first time.



**Click here to start >**

The iPhone inspired a generation of copycats, and totally changed the game for mobile hardware and software. Perhaps more importantly, Apple challenged many of the mobile industry's established business models, seizing a lot of the power away from the phone companies.

More recently, Apple has been challenged by Android -- Google's entry into the mobile phone business -- which has been rewriting some of the rules itself.

**MORE FROM OUR "FUTURE OF MOBILE" SPECIAL REPORT**

**The iPhone's screen-centric design was the first big change the mobile industry needed.**

With the iPhone, the screen is the phone -- unlike the BlackBerry, Palm Treo, and other phones before it, which had plastic keyboards taking up about 1/3 of the front side.



Besides looking incredibly slick, this also made software the focus of the phone for the first time -- because that's all there was to interact with. And that's what made the iPhone *the iPhone*.

Since Apple's design took off, many phone makers have used the same layout, ditching most physical buttons for a big, beautiful display. Apple has even sued over it, alleging that Samsung is copying its designs.

### Apple's "gesture" interface quickly became the blueprint for all phones.

Apple didn't invent the touchscreen, but its multi-touch controls were revolutionary. (And it did away with the stylus that companies like Palm were shipping with their phones.)

*Of course* it makes sense to "pinch" zoom in and out on a Web page, map, or photo. Or to scroll through a list by flicking it up and down.

Apple's iPhone was the first to do this, but it's now the standard, as Google, RIM, Microsoft, and Palm/HP have all copied it.



### The iPhone App Store totally changed everything about how mobile software is made and distributed.

Apple wasn't the first to open up smartphones to third-party developers. But it did it in a way that no one else had figured out: A simple, consumer-friendly way to browse, purchase, and install free and paid apps.

People have purchased billions of apps from Apple, and Apple has paid out more than $2 billion to app developers.

And now *everything* has an App Store.



### Apple took a lot of control away from the mobile carriers.

Apple used its huge consumer brand and its retail empire to take a lot of power away from AT&T and other carriers. This was the first phone people really demanded by name, and their relationship was with Apple and iTunes more than it was necessarily with their carrier.

Apple sold music and streamed YouTube videos without going through carrier stores. It shipped phones without carrier logo decals. It even got AT&T to redo its voicemail system for the iPhone's free "visual voicemail" service. And the first generation of iPhones were activated directly within Apple's iTunes software.



*Image: Associated Press*

Apple took power away from carriers in software distribution, too. Before the iPhone App Store, mobile developers were used to selling apps through carrier "decks" or portals -- and giving up half or more of the revenue. They didn't sell many apps because they were expensive and crappy.

Since Apple decided on a 70% (developer) / 30% (Apple) / 0% (carrier) revenue split, other platforms have had to take that same model. It's a better deal for developers, which means more of them can afford to invest in the iPhone. It has meant better apps and a real business model for developers. That's better for consumers and Apple, too.

### Apple's accelerometer -- the motion sensor -- changed mobile gaming.

Apple's motion sensor -- turn the phone sideways to rotate the display -- started as a simple way to read wider Web pages. It became a revolutionary, Wii-like way to play videogames, shuffle songs by shaking the device, etc.

Now it's in every sort of device.



### Apple rewrote the book on smartphone pricing.

The $199 iPhone 3G, released in 2008, threw a wrench in an industry used to charging $400 or more for their devices.

After that, no consumer smartphone could cost more than $199 after subsidy -- especially because no rival was anywhere near as good as the iPhone.

Now iPhone-esque smartphones can be free after subsidies, and the cheapest iPhone is typically for sale at $99.



### Apple's Safari browser changed how people used the web on their phones.

The iPhone's MobileSafari was the first of the mobile browsers that really tried to bring as much of the real Web to a small screen. (Though it still doesn't support some stuff, like Flash.)

Since then, other platforms have built similar Web browsers based on the same guts -- Webkit, an open source browser project that Apple tends to. The iPhone -- thanks in part to that great browser -- also got people *using* the Web a lot more than other smartphone platforms.

And it got companies turning their mobile websites into mobile web apps, not just slimmed-down versions of their websites with no graphics.



**But a couple of years later, Google Android started nipping at Apple's heels.**

Android wasn't as good as Apple's iPhone software, but it was good enough for many people. And it had two big advantages, which have helped it pass the iPhone in market share:



1) Google got many of the world's top smartphone makers to use Android, just as they were desperate for an answer to the iPhone. This includes Samsung, Motorola, and HTC. This has led to a huge variety of Android devices, ranging in size, shape, capabilities, design, quality, and price.

2) Android was quickly available on all the major carriers, while Apple was still an AT&T exclusive in the U.S. Verizon Wireless and its "Droid" lineup were especially successful.

*Image: AP*

**After Apple did so much work to take power away from the carriers, Android has been giving some of it back.**

One of the ways Google has gotten so much buy-in and promotion from carriers is by giving them more control over Android phones than Apple has given them over the iPhone.



For instance, they can work with handset companies like HTC and Samsung to make customized, carrier-specific devices. They can have carrier-branded App Stores. They can get a portion of app revenue. They can push their own services instead of only pushing Apple's. They can pre-install "crapware." And they can put huge logo stickers on the phones.

This isn't necessarily good for the consumer, but most don't seem to care or know better.

*Image: Associated Press*

**So what does the future hold for Apple and Google in mobile?**

It's pretty amazing that two companies that weren't in the phone business five years ago are now leading its revolution.



While there's plenty of speculation that Android could destroy the iPhone the way Microsoft Windows demolished the Mac, a more likely future is that both Apple and Google will continue to be successful, serving different audiences.

They'll continue to face competition from the likes of Microsoft, RIM, and HP (formerly Palm) on the platform side.

But looking forward, the rivals we'd be most worried about are Amazon and Facebook, two tech companies with massive user bases, brilliant leaders, and unique strengths.

**More from our Future of Mobile special report**

# Click here for the future: What the experts say about the future of mobile →



Tags: Mobile, iPhone, Apple, Gadgets, Big Tech, Features, The Future Of, The Future Of Mobile | Get Alerts for these topics »

**Share:**                                                        Short URL   http://read.bi/mG0FyS

Twitter        Facebook        Buzz        Digg        StumbleUpon        Reddit        LinkedIn        Email        Embed        Alerts

Newsletter



**Language Secret Revealed**
Exclusive short video reveals the secret of how to learn any language in just 10 days!  Learn more



**4 Signs of a Heart Attack**
These 4 things happen right before a heart attack. Know these signs before it's too late.  Learn more



**DO NOT buy Auto Insurance**
Dallas - New trick allows any Texas resident to get extremely cheap car insurance.  Learn more



**Weighs 170, Benches 420**
Scientists in Cambridge have discovered a revolutionary new muscle builder...  Learn more

Blackboard Home »

Apple                                    Edit This »

**Summary**
Apple Inc. is an American multinational corporation that designs and markets consumer electronics, computer software, and personal computers. The company's best-known hardware products include the Macintosh line of computers... More »



iPhone                                    Edit This »

**Summary**
The iPhone is a line of Internet and multimedia-enabled smartphones designed and marketed by Apple Inc. The first iPhone was introduced on January 9, 2007. An iPhone functions as a camera phone, including text messaging and... More »





**Dan Frommer is a Contributing Editor at Business Insider.**
Contact:
e-mail: dfrommer@businessinsider.com
URL: http://splatf.com
Subscribe to his RSS feed | twitter feed

Ask Dan a Question

Recent Posts
15 Education And Learning S...
SPECIAL REPORT: The Future ...

3

# VELLTURO
# EXHIBIT 3



1 of 1 DOCUMENT

Copyright 2009 San Jose Mercury News
All Rights Reserved
San Jose Mercury News (California)

January 26, 2009 Monday

**SECTION:** PERSONAL TECHNOLOGY; News; Business

**LENGTH:** 791 words

**HEADLINE:** Magid: Looking back to the first Apple Mac

**BYLINE:** By Larry Magid For Mercury News

**BODY:**

I was blown away when Steve Jobs gave me a one-on-one preview of the original Macintosh in January 1984.

Before seeing the Mac, I had used an Apple II and, of course, an IBM PC. But the Mac was something different something special. The first paragraph of my review in the Los Angeles Times was probably one of the most enthusiastic reviews I've written.

"I rarely get excited over a new computer, but Apple's Macintosh, officially introduced Tuesday, has started a fever in Silicon Valley that's hard not to catch," I wrote. "My symptoms started when I talked with some devotees from Apple and the various companies that produce software, hardware and literature to enhance the new computer. By the time I got my hands on the little computer and its omnipresent mouse, I was hooked. Apple has a winner."

I was, of course, writing about the original $2,495 128K Mac, which turned 25 last week. Not only was it sleek and easy to use, it also was portable, at least when compared with other computers of that time. "The entire system can be slipped into an optional ($99) padded carrying case to be hoisted over your shoulder or placed under an airline seat. The case and computer together weigh 22 pounds."

My biggest excitement was for the software that came with the machine  MacPaint and MacWrite: "MacWrite has most basic word processing features with one outstanding addition. It can vary the size and style of your type on the screen and on paper, when used with Apple's new $495 Image Writer printer."

"The main advantage of the Macintosh," I wrote back then, "is that it's very easy to learn and use. Apple claims that novices can learn to use the Mac in as little as 30 minutes. The company is banking on the machine's simplicity and modest price to attract 'millions' of users over the next few years."

