100 LB   BLUEBIRDonline.com (888) 477 - 0700   100 LB Style

//

# VELLTURO
# EXHIBIT 11

www.usatoday.com                    THE NATION'S NEWSPAPER                    75 CENTS

# USA TODAY

**NO. 1 IN THE USA**

FINAL SCORES



By Michael Conroy, AP
UCLA's Arron Afflalo: No. 1 until loss to Oregon.

## Pacific but not peaceful
■ For some, rough-and-tumble Pac-10 is 'best league in the country' for men's hoops, 1C

## Apple wants to rock your phone
■ CEO Steve Jobs unveils the long-anticipated iPhone, which combines a mobile phone, widescreen iPod and Internet access in a thin, handheld device, 1, 4B


Apple via AP

**Wednesday, January 10, 2007**

# Newsline
■ News ■ Money ■ Sports ■ Life

## Carmakers' hopes on stage


Bloomberg News

■ Camaro concept car, left, part of drama at Detroit show, 1B
■ Five power players, 3B


Brewers    US Presswire

## Ripken, Gwynn make Hall
■ Cal Ripken, left, gets third-highest vote yet for Cooperstown. Tony Gwynn, right, safely in; Mark McGwire far back, 1, 4C


By Bob Riha Jr., USATODAY

## Fire destroys Malibu homes
■ Calif. damage in millions; homeowner Suzanne Somers sees 'glass half-full,' 3A

## Changes in homeland security sought
Democrats' bill aims to tighten security at ports and on planes, improve emergency planning and prevent terrorist attacks. 5A.

■ **Money: Tax collection effort assailed**
Report calls for end to IRS' hiring of private collection firms, saying move is "fatally flawed" by high costs and security risks. 1B.
■ United Airlines wins government approval to begin service between Washington and Beijing. 3B.

■ **Sports: What home-field advantage?**
In NFL playoffs, there may be no clear winner. 1C.

■ **Life: FDA aims at unapproved drugs**
Agency plans aggressive effort to get the medications off the market; companies defend products. 8D.

By John Q. Buckley

■ Stocks end day slightly mixed

## GenNext defines itself
18- to 25-year-olds focus on riches, fame, survey shows, 1-2D


By Santa Fabio for USA TODAY
Kristine Molina: University of Michigan grad student, 23, hopes to be "influential figure."

By Darko Vojinovic, AP
Size of U.S. force in Baghdad could double: Soldiers from the U.S. Army's 2nd Battalion, 17th Field Artillery Regiment get ready to monitor a mosque during Friday prayers in Baghdad on Dec. 29.

# Questions fill the air as Bush speaks on Iraq

## President plans to boost troop numbers; neither party united on a position

By Tom Vanden Brook and Jim Michaels
USA TODAY

WASHINGTON — In a pivotal moment of his six years in the White House, President Bush goes before the nation tonight to announce a strategy to salvage the most controversial decision of his presidency: the 2003 invasion of Iraq.

As Bush made last-minute preparations Tuesday for the 9 p.m. ET address, opposition to emerging details about his intention to increase the number of U.S. troops in Iraq appeared to grow.

"The escalation, whether it is called a 'surge' or any other name, is still an escalation," said Sen. Edward Kennedy, D-Mass. He said Tuesday that he would introduce legislation to bar Bush from using any money to increase troop levels in Iraq without congressional approval.

In a briefing with congressional leaders Monday, Bush said up to 20,000 extra troops would be sent to Baghdad and to Anbar province in the west, a base of the mostly Sunni insurgency, Sen. Kay Bailey Hutchison, R-Texas, and others said. The reinforcements could double the number of U.S. forces in the capital.

Bush is also considering turning over responsibility for security in all provinces to Iraqis by November, three administration officials briefed on the proposal said Tuesday. They asked not to be identified because the details of the plan were not

### Cover story
■ Fierce battle
In central Baghdad, 2A

Please see COVER STORY next page ►

# El Niño gives USA its hottest year in '06

## Climate change enters as a factor

By Patrick O'Driscoll
USA TODAY

DENVER — Last summer's deadly heat wave and a balmy December helped make 2006 the warmest year ever recorded in the USA, federal climate officials announced Tuesday.

The National Climatic Data Center says factors include the El Niño climate pattern and "the long-term warming trend" of climate change, due in part to "greenhouse gases." The center says the warmth made drought more severe in the Plains and parts of the West. Wildfire agencies say it helped make it the worst wildfire season ever, with 9.8 million acres burned.

"There's no denying that climate change is occurring, and warmer winters and warmer years are more common for that reason," says Jay Lawrimore, monitoring chief for the center, which keeps the nation's weather records. "What we're seeing (in 2006) is just becoming so much more common."

New York City still without snow this winter, last week broke a 129-year record for latest date for the first snowfall. In the Northeast, ski resorts report little snow and temperatures too warm to make artificial snow.

Temperatures were above normal even in Colorado, where major snowstorms before Christmas and New Year's buried Denver and socked the Great Plains. The city's average reading for December was still 1.4 degrees warmer than usual.

A side benefit: Residential energy demand for heating was 13.5% lower than normal for October through December, the center said.



### Hot years
Warmest average temperatures recorded in the USA:

| Year | Temp |
| --- | --- |
| 2006 | 55.01 |
| 1998 | 54.94 |
| 1934 | 54.91 |
| 1999 | 54.53 |

# Coming to an airport checkpoint

# Apple unveils all-in-one iPhone

## Combines Net, music, phone

By Jon Swartz
USA TODAY

SAN FRANCISCO — Apple on Tuesday introduced iPhone, a new cellphone version of its iPod portable music player that its iconoclastic CEO Steve Jobs called among the company's most important products ever.

"Apple is clearly redefining the phone," Jobs said in an interview after unveiling the iPhone at the sprawling Macworld conference here. "People will not look at smart phones the same way again."

**Technology** The handheld device, priced at $499 and $599, packs the features of an iPod, cellphone and Internet service onto a 3.5-inch screen. New technology, called Multi-Touch, lets consumers use their fingers to make calls, play content and troll the Web. The iPhone won't be available until June.

"This is a revolutionary product that has the chance to really impact people's lives," said Jobs, comparing the iPhone to the original Macintosh and iPod. "This is the ultimate digital device."

Jobs demonstrated how iPhone users will be able to make calls while viewing content on the Web and exchanging e-mail — at the same time.

Underscoring the sweep of the event, Apple announced an exclusive deal with Cingu-lar. Apple also said it is dropping "Computer" from its name.

Apple expects the all-in-one device — which houses Apple's OS X operating system and Google Maps, among several features — to make an immediate impact in the burgeoning market for cellphones worldwide. Jobs predicted Apple will sell about 10 million iPhones, or about 1% of the worldwide market, by 2008.

The iPhone has been in development for 2½ years, and the subject of speculation for months. While tech analysts expect the iPhone to make an immediate splash with iPod devotees, there are concerns its steep price and five hours of battery life may scare off others. "Initially, I'm sure there are people who want one regardless of the price," says Charles Golvin, principal analyst at Forrester Research. "Still, 10 million is an ambitious goal."

The iPhone could get more people to buy iPods, tech analysts say. Jobs says Apple expects to ship its 100 millionth iPod this year.

The iPhone dominated most of Jobs' two-hour speech, a combination pep rally and product introduction. Earlier, Jobs unveiled Apple TV, hardware that plays video, music and photos on televisions. It is $299, and ships in February.

Apple shares rose 8% to close at a record $92.57 Tuesday.

The product blitz comes amid a stock-option scandal, and the role Jobs played. Last month, Apple said an internal investigation found no misconduct by current management and said it has "complete confidence" in Jobs.

## Apple's iPhone: What does it do?

### Phone
Sleek touch-screen eliminates cumbersome buttons; "visual" voice mail lets you choose which message to listen to; simple conference calling.

### iPod
Full iPod functionality — music, video, photos; scroll album art with Cover Flow.

### Camera
Photo library syncs with Mac or PC.

### Web access
View full Web pages or zoom in; free "push" e-mail from Yahoo.



### For techies

**Size:** 4.5 by 2.4 by 0.46 inches
**Weight:** 4.8 ounces
**Camera phone:** 2 megapixels
**iPod:** 3.5-inch wide screen with touch controls
**Internet:** HTML e-mail and Safari Web browser with built-in Google and Yahoo search
**Wireless:** Wi-Fi (802.11b/g) + Edge + Bluetooth 2.0
**Battery:** Up to 5 hours, talk/video/browsing; up to 16 hours, audio playback

### ▶ page 4B
▶ New iPhone offers lots of goodies.

### Cost & storage
**$499:** 4 gigabytes
**$599:** 8 gigabytes

Source: Apple

4B · WEDNESDAY, JANUARY 10, 2007 · USA TODAY

## Macworld/Consumer Electronics Show

# Apple packs all kinds of high-tech goodies into iPhone

### In addition to iPod, there's e-mail, camera

By Edward C. Baig
USA TODAY

LAS VEGAS — With its long-anticipated iPhone, Apple is hoping to do to the wireless industry what it has already done to the music business: Rock it.

The iPhone is certainly a looker: super thin, touch-screen, closer in appearance to a Nano than a Treo. It combines a mobile phone, widescreen iPod and Internet capabilities.

At $499 for a 4-gigabyte version and $599 for 8 GB, the devices won't be cheap. You'll be able to buy them online or at retail stores through Apple and Cingular, the wireless carrier for the phone. Service plans will be announced before the phone is available in June.

The details:



New gadget: Apple CEO Steve Jobs introduces the Apple iPhone during his keynote address Tuesday at Macworld in San Francisco.

▶ Apple's Steve Jobs introduces the iPhone, 1B

▶ As an iPod. Using your finger, you can navigate the device's 3.5-inch display. You can watch podcasts, TV shows, movies — and, of course, listen to music and audiobooks. You can also rapidly scroll through album covers using the clever Cover Flow feature on iTunes. But you cannot wirelessly download music purchased off iTunes. Instead, you connect or dock the device as with any iPod.

**A record high**
Apple shares closed Tuesday at an all-time high. Annual closes:

Tues.: $92.57

$80
$60
$40
$20
0  $6.56
'97                    '07

Sources: Investorlion.com, USA TODAY research

By Marcy E. Mullins, USA TODAY

▶ As a phone. Touch a name or number in your address book to dial the phone. Or you can use a virtual onscreen keypad. You can synchronize contacts from a PC or Mac and create a favorites list of the folks you frequently call. A nifty visual voice-mail feature lets you jump to the messages you most care about and ignore others. And you can send short text messages using a virtual touch-screen "qwerty" keyboard.

