32

# VELLTURO
# EXHIBIT 32

COMPANY REPORT | August 1, 2011

# Samsung Electronics

## BUY    Semiconductor

| | |
|---|---|
| **Price** (Jul. 29) | W844,000 |
| **Target Price** | W1,190,000 |
| **% Variance** | 41.0% |
| | |
| Bloomberg Code | 005930 KS |
| Reuters Code | 005930.KS |

**Analyst   Young-Chan,Kim**
☎ (82-2) 3772-1595
✉ youngkim@shinhan.com

**Jeong-Yoon,Kim**
☎ (82-2) 3772-1593
✉ jyk@shinhan.com

**Korea Equity Research**

## Transitioning to a mobile powerhouse

**2Q11 operating profit increases 27.3% QoQ to W3.75tr**

Smartphone sales jumped 52.3% QoQ to 19mn units in 2Q11 amid declining market share of competitors including Nokia and RIM. Operating profit increased 27.3% QoQ to W3.75tr on smartphone and non-memory sales growth.

**3Q11 earnings will be led by mobile communications**

Smartphone sales are estimated to rise 23.7% QoQ to 24mn units in 3Q11, leading overall earnings growth. Despite sluggish semiconductor earnings, 3Q11 operating profit should edge up 3.1% QoQ to W3.87tr on solid mobile sales.

Samsung Electronics is shifting toward mobile operations such as smartphones. The company is reducing dependence on PCs and TVs, both maturing industries, while sharpening its focus on the mobile sets sector, which is in the early stages of growth. We retain our BUY rating on Samsung Electronics for a target price of W1,190,000. A key point is how the company fares in competition with Apple in the smartphone market from 3Q11 onwards.

| Year to Dec. | Sales (W bn) | OP (W bn) | Operating Margin (%) | NP (W bn) | EPS (won) | PER (x) | EV/EBITDA (x) | PBR (x) | ROE (%) |
|---|---|---|---|---|---|---|---|---|---|
| 2009 | 136,323.7 | 10,932.9 | 8.0 | 9,572.2 | 56,263 | 15.0 | 5.5 | 2.1 | 15.0 |
| 2010 | 154,607.7 | 17,357.5 | 11.2 | 15,884.3 | 93,364 | 9.0 | 4.6 | 1.7 | 20.7 |
| 2011F | 160,957.5 | 14,667.1 | 9.1 | 13,988.9 | 82,223 | 10.3 | 4.3 | 1.5 | 15.4 |
| 2012F | 173,612.1 | 17,417.3 | 10.0 | 15,978.7 | 93,919 | 9.0 | 3.6 | 1.3 | 15.3 |
| 2013F | 191,402.2 | 19,456.9 | 10.2 | 17,671.9 | 103,871 | 8.1 | 3.0 | 1.1 | 14.7 |

Note: K-GAAP to 2009, K-IFRS-based from 2010


SHINHAN INVESTMENT CORP.

## Samsung Electronics (005930 KS)

### ... Stock Data

| | | | | |
|---|---|---|---|---|
| KOSPI : | 2,133.21p | Foreign Ownership : | | 51.18% |
| KOSDAQ : | 536.05p | Major Shareholders : | | |
| Market Cap. : | W124,320.6bn/ US$109,053.2mn | Lee Kun-hee and 13 others | | 17.56% |
| Par Value : | W5,000 | Absolute Performance | 3M | -5.5% |
| Outstanding Shares : | 147.3mn | | 6M | -14.0% |
| Free Floating Shares : | 110.6mn (75.1%) | | 12M | 2.1% |
| 52-Week High/Low : | W1,010,000/ W740,000 | Relative Performance | 3M | -2.9% |
| 60-Day Avg. Trading Volume | 335,325shrs | to KOSPI | 6M | -16.5% |
| 60-Day. Avg. Trading T/O : | W289,694mn | | 12M | -15.3% |

### ... Share Price Performance



### ... Target Price & Recommendation History



91

| COMPANY REPORT | Samsung Electronics | August 1, 2011 |
|---|---|---|

## Valuation

➢ **Retain BUY for a target price of W1,190,000**

➢ **Competitive mobile operations including smartphones**

➢ **Competition with Apple in September will be a key determinant of share performance**

**Retain BUY for a target price of W1,190,000**

We retain our BUY rating on Samsung Electronics for a target price of W1,190,000 (2012F BPS of W657,367 and five-year average P/B of 1.8x). The current share price represents 2011F P/B of 1.5x and 2012F P/B of 1.3x. The stock looks undervalued in view of the five-year average P/B of 1.8x.

**Mobile competitiveness is now the yardstick for valuing Samsung Electronics**

Samsung Electronics will have to prove its smartphone competitiveness even after Apple launches its new product to sustain an upward trend in share price. Macroeconomic indicators of major countries also need to improve. Competitiveness in mobile sets, such as smartphones and tablet PCs, is now regarded as the yardstick for valuing Samsung Electronics instead of components like semiconductor chips.

### Comparison of handset manufacturers' valuation consensus

| Company | Market cap. (US$ bn) | 2011F (x) | | | | 2012F (x) | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | PER | PBR | EV/EBITDA | ROE (%) | PER | PBR | EV/EBITDA | ROE (%) |
| Apple | 369.4 | 14.6 | 5.1 | 9.3 | 39.3 | 12.5 | 3.7 | 7.7 | 32.1 |
| SEC | 118.3 | 10.3 | 1.5 | 4.3 | 15.4 | 9.0 | 1.3 | 3.6 | 15.3 |
| HTC | 27.4 | 11.7 | 7.1 | 9.1 | 75.0 | 9.8 | 5.5 | 7.6 | 64.6 |
| Nokia | 21.6 | 28.4 | 1.2 | 8.2 | 0.6 | 17.5 | 1.2 | 6.1 | 2.7 |
| RIM | 14.0 | 4.2 | 1.7 | 2.1 | 40.0 | 5.1 | 1.2 | 2.5 | 27.3 |
| LGE | 11.3 | 12.6 | 1.0 | 11.1 | 7.7 | 6.6 | 0.9 | 7.4 | 15.3 |
| Motorola Mobility Holdings | 7.2 | 37.3 | 1.4 | 8.2 | 2.4 | 16.0 | 1.3 | 4.9 | 6.5 |

Source: Bloomberg, Shinhan Investment Corp.



**Samsung Electronics' P/B band**

Source: QuantiWise, Shinhan Investment Corp.

| COMPANY REPORT | Samsung Electronics | August 1, 2011 |
|---|---|---|

## Earnings forecasts

➢ **2Q11 operating profit of W3.75tr surpassed our estimate of W3.47tr**

➢ **3Q11 operating profit should edge up 3.1% QoQ to W3.87tr on solid mobile sales**

➢ **Full-year operating profit estimate revised up 4.6% from W14.02tr to W14.67tr**

**2Q11 operating profit up 27.3% QoQ to W3.75tr**

Samsung Electronics' 2Q11 sales and operating profit increased 6.6% QoQ and 27.3% QoQ, respectively, to W39.44tr and W3.75tr, beating our expectations. Earnings growth was attributable to growth in communications and non-memory divisions.

Memory and display earnings were stagnant in 2Q11 due to weak demand for mainstay finished goods, such as PC and TV. The display business posted an operating loss of W213bn, following the loss of W231bn in 1Q11, due to a drop in production yields on the application of a new process. However, Samsung Electronics' competitiveness in the non-memory chip market is strengthening as indicated by its non-memory chip operating profit of W409bn, up 40.5% QoQ.

**Mobile communications division's 2Q11 operating profit up 16.8% QoQ to W1.67tr**

Memory chip and display panel earnings either slowed or remained flat in 2Q11, while mobile communications earnings improved markedly. Samsung Electronics' smartphone sales jumped 52.3% QoQ to 19mn units on the success of Galaxy S2, and as a result the mobile communications division's operating profit went up 16.8% QoQ to W1.67tr.

**Samsung Electronics' 2Q11 earnings**

| (W bn) | 2Q11P | 1Q11 | % QoQ | 2Q10 | % YoY | 2Q11F(SH) | Diff. (%) |
|---|---|---|---|---|---|---|---|
| Sales | 39,439 | 36,985 | 6.6 | 37,892 | 4.1 | 39,020 | 1.1 |
| Semiconductor | 9,160 | 9,179 | (0.2) | 9,530 | (3.9) | 10,088 | (9.2) |
| Display | 7,090 | 6,510 | 8.9 | 7,760 | (8.6) | 6,553 | 8.2 |
| Mobile communications | 12,179 | 10,641 | 14.5 | 8,780 | 38.7 | 11,347 | 7.3 |
| DM&A | 14,071 | 13,520 | 4.1 | 14,540 | 3.2 | 13,886 | 1.3 |
| OP | 3,752 | 2,948 | 27.3 | 5,014 | (25.2) | 3,465 | 8.3 |
| Semiconductor | 1,799 | 1,642 | 9.6 | 2,775 | (35.2) | 1,905 | (5.6) |
| Display | (213) | (231) | Loss narrowed | 228 | TR | (33) | Loss widened |
| Mobile communications | 1,669 | 1,429 | 16.8 | 632 | 164.1 | 1,540 | 8.4 |
| DM&A | 509 | 100 | 409.0 | 360 | 41.4 | 56 | 808.9 |
| Pre-tax profit | 4,165 | 3,388 | 22.9 | 5,314 | (21.6) | 3,996 | 4.2 |
| NP | 3,510 | 2,780 | 26.3 | 4,280 | (18.0) | 3,335 | 5.2 |
| OPM (%) | 9.5 | 8.0 | | 13.2 | | 8.9 | |
| Pre-tax profit margin (%) | 10.6 | 9.2 | | 14.0 | | 10.2 | |
| NPM (%) | 8.9 | 7.5 | | 11.3 | | 8.5 | |

*Source: Company data, Shinhan Investment Corp.*
*Note: DM&A=Digital Media & Appliances*

**Earnings forecast revision**

| | 2011F | | | 2012F | | |
|---|---|---|---|---|---|---|
| (W bn) | Before | After | Change (%) | Before | After | Change (%) |
| Sales | 160,753 | 160,957 | 0.1 | 170,175 | 173,612 | 2.0 |
| OP | 14,024 | 14,667 | 4.6 | 16,968 | 17,417 | 2.6 |
| Pre-tax profit | 16,641 | 17,284 | 3.9 | 19,358 | 19,807 | 2.3 |
| NP | 13,729 | 14,259 | 3.9 | 15,912 | 16,281 | 2.3 |

*Source: Company data, Shinhan Investment Corp.*

Ⓢ SHINHAN INVESTMENT CORP. …4

| COMPANY REPORT | Samsung Electronics | August 1, 2011 |

**3Q11 operating profit expected to rise 3.1% QoQ to W3.87tr**

Despite strong growth of the mobile communications business, Samsung Electronics' 3Q11 sales and operating profit should edge up only 3.2% and 3.1%, respectively, to W40.69tr and W3.87tr due to delayed recovery in PC and TV sales and slowing semiconductor earnings.

The memory division's performance will deteriorate due to weakness in demand for PC, TV and other products. The semiconductor division's 3Q11 operating profit is expected to drop 4.1% QoQ to W1.73tr. In addition, the display panel division is expected to remain in the red, recording a W50bn deficit.

**3Q11 smartphone sales to rise 23.7% to 24mn units, sustaining mobile communications division's growth**

The mobile communications division is expected to sustain growth in 3Q11. Smartphone sales are expected to grow 23.7% QoQ to 24mn units, with the company further strengthening its market presence. With growing smartphone sales, the division's operating profit is expected to increase 10.3% QoQ to W1.84tr.

Despite outstanding growth in mobile communications, deteriorating semiconductor and display industry conditions are expected to hold back full-year 2011 operating profit, causing it to drop 15.5% YoY to W14.67tr.

**Samsung Electronics' quarterly earnings trends and forecasts**

| (W bn) | 2009 | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 2010 | 1Q11 | 2Q11P | 3Q11F | 4Q11F | 2011F | 2012F | 2013F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 136,324 | 34,638 | 37,892 | 40,229 | 41,848 | 154,608 | 36,986 | 39,440 | 40,696 | 43,836 | 160,957 | 173,612 | 191,402 |
| Semiconductor | 26,800 | 8,200 | 9,530 | 10,660 | 9,250 | 37,640 | 9,179 | 9,160 | 9,261 | 9,858 | 37,458 | 42,749 | 47,439 |
| Memory | 16,771 | 5,590 | 6,484 | 7,425 | 6,035 | 25,533 | 5,870 | 5,889 | 5,770 | 6,126 | 23,654 | 26,426 | 28,711 |
| DRAM | 9,917 | 3,402 | 4,316 | 5,002 | 3,918 | 16,637 | 3,441 | 3,451 | 3,186 | 3,260 | 13,338 | 14,148 | 15,180 |
| NAND | 8,548 | 2,078 | 2,351 | 2,461 | 2,237 | 9,128 | 2,693 | 2,631 | 2,726 | 2,869 | 10,919 | 13,036 | 15,180 |
| Non memory | 10,029 | 2,610 | 3,046 | 2,904 | 3,217 | 11,777 | 3,309 | 3,271 | 3,491 | 3,733 | 13,804 | 16,323 | 18,728 |
| S.LSI | 4,056 | 1,162 | 1,315 | 1,631 | 2,160 | 6,267 | 2,338 | 2,578 | 2,839 | 3,228 | 10,983 | 16,323 | 18,728 |
| Display Panel | 27,070 | 6,850 | 7,760 | 8,100 | 7,200 | 29,911 | 6,510 | 7,090 | 7,141 | 7,498 | 28,239 | 29,215 | 29,712 |
| Communications | 37,488 | 9,180 | 8,780 | 11,122 | 11,750 | 40,832 | 10,641 | 12,179 | 13,740 | 14,390 | 50,950 | 55,454 | 57,351 |
| Handset | 34,708 | 8,570 | 8,050 | 10,379 | 11,148 | 38,146 | 10,014 | 11,690 | 12,797 | 13,508 | 48,010 | 52,115 | 55,376 |
| DM&A | 49,127 | 12,610 | 14,540 | 14,132 | 16,306 | 57,589 | 13,520 | 14,071 | 14,455 | 15,015 | 57,061 | 59,583 | 59,907 |
| COGS | 94,595 | 23,009 | 24,526 | 26,017 | 29,116 | 102,667 | 26,054 | 26,827 | 27,348 | 28,931 | 109,161 | 115,853 | 127,439 |
| Gross profit | 41,729 | 11,629 | 13,366 | 14,212 | 12,755 | 51,963 | 10,931 | 12,613 | 13,348 | 14,904 | 51,796 | 57,759 | 63,963 |
| OP | 10,925 | 4,406 | 5,014 | 4,865 | 3,072 | 17,358 | 2,948 | 3,752 | 3,870 | 4,098 | 14,667 | 17,417 | 19,457 |
| Semiconductor | 2,060 | 1,960 | 2,775 | 3,083 | 1,798 | 9,616 | 1,642 | 1,799 | 1,726 | 1,874 | 7,041 | 8,339 | 3,181 |
| Memory | 2,004 | 1,871 | 2,547 | 2,855 | 1,524 | 8,796 | 1,351 | 1,390 | 1,300 | 1,415 | 5,456 | 6,346 | 6,947 |
| DRAM | 433 | 1,293 | 1,826 | 2,076 | 936 | 6,130 | 654 | 683 | 589 | 658 | 2,585 | 3,131 | 3,181 |
| NAND | 1,482 | 561 | 705 | 768 | 586 | 2,621 | 696 | 705 | 709 | 755 | 2,865 | 3,206 | 3,765 |
| Non memory | 236 | 196 | 228 | 228 | 273 | 926 | 291 | 409 | 426 | 459 | 1,585 | 1,993 | 2,341 |
| Display Panel | 1,700 | 490 | 880 | 522 | 11 | 1,903 | (231) | (213) | (50) | 150 | (345) | 1,184 | 1,040 |
| Communications | 4,100 | 1,100 | 632 | 1,130 | 1,475 | 4,337 | 1,429 | 1,669 | 1,841 | 1,813 | 6,752 | 7,222 | 7,513 |
| DM&A | 3,070 | 520 | 360 | (230) | (200) | 450 | 100 | 509 | 376 | 240 | 1,225 | 778 | 899 |
| OPM (%) | 8.0 | 12.7 | 13.2 | 12.1 | 7.3 | 11.2 | 8.0 | 9.5 | 9.5 | 9.3 | 9.1 | 10.0 | 10.2 |
| Semiconductor | 7.7 | 23.9 | 29.1 | 28.9 | 19.4 | 25.5 | 17.9 | 19.6 | 18.6 | 19.0 | 18.8 | 19.5 | 6.7 |
| Memory | 11.9 | 33.5 | 39.3 | 38.4 | 25.3 | 34.5 | 23.0 | 23.6 | 22.5 | 23.1 | 23.1 | 24.0 | 24.2 |
| DRAM | 4.4 | 38.0 | 42.3 | 41.5 | 23.9 | 36.8 | 19.0 | 19.8 | 18.5 | 20.2 | 19.4 | 22.1 | 21.0 |
| NAND | 17.3 | 27.0 | 30.0 | 31.2 | 26.2 | 28.7 | 25.9 | 26.8 | 26.0 | 26.3 | 26.2 | 24.6 | 24.8 |
| Non memory | 2.4 | 7.5 | 7.5 | 7.9 | 8.5 | 7.9 | 8.8 | 12.5 | 12.2 | 12.3 | 11.5 | 12.2 | 12.5 |
| Display Panel | 6.3 | 7.2 | 11.3 | 6.5 | 0.2 | 6.4 | (3.6) | (3.0) | (0.7) | 2.0 | (1.2) | 4.1 | 3.5 |
| Communications | 10.9 | 12.0 | 7.2 | 10.2 | 12.6 | 10.6 | 13.4 | 13.7 | 13.4 | 12.6 | 13.3 | 13.0 | 13.1 |
| DM&A | 6.2 | 4.1 | 2.5 | (1.6) | (1.2) | 0.8 | 0.7 | 3.6 | 2.6 | 1.6 | 2.1 | 1.4 | 1.6 |
| Pretax profit | 12,192 | 4,973 | 5,314 | 5,422 | 3,618 | 19,326 | 3,389 | 4,166 | 4,527 | 5,209 | 17,291 | 19,822 | 21,920 |
| NP | 9,761 | 3,994 | 4,277 | 4,454 | 3,420 | 16,145 | 2,786 | 3,508 | 3,816 | 4,156 | 14,265 | 16,294 | 18,019 |
| EBITDA | 22,092 | 7,278 | 7,721 | 7,688 | 6,415 | 29,102 | 5,976 | 6,834 | 7,369 | 8,220 | 28,398 | 33,414 | 37,487 |
| EBITDA Margin (%) | 16.2 | 21.0 | 20.4 | 19.1 | 15.3 | 18.8 | 16.2 | 17.3 | 18.1 | 18.8 | 17.6 | 19.2 | 19.6 |

Source: Company data, Shinhan Investment Corp.

 SHINHAN INVESTMENT CORP.   ...5

| COMPANY REPORT | Samsung Electronics | August 1, 2011 |

## Samsung Electronics' earnings estimates and assumptions

| | 2009 | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 2010 | 1Q11 | 2Q11P | 3Q11F | 4Q11F | 2011F | 2012F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DRAM** | | | | | | | | | | | | |
| Shipments (1Gb Eq, mn) | 3,146 | 1,053 | 1,212 | 1,519 | 1,592 | 5,376 | 1,823 | 1,909 | 1,955 | 2,121 | 7,808 | 11,123 |
| Bit Growth (% QoQ, % YoY) | 43.5 | 14.3 | 15.1 | 25.4 | 4.8 | 70.9 | 14.5 | 4.7 | 2.4 | 8.5 | 45.2 | 42.5 |
| ASP (1Gb Eq, USD) | 2.07 | 2.57 | 2.76 | 2.55 | 1.98 | 2.43 | 1.55 | 1.54 | 1.41 | 1.35 | 1.46 | 1.13 |
| ASP change (USD, % QoQ, % YoY) | (29.6) | 5.2 | 7.6 | (7.6) | (22.4) | 17.6 | (22.0) | (0.5) | (8.0) | (4.5) | (39.9) | (22.6) |
| **NAND** | | | | | | | | | | | | |
| Shipments (8Gb Eq, mn) | 2,178 | 714 | 876 | 967 | 1,059 | 3,615 | 1,387 | 1,539 | 1,809 | 2,062 | 6,797 | 12,254 |
| Bit growth (% QoQ, % YoY) | 36.2 | 15.0 | 22.7 | 10.4 | 9.5 | 65.9 | 31.0 | 11.0 | 17.5 | 14.0 | 88.0 | 80.3 |
| ASP (8Gb Eq, USD) | 2.56 | 2.47 | 2.22 | 2.10 | 1.81 | 2.15 | 1.65 | 1.51 | 1.38 | 1.28 | 1.45 | 1.03 |
| ASP change (USD, % QoQ, % YoY) | (18.1) | (12.0) | (10.0) | (5.2) | (13.8) | (16.0) | (8.8) | (9.0) | (8.4) | (7.5) | (32.4) | (29.4) |
| **LCD** | | | | | | | | | | | | |
| Mid/large-size shipments (1,000 units) | 129,677 | 35,154 | 37,227 | 39,841 | 42,619 | 154,842 | 38,357 | 43,951 | 47,305 | 50,325 | 179,939 | 213,931 |
| Shipment change (% QoQ, % YoY) | 36.7 | (4.7) | 5.9 | 7.0 | 7.0 | 19.4 | -10.0 | 14.6 | 7.6 | 6.4 | 16.2 | 18.9 |
| Mid/large-size ASP | 147 | 152 | 160 | 159 | 135 | 151 | 123 | 120 | 118 | 117 | 120 | 111 |
| ASP change (USD, % QoQ, % YoY) | (25.9) | 2.0 | 5.3 | (0.7) | (14.9) | 2.7 | (9.0) | (2.3) | (2.0) | (1.1) | (21.0) | (7.0) |
| **Mobile Communications** | | | | | | | | | | | | |
| Handset shipments (mn) | 227.7 | 64 | 64 | 71 | 81 | 280 | 70 | 76 | 82 | 86 | 314 | 348 |
| Smartphone shipments (mn) | 14 | 2 | 3 | 9 | 10 | 24 | 12 | 19 | 24 | 24 | 79 | 101 |
| Shipment change (% QoQ, % YoY) | 15.8 | (7.0) | (0.4) | 11.5 | 13.2 | 23.1 | (12.7) | 7.5 | 8.0 | 4.5 | 11.9 | 11.0 |
| Handset ASP (USD) | 121 | 116 | 107 | 124 | 122 | 117 | 127 | 142 | 148 | 149 | 141 | 146 |
| ASP change (USD, % QoQ, % YoY) | (10.4) | 0.0 | (7.9) | 15.6 | (1.4) | (2.9) | 4.3 | 11.1 | 4.2 | 1.2 | 20.4 | 3.5 |

Source: Company data, Shinhan Investment Corp.

