47

100 LB   BLUEBIRDonline.com (888) 477 - 0700   100 LB Style

# VELLTURO
# EXHIBIT 47

Case 5:12-cv-00630-LHK   Document 12-6   Filed 02/08/12   Page 3 of 109

48

# MODELS FOR INNOVATION DIFFUSION

VIJAY MAHAJAN
ROBERT A. PETERSON

Series: Quantitative Applications
in the Social Sciences

a SAGE UNIVERSITY PAPER

Series / Number 07-048

# MODELS FOR INNOVATION DIFFUSION

**VIJAY MAHAJAN**
*Southern Methodist University*

**ROBERT A. PETERSON**
*University of Texas at Austin*


**SAGE** PUBLICATIONS
*The International Professional Publishers*
Newbury Park   London   New Delhi

Copyright © 1985 by Sage Publications, Inc.

All rights reserved. No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

*For information address:*



SAGE Publications, Inc.
2455 Teller Road
Newbury Park, California 91320
E-mail: order@sagepub.com

SAGE Publications Ltd.
6 Bonhill Street
London EC2A 4PU
United Kingdom

SAGE Publications India Pvt. Ltd.
M-32 Market
Greater Kailash I
New Delhi 110 048 India

Printed in the United States of America

International Standard Book Number 0-8039-2136-5

Library of Congress Catalog Card No. L.C. 85-050011

96  97  98  99  00  01  12  11  10  9  8  7  6

When citing a university paper, please use the proper form. Remember to cite the Sage University Paper series title and include the paper number. One of the following formats can be adapted (depending on the style manual used):

(1) HENKEL, RAMON E. (1976) Tests of Significance. Sage University Paper Series on Quantitative Applications in the Social Sciences, 07-004. Newbury Park, CA: Sage.

OR

(2) Henkel, R. E. (1976). *Tests of significance* (Sage University Paper Series on Quantitative Applications in the Social Sciences, series no. 07-04). Newbury Park, CA: Sage.

# CONTENTS

Series Editor's Introduction   5

1. Basic Concepts   7
   The S-Shaped Curve   8
   Diffusion Models   10
   A Need for Integration   10
   Structure of Presentation   11

2. The Fundamental Diffusion Model   12
   External-Influence Model   15
   Internal-Influence Model   17
   Mixed-Influence Model   21
   Parameter Estimation Considerations   22
   Comment   24
   Example   25

3. Flexible Diffusion Models   26
   Reexamination   27
   Flexible Models   29
   Comment   34

4. Extensions and Refinements   35
   Dynamic Diffusion Models   36
   Multi-Innovation Diffusion Models   39
   Space and Time Diffusion Models   41
   Multistage Diffusion Models   44
   Multiadoption Diffusion Models   47
   Diffusion Models with
      Influencing/Change Agents   50
   Comment   54

5.  Illustrative Applications    54
    Diffusion of CAT Scanners    54
    Diffusion of Longwall Mining Technologies    57
    Diffusion of Oral Contraceptives
      (The Pill) in Thailand    61
    Diffusion of Computer Terminals in an Established
      Engineering Environment    64
    Diffusion of Telephone-Based Banking Services    68
    Comment    70

6.  Status and Outlook    70

Appendix    74

Notes    79

References    82

About the Authors    87

## Series Editor's Introduction

As the authors note in their introduction, the diffusion process is one of the most widely studied of social processes, with research now found in virtually all of the social sciences, in education, in geography, and in numerous business applications. The topics studied vary from such widely-used phenomena as credit cards to such specialized topics as the spread of basic oxygen furnaces among steel manufacturers.

Such widespread interest results in a lively intellectual environment and frequent new findings, but it also has some potential disadvantages. For one thing, the same theoretical discoveries and similar empirical results tend to be rediscovered in each discipline. Second, it means that students and researchers interested in the topic must be conversant with the notation and language of several disciplines if they are to be familiar with the best and most recent work.

The vast amount of work on diffusion and its setting in such a variety of disciplines simply beg for an introduction that bridges intellectual domains and sets out basic findings in a clear and consistent way. *Models for Innovation Diffusion*, by Vijay Mahajan and Robert A. Peterson meets this need. They present a lucid, state-of-the-art introduction to the powerful tools for investigating the temporal diffusion process of any innovation. Although their approach is abstract and general, they consistently try to be integrative by making frequent references to work from numerous areas. They also make their work more approachable by the inclusion of a number of helpful examples.

In Chapter 2, Mahajan and Peterson present a "fundamental" deterministic diffusion model that permits them to review and integrate several widely cited diffusion models. In addition to covering issues related to the estimation and interpretation of model parameters, this section emphasizes both explicit and implicit assumptions underlying the employment of the fundamental diffusion model. Chapter 3 consists of a discussion of "flexible" diffusion models. These models are pattern-sensitive and can accommodate a variety of diffusion patterns.

Case 5:12-cv-00630-LHK   Document 12-6   Filed 02/08/12   Page 7 of 109

Chapter 4 contains selected advanced diffusion models including dynamic models, multi-innovation models, space and time models, and models that directly incorporate influencing or change agents. Chapter 5 contains applications of diffusion models in a variety of contexts and should convey to the reader the generality of the models across disciplines and innovations. Chapter 6 concludes with technical suggestions for further development and use of diffusion models.

Our monographs are designed to appeal to readers throughout the social sciences. More than ever, this is true of the present volume and we are pleased to add it to our list.

*—Richard G. Niemi*
Series Co-Editor

# MODELS FOR INNOVATION DIFFUSION

**VIJAY MAHAJAN**
*Southern Methodist University*

**ROBERT A. PETERSON**
*University of Texas at Austin*

## 1. BASIC CONCEPTS

The diffusion of an innovation has traditionally been defined as the process by which that innovation "is communicated through certain channels over time among the members of a social system" (Rogers, 1983: 5). As such, there are four key elements in the diffusion process: the *innovation, channels of communication, time*, and the *social system*. An innovation is any idea, object, or practice that is perceived as new by members of the social system and can range from a rumor to a rocket ship, a surfboard to a supermarket scanning system. Communication channels are the means by which information is transmitted to or within the social system. Mass media communication channels include radio, television, newspapers, and magazines. Interpersonal communication channels are the face-to-face linkages between two or more members of the social system. Time relates to the rate at which the innovation is diffused or the relative speed with which it is adopted by members of the social system. In the present context, the social system consists of individuals, organizations, or agencies that share a common "culture" and are potential adopters of the innovation. Hence, members of a social system can range from students enrolled in a specific course or consumers living in a particular neighborhood, to business organizations and governmental agencies, to states and nations.

Research on the diffusion of innovations has resulted in a body of literature consisting of several thousand articles, books, and assorted publications. Indeed, the diffusion process is perhaps one of the most widely researched and best documented social phenomena. To date, research on the diffusion process has been reported in nearly two dozen

8

**TABLE 1.1**
**Illustrative Diffusion Pattern Investigations**

| Investigator | Innovation | Social System |
|---|---|---|
| Rapoport (1978) | Radioisotopes | U.S. hospitals |
| Perry and Kraemer (1978) | Computer applications | Local governments |
| Malecki (1977) | Credit card | Ohio banks |
| Brown and Philliber (1977) | Planned parenthood affiliates | U.S. communities |
| Teece (1980) | M-Form administrative structure | Industrial firms |
| Pitcher et al. (1978) | Collective violence | Countries |
| Oster (1982) | Basic oxygen furnace | Steel manufacturers |

distinct academic disciplines, including geography, sociology, economics, and education. Table 1.1 illustrates some of the diverse innovations the diffusion patterns of which have been systematically investigated in the past decade. The diffusion patterns of several other innovations are examined in detail in later sections.

**The S-Shaped Curve**

Although a wide variety of innovations and diffusion processes have been investigated, one research finding keeps recurring: If the cumulative adoption time path or temporal pattern of a diffusion process is plotted, the resulting distribution can generally be described as taking the form of an S-shaped (sigmoid) curve. Such a curve is depicted in Figure 1.1. The observed regularity in the diffusion process results from the fact that initially only a few members of the social system adopt the innovation in each time period. In subsequent time periods, however, an increasing number of adoptions per time period occur as the diffusion process begins to unfold more fully. Finally, the trajectory of the diffusion curve slows and begins to level off, ultimately reaching an upper asymptote. At this point diffusion is complete.

Although the diffusion pattern of most innovations can be described in terms of a general S-shaped curve, the exact form of each curve, including the slope and the asymptote, may differ. For example, the slope may be very steep initially, indicating rapid diffusion, or it may be gradual, indicating relatively slow diffusion.



**Figure 1.1    S-Shaped Diffusion Curve**

Numerous hypotheses and interpretations have been set forth to explain the S-shaped nature of the diffusion curve. Mansfield (1961) hypothesized that the rate of diffusion is a function of the extent of economic advantage of the innovation, the amount of investment required to adopt the innovation and the degree of uncertainty associated with the innovation. Similarly, Griliches (1957), Robinson and Lakhani (1975), and Brown (1981) proposed a supply and demand rationale as a diffusion explanation. In contrast, Casetti and Semple (1969) and Sahal (1981) employed a learning perspective when explaining diffusion patterns; Hagerstrand (1967) and Bernhardt and MacKenzie (1972) offered an information transfer explanation.

Case 5:12-cv-00630-LHK   Document 12-6   Filed 02/08/12   Page 9 of 109

An alternative explanation has been proposed by researchers such as Blackman (1974) and Sharif and Kabir (1976). These individuals have used a technological substitution frame of reference when interpreting diffusion processes. In particular, they hypothesized that because an innovation typically replaces an existing product, service, or technology (e.g., the substitution of synthetic fibers for natural fibers), the dynamics of this replacement process account for both the rate of the diffusion process and the shape of the diffusion curve. Finally, Rogers (1983) has offered a communications-based theory for interpreting the diffusion of diverse phenomena.

## Diffusion Models

Much of the early research on diffusion processes focused on describing observed diffusion patterns in terms of prespecified trend or distribution functions. For example, cumulative normal, Gompertz, and logistic distribution functions have all been used to model diffusion processes because each gives rise to an S-shaped curve.[1] However, because *any* unimodal distribution function will generate an S-shaped curve, it is often not possible to empirically determine which of several competing trend or distribution functions best describes a given diffusion curve. Therefore, attempts have been made to develop theory-based "diffusion models" for analyzing and modeling the spread of an innovation over time.

In particular, diffusion models have been developed to represent the level or spread of an innovation among a given set of prospective adopters in a social system in terms of a simple mathematical function of the time that has elapsed from the introduction of the innovation. The purpose of a diffusion model is to depict the successive increase in the number of adopters or adopting units over time. By doing so, a diffusion model permits prediction of the continued development of the diffusion process over time as well as facilitates a theoretical explanation of the dynamics of the diffusion process in terms of certain general characteristics. Interestingly enough, most diffusion models have their roots and analogues in models used to study epidemics in biology or life-death processes (e.g., Bailey, 1957; Pielou, 1969).

## A Need for Integration

Despite the wide usage and application of such models in a variety of diffusion and innovation settings, there is a paucity of information

regarding their commonalities and distinguishing features. Moreover, there has been neither systematic discussion of their respective advantages nor guidelines provided to suggest their appropriate application when investigating the diffusion of an innovation. Consequently, existing diffusion models are often applied in an ad hoc, atheoretic manner, without regard to any conceptual framework.

Two decades ago, Katz et al. (1963: 240) remarked that "diffusion researchers in the several traditions which we have examined scarcely know of each other's existence." More recently, Kelly and Kranzberg (1978: 173) noted that:

> The perspectives and emphasis of the general diffusion research traditions are substantially different, but they are by and large not incompatible or in conflict. They are, in fact, implicitly—though rarely explicitly—complementary. The unexplained residue of one is often a major preoccupation of another.

Unfortunately, this state of affairs still exists. Despite an extensive diffusion literature, there still appears to be a "lack of diffusion" of research findings. Thus, although researchers in economics have a good understanding of what other researchers in their discipline are doing, they do not appear to be aware of analogous or relevant research being conducted in industrial engineering, sociology, or marketing, and vice versa. In brief, relatively few researchers have built upon prior research and information from disciplines other than their own when investigating the diffusion of an innovation.

By setting forth a number of widely used diffusion models, demonstrating their commonalities, and suggesting appropriate applications, this monograph will expose readers to a powerful set of techniques for investigating the temporal diffusion process of any innovation. A major goal is to stimulate readers to apply these diffusion models rather than "reinvent" techniques or use inappropriate techniques on an ad hoc basis. Hopefully, the discussion to follow will be beneficial to all researchers interested in the diffusion of innovations, regardless of their specific discipline or the particular innovation. Given the expository nature of this monograph, the discussion is limited to deterministic diffusion models.

## Structure of Presentation

In the next chapter a "fundamental" deterministic diffusion model for analyzing the spread of an innovation over time is presented. The

12

models is a "generalized" one in that it has been derived without reference to a specific technical, organizational, or social context. After a brief discussion of model formulation and concepts, several widely cited diffusion models are reviewed. In addition, the relationship between the fundamental model and distribution functions commonly used to model a diffusion process, such as the decaying exponential, logistic, and Gompertz, is discussed. Particular emphasis is placed upon interpreting the parameters of the fundamental diffusion model. Finally, both implicit and explicit assumptions underlying employment of the fundamental model are considered.

Chapter 3 consists of a discussion of "flexible" diffusion models. Analogous to Chapter 2, it begins with a description of selected underlying model concepts followed by various formulations and illustrations of flexible models. These models are pattern sensitive and consequently can accommodate a variety of diffusion patterns.

The fourth chapter describes certain advanced diffusion models and extensions to the fundamental model. Included in the section are discussions of dynamic diffusion models, multi-innovation diffusion models, space and time diffusion models, multistage diffusion models, multi-adoption diffusion models that directly incorporate influencing or change agents. Collectively, Chapters 3 and 4 depict state-of-the-art diffusion models. The fifth chapter contains illustrative applications of diffusion models in a variety of contexts. Its purpose is to convey both the generality and the power of the diffusion models presented. The final chapter briefly summarizes the material presented and provides conceptual insights as well as technical suggestions for the use of diffusion models.

The monograph also includes one appendix, which contains a brief derivation of a generalized, flexible diffusion model.

## 2. THE FUNDAMENTAL DIFFUSION MODEL

To apply and interpret the results of any diffusion model, one must first understand its conceptual as well as mathematical foundation. This, in turn, requires knowledge of the implicit as well as explicit assumptions underlying model formulation. Such knowledge can be obtained by first establishing the basic or fundamental diffusion model and then examining its major components and underpinnings.

13

The fundamental diffusion model can be expressed as the differential equation

$$\frac{dN(t)}{dt} = g(t)\,[\bar{N} - N(t)] \qquad [1]$$

with the boundary condition

$$N(t = t_0) = N_0$$

where

$N(t)$ = cumulative number of adopters at time $t$

$$\left(N(t) = \int_{t_0}^{t} n(t)dt,\ n(t)\right.$$

being the noncumulative number of adopters at time $t$),²

$\bar{N}$ = total number of potential adopters in the social system at time $t$,²

$\dfrac{dN(t)}{dt}$ = rate of diffusion at time $t$,

$g(t)$ = coefficient of diffusion,

and

$N_0$ = cumulative number of adopters at time $t_0$.³

The diffusion model presented in equation 1 is a deterministic rate equation. It posits that the rate of diffusion of an innovation at any time $t$ is a function of (that is, is directly proportional to) the gap or difference between the total number of possible adopters existing at that time and the number of previous adopters at that time $[\bar{N} - N(t)]$. A consequence of this model formulation is that as the cumulative number of prior adopters, $N(t)$, approaches the total number of possible adopters in the social system, $\bar{N}$, the rate of diffusion decreases.

The form or nature of the relationship between the rate of diffusion and the number of potential adopters existing at $t$, $[\bar{N} - N(t)]$, is repre-

sented or controlled by $g(t)$, the coefficient of diffusion. The specific value of $g(t)$ depends on such characteristics of the diffusion process as the nature of the innovation, communication channels employed, and social system attributes.[4] In addition, $g(t)$ can be interpreted as the probability of an adoption at time t. If this interpretation is used, then $g(t) \cdot [\bar{N} - N(t)]$ represents the expected number of adopters at time t, $n(t)$. Furthermore, if $n(t)$ is viewed as the number of social system members transferred from potential adopter status to adopter status at time t, then $g(t)$ can also be considered a transfer mechanism, a conductivity coefficient or a coefficient of conversion.

Two distinct approaches have been used to represent $g(t)$. One has been to represent $g(t)$ as a function of time; the other has been to represent $g(t)$ as a function of the number of previous adopters. Because the latter approach is by far the more common, it is the one employed here. Specifically, $g(t)$ can be expressed as a function of $N(t)$ such that

$$g(t) = a + b N(t) + c N(t)^2 + \ldots$$

However, for reasons such as convenience, a desire to retain analytical parsimony, and facilitation of interpretation and parameter estimation, $g(t)$ has been typically formulated as either

$g(t) = a,$
$g(t) = b N(t),$ or
$g(t) = (a + b N(t)),$

where a and b are treated as model coefficients or parameters.
If $g(t) = a$, the fundamental diffusion model can be expressed as

$$\frac{d N(t)}{dt} = a \, [\bar{N} - N(t)] \qquad [2]$$

For pedagogical purposes, this version will be referred to as the *external-influence* diffusion model.
If $g(t) = b N(t)$, the fundamental diffusion model can be expressed as

$$\frac{d N(t)}{dt} = b N(t) \, [\bar{N} - N(t)] \qquad [3]$$

This version will be referred to as the *internal-influence* diffusion model.
Finally, if $g(t) = (a + b N(t))$, the fundamental diffusion model can be expressed as

$$\frac{d N(t)}{dt} = (a + b N(t)) \, [\bar{N} - N(t)] \qquad [4]$$

In this version, the model will be referred to as the *mixed-influence* diffusion model because it simultaneously subsumes equations 2 and 3.

Each of these versions results in a diffusion curve the parameters of which possess both theoretical and practical interpretations and implications. For this reason, each of the three versions of the fundamental diffusion model is respectively examined below.[5]

**External-Influence Model**

As noted above, in the external-influence diffusion model,

$$\frac{d N(t)}{dt} = a \, [\bar{N} - N(t)],$$

the constant term a is defined as an index or coefficient of *external* influence emanating from outside of the social system.[6] In general, a represents the influence of a "change agent(s)" on the diffusion process—any influence other than a prior adoption. Frequently a is interpreted as representing the effect of mass media communications on the diffusion process, although it has been used to represent the influence of government agencies, salespeople, and the like. Conceptually, a can be considered as representing the effect of a vertical channel(s) of communication, a centralized channel(s) of communication, a structured channel(s) of communication, or a formal channel(s) of communication.

Through elementary integration of equation 2 it is possible to derive the cumulative adopter distribution. Thus,

$$N(t) = \bar{N} \, [1 - \exp(-at)] \quad \text{or} \quad \ln \left[ \frac{1}{1 - \dfrac{N(t)}{\bar{N}}} \right] = at$$

if $N(t = t_o = 0) = 0.$

adopters present in the social system at time t. In other words, the model does not attribute any diffusion to interaction between prior adopters and potential adopters.

Application of the external-influence model has been illustrated by Hamblin et al. (1973). These researchers used the external-influence model to analyze "innovation" data representing, respectively, the number of labor strikes and political assassinations in 64 developing nations over a 20-year period. Because these nations were widely separated geographically, and the "innovations" were separated temporally, there was little evidence of communication or conspiracy among the strikers or assassins and, therefore, no interaction among social system members was assumed. Instead, it was hypothesized that the mass media—newspapers, radio, and magazines—were the only common channels of communication. In general, the external-influence model is appropriate when members of a social system are isolated (i.e., do not interact), as was true for certain physicians studied by Coleman et al. (1966), or for innovations that are not complex and/or subject to interpersonal communication (i.e., deviant behaviors or nonsocially conspicuous products), or when adequate information about the innovation is only available from a source(s) external to the social system.[7]

### Internal-Influence Model

Whereas the external-influence model is based on the assumption that there is no interpersonal communication among social system members, the internal-influence model

$$\frac{dN(t)}{dt} = b\,N(t)\,[\bar{N} - N(t)]$$

is based on a contagion paradigm such that diffusion occurs *only through* interpersonal contacts. In the internal-influence model, the rate of diffusion is treated solely as a function of interpersonal communication or social interaction between prior adopters and potential adopters in the social system. Interpersonal communication or social interaction is represented by $N(t) \cdot [\bar{N} - N(t)] \times$ (prior adopters) × (potential adopters). Hence, equation 3 can be considered as representing a *pure imitation* diffusion model.



Figure 2.1    External-Influence Diffusion Curve

Much of the popularity of the external-influence model is due to the work of Coleman et al. (1966), who used it to investigate the diffusion of a new drug by physicians in four Midwestern communities. The model results in a decaying or modified exponential diffusion curve (i.e., the exponent is negative). The general shape of this curve is illustrated in Figure 2.1; over time the cumulative number of adopters increases, but at a (constant) decreasing rate. Diffusion processes with such a functional form are hypothesized as only being "driven" by information from a communication source external to the social system. Thus, applying this diffusion model requires the assumption that the rate of diffusion at time t is dependent only on the potential number of

18

The cumulative adopters distribution function of this model is derived as in the previous case by integration:

$$N(t) = \frac{\bar{N}}{1 + \frac{(\bar{N} - N_0)}{N_0} \exp\left[-b \bar{N} (t - t_0)\right]}$$

or

$$\ln\left[\frac{N(t)}{\bar{N} - N(t)}\right] = \ln\left[\frac{N_0}{(\bar{N} - N_0)}\right] + b \bar{N} (t - t_0)$$

where

$$N(t = t_0) = N_0.^8$$

This corresponds to a logistic diffusion curve such as that displayed in Figure 2.2.

The constant b is defined as an index of imitation or *internal* influence because it reflects the interaction of prior adopters N(t) with potential adopters $(\bar{N} - N(t))$. Therefore, in contrast to a, b can be conceptualized as representing the effect of horizontal channels of communication, decentralized channels of communication, or unstructured, informal channels of communication.

Perhaps the most widely cited applications of the internal-influence model are those of Mansfield (e.g., 1961) and Griliches (e.g., 1957). Mansfield investigated the diffusion of several industrial innovations such as pallet loaders, diesel locomotives, and continuous mining machines among firms; Griliches studied the diffusion of hybrid seed corn in 31 states and 132 crop-reporting areas among farmers. Another frequently cited application of this model is Gray's (1973) investigation of the diffusion of 12 public policy innovations among the 48 contiguous United States.[9] The internal-influence model is most appropriate when an innovation is complex and socially visible, not adopting it places social system members at a "disadvantage" (e.g., a competitive disadvantage in business), the social system is relatively small and homo-



**Figure 2.2   Internal-Influence Diffusion Curve**

geneous, and there is a need for experiential or legitimizing information prior to adoption.

The internal-influence diffusion model is directly related to the well-known Gompertz function (see Figure 2.3), which is widely used in technological forecasting (e.g., Martino, 1983: chap. 4). Using the terminology of this section, the Gompertz function can be expressed as

$$\frac{d N(t)}{dt} = b N(t) \left[\ln \bar{N} - \ln N(t)\right]$$

19

21

Illustrative applications of the Gompertz function in a diffusion context include those of Hendry (1972), who modeled the sales growth of selected durable products in the United Kingdom, and Dixon (1980), who applied it to Griliches' hybrid seed corn data.[10]

**Mixed-Influence Model**

The mixed-influence diffusion model,

$$\frac{d\,N(t)}{dt} = (a + b\,N(t))\,[\bar{N} - N(t)]$$

subsumes both of the previous models by incorporating parameters representing external as well as internal influences. As such, it is the most widely used and most general of the three fundamental diffusion model versions because it can accommodate the assumptions of the other two. (Seldom can the assumptions of either the external-influence or the internal-influence diffusion model alone be met unequivocally when investigating a diffusion process.) Integration of the mixed-influence model yields the following cumulative adopter distribution:

$$N(t) = \frac{\bar{N} - \dfrac{a(\bar{N} - N_0)}{(a + b\,N_0)}\exp[-(a + b\,\bar{N})(t - t_0)]}{1 + \dfrac{b(\bar{N} - N_0)}{(a + b\,N_0)}\exp[-(a + b\,\bar{N})(t - t_0)]}$$

where

$$N(t = t_0) = N_0.$$

Plotting the cumulative adopter distribution results in a generalized logistic curve, the shape of which is determined by both a and b. Most applications of the mixed-influence diffusion model have been concerned with forecasting the long-term sales of consumer durable products. The initial application of the mixed-influence diffusion model in this context was by Bass (1969), who used it to successfully forecast the sales of such products as television sets, dishwashers, and clothes

---

20



Figure 2.3   Gompertz Diffusion Curve

Assuming $N(t = t_0) = N_0$, the cumulative adopter distribution of the Gompertz function can be found through integration:

$$N(t) = \bar{N}\exp\left[-\left(\ln\frac{\bar{N}}{N_0}\right)\exp[-b(t - t_0)]\right]$$

or

$$\ln\left[\frac{\ln \bar{N} - \ln N(t)}{\ln \bar{N} - \ln N_0}\right] = -b(t - t_0)$$

22

dryers. Mahajan and Muller (1979) have provided a review and perspective of sales forecasting applications of the mixed-influence model.

The mixed-influence diffusion model has also been modified and used to investigate the impact of location (Webber, 1972: chap. 9), simulate the effect of certain internal and external influences on diffusion patterns (Lekvall and Wahlbin, 1973), forecast the market potential of a new solar technology (Warren, 1980), and study the diffusion of educational innovations (Lawton and Lawton, 1979). For example, when investigating the diffusion of six educational innovations, Lawton and Lawton (1979) set forth the following diffusion model:

$$\frac{dN(t)}{dt} = p^* \frac{N_0 + N(t)}{\bar{N} + N_0} [\bar{N} - N(t)]$$

where

$p^*$ = a diffusion rate parameter, and

$N_0$ = the "effective" number of initial adopters ($N_0$ is determined by solving the model as it takes the value of $N(t)$ at $t = 1$).

In this model, the coefficient of external influence, a, equals $p^* N_0 / \bar{N} + N_0$ and the coefficient of internal influence, b, equals $p^* / \bar{N} + N_0$. Consequently, $a/b = N_0$ (a constant). Therefore, by specifying a relationship between the coefficients of external and internal influence, Lawton and Lawton (1979) were able to express differences in diffusion patterns in terms of a single rate parameter ($p^*$). In a subsequent paper Lawrence and Lawton (1981) have suggested that diffusion patterns can be generated a priori by setting $p^* = .66$ for industrial product innovations and $p^* = .50$ for consumer product innovations.

### Parameter Estimation Considerations

Application of any diffusion model involves estimating its parameters. In the absence of historical or time-series data, parameters can be estimated by means of certain innovation-specific analogues (Lawrence and Lawton, 1981) or expert judgments (Souder and Quaddus, 1982). If historical or time-series data are available, parameters can be estimated by means of standard but often nonlinear estimation procedures found in such sources as Draper and Smith (1981: chap. 10) or Oliver (1964; see

23

also Srinivasan and Mason, 1984), or through maximum likelihood estimation procedures (e.g., Olson, 1982; Schmittlein and Mahajan, 1982). In ongoing diffusion processes in which relatively few data points are available, initial parameter values can be updated and revised as new data become available by using adaptive (Bretschneider and Mahajan, 1980) or Bayesian (Lilien et al., 1981) estimation procedures.

Although examples of some of these procedures are presented later, to complete this discussion of the fundamental diffusion model a simple procedure for obtaining model parameters suggested by Bass (1969) is briefly described below. For pedagogical ease, only the mixed-influence model is considered.

Because the mixed-influence model is essentially a 3-parameter model (a, b, and $\bar{N}$), parameter estimation requires time-series data on the number of adoptions in a minimum of three time periods.[11] Parameter estimation begins by rewriting the mixed-influence model

$$\frac{dN(t)}{dt} = (a + b N(t)) [\bar{N} - N(t)]$$

in terms of its discrete analogue:

$$N(t+1) - N(t) = a \bar{N} + (b (\bar{N} - a) N(t) - b N^2(t)$$

$$= A_1 + A_2 N(t) + A_3 N^2(t) + e(t)$$

The A terms can then be evaluated numerically by means of ordinary least squares regression analysis and a, b, and $\bar{N}$ obtained as follows:

$$A_1 = a \bar{N} \quad \text{or} \quad a = A_1/\bar{N}$$

$$A_3 = -b \quad \text{or} \quad b = -A_3$$

and

$$\bar{N} = \frac{-A_2 \pm \sqrt{A_2^2 - 4 A_1 A_3}}{2 A_3}$$

## Comment

Several assumptions that underlie the fundamental diffusion model must be recognized before it is applied or results are interpreted. For the most part, they are simplifying assumptions designed to facilitate analytical solutions to the model. One such assumption is that the diffusion process is *binary* (Sharif and Ramanathan, 1981). Members of a social system either adopt the innovation or they do not adopt it. Thus, adoption is treated as a discrete rather than continuous event. As a consequence of this assumption, the fundamental diffusion model does not take into account stages in the adoption process (e.g., awareness, knowledge, etc.).[12]

Second, the fundamental diffusion model is based on the assumption that there is a distinct and constant ceiling, $\bar{N}$, on the number of potential adopters in the social system and that this ceiling is either known or can be estimated. Simply stated, the size of the social system is deemed to be finite and fixed. Consequently, the fundamental diffusion model is *static*; the social system is not allowed to increase (grow) or decrease in size during the course of the diffusion process (Mahajan and Peterson, 1978; Sharif and Ramanathan, 1981).

Third, the fundamental diffusion model only permits one adoption by an adopting unit. Multiple adoptions by a single adopting unit (e.g., repeat purchasing of a product) are not permitted. A simultaneous assumption is that an adoption cannot be rescinded. There is no provision in the model for discontinuance of an innovation once it has been adopted.

Fourth, in the internal-influence and mixed-influence models, the term $N(t)$ $[\bar{N} - N(t)]$ implies that there is complete mixing of social system members. In other words, it is assumed there is complete, pairwise interaction between prior adopters of an innovation and potential adopters. Furthermore, because

$$N(t) = \sum_{j=1}^{t} (N(j) - N(j-1)) = \sum_{j=1}^{t} n(j)$$

or

$$N(t) \, [\bar{N} - N(t)] = (n(1) + n(2) + \ldots + n(t)) \, [\bar{N} - N(t)]$$

it is implicitly assumed that the effect of interaction between prior and potential adopters (as reflected by the coefficient of internal influence, b)

is identical, regardless of time of adoption and time of interaction. Hence, internal influence represented by $n(1)[\bar{N} - N(t)]$ is equivalent to that represented by $n(t)[\bar{N} - N(t)]$. Succinctly stated, the coefficient of internal influence is assumed to be temporally independent—fixed or constant over time. A related assumption is that the external-influence parameter *a* also does not change over the course of the diffusion process; it, too, is fixed or constant.

In addition, an implicit assumption is that the innovation itself does not change over the diffusion process. This means, for example, that in the case of a new technology, modifications would not take place during the diffusion process. Moreover, the innovation is assumed to be independent of other innovations. Thus, adoption of the innovation does not complement, substitute for, detract from, or enhance the adoption of any other innovation (and vice versa).

A sixth, implicit assumption is that the geographical boundaries of the social system do not change over the diffusion process; the innovation is confined to one geographical area. In other words, the spatial diffusion of an innovation is not considered in the fundamental model.

Finally, when applying the fundamental diffusion model, a global assumption is that all relevant information about the diffusion process has been "captured" by the model. Thus, when forecasting the sales of a product, for example, it is assumed that all relevant information as to marketing strategies employed, activities of competitors, and the like is represented in the model, usually through the term $N(t)$. Generally speaking, application of the fundamental diffusion model requires the common forecasting assumption that the past can be used to predict the future.

## Example

Given these assumptions, there are relatively few "ideal" situations in which the fundamental diffusion model can be applied without caveats, restrictions, or extensions. Even so, in practice it frequently can be applied without deleterious consequences. One example is an analysis of the diffusion of public policy innovations among the continental United States by Mahajan et al. (1977). These researchers investigated the diffusion patterns (number and timing of adoptions) of several public policy innovations, three of which are illustrated here—accountant licensing, community affairs programs, and gasoline tax. In their application, the assumptions of a binary diffusion process, constant number of potential adopters (48), one adoption per unit (and no likely discontinuance),

choice of situation, population, innovation and time frame for evaluating the data." More recently, Heeler and Hustad (1980) reported examples of applications in which the mixed-influence diffusion model suggested by Bass (1969) did not perform well. Similar conclusions have been reached by Sharif and Islam (1980) and Schmittlein and Mahajan (1982).

This chapter reexamines the basic structure of the fundamental diffusion model in terms of two mathematical properties—point of inflection and symmetry. In practice as well as in theory, the maximum rate of diffusion of an innovation (the "point of inflection") should be able to occur at any time during the diffusion process. Additionally, diffusion patterns can be expected to be nonsymmetric as well as symmetric. However, both the internal-influence and the mixed-influence models at best offer only limited flexibility in terms of these two properties. (The external-influence model does not have a point of inflection.) Consequently, their ability to accommodate many diffusion patterns is restricted. This may partially explain why these models "work" in some applications but not in others. To overcome these deficiencies, several diffusion models are presented below that permit greater flexibility when modeling diffusion patterns.[13]

## Reexamination

The point of inflection on a diffusion curve occurs when the maximum rate of diffusion is reached. If the diffusion pattern after the point of inflection is the mirror image of the diffusion pattern before the point of inflection, the diffusion curve is characterized as being symmetric.

Consider the (logistic) internal-influence model, equation 3. If $F(t) = N(t)/N$, the fraction of potential adopters that has adopted the innovation by time $t$, equation 3 can now be restated as (ignoring the subscript $t$ for convenience):

$$\frac{dF}{dt} = bF(1 - F) \qquad [5]$$

Integration of equation 5 yields

$$\ln \frac{F}{1 - F} = c + bt$$

---

TABLE 2.1
Illustrative Results of Applying Mixed-Influence Diffusion Model
to Public Policy Adoptions by States

| Public Policy | Time Span (Years) | Number of Adopters | Regression Constants | | | Diffusion Model Parameters | | |
|---|---|---|---|---|---|---|---|---|
| | | | $A_1$ | $A_2$ | $A_3$ | $a$ | $b$ | $\bar{N}$ |
| Accountant licensing | 1896-1951 | 48 | .1601 | 1.2678 | −.0058 | .0034 | .0058 | 48 |
| Community affairs programs | 1959-1970 | 36 | .0886 | 1.6065 | −.0147 | .0022 | .0147 | 41 |
| Gasoline tax | 1919-1929 | 48 | 3.4316 | 1.5757 | −.0141 | .0730 | .0141 | 48 |

SOURCE: Mahajan et al. (1977).

fixed geographical bounds, and complete mixing of social system members appeared reasonable. Table 2.1 contains selected results of their analysis based on a mixed-influence diffusion model incorporating both the a and b parameters. Interestingly enough, the model predicted there would be more adopters of community affairs programs than existed at the end of the data analysis period (1970). Details of the analysis are discussed in the original reference.

Because of the above assumptions and characteristics of the fundamental diffusion model, numerous refinements and extensions of it have been attempted. Several of the most useful are presented in the following chapters.

## 3. FLEXIBLE DIFFUSION MODELS

Although the fundamental diffusion model has been applied in a variety of contexts, its utility as a forecasting technique is increasingly being questioned. Bernhardt and Mackenzie (1972: 187), for example, have noted that in certain forecasting applications the fundamental diffusion model has functioned well although in other applications the results have been disappointing, suggesting that the success of many fundamental diffusion model applications has been due to "judicious

48

# VELLTURO
# EXHIBIT 48

# Steve Jobs by W        Isaacson



# STEVE JOBS

---

# WALTER ISAACSON

SIMON & SCHUSTER

NEW YORK   LONDON   TORONTO   SYDNEY   NEW DELHI



Simon & Schuster
1230 Avenue of the Americas
New York, NY 10020

Copyright © 2011 by Walter Isaacson

All rights reserved, including the right to reproduce this book
or portions thereof in any form whatsoever.
For information address Simon & Schuster Subsidiary Rights Department,
1230 Avenue of the Americas, New York, NY 10020.

First Simon & Schuster hardcover edition November 2011

SIMON & SCHUSTER and colophon are registered trademarks
of Simon & Schuster, Inc.

Illustration credits appear on page 629.

For information about special discounts for bulk purchases,
please contact Simon & Schuster Special Sales at
1-866-506-1949 or business@simonandschuster.com.

The Simon & Schuster Speakers Bureau can bring authors to your live event.
For more information or to book an event contact the
Simon & Schuster Speakers Bureau at 1-866-248-3049
or visit our website at www.simonspeakers.com.

*Designed by Joy O'Meara*

Manufactured in the United States of America

15   17   19   20   18   16

Library of Congress Cataloging-in-Publication Data

Isaacson, Walter.
Steve Jobs / Walter Isaacson.
p. cm.
1. Jobs, Steve, 1955–2011. 2. Computer engineers—United States—Biography.
3. Businesspeople—United States—Biography. 4. Apple Computer, Inc.—History.
I. Title.

QA76.2.J63I83 2011
621.39092—dc23
[B]
2011045006

ISBN 978-1-4516-4853-9
ISBN 978-1-4516-4855-3 (ebook)

# THE iPHONE

## Three Revolutionary Products in One

### An iPod That Makes Calls

By 2005 iPod sales were skyrocketing. An astonishing twenty million were sold that year, quadruple the number of the year before. The product was becoming more important to the company's bottom line, accounting for 45% of the revenue that year, and it was also burnishing the hipness of the company's image in a way that drove sales of Macs.

That is why Jobs was worried. "He was always obsessing about what could mess us up," board member Art Levinson recalled. The conclusion he had come to: "The device that can eat our lunch is the cell phone." As he explained to the board, the digital camera market was being decimated now that phones were equipped with cameras. The same could happen to the iPod, if phone manufacturers started to build music players into them. "Everyone carries a phone, so that could render the iPod unnecessary."

His first strategy was to do something that he had admitted in front of Bill Gates was not in his DNA: to partner with another company. He began talking to Ed Zander, the new CEO of Motorola, about making a companion to Motorola's popular RAZR, which was a cell phone

and digital camera, that would have an iPod built in. Thus was born the ROKR. It ended up having neither the enticing minimalism of an iPod nor the convenient slimness of a RAZR. Ugly, difficult to load, and with an arbitrary hundred-song limit, it had all the hallmarks of a product that had been negotiated by a committee, which was counter to the way Jobs liked to work. Instead of hardware, software, and content all being controlled by one company, they were cobbled together by Motorola, Apple, and the wireless carrier Cingular. "You call this the phone of the future?" *Wired* scoffed on its November 2005 cover.

Jobs was furious. "I'm sick of dealing with these stupid companies like Motorola," he told Tony Fadell and others at one of the iPod product review meetings. "Let's do it ourselves." He had noticed something odd about the cell phones on the market: They all stank, just like portable music players used to. "We would sit around talking about how much we hated our phones," he recalled. "They were way too complicated. They had features nobody could figure out, including the address book. It was just Byzantine." George Riley, an outside lawyer for Apple, remembers sitting at meetings to go over legal issues, and Jobs would get bored, grab Riley's mobile phone, and start pointing out all the ways it was "brain-dead." So Jobs and his team became excited about the prospect of building a phone that they would want to use. "That's the best motivator of all," Jobs later said.

Another motivator was the potential market. More than 825 million mobile phones were sold in 2005, to everyone from grammar schoolers to grandmothers. Since most were junky, there was room for a premium and hip product, just as there had been in the portable music-player market. At first he gave the project to the Apple group that was making the AirPort wireless base station, on the theory that it was a wireless product. But he soon realized that it was basically a consumer device, like the iPod, so he reassigned it to Fadell and his teammates.

Their initial approach was to modify the iPod. They tried to use the trackwheel as a way for a user to scroll through phone options and, without a keyboard, try to enter numbers. It was not a natural fit. "We were having a lot of problems using the wheel, especially in getting it to dial phone numbers," Fadell recalled. "It was cumbersome." It

was fine for scrolling through an address book, but horrible at input-
ting anything. The team kept trying to convince themselves that users
would mainly be calling people who were already in their address book,
but they knew that it wouldn't really work.

At that time there was a second project under way at Apple: a secret
effort to build a tablet computer. In 2005 these narratives intersected,
and the ideas for the tablet flowed into the planning for the phone. In
other words, the idea for the iPad actually came before, and helped to
shape, the birth of the iPhone.


## Multi-touch

One of the engineers developing a tablet PC at Microsoft was married
to a friend of Laurene and Steve Jobs, and for his fiftieth birthday he
wanted to have a dinner party that included them along with Bill and
Melinda Gates. Jobs went, a bit reluctantly. "Steve was actually quite
friendly to me at the dinner," Gates recalled, but he "wasn't particularly
friendly" to the birthday guy.

Gates was annoyed that the guy kept revealing information about
the tablet PC he had developed for Microsoft. "He's our employee and
he's revealing our intellectual property," Gates recounted. Jobs was also
annoyed, and it had just the consequence that Gates feared. As Jobs
recalled:

> This guy badgered me about how Microsoft was going to completely
> change the world with this tablet PC software and eliminate all note-
> book computers, and Apple ought to license his Microsoft software. But
> he was doing the device all wrong. It had a stylus. As soon as you have a
> stylus, you're dead. This dinner was like the tenth time he talked to me
> about it, and I was so sick of it that I came home and said, "Fuck this,
> let's show him what a tablet can really be."

Jobs went into the office the next day, gathered his team, and said,
"I want to make a tablet, and it can't have a keyboard or a stylus."
Users would be able to type by touching the screen with their fingers.

468                          WALTER ISAACSON

That meant the screen needed to have a feature that became known as multi-touch, the ability to process multiple inputs at the same time. "So could you guys come up with a multi-touch, touch-sensitive display for me?" he asked. It took them about six months, but they came up with a crude but workable prototype.

Jony Ive had a different memory of how multi-touch was developed. He said his design team had already been working on a multi-touch input that was developed for the trackpads of Apple's MacBook Pro, and they were experimenting with ways to transfer that capability to a computer screen. They used a projector to show on a wall what it would look like. "This is going to change everything," Ive told his team. But he was careful not to show it to Jobs right away, especially since his people were working on it in their spare time and he didn't want to quash their enthusiasm. "Because Steve is so quick to give an opinion, I don't show him stuff in front of other people," Ive recalled. "He might say, 'This is shit,' and snuff the idea. I feel that ideas are very fragile, so you have to be tender when they are in development. I realized that if he pissed on this, it would be so sad, because I knew it was so important."

Ive set up the demonstration in his conference room and showed it to Jobs privately, knowing that he was less likely to make a snap judgment if there was no audience. Fortunately he loved it. "This is the future," he exulted.

It was in fact such a good idea that Jobs realized that it could solve the problem they were having creating an interface for the proposed cell phone. That project was far more important, so he put the tablet development on hold while the multi-touch interface was adopted for a phone-size screen. "If it worked on a phone," he recalled, "I knew we could go back and use it on a tablet."

Jobs called Fadell, Rubinstein, and Schiller to a secret meeting in the design studio conference room, where Ive gave a demonstration of multi-touch. "Wow!" said Fadell. Everyone liked it, but they were not sure that they would be able to make it work on a mobile phone. They decided to proceed on two paths: P1 was the code name for the phone being developed using an iPod trackwheel, and P2 was the new alternative using a multi-touch screen.

A small company in Delaware called FingerWorks was already making a line of multi-touch trackpads. Founded by two academics at the University of Delaware, John Elias and Wayne Westerman, Finger-Works had developed some tablets with multi-touch sensing capabilities and taken out patents on ways to translate various finger gestures, such as pinches and swipes, into useful functions. In early 2005 Apple quietly acquired the company, all of its patents, and the services of its two founders. FingerWorks quit selling its products to others, and it began filing its new patents in Apple's name.

After six months of work on the trackwheel P1 and the multi-touch P2 phone options, Jobs called his inner circle into his conference room to make a decision. Fadell had been trying hard to develop the trackwheel model, but he admitted they had not cracked the problem of figuring out a simple way to dial calls. The multi-touch approach was riskier, because they were unsure whether they could execute the engineering, but it was also more exciting and promising. "We all know this is the one we want to do," said Jobs, pointing to the touchscreen. "So let's make it work." It was what he liked to call a bet-the-company moment, high risk and high reward if it succeeded.

A couple of members of the team argued for having a keyboard as well, given the popularity of the BlackBerry, but Jobs vetoed the idea. A physical keyboard would take away space from the screen, and it would not be as flexible and adaptable as a touchscreen keyboard. "A hardware keyboard seems like an easy solution, but it's constraining," he said. "Think of all the innovations we'd be able to adapt if we did the keyboard onscreen with software. Let's bet on it, and then we'll find a way to make it work." The result was a device that displays a numerical pad when you want to dial a phone number, a typewriter keyboard when you want to write, and whatever buttons you might need for each particular activity. And then they all disappear when you're watching a video. By having software replace hardware, the interface became fluid and flexible.

Jobs spent part of every day for six months helping to refine the display. "It was the most complex fun I've ever had," he recalled. "It was like being the one evolving the variations on 'Sgt. Pepper.'" A lot of features that seem simple now were the result of creative brainstorms.

For example, the team worried about how to prevent the device from playing music or making a call accidentally when it was jangling in your pocket. Jobs was congenitally averse to having on-off switches, which he deemed "inelegant." The solution was "Swipe to Open," the simple and fun on-screen slider that activated the device when it had gone dormant. Another breakthrough was the sensor that figured out when you put the phone to your ear, so that your lobes didn't accidentally activate some function. And of course the icons came in his favorite shape, the primitive he made Bill Atkinson design into the software of the first Macintosh: rounded rectangles. In session after session, with Jobs immersed in every detail, the team members figured out ways to simplify what other phones made complicated. They added a big bar to guide you in putting calls on hold or making conference calls, found easy ways to navigate through email, and created icons you could scroll through horizontally to get to different apps—all of which were easier because they could be used visually on the screen rather than by using a keyboard built into the hardware.

## Gorilla Glass

Jobs became infatuated with different materials the way he did with certain foods. When he went back to Apple in 1997 and started work on the iMac, he had embraced what could be done with translucent and colored plastic. The next phase was metal. He and Ive replaced the curvy plastic PowerBook G3 with the sleek titanium PowerBook G4, which they redesigned two years later in aluminum, as if just to demonstrate how much they liked different metals. Then they did an iMac and an iPod Nano in anodized aluminum, which meant that the metal had been put in an acid bath and electrified so that its surface oxidized. Jobs was told it could not be done in the quantities they needed, so he had a factory built in China to handle it. Ive went there, during the SARS epidemic, to oversee the process. "I stayed for three months in a dormitory to work on the process," he recalled. "Ruby and others said it would be impossible, but I wanted to do it because Steve and I felt that the anodized aluminum had a real integrity to it."

49

# VELLTURO
# EXHIBIT 49



**Introducing Galaxy Nexus** The first phone with Android 4.0 Ice Cream Sandwich. Learn More. google

**Bomgar™ - Free Trial** Remotely Support PC, Mac, & Mobile Users Securely. Free Trial! www.Bomgar.c

**Overstock iPhone4: $51.12** Get an unlocked iPhone 4S for $51. 1 Per Customer. 30 Sold Per Month.

Ads by Google      Apple Iphone Phone          Iphone          Buy the Iphone          Iph

- Home
- Archives
- Features
- Forums
- Videos
- Send Tips
- Advertise
- Contact Us
- iPhone Accessories Store

# Complete Transcript of Steve Jobs, Macworld Conference and Expo, January 9, 2007

**Posted on 23 February 2007 by Vincent Nguyen**

Tags: **Featured Stories**, **iPhone archive**, **Macworld**, **Macworld Expo**, **Steve Jobs**



**Verizon Phone Deals**
Official Site. Shop Now. Order Today and Save!
verizonwireless.com

    AdChoices ▷

Thank you for coming. We're going to make some history together today. So, welcome to Macworld.



You know, it was just a year ago that I was up here and announced that we were going to switch to Intel processors. A huge, heart transplant to Intel microprocessors. And I said that we would do it over the coming 12 months. We did it in seven months, and it was the — it's been the smoothest and most successful transition that we've ever seen in the history of our industry. And it was because we made a beautiful, seamless version of OSX for Intel processors. And our team created Rosetta software which lets you run PowerPC apps on top of OSX on Intel processors. Our hardware team got to cranking out a new Mac with Intel processors every month, and we completed this transition in seven months. But we didn't do this alone. We did this with the help of a lot of folks. Our new colleagues at Intel really helped us. Thank you very much. Our third-party developers rapidly moving their apps to universal versions to run at native speeds on Intel processors. Thank you very much. And most of all, our users. The minute you saw these lightning-fast machines, you bought 'em. And we've had an extremely successful year, and I want to thank our users very much.

Now, as many as you know, our retail stores have for a while been selling over half their Macs to people who have never owned a Mac before: switchers. Well, I'm pleased to report that now, in the U.S., Macs selling through all channels, over half of them are selling to people who have never owned a Mac before. It's not just limited to our retail stores anymore. Half the Macs we're selling in the U.S. We are picking up lots and lots of new members of the Mac family, and we couldn't be happier. As a matter of fact, here's one that might be coming on soon. Jim Allchin at Microsoft was quoted recently as saying if he didn't work for Microsoft, he would buy a Mac, and he's retiring soon, so I've alerted our Seattle stores to keep an eye out for him and give him really good service. You know, Vista's coming out, and you know our ads with the Mac guy and the PC guy, we made a little ad for Vista, and I'd love to show it to you now, if you'd like to see it.

[Apple ad]

So, 2007 is going to be a great year for the Mac. But this is all we're going to talk about the Mac today. We're going to move on to some other things and over the course of the next several months we're going to roll out some awesome stuff for the Mac. But for today, we're going to move on.

So, the first thing I like to do is give you an update about our music business. As you know, we've got the iPod, best music player in the world. We've got the iPod nanos, brand new models, colors are back. We've got the amazing new iPod Shuffle. The iPod, in addition to being the world's best MP3 player, has become the world's most popular video player, and by a large margin. The iPod Nano is the world's most popular MP3 player, by a wide margin. And the new shuffle is the world's most wearable MP3 player. So we had an incredible line-up for this holiday season, all refreshed and new products. Now I'd like to tell you a few things about iTunes now that are pretty exciting. Number one, we have crossed a major milestone. We have sold over 2 billion songs on iTunes. It's amazing. Now, there was an article recently that said iTunes sales had slowed dramatically. I don't know what data they're looking at, but this is our data, and what we see is iTunes sales were really up this year. It took us over three years to get to a billion songs. We got our second billion in 10 months in 2006. And growing off an over 600 million song base, we doubled it in 2006. So we couldn't be happier with the growth rate of iTunes and selling 2 billion songs.

Now, we are selling over 5 million songs a day now. Isn't that unbelievable? That's 58 songs every second of every minute of every hour of every day. And the last time we talked to you, we said that we were the 5th largest music reseller in the U.S. Now all these other guys sell music on CDs, and of course we sell it online. But if you add up all the music that's sold, we were the fifth-largest reseller. Because of the growth of iTunes, I am pleased to report that we have now passed Amazon. We sell more music than Amazon, and we are now number four. And you can guess who our next Target might be. So that's an update for music.

Now I want to talk about TV shows. We've got awesome TV shows on iTunes. As a matter of fact we have over 350 TV shows that you can buy episodes from on iTunes. And I'm very pleased to report that we have sold now 50 million TV shows on iTunes. Isn't that incredible? Now, let me go on to movies. When we started with television shows, the pioneering partner we had was the Walt Disney Co. They decided to throw in with us and sell TV shows, and boy did it work. Well, when we decided to sell movies, they were right with us there again as our pioneering partner to sell movies. And I am really pleased to announce that in the first four months of selling movies, we have sold 1.3 million movies on iTunes, which I think has exceeded all of our expectations. And today, we have a new partner joining the Walt Disney Co. to sell movies on iTunes, and that is Paramount. We're thrilled because they have some awesome movies. Let me just show you a few of the titles here that are going up as we speak. All six Star Trek movies. So we are going to be moving up from the hundred movies we've offered so far to over 250 movies now offered on iTunes. These are getting up as fast as we can over the next week or so. And we hope to be adding even more movies as other studios throw in with us as 2006 rolls on. So that's an update on iTunes.

Now, as I said, we had a very strong lineup of music players for this holiday season. We always have stiff competition. That's just part of this business. And we had a new competitor this past holiday season, which was, of course, Microsoft's Zune. So how'd they do? Well, we don't have data for December yet, because it's not out till next week or the week after, I forget. But we have data for November, which was their launch month, should have been real

big. And they garnered 2 percent market share. Two percent market share. iPod had 62 percent market share, and the rest had 36. Again, we don't have data for December. We know we went up quite a bit in December in terms of market share. And we'll find out how they did. But 2 percent in their launch month. So, no matter how you try to spin this, what can you say? So that's an update on how we're doing in the new music business, and we've got a few new ads for iPods. You know, we work with some of the greatest folks to create advertising. And they created this wonderful ad that I'd love to show you right now, so let me go ahead and roll it.

[Ad plays]

Now, just to let you in on our process a little bit, these guys are incredibly creative, they couldn't stop, and they took the same song, which is an up-and-coming British pop group, and they took the same dancers, and they did some different animation, and they came up with what you're about to see.

[Ad plays]

Isn't that great? So, those will be running shortly. And that is an update to our music business.

Now, I'd like to talk about a product we introduced in September. The code name was iTV. We have a new name for it. It's called Apple TV. But you should either go with your code name, like we did with the Mac, or you should pick a code name quite a bit — a real name quite a bit different than your code name, so I'll probably stumble and call this iTV five times today by mistake. I apologize. So Apple TV.

Apple TV is a way to enjoy your media on your big screen TV. So let's backtrack and talk about what we did and when we previewed this in September. You can buy great content on the iTunes music store. Movies, TV shows and music, of course. And you can download it to your computer, be it a PC or a Mac. I'm going to use a Mac here. You can put other content on your computer from other places, of course. And you can put that content on your iPod, right? Now, you can go out and buy a wide-screen TV, hook up an Apple TV to it, and wirelessly transmit that content from your PC to your Apple TV and watch it on your big screen TV. It's that simple. Right? It's that simple.

So, this is it. Let's take a look around the back at the connectors to refresh ourselves. We have a power connector, USB 2, and Ethernet. And we have wi-fi wireless networking built in. And then we have ways to get video out. An HDMI connector, which is digital audio and video. Or component video and analog and digital audio. Right? All out the back. Most people, however, will just use these three. They'll plug it in. There's no power brick necessary. And they'll hook up an HDMI cable to their wide-screen TV, and they'll use wireless networking to get their content. So it's really, really easy to use.

Let me tell you a little more in-depth about what this box does. First of all it delivers up to 720p high-definition video. Right? Number one. Number two, it's got a 40 gigabyte hard-drive inside of it. So it will store up to 50 hours of video. Which comes in handy for something I'm about to show you. And it has 802.11 wi-fi wireless networking, and it's got all three of the popular standards. It's got B, G, and the new Draft N standard, which is really, really fast. And it's got an Intel processor in it, so it's got the processing horsepower to do the kinds of user interfaces we like to do. So it's a really cool box. It works with video, music and photos. It

was designed for wide-screen TVs. It's got wi-fi wireless networking, internal 40 gig hard drive. You can auto-synch your content from one computer. And you can stream content from up to five computers. So let's examine this in a little more detail. Auto-synch from one computer. What does this mean? It means you can take one of the computers in your house, and right from iTunes, just like you would set up an iPod, you could set up your Apple TV. And you can set up your Apple TV to say, oh, take my ten most recently purchased unwatched movies and automatically put them on the hard drive of Apple TV. So that whenever I walk up to Apple TV, they're there. Right? So let me show you, I'm going to do this with six TV shows. They just automatically, whenever I buy them, they just automatically will stream in the background to Apple TV and be stored on the hard drive. Right? So whenever I go to watch something, they are there.

Now, I can also stream from up to five computers. In this case, I'm going to take content from five computers, and I can watch it on Apple TV but I will not store it on the hard drive. So you can just stream it live and watch it from other computers in the house. Or if your neighbor comes over with a notebook and they've got something cool that you want to watch on your widescreen TV. Again, PCs or Macs, I just choose the computer that I like.

So, this is Apple TV, and why don't we go ahead and show it to you? You can control it with this very simple remote. So let's go see a demo. This is the screen saver. Takes all your photographs here and just puts them on your TV and they're gorgeous, because as you know, photography these days is high-def, with these amazing digital cameras that we have. So, let's go into the main menu of iTV, and here's what it looks like. We've got movies, TV shows, music, podcasts, photos. So let's go into movies here. And we go into movies. And we have all my movies that are stored on iTV, as well as the iTunes top movies. I can go see what's selling on iTunes and stream it down and watch it on iTV. I can also look at theatrical trailers. Again, this is not stored on iTV. This is actually coming over the live Internet. Into my house through my Internet gateway, wirelessly to i — to Apple TV, and I can watch theatrical trailers streaming from Apple.com. So let's go in here, and watch a cool trailer. There's one called the Good Shepherd. So let's watch this, I just click on it, and this is streaming live from Apple.com.

[Movie trailer]

So you get the idea. You can sit on your couch and watch theatrical movie trailers with iTV. Now, let's back up here, and let's go play a movie. We've got Zoolander here. Let's go play a little part of Zoolander. One of our new Paramount movies.

[Movie clip]

Isn't this great? So, that's movies, and let's go take a look at TV shows here. It's, again, incredibly cool. Let's go into "Heroes," a really great new show, and let's play an episode called Better Halves.

[TV clip]

OK, well, that's TV shows. Now let me show you music. You know, iTV, of course is — Apple TV is primarily for video, but it turns out it's awesome for listening to music on your home theater system, as well. We think a lot of people are going to buy it for that. So we've

got music here, we've got the iTunes top music, top music videos. And let me go down into playlist here. We've got a favorites playlist, I'll go into that. And I'll just shuffle some songs, because I want to show you what it's like when you're playing music here.

[Music plays]

So it does that so it doesn't burn a hole in your plasma TV there. And we can go ahead and just go to the next track here. So that's what it's like to play music. Alright.

So now let's go to photos. Again, your photos are high-def. These new digital cameras are awesome. And so you can just, again, move your photos to iTV or stream them over, over wireless networking. And see your photos right on your TV. So as an example, here's a photo album I made of … just beautiful. So you get the idea. It's really cool to watch photos on your widescreen TV.

Now, what I've been demonstrating so far is primarily content that has been synched to Apple TV from my computer and I'd like to show you what it's like when you want to connect to someone else's computer. Let's say Phil Schiller my neighbor comes over and he's got his MacBook. Phil, what do you have on your MacBook. You got some content we could watch?

[Demo with Phil Schiller]

Well, let me just go down here to sources, and here's the Apple TV that I've been playing off the hard drive of, and I just say I want to connect to a new iTunes right here, and iTunes is running on Phil's machine. It says type in this PIN, for security reasons, and Phil types in the PIN into his MacBook. They're fully authenticated now, and there's Phil's MacBook right up there and I push it, and now I'm going to be looking at the content right off of Phil's MacBook and what do you want to watch, Phil?

Alright, here we go. … Alright go to 30 Rock here. … Jack meets Dennis, OK, great. Here we go. We're streaming off of Phil's MacBook to this Apple TV live.

[TV clip]

Thank, you Phil. That is Apple TV.

So we think this is pretty cool Apple TV. Movies, TV shows, music and photos all on your widescreen TV. Really excited about it. So Apple TV is going to be priced at $299. Right? $299 for all this built in. And we're going to be shipping them next month, in February, and we are taking orders starting today. So, Apple TV. Enjoy your media on your big-screen TV. We think this is going to be really something quite special Apple TV.

This is a day I've been looking forward to for two-and-a-half years. Every once in a while, a revolutionary product comes along that changes everything. And Apple has been — well, first of all, one's very fortunate if you get to work on just one of these in your career. Apple's been very fortunate. It's been able to introduce a few of these into the world. 1984, introduced the Macintosh. It didn't just change Apple. It changed the whole computer industry. In 2001, we introduced the first iPod, and it didn't just change the way we all listen to music, it changed the entire music industry. Well, today, we're introducing three revolutionary products of this

class. The first one is a widescreen iPod with touch controls. The second is a revolutionary mobile phone. And the third is a breakthrough Internet communications device. So, three things: a widescreen iPod with touch controls; a revolutionary mobile phone; and a breakthrough Internet communications device. An iPod, a phone, and an Internet communicator. An iPod, a phone … are you getting it? These are not three separate devices, this is one device, and we are calling it iPhone. Today, Apple is going to reinvent the phone, and here it is. No, actually here it is, but we're going to leave it there for now.

So, before we get into it, let me talk about a category of things. The most advanced phones are called smart phones, so they say. And they typically combine a phone plus some e-mail capability, plus they say it's the Internet. It's sort of the baby Internet, into one device, and they all have these little plastic keyboards on them. And the problem is that they're not so smart and they're not so easy to use, and so if you kind of make a Business School 101 graph of the smart axis and the easy-to-use axis, phones, regular cell phones are right there, they're not so smart, and they're not so easy to use. But smart phones are definitely a little smarter, but they actually are harder to use. They're really complicated. Just for the basic stuff people have a hard time figuring out how to use them. Well, we don't want to do either one of these things. What we want to do is make a leapfrog product that is way smarter than any mobile device has ever been, and super-easy to use. This is what iPhone is. OK?

So, we're going to reinvent the phone. Now, we're going to start with a revolutionary user interface. It is the result of years of research and development, and of course, it's an interplay of hardware and software. Now, why do we need a revolutionary user interface. Here's four smart phone, right? Motorola Q, the BlackBerry, Palm Treo, Nokia E62 — the usual suspects. And, what's wrong with their user interfaces? Well, the problem with them is really sort of in the bottom 40 there. It's this stuff right there. They all have these keyboards that are there whether or not you need them to be there. And they all have these control buttons that are fixed in plastic and are the same for every application. Well, every application wants a slightly different user interface, a slightly optimized set of buttons, just for it. And what happens if you think of a great idea six months from now? You can't run around and add a button to these things. They're already shipped. So what do you do? It doesn't work because the buttons and the controls can't change. They can't change for each application, and they can't change down the road if you think of another great idea you want to add to this product.

Well, how do you solve this? Hmm. It turns out, we have solved it! We solved in computers 20 years ago. We solved it with a bit-mapped screen that could display anything we want. Put any user interface up. And a pointing device. We solved it with the mouse. We solved this problem. So how are we going to take this to a mobile device? What we're going to do is get rid of all these buttons and just make a giant screen. Now, how are we going to communicate this? We don't want to carry around a mouse, right? So what are we going to do? Oh, a stylus, right? We're going to use a stylus. No. Who wants a stylus. You have to get em and put em away, and you lose em. Yuck. Nobody wants a stylus. So let's not use a stylus. We're going to use the best pointing device in the world. We're going to use a pointing device that we're all born with — born with ten of them. We're going to use our fingers. We're going to touch this with our fingers. And we have invented a new technology called multi-touch, which is phenomenal. It works like magic. You don't need a stylus. It's far more accurate than any touch display that's ever been shipped. It ignores unintended touches, it's super-smart. You can do multi-finger gestures on it. And boy, have we patented it. So we have been very lucky to have brought a few revolutionary user interfaces to the market in our time. First was the

mouse. The second was the click wheel. And now, we're going to bring multi-touch to the market. And each of these revolutionary interfaces has made possible a revolutionary product — the Mac, the iPod and now the iPhone. So, a revolutionary interface. We're going to build on top of that with software. Now, software on mobile phones is like baby software. It's not so powerful, and today we're going to show you a software breakthrough. Software that's at least five years ahead of what's on any other phone. Now how do we do this? Well, we start with a strong foundation. iPhone runs OSX. Now, why would we want to run such a sophisticated operating system on a mobile device? Well, because it's got everything we need. It's got multi-tasking. It's got the best networking. It already knows how to power manage. We've been doing this on mobile computers for years. It's got awesome security. And the right apps. It's got everything from Cocoa and the graphics and it's got core animation built in and it's got the audio and video that OSX is famous for. It's got all the stuff we want. And it's built right in to iPhone. And that has let us create desktop class applications and networking. Not the crippled stuff that you find on most phones. This is real, desktop-class applications.

Now, you know, one of the pioneers of our industry, Alan Kaye, has had a lot of great quotes throughout the years, and I ran across one of them recently that explains how we look at this, explains why we go about doing things the way we do, because we love software. And here's the quote: "People who are really serious about software should make their own hardware." Alan said that 30 years ago, and this is how we feel about it. And so we're bringing breakthrough software to a mobile device for the first time. It's five years ahead of anything on any other phone. The second thing we're doing is we're learning from the iPod, synching with iTunes. You know, we're going to ship our 100 millionth iPod this year, and that's 10s of millions of people that know how to synch these devices with their PCs or Mac and synch all of their media right on to their iPod. Right? So you just drop your iPod in, and it automatically synchs. You're going to do the same thing with iPhone. It automatically synchs to your PC or Mac right through iTunes. iTunes is going to synch all of your media onto your iPhone. Your music, your audio books, podcasts, movies, TV shows, music videos. But it also synchs a ton of data. Your contacts, your calendars and your photos, which you can get on your iPod today, your notes, your bookmarks from your Web browser, your e-mail accounts, your whole e-mail set-up. All that stuff can be moved over to your iPhone completely automatically. It's really nice. And we do it through iTunes. Again, you go to iTunes and you set it up. Just like you'd set up an iPod or an Apple TV. And you set up what you want synched to your iPhone. And it's just like an iPod. Charge and synch. So synch with iTunes.

Third thing I want to talk about a little is design. We've designed something wonderful for your hand, just wonderful. This is what it looks like. It's got a three-and-a-half-inch screen on it. It's really big. And, it's the highest-resolution screen we've ever shipped. It's 160 pixels per inch. Highest we've ever shipped. It's gorgeous. And on the front, there's only one button down there. We call it the home button. Takes you home from wherever you are. And that's it. Let's take a look at the side. It's really thin. It's thinner than any smart phone out there, at 11.6 millimeters. Thinner than the Q, thinner than the BlackJack, thinner than all of them. It's really nice. And we've got some controls on the side, we've got a little switch for ring and silent, we've got a volume up and down control. Let's look at the back. On the back, biggest thing of note is we've got a two-megapixel camera built right in. The other side, we're back in the front. So let's take a look at the top now. We've got a headset jack. 3.5 millimeter all your iPod headphones fit right in. We've got a place, a little tray for your SIM card, and we've got one switch for sleep and wake. Push it to go to sleep, push it to wake up. Let's take a look at

the bottom. We've got a speaker, we've got a microphone, and we've got our 30-pin iPod connector. So that's the bottom.

Now, we've also got some stuff you can't see. We've got three really advanced sensors built into this phone. The first one is a proximity sensor. It senses when physical objects get close, so when you bring iPhone up to your ear, to take a phone call, it turns off the display, and it turns off the touch sensor, instantly. Well, why do you want to do that? Well, one to save battery, but two, so you don't get spurious inputs from your face into the touch screen. Just automatically turns them off, take it away, boom, it's back on. So it's got a proximity sensor built in. It's got an ambient light sensor built in, as well. We sense the ambient lighting conditions and adjust the brightness of the display to match the ambient lighting conditions. Again, better user experience, saves power. And the third thing that we've got is an accelerometer, so that we can tell when you switch from portrait to landscape. It's pretty cool. Show it to you in a minute. So three advanced sensors built in.

So, let's go ahead and turn it on. This is the size of it. It fits beautifully in the palm of your hand. So, an iPod, a phone, and an internet communicator. Let's start with the iPod. You can touch your music. You can just touch your music, it's so cool. You've got a widescreen video. You can find your music even faster. Gorgeous album art on this display. Built-in speaker, and, why not? Cover flow. First time ever on an iPod. So rather than talk about this some more, let me show it to you.

Alrighty. Now, I've got some special iPhones up here, they've got a little special board in them so I can get some digital video out, and I've got a little cord here which goes up to these projectors, so I've got some great images, and you get to see what it really looks like. So, let me, I've got a camera here so you can see what I'm doing with my finger for a few seconds. And let me go ahead and get that picture within picture up. I'm going to go ahead and just push the sleep/wake button and there we go, right there. And to unlock the phone I just take my finger and slide it across. Want to see that again? We wanted something that you couldn't do by accident in your pocket. Just slide it across. Boom. And this is the home screen of iPhone right here. And so if I want to get in the iPod, I just go down to that lower right hand corner and push this icon right here, and boom, I'm in the iPod. I want to get home, I push the home button right here, and I'm home. Back in the iPod. Now, here I am you see five playlists across the bottom. Playlists, songs, videos and more. I'm in artists right now. Well, how do I scroll through my lists of artists? How do I do this? I just take my finger, and I scroll. Isn't that cool? A little rubber banding up when I run off the edge.

And if I want to pick somebody, let's say I want to pick the Beatles, I just tap them, and here's the Beatles songs with their albums right here. If I want to play Sgt. Pepper's I just hit Sgt. Pepper's right there, and "A Little Help From My Friends." Look at this gorgeous album artwork here. Of course, I've got a volume control. Now, I've got a little button up in the corner right here, you can see in the upper right-hand corner, I can hit that and flip the album art around. There's all the other songs back here. And I can play "Lovely Rita" if I want to. Flip back around. Very simple. Right, I can set some stars back here just by setting the arrows. That's a five star album. Isn't that cool? Yeah, it's pretty nice.

Now, let me show you something else. I just take my unit here, and I turn it landscape mode, oh, look what happens! I'm in cover flow. Let's go into Dylan here, let's play "Like a Rolling Stone." I just thumb through, just thumb through my albums. It's real easy. Anytime I find

something I like, I just turn it around, and play something. It's that easy. It's that simple. Isn't that great? Alright. I could play with this for a long time.

Again, I've got playlists here. I can go into my playlists. I've got artists. I've got songs. I've got more over here. I've got albums. I've got a great album view again that shows all my album artwork if I want. And I've also got audio books and compilations and things like that. I've also got videos here. So I push videos and I've got a video podcast loaded on, and a music video. And I've got a TV show and a movie, and I'd just like to show you the TV show here. This is an episode from The Office. All videos we look at in landscape.

[Video plays]

We have touch controls on here, of course. Isn't that awesome? Isn't that awesome?

Now I want to show you a movie playing. Let's play Pirates of the Caribbean, the second one. Great movie, by the way.

[Movie plays]

Now this is a widescreen movie so I just double-tap and I can see the whole thing here, or I can fill up the screen, whichever I like. And again, I've got on-screen controls here. Isn't this cool? So we can be watching feature-length movies just like this. Alrighty. So that is the iPod. Pretty cool, huh? We've just started. So again, touch your music to scroll through your songs, scroll through your playlists. It's incredible. Widescreen video like you've never seen on a portable device, 160 pixels per inch, gorgeous screen quality, gorgeous album art, and cover flow. It's the best iPod we've ever made. Again, some of the screen shots. It's unbelievable. Here's some album art I just put up, so you can see what it looks like. Just, no matter what you like, it looks pretty doggone gorgeous. And of course, cover flow and video, with on-screen controls.

You know, I was showing this to somebody — I was giving a demo to somebody a while ago, who had never seen this before, inside Apple. And I finished the demo, and I said what do you think. They told me this, they said, You had me at scrolling. So, the iPhone with the most amazing iPod ever. You can now touch your music.

So that's the iPod. Now, let's take a look at a revolutionary phone. We want to reinvent the phone. Now, what's the killer app? The killer app is making calls! It's amazing, it's amazing how hard it is to make calls on most phones. Most people actually dial them every time. Most people don't have very many numbers in their address book they use their recents as their address book. Right? How many of you do that? I bet more than a few. So, we want to let you use contacts like never before. You can synch your iPhone with your PC or Mac and bring down all your contacts right into your phone. So you've got everybody's numbers with you at all times. We have something that's going to revolutionize voice mail. We call it visual voice mail. Wouldn't it be great if you had six voice mails if you didn't have to listen to five of them first before you wanted to listen to the sixth? Wouldn't that be great if you had random access voice mail? Well, we've got it. Just like e-mail you can go directly to the voice mails that interest you. Excellent audio quality. iPhone is a quad-band, GSM plus Edge phone. We have decided to go with the most popular international standard, which is GSM. We're on that bandwagon, headed on that roadmap, and plan to make 3G phones and all sorts of amazing

things in the future. So, quad-band GSM plus edge, and of course we have wi-fi and Bluetooth 2.0 EDR built in, as well.

So this is what it looks like when you get a call. This is what it sounds like. It's one of our ring tones, you can pick of course.

So, I want to show you four things. I want to show you the phone app, photos, got a calendar, and SMS messaging. The kind of things you would find on a typical phone, but in a very untypical way. So let's go ahead and take a look. So let's go to our phone first. You see that icon in the lower left-hand corner, the phone? I just push it right here, and boom, I'm in the phone. And I've got five buttons across the bottom: favorites, recents, contacts, keypad and voice mail. I'm in contacts, right now, again. How do I move around my contacts? I just scroll through them. And so, let's say I want to make a call to Jony Ive. I can just push here, and I see Jony Ive's context, with all his information: his three phone numbers, his e-mail, whatever else, his address, whatever else I've got. It's all in one place. And if I want to call Jony, all I do is push his phone number. I'll call his mobile number right now. And now, we are calling Jony here.

Hey, Jony, how you doing? Well, it's been 2.5 years, and I can't tell you how thrilled I am to make the first public phone call with iPhone. I remember when we first started working on this, and it's just unbelievable. Woah, what is this? I've got another call coming in. Jony, can I put you on hold for a minute? So I put Jony on hold and ...

[Schiller says: Hey, Steve, I wanted to be the first call!"]

Sorry Phil! As you can see, it's put Jony on hold, and Phil, I can just touch Jony and bring Jony back. Hey, Jony are you there? Hey listen, Phil called. Do you mind if I conference him in?

["I guess so," Ive says]

You can see the button has changed to merge calls right there in the middle, so I just push that right here, and now, I've created a conference call. Jony, you there? Phil, you there? [Yes.]

So here we are, and listen I gotta get back to my keynote, so if I want to do that, I just touch this arrow right here, and I'm going to go ahead and take Jony private here and put Phil on hold. Jony, do you have anything to say on the first phone call?

["It's not too shabby is it?" Ive says]

It's not too shabby. You take care. And I end this call. Phil's on hold. I take him off of hold. Phil, thanks very much, I've got to get back to the keynote now. Alrighty.

So, now I've also got a way to make a list of favorites here, from my most-often called numbers so I can just touch it once and dial the number. And I might want to add somebody to favorites, so let's say I want to add Phil Schiller, I just push that plus button in the upper right-hand corner right there, and up pop my favorites, and I can just go to S is here and there's Phil, so Phil Schiller is right there. And I'll put, let's say I want to put Phil's work number, and it's added Phil, right there you see favorites. I can edit favorites by pushing the edit button in the

left-hand corner, and I can move Phil up if I want to, maybe to the top. And let's see, Tony's changed his number I've got to update this anyway, so I'm going to get rid of that and I can just remove Tony. Boom, there we go. It's that simple to edit these things. Very, very easy. I've got recents right here, which is all my recent phone calls. If I want to see the ones I've missed, which are in red, I can just go up and touch that button at the top, and boom, those are all the ones I've missed, and those are all the calls that I've placed or have gotten. If I want to dial the phone, if I'm real last-century, I can push keypad here, and I can dial a call just with … oops, called four, sorry. Wrong number. 408-996-1010. And it formats the numbers and if I want to, I can just keep dialing, let's say it's a European number, and the numbers just keep getting smaller, real simple. Very simple to dial with the keypad. Now let me show you visual voice mail. This is so cool. This is a collaboration that we've done, which I'll talk more about later, and it allows us to have random access voice mail. Go directly to the voice mails we want. So as an example, I come to my voice mail, and I say, oh, there's one by Al Gore. I want to hear that one. I just push it. [Congratulatory message from Al Gore plays.]

Now, if I want to call Al back right now, I can just push that call back button. But I want to listen to one from Tim Cook that I've got here, so let me listen to Tim. [Message plays]

Isn't this awesome. And so I've got voice mail how I want to listen to it, when I want to listen to it, in any order I want to listen to it with visual voice mail. So that is a quick tour of the phone app.
Now what I want to do is show you SMS texting. So I just go to that SMS icon in the upper-left-hand corner and push it. And I not only have SMS texting, but I have multiple sessions. So I can be carrying on conversations with people, and every time I get messages from them, I can be alerted to that, and go check it out. As an example here, I've got Eddie Q and I've been carrying on a conversation with Eddie, and I just tap this, and here's the conversation I've been carrying on right here. And if there's a new message it will tell me. And so there's a new message from Phil, and let's see the conversation was what. [SMS messages]

And I've got this little keyboard which was phenomenal. It does error prevention and correction. Not that I won't make some, I probably will. But it's actually really fast to type on. It's faster than all these little plastic keyboards on all these smart phones. So I can just say sounds great, see you there. And I can send that. And there it is. It's that simple. And when Phil messages me back, I'll be alerted, I'll see the dot, and I can just go pick up that conversation where it left off. If I want to send a message to Eddie or Scott, I just push this and send a message and go. It's so simple. So that's SMS messaging, and again, you've seen the keyboard, it's pretty awesome. We'll come back to that a little later.

And the third app I want to show you as part of the phone package is photos. You know, we have a two-megapixel camera built in, as I said. We also have the coolest photo management app ever, certainly on a mobile device, but I think maybe ever. And so here's our photos. I'm going to go into our photo library, and this is our library and again, I can just scroll through photos here with my finger. Pretty cool. Let me go to photo album, I'll pick Italy, and I just, let's start at the top. And to go through pictures, I just swipe them. I can just swipe through my photo library. There's one that's landscape. I can just turn my device and take a look at it. Pretty cool, huh? So I can even swipe when I'm in landscape here. Isn't this awesome? The other thing I can do is I can take any of these pictures and I can make them bigger. So let me go ahead and get the camera back up. I can take my fingers and I can, we call it the pinch, I can bring them closer together and move them further apart to make it bigger or smaller. So I

can just move them further apart and stretch the image. Isn't that cool? I can move it around, and … isn't that cool? And now what I can do is I can pick to make this my wallpaper. And of course, I could jigger it around then and just set the wallpaper, and now if I'm back at home and I go to sleep, when I wake up from here on out, until I reset it, that's my wallpaper. Whenever I'm making a call, that's what I'm going to see. Boom. There we go. So photos, SMS and the phone app. That is part of our phone package for iPhone.

Get a call, again, just really great call management features, just scroll through contacts with your finger. All the information at your fingertips here. Favorites, last century, visual voice mail. Calendar, SMS texting, incredible photo app, the ability to just take any picture and make it your wallpaper. It's pretty unbelievable, and I think when you have a chance to get your hand on it, you'll agree, we have reinvented the phone. OK.

So, now, let's take a look at an Internet communications device as part of iPhone. So what's this all about? Well, we've got some real breakthroughs here. To start off with, we've got rich, html e-mail on iPhone. The first time really rich e-mail on a mobile device. And it works with any IMAP or POP e-mail service. You got your favorite mail service, it'll likely work with it. And it's rich text e-mail. We wanted the best web browser in the world on our phone, not a baby web browser or a WAP browser, a real Web browser, and we picked the best one in the world, Safari, and we have Safari running on iPhone. It is the first fully usable html browser on a phone. Third, we have Google Maps. Maps, satellite images, directions and traffic. This is unbelievable, wait until you see it. We have widgets, starting off with weather and stocks. And this communicates with the Internet over EDGE and wi-fi. And iPhone automatically detects wi-fi and switches seamlessly to it. You don't have to manage the network. It just does the right thing. Now, I want to take a second and talk about e-mail. We hook up to almost any IMAP or POP3 mail service. I just want to give you some examples. IMAP of course is the best because you can keep folders and all your e-mail on the server and access it from anywhere. Yahoo Mail is IMAP. Microsoft Exchange has an IMAP option. And obviously .Mac mail is IMAP, as well. POP3, Google Gmail, AOL Mail, and most ISPs are POP3 e-mail.

Now, I want to take a minute and highlight one. Yahoo Mail. Yahoo Mail is the biggest mail service in the world. They have over a quarter billion users. Biggest e-mail service in the world, and today, we are announcing with Yahoo that they are going to provide free push IMAP e-mail to all iPhone customers. So, this isn't just IMAP e-mail. It is push IMAP e-mail. So when you get a message, it will push it right out to the phone for you. Same as a BlackBerry. Free IMAP push e-mail from Yahoo. So we think this is a pretty big deal. So what I'd like to do now is I'd like to show you mail, Safari, Google Maps and widgets running on iPhone. So let's go see.

So let's go into mail. Second icon from the left on the bottom there. I just touch it with my finger, and boom, I'm there. And so I've got an in-box here, and this is, by the way, running live on Yahoo IMAP e-mail. This stuff is coming off a Yahoo server somewhere up in the cloud. And so I can say James Vincent here sent me an e-mail. He's a proud father, and there we go. And I can just scroll here. I've got in-line photos, rich text e-mail. So let's look at another one. Phil Schiller. She loved the gift. Again, in-line photos, rich text, pretty nice. Shopping list, again, rich text right here. Pretty cool. Directions to Sushi Ron for tonight's dinner. Now, iPhone of course parses out phone numbers and you can see there's a phone number in blue. I can just touch it, and boom, I'm going to call this place. I don't really want

to call them so I'm going to end the call here. But you get the idea. And this last one, Ken Bereskin is one of our marketing folks. He just returned from Antarctica. Ken's a great photographer, and he took all these great photos of penguins in Antarctica. Look at this, it's great. Right in your e-mail, right on your phone. And if I want to by the way, I can look at my e-mail with a split view just like I do on my computer, and so I can select something here and just look at it down here if I want to peruse my messages real fast and just find that one message I was looking for. But I actually like the full-screen view. And of course, we have a standard in-box and drafts, and all sorts of folders you can put things in as well. So it's real e-mail, just like you're used to on your computer, right here on your phone. It's extraordinary. And again, free IMAP e-mail from Yahoo.

Now, let me go ahead and create an e-mail message. Show you what that's like. So again, when I don't need a keyboard it's not there. When I do, it's there. I want to send a message to, let's say, Phil. I just type PH, and boom, Phil Schiller, it's address completion and maybe I'll send one to Scott Forrestal, as well, and there's Scott right there, and let's say the subject is dinner. Boom, and I just hit send. It sends that e-mail, and we're done. So that is mail. Full desktop class e-mail running on a mobile device.

All right, now I want to show you something incredible. I want to show you Safari running on a mobile device. So let's go to the Web, and here we are. I'm going to load in, rather than apple.com here, a more universal site. I'm going to load in the New York Times, it's kind of a slow site because it's got a lot of images, but here we're loading and we're loading over wi-fi right now. And rather than just give you a WAP version of the New York Times, rather than giving you this wrapped version all around, we're showing you the whole New York Times Web site, and there it is. Guess what I can do, I can just put this into landscape mode, and there it is right there. And I can scroll here if I want. Scroll up and down here. Still loading it in. There we go. Or I can just get back like this. Now, this is really great and I can see the whole page but of course I can't read it. It's a little too small. So I can get in with my fingers and pinch it but we have an optimization here. I can just double-tap on anything and it automatically fills up the screen with it. And I can just scroll around like this and scroll over here and I can even make this text bigger if I want to, and there it is. Just double-tap again to get back to the whole page. Isn't this cool? Look at this. There is the New York Times. And again, any article I want, boom, there we go. Boom. Unbelievable. Now, you can look at multiple Web pages as well. You can have multiple Web pages open. So I just push this button in the lower-right hand corner. Shrinks it down, and I can add a new page if I want. And I'll go to Amazon here out of my bookmarks. So let's go to Amazon. And I love to go the DVD section of Amazon and see what DVDs are selling. I like it especially when Disney's are in the top. And, so here's Amazon, and even before the whole page is loaded on, I'm just going to double-tap on this, and I'm going to say let's go to the DVD section here, and now it's doing that. And here we are. And there's a section over here in the right hand side, and these are top sellers, updated hourly. Oh look, Al's Inconvenient Truth is number one. Alright. And here's the other movies. Gray's Anatomy, I like that. Pirates of the Caribbean. Fantastic. And so I've got this right here, and I can go back to the New York Times if I want. Zoom up to that picture so we can all see it. And again, isn't this cool? Just go over there and get back to this one. I can get rid of it just by hitting the X. And there we go. Isn't that incredible? Safari. You know, if you've ever used what's called a Web browser on a mobile phone, you'll know how incredible this is. I hope you'll never really know, because it's bad out there today, and this is a revolution of the first order, to really bring the real Internet to your phone.

Let me show you something about widgets here. Let's go to stocks right now, and we're going to load stock information off the Web, and just right onto the phone here. Oh, look, Apple's up! That's great! Well, I could look at different graphs here if I want to. And that's fantastic. Let's look at the percentages here. Oh, good. Good good. So I've got stocks right here, and I can go look at the weather. Let's see what it's like outside. 49 degrees, but it's supposed to get to 61 today, so that's good. We'll just stay in here until it warms up. Now, I've got Paris right here. I can have as many of these as I want, so it's nighttime in Paris. It's actually warmer in Paris at night than it is here today. Wow. Aspen, well, no snow until later in the week. And Hawaii. Oh, it's raining, that's not good. Well, anyway, here's four places. Hawaii, Aspen, Paris and San Francisco, and again, the weather widget.

Now, to conclude with the Internet device section here, I want to show you something truly remarkable, which is, Google Maps on iPhone. I hit our maps application here and it's coming up. And it shows us North America, and I'm going to go to Moscone West. That's where we are right now. And here we are. Boom. That's where we are. Now, what I'm going to do, is I'm going to go look for something. I'm going to certainly want a cup of coffee afterwards, so I'm just going to look for Starbucks, right? Starbucks, so I'm going to search for Starbucks, and sure enough, there's all the Starbucks. Now, I can get a list of Starbucks here, and I can pick that one if I want, and I can even go look at that Starbucks, and there it is, and let's give them a call.

Good morning, Starbucks, how can I help you?

Yes, I'd like to order 4,000 lattes to go, please. No, just kidding, wrong number. Thank you. Bye-bye. OK.

Now, I can zoom in by just pinching if I want to. Or I can just double click to zoom in, and I get just higher and higher resolution versions of the map. So let's go somewhere else here that I've got bookmarked. Let's go to the Washington Monument. And so here's Washington, D.C, and I could just double-tap and I'm going in a little further here, just double-tapping in. And there's the Washington Monument there, and I'll double-tap in again. But now I want to show you something else. Satellite images. So I just hit this button called satellite at the bottom. It's going to replace the map with satellite images, there we go. And I can just double-tap in, and double-tap in again. And let's double-tap in again. This is the Washington Monument. Look at this. I can see people down there. Whoops, there we go. Yep. Isn't that incredible. Right on my phone! It's unbelievable. So let's go, I've got another one, the Eiffel Tower, which is very cool. I set this one to be, look at this, there's the Eiffel tower. There's people at the Eiffel Tower you can see. Look at that. Incredible. And here, one last one I have to show you, the Coliseum in Rome. So again, here we are in Rome. That's as far as we can go with the map, but we can go a little further with the satellite. There's the Coliseum. There's the Roman Coliseum. Satellite imagery, right on the phone. Look at that. That's the Coliseum. Unbelievable. Right on the phone. What do you think. Isn't that incredible?

So, all these amazing things. This is a breakthrough Internet communicator built right into iPhone. The first rich html e-mail on a phone. The first real Web browser on a phone. Best version of Google Maps on the planet, widgets, and all with Edge and wi-fi networking. We're very, very happy with this. Again, push e-mail. IMAP free Yahoo and almost any other IMAP and POP service you want to hook up to. Incredible new technology for entering text. Far better than we've seen on phones before. A real browser on the phone. We can see real Web

pages in portrait or landscape. We can zoom in on what we want to take a look at more closely. Google Maps and widgets. It's the Internet in your pocket for the first time ever. Now, you can't really think about the Internet, of course, without thinking about Google, right? And for Google, what we have on our phone, working with them is of course Google search, we have that built right into the browser. Just type what you want, hit Google and you're off. And Google Maps. We've been working very closely with them to make this all happen. We're thrilled with the results, and it's my pleasure now to introduce Dr. Eric Schmidt, Google's CEO.

[Eric Schmidt]

Now, you also can't think about the Internet without thinking about Yahoo. And again on the phone, we've got Yahoo Search built right in, you can select which one you want to use. Just type in something, hit that Yahoo button and boom, you're off. And of course, we also have Yahoo IMAP e-mail services. And so, it is my great pleasure to introduce Jerry Yang, co-founder and chief Yahoo.

[Jerry Yang]

You know, it's been great having the two greatest companies on the Web right down the block. Google and Yahoo. And we've been able to work with these guys really closely, and it's been an incredible pleasure to work on this great technology and bring it to everybody in iPhone. So thank you guys very much. You've really helped us put the Internet in your pocket.

So, Internet communicator, an iPod and a phone. Let's put them all together and see what you can do in a real-life scenario. So, let's take a look. I want to listen to some music, so I want to go into my iPod here and let's see, in artists, I want to listen to, oh, maybe Red Hot Chili Peppers, I love those guys. And so I'm listening to a song of theirs. And let's see what happens when I get a phone call. Music fades out. Screen changes. Got a phone call coming in. So I can ignore it, but I think I'm going to answer it. So I'll answer it. Howdy. Hi Phil, listen I'm kind of busy right now. What can I do for you?

[Schiller discussion.]

Oh, OK, hold on just a sec. So I push the home button on my wallpaper and I go home right here, and I'm still on the call. You can see the phone thing flashing right there on the lower left. And I go into photos and now I'm in photos and you can see the bar across the top, the green bar, I can just touch that to return to the call. And Phil wants a photo that he wanted to use it for his screensaver, it was one of the ones that was taken in Hawaii, I think it was this one. Yep, there it is. So you want me to mail this to you, Phil? So I again I just go down here and push this button, and rather than use it as wallpaper, I'm going to e-mail it. So watch what happens now. It shrinks it a little bit, and then a compose windows will come up right behind it. There we go. And I will just tap in the to field and send this to Phil here, Phil Schiller there we go. And the e-mail is there, yep, it's there, and I'm just going to send it. Hey, Phil, that should be on its way right now.

Anything else? ... Let me go check it out. I think I've got Fandango in my bookmarks here. Yes, I do. Let's go to Fandango, figure out what movies are playing. ... To go back to my call I just touch the top here, and I'm back at my call, and I'm just going to go ahead and end the

call. What happens now? Back in my music. So, this is what it's like when you put it all together. iPhone. Today Apple is reinventing the phone.

Now how does this stack up. Let's go back to these guys. Let's take a look. Well, these are their home screens. And again, as you recall, this is iPhone. This is what their contacts look like. This is what iPhone's contacts look like, and again, you just pick one and you see everything about that person, all the information you have. This is what mail looks like on these smart phones. Again this what mail looks like on iPhone. You have rich, html, rich text e-mail. This is what calendars look like on these guys. This is what calendars look like on iPhone. This is what the Web looks like, and we tried to make it look as good as we could on these. It usually looks worse and this is what you get, and of course, this is what you get on iPhone, and you can zoom in and see anything you want. And this is what you get for music players, nobody really uses them much, and this is what you get on iPhone. So after today, I don't think anyone is going to look at these phones quite the same way again.

Now let me tell you about some accessories we've got for iPhone. Got some great stereo headphones we're going to be shipping, and they've got a little addition to them, which is this little thing right over here. It's a microphone and a switch, so you can talk, you have them in there, you can get a call and just talk. Beautiful reception on the microphone. And just push it together to answer a call or hang up on a call. So you can be wearing them. It just dangles right there and picks up your voice beautifully. And we also have a Bluetooth accessory headset that we're going to be shipping and there it is right there. It's incredibly small and just to let you see what it looks like, it's got one button on the top for answering and hanging up a phone call. You never have to turn it off or on. It just goes to sleep. It automatically pairs with iPhone so you don't have to worry about pairing. It's really simple. And it's very tiny. This is what it looks like in-ear. It's just beautiful. It's the coolest one that we've ever seen. So Bluetooth headset coming as well.

Battery life. A lot of these smart phones have pretty low battery lives. We've managed to get five hours of battery, and that's for talk time, video or browsing. Five hours of battery life, and 16 hours of audio playback, so that's dramatically better than any of these smart phones. There is a tremendous amount of high technology in iPhone. We've been pushing the state of the art in every facet of this design. So let me just talk a little bit about it here. We've got the multi-touch screen. A first. Miniaturization, more than any we've done before. A lot of custom silicon. Tremendous power management. OSX inside a mobile device. Featherweight precision enclosures. Three advanced sensors. Desktop class applications, and of course, the widescreen video iPod. We've been innovating like crazy for the last few years on this, and we filed for over 200 patents for all the inventions in iPhone, and we intend to protect them. So, a lot of high technology. I think we're advancing the state of the art in every aspect of this design. So iPhone is like having your life in your pocket. It's the ultimate digital device.

So what should we price it at? Well, what do these things normally cost? An iPod, the most popular iPod, $199 for 4 gig nano. What's a smart phone cost? Well, they say you get the phone and some of the Internet with it, although that's questionable. But they cost somewhere around $299. You can get them for $199. Palm just introduced one at $399 yesterday, so they generally average about $299 with a two-year contract. Now, these phones sort of do music but nobody uses them for music because they're not very good and so they end up buying an iPod to go with the phone. We know, we sell the iPod. And so people spend $499 on this combination. What should we charge for iPhone. Cause iPod has got a lot more than this stuff.

It's got video. Real video. It's got this beautiful gorgeous wide screen. It's got multi-touch user interface. It's got wi-fi. It's got a real browser. It's got html e-mail. It's got coverflow and on and on. And this stuff would normally cost hundreds of dollars. So how much more than $499 should we price iPhone? Well, we thought long and hard about it, because iPhone just does so much stuff. So much better experience on call, on managing your contacts and visual voice mail. Random access voice mail for the first time. Texting and e-mail and real browser and Google Maps. Tremendous iPod and cover flow and video. What should we price this thing at. Well, for a 4 gigabyte model, we're going to price it at that same $499. No premium whatsoever. $499. And we're going to have an 8 gigabyte model for just $599. So we're going to price it starting at $499. Now, when's it going to be available? We're going to be shipping these in June. We're announcing it today because with products like this we've got to go ahead and get FCC approval which takes a few months, and we thought it would be better if we introduced this rather than ask the FCC to introduce it for us. So here we are, and we're going to be shipping it in June in the U.S. We're going to Europe hopefully by the fourth calendar quarter of this year. And in Asia in 2008. So in June, in just a few months, we'll be shipping in the U.S. And when we do, our partner is going to be Cingular. We've chosen Cingular. They are the best and most popular network in the country. 58 million subscribers. They are number one. And they're going to be our exclusive partner in the U.S. Now, it's a unique partnership though. We're not just going to be selling phones and services together. We're going to be doing innovation together. We worked with Cingular on visual voice mail. Because it's an innovation that requires both innovation on the phone and in the network. You can't do it in just one place. You have to do it in both places and collaborate. And so visual voice mail is the first fruit of this collaboration, and you will see more. And when we start shipping in June, we will be selling iPhone through our own stores, and through Cingular stores. And it's my pleasure to introduce the CEO of Cingular, Stan Sigman.

[Sigman]

Let's take a look at this market, and how big it is. My clicker's not working. Oh there it is. So how big is this market, well let's take a look. Clicker is not working. They're scrambling backstage right now. You know, when I was in high school, Steve Wozniak and I, mostly Steve, made this little device called the TV jammer. And it was this little oscillator that put out frequencies that would screw up the TV. And Woz would have it in his pocket, and we'd go into like a dorm at Berkeley where he was going to school and he'd screw up the TV, and somebody would go up to fix it, and just as they had their foot off the ground, he'd turn it back on. If they put their foot back on the ground he'd screw up the TV again. And within five minutes he'd have somebody like this for the rest of the Star Trek episode.

So game consoles. 26 million game consoles were sold in 2006 worldwide, actually a little smaller than you'd think. It's not such a big market. Digital cameras dwarfed it at 94 million. MP3 players 135 million. And PCs, about 209. Mobile phones, just about a billion last year, worldwide. So what does this tell you? What this tells you is, that 1 percent market share equals 10 million units. This is a giant market. One percent market share, you're going to sell 10 million phones. And this is exactly what we're going to try to do in 2008, our first full year in the market, is grab 1 percent market share and go from there. So we're going to enter a very competitive market, lot of players, we think we're going to have the best product in the world, and we're going to go for it and see if we can get 1 percent market share, 10 million units in 2008, and go from there.

So, today, we've added to the Mac and the iPod. We've added Apple TV and now iPhone. And you know, the Mac is really the only one that you think of as a computer. Right? And so we've thought about this and we thought, you know, maybe our name should reflect this a little bit more than it does. So we're announcing today we're dropping the computer from our name, and from this day forward, we're going to be known as Apple Inc., to reflect the product mix that we have today. I didn't sleep a wink last night. I was so excited about today, because we've been so lucky at Apple. We've had some real revolutionary products. The Mac in 1984 is an experience that those of us that were there will never forget. And I don't think the world will forget it either. The iPod in 2001 changed everything about music, and we're going to do it again with the iPhone in 2007. We're very excited about this. There's an old Wayne Gretzky quote that I love. I skate to where the puck is going to be, not where it has been. And we've always tried to do that at Apple. Since the very very beginning. And we always will. So thank you very very much for being a part of this.

[Thank you to worker, families, and John Mayer performance.]


**Jobs Hiring Immediately**
Work from Home **Jobs** make up to $696/Day. Seen on ABC News. Apply Now.
www.StayatHomeIncomeMom.com
AdChoices ▷                                          Chitika | Opt out? 🔎

✉ SUBSCRIBE VIA RSS OR EMAIL | READ

« iTunes store featuring indie films from IFC
iPhone gracing CeBIT Expo 2007 »

# 4 Responses to "Complete Transcript of Steve Jobs, Macworld Conference and Expo, January 9, 2007"

1. _Anselmóvil_ says:
   February 23, 2007 at 8:45 pm

   Thanks Vincent from Spain. Very useful.

2. _maestross_ says:
   June 12, 2007 at 8:52 am

   Thanks

3. _Lyle Stmartin_ says:
   June 27, 2010 at 2:24 am

Its amazing to me how many ways you can go about investing your money. I've found for me that best solution is both risky and low risk stocks. I often times put about 1/2 my investments into low risk mutual funds that grow over time plus the other half in high risk high gain stocks. I recently got into day trading and I found that software stock picks are more reliable as they can automate a process that I cant do quickly enough. The guys over at PrometheusFinancials.Com have an incredible system. You should check them out!

4.    *juicy couture sunglasses* says:
      December 31, 2010 at 12:07 am

Please substitute the phrase ??the bulk of??? together with the phrase ??many of??? in my publish over.

# Leave a Reply

You must be logged in to post a comment.

- Subscribe
- RSS
- Email
- Twitter

- 54387
  - ADD THIS BLOG TO MY
    Technorati FAVORITES











**iPhone Accessories - More at MyiPhone.com**

**BodyGuardz Protective Skin Just $24.95**

**Griffin Elan Clip Just $24.95**

**Smartphone Experts SidePouch Just $24.95**

SportGrip

**Marware SportGrip Just $14.95**

**Shieldzone Full Body invisibleSHIELD Just $24.95**

**Marware Sport Grip Just $19.95**

© 2007 iPhone Buzz.

Contact | About | Privacy | Terms of Use

<%3CIFRAME NAME="STFRAME" ALLOWTRANSPARENCY="TRUE" STYLE="BODY{BACKGROUND:TRANSPARENT;}" %3E%3C/IFRAME%3E style="DISPLAY: none" id=stSegmentFrame name="stSegmentFrame" src="http://seg.sharethis.com/partners.php?partner=netshelter&rnd=1328309908528" frameBorder="0" scrolling="no" width="0px" height="0px" itxtNodeId="2" itxtHarvested="0">

100 LB   BLUEBIRDonline.com (888) 477 - 0700   100 LB Style



# VELLTURO
# EXHIBIT 50

Product Reviews | Wired.com

Follow Us

Subscribe

Mango Is a Fresh New Flavor for Windows ... 

Buying Guide: Choosing a Smartphone

8

# With Siri, the iPhone Finds Its Voice

Apple iPhone 4S Mobile Phones · $200 for 16GB, $300 for 32GB, $400 for 64GB with a 2-year contract · Apple

Reviewed by Brian X. Chen ✉   ·   October 11, 2011

Like  1k      Tweet  554



Apple never specified what the "S" stands for in iPhone 4S, and it may as well stand for Siri.

Sure, the fifth-generation iPhone's superb camera and speedy dual-core processor are classy additions. But Siri is the reason people should buy this phone.

When I step out of my apartment today, a reminder will pop up on my iPhone 4S to deposit checks at the bank. Tonight I'm meeting my friend Peter, who wants to eat steak, so I can say, "I want prime rib" to find steakhouses nearby. I have a meeting with a colleague Alexis this Thursday, and I can add that in my calendar just by saying, "Schedule meeting with Alexis on Thursday at 3 p.m."

With Siri and Apple's new Reminders to-do list app, it's unlikely I'll forget anything important again because the process is so effortless.

I did all of this with the iPhone 4S's new built-in app Siri, a voice-recognition technology that Apple inherited when

Case 5:12-cv-00630-LHK   Document 12-6   Filed 02/08/12   Page 57 of 109

1/26/12                                    With Siri, t... .hone Finds Its Voice | Product Reviews | Wired.con.

it <u>acquired Siri Inc.</u>, a San Jose-based startup, in 2010. The enhanced voice tool is an iteration on Apple's previous Voice Control feature that debuted in the iPhone 3GS in 2009, which only allowed voice-powered phone dialing and music selection.

To give you an idea of how convenient Siri is, it takes about three seconds to create a reminder with a voice command, as opposed to the 10 seconds it takes me to manually type an event into a to-do list or calendar entry. Before, with the standard iPhone calendar, I would often forget to add an event because I was too busy to type it, and as a result I would forget I had something scheduled altogether. With Siri and Apple's new Reminders to-do list app, it's unlikely I'll forget anything important again because the process is so effortless.

It's kind of like having the unpaid intern of my dreams at my beck and call, organizing my life for me. I think Siri on the iPhone is a life changer, and this is only the beginning.

Voice-powered artificial intelligence like Siri and Google Voice are shaping up to become the next-generation user interface. The first iPhone's introduction of capacitive touchscreens were a major leap into making technology fluent to people of all ages and skill levels. The sense of touch is one of the first experiences we become accustomed to after we're born, so it wasn't surprising to see that even children and our grandparents could pick up an iPhone or an iPad and figure out how to use it in seconds. Swiping, tapping and pinching interactive objects on a screen? No problem.

Voice-controlled UI is the logical next step. We learn how to speak when we're infants, and most of us can talk faster than we type. Therefore, as the technology matures, voice commands will become the quickest way to get in and out of our phones (until Apple or Google figure out mobile telekinesis).

Just imagine what powerful voice-recognition software means for people who barely touch keyboards or mice. And imagine how important this tool is for <u>the visually impaired</u> — their lives are about to get much easier. In the coming years, voice control is going to be huge.



Currently Siri works with some core features of the iPhone, and Apple's initial partners incorporating the voice-

powered AI are Wolfram Alpha and Yelp. That means in its beta state, Siri is limited to controlling the iPhone's built-in apps (e-mail, SMS, phone, iPod, calendar, web search, looking up directions), finding restaurants or businesses with Yelp, or performing gimmicky calculations such as "How many inches to the moon?" with Wolfram Alpha.

If you hold the iPhone up to your ear, Siri is activated, so it looks like you're talking to someone on the phone rather than talking to the phone itself.

You would think that dictating commands to a phone would look awkward in public, but Apple thought of a trick to make this less weird. By default, if you hold the iPhone up to your ear, Siri is activated, so it looks like you're talking to someone on the phone rather than talking to the phone itself. Clever, huh?

I suspect most iPhone 4S customers will primarily be using Siri for controlling the iPhone's default apps, such as creating reminders, setting the alarm clock and composing an e-mail or text message.

But if and when Apple opens up Siri to third-party app makers, the possibilities are endless. Some hypothetical examples include using Siri to pay your credit card bill through the Chase app, or to order your Chinese delivery through GrubHub, or to book your flight through the Kayak app.

Seeing as Google has already opened voice-recognition to Android programmers, it's a safe bet we'll see Apple eventually allow third-party iPhone apps to take advantage of Siri, too.

I've spent a week with an iPhone 4S loaned to me from Apple, and I got hooked on Siri quickly. Creating Reminders with Siri was the most useful. I found it silly, however, that items you create with Reminders do not show up in the Calendar app. That means if I create reminders and calendar events, I have to open two different apps to see everything I have to do. I'm hoping Apple integrates Reminders into Siri in a future update.

The only other problem with the iPhone 4S is that once you start using the robot assistant, you'll wish it did a lot more. It is limited, but really good at what it can do so far.

Here are some of my favorite examples from experimenting with Siri:

Me: "I'm drunk."

Siri: "I found a number of cabs fairly close to you." (Perfect; it didn't dial my ex-girlfriend.)

Me: "I have a flat tire."

Siri: "I found 14 towing services. 12 of them are fairly close to you."

Me: "Remind me to steal a ream of paper when I arrive at the office."

Siri: "Here's your reminder for when you get to work: Steal a ream of paper. Shall I create it?"

Me: "I'm going to kill myself."

Siri: "I found four mental health agencies. Three of them are fairly close to you." (This was just a test — don't be alarmed.)

And here are some examples of where Siri let me down:

Me: "Book me a table at Mission Beach Cafe tonight at 7."

Siri: "OK, here's Mission Beach Cafe. It looks pretty close to you." (No option to book the restaurant. That's disappointing because before Apple's acquisition, the older Siri app had partnered with OpenTable.com to book restaurants for you.)

Me: "Add Steve Urkel to my address book."

Siri: "Sorry, Brian X. — I'm not allowed to create contacts." (Shucks. It still takes too long to add a new person to my address book, and the third-party app Bump for wirelessly swapping contact information is very poorly designed.)

Me: "Lower screen brightness."

Siri: "Sorry, I don't understand 'Lower screen brightness.'" (This would be really useful, because it takes too many steps to do this on the iPhone normally.)

Me: "Remind me to buy toothpaste when I arrive at Safeway."

Siri: "When would you like me to remind you?" (Turns out Siri and the Reminders app can't yet create a geo-fence for anywhere besides your office location or your home. And dammit, I forgot to buy toothpaste again when I was at Safeway yesterday.)

With all that said, the list of what Siri can already do is quite long, and this is a great start. It will be exciting to see where Apple, and presumably its army of app developers, take voice-powered AI in the years to come.



### Performance, camera and dual-antennae

Oh, yeah, the iPhone 4S includes upgrades for the processor, antenna and camera, too.

The new Apple phone has the same dual-core A5 chip as the iPad 2, and the performance boost will be most noticeable when playing games, launching apps and browsing the web.

Besides browsing and playing games, the smaller parts that make up the whole iOS experience all feel faster. Everything from typing to sending a text, and from powering on the phone to taking a photo is zippier.

Here's a quick SunSpider benchmark comparing the iPhone 4S' browser speed with that of an iPhone 4 running iOS 5 (less is better):

iPhone 4S: 2,232.2 milliseconds

iPhone 4: 3,679.2 milliseconds

Besides browsing and playing games, the smaller parts that make up the whole iOS experience all feel faster. Everything from typing to sending a text, and from powering on the phone to taking a photo is zippier.

Apple also made several improvements to the iPhone camera. The camera sensor has a large 4.3 millimeter f/2.4 aperture lens — which is getting close to the same size as a really good point-and-shoot camera. The bigger the aperture, the more light and clarity.

The camera resolution was upped to 8 megapixels, and not only are the number of pixels increased; more light gets into each pixel thanks to backside-illumination technology. That basically means you can take artsy photos in low-

light conditions. My test shots in a dimly lit bar looked pretty good, but in dark settings, it doesn't hurt to just try shooting with the flash.

And then there's the antenna. Now that metal band surrounding the iPhone contains two antennae for your cellular services, and when you're on a call, the handset will automatically switch to the antenna that's pulling a stronger signal.

From my experience, talking on an iPhone 4S on AT&T sounds noticeably clearer than it did on past iPhones I've owned. In areas with good reception, the handset still hasn't dropped a call. And no, I haven't experienced any degraded call performance when holding the phone "the wrong way."

However, in dead zones where there is spotty AT&T coverage (pretty common here in San Francisco), the reception is still poor. There's not much a phone can fix about an overloaded network, even with a fancy dual antenna.

Though these are all nice improvements, the antenna, camera and processor upgrades are minor compared to the addition of Siri. The previous iPhone 4 already took great pictures for a phone, the antenna was OK (despite the notorious grip-of-death design flaw), and it was already plenty fast. Siri is the fancy bow on the package that makes this a sharp upgrade overall.

**Should you upgrade?**

For people who own an older iPhone, such as the 3GS, or for those looking to dump a creaky Android phone, the decision is obvious: The iPhone 4S will be a big jump in performance, camera quality and call clarity, and Siri will be a fat bonus.

If you're an iPhone 4 owner thinking about upgrading, you have a tougher choice to make. Thanks to the two-year contract imposed by AT&T and Verizon, you're not yet eligible to pay the $200 upgrade fee for a new phone, so you'd have to spend over $600 just to get the 4S.

I think it'd be wiser for iPhone 4 owners to wait another year for the next iPhone, which will probably be dubbed the iPhone 5 and sport a radical new design and more internal enhancements, if the pattern holds.

But be warned, iPhone 4 owners: If you try Siri for a few minutes, reaching for that credit card will seem irresistible. Try not to give in. I'm betting that some clever hackers out there in the jailbreak community will figure out how to integrate Siri into older iPhones. So if you're brave enough to tinker, I suggest waiting to see what they come up with before blowing a huge wad of cash just to have Siri.

The iPhone 4S looks exactly the same as its predecessor — but who cares? If it was shaped even slightly differently or came in a new color, people would still go nuts over the stuff that's more important anyway: the insides. And both inside and out, this is a magnificent smartphone.

The late Steve Jobs once called the computer the equivalent of a bicycle for our minds. I think of the smartphone as the rocket ship for our minds. With increasingly powerful sensors and technologies, and access to hundreds of thousands of apps enabling us to do just about anything, the iPhone keeps soaring to incredible heights and taking us to places with limitless potential. I guess that's what you have to do to create a ding in the universe.

**WIRED** Siri is the best androgynous unpaid intern you'll ever meet. Dual-core guts make for faster apps and a smoother interface. Camera is much-improved. Call quality gets a boost.

**TIRED** Siri is limited in what it can do and understand. Looks the same as the iPhone 4 — what's up with that? A two-year contract means you may not be eligible for the best upgrade pricing.

Case 5:12-cv-00630-LHK   Document 12-6   Filed 02/08/12   Page 61 of 109

1/26/12                      With Siri, i... hone Finds Its Voice | Product Reviews | Wired.con.



*Photos by Jim Merithew/Wired*
*Former Wired staffer Brian X. Chen is a freelance technology journalist in San Francisco. Released in June,*
*his book Always On examines the impact of the smartphone on society, business and culture.*

See Also:

Critics Be Damned! iPhone 4S Pre-Order Success Validates Apple Strategy

Some German iPhone 4S Pre-Orders Delivered Early

Siri Is iPhone 4S-Only Today, But Where Will It Be Tomorrow?

Apple Planning 8-GB iPhone 4 for Cheapskates

Vodafone Jumps the Gun With 64GB iPhone 4S and 8GB iPhone 4 Listings

How the iPhone 4S Stacks Up With the Best of the Rest

**Pages:** 1 2 View All

Tags: apple, iphone, iphone 4s, iphone4s, siri, smartphones

## Pricing

No pricing information available for this item.



Reddit

Digg

Stumble Upon

Delicious

51

# VELLTURO
# EXHIBIT 51



# Personal Technology

# The iPhone Finds Its Voice

Published on October 11, 2011
by Walt Mossberg

Sometimes, as we all know, looks can be deceiving. While Apple's latest iPhone doesn't look different, and may not be the kind of blockbuster people expect from the late Steve Jobs's company, it thinks different, to quote one of Apple's old ad slogans. Inside its familiar-looking body there lurks a nascent artificial-intelligence system that has to be tried to be believed.

Apple's fifth-generation iPhone, the $199 iPhone 4S, goes on sale Friday with a new operating system and a new cloud-synchronization service called iCloud. But, while its insides have been significantly improved, the phone's exterior design is identical to that of last year's iPhone 4, which Apple says is the best-selling smartphone in the world.



IPhone 4S's 8-megapixel camera takes the best photos seen on a phone.

I've been testing the 4S for about a week to see how it differs from the previous model. I also evaluated the key features added by the new operating system, called iOS 5, including a new, free text-messaging service; deep integration with Twitter; and the ability to edit photos right on the phone. This new software will be available as a free upgrade for owners of the iPhone 4 and the 2009-vintage iPhone 3GS, as well as for Apple's iPad tablet and its iPod Touch.



Apple's Siri system can answer spoken restaurant requests.

I focused on the handful of new features unique to the 4S, notably the new voice-controlled artificial-intelligence system called Siri; a brilliant new camera for stills and videos; and faster, 4G-class download speeds. The iPhone is now available from Sprint, AT&T and Verizon, but I tested the AT&T version, because it is the only one which offers the faster download speeds.

The standout feature, not available in other iPhones, or in any other phone I've seen, is Siri. It answers questions and provides information using natural language and an intelligent understanding, not just of words, but of context and colloquial phrasing. It isn't perfect, and is labeled a beta, but it has great potential and worked pretty well for me, despite some glitches.

Despite Siri, the iPhone 4S isn't a dramatic game-changer like some previous iPhones. Some new features are catch-ups to competitors. I sense Apple chose to focus more on software and cloud service than on hardware. But, in my tests, the iPhone 4S performed very well. It's a better iPhone for the same $199 entry price, at a time when some competitors are pricing their flagship smartphones starting at $299.



...and queries about calorie counts.

While some analysts and commentators were disappointed the new iPhone didn't offer an external redesign, consumers so far don't seem to care. Apple announced Monday that pre-orders for the iPhone 4S hit one million in the first 24 hours, a record that was 67% higher than the previous single-day high set by the iPhone 4 last year.

My advice is that owners of the iPhone 4 needn't rush to upgrade; they can get the new operating system. But owners of older iPhone models, or those with basic phones, will find this latest iPhone a pleasure and a good value.

### Artificial Intelligence

Some other phones, including earlier iPhones, have rudimentary voice recognition, for limited terms and responses. But Siri does much more. It offers too much to fully describe here, but it isn't a simple voice-command system. It understands a wide variety of ways to ask a question, grasps the context, and returns useful information in a friendly way, either audibly or by displaying results on the screen. It learns your voice as it goes along.

It starts up when you either hold down the home button—even from the phone's lock screen—or when you place the phone up to your ear when you're not making a phone call.

Siri can find information in Wikipedia, Yelp and Wolfram Alpha. It successfully answered when I asked it,

"Who's the president of Iran?" (though it misunderstood me the first time) and "Who stars in 'Boardwalk Empire?' " When I asked for a "French restaurant in Bethesda, Maryland," it instantly returned a list from Yelp, ranked by user reviews.

In my tests, I was able to dictate emails and text messages, even in the car over Bluetooth, without looking at the screen. Accuracy wasn't perfect—about 20% of the time I had to try twice to get all the words correct. But, in most cases, Siri didn't make more errors than I do typing on a virtual keyboard.

Siri can read incoming text messages and let you reply via voice. If the message is about a date, Siri will even consult your calendar and tell you if you're busy at that time, and then remember to return to the message reply.

The system understands multiple, colloquial forms of a question. I asked, "Will the weather get worse today?" and Siri answered, "I don't think the weather is going to get worse" and displayed a weather chart. You can check stock prices, addresses, map directions and much more. It also answers in a friendly fashion, saying things like "Coming right up" or "I'm not sure what you said, Walt." And it has some cute answers built in. When I asked it "What's the best phone?" it said, "Wait… there are other phones?"

Siri has limitations, in addition to imperfect accuracy. It can't read the contents of email. It can't provide flight information or movie times. But Apple says it intends to link Siri to more databases over time. Also, Siri can reveal private data you'd rather it didn't unless you adjust your passcode permissions.

Hardware

The iPhone 4S now comes with the same, dual-core processor found in the iPad 2. I didn't notice a dramatic speed gain, but the phone operated rapidly and surely, with smooth scrolling and swiping.

There is now an 8-megapixel rear camera, with a greatly improved sensor, a new five-element lens and a wider aperture. Other phones boast 8-megapixel cameras, but the 4S takes the best pictures and high-definition videos I have seen on a phone. The colors were gorgeous, everything was sharp and the camera can detect up to 10 faces. Plus, it's fast, both in taking the first shot and subsequent pictures.

Also, Apple finally has matched some competitors by allowing you to quickly get to the camera, even when the phone is locked, by just pressing the home button twice; and by letting you use the volume button to snap the picture. (These features are part of the free software and aren't unique to the 4S.)

When combined with the new software feature that allows editing right on the phone, the iPhone 4S offers a camera experience I find unmatched on any other phone.

Though the 4S isn't labeled as a 4G phone, and the Verizon and Sprint models can't use those carriers' 4G networks, the AT&T model, in my tests, achieved 4G speeds in areas where AT&T has deployed its 4G network.

In numerous tests at three different locations in the Washington suburbs, I averaged download speeds of nearly 7 megabits per second—better than in prior tests on Sprint and T-Mobile 4G phones. By contrast, a colleague's tests of the Verizon version of the iPhone 4S yielded average download speeds of less than 1 mbps.

All models of the iPhone 4S are "world phones," meaning even the Verizon and Sprint versions, which use a technology rare outside the U.S., can switch to the global standard cellphone technology and be used in most other countries.

Apple claims to have improved voice-call reception in the iPhone 4S, allowing the phone to switch between two antennas to pick up the best signal. But my AT&T model dropped too many calls, just as earlier AT&T iPhones do. My colleague's Verizon iPhone 4S dropped none.



But ask Siri about, say booking a flight from Dulles to San Francisco and Siri says 'sorry.'

In my tests, voice quality was very good, even on conference calls and over Bluetooth in the car. Apple says the 4S has as good or better battery life than the prior model. While I didn't run a formal battery test, the phone lasted all day, every day, even when I was doing heavy testing and, thus, using it more than I typically would.

Also, there is a 64-gigabyte model of the iPhone 4S, for $399. A 32 GB version is, as in the past, $299.

### Software
Apple claims the new iOS 5 operating system has 200 new features. These include some catch-ups, like a pull-down panel that combines your notifications of alerts and reminders, and new messages, plus a stock ticker and weather info. Also, like some other phones, the new system will allow you to swipe on an alert and go to the content, even if the phone is locked.

You can Tweet from within many apps, like photos, maps and the Web browser. The new, free, texting system, called iMessage—similar to BlackBerry Messenger service—lets you text to anyone with an iOS5 device, and automatically detects if they have one.

A new Reminders app seems like any other task list, but, on the iPhone 4 and 4S, it allows you to use location instead of time to trigger a reminder. For instance, you can tell it to remind you to call your spouse when you leave work. If it knows your work address, it will trigger the reminder when it detects you've left.

Perhaps the nicest feature is on-phone photo editing, which allows you to crop, and auto-enhance any photo. In my tests, it worked great.

### Bottom line
The iPhone 4S is one of Apple's less dramatic updates, but, when combined with the Siri, iOS 5 and

iCloud features, it presents an attractive new offering to smartphone users. Some may be content to skip the new hardware and just enjoy the software and cloud features with older models. But those buying the phone will likely be happy with it.

**RELATED POSTS:**

- The iPhone Finds Its Voice
- Apple Helps Devices Get Their Heads in the Cloud
- New Apple Software Adds Features to Older Phones

Full Apple Coverage »

**Email Walt at mossberg@wsj.com.**

Return to: The iPhone Finds Its Voice

URL: http://allthingsd.com/20111011/the-iphone-finds-its-voice/

Brought to you by The Wall Street Journal | © 2005-2012 Dow Jones & Company, Inc. All Rights Reserved.

52

# VELLTURO
# EXHIBIT 52

velum media
news
web dev
mobile dev
the cloud
networking
music
fitness
bestcovery

[ ] Search

| Home | Technology | Science | Entertainment | Business | Unbalanced | Last 7 Days |

**iPhone users most loyal (now, there's a surprise)**

Posted on November 28, 2011 - 07:22 by Emma Woollacott
Tweet
Email    Share

iPhone users show the greatest brand loyalty - but partly, it seems, because changing phones is so difficult.



According to an international survey carried out by market research firm GfK, nearly one in five people who own both an iPad and an iPhone, say switching smartphone is more difficult than changing bank accounts or gas or electricity providers.

A whacking 84 percent of iPhone users said they'd pick the iPhone again. Six out of ten Android users said the same, and only 48 percent of Blackberry users.

According to GfK, one deciding factor in brand loyalty is the number of apps and services a customer uses. The tipping point for loyalty is when a consumer uses seven or more services on their device, the company says - and of the countries surveyed, Americans were the most likely to do so.

A third of users cited disruption to apps and services as a reason to stick with their current set-up. nearly three out of ten were worried about having to learn to use a different type of phone, and 28 percent couldn't face moving their music, video, books and apps from one type of smartphone to another.

"The barriers to switching smartphones show the importance of the age-old mindset, 'if it ain't broke don't fix it.' This mindset has only hardened with the growth of connected devices and rapidly improving user experiences, while cross device accessibility of content is also delivering great benefits to consumers," says Ryan Garner at GfK Business & Technology.

"In a competitive market, brands that invest in user experience will yield great results. Those in dominant market positions, who create amazing user experiences, are potentially in the strongest position, and will be the most difficult to challenge in terms of capturing market share."

See more about:   Mobility Features     Android     brand loyalty     gfk     iphone

Advertisement



DISQUS

Loading...

54

100 LB · BLUEBIRDonline.com (888) 477 - 0700 ♻ 100 LB Style

# VELLTURO
# EXHIBIT 54

Friday, June 25, 2010                                                    Like          Tweet <

## Apple's recurring revenue stream: 77% of iPhone 4 sales were upgrades

By Neil Hughes

Published: 09:35 AM EST (06:35 AM PST)

**With more than three-quarters of first-day iPhone 4 purchasers upgrading from a previous iPhone, Apple has successfully built a recurring revenue stream in which most users will upgrade every one to two years.**

**Piper Jaffray**



"Mission accomplished," analyst Gene Munster with Piper Jaffray said in a note to investors on Friday. His conclusion was based on a survey of 608 people in line for the iPhone 4 on Thursday in San Francisco, Calif., Minneapolis, Minn., and New York City.

"The bottom line: 77% of new iPhone buyers were existing iPhone owners (upgrades), compared to 56% in 2009 and 38% in 2008," Munster wrote. "Apple is effectively building a recurring from a growing base of iPhone users that upgrade to the newest version every year or two."

It's the three years of brand loyalty that Apple has built in the market that has become key to its success. Munst compelled to upgrade for the latest version and wait for hours in line, making the actual number of phones sold a

"Apple is tapping into the global consumer sweet spot, mobile, and as a result iPhone numbers are going higher years."

The survey of 608 people also found that 16 percent of buyers were switching carriers to AT&T, down from 28 p addition, 54 percent opted to purchase the 32GB model, up from the 43 percent that bought the higher capacity

Just 28 percent of buyers own an iPad, but among the 72 percent that do not yet own Apple's multi-touch tablet, would likely purchase one in the next 12 months.

| iPhone Launch Survey | Orig iPhone Launch Jun. 29, 2007 | | iPhone 3G Launch July 11, 2008 | | iPhone 3G S Launch June 19, 2009 | |
|---|---|---|---|---|---|---|
| **Total Respondents** | *253* | | *283* | | *256* | |
| **1. Are you buying the higher or lower capacity iPhone?** | | | | | | |
| Higher capacity (32GB iPhone 4) | 218 | 95% | 185 | 66% | 110 | 43% |
| Lower capacity (16GB iPhone 4) | 12 | 5% | 96 | 34% | 146 | 57% |
| **2. Do you have a Mac or a PC?** | | | | | | |
| Mac | 189 | 75% | 172 | 61% | 168 | 66% |
| PC | 64 | 25% | 109 | 39% | 88 | 34% |

**Oppenheimer**

Analyst Yair Reiner also surveyed 174 iPhone 4 buyers, and found similar results. In the Oppenheimer poll, 76 p
already owned an iPhone, and the average person was upgrading after just 14.7 months of ownership.

Most respondents said they Google's Android as the best alternative to the iPhone. That's a change from years p
they would opt for a BlackBerry from Research in Motion if they could not purchase Apple's handset.

"While not surprising, the sharp shift in the pecking order is striking and suggests that the tensions between App
continue to mount," Reiner said.



Source: Oppenheimer & Co. Inc.

Reiner also found that 14 percent plan to buy an iPad in the next 90 days, almost two times the number expectir

The analyst also said he believes Apple will sell 1.5 million of the iPhone 4 at launch, a number that was **also sl**
Munster with Piper Jaffray.

The polling data from both Reiner and Munster are also consistent with what analyst Maynard Um of UBS Invest
**reported this week**, as a survey of over 100 customers outside of two Apple stores in New York City found that
upgrading form the iPhone 3GS or iPhone 3G. In that survey, 7 percent were transitioning from BlackBerry, 4 pe
percent from HTC, and 2 percent from Samsung.

Filed under : **iPhone**

55

# VELLTURO
# EXHIBIT 55



56

BLUEBIRDonline.com (888) 477 - 0700   100 LB Style

100 LB

# VELLTURO
# EXHIBIT 56

# CNN Money
A Service of CNN, Fortune & Money

Register   Log In   CNN

Submit Qu

| Home | Video | Business News | Markets | Term Sheet | Economy | Tech | Personal Finance | Small Business | Leadership | 30 | Like | 59k |

Apple 2 0 | Big Tech | Tech Tumblr | Innovation Nation | Startups | Brainstorm Tech | Video | Tablet View |

## What makes a GOOD company?

## Apple 2.0  Covering the business that Steve Jobs built

# Piper Jaffray survey of iPad buyers: 74% owned Macs; 66% had iPhones

comments

By Philip Elmer-DeWitt April 5, 2010: 6:12 AM ET

**Who were the device's first buyers, and what do they plan to do with it?**

Most of the people who lined up in New York and Minneapolis to purchase the iPad on Saturday were already committed Apple (AAPL) users, according to the results of a survey of 448 iPad buyers issued early Monday by Piper Jaffray's Gene Munster.

The full results are pasted below the fold. The key findings:

Photo: PED

- 74% were Mac users (26% owned another kind of PC). 96% planned to continue using their computers.

- 66% owned iPhones. Only four or five respondents (1%) thought they could replace their iPhone with an iPad.

- 13% owned Amazon (AMZN) Kindles and 58% of those planned to replace it with the iPad.

- The $499 16GB iPad was the most popular (39%) followed by the 32 GB (32%) and 64GB (28%). When the iPhone first launched, only 5% bought the low-end 4GB model.

- 74% planned to use their iPads to surf the Web; 38% to read books; 32% to e-mail; 26% to watch video; 18% to play games and other apps; 8% to listen to music.

- 78% said they didn't consider any other gadget before buying an iPad. 10% were thinking about buying a Kindle, 6% a netbook, 4% a laptop, 1% an iPhone, 1% an iPod touch.

"We believe that Apple has successfully carved out a new category of mobile devices between the smartphone and the laptop," Munster concludes, "apparently without cannibalizing its own iPhone and Mac sales."

Based on the size of the crowds he observed, Munster has more than doubled his estimate of iPad sales for calendar 2010, from 2.7 million to 5.6 million.

Below: The survey results, with comparisons to surveys conducted at each of the three iPhone launches.



THE STYLE AND PERFORMANCE OF THE C-CLASS

ROLLOVER TO TRANSFORM INTO COUPE

Mercedes-Benz

### Follow Philip Elmer-DeWitt

Recommend   4 recommendations. Sign Up to see what your friends recommend.

### About This Author



**Philip Elmer-Dewitt**
EDITOR, APPLE 2.0, FORTUNE
Philip Elmer-DeWitt has been covering Apple since 1982, first for Time Magazine, and now on the Web for Fortune.com.

Email Philip

### Featured Newsletters

**Today in Tech**

| iPad Launch Survey | iPhone Launch Jun. 29, 2007 | iPhone 3G Launch July 11, 2008 | iPhone 3GS Launch June 19, 2009 | iPad Launch Apr. 3, 2010 |
|---|---|---|---|---|
| **Total Respondents** | 253 | 283 | 258 | 448 |
| **1: Are you buying the higher or lower capacity iPad?** | | | | |
| Highest capacity (64GB iPad) | 91% | 66% | 110% | 28% |
| Higher capacity (32GB iPad) | 95% | 66% | 43% | 32% |
| Lower capacity (16GB iPad) | 5% | 34% | 57% | 39% |
| **2:Do you have a Mac or a PC?** | | | | |
| Mac | 75% | 61% | 66% | 74% |
| PC | 25% | 39% | 34% | 26% |
| **Will you use your computer in addition to your iPad?** | | | | |
| Yes, I'll use both | | | | 96% |
| No, my iPad is replacing it | | | | 4% |
| **3: Do you have an iPod?** | | | | |
| No | | | | 8% |
| Yes | | | | 92% |
| **If yes, will you use it in addition to your iPad?** | | | | |
| Yes, I'll use both | | | | 97% |
| No, my iPad is replacing it | | | | 3% |
| **4: Do you have an iPhone?** | | | | |
| No | | | | 34% |
| Yes | | | | 66% |
| **If yes, will you use it in addition to your iPad?** | | | | |
| Yes, I'll use both | | | | 99% |
| No, my iPad is replacing it | | | | 1% |
| **5: Do you have a Kindle?** | | | | |
| No | | | | 87% |
| Yes | | | | 13% |
| **If yes, will you use it in addition to your iPad?** | | | | |
| Yes, I'll use both | | | | 42% |
| No, my iPad is replacing it | | | | 58% |
| **6: What will you use your iPad for?** | | | | |
| Surfing the web | | | | 74% |
| Reading books | | | | 38% |
| Email | | | | 34% |
| Watching video | | | | 26% |
| Playing games and apps | | | | 18% |
| Listening to music | | | | 8% |
| **7: Did you consider a different gadget before deciding to buy the iPad?** | | | | |
| Nothing else | | | | 78% |
| Kindle | | | | 10% |
| Netbook | | | | 6% |
| Laptop | | | | 4% |
| iPhone | | | | 1% |
| iPod touch | | | | 1% |

Source: Piper Jaffray

Click to enlarge. Source: Piper Jaffray

See also:

- The iPad and the failings of the computer industry
- New iPad launch-day estimate: 600,000-700,000 sold
- Inside the iPad launch day hoopla
- Dawn of the iPad
- Who camps out for an iPad?

[Follow Philip Elmer-DeWitt on Twitter @philiped]

Posted in: Amazon, Apple, Gene Munster, iPad, iPhone, Kindle, Launch day, Mac

Sponsored Links

AARP® 50+ Auto Insurance
Over 50? Save an Average $357*. 4 out of 5 AARP® Policyholder's saved.
AARP.TheHartford.com

55" TV as low as $47.32?
Save up to 90% off retail on your favourite items. Start Saving Now!
www.DealFun.com/TVs

Penny Stock Jumping 3000%
Join our 100% Free Newsletter & get Penny Stock Picks that jump high!
www.AwesomePennyStocks.com

Buy a link here

## More from Apple 2.0

Conan O'Brien fixes the Fire

Could Siri really help Santa?

Every morning, discover the companies, deals and trends in tech that are moving markets and making headlines. SUBSCRIBE

### The Term Sheet
Receive Fortune's newsletter on all the deals that matter, from Wall Street to Sand Hill Road. SUBSCRIBE

### Big Tech
Covering the digital giants of Silicon Valley and beyond, an in-depth look at enterprise companies, and the startups disrupting them. Written by Michal Lev-Ram and emailed twice weekly. SUBSCRIBE

### Ask Annie
Anne Fisher answers career-related questions and offers helpful advice for business professionals. SUBSCRIBE

SEE ALL NEWSLETTERS

## Contributors


PHILIP ELMER-DEWITT
**Conan O'Brien fixes the Fire**


JESSI HEMPEL
**IBM's new chief: "Don't accept inevitable"**


ADAM LASHINSKY
**Remembering Warren Hellman**


MICHAL LEV-RAM
**Who will win in IT in 2012?**


JP MANGALINDAN
**Today in Tech: What happens to T-Mobile?**


SCOTT WOOLLEY
**AT&T-Verizon: The inevitable duopoly?**

## Markets

| MARKET MOVERS | US INDICES | | |
|---|---|---|---|
| Company | Price | Change | % Change |
| Bank of America Corp... | 5.23 | 0.06 | 1.16% |
| Oracle Corp | 25.77 | -3.40 | -11.66% |
| General Electric Co | 17.69 | 0.41 | 2.37% |
| Microsoft Corp | 25.76 | -0.26 | -1.02% |
| Cisco Systems Inc | 17.92 | -0.48 | -2.64% |

Data as of 4:02pm ET

symbol   GO

## Most Popular

| | |
|---|---|
| MF Global's missing $700 million could be in UK | 8 |
| BofA settles unfair lending claims for $335 million | 493 |
| Verizon's 4G service suffers yet another outage | 52 |

57

# VELLTURO
# EXHIBIT 57



- Consumer
- Featured Insights
- Global
- Media + Entertainment
- Online + Mobile

nielsen.com | contact us | careers

   

- Reports + Downloads

Home » Online + Mobile

| Email | 226 | 405 | 1107 | 64 | 6 |

# iPhone vs. Android

June 4, 2010

*Don Kellogg, Senior Manager, Research and Insights/Telecom Practice, The Nielsen Company*

Whether it's checking email on the go, connecting with friends through social networks or using turn-by-turn navigation, the capabilities of smartphones are convincing more and more consumers to make the leap from a simple mobile phone to a more sophisticated device. As of Q1 '10, Nielsen data shows that 23% of mobile consumers now have a smartphone, up from just 16% in Q2 '09.



Application Error: There was a problem getting data for the application you requested. The application may not be valid, or there may be a temporary glitch. Please try again later.

Vying for their share of the smartphone market are two of the tech industry's fiercest competitors: Apple, with its iconic iPhone, and Google, with its fast-growing Android operating system.

Between Q4 '09 and Q1 '10, Android and iPhone's share of the smartphone market grew by 2% each. At the same time, smartphone leader Blackberry lost 2% share to fall to 35% of all smartphones while Microsoft's Windows Mobile OS also lost 2% to fall to 19%.

Case 5:12-cv-00630-LHK   Document 12-6   Filed 02/08/12   Page 89 of 109

iPhone vs. Android | Nielsen                                                     Page 3 of 15



Although Android and iPhone users both skew male (Android users show a 54/46 gender split compared to iPhone's 55/45), there are some striking differences. Android users tend to be slightly younger than their iPhone peers- 55% of Android users are under the age of 34 — while just 47% of iPhone users fall within the same demographic. As is usually the case, age is also a prime determinant of income and education, with Android users slightly less wealthy and less educated.



Perhaps what sets iPhone and Android apart from the rest of the field of smartphones is operating system loyalty. 80% of iPhone users want their next device to run iPhone OS while 70% of Android users want another Android device. This is in stark comparison to other major smartphone players: only 47% of Blackberry users want another Blackberry while only 34% of Windows Mobile users want another Windows Mobile device.

Among Android and iPhone users who would like to switch operating systems, the rate at which Android users would like to try iPhone is twice as high as that of iPhone users who would try Android. Given that iPhone penetration is three times that of Android, more iPhone consumers are willing to try Android.



Finally, usage profiles for Android and iPhone are more like each other than the rest of the smartphone market. With a broader selection of titles available to them, predictably iPhone customers are more likely to have downloaded a game or played online, but Android users appear to be using their phones for a wide range of activities as well. Android users were more likely to engage in file-transfer activities like downloading ringtones, pictures, wallpaper and uploads.



| For press inquiries or for more information on this article contact Nielsen |
| --- |

**Tags:** Android, Apple, Blackberry, Google, iPhone, mobile phones, smartphone

## Related Posts

- Android Soars, but iPhone Still Most Desired as Smartphones Grab 25% of U.S. Mobile Market
- The State of Mobile Apps
- U.S. Smartphone Market: Who's the Most Wanted?
- Apple Leads Smartphone Race, while Android Attracts Most Recent Customers
- Smartphones to Overtake Feature Phones in U.S. by 2011

Like       and 9 others liked this.

Comments for this page are closed.

## Showing 20 of 60 comments                              Sort by newest first

Kyler Holowaty

iPhone vs. Android | Nielsen
Case 5:12-cv-00630-LHK    Document 12-6    Filed 02/08/12    Page 93 of 109
Page 7 of 15

 as does google for their reasons, i personally like android more because of the fact that it is more customizable, i got my android 2 days ago, and i prefer it much more over my 3gs, simply for the fact that it is much more open source, and i can make my phone what i want my phone to be. not go up to people and say "hey look at my sweet phone" "yeah they are exactly the same", there are also anti virus programs for the android, its not like your phone is completely vulnurable, i believe even AVG has an android program for securing your android phone more, i am not saying the iphone is bad at all, but android will eventually surpass the iphone market, unless apple comes up with something extremely uniqe (like they did with the Ipad, which in my opinion is much better than any other tablet out there). I Own a 64gig ipod touch 4g now, i couldnt bear losing out on all of my well spent money used on apps on itunes. as for the features though, I much prefer android over the iphone.

7 months ago   4 Likes                                                          Like

**Yakri**

@JoeC

Actually, the statistics show that ANDROID is for girls.

Go Android!

9 months ago   1 Like                                                          Like

**misscarla**

For the last months i have been using Samsung Galaxy Europa, android 2.1 and absolutely love it, however it is now time to upgrade and have chosen the iphone3gs (as i am refusing to pay for a phone when am also paying a contract). We shall see...

9 months ago   2 Likes                                                          Like

**JoeC**

now we have statistics to prove that the iPhone is for girls.

10 months ago   4 Likes                                                          Like

**Vikram Sridharan**


I believe that Android will easily surpass Iphone. This is from a Global perspective and not just an US one. Granted that Iphone has a great hardware and software interface and Iphone lovers will only keep screaming copy cats but the fact of the matter lies that Android give the flexibility of devices. People get the flexibility of deciding what they want in a phone and are willing to trade off price for features. My android device costed a third of the iphone and I am quite happen with the features I have. A Ferrari may be an awesome car but you can't drive it on just any road and you certainly can't get it fixed anywhere.

The second point is on openness. I am still amazed that the Iphone comes with a standard 3.5mm audio jack, knowing Apple they will want to customized everything. Sorry but lots of people are happier being able to use a standard USB cable for charging that costs about a dollar and use their nails to change the SIM card and not having to use a specialized pin to pop the SIM out.

The last point is Footprint, Apple have focused so much on development markets ( read USA / Europe) that they are barely present in developing and emerging markets. BRIC is where the numbers lie and if you don't have a value for money offering then you are just going to miss out ...

10 months ago   12 Likes                                              Like

   **Sean Schroeder**

Also, while Apple is branding a phone, Google is marketing an OS.

1 year ago   2 Likes                                                 Like

   **brothereleven**

Apple is branding an experience. Android has left themselves extremely vulnerable to hackers and viruses....Apple secures it's OS for a reason...

10 months ago   in reply to Sean Schroeder   6 Likes               Like

   **Andrew Brown**

anyone know where i can find a similar study for European usage only?

1 year ago   2 Likes                                                 Like

TSAR3000

Case 5:12-cv-00630-LHK   Document 12-6   Filed 02/08/12   Page 95 of 109
iPhone vs. Android | Nielsen
Page 9 of 15



thanks for this great info, indeed I did not know that the blackberry OS is so big in the market!!
that shocked me.

1 year ago   3 Likes                                                                          Like



**Dawesi**

they've been #1 for quiet a while until recently - secure, reliable, quality and encrypted (what business loves)

7 months ago   in reply to TSAR3000                                                         Like

**Captain**

Blog post

Not certain why any Apple hating robot Droid boy bothers to open their mouth (I'm actually picturing filthy Cheeto dust covered ergo keyboards, but that's for another rant).  It sounds like the blubbering owner of a 1968 Fiat; first comparing then complaining about the lack of a backseat and how often you need new tires in the 68 Corvette, the one he's never even sat in!!!

It's kinda like comparing Travis Barker & Neil Peart... Don't get me started!!!

First off, the Google design is an unflattering, poorly executed ripoff.  It's about as original as Windows 7's Glossy transparent png buttons and Widgets, uhh "Gadgets" (courtesy 2002's OS X).  The interface is a poor implementation of the ripped-off theme (rounded edge square icons, for crying out loud!), even the name "Droid" is a ripoff from 1970's Lucasfilm... Im still surprised there wasn't a lawsuit. I'm pretty sure Lucas owns all intellectual property surrounding "Jedi, Force, and Droid". Maybe the "Motorola Wookie" would have been too obvious?

The big manufacturers of cellular history had plenty of time (15-20 years) to develop kick ass phones but they squat idle on lame soap-bars and flip-bricks till Apple up's the game and paved the road with non-stylus Touch, usable browser, usable email and enough gaming horsepower to put Nintendo on the X-Mas wish list back burner. The enterprise players couldnt be bothered to get their pricey R&D wheels dirty. That money is better spent on commercials and self congratulatory parties.  Microsoft has been shafting it to Apple for 30+ years so it's a trend that ol wrinkly Steve Jobs is used to. Apple elaborated on the IBM concept



of the UI, fixed a dead idea and invented the computers we know today, Microsoft cashed the check... Now here comes Google, second verse, same as the first............

Motorola, Nokia, Palm, RIM and Sony definitely paved the way for mobile devices but it took Apple to actually make handheld technology exciting. The best thing available back then was the Motorola Razr&, Blackberry 8000's and that Palm Treo... Neat, but not at all great. Not enough to push the industry where we all want it.

Now please, enough complaining about Apple prices. The cost of Apple gear fund's the non-disputed world class design engineering for a few Lincoln's more than the copy-cats. The same design engineering that spawned your blessed Droid.

I know atleast 15 iPhone 4 owners (new and upgraders). No one had any problems, complaints, no one returned the phone, no one dropped a call! It was all Engadget/Gizmodo hype because they got in trouble for the possession of stolen property. Sounds like the biggest "look yonder" cover-up in geek history. We certainly haven't seen stolen Samsung's stir up any interest in the media, but I suppose somebody needs to run that old & busted Flash technology. Then the hateable Apple gets criticized by the ignoramus for making good on free cases to shut people up.  What ever happened to the 57 flavors of Droid hardware that are also having "antennagate" (stupid Engadget made up word) issues getting cases?? Probably none available yet because like Dell, Asus, or HP's halfway house for hodgepodge hardware, there are no design standards to match them up to... What happened to Quality over Quantity? 57 variants of hardware with 57 flavors of Droid OS vs the iPhone.

"One More Thing" (couldn't resist) ..... If you want to predict the future of your next MS OS or Droid toy just stay tuned to the next Apple event in Janruary 2011... Be sure to watch the event and hate-blog shamefully on your sub-par RIPOFF device. It's ok though; someone needs to buy em, someone needs to buy that Fiat. That moderate competition and flattering copy-cat'ism encourages Apple to improve on THEIR original design.

1 year ago   12 Likes                                                    Like

| @hickeroar |

I think it's less about "openness" and more about configurability. Most consumers don't really comprehend what "open" even means. However, being able to change just about any aspect of their phone is a big winner.

 It definitely won me over when I recently switched away from iOS to Android (Galaxy S). I've been able to turn this phone on its head since I got it. Win.

1 year ago   4 Likes                                              Like



**Rexen**

D S...I think you are close. But in true comparisons I think Droid = Linux while you are dead on Iphone = Mac/Apple. I can't stand the very special Iphone electrical interface, factory service required for battery replacement, and lack of a micro SD memory card. I have used 2 BBerry and 2 Windows based, & have many friends with Iphone, some have the newest one. And I plan on getting a Droid in the new few months.

1 year ago   2 Likes                                              Like



**Rexen**

But since that is where myself and millions of others live along with Apple, Google, RIM, that is what's most important to us.

1 year ago                                                       Like



**Kim**

... over 40% of iPhone users make over 100k a year?! Am I reading that right?! Didn't realise you had to be so wealthy to own an iPhone, I have one and never considered that most people were rich that have them. When I graduate I'll be lucky if I ever make 40k a year.

1 year ago                                                       Like



**Neil**

just give it some time.
symbian is very popular overseas, but it's quite limited in comparison to the features that these two bring forth. i see it as only a matter of time....
take it from someone who has used symbian for quite a few years now

1 year ago                                                       Like

**Gentry**



Just so you know, I'm 57, female, had a windows smart phone and chose an Android over IPhone. I use mine for work as well as personal use.

1 year ago                                                                                                Like



> **iPhone 5 Release Date**

I have to say, that android text input looks a lot better than the iPhone. I have an iPhone and hopefully they'll make the text input more similar to the android text input.

1 year ago   1 Like                                                                                      Like



> **jmaz**

When talking about future trends, everything is moot until you consider the big picture. And that will have more bearing than whether more Iphones or more Android phones are sold. More important than the hardware and the OS'es sales is the common sense expectation that when we say mobile we mostly mean the management of mobile data.

Apple, forces you and locks you into being tied to your desktop in order for you to manage the data in your phone. Plus, it is data mostly geared to media consumption.

Google, pulls you into the cloud where your data, any data, can be managed from your phone.

Now, I ask you which one of these two ways of interacting and managing your mobile data do you think has a better future?

1 year ago   1 Like                                                                                      Like

> **@lynda_rva**

The Android I have had, LG Ally, is not ready for primetime. It has a lot of bugs and inconsistencies. LG and Verizon support techs are not well trained on the product. I switched from Verizon to AT&T for the IPhone (and I hate Verizon), but AT&T service coverage was so bad that I canceled. I am still an anti-Verizon customer, using it because of the coverage only, and yet I would prefer to be with IPhone/AT&T than to deal with the issues I have with Verizon and their Android. The Android Apps have a lot of bugs to them and they are more costly than the Iphone Apps. I hate my LG Ally and I am not alone. BTW, I am an Apple addict.

Case 5:12-cv-00630-LHK   Document 12-6   Filed 02/08/12   Page 99 of 109
iPhone vs. Android | Nielsen
Page 13 of 15

 1 year ago

Like

✉ **Subscribe by email**   📶 **RSS**

| Load more comments |
|---|

## Reactions

 

blog comments powered by **DISQUS**

Like 15k

# Popular Threads

- App-Happy with Android: The Most Popular Android Apps by Age

  23 comments · 9 hours ago

- Android Phones and iPhones Dominating App Downloads in the US

  21 comments · 1 week ago

- Ringing in the Holidays, Consumers Call out iPhone 4S Most in Online Buzz

  2 comments · 5 days ago

- U.S. Kids Looking Forward to "iHoliday" 2011

  9 comments · 3 days ago

- From Print to Digital, Slowly: The Evolution of the Circular

  1 comment · 1 week ago

## Get the Nielsen Wire Newsletter

Case 5:12-cv-00630-LHK    Document 12-6    Filed 02/08/12    Page 100 of 109

iPhone vs. Android | Nielsen                                               Page 14 of 15

## Honoring Innovation



## Monthly Archive

Select Month

##  Nielsen Reports & Downloads

- State of the Media: Mobile Media Report Q3 2011
- Managing the Middle India Gold Rush
- The Evolution of Circulars: From Print to Digital, Q4 2011
- Television Audience Report 2010-2011
- Women of Tomorrow: U.S. Multicultural Insights

## Top Ads



- About
- Careers
- Privacy Policy
- Contact

## Recent Comments

- Nielsen Nielsen analyzed usage data from its proprietary device...

  App-Happy with Android: The Most Popular Android Apps by Age · 2 days ago

- Andre How did this report can be delivered? What kind of data...

  App-Happy with Android: The Most Popular Android Apps by Age · 2 days ago

- Huiyi Goh "Not just for the kids, the ubiquitous game, Angry Birds,...

  App-Happy with Android: The Most Popular Android Apps by Age · 2 days ago

- Guest This result is misleading and misleading in Huffington...

  App-Happy with Android: The Most Popular Android Apps by Age · 2 days ago

- Solsticepixie You do realize that people over the age of 44 use Android...

  App-Happy with Android: The Most Popular Android Apps by Age · 2 days ago

## Nielsen In The News

- India FMCG modern retail will hit $100B by 2025: Nielsen (Economic Times of India)
- U.S. consumer confidence remains low despite economic gains (The Washington Post)
- Most Young Adults in U.S. Now Own Smartphones (NY Times)
- Online Answer to the DVR (NY Times)
- Developing a Demand-Driven Business (IndustryWeek)
- Social media driving the growth of e-commerce in India (Economic Times)
- Modern Retail in India Fuels New Category Growth (Times of India)
- Global Ad Spending Growth Slowed in Second Quarter (Bloomberg)
- Report Details Rise of Social Media (NY Times)
- Global Warming Fears Rise in Developing World (Financial Times)

© 2011 The Nielsen Company. All Rights Reserved. Terms of Use | Privacy Policy



# VELLTURO
# EXHIBIT 58



- Consumer
- Featured Insights
- Global
- Media + Entertainment
- Online + Mobile
- Reports + Downloads

nielsen.com | contact us | careers



Search the archive...

Home » Nielsen News, Online + Mobile

| Email | 23 | 28 | 199 | 12 | 0 |

## Android Soars, but iPhone Still Most Desired as Smartphones Grab 25% of U.S. Mobile Market

August 2, 2010

Multipurpose smartphones that allow users to access the web and email as well as run thousands of apps and share text and picture messages are now 25% of the U.S. mobile market, up from 23% in the last quarter according to recent data from The Nielsen Company. By the end of 2011, Nielsen predicts smartphones to overtake feature phones in the U.S. market.



While the iPhone has been the headline grabber over the last few years in the smartphone market, Google's Android OS has shown the most significant expansion in market share among current subscribers. Android's rise is even more noticeable among new smartphone subscribers in the last six months where Android has nosed past Apple's iOS in the last quarter to grab a 27% share of those recent smartphone subscribers.



Among current subscribers thinking of switching devices, the iPhone remains the most desired phone, finding loyalty with nearly 90% of current iPhone users and enticing healthy slices of Android users (21%) and Blackberry owners (29%) to consider the move to Apple. Android's loyalty among switchers (71%) outperforms Blackberry (42%) where half of its users could potentially chose an iPhone or an Android phone for their next device.



---

For press inquiries or for more information on this article contact Nielsen

Tags: Android, Apple, Google, iPhone, Mobile, mobile phones, smart phone, smartphone, telecom

59

# VELLTURO
# EXHIBIT 59

Source: Yankee Group 2011 U.S. Consumer Survey, December
Extracted by Carl D. Howe
Copyright 2011 Yankee Group, All Rights Reserved

| Current Phone OS | Planned Phone Purchase | Percent |
|---|---|---|
| Android | Apple | 14.0 |
| Android | Android-based phone | 78.2 |
| Android | BlackBerry | 2.3 |
| Android | Palm | 0.2 |
| Android | Nokia | 0.1 |
| Android | Windows Mobile-based | 3.8 |
| Android | Other | 1.3 |
| BlackBerry | Apple | 23.5 |
| BlackBerry | Android-based phone | 22.7 |
| BlackBerry | BlackBerry | 47.4 |
| BlackBerry | Palm | 0.6 |
| BlackBerry | Nokia | 0.3 |
| BlackBerry | Windows Mobile-based | 3.5 |
| BlackBerry | Other | 2.0 |
| HP/Palm webOS | Apple | 20.0 |
| HP/Palm webOS | Android-based phone | 24.0 |
| HP/Palm webOS | BlackBerry | 8.0 |
| HP/Palm webOS | Palm | 28.0 |
| HP/Palm webOS | Nokia | 1.0 |
| HP/Palm webOS | Windows Mobile-based | 16.0 |
| HP/Palm webOS | Other | 3.0 |
| Not A Smartphone Owner | Apple | 30.8 |
| Not A Smartphone Owner | Android-based phone | 32.8 |
| Not A Smartphone Owner | BlackBerry | 13.7 |
| Not A Smartphone Owner | Palm | 1.0 |
| Not A Smartphone Owner | Nokia | 1.7 |
| Not A Smartphone Owner | Windows Mobile-based | 13.6 |
| Not A Smartphone Owner | Other | 6.5 |
| Symbian | Apple | 8.8 |
| Symbian | Android-based phone | 33.3 |
| Symbian | BlackBerry | 14.0 |
| Symbian | Nokia | 24.6 |
| Symbian | Windows Mobile-based | 14.0 |
| Symbian | Other | 5.3 |
| Windows Mobile | Apple | 23.8 |
| Windows Mobile | Android-based phone | 23.8 |
| Windows Mobile | BlackBerry | 9.8 |
| Windows Mobile | Palm | 0.7 |
| Windows Mobile | Nokia | 2.0 |
| Windows Mobile | Windows Mobile-based | 32.1 |
| Windows Mobile | Other | 7.7 |
| iOS | Apple | 87.7 |

| iOS | Android-based phone | 7.7 |
| iOS | BlackBerry | 1.7 |
| iOS | Palm | 0.1 |
| iOS | Nokia | 0.3 |
| iOS | Windows Mobile-based | 1.7 |
| iOS | Other | 0.7 |