61

100 LB Gr    BLUEBIRDonline.com (888) 477 - 0700    100 LB Style

# VELLTURO
# EXHIBIT 61

# BRAND Z™
# Top 100
## Most valuable
## global brands



2011

Valuation and Methodology by


MillwardBrown
Optimor

WPP

# Welcome to the sixth annual BrandZ Top 100 Most Valuable Global Brands.

We're delighted to present you with the sixth annual edition of the BrandZ™ Top 100 Most Valuable Global Brands. As we saw ever more clearly the power of great brands. While the overall recovery has been tepid, the value of the world's best brands grew at a considerably faster rate. Compared with an overall improvement of 13 percent in the world's equity markets during 2010, the best brands grew their value 30 percent faster, registering 17 percent increase since last year.

As business leaders, it is time to embrace brand stewardship as a critical competency for building long-term financial value. Brand focus is no longer simply the purview of brand managers, but the stuff that great CMOs, CFOs and CEOs are made of. No place is that more evident than when considering this year's No. 1 most valuable brand, Apple. It's clear that every single Apple employee, from Steve Jobs and Tim Cook to the summer interns, see protecting and nurturing that brand as a top priority.

And what a payoff the world's best brand builders reap for their efforts! The combined value of the Top 100 brands weighs in at a staggering $2.4 trillion — more than the GDP of Great Britain. In fact, Apple's brand value alone is the equivalent of Peru's GDP. When a single brand creates as much value as a fast-growing Latin American country, it's time to stand up and take notice.

Regardless of category, business sector or geography, brands are becoming increasingly important. We saw technology brands buoyed by the recovery in capital investment by businesses. Tablet computing also drove value growth not just for Apple, but also for the providers who support yet another networked device. Brands from emerging markets are becoming increasingly present in our Top 100, and the luxury goods so loved by consumers in those markets also came on strong.

Our team loves celebrating the success of great brands. But we also know that brand value is more than just a cause for celebration. Brands don't reach these vaunted levels without the support of great people, masterful planning and world-class execution. More than just a scorecard, these rankings are a powerful measure of an organization's ability to create real and lasting value for shareholders.

Please accept this year's report with our compliments. Along our valuation journey, we've learned an amazing amount about how the world's best brands have been built. We hope you will let our team at Millward Brown Optimor put that know-how to work for you!

With warmest regards,

*[signature]*

Eileen Campbell

This report would not be possible without the hard work and commitment of a dedicated team of professionals. We wish to extend our thanks and appreciation to:

Our WPP sponsor – David Roth
BrandZ Valuation Team Leader – Cristiana Pearson
BrandZ Valuation Analyst – Karen Dwek
BrandZ Program Director – Peter Walshe
BrandZ Marketing Director – Miquel Humphryes
BrandZ Marketing Project Manager – Karen Jones

# Contents

**INTRODUCTION**
Preface                                    7
Top 100 Overview                           9
Top 100 Chart                             12
Top 20 Risers                             15
Newcomers                                 17
Year-on-Year Change                       19
Brand Contribution                        21
Regions                                   23
TrustR and Value-D                        27

**SECTORS/COMMENTARY**
Apparel                                   31
Beer                                      35
Cars                                      39
Fast Food                                 43
The Digital Revolution                    47
Financial Institutions                    51
Insurance                                 55
Luxury                                    59
Oil & Gas                                 63
A Generational Shift                      67
Personal Care                            69
Retail                                    73
Soft Drinks                               77
Technology                                81
Telecom Providers                         85

**OPPORTUNITIES/RESOURCES**
Brand Brazil                              89
Brand Russia                              91
Brand China                               93
Brand India                               97
BrandZ Details                            99
21 Key Take Outs                         101
Methodology                              103
With Thanks                              104

# Preface
## The definitive brand valuation tool

The BrandZ Top 100 Most Valuable Global Brands is the most comprehensive annual ranking of brand value.

Developed by Millward Brown Optimor, the ranking analyzes the world's leading brands and the economic and competitive dynamics that influence value fluctuations.

BrandZ focuses on market-facing brands that generate revenue and profits through the sale of goods and services directly to consumers or business customers, establishing the value of the Coca-Cola brand, for example, rather than the Coca-Cola Company.

It's the only ranking grounded in both quantitative consumer research and in-depth financial analysis. Created 13 years ago, and perpetually updated, the WPP BrandZ database contains information from more than 2 million in-depth consumer interviews in 30 countries. This proprietary data is analyzed with publicly available financial information from Bloomberg, Kantar Worldpanel and other sources.

These valuations are critical to the CEOs, financial and marketing executives, security analysts, institutional investors and others who depend on well-researched, reliable information for the assessments and comparisons that lead to well-considered decisions. All valuations in this report appear in US dollars and are subject to fluctuations for those brands that are denominated in other currencies.

**Content Highlights**

New this year, the report includes thoughtful comments by experts from WPP operating companies and others interpreting societal shifts that are likely to influence brands and brand value in the future as they did in 2010:

– The Digital Revolution: Finding the shopper along the random and confusing "Path to Purchase."
– A Generational Shift: Meeting the different expectations of the "Millennial" and "Boomer" generations.

The report also includes, for the first time, in-depth reports on brand development in three of the world's fastest-growing markets – Brazil, China and India.

An overview summarizing key brand and product sector developments and trends accompanies the Top 100 ranking. Charts and analysis explore year-on-year changes in brand value:

– Top 20 Risers: Brands that ascended fastest.
– Newcomers: Brands ranked for the first time.
– Year-on-Year Change: What sectors moved up or down.
– Brand Contribution: Customer-bonding leaders.
– Regions: Value concentration geographically.

Brands are ranked and their performances analyzed in 13 product sectors: apparel, beer, cars, fast food, financial institutions, insurance, luxury, oil and gas, personal care, retail, soft drinks, technology and telecom providers. The report concludes with a series of recommendations for building great brands and an in-depth explanation of the BrandZ valuation methodology.



# Top 100 overview

Brand value rose 17 percent as all sectors gained and the economy shifted from recovery to growth

### Apple became the world's most valuable brand last year.

The brand increased in value by 84 percent to $153.3 billion. Apple's rise came as the value of the BrandZ Top 100 Most Valuable Global Brands appreciated by 17 percent to $2.4 trillion, driven by year-on-year growth in all 13 product sectors studied.

Increases in fast food (22 percent), luxury (19 percent) and technology (18 percent) led sector brand value appreciation, although a dramatic spike in value pushed insurance to first place because results included three large, expanding Chinese companies. Four of the Top 5 ranking leaders were in technology. McDonald's was the fifth.

Most sectors also grew in value compared with 2008 pre-recession levels. The Top 100 brands increased 24 percent during that period, demonstrating the resilience of leading brands and suggesting the economy has shifted from recovery into real growth. In fact, the Top 100 brands have added $500 billion in value since 2008. Since the launch of the Top 100 Most Valuable Global Brands in 2006, the value of the Top 100 has increased 64 percent.

Along with Apple, year-on-year standout performers for the 2011 BrandZ brand valuation report include Facebook, Amazon and Baidu.

– With a 246 percent rise in brand value to $19.1 billion, Facebook made the BrandZ Top 100 for the first time at No. 35.

– Amazon edged past Walmart to become the No. 1 retail brand, with a 37 percent rise in brand value to $37.6 billion.

– The Chinese search engine Baidu increased 141 percent in brand value to $22.6 billion, ranking it No. 29 in the Top 100, up from No. 75 a year ago.

Toyota rebounded to the No. 1 rank in cars. Its performance demonstrated the power of strong brands to recover from the most fundamental challenges to product efficacy and reputation.

Technology and telecom brands continued to grow as a portion of the BrandZ Top 100 Most Valuable Global Brands. These categories now comprise a third of the Top 100 brands compared with a quarter in 2006. Reflecting the influence of fast-growing markets, 12 Chinese brands, 3 Brazilian brands, 1 Indian brand and 1 Russian brand appear in the Top 100. One Indian brand narrowly missed the Top 100 in brand value, but ranks in the Top 20 most valuable brands in the technology sector.

### Changes in what we value, how we shop

Frugality eased last year, but consumers didn't spend frivolously, suggesting that brands will continue to feel the impact of the recession-accelerated shift to considered – rather than conspicuous – consumption.

Overall, consumers sought quality at a good price. The desire for well-crafted and long-lasting merchandise at almost any price ignited sales in luxury, with brands like Louis Vuitton and Hermès appreciating significantly in value. Brands in the middle received less consumer attention.

Changes in shopping behavior touched most sectors as consumers emerged from the recession more skeptical and savvy and more empowered by digital technology to search for the best prices and most trusted reviews, even on mobile devices while standing in store aisles. These developments influenced the ways brands communicated with consumers, increasing investment in social media, as "engaging" replaced "targeting" in the marketing lexicon.

With Facebook sites, YouTube videos and mobile apps, brands attempted to cultivate the long-term loyalty of "Millennials," now in their teens and twenties. At the same time, brands worked to retain the parent generation of relatively wealthy "Boomer" customers, the oldest of whom turn 65 this year.



### New media messages

Using both new and traditional media, brands communicated messages shaped by themes that informed this year's BrandZ Top 100 Most Valuable Global Brands, including:

– Assertion of individuality: The surge of personal expression empowered by the Internet was matched by a consumer preference for personal expression in apparel and other products, resulting in a trend to the bespoke (for those who could afford it) or mass customization (for everyone else).

– Concern for personal health and wellness: Consumers, across economic groups, paid more attention to the food they put in their bodies (improvements in fast-food menus) and the products they put on their bodies (changes in personal-care ingredients).

– Concern about the environment: Consumers weren't willing to pay any price for environmentally friendly products, but being "green" became a hygiene factor in some categories (the introduction of more hybrid and some electric cars).

– Concern about product provenance: Consumers wanted to feel good about their possessions. They wanted peace of mind, knowing that any pleasure they derived from owning a product did not come at the expense of the people who made it.

The changes in media and message influenced the very notion of brand. Digital media enabled brands to become more present and interactively involved in the lives of consumers. Prompted by a shift in consumer values, brands pursued their commercial interests in a larger context, if not with a higher purpose.



## BrandZ Top 100 Most Valuable Global Brands 2011

| # | Brand | Brand Value 2011 ($M) | % Brand Value Change 2011 vs. 2010 |
|---|---|---|---|
| 1 | Google (icon) | 153,285 | 84% |
| 2 | Google | 111,498 | -2% |
| 3 | IBM | 100,849 | 17% |
| 4 | 苹果 Apple | 81,016 | 23% |
| 5 | Microsoft | 78,243 | 2% |
| 6 | Coca-Cola | 73,752 | 8% |
| 7 | at&t | 69,916 | N/A |
| 8 | Marlboro | 67,522 | 18% |
| 9 | 中国移动 CHINA MOBILE | 57,326 | 9% |
| 10 | GE | 50,318 | 12% |
| 11 | ICBC | 44,440 | 1% |
| 12 | vodafone | 43,647 | -2% |
| 13 | verizon | 42,828 | N/A |
| 14 | amazon.com | 37,628 | 37% |
| 15 | Walmart | 37,277 | -5% |
| 16 | 百度 | 36,876 | 97% |
| 17 | ups | 35,737 | 35% |
| 18 | hp | 35,404 | -11% |
| 19 | Deutsche Telekom T··· | 29,774 | N/A |
| 20 | VISA | 28,553 | 15% |
| 21 | Marlboro (M) | 27,249 | N/A |
| 22 | ORACLE | 26,948 | 9% |
| 23 | SAP | 26,078 | 7% |
| 24 | 中国建设银行 | 25,524 | 22% |
| 25 | BlackBerry | 24,623 | -20% |

| # | Brand | Brand Value 2011 ($M) | % Brand Value Change 2011 vs. 2010 |
|---|---|---|---|
| 26 | LV | 24,312 | 23% |
| 27 | TOYOTA | 24,198 | 11% |
| 28 | HSBC | 22,587 | -4% |
| 29 | Baidu 百度 | 22,555 | 141% |
| 30 | (icon) | 22,425 | 3% |
| 31 | TESCO | 21,834 | -15% |
| 32 | Gillette | 19,782 | -4% |
| 33 | 中国人寿 | 19,542 | N/A |
| 34 | Pampers | 19,350 | 11% |
| 35 | f (facebook) | 19,102 | 246% |
| 36 | (icon) | 17,597 | N/A |
| 37 | 中国银行 | 17,530 | -20% |
| 38 | Disney | 17,290 | 15% |
| 39 | (icon) | 17,182 | 3% |
| 40 | (icon) | 17,115 | 23% |
| 41 | ExxonMobil | 16,973 | 10% |
| 42 | TD | 16,931 | 19% |
| 43 | 中国农业银行 | 16,909 | N/A |
| 44 | CISCO | 16,314 | -2% |
| 45 | Budweiser *** | 15,952 | 0% |
| 46 | L'ORÉAL | 15,719 | 11% |
| 47 | citi | 15,674 | 17% |
| 48 | docomo | 15,449 | 19% |
| 49 | accenture | 15,427 | 5% |
| 50 | Mercedes (icon) | 15,344 | 12% |

| # | Brand | Brand Value 2011 ($M) | % Brand Value Change 2011 vs. 2010 |
|---|---|---|---|
| 51 | Shell | 15,168 | 0% |
| 52 | Tencent 腾讯 | 15,131 | N/A |
| 53 | ICICI Bank | 14,900 | 3% |
| 54 | SUBWAY | 14,306 | 19% |
| 55 | Colgate | 14,258 | 0% |
| 56 | Honda | 14,182 | -1% |
| 57 | NTT | 13,917 | N/A |
| 58 | intel | 13,904 | -2% |
| 59 | (icon) | 13,754 | -8% |
| 60 | (icon) | 13,543 | 16% |
| 61 | PETROBRAS | 13,421 | 39% |
| 62 | H&M | 13,006 | 7% |
| 63 | Pepsi **** | 12,931 | 1% |
| 64 | (icon) | 12,542 | -27% |
| 65 | Itaú | 12,471 | 3% |
| 66 | (icon) | 12,413 | 3% |
| 67 | SAMSUNG | 12,160 | 7% |
| 68 | CHASE | 12,083 | -3% |
| 69 | Standard Chartered | 12,033 | 45% |
| 70 | SIEMENS | 11,998 | 29% |
| 71 | HERMÈS | 11,917 | 41% |
| 72 | (icon) | 11,901 | 40% |
| 73 | FedEx | 11,759 | 25% |
| 74 | O2 | 11,694 | N/A |
| 75 | TELECOM | 11,609 | N/A |

| # | Brand | Brand Value 2011 ($M) | % Brand Value Change 2011 vs. 2010 |
|---|---|---|---|
| 76 | Telcel | 11,558 | 7% |
| 77 | Santander | 11,363 | -37% |
| 78 | (icon) | 11,291 | -19% |
| 79 | Nintendo ***** | 11,147 | -37% |
| 80 | MTC | 10,883 | 12% |
| 81 | NOKIA | 10,735 | -28% |
| 82 | ebay | 10,731 | 15% |
| 83 | 中国平安 PINGAN | 10,540 | N/A |
| 84 | us bank | 10,525 | 26% |
| 85 | SONY ****** | 10,443 | 19% |
| 86 | ZARA | 10,335 | 15% |
| 87 | Scotiabank | 10,076 | 5% |
| 88 | NISSAN | 10,072 | 17% |
| 89 | (icon) | 9,877 | 10% |
| 90 | Itaú | 9,600 | 29% |
| 91 | 中国电信 | 9,587 | N/A |
| 92 | Bank of America | 9,358 | -43% |
| 93 | Red Bull ******* | 9,263 | 4% |
| 94 | (icon) | 9,251 | 6% |
| 95 | TIM | 8,838 | 21% |
| 96 | BARCLAYS | 8,760 | 4% |
| 97 | 招商银行 | 8,668 | 5% |
| 98 | Bradesco | 8,600 | 15% |
| 99 | СБЕРБАНК | 8,535 | N/A |
| 100 | (icon) | 8,439 | -9% |

*The Brand Value of Coca-Cola includes Lites, Diets and Zero
**Deutsche Telekom is in the process of re-branding its business to 'T', which incorporates T-Mobile, T-Home and T-Systems
***The Brand Value of Budweiser includes Bud Light
****The Brand Value of Pepsi includes Lites, Diets and Zero

*****The Brand Value of Nintendo includes Wii and Nintendo DS
******The Brand Value of Sony includes Playstation 2 and 3, as well as PSP
*******The Brand Value of Red Bull includes sugar-free and Cola
Source: Millward Brown Optimor (including data from BrandZ, Kantar Worldpanel and Bloomberg)



# Top 20 Risers
## Technology, vision drove growth

## Facebook led the top risers last year.

With a 246 percent surge in brand value, Facebook entered the BrandZ Top 100 for the first time at No. 35.

Along with Facebook, the Top 20 Risers included online retailer Amazon and four other technology brands – Apple and Baidu along with Siemens and Cannon, which benefited from resurgence in business-to-business demand. Visionary, entrepreneurial leadership also contributed to growth in value, especially for Facebook, Apple, Amazon and Starbucks.

With almost 600 million members worldwide, Facebook last year was anointed "The Social Network" by the film of the same name about the firm's founding in 2004 by Mark Zuckerberg. Ironically, the film's release coincided with Facebook's rapid evolution into a powerful commercial platform exploring ways to monetize its social reach by connecting shoppers, retailers and brand marketers. Valuation is based on a Goldman Sachs study.

Apple rose to the No. 1 position in the BrandZ Top 100 Most Valuable Global Brands. It earned an 84 percent increase in brand value with successful iterations of existing products like the iPhone, creation of the tablet category with iPad, and anticipation of a broadened strategy making the brand a trifecta of cloud computing, software, and innovative, well-designed devices. Perpetual concern over the health of CEO Steve Jobs intensified at the end of the year when he announced a temporary leave of absence.

The Chinese search engine Baidu captured rank No. 29 in the BrandZ Top 100, up from No. 75 in 2009 on a sharp 141 percent rise in brand value. As more of China's 1.3 billion citizens searched the Internet, they turned to Baidu because the brand has deeply understood the nuances of China's diverse cultures and languages.

Illustrating how dramatically shopping has changed, Amazon, the online company with no stores, surpassed Walmart as the most valuable retail brand. The company continued to add categories last year, even food, to drive traffic. Since founding the company in 1995, Jeff Bezos has worked to perfect its unparalleled selection, peer reviews and a delivery scheme that builds loyalty.

The Starbucks 40 percent rise in brand value demonstrated the success of the brand revitalization initiatives implemented two years ago by Howard Shultz when he returned as CEO. He closed underperforming locations and improved the coffeehouse experience while extending the brand into instant coffee and preparing it for aggressive international and multi-channel growth in grocery as well as fast food.

## TOP BRANDS

| | | Brand Value 2011 $M | Brand Value % Growth |
|---|---|---|---|
| 1 | Facebook | 19,102 | 246% |
| 2 | Baidu | 22,555 | 141% |
| 3 | Wells Fargo | 36,876 | 97% |
| 4 | Burberry | 3,379 | 86% |
| 5 | Apple | 153,285 | 84% |
| 6 | Skol | 4,579 | 68% |
| 7 | Pizza Hut | 5,305 | 58% |
| 8 | GEICO | 2,785 | 53% |
| 9 | Standard Chartered Bank | 12,033 | 45% |
| 10 | Hermès | 11,917 | 41% |
| 11 | Starbucks | 11,901 | 40% |
| 12 | Petrobras | 13,421 | 39% |
| 13 | Amazon | 37,628 | 37% |
| 14 | UPS | 35,737 | 35% |
| 15 | Cartier | 5,327 | 34% |
| 16 | Estée Lauder | 2,592 | 31% |
| 17 | MetLife | 2,270 | 31% |
| 18 | Siemens | 11,998 | 29% |
| 19 | IKEA | 7,293 | 28% |
| 20 | Canon | 7,588 | 27% |

Source: Millward Brown Optimor
(including data from BrandZ,
Kantar Worldpanel and Bloomberg)

Millward Brown
Optimor

The housing recovery drove IKEA's 28 percent growth. Sector strength also helped brands in fast food, insurance and luxury. While the brand value of the luxury sector still lagged its pre-recession level, customers came back as evinced by Burberry's 86 percent leap and the brand appreciation of Cartier, Estée Lauder and Hermès.

The fast-growing market dynamism that boosted China's Baidu also pushed the brand values of Skol, Brazil's largest beer brand, up 68 percent, and Petrobras, the country's oil and gas giant, which advanced 39 percent. The 58 percent rise in the brand value of Pizza Hut was in part driven by its performance in China. Standard Chartered Bank of the UK, up 45 percent, also benefited from global business.

# Newcomers
## More Chinese brands debuted



**The Newcomers ranking featured brands from fast-growing markets and Canada.**

The ranking included six financial institutions and five telecom and technology brands. Almost half of the newcomers were Chinese brands. Russia's largest bank, Sberbank, and Itaú, one of Brazil's major banks also made the ranking for the first time. The increase in telecom providers in part reflects a change in the valuation method that now includes all a brand's businesses: landlines, cable, wireless mobile and Internet.

With almost 600 million members worldwide since its formation in 2004, Facebook was the most familiar newcomer name. Scotiabank, also known as Bank of Nova Scotia, a less well-known entry, benefited from Canada's strong housing market and increased consumer borrowing. In addition, the bank operated in 50 countries and was especially active in the fast-growing markets of Asia and Latin America.

## TOP BRANDS

|  |  | Brand Value $M |
|---|---|---|
| 19 | Deutsche Telekom | 29,774 |
| 33 | China Life Insurance | 19,542 |
| 35 | Facebook | 19,102 |
| 43 | Agricultural Bank of China | 16,909 |
| 52 | Tencent/QQ | 15,131 |
| 75 | Telecom Italia | 11,609 |
| 83 | Ping An | 10,540 |
| 87 | Scotiabank | 10,076 |
| 90 | Itaú | 9,600 |
| 91 | China Telecom | 9,587 |
| 99 | Sberbank | 8,535 |

Source: Millward Brown Optimor
(including data from BrandZ,
Kantar Worldpanel and Bloomberg)

MillwardBrown
Optimor



## Year-on-Year Change
### All sectors grew in brand value

**Each of the 13 product sectors measured in the BrandZ Top 100 ranking appreciated in overall brand value last year.**

The performance dramatically differed from results a year earlier when just four sectors appreciated only moderately in brand value. It signaled a shift in the global economy from recovery to real growth.

It also demonstrated the resilience of brands. Brand value in many sectors not only appreciated year-on-year, but also exceeded pre-recession levels. Fast food, which climbed a substantial 22 percent last year alone, was up 42 percent when compared with 2008.

Technology ascended too, 18 percent year-on-year compared with 32 percent over the three-year period. The story was similar for beer, which grew 7 percent last year but 32 percent since the recession. Soft drinks grew 5 percent last year and 26 percent since 2008.

Categories hardest hit during the recession posted gains in brand value last year, but the values remain below pre-recession levels. Luxury returned robustly. Even with a 19 percent increase in brand value, however, the category remained 13 percent lower than its 2008 level.

The car category grew by 7 percent last year on the rebound of the resilient Toyota brand, strong performances by Ford, GM and other major car makers, and the appetite for badge status in China and other fast-growing markets. Brand value for the car category, however, remained 27 percent under its 2008 level.

While apparel, personal care, oil and gas, retail and financial institutions moved at slower rates, they all moved up. The dramatic year-on-year rise for the insurance sector resulted from the inclusion of three large, fast-growing Chinese brands: China Life, Ping An and China Pacific.

## TOP BRANDS

| | Brand Value Growth '11 vs '10 | Brand Value Growth '11 vs '08 |
|---|---|---|
| Insurance* | 137% | 6% |
| Fast Food | 22% | 42% |
| Luxury | 19% | -13% |
| Technology | 18% | 32% |
| Apparel | 10% | -1% |
| Financial Institutions | 9% | 7% |
| Beer | 7% | 32% |
| Cars | 7% | -27% |
| Soft Drinks | 5% | 26% |
| Personal Care | 3% | 5% |
| Retail | 2% | 7% |
| Oil & Gas | 1% | N/A |
| Telecom Providers | N/A | N/A |

*Value growth in the insurance category results from the inclusion of China Life Insurance, Ping An and China Pacific Insurance. Source: Millward Brown Optimor (including data from BrandZ, Kantar Worldpanel and Bloomberg).

 MillwardBrown
Optimor



# Brand Contribution
## Leaders benefited from fast-growing markets

I ♥ MY BRAND

Most of the Top 15 brand contribution leaders were based in Europe and exported to Asia and Latin America. In the largest representation to date from fast-growing markets, three Brazilian brands and one brand from China also ranked.

The ranking included seven luxury brands, three beer brands and two luxury car brands. This mix of categories generally ranks high in brand contribution, which measures the emotional bond between brand and customer.

That bond also accounted for the appearance of a personal care brand and a baby care brand in the Top 15. Brazil's Natura, a producer of cosmetics and skincare products, is known for cultivating close customer relationships using organic products and direct sales. Pampers consistently ranks high in brand contribution and trust.

More high-tech than high-touch, the presence of China's largest search engine, Baidu, seemed less predictable. Deeply integrated into the lives of Chinese young people, consumers respect the brand for its effectiveness as a search engine because of its understanding of China's cultural and language diversity.

Brazil's best-selling beer, Skol, promoted music events. Brahma beer also emphasized a youthful and energetic view of life. The Guinness brand remained iconic despite the economic pressure in Ireland, its home market.

In general, Moët & Chandon, Louis Vuitton, Hermès, and the other luxury brands ranked high in brand contribution emphasized heritage and craftsmanship and limited distribution in the "mass luxury" market.

## TOP BRANDS

| | | Brand Value $ Mil. | Brand Contribution |
|---|---|---|---|
| 1 | Moët & Chandon | 4,570 | 5 |
| 2 | Baidu | 22,555 | 5 |
| 3 | Skol | 4,579 | 5 |
| 4 | Hennessy | 4,997 | 5 |
| 5 | Pampers | 19,350 | 5 |
| 6 | Louis Vuitton | 24,312 | 5 |
| 7 | Natura | 4,614 | 5 |
| 8 | Brahma | 1,996 | 5 |
| 9 | Hermès | 11,917 | 5 |
| 10 | Chanel | 6,823 | 5 |
| 11 | Rolex | 5,269 | 5 |
| 12 | Guinness | 3,446 | 5 |
| 13 | Porsche | 12,413 | 5 |
| 14 | BMW | 22,425 | 5 |
| 15 | Gucci | 7,449 | 5 |

*The Brand Contribution Index runs from 1 (low) up to 5 (high). Source: Millward Brown Optimor (including data from BrandZ)



MillwardBrown Optimor



# Regions
## More brands based in Asia and Latin America

**More than half of the 13 brands that appeared for the first time in the regional rankings were based in China or Brazil.**

The new Chinese brands included a combination of state-owned organizations (China Mobile, China Life Insurance and Bank of China) and entrepreneurial enterprises (search engine Baidu and social network Tencent/QQ). Two beers (Skol and Brahma) and a personal care brand (Natura) were newcomers from Brazil.

Brands based in North America still accounted for a disproportionate amount of brand value, however. The brand value of the leaders based in North America totaled about $830 billion or roughly 55 percent of the roughly $1.5 trillion in value for all brand leaders ranked in regional charts.

But leadership depends on what's being measured. Only one of the North American brands, Coca-Cola, received a top rating of 5 in brand contribution, which means that a substantial part of its value as a brand was based on the strength of the bond between the brand and customers. In contrast, all three of the newcomer Brazilian brands rated 5.

The difference in brand contribution levels can be explained in part – but not entirely – by the product categories that made up the North American and Latin American rankings. Brands in the technology and telecom provider sectors, which dominated the North American ranking, evoke less positive emotion than beer and personal care. A rating of 5 is unusual in any category, however, other than luxury.

Indeed, Louis Vuitton, BMW and Mercedes earned a brand contribution of 5 in the European ranking. These brands, of course, have connected with consumers around the world. China's Baidu, the only other brand distinguished by a brand contribution of 5, remained like the Brazilian brands, a local phenomenon – at least for now.

Across the five regions, technology and telecom providers dominated, with a total of 18 brands: seven based in North America, four in Asia, four in Continental Europe, two in the UK and one in Latin America. Reflecting mostly revised valuation methodology, four telecom provider brands were new to the regional rankings this year: AT&T, Verizon (North America), Deutsche Telekom and Movistar (Europe).

## North America:

### TOP BRANDS

| | | Brand Value $M | Brand Contribution | Brand Momentum | Brand Value Change |
|---|---|---|---|---|---|
| 1 | Apple | 153,285 | 4 | 9 | 84% |
| 2 | Google | 111,498 | 4 | 4 | -2% |
| 3 | IBM | 100,849 | 3 | 5 | 17% |
| 4 | McDonald's | 81,016 | 4 | 7 | 23% |
| 5 | Microsoft | 78,243 | 4 | 8 | 2% |
| 6 | Coca-Cola | 73,752 | 5 | 9 | 8% |
| 7 | at&t | 69,916 | 3 | 4 | N/A |
| 8 | Marlboro | 67,522 | 4 | 4 | 18% |
| 9 | GE | 50,318 | 1 | 2 | 12% |
| 10 | Verizon | 42,828 | 3 | 4 | N/A |

Source: Millward Brown Optimor (including data from BrandZ and Bloomberg)


MillwardBrown
Optimor

## Continental Europe:

# TOP BRANDS

| | | Brand Value $M | Brand Contribution | Brand Momentum | Brand Value Change |
|---|---|---|---|---|---|
| 1 | Deutsche Telekom | 29,774 | 2 | 4 | N/A |
| 2 | Movistar | 27,249 | 2 | 6 | N/A |
| 3 | SAP | 26,078 | 3 | 7 | 7% |
| 4 | Louis Vuitton | 24,312 | 5 | 7 | 23% |
| 5 | BMW | 22,425 | 5 | 8 | 3% |
| 6 | Orange | 17,597 | 1 | 4 | N/A |
| 7 | L'Oréal | 15,719 | 4 | 6 | 11% |
| 8 | Mercedes | 15,344 | 5 | 8 | 12% |
| 9 | Carrefour | 13,754 | 3 | 7 | -8% |
| 10 | H&M | 13,006 | 4 | 8 | 7% |

Source: Millward Brown Optimor (including data from BrandZ and Bloomberg)

## Asia:

# TOP BRANDS

| | | Brand Value $M | Brand Contribution | Brand Momentum | Brand Value Change |
|---|---|---|---|---|---|
| 1 | China Mobile | 57,326 | 4 | 9 | 9% |
| 2 | ICBC | 44,440 | 2 | 5 | 1% |
| 3 | China Construction Bank | 25,524 | 2 | 4 | 22% |
| 4 | Toyota | 24,198 | 4 | 7 | 11% |
| 5 | Baidu | 22,555 | 5 | 10 | 141% |
| 6 | China Life Insurance | 19,542 | 2 | 9 | N/A |
| 7 | Bank of China | 17,530 | 2 | 4 | -20% |
| 8 | Agricultural Bank of China | 16,909 | 1 | 6 | N/A |
| 9 | NTT DoCoMo | 15,449 | 2 | 8 | 19% |
| 10 | Tencent/QQ | 15,131 | 4 | 9 | N/A |

Source: Millward Brown Optimor (including data from BrandZ and Bloomberg)

## United Kingdom:

# TOP BRANDS

| | | Brand Value $M | Brand Contribution | Brand Momentum | Brand Value Change |
|---|---|---|---|---|---|
| 1 | Vodafone | 43,647 | 2 | 4 | -2% |
| 2 | HSBC | 22,587 | 2 | 2 | -4% |
| 3 | Tesco | 21,834 | 4 | 7 | -15% |
| 4 | Shell | 15,168 | 1 | 2 | 0% |
| 5 | BP | 12,542 | 1 | 5 | -27% |
| 6 | Standard Chartered Bank | 12,033 | 2 | 2 | 45% |
| 7 | O2 | 11,694 | 2 | 5 | N/A |
| 8 | Barclays | 8,760 | 1 | 2 | 4% |
| 9 | Marks & Spencer | 5,252 | 4 | 4 | -8% |
| 10 | Asda | 3,975 | 2 | 4 | -19% |

Source: Millward Brown Optimor (including data from BrandZ and Bloomberg)

## Latam:

# TOP BRANDS

| | | Brand Value $M | Brand Contribution | Brand Momentum | Brand Value Change |
|---|---|---|---|---|---|
| 1 | Petrobras | 13,421 | 1 | 7 | 39% |
| 2 | Telcel | 11,558 | 3 | 6 | 7% |
| 3 | Itaú | 9,600 | 2 | 3 | 29% |
| 4 | Bradesco | 8,600 | 2 | 3 | 15% |
| 5 | Corona | 5,458 | 4 | 6 | 5% |
| 6 | Natura | 4,612 | 5 | 9 | N/A |
| 7 | Skol | 4,579 | 5 | 6 | 68% |
| 8 | Brahma | 1,996 | 5 | 6 | N/A |

Source: Millward Brown Optimor (including data from BrandZ and Bloomberg)

# TrustR and Value-D

## Trust and value critical as economy shifts gears



### Consumers emerged from the recession changed.

Two of the key changes relate to eroded levels of trust in institutions and a shifting calculus of value. It's especially important for brands to understand these changes now, as the economy shifts from recovery into a period of real growth.

Two original metrics help provide insights – TrustR and Value-D. They are based on the same definitive BrandZ database that powers this report, a collection of more than 2 million consumer interviews in 30 countries developed over 13 years.

#### TrustR

TrustR is a composite measurement of the level of Trust and Recommendation a brand inspires. Trust is the consumer's belief, cultivated over time, in the efficacy of the brand. Trust is strongest when linked with Recommendation, the consumer's belief, grounded in recent experience, that the brand continues to fulfill its promise. The average TrustR score (Trust + Recommendation divided by two) is 100. A good score is 105 or more. A poor score is 95 or less.

#### Value-D

Value-D measures the gap between the consumer's Desire for a brand and the consumer's perception of the brand's Price. Greater Desire overcomes the barrier of Price. By quantifying this gap, ValueD helps brands optimize their sales, profit and market positioning potential. Generally, good scores are 105 or above in Value and 95 or below in Price. While there's no absolute best Value-D score, in general a high Value-D score is good because it indicates a strong level of consumer Desire for the brand.

Overall, the Top 100 Most Valuable Global Brands tend to perform well in both TrustR and Value-D. In other words, highly valued brands are trusted, recommended and strike the right balance between Desire and Price. These results from the Top 100 illustrate that finding:

– Top 100 average Trust score: 106
– Top 100 average Desire score: 111
– Top 100 average Value-D score: 106

Leaders in TrustR and Value-D emerge in every sector, of course. Here are just a few of the sector-by-sector highlights:

#### Apparel

Uniqlo, the Japanese creator of affordable fashion, has the highest global Value-D Score (128). It results from high Desire (109) and low Price (81). Zara is the most recommended brand (110).

#### Beer

Skol, Brazil's leading beer, (120) and Heineken (114) earn the highest Desire scores of the Top 10 beers. Guinness is the most recommended (109).

#### Cars

Mercedes is the most trusted of the Top 10 Car brands (114) and BMW the most recommended (111). Rebounding from its recall issues, Toyota ranks as offering the best value (107), a combination of high Desire and low Price.

#### Fast Food

McDonald's is the ultimate good value combination of high Desire (116) and low Price (91) with a Value-D score of (125). Although the fast food category as a whole scores low on Trust and Recommendation, there are exceptions. Tim Hortons scores high on Trust (112) and Starbucks scores high on Recommendation (108).

#### Financial

In general, the Top 20 bands are highly trusted, but not highly recommended, reflecting the tensions exacerbated by the financial crisis. Exceptions regarding Recommendation include TD (109) and these Chinese banks: China Merchants Bank (112), China Construction Bank (109), and ICBC (108). Russia's Sberbank led across all categories in Value-D.

#### Insurance

Insurance companies generally are trusted, particularly the brand leaders, but there are regional differences. In Trust, Chinese (112) and US companies (104) rate higher than European (99). The balance is similar in Value: China (114), US (111) and European (100).

#### Luxury

Not surprisingly, luxury brands are among the most desirable and the most highly priced. The leading luxury brands are considered expensive in the Value-D analysis, but one, Chanel (103), also is seen to justify its premium. Hermès emerged as the most trusted of the Top 10 luxury brands with a score of (115).

#### Oil and Gas

Petrobras, Brazil's leader in this sector, is significantly more trusted (129), recommended (111) and seen as better value (123) than the other oil and gas brands.

#### Personal Care

Among the Top 20 personal care brands, Colgate is the most trusted (118) and enjoys great value positioning. Its high Desire (123) and favorable Price score (90) yield a Value-D score of (133). Estée Lauder, the fastest-growing brand in the sector, and Natura, a new entrant from Brazil, are the most recommended. Estée Lauder received a Recommendation score of (125), Natura, (114).

## Value-D



Midpoint 100,100: (Price/Desire)

## TrustR



Midpoint 100,100: (Trust/Recommendation)

**Strong brands perform well in TrustR and Value-D**

These charts include a selected group of BrandZ leaders. The charts show how highly valued brands are trusted, recommended and strike the right balance between Desire and Price.

## Retail

Amazon received one of the highest Value-D scores of the leading global brands across all categories. With a Value-D score of (145), Amazon has the relationship between Desire and Price just about right. It's also the most recommended retail brand (119). But the heritage of Marks & Spencer makes it the most trusted (112), Aldi led in Price (83).

## Soft Drinks

Coca-Cola is the only positively trusted brand (103) in a category that generally scores low on Trust and Recommendation. One of the highest Desire scores (125) also makes the Coca-Cola among the best value brands worldwide with a Value-D score of (126).

## Technology

Google may have lost the number one valuation spot, but it is still the most desirable technology brand (134). Along with Microsoft and Nokia, Google also is top in Trust (119) and Recommendation (115). Baidu led in Trust (127).

## Telecommunication Providers

In fast-growing markets, consumers are much more likely to trust (110) and recommend (109) their local telecoms providers than are consumers in the mature economies where scores are lower for Trust (105) and Recommendation (99). However, in both fast-growing and mature economies the telecommunication providers sector ranks highest in Desire (114). Deutsche Telekom of Germany (132), Verizon in the US (122) and Mexico's Telcel (118) rank particularly high in Desire.

## The BrandZ Top 100 Leaders in TrustR and Value-D

The results in the table below confirm two fundamental findings of the BrandZ Top 100 Most Valuable Global Brands report:

– Brand leaders successfully inspire trust and project value; and

– Brand leaders increasingly appear in fast-growing markets.

Pampers and Amazon are listed three times in this table. While consumers expect products in the childcare category to be highly trustworthy, Pampers consistently exceeds those expectations. Effective use of social media has helped the brand connect with new parents and score high both in Trust (performance over time) and recommendation (recent experience). In the process of driving a revolution in retailing and e-commerce, Amazon has established itself as a highly desired brand with a price image sufficient to rank second in Value-D.

The Number 1 brand in Value-D, Sberbank, is the largest bank in Russia. Founded in 1841, the bank renewed the brand to make its long heritage relevant to contemporary customers. Two other brands from fast-growing markets also appear in this table: Petrobras, Brazil's oil and gas giant and Baidu, the Chinese search engine.

Interestingly, the three Price leaders all are in retail, either bricks and mortar or online. Colgate's appearance underscores the brand's global stature. The presence of FedEx as a TrustR leader suggests that the brand continues to consistently deliver on the promise of reliability.

### TrustR

| | | |
|---|---|---|
| Pampers | 125 | Petrobras | 129 | Estée Lauder | 124 |
| Petrobras | 120 | Pampers | 128 | Pampers | 123 |
| FedEx | 118 | Baidu | 127 | Amazon | 119 |

### Value-D

| | | |
|---|---|---|
| Sberbank | 155 | Petrobras | 140 | Aldi | 83 |
| Amazon | 146 | Google | 134 | Target | 84 |
| Colgate | 133 | Amazon | 133 | eBay | 86 |



## Consumers bought apparel again, but not at every price point.

Low-priced brands with perceived quality enticed some consumers. Other consumers even edged back to premium brands, stirred from their recession hangovers by a desire for quality and value.

Lacking the appeal of low price or high fashion, brands in the middle suffered. And unemployment among young people – and many of their parents – moderated the critical purchasing power of teens and young adults.

The move back to higher-end apparel helped lift the Ralph Lauren brand value 18 percent. Ralph Lauren continued to offer its classic look in many sub-brands and a wide range of price points. The company renewed the aspirational nature of the brand with renovation of its flagship New York store located on Madison Avenue in a former mansion.

At the same time, fast fashion didn't slow. With stores in about 80 countries, Zara, up 15 percent in brand value, continued to thrive, particularly in Asia. H&M, which rose 7 percent, created excitement around the brand by collaborating with well-known designers and even co-created apparel with an H&M blogger.

The first Chinese apparel brand reached the BrandZ ranking Top 10. Shanghai-based Metersbonwe designs and retails apparel for young adults and benefited from its dominance in China where it operates over 4,000 stores. Uniqlo, a Japanese brand, also reached the Top 10 on the strength of its well-priced private-label fashion and simple but bold merchandising. Strong sales, particularly in the United States and China, and an 82 percent profit rise, pushed German fashion brand Hugo Boss into the ranking.

## TOP BRANDS

| | | Brand Value $M | Brand Contribution | Brand Momentum | Brand Value % Change |
|---|---|---|---|---|---|
| 1 | Nike | 13,917 | 4 | 5 | 10% |
| 2 | H&M | 13,006 | 2 | 8 | 7% |
| 3 | Zara | 10,335 | 3 | 6 | 15% |
| 4 | Ralph Lauren | 3,378 | 4 | 5 | 18% |
| 5 | Esprit | 3,375 | 3 | 4 | -29% |
| 6 | Adidas | 3,088 | 3 | 6 | -5% |
| 7 | Uniqlo | 2,916 | 2 | 7 | N/A |
| 8 | Next | 2,567 | 2 | 5 | 0% |
| 9 | Hugo Boss | 2,445 | 5 | 7 | N/A |
| 10 | MetersBonwe | 1,446 | 3 | 9 | N/A |

Source: Millward Brown Optimor
(including data from BrandZ, Kantar Worldpanel, and Bloomberg)


Millward Brown
Optimor



**APPAREL UP 10%**

Nike used digital to infuse the brand into everyday life. Its True City app, for example, provided Nike product details along with travel information that could be updated into a customized travel guide. The "Write the Future" campaign associated the Nike brand with the prowess of World Cup athletes and the event's driving excitement, competitiveness, spectacle and universal appeal.

The exposure helped Nike, up 10 percent in brand value, widen awareness in China and other fast-growing markets. Although Adidas received great visibility as the official sponsor of the World Cup, the brand achieved less of a lift.

Some brands struggled to find the right focus in a recovering economy that left many consumers still wary. Next stayed flat in brand value and Esprit declined, with profit down 21 percent during the last half of 2010.



## APPAREL HIGHLIGHTS

Consumers replenished wardrobes, but spent carefully, mostly on brands with a clear proposition of fashion and value.

Consumer concern about labor practices and environmental impact focused brand attention on ethical production.

The rise of Chinese apparel brand Metersbonwe earned the BrandZ ranking, as Chinese consumers drove sales of many international brands as well.

## APPAREL IN 2011

*Ian Blackwell, Partner, Mindshare*
*Nick Walton, Mindshare*

### Rise of co-creation

One thing we've seen almost universally in the past 12 months is the growing power of a brand's fans: its fan community, with the will and means to so much behind them, have truly engaged and a cumbersome social web design and fit offer. adventure.

MINDSHARE

## SPOTLIGHT

A Japanese brand, Uniqlo operates more than 800 stores in Japan and about 140 internationally. It opened its first store in 1984, in Hiroshima, and expanded overseas with a London store in 2001. Uniqlo understood the public mood last year. Consumers viewed the brand's apparel as fashionable but practical, in a range of colors, and of good quality at the right price. The brand plans aggressive expansion in Brazil, India and China during the next few years.



# Beer
## Brand mattered more

**In an industry traditionally driven by volume, several factors combined to increase the importance of brand.**

Consumers in mature markets considered beer as an alternative to wine to accompany food. Growing mealtime consumption created interest in ale, which is less gassy than lager and therefore less filling. In fast-growing markets, Western brands continued to signal quality and status.

The recession-related rise in off-premise drinking, particularly in the UK, drove beer competition at retail, forcing brands to guard against becoming interchangeable traffic drivers always sold on promotion. Brewers developed portfolios of good, better and best brands and improved packaging to better compete on retail shelves.

The shift to home consumption produced some innovation. In a World Cup tie-in, Molson Coors in the UK introduced its Carling Home Draught. The product featured cold activation technology that enabled beer to be served extremely chilled. This trend, which started in North America, has taken hold in Europe.

Budweiser and Bud Light remained at the top of the BrandZ ranking, although they switched places, with Budweiser, the "King of Beers," again crowned No. 1. Budweiser grew 12 percent in value. Because of distribution challenges and local taste preferences, only Budweiser and a few other beer brands, such as Stella Artois, enjoyed global recognition. Bud Light took over sponsorship of the NFL from Coors Light starting in 2011.

Reflecting the growing influence of fast-growing markets and the global marketing power of AB InBev, two leading Brazilian brands made the BrandZ Top 10. Skol had appeared before, but Brahma's presence was a debut. The value of both brands increased dramatically.

In a trend prevalent in other beer sectors, when people bought less, they spent on what they liked. Corona and Miller Light remained popular. Heineken, up 26 percent in brand value, benefited as premium imports in North America. Guinness appreciated 9 percent in brand value, despite the difficult economy in Ireland, its home market.

Brewers expanded their offering of specialty brands accented with fruit and other flavors in response to an increase in female beer drinkers. Some introduced brands with lower alcohol content. They marketed these offerings with care so as not to impact the successful light beer brands favored by young men, the core customers. In a related trend, the desire for craft beer continued, refining consumer tastes and raising awareness of brand.

## TOP BRANDS

| | | Brand Value 2011 $Mil. | Brand Momentum | Brand Contribution | Brand Value % Change |
|---|---|---|---|---|---|
| 1 | Budweiser | 8,805 | 4 | 4 | 12% |
| 2 | Bud Light | 7,148 | 4 | 5 | -12% |
| 3 | Heineken | 6,577 | 5 | 7 | 26% |
| 4 | Corona | 5,458 | 4 | 6 | 5% |
| 5 | Skol | 4,579 | 5 | 6 | 68% |
| 6 | Stella Artois | 4,534 | 4 | 4 | -6% |
| 7 | Guinness | 3,446 | 5 | 4 | 9% |
| 8 | Miller Lite | 2,539 | 3 | 7 | 8% |
| 9 | Brahma | 1,996 | 5 | 6 | N/A |
| 10 | Beck's | 1,936 | 4 | 5 | N/A |

Source: Millward Brown Optimor
(including data from BrandZ and Bloomberg)

MillwardBrown Optimor



**BEER
UP 7%**

## BEER HIGHLIGHTS

The Millennial generation is discovery of optimism and look is allied ... key markets...

A consumption move of ... of premiumisation price pressure in different ... to build brands that...

In the US, the Stella Stella Artois created ... the leading category for the brand in many where Stella was loud

---

## SPOTLIGHT



## BEER IN 2011

Nick Cooper, Managing Director
Millward Brown Optimor

### Changing tastes in developing markets

"We saw a real recognition of the role of the developing markets in the beer industry, and what is fascinating is that they are growing through a combination of imported Western premium brands, but also some very vibrant local brands as well, and the most fascinating thing of all is that you see a development of a beer drinking habit in developing markets that wasn't there before."




**MillwardBrown** Optimor

---

## Key take outs

**1.**
### Anticipate change
Study the horizon for changes as they iron into view and get ready for changes that seem to materialize more than life.

**2.**
### Understand change
Especially in a chaotic world, insight is the basis for forming a coherent strategy. When the dots fly apart, ask why. As they float randomly, try to reconnect them.

**3.**
### Stand for something original
Competitors are staring at the same dots and forming some of the same patterns. Make your response original and brand specific.

# Cars
## The road ahead cleared

**Many car brands returned to robust health only a few years after disconnecting from the life support of government funding and auto purchasing schemes such as "cash for clunkers" or "scrappage."**

Consolidation left fewer brands in North America and Europe. But the survivors emerged more customer-responsive and innovative, serious about meeting environmental and safety concerns of citizens and regulators and aware that consumer values, including perceptions of prestige, have changed.

The surviving Western brands probably are here to stay, and competition is expected from China and other fast-growing markets. Most Western car producers looked to China for long-term growth as the country's sales are expected to reach 30 million units by 2015, or about twice the size of the US car market. Volkswagen remained China's most popular car brand, but others have set up joint ventures in the country and at least one European heritage brand, Volvo, is now Chinese-owned.

Toyota rebounded 11 percent in brand value, demonstrating the resilience of strong brands. Lexus remained America's top-selling luxury car. To reassure the public following the recall of almost 8 million cars with a potential uncontrolled acceleration problem, Toyota introduced an extended warranty. A panel of NASA experts exonerated Toyota in early 2011, finding that driver mistakes were responsible for most of the reported incidents. Toyota increased sales by 8 percent to 8.4 million cars worldwide in 2010.

Ford reported its highest profit in 10 years, $6.6 billion, and GM showed signs of a strong comeback. Ford enjoyed residual goodwill in the United States for rejecting the government bailout and funding product improvements with its own capital. Named "Marketer of the Year" by Advertising Age, Ford added a more contemporary feel to the brand with an effective use of social media, including a launch of its Explorer SUV on Facebook rather than at an auto show. Ford's brand value grew 5 percent.

Two electric cars received attention. The Nissan Leaf was named "European Car of the Year." Motor Trend magazine named Chevy Volt "Car of the Year" and Green Car Journal named it "Green Car of the Year." Even as smart consumption replaced conspicuous consumption in the calculus of value, the prestige brands, such as

## TOP BRANDS

| | | Brand Value $M | Brand Contribution | Brand Momentum | Brand Value Change |
|---|---|---|---|---|---|
| 1 | Toyota | 24,198 | 4 | 7 | 11% |
| 2 | BMW | 22,425 | 5 | 8 | 3% |
| 3 | Mercedes | 15,344 | 5 | 8 | 12% |
| 4 | Honda | 14,182 | 3 | 7 | -1% |
| 5 | Porsche | 12,413 | 5 | 6 | 3% |
| 6 | Nissan | 10,072 | 2 | 8 | 17% |
| 7 | VW | 7,408 | 3 | 8 | 6% |
| 8 | Ford | 7,394 | 2 | 3 | 5% |
| 9 | Audi | 3,808 | 4 | 8 | 5% |
| 10 | Lexus | 3,648 | 4 | 5 | N/A |

Source: Millward Brown Optimor
(Including data from BrandZ, Bloomberg and KPMG Industry Reports)



MillwardBrown Optimor



**CARS
UP 7%**

Case 5:12-cv-00630-LHK   Document 13-1   Filed 02/08/12   Page 23 of 28



## HIGHLIGHTS

The car industry made cars people wanted – and the cars sold.

Shoppers spent more time researching online and relying on third-party comments as car marketing adjusted to the digital age.

Fuel efficiency became a hygiene factor, and Toyota's Prius continued its market leadership.

## CARS IN 2011

Chris Hannon, CEO Team Land Rover/
WPP Account Leader, Y&R

### Textbook on brand resilience

"Toyota has been a very interesting brand case study. When you see the depths to which Toyota had sunk, the concern that was being exhibited in the US about safety problems. And when you compare that with the way the brand performed in terms of sales at the end of the year. Toyota is a textbook example of brand resilience. In the sense that, if you invest in the brand over a number of years, actually it does ensure that you're able to withstand most things that happen to you in the marketplace."

### SPOTLIGHT

Ford gained positive attention both for what it didn't do (take government bailout money) and for what it did (rationalize its brand offering and improve vehicle quality). It also spent 2010 preparing for the launch of its global car, Ford Focus, in March 2011. Ford intends to simplify production to build 10 different global models on a single platform. The company also invested heavily in China and renewed Lincoln as its luxury option.

---

### 4.
### Stand for something consistent

Every new brand is tempting and may over-drive sales, at least at first. But not every brand fits the brand and the customer's expectations of the brand.

BMW, Mercedes and Porsche, sold well because their quality remained undisputed and enough shoppers could still afford them. Audi reached record sales of over 100,000 units in the United States. Demand in China also drove sales of the luxury SUVs.

Hyundai and Kia improved and promoted the style and reliability of their products, which they confidently backed up with long-term warranties. As their reputation improved, Korean brands became a post-recession consumer smart choice for buying quality and style without paying a premium for badge status. To some observers, the Korean car brands did a better job than Toyota and Honda of executing the well-respected Japanese car playbook.

### 5.
### Stand for something more

CSR is nice but not enough. Make social action relevant to the brand and sincere. Consumers dismiss window dressing. Fix any supply chain problems that potentially harm people, and minimize impact on the environment.

### 6.
### Innovate: Easy to say, hard to do

But companies expect leading brands to deliver the future.

# Key take outs



# Fast Food

## Breakfast made the difference

## Snacks also contributed to sales growth as fast-food brands expanded into the off-hours of an industry built around lunch business.

The focus on breakfast and between-meal snacks was an effort, primarily in North America, to add new profitable products and lift the productivity of the restaurants by driving customer traffic throughout the day. It especially helped fuel McDonald's, SUBWAY and Starbucks.

The pizza segment benefited from its perceived value as a dinner solution. In mature markets, the brands aimed at building business around sporting events and other occasions. Pizza Hut and Dominos also enjoyed strong sales in China, which Pizza Hut entered more than 20 years ago.

The addition of new meal options, along with an emphasis on value, lifted the fast-food category overall. In the third quarter of 2010, the fast-food industry reported positive traffic for the first time since mid-2008, according to the industry's Crest research results.

Breakfast was one of many factors that contributed to the dramatic renewal of Starbucks, which increased 40 percent in brand value. The coffeehouse also implemented efficiency improvements, revised pricing and enhanced its in-store experience.

McDonald's increased advertising spending, introduced a $1 breakfast menu and added oatmeal at $1.99. Available all day, oatmeal drove traffic, projected value and reinforced the chain's efforts to offer healthier options on a menu still weighted with burgers and fries. Brand value surged 23 percent.

Burger King and SUBWAY also introduced breakfast options. Consistent with SUBWAY's positioning as a healthier fast-food option, the breakfast consisted of a customized meal made from egg whites with a choice of meats, cheeses, vegetables and breads. The chain used breakfast to leverage its lunch business by suggesting that early-morning customers pick up a sandwich for later in the day. SUBWAY also benefited from its international reach with almost 34,000 outlets worldwide, surpassing McDonald's, in second place, by about 1,000. The SUBWAY brand rose 19 percent in value.

Breakfast and snacks created new occasions for some fast-food brands to increase coffee sales. The added caffeine jolted profit potential but also widened the competitive set to include operations such as Dunkin' Donuts and Starbucks. Starbucks successfully added an entry price point of $1.50 for coffee while maintaining prices for other drinks, and experienced growth in traffic, sales and profit. Wendy's and Taco Bell were expected to enter the breakfast space.

Wendy's and Burger King were among the fast-food

## TOP BRANDS

| | | Brand Value : $M | Brand Contribution | Brand Momentum | Brand Value Change |
|---|---|---|---|---|---|
| 1 | McDonald's | 81,016 | 4 | 7 | 23% |
| 2 | SUBWAY | 14,306 | 4 | 5 | 19% |
| 3 | Starbucks | 11,901 | 5 | 5 | 40% |
| 4 | KFC | 8,216 | 3 | 5 | 15% |
| 5 | Pizza Hut | 5,305 | 3 | 3 | 58% |
| 6 | Tim Hortons | 2,678 | 4 | 7 | -17% |
| 7 | Wendy's | 1,994 | 4 | 3 | -20% |
| 8 | Burger King | 1,931 | 3 | 4 | 9% |
| 9 | Taco Bell | 1,873 | 3 | 2 | 2% |
| 10 | Domino's Pizza | 620 | 2 | 6 | N/A |

Source: Millward Brown Optimor
(including data from BrandZ and Bloomberg)

MillwardBrown
Optimor



**FAST FOOD UP 22%**

brands that struggled with traffic levels because of the high unemployment among young men, the fast food sector's core customer. KFC also experienced traffic declines in developed markets, as consumers sought healthier options than fried chicken, the chain's signature offering. But KFC continued to enjoy success in China, where menus at its 3,200 outlets in 700 cities often include Chinese dishes, and where corporate parent Yum! also operates Pizza Hut and other brands.

## 7.

### Differentiate

Create a brand personality that's clear and resonates with the consumer emotionally. That connection generally is harder to copy than functional advantages and it builds more valuable brands.

## 8.

### Converse with customers

The customer is not always right. But in the world of social media customers always are heard and generally offer useful opinions.

## 9.

### Talk clearly.

So that the brand is heard above all the noise, invest in the content that people talk about and share.



### Key take outs

---

## FAST FOOD HIGHLIGHTS

Meal deals continued to drive the fast food business as consumers remained budget conscious.

The deals produced traffic gains but without growth in average ticket value for some chains.

The resilience of the fast food sector attracted new competition, as some mid-tier casual dining brands developed fast food sub-brands.

### FAST FOOD IN 2011



Larry Swyer, Managing Partner, MediaCom

#### Good deals and healthy meals

"Along with the growth of breakfast, we saw other trends that will continue over the next few years. With the difficult economy, we see the fast food chains offering a lot of different deals to drive traffic into their restaurants. We also see health as a big issue. People are very interested to know what is going in their food. They worry about sodium. They worry about calorie count. Innovation is very important. Consumers are looking for things that are new and different."

### SPOTLIGHT

At the start of the recession, Starbucks seemed to symbolize the high prices and self-indulgence that consumers rejected in favor of frugality. Today, after the intervention of founder and CEO Howard Shultz, Starbucks has trimmed the number of stores, added a more attractive opening price point in Pike Place Roast, and improved the coffee-centric environment of its outlets. It turns out that people in mature markets still want to break up the day with an expensive latte. And Shultz is betting that people in the rising middle classes of the BRICs will feel the same way.

**MEDIACOM**
People first, better results



# The Digital Revolution-

Shoppers and brands meet technology in the new consumer marketplace

## The numbers tell the story.

Apple is the world's most valuable brand, followed by Google, Facebook, just seven years old, appears in the BrandZ Top 100 Most Valuable Global Brands for the first time, at No. 35.

While the meteoric rise of these technology brands is compelling, equally important is their impact, as brands in every product sector respond to the fast-changing world of digitized and disintermediated information.

Last year, brands reached customers on brand and retailer Web sites, on Google and other search engines and on mobile apps that rewarded shoppers for interacting with brands. Some brands led the way. Others attempted to catch up.

Few ignored the tide. As recent events in the Middle East demonstrate, digitally connected people wield enormous power to express their desires and influence each other and events. The analogy to brands is imperfect, but respecting it is imperative.

As digital revolutionizes the relationship between brands and consumers, interactions that could be adversarial increasingly become collaborations aspiring to mutual benefit and reciprocal trust.

In these digitally enabled relationships, the role of marketer as brand builder, selling products to the public, is supplanted by the role of marketer as brand enabler, engaging the public's help to improve products and raise customer satisfaction.

In a digital creation story, the universe isn't completed on the sixth day. It's a work in progress, a partnership aimed at perpetual renewal and relevance. One element remains the same, however – the desire for an apple.

### Collaboration and co-creation

At the start of last year, few people intuited that their lives felt bereft of a digital gadget smaller than their laptop but larger than their mobile phone. By the end of 2010, however, around 18 million of us owned iPads or other tablets.

Apple understood that its customers wanted access to data and images anywhere, anytime, in easy-to-view definition with an easy-to-use touch interface. In a span of a few months, the brand met these needs with the iPad and iPhone 4.

Apple trusted that its customers would discover uses for these products that would help organize, simplify or complicate, but mostly improve their lives. This co-creation approach resulted in roughly 350,000 Apple apps, and it added value to the product and the brand. Another perhaps 250,000 Android apps were created.

In a similar co-creation, brands improved products and marketing based on comments from customers in conversations on social networking sites. Co-creation also was the basis of collective shopping sites such as Groupon, which help merchants and brands increase sales and shoppers increase savings. Digital enables strangers to connect around something they share in common – the desire for a bargain.

### Shift in how we view customers

When brands enjoyed sovereign control over the dissemination of information about themselves, marketers could choose a demographic – for example, 18-to-24-year-old women – and design an attention-grabbing, persuasive 30-second TV commercial.

That's changed. Some of our interests cut across the traditional demographic categories, often making our designation as a Millennial or Boomer less relevant than whether it's Monday morning or Saturday night and whether we're focused on planning for the week or for our next vacation.

Brand success requires recognizing this change and allowing customers to self identify, form groups, and access utilities and dynamic, well-built libraries of information. Last year, Pampers, No. 34 in brand value, launched an iPad app called "Welcome Baby." It illustrated the development of a fetus in the womb and helped expectant parents understand and track the stages of pregnancy.

This kind of information is the currency of the digital democracy. It changes brand-customer interaction from a series of isolated transactions into an ongoing relationship that becomes deeper and more interconnected. With each encounter, the customer gains more knowledge about the brand and brand-related topics and the brand learns more about the customer.

Sustaining these relationships depends on transparency and trust from both sides, brand and customer. Both sides lose when the relationship deteriorates because brands collect information using stealth tactics or customers respond with a subterfuge of false information.

**Quality products need quality content**

But being straightforward gets brands only part of the way. The quality of the brand-consumer interaction online is determined in part by the quality of the digital content. Brand manufacturers, retailers and their ad agencies traditionally have not been in the content-creation business.

Consumer product companies and their advertising agencies are sometimes more comfortable with the traditional research-driven, time-consuming process aimed at perfecting a campaign. Digital content, in contrast, is more iterative. Speed subordinates perfection. Ongoing presence and continuity supersedes the finite nature of a campaign.

Campaigns were designed for the path to purchase shaped as a funnel, for consumers who would move predictably and sequentially from awareness, engagement, discovery and investigation to selection. Campaigns alone are insufficient in the digital world of shopper marketing, where the path to purchase has exploded into random, non-linear points of influence when the shopper may be in front of a computer screen at home, making a shopping list or walking down the street about to enter a store.

Digital's impact on shopping soon will intensify further as 4G – with rapid transmission of rich data – becomes more widely available and mobile devices continue to offer greater sophistication for less money. The path to purchase will never look the same. Its appearance may be most radically shaped in fast-growing markets like Brazil, China or India, where mobile was the first telephone experience for many consumers. Brands face immense and unpredictable challenges in this highly connected, increasingly transparent and digitally transformed world.





**10.**

**Listen closely**

A customer who talks about a brand cares about it. And one good opinion quickly can yield insights to inform important brand improvements and lift sales.

**11.**

**Be honest**

To err is human.
To cover up is unforgivable.
Especially in a transparent,
socially-networked world.

**12.**

**Be open**

Transparency is a buzzword but that's because it covers everything from pricing to problems. It's essential and expected.

**Key take outs**



# Financial institutions

## Earning money, restoring trust

### Banks were at an inflection point.

Most banks stabilized their businesses. Balance sheets looked better. The major remaining deficit was customer trust in the brand.

It proved difficult to restore, particularly in the US, where the foreclosure rate remained high and small business loans scarce, while the banks inadequately explained how they'd not just survived but also contributed to economic growth.

In addition, the ubiquity of digital commerce and social networking challenged financial institutions to change how they market and serve customers. Post-recession government regulations limited certain fees. Banks responded by continuing to serve high net worth customers while improving service to the "mass affluent" by adopting small-bank approaches to service.

The banks in fast-growing markets, such as India's ICICI and Itaú of Brazil, appreciated in value. ICBC, the world's largest bank in market capitalization and profit, operated over 16,200 branches throughout China. China's second largest bank, China Construction Bank focused on telecommunications and other rapidly expanding industries. The brand appreciated 22 percent. As the nation's most global bank, with international operations in 29 countries, Bank of China may have been more impacted by global financial issues.

## TOP BRANDS

| | | Brand Value $M | Brand Contribution | Brand Momentum | Brand Value Change |
|---|---|---|---|---|---|
| 1 | ICBC | 44,440 | 2 | 5 | 1% |
| 2 | Wells Fargo | 36,876 | 3 | 2 | 97% |
| 3 | Visa | 28,553 | 4 | 9 | 15% |
| 4 | China Construction Bank | 25,524 | 2 | 4 | 22% |
| 5 | HSBC | 22,587 | 2 | 2 | -4% |
| 6 | Bank of China | 17,530 | 2 | 4 | -20% |
| 7 | RBC | 17,182 | 3 | 4 | 3% |
| 8 | American Express | 17,115 | 3 | 2 | 23% |
| 9 | TD* | 16,931 | 4 | 1 | 19% |
| 10 | Agricultural Bank of China | 16,909 | 1 | 6 | N/A |
| 11 | Citi | 15,674 | 2 | 1 | 17% |
| 12 | ICICI Bank | 14,900 | 3 | 3 | 3% |
| 13 | MasterCard | 13,543 | 4 | 7 | 16% |
| 14 | Chase | 12,083 | 3 | 3 | -3% |
| 15 | Standard Chartered Bank | 12,033 | 2 | 2 | 45% |
| 16 | Santander | 11,363 | 2 | 5 | -37% |
| 17 | US Bank | 10,525 | 3 | 2 | 26% |
| 18 | Scotiabank | 10,076 | 2 | 2 | N/A |
| 19 | Itaú | 9,600 | 2 | 3 | 29% |
| 20 | Bank of America | 9,358 | 1 | 3 | -43% |

*Correction to TD's 2010 value. Brand value in 2010 is $14,202, not $10,274
Source: Millward Brown Optimor (including data from BrandZ and Bloomberg)

Millward Brown Optimor



**FINANCIAL INSTITUTIONS UP 9%**