Standard Chartered Bank, a UK-based institution, earned the majority of its profits from emerging markets and was minimally exposed in North America and Europe. It grew 45 percent in brand value. HSBC enjoyed the efficiencies and risk balance provided by its extensive global network. Benefits from the acquisition of Wachovia continued to accrue to Wells Fargo. Brand value almost doubled. Chase had a head start coming out of the recession because the bank went into it less exposed to debt.

Meanwhile, Citi and other banks moved beyond viewing their customers according to traditional demographic categories. Instead of focusing on income, the banks organized offerings around attitudes and interests. Citi marketed to a group it calls "generations forward," young aspiring people defined by post-recession values that include taking responsibility for their personal welfare and the world's.

Bank of America continued to recover from the global financial crisis and its acquisition of Merrill Lynch. Despite its strength in fast-growing Latin America markets, the Spanish bank Santander was hurt by results from its European operations.

American Express posted strong profits as consumers and businesses returned to spending and more cardholders paid balances in full each month. Brand value rose 23 percent. The post-recession consumer shift away from credit to cash and debit cards forced credit card companies to rethink their business models. Visa's 'Go' campaign encourages consumers to think about Visa beyond its transactional benefits and empowers people to make the most out of everyday life. The brand increased 15 percent.



## HIGHLIGHTS

Banks excelled at using digital for transactional needs, such as online banking, but lagged in brand-building social media applications.

Investment banks especially struggled with post-crisis issues of reputation and trust.

While customers often engaged with small local institutions for checking and other transactional services, they generally kept their savings in the large institutions viewed as too big to fail.

## SPOTLIGHT

Russia's Sberbank appeared for the first time in the BrandZ Top 100 Most Valuable Global Brands on the strength of a successful initiative to transform it into a friendly bank of choice rather an institution recalled for its dominating presence during the Soviet period and a heritage dating to 1841. A program called "Leading the Change in Russia," updated the brand and emphasized its national reach with almost 20,000 branches. In 2010, Sberbank accounted for almost 40 percent of the banking sector's profits in Russia, compared with 29 percent in 2007. Fees and commissions drove net income to increase by a factor of 7.4 to roughly $16 billion (181.6 billion rubles) in 2010, from $800 million (24.4 billion rubles) in 2009.

## FINANCIAL INSTITUTIONS IN 2011

Mich Bergeson, Global Director, Financial Services, Landor

### Offering real value

"There's an opportunity for banks now to put their money where their mouths are, in terms of focusing on responsible lending and offering real value on their products and services."

Landor



## Insurers focused on fundamentals last year.

They divested tangential businesses and introduced innovations that increasingly shifted control of purchasing to the consumer.

The moves came as part of an effort to rebuild the trust eroded when consumers conflated insurance companies with banks and other large institutions whose practices contributed to the global financial meltdown.

Some insurers divested or rebranded their asset management businesses, dissociating themselves from troubled high-risk investments. Allianz divested Dresdner and rebranded AGF as Allianz. Insurers concentrated on underwriting policies.

Leading the insurance sector in brand value, China Life and Ping An, along with China Pacific, benefited from the size of the Chinese market and the rapid growth of the insurance industry. Publicly traded China Life holds over 90 million policies. Along with its corporate business, Ping An serves about 56 million retail customers.

Property and casualty insurance companies continued to grapple with increasing consumer control over the process of purchasing insurance. The ability of consumers to bypass brokers and research and purchase insurance online, began with auto and home and expanded into life.

In the United States, MetLife, which grew in brand value by 31 percent, launched a Web site called "Straight Story on Life Insurance." The site takes consumers through many contingencies and allows them to comparison shop. In the UK and Continental Europe, consumers continued to purchase through online aggregators. In contrast, US-based State Farm emphasized its sales force and its "Good Neighbor" positioning.

A clear demarcation seemed to emerge between full-service, agent-led brands, such as State Farm and Chubb, and brands, such as GEICO and Progressive, which invested in sophisticated virtual solutions to serve clients. GEICO, a subsidiary of Warren Buffett's Berkshire Hathaway, increased 53 percent in brand value. Its edgy campaign, featuring a gecko speaking with an East End London accent, helped the company add auto insurance customers. It now seeks to expand its business into homeowners insurance.

Sale of UK holdings impacted the brand value of the French insurer AXA.

## TOP BRANDS

| | | Brand Value 2011 ($M) | Brand Contribution | Brand Momentum | Brand Value % Change |
|---|---|---|---|---|---|
| 1 | China Life Insurance | 19,542 | 2 | 9 | N/A |
| 2 | Ping An | 10,540 | 3 | 7 | N/A |
| 3 | State Farm | 8,393 | 2 | 8 | 2% |
| 4 | Allianz | 5,223 | 2 | 7 | 17% |
| 5 | China Pacific Insurance | 3,660 | 2 | 3 | N/A |
| 6 | AXA | 3,505 | 1 | 4 | -11% |
| 7 | GEICO | 2,785 | 2 | 4 | 53% |
| 8 | MetLife | 2,270 | 1 | 6 | 31% |
| 9 | Zurich | 2,023 | 1 | 1 | 4% |
| 10 | Allstate | 1,853 | 2 | 4 | 18% |

*Value growth in the insurance category results from the inclusion of China Life Insurance, Ping An and China Pacific Insurance.
Source: Millward Brown Optimor (including data from BrandZ and Bloomberg).


MillwardBrown
Optimor


**INSURANCE UP 137%**



## SPOTLIGHT

The direct-to-consumer trend, which began in auto and home, moved dramatically into life insurance last year with MetLife's "Straight Story on Life Insurance." The award-winning online utility maps the consumer's journey and explores the appropriate life insurance options and financing plans. It enables consumers to comparison shop and puts them in control of a significant purchase that traditionally depended on an agent.

## INSURANCE HIGHLIGHTS

## INSURANCE IN 2011

## THE PARTNERS

## Key take outs

**13.**
**Build trust**
Because mistakes may tax the default consumer attitude coming out of the recession, trust can be difficult to build but personal vision is established.

**14.**
**Deliver a great experience**
Introducing and polishing shiny objects is fine, as long as they work reliably and don't cause customer frustration.

**15.**
**Deliver value**



## Luxury came back, without apology.

Although consumers in North America and Europe continued to reject conspicuous consumption, those who could afford the most exclusive shops no longer eschewed the shopping bags that proclaimed their good fortune.

The new ethos frowned on flaunting and encouraged awareness of how one's purchases, whether diamonds from African mines or apparel stitched in Asian factories, impacted the environment and people all along the supply chain.

Connected to the concern with a product's origins was a deepened appreciation for the craftsmanship that went into its creation. In a world of mass-produced consumer goods, bespoke attention to individuality became the ultimate luxury. And it provided a rational reason – if needed – for justifying an emotional, expensive purchase.

Many brands raised prices. Those that genuinely could claim a history of design leadership and customization capitalized on their brand heritage in advertising and in online and in-store presentations. Gucci turned areas of some of its stores into small workshops where customers could view leatherworkers crafting handbags.

To attract a new generation of shoppers, Louis Vuitton launched a program to encourage young artists with publicity and financial support, while continuing to evoke its heritage in travel to preserve relationships with the brand's traditional

following. Louis Vuitton remained the highest-valued luxury brand and increased in value by 23 percent.

Louis Vuitton broadcast its London fashion show on YouTube, an indication of the industry effort to be more contemporary in both product and communication. Burberry sent personalized messages to the mobile phones of customers, inviting them to view the brand's London fashion show streamed live to a Burberry store. Any item from the catwalk could be purchased for delivery within weeks. Burberry continued to successfully rejuvenate the 155-year-old British heritage brand and enjoyed year-on-year double-digit increases in all markets.

Chanel entered e-commerce for the first time, although more for the sale of accessories than couture, because extending luxury credentials to the mass market risked diluting the exclusivity of the brand. Brands that protected their exclusivity – such as Chanel, Hermès, or Cartier – were better insulated from the recession than more accessible luxury brands. The Hermès brand value grew 41 percent.

Hermès launched a Chinese brand that may herald the inception of luxury brands developed in fast-growing markets. Meanwhile, China and other BRIC countries remained important markets because badge status gratified a growing middle class and a band of affluent individuals who had wealth for the first time and were ready to spend it.

## TOP BRANDS

| | | Brand Value $Mil | Brand Contribution | Brand Momentum | Brand Value % Change |
|---|---|---|---|---|---|
| 1 | Louis Vuitton | 24,312 | 5 | 7 | 23% |
| 2 | Hermès | 11,917 | 5 | 8 | 41% |
| 3 | Gucci | 7,449 | 5 | 4 | -2% |
| 4 | Chanel | 6,823 | 5 | 9 | 23% |
| 5 | Cartier | 5,327 | 5 | 6 | 34% |
| 6 | Rolex | 5,269 | 5 | 5 | 11% |
| 7 | Hennessy | 4,997 | 5 | 8 | -7% |
| 8 | Moët & Chandon | 4,570 | 5 | 8 | 7% |
| 9 | Fendi | 3,422 | 5 | 5 | 7% |
| 10 | Burberry | 3,379 | 4 | 7 | N/A |

Source: Milward Brown Optimor
(Including data from Brand2 and Bloomberg)

MillwardBrown Optimor



**LUXURY UP 19%**

Case 5:12-cv-00630-LHK   Document 13-2   Filed 02/08/12   Page 5 of 28



## HIGHLIGHTS

## SPOTLIGHT

LVMH purchased a stake in Hermès, one of the few ultra-luxury brands with long and respected heritage still held privately. The action raised speculation that LVMH eventually would bid for the entire company. Such a deal would further consolidate the luxury category and add prestige to the LVMH portfolio. The potential impact on the Hermès brand isn't as clear. The family owners of Hermès made clear their desire to retain control.

## LUXURY IN 2011

### Extending the reach of luxury

We hand all the consumers more and more like to be owners of the cosmo brands By ... purchasing something like that of a handbag or even ...

## MEDIACOM

### Key take outs

## 16.
### Grow brand value
Brand value translates into sales, customer loyalty and market share by the performance of the BrandZ Top 100 — outperform even during the toughest economic times.

## 17.
Protect brand value

## 18.
### Be consistent but flexible
Deliver the same coherent global message across cultures, but express it for local comprehension.



**Oil & Gas**
Disaster revealed resilience

**The big story, of course, was the BP disaster – the tragic Deepwater Horizon accident and its impact on the environment, the local economy and the lives of individuals.**

The disaster highlighted the importance and the vulnerability of brands in a category where brand contribution to brand equity traditionally has been low.

Oil and gas companies explore the world's remaining oil reserves, often located in extreme environments miles below the ocean floor. Proven competence and brand stature is critical for convincing governments to grant exploration rights and for influencing regulators. The BP disaster undermined this agenda.

It also reminded oil companies to cultivate broader support by addressing the contradictory consumer messages: respect the environment, energize our lives without interruption, and keep fuel prices low. Each brand attempted to explain this energy paradox more openly, while making an argument for its particular approach to reconciling the seemingly irreconcilable.

Exxon's communications continued to focus on operational excellence. Shell launched a global corporate campaign with the strapline "Let's Go," emphasizing working collaboratively with partners and end users to find answers to the energy challenge.

Chevron's "We Agree" campaign suggested that company and consumer are on the same side of the multi-faceted energy issue. Ironically, BP may have been the most brand-conscious and differentiated brand because of its Helios logo and related emphasis on corporate responsibility.

Brand is especially critical for publically owned oil companies because they compete against state-owned organizations that operate in a different regulatory environment and control most of the world's oil business. Projects available to publically owned companies generally require deep water drilling or meeting other challenges that entail the most expense and risk.

## TOP BRANDS

| | | Brand Value | Rank | Brand Contribution | Brand Value % Change |
|---|---|---|---|---|---|
| 1 | ExxonMobil | 16,973 | 1 | 8 | 10% |
| 2 | Shell | 15,168 | 1 | 5 | 0% |
| 3 | Petrobras | 13,421 | 1 | 7 | 39% |
| 4 | BP | 12,542 | 1 | 5 | -27% |
| 5 | PetroChina | 11,291 | 1 | 10 | -19% |
| 6 | Chevron | 8,120 | 1 | 8 | 12% |
| 7 | Gazprom | 6,849 | 1 | 7 | 24% |
| 8 | ConocoPhilips | 6,486 | 1 | 6 | 21% |
| 9 | Lukoil | 5,792 | 1 | 10 | N/A |
| 10 | Total | 5,262 | 1 | 7 | -25% |

Source: Millward Brown Optimor
(including data from BrandZ and Bloomberg)

MillwardBrown
Optimor



**OIL & GAS UP 1%**

Relative to the state-owned companies, the public oil and gas providers will feel much more pressure to meet the world's need for energy in ways that are safe and environmentally responsible. In a possible deal with Russian oil giant Rosneft, BP would explore for reserves in Russia's Arctic.

Some well-capitalized companies in fast-growing economies sought undervalued assets in developed markets. PetroChina, for example, acquired a stake in a Scottish refinery. Brazil's Petrobras raised $67 billion from a public offering to help fund exploration in some of the world's largest and most difficult deep-water reserves. Based on expectations, the brand value of Petrobras rose 39 percent.

Gazprom, Russia's largest company, was well positioned during this period of diminished oil reserves and heightened environmental concern. As its brand name implies, Gazprom is the world's largest natural gas company. Its brand value increased 24 percent.



## SPOTLIGHT

By 2012, Shell for the first time will produce more gas than oil. Last year it established a biofuel partnership with Cosan, a Brazilian ethanol producer. Increasingly, companies are struggling to replace the oil reserves they deplete with newly discovered reserves. Leading brands continued shifting their attention to gas because oil reserves are limited and exploration is complex and expensive.



## OIL & GAS IN 2011

Brands need to explore and explain

cohn wolfe

## OIL & GAS HIGHLIGHTS

- Brand may become more important even for state-owned companies as they move out of their home markets.
- Incentives to produce renewable energy became less relevant as governments struggled to cut spending and balance post-recession budgets.
- Demand from fast-growing economies drove oil prices to almost $100 per barrel, near pre-recession pricing, although the industry had not yet returned to peak production activity.
- Unrest in the oil-producing Middle East pushed prices higher early in 2011.



# A Generational Shift

By J. Walker Smith,
Global Executive Chairman,
The Futures Company

## Much of what we believe about Millennials is wrong. But the one thing that matters most we get right.

Millennials have been trumpeted by pundits and heralded by headlines as an optimistic, open, committed and socially conscious generation, itching to step up and rescue the world from the mistakes and excesses of generations past. Unfortunately, such pronouncements are little more than wish-fulfillment by older observers. A careful assessment of longitudinal cohort data by The Futures Company in its 2011 *Unmasking Millennials* report shows that Millennials are just like every other generation in their optimism and prosocial attitudes. As they age, these attitudes decline. By the time Millennials reach their late twenties and early thirties, their attitudes are better described as those of adults than as those of a distinct cohort. For many things, age is more important and a better predictor than generation. But not for everything, especially not technology.

The generational divide that distinguishes Millennials is one of technology. The technology revolution of personalized computing that first blossomed in the 1970s has been an everyday reality for Millennials. The same is true for the Internet revolution that broke out in the mid-1990s. Millennials have come of age steeped in a deeply wired, technologically sophisticated world that moves at a continually accelerating pace. Only older generations remember something different and thus today see something special. For Millennials, this is just the way things are.

It is the experience of technology not simply the density of technologies that makes Millennials different. By and large, older generations have approached technology from an information point-of-view. For them, technology is about processing data, for which productivity and efficiency are the key metrics. Not so Millennials. Certainly, information matters, but technology is more about connection. Technology is social. Information, in fact, is managed and modulated through connections.

For marketers, the technology divide across generations

is profound. Older consumers want information and entertainment from media. Millennials see media as platforms for connection. Older generations have grown up directly interacting with marketing communications, processing ads and making decisions individually. Millennials encounter marketing as part of their on-going, never-ending, constantly-evolving conversations about brands, issues, celebrities, causes, sports, politics, music and more. Young consumers no longer encounter marketing in the ways embedded in traditional models of marketing, media, persuasion and attitude change.

The old objective of marketers was to be heard above the noise. In effect, it was about out-shouting the competition; hence, the relevant metric was share of voice. Today, and tomorrow, the objective must be one of getting talked about, for which the relevant metric will be share of conversation.

Millennials are an intensely social cohort for whom interconnection and engagement are fundamental. Though older generations will continue to hew to a more individualistic style, technology will force them to be more social. In this way, at least, the world as a whole is looking younger such that all generations will soon be able to claim that we are all Millennials.



# Personal Care

Look good,
feel good,
spend less

**These imperatives characterized mid-market consumers, well informed by online social networks and more savvy from recent economic necessity.**

Luxury consumers also returned, driving the performance of brands like Lancôme and Estée Lauder, which gained across all of its global markets, with a boost from China, where year-end sales rose almost 30 percent.

Estée Lauder enjoyed a 31 percent rise in brand value. The brand value of Lancôme increased by 17 percent. The Estée Lauder brand Clinique, which remained consistent with its simple and elegant presentation of product, entered the BrandZ ranking for the first time.

Brands serving mid-market consumers continued "mass premiumization" of products, emphasizing affordability while promoting either glamour or wellness. L'Oréal, which increased 11 percent in brand value, introduced the brand to a younger audience. Olay added more products to the premium end of its line. Brand value grew 9 percent.

In a complementary trend, brands also introduced products customized to individual skin or hair type, as the notion of beauty continued to evolve from a single ideal to possibilities as diverse as humanity. Brazil's Natura, new to the BrandZ ranking, expressed this trend effectively with its sustainable ingredients and the healthy-looking people modeling its cosmetics and skin care products. Garnier described its vision as helping make everyone's natural beauty "shine through."

Many brands focused on enabling the beauty of Baby Boomers to shine through, since Boomers can afford their age defiance. To enhance male beauty, personal care brands expanded beyond the "metrosexual" to the mass audience of guys who also care about grooming but don't make it a lifestyle.

## TOP BRANDS

| | | Brand Value $M | Brand Contribution | Brand Momentum | Brand Value % Change |
|---|---|---|---|---|---|
| 1 | Gillette | 19,782 | 4 | 5 | -4% |
| 2 | L'Oréal | 15,719 | 4 | 6 | 11% |
| 3 | Colgate | 14,258 | 4 | 6 | 0% |
| 4 | Avon | 5,849 | 4 | 6 | -20% |
| 5 | Nivea | 5,075 | 3 | 5 | -10% |
| 6 | Garnier | 4,669 | 4 | 5 | -6% |
| 7 | Lancôme | 4,617 | 4 | 5 | 17% |
| 8 | Natura | 4,614 | 5 | 9 | N/A |
| 9 | Dove | 3,827 | 3 | 7 | 7% |
| 10 | Olay | 2,825 | 4 | 3 | 9% |
| 11 | Crest | 2,814 | 4 | 5 | -8% |
| 12 | Oral-B | 2,797 | 3 | 4 | -20% |
| 13 | Estée Lauder | 2,592 | 4 | 5 | 31% |
| 14 | Shiseido | 2,422 | 4 | 7 | -7% |
| 15 | Clinique | 2,391 | 4 | 5 | N/A |

Source: Millward Brown Optimor
(including data from BrandZ, Kantar Worldpanel and Bloomberg)

MillwardBrown
Optimor



**PERSONAL CARE UP 3%**

Case 5:12-cv-00xxxxxx   Document 13-2   Filed 02/08/12   Page 10 of 28





Gillette, which remained synonymous with male grooming, may have been affected by the impact of the economy on young men. In an interesting demonstration of brand reinvention, some brands relied on irony and self-deprecating humor to introduce Millennials to products, such as the skin-care brand Old Spice, which Boomers and their parents had forgotten.

To counter the incursion of private label accelerated by the recession, brands with basic functionality, like Colgate or Crest toothpastes or Dove, emphasized the product's positive impact on emotional well-being and introduced more benefits. Dove, for example, promoted a body wash that improved skin as it cleansed. Unimpressed by old-school marketing claims alone, consumers wanted to know not just what a product promised – whiter, brighter, better – but how the promises worked and whether the ingredients were natural or had a proven scientific basis.

Facebook and other social networking sites led to more informed consumer choice and a growing do-it-yourself trend in which consumers purchased salon-quality brands for use at home. In this value equation, the savings in professional care made up for a higher product price. Avon, a venerable global leader, encountered difficulties expanding in BRIC markets.



# Retail
## Shoppers took control

**Amazon, which operates no stores, became the world's most valuable retail brand, ahead of Walmart, the world's largest retailer.**

The ascent of Amazon, which rose 37 percent in brand value, signaled the disruptive digital impact on the path to purchase, as retailers struggled to establish multi-channel presence, anywhere, anytime.

The growing use of mobile devices compounded the challenge, with utilities able to identify nearby locations, provide in-stock information, tempt shoppers with special deals and provide access to competitive pricing at the "moment of truth."

Although shoppers returned to bricks and mortar as the economy improved, they were fortified with knowledge from searching on Google, posting on Facebook and organizing around group purchasing sites like Groupon.

The confluence of an enlightened shopper with a recovering economy impacted retail brands in different ways. Hard discounters like Aldi and Lidl did well, but not as well as might be expected because of competition. Carrefour lowered prices and opened new, more convenient smaller stores in Europe.

## TOP BRANDS

| | | Brand Value $M | Brand Contribution | Brand Momentum | Brand Value Change |
|---|---|---|---|---|---|
| 1 | Amazon | 37,628 | 3 | 10 | 37% |
| 2 | Walmart | 37,277 | 2 | 5 | -5% |
| 3 | Tesco | 21,834 | 4 | 7 | -15% |
| 4 | Carrefour | 13,754 | 3 | 7 | -8% |
| 5 | Target | 12,471 | 3 | 3 | 3% |
| 6 | eBay | 10,731 | 2 | 8 | 15% |
| 7 | Home Depot | 9,877 | 2 | 3 | 10% |
| 8 | ALDI | 9,251 | 2 | 4 | 6% |
| 9 | Auchan | 7,796 | 3 | 7 | -1% |
| 10 | IKEA | 7,293 | 2 | 6 | 28% |
| 11 | Lowe's | 6,522 | 2 | 3 | -7% |
| 12 | Marks & Spencer | 5,252 | 3 | 4 | -8% |
| 13 | Best Buy | 5,104 | 3 | 3 | -12% |
| 14 | Costco | 4,544 | 1 | 4 | 17% |
| 15 | Lidl | 4,240 | 1 | 4 | 3% |
| 16 | Kohl's | 4,003 | 3 | 4 | -8% |
| 17 | Asda | 3,975 | 2 | 4 | -19% |
| 18 | Sam's Club | 2,935 | 2 | 2 | -10% |
| 19 | Sainsbury's | 2,685 | 3 | 5 | -2% |
| 20 | Safeway | 2,012 | 2 | 3 | -37% |

Source: Millward Brown Optimor
(including data from BrandZ, Kantar Retail and Bloomberg)

Millward Brown Optimor

**RETAIL UP 2%**

In the UK, Tesco parried the low-price advance of Aldi. While the brand remained among the global leaders in value, currency fluctuations somewhat impacted the actual valuation. Hypermarkets struggled as consumers sought price and convenience over enormous product range.

Walmart executed a course correction to reassert price leadership after alienating some of its US customer base by reaching for affluent consumers with edited merchandise displays and less cluttered, more efficiently run stores. Meanwhile, dollar stores won shoppers by tinkering with range and promoting low prices. Target countered the high-price perception of its trendy approach to discount retailing, expanding food selection to drive shopping trips and increase basket size.

The combined strength of discount operators and Amazon impacted specialty retailers like Best Buy, which struggled even though it remained America's only national home electronics retailer following the close of Circuit City more than a year ago. Warehouse club Costco added sales. Ikea and Home Depot benefited from an improving housing market. Ikea's brand value increased 28 percent, Home Depot's, 10 percent. Lowe's seemed less prepared for the return to spending. Shifting away from its online auction roots, eBay simplified its site and enjoyed a brand value rise of 15 percent.

Department stores experienced mixed results. Marks & Spencer offered compelling deals in food, but tough competition made fashion a more difficult sell. Sales and margins increased for mid-priced Kohl's, which prepared for a stock buyback. Results for Safeway, a supermarket brand, improved with the economy, but rising food costs hindered profits.

The largest global brands continued their expansion into China and other fast-growing markets. Carrefour consolidated many of its banners under the Carrefour brand. Walmart's international division posted strong results and the company spent much of the year in negotiations to purchase the South African retailer Massmart, a development that eventually could change retailing and help elevate living standards throughout Africa.



**RETAIL HIGHLIGHTS**

The price-driven end of the market thrived, helping retailers like Poundland in the UK and dollar stores in the United States.

Luxury retailers prospered because their customers had money to spend in the upper tier.

Channels continued to blur, especially as more retailers added food to drive traffic.



**SPOTLIGHT**

Amazon surpassed Walmart as the most valuable retail brand in part because of the revolutionary shift to online shopping that Amazon itself instigated. Founded in 1995, Amazon has become a leading shopping destination with unparalleled selection, peer reviews and a discounted delivery scheme that builds loyalty. Generally recognized as the gold standard e-commerce company, Amazon continued to add merchandise categories including food.

**RETAIL IN 2011**

Kim Hsieh, Director, Retail Strategy, G2 USA

Redefining value

"Retailers want to offer value beyond price. They are looking to work together with brands that can bring analytics and help uncover more shopper insights and find opportunities to grow business together."



## Diet Coke surpassed Pepsi as the No. 2 soft drink brand in market share.

The shift reflected an ongoing move to diet in the face of health and obesity concerns. Improving product healthiness remained a Pepsi core strategy.

It happened in a year when the ongoing slide in soda sales slowed, perhaps because consumers needed a pleasurable break from the barrage of headlines about unemployment and the need for sacrifice.

Coca-Cola was more aggressive in appealing to those consumers with traditional advertising, but both Coke and Pepsi relied on innovative social media that asserted the strength of their brands and the emotional bond with customers. Coke's brand value rose by 10 percent. Pepsi remained flat, but Diet Pepsi improved 8 percent.

In an updated appeal to the "Pepsi Generation," the brand launched "Pepsi Refresh," a social media site intended to create world-improving partnerships between the brand and its customers. Individuals nominated their favorite causes or charities to compete for $20 million in Pepsi grant money. More than 60 million votes were cast.

Along with sponsoring new digital programs and events, Coca-Cola continued the "My Coke Rewards" program on Facebook. For other social media sites. More than 17 million people have participated in the four-year-old "Rewards" program, entering numeric codes found on Coke products to qualify for prizes such as movie tickets and retail gift cards.

In a separate online effort to drive interest in its citrus-flavored Sprite brand, Coke developed an online site where visitors who enter the code from a Sprite bottle cap could send a message to basketball star LeBron James and also nominate a basketball court near them for a grant, as "Sprite and LeBron are also refreshing the county's basketball courts."

Pepsi created social network programs for its youth-focused Mountain Dew brand, which increased 7 percent in brand value. Energy drinks generally remained strong as a sub-category. Red Bull, which improved 4 percent in brand value, sponsored Formula 1 racing. Interest in



## TOP BRANDS

| | Brand | Brand Value $M | Brand Contribution | Brand Momentum | Brand Value Change |
|---|---|---|---|---|---|
| 1 | Coca-Cola | 59,886 | 5 | 9 | 10% |
| 2 | Diet Coke/Coca-Cola Lite/Coke Zero | 13,687 | 4 | 7 | 3% |
| 3 | Pepsi | 10,431 | 4 | 6 | 0% |
| 4 | Red Bull | 9,263 | 5 | 5 | 4% |
| 5 | Fanta | 4,888 | 2 | 7 | -6% |
| 6 | Sprite | 3,560 | 2 | 7 | -9% |
| 7 | Gatorade | 2,910 | 4 | 5 | -1% |
| 8 | Diet Pepsi | 2,500 | 3 | 6 | 8% |
| 9 | Mountain Dew | 2,478 | 4 | 6 | 7% |
| 10 | Dr Pepper | 2,212 | 4 | 3 | -13% |

Source: Millward Brown Optimor (including data from BrandZ, Kantar Worldpanel and Bloomberg)

**SOFT DRINKS UP 5%**



other functional beverages, like vitamin water, also grew, especially among younger consumers.

Pepsi unified its logo across all international markets to add efficiencies and leverage the brand's power. Gatorade also rebranded, changing the name on its packaging to G, in an effort to signal brand progression and to reach a new generation.

Food service and vending continued to be important and profitable channels. Coke accelerated the introduction of its "Freestyle" vending machines, which use innovative technology to offer 104 different varieties of Coca-Cola drinks. The somewhat less-profitable grocery channel drove tremendous volume aided in part by new packaging that enabled bold and efficient stacking at food outlets and other mass merchants.

Both Coke and Pespi experienced strong sales in BRIC markets. Pepsi prepared to acquire a majority stake in Russia's largest food and beverage business, Wimm-Bill-Dann.



## SOFT DRINKS HIGHLIGHTS

Bottle size increased in certain markets, such as the UK.

Coke and Pepsi advanced corporate social responsibility initiatives as the soft-drinks category continued to face health and environmental issues.

Soft drink brands experimented with cross merchandising in supermarkets, presenting cola near the frozen pizza, for example, to emphasize a meal occasion.

## SOFT DRINKS IN 2011

David Seabrook, Client Director, Client Leadership, Mindshare

### Functional drinks growing

"The most interesting thing going on in the category at the moment is the growth of drinks that are there for specific needs or functions, so for example the launch of Gatorade products, the launch of the vitamin waters, the launch of more and more energy drinks."

MINDSHARE

## SPOTLIGHT

To maintain its connection to an older generation and to reinforce its brand essence as an energy and fitness drink, Gatorade launched its Replay initiative, inviting the veterans of two high school football teams back for a rematch. 16 years later, that reunited old rivals for a period of intense training followed by the big game.



### Apple grew 84 percent in brand value to become the world's most valuable brand.

And it surpassed Microsoft in market capitalization. With a 246 percent increase in brand value, Facebook entered the BrandZ Top 100 for the first time at No. 35. These developments reflected both the strength of the Apple and Facebook brands and the dramatic changes taking place in the always-dynamic technology sector.

Most significantly, the future of storing and accessing

data, software and applications suddenly belonged to metaphorical "clouds." mega-computer warehouses in remote locations. Consumers shared public clouds while business established its own clouds, and government, at least in the UK, had its "G-cloud."

One of the largest clouds, Facebook, overtook Google as the most visited site in the US last year. Worldwide, more than 500 million members visited Facebook. Over 600 million people subscribed to China's Tencent/QQ. Google, meanwhile, continued development of its own cloud, Google Chrome OS.

## TOP BRANDS

| | | Brand Value $M | Brand Contribution | Brand Momentum | Brand Value Change |
|---|---|---|---|---|---|
| 1 | Apple | 153,285 | 4 | 9 | 84% |
| 2 | Google | 111,498 | 4 | 4 | -2% |
| 3 | IBM | 100,849 | 3 | 5 | 17% |
| 4 | Microsoft | 78,243 | 4 | 7 | 2% |
| 5 | HP | 35,404 | 3 | 4 | -11% |
| 6 | Oracle | 26,948 | 1 | 7 | 9% |
| 7 | SAP | 26,078 | 3 | 7 | 7% |
| 8 | BlackBerry | 24,623 | 4 | 9 | -20% |
| 9 | Baidu | 22,555 | 5 | 10 | 141% |
| 10 | Facebook | 19,102 | 3 | 5 | 246% |
| 11 | Cisco | 16,314 | 2 | 5 | -2% |
| 12 | Accenture | 15,427 | 4 | 3 | 5% |
| 13 | Tencent/QQ | 15,131 | 4 | 9 | N/A |
| 14 | Intel | 13,904 | 2 | 5 | -2% |
| 15 | Samsung | 12,160 | 3 | 9 | 7% |
| 16 | Siemens | 11,998 | 1 | 4 | 29% |
| 17 | Nokia | 10,735 | 3 | 6 | -28% |
| 18 | Sony* | 9,511 | 3 | 9 | 17% |
| 19 | Infosys | 8,172 | 2 | 6 | 27% |
| 20 | Canon | 7,588 | 1 | 6 | 27% |

*Value for Sony in the Technology category does not include Games Consoles and 2010 value has been corrected to $8,147
Source: Millward Brown Optimor (including data from BrandZ and Bloomberg)





**TECHNOLOGY UP 18%**

Apple continued quietly developing a cloud and loudly discovered an empty space in the computing category that it filled with a new device – the iPad. In the last quarter of 2010, Apple sold more iPads than Mac computers. The iPad, which quickly met competition from other tablet makers like Samsung, helped Apple pass Dell and HP in total portable computer sales. An Apple cloud would further strengthen the brand as a trinity of platform, content and device.

At the same time, the smartphone category expanded with the introduction of iPhone 4 and many versions of Google's Android platform. Android became the best-selling smartphone platform over Apple and Symbian by Nokia. BlackBerry worked to sustain appeal among two high-messaging groups: business people and teens.

The B2B brands also continued moving to the cloud. While the opportunities are great, so are the challenges. Privacy and confidentiality remain vulnerable, as WikiLeaks demonstrated. And the ability to manage databases that respond to unpredictable change falls more in the province of Twitter and Facebook than brands like Oracle, SAP and Siemens, which are renowned for structured databases. As applications and files move to clouds it potentially becomes less critical to have Intel inside.

In a strengthening economy, leading brands such as IBM, with its focused "Smarter Planet" strategy, benefited from increased business and government spending on technology and consultation. The value of the IBM brand increased 17 percent. Brands from fast-growing markets also became more of a global presence, including Tencent/QQ, China's social network site, which appeared in the BrandZ Top 100 ranking for the first time, and the Chinese search engine Baidu. Its 141 percent increase in brand value made it the fastest riser after Facebook. The brand value of India's IT leader, Infosys, appreciated significantly.

## TECHNOLOGY
## HIGHLIGHTS

Television and the Internet became increasingly linked, and brands, notably Samsung, introduced 3D TV.

Facebook and Twitter, cloud venues for the latest content, became the water coolers for conversation about last night's TV shows.

Technology brands deepened their bond with customers as activities like sharing photos and music insinuated the brands deeply into personal lives.

## TECHNOLOGY
## IN 2011



Stephen Yap, Group Director, TNS

### Facebook transcends social networking

"Perhaps the most important trend we've seen over the last few months is the rise of Facebook. Transcending its roots as just a social network, a place where people send messages to and from their contact list, to become very much an aggregator of all kinds of communication and entertainment activities that people do on their computers and mobile devices. Whether it's playing games, sharing photos, videos or chatting, Facebook is increasingly becoming the dominant platform for all kinds of technology activities for consumers across the world."

tns retail and shopper

## SPOTLIGHT



The emergence of cloud computing portends heated competition over who will own the consumer – device or platform. When the battle was about winning the PC market, consumers were less concerned about the particular brand of PC or laptop as long it ran Microsoft Office. With the cloud, consumers may care less about the brand of their mobile device as long as it can access Facebook. Apple could be an exception because of the strong emotional and functional appeal of the brand.



# Telecom Providers

## Data went wireless

### Wireless data transmission surpassed voice last year for the first time.

Telecoms struggled to keep up with this major shift, which was driven by the proliferation of smartphones and complicated by smarter consumers choosing their provider based on the desired operating system and device.

The companies became one-stop resources for most forms of electronic communication, including landlines, cable, wireless mobile and Internet, which they marketed in numerous combinations. This BrandZ report on brand value reflects this convergence and groups all the players under the heading of telecom providers.

Because the brand valuations now reflect the full extent of each enterprise, 11 of the brands appear in the BrandZ Top 100 Most Valuable Global Brands: AT&T (No. 7), China Mobile (No. 9), Vodafone (No. 12), Verizon (No. 13) Deutsche Telekom (No. 19) Spain's Movistar (No. 21), Orange (No. 36), NTT DoCoMo of Japan (No. 48), Telecom Italia (75) Telcel (76) and MTS (80).

In their attempts to differentiate, providers concentrated primarily on two areas, technology and content. The technology competition focused on expanding networks and introducing 4G, potentially a step-change advance in which wireless data transmission is faster than cable.

Along with functional advantages, the telecoms worked to connect emotionally with customers. They attempted to shift from being simply the "pipes" that delivered content to becoming content providers with entertainment packages aimed at maximizing their share of household media.

The increasing availability of mobile devices for sale at mass merchants raised pricing issues. Because assortments included a variety of devices from diverse telecom providers with complicated marketing programs, price comparison became frustrating for consumers hoping for price transparency.

European brand O2 attempted to make pricing more transparent. Price transparency perhaps was more difficult for Vodafone because of its greater reach as the world's second-largest telecoms provider with 341 million subscribers. The brand revised its Tetris logo to make it more iconic and transnational. NTT DoCoMo

## TOP BRANDS

| | | Brand Value $M | Brand Contribution | Brand Momentum | Brand Value Change |
|---|---|---|---|---|---|
| 1 | at&t | 69,916 | 3 | 4 | N/A |
| 2 | China Mobile | 57,326 | 4 | 9 | 9% |
| 3 | Vodafone | 43,647 | 2 | 4 | -2% |
| 4 | Verizon | 42,828 | 3 | 4 | N/A |
| 5 | Deutsche Telekom | 29,774 | 2 | 4 | N/A |
| 6 | Movistar | 27,249 | 2 | 6 | N/A |
| 7 | Orange | 17,597 | 1 | 4 | N/A |
| 8 | NTT DoCoMo | 15,449 | 2 | 8 | 19% |
| 9 | O2 | 11,694 | 2 | 5 | N/A |
| 10 | Telecom Italia | 11,609 | 4 | 5 | N/A |

*Because of the convergence of products and services offered, we redefined and renamed this category, formerly called Mobile Operators. Telecom Providers includes brands that market fixed line, cable, wireless, mobile, Internet and related products and services.

 MillwardBrown
Optimor



rated highest in a J.D. Power customer service survey of Japan's telecoms. The brand appreciated 19 percent.

Verizon, the largest US carrier, with an international link to Vodafone, emphasized the reliability of its network and prepared for the launch of iPhone early in 2011, after the expiration of AT&T's exclusive relationship with Apple. Few defectors to Verizon were expected immediately because the AT&T and Verizon iPhone versions are incompatible.

To control costs, consumers increasingly opted for prepayment plans, which have been popular for a while in Latin America, where carriers such as Movistar and Mexico's Telcel are strong. China Mobile, the world's largest telecom provider, with 590 million subscribers, faced heated competition at home from China Unicom and China Telecom in the rollout of 3G.

MTS, the largest Eastern European telecom company, which has one of the highest brand momentum scores and shows a 12% appreciation in brand value, is leveraging its equity through expansion into mobile payments and its own branded devices, as well as international expansion into India.

## TELECOM PROVIDERS HIGHLIGHTS

Consumers reacted to the cost of plans. In parts of Latin America, some wore belts with multiple phones from various carriers because buying handsets was cheaper than paying excessive toll charges.

The introduction of 4G offered telecoms an opportunity to differentiate by delivering quality video and other dense data.

4G also should unify the relatively young category, making it more global, less regional.

## TELECOM PROVIDERS IN 2011

Anthony Cox, Senior Planner, Chi & Partner

### Building on fundamentals

"Over the last 12 months, networks have emphasized coverage and the very fundamental things that consumers expect from their networks. And being dependable on that score is really important. However, I think the most successful brands have been those that have been doing something interesting, building on that with rewards, loyalty and extra things that make them more into entertainment brands."



CHI & Partners

## SPOTLIGHT

Consumers get emotional about their phones. Most of the positive feeling is directed at the brand of the mobile device, however, not at the telecom. Users continue to reserve negative emotions for the carrier – frustration over dropped calls, confusion over billing and pricing and complaints about coverage. To get onto the positive side of the emotional ledger, carriers looked for ways to differentiate. In the UK, for example, $O_2$ offered subscribers priority access to event tickets at $O_2$ Arena and other venues it sponsors.

# Brand Brazil

## Optimism fuels economic growth



### Three Brazilian brands rank in the 2011 BrandZ Top 100 Most Valuable Global Brands.

They include the national oil company, Petrobras, ranked No. 61, and two banks, Itaú (No. 90) and Bradesco (No. 98). Petrobras is the highest-valued brand in Latin America at $13.4 billion. Itaú, valued at $9.6 billion, and Bradesco, $8.6 billion, are the third- and fourth-highest.

Three other Brazilian brands, while not large enough to be included in the BrandZ Global Top 100, still rank in the BrandZ list of the most valuable brands in Latin America. They are the personal care brand Natura, with a brand value of $4.6 billion, and two beer brands owned by AB InBev: Skol and Brahma.

The increasing representation of Brazilian brands in the BrandZ rankings of brand value reflects the robust expansion of Brazil's economy, with GDP growth of about 7 percent, and optimism that the new government elected last year will continue the country's commitment to controlling inflation and addressing the social problems and poverty that still afflict much of the population.

By some estimates, the expanding middle class now comprises more than half of Brazil's population of 201 million. Brazil's financial institutions understand that the country's economic advance depends on narrowing economic inequities. Recognizing the potential purchasing power of even Brazil's poorest citizens, many of the banks opened branches in the favelas.

In a related and urgent challenge, Brazil intends to accelerate the infrastructure improvement needed to host the World Cup in 2014 and the summer games of the 2016 Olympics. These projects potentially will create jobs and wealth. Meanwhile, brands contend with merger and acquisition activity across many sectors.

**Savvy consumers influence brands**
Brazil is among the world's largest social media markets. The number of mobile phones in use exceeds the size of the population. Rising incomes and the proliferation of low-priced unlimited data plans increased the penetration of smartphones. Using tactics learned during bad economic times, many Brazilians still use multiple SIM cards, interchanging them as necessary to obtain the best rates.

Similarly, collective buying, an informal coping strategy perfected to retain buying power in an inflation-plagued economy, surged during the past 12 months in categories such as hotels, restaurants and beauty services, as brands like Groupon and a Brazilian entry, Peixe Urbano, formalized the practice.

Rising incomes also influenced food shopping, with more people making larger, less-frequent purchases. In certain categories, such as soft drinks, brands recognized an opportunity to attract new customers away from budget offerings. Meanwhile, spending by the poorest citizens remained limited by low wages paid daily and lack of transportation.

**Both local and international brands**
The economic forces that helped the middle class expand also made the rich richer. Brazilians continued to prefer international luxury brands – Brazil is the second largest market for Louis Vuitton – but local luxury brands also prospered. Möet Hennessy Louis Vuitton (LVMH), the French luxury conglomerate, agreed to purchase a major stake in Sacks, Brazil's leading online retailer of cosmetics.

The preference for international brands over Brazilian brands remains a residual insecurity from Brazil's struggles as an emerging economy. In certain categories, however, imported brands hold minimal appeal compared with the well-established Brazilian leaders. It's not surprising that in the country of "samba, soccer and beer," Brazilian's prefer Skol, Brahma and other local beer brands.

Both Skol and Brahma scored high on brand contribution, the BrandZ measurement of bonding between brand and customers. Natura, the Brazilian cosmetics brand known for the purity of its ingredients, also rated high on brand contribution, suggesting that Brazilian consumers have affection for some of the nation's brand leaders.

**Rising brand values**
While Petrobras did not score high on brand contribution, it enjoyed a positive reputation based in part on a brand personality associated with the friendliness of the Brazilian people. The positive reputation of Petrobras in Brazil is also driven by the jobs it creates and its financial contribution to society.

The rising brand value of Petrobras, up 39 percent last year, is based also on future expectations of successful deepwater drilling and the record proceeds gained from the sale of Petrobras shares to help fund the exploration. As part of its plan to become a major oil exporter, Petrobras expects to introduce new technology to replace oil platforms with extensive underwater infrastructure.

The presence of two Brazilian banks in the BrandZ Top 100 Most Valuable Global Brands – Itaú for the first time, with a 29 percent rise in brand value, and Bradesco, up 15 percent – also signals opportunity in an economy where financial habits are rapidly changing. As individuals continue to rise into the middle class, some who traditionally paid for major purchases with monthly installments may now apply for bank credit to afford an improved quality of life.



## Brand Russia
### Brand loyalty and growing middle class

**Four Russian brands feature in the 2011 BrandZ rankings, with two of them appearing in the Top 100.**

Russia's largest telecom company, MTS, appears for the fourth time in the BrandZ Top 100 ranking, this year at No. 80 valued at $10.9 billion, up 12 percent from last year. MTS is successfully expanding into adjacent spheres (devices, payments and triple play) as well as internationally, including the Indian market.

Entering the rankings for the first time this year is Russia's largest bank, Sberbank. Its appearance in the BrandZ Top 100 is testament to the impact a successful transformation program can have. "Leading the Change in Russia" program, initiated by Chairman German Gref, updated the brand and emphasized its national reach with almost 20,000 branches. It helped transform Sberbank into a friendly bank of choice rather than an institution known for its dominating presence during the Soviet period and a heritage dating back to 1841.

The presence of Russian telecom and financial brands in the BrandZ ranking, ahead of companies more traditionally associated with Russia, such as oil and gas brands, shows that Russian consumers are now making more informed choices about brands in a market where loyalty to brands is particularly strong.

Russian oil and gas companies, Gazprom at $6.8 billion and Lukoil at $5.8 billion, are No. 7 and No. 9 respectively in their category. Both brands have very strong Brand Momentum and we expect to see their brand value appreciating in the future.

**Economic recovery**
With the markets gaining confidence in the world economy and the return of capital flows to emerging markets, Russian brands are well placed to benefit from improved market sentiment.

The recovery from the recent economic crisis is under way, underpinned by the slow recovery of commodities markets. In terms of GDP per capita (PPP) Russia leads the BRICs at $15,900, followed by Brazil ($10,900), China ($7,400) and India ($3,400).

In 2010, the number of Russian billionaires increased from 49 to 77 and then rose again to 114, according to this year's Forbes survey. There is also a growing middle class with rising disposable income, particularly in cosmopolitan areas. With Russian consumers spending nearly $4,000 per capita, they also outspend other BRIC nationals.

**The innovation charge**
Innovation is a hot word in Russia and high on the Russian president's agenda. The future innovation city Skolkovo, near Moscow, embodies President Medvedev's dream of Russia becoming less dependent on its raw material exports and evolving into a modern high-tech and IT-driven superpower. The project has already attracted investment and the participation of leading technology brands, including Microsoft and Nokia.

The Russian government's technology strategy will potentially create new Russian brands to follow in the footsteps of the portal Mail.ru, Kaspersky — the fourth-largest global antivirus vendor — and Yandex — Russia's No. 1 search engine. Yandex has over 60 percent share of searches in Russia, some three times bigger than its global archrival Google.

The 2014 Winter Olympic Games and the 2018 World Cup, both to be hosted by Russia, are a great opportunity not only for advertising and sponsorships, but also for the country to embrace innovation and to modernize.

**"Buy Russian" challenge**
Overall, Russian consumers still trust imported brands more than local ones. This is especially true in the luxury sector where Russia is a major market for brands such as Louis Vuitton and Gucci.

The challenge for Russian brands is to persuade consumers to buy Russian and trust the quality of local products. There are already some great examples of brands that stave off foreign competition. The challenge for Russia will be to develop export markets. Baltika, the leading beer brand is a prime example of succeeding at both.

## Waiting in the aisles

**Banking**
There are two leading brands among Russia's banks. VTB is a state-owned but very active player using retail expansion to help build the image of a trustworthy and reliable partner. Alfa-Bank is the largest privately owned bank, which is noted as a leader in innovation.

**Telecoms**
It seems that Beeline may well return to the rankings following its expansion into Vietnam, Laos and Cambodia, and VimpelCom (Beeline's parent company) deal with Wind Telecom in Italy, Canada and Northern Africa. Over the last two years Beeline has temporarily reduced its marketing activities and its absence in the ranking this year is a testament to the importance of brand building on a continuous basis.

**Beer**
Baltika is the Russian flagship beer brand. It is owned by Carlsberg and is now marketed across 40 countries.

# Brand China
## From cutting costs to adding value

Twelve Chinese brands appear in the 2011 BrandZ Top 100 Most Valuable Global Brands, an increase from seven brands last year and only two brands in 2006.

Together, the Chinese companies in the BrandZ Top 100 total $325 billion in brand value, the equivalent of 11 percent of the total brand value of the Top 100. They include China Mobile, the country's largest brand, which ranks No. 9 in the BrandZ Top 100, and Baidu, a search engine that grew 141 percent in brand value last year and ranks No. 29.

The five Chinese brands that joined the BrandZ Top 100 this year are: China Life Insurance (No. 33), Agricultural Bank of China (No. 40), Tencent/QQ, a social network (No. 52), Ping An, an insurance company (No. 83) and China Telecom (No. 91). Along with China Mobile and Baidu, Chinese brands that continued in the BrandZ Top 100 include PetroChina (No. 78) and four banks.

The expanding presence of Chinese brands in the BrandZ Top 100 reflects the transformation of China from a center for low-cost production to a nation capable of product innovation and marketing originality. The success of the Beijing Olympics accelerated this change. It reinforced China's self-confidence and captured the world's attention and admiration with memorable infrastructure and spectacle.

Size matters. In a country with a population of 1.3 billion people, many of the most valuable brands are state-owned enterprises concentrated in the financial service, telecom, technology, and oil and gas sectors. But it's not about size alone. New Chinese brands are emerging in diverse sectors, from cars to luxury, while existing Chinese brands in food, beer, traditional medicines and other sectors gain recognition abroad.

Years of manufacturing consumer goods for Western markets endowed Chinese businesses with the knowledge, capital and insights necessary for creating their own products and brands. That endowment becomes more critical now. As Western factories move to lower-wage markets, the redefinition of "Brand China" becomes not just an evolutionary step, but also an economic imperative.

Fortunately, the redefinition of 'Brand China' is well advanced, shifting from cutting costs to adding value.

## Developing potential abroad

The potential of Chinese brands, perhaps is best symbolized by the rapid growth of two technology leaders, Baidu and Tencent/QQ. Baidu, China's largest search engine, with a market share over 80 percent, was formed in 2000 and listed on the NASDAQ 100 index in 2007. The social network Tencent/QQ has over 600 million users in China, more than Facebook has worldwide.

Entrepreneurs are introducing this kind of brand power to audiences outside China, as captured in the most memorable image of the Beijing Olympics, Li Ning, an Olympic gymnast who won six medals in the 1984 Summer Games, drew attention to himself and his eponymous apparel brand as, suspended by cables, he circled the Beijing stadium and lit the Olympic torch.

With similar audacity, Li Ning opened flagship stores for his sportswear brand in a few key North American cities, including New York and Portland, Oregon, which is located just a few miles from Beaverton, the headquarters city of major competitor Nike. It's likely that other Chinese apparel brands with youth appeal, such as Metersbonwe, with 4,000 outlets in China, will gain an overseas following.

International ambition also drives Lenovo, which acquired IBM's personal computing division in 2005. The state-owned Chinese financial brands are increasing their global presence, too. ICBC (Industrial and Commercial Bank of China), China's largest bank, operates 23 subsidiaries in 20 countries along with more than 16,200 branches in China.

Haier, one of the first Chinese companies to build its brand overseas, is the world's No. 1 supplier of major household appliances. Haier focused its expansion on North America and Europe. BYD, which began as a supplier of batteries to mobile device manufacturers, developed the first mass-produced plug-in hybrid car just over two years ago, a development that drew the interest of Warren Buffet along with his investment of over $200 million. The company intends to export to the United States.

But Chinese manufacturers often find the most appreciative audiences for their value-for-money proposition in developing markets. Many brands have succeeded in India. Carmaker JAC Motors entered Brazil, and Haier is setting up production in Thailand. Brand leaders in traditional Chinese medicine, such as Beweng and Tong Ren Tang, are experiencing success in Southeast Asia, particularly in country markets with large populations of Chinese nationals. Tong Ren Tang, founded in 1669, operates 800 drug stores in China.

## Marketing at home

Despite these successes, Chinese consumers at home continue to prefer Western brands. They presume that Western products have been developed to please more discerning consumers and they remain wary of Chinese products because of lingering quality and safety concerns.

Western brands are well established in the large cities, while local brands have a strong presence in smaller ones. Regional differences also remain important. KFC, with 3,500 outlets in China, modifies its menu for local tastes. By including rice and other Chinese foods, the chain appeals both to parents preferring a traditional dish and children seeking the chain's signature fried chicken.

As in many other country markets, the "green-ness" of products is growing as a purchase consideration in China, but it's not the driving determinant. While the government advances green policies, Chinese consumers are practical and make purchase decisions that deliver immediate personal advantage.

They generally view the financial services sector as green because of growth in online and mobile banking. ICBC emphasized this point in a campaign promoting its electronic banking services. The country's sixth-largest commercial bank, China Merchants Bank, ran an environmentally focused corporate-responsibility campaign during the Shanghai World Expo, an international fair held in 2010.

Consumer durable manufacturers and electronic retailers offered allowances to motivate consumers to trade in their old household appliances and purchase new, more efficient models. Consumers also expected environmental awareness from mobile phone suppliers.

**Shift in media approach**

Chinese brands traditionally advertise on television as the ability to afford the high cost of airtime confers credibility. Brands are beginning to allocate more of their media budgets to digital, where the message is less controlled and exposed to comment on social networks. The shift is driven in part by the extent to which the Chinese have adopted new technology and media, as indicated by the rise of Baidu, Tencent/QQ and the country's three telecommunications companies led by China Mobile, the world's largest mobile operator, with almost 600 million subscribers.

Several Western brands recently used digital to build awareness in China. Nike signaled people in close proximity to its Beijing store that they could qualify for a free pair of shoes if they were among the first to respond to the mobile phone message by visiting the store. The race to the store reinforced Nike's association with athletic competition and its "Just Do It" attitude toward life. To connect its brand with the idea of exploration, North Face created a gaming utility that awarded points when users traveled a virtual map of China and visited various locations.

In reaction to the rapid pace of change and the growth of consumerism, some Chinese sense that they've lost part of the past and the values it represented. To connect with these consumers emotionally, Bright, China's third-largest dairy brand, built a campaign around the theme of "Old Shanghai." It's one facet of the dynamic mixture of tradition and modernity that constitute "Brand China."



**19.**

**Measure**

In the digital world measuring is easy. But look beyond the number of clicks. Old-school ROI still is important.

**20.**

**Act now.**

Consumer confidence remains solid. Government initiatives lift material expectations. Consumers will respond eagerly to brands that offer something feel good relevant to their lives.

**21.**

**Break the rules**

Today's practices sometimes calcify into tomorrow's rules. Then blind obedience, always limiting, becomes self-defeating.

**Key take outs**

## Economic growth is driving brand presence in India.

India's largest private bank, ICICI, appeared for a second consecutive year in the BrandZ Top 100 ranking, at No. 53, with a brand value of $14.6 billion.

With a rise of 27 percent in brand value to $8.2 billion, Infosys was one of the most valuable technology brands in the world and is expected to soon rank among the Top 100 Most Valuable Global Brands across all sectors. The IT services and consulting brand operates in 33 countries.

The appearance of Indian banking and technology brands in the BrandZ ranking reflects both the prominence of these sectors in fast-growing markets and an expansion in brand literacy particular to India.

Brands that many Indians until recently saw only in the suitcases of relatives returning from North America or Europe are now encountered every day in local shop windows. Indians appreciate the opportunity to own brands as living commentaries of India steadily improve. Perhaps drawn by the novelty of the brand explosion, Indian consumers even enjoy advertising.

In a multiplier effect, the more that Indian consumers are exposed to brands, the more they desire them. The expanding middle class of educated young people, often employed in technology, especially exercises its purchasing power. And economic progress, particularly leadership in information technology, has altered India's image of itself as well as the world's postcard view of India as simply colorful and exotic.

That view also has changed because of the international reach of ICICI, Infosys and large Indian conglomerates, such as Tata, which operates in more than 80 countries and gains annual revenue of almost $68 billion from businesses including steel, chemicals, hospitality and communications. The recent acquisition of Jaguar Land Rover made Tata a player in the luxury end of the international car business.

Energy, confidence, creativity and purpose characterize "Brand India" today and point to its potential. The growth of "Brand India" could be restrained by an Indian inclination to look to the past or to the West for inspiration. But more likely, Indian brands will surge ahead, powered by a combination of positive fundamentals – economic vitality, a diverse and enterprising population and a cohesive, stable, muddled democracy.

### Choice brings challenges

The increase in brand choice, with many international options, challenges Indian brands. While desired, Indian brands come weighted with both the advantages and disadvantages of being familiar. Sometimes, they're seen as too available and insufficiently aspirational.

The Indian conglomerate brand Godrej exemplifies this trend. Well respected across many product categories, the brand faces international competition from L'Oréal, Samsung and Whirlpool, just in its appliance business. In cars, Maruti (the Indian brand of Suzuki) faces increased competition from international contenders including Hyundai, Toyota and BMW.

Some of the Unilever and P&G brands, long established in India and seen as local, now are emphasizing their global credentials. Advertising for Dove, for example, features not only Indians, but also women from many backgrounds. Consumers view brands like L'Oréal or Garnier as international and delivering the quality that implies.

### Major brands evoke trust

Indians rely on these conglomerate brands for relatively risk-free introductions to new products and experiences. For example, a new retail format unusual for India opened in Mumbai in 2005. The up-market gourmet store offered delicacies from around the world. Consumers immediately accepted the new format because it came with a reassuring brand. The store, called Godrej Nature's Basket now operates in 13 locations in Delhi, Pune and Mumbai.

The conglomerate brand becomes especially important in high-risk, high-investment ventures. Tata moved into real estate – from high-rises in Bangalore to housing developments in Delhi, in a similar way, India's ITC Ltd. began diversifying its portfolio during the past decade because of the health issues and regulatory challenges faced in its core business, cigarettes. ITC now markets food, hotels, personal care and cosmetics and other fashion-focused products and services.

In a country known for traditional mom-and-pop stores, the conglomerates are introducing modern retailing. Reliance, India's largest private-sector enterprise, operates in many retail channels, including food, apparel, footwear, home improvement and consumer electronics.

Large Indian conglomerates, such as Bharti, Godrej, Reliance and Tata, occupy an influential and secure place in the minds of consumers. Trusted, even revered, these conglomerate brands regularly introduce consumers to new product categories. Although a conglomerate may label its new to a category, its brand guarantees competence and compensates for any lack of experience.



Brand India

colourful, confident and creative

Tata also serves many retail channels and has a joint venture arrangement with Tesco, the global hypermarket chain based in the UK. Bharti last year opened retail and cash-and-carry outlets as part of its joint venture with Walmart.

**Culture and values**
These Indian megabrands, which successfully transcend many unrelated product categories, may owe their elasticity in part to India's cultural particularities. In making some of life's major decisions – whom to marry or whom to vote for – Indians are especially aware of the "power behind the throne."

In marriages, that notion means knowing the background of the in-law family. In voting, it means understanding the influencers in the political parties. This understanding in part drives the growth of brands like ICICI and Infosys.

ICICI (formerly Industrial Credit and Investment Corporation of India) projects trustworthiness and comfort in its banking business. In insurance, ICICI emphasizes the joy of life in a category often associated with the possibility of death. ICICI operates in 18 countries. It has increased visibility in India with over 2,000 branches and 5,200 ATMs. The brand projects warmth. Its use of the color red in branding evokes the red band that an Indian bride wears in her hair to signify lifelong bonding.

The Infosys culture is egalitarian in its approach to the workforce. Infosys is known for its generous employee stock-sharing program, and it is closely associated with government programs to improve the national welfare. Wipro, a competitor, has a similar story, with a major presence in education and social welfare. Both Infosys and Wipro are values-driven, knowledge-based companies. Both companies are entrepreneurially led.

Indian brands derive strength from these deep-rooted values as they build commercial success while at the same time attempting to transform a nation of 1.1 billion people.

# POWERED BY

# BRAND$Z$™

WPP offers an ever-expanding library of in-depth but practical studies to help grow brand strength and value in today's rapidly changing global marketplace.

Available exclusively to WPP clients through their WPP agencies, the studies examine the performance of individual brands and categories by country and over time.

The studies are powered by BrandZ, the world's largest, most reliable and comprehensive brand analytics and equity database. Conducted by Millward Brown for exclusive use by WPP group companies, the study has been running for thirteen years and includes more than 1 million in-depth consumer interviews about over 7,000 brands in 30 countries. The commentary on this page focuses on two key studies that rely on the BrandZ database to examine salient trends impacting brand value today.

## Beyond Trust: Engaging Consumers in the Post-Recession World

## Trust-R



Trust is no longer enough. Strong brands inspire both Trust (belief in the brand's promise developed over time) and Recommendation (current confirmation of that promise). This combination of Trust plus Recommendation results in a WPP metric called TrustR. There's a high correlation between high TrustR and bonding, which drives sales.

## ValueD: Balancing Desire and Price for Brand Success

## Value-D

Desire is primary. High Desire enables Price flexibility. A WPP metric, Value-D, measures the gap between the consumer's Desire for a brand and the consumer's perception of the brand's Price. By quantifying this gap, Value-D helps brands optimize their sales, profit and market positioning potential. Value-D can indicate if a brand is taking too much margin—or not enough.




DESIRE     PRICE

To learn more about BrandZ, TrustR, Value-D, or the other special studies powered by BrandZ data being launched in 2011 on reputation and social media, please contact any WPP group company or Peter Walshe, Global BrandZ™ Director, +44 (0) 1926 826 213, peter.walshe@millwardbrown.com.



### 1. Anticipate change
Study the horizon for changes as they rise into view and be ready for changes that seem to materialize from thin air.

### 2. Understand change
Especially in a chaotic world, insight is the basis for forming a coherent strategy. When the dots fly apart, ask why. As they float randomly, try to reconnect them.

### 3. Stand for something original
Competitors are staring at the same dots and forming some of the same patterns. Make your response original and brand specific.

### 4. Stand for something consistent
Every new trend is tempting and may even drive sales, at least at first. But not every trend fits the brand and the customer's expectations of the brand.

### 5. Stand for something more
CSR is nice but not enough. Make social action relevant to the brand and sincere. Consumers dismiss window dressing. Fix any supply chain problems that potentially harm people, and minimize impact on the environment.

### 6. Innovate: Easy to say, hard to do
But consumers expect leading brands to deliver the future.

### 7. Differentiate
Create a brand personality that's clear and resonates with the consumer emotionally. That connection generally is harder to copy than functional advantages and it builds more valuable brands.

### 8. Converse with customers
The customer is not always right. But in the world of social media customers always are heard and generally offer useful opinions.

### 9. Talk clearly
So that the brand is heard above all the noise, invest in the content that people talk about and share.

### 10. Listen closely
A customer who talks about a brand cares about it. And one good opinion quickly can yield insights to inform important brand improvements and lift sales.

### 11. Be honest

To err is human. To cover up is unforgivable. Especially in a transparent, socially-networked world.

### 12. Be open
Transparency is a buzzword, but that's because it covers everything from pricing to problems. It's essential and expected.

### 13. Build trust
Because mistrust may be the default consumer attitude coming out of the recession, trust can be difficult to build but powerful when it's established.

### 14. Deliver a great experience
Introducing and polishing shiny objects is fine, as long as they work reliably and don't cause customer frustration.

### 15. Deliver value
Post-recession consumers appreciate durability, quality and heritage, and they expect to purchase them at a fair price.

### 16. Grow brand value
Brand value translates into sales, customer loyalty and – as shown by the performance of the BrandZ Top 100 – resilience even during the toughest economic times.

### 17. Protect brand value
Every communication or interaction with a customer needs to fulfill the brand promise.

### 18. Be consistent but flexible
Deliver the same coherent global message across cultures, but express it for local comprehension.

### 19. Measure
In the digital world measuring is easy. But look beyond the number of clicks. Old-school ROI still is important.

### 20. Act now
Consumer confidence remains shaky. Government treasuries are thin. But life goes on. Consumers will respond eagerly to brands that offer something real and relevant to their lives.

### 21. Break the rules
Today's practices sometimes calcify into tomorrow's rules. Then blind obedience, always limiting, becomes self-defeating.

# Methodology

## How brand value is calculated



Millward Brown Optimor applies an economic use approach to brand valuation, using a methodology similar to that employed by analysts and accountants. The brand value published is based on the intrinsic value of the brand – derived from its ability to generate demand. The dollar value of each brand in the ranking is the sum of all future earnings that brand is forecast to generate, discounted to a present-day value.

## The Data Sources

### Brand Equity

Insights into customer behavior and brand perceptions come from WPP's BrandZ, an annual quantitative brand equity study in which consumers and business customers familiar with a category evaluate brands. Since the inception of BrandZ 13 years ago, over two million consumers and business-to-business customers across more than 30 countries have shared their opinions about thousands of brands. It is the most comprehensive, global, and consistent study of brand equity.

### Financial Performance

Financial data is sourced from Bloomberg, analyst and industry reports, as well as company filings with regulatory bodies. Additionally, we use Kantar Worldpanel for sales data for certain categories. A team of Millward Brown Optimor analysts then prepares financial models for each brand that link brand perceptions to company earnings and valuation, and ultimately shareholder and brand value.

## The Valuation Process

The brand value is calculated in three steps:

### 1. Branded Earnings

What proportion of a company's earnings is generated "under the banner of the brand"?

First, we identify the portion of total company earnings generated by each business that carries the brand. For example, in the case of Coca-Cola, some earnings are not branded Coca-Cola, but come from Fanta, Sprite, or Minute Maid. From these branded earnings, we subtract capital charges. This ensures that we only capture value above and beyond what investors would require any investment in the brand to earn – the value the brand adds to the business. This provides a bottom-up view of the earnings of the branded business.

### 2. Brand Contribution

How much of these branded earnings are generated due to the brand's close bond with its customers?

Only a portion of these earnings can be considered as driven by brand equity. This is the "Brand Contribution," the measure that describes the degree to which brand plays a role in generating earnings. This is established through analysis of country-, market-, and brand-specific customer research from the BrandZ database.

This guarantees that the Brand Contribution is rooted in real-life customer perceptions and behavior, not spurious "expert opinion." The Brand Contribution allows us to capture differences in the importance of brands by category and by country, the role of brand versus other factors such as price and location, and changing customer priorities. In some categories, such as luxury goods, cars, or beer, brand is very important. Over the past five years, the importance of brand has risen. Brand Contribution is calculated as a percentage, but displayed as an index from 1 to 5 (5 is the highest).

### 3. Brand Multiple

What is the growth potential of the brand-driven earnings?

In the final step, the growth potential of these branded earnings is taken into account. Both financial projections and consumer data is used . This provides an earnings multiple aligned with the methods used by the analyst community. It also takes into account brand-specific growth opportunities and barriers.

# With Thanks

The BrandZ Top
100 Most Valuable
Global Brands
is created using
data from BrandZ,
Bloomberg and
Kantar Worldpanel.

## Bloomberg

The Bloomberg Professional service is the source of
real-time and historical financial news and information for
central banks, investment institutions, commercial banks,
government offices and agencies, law firms, corporations
and news organizations in over150 countries.

**www.bloomberg.com**

## BRANDZ™

The BrandZ study, commissioned by WPP and conducted
annually by Millward Brown, measures the brand equity
of thousands of global "consumer facing" and business-
to-business brands, and has interviewed over 2 million
consumers globally. Consumer perception of a brand is a
key input in determining brand value because brands are
a combination of business performance, product delivery,
clarity of positioning, and leadership.

**www.brandz.com**

---

KANTAR WORLDPANEL

**About Kantar Worldpanel**

Kantar Worldpanel is the world leader in consumer
knowledge and insights based on continuous consumer
panels. Its High Definition Inspiration™ approach
combines market monitoring, advanced analytics and
tailored market research solutions to deliver both the big
picture and the fine detail that inspire successful actions
by its clients. Kantar Worldpanel's expertise about what
people buy or use – and why – has become the market
currency for brand owners, retailers, market analysts and
government organizations globally.

**www.kantarworldpanel.com**

For further information about the BrandZ Top 100 Most
Valuable Global Brands, please contact:

**Peter Walshe**
peter.walshe@millwardbrown.com

**Cristiana Pearson**
cristiana.pearson@millwardbrown.com

---

WPP is the
world's leading
communications
services group.

WPP companies, which include some of the most
eminent agencies in the business, provides national,
multinational and global clients with:

advertising
media investment management
consumer insights
public relations & public affairs
branding & identity
healthcare communications
direct
digital
promotion & relationship marketing.

WPP companies provide communications services
toclients worldwide including 354 of the Fortune Global
500; 60 of the NASDAQ 100 and 33 of the Fortune e50.

Collectively, WPP employs over 146,000 people
(includingassociates) in 2,400 offices in 107 countries.

**www.wpp.com**
For further information about WPP, please contact:

**David Roth**
droth@wpp.com



**Design** Lambie-Nairn
www.lambie-nairn.com
**Writing** Ken Schept
kschept@gmail.com

Data powered by

**BRANDZ** ™