My description of the user interface seems a bit quaint by today's standards: "To select a program, you move the mouse to the icon and press the button on the top of the little rodent. If there are any additional options, they are

displayed at the top of the screen, so you can move the mouse to make the appropriate selection." I noted that "when this process was described to me, it sounded cumbersome, especially since I'm already comfortable with using a keyboard. But the mouse is so much more intuitive. As infants we learned to move objects around our play pens. Using a mouse is an extension of that skill."

In the column, I referred to Steve Jobs as "Apple's young chairman." Jobs, who personally supervised much of the Mac's development effort, isn't quite so young anymore. What strikes me about the past quarter century is how much influence Apple  and Jobs  had back then and how much they have today.

Apple didn't invent the mouse or the graphical user interface. But by putting them on an affordable, elegant and easy-to-use computer, it helped create the demand for them that Bill Gates took full advantage of by morphing his own operating system from its MS-DOS command-line roots to various versions of Microsoft Windows.

Windows always looked and worked a little like the Mac, but never gained the respect that Apple earned because its operating system and hardware always seemed to be just a bit more reliable, a little easier to use and a tad sexier. Those "I'm a Mac/I'm a PC" commercials get it kind of right. The PC is functional  the Mac is cool. And by the way, I'm writing this column on a PC running Vista.

Fast-forward to Oct. 23, 2001, when Jobs introduced the iPod. Again, Apple wasn't the first company to market a digital music player, nor was it the last. But once again, it did it in such an elegant way that it defined the genre. The same can be said of the iPhone that revolutionized the smart-phone industry and remains the gold standard by which other smart-phones are judged.

In 1985 the Apple board of directors forced Jobs to temporarily leave the company, and earlier this month his health forced him to take a medical leave. While I hope for his speedy recovery and return to Apple's helm, there is certainly a possibility that he might not be able to return. Even if he does, there will be a time  perhaps 25 years from now  when Apple will have to carry on without him.

When Jobs last departed Apple, the company started to lose its luster with a decline in creativity and a dearth of interesting products that lasted until Jobs returned in 1997. If he does leave the company again, he'll be an extremely hard act to follow.

I hope that Steve Jobs is enjoying the Mac's 25th anniversary and that he gets to enjoy the 26th anniversary in good health from the CEO office at Apple.

Contact Larry Magid at larry@larrymagid.com Listen for Larry's technology chats on KCBS-AM (740) weekdays at 3:50 p.m.

**GRAPHIC:**

**LOAD-DATE:** January 27, 2009

4

# VELLTURO
# EXHIBIT 4

**theguardian**

# Voice recognition: has it come of age?

Apple's voice-controlled 'personal assistant' Siri has got everyone talking (in more ways than one). Is this just the start of a computer revolution?



**Charles Arthur**
guardian.co.uk, Sunday 20 November 2011 15.00 EST



Scotty gets to work in Star Trek IV. Photograph: Allstar/PARAMOUNT/Sportsphoto

The man sits down in front of the computer and says, affably: "Computer!"

Nothing happens. In a now-hear-this tone, the man repeats: "Computer?" Still nothing happens. Puzzled, he picks up the mouse and speaks into it: "Hello, computer?"

Beside him, the impatient owner says: "Just use the keyboard." The first man replies, "A keyboard?" Then, slightly annoyed: "How quaint."

The scene comes from the 1986 film Star Trek IV, where Scotty, the engineer, and the rest of the crew have flown back in time from the 23rd century; Scotty needs to get some work done on the computer, and, of course, in the 23rd century they all work by voice command, unlike those 1980s throwbacks. Ha, ha.

Yet if the crew were to land 25 years later, in the present day, Scotty would still be just as puzzled at the computer's lack of responsiveness – unless, that is, he picked up one of the latest breed of smartphones, where being able to respond to the human voice has become the new frontier in interaction.

Since October, people have been buying and using Apple's new iPhone 4S, which comes with a function called Siri – a "voice-driven assistant" which can take dictation, fix or cancel appointments, send emails, start phone calls, search the web and generally do all those things for which you might once have employed a secretary.

Siri isn't just a "voice recognition" tool, though it can do that (so you speak some words and it turns them into text, and sends them as an email or text message). You can also ask it things such as: "How's the weather looking tomorrow in London?" and it will come back with the forecast for London ("England"). It'll do currency conversions or give stock prices. Or try asking it: "Why is the sky blue?" and, after a little thinking, the screen will show an explanation: "The sky's blue colour is a result of the effect of

Rayleigh scattering." (There is more, but we all know about Lord Rayleigh's work on molecular refraction in the troposphere, don't we?)

Lots of people think Siri isn't anything new. We've had voice-dialling on our phones for ages (where you say a name to the phone, link that to a phone number, and when you say it again it dials it). Google already offers a voice-driven web search app, which it backed with a big poster campaign around London earlier this year, with phonetic spellings of searches you might want to do - "pih-ka-di-lee sur-khus" or "tak-see num-buhz".

But experts say that Siri – and what it represents – might be as subtly revolutionary as the iPhone's multi-touch screen was when unveiled in January 2007. That's because Siri isn't just "voice dialling" or "voice recognition" (which tries to turn speech into its text equivalent); it's "natural language understanding" – NLU, in the lingo.

I've been testing an iPhone 4S, and found lots of uses for Siri: for doing currency and other conversions (sq ft in sq m, anyone?) or finding companies' stock values and market valuations (useful in stories) when a web search would distract from writing, and – in dodgier parts of town – to play songs or playlists (instructed via the headset microphone) without taking the phone out of my pocket. Better to be thought a bit strange than have the phone nicked.

Siri grew out of a huge project inside the Pentagon's Defense Advanced Research Projects Agency (Darpa), those people who previously gave you the internet and, more recently, a scheme to encourage people to develop driverless cars. Siri's parent project, called Calo (Cognitive Assistant that Learns and Organizes) had $200m of funding and was the US's largest-ever artificial intelligence project. In 2007 it was spun out into a separate business; Apple quietly acquired it in 2010, and incorporated it into its new phone.

When you ask or instruct Siri to do something, it first sends a little audio file of what you said over the air to some Apple servers, which use a voice recognition system from a company called Nuance to turn the speech – in a number of languages and dialects – into text. A huge set of Siri servers then processes that to try to work out what your words actually mean. That's the crucial NLU part, which nobody else yet does on a phone.

Then an instruction goes back to the phone, telling it to play a song, or do a search (using the data search engine Wolfram Alpha, rather than Google), or compose an email, or a text, or set a reminder (possibly linked to geography – the instruction, "Remind me to call mum when I get home," will work), or – *boring!* – call a number.

NLU has been one of the big unsolved computing problems (along with image recognition and "intelligent" machines) for years now, but we're finally reaching a point where machines are powerful enough to understand what we're telling them. The challenge about NLU is that, first, speech-to-text transcription can be tricky (did he just say, "This computer can wreck a nice beach," or "This computer can recognise speech"?); and second, acting on what has been said demands understanding both of the context and the wider meaning.

The demonstration that computers have cracked this – just as their relentless improvement cracked draughts and then chess – came in February this year, when IBM's Watson system competed in the American game show Jeopardy!, where the quizmaster provides a sort-of answer, and you have to come up with the question. (For example: "Originally called What's the Question, it got its name when a producer at testing said it needed more jeopardies.")

Except Watson didn't compete against just anyone. It was ranged against two humans who between them had scores of wins, and won millions of dollars in prize money from

the game. They battled it out over "answers" such as "William Wilkinson's An Account of the Principalities of Wallachia and Moldavia inspired this author's most famous novel." Yes, of course – Bram Stoker. Watson, and the humans, answered correctly, but Watson had more points, and won. Watson wasn't competing on absolutely level terms; it was fed the questions as text at the same time as they were read to the other two players. Still, its victory led to plenty of tweeting from people welcoming our new robotic overlords. And it wasn't even connected to the internet; it just relied on a huge database of information stored on its system.

"While competing at Jeopardy! is not the end-goal," its IBM engineers noted drily, "it is a milestone in demonstrating a capability that no computer today exhibits – the ability to interact with humans in human terms over broad domains of knowledge." And, of course, in understanding what people mean when they say something.

Having gained that glory, Watson has been shunted off to work on healthcare problems – with the addition of Nuance's speech-to-text technology. You can imagine it popping up on some future episode of House, solving some gnarly medical conundrum (and perhaps banjaxing the series' reason for existing).

But much more interaction like Watson's is likely because of the growing availability of "cloud computing", where huge amounts of processing power is available ad hoc over the internet. Amazon, for instance, now adds almost as much <u>computing power per day</u> to its cloud computing systems as it used to need for all its site in 2000. Other companies are doing the same.

That means NLU is starting to seep into our daily lives: we've grown used to computers getting better at understanding us in limited contexts – where you phone an automated system and can pay bills just by reading out your payment card number, or use booking systems that don't have humans. Now, it's spreading wider, being used for "semantic analysis" of Facebook and Twitter postings by companies eager to figure out whether people are saying positive or negative things about them online. Feed in the text, and the computer figures out whether people are happy or annoyed with you. It could even work on your car: no more fiddling with the dashboard.

"The key thing is NLU – understanding what you mean and what you want," says Neil Grant of Nuance. "Historically, cars have voice elements but historically you had to learn a huge long list of commands. As NLU progresses, you can say what you want in a way that's natural to you."

Norman Winarsky, who coordinated the funding for the Siri company, says it is "real AI [artificial intelligence] with real market use", adding that "Apple will enable millions of people to interact with machines with natural language. [Siri] will get things done and this is only the tip of the iceberg. We're talking another technology revolution. A new computing paradigm shift."

Francisco Jeronimo, smartphones analyst for the research company IDC, is less sure: "We've had voice recognition on phones for a few years, but it never really took off. There are two reasons for that: there was no brand or company that really pushed it the way that Apple is doing. And there's no other company with a brand like Apple. It was only when Apple launched the new iPhone with Siri that I tried voice search on my <u>Android</u> phone – I'd never tried it before." Sounding a little surprised, he adds: "It worked really well."

In fact, what's happening now with NLU – which is spreading far beyond just the iPhone – could just be the beginning of a revolution in how we use computers (particularly smartphones) as big as that which came with the iPhone in 2007, when suddenly multi-touch screens (where you can do more than just prod the screen) were de rigueur. It's taken almost five years, but now multi-touch screens are everywhere: hundreds of

millions of touch screen phones and tablets have been sold, and even the next version of Microsoft's Windows – due in about 12 months' time – will offer swooshy touch-screen operation.

Horace Dediu, who runs the consultancy Asymco, having formerly worked for the mobile phone maker Nokia, thinks the time is ripe for a new way of interacting with our computers. He points to how Apple drove changes in interaction before: the mouse and windows in 1985, the iPod's click wheel in 2001, multi-touch in 2007. And he also points out that Siri has some interesting similarities with what people thought about the original iPhone touch screen: "It's not good enough; there are many smart people who are disappointed by it; competitors are dismissive; it does not need a traditional, expensive smartphone to run, but it uses a combination of local and cloud computing to solve the user's problem."

Certainly there's been no shortage of people who say that Siri (which Apple meticulously points out is a "beta", or unfinished product) "isn't good enough" because it can't yet deal with every accent, or every possible query. They also say that the whole idea of asking a disembodied computer questions is ridiculous: "You won't catch me saying things into a phone" is typical of the sort of reaction. (An online poll at the website Ars Technica found 36% saying "you won't catch me talking at a machine in public".) Which is odd when you think about it, since phones are designed for talking into, and nobody seems to get embarrassed about announcing that they're on the train to a carriageful of people, or reading their credit card details out loudly and slowly for all to note. Perhaps there's an element of self-consciousness: we're more concerned with our own feelings about asking questions of a machine than anyone else's about hearing them.

The thing about NLU is people have been expecting it to happen for ages. In 1996 I watched Bill Gates announce that by 2011 we would have computers that could recognise their owners' faces and voices. That's this year! And he's right – if you count smartphones as computers which they are, really – about as powerful as the laptop computers of 2001. The newest Android phones can be unlocked by showing them your face. And the voice thing – well, we're working on it.

Not that things are perfect now either: Siri's servers have already had a number of outages. At Nuance, Grant thinks that will be solved: "Time will sort out the connection problems," he says.

Even so, it's not clear whether in our offices we'll talk to our computers, Scotty-style. Apart from anything, the noise would be maddening. Wouldn't it? Then again, that's probably what people thought in the 19th century about introducing telephones to offices. And we already have offices where people spend the whole time on the phone. We know them as call centres. Just hold on for a few years, Scotty. The computer will hear you soon.

• This article was amended on Monday 21 November 2011. The original said that 1986 was 35 years ago, rather than 25.

## Ads by Google

Speech Analytics 101
Download the Definitive Guide Written by an Independent Analyst
www.SpeechAnalytics.com
iPhone/iPad App Developer
App strategy, design, development 100+ Apps developed. Free Quote
ImpigerMobile.com
Ford SYNC® Technology
Hands Free SYNC Technology. Plug in Your mp3 player and Rock Out.

5

# VELLTURO
# EXHIBIT 5

All 2010

*The* CHRISTIAN SCIENCE
**MONITOR**

**AT&T® Official Site** It's Here! The Brand New iPhone 4S. Get Yours Now

**New NOOK Tablet™** Our Fastest, Lightest Tablet! with the Best in Entertai

**Overstock iPads: $43.20** Get 32GB Apple iPads for $43.20. 1 Per Customer.

# Steve Jobs preparing to revolutionize the newspaper business?

**Steve Jobs and Apple are rumored to be preparing a newspaper subscription service. Could Steve Jobs shake up another industry?**

By Chris Gaylord / September 15, 2010



Steve Jobs holds up an iPad. Could the Apple tablet computer change the newspaper industry?

RYAN ANSON/AFP/FILE

Enlarge

iPods revolutionized the music industry. iPhones changed cellphones forever. Could the iPad revamp the newspaper business? It will if Steve Jobs has his way.

**Related stories**

· Horizons
**iPad versus iPhone: Which had the better opening weekend?**

Can the iPad tablet be as successful as the Apple iPhone?

Apple iPad release date? Signs point to March 26

**Topics**

Computer Hardware and Peripherals •Tablet Computers •Technology •Science and Technology •Personal Computers •Computer Technology •Mobile Software •

That's the word from the San Jose Mercury News, which reported today that Apple will unveil a newspaper subscription service for the iPad.

"Roger Fidler, head of digital publishing at the Donald W. Reynolds Journalism Institute in Columbia, Mo., said Apple probably will take a 30 percent cut of all subscriptions sold through the company's online App Store, and as much as 40 percent of the advertising revenue from publications' apps," says the article. The Mercury News did not explain if Mr. Fidler was guessing at those numbers or if he was speaking from a point of authority. (Most of the article relied on anonymous sources.)

If Fidler's numbers are accurate, they may corroborate a Financial Times article from February that said publishers were wary of an iPad deal and demanded more money from Apple.

The 30 percent figure has some grounding. Steve Jobs cut a 70/30 deal for the Apple App Store, where programmers keep the lion's share of each software sale.

As another point of referral, The Wall Street Journal charges $3.99 a week for its iPad subscriptions.

"Publishers wanted to pay Apple a fee rather than a cut of subscription and advertising revenue and are not happy with Apple's terms," the Mercury News reported. "They had hoped to offer app editions as part of subscription bundles that include print versions of the paper. Instead, they must use Apple as an intermediary with subscribers."

So, iPad owner, would you subscribe to newspaper through such a deal? And, newspaper subscribers, does an iPad service entice you? Let us know in the comments.

**Related:**

Apple iPhone 4 still raises red flags for Consumer Reports

Apple rolls out iTunes 10, new iPod Nano, and Apple TV

## Related stories

iPad versus iPhone: Which had the better opening weekend?

Can the iPad tablet be as successful as the Apple iPhone?

Apple iPad release date? Signs point to March 26

## Topics

Computer Hardware and Peripherals •Tablet Computers •Technology •Science and Technology •Personal Computers •Computer Technology •Mobile Software •Apps •Software •Digital Music Players •Consumer Electronics •Electronics •Audio and Video Devices •Advertising •Business •Advertising and Related Services •Professional Services Sector •Industries •

Advertisement

 Exclusive short video reveals the secret of how to learn any language in just 10 days!

 1 simple rule to making a fortune overnight...

 Dallas - New trick allows many Texas residents to get car insurance at half-price.

 Homeowners in Texas may be eligible for 3% refinance rate with any credit type.

Save $60 when you give the Monitor this holiday season!

6

# VELLTURO
# EXHIBIT 6



► Close Window

JANUARY 22, 2007

NEWS & INSIGHTS

# Turning Cell Phones On Their Ear

His usual smooth voice turned raspy, Steve Jobs nonetheless radiated the satisfied glow of a man who had just pulled off a bravura performance before a packed house at San Francisco's Moscone Center. In his hand was his latest gem: a combination phone/music player/Web browsing device called the iPhone. Tapping on its sleek, candy-bar-size screen, Jobs conjured up Wall Street's verdict: "Let's see, Apple's stock is up...8%!" he said matter-of-factly. "Now let's look at RIM [cell-phone rival and BlackBerry maker Research in Motion (**RIMM** )]. Hmm, it's down 7%."

Look out--here comes another genre-busting gadget from Jobs and the newly named Apple Inc (**AAPL** ). Despite the iPhone's high starting price of $499, Jobs is promising to turn the cell-phone business on its ear. That's no idle threat, coming from the guy who paved over the personal computer's awkward interface of arcane commands with easy-to-use graphic icons in the 1980s. Apple also set the tone for the digital music market when it brought out the iPod in 2001, sweeping away a clutter of clunky, hard-to-use players.

**DROP THE "COMPUTER"**

Now, jobs aims to leapfrog rivals with a device that offers a similar panoply of capabilities to other high-end "smart phones" like the BlackBerry and Palm's (**PALM** ) Treo--minus the frustrating complexity that has turned away mainstream consumers. "The problem is that they're not so smart, and they're not so easy to use," Jobs told the adoring Macworld crowd.

Here's why the iPhone should scare the daylights out of phone makers: Despite Apple's announcement that it was dropping "Computer" from its name, there's more computer in the iPhone than just about any other smart phone out there. It runs a slimmed-down version of the Mac OS X software found in every Mac PC. And it's a lot easier for Apple to add phone features to a mobile computer than it is for a handset maker to move the other way. If the iPod helped people take all their music with them anywhere, the iPhone promises to cut the moorings from a whole new swath of digital activities, from e-mail to video entertainment. "This clearly underlines the fact that we are entering a new phase of computing," says Seamus McAteer, co-founder of the market research firm M:Metrics Inc. "Mobile phones are becoming full citizens in the computer world."

The iPhone could set a new standard for the universal digital device when it goes on sale in June. An ingenious interface lets the phone play many roles. Gone is the keyboard, the usual mess of tiny keys and cryptic buttons, replaced by a touch-sensitive 3.5-inch screen.

But if the iPhone is to be truly revolutionary, it must also crack open the power structure of the cellular industry. That will be a much tougher nut. Today, most consumers choose a carrier, then pick from various phones that are compatible with its network. Apple created the online music infrastructure in an environment where the established market had been disrupted by file sharing (remember Napster?). But the wireless phone industry is completely different, with strong incumbents. And unless Apple drops the price, iPhone may not appeal to enough buyers to seriously disrupt the industry. There's also the little issue of whether Apple can wrest the iPhone name away from Cisco Systems Inc. (**CSCO** ).

Still, Apple's rethinking of the phone may spur the whole industry to deliver on its many visions of an easy-to-use, universal digital device. This has been an ongoing struggle for Motorola Inc. (**MOT** ), even while it was scoring a major hit with its slick-looking RAZR. CEO Edward J. Zander is now pushing simplicity. His new RIZR Z6 model, due out midyear, will let users download a song, send photos, or leap to the Web in a click or two, down from about six with current phones. "Wouldn't it be great to have an easy-to-use, same-as-your-PC mobile device in your pocket?" Zander asked an audience at the Consumer Electronics Show in Las Vegas on Jan. 8.

Sure--but it sounds like the iPhone. If it really catches fire and Cingular Wireless, Apple's exclusive U.S. partner, benefits from the relationship, other carriers may have to rethink their strategy. Instead of pushing their mobile services such as movies and music, they might let handset makers and content partners control more applications that lead to greater data usage. The iPhone's capabilities also could help spur Cingular's sales of other services, from photo sharing to basic three-way calling.

It's still six months before Jobs's latest brainstorm hits stores. But already it is delivering the phone industry a wake-up call.

By Peter Burrows and Roger O. Crockett, with Cliff Edwards and Stephen H. Wildstrom in Las Vegas, and Arik Hesseldahl in New York

Advertising | Special Sections | MarketPlace |
Knowledge Centers

Terms of Use | Privacy Notice | Ethics Code | Contact Us

## Bloomberg

Copyright 2000- 2011 Bloomberg L.P.
All rights reserved.

7

# VELLTURO EXHIBIT 7

News, Quotes, Companies, Videos    SEARCH

Thursday, June 28, 2007 As of 12:00 AM   New York   51°|35°

**THE DIGITAL SOLUTION**

GET 8 WEEKS
FREE
SUBSCRIBE NOW!      THE PRINT JOURNAL
                    THE ONLINE JOURNAL

U.S. Edition Home    Today's Paper    Video    Blogs    Journal Community                          Subscribe    Log In

World    U.S.    New York    Business    Markets    Tech    Personal Finance    Life & Culture    Opinion    Careers    Real Estate    Small Business

Digits    Personal Technology    What They Know    All Things Digital

TOP STORIES IN
**Technology**


Zynga IPO
Fizzles as Stock
Falls 5%

BlackBerry Delay, Weak Sales
Weigh On RIM


Beijing Tightens
Cyber Controls

Zynga: IPOs Fl
Investors

THE DIGITAL SOLUTION    |    JUNE 27, 2007

# Testing Out the iPhone

*We Spend Two Weeks Using Apple's Much-Anticipated Device To See if It Lives
Up to the Hype; In Search of the Comma Key*

Article    Stock Quotes    Comments                                    MORE IN PERSONAL TECHNOLOGY ▸

Email   Print   Save        Like   6        0        Tweet   0

By WALTER S. MOSSBERG and KATHERINE BOEHRET

One of the most important trends in personal technology over the past few years has
been the evolution of the humble cellphone into a true handheld computer, a device able
to replicate many of the key functions of a laptop. But most of these "smart phones" have
had lousy software, confusing user interfaces and clumsy music, video and photo
playback. And their designers have struggled to balance screen size, keyboard usability
and battery life.

Now, Apple Inc., whose digital products
are hailed for their design and innovation, is jumping into this smart-phone market with the
iPhone, which goes on sale in a few days after months of the most frenzied hype and
speculation we have ever seen for a single technology product. Even though the phone's
minimum price is a hefty $499, people are already lining up outside Apple stores to be
among the first to snag one when they go on sale Friday evening.

We have been testing the iPhone for two weeks, in multiple usage scenarios, in cities
across the country. Our verdict is that, despite some flaws and feature omissions, the
iPhone is, on balance, a beautiful and breakthrough handheld computer. Its software,
especially, sets a new bar for the smart-phone industry, and its clever finger-touch
interface, which dispenses with a stylus and most buttons, works well, though it
sometimes adds steps to common functions.

The Apple phone combines intelligent voice calling, and a full-blown iPod, with a beautiful
new interface for music and video playback. It offers the best Web browser we have seen
on a smart phone, and robust email software. And it synchronizes easily and well with
both Windows and Macintosh computers using Apple's iTunes software.

It has the largest and highest-resolution screen of any smart phone we've seen, and the
most internal memory by far. Yet it is one of the thinnest smart phones available and
offers impressive battery life, better than its key competitors claim.

It feels solid and comfortable in the hand and the way it displays
photos, videos and Web pages on its gorgeous screen makes other
smart phones look primitive.

The iPhone's most controversial feature, the omission of a physical
keyboard in favor of a virtual keyboard on the screen, turned out in
our tests to be a nonissue, despite our deep initial skepticism. After
five days of use, Walt – who did most of the testing for this review –
was able to type on it as quickly and accurately as he could on the
Palm Treo he has used for years. This was partly because of smart
software that corrects typing errors on the fly.


SANTA ANITA PARK
OPENING DAY DECEMBER 26
>>ROLLOVER TO DISCOVER<<

---

**Available to WSJ.com Subscribers**


Federal Police
Ranks Swell

**Romney Trusts
Shed Chinese
Holdings**

Mitt Romney's financial
advisers shed all his
investments in China, worth
as much as $1.5 million, at
some point after mid-August,
about the time he made
"confronting China" on trade a
central plank of his platform
as a GOP candidate.


SEC Brings Crisis-
Era Suits

**Sanctions Hit and
Miss in German Trade
With Iran**

As the U.S. and EU seek
stronger measures to force
Tehran to abandon its nuclear
program, the rise and fall of a
German supply line to Iran
shows how the sanctions
regime is often forced to play
catch-up.

Get your 8 week risk free trial    SUBSCRIBE NOW!

---

**Recent Columns**

Reasons to Reunite With Twitter.com



The phone is thinner than many smart phones.

But the iPhone has a major drawback: the cellphone network it uses. It only works with AT&T (formerly Cingular), won't come in models that use Verizon or Sprint and can't use the digital cards (called SIM cards) that would allow it to run on T-Mobile's network. So, the phone can be a poor choice unless you are in areas where AT&T's coverage is good. It does work overseas, but only via an AT&T roaming plan.

In addition, even when you have great AT&T coverage, the iPhone can't run on AT&T's fastest cellular data network. Instead, it uses a pokey network called EDGE, which is far slower than the fastest networks from Verizon or Sprint that power many other smart phones. And the initial iPhone model cannot be upgraded to use the faster networks.

The iPhone compensates by being one of the few smart phones that can also use Wi-Fi wireless networks. When you have access to Wi-Fi, the iPhone flies on the Web. Not only that, but the iPhone automatically switches from EDGE to known Wi-Fi networks when it finds them, and pops up a list of new Wi-Fi networks it encounters as you move. Walt was able to log onto paid Wi-Fi networks at Starbucks and airports, and even used a free Wi-Fi network at Fenway Park in Boston to email pictures taken during a Red Sox game.

### More on iPhone



**Q&A: Jobs Answers iPhone Questions**
**Question of the Day:** Apart from talking, what do you use your cellphone for the most?
* * *

**Digital Daily: iPhone Review Roundup**
Mossberg columns, videos and more at the All Things Digital Web site

But this Wi-Fi capability doesn't fully make up for the lack of a fast cellular data capability, because it is impractical to keep joining and dropping short-range Wi-Fi networks while taking a long walk, or riding in a cab through a city.

AT&T is offering special monthly calling plans for the iPhone, all of which include unlimited Internet and email usage. They range from $60 to $220, depending on the number of voice minutes included. In an unusual twist, iPhone buyers won't choose their plans and activate their phones in the store. Instead, they will do so when they first connect the iPhone to the iTunes software.

Despite its simple interface, with just four rows of colorful icons on a black background, the iPhone has too many features and functions to detail completely in this space. But here's a rundown of the key features, with pros and cons based on our testing.

Hardware: The iPhone is simply beautiful. It is thinner than the skinny Samsung BlackJack, yet almost its entire surface is covered by a huge, vivid 3.5-inch display. There's no physical keyboard, just a single button that takes you to the home screen. The phone is about as long as the Treo 700, the BlackBerry 8800 or the BlackJack, but it's slightly wider than the BlackJack or Treo, and heavier than the BlackBerry and BlackJack.

The display is made of a sturdy glass, not plastic, and while it did pick up smudges, it didn't acquire a single scratch, even though it was tossed into Walt's pocket or briefcase, or Katie's purse, without any protective case or holster. No scratches appeared on the rest of the body either.



Apple

There are only three buttons along the edges. On the top, there's one that puts the phone to sleep and wakes it up. And, on the left edge, there's a volume control and a mute switch.

One downside: Some accessories for iPods may not work properly on the iPhone. The headphone jack, which supports both stereo music and phone calls, is deeply recessed, so you may need an adapter for existing headphones. And, while the iPhone uses the standard iPod port on the bottom edge, it doesn't recognize all car adapters for playing music, only for charging. Apple is considering a software update to fix this.

---

Just What You Want to Read

Hotel Booking for Procrastinators

## ALL THINGS DIGITAL

See a free archive of Mossberg Solution columns, as well as daily blogs, videos and more, at AllThingsD.com. 

### Most Popular Video

| Walt Mossberg Reviews Two Ultrabook Models 5:23 | God's QB Takes on Tom Terrific 3:58 | Panetta Says Libya Faces Long, Hard Transition 1:09 |
|---|---|---|

### More in Personal Technology

Ultrabooks Bring Speed to Windows

### Most Popular

Read   Emailed   Video   Commented

1.   Gingrich Takes Aim at Legal System

2.   The Truth About Wealth

3.   Opinion: Allysia Finley: The Chicago Expulsion Act of 2011

4.   Woman Set on Fire in Brooklyn Elevator

5.   Why Is the NFL Afraid of Technology?

Most Read Articles Feed

### Latest Headlines

Fir Real? Christmas Trees in Crisis

Boehner Opposes Senate Payroll-Tax Bill

Senate Clears Tax-Break Extension

House to Take Up Congressional Trading

U.S.'s Panetta Meets Libyan Officials

Partisan Dueling Blocks Obama Nominees in Senate

Federal Police Ranks Swell

Police Arrest 50 NYC Protesters

Woman Set on Fire in Brooklyn Elevator

Consumer Prices Steady

More Headlines

Touch-screen interface: To go through long lists of emails, contacts, or songs, you just "flick" with your finger. To select items, you tap. To enlarge photos, you "pinch" them by placing two fingers on their corners and dragging them in or out. To zoom in on portions of Web pages, you double-tap with your fingers. You cannot use a stylus for any of this. In the Web browser and photo program, if you turn the phone from a vertical to a horizontal position, the image on the screen turns as well and resizes itself to fit.

BACK TO TOP

In general, we found this interface, called "multi-touch," to be effective, practical and fun. But there's no overall search on the iPhone (except Web searching), and no quick way to move to the top or bottom of pages (except in the Web browser). The only aid is an alphabetical scale on the right in tiny type.

| | iPhone | Samsung BlackJack | BlackBerry 8800 | Treo 700p |
|---|---|---|---|---|
| Price | $499 or $599 | $199 | $299* | $299 |
| Weight | 4.8 oz. | 3.5 oz. | 4.7 oz. | 6.4 oz. |
| Dimensions | 4.5 x 2.4 x 0.46" | 4.5 x 2.3 x .5" | 4.5 x 2.6 x .55" | 4.4 x 2.3 x .9 |
| Estimated battery life (hours) | Talk Time: 8 Standby: 250 Internet Use: 6 Video Playback: 7 Audio playback: 24 | Talk time: 5.5 Standby: 264 | Talk time: 5 Standby: 528 | Talk time: 4.5 Standby: 300 |
| Screen size | 3.5" | 2.2" | 2.5" | 2.6" |
| Screen resolution (pixels) | 320 x 480 | 320 x 240 | 320 x 240 | 320 x 320 |
| Built-in memory | 4 or 8 GB | 64 megabytes | 64 megabytes | 128 megabytes |
| Memory card slot | | MicroSD | MicroSD | SD |
| Camera | 2 Megapixel | 1.3 Megapixel | | 1.3 Megapixel |
| Network | EDGE or WI-FI | HSDPA | EDGE | EVDO |
| Keyboard | Virtual | Physical | Physical | Physical |
| Operating system | OS X | Windows Mobile | BlackBerry | Palm |
| Carrier choice | AT&T | AT&T | AT&T and T-Mobile | Sprint and Verizon Wireless |

*Sprint and Verizon Wireless carry 8830

There's also no way to cut, copy, or paste text.

And the lack of dedicated hardware buttons for functions like phone, email and contacts means extra taps are needed to start using features. Also, if you are playing music while doing something else, the lack of hardware playback buttons forces you to return to the iPod program to stop the music or change a song.

Keyboard: The virtual keys are large and get larger as you touch them. Software tries to guess what you're typing, and fix errors. Overall, it works. But the error-correction system didn't seem as clever as the one on the BlackBerry, and you have to switch to a different keyboard view to insert a period or comma, which is annoying.

Web browsing: The iPhone is the first smart phone we've tested with a real, computer-grade Web browser, a version of Apple's Safari. It displays entire Web pages, in their real layouts, and allows you to zoom in quickly by either tapping or pinching with your finger. Multiple pages can be open at the same time, and you can conduct Google or Yahoo searches from a built-in search box.

Email: The iPhone can connect with most popular consumer email services, including Yahoo, Gmail, AOL, EarthLink and others. It can also handle corporate email using Microsoft's Exchange system, if your IT department cooperates by enabling a setting on the server.

BlackBerry email services can't be used on an iPhone, but Yahoo Mail supplies free BlackBerry-style "push" email to iPhone users. In our test, this worked fine.

Unlike most phone email software, the iPhone's shows a preview of each message, so you don't have to open it. And, if there is a photo attached, it shows the photo automatically, without requiring you to click on a link to see it. It can also receive and open Microsoft Word and Excel documents and Adobe PDF files. But it doesn't allow you to edit or save these files.

**Memory:** The $499 base model comes with four gigabytes of memory, and the $599 model has eight gigabytes. That's far more than on any other smart phone, but much less than on full-size iPods. Also, there's no slot for memory-expansion cards. Our test $599 model held 1,325 songs; a dozen videos (including a full-length movie); over 100 photos; and over 100 emails, including some attachments, and still had room left over.

**Battery life:** Like the iPod, but unlike most cellphones, the iPhone lacks a removable battery. So you can't carry a spare. But its battery life is excellent. In our tests, it got seven hours and 18 minutes of continuous talk time, while the Wi-Fi was on and email was constantly being fetched in the background. That's close to Apple's claim of a maximum of eight hours, and far exceeds the talk time claims of other smart phones, which usually top out at five and a half hours.


The interface features "cover flow" technology for flipping through album covers.

For continuous music playback, again with Wi-Fi on and email being fetched, we got over 22 hours, shy of Apple's claim of up to 24 hours, but still huge. For video playback, under the same conditions, we got just under Apple's claim of seven hours, enough to watch four average-length movies. And, for Web browsing and other Internet functions, including sending and receiving emails, viewing Google maps and YouTube videos, we got over nine hours, well above Apple's claim of up to six hours.

In real life, of course, you will do a mix of these things, so the best gauge might be that, in our two-week test, the iPhone generally lasted all day with a typical mix of tasks.

**Phone calls:** The phone interface is clean and simple, but takes more taps to reach than on many other smart phones, because there are no dedicated hardware phone buttons. You also cannot just start typing a name or number, but must scroll through a list of favorites, through your recent call list, or your entire contact list. You can also use a virtual keypad.

One great phone feature is called "visual voice mail." It shows you the names or at least the phone numbers of people who have left you voicemail, so you can quickly listen to those you want. It's also very easy to turn the speakerphone on and off, or to establish conference calls.

Voice call quality was good, but not great. In some places, especially in weak coverage areas, there was some muffling or garbling. But most calls were perfectly audible. The iPhone can use Bluetooth wireless headsets and it comes with wired iPod-style earbuds that include a microphone.


Google maps on the iPhone.

A downside — there's no easy way to transfer phone numbers, via AT&T, directly from an existing phone. The iPhone is meant to sync with an address book (and calendar) on a PC.

Contacts and calendars: These are pretty straightforward and work well. The calendar lacks a week view, though a list view helps fill that gap. Contacts can be gathered into groups, but the groups can't be used as email distribution lists.

Syncing: The iPhone syncs with both Macs and Windows PCs using iTunes, which handles not only the transfer of music and video, but also photos, contacts, calendar items and browser bookmarks. In our tests, this worked well, even

on a Windows Vista machine using the latest version of Outlook as the source for contacts and appointments.

**IPod:** The built-in iPod handles music and video perfectly, and has all the features of a regular iPod. But the interface is entirely new. The famed scroll wheel is gone, and instead finger taps and flicking move you through your collection and virtual controls appear on the screen. There's also a version of the "cover flow" interface which allows you to select music by flipping through album covers.

**Other features:** There are widgets, or small programs, for accessing weather, stock prices and Google Maps, which includes route directions, but no real-time navigation. Another widget allows you to stream videos from YouTube, and yet another serves as a notepad. There's a photo program that displays individual pictures or slideshows.

The only add-on software Apple is allowing will be Web-based programs that must be accessed through the on-board Web browser. The company says these can be made to look just like built-in programs, but the few we tried weren't impressive.

**Missing features:** The iPhone is missing some features common on some competitors. There's no instant messaging, only standard text messaging. While its two-megapixel camera took excellent pictures in our tests, it can't record video. Its otherwise excellent Web browser can't fully utilize some Web sites, because it doesn't yet support Adobe's Flash technology. Although the phone contains a complete iPod, you can't use your songs as ringtones. There aren't any games, nor is there any way to directly access Apple's iTunes Music Store.

Apple says it plans to add features to the phone over time, via free downloads, and hints that some of these holes may be filled.

Expectations for the iPhone have been so high that it can't possibly meet them all. It isn't for the average person who just wants a cheap, small phone for calling and texting. But, despite its network limitations, the iPhone is a whole new experience and a pleasure to use.

■   Email us at mossbergsolution@wsj.com. Find all our columns and videos online free at the All Things Digital Web site: http://walt.allthingsd.com

Printed in The Wall Street Journal, page D1

---

JOIN THE DISCUSSION
**Be the first to comment**

MORE IN
**Personal Technology »**

Email    Print    Order Reprints

**Stock Report**
Earn 1,000% On The Next Internet Boom
www.stockmauthority.com

**The Printing Train**
10 Cent Color Copies
www.theprintingtrain.com

**850% Penny Stock Gains**
Our last pick jumped 850% - Join our 100% Free Newsletter Today
www.PennyStocksExpert.com

**Business Insurance Agents**
Find Business & Commercial Insurance Companies In Your Area.
yellowpages.com

---

**Add a Comment**

JOURNAL COMMUNITY
Community rules

To add a comment please

**Log in**                              **Create an Account**

8

# VELLTURO
# EXHIBIT 8

NewsFeed | U.S. | Politics | World | Business | Money | Tech | Health | Science | Entertainment | Opinion

# TIME Specials

SEARCH TIME.COM

Main | TIME 100 | Person of the Year | Best Blogs | Best Websites | Worst Cars | Beyond 9/11 | Top 10 | All-TIME 100



AVAILABLE 268 HORSEPOWER.*

THE REINVENTED 2012 CAMRY. IT'S READY. ARE YOU?

Learn More

TOYOTA moving forward

# Best Inventions of 2007

*From the phone that has changed phones forever, to futuristic cars, to a building made of water, to a remote-controlled dragonfly — a dazzling display of ingenuity*

Select a Section       Story | All Best and Worst Lists

**Invention of the Year**

## Invention Of the Year: The iPhone

By LEV GROSSMAN   Thursday, Nov. 01, 2007

NEXT
View All



PRINT | EMAIL | SHARE

Like  26      Tweet  1        1

Share

Stop. I mean, don't stop reading this, but stop thinking what you're about to think. Or, O.K., I'll think it for you:

The thing is hard to type on. It's too slow. It's too big. It doesn't have instant messaging. It's too expensive. (Or, no, wait, it's too cheap!) It doesn't support my work e-mail. It's locked to AT&T. Steve Jobs secretly hates puppies. And—all together now—we're sick of hearing about it! Yes, there's been a lot of hype written about the iPhone, and a lot of guff too. So much so that it seems weird to add more, after Danny Fanboy and Bobby McBlogger have had their day. But when that day is over, Apple's iPhone is still the best thing invented this year. Why? Five reasons:

**1. The iPhone is pretty**

Most high-tech companies don't take design seriously. They treat it as an afterthought. Window-dressing. But one of Jobs' basic insights about technology is that good design is actually as important as good technology. All the cool features in the world won't do you any good unless you can figure out how to use said features, and feel smart and attractive while doing it.

**Special Features:**



Gadget of the Year

The iPhone

How We Chose The List

Tech Buyer's Guide

Emotive Clothing

The X-48B

Best Inventors

Warren Buffett, Adjust My Bra


An example: look at what happens when you put the iPhone into "airplane" mode (i.e., no cell service, WiFi, etc.). A tiny little orange airplane zooms into the menu bar! Cute, you might say. But cute little touches like that are part of what makes the iPhone usable in a world of useless gadgets. It speaks your language. In the world of technology, surface really is depth.

**2. It's touchy-feely**

apple didn't invent the touchscreen. Apple didn't even reinvent it (Apple probably acquired its much hyped multitouch technology when it snapped up a company called Fingerworks in 2005). But Apple knew what to do with it. Apple's engineers used the touchscreen to innovate past the graphical user interface (which Apple helped pioneer with the Macintosh in the 1980s) to create a whole new kind of interface, a tactile one that gives users the illusion of actually physically manipulating data with their hands—flipping through album covers, clicking links, stretching and shrinking photographs with their fingers.

This is, as engineers say, nontrivial. It's part of a new way of relating to computers. Look at the success of the Nintendo Wii. Look at Microsoft's new Surface Computing division. Look at how Apple has propagated its touchscreen interface to the iPod line with the iPod Touch. Can it be long before we get an iMac Touch? A TouchBook? Touching is the new seeing.

**3. It will make other phones better**

jobs didn't write the code inside the iPhone. These days he doesn't dirty his fingers with 1's and 0's, if he ever really did. But he did negotiate the deal with AT&T to carry the iPhone. That's important: one reason so many cell phones are lame is that cell-phone-service providers hobble developers with lame rules about what they can and can't do. AT&T gave Apple unprecedented freedom to build the iPhone to its own specifications. Now other phone makers are jealous. They're demanding the same freedoms. That means better, more innovative phones for all.

**4. It's not a phone, it's a platform**

when apple made the iphone, it didn't throw together some cheap-o bare-bones firmware. It took OS X, its full-featured desktop operating system, and somehow squished it down to fit inside the iPhone's elegant glass-and-stainless-steel case. That makes the iPhone more than just a gadget. It's a genuine handheld, walk-around computer, the first device that really deserves the name. One of the big trends of 2007 was the idea that computing doesn't belong just in cyberspace, it needs to happen here, in the real world, where actual stuff happens. The iPhone gets applications like Google Maps out onto the street, where we really need them.

And this is just the beginning. Platforms are for building on. Last month, after a lot of throat-clearing, Apple decided to open up the iPhone, so that you—meaning people other than Apple employees—will be able to develop software for it too. Ever notice all that black blank space on the iPhone's desktop? It's about to fill up with lots of tiny, pretty, useful icons.

**5. It is but the ghost of iPhones yet to come**

the iphone has sold enough units—more than 1.4 million at press time—that it'll be around for a while, and with all that room to develop and its infinitely updatable, all-software interface, the iPhone is built to evolve. Look at the iPod of six years ago. That monochrome interface! That clunky touchwheel! It looks like something a caveman whittled from a piece of flint using another piece of flint. Now imagine something that's going to make the iPhone look that primitive. You'll have one in a few years. It'll be very cool. And it'll be even cheaper. ▢

View the full list for "Best Inventions of 2007"

**Around the Web**

Jeremy London Sought In Girlfriend's Assault
From THE HUFFINGTON POST


'60 Minutes' Hit On Boehner, Pelosi Falls Short
From THE HUFFINGTON POST


Get TIME *ALL* ACCESS

PRINT MAGAZINE

Sponsored Links

**Ideas To Reality**
Inventor Assistance for Patents, Prototypes, Marketing & Licensing
www.harshawresearch.com

**Do You Have an Idea?**
Find Companies that Can Turn Your Idea Into A Real Product. Start Now
www.Idea4Invention.com

**Sell your Invention Idea**
Find Companies that Help Inventors. Request Free Invention Kit Now!

9

# VELLTURO
# EXHIBIT 9

**The New York Times**

This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now.



June 27, 2007

# The iPhone Matches Most of Its Hype

### By DAVID POGUE

Talk about hype. In the last six months, Apple's iPhone has been the subject of 11,000 print articles, and it turns up about 69 million hits on Google. Cultists are camping out in front of Apple stores; bloggers call it the "Jesus phone." All of this before a single consumer has even touched the thing.

So how is it?

As it turns out, much of the hype and some of the criticisms are justified. The iPhone is revolutionary; it's flawed. It's substance; it's style. It does things no phone has ever done before; it lacks features found even on the most basic phones.

Unless you've been in a sensory-deprivation tank for six months, you already know what the iPhone is: a tiny, gorgeous hand-held computer whose screen is a slab of touch-sensitive glass.

The $500 and $600 models have 4 and 8 gigabytes of storage, respectively — room for about 825 or 1,825 songs. (In each case, 700 megabytes is occupied by the phone's software.) That's a lot of money; then again, the price includes a cellphone, video iPod, e-mail terminal, Web browser, camera, alarm clock, Palm-type organizer and one heck of a status symbol.

The phone is so sleek and thin, it makes Treos and BlackBerrys look obese. The glass gets smudgy — a sleeve wipes it clean — but it doesn't scratch easily. I've walked around with an iPhone in my pocket for two weeks, naked and unprotected (the iPhone, that is, not me), and there's not a mark on it.

But the bigger achievement is the software. It's fast, beautiful, menu-free, and dead simple to operate. You can't get lost, because the solitary physical button below the screen always opens the Home page, arrayed with icons for the iPhone's 16 functions.

You've probably seen Apple's ads, showing how things on the screen have a physics all their own. Lists scroll with a flick of your finger, CD covers flip over as you flick them, e-mail

messages collapse down into a trash can. Sure, it's eye candy. But it makes the phone fun to use, which is not something you can say about most cellphones.

Apple has chosen AT&T (formerly Cingular) to be the iPhone's exclusive carrier for the next few years, in part because the company gave Apple carte blanche to revise everything people hate about cellphones.

For example, once the phone goes on sale this Friday, you won't sign up for service in a phone store, under pressure from the sales staff. You will be able to peruse and choose a plan at your leisure, in the iTunes software on your computer.

Better yet, unlimited Internet service adds only $20 a month to AT&T's voice-plan prices, about half what BlackBerry and Treo owners pay. For example, $60 gets you 450 talk minutes, 200 text messages and unlimited Internet; $80 doubles that talk time. The iPhone requires one of these voice-and-Internet plans and a two-year commitment.

On the iPhone, you don't check your voice mail; it checks you. One button press reveals your waiting messages, listed like e-mail. There's no dialing in, no password — and no sleepy robot intoning, "You...have...twenty...one...messages."

To answer a call, you can tap Answer on the screen, or pinch the microscopic microphone bulge on the white earbud cord. Either way, music or video playback pauses until you hang up. (When you're listening to music, that pinch pauses the song. A double-pinch advances to the next song.)

Making a call, though, can take as many as six steps: wake the phone, unlock its buttons, summon the Home screen, open the Phone program, view the Recent Calls or speed-dial list, and select a name. Call quality is only average, and depends on the strength of your AT&T signal.

E-mail is fantastic. Incoming messages are fully formatted, complete with graphics; you can even open (but not edit) Word, Excel and PDF documents.

The Web browser, though, is the real dazzler. This isn't some stripped-down, claustrophobic My First Cellphone Browser; you get full Web layouts, fonts and all, shrunk to fit the screen. You scroll with a fingertip — much faster than scroll bars. You can double-tap to enlarge a block of text for reading, or rotate the screen 90 degrees, which rotates and magnifies the image to fill the wider view.

Finally, you can enlarge a Web page — or an e-mail message, or a photo — by spreading your thumb and forefinger on the glass. The image grows as though it's on a sheet of latex.

The iPhone is also an iPod. When in its U.S.B. charging cradle, the iPhone slurps in music, videos and photos from your Mac or Windows PC. Photos, movies and even YouTube videos look spectacular on the bright 3.5-inch very-high-resolution screen.

The Google Maps module lets you view street maps or aerial photos for any address. It can provide driving directions, too. It's not real G.P.S. — the iPhone doesn't actually know where you are — so you tap the screen when you're ready for the next driving instruction.

But how's this for a consolation prize? Free live traffic reporting, indicated by color-coded roads on the map.

Apple says one battery charge is enough for 8 hours of calls, 7 hours of video or 24 hours of audio. My results weren't quite as impressive: I got 5 hours of video and 23 hours of audio, probably because I didn't turn off the phone, Wi-Fi and other features, as Apple did in its tests. In practice, you'll probably wind up recharging about every other day.

So yes, the iPhone is amazing. But no, it's not perfect.

There's no memory-card slot, no chat program, no voice dialing. You can't install new programs from anyone but Apple; other companies can create only iPhone-tailored mini-programs on the Web. The browser can't handle Java or Flash, which deprives you of millions of Web videos.

The two-megapixel camera takes great photos, provided the subject is motionless and well lighted . But it can't capture video. And you can't send picture messages (called MMS) to other cellphones.

Apple says that the battery starts to lose capacity after 300 or 400 charges. Eventually, you'll have to send the phone to Apple for battery replacement, much as you do now with an iPod, for a fee.

Then there's the small matter of typing. Tapping the skinny little virtual keys on the screen is frustrating, especially at first.

Two things make the job tolerable. First, some very smart software offers to complete words for you, and, when you tap the wrong letter, figures out what word you intended. In both cases, tapping the Space bar accepts its suggestion.

Second, the instructional leaflet encourages you to "trust" the keyboard (or, as a product manager jokingly put it, to "use the Force"). It sounds like new-age baloney, but it works;

once you stop stressing about each individual letter and just plow ahead, speed and accuracy pick up considerably.

Even so, text entry is not the iPhone's strong suit. The BlackBerry won't be going away anytime soon.

The bigger problem is the AT&T network. In a Consumer Reports study, AT&T's signal ranked either last or second to last in 19 out of 20 major cities. My tests in five states bear this out. If Verizon's slogan is, "Can you hear me now?" AT&T's should be, "I'm losing you."

Then there's the Internet problem. When you're in a Wi-Fi hot spot, going online is fast and satisfying.

But otherwise, you have to use AT&T's ancient EDGE cellular network, which is excruciatingly slow. The New York Times's home page takes 55 seconds to appear; Amazon.com, 100 seconds; Yahoo. two minutes. You almost ache for a dial-up modem.

These drawbacks may be deal-killers for some people. On the other hand, both the iPhone and its network will improve. Apple points out that unlike other cellphones, this one can and will be enhanced with free software updates. That's good, because I encountered a couple of tiny bugs and one freeze. (There's also a tantalizing empty space for a row of new icons on the Home screen.) A future iPhone model will be able to exploit AT&T's newer, much faster data network, which is now available in 160 cities.

But even in version 1.0, the iPhone is still the most sophisticated, outlook-changing piece of electronics to come along in years. It does so many things so well, and so pleasurably, that you tend to forgive its foibles.

In other words, maybe all the iPhone hype isn't hype at all. As the ball player Dizzy Dean once said, "It ain't bragging if you done it."

*E-mail: Pogue@nytimes.com. For his regular column tomorrow, David Pogue will answer frequently asked questions about the iPhone.*

Copyright 2009 The New York Times Company

Privacy Policy | Terms of Service | Search | Corrections | RSS | First Look | Help | Contact Us | Work for Us | Site Ma

*10*

# VELLTURO
# EXHIBIT 10

"All the News
That's Fit to Print"

# The New York Times

**Late Edition**

New York: Today, partly to mostly sunny, breezy, chilly, high 37 Tonight, clear, cold, low 28. Tomorrow, sunny, not as cold, high 42. Yesterday, high 44, low 34. Weather map, Page B8.

VOL. CLVI... No. 53,820 | Copyright © 2007 The New York Times | **NEW YORK, WEDNESDAY, JANUARY 10, 2007** | ONE DOLLAR

## 2 Stars Leap to Hall of Fame, But Steroid Cloud Stops 3rd

**By JACK CURRY**

Cal Ripken was the ironman who played in 2,632 consecutive games, Tony Gwynn was the hitting machine who won eight batting titles, and yesterday both were elected to the baseball Hall of Fame in near-unanimous votes. But their achievements were overshadowed by the voters' rejection of Mark McGwire, a slugger who seemed like a modern-day Paul Bunyan before he fell into disrepute because of suspected steroid use.

McGwire's name was included on just 128 of the 545 ballots cast by baseball writers who took part in the voting, a 23.5 percent showing that fell far short of the 75 percent needed for induction. Because this was McGwire's initial appearance on the ballot, the vote was viewed as one of the first verdicts to be handed down on baseball's troubled steroids era, a period that began in the early 1990s and apparently continued unabated until recent seasons.

It was during this era that players grew bigger, baseballs traveled farther and records began to tumble. McGwire was in the middle of it all, hitting 70 home runs for the St. Louis Cardinals in 1998 to shatter Roger Maris's single-season mark of 61 and helping restore the popularity of a sport damaged by a strike that led to the cancellation of the 1994 World Series. But since then, McGwire's image had been increasingly damaged, and it was reflected in his paltry voting percentage, a re-

pudiation so pronounced that it may be difficult for him ever to be elected to the Hall.

McGwire, who is 43, retired after the 2001 season, having hit 583 career home runs, which is seventh on baseball's career list.

As concern over steroid use grew in recent years, McGwire, in retirement, found himself under increasing suspicion. And it came to a head when he refused to answer questions about possible steroid use during a Congressional hearing on March 2005.

At the hearing, McGwire repeatedly stated that he would not discuss the past. His silence was viewed by many of the baseball writers who take part in the Hall of Fame voting as a tacit admission that he had used steroids, while playing. The fact that he would not publicly acknowledge doing so, at the hearing or since then, only made matters worse in the eyes of some of those writers.

"The fact that Mark didn't get in, I think it's more of people making a statement about the Congressional hearings than it is what he was able to do on the baseball field," Gwynn said in a conference call yesterday after the voting results were announced. "I don't mind saying I think he's a Hall of Famer. I do."

But members of the Baseball Writers' Association of America thought otherwise this year, and may continue to do so for the 14 years McGwire potentially has remaining on the ballot.

Under the voting rules, each writer can nominate up to 10 players who have been retired for at least five seasons. McGwire ended up ninth in the voting, trailing far behind Gwynn, who received 532 votes, or 97.6 percent, and even farther behind Ripken, who was chosen on 537 ballots, or 98.5 percent, the third-highest percentage ever. Gwynn and Ripken were also on the ballot for the first time.

Unlike Gwynn, who called McGwire a Hall of Famer multiple times, Ripken was not ready to give McGwire that designation.



## U.S. AND IRAQIS HIT INSURGENTS IN ALL-DAY FIGHT

### CENTRAL BAGHDAD ROCKED

Air and Ground Strikes in Effort to Reclaim Areas Close to Green Zone

**By MARC SANTORA**

BAGHDAD, Jan. 9 — More than 1,000 American and Iraqi troops, backed by Apache attack helicopters and fighter jets, battled insurgents all day Tuesday and late into the night in downtown Baghdad, in one of the most dramatic operations in the capital since the invasion nearly four years ago.

The fighting raged less than 1,000 yards from the heavily fortified Green Zone, which houses both the American command and the Iraqi government. It was the latest episode for the troubled neighborhood around Haifa Street, where major campaigns have repeatedly been mounted to rid the area of insurgents, only to have them re-infiltrate.

Iraqi officials said that at least 50 militants were killed Tuesday, but the Americans said they could not provide a count.

Problems in other contested areas across Baghdad came to a crisis point in the fall, causing American commanders to abandon a major push to regain control of the city, and setting off a policy review that led to the changes President Bush will announce in a speech to the nation on Wednesday night.

The president is widely expected to call for 20,000 to 30,000 more soldiers in Iraq, with many coming to Baghdad to help quell the sectarian fighting.

American commanders have said the strategy will emphasize an even-handed approach in Sunni and Shiite neighborhoods, something that they acknowledge has evaded them as they have worked with Iran's Shiite-



Smoke rose from Haifa Street in Baghdad yesterday as American and Iraqi troops fought Iraqi insurgents.

## VENEZUELAN PLAN SHAKES INVESTORS

Verizon and Others Face

## Democrats Plan Symbolic Votes Against Bush's Iraq Troop Plan

**By JEFF ZELENY and CARL HULSE**

WASHINGTON, Jan. 9 — Democ- ... tion to a troop increase. House Dem-

# Apple, Hoping for Another iPod, Introduces Innovative Cellphone

### By JOHN MARKOFF

SAN FRANCISCO, Jan. 9 — With characteristic showmanship, Steven P. Jobs introduced Apple's long-awaited entry into the cellphone world Tuesday, pronouncing it an achievement on a par with the Macintosh and the iPod.

The creation, the iPhone, priced at $499 or $599, will not be for everyone. It will be available with a single carrier, Cingular Wireless, at midyear. Its essential functions — music player, camera, Web browser and e-mail tool as well as phone — have become commonplace in hand-held devices.

But it was the ability to fuse those elements with a raft of innovations and Apple's distinctive design sense that had the crowd here buzzing.

Apple's goal, Mr. Jobs said, was to translate the Macintosh computer's ease of operation into the phone realm. "We want to make it so easy to use that everyone can use it," he said. And he was clearly betting on translating Apple's success with the iPod music player to a hot category of multifunction devices.

Underscoring the transformation of a quirky computer maker into the dominant force in digital music, and signaling his ambitions to extend that reach, Mr. Jobs also announced that Apple was dropping "computer"



Paul Sakuma/Associated Press

Steven P. Jobs introduced Apple's cellphone in San Francisco.

from its name and would henceforth be known as Apple Inc.

Investors took quickly to the pitch, sending Apple's stock price up to a record close, while shares of established cellphone makers slumped.

Still, the phone is a gamble on a new business for Apple. And even

Continued on Page C6

# Apple, Hoping for Another iPod, Introduces Innovative Cellphone

**Continued From Page A1**

with its success with the iPod and a reborn line of computers, it has not been immune to marketplace failures, like the Macintosh Cube introduced in 2000.

But in his two-hour presentation before an audience of reporters, analysts and Apple employees at the Macworld Expo trade show, the parallel he repeatedly drew was between the new phone and the Macintosh personal computer, which had a vast impact on the computer industry when it arrived in 1984.

Noting that there are occasionally new products that change everything, Mr. Jobs said, "Apple has been able to introduce a few of these into the world."

He said Apple had set the goal of taking 1 percent of the world market for cellphones by the end of 2008. That may seem small, but with a billion handsets sold last year worldwide, that would mean 10 million iPhones — a healthy supplement to the 39 million iPods that Apple sold last year.

"Steve can make the internal combustion engine appear to be something new and cool," said Reed E. Hundt, the former commissioner of the Federal Communications Commission. "He will provide a certain magic even to the 30-year-old cellphone."

Mr. Jobs's product tour de force was even more remarkable for its timing, as questions continue to be raised over the company's stock options practices and his role in them.

"The truth of the matter is everything is fine," he said during an interview after his presentation. "We've shared it all with the S.E.C."

He acknowledged the controversy over the timing of some of Apple's stock option grants, which Apple appears to have flannedecently with a disclosure to the Securities and Exchange Commission that contained a circumspect description of his role in the options award process.

"It's raised questions," he said, "but some of the journalism has been so off the mark. But I know the truth. It's painful to read some of this stuff, but I know it's kind of ridiculous and will pass."

If he is in any trouble, Mr. Jobs showed no signs of it either on stage, where he was treated with great warmth by his audience of 4,000, or in an interview afterward in which he

*Laurie J. Flynn and Miguel Helft contributed reporting from San Francisco and Brad Stone from Las Vegas.*

## A High Point for Apple

The success of the iPod and iTunes has provided significant sales growth for Apple

… and the company introduced a cellphone hybrid of the iPod — a major player in its market — called the iPhone, in hopes of becoming a player in the large cellphone market.

The reaction on Wall Street yesterday was very favorable, sending the stock price to a record close.



**Apple net sales**
$20 billion

Peripherals, software services and other

All Macintosh computers

Other music products and services

iPod

'02    '04    '06   (Fiscal years)

**Apple market share**

**MP3 players**

About 135 million MP3 players were sold worldwide in 2006

Apple sold 39 million iPods in 2006

**Cellphones**

Almost 1 billion cellphones were sold worldwide in 2006

Apple's goal is to capture about 1 percent of the market (about 10 million cellphones) in 2008



**Apple stock price**
$100 a share

80

Yesterday's close $92.57 +8.3%

60

40

20

July  Aug  Sept  Oct  Nov  Dec

Note: industry figures compiled by Apple

Source: Apple; Bloomberg Financial Markets (stock price)

The New York Times

showed obvious delight in highlighting subtle industrial design features.

Mr. Jobs showed a series of applications including e-mail, advanced voice mail, photo collections and visually appealing Web searching. He promoted the fact that the new iPhone is powered by the same core OS X operating system that the Macintosh computer is based on, offering power-management features and advanced graphics abilities.

The user interface relies heavily on a high-resolution touch screen that makes it possible to use a finger to control the phone. It has features that are still more subtle, including sensors that track light and movement and proximity, to prompt the phone to control screen brightness and physical orientation and other aspects of its operation. For example, when the phone is placed next to the user's face, the keyboard is automatically turned off.

Apple chose the name iPhone even though Cisco Systems, the network and consumer wireless company, has recently introduced a Wi-Fi-based phone with the same name. Mr. Jobs had been negotiating with Cisco executives over the trademark in recent days.

The $499 version of the device will have four gigabytes of storage, and the $599 version will offer twice that.

"At $499 and $599, it's a pretty expensive deal," said Rob Glaser, chief executive of Real Networks, whose online music store is a rival of Apple's iTunes Store. "Steve is more fo-

### ONLINE: A SHOWTIME BLOG

*Bits, a blog by Times reporters, offers coverage and analysis of the Consumer Electronics Show and the Macworld Expo:*

bits.blogs.nytimes.com

cused on not cannibalizing iPod sales than on driving volume of phones. These are not high-volume prices."

Mr. Jobs defended the higher price of the new phone in a market where prices of so-called smartphones — those combining voice calling with Internet functions — are rapidly plunging to $200 and below. He contrasted the iPhone, which has only one mechanical button on its surface, with the BlackBerry and smartphones from Motorola and Palm. Rather than what he called "small plastic keyboards," the iPhone will have a display that becomes both the keyboard and control panel, morphing to suit the current application.

"After today I don't think anyone is going to look at these phones in the same way," he said.

Apple's relationship with Cingular began two years ago when Mr. Jobs phoned Stanley T. Sigman, Cingular's chief executive, and proposed that they speak about a relationship. The two had an initial meeting in February 2005 in a New York hotel.

Apple spoke with other carriers before committing itself to its exclusive link with Cingular, Mr. Jobs

said, but he would not give details.

In addition to the Apple relationship with Cingular, which Mr. Jobs said was forged without offering the wireless carrier even a peek at an early prototype, the iPhone will offer special applications from both Google and Yahoo. Users will be able to use both services' search and e-mail services as well as a custom version of Google Maps.

Eric E. Schmidt, who is chief executive of Google as well as a member of Apple's board, and Jerry Yang, co-founder of Yahoo, came on stage to endorse the new hand-held.

"I'm not a board member of Apple, but I would like one of these, too," Mr. Yang said.

Regis McKenna, the veteran public relations specialist and corporate strategist who tutored Mr. Jobs in the art of high-tech marketing beginning in the late 1970s, said: "This compares favorably with the launch of the Macintosh. The price is high, but it will come down."

Despite the widespread comment and enthusiasm that the phone generated, there were also many questions about its design and about Apple's strategy.

Some analysts and industry executives noted that the Apple designers had shunned Cingular's higher-speed digital cellular network. Mr. Jobs said later models would have additional networking standards.

Others questioned whether the device would be as versatile as other smartphones if it was not truly open

— that is, able to accommodate many programs from third parties, as personal computers are.

Mr. Jobs would not say how open the phone would be to other developers, but added: "I don't want people to think of this as a computer. I think of it as reinventing the phone."

He also said he was anxious to help protect the Cingular network from the kind of viruses and worms that bedevil the PC world today.

The phones will go on sale in June through Apple and Cingular (online, by phone and in stores). Mr. Jobs said the phone was being announced ahead of its availability to head off disclosure that might have resulted in the course of Federal Communications Commission licensing.

Although it will be a half-year before it is possible to know whether Mr. Jobs has another hit product, there was no shortage of enthusiasm based on the first glimpse today.

"It's like they read our minds," said David Myers, executive chief at Sona restaurant in Los Angeles-and chief executive of the Food Arts Group, where the employees currently use the Treo smartphone from Palm. "This is the next step in not accepting poor design any longer."

Before he introduced the phone, Mr. Jobs said Apple TV, the digital video system that he announced as iTV last year, would be available for $299 in February. The device will store up to 50 hours of video and permit wireless streaming of content from a computer to a television.