The phone works exclusively over Cingular's so-called GSM and Edge wireless networks — speedy but not the fastest of the emerging third-generation, or 3G, networks. It has built-in Wi-Fi and Bluetooth wireless capabilities.

Battery life could be a concern. Apple claims up to five hours of talk time, including watching video or browsing the Web. Apple says you'll get up to 16 hours if you use it just for audio.

▶ Connectivity. Included is a full-blown version of Apple's Safari Web browser. You can sync bookmarks from your computer. E-mail can be automatically delivered, or "pushed," for free to you through Yahoo Mail; iPhone also works with Microsoft Exchange as well as other industry standard e-mail services. You can download e-mails in the background while surfing the Web.

The iPhone also includes an icon for Google Maps, plus the light applications (found on a Mac) known as Widgets, for checking stock prices, the weather and other data you want at a glance in real time.

▶ Other goodies. The phone includes sensors that detect when you rotate it from portrait to landscape mode; the onscreen controls are oriented accordingly. Lift the phone to your ear, and the sensor turns off the display to save power and prevent you from accidentally hitting the wrong controls when on a call. Also on board is a 2-megapixel still digital camera.

**Set-top box:** Tuesday, Apple also showed off the new Apple TV multimedia device. You'll have to wait only until next month for its arrival in stores. The $299 box, which resembles a Mac Mini, lets you wirelessly move iTunes content off a PC or Mac to your TV. You hook it up to the TV (it has HDMI connector, among other connectors.) You can stream content from up to five additional computers, sans wires.

Apple TV's 40-GB hard drive can store up to 50 hours of video, 9,000 songs, 25,000 photos or some combination and can deliver high-definition content. You can control your media through Apple's wireless remote.

By John G. Mabanglo, epa

# Moonves: CBS has eye on new media

### Network welcomes bloggers, downloads

LAS VEGAS — Leslie Moonves is CEO of CBS, which owns old-media stalwarts such as the CBS network, TV and radio stations and a billboard business. He is at the giant Consumer Electronics Show this week with a message: The home of Bob Barker and Andy Rooney is also the place for bloggers, video down-





12

# VELLTURO
# EXHIBIT 12



**Paul Murray On Lawyers As CEOs**
BUSINESS | A11



**Why Plastics Are in the Past At GE**
MARKETPLACE | B1



**Hello, iPhone: The Bold Call From Apple**
PERSONAL JOURNAL | D1

# THE WALL STREET JOURNAL.

WEDNESDAY, JANUARY 10, 2007 · VOL. CCXLIX NO. 8

DJIA 12416.60 ▼ 6.89 –0.1%   NASDAQ 2443.83 ▲ 0.7%   NIKKEI 17373.73 ▲ 0.9%   DJ STOXX 50 (Europe) 3722.31 ▲ 0.7%   10-YR TREAS unchanged, yield 4.650   OIL $55.64 ▼ $1.55   GOLD $613.20 ▲ $5.60   EURO $1.2960   YEN 119.42   **★★★★ $1.00**

## What's News—

*Business and Finance*

*World-Wide*

## To Refurbish Its Image, Tiffany Risks Profits

### After Silver Took Off, Jeweler Raises Prices To Discourage Teens

By ELLEN BYRON



### Siberians Love Their Billionaire And His Largess

*Popular Gov. Abramovich Enriched Chukotka Region; Now He Wants to Leave*

By GUY CHAZAN

## Newspapers Set To Jointly Sell Ads on Web Sites

### Gannett, McClatchy And Tribune to Form Nationwide Network

#### Yahoo's Competing Effort

By JULIA ANGWIN

## Cuban Economists Envision Role For Markets in Post-Castro Era

By BOB DAVIS





## INSIDE

◆ At 80, Jerry Wexler has CDs left to burn
LEISURE & ARTS ......... A9

◆ A three-issue triangle over the minimum wage
POLITICS & ECONOMICS ..... A4







HOW LONG DOES IT TAKE TO STOP A CAR TRAVELING AT 65 MPH?

Will your teenager have the right answer?

**TOYOTA** | *moving forward ▸ safely*

## LEADING THE NEWS

# Apple Storms Cellphone Field

**Cingular to Offer Service For High-End iPhone; Obstacles: Price, Rivals**

*By Li Yuan And Pui-Wing Tam*



Apple's CEO Steve Jobs holds up the new Apple iPhone during the Macworld conference in San Francisco.

## COLORADO VACATION
www.longestaycolorado.com



Share of mobile handsets sold, third-quarter 2006

# Sit on your assets.

*Thomas Chippendale mahogany ribbon backed chair; purchased by King George II for £18. Recent market value: £250,000.*

# GREENBAUM
INTERIORS

# U.S. Effort to Isolate Iran Gains Ground As European Bank Restrictions Take Hold

*By Glenn R. Simpson In Brussels and David Crawford In Berlin*

### Seeking Curbs

# ARTISTIC TILE

### Cracking Down

# Apple Storms Cellphone Field

## Cingular to Offer Service For High-End iPhone; Obstacles: Price, Rivals

**By Li Yuan And Pui-Wing Tam**

The long-awaited announcement that Apple Inc. would offer a media-playing cellphone—dubbed the iPhone—sent ripples through the telecom industry and pushed Apple's stock to a high, but it also raised questions about the company's strategy to parlay its successful iPod music player as an entry in the cutthroat handset market.

The device, priced up to $599 in addition to a two-year cellular service contract, allows users to download and play iTunes music, browse the Web, send email and make calls. Equipped with a wide screen and a two-megapixel camera it can also link wirelessly to music headsets, stereo systems and Wi-Fi networks. (See related article on page D1.)

The iPhone, scheduled for release in June, could be a boost for AT&T Inc., the world's largest telecom operator, and its Cingular Wireless unit, which has an exclusive multi-year deal for the U.S. market to provide cellphone service for the device. The phone will be sold at Apple and Cingular stores, as well as on each company's Web site. Cingular hopes the phone will attract high-end customers and give it an advantage over rival Verizon Communications Inc., which also is trying to reposition itself as multimedia service provider.

The iPhone is the latest example of how lines between the entertainment and telecom industries are blurring. Verizon Wireless recently began offering YouTube videos on cellphones, while Sprint Nextel Corp. produces its own TV shows for cellphone screens. Comcast Corp. and other cable companies, are offering Internet calling services and have partnered with Sprint to offer wireless service and television for cellphones.

The market for high-priced multimedia wireless devices has been growing fast. For example, BlackBerry wireless email devices have been selling for several years for as much as $400 without such features as cameras or music players. Consumers have also been willing to pay a premium for well-designed handsets, such as Motorola Inc.'s RAZR, as a fashion statement. In Europe and Asia, where carriers don't subsidize handsets as much as in the U.S., many consumers pay upward of $500 for the latest handsets. What's more is that Apple's design and strong brand name have allowed the company to charge more than its rivals for items from laptops to music players. And Cingular is expected to promote the phone aggressively.

At this price point, "if anybody could pull it off, it will be Apple," says Hugues de la Vergne, handset analyst of the research firm Gartner Inc.

However, whether the iPhone can match the success of the iPod remains to be seen. One potential stumbling block: The price tag is high for the U.S. market, where as much as 80% of handsets sell for $99 or less, Mr. de la Vergne said. Analysts say Apple is unlikely to lower the phone's price because it doesn't want to cannibalize its iPod business.

And while the iPhone appears unparalleled in its design, many equipment makers have pushed in the same direction: SonyEricsson's Walkman phone, which sold more than 15.5 million units by the end of September, has a camera, video and music player and a phone, for example, and one model is available free with some cellphone service subscriptions. Motorola last week warned investors its 2007 revenue and profit would fall short of its own forecasts, even after the company sold more than 50 million RAZR units. The price of the RAZR fell from $500 to being offered free with service contracts. Apple could face a similar price pressure over time, some analysts suggest.

Entering the cellphone market also carries risks that have left other large tech companies bloodied. Microsoft Corp., for instance, had a tough time breaking into the market with its cellphone software platform and still hasn't made significant inroads into the market.

Apple also is wading into a market with very different dynamics from the consumer-electronics market in which it plays. While Apple is used to connecting directly with customers through its stores and its Web site, access to consumers in the cellphone market is largely controlled by wireless carriers.

Apple's historical model—relying on sales of hardware—would also be tough to replicate in the cellphone industry, where carriers typically lure customers by discounting handsets and earn most of their profit from the service. It also will be dealing with intense competition: Many sub-$100 phones already offer music-playing capabilities. "Wireless is hard," says Mike Abramsky, an analyst at RBC Capital Markets. "Success in this industry has confounded other companies like Microsoft and even Motorola at times."

Apple's iPhone will compete in an increasingly crowded field of high-end smartphones that include Motorola's Q, Research in Motion Ltd.'s BlackBerry Pearl and Palm Inc.'s Treo 750, all released in the past year and are targeted at the consumer market.

Of course, Apple has a trump card: a loyal following in the downloadable music world. Apple introduced its iPod player five years ago, and bolstered the device by creating an iTunes music store where consumers can download songs for 99 cents. In recent years, Apple has added other content onto iTunes, including network TV shows such as "Desperate Housewives," movies and music videos.

Adding to the drama of the iPhone's unveiling, which was shrouded in secrecy through the course of two and a half years of development, the debut took place at the same time that the giant Consumer Electronics Show—where Apple rivals such as Microsoft typically put on a big show—was unfolding in Las Vegas, dividing the attention of the tech world. And to reflect its new role in the tech world, Apple changed its corporate name from Apple Computer Inc. to Apple Inc.

As the iPhone announcement sparked fears that Apple, Cupertino, Calif., would steal market share, the stocks of competitors dropped. Shares of RIM dropped 7.9%, while those of Palm dropped 5.7%. Shares of some larger telecom equipment makers dropped as well, though not drastically. After the news, Apple's stock rose $7.10, or 8.3%, to $92.57 in 4 p.m. composite Nasdaq Stock Market trading.

*Sara Silver and Nick Wingfield contributed to this article.*



Apple CEO Steve Jobs holds up the new iPhone during his keynote address yesterday at MacWorld Conference & Expo.

Share of mobile handsets sold, third-quarter 2006

- Nokia 35.1%
- Motorola 20.6%
- Samsung 12.2%
- Sony Ericsson 7.7%
- LG 6.0%
- Other 18.4%

Total handsets sold: 251.3 million
Source: Gartner Dataquest

# PERSONAL JOURNAL.

THE WALL STREET JOURNAL.                                   Wednesday, January 10, 2007    D1



**A Guide to Investing In Real Estate**
PERSONAL FINANCE D3

**The Man Who Made Hits With Aretha**
CULTURAL CONVERSATION D9

**IRS REPORT:** *The 20 most serious problems facing taxpayers and the agency.* ............ D5

**THE MOSSBERG SOLUTION:** *Programming your TiVo when you aren't in the room.* ............ D5

## Apple's iPhone: Is It Worth It?



**BY NICK WINGFIELD AND LI YUAN**

APPLE INC.'s feverishly anticipated iPhone combines the music and video features of an iPod with the communications functions of a smartphone. The question is how many customers will be willing to pay the hefty price for the combo.

The iPhone has a slave design and is only 11.6 millimeters thick. A 3.5-inch screen, bigger than on most iPods, extends far down the entire length of the nearly button-free device. Instead of the iPod's iconic scroll wheel, users will navigate through their new collections, make phone calls and perform other tasks by tapping their fingers on the iPhone's touch-sensitive screen. Users of the iPhone will make calls or type emails on a virtual keyboard that pops up onscreen as needed.

Apple, of Cupertino, Calif., has an exclusive agreement with AT&T Inc.'s Cingular, the nation's largest cellular carrier by subscriber, to sell the iPhone in the U.S. for $500 and $599—well above most mass-market cellphones—with a commitment to a two-year service plan. Although it has become a hot streak, Apple doesn't always hit it big when it enters new markets. The company collaborated with Motorola Corp. on a phone called ROKR that plays songs from users' iTunes music collections, but it was seen by many as a disappointment because of limited storage capacity.

It's unclear if and when the prices for the iPhone might come down, as prices for electronics gear such as flat-screen televisions and video camcorders tend to do. While prices for the iPod have generally stayed much the same over the years, contract plans have been getting more features on new generations of iPods, essentially getting more for the same as they pay on iPhone. With its batteries, the iMore and bundled service for the price of an all-inclusive offering of music, phone and multimedia service are taking a few on the products in order to get customers subscribing and locking...

In defense of the price of the iPhone, Apple Chief Executive Steve Jobs said in a speech at the start of the Macworld conference in San Francisco that consumers normally have to pay $399 for a comparable iPod nano and $299 for a smartphone, which would lock many of the what long features of the iPhone in exactly the same price.

With Cingular, Apple developed a feature the companies describe as a major innovation, calling it "visual voice mail." Instead of having to wade through voice mail messages on the order in which they were left, iPhone users will be able to see the names and phone numbers of the people who

Please turn to page D8

## The Tax Hit You May Not See

*Phaseouts, Which Limit Tax Breaks Based on Income, Come Under Renewed Fire; What to Watch Out For*

**BY TOM HERMAN**

MILLIONS of people are paying taxes at higher rates than they probably realize because of tricky provisions that can reduce—or even eliminate—many tax breaks based on their income.

These so-called phaseouts have become benefits begun to phase out when your income exceeds certain levels and similar provisions should be repealed, or at least simplified, said Nina Olson, the Internal Revenue Service's National Taxpayer Advocate, in a report to Congress released yesterday. Ms. Olson, who isn't a political appointee, heads an IRS unit designed to help taxpayers cut through red tape and deal with problems that typically couldn't be resolved through normal channels.

The report says more than 60 million individual income-tax returns, about 44% of the total filed last year, are affected each year by one or more of these provisions, which can force up a taxpayer's marginal tax rate well above what his or her official tax rate.

It's doubtful that Congress will eliminate phaseouts. Repealing them would cost the U.S.

### Stealth Taxes

A few people stand to lose part of all of say tax benefits because their income is too high

● Personal tax benefits ● Kiddie income-based "phased-in" breaks

● Total elimination of certain itemized deductions, ● Some itemized deductions

● A new report by IRS flags an tax breaks should be difficult for the average taxpayer to decode, although the most significant limits can be complex enough.

Treasury Department pulls in billions of dollars each year at a time when lawmakers are focusing more on cutting budget deficits than on simplifying the nation's notoriously complex tax system. Yet the report throws a new spotlight on a costly by-corner of the tax world that many taxpayers need to understand more thoroughly in order to make intelligent tax and investment-planning decisions.

Phaseouts are also referred to as "stealth" taxes because they're difficult for the average taxpayer to detect, although the most significant limits can be complex enough. More than 8.7 million individual returns for 2004 were hit by the income-based definitions. As a result, taxpayers were unable to deduct a total of more than $36.7 billion of itemized deductions for that year.

Other benefits that may be affected include a credit for adopting a child, the child tax credit and education-related incentives. A new deduction for mortgage insurance also has phaseout problems.

Even sophisticated taxpayers may be un-

Please turn to the next page

## New Rules May Shrink Ranks of Blood Donors

*HIV Risk Eases, but Concern Over Other Threats Grows; A Problem With Pregnancies*

**BY LAURA LANDRO**

FAST-EMERGING threats in the blood supply—including infectious diseases from donated and newly negotiated risk of transfusion—are putting safety concerns and threatening to shrink the supply of eligible blood donors.

The chances of getting HIV or hepatitis C from donated blood have been all but eliminated thanks to techniques and screening that platelets and blood tests add a testing to very conservatives in an effort to curtail the latest threats.

Among the most worrisome are changes that could affect the use of certain blood components from 10 to 20 of female donors—as many as 3



million women. Scientists have only recently come to understand that certain antibodies in the blood of women who have ever been pregnant can cause a reaction known as transfusion-related lung injury, or TRALI. While rare, TRALI has emerged

the leading cause of transfusion-related deaths, an estimated 30 to 50 of 650 fatalities annually.

In addition, the Food and Drug Administration recently approved a new standard donor screening form to better ferret out risk factors that could lead to a transmission infection, such more direct and deadlier questions about travel, relationships and lifestyle, such as intravenous drug use.

Last month, the FDA, which continues to seek new donor-screening tests for infectious diseases, approved a test for Chagas disease, a potentially fatal blood-borne illness linked to a parasite that affects as many as 11 million people in Latin America. Chagas is becoming more common in the U.S. because of the rise in immigration from those countries.

Amid these concerns, there is growing debate about illness bans as gay men, which could increase the pool of donors. Last year, transfusion-medicine experts, researchers and blood drivers,

Please turn to page D2

---

### GETTING GOING

## To Find Hotter Funds, Go With The Winners—and the Losers

If you buy last year's top-performing stock funds, is there a good chance that in a strong market you're likely to buy the 10-cent... [illegible fragment] performers? That's the conclusion I've drawn from an analysis...

**By Jonathan Clements**

● **Seeking heat.**

### Trading Tips

... [illegible fragment] ...

# U.S. TRUST

**Our mission is**
**o...**
**m...**
**children and grandchildren.**
**o...**



**And Li Yuan**

APPLE INC.'s feverishly anticipated iPhone combines the music and video features of an iPod with the communications functions of a smartphone. The question is how many consumers will be willing to pay the hefty price for the combo.

The iPhone has a sleek design and is only 11.6 millimeters thick. A 3.5-inch screen, bigger than on most iPods, extends for almost the entire length of the nearly button-free device. Instead of the iPod's iconic scroll wheel, users will navigate through their song collections, make phone calls and perform other tasks by tapping their fingers on the iPhone's touch-sensitive screen. Users of the iPhone will make calls or type emails on a virtual keyboard that pops up onscreen as needed.

Apple, of Cupertino, Calif., has an exclusive agreement with AT&T Inc.'s Cingular, the nation's largest cellular carrier by subscriber, to sell the iPhone in the U.S. for $499 and $599—well above mass-market cellphones—with a commitment to a two-year wireless plan. Although it has been on a hot streak, Apple doesn't always hit it big when it enters new markets. The company collaborated with Motorola Corp. on a phone called ROKR that plays songs from users' iTunes music collections, but it was seen by many as a disappointment because of limited storage capacity.

It's unclear if and when the prices for the iPhone might come down, as prices for electronics gear such as flat-screen television sets and video camcorders tend to do. While prices for the iPod have generally stayed in the same range over the years, consumers have been getting more features on new generations of iPods, essentially getting more for their money each time. With cellphones, the historical model has been for prices of such devices to come down quickly, with wireless carriers sometimes taking a loss on the products in order to get consumer subscription revenue.

Chief Executive Steve Jobs said in a speech at the start of the Macworld conference in San Francisco that consumers normally have to pay $199 for a comparable iPod nano and $299 for a smartphone, which would lack many of the whiz bang features of the iPhone at roughly the same price.

With Cingular, Apple developed a feature the companies described as a major innovation, calling it "visual voice mail." Instead of having to wade through voice mail messages in the order in which they were left, iPhone users will see a list with the names and phone numbers of people

*Please turn to page D8*

# New Rules May

## HIV Risk Eases, but Concern Over Other Threats Grows; A Problem With Pregnancies

### By Laura Landro

FAST-EMERGING threats to the blood supply—including infectious diseases from abroad and newly recognized risks of transfusion—are raising safety concerns and threatening to shrink the supply of eligible blood donors.

The chances of getting HIV or hepatitis C from donated blood have been all but eliminated thanks to sophisticated screening. But regulators and blood banks are adding new protections in an effort to quell the latest threats.

Among the most sweeping are changes that could affect the use of certain blood components from 10% to 20% of female donors—as many as a

THE WALL STREET JOURNAL.

# GADGETS

THE MOSSBERG SOLUTION | Edited by Walter S. Mossberg

## Using Your DVR From Afar

### Two Methods Allow Remote Recording: Checking the Grid



*By Katherine Boehret*



Motorola Bluetooth
Active Headphones S9
for wireless access to
music and voice calls

## Tech's New Trend: Multitasking

### Phones Play Music, Cameras Make Calls At Las Vegas CES

*By JESSICA E. VASCELLARO And DON CLARK*



The Bushnell
Weather
Tracker
hand-held
GPS system

The GoPro
Digital Hero 3
wrist-mount
video camera

## HEALTH

## Rules May Deter Blood Donors



BUY MUNI BONDS
FMSbonds.com
1-800-367-BOND

## Is Apple's iPhone Worth It?



The Apple TV runs a 40-Gbyte hard drive and
will be able to play video and photos from PCs.

Continued from page 31

# *Is Apple's iPhone Worth It?*

*Continued from page D1*

who left them voice messages and tap to listen the messages in whichever order they like.

There are also sophisticated sensors within the product that, for instance, adjust the brightness level of the screen to make it more legible based on ambient lighting conditions. Another sensor automatically shifts the screen-orientation of the iPhone to landscape from portrait mode when a user holds the device between two hands, which will allow users to view movies and television shows in wide-screen mode.

Initially, users will load music, video and other content onto the iPhone from their computers, not wirelessly over the Cingular network. Executives in the music industry say Apple will need to negotiate new licensing agreements with music labels to obtain rights to sell songs wirelessly on the iPhone.

In a nod to how drastically products like the iPod, iPhone and a new television set-top box coming out in February called Apple TV are reshaping the company, Apple yesterday said it has changed its corporate name to Apple Inc. after decades as Apple Computer Inc. In his speech, Mr. Jobs said the iPhone was the result of more than 2½ years of development work at Apple and positioned its importance on par with the two other biggest innovations in Apple's history, the Macintosh computer and iPod.

Mr. Jobs also said the company had worked with **Yahoo Inc.** and **Google Inc.** to bring popular Internet features like Yahoo Mail and Google Maps to the product. He said the iPhone is powered by Apple's Mac OS X operating system, which runs the company's line of computers.

All of the product's features come at a steep cost for consumers, though, leading some ana-



The Apple TV has a 40 gigabyte hard drive and will be able to play video and photos from PCs.

lysts to question how big Apple's opportunity is to tap the mass market, as it has with the iPod. Mr. Jobs said Apple was aiming to sell about 10 million iPhones through the end of 2008, which would account for about 1% of annual global shipments of cellphones.

But at $499 and $599, prices for versions of the iPhone with four gigabytes and eight gigabytes of storage capacity, respectively, Apple will be going after a fraction of the market. Toni Sacconaghi, an analyst at Sanford C. Bernstein, said cellphones priced above $300 account for only about 5% of the global market.

For its part, Cingular said it expects to attract high-end customers who are willing to pay the price of the device and for the data services the phone could offer, prices for which the companies didn't disclose. Cingular wouldn't say whether it was subsidizing the cost of the iPhone, as carriers typically do for most handsets. On average, North American carriers subsidize $70 to $90 per phone, according to research firm Gartner Inc.

Cingular CEO Stan Sigman said he was so convinced that Apple would come up with a breakthrough phone that Cingular signed a deal with Apple in New York two years ago without even seeing a product. The deal is a multiyear agreement, in which Cingular will handle customer support, billing and

other chores. Through the deal, Apple is not becoming a mobile virtual network operator—in effect, a reseller of airtime on another carrier's network.

Apple also said its new Apple TV product, formerly called iTV, will go on sale in February for $299. The Apple TV, originally announced in September, will feature a 40 gigabyte hard drive and will be able to play video and photos from computers throughout the home.

Mr. Jobs said **Viacom Inc.**'s Paramount Pictures will join **Walt Disney Co.** in selling movie downloads that can be played on the Apple TV through the iTunes Store, providing more than 100 movies from its back catalog for download on iTunes.

To allay concerns of DVD retailers about competition from iTunes, Paramount is not including its new releases. Paramount studio head Brad Grey noted that the bulk of iTunes movie downloads so far have been library titles. Paramount's library includes movies such as "Breakfast at Tiffany's" as well as concert titles from artists like Bob Dylan and U2.

—*Merissa Marr and Ethan Smith contributed to this article.*

**Question of the Day:** *Will the iPhone be a hit like the iPod or a flop like the Newton? Vote at* WSJ.com/Question. *Plus, watch highlights of Steve Jobs's presentation, at* WSJ.com/Video.

/3

# VELLTURO
# EXHIBIT 13

 **LexisNexis®**

1 of 1 DOCUMENT

Copyright 2007 Crain Communications
All Rights Reserved
RCR Wireless News

June 18, 2007

**SECTION:** COVER STORY; Pg. 1

**LENGTH:** 950 words

**HEADLINE:** APPLE'S SHOW;
AT&T 's details

**BYLINE:** KELLY HILL

**BODY:**

AT&T Mobility says more than a million customers have signed up for information regarding the much-hyped iPhone, and Apple Inc.'s Steve Jobs has said that he expects the device to sell around 10 million units in 2008.

An April survey by M:Metrics found that an estimated 19 million U.S. mobile-phone users considered themselves strongly interested in buying an iPhone, despite the hefty $500 or $600 price tag and the fact that most of them (67%) would have to switch carriers due to AT&T Mobility's exclusive rights to sell the phone in the U.S. for the first five years.

``That kind of latent demand is something I don't think we've ever seen before," said Mark Donovan, senior VP and senior analyst at M:Metrics.

But if the carrier does manage to add so many customers quickly, it could face significant challenges in handling the onslaught of new activations, new customers crowding its stores, and customer service inquiries related to the iPhone.

Both AT&T Mobility and Apple have kept mum on most details about the device and service as well as their preparations for the initial feeding frenzy and the longer-term handling of high demand. Analysts compared the introduction of the iPhone to the launch of highly anticipated video gaming systems such as Sony Corp.'s Playstation3 and the Nintendo Wii.

Sustaining sales

Donovan, noting that the launch will take place on a Friday, described the launch as ``very much like you'd launch a movie. After a big opening weekend, the question is always, can that be maintained? That's going to be a function of what the consumer-generated buzz on the iPhone becomes, not what the advertising and marketing machine is putting out, which is what we're getting now."

APPLE'S SHOW; AT&T 's details RCR Wireless News June 18, 2007

AT&T Mobility spokesman John Kampfe declined to discuss the carrier's preparations and plans for dealing with the potential blitz of customers, but did say that the iPhone will be available in all of AT&T Mobility's company-owned retail stores, but not through resellers. The phone will be available online immediately through Apple's Web site as well as through Apple's retail stores, with availability from AT&T Mobility's Web site expected to follow within a short period of time.

Synchronoss Technologies, which counts among its customers various cable companies, ILECs and VoIP providers, will provide the platform for service activations, but not much more is known. As far as service plans, Glen Lurie, AT&T president of national distribution for wireless, told the Seattle Post-Intelligencer that iPhone customers would be ``asked to have an unlimited package"-although whether that meant an unlimited data plan, voice package or both (and whether it would be a requirement), was unclear.

Donovan said that a broad swathe of users were considering an iPhone purchase: both data-savvy smartphone users and those with less experience in advanced wireless services. He noted that more than 12% of people in the survey who had a strong interest in the iPhone already paid more than $100 per month for their wireless service.

``People who are saying they want to buy an iPhone are very much tuned in to paying a lot of money for both the phone bill and the phone," Donovan said. ``These are very high-value customers."

Customer service concerns

The companies have offered no details on how customer service calls will be handled, but that is likely to be AT&T Mobility's biggest challenge, said Roger Entner, senior VP of the communications sector at IAG Research.

``You really hope that this device is very intuitive to use. If not, they're going to drown in customer service calls, because typically the more complex the device, the more difficult to support," Entner added.

Apple prides itself on the usability of its products, but the massive amount of interest in the iPhone could also mean that plenty of neophyte smartphone users might need some hand-holding. Entner also said that AT&T Mobility might simply end up fielding calls sparked not by actual problems, but by customer expectations for the device-on network speed, battery life or other aspects-that may or may not be met.

Entner described the expectations for the iPhone being of ``mythical proportions. It's like a superhero from Marvel Comics that also cures cancer and brings world peace just by using it. ... Potentially, if they're not careful with managing expectations, they have the problem of pulling a ``Sopranos"-very secretive, very high expectations and a lot of people were let down by the ending."

Several industry observers concluded that even heavy data use by the iPhone population is unlikely to impact AT&T Mobility's wireless network, given the carrier's network capacity and the fact that the device is not 3G-capable. Current Analysis analyst Weston Henderek said if network impacts were to be seen, they likely would be short-lived.

As for broader consequences for AT&T Mobility, Henderek questioned how much control the carrier will have over these (presumably profitable) customers, considering the power which Apple has already exerted so far: the carrier is not mentioned in iPhone commercials and most promotions, users must sign up for an iTunes account in order to activate the service and Apple's Web site gets a sales jump on AT&T Mobility's.

``It seems like [AT&T Mobility] has sold its soul to Apple," Henderek said. ``In their grasping to be the first and have an exclusive with the iPhone, did they release their customers and just become a dumb pipe for this thing?" If so, he said, it could end up being a potential negative for the company if its own brand and customer access are pushed aside in favor of Apple's.

``The hype is great, but it seems to be an Apple show," Henderek said.

Page 3

APPLE'S SHOW; AT&T 's details RCR Wireless News June 18, 2007

**GRAPHIC:** Art Credit: THROUGH THE LOOKING GLASS: The iPhone unveiled at Macworld
Art Credit: Mark Richards/ZUMA Press

**LOAD-DATE:** June 21, 2007

14

# VELLTURO
# EXHIBIT 14

# Survey: iPhone 4S owners are very satisfied with the device

by John Cox, Network World   Dec 1, 2011 11:15 am

*Editor's Note: The following article is reprinted from Network World.*

If the iPhone 4S was a disappointment to the technorati, it's not to the millions who have already bought one. In fact, according to a new ChangeWave survey, the 4S is a bigger hit with owners than the iPhone 4 was.



Seventy-seven percent of 215 iPhone 4S users said they were "very satisfied" with the new phone; just 2 percent were "unsatisfied" with it, according to results of an early November survey by ChangeWave, a division of The 451 Group. (An additional 19 percent of the respondents said that they were at least somewhat satisfied with the phone.)

In a July 2010 survey, 72 percent of iPhone 4 users reported they were "very satisfied" with the then-new iPhone model.

While users are high on the 4S, nearly 4 out of 10 users say the phone's battery life is "too short." Still, only 8 percent say this is a "very big problem."

With the 4S model, Apple introduced a sophisticated "voice assistant," Siri, which lets a user control a wide range of tasks and functions with natural language spoken commands or questions (Siri has also sparked a host of fun videos, like this). Apple's bet on Siri has paid off: ChangeWave found that it is the best-liked feature of the new phone.

Siri was ranked as the best-liked feature by 49 percent of these owners. No. 2 was "general ease of use" (by 39 percent), the new 8 megapixel camera (by 33 percent), faster Web browsing (by 24 percent) and screen resolution (by 23 percent).

Apple's iCloud service, which was introduced for the 4S and other models that could also run the new iOS 5 firmware, ranked sixth, for 19 percent of the sample.

The top two dislikes, by far, were the new phone's battery life and its lack of 4G or LTE cellular support. More than one-third, 38 percent, of these owners said the 4S battery life is too short; just less than one-third, 30 percent, disliked the absence of 4G.

ChangeWave asked the sample if they had experienced shorter battery life on the new phone. "Two-in-five owners said they had experienced reduced battery life with their iPhone 4S (40 percent). But when asked how much of a problem this issue was for them, only 8 percent of all owners said it was a Very Big Problem while 20 percent said it was Somewhat of a Problem," according to the report.

Apple has released an iOS 5 update aimed at improving battery performance for the phone.

Eleven percent of owners said they disliked the phone's screen size. All the remaining dislikes, including 3G network satisfaction, excessive dropped calls, difficulty importing contact list or phone book, were single-digit percentages.

Dropped calls on the 4S are much fewer than for the iPhone 4. In July 2010, the sample of iPhone 4 owners reported on average a dropped call rate of 5.2 percent. By contrast, iPhone 4S users report a 2.5 percent rate.

The new survey also confirmed the continuing disparity between AT&T and Verizon of dropped calls: 4S users on AT&T reported a dropped call rate of 4.1 percent; on Verizon, 4S users reported a rate of 1.3 percent.

**Sort by:Oldest First|Newest First
Resorting**



- **By boggis**
  **Thu Dec 01 11:38:38 PST 2011**

  **Strange that the phone's inability to cleanly output audio via the headphone jack in a huge amount of cars didn't make that survey. To me that fact combined with it's lousy battery life makes this phone essentially a lemon.**

  **Recommend
  Report Abuse
  |
  Reply**



- **By Showman**

*15*

# VELLTURO
# EXHIBIT 15

# Apple**Insider**

- Home
- Reviews
- Forums
- Price Guides
  - Current-Gen Macs
  - Previous-Gen Macs
  - Apple Wireless Devices
  - iPads, iPhones & iPods
  - Used Apple Products
- Auctions
  - iPad
  - iPhone
  - iPod
  - MacBook Air
  - MacBook Pro
  - MacBook
  - iMac
  - Mac mini
  - MacPro
- Follow
  - RSS
  - Twitter
  - FaceBook
  - Google Currents
- Submit Tips
  - Submit News
  - Anonymous Mailer
  - Contact By Email

- AAPL: 469.20 ( +5.23 )
- Search AI                     Go

## First Apple TV prototypes "in the works" as Apple reportedly shopping part suppliers

Halliburton to ditch BlackBerrys in corporate transition to Apple's iOS platform

Apple's iPhone takes 75% mobile phone profits with just 9% of units sold

Apple CEO hints at no ARM-based MacBook Air as iPad to "soon satisfy" that niche

west Prices Anywehere on MacBooks (up to $560 off): Mac Price Guide updated Feb. 6th. (Find the best prices on Macs)

Monday, June 28, 2010                                    Like  101      Tweet                    0

## Apple announces iPhone 4 sold 1.7 million in first three days

By AppleInsider Staff

Published: 08:40 AM EST (05:40 AM PST)

**Apple on Monday announced that it sold more than 1.7 million units of the**

2/7/12                                    Apple announces iPhone 4 sold 1.7 million in first three days

**iPhone 4 in its first three days of availability, marking the strongest sales debut for an iPhone yet.**



"This is the most successful product launch in Apple's history," Apple Chief Executive Steve Jobs said. The company's announced 1.7 million total was sold through Saturday, June 26. "Even so, we apologize to those customers who were turned away because we did not have enough supply."

The numbers shatter the previous launch record of 1 million held by both the iPhone 3G and iPhone 3GS. Last year, the iPhone 3GS sold <u>a million units</u> in its first three days. Earlier this month, Apple revealed that the iPhone 4 hit <u>600,000 preorders</u> on its first day alone.

It took Apple 74 days, or approximately two and a half months, to sell its first million iPhones back in 2007. The launch of the iPhone 3G in 2008 resulted in a million devices sold in just the first three days.

Related AppleInsider articles:

Sales of Apple's iPhone 4S top four million in...
iPhone 4S delivered early in Germany,...
iPhone 4S preorders suggest 3M sales at...
Apple sets new record with 1M iPhone 4S...

The launch of the iPhone 4 was also bolstered by an immediate presence in more international countries than its predecessors. Thursday, the handset launched in the U.S., France, Germany, the U.K. and Japan. Apple has plans to expand the international launch of iPhone 4 to 87 countries by September, its fastest global deployment of a new handset.

Apple's launch sales of 1.7 million devices exceed some analysts' expectations, who saw Apple <u>selling 1.5 million</u> of the iPhone 4 at launch.

Supplies of the iPhone 4 were constrained at launch, and Apple stopped <u>accepting launch preorders</u> just a day after they became available. Apple was forced to temporarily suspend its toll-free number due to demand, and AT&T, the exclusive wireless carrier of the iPhone in the U.S., struggled to verify eligibility of its existing customers as the company's servers slowed to a crawl.

Filed under : <u>iPhone</u>                                                                    [ <u>140 Comments</u> ]
Story topics: <u>iPhone 4</u>                                                          [ <u>Print</u> ] [ <u>Story Link</u> ]

Advertisement

 ( Texas): $9 Car Insurance Trick? - I discovered the 1 trick your agent will never tell you...

 3X points on airfare, 2X points on ads, gas, shipping, 1X points on everything else.

 Dallas : Local mom exposes an anti-aging miracle. Her $5 trick...

 Scientists in Cambridge have discovered a revolutionary new muscle builder...

Most Recent Headlines                          RSS

● Apple seen taking 5% of HDTV market, earning $17B in revenue
● Siri accounts for 1/4 of Wolfram Alpha queries as search engine goes 'Pro'
● RIM says BlackBerry App World has 60K apps, 13% of publishers earn more than $100K
● Apple retakes crown as world's top smartphone maker
● Chinese lawsuit seeks $38M, apology from Apple for use of iPad name
● Apple intern's thesis leaks secret project to port Mac OS X to ARM processors
● Rogers, BCE rumored to already have Apple 'iTV' prototype in their labs
● Updated UI resources in OS X 10.7.3 may hint at preparations for Mac Retina Displays
● Apple warns it will crack down on App Store rank fraud services
● Briefly: First Enyo-based iOS app, New Zealand trademark dispute
● Apple trademarks its patented "macroscalar" code optimization technology
● NPD: Apple's iPhone 4S, 4 & 3GS were top 3 US smartphones over holidays

AppleInsider Features                          RSS

● <u>Halliburton to ditch BlackBerrys in corporate transition to Apple's iOS platform</u>
● <u>Weekend Tech Review: a free iBook for iPad, week 5 2012</u>
● <u>Apple rolls out Mac OS X Lion, Snow Leopard updates</u>
⊘ <u>Video: Weekend Tech Review: Macworld Week 4 2012</u>



Lowest MacBook Pro Prices Anywhere!!

| MacBook Pro Model | Apple | Price | Discount |
|---|---|---|---|
| 2.4GHz dual 13" MacBook Pro | $1,199.00 | $1,096.05* | $102.95 |
| 2.8GHz dual 13" MacBook Pro | $1,499.00 | $1,382.19* | $116.81 |

16

# VELLTURO
# EXHIBIT 16



Thursday, April 1, 2010 As of 12:00 AM   New York   57°|47°

| News, Quotes, Companies, Videos | SEARCH |

## PERSONAL TECHNOLOGY

GET 8 WEEKS
FREE
SUBSCRIBE NOW!
▶ THE PRINT JOURNAL
▶ THE ONLINE JOURNAL

U.S. Edition Home    Today's Paper    Video    Blogs    Journal Community                    Subscribe   Log In

World    U.S.    New York    Business    Markets    Tech    Personal Finance    Life & Culture    Opinion    Careers    Real Estate    Small Business

Digits    Personal Technology    What They Know    All Things Digital

TOP STORIES IN
### Technology


Chinese Hackers Hit U.S. Chamber


Microsoft, Nokia Flirted With RIM

Activist Fund Slams AOL's Strategy


AT&T Case S Mettle

PERSONAL TECHNOLOGY    |    APRIL 1, 2010

# Laptop Killer? Pretty Close
*iPad Is a 'Game Changer' That Makes Browsing and Video a Pleasure; Challenge to the Mouse*

By WALTER S. MOSSBERG
LIKE THIS COLUMNIST    Like   301

| Article | Video | Slideshow | Stock Quotes | Comments (215) |

MORE IN TECH ▸

Email   Print   Save          Like   1k          0          Tweet   6

SUBSCRIBER CONTENT PREVIEW

FOR FULL ACCESS:   LOG IN   OR   SUBSCRIBE NOW - GET 8 WEEKS FREE



When held horizontally, the iPad's virtual keyboard is roomy and easy to use.

For the past week or so, I have been testing a sleek, light, silver-and-black tablet computer called an iPad. After spending hours and hours with it, I believe this beautiful new touch-screen device from Apple has the potential to change portable computing profoundly, and to challenge the primacy of the laptop. It could even help, eventually, to propel the finger-driven, multitouch user interface ahead of the mouse-driven interface that has prevailed for decades.

But first, it will have to prove that it really can replace the laptop or netbook for enough common tasks, enough of the time, to make it a viable alternative. And that may not be easy, because previous tablet computers have failed to catch on in the mass market, and the iPad lacks some of the features—such as a physical keyboard, a Webcam, USB ports and multitasking—that most laptop or netbook users have come to expect.



WSJ's Personal Technology columnist Walt Mossberg reviews Apple's iPad. More than an e-reader and an oversized iPod Touch, he says the tablet computer is a "robust, general-purpose device" with the potential to change portable computing as we know it.

If people see the iPad mainly as an extra device to carry around, it will likely have limited appeal. If, however, they see it as a way to replace heavier, bulkier computers much of the time—for Web surfing, email, social-networking, video- and photo-viewing, gaming, music and even some light content creation—it could be a game changer the way Apple's iPhone has been.



## neustar
The Technology Behind the Technology™



### Available to WSJ.com Subscribers

**Doubts Arise in Euro's Birthplace**

The common currency is becoming controversial even in the Netherlands, where economic and political opinion long was almost unanimously pro-euro.


**Honda Retools Outside Japan**



**MF Global Transfer Scrutinized**

**Iowa Caucuses Could Cloud Race**

Get your 8 week risk free trial     SUBSCRIBE NOW▶

### Most Popular in Tech

How the iPhone Zapped Carriers

Apple Ruling Hits Android

Microsoft, Nokia Flirted With RIM

Apple Plots TV Assault

Welcome to Amazon Town

## Journal Community

### *Does the iPad live up to the hype?*

○ Yes
○ No

It's qualitatively different, a whole new type of computer that, through a simple interface, can run more-sophisticated, PC-like software than a phone does, and whose large screen allows much more functionality when compared with a phone's. But, because the iPad is a new type of computer, you have to feel it, to use it, to fully understand it and decide if it is for you, or whether, say, a netbook might do better.

So I've been using my test iPad heavily day and night, instead of my trusty laptops most of the time. As I got deeper into it, I found the iPad a pleasure to use, and had less and less interest in cracking open my heavier ThinkPad or MacBook. I probably used the laptops about 20% as often as normal, reserving them mainly for writing or editing longer documents, or viewing Web videos in Adobe's Flash technology, which the iPad doesn't support, despite its wide popularity online.

My verdict is that, while it has compromises and drawbacks, the iPad can indeed replace a laptop for most data communication, content consumption and even limited content creation, a lot of the time. But it all depends on how you use your computer.

### iPad Apps



View Slideshow                                                                 Apple

See some of the applications available for Apple's new iPad.

**More photos and interactive graphics**

Memory, also sealed in and nonexpandable, ranges from 16 gigabytes to 64 gigabytes. And you can order one with just a Wi-Fi wireless connection to the Internet, or Wi-Fi plus an AT&T 3G cellular connection. The Wi-Fi models will be available Saturday and the 3G models, which I didn't test, about a month later.

Prices start at $499 and go to $829, with the costlier models having more memory and/or 3G. The cellular models don't require a contract or termination fee. You can pay AT&T either $15 a month for 250 megabytes of data use, or $30 a month for unlimited data—a significant reduction from typical prices for laptop cellular connectivity.

I was impressed with the iPad's battery life, which I found to be even longer than Apple's ten-hour claim, and far longer than on my laptops or smart phones. For my battery test, I played movies, TV shows and other videos back-to-back until the iPad died. This stressed the device's most power-hogging feature, its screen. The iPad lasted 11 hours and 28 minutes, about 15% more than Apple claimed. I was able to watch four feature-length movies, four TV episodes and a video of a 90-minute corporate presentation, before the battery died midway through an episode of "The Closer."

The iPad is much more than an e-book or digital periodical reader, though it does those tasks brilliantly, better in my view than the Amazon Kindle. And it's far more than just a big iPhone, even though it uses the same easy-to-master interface, and Apple says it runs nearly all of the 150,000 apps that work on the iPhone.

If you're mainly a Web surfer, note-taker, social-networker and emailer, and a consumer of photos, videos, books, periodicals and music—this could be for you. If you need to create or edit giant spreadsheets or long documents, or you have elaborate systems for organizing email, or need to perform video chats, the iPad isn't going to cut it as your go-to device.

The iPad is thinner and lighter than any netbook or laptop I've seen. It weighs just 1.5 pounds, and its aluminum and glass body is a mere half-inch thick. It boasts a big, bright color 9.7-inch screen that occupies most of the front. As on all Apple portable devices, the battery is sealed in and nonreplaceable. It has a decent speaker, and even a tiny microphone.

Oh, and all the while during this battery marathon, I kept the Wi-Fi network running and the email downloading constantly in the background. Your mileage may vary, but with Wi-Fi off and the screen turned

### Recent Columns

Ultrabooks Bring Speed to Windows
Solid Keyboard Elevates This Tablet
Digital Music Meets Match in Apple iCloud

### About Walt Mossberg

Walt Mossberg is the author and creator of the weekly Personal Technology column in The Wall Street Journal, which has appeared every Thursday since 1991. The goal of the column is "to take the consumer's side in the struggle to master the machine, to deliver a weekly dose of useful information in plain English, but in a way that never condescends to our readers just because they can't tell one chip from another."

Mr. Mossberg has written and now edits the Mossberg Solution, which premiered April 9, 2002, and writes Mossberg's Mailbox. He is also the co-producer of the prestigious annual D Conference, and the co-editor of the AllThingsDigital web site. On television, Mr. Mossberg appears frequently as a technology commentator for the Fox Business network.

Mr. Mossberg has been a reporter and editor at the Journal since 1970. He is based in the Journal's Washington, D.C., office, where he spent 18 years covering national and international affairs before turning his attention to technology.

### Most Popular Video

| The Best Photos of 2011 | iPad Mini on the Way? | Apple Takes on Television |
|---|---|---|
| 3:50 | 3:14 | 5:56 |

### Technology & IT Jobs

Application Developer Intermediate Programmer Analyst - Citigroup Inc.
Client Services Manager - Technisource
ETL Developer - Randstad
Software Engineer - Contact Singapore

| keyword | city, state, zip | FIND JOBS |
|---|---|---|

MORE JOBS AND CAREER NEWS
Finance Jobs | Accounting Jobs | Sales Jobs | Marketing Jobs

FINS for Employers & Recruiters »            POST A JOB

### More in Tech

How the iPhone Zapped Carriers
Chinese Hackers Hit U.S. Chamber
Microsoft, Nokia Flirted With RIM
Oracle Fuels Tech Spending Worries
Verizon Wireless Has Another 4G Data Outage

### Most Popular

Read    Emailed    Video    Commented

1.   Opinion: The GOP's Payroll Tax Fiasco
2.   North Korea Seals Chinese Border
3.   Egyptian Women March, Decry Abuse
4.   Planets Found Orbiting Distant Star
5.   Life in the Euro Zone



Walt's mountain-view wallpaper with app icons
arranged during his tests.

down from the fairly bright level I used, you might even do better. Music plays far longer with the screen off. On the other hand, playing games constantly might yield worse battery life.

Apple says video playback, Web use and book reading all take about the same amount of juice. When I was doing the latter two tasks for an hour or two at a time, the battery ran down so slowly for me that I stopped thinking about it.

I also was impressed with the overall speed of the iPad. Apple's custom processor makes it wicked fast. Screens appear almost instantly, and the Wi-Fi in my home tested as fast as it does on a laptop.

I found email easy and productive to use, and had no trouble typing accurately and quickly on the iPad's wide on-screen keyboard. In fact, I found the iPad virtual keyboard more comfortable and accurate to use than the cramped keyboards and touchpads on many netbooks, though some fast touch typists might disagree. Apple's $39 iPad case, which bends to set up a nice angle for typing, helps.

The Web browser also works beautifully, and takes advantage of the big screen to show full pages and cut down on scrolling. It even now has a bookmarks bar at the top. As noted, however, it doesn't support Adobe's Flash technology.

I also was able to easily sync the iPad's calendar and contacts apps with Google and Apple's MobileMe.



Most Read Articles Feed

Your Next Great Job Is Waiting

FINS.COM

BACK TO TOP



Apple created a touch version of its Pages word
processor for the iPad.

Watching videos, viewing photos, listening to music, reading books and playing games was satisfying and fun. I used the device heavily for Twitter and Facebook. And I even got some light work done in the optional iPad word processor, called Pages, which is part of a $30 suite that also includes a spreadsheet and presentation program.

This is a serious content creation app that should help the iPad compete with laptops and can import Microsoft Office files. However, only the word processor exports to Microsoft's formats, and not always accurately. In one case, the exported Word file had misaligned text. When I then tried exporting the document as a PDF file, it was unreadable.

The iPad can run two types of third-party apps, both available from Apple's app store. It can use nearly all existing iPhone apps. These can either run in a small, iPhone-size window in the middle of the screen, which makes them look tiny, or blown up to double size. The larger size makes them fill the screen, but can make type inside them look blocky. Still, the dozens I tested all worked properly. And it can run a new class of specially designed iPad apps, of which Apple hopes to have

**Journal Community**                          DISCUSS

❝
*It's not the hardware. It's going to be what fascinating things will show up on it come Saturday.*

—John Mcintosh

1,000 at launch. I successfully tested the revamped App Store, which features the iPad apps most prominently when you're on an iPad.

Based on my very small sample, some iPad developers may be testing higher prices for iPad apps than the 99 cents or $1.99 typical for paid iPhone apps. The paid iPad apps I saw ranged from $3.99 to $49.99. Others were free.

Apple has rebuilt its own core iPhone apps for the iPad to add sophisticated features that make the programs look and work more like PC or Mac software. For instance, there are "popover" menus that make it easier to make choices without leaving the screen you're on. And, when the iPad is held horizontally, in landscape mode, as I often preferred to use it, many programs now have two panels, making them faster and more useful. For example, in email, a left-hand panel shows your message list, while a larger right-hand panel shows the message itself.

The photo app is striking, and much more like the one on the Mac than the one on the iPhone. The device can even be used as a digital picture frame. The iPod app is beautiful, too, as are the calendar and contacts app. Unfortunately, Apple excluded some of the more familiar apps from the iPhone, including Weather, Clock and Stocks.



The iPad won't go on-sale for two more days but the Digits set features one on the set -- along with WSJ's Walt Mossberg. He tells Stacey Delo why he thinks the iPad is a "game changer" for portable computing and addresses some key issues not mentioned his review.

**More iPad Coverage**

Digits: iPad Review Roundup

Seeking an E-Reader That's Easy on the Eyes

CBS, ABC Plan Free iPad Shows

iPad to Launch With Payload of Ads

Amazon e-Book Deal Mirrors iPad

Digits: iPad Adds Buzz to App Battle

'App' Rivals Fight for Toehold

Digits: How Big Is the iPad Market?

I tested a small selection of the new third-party iPad apps Apple hopes to have available at launch, and most were also rich and feature-filled, beyond what iPhone apps offer. These included games such as Scrabble and "Touch Hockey," a database app, news services and more.

I was able to try a pre-release version of The Wall Street Journal's new iPad app (which I had nothing to do with designing), and found it gorgeous and highly functional—by far the best implementation of the newspaper I have ever seen on a screen. Unlike the Journal's Web site, or its smart-phone apps, the iPad version blends much more of the look and feel of the print paper into the electronic environment. Other newspapers and magazines have announced plans for their own, dramatically more realistic iPad apps.

I also found iBooks, Apple's book reader and store, easy to use, and read a couple of books on it. I consider the larger color screen superior to the Kindle's, and encountered no eye strain. But the iPad is much heavier than the Kindle and most people will need two hands to use it. The iBooks app also lacks any way to enter notes, and Apple's catalog at launch will only be about 60,000 books versus more than 400,000 for Kindle.

I did run into some other annoying limitations. For instance, the email program lacks the ability to create local folders or rules for auto-sorting messages, and it doesn't allow group addressing. The browser lacks tabs. And the Wi-Fi-only version lacks GPS. Also, videophiles may dislike the fact that the iPad's screen lacks wide-screen dimensions, so you either get black bars above or below wide-screen videos, or, if you choose an option to fill the screen, some of the picture may get cut off.

All in all, however, the iPad is an advance in making more-sophisticated computing possible via a simple touch interface on a slender, light device. Only time will tell if it's a real challenger to the laptop and netbook.

—Find Walt Mossberg's columns and videos, free, at the All Things Digital Web site. walt.allthingsd.com. Email mossberg@wsj.com.

JOIN THE DISCUSSION                                              MORE IN
**215 Comments, add yours**                                      Tech »

Like   Send    1955 likes. Sign Up to see what your friends like.

*17*

# VELLTURO
# EXHIBIT 17

Gadget Lab
Hardware News and Reviews
Previous post
Next post

# Why We Are Obsessed With the iPad

By Dylan Tweney ✉ 🔲   April 1, 2010 | 12:37 pm | Categories: Media Players

[Follow] ‹ 8,864 followers ›



Yes, the iPad has fewer features than a comparably priced netbook. Yes, it's tied to an app store controlled by a single company that has proven to be both capricious and prudish in the kinds of content it approves. And yes, it won't run Adobe Flash, instantly crippling many websites.

Instead of living inside a box, content *takes over* the device. There's almost no noticeable interface. But the iPad is an important device just the same, because it's simple and it's fast.

Early reviews of the iPad confirm my experience using the device during Apple's press event two months ago: there's something seriously different about Apple's tablet.

That difference can be summarized in two words: It disappears.

It's basically a screen. There's a home button, and some buttons on the side that you don't pay much attention to while you're using it.

For more on Apple's new tablet, check out Wired's iPad full coverage page.

On the iPad, websites look pretty much the same as they do on my computer display, with one important exception: They fill the screen. Instead of living inside a box with a URL bar and a bunch of buttons alongside other boxes and applications, content *takes over* the device. There's almost no noticeable interface.

On top of that, the screen is the most responsive touchscreen display I've ever had my hands on. Put your finger down on a page and wiggle it around, and the page follows your finger exactly, and instantly.

Those two facts — the lack of interface and the instant responsiveness — lend a psychological concreteness to whatever you're looking at. You're not just looking at Wired.com through a browser, you're holding Wired.com in your hands.

Ditto for photos, calendar entries, e-mail messages and even video: You feel as though you're holding the actual pictures, calendar pages, messages and movies.

It's a subtle difference and, rationally speaking, it is irrelevant to the content that appears beneath the glass face of the LCD. You get exactly the same words and pictures (but not, of course, any Flash video or animations.) But it's a profoundly different feeling for the human on this side of the glass. It makes the content feel more immediate, more real and more "in the world."

Over time, that's going to make profound changes to THE way web designers create and deploy their sites, to the way we think about "online content," and to the way we think about computers.

In fact, it's the beginning of the end for computers as technology. Technology, after all, is stuff that doesn't work yet, as Douglas Adams observed a decade ago. Once it starts working all the time — like chairs or electricity — you stop thinking about it as technology and start taking it for granted.

The iPad promises much, and we have yet to find out if it lives up to its expectations. Make no mistake: Once we have unfettered access to the device, we will be testing the iPad thoroughly to find out where, and how, it breaks down, and we'll report the results here.

But if it works as well as promised, the iPad could be the first computer that people will be able to take for granted. And that's why, like many people who live and breathe technology, we're both excited by it — and a little bit scared of it.

*Photo: Jonathan Snyder/Wired.com*

*Wired tech in real time: Follow Dylan Tweney and Gadget Lab on Twitter.*

See Also:

The New Media Mall: What I'll Be Expecting From the Apple iPad

Wired.com Buyer's Guide: Choose the Right iPad

Five Essential iPad Accessories

How the Tablet Will Change the World

13 of the Brightest Tech Minds Sound Off on the Rise of the Tablet

Hands-On With the Apple iPad

What the iPad Means for the Future of Computing

You Might Like

Related Links by Contextly

Twitter Open Sources Its Android Moxie

Android Handset Makers Release Vague Ice Cream Sandwich Roadmaps

In WikiLeaks Case, Bradley Manning Faces the Hacker Who Turned Him In

nikon1adapter

Kindle Fire Update Fixes Performance, Adds Privacy

18

# VELLTURO
# EXHIBIT 18



# Smartphone Loyalty Runs Deep, Especially Among the Apple Faithful

By Chloe Albanesius   November 25, 2011 04:40pm EST   35 Comments

4   Share 19   Tweet ‹ 72   Share 11



If you've used one smartphone, you've used them all, right? Wrong, according to a new study, which finds that people would rather go through the hassle of changing banks than changing their smartphones.

Among those who own an iPhone and iPad, one in five would rather switch banks than smartphones, according to U.K.-based analyst firm Gfk. The company surveyed users in nine countries—Brazil, China, France, Germany, Japan, Italy, Spain, U.K., and the U.S.—to examine barriers that prevent users from switching smartphone OSes.

Not surprisingly, as people become comfortable with their mobile OS and customize it with more and more apps, they are less likely to make the switch. The more services and apps you use, the more brand loyalty that develops, turning you into that Apple fanboy or Android devotee. The tipping point comes after someone uses seven or more services on their mobile devices, and those in the U.S. tended to have the most apps or services.

When asked why they stick with their current smartphone OS, 72 percent cited ease of use and the ability to quickly navigate their phone's menu. I can attest to that. As a tech reporter, you'd think I could easily navigate any of the phones on the market, but I've grown quite accustomed to my iPhone. When my sister handed me her HTC Thunderbolt a few weeks ago, I had quite the time trying to figure out a) how to respond to a text message and b) shut off the talking driving directions. In the process, I think I accidentally installed a gaming app (sorry!). No Android for me in the near future, I'm afraid. I haven't had too much trouble with my cheapo HP TouchPad, however; (RIP webOS).

Specifically, Gfk found that 33 percent of users didn't want to disrupt their current smartphone setup, 29 percent didn't want to learn another OS, and 28 percent didn't want to move their content from one smartphone to the next.

About 72 percent of smartphone owners, meanwhile, felt that it was important that they could access all their content on different devices, like tablets and PCs. That jumps to 80 percent among those who own a tablet, PC, and smartphone.

"The barriers to switching smartphones show the importance of the age-old mindset, 'if it ain't broke don't fix it,'" Gfk's Ryan Garner said in a statement. "Those who are satisfied with their current set-up will be difficult to tempt to a new platform and the more services they use, the greater a consumer's loyalty to a brand."

"The smartphone providers that create harmonious user experiences will be able to increase consumer loyalty, as consumers find it more trouble than it's worth to switch their digital life on their smartphone—as well as increasingly on tablets too," Garner continued.

*For more from Chloe, follow her on Twitter @ChloeAlbanesius.*

**For the top stories in tech, follow us on Twitter at @PCMag.**

**View Slideshow**



**See all (50) slides**

  

More



Holiday Deals Update Hourly at
LOGICBUY

**PCMag Trending on Facebook**

 

Like 27K   Like PCMag.com on Facebook

Sign Up   Create an account or log in to see what your friends are recommending.

Scientists Confirm Existence of Earth-Like Planet Kepler-22b
991 people recommend this.

Diego Rivera Google Doodle Celebrates Artist's 125th Birthday
273 people recommend this.

Mark Zuckerberg's Private Photos Shared in Facebook Glitch
79 people recommend this.

Piracy Pays for Itself, Swiss Government Says
255 people recommend this.

Facebook social plugin

Sign Up to Get FREE:
**PCMag Newsletters**



Type Email Address   SIGN UP



CyberPower
The Gamer Dragon is one of the best gaming desktops that has come through our labs.
Get Price »



Lenovo ThinkStation E20
At less than $1290, has the power to rival systems costing almost twice as much
Get Price »



ADVERTISEMENT

**Ads by Google**   what's this?

Jailbreak iOS 5.0.1 [Now]
Latest Jailbreak for 5.0.1
Available Now for 4G and 3GS
www.jailbreak-my-iphone-now.com

Which Cell Phone is Best?
We did all the research for you.
Shop Cell Phones Here.
consumersearch.com/cell-phones

**We Recommend**

The Top 10 Best Laptops

**From Around The Web**

10 Androids That Outmuscle the iPhone *TheStreet*

19

# VELLTURO
# EXHIBIT 19

Samsung Developers                                                Page 1 of 1



**SAMSUNG** Developers

• SIGN IN   • REGISTER   • Forgot Your Account?

## News & Events

### NEWS

**Samsung launches I7500, the company's first Android-powered mobile phone**

Apr 27, 2009 GMT+1   Views : 17168



Samsung sets its leading position in Android, the mobile industry's emerging operating system

April 27, 2009, Seoul, Korea - Samsung Electronics Co., Ltd., a leading mobile phone provider, today unveiled the I7500, its first Android-powered mobile phone. With a launch of I7500, Samsung became the first company among the global top three mobile phone manufacturers to unveil an Android-powered phone.

"Samsung is among the earliest members of the Open Handset Alliance and has been actively moving forward to introduce the most innovative Android mobile phone," said JK Shin, Executive Vice President and Head of Mobile Communication Division in Samsung Electronics. "With Samsung's accumulated technology leadership in mobile phone industry and our consistent strategy to support every existing operating system, I believe that Samsung provides the better choices and benefits to our consumers" he added.

The Samsung I7500 is a cutting-edge smartphone, featuring a 3.2" AMOLED full touch screen and 7.2Mbps HSDPA and WiFi connectivity, giving users access to Google™ Mobile services and full web browsing at blazing speeds.

The Samsung I7500 offers users access to the full suite of Google services, including Google Search™, Google Maps™, Gmail™, YouTube™, Google Calendar™, and Google Talk™. The integrated GPS receiver enables the comprehensive use of Google Maps features, such as My Location, Google Latitude, Street View, local search and detailed route description. Hundreds of other applications are available in Android Market. For example, the application Wikitude, a mobile travel guide, allows consumers to access details of unknown sights via location-based Wikipedia articles.

Based on Samsung's proven product leadership, Samsung I7500 comes with latest multimedia features. The large and vivid 3.2"AMOLED display ensures the brilliant representation of multimedia content and enjoyable full touch mobile experience. Along with supporting a 5-megapixel camera and various multimedia codec formats, the I7500 also provides a long enough battery life (1500mAh) and generous memory capacity up to 40GB (internal memory: 8GB, External memory: Up to 32GB) to enjoy all the applications and multimedia content. The phone also boasts its slim and compact design with mere 11.9mm thickness.

The Samsung I7500 will be available in major European countries from June, 2009.

| Samsung I7500 | Product Fact Sheet |
|---|---|
| Network | HSDPA 7.2Mbps / HSUPA 5.76Mbps (900 / 1700 / 2100MHz) EDGE / GPRS (850/ 900/1800/1900) |
| OS | Android |
| Display | 3.2" HVGA(320x480) AMOLED |
| Camera | 5 MP Camera (Auto Focus), Power LED |
| Video / Audio | Video: MPEG4, H.263, H.264, WMV Audio: MP3, AAC, AAC+, e-AAC+, WMA, RA |
| Value Added Features | Full Web Browser Google Search, Maps, Gmail, YouTube, Calendar, Google Talk, Android Market |
| Connectivity | Bluetooth® 2.0, USB 2.0, WiFi, MicroUSB, 3.5mm ear jack |
| Memory | Internal memory: 8GB External memory: Micro SD (Up to 32GB) |
| Battery | 1500 mAh |
| Size | 115 x 56 x 11.9mm |

* Google, Google Search, Google Maps, Gmail, YouTube, Google Calendar, Google Talk are trademarks of Google Inc.

http://tiny.cc/SamsungAndroid

**Back to the List**

Privacy Policy   Terms and Conditions   End User License Agreement
All contents Copyright © Samsung Electronics Co. Ltd.
Android, Android Market and YouTube are trademarks of Google, Inc.

**Family Site »**   Samsung Apps

20

# VELLTURO
# EXHIBIT 20

Galaxy™ Nexus™ By Samsung Now Available On The Verizon    4G LTE Network



RESIDENTIAL    BUSINESS    WIRELESS

Español    Store Locator    Contact Us    About Us    Sign In / Register

**verizon**wireless    Explore    Shop    My Verizon    Support    Search

# News Center

- News Center
- News Archive
- Media Contacts
- Best Network
- Multimedia Library
- Información en Español
- Information in Chinese
- Information in Korean

---

**Sign Up for News**

Receive news via email on subject of choice
Register

Current subscribers can change their preferences
Change your preferences

---

**Print this page**

Print this page in a printer-friendly format.
Print Now

## Galaxy™ Nexus™ By Samsung Now Available On The Verizon Wireless 4G LTE Network

*First Smartphone to Combine Android™ 4.0 Ice Cream Sandwich and the Power of America's Fastest, Most Reliable 4G Network*

### Customer Inquiries

For customer inquiries, please call 800-922-0204 or go to Contact Us

### Media Contact Info

Albert Aydin
Albert.Aydin@VerizonWireless.com
908-559-7513

Makenzie Blythe
mblythe@mww.com
214-414-3331

Randall Sarafa
sarafa@google.com

12/15/2011

**BASKING RIDGE, NJ** — Verizon Wireless, Samsung Telecommunications America (Samsung Mobile) and Google™ announced Galaxy™ Nexus™ is available starting today in Verizon Wireless Communications Stores and online at www.verizonwireless.com for $299.99 with a new two-year customer agreement.

Customers can browse the Web, stream music and more at blazing speeds using the Verizon Wireless 4G LTE network. Galaxy Nexus customers can enjoy access to the 4G LTE network in 190 markets covering over 200 million people across the United States, and fly through the Web with fast download speeds of 5 to 12 megabits per second (Mbps) and upload speeds of 2 to 5 Mbps within the 4G LTE Mobile Broadband coverage area.

Click to download

Galaxy Nexus runs Android™ 4.0, Ice Cream Sandwich, which brings an entirely new look and feel to Android. Galaxy Nexus offers customers a redesigned user experience with improved multi-tasking, notifications, Near Field Communications (NFC) sharing with Android Beam™ and a full Web-browsing experience. The lock screen, home screen, phone app and everything in between have been rethought and redesigned to make Android simple, beautiful and useful. Galaxy Nexus also features an ultra-thin 9.47mm design with a 4.65-inch HD Super AMOLED™ Contour Display to watch movies, view pictures and play games that come to life in 720p (1280x720) resolution.

**Android 4.0 (Ice Cream Sandwich) features:**

- Redesigned user interface – software navigation buttons, a first for Android smartphones, and a dedicated recent apps button to make multi-tasking easy
- Face Unlock – use state-of-the-art facial recognition to unlock Galaxy Nexus
- Android Beam™ – quickly share Web pages, apps, contacts and YouTube™ videos with friends by simply tapping two compatible phones together
- Redesigned Camera – introduces panorama mode, 1080p video capture, zero-shutter lag for instant photo capturing, and effects

**News Search**

**News Archive**
**Keyword Search**

Tips

**Top Stories**

CES Information Center

Must-Have Smartphone Apps for Super Bowl Sunday

Verizon Wireless Customer Care Leads Industry In J.D. Power And Associates Study

NFL Mobile, Only From Verizon, Keeps Customers On Top Of All The NFL Action During Super Bowl XLVI, Including Live Streaming Of The Game

Verizon Wireless 4G LTE Network Ready To Make Customers MVPs On Super Bowl Sunday

Verizon Wireless And Comcast Work Together In San Francisco To Deliver Great Video Entertainment, Communications And Internet Experiences – At Home And Away

Close

**Related Topics**

HopeLine Press Kit (PDF: 282 KB)

Network Overview

Green Initiatives

Executive Leadership

Wireless Issues

Galaxy™ Nexus™ By Samsung Now Available On The Verizon          4G LTE Network

such as silly faces and background replacement

- People Application – browse friends, family and coworkers, see their photos in high-resolution and check their latest status updates from Google+ and other social networks
- Cloud Services – keep email, contacts, photos, music, browser bookmarks and other data synced to the cloud, available across multiple devices so customers never lose important data
- Google Music – upload up to 20,000 songs to the cloud, discover and buy new music from Android Market™, and stream it instantly on Galaxy Nexus and from the Web for free
- Google+ – Create a Google+ account right from the phone and check status updates, manage circles, quickly share updates and photos, video chat with up to ten friends with Mobile Hangouts, and chat with groups of friends with Google+ Messenger
- Support for Google Mobile™ Services – Gmail™, Google Maps™ with 3D maps and free turn-by-turn navigation, Google Earth™, Movie Studio, YouTube, syncing with Google Calendar™, a redesigned Google+ app and access to more than 300,000 apps, millions of eBooks, thousands of movies to rent, and millions of songs available to download from Android Market

**Additional features:**

- Dual-core 1.2 GHz application processor and HTML5 Web browser – optimized dual-core processing with Android 4.0 combined with lightning fast 4G LTE connectivity for fast downloading of graphics, applications processing and Web browsing
- Mobile Hotspot capability – share 4G LTE or 3G connection with up to 10 Wi-Fi-enabled devices
- 5-megapixel rear-facing camera with zero-shutter lag for instant photo capturing, autofocus and LED flash with full 1080p recording
- Front-facing 1.3-megapixel camera for video chat
- Textured soft-touch back cover – enhances the ergonomic feel and makes the phone slip-resistant
- Bluetooth® 3.0 technology – support for headset, hands-free, stereo, phonebook access, human interface device (HID) and object push for vCard and vCalendar
- 1 GB RAM and 32 GB on-board memory (actual formatted capacity will be less)

**Pricing and data packages:**

- Galaxy Nexus is available now in Verizon Wireless Communications Stores and online at www.verizonwireless.com for $299.99 with a new two-year customer agreement.
- Customers that purchase a Galaxy Nexus by Samsung will need to subscribe to a Verizon Wireless Nationwide Talk plan beginning at $39.99 monthly access and a smartphone data package starting at $30 monthly access for 2 GB of data.

Customers can visit www.verizonwireless.com/galaxynexus for more information on the Galaxy Nexus. For additional information on Verizon Wireless products and services, visit a Verizon Wireless Communications Store, call 1-800-2 JOIN IN or go to www.verizonwireless.com.

*(EDITOR'S NOTE: Media can access high-resolution images of the Galaxy™ Nexus™ by Samsung in the Verizon Wireless Multimedia Library at www.verizonwireless.com/multimedia.)*

**About Verizon Wireless**
Verizon Wireless operates the nation's largest 4G LTE network and largest, most reliable 3G network. The company serves 107.7 million total wireless connections, including 90.7 million retail customers. Headquartered in Basking Ridge, N.J., with nearly 83,000 employees nationwide, Verizon Wireless is a joint venture of Verizon Communications (NYSE, NASDAQ: VZ) and Vodafone (LSE, NASDAQ: VOD). For more information, visit www.verizonwireless.com. To preview and request broadcast-quality video footage and high-resolution stills of Verizon Wireless operations, log on to the Verizon Wireless Multimedia Library at www.verizonwireless.com/multimedia.

**About Samsung Telecommunications America**
Samsung Telecommunications America, LLC, a Dallas-based subsidiary of Samsung Electronics Co., Ltd., researches, develops

To view the press kit, you may need to download Adobe Acrobat Reader

Close

**Herramientas de medios de comunicación en español**

el Archivo de Noticias

HopeLine Paquete de prensa (PDF: 75 KB)

Para ver el paquete de prensa, puede ser necesario descargar el Adobe Acrobat Reader

Galaxy™ Nexus™ By Samsung Now Available On The Verizon        4G LTE Network

and markets wireless handsets and telecommunications products
throughout North America. For more information, please visit
www.samsungwireless.com.

Google, Nexus, Android, YouTube, Google, Gmail, Google Maps,
Google Earth, Google Calendar, and Android Market are trademarks
of Google, Inc.

####

© 2011 Verizon Wireless

Site Map | Cell Phones | Free Phones | iPhone | Cell Phone Plans | Smartphones | Community | Entertainment & Apps | Droid Does
4G Network | Careers | Affiliate Program | Small Business | Trade-In Program | Customer Guarantee | Returns | Privacy | Legal Notices