SHINHAN INVESTMENT CORP.   ...6

| COMPANY REPORT | Samsung Electronics | August 1, 2011 |
|---|---|---|

## Appendix : Financial statements

### Statement of Financial Position

| Year to Dec. (W bn) | 2009 | 2010 | 2011F | 2012F | 2013F |
|---|---|---|---|---|---|
| Assets | 112,179.8 | 129,939.3 | 144,466.1 | 161,973.6 | 182,167.0 |
| Current Assets | 54,211.3 | 61,480.9 | 65,502.9 | 73,170.5 | 84,434.7 |
| Cash and Cash Equivalents | 10,149.9 | 12,723.4 | 14,607.7 | 18,729.0 | 25,290.8 |
| Trade Receivables | 17,818.7 | 20,208.6 | 21,038.6 | 22,692.7 | 25,018.0 |
| Inventories | 9,839.3 | 11,159.0 | 11,617.3 | 12,530.7 | 13,814.7 |
| Others | 16,403.3 | 17,389.9 | 18,239.3 | 19,218.1 | 20,311.2 |
| Non-Current Assets | 57,968.5 | 68,458.4 | 78,963.2 | 88,803.2 | 97,732.3 |
| Property, Plant and Equipment | 43,560.3 | 53,856.5 | 62,200.9 | 69,771.7 | 76,477.9 |
| Intangible Assets | 1,256.1 | 1,212.7 | 1,180.2 | 1,156.0 | 1,137.8 |
| Investments in Associates, Subsidiaries, etc. | 7,334.7 | 7,531.4 | 9,650.4 | 11,879.4 | 14,108.4 |
| Others | 5,817.4 | 5,857.8 | 5,931.6 | 5,996.1 | 6,008.1 |
| Liabilities | 39,134.6 | 41,881.6 | 43,339.4 | 45,748.8 | 49,117.3 |
| Current Liabilities | 34,204.4 | 36,611.8 | 37,695.3 | 39,675.7 | 42,299.4 |
| Trade Payables | 8,235.1 | 8,937.9 | 9,503.2 | 10,085.8 | 11,094.4 |
| Short-term debts | 8,014.3 | 8,169.0 | 8,577.5 | 9,006.3 | 9,456.6 |
| Others | 17,955.0 | 19,505.0 | 19,614.6 | 20,583.5 | 21,748.4 |
| Non-Current Liabilities | 4,930.2 | 5,269.8 | 5,644.1 | 6,073.1 | 6,817.9 |
| Long-term debts | 1,380.3 | 1,380.3 | 1,380.3 | 1,380.3 | 1,380.3 |
| Provisions for Emp Benefits | 751.3 | 788.8 | 828.3 | 869.7 | 913.2 |
| Others | 2,798.6 | 3,100.7 | 3,435.5 | 3,823.1 | 4,524.4 |
| Stockholders' Equity | 73,045.2 | 88,057.6 | 101,126.7 | 116,224.9 | 133,049.7 |
| Capital Stock | 897.5 | 897.5 | 897.5 | 897.5 | 897.5 |
| Retained Earnings | 71,065.2 | 85,764.1 | 98,557.1 | 113,339.8 | 129,815.8 |
| Others | 1,082.4 | 1,396.0 | 1,672.1 | 1,987.5 | 2,336.4 |
| Owners of Parent Equity | 69,565.1 | 84,263.9 | 97,056.9 | 111,839.6 | 128,315.6 |
| Non-Controlling Interests Equity | 3,480.1 | 3,793.7 | 4,069.8 | 4,385.2 | 4,734.1 |
| Total Debt | 9,394.6 | 9,549.3 | 9,957.7 | 10,386.6 | 10,836.9 |
| Net Debt(Cash) | (9,385.1) | (12,235.3) | (14,164.2) | (18,332.4) | (24,943.4) |

### Statement of Cash Flow

| Year to Dec. (W bn) | 2009 | 2010 | 2011F | 2012F | 2013F |
|---|---|---|---|---|---|
| Cash Flows from Operating | 19,655.8 | 22,867.9 | 24,650.2 | 28,507.2 | 31,792.7 |
| Net Profit | 10,229.9 | 16,197.8 | 14,265.0 | 16,294.1 | 18,020.8 |
| Depreciation | 10,911.3 | 11,357.5 | 13,356.6 | 15,629.2 | 17,668.8 |
| Amortization | 241.1 | 386.6 | 375.7 | 367.5 | 361.4 |
| FC Translation Loss(Gain) | (288.4) | 0.0 | 0.0 | 0.0 | 0.0 |
| Disp PP&E Loss(Gain) | 54.0 | 23.8 | 63.4 | 63.4 | 63.4 |
| (Recovery)/Imp Losses on Assets | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Losses(Gains) in Equity Method | (821.6) | (2,007.5) | (2,119.0) | (2,229.0) | (2,229.0) |
| Change in Working Capital | (3,032.0) | (2,905.7) | (1,369.3) | (1,970.7) | (2,453.9) |
| Payments of Income Taxes | 0.0 | (2,861.7) | (2,665.1) | (3,131.6) | (3,505.5) |
| Others | 2,354.4 | 2,678.0 | 2,733.8 | 3,484.4 | 3,866.8 |
| Cash Flows from Investing | (14,424.1) | (19,245.5) | (22,190.5) | (23,897.6) | (24,835.6) |
| Dec(Inc) in Financial Assets | (1,453.3) | (180.0) | (143.0) | (115.0) | 0.0 |
| Dec(Inc) in Associates, ETC. | (261.5) | 52.0 | 22.0 | 23.0 | 0.0 |
| Dec(Inc) in Property and Equipment | (8,069.8) | (17,000.0) | (21,700.0) | (23,000.0) | (24,375.0) |
| Dec(Inc) in Intangible Assets | (343.2) | (343.2) | (343.2) | (343.2) | (343.2) |
| Others | (4,296.2) | (1,774.2) | (26.3) | (262.4) | (117.4) |
| FCF | 5,231.7 | 3,622.4 | 2,459.7 | 4,609.6 | 6,957.1 |
| Cash Flows from Financing | (3,948.3) | (1,043.9) | (575.4) | (488.2) | (395.3) |
| Inc(Dec) in Total Debt | (711.1) | 154.7 | 408.5 | 428.9 | 450.3 |
| Dividends Paid | (808.9) | (1,195.9) | (1,076.3) | (1,136.1) | (1,195.9) |
| Sale(Purchase) of Treasury Stock | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Others | (2,428.3) | (7.7) | 92.5 | 219.0 | 350.4 |
| Change of Consolidated Scope | 296.9 | 0.0 | 0.0 | 0.0 | 0.0 |
| Difference by FX rates | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in Cash | 2,021.3 | 2,573.5 | 1,884.3 | 4,121.4 | 6,561.8 |
| Beginning Cash | 6,904.4 | 10,149.9 | 12,723.4 | 14,607.7 | 18,729.0 |
| Ending Cash | 10,149.9 | 12,723.4 | 14,607.7 | 18,729.0 | 25,290.8 |

*Source: Company data, Shinhan Investment Corp.*
*Note: K-GAAP to 2009, K-IFRS-based from 2010*

### Statement of Comprehensive Income

| Year to Dec. (W bn) | 2009 | 2010 | 2011F | 2012F | 2013F |
|---|---|---|---|---|---|
| Net Sales | 136,323.7 | 154,607.7 | 160,957.5 | 173,612.1 | 191,402.2 |
| Growth (%) | 12.4 | 13.4 | 4.1 | 7.9 | 10.2 |
| Cost of Sales | 94,594.9 | 102,667.0 | 109,161.1 | 115,853.4 | 127,438.8 |
| Gross Profit on Sales | 41,728.8 | 51,940.7 | 51,796.4 | 57,758.6 | 63,963.5 |
| Gross Margin (%) | 69.4 | 66.4 | 67.8 | 66.7 | 66.6 |
| Operating Expenses | 30,795.9 | 34,583.2 | 37,129.2 | 40,341.4 | 44,506.5 |
| Research & Development | 7,379.0 | 9,037.0 | 10,062.3 | 11,263.0 | 12,389.3 |
| Dist Costs and Adm Expenses | 23,361.7 | 26,243.0 | 27,292.1 | 29,142.3 | 32,056.5 |
| Other Income | 10,399.8 | 1,428.8 | 1,030.9 | 937.4 | 853.3 |
| Other Expenses | 10,455.0 | 731.9 | 805.7 | 873.5 | 914.0 |
| Operating Income | 10,932.9 | 17,357.5 | 14,667.1 | 17,417.3 | 19,456.9 |
| Growth (%) | 91.7 | 58.8 | (15.5) | 18.8 | 11.7 |
| Operating Margin (%) | 8.0 | 11.2 | 9.1 | 10.0 | 10.2 |
| Interest Income | 399.9 | 446.2 | 550.9 | 686.9 | 838.5 |
| Interest Expenses | 546.5 | 453.9 | 458.4 | 467.9 | 488.1 |
| Gains(Losses) in Equity Method | 1,400.5 | 2,007.5 | 2,119.0 | 2,229.0 | 2,229.0 |
| Income Before Income Taxes Expenses | 12,192.4 | 19,390.0 | 17,290.9 | 19,822.5 | 21,923.1 |
| Income Taxes Expenses | 2,431.2 | 3,192.2 | 3,025.9 | 3,528.4 | 3,902.3 |
| Tax Rate (%) | 19.9 | 16.5 | 17.5 | 17.8 | 17.8 |
| Net Profit(Non-controlling Int Equity) | 189.0 | 313.5 | 276.1 | 315.4 | 348.8 |
| Net Profit(Owners of Parent Equity) | 9,572.2 | 15,884.3 | 13,988.9 | 15,978.7 | 17,671.9 |
| Growth (%) | 73.2 | 65.9 | (11.9) | 14.2 | 10.6 |
| EBITDA | 22,092.3 | 29,101.6 | 28,398.4 | 33,414.0 | 37,487.1 |
| Growth (%) | 39.8 | 31.7 | (2.4) | 17.7 | 12.2 |
| Adj. Operating Income | 10,586.9 | 17,190.3 | 14,730.5 | 17,480.7 | 19,520.3 |
| Adj. Pre-tax Net Income | 12,216.6 | 19,222.8 | 17,354.3 | 19,885.9 | 21,985.5 |
| Adj.Net Income(Owners of Parent Equity) | 9,591.3 | 15,747.3 | 14,040.2 | 16,029.8 | 17,723.0 |

### Key Ratios

| Year to Dec. | 2009 | 2010 | 2011F | 2012F | 2013F |
|---|---|---|---|---|---|
| EPS (won) | 56,263 | 93,364 | 82,223 | 93,919 | 103,871 |
| Adj. EPS (won) | 56,375 | 92,559 | 82,525 | 94,219 | 104,172 |
| BPS (won) | 408,887 | 495,283 | 570,477 | 657,367 | 754,209 |
| CFPS (won) | 115,532 | 151,232 | 160,494 | 185,966 | 207,475 |
| DPS (won) | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| PER (x) | 15.0 | 9.0 | 10.3 | 9.0 | 8.1 |
| Adj. PER (x) | 15.0 | 9.1 | 10.2 | 9.0 | 8.1 |
| PBR (x) | 2.1 | 1.7 | 1.5 | 1.3 | 1.1 |
| PCR (x) | 7.3 | 5.6 | 5.3 | 4.5 | 4.1 |
| EV/EBITDA (x) | 5.5 | 4.6 | 4.3 | 3.6 | 3.0 |
| EV/EBIT (x) | 11.1 | 7.7 | 8.4 | 6.8 | 5.8 |
| Dividend Yield (%) | 1.0 | 0.9 | 0.9 | 0.9 | 0.9 |
| **Profitability** | | | | | |
| EBITDA Margin (%) | 16.2 | 18.8 | 17.6 | 19.2 | 19.6 |
| Operating Margin (%) | 8.0 | 11.2 | 9.1 | 10.0 | 10.2 |
| Net Margin (%) | 7.2 | 10.5 | 8.9 | 9.4 | 9.4 |
| ROA (%) | 9.0 | 13.4 | 10.4 | 10.6 | 10.5 |
| ROE (%) | 15.0 | 20.7 | 15.4 | 15.3 | 14.7 |
| ROIC (%) | 15.5 | 25.3 | 18.7 | 19.4 | 19.4 |
| **Stability** | | | | | |
| Debt Ratio (%) | 53.6 | 47.6 | 42.9 | 39.4 | 36.9 |
| Net Debt Ratio (%) | (12.8) | (13.9) | (14.0) | (15.8) | (18.7) |
| Cash Ratio (%) | 29.7 | 34.8 | 38.8 | 47.2 | 59.8 |
| Interest Coverage (x) | 20.0 | 38.2 | 32.0 | 37.2 | 39.9 |
| **Activity** | | | | | |
| Working Capital Turnover (x) | 12.5 | 19.1 | 17.0 | 16.3 | 15.6 |
| Inventory Turnover (days) | 25.9 | 24.8 | 25.8 | 25.4 | 25.1 |
| Receivables Turnover (days) | 40.0 | 44.9 | 46.8 | 46.0 | 45.5 |

*Source: Company data, Shinhan Investment Corp.*
*Note: K-GAAP to 2009, K-IFRS-based from 2010*





www.shinhaninvest.com

## Shinhan Investment Network

**NEW YORK**

Shinhan Investment America Inc.
1325 Avenue of the Americas Suite 702,
New York, NY 10019
Tel : (1-212) 397-4000
Fax : (1-212) 397-0032

**LONDON**

Shinhan Investment Europe Ltd.
3rd Floor, 11 Leadenhall Street,
London EC3V 1LP, UK
Tel : (44-20) 7283-4900
Fax : (44-20) 7283-5678

**SEOUL**

Shinhan Investment Corp.
Shinhan Investment Tower
23-2, Youido-dong, Yongdungpo-gu,
Seoul, Korea 150-712
Tel : (82-2) 3772-2700, 2702
Fax : (82-2) 6671-7573

**Hong Kong**

Shinhan Investment Asia Ltd.
Unit 7705 A, Level 77
International Commerce Centre
1 Austin Road West
Kowloon, Hong Kong
Tel : (852) 3713-5333
Fax : (852) 3713-5300

**Shanghai**

Shinhan Investment Corp. Shanghai Representative Office
Room 104, Huaneng Union Mansion No.958,
Luijiazui Ring Road, PuDong, Shanghai, China
Tel : (86-21) 6888-9135/6
Fax : (86-21) 6888-9139

SHIC Rating Classifications:   BUY; Over +15%,   Trading BUY; 0 to 15%,   HOLD; -15% to 0,   REDUCE; -15% or More   (As of 25 Jul. 2011)

Analyst Certification: The following analysts hereby certify that their views on the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Young-Chan,Kim, Jeong-Yoon,Kim. Shinhan Investment Corp. has issued ELS, ELW based on the company's asset and floated LP. As of the date of this report, Shinhan Investment Corp.' holdings of shares of the company mentioned in this report do not exceed 1% of the outstanding shares of the company. As of the date of this report, Shinhan Investment Corp. had not participated as a lead manager or adviser during the past 1 year, in issuance of the securities of the company mentioned in this report. As of the date of this report, the covering analyst did not maintain any financial interest in the securities or debt instruments convertible into such shares of the company mentioned in this report. All opinions and estimates included in this report constitute our judgments as of the date of this report and are subject to changes without notice. This information has been compiled from sources we believe to be reliable, but we do not hold ourselves responsible for its completeness or accuracy. It is not an offer to sell or solicitation of an offer to buy any securities. Clients should consider whether it is suitable for their particular circumstances before acting on any opinions and recommendations in this report   This report is distributed to our clients only, and any unauthorized use, duplication, or redistribution of this report is prohibited.

33

BLUEBIRDonline.com (888) 477 - 0700   100 LB Style   100 LB

# VELLTURO
# EXHIBIT 33

February 2011

# eMarketer™



## Smart and Getting Smarter:

### *Key Mobile Device Trends for Marketers*

*Noah Elkin*
nelkin@emarketer.com

**Report Contributor**
Chris Keating

**Executive Summary:** Momentum in the mobile device market has swung in favor of smartphones, led by the allure of Apple's iPhone and the legion of now-viable competitors it has spawned. eMarketer projects US smartphone users will reach 73.3 million by the end of 2011, representing 31% of the total mobile user population.



**US Smartphone Users, 2009-2015**
*millions and % change*

| Year | Users (millions) | % change |
|------|------------------|----------|
| 2009 | 40.4 | (46.6%) |
| 2010 | 60.2 | (48.9%) |
| 2011 | 73.3 | (21.9%) |
| 2012 | 84.4 | (15.1%) |
| 2013 | 93.4 | (10.7%) |
| 2014 | 101.5 | (8.6%) |
| 2015 | 109.5 | (7.9%) |

Note: individuals of any age who use a smartphone at least once per month
Source: eMarketer, Dec 2010
123174                                         www.eMarketer.com

Although they still constitute a minority of mobile users, smartphone owners command the majority of marketers' attention. The explanation boils down to how smartphone owners use their devices. Simply put, they do more of everything than their counterparts with feature phones: messaging, gaming, listening to music, watching videos, social networking, shopping, using apps and browsing the web.

The next generation of smartphones promises to take this disparity to even greater heights, in the process spurring increased competition between Apple's proprietary iOS platform and the open Android operating system championed by Google. The addition of tablets into the smart-device mix constitutes a vital second front in the larger Apple-Google battle for mobile supremacy.

Ultimately, the winner, if there is one, matters less than marketers' ability to make the most of the growing number of smart devices to deliver rich, engaging experiences for consumers.



The eMarketer View ........................................... 2
Key Trends ........................................................ 3
Rising Competition in Devices and Operating Systems ... 8
Smartphone User Demographics ........................ 11
Evolving Usage Patterns ................................... 13
Implications for Marketers ................................ 16
Trends to Watch ............................................... 18
Conclusions ..................................................... 20
Endnotes ......................................................... 21
Related Information and Links .......................... 23

## Key Questions

- What are the leading smartphone platforms?
- Where do tablets fit in the mix?
- How do US and global trends compare?
- What implications does the shifting smart device landscape have for marketers?



Copyright ©2011 eMarketer, Inc.  All rights reserved.

# The eMarketer View

| Key eMarketer Numbers: Smart Devices | |
|---|---|
| 109.5 million | US smartphone users* in 2015, up from 73.3 million in 2011 |
| 43% | US smartphone users* % of total US mobile phone users in 2015, up from 31% in 2011 |
| 26.2 million | US Android smartphone users in 2012, up from 2.4 million in 2009 |
| 30% | Apple's share of US smartphone users in 2012, up from 26% in 2009 |
| 18% | CAGR (2009-2015) for US smartphone users |
| 40.6 million | US tablet unit sales in 2012, up from 9.7 million in 2010 |
| 135.2 million | US mobile internet users** in 2015, up from 91.4 million in 2011 |

Note: *individuals of any age who use a smartphone at least once per month; **mobile phone users of any age who access the internet from a mobile browser or an installed application at least once per month; excludes SMS, MMS and IM
Source: eMarketer, 2010 & 2011

**Mobile platform competition remains fierce.** The US mobile market is looking more and more like a two-horse race between Apple and Android, as BlackBerry's lead slips away. However, marketers should note the differences between the US and other regions, where other contenders, particularly Nokia and its Symbian operating system (OS), hold a strong, if declining, position.

**Android is the growth story everywhere.** Regardless of region, Android is the fastest-growing mobile platform, and its growth is coming largely at the expense of incumbents such as Research In Motion (RIM)/BlackBerry in the US and Nokia/Symbian elsewhere in the world. It is easy to understand why this is taking place: The open-source Android OS requires no licensing fee and allows handset manufacturers and wireless carriers considerable latitude to customize the user interface according to their desired specifications. Android's competitors cannot match these benefits.

Android has a growing roster of manufacturer and carrier partners in every major market and market segment (read: smartphones and tablets). The result: Scale for Android is coming quickly in terms of device, market share, apps and ad revenues. Given the multiple versions of Android available, there are legitimate concerns about OS fragmentation, but there is too much at stake—for Google, handset manufacturers and carriers alike—for this to become the primary barrier to success.

**Tablets will extend OS competition into a new market segment.** Not quite computers, not quite mobile devices, tablets could disrupt both segments. Users are not likely to discard their phones in favor of tablets. Yet as more tablets come equipped with video-chatting capabilities, they will dovetail with a larger trend of enabling a range of communication options (text, IM, voice, video) from every conceivable device. And as the pace of new tablet

introductions accelerates over the next 12 months, it will bring competition between the primary OS platforms to a new, hotly contested segment.

**Apple has brand appeal; Android counters with strength in numbers.** Regardless of market segment, the story repeats itself: Apple leads with one halo product and Android follows with many. Amassing sizeable market share is easy when a brand such as Apple has the playing field largely to itself, as it did when it introduced the iPad in April 2010. But Android shows signs of maturing quickly into a legitimate contender in both the tablet and smartphone markets, with greater possibilities to achieve scale.

Other competitors that manufacture both hardware and software, such as RIM, can draw on established customer bases but face a similar challenge to Apple in building scale in the market. Apple's unique advantage (for now) lies in the strength of its overall offering: the appeal of its devices, the breadth of its content (apps, music, video, books, with newspapers and magazines to come) and its single, tidy interface.

**4G will benefit marketers.** The arrival of faster mobile networks and more powerful smartphones and tablets will be a boon to marketers, particularly those offering customers richer, higher-bandwidth-consuming experiences and applications. The upgrade process will take a few years, but as consumers replace their devices, expect video consumption in all of its forms to move to the mainstream on every kind of smart device.

Copyright ©2011 eMarketer, Inc. All rights reserved.

# Key Trends

| US Smartphone Users and Penetration, 2009-2015 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
| Smartphone users (millions) | 40.4 | 60.2 | 73.3 | 84.4 | 93.4 | 101.5 | 109.5 |
| —% change | 46.6% | 48.9% | 21.9% | 15.1% | 10.7% | 8.6% | 7.9% |
| —% of mobile phone users | 18.0% | 26.0% | 31.0% | 35.0% | 38.0% | 40.5% | 43.0% |
| —% of population | 13.2% | 19.4% | 23.4% | 26.7% | 29.3% | 31.5% | 33.6% |

Note: CAGR (2009-2015)=18.1%; individuals of any age who use a
smartphone at least once per month
Source: eMarketer, Dec 2010

122215                                          www.eMarketer.com

## Highlights

- **US smartphone users grew nearly 49% in 2010, to 60.2 million.**

- **80% of US mobile internet users access the web from smartphones.**

- **By 2015, 43% of all US mobile users will have a smartphone.**

## Smartphone Usage Grows

Smartphone adoption has accelerated in the US, but most estimates still put penetration at less than one-third of all mobile users. eMarketer's estimates, which are based on a combination of consumer survey and panel-based measurement data, fall at the low end. By contrast, estimates from ChangeWave Research (for 2009) and Credit Suisse (for 2010) fall at the high end of the spectrum.

| Comparative Estimates: US Smartphone User Penetration, 2009 & 2010 | | |
|---|---|---|
| | 2009 | 2010 |
| **% of consumers** | | |
| Credit Suisse, July 2010 | - | 50% |
| InsightExpress, May 2010 | - | 24% |
| eMarketer*, Dec 2010 | 13% | 19% |
| ChangeWave Research, Jan 2010 | 42% | - |
| **% of mobile phone users** | | |
| The Nielsen Company***, Jan 2011 | - | 31% |
| comScore**, Dec 2010 | 16% | 26% |
| eMarketer*, Dec 2010 | 18% | 26% |
| Forrester Research, Jan 2010 | 17% | - |

Note: *individuals of any age who use a smartphone at least once per
month; **three-month average for period ending Oct of each year; ***for
Nov
Source: eMarketer, Dec 2010; various, as noted, 2010 & 2011

122234                                          www.eMarketer.com

For additional information on this chart, see the Endnotes section.

But there is more to the story than overall smartphone penetration data. Ownership is rising more quickly among recent mobile phone buyers. The Nielsen Company found that in Q3 2010, 41% of those who purchased a new handset in the past six months opted for a smartphone, up from 35% in Q2.

**US Smartphone Penetration, Q4 2009-Q3 2010**
*% of recent mobile phone acquirers vs. total subscribers*



■ **Recent mobile phone acquirers**    ■ **All mobile subscribers**

Source: The Nielsen Company as cited in company blog, Nov 1, 2010

121552                                          www.eMarketer.com

Copyright ©2011 eMarketer, Inc. All rights reserved.

Similarly, among the US consumers ChangeWave has surveyed regularly over the past two years, those planning on purchasing a smartphone in the next 90 days reached an all-time high in June 2010. This date coincided with the launch of the iPhone 4, which may have been a factor in driving purchase intent. Overall, the ChangeWave data is further indicative of a general trend in the US mobile user population toward purchasing smartphones.

**Smartphone Buying Plans\*, 2008-2010**
*% of US consumers*



| Jan 2008 | Mar | Jun | Sep | Dec | Jan 2009 | Jun | Sep | Dec | Jan 2010 | Jun |

8.4% 7.4% 10.5% 11.9% 12.2% 11.2% 14.4% 11.6% 12.8% 10.8% 16.4%

*Note: \*in the next 90 days*
*Source: ChangeWave Research survey as cited in press release, July 14, 2010*
118177                                                    www.eMarketer.com

eMarketer predicts that US smartphone penetration will reach 43% by 2015. By comparison, Nielsen predicts that half of the US mobile user population will own smartphones as soon as the end of 2011. Investment bank Credit Suisse, in its July 2010 "Convergence 2010: The Wireless Web World" study, forecast greater than 90% smartphone penetration across North America by 2015. eMarketer believes these calculations to be directionally accurate in that smartphone penetration is clearly rising, but overly aggressive in terms of timetable.

**Smartphone Subscriber Penetration Worldwide, by Region, 2009-2015**

|  | 2009 | 2010 | 2011 | 2015 |
|---|---|---|---|---|
| Japan | 33.1% | 36.1% | 40.0% | 57.8% |
| North America | 26.3% | 37.5% | 49.8% | 91.3% |
| Middle East and Africa | 24.0% | 28.5% | 33.3% | 58.9% |
| Western Europe | 19.8% | 28.9% | 39.4% | 74.7% |
| Latin America | 13.5% | 24.3% | 36.2% | 80.0% |
| Eastern Europe | 11.7% | 15.5% | 21.4% | 55.4% |
| Asia-Pacific (excluding Japan) | 10.3% | 14.7% | 20.6% | 53.3% |
| Worldwide | 17.0% | 23.4% | 31.1% | 64.6% |

*Source: company reports and Credit Suisse estimates, "Convergence 2010: The Wireless Web World," July 15, 2010*
121259                                                    www.eMarketer.com

Globally, growth in smartphone ownership has been generally brisk in most regions. comScore data indicates that smartphones have achieved somewhat higher penetration in Italy, Spain and the UK, but overall, the US is on par with the EU-5 average.

**Mobile Content Activities of Mobile Phone Users in the EU-5, by Country, Sep 2010**
*% of total mobile subscribers*

|  | UK | France | Spain | Germany | Italy | Total |
|---|---|---|---|---|---|---|
| Sent text message to another phone | 90.3% | 81.8% | 80.8% | 79.8% | 77.7% | 82.1% |
| Used browser | 38.1% | 28.2% | 25.1% | 21.1% | 25.8% | 27.7% |
| Accessed news and information | 37.1% | 31.4% | 28.8% | 24.1% | 34.4% | 38.2% |
| Used application (excluding native games) | 32.9% | 22.8% | 25.4% | 23.1% | 26.8% | 26.2% |
| Played games | 30.4% | 14.1% | 26.8% | 24.1% | 29.2% | 24.9% |
| Smartphone | 28.5% | 22.6% | 32.9% | 21.4% | 34.4% | 30.2% |
| Accessed social networking site or blog | 25.8% | 16.4% | 14.8% | 9.8% | 16.6% | 16.7% |
| Listened to music on mobile phone | 24.1% | 22.6% | 31.1% | 26.2% | 23.2% | 25.2% |

*Note: ages 13+; 3-month average ending in September 2010*
*Source: comScore MobiLens as cited in press release, Nov 17, 2010*
122014                                                    www.eMarketer.com

Of course, with their larger populations and mobile user bases, the Asia-Pacific region and Western Europe lead the world in terms of smartphone user numbers. The US, however, will remain the largest single-country market—a key fact for marketers to keep in mind.

**Smartphone Subscribers Worldwide, by Region, 2009-2015**
*millions*

|  | 2009 | 2010 | 2011 | 2015 |
|---|---|---|---|---|
| Asia-Pacific (excluding Japan) | 79.1 | 113.1 | 158.4 | 410.8 |
| Western Europe | 71.9 | 105.0 | 142.9 | 271.0 |
| North America | 64.4 | 91.9 | 122.1 | 223.9 |
| Japan | 41.8 | 45.6 | 50.6 | 73.0 |
| Middle East and Africa | 28.2 | 33.5 | 39.1 | 69.2 |
| Eastern Europe | 16.0 | 21.3 | 29.4 | 76.2 |
| Latin America | 10.7 | 19.2 | 28.6 | 63.3 |
| Worldwide | 312.2 | 429.7 | 571.1 | 1,187.4 |

*Note: numbers may not add up to total due to rounding*
*Source: company reports and Credit Suisse estimates, "Convergence 2010: The Wireless Web World," July 15, 2010*
117888                                                    www.eMarketer.com

Copyright ©2011 eMarketer, Inc. All rights reserved.

Also worth noting are consumers' purchase intentions outside the US, as they too speak to the general trend toward smartphones. According to a multicountry study fielded by Lightspeed Research for Accenture, more than one-third of European feature phone owners (with the exception of those in the UK) said they would be at least somewhat likely to purchase a smartphone in the next 12 months.



**Likelihood of Purchasing a Smartphone Among Conventional Mobile Phone Owners in Select Countries in Western Europe, Fall 2010**
*% of respondents*

Germany
23% | 29% | 29% | 19%

Italy
13% | 37% | 39% | 11%

Spain
13% | 31% | 28% | 28%

France
11% | 25% | 6% | 58%

UK
3% | 25% | 28% | 44%

■ Very likely ■ Slightly likely
■ Somewhat likely ▨ Not at all likely

*Note: in the next 12 months*
*Source: Accenture, "Retail Applications of Mobile," Dec 6, 2010*
122647                                           www.eMarketer.com

In emerging markets, enthusiasm for smartphones was significantly higher. For example, 73% of feature phone owners in Brazil, 72% in China and 70% in India said they were somewhat or very likely to buy a smartphone. With their fast-growing mobile user populations, these three markets represent a significant opportunity for device manufacturers and marketers alike.

**The bottom line:** Smartphone owners still represent a minority of mobile users, but their ranks are growing at a faster pace than feature phone owners. Consumer interest in acquiring smarter mobile devices is rising, particularly in emerging markets, where smartphones represent many users' primary mobile internet access device. Marketers should closely monitor these trends over the next 12 to 18 months.

## 4G Networks Arrive

A major story in 2011 will be the launch and expansion of fourth-generation (4G) wireless carrier networks, heralding significant upgrades in terms of capacity and speed. In the rush to one-up the competition, carriers are taking different approaches in how they position their new, faster networks. In the US, some are focusing on breadth, and others, namely Verizon Wireless, on speed.

Those yet to fully upgrade their networks, such as AT&T and T-Mobile, have taken some liberties in interpreting the meaning of 4G. Ralph de la Vega, AT&T's president of mobility and consumer markets, announced in a keynote address at the January 2011 Consumer Electronics Show (CES) that AT&T's 4G Long-Term Evolution (LTE) rollout would be completed by the end of 2013. "Our customers are going to have blazing fast LTE speeds and when they're not on that network, they're going to have blazing fast speeds on HSPA+ [High-Speed Packet Access]," de la Vega said in his keynote. In the meantime, both AT&T and T-Mobile have rounded up their 3.5G networks and call them 4G—a marketing move made possible by the lack of a standard industry definition for 4G.

Increased performance is likely to come at a price. New, top-end handsets will likely maintain the $199 ceiling established over the past few years, but the cost of data plans is bound to go up. On the other hand, greater bandwidth will enable carriers to offer more pricing tiers, a move anticipated by AT&T and reflected in the 2010 Verizon Wireless decision to shift away from unlimited data plans in favor of tiered plans with bandwidth caps. Consumers will pay more for faster speeds, but with the lower-cost, lower-bandwidth plans, the net result could be an increase in the total number of users accessing the internet from their wireless and portable devices.

Copyright ©2011 eMarketer, Inc. All rights reserved.

Still, a survey published by Nielsen in January 2011 suggests that carriers will have their work cut out for them when it comes to selling consumers on the benefits of 4G. Awareness of 4G is high, the findings indicate, but actual understanding lags behind, and this may affect purchase intent. According to Nielsen, 29% of respondents said they were planning to buy a 4G device in the next 12 months, and it is debatable whether or not that constitutes a positive direction. Nearly three in 10 could be seen as a positive result given consumers' limited understanding of what they might be buying, but it certainly indicates the need for more education.

**4G Awareness and Understanding According to US Adults, 2010**
*% of respondents*



**4G awareness**

Not aware 17%
Aware 83%

**4G understanding**

Do not understand 49%
Understand 51%

Source: The Nielsen Company survey as cited in company blog, Jan 6, 2011
123698                                          www.eMarketer.com

**The bottom line:** The challenge of selling consumers on the benefits of 4G notwithstanding, the arrival of faster mobile networks will be a boon to marketers, particularly those invested in mobile video and richer, higher-bandwidth-consuming experiences and applications. As 4G networks roll out and consumers upgrade their handsets during the next few years, expect video consumption in all of its forms—from streaming programming to chat—to evolve from snacking to more-substantial viewing. This means significantly enhanced opportunities for rich media advertising.

## Smart Devices Get Bigger

If not the fabled year of mobile, 2011 is at least destined to be the year of the tablet. The 2011 CES, which concluded in early January, saw the introduction of more than 80 slates, several of which proclaimed to be "iPad killers."

In identifying the iPad as the device to beat, the tablet market is similar to that of smartphones: Apple has one product against which all other devices in the same category are measured. And contenders are on the way, in droves.

Samsung introduced the GALAXY Tab—the first viable iPad competitor—in Q4 2010, and it exceeded the company's sales expectations. Still, it is unlikely the GALAXY Tab or any other single tablet due out in 2011 will outsell the iPad. As with smartphones, the more relevant question is whether collectively the growing roster of Android tablets can reach parity with the iPad.

As indicated in eMarketer's December 2010 report, **"Tablets: New Screens for Marketers,"** Apple basically had the tablet market all to itself in 2010. eMarketer and other forecasters predict the iPad will remain the tablet market leader at least through 2012—possibly longer—depending on how quickly competing devices running Android and BlackBerry's new QNX-derived OS scale up. Ultimately, tablets on other platforms—not so much individual models but the competing platforms themselves, specifically Android—will chip away at Apple's lead.

**Tablet and iPad Sales Worldwide, 2010-2012**
*millions of units, % of total and % change*

|  | 2010 | 2011 | 2012 |
|---|---|---|---|
| iPad sales | 13.3 | 34.0 | 56.1 |
| —% change | - | 155% | 65% |
| —% of total tablet sales | 85% | 78% | 69% |
| Total tablet sales | 15.7 | 43.6 | 81.3 |
| —% change | - | 178% | 87% |
| Source: eMarketer, Dec 2010 | | | |
| 122239 | | | www.eMarketer.com |

Tablets are primarily considered a disruptive threat to the computing market. However, because they are a hybrid mobile-computing device, one trend to watch is the extent to which users adopt tablets for communication purposes in addition to media consumption activities. Many of the recently introduced Android tablets include video-chatting capabilities, and the second-generation iPad is expected to carry these as well. The inclusion of these features is not likely to prompt users to discard their phones, but it dovetails with a larger trend of enabling a range of communication options (text, IM, voice, video) from every conceivable device.

Another trend to watch is the growing enterprise interest in tablets. Vital software suites and tools are lacking, limiting the utility of tablets for workplace applications. But as they develop, expect tablets to become commonplace in enterprise settings. This means expanded opportunities for marketers to connect with business users throughout the workday.

**The bottom line:** The tablet market is not shaping up to be a winner-take-all scenario. It is akin to the smartphone market, in which competition among device-makers and operating systems has resulted in intense innovation, with many of the same companies playing starring roles. And this means marketers face similar decisions when it comes to developing applications.

Copyright ©2011 eMarketer, Inc. All rights reserved.

## Carriers Attempt to Regain Lost Ground

The iPhone exclusivity deal that Apple forged with AT&T fundamentally altered the balance of power between carriers and handset manufacturers in the US, giving Apple an unprecedented degree of control over the customer relationship. Of course, part of what made that relationship special was Apple itself. Other handset manufacturers have tried to reproduce a similar arrangement, with limited success.

The iPhone has also affected carriers in other ways:

- In changing the definition of the smartphone, it ushered in a new era of renewed focus on mobile marketing. Much of this focus shifted away from the carrier-controlled decks of feature phones to the open web and applications.

- Carriers have benefited from this shift primarily in the form of increased data revenues, as more smartphone subscribers clamor for email and web access. On the other hand, the rapid growth in applications and the rise of new ad monetization possibilities have largely passed the carriers by, loosening their hold over users in the process.

Somewhat belatedly, carriers in the US and around the world are moving into high gear on several fronts:

- One is the Wholesale Applications Community (WAC), an open global alliance whose goal is to unite the fragmented apps marketplace. The WAC member roster includes AT&T and Verizon, China Mobile Limited, Deutsche Telekom (parent company of T-Mobile), Vodafone, Orange, NTT DOCOMO, SK Telecom, Telefónica, Telecom Italia, America Móvil, Hutchison 3 Group and VimpelCom Ltd., as well as a host of equipment and device manufacturers.

- Another is through the Mobile Entertainment Forum (MEF) Enablers Initiative, led by MEF members BBC, mBlox, Orange, Telefónia O2 and Vodafone. It has a similar goal as the WAC, although focused more specifically on aligning revenue generation with content services.

- A third route is building app storefronts of their own. According to app store analytics platform Distimo, 22 carriers around the world, including the top four in the US (Verizon, AT&T, Sprint and T-Mobile), have their own app stores or are hosted by a third-party provider.

It is easy to understand why carriers would want to reassert themselves into the routines of their most active customers. Aside from Apple, which maintains exclusive distribution over all iOS device apps through the App Store, other platforms allow for multiple distribution channels. Having an additional outlet in the form of a carrier app store could benefit end users, especially if carriers can make desirable apps easier to find. And provided carriers can entice some developers to give them channel exclusivity on coveted apps, they stand a chance of becoming more relevant for their smartphone subscribers.

**The bottom line:** Carriers' renewed efforts in the mobile advertising and marketing space may be too little, too late. That said, beyond providing larger pipes to handle users' ever-growing data needs, carriers will retain a vital role developing different smartphone platforms through the same types of promotions and incentives that helped boost Android's US growth in 2010.

Copyright ©2011 eMarketer, Inc. All rights reserved.

# Rising Competition in Devices and Operating Systems

**US Smartphone User Share, by Operating System, 2009-2012**
*% of total*



■ Apple  ■ Android  ■ RIM  ▨ Microsoft  ▨ Palm  ▨ Other

*Note: individuals of any age who use a smartphone at least once per month; numbers may not add up to 100% due to rounding*
*Source: eMarketer, Jan 2011*
123812                                              www.eMarketer.com

**Highlights**

- **Buoyed by the Verizon iPhone, Apple's iOS will remain the dominant US smartphone platform in 2011, with a 30% market share.**

- **Android will pull ahead of Apple in US smartphone market share by year-end 2012.**

- **BlackBerry's share of the US smartphone market will continue to decline.**

- **Microsoft will see net growth in US Windows Phone 7 users but little gain in market share.**

## US

Android was big in 2010. To say that its popularity surged is an understatement: According to eMarketer estimates, Android's share of the US smartphone market quadrupled from 6% in 2009 to 24% in 2010, moving into a virtual tie with Apple. Surveys by panel measurement firm comScore showed Android drawing ahead of Apple by the end of 2010.

**Leading Smartphone Platforms in the US, Sep 2009-Nov 2010**
*% of total smartphone subscribers*

|          | RIM   | Apple | Google | Microsoft | Palm |
|----------|-------|-------|--------|-----------|------|
| Sep 2009 | 42.6% | 24.1% | 2.5%   | 19.0%     | 8.3% |
| Oct 2009 | 41.3% | 24.8% | 2.8%   | 19.7%     | 7.8% |
| Nov 2009 | 40.8% | 25.5% | 3.8%   | 19.1%     | 7.2% |
| Dec 2009 | 41.6% | 25.3% | 5.2%   | 18.0%     | 6.1% |
| Jan 2010 | 43.0% | 25.1% | 7.1%   | 15.7%     | 5.7% |
| Feb 2010 | 42.1% | 25.4% | 9.0%   | 15.1%     | 5.4% |
| Apr 2010 | 41.1% | 25.1% | 12.0%  | 14.0%     | 4.9% |
| May 2010 | 41.7% | 24.4% | 13.0%  | 13.2%     | 4.8% |
| Jun 2010 | 40.1% | 24.3% | 14.9%  | 12.8%     | 4.7% |
| Jul 2010 | 39.3% | 23.8% | 17.0%  | 11.8%     | 4.9% |
| Aug 2010 | 37.6% | 24.2% | 19.6%  | 10.8%     | 4.6% |
| Sep 2010 | 37.3% | 24.3% | 21.4%  | 10.0%     | 4.2% |
| Oct 2010 | 35.8% | 24.6% | 23.5%  | 9.7%      | 3.9% |
| Nov 2010 | 33.5% | 25.0% | 26.0%  | 9.0%      | 3.9% |

*Note: ages 13+; three-month average for periods ending each given month; March 2010 data not released*
*Source: comScore MobiLens as cited in press release, Jan 1, 2011*
123697                                              www.eMarketer.com

Nielsen found Android to be trailing Apple as of November 2010, with a 26% market share (tied with BlackBerry) compared with Apple's 29%. However, its tracking studies revealed Android to be the most popular platform among smartphone owners who purchased their devices in the past six months. This means Android is going into 2011 with strong momentum.

**Smartphone OS Market Share Among Recent* US Smartphone Purchasers, June-Nov 2010**



■ RIM BlackBerry  ■ Android  ▨ Apple iOS

*Note: June n=1,425; July n=1,414; Aug n=1,744; Sep n=1,802; Oct n=1,846; Nov n=1,642; *in the past six months*
*Source: The Nielsen Company as cited in company blog, Jan 3, 2011*
123458                                              www.eMarketer.com

Copyright ©2011 eMarketer, Inc.  All rights reserved.

The wildcard remains the launch of the iPhone on Verizon's CDMA network, which is set to take place in February. The appeal of the Verizon network, combined with the continued draw of the iPhone, will buoy Apple's position. It could also temper some enthusiasm for Android in 2011, particularly among Verizon customers, who constitute nearly half of all US Android subscribers, according to comScore. Still, eMarketer predicts that Android will maintain its growth trajectory and eventually move ahead of Apple, although not until 2012.

**US Smartphone Users, by Operating System, 2009-2012**
*millions*



| 2009 | 2010 | 2011 | 2012 |
|------|------|------|------|
| **Apple** | | | |
| 10.5 | 16.9 | 22.0 | 25.3 |
| **Android** | | | |
| 2.4 | 14.4 | 20.5 | 26.2 |
| **RIM** | | | |
| 15.4 | 18.1 | 18.5 | 19.4 |
| **Microsoft** | | | |
| 7.7 | 6.6 | 9.2 | 11.0 |
| **Palm** | | | |
| 2.4 | 2.4 | 1.5 | 1.3 |
| **Other** | | | |
| 2.0 | 1.8 | 1.7 | 1.3 |

Note: individuals of any age who use a smartphone at least once per month
Source: eMarketer, Jan 2011

123810                                              www.eMarketer.com

The playing field is becoming more level: Android handsets are no longer mere iPhone clones, nor is Android an iOS imitator. Both the Android OS and Android smartphones have strong appeal in their own right. Carriers in the US and abroad saw considerable success selling Android handsets in 2010, and that momentum is likely to carry over into 2011. This is due to the growing roster of 4G Android handsets set to reach consumers in the first half of the year.

The iPhone may be the point of comparison for each new Android smartphone, but the competitive advantage Android holds as a platform lies in handsets from numerous manufacturers and sold by virtually every major carrier. Apple has slowly been expanding its roster of carrier partners, but it is unlikely to add additional devices.

The growing two-way race between Apple and Android relegates many other contenders—most notably RIM and Nokia—to the role of also-rans. The latter two companies have begun to appear as acquisition fodder, with Microsoft frequently named as a possible, if unlikely, suitor.

RIM's BlackBerry used to be the smartphone leader in the US, but its share has been steadily declining. In the absence of the imminent availability of new devices that meet the high standards established by the latest iPhone and Android handsets, there is little to stop RIM's downward trend. BlackBerry's most recent touchscreen device—the Torch, an AT&T exclusive—has seen modest sales despite an extensive, multichannel advertising effort. More worrisome to RIM is that competitors, particularly Apple, are starting to make inroads into the company's core constituency in the enterprise market. The BlackBerry also lags in both the quantity and quality of applications—a key ingredient in a smartphone platform's overall appeal.

However, RIM has stepped up its efforts outside its core markets—the US, Canada and the UK. As the Wall Street Journal's All Things Digital blog noted in a January 11, 2011, post, BlackBerry devices enjoy a considerable price advantage over the iPhone in many countries where the carriers do not subsidize handsets as heavily as their US counterparts.

Nokia faces a fate similar to RIM. On a strictly volume basis, it is likely to remain the global smartphone leader through the middle of the decade, thanks to its strong position in EMEA and the Asia-Pacific region, but its market position will erode further each year. Nokia's seeming inability to crack the US market means Symbian will remain a niche platform here, despite its prevalence elsewhere in the world.

Microsoft and Palm remain wildcards. Microsoft launched its clean-slate mobile OS, Windows Phone 7, in Europe and Asia-Pacific in late October 2010. For the US rollout, which started in November 2010, AT&T and T-Mobile received initial carrier exclusivity. However, handsets are expected to reach Verizon and Sprint in the first half of 2011.

Windows Phone 7 has garnered generally positive reviews for its fresh take on the mobile OS. Nevertheless, Microsoft faces a steep uphill battle to regain market share. Strong carrier marketing support, which Android enjoyed throughout 2010 (including buy-one-get-one promotions for most of the year), will be a crucial success ingredient for Microsoft. Still, most forecasts, including eMarketer's, have relegated Windows Phone 7 to niche status. Microsoft will see net growth in Windows Phone 7 users but little gain in market share.

Palm's webOS, also highly regarded by critics, suffers an even more uncertain future. Following the acquisition of Palm by computing giant HP, there has been little in the way of product news beyond vague commitments to support the platform. New handsets are said to be in the pipeline, but having virtually sat out a year filled with smartphone advances, Palm's position remains tenuous.

Copyright ©2011 eMarketer, Inc. All rights reserved.

## Global

Outside the US, the smartphone market has developed along a different trajectory. Nokia's Symbian OS remains the world leader in market share. It is buoyed by a strong position in several large Asia-Pacific countries, particularly China, where researcher Canalys found it accounted for upward of 75% of all smartphone shipments in Q2 2010.

However, Symbian has been in a state of steady decline—a trend forecasters expect to continue for the next several years. Whether looking at smartphone sales projections, shipment estimates or subscriber breakdowns, the data tells the same story: Android is growing quickly, and its growth will come primarily at the expense of Symbian.

Gartner's September 2010 smartphone sales forecast, for example, shows Android closing the gap with Symbian between 2011 and 2014. Android's share of total smartphone sales will increase from 22% to nearly 30%, accompanied by declines from Symbian, and, to a lesser extent, BlackBerry. On a worldwide level, Gartner expects Apple's iOS to peak in 2011, and then see its share of total sales fall back to 2010 levels in 2014.

**Smartphone Sales to End-Users Worldwide, by Operating System, 2009-2014**
*millions of units and % market share*

|  | 2009 | 2010 | 2011 | 2014 |
|---|---|---|---|---|
| **Symbian** | 80.9 | 107.7 | 141.3 | 264.4 |
|  | 46.9% | 40.1% | 34.2% | 30.2% |
| **Android** | 6.8 | 47.5 | 91.9 | 259.3 |
|  | 3.9% | 17.7% | 22.2% | 29.6% |
| **Research in Motion** | 34.3 | 46.9 | 62.2 | 102.6 |
|  | 19.9% | 17.5% | 15.0% | 11.7% |
| **iOS** | 24.9 | 41.5 | 70.7 | 130.4 |
|  | 14.4% | 15.4% | 17.1% | 14.9% |
| **Windows Phone** | 15.0 | 12.7 | 21.3 | 34.5 |
|  | 8.7% | 4.7% | 5.2% | 3.9% |
| **Other** | 10.4 | 12.6 | 26.0 | 84.5 |
|  | 6.1% | 4.7% | 6.3% | 9.6% |
| **Total** | 172.4 | 268.8 | 413.5 | 875.6 |

*Note: numbers may not add up to total due to rounding*
*Source: Gartner, "Forecast: Mobile Communications Devices by Open Operating System, 2007-2014" as cited in press release, Sep 10, 2010*
119861                                              www.eMarketer.com

In the leading-edge Japanese market, the iPhone, facing little competition from Android, accounted for nearly 64% of smartphone sales in 2009. However, Tokyo-based market research and consulting firm Seed Planning expects Apple's share of smartphone sales to drop to just under 37% in 2015, with Android device sales growing nearly twelvefold. Between 2009 and 2015, Seed Planning predicts total smartphone sales in Japan will increase from 2.4 million to 22 million.

**Smartphone Sales in Japan, by Operating System, 2009 & 2015**
*% of total*

| 2009 | | |
|---|---|---|
| 63.8% | 4.0% | 32.2% |

| 2015 | | |
|---|---|---|
| 36.9% | 47.3% | 15.7% |

■ iPhone   ▨ Android   ■ Other

*Note: numbers may not add up to 100% due to rounding*
*Source: Seed Planning, Inc., "2010-2011 Smartphone/iPad (tablet) Market Outlook" as cited in press release, Sep 9, 2010*
119701                                              www.eMarketer.com

International Data Corporation's (IDC's) shipment projections look similar to Gartner's sales forecasts in terms of the trajectories of Symbian and Android, although there are some key differences. First, IDC does not envision much of a decline in BlackBerry shipments between 2010 and 2014. And second, IDC predicts steeper growth in the Microsoft Windows Phone 7 OS, primarily at the expense of Apple.

**Smartphone Market Share Worldwide, by Operating System, 2010 & 2014**
*% of smartphone shipments*

|  | 2010 | 2014 |
|---|---|---|
| Symbian | 40.1% | 32.9% |
| BlackBerry OS | 17.9% | 17.3% |
| Android | 16.3% | 24.6% |
| iOS | 14.7% | 10.9% |
| Windows Mobile | 6.8% | 9.8% |
| Other | 4.2% | 4.5% |

*Source: International Data Corporation (IDC), "Worldwide Quarterly Mobile Phone Tracker" as cited in press release, Sep 7, 2010*
119551                                              www.eMarketer.com

In terms of total smartphone subscribers, Credit Suisse predicts that Symbian will reach 2015 with 314.8 million worldwide, with Android and Apple's iOS in a battle for second place. The investment bank believes that Microsoft will see the steepest growth over the next five years, with Windows Phone 7 subscribers experiencing nearly fourfold growth between 2011 and 2015.

**Smartphone Subscribers Worldwide, by Operating System, 2009-2015**
*millions*

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|
| Symbian OS | 178.8 | 210.6 | 231.0 | 237.4 | 258.9 | 285.5 | 314.8 |
| BlackBerry OS | 38.3 | 59.1 | 91.3 | 117.1 | 143.6 | 167.9 | 191.8 |
| iOS | 32.7 | 58.7 | 95.4 | 123.5 | 154.4 | 187.6 | 220.2 |
| Windows Mobile | 27.6 | 21.1 | 28.5 | 47.3 | 66.0 | 85.1 | 105.7 |
| Linux | 21.3 | 29.5 | 36.6 | 59.7 | 74.4 | 85.6 | 96.3 |
| Android | 7.2 | 46.4 | 87.1 | 127.5 | 167.4 | 208.7 | 255.3 |
| Palm OS | 3.0 | 1.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| webOS | 1.2 | 1.9 | 1.1 | 1.5 | 2.0 | 2.4 | 3.1 |
| Other OS | 2.1 | 1.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 |
| Total | 312.0 | 430.0 | 571.0 | 714.0 | 867.0 | 1,023.0 | 1,187.0 |

*Note: numbers may not add up to total due to rounding*
*Source: company reports and Credit Suisse estimates, "Convergence 2010: The Wireless Web World," July 15, 2010*
117891                                                                www.eMarketer.com

**The bottom line:** The emergence of winners among smartphone operating systems means marketers will have fewer choices to make in terms of which platforms they support. However, marketers will still have to pay close attention to the differing dynamics of the US market vs. other global markets.

# Smartphone User Demographics

Smartphone owners tend to be younger than the general population of mobile users. According to comScore, penetration is highest among 18- to 24-year-olds and 25- to 34-year-olds. Overall, 68% of smartphone users are between the ages of 18 and 44, comScore found, vs. 49% of all mobile users.

**US Smartphone and Total Mobile Phone Subscribers, by Age, Sep 2010**
*% of total*



**Smartphone**
7% | 17% | 28% | 23% | 15% | 7%

**Total mobile phone**
8% | 13% | 18% | 18% | 18% | 12% | 13%

■ 13-17  ■ 18-24  ▨ 25-34  ▨ 35-44  ▨ 45-54  ▨ 55-64  ▨ 65+

*Note: three-month average for period ending Sep 2010; numbers may not add up to 100% due to rounding*
*Source: comScore MobiLens as cited in company blog, Nov 1, 2010*
121550                                                                www.eMarketer.com

Age and sex are also factors in the popularity of smartphone platforms. According to Nielsen, Android is the most popular among younger adults ages 18 to 34, followed by the iPhone. Android is also significantly more popular among men than women: 33% of male respondents to a Nielsen survey about their smartphone upgrade plans said they were interested in an Android smartphone, vs. 23% of women.

Windows and BlackBerry skew older—not surprising given their historic association with the enterprise. However, an emerging generation of new mobile users prizes RIM devices largely for the BlackBerry Messenger (BBM) instant messaging app, which allows free peer-to-peer communication with other BlackBerry owners.

Copyright ©2011 eMarketer, Inc. All rights reserved.

Amid the commoditization of push email and the ubiquity of web browsing, BBM may be RIM's greatest asset for attracting and retaining customers. Indeed, many of its recent US TV spots have played up the appeal of BBM, particularly for younger mobile users.

### US Smartphone Owners, by Age and OS, Q3 2010
% of total



**Android (n=2,550)**
50% | 21% | 16% | 9% 4%

**Apple iPhone (n=1,919)**
43% | 24% | 16% | 11% 6%

**Microsoft Windows Mobile (n=1,919)**
39% | 20% | 21% | 13% 7%

**RIM BlackBerry (n=4,048)**
38% | 25% | 20% | 13% 5%

**Total (n=13,242)**
42% | 23% | 18% | 12% 6%

■ 18-34   ■ 35-44   ▨ 45-54   ▨ 55-64   ▨ 65+

Note: numbers may not add up to 100% due to rounding
Source: The Nielsen Company as cited in company blog, Nov 1, 2010
121553                                      www.eMarketer.com

From their earliest availability, smartphones have attracted a predominantly male audience, and that skew remains in effect. comScore data indicates little evolution during the past two years in the gender breakdown of US and European smartphone users. However, the split is somewhat more equitable in the US at 60% male vs. 40% female, compared with 63% vs. 37% in the EU. The gender imbalance is a factor marketers should keep in mind when developing campaigns designed to target smartphone users.

### Smartphone Ownership of Males vs. Females in the US and Europe*, April 2009 & April 2010
% of total



**April 2009**
66%
34%
59%
41%

**April 2010**
63%
37%
60%
40%

▨ Male—Europe*   ▨ Female—Europe*   ■ Male—US   ■ Female—US

Note: 3-month-average for periods ending April 2009 & April 2010; *France, Germany, Italy, Spain and UK
Source: comScore Inc., "Women on the Web: How Women are Shaping the Internet," June 30, 2010
118519                                      www.eMarketer.com

Smartphone owners are also wealthy: More than one-third have annual incomes that exceed $100,000. iPhone users tend to be wealthier than those with Android smartphones. Nearly 60% of those with iPhones earn more than $75,000 per year vs. 43% of Android users—one reason many marketers have prioritized their efforts on the Apple platform.

### US Smartphone Owners, by Income, Q1 2010
% of total



**Android**
<$15K 6%
$15K-$35K 17%
$35K-$50K 13%
$50K-$75K 21%
$75K-$100K 15%
$100K+ 28%

**Apple iPhone**
<$15K 4%
$15K-$35K 9%
$35K-$50K 9%
$50K-$75K 20%
$75K-$100K 18%
$100K+ 40%

**All smartphones**
<$15K 4%
$15K-$35K 13%
$35K-$50K 12%
$50K-$75K 20%
$75K-$100K 17%
$100K+ 34%

Note: Android OS n=821; Apple iPhone OS n=2,907; all smartphones n=10,161
Source: The Nielsen Company as cited in company blog, June 4, 2010
116311                                      www.eMarketer.com

Copyright ©2011 eMarketer, Inc. All rights reserved.

# Evolving Usage Patterns

## US Mobile Internet Users and Penetration, 2009-2015

|  | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|
| **Mobile Internet users (millions)** | 62.6 | 77.8 | 91.4 | 104.4 | 115.1 | 125.5 | 135.2 |
| —% change | 30.7% | 24.3% | 17.5% | 14.2% | 10.2% | 9.0% | 7.7% |
| —% of mobile phone users | 27.9% | 33.6% | 38.6% | 43.3% | 46.8% | 50.1% | 53.1% |
| —% of population | 20.4% | 25.1% | 29.2% | 33.0% | 36.0% | 38.9% | 41.5% |

*Note: CAGR (2009-2015)=13.7%; mobile phone users of any age who access the internet from a mobile browser or an installed application at least once per month; excludes SMS, MMS and IM*
*Source: eMarketer, Dec 2010*

122214           www.eMarketer.com

### Highlights

- **US mobile internet users will grow by 48% between 2011 and 2015.**

- **By 2015, 53% of all US mobile users will access the web from their devices.**

- **Smartphone owners represent 80% of all US mobile internet users.**

## Rising Mobile Internet Access

Regardless of OS platform, more smartphone users means more consumers accessing the internet from their mobile devices, underscoring the importance of smartphones as mobile computer terminals. This trend has many implications for marketers, including that brands will need to devote more attention to mobile marketing and content to stay relevant.

The number of US mobile users accessing the internet will more than double from 2009 to 2015, and the percentage of mobile users doing so will grow by a nearly equal amount. Smartphone users already demonstrate high levels of internet access from their devices; eMarketer estimates that 80% will browse or use apps in 2011. That figure will stay relatively constant through 2015, eMarketer predicts. Growth in mobile internet usage will be driven primarily by the increase in total smartphone users.

The smartphone effect is already apparent. According to comScore, from August 2009 to August 2010, US smartphone owners went from about 40% of all app and browser users to approximately 60% in both categories.

## US Mobile Phone Subscribers Who Have Used a Browser or Downloaded App, by Phone Type, Aug 2009 & Aug 2010
*% of total*

|  | Used downloaded app | | Used browser | |
|---|---|---|---|---|
|  | Aug 2009 | Aug 2010 | Aug 2009 | Aug 2010 |
| Smartphone | 43.6% | 60.4% | 41.4% | 55.5% |
| Nonsmartphone | 56.4% | 39.6% | 58.6% | 44.5% |

*Note: ages 13+; three-month average for the periods ending Aug 2009 and Aug 2010*
*Source: comScore MobiLens as cited in press release, Oct 1, 2010*

120922           www.eMarketer.com

Findings from Ipsos OTX MediaCT further underscore the disparity in usage levels between smartphone and nonsmartphone users. Smartphone users were three to six times more likely to engage in core mobile activities, such as web browsing, social networking, gaming and consuming online content.

## Leading Mobile Activities of US Smartphone vs. Mobile Phone Users, May 2010
*% of respondents*



Search for info — Smartphone 60%, Mobile phone 15%
Visit social network — Smartphone 44%, Mobile phone 10%
Listen to music — Smartphone 33%, Mobile phone 12%
Read online content — Smartphone 32%, Mobile phone 5%
Play casual game — Smartphone 30%, Mobile phone 9%

■ Smartphone    ▨ Mobile phone

*Note: in the past 3 months*
*Source: Ipsos OTX MediaCT, "What A Difference Two Years Make: Revelations from the OTX LMX (Longitudinal Media eXperience) Study," provided to eMarketer, Sep 20, 2010*

121426           www.eMarketer.com

The impact of rising mobile internet access can be seen in traffic statistics. Mobile access still accounted for a scant 3.45% of the total traffic in December 2010, according to Net Applications. However, it more than doubled during 2010 alone. With mobile internet users set to increase in every major market, this trend is expected to continue, and possibly even intensify.

### Mobile Internet Traffic Worldwide, Jan-Dec 2010
% of total Internet traffic

| | |
|---|---|
| Jan 2010 | 1.60% |
| Feb 2010 | 1.66% |
| Mar 2010 | 1.82% |
| Apr 2010 | 1.92% |
| May 2010 | 2.03% |
| Jun 2010 | 2.03% |
| Jul 2010 | 2.43% |
| Aug 2010 | 2.60% |
| Sep 2010 | 2.81% |
| Oct 2010 | 2.86% |
| Nov 2010 | 2.96% |
| Dec 2010 | 3.45% |

Source: Net Applications report as cited in press release, Jan 1, 2011
120499                                                    www.eMarketer.com

Examining the source of mobile ad impressions provides another way to evaluate global activity levels. Data from mobile ad network InMobi shows that the majority of web access on iPhones and Android devices came from North American users, whereas the Asia-Pacific region generated the bulk of the impressions from Nokia devices running the Symbian OS.

### Mobile Ad Impressions Served by InMobi for iPhone, Android and Symbian Devices, by Region, July 2010
% of total




Note: numbers may not add up to 100% due to rounding
Source: InMobi, "A Global View of Mobile Advertising: July 2010,"
Sep 10, 2010
120101                                                    www.eMarketer.com

**The bottom line:** More smartphones mean more mobile internet users and more time spent accessing web-based content and services through mobile devices. For marketers, this makes mobile an increasingly important channel for connecting and communicating with consumers.

Copyright ©2011 eMarketer, Inc. All rights reserved.

## More Time with Mobile

According to eMarketer calculations, consumers spent 11 hours per day with all major media in 2010, regardless of multitasking or simultaneous usage. Watching TV and video, along with PC-based web browsing, accounted for 64% of those 11 hours. But mobile represented a growing part of consumers' daily media time. At 50 minutes, mobile constituted 7.5% of the total, but that figure was up more than 50% from 2008.

**Average Time Spent per Day with Major Media by US Adults, 2008-2010**
*minutes*

|  | 2008 | 2009 | 2010 |
|---|---|---|---|
| TV and video | 254 | 267 | 264 |
| Internet | 137 | 146 | 155 |
| Radio | 102 | 98 | 96 |
| Mobile | 32 | 39 | 50 |
| Newspapers | 38 | 33 | 30 |
| Magazines | 25 | 22 | 20 |
| Other | 48 | 46 | 46 |
| **Total** | **635** | **650** | **660** |

*Note: time spent with each medium includes all time spent with that medium, regardless of multitasking; for example, 1 hour of multitasking on the internet and watching TV was counted as 1 hour for TV and 1 hour for internet; numbers may not add up to total due to rounding*
*Source: eMarketer, Dec 2010*

122899                              www.eMarketer.com

*For additional information on this chart, see the Endnotes section.*

In fact, eMarketer found that time spent with mobile devices is rising faster than all other media. Consumers spent 28.2% more time with mobile devices in 2010, which covers all mobile activities on all mobile devices. That gain was even higher than the 21.9% growth in 2009. Time spent on the internet showed moderate but steady gains, at more than 6% each year since 2008. All other major media posted declines: TV and video lost 1.1% in 2010, while magazines and newspapers lost 9.1% each.

**Growth of Average Time Spent per Day with Major Media by US Adults, 2009 & 2010**
*% change*



| 2009 |  | 2010 |
|---|---|---|
| 21.9% | **Mobile** | 28.2% |
| 6.6% | **Internet** | 6.2% |
| 5.1% | **TV and video** | -1.1% |
| -3.9% | **Radio** | -2.0% |
| -12.0% | **Magazines** | -9.1% |
| -13.2% | **Newspapers** | -9.1% |
| -4.2% | **Other** | -0.0% |

*Note: growth for total was 2.4% in 2009 and 1.5% in 2010; time spent with each medium includes all time spent with that medium, regardless of multitasking; for example, 1 hour of multitasking on the internet and watching TV was counted as 1 hour for TV and 1 hour for internet*
*Source: eMarketer, Dec 2010*

122898                              www.eMarketer.com

*For additional information on this chart, see the Endnotes section.*

eMarketer's estimates do not take into account the type of mobile device used. However, given the disparity in activity levels between smartphone and feature phone users identified by comScore, Ipsos and other researchers, it stands to reason that smartphone users fall at the high end of daily time spent with mobile media.

**The bottom line:** Marketers need to pay attention to these trends as they project budgets and develop marketing strategies for the coming year(s). Mobile devices will claim more and more media time per day, while TV, print and radio will slowly lose ground to digital media. For marketers, half the battle of staying relevant is showing up in the right place and on the right platform.

# Implications for Marketers

**Comparative Estimates: US Mobile Ad Spending, 2009-2014**
*millions*

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| Borrell Associates, April 2010 | $1,700 | $6,100 | $10,600 | $16,600 | $24,200 | $33,900 |
| J.P. Morgan, Jan 2010 | $2,616 | $3,790 | $5,099 | $6,303 | - | - |
| IDC, Dec 2010 | - | $877 | $1,900 | - | - | - |
| Credit Suisse, July 2010 | $348 | $785 | $1,615 | $3,072 | $4,548 | $6,213 |
| Smaato, Nov 2010 | - | - | $1,240 | - | - | - |
| BIA/Kelsey, Dec 2010 | $491 | $790 | $1,186 | $1,591 | $2,136 | $2,946 |
| **eMarketer, Sep 2010** | **$416** | **$743** | **$1,102** | **$1,501** | **$2,037** | **$2,550** |
| ZenithOptimedia, July 2010 | $391 | $561 | $802 | $1,147 | - | - |
| Yankee Group, April 2010 | $184 | $242 | $324 | $432 | $572 | $748 |
| PwC, June 2010 | $570 | $803 | - | - | - | - |
| SNL Kagan, Sep 2010 | - | $480 | - | - | - | - |

*Source: eMarketer, Sep 2010; various, as noted, 2010*

123730                                                                www.eMarketer.com

**Highlights**

- **US mobile ad revenues will top $1 billion for the first time in 2011.**
- **Apps and browsers will remain vital elements of the smartphone advertising and content ecosystem.**
- **The inventory of free apps is growing faster than that of paid apps.**
- **Brands need to devote significant attention to marketing their apps.**

*For additional information on this chart, see the Endnotes section.*

---

Mobile advertising spending is projected to grow 48% in 2011, topping the $1 billion mark for the first time. eMarketer's model assumes that mobile users will be viewing more webpages and engaging with more ad-supported apps, which will drive up display ad impressions. In fact, display advertising (banners and video) will see the steepest revenue growth through 2014, as marketers shift the focus of their campaigns to branding.

## Apps vs. Browsers

Apps or browsers? The ascent of smartphones has given rise to a vigorous debate about which will win. Marketers are understandably anxious about possible outcomes because they need to know how to apportion their mobile budgets. However, an either/or outcome is unlikely for a number of reasons.

- **From a user experience perspective, apps and browsers both bring something to the table.** Apps are particularly effective at providing mobile users with an encapsulated experience that filters out the variables of browsing the web. However, cross-platform fragmentation and the need to ensure a consistent experience across each platform mean apps bring challenges as well as opportunities.

Browsers, on the other hand, are universal. The mobile web allows for more control over the user experience and affords marketers greater opportunities to experiment with different ad formats—something that is harder to do with apps. Rather than cancel each other out, apps and browsing will continue to coexist.

- **As the mobile browser experience more closely resembles that of the desktop,** browsing the mobile web may become more "app-like" in terms of user experience. Perhaps the more interesting trend is the effect the rise of apps will have on browsers, and the increasing convergence between the two.
- **Most research indicates that smartphone owners are equally active in using the web and apps.** An October 2010 survey by Frank N. Magid Associates, for example, found web browsing and app usage to be neck-and-neck (80% and 77%, respectively).

**Smartphone Activities of US Smartphone Owners*, Oct 2010**
*% of respondents*



| | |
|---|---|
| Check email | 89% |
| Browse the web | 80% |
| Use apps | 77% |
| Chat or instant message | 59% |
| Participate on social media | 59% |
| Play games | 52% |
| Listen/download music | 41% |
| Watch videos | 38% |
| Read books | 11% |

*Note: at least once per week; *who watch local news 2+ times per week*
*Source: Frank N. Magid Associates, Inc., "Local News Television Advertising Positioning Opportunities," Nov 1, 2010*

122411                                                                www.eMarketer.com

---

                Copyright ©2011 eMarketer, Inc. All rights reserved.

**The bottom line:** The mobile browsing experience will continue to improve and become more desktop-like, particularly as Flash support migrates to some smartphones and tablets (although not Apple's). At the same time, with smartphones and tablets now a fixture of the mobile device landscape, apps have become an increasingly indispensible means for brands to engage mobile consumers at various stages of the purchase funnel. The challenge is to build a relevant experience that resonates with the target audience, market the app effectively and tie the app into broader marketing goals.

## Free vs. Paid Apps

A key trend marketers should note is the mounting prevalence of free vs. paid apps. According to Distimo, growth in free apps outpaced that of paid apps across every OS platform in 2010.

Apple's App Store remains the largest, with more than 300,000 apps. Android Market is growing the fastest but remains a distant second, with just over 130,000 apps. Nokia's Ovi Store, at 25,000 apps, and BlackBerry App World, with 18,000, trail much further behind.

**US Mobile App Store Growth, by Free Apps vs. Total Apps, Dec 2010**
*% change vs. Jan 2010*



Nokia Ovi Store — 899% / 258%
Google Android Market — 587% / 544%
BlackBerry App World — 274% / 268%
Apple App Store — 174% / 111%

■ Free apps  ■ Total apps

*Source: Distimo, "Distimo Report, Full Year 2010," Jan 10, 2011*
123846  www.eMarketer.com

The increase in the inventory of and high download rates for free apps has exerted a downward effect on paid app pricing. Distimo data reveals this trend to be generally more evident among more popular apps, although the company's full-year 2010 report also noted that competition between app stores may have contributed to falling paid app prices. However, it is clear that brands and developers are feeling some pressure to re-evaluate app monetization schemes.

It is too soon to conclude that paid apps are no longer viable, either as a marketing mechanism or in general. Rather, the trend data captured by Distimo indicates that marketers that want to charge for their apps must make sure they provide value in return.

**Change in Average Prices of Paid Apps in Select US Mobile App Stores, Dec 2010**
*% change vs. Jan 2010*



Google Android Market — -9% / 1%
Apple App Store — -19% / -12%
BlackBerry App World — -24% / -24%
Nokia Ovi Store — -61% / -29%

■ Top 100 apps  ■ Total apps

*Source: Distimo, "Distimo Report, Full Year 2010," Jan 10, 2011*
123849  www.eMarketer.com

Another revenue-generating option is to enable in-app purchasing. According to Distimo, in-app purchasing in free apps more than doubled from June to December 2010 on both the iPad and iPhone as a percentage of total app revenue.

**US iPhone and iPad App Revenues, by Monetization Type, June & Dec 2010**
*% of total*



iPad
June 2010 — 88% / 7% / 5%
Dec 2010 — 71% / 15% / 14%
iPhone
June 2010 — 64% / 14% / 22%
Dec 2010 — 51% / 34% / 15%

⊞ Paid apps
■ Free apps with in-app purchases
⊠ Paid apps with in-app purchases

*Source: Distimo, "Distimo Report, Full Year 2010," Jan 10, 2011*
123847  www.eMarketer.com

Copyright ©2011 eMarketer, Inc.  All rights reserved.

## App Marketing Considerations

Brands need to pay attention to marketing their apps because it is increasingly difficult to be noticed among the thousands available. Maximizing the limited marketing opportunities within the app stores is vital, given Nielsen's finding that they are the preferred method of app discovery.

**Method of Mobile App Discovery, Aug 2010**
*% of US smartphone users\**



Searching the application store on my phone
- 43%
- 40%

A friend/family
- 37%
- 36%

Device homepage
- 17%
- 24%

Email tips from my carrier
- 16%
- 24%

Carrier homepage
- 10%
- 12%

Newspaper/magazine/radio
- 8%
- 19%

Third-party website
- 8%
- 10%

TV advertisement
- 7%
- 8%

Sync software (iTunes, etc.)
- 6%
- 10%

Apps promoting other apps
- 5%
- 9%

Other
- 5%
- 4%

■ Method of discovery   ■ Preferred method of discovery

*Note: n=2,351; \*who have downloaded an app in the past 30 days*
*Source: The Nielsen Company, "The State of Mobile Apps," Sep 13, 2010*
120214                                    www.eMarketer.com

But as mobile users rely more on their social networks to learn about apps, brands need to tap into social discovery and recommendation tools as much as possible. In essence, app marketing and app-vertising must support other marketing programs, and vice versa.

## Smartphones vs. Feature Phones

As noted, smartphones represent a minority of the mobile devices in use. However, they account for a disproportionate share of mobile media and advertising consumption. According to the December 2010 "Mobile Mix" report from ad network Millennial Media, smartphones outpaced feature phones in ad impression share by a margin of two to one. Granted, Millennial is only one ad network, but it is among the larger independent ones and its findings are consistent with other data on smartphone usage.

**US Mobile Advertising Requests Served by Millennial Media, by Device Type, Dec 2010**
*% of total*



Connected devices* 10%
Feature phones 30%
Smartphones 60%

**Device type**

Windows Mobile OS 1%
Symbian 2%
Other 3%
RIM OS 16%
iOS 32%
Android OS 46%

**Operating system**\*\*

*Note: \*handhelds that can access the mobile web but are not mobile phones, such as iPod touch, iPad, Sony PSP, Nintendo DS, etc.; \*\*excludes what could be considered smartphones running proprietary operating systems, such as Samsung Instinct and LG Vu*
*Source: Millennial Media, "Mobile Mix: The Mobile Device Index," Jan 1, 2011*
123868                                    www.eMarketer.com

But despite being more active app and browser users, smartphone owners are not dramatically more swayed by mobile advertising campaigns than those with feature phones. Outside of ad awareness, the discrepancies in brand metrics between smartphone and feature phone users were marginal, according to InsightExpress' January 2011 "Mobile InsightNorms" study. One key takeaway from the research: "Ignoring feature phones may not be a good thing," Joy Liuzzo, InsightExpress' senior director of marketing and mobile research, told Mobile Marketer on January 7.

**Mobile Advertising's Effect on Brand Metrics in the US, by Device Type, Nov 2007-Dec 2010**
*average delta\* above control*



**Mobile ad awareness**
39
28

**Unaided awareness**
17
13

**Purchase Intent**
15
12

**Aided awareness**
7
9

■ **Smartphones**   ■ **Feature phones**

*Note: smartphones defined as iPhone, Android, BlackBerry, Palm and Windows devices; feature phones defined as all other mobile phones; \*delta defined as point difference in exposed vs. control groups*
*Source: InsightExpress, "Mobile InsightNorms," Jan 7, 2011*
123706                                          www.eMarketer.com

# Trends to Watch

## Low-Cost Smartphones Emerge

In the US market, pricing for new smartphones (including carrier subsidies) has settled in the $150 to $200 range. Consumers have grown accustomed to that cost of entry for owning the latest mobile device. However, there is an emerging trend of lower-cost Android smartphones, such as the Motorola Citrus sold by Verizon Wireless, priced below $100 with carrier subsidies. Although somewhat limited in terms of features, they carry the same operating system and browsers found on their more expensive counterparts, and offer access to the same catalog of apps. These qualities make them perfectly adequate devices for entry-level, budget-conscious smartphone users willing to incur the cost of a monthly data plan but deterred by the high cost of the phone.

**The bottom line:** Expect more of these lower-cost handsets to come to market as more electronics manufacturers, such as TV supplier Vizio, enter the smartphone space and as the market bifurcates into low-end devices and so-called "superphones." Low-end smartphones, combined with the growing availability of lower-cost, lower-tier data plans, will be an important component in the expansion of the smartphone user base.

## Dumb Phones Get Smarter

Carriers and device manufacturers alike are aware that smartphones do not hold universal appeal. Part of the challenge in getting users to upgrade lies in the vast gulf that separates the average feature phone from the average smartphone. One remedy is to make feature phones, often derided as "dumb phones," smarter—or at least more smartphone-like in appearance and content.

In the past year, manufacturers ranging from HTC to Nokia to Samsung have introduced smart dumb phones, many with bright touchscreens, full QWERTY keyboards, web browsers and value-added features such as turn-by-turn directions. They look like smartphones and share a similar user interface but lack the operating system, computing power and access to apps (other than the more limited range of widgets that come pre-installed) of their smartphone counterparts.

**The bottom line:** While smartphone users will continue to drive the majority of web and application usage, an increasing number of feature phone users will access the mobile web during the next five years. Smarter feature phones will function as vital intermediate devices once web access expands beyond the core smartphone audience.

Copyright ©2011 eMarketer, Inc. All rights reserved.

## Device Convergence Continues

Smartphones have long been the Swiss Army Knife of consumer electronics, able to serve an ever-increasing range of communication and entertainment functions. That designation is even more accurate than ever, now that features such as cameras (still and video), once a throwaway addition, have grown in quality, clarity and capability. As screen resolution and processing power have increased, smartphones—most notably Apple's iOS platform (iPhone, iPod touch, iPad)—are starting to dominate the handheld gaming market, eclipsing specialists such as Sony and Nintendo.

At the same time, as discussed in eMarketer's January 2010 **"Always-On Devices and Networks: New Opportunities to Reach Consumers"** report, portable gaming devices such as the Sony PSP have been steadily adding more computing features, including on-board Wi-Fi capability, web browsers and the ability to stream video content, such as films from Netflix. Increasingly, the one feature separating the PSP from a smartphone has been the ability to make calls. Not surprisingly, Sony is said to have an Android-based PSP smartphone in the works, with a launch possibly coming as early as the first half of 2011.

**The bottom line:** As more portable devices add smartphone-like features and as voice calling becomes progressively less important to mobile users, the line between the two device categories will continue to blur. That said, the appeal of the Sony PSP notwithstanding, gaming devices that double as smartphones are likely to remain a niche market—far smaller than that of smartphones that function effectively as gaming devices.

# Conclusions

**One size will not fit all.** There is a lot at stake in both the smartphone and the tablet markets. Device manufacturers, their carrier partners and marketers are all vying for position among consumers and, increasingly, in the enterprise space. For mobile to be a truly viable platform for media consumption and business operations, it requires the right networks operating on robust mobile devices and equipped with the right apps and software packages. The same device that is perfect at home may not function as effectively in a corporate setting.

A similar caution applies to marketers, especially when it comes to building applications. Smartphones and tablets may run the same OS, but they serve different purposes. Paying attention to the distinctions between platforms and form factors will ultimately pay off in the user experience.

**Niche markets spell opportunity for device manufacturers.** RIM's forthcoming PlayBook tablet could succeed on the basis of enterprise adoption alone (even though it is clearly aiming higher than that). Smaller-volume hardware-makers can find markets provided they keep prices low and margins at a reasonable level. Marketers looking to reach niche audiences should keep a close eye on these developments.

**In the end, success boils down to a successful marriage of hardware and software.** Apple has been a consistent winner because it manages to polish the hard edges off its devices and the experience of using them. More often than not, Apple achieves the seemingly impossible, such as convincing its customers that shortcomings in its devices or OS platform are actually strengths. Few other brands generate this level of devotion or loyalty. For this reason, Apple's mobile devices have consistently retained a strong appeal for brand marketers. But other platforms are beginning to take a page from the Apple playbook, and that means increased options (and choices) for marketers.

**Marketers need to master the smart device landscape.** With the market trending decisively toward smartphones and tablets, both in the US and globally, marketers that want to keep pace with their customers have to make a concerted effort to maximize the rich experiences that smart devices can provide. Rapid growth notwithstanding, they should not ignore feature phone users altogether, especially not as dumb phones get progressively smarter.

Smartphone users will remain in the minority through the middle of the decade, possibly longer in some regions. That is too long to ignore the majority of mobile users, particularly when those with feature phones can be reached using mobile advertising with near-equal effectiveness.

Copyright ©2011 eMarketer, Inc. All rights reserved.

# Endnotes

Endnote numbers correspond to the unique six-digit identifier in the lower left corner of each chart. The charts from the report are repeated before their respective endnotes.

### 122234

**Comparative Estimates: US Smartphone User Penetration, 2009 & 2010**

| | 2009 | 2010 |
|---|---|---|
| **% of consumers** | | |
| Credit Suisse, July 2010 | - | 50% |
| InsightExpress, May 2010 | - | 24% |
| eMarketer*, Dec 2010 | 13% | 19% |
| ChangeWave Research, Jan 2010 | 42% | - |
| **% of mobile phone users** | | |
| The Nielsen Company***, Jan 2011 | - | 31% |
| comScore**, Dec 2010 | 16% | 26% |
| eMarketer*, Dec 2010 | 18% | 26% |
| Forrester Research, Jan 2010 | 17% | - |

*Note: \*individuals of any age who use a smartphone at least once per month; \*\*three-month average for period ending Oct of each year; \*\*\*for Nov*
*Source: eMarketer, Dec 2010; various, as noted, 2010 & 2011*

122234      www.eMarketer.com

**Extended Note:** eMarketer defines smartphones as any voice handset with an advanced operating system (e.g., iPhone, Android, BlackBerry, Windows Mobile, etc.) and features/capabilities that resemble a PC.

**Citation:** ChangeWave Research survey as cited in press release, Jan 4, 2010; comScore MobiLens as cited in company blog, Dec 8, 2010; Credit Suisse, "Convergence 2010: The Wireless Web World," July 15, 2010; Forrester Research as cited by MediaPost, Jan 6, 2010; InsightExpress, "Digital Consumer Portrait," May 4, 2010; The Nielsen Company as cited in company blog, Jan 3, 2011

### 122898 | 122899

**Growth of Average Time Spent per Day with Major Media by US Adults, 2009 & 2010**
*% change*



| 2009 | | 2010 |
|---|---|---|
| 21.9% | **Mobile** | 28.2% |
| 6.6% | **Internet** | 6.2% |
| 5.1% | **TV and video** | -1.1% |
| -3.9% | **Radio** | -2.0% |
| -12.0% | **Magazines** | -9.1% |
| -13.2% | **Newspapers** | -9.1% |
| -4.2% | **Other** | -0.0% |

*Note: growth for total was 2.4% in 2009 and 1.5% in 2010; time spent with each medium includes all time spent with that medium, regardless of multitasking; for example, 1 hour of multitasking on the internet and watching TV was counted as 1 hour for TV and 1 hour for internet*
*Source: eMarketer, Dec 2010*

122898      www.eMarketer.com

**Average Time Spent per Day with Major Media by US Adults, 2008-2010**
*minutes*

| | 2008 | 2009 | 2010 |
|---|---|---|---|
| TV and video | 254 | 267 | 264 |
| Internet | 137 | 146 | 155 |
| Radio | 102 | 98 | 96 |
| Mobile | 32 | 39 | 50 |
| Newspapers | 38 | 33 | 30 |
| Magazines | 25 | 22 | 20 |
| Other | 48 | 46 | 46 |
| **Total** | **635** | **650** | **660** |

*Note: time spent with each medium includes all time spent with that medium, regardless of multitasking; for example, 1 hour of multitasking on the internet and watching TV was counted as 1 hour for TV and 1 hour for internet; numbers may not add up to total due to rounding*
*Source: eMarketer, Dec 2010*

122899      www.eMarketer.com

**Extended Note:** Numbers are based on the total US adult population, not the total users of each medium. TV and video include live, DVR, or other pre-recorded video, excluding online video; internet includes all online activities, for both work and personal usage, excluding mobile internet usage; radio doesn't include online radio; magazine and newspaper include offline reading only; mobile include all mobile activities on all mobile devices; other includes video gaming, movies at theaters, and outdoor, etc.

Copyright ©2011 eMarketer, Inc. All rights reserved.

**123730**

**Comparative Estimates: US Mobile Ad Spending, 2009-2014**
*millions*

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| Borrell Associates, April 2010 | $1,700 | $6,100 | $10,600 | $16,600 | $24,200 | $33,900 |
| J.P. Morgan, Jan 2010 | $2,616 | $3,790 | $5,099 | $6,303 | - | - |
| IDC, Dec 2010 | - | $877 | $1,900 | - | - | - |
| Credit Suisse, July 2010 | $348 | $785 | $1,615 | $3,072 | $4,548 | $6,213 |
| Smaato, Nov 2010 | - | - | $1,240 | - | - | - |
| BIA/Kelsey, Dec 2010 | $491 | $790 | $1,186 | $1,591 | $2,136 | $2,946 |
| **eMarketer, Sep 2010** | **$416** | **$743** | **$1,102** | **$1,501** | **$2,037** | **$2,550** |
| ZenithOptimedia, July 2010 | $391 | $561 | $802 | $1,147 | - | - |
| Yankee Group, April 2010 | $184 | $242 | $324 | $432 | $572 | $748 |
| PwC, June 2010 | $570 | $803 | - | - | - | - |
| SNL Kagan, Sep 2010 | - | $480 | - | - | - | - |

*Source: eMarketer, Sep 2010; various, as noted, 2010*

123730                                                              www.eMarketer.com

**Extended Note:** BIA/Kelsey includes local and national revenues for search, display and SMS. Borrell Associates includes ads delivered through text, browser, email, apps and in-game and includes local and national spending. Credit Suisse includes display and search. eMarketer includes display (banners, rich media and video), search and messaging-based advertising. IDC includes display and search. PricewaterhouseCoopers includes mobile internet ads only. Smaato includes search, display, opt-in messaging, content (games, music, video, TV) and apps.

**Citation:** BIA/Kelsey, "US Mobile Ad Revenue Forecast (2009-2014)," Dec 1, 2010; Borrell Associates, "The 2010 US Local Mobile Advertising & Promotions Forecast, Part 1: Mobile Coupons Set to Cash In," provided to eMarketer, April 19, 2010; Credit Suisse, "Mobile Internet Survey 2010" as cited in "Convergence 2010: The Wireless Web World," July 15, 2010; International Data Corporation (IDC) as cited by Silicon Alley Insider, Dec 6, 2010; J.P. Morgan, "Nothing But Net," provided to eMarketer, Jan 4, 2010; PricewaterhouseCoopers (PwC), "Internet advertising: wired and mobile," June 2010; Smaato and mobileSQUARED, "The USmA: The United States of Mobile Advertising," Nov 2, 2010; SNL Kagan as cited by Bloomberg Businessweek, Sep 7, 2010; Yankee Group, "2009 Advertising Forecast Update: Less TV, More Internet," April 2010; ZenithOptimedia, provided to eMarketer, July 19, 2010

Copyright ©2011 eMarketer, Inc. All rights reserved.

## Related Information and Links

**ChangeWave Research**
http://www.changewaveresearch.com

**comScore**
http://www.comscore.com

**Distimo**
http://www.distimo.com

**Frank N. Magid Associates**
http://www.magid.com

**InMobi**
http://www.inmobi.com

**Nielsen Wire**
http://blog.nielsen.com/nielsenwire

### Contact

| | |
|---|---|
| eMarketer, Inc. | Toll-Free: 800-405-0844 |
| 75 Broad Street | Outside the US: 212-763-6010 |
| Floor 31 | Fax: 212-763-6020 |
| New York, NY 10004 | sales@emarketer.com |

### Editorial and Production Contributors

| | |
|---|---|
| Susan Reiter | Managing Editor |
| Nicole Perrin | Senior Editor |
| Meg Prossnitz | Editorial Assistant |
| Dana Hill | Production Manager |
| Joanne DiCamillo | Production Artist |
| Stephanie Gehrsitz | Production Artist |
| Allison Smith | Director of Charts |
| Alison Berge | Chart Editor |
| Elissa Hunter | Editor |
| Chris McNinch | Chart Data Specialist |

## About eMarketer

**eMarketer** is a business service unlike any other. **eMarketer** does not conduct research. It aggregates and analyzes all the available research, surveys and data on a given topic. So you see far more than a single source could ever provide. **eMarketer** doesn't deliver one point of view—it gives you thousands. Providing overviews and insights available nowhere else, **eMarketer** reports on the reports, analyzes the analysts and dissects the data.

### A Trusted Resource

**eMarketer** serves as a trusted, third-party resource, cutting through the clutter and hype–helping businesses make sense of the numbers and trends. **eMarketer's** products and services help companies make better, more informed business decisions by

- Streamlining research sources and reducing costs
- Eliminating critical data gaps
- Providing an objective, bird's-eye view of the entire landscape
- Better deploying and sharing information across the company
- Building solid business cases backed up by hard data
- Reducing business risk
- Saving valuable time

**To learn more about subscriptions to eMarketer, call 800-405-0844 (outside the US and Canada, call 001-212-763-6010), or email sales@emarketer.com.**

34

# VELLTURO
# EXHIBIT 34

Apple iPhone share of smartphone market just ahead of San      alaxy - Overheard - WSJ



# Apple Pulls Ahead of Samsung By a Nose

JANUARY 27, 2012, 2:17 PM

It's Seabiscuit vs War Admiral, Secretariat vs. Sham. Apple and Samsung have turned the smartphone war into a two-horse race.

In the fourth quarter the two handset giants were neck and neck in terms of smartphone sales. Apple sold 37 million iPhones, putting it just ahead of Samsung, which sold 36.5 million of its own smartphones. That gave Apple a 23.9% share of the smartphone market to Samsung's 23.5% share according to Strategy Analytics.

Apple had fallen behind Samsung in the third quarter as the later-than-usual release of its newest iPhone model caused many buyers to put off purchases. But it all worked out in the end.  A new release, coming just in time for the holidays helped Apple set a new record for shipments. And publicity surrounding the death of Steve Jobs, just 9 days before the iPhone 4S release, may also have goosed sales.

Samsung, meanwhile, benefits by having global distribution reach second only to Nokia according to Alex Spektor of Strategy Analytics. It also has a broader portfolio of phones than Apple. The low end Galaxy Y appeals to cost-sensitive buyers while the high-end Galaxy S2 competes head-to-head with the iPhone.

What's interesting is that Apple passed Samsung without a low-end product. If Apple develops one, it could be tough to catch.

--Rolfe Winkler

Apple, Galaxy, iPhone, Nokia, Samsung

## 4 Ways to Avoid Running Out of Money During Retirement

If you have a $500,000 portfolio, download the guide by *Forbes* columnist Ken Fisher's firm. Even if you have something else in place, this must-read guide includes research and analysis you can use right now. Don't miss it!

Click Here to Download Your Guide!

FISHER INVESTMENTS™

Apple iPhone share of smartphone market just ahead of Sam...   alaxy - Overheard - WSJ

Share: 

👍 Like    💬 Send   ⬛ Sign Up to see what your friends like.

SPONSORED LINKS

**OBJE Social Media Funding**
This Powerful Tool Could Make You A Ton of Money, Buy Shares Today
www.BestMicroCapStock.com

**Could This Stock Triple?**
The Hottest Alternative Energy Stock on Wall Street right now!
chicagofinancialtimes.com/SENY

**Liability Insurance**
Low Cost Guaranteed Rates Business Liability Insurance
www.contractorsinsurancecenter.com

**850% Penny Stock Gains**
Our last pick jumped 850% - Join our 100% Free Newsletter Today
www.PennyStocksExpert.com

## Add a Comment

Name

We welcome thoughtful comments from readers.
Please comply with our guidelines. Our blogs do not
require the use of your real name.

Comment

CLEAR   POST

## Comments (4 of 4)                                    View all Comments »

3:39 pm January 29, 2012

**Non-iCrAppleholic** wrote :

Totals for the entire year put Samsung as the #1 Smartphone seller in the World! SAMSUNG
2011 Totals

1st quarter= 13.1 million 2nd Q=19.7 million 3rd Q= 27.8 million 4th Q= 36.5 million TOTAL=
97.1 Units (all smartphones)

Apple iPhone Totals (all models)

1th Quarter= 18.65 Million 2nd Q= 20.34 Million 3rd Q= 17.07 Million 4th Q= 37.04 Million

Total iPhones Sold (inc 3GS, 4 and 4s) 93.13 Million!!!! ....and the Smartphone King? The
Winner is... Samsung selling a Total of 97.1 Million Smartphones in 2011!!! 😊

9:18 pm January 28, 2012

**Anonymous** wrote :

ohhhhhhhhhhhhhhhhh samesamesung ok, ohhhhhhhhhhh samesamsung ok

7:15 pm January 28, 2012

**John Lauro** wrote :

What about Apple's (what is believe is still) free iPhone 3Gs? Wouldn't that be a competitor to
the Galaxy Y

3:56 pm January 27, 2012

**Chris Smith** wrote :

Its a dead heat!

Apple iPhone share of smartphone market just ahead of Sam.    alaxy - Overheard - WSJ

We believe Samsung & Apple are joint #1 in smartphone sales in quarter 4 of 2011. Apples fiscal quarter 1 of 2012 ran from 26 Sept to 31 Dec (14 weeks) so their 37.0 shipments we calculate should be reduced to 36.1m (further details on our blog at http://l.co.uk).

Analysts estimates for Samsung (as they don't publish shipment figures) are 36.0-36.5 million.

We regard this as too close to call so believe they are joint #1

## THE WALL STREET JOURNAL.

BACK TO TOP

**Customer Center:**
- My Account
- My Subscriptions

**Create an Account:**
- Register for Limited Access
- Subscribe to WSJ.com
- Sign up for WSJ Professional

**Help & Information Center:**
- Help
- Customer Service
- Contact Us
- Global Support
- New on WSJ.com
- Print Subscriber Services

**About:**
- News Licensing
- Reprints
- Advertising
- Classifieds
- Advertise Locally
- Conferences
- About Dow Jones
- Privacy Policy - UPDATED 10/18/2011
- Your Ad Choices
- Subscriber Agreement & Terms of Use - Updated
- Copyright Policy
- Jobs at WSJ.com

**WSJ.com:**
- Site Map
- Home
- World
- U.S.
- New York
- Business
- Markets
- Market Data
- Tech
- Personal Finance
- Life & Culture
- Opinion
- Autos
- Careers
- Real Estate
- Small Business
- Student Journal
- Corrections
- SafeHouse - Send Us Information

**Tools & Formats:**
- Today's Paper
- Video Center
- Graphics
- Columns
- Blogs
- Topics
- Guides
- Alerts
- Newsletters
- Mobile
- WSJ Social
- Tablet Edition
- Podcasts
- RSS Feeds
- Journal Community
- WSJ on Twitter
- WSJ on Facebook
- WSJ on Foursquare
- My Journal
- Portfolio
- WSJ Digital Downloads

**THE WALL STREET JOURNAL.**
**Digital Network**
- WSJ.com
- Marketwatch.com
- Barrons.com
- SmartMoney.com
- AllThingsD.com
- FINS: Finance, IT jobs, Sales jobs
- BigCharts.com
- Virtual Stock Exchange
- WSJ Radio
- Professor Journal
- WSJ U.S. Edition
- WSJ Asia Edition
- WSJ Europe Edition
- WSJ India Page

**Foreign Language Editions:**
- WSJ Chinese
- WSJ Japanese
- WSJ Portuguese
- WSJ Spanish
- WSJ Deutschland

ACAP ENABLED
Copyright ©2012 Dow Jones & Company, Inc. All Rights Reserved

35

# VELLTURO
# EXHIBIT 35

Apple Overtakes Samsung As World's Largest Smartphone Vend...   4 | TechCrunch



HOME   STARTUPS   MOBILE   GADGETS   SOCIAL   VIDEO          SEARCH

MORE ⌄

HOT TOPICS   EDITOR'S PICKS   APPLE   FACEBOOK   ANDROID   FACEBOOK IPO          Crunchies Awards   CrunchBase

       

# Apple Overtakes Samsung As World's Largest Smartphone Vendor In Q4

 SARAH PEREZ      Friday, January 27th, 2012      11 Comments



According to the latest **report** from Strategy Analytics, Apple has now overtaken Samsung to become the world's largest smartphone vendor by volume. Apple achieved 23.9% market share during Q4 2011, narrowly beating out Samsung's 23.5% share.

In addition, Apple shipped **37 million units** in Q4, again going neck-and-neck with Samsung and its 36.5 million units shipped during the same time.

However, notes Neil Mawston, Executive Director at Strategy Analytics, "while Apple took the top spot in smartphones on a quarterly basis, Samsung became the market leader in annual terms for the first time with 20% global share during 2011." Apple's annual share, meanwhile, was 19%.

In other words, Apple won the quarter, not the year.

Smartphone global shipments reached nearly half a billion units in 2011 (488.5 million units), the firm found, turning the smartphone battle into a two-horse race between Apple and Samsung in terms of units shipped.

Nokia, the one-time smartphone leader, is still holding onto a top spot, in position #3, with 19.6 million units shipped during Q4 and 77.3 million shipped during 2011. But Nokia's global share has been halved from 33% in 2010 to just 16% in 2011, indicating its ongoing decline.

GOT A TIP? TELL US.



New Corning® Gorilla® Glass
For:
• Slimmer & sleeker devices
• Brighter images
• Greater touch sensitivity

GET THE STORY ⟩⟩

**APPLE: TIMELINE**

When Will The Post-PC Era Arrive? It Just Did.

 2.6.12

iPhone 4S Ranks #1 In Q4, But More First-Time Buyers Choose...

2.6.12

Apple Schooled Music Execs Then, Here Are The Lessons Online...

 2.5.12

The Wheel: What Is The Foxconn Debate Really About?

2.3.12

Motorola Injunction Kicks 3 iPhones And An iPad Off Of...

 2.3.12

→ ALL ARTICLES FOR APPLE

**POPULAR POSTS**

TRENDING   MOST READ

 Jeff Atwood Bids Adieu To Stack Exchange, For...

Apple Overtakes Samsung As World's Largest Smartphone Vend...      | TechCrunch

Exhibit 1: Global Smartphone Vendor Shipments and Market Share in Q4 2011 [1]

| Global Smartphone Vendor Shipments (Millions of Units) | Q4 '10 | 2010 | Q4 '11 | 2011 |
|---|---|---|---|---|
| Samsung | 10.7 | 23.9 | 36.5 | 97.4 |
| Apple | 16.2 | 47.5 | 37.0 | 93.0 |
| Nokia | 28.3 | 100.1 | 19.8 | 77.3 |
| Others | 45.6 | 128.0 | 61.9 | 220.8 |
| Total | 100.7 | 299.5 | 155.0 | 488.5 |

| Global Smartphone Vendor Marketshare % | Q4 '10 | 2010 | Q4 '11 | 2011 |
|---|---|---|---|---|
| Samsung | 10.6% | 8.0% | 23.5% | 19.9% |
| Apple | 16.1% | 15.9% | 23.9% | 19.0% |
| Nokia | 28.1% | 33.4% | 12.6% | 15.8% |
| Others | 45.2% | 42.7% | 39.9% | 45.2% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% |

| | | | | |
|---|---|---|---|---|
| Total Growth Year-over-Year % | 86.8% | 71.4% | 53.9% | 63.1% |

Although Strategy's numbers paint the Samsung vs. Apple battle as a tight race between mobile giants, there's a big difference between the numbers being reported here. As **MacRumors** points out, Samsung no longer reports its mobile phone sales numbers, while Apple discloses its units sold each quarter. That means analysts are estimating Samsung's numbers, but Apple's numbers are provided by the company itself. It could be that Apple's lead is even greater than what's seen here.

**Update:** A report from the analysts at Canalys has just come in, and confirms the same thing – it's an Apple vs. Samsung battle.

According to the firm's latest findings, Apple's record shipment of 37 million iPhones shipped in Q4 beat the previous record held by Nokia of 28.3 million phones shipped in Q4 2010. Another shocking figure: the huge volume of iPhones shipped exceeded the size of the *entire market* of 4 years ago, when 35.5 million smartphones shipped globally.

The firm also noted Nokia's shipment of 19.6 million smartphones, calling it "a decent performance given its current transitional state." However, Canalys stopped short of estimating Samsung's phone shipments at this time, saying that the company doesn't disclose these numbers publicly. They did say that Samsung's quarterly smartphone growth was around 30% and mobile phone shipments were up 10%, though.

Says Canalys Vice President and Principal Analyst Chris Jones, "the numbers are still coming in, but our early take on the state of the smartphone market is that, while Apple and Samsung clearly saw phenomenal performances, many other vendors have struggled. The full impact of this difficult quarter on hardware and software vendors will become clearer over the next week, when final results from the likes HTC, LG, Huawei and ZTE are announced, and Canalys publishes its full Q4 2011 worldwide country-level databases."

## CRUNCHBASE

**APPLE**   SAMSUNG

Company:
**Apple**

Website:
**apple.com**

Launch Date:
**January 4, 1976**

IPO:
**February 7, 1980,
NASDAQ:AAPL**

Started by Steve Jobs, Steve Wozniak, and Ronald Wayne, Apple has expanded from computers to consumer electronics over the last 30 years, officially changing their name from Apple Computer, Inc. to Apple, Inc. in January 2007. Among the key offerings from Apple's product line are: Pro line laptops (MacBook Pro) and desktops (Mac Pro), consumer line laptops (MacBook) and desktops (iMac), servers (Xserve), Apple TV, the Mac OS X and Mac OS X Server operating systems, the iPod (offered with...

**→ LEARN MORE**

Tags: **apple, samsung, smartphones**


**Those Millions On Facebook? They Actually...**


**'Transparent Screen' Android App Lets You Text...**


**Meanwhile, In Europe ... (Fits.me, Appoxee,...**


**Want To Get Poached? Try JobPoacher**


**Honeywell Files Patent Lawsuit Against Smart...**


**Real Augmented Reality Google Goggles In...**


**Google Launches "Solve For X" Website, The New...**


**Brinno Peephole Viewer Is A Viewer For Peepholes**


**The Samsung Doth Advertise Too Much, Methinks**

## CRUNCH WITH US.



👍 Like   416866 likes. Sign Up to see what your friends like.

Sponsored Ads

Apple Overtakes Samsung As World's Largest Smartphone Vendor | TechCrunch

   

Follow @TechCrunch

   



**EVENTS**



**CRUNCHIES AWARDS**

**January 31, 2012**

Davies Symphony Hall
San Francisco CA

→ LEARN MORE   → BUY TICKETS

Sponsored Links

7 Trends to Watch in 2012
Learn key marketing tactics you can implement to gain an edge in 2012.
www.silverpop.com

Groupon™ Official Site
1 ridiculously huge coupon a day. Like doing your city at 90% off!
www.Groupon.com

Need a Faster Database?
New: Amazon DynamoDB. The always fast, zero admin, database service
www.Amazon.com/DynamoDB

Buy a link here

**CRUNCHBOARD**

**JOBS  SERVICES**

**Customer Success Manager**
Sociable Labs

**Web Designer**
kleverbeast

**UI/Web Designer**
Stickam Worldwide, Inc.

**Technical Account Manager**
Automatic

**Lead UX web developer**
Indiewalls

→ SEE ALL

Powered by Personforce

11 comments ▾                                                          Add a comment

 **Sushubh Mittal** · ☆ Top Commenter
Or it could be that the estimates are wrong and Apple might not have overtaken Samsung?
Reply · 👍 6 · 🔗 · January 27 at 7:21am

    **Baxley James** · ☆ Top Commenter · Clayton State University
    Now that's what I'm talking about!!! LOL!!!
    Reply · 👍 1 · 🔗 · January 27 at 5:52pm

 **Leon Sergiyenko**
I think this is a bad comparison one company literally manufactures and sells their own smartphones while one buys parts a ton of vendors and makes smartphones.
Reply · 👍 4 · 🔗 · January 27 at 7:41am

     **Lars Pallesen** · ☆ Top Commenter · DJH
    Yeah, that's how Apple makes their iPhones; just buy some generic off-the-shelf parts and have
    somebody slap 'em together. *rolls eyes*
    Reply · 👍 3 · 🔗 · January 27 at 7:52am

     **Leon Sergiyenko**
    Lars Pallesen no apple makes their smartphones by having factories in china that actually
    MANUFACTURES SEMI- CONDUCTORS AND SCREENS and other components, look on the back
    of you iphone it clearly says, "Designed in Apple Cupertino, Assembled in China" take the
    battery cover of ANY SAMSUNG phone and remove battery it reads MADE IN KOREA, Samsung
    is based out of Korea and actually has factories.
    Reply · 🔗 · January 27 at 8:11am

         **Mark Borden** · Belmont, California
        Leon Sergiyenko i mean, say what you want, let not get bogged down in specifics...they still
        moved 37 million phones in 3 months...
        Reply · 🔗 · January 27 at 9:04am

    View 6 more ▾

 **Chase 'Chaser Eraser' Steenbock**
So...Apple DIDN'T overtake Samsung. Way to go.
Reply · 👍 2 · 🔗 · January 27 at 6:58am

     **Mike Pulsifer** · ☆ Top Commenter
    yep, focus on the single stat that makes you happy
    Reply · 👍 2 · 🔗 · January 27 at 8:12am

     **Chase 'Chaser Eraser' Steenbock**
    Mike Pulsifer There is no argument here. Samsung had 19.9% market share and Apple had
    19%. Apple DID NOT overtake Samsung; it's very clear.
    Reply · 👍 1 · 🔗 · January 27 at 10:17am

     **Mike Pulsifer** · ☆ Top Commenter
    Chase 'Chaser Eraser' Steenbock Rif.org, fella. Read the title. It says, "In Q4." They did overtake
    Samsung in Q4. If YOU want to make it so that means "for the year in Q4," which it doesn't say
    or imply, what's to stop anyone from extrapolating that even farther?
    Reply · 🔗 · January 27 at 10:34am

    View 9 more ▾

 **Psptwo Roundup**
What this means in reality for us humble users is both companies will hold out as long as possible with the
4S and Galaxy SII, since no other player comes close right now. Then its down to who blinks first in the Sep-
Dec period but I bet they'll launch on the same day or week... http://bit.ly/zLUmU4 let battle commence.
Reply · 👍 1 · 🔗 · January 27 at 8:35am



Apple Overtakes Samsung As World's Largest Smartphone Ven◠   A | TechCrunch



**Baxley James** · ✩ Top Commenter · Clayton State University
Next quarter Galaxy S III comes out . . . 1.8 dual-core, 2GB RAM, 4G-LTE and a 12mp cam . . .
I'm buying it as soon as it hits the market . . . I have a chance at a free iPhone 4 from my wife
that just upgraded and I passed on it . . .
Reply · 👍1 · 🔲 · January 27 at 5:47pm



**Sam Song Liang** · Georgia Tech
No question that iPhone is huge.
In the mean time, this article is misleading in that most mobile app developers don't care about phone
manufacturers, they care about the platform: iOS vs. Android. Though Apple ships more units than
Samsung, there is only one iPhone maker, but there are many other manufacturers that make Android
phones in addition to Samsung.
Reply · 🔲 · January 27 at 4:58pm



**Benjamin Gibson** · ✩ Top Commenter · Bronx, New York
The news and media love drinking apples kook aide. This post was misleading samsug outdoor apple by 1%.
People love reading apple news announcements. Thank goodness Steve jobs death was not as big as
Michael Jackson's.
Reply · 🔲 · January 27 at 6:33pm



**Ari Chugbo** · ✩ Top Commenter
When will all this Apple vs the rest of the world stop? At the end of the day, so far as Apple or any other
manufacturer makes phones that improve productivity, I am OK. But does it REALLY matter to me who sold
more, when I am not a consumeristic fanboy?
Reply · 🔲 · January 27 at 2:52pm



**Benjamin Gibson** · ✩ Top Commenter · Bronx, New York
For some people it does matter who sells more. The apple cult cares aswell ad media it gives
them more readership.
Reply · 🔲 · January 27 at 6:28pm



**Chulang Searles** · Bridgetown, Barbados
YA Apple does that.Still I am waiting for a final report. The ting is what is sold on th e market rather than
what the company has sold. The product maybe in the stock room longer( I mean Apple stuff) than
Samsung, which is deliver on a cheaper contract than an Iphone.
Reply · 🔲 · January 27 at 7:52am



**Carlton Northern** · ✩ Top Commenter · Portsmouth, Virginia
Apple Overtook Samsung in Quarter 4 because the iPhone 4S came out in Q4. Now that the 4S is old news
and people once again hold out for the newer iPhone, Apple's smartphone sales will go right back down
again.
Reply · 🔲 · January 27 at 8:48am



**Tablet2Cases**
sheesh, they are going neck & neck there. time for a few more lawsuits!
Reply · 🔲 · January 29 at 1:32pm



**Mark Borden** · Belmont, California
A lot of Apple hate out there...I've been an iPhone user for 3 years now, haven't had a smartphone that
wasn't one, so I can't really say for myself. But I've had 10 to 15 friends switch over in the past year
(friends who hated iPhones previously)...all of them have said they have no idea why it took them so long
Reply · 🔲 · January 27 at 10:07am



**David Abraham** · ✩ Top Commenter · Temple University
Definitely my experience as well. Everyone who goes iPhone has a new pep in their step, the
others seem to have somewhat of a resigned yet optimistic frown
Reply · 🔲 · January 27 at 10:59am



**Baxley James** · ✩ Top Commenter · Clayton State University
It's not hate . . . they are just reporting the facts and numbers that apple fans don't want to
hear. I have neither, just a BB so I am neutral in this.
Reply · 🔲 · January 27 at 11:01am

**Michael Tesh** · ✩ Top Commenter · Works at SocialMore Media Inc.
Baxley James Any Apple fan that has been around a while is pretty ecstatic about this news;
considering the company was nearly bankrupt 15 years ago.
Reply · 👍1 · 🔲 · January 27 at 11:24am

View 3 more ▾

Ⓕ Facebook social plugin

Sponsored Ads

Apple Overtakes Samsung As World's Largest Smartphone Vend...   .4 | TechCrunch

Sponsored Ads

## LATEST ON TECHCRUNCH TV

- **Keen On... SOPA: Mob Rule or Direct Democracy? (TCTV)**
- **Gilmor Gang 02.04.12 (TCTV)**
- **Keen On... Dane Jasper: Why High Speed Broadband Is The Key To US Innovation (TCTV)**
- **The 16-Year-Old Startup CEO And The Hong Kong Billionaire [TCTV]**
- **TCTV: In the Studio, Greylock's John Lilly Examines the Opportunities in Personal Health Data**

More on TechCrunch TV

## LATEST IN GADGETS

- **Daily Crunch: Myopic**
- **The Samsung Doth Advertise Too Much, Methinks**
- **Real Augmented Reality Google Goggles In Prototype Stage?**
- **Lip Reading, 3D Desktops, And NUI: Microsoft Plans To Reinvent User Interaction**
- **Circuit Playground App Helps Makers Build Electronics**

More in Gadgets

## ALSO ON AOL TECH

- **Mac Hart: Embrace Piracy**
- **Breakfast Topic: What role do you play in your guild?**
- **Globe and Mail reveals early details on Apple iTV: Siri wants to hear you shout at the big game**
- **Last Week in WoW: the cruelest month edition**
- **Glasses-free 3DeeScreen augments Windows 7 displays, lets Peter Gabriel get in your eyes**

More on Engadget, TUAW, Joystiq, HuffPost Tech

**ABOUT**  About & Staff | Advertise | Jobs | Events | Europe | France | Japan | Contact    **SUBSCRIBE**  RSS | Email | Twitter · Facebook |

AOl Tech.          Privacy Policy    |    © 2012 AOL Inc. All rights reserved.    |    Powered by WordPress.com VIP



36

# VELLTURO
# EXHIBIT 36







HOME   NEWS   SPORTS   BUSINESS   ENTERTAINMENT   LIFE   TRAVEL   BLOGS   JOBS   HOMES   CARS   CLASSIFIEDS   COUPONS   INDEX

**TechBlog**
Upgrade your geek with Dwight Silverman

[A] Larger | Smaller

**Has Samsung robbed Apple of its cool?**

Late last month, Samsung released an ad for its new line of Galaxy S II phones that mocked iPhone fans who queue up for the latest model. The ad portrayed iPhone users waiting in an interminable line in New York as smug hipsters, and featured one of the best lines in a commercial in recent memory:

"I could never get a Samsung," says a bearded young man sporting oversized headphones and a MacBook Pro perched on his lap. "I'm creative."

"Dude, you're a barista," says his dismissive friend.

Here's the ad, in case you're one of the four people left in the U.S. who hasn't seen it.



Of course, it would take a lot more than some Madison Avenue snark to knock the bloom off Apple's rose, right? After all, Apple's one of the country's **most-admired brands**. Besides, no one lines up for Samsung's phones . . .

Well, apparently the Samsung campaign is having an effect. Phillp Elmer-DeWitt reports Fortune's Apple 2.0 blog that **Samsung's "buzz" has passed that of Apple's iPhone**. The report is based on **a study by YouGov**, which tracks how the public perceives brands.

From the study:

Samsung and iPhone were measured with YouGov BrandIndex's Buzz score, which is determined from asking respondents: "If you've heard anything about the brand in the last two weeks, through advertising, news or word of mouth, was it positive or negative?"

YouGov BrandIndex measurement scores range from 100 to -100 and are compiled by subtracting negative feedback from positive. A zero score means equal positive and negative feedback.

The iPhone's buzz score began sinking around November 28, with a buzz score of 33 – the current score is 25. Samsung, whose buzz score was 19 compared to the iPhone's 29 on October 3rd, is now at 26.



Now, before you Android fanboys start high-fiving one another, here's a very interesting nugget from the YouGov report:

The downward and upward perception movement of the iPhone and Samsung respectively is **driven mostly by adults 50+**.

That's right. The demographic apparently most influenced by the ad is one most apt to react negatively to the portrayal of hipster iPhone users anyway. That may or may not be the demographic Samsung was trying to reach. It may also not be the demographic most apt to shell out $200+ for either a Samsung or Apple smartphone.

And this is the demographic most apt to include folks who'd say things like "I just want a phone that makes calls!" In a study released in July, the Pew Internet and American Life Project found that only 24 percent of those aged 50-64 owned a smartphone. By contrast, 52 percent of those 18-29 and 45 percent of those 30-49 owned smartphones.

### The demographics of smartphone ownership

% of US adults within each group who own a smartphone

| All adults | 35% |
|---|---|
| **Gender** | |
| Men (n=973) | 39 |
| Women (n=1304) | 31 |
| **Age** | |
| 18-29 (n=337) | 52 |
| 30-49 (n=581) | 45 |
| 50-64 (n=659) | 24 |
| 65+ (n=637) | 11 |
| **Race/Ethnicity** | |
| White, non-Hispanic (n=1637) | 30 |
| Black, non-Hispanic (n=261) | 44 |
| Hispanic (n=223) | 44 |
| **Household income** | |
| Less than $30,000 (n=671) | 22 |
| $30,000-$49,999 (n=374) | 40 |
| $50,000-$74,999 (n=276) | 38 |
| $75,000+ (n=444) | 59 |
| **Education level** | |
| No high school diploma (n=229) | 18 |
| High school grad (n=757) | 27 |
| Some college (n=525) | 38 |
| College+ (n=746) | 48 |
| **Geographic location** | |
| Urban (n=618) | 38 |
| Suburban (n=1113) | 38 |
| Rural (n=465) | 21 |

Source: The Pew Research Center's Internet & American Life Project, April 26 – May 22,
2011 Spring Tracking Survey. n=2,277 adult internet users ages 18 and older, including 755
cell phone interviews. Interviews were conducted in English and Spanish. "Smartphone
ownership" includes those who say their phone is a smartphone, or who describe their
phone as running on the Android, Blackberry, iPhone, Palm or Windows platforms.

In other words, the ad may be influencing the wrong people. On the other hand, there's also more room for sales growth in this older demographic – presuming you can convince them a smartphone would make their lives better.

I'm not sure folks who'd line up for an iPhone are not going to do so because Samsung's made a clever ad mocking them. And I don't think the ad is going to cause anyone to say, "I don't want to be like those hipsters — I'm buying a Samsung smartphone!"

I'd be very curious to see how YouGov statistics for younger respondents.

**Related:** Google's new flagship Android phone, the Galaxy Nexus, **went on sale today**. It's made by Samsung, and sells for **$300 through Verizon**. Amazon's got it **for $199**, but it's already backordered.

Share   7     Tweet   21        share

Posted by Dwight Silverman on December 15, 2011 at 8:19 am | Permalink | 45 Comments

Categories: Apple, Cell phones & telephony, Samsung, iPhone

Tags: advertising, apple, galaxy s ii, iphone, samsung, tv, YouGov



**Dwight Silverman**
Techblogger, computer columnist, blog editor,
social media evangelist @ Houston Chronicle
chron.com. Co-host of Technology Bytes radio
show, regular TWiT panelist. University

**LATEST POSTS:**

It's about time: Internet Explorer moves to
automatic updates 12/15/11

Linkpost | 12.16.2011 12/16/11

37

# VELLTURO
# EXHIBIT 37

CNET News © CBS Interactive. All rights reserved.

# Samsung outshines Apple in smartphone shipments, market share



**[http://www.cnet.com/profile/lancewhitney/]**

by **Lance Whitney [http://www.cnet.com/profile/lancewhitney/]** | November 4, 2011 9:23 AM PDT

o

**comments**

**Top Five Smartphone Vendors, Shipments, and Market Share Q3 2011 (Units in Millions)** nes-

| Vendor | 3Q11 Unit Shipments | 3Q11 Market Share | 3Q10 Unit Shipments | 3Q10 Market Share | Year-over-year Change |
|---|---|---|---|---|---|
| Samsung | 23.6 | 20.0% | 7.3 | 8.8% | 223.3% |
| Apple | 17.1 | 14.5% | 14.1 | 17.0% | 21.3% |
| Nokia | 16.8 | | 26.5 | 32.0% | -36.6% |
| HTC | 12.7 | 10.8% | 5.9 | 7.1% | 115.3% |
| Research In Motion | 11.8 | 10.0% | 12.4 | 15.0% | -4.8% |
| Others | 36.1 | 30.6% | 16.6 | 20.0% | 117.5% |
| Total | 118.1 | 100.0% | 82.8 | 100.0% | 42.6% |

(Credit: IDC)

Jumping past Apple, Samsung has become the new world leader in the smartphone arena, according to data released yesterday by IDC.

Among all smartphone manufacturers, Samsung earned the top spot with a record 23.6 million shipments for the third quarter, surpassing the 20 million mark for the first time in its history and showing a huge gain from the 7.3 million units shipped a year ago.

Record shipments helped Samsung score a global smartphone market share of 20 percent, a leap from just 8.8 percent in last year's third quarter. Samsung's strong lineup of **Android phones [http://reviews.cnet.com/best-android-phones/]** drove overall demand, IDC, said, though the company's **Bada-powered**

**smartphones [http://www.cnet.com/8301-17918_1-20100435-85/samsung-rolls-out-wave-of-new-bada-phones/]** also gained traction.

"Samsung's ascendancy to the leadership position is the direct result of its broad and deep product portfolio," Ramon Llamas, senior research analyst with IDC's Mobile Phone Technology and Trends team, said in a statement. "Ever since the first Galaxy device launched last year, the company has aggressively expanded and refreshed its selection to include the latest innovations and most popular features."

Apple slipped to second place with third-quarter **iPhone [http://reviews.cnet.com/iphone/]** shipments of 17.1 percent and a market share of 14.5 percent. Though shipments rose from 14.1 million a year ago, the company's slice of the market dropped from 17 percent.

Research firm **Strategy Analytics also recently released data [http://www.cnet.com/8301-1035_3-20126831-94/samsung-overtakes-apple-to-win-smartphone-crown/]** showing that Samsung outpaced Apple in third-quarter smartphone shipments.

## Related stories

- **Samsung overtakes Apple to win smartphone crown [http://www.cnet.com/8301-1035_3-20126831-94/samsung-overtakes-apple-to-win-smartphone-crown/]**

- **Samsung's best smartphones: A closer look [http://www.cnet.com/8301-17918_1-20073864-85/samsungs-best-smartphones-a-closer-look/]**

- **Despite strength, Apple earnings miss the mark [http://www.cnet.com/8301-27076_3-20122163-248/despite-strength-apple-earnings-miss-the-mark/]**

- **Big smartphone sales can't lift overall Samsung profits [http://www.cnet.com/8301-1035_3-20127203-94/big-smartphone-sales-cant-lift-overall-samsung-profits/]**

Revealing its fiscal fourth-quarter (calendar year third-quarter) results last month, Apple said **it sold 17 million iPhones [http://www.cnet.com/8301-27076_3-20122163-248/despite-strength-apple-earnings-miss-the-mark/]** over the three months ended September. That number proved 21 percent higher than a year ago but lower than the previous quarter's 20 million units.

Most analysts blamed the shortfall on customers delaying purchases in anticipation of the new iPhone, a sign to IDC that Apple may be able to to knock Samsung off its perch.

"Even after relying on the iPhone 4 for five quarters and the iPhone 3GS for nine, demand for the iPhone remained strong enough for Apple to realize double-digit growth year over year," IDC noted. "Now that Apple has launched its **iPhone 4S**

[http://www.cnet.com/iphone-4s/] and re-priced its older models in multiple countries, Apple stands poised to challenge Samsung for the leadership position."

Shipping 16.8 million phones for the quarter, Nokia stayed in third place around the globe thanks to continued demand for its Symbian phones. The company also unveiled four phones based on its **Symbian Belle OS [http://www.cnet.com/8301-17918_1-20096591-85/nokia-unveils-spruced-up-symbian-belle-os/]**. Moving forward, Nokia is expected to shake up the market as it starts to transition to handsets running Microsoft's Windows Phone.

But both Apple and Nokia could confront Samsung for the top spot, says IDC.

"Samsung's position will be a challenge to maintain, both in the fourth quarter and beyond," Llamas said. "Apple's fourth-quarter launch of the iPhone 4S and lower pricing of older models will certainly boost volumes, and Nokia's recent launch of Windows Phone smartphones marks the beginning of a new era for the company. While these point to larger volumes in the quarters to come, they will also lead to increased competition."

Overall, the global smartphone market climbed 42.6 percent over last year's third quarter, IDC noted, even though demand slowed in certain key markets. The growth rate was lower than IDC's forecast of 49.1 percent and failed to reach the second-quarter gains of 66.7 percent.

Despite some market sluggishness, smartphone vendors still shipped a total of 118.1 million units, a healthy rise from the 82.8 million shipped a year ago.

[http://www.cnet.com/profile/lancewhitney/]

## Lance Whitney [http://www.cnet.com/profile/lancewhitney/]

Lance Whitney wears a few different technology hats--journalist, Web developer, and software trainer. He's a contributing editor for Microsoft TechNet Magazine and writes for other computer publications and Web sites. Lance is a member of the CNET Blog Network, and he is not an employee of CNET.

38

# VELLTURO
# EXHIBIT 38

**In Classifieds**

- ○ Home
- ○ Personals
- ○ Obituaries

Don't miss:

- Style Magazine
- Holiday Guide
- Weather Watch
- Blogs
- Videos
- Reader Galleries
- Photo galleries
- This Week's Flyers

» RSS

# Nimble Apple rivals building momentum

## Departure opens door to Samsung, HTC

By Miyoung Kim, Reuters August 26, 2011



The resignation of Apple Inc. CEO Steve Jobs opens the door for rivals Samsung Electronics and HTC to battle for smartphone supremacy in salesrooms and courtrooms globally.

Jobs passed the reins to his right-hand man Tim Cook on Wednesday, saying he could no longer fulfil his duties.

Taiwanese group HTC, led by another well-known industry figure Peter Chou, is seen by many as the most direct competitor to Apple. It has seen sales surge in the last few quarters and has a reputation for innovative flair.

Samsung's fortunes are most tied to Apple, both as a competitor and supplier of components. The group also has a scale and an ability to react quickly that is rare in the sector.

Samsung's Galaxy range of smartphones and tablet computers running on Google's Android operating system are seen as the key competitor to Apple's iPhone and iPad, products which have changed the industry.

"Even before Steve Jobs' (resignation), Samsung was getting more and more optimistic that they can actually take on Apple in the smartphone arena," said Mark Newman, a former director of strategy at Samsung, where he worked for six years.

"The game is really now Samsung's to lose . They are picking up market share because of the change in dynamics in the smartphone industry," added Newman, now a senior analyst for global memory and consumer electronics at Sanford Bernstein.

Samsung this week unveiled four new cheaper smartphones targeting fastgrowing emerging markets - again setting it on a collision course with Apple, which sources say is readying a cheaper, 8 gigabyte iPhone.

Hong Won-pyo, executive vice president of Samsung's mobile division, told his team this week he was confident Samsung could soon overtake Apple in the smartphone market, according to a person at the meeting. Hong was speaking just hours before Jobs quit.

Apple and Samsung now scrap for top spot in the smartphone market, having overtaken the market leader for the past decade, Finland's Nokia, in the second quarter. Samsung's smartphone sales soared more than 500 per cent in the second quarter, easily eclipsing Apple's 142 per cent growth, though Apple sold about 1 million more phones. Nokia sales fell 30 per cent. News of Jobs' move helped Samsung shares rise 2.4 per cent in Seoul on Thursday. The broader Korean market was up 0.6 per cent.

"Investors were concerned that Apple would encroach into Android's turf, but Jobs' exit offers opportunities for Samsung to expand its smartphone market share at a time when Nokia is struggling," said Jeon Nam-joong, a fund manager at Consus Asset Management, which owns shares in Samsung.

Samsung has already stormed past its Asian rivals. Its market value of around $110 billion is comfortably more than Sony, Toshiba and Panasonic combined - though still only a third of Apple's size.

Both Samsung and Apple will face increasingly stiff competition from new rivals in China and Taiwan, however.

Huawei Technologies and ZTE Corp, China's top two telecommunications equipment makers, are looking to storm the smartphone market after hitting traditional network gear market.

Taiwanese group HTC - is seen by many as the only phone maker able to innovate like Apple and has quickly risen to become the fifth largest smartphone vendor globally - could benefit the most in this arena from any erosion of Apple's dominance.

"HTC may fare better than Samsung, which is currently languishing with legal hassles regarding alleged patent infringement and injunctions in Europe," analyst Richard Windsor said in a research note.

Samsung's strength has been in being fast and cheap to the market with everything from TVs to chips and phones. That has created tension with Apple, which has complained Samsung's Galaxy range copies its iPads and iPhones.

Samsung and Apple, along with many of the other players in the fast-growing mobile devices market, are now engaged in costly and acrimonious patent and copyright battles.

Just on Wednesday, Apple won a preliminary injunction in a Dutch court stopping Samsung from marketing three smartphone models in some European countries.

"It's difficult to gauge precisely what the impact will be as our relationship with Apple is very complicated and intertwined with so many parts of our business," said a senior executive at Samsung's general management division.

© Copyright (c) The Ottawa Citizen

- E-mail this Article
- Print this Article
- Share this Article



Location refreshed

## Story Tools

- E-mail this Article
- Print this Article

Font:

- *
- *
- *
- *
- *

Image:

- *
- *
- *
- *

39

# VELLTURO EXHIBIT 39

# Updated: Samsung Rules Smartphone Shipments; Nokia Still Tops Overall In Q3

Samsung's competitive threat to Apple (**NSDQ: AAPL**) and Nokia (**NYSE: NOK**) in the smartphone space—being played out not only among consumers but in the courtrooms, too—looks like it has taken on a new reality. According to new figures from Strategy Analytics, the Korean handset maker in Q3 became the world's biggest smartphone vendor, a title held by Apple the quarter before, and Nokia a year ago. Overall, Nokia remains the biggest mobile phone vendor, despite continuing declines in sales.

The news comes in the same week that Nokia **unveiled** its first handsets using the Windows Phone OS from Microsoft (**NSDQ: MSFT**)—the first devices to be released as part of Nokia's big push to turn around its decline in sales worldwide, and particularly in the fast-growing and high-value area of smartphones.

SEE ALSO: **Nokia Already Looking Ahead To Windows Phone 'Apollo' In 2012**

In the wider mobile phone market, the analysts **note** that Nokia has continued to retain its position as the biggest handset maker. Strategy Analytics estimates that it shipped 106.6 million in Q3 2011, down from 110.4 million in the same quarter in 2010. That represents a loss of five percent in its market share, which now stands at 27.3 percent. Samsung is inching up closer with 22.6 percent market share, on shipments of 88 million units, comared to 71.4 million a year ago.

Apple also slipped down again in the overall rankings to fifth place behind ZTE. Respectively, the two had 4.4 percent and 4.7 percent of the market in terms of mobile shipments, following closely after LG (SEO: 066570), which had 5.4 percent of all shipments.

**Smartphone drill down.** While Apple has been accusing Samsung of copying its designs in **courtrooms** from California to Korea, Samsung's market approach to smartphones has actually been very different from that of Apple and Nokia—at least up to now.

Apple has kept itself lean in its portfolio of devices—today there are essentially only three different models being sold of the iPhone, all loaded with Apple's proprietary OS, but with varying degrees of storage and processing power. In contrast, Samsung has taken a volume approach, releasing numerous smartphones built on the Android and Windows Phone third-party platforms (and even more if you count some of Samsung's high-end proprietary bada devices as "smart" phones). Before this week, Nokia had taken an approach somewhere in the middle: a huge volume of models (like Samsung) but with its own OS (Symbian).

Strategy Analytics **figures** show that for now Samsung's smartphone approach has been working, at least in terms of number of devices shipped.

(These numbers should always be taken with a grain of salt. "Shipped" does not mean actual sales, but it can be a useful barometer of demand in sales channels. And as one reader has reminded me, Strategy Analytics' shipped numbers are their own estimates based on a number of sources, and so even those might differ from analyst to analyst, and compared to what the company itself might report.)

In Q3 2011 Samsung shipped 28 million smartphones, more than three times the number of smartphones shipped in Q3 2010, when it shipped eight million. This quarter's shipments work out to a 23.8 percent market share for Samsung.

Strategy Analytics notes that the big growth for Samsung was fueled by its slick Android devices, not those using Windows Phone, which could either spell an opportunity or bad news about Windows Phone demand for Nokia.

**While Samsung appeared to leapfrog in its growth, Apple had a sluggish quarter:** it shipped 17.1 million iPhones in Q3, **compared to 20.3 million iPhones just the quarter before,** when it had topped the charts. That 17-million figure is only sightly higher than the 14.1 million units it shipped the same quarter a year ago.

This works out to a 14.6 percent market share for Apple in Q3 2011, putting it just ahead of Nokia's.

Strategy Analytics put Apple's lower performance down to strong competition from Samsung and the overall economy, but also the idea of people holding off on buying iPhones in anticipation of a new model getting released this autumn.

That didn't quite play out as people had expected—we are still waiting for that iPhone "5", although Apple has been reporting early-days record sales for its new iPhone 4S. In any case, the company has continued with its very streamlined product approach, and it's fair to wonder whether that will wash with consumers longer-term in the face of so many new devices from Nokia, Samsung and the others.

Nokia's changes, meanwhile, are once again going in the wrong direction: it shipped 16.8 million devices in Q3 2011, nearly half as many as it did in the quarter a year ago, although actually the company has managed to remain incredibly steady compared to Q2 2011, when it shipped 16.7 million devices.

Nokia's market share now stands at 14.4 percent, a close third behind Apple. That, at least, demonstrates that it is working hard to keep from slipping further behind as it starts to roll out its new line of smartphones.

**For all the activity and growing ubiquity, though, there are some signs that we could be seeing a slowdown for all vendors.** At the least it seems to indicate a need for them to reassess how best to tackle the next tier of adopters.

Strategy Analytics notes that smartphone shipments grew 44 percent annually in Q3 2011, and that overall a record 117 million units were shipped. But that growth is actually half as big as the growth recorded in Q3 2010, which was 86.5 percent. The growth in the wider mobile market

was significantly lower, and also pointing to a slowdown: 14.2 percent growth year-on-year in Q3 2011, compared to 15.2 percent growth in Q2 2010.

**Related Stories**
- Nokia Already Looking Ahead To Windows Phone 'Apollo' In 2012
- Infographic: Nokia's Ad Peformance Holding Up, On Symbian At Least
- Nokia Spreads The Lumia Love: 85k Free Devices To Developers, Bloggers
- Nokia And Microsoft's 'Special Partnership' Just Another Windows Phone
- iPhone 4 Is The Most Popular Phone...With Mobile Operators
- Apple Becomes Fourth-Largest Phone Maker; Grabs Greatest Share Of Profits
- Samsung: We Designed Galaxy Nexus Around Apple's Patents

By Ingrid Lunden
@ingridlunden

Oct 28, 2011 4:40 AM ET

Posted In: Legal, Patents, Companies, Apple, iPhone, Google, Android, Microsoft, Windows Phone, Nokia, Samsung, Countries, Asia, Korea, strategy analytics, symbian

## Showing 1 comment

Sort by Oldest first      ✉ Subscribe by email   📶 Subscribe by RSS

**tuyetfulton**  10/29/2011 03:33 AM

Yet Samsung's strategy of developing phones for multiple carriers using an open-source OS has built a successful niche for the company, which as Strategy Analytics shows, has translated into booming worldwide sales.
http://bit.ly/vqT4zD

| Like | Reply |

Real-time updating is **enabled**. (Pause)

## Add New Comment

You are commenting as a Guest. Optional: Login below.

| pC  Login |

| Type your comment here. |

| Name | Website (Optional) |

40

100 LB  BLUEBIRDonline.com (888) 477 - 0700  100 LB Style

# VELLTURO
# EXHIBIT 40

Print : Samsung Mocks "Cult Apple" in Ad for Galaxy S II                                    Page 1 of 2



## Mobile

# Samsung Mocks "Cult of Apple" in Ad for Galaxy S II

**Published on November 23, 2011**
**by Ina Fried**

Samsung has come up with a doozy of a commercial contrasting its Galaxy S II with Apple's iPhone.

The video spot hits all of the soft points of the iPhone 4S when compared with the Galaxy S II, namely the Apple device's smaller screen size and lack of support for faster 4G wireless networks.



But, more than anything, it mocks Apple's notoriously cult-like followers. The ad shows Apple fans across the country spending hours waiting to buy the latest iPhone, even though it looks the same as the old one.

"Guys, I'm so amped, I could stay here for three weeks," says one white-earphoned hipster, waiting in a long line outside what is clearly an Apple store.

"Nine hours down and we're almost in the door," a woman in San Francisco says proudly.

The Apple fans are distracted, though, when they catch sight of the Galaxy S II (including a new white model just now hitting the U.S.). Despite being jealous of the bigger-screen Galaxy S II, the Apple faithful stick by their phone.

"I could never get a Samsung — I'm creative," says one.

"Dude, you're a barista," his friend replies.

It's a clever ad that shows why someone might want something other than an iPhone, without resorting to a bunch of "speeds and feeds" — the tactic commonly taken by those looking to take on Apple. It also doesn't hurt that the ad is for the Galaxy S II, a thin and powerful phone that, while still new to the U.S. market, has sold millions of units worldwide.

41

# VELLTURO
# EXHIBIT 41

# Samsung markets Galaxy Tab as "the tablet Apple tried to stop"

Christian Zibreg  Apple Inc  Discussion (25)

| Tweet | 186 | Share | 15 | | 4 |

December 15, 2011 at 2:47 am



Last week Samsung got to breathe a sigh of relief as an Australian court ruled they didn't "slavishly copy" the iPad with the Galaxy Tab 10.1, as Apple has been insisted from the onset in court documents. Yesterday, the South Korean company told the *Sydney Morning Herald* that the court cases have helped make their device a *"household name"* and today we are seeing the Galaxy Tab maker taking advantage of the media spotlight and the fact that it's been in the headlines thanks to lawsuits and those cheesy commercials.

As tweeted by Martin Aungle, an Australian corporate and marketing communications professional, Samsung is now pitching its device as "the tablet Apple tried to stop". The above advert ran in the *Sun-Herald* newspaper this week. Samsung has obviously decided to up the stakes in this game considering they resisted up until now mentioning Apple by name in their marketing communication. We'll see, of course, whether publicly celebrating its courtroom victory at Apple's expense will have any effect on sales.

42

100 LB  BLUEBIRDonline.com (888) 477 - 0700  100 LB Style

# VELLTURO

# EXHIBIT 42



- LOGIN
- JOIN OUR COMMUNITY!
- TIP US!
- PODCAST
- NEWSLETTER
- Twitter
- Facebook
- RSS

- Android News
- Android Reviews
- Android Forums
- Android Videos
- Android Guides & Tips
- Android Apps
- Android Devices

Search

- Android News
- Hacks
- Accessories
- Android Rumors
- Editorials
- Software News
- Featured News
- Podcast







Shop Android

- Cases
- Chargers
- Batteries
- New Accessories
- Phones

# Head to head: Samsung Galaxy Nexus and the iPhone 4S

By Phil Nickinson (/author/phil-nickinson)  (https://plus.google.com/115963387846188704264)  28 Nov 2011 9:28 am

**Read our Galaxy Nexus Review!** (http://www.androidcentral.com/samsung-galaxy-nexus-review-international-version)



(http://cdn.androidcentral.com/sites/androidcentral/files/postimages/684/galaxy-nexus-iphone-11.jpg)

Take the two top smartphones available today and put them side by side, and you have what we present before you here -- the iPhone 4S (http://www.tipb.com/iphone-4s/) and the Samsung Galaxy Nexus (http://androidcentral.com/samsung-galaxy-nexus). The former needs little introduction. It's the iterative follow-up to the original iPhone 4, faster with a better camera and that newfangled Siri to chat with. The latter is the latest "Pure Google" phone, the first with the Android 4.0 "Ice Cream Sandwich" operating system.

Let's take a brief look at the two phones side-by-side.

Galaxy Nexus Forums (http://forums.androidcentral.com/samsung-galaxy-nexus/) | Galaxy Nexus Specs (http://cdn.androidcentral.com/sites/androidcentral/themes/spefull/images/specs.jpg) | iPhone 4S review (http://www.tipb.com/2011/10/17/iphone-4s-review/)



Youtube link for mobile viewing (http://youtu.be/D7pE67VUWS0)

We're very much looking at contrasting hardware here. The iPhone 4S, relatively unchanged in the physical sense in the past year, remains a mixture of glass, metal and a bit of plastic. The Galaxy Nexus, on the other hand, is unmistakeably a Samsung phone, with a familiar feel, the same textured battery cover we've seen on other Android smartphones. But while the Galaxy Nexus may feel familiar to an Android user, it's scaled things up significantly.

(http://cdn.androidcentral.com/sites/androidcentral.com/files/articleimage/684/2011/11/iphone-galaxy-nexus/galaxy-nexus-iphone-1.jpg)

(http://cdn.androidcentral.com/sites/androidcentral.com/files/articleimage/684/2011/11/iphone-galaxy-nexus/galaxy-nexus-iphone-2.jpg)

That's the greatest physical difference between the two. The iPhone's got its 3.5-inch display, unchanged since the original iPhone was released in 2007, though the resolution has increased to 960x640 -- the so-called "Retina display" with 326 pixels per inch. The Galaxy Nexus display does things on a grand scale, with a 4.65-inch Super AMOLED display at 1280x720 resolution -- 315 pixels per inch. (About 96 vertical pixels are used for the new on-screen buttons, however.)

(http://cdn.androidcentral.com/sites/androidcentral.com/files/articleimage/684/2011/11/iphone-galaxy-nexus/galaxy-nexus-iphone-3.jpg)

(http://cdn.androidcentral.com/sites/androidcentral.com/files/articleimage/684/2011/11/iphone-galaxy-nexus/galaxy-nexus-iphone-4.jpg)

We're not going to delve too much into the internals here. Both phones have dual-core processors and are fast, fast, fast. Period. (And that with Galaxy Nexus sporting more RAM.)

The Galaxy Nexus "only" has a 5MP camera. But it's got a "zero-lag shutter" which means when you press the button, that's the shot you get. The Google camera app is still a bit lacking, even if it did add panorama shots. For more functionality, such as HDR, you can snag a third-party camera app.

And removable batteries still win out, in our opinion (https://plus.google.com/115963387846188704264/posts/WPtgB2Tqthm) . And tucked into the Galaxy Nexus battery is an NFC chip, though for some strange reason, Google Wallet isn't yet available for the Galaxy Nexus.

(http://cdn.androidcentral.com/sites/androidcentral.com/files/articleimage/684/2011/11/iphone-galaxy-nexus/galaxy-nexus-iphone-5.jpg)

(http://cdn.androidcentral.com/sites/androidcentral.com/files/articleimage/684/2011/11/iphone-galaxy-nexus/galaxy-nexus-iphone-6.jpg)

But where Android absolutely has gone toe-to-toe with iOS is with Ice Cream Sandwich. Android 4.0 might be stuck with a goofy nickname, but it's absolutely the best version Google's released.

(http://cdn.androidcentral.com/sites/androidcentral/files/articleimage/684/2011/11/iphone-galaxy-nexus/galaxy-nexus-iphone-7.jpg)

(http://cdn.androidcentral.com/sites/androidcentral/files/articleimage/684/2011/11/iphone-galaxy-nexus/galaxy-nexus-iphone-8.jpg)

The home screens are as customizable as they've ever been. But Google's made it simpler to do so than in previous versions. Widgets continue to make the Android experience more useful than ever, and they're more easily found in the app drawer. We're over the moon about Google cleaning up how to make folders on the home screen -- like in iOS, you just drag one icon on top of another, and a folder is created. And you can name them whatever you want. Feature well ~~stolen~~ borrowed.

(http://cdn.androidcentral.com/sites/androidcentral/files/articleimage/684/2011/11/iphone-galaxy-nexus/galaxy-nexus-iphone-9.jpg)

(http://cdn.androidcentral.com/sites/androidcentral/files/articleimage/684/2011/11/iphone-galaxy-nexus/galaxy-nexus-iphone-10.jpg)

With the Galaxy Nexus, Google's gotten rid of the capacitive buttons and gone with on-screen buttons. We're still on the fence about that one -- partly because it's taking a little getting used to, and partly because we're not sure function hasn't given way to form on this one. Regardless, on-screen buttons certainly have more flexibility any sort of physical button.

What Ice Cream Sandwich has really done is bring some major refinement to Android while keeping the functionality, flexibility and ability to customize that Android owners have long since enjoyed. The Galaxy Nexus is one phone. And while it's an important phone -- every Nexus device is -- it's the proliferation of Ice Cream Sandwich that we're really going to keep an eye on going into 2012.

Related devices: Samsung Galaxy Nexus (/device/samsung-galaxy-nexus)
Filed under:   Smartphones (/articles/smartphones)   News (/articles/news)
Tags: acvideo (/tags/acvideo)   android (/tags/android)   galaxy nexus (/tags/galaxy-nexus)   ios (/tags/ios)   iphond 4s (/tags/iphond-4s)   samsung (/tags/samsung)
   samsung galaxy nexus (/tags/samsung-galaxy-nexus)   smartphone (/tags/smartphone)   video (/tags/video)
      18         62         117

- Email to a Friend (/forward?path=node/19180)

Related stories:

- App tells you who's updating your Galaxy Nexus, can't tell you whether to care (/app-tells-you-whos-updating-your-galaxy-nexus-cant-tell-you-whether-care)
- How to manually update your GSM Galaxy Nexus with the Android 4.0.2 OTA (/how-manually-update-your-gsm-galaxy-nexus-android-402-ota)
- Android 4.0.3 source code being pushed to AOSP (/android-403-source-code-being-pushed-aosp)
- Android 4.0.2 update now rolling out to GSM Galaxy Nexus (/android-402-update-now-rolling-out-gsm-galaxy-nexus)
- Adobe Flash Player updated, now supports Ice Cream Sandwich (/adobe-flash-player-updated-now-supports-ice-cream-sandwich)