68

# VELLTURO
# EXHIBIT 68

MARKETING SCIENCE
Vol. 29, No. 2, March–April 2010, pp. 216–249
ISSN 0732-2399 | EISSN 1526-548X | 10 | 2902 | 0216



DOI 10.1287/mksc.1090.0541
©2010 INFORMS

# Tipping and Concentration in Markets with Indirect Network Effects

Jean-Pierre H. Dubé

Booth School of Business, University of Chicago, Chicago, Illinois 60637, and
National Bureau of Economic Research, Cambridge, Massachusetts 02138,
jean-pierre.dube@chicagobooth.edu

Günter J. Hitsch, Pradeep K. Chintagunta

Booth School of Business, University of Chicago, Chicago, Illinois 60637
{guenter.hitsch@chicagobooth.edu, pradeep.chintagunta@chicagobooth.edu}

This paper develops a framework for measuring "tipping"—the increase in a firm's market share dominance caused by indirect network effects. Our measure compares the expected concentration in a market to the hypothetical expected concentration that would arise in the absence of indirect network effects. In practice, this measure requires a model that can predict the counterfactual market concentration under different parameter values capturing the strength of indirect network effects. We build such a model for the case of dynamic standards competition in a market characterized by the classic hardware/software paradigm. To demonstrate its applicability, we calibrate it using demand estimates and other data from the 32/64-bit generation of video game consoles, a canonical example of standards competition with indirect network effects. In our example, we find that indirect network effects can lead to a strong, economically significant increase in market concentration. We also find important roles for beliefs on both the demand side, as consumers tend to pick the product they expect to win the standards war, and on the supply side, as firms engage in penetration pricing to invest in growing their networks.

*Key words*: dynamic oligopoly; indirect network effects; tipping; standards war; high technology
*History*: Received: February 25, 2008; accepted: August 24, 2009; processed by Tülin Erdem. Published online in *Articles in Advance* February 16, 2010.

## 1. Introduction

We study the diffusion of competing durable goods in a market exhibiting indirect network effects as a result of the classic hardware/software structure (Katz and Shapiro 1985). Of particular interest is whether such markets are prone to *tipping*, which is "the tendency of one system to pull away from its rivals in popularity once it has gained an initial edge" (Katz and Shapiro 1994, p. 106) and, in some instances, to emerge as the de facto industry standard. As incompatible hardware firms vie for market dominance, they may engage in aggressive penetration pricing strategies, battling for the initial advantage that will ultimately tip the market in their favor. These "standards wars" are widely regarded as a "fixture of the information age" (Shapiro and Varian 1999, p. 8). An empirically practical measure of tipping would therefore enable researchers and practitioners to understand better the diffusion dynamics of new hardware/software products and the emergence of a victor during a standards war.

The extant literature has yet to provide an empirically practical measure of tipping. We define tipping herein as the degree of market share concentration due to indirect network effects. It is typically very difficult, if not impossible, to assess tipping directly from field data. In actual markets, product differentiation, differences in costs, and other differences between standards frequently lead to asymmetric market outcomes, even in the absence of indirect network effects. In essence, an empirical measure of tipping would need to compare the expected concentration in a market to the hypothetical expected concentration that would arise if the sources of indirect network effects were reduced or eliminated. The key insight is that tipping generally needs to be measured relative to a well-defined, counterfactual market outcome. Constructing a counterfactual market outcome using a field experiment would be highly impractical. Therefore, for an empirical implementation of this measure, we instead need a model that captures indirect network effects, can be calibrated from actual data, and allows us to make predictions about the equilibrium

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, © 2010 INFORMS

adoption of the competing standards under various different parameter values capturing the strength of indirect network effects.[1]

We build a dynamic model that captures indirect network effects and gives consumer expectations a central role. Our model involves three types of players: consumers, hardware manufacturers, and software developers. The demand side of our model extends the framework of Nair et al. (2004) and allows for dynamic adoption decisions. Consumers are assumed to "single-home," meaning they adopt at most one of the competing hardware standards.[2] The utility of each hardware standard increases in the availability and variety of complementary software. Consumers form beliefs about future hardware prices and software availability. These beliefs influence when consumers adopt (the rate of diffusion) and which standard they adopt (the size of each installed base). On the supply side, forward-looking hardware firms compete in prices while anticipating the impact of hardware sales on the future provision of software and, hence, future hardware sales. Software firms provide a variety of titles that is increasing in the installed base of a hardware standard. Our solution concept for this model is a Markov perfect Bayesian equilibrium. The complexity of the model makes analytical solution methods intractable, and hence we solve the model numerically. Note that this motivation for the research herein was also reported in the discussion piece by Bronnenberg et al. (2008).

To demonstrate our model and how it can be used to measure tipping, we calibrate it with demand parameter estimates and other market data from the 32/64-bit generation of video game consoles.[3] The video game console market is a canonical example of indirect network effects. Furthermore, from previous empirical research, the 32/64-bit generation is known to exhibit indirect network effects (Shankar and Bayus 2003, Clements and Ohashi 2005). To obtain our demand estimates, we adapt a two-step

procedure to solve our demand estimation problem (e.g., Hotz and Miller 1993, Hotz et al. 1994, Bajari et al. 2007, Pesendorfer and Schmidt-Dengler 2008). A similar approach has recently been employed for the estimation of a durable good exhibiting network effects by Ryan and Tucker (2008).[4]

The calibrated model reveals that the 32/64-bit video game console market can exhibit economically significant tipping effects, given our model assumptions and the estimated parameter values. The market concentration, as measured by the one-firm concentration ratio in the installed base after 48 months, increases by at least 24 percentage points due to indirect network effects. We confirm the importance of consumer expectations as an important source of indirect network effects; in particular, if neither firm has an initial installed base advantage, we find that tipping occurs at a (monthly) consumer discount factor of 0.9, but not for smaller discount factors. However, if one firm has gained an initial installed base advantage, tipping arises also for smaller discount factors.

Our model also predicts penetration pricing (for small levels of the installed base) if indirect network effects are sufficiently strong. We are specifically interested in the case where a firm prices below marginal cost. In markets with strong network effects, firms literally price below cost during the initial periods of the diffusion to invest in network growth. Interestingly, the emergence of penetration pricing as an equilibrium strategy dissipates as we weaken (but do not eliminate) the indirect network effects. In short, the mere presence of indirect network effects does not per se lead to penetration pricing. These findings build on some of the earlier marketing literature that has discussed situations under which firms set a low price at the launch of a new product and then increase prices over time (e.g., Dean 1976, Jeuland and Dolan 1982, Kalish 1983, Dockner and Jørgensen 1988). Our findings herein help clarify for managers the circumstances under which penetration pricing makes sense from a dynamic perspective.

Our approach for measuring market concentration as a result of tipping contributes to recent antitrust discussions about hardware/software markets, as highlighted in the recent high-profile case surrounding the browser war between Microsoft and Netscape (*United States v. Microsoft*, 87 F. Supp. 2d 30; Bresnahan 2001). The proposed framework also resolves some of the concerns regarding the inability of existing antitrust policies and tools to address the feedback

---

[1] Note that we focus herein on tipping and market dominance during a specific hardware generation. A related theoretical literature has also studied whether tipping can create inertia across hardware generations when there are innovations (e.g., Farrell and Saloner 1986, Katz and Shapiro 1992, Markovich 2008). Therein, tipping, or "excess inertia," is defined by the willingness of consumers to trade off the scale benefits of a current standard with a large installed base in favor of a new technology without an installed base. Interestingly, in this type of environment, network effects may also serve as a potential barrier to entry (Cabral 2009).

[2] Recent literature has begun to study the theoretical implications of multihoming, whereby consumers may adopt multiple standards and software firms may create versions for multiple standards (Armstrong 2006).

[3] This approach follows in the tradition of Benkard (2004) and Dubé et al. (2005, 2009) by conducting counterfactual simulations of the market outcomes using empirically obtained parameters.

[4] An interesting difference is that Ryan and Tucker (2008) use individual-level adoption data, which enables them to accommodate a richer treatment of "observed" consumer heterogeneity. The trade-off from incorporating more heterogeneity is that they are unable to solve the corresponding dynamic hardware pricing game on the supply side.

218

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

dynamics in markets with indirect network effects (e.g., Evans 2003, Koski and Kretschmer 2004, Evans and Schmalensee 2007, Rysman 2007). Our dynamic framework extends much of the extant empirical literature that either estimates the effects of indirect network effects using demand only or treats the supply side of the market as static (Gupta et al. 1999; Basu et al. 2003; Bayus and Shankar 2003; Ohashi 2003; Dranove and Gandal 2003; Nair et al. 2004; Karaca-Mandic 2004; Park 2004; Rysman 2004, 2007; Clements and Ohashi 2005; Ackerberg and Gowrisankaran 2006; Ryan and Tucker 2008). Gandal et al. (2000) allow for forward-looking consumers but they assume hardware sponsors do not have a strategic role. More recently, Liu (2010) and, most closely related to our work, Jenkins et al. (2004) allow for forward-looking hardware manufacturers. However, both papers treat consumers as myopic.

The rest of this paper is organized as follows. Section 2 lays out how indirect network effects can lead to market concentration. Next, we describe the model in §3, and in §4 we describe the data. In §5 we then discuss how the model parameters are estimated, and §6 details our estimation results. Section 7 demonstrates via numerical experiments how tipping can occur in this market. Section 8 concludes our paper.

## 2. Market Concentration in the Presence of Indirect Network Effects

We begin with a discussion of the economics of how indirect network effects lead to market concentration. We also provide a measure of the degree of market concentration caused by indirect network effects that should apply to most models of indirect network effects in the literature. In the next section, we develop a model that generalizes many of the theory models and can be calibrated from demand estimates and cost data.

We consider a market where consumers derive utility from two complementary goods: hardware, such as a video game console, and software, such as a video game. Consumers only derive utility from software if they also own compatible software. On the supply side, we assume that there are two competing, incompatible hardware standards, each sold by two independent firms. The software market is monopolistically competitive, and no single software firm can strategically influence the sales of either standard.[5] Furthermore, we assume that there are returns

to scale in the production of software such that the variety of software for a standard is increasing in its market size, i.e., the number of consumers who have adopted the standard.

Even though consumers derive no direct utility from the usage of hardware by other consumers, indirect network effects arise in such a market as follows. Each consumer's utility from hardware is increasing in the amount of available software. As more consumers adopt a given hardware standard, the supply of compatible software increases. Therefore, a consumer's willingness to pay for a given hardware standard is, indirectly, increasing in the cumulative number of adopters of that standard—the current *installed base* (e.g., Chou and Shy 1990, Church and Gandal 1993).[6] If consumers are forward looking, their adoption decisions will also be influenced by their expectations about the future evolution of the installed base of either standard.

Let $y_{jt}$ be the installed base of standard $j$ in period $t$. We normalize the market size to one, such that $y_{jt}$ is also the cumulative share of the potential customer base that standard $j$ has obtained by period $t$. The current state of the market can then be described by the vector $y_t = (y_{1t}, y_{2t})$, where $0 \le y_{1t} + y_{2t} \le 1$. All possible states are contained in the shaded triangles in Figure 1. We assume that the demand and cost primitives of the market are symmetric: both firms have the same production costs, the consumers' distribution of tastes for either standard is identical, and the variety of software offered for either standard is the same when both standards have the same installed base.

Suppose that there are no indirect network effects. For example, suppose that the supply of software is independent of the installed base or that consumers do not value software. The equilibrium evolution of the market will then be symmetric, provided that a symmetric equilibrium exists: the firms split the market in each period, and both firms will always have the same installed base. This case is depicted by curve $A$ corresponding to the initial state $y_0^A = (0, 0)$ in the top left-hand graph in Figure 1 (the points labeled $y_t^A$ correspond to the realized state vectors in periods $t = 0, 1, 2, \ldots$). Hence, in the absence of indirect network effects, this market would not become concentrated. Now suppose that firm 1 has gained an initial advantage, possibly because of early entry, over firm 2 in terms of the installed base, such that $y_{10} > y_{20} = 0$.

---

[5] In some industries this assumption would not be valid. For example, the decision made by Warner Brothers in January 2008 to discontinue its support of high-definition (HD) DVD was key to the success of the Blu-ray format over the HD DVD standard.

Moreover, forward-looking software suppliers could be instrumental in tipping the market, much like the forward-looking consumer we study herein.

[6] Rochet and Tirole (2003) argue that most network effects arise in an indirect manner.

Case 5:12-cv-00630-LHK   Document 13-5   Filed 02/08/12   Page 6 of 123

**Figure 1    Market Evolution Under Different Scenarios: No Indirect Network Effects (Top Left), Positive Feedback (Top Right), and Multiple Self-Fulfilling Equilibria (Bottom)**



This scenario corresponds to the initial state $y_0^B$ in Figure 1. Absent any indirect network effects, the equilibrium evolution of the market will still be symmetric and the firms will split the total remaining market size, $1 - y_{10}$. Hence, in the absence of indirect network effects, the only source of concentration in this market would be due to the initial share advantage.

Now consider the general case with indirect network effects. Two economic mechanisms lead to market concentration (Katz and Shapiro 1994). First, indirect network effects induce *positive feedback*. To illustrate, consider again the case where standard 1 has gained an initial installed base advantage, corresponding to the state $y_0^C$ in the top right-hand graph of Figure 1. This initial advantage leads to the creation of more software variety for standard 1 than for standard 2. Hence, more consumers will adopt standard 1 than standard 2 in the initial period. This asymmetric adoption rate reinforces the initial advantage of standard

1, creating positive feedback that leads to market concentration in favor of standard 1. Similarly, if standard 2 had gained an initial advantage, depicted by the state $y_0^D$, the market would have become concentrated in favor of standard 2. Such positive feedback due to indirect network effects arises even if there is a unique, symmetric equilibrium characterizing the market. Positive feedback is related to the concept of path dependence, pioneered by Arthur (1989) and David (1985, 2007) and defined as follows: small historical events have an important influence on the eventual outcome in a market.

A second source of market concentration is the potential incidence of *multiple equilibria*, even if no standard has gained an initial advantage. Multiple equilibria arise if consumers are forward looking and make their adoption decisions based on their expectations about the diffusion of each standard. In a rational expectations equilibrium, the consumers' expectations

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

220

are consistent with the future evolution of the market, allowing consumers to coordinate their adoption choices. In one possible equilibrium all consumers expect that standard 1 will gain most of the market share. These expectations are self-fulfilling: due to the large expected variety of software for standard 1, most consumers will adopt standard 1. This case corresponds to the initial state $y_0^E$ in the bottom graph of Figure 1. In another equilibrium, the consumers expect that standard 2 will gain most of the market share, and because of the self-fulfilling nature of these expectations, standard 2 will indeed attract most consumers.

## 2.1. Measuring Market Concentration Due to Indirect Network Effects

The literature broadly refers to the emergence of a dominant firm through positive feedback or multiple equilibria as *tipping*. However, in spite of the widespread use of the term tipping in the literature on network effects, no single, precise definition exists. For example, the survey by Katz and Shapiro (1994) defines tipping as the "tendency of one system to pull away from its rivals in popularity once it has gained an initial edge." Alternatively, according to the survey by Farrell and Klemperer (2007, p. 2034):

> We have seen how early choices are...able either to help coordination or to wield disproportionate influence. Thus any early lead in adoptions (whether strategic or accidental) will tend to expand rather than to dissipate. Network markets are "tippy": early instability and later lock-in.

Deriving a more precise and empirically practical definition is tricky. Some associate tipping with winner-take-all outcomes, whereby a single dominant firm emerges capturing the entire market. In practice, many of the classic examples of markets that are deemed to have tipped towards a single standard do not have a single dominant firm. Consider for example the standards war between VHS and Betamax in the VCR market. Even though VHS is widely regarded as the victor, Betamax machines continued to be manufactured until 2002. Similarly, we still have a coexistence of AM and FM radio even though the latter is widely regarded as the victor. Therefore, defining tipping as a situation where one standard achieves 100% of the market share would be too restrictive. A more useful and general definition of tipping should be based on measuring the degree of market concentration caused by indirect network effects. In this section, we build an empirically implementable definition of tipping that encompasses 100% market dominance as a special case but is applicable more generally to any situation where concentration occurs as a result of indirect network effects.

In the special case of a market with two symmetric competitors, we could define a measure of tipping by comparing the expected share of the installed base for the larger standard, $T$ periods after the product launch, to a share of 50%, i.e., to the share in a symmetric outcome. That is, we could measure tipping as the extent to which the cumulative, one-firm concentration ratio in period $T$ exceeds 50%. In most actual markets, however, the expected share of the larger standard will exceed 50% even in the absence of indirect network effects as a result of product differentiation, cost differences across the standards, etc. To assess tipping, we compare the expected share in the installed base to the hypothetical share that would arise if one or more economic factors that cause indirect network effects were mitigated or entirely eliminated. For this measure, we need a model to predict counterfactual market outcomes and to define the (counterfactual) baseline case relative to which tipping could be measured.[7]

We now provide a formal definition of the proposed tipping measure. Suppose we know the data-generating process of the installed base evolution. Let $\Theta$ be the model parameters describing this process. If the installed base evolution is described by an economic model, $\Theta$ will contain all demand and cost parameters describing the underlying model primitives.

Let $\rho_{jt}$ be the share of standard $j$ in the installed base $t$ periods after product launch:

$$\rho_{jt} \equiv \frac{y_{j,t+1}}{y_{1,t+1} + y_{2,t+1}}. \tag{1}$$

Here, $y_{j,t+1}$ is the installed base of standard $j$ at the end of period $t$, including the sales of $j$ during period $t$. The cumulative one-firm concentration ratio after $T$ periods is then given by

$$\mathscr{C}(y_T) = \max\{\rho_{1T}, \rho_{2T}\}.$$

The realization of $\mathscr{C}(y_T)$ depends on the model parameters $\Theta$, an equilibrium that exists for these parameters $\mathscr{E}(\Theta)$, and a sequence of demand shocks $\xi_t$. Given $\Theta$ and $\mathscr{E}(\Theta)$, the distribution of $(y_t)_{t=0}^T$ is well defined, and we can thus calculate the expected cumulative one-firm concentration ratio

$$C_1(\Theta, \mathscr{E}(\Theta)) \equiv \mathbb{E}(\mathscr{C}(y_T) \mid \Theta, \mathscr{E}(\Theta)). \tag{2}$$

---

[7] Note that because of demand shocks or other random events, the expected cumulative one-firm concentration ratio could significantly exceed 50% in a market with symmetric competitors even if there were no indirect network effects. In this situation, the difference between the cumulative one-firm concentration ratio and 50% would not provide a meaningful measure of tipping even in the symmetric case.

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

Let $\Theta'$ be a variation of the model where one or more parameters that govern the strength of indirect network effects are changed compared to the model described by $\Theta$, and let $\mathscr{E}(\Theta')$ be a corresponding equilibrium. We can thus measure tipping, the increase in market concentration as a result of indirect network effects, as follows:

$$\Delta C_1 = C_1(\Theta, \mathscr{E}(\Theta)) - C_1(\Theta', \mathscr{E}(\Theta')). \tag{3}$$

If we knew that the market under investigation was symmetric, then $C_1 \approx 0.5$ in the absence of indirect network effects, and we could measure tipping by $\Delta C_1 = C_1(\Theta, \mathscr{E}(\Theta)) - 0.5.$[8]
Our discussion highlights that the increase in market concentration due to indirect network effects can only be measured relative to a well-defined counterfactual market outcome. In most cases of interest, this counterfactual outcome is not observed. First, we hardly ever observe the evolution of the same standards more than once under identical conditions. Second, we would have to observe some diffusion paths that are not affected by indirect network effects. Therefore, in practice one will seldom be able to measure the degree of tipping or even to assess the incidence of tipping in observed market data. Instead, one will need an economic model that accounts for the underlying causes of indirect network effects and that can be used to simulate the equilibrium evolution of the market. Such a model would need to be calibrated with demand and cost estimates or other data sources. In the next section, we develop a model that satisfies these requirements.

## 3. Model
We consider a market with competing hardware platforms. A consumer who has adopted one of the available technologies derives utility from the available software for that platform. Software titles are incompatible across platforms. Consumers are assumed to choose at most one of the competing hardware platforms and to purchase software compatible with the chosen hardware, a behavior Rochet and Tirole (2003) term "single-homing." There are indirect network effects in this market, which are due to the dependence of the number of available software titles for a given platform on that platform's installed base. The consumers in this market have expectations about the evolution of hardware prices and the future availability of software when making their adoption decisions. Correspondingly, the hardware manufacturers anticipate the consumer's adoption decisions and set prices for their platforms accordingly. The software market

is monopolistically competitive, and the supply of software titles for any given platform is increasing in the platform's installed base.
Time is discrete; $t = 0, 1, \ldots$. The market is populated by a mass $M = 1$ of consumers. There are $J = 2$ competing firms, each offering one distinct hardware platform. The installed base of platform $j$ in period $t$—i.e., the fraction of consumers who have adopted $j$ in any period previous to $t$—is denoted by $y_{jt} \in [0, 1]$. The state of the market is described by $y_t = (y_{1t}, y_{2t})$.
In each period, platform-specific demand shocks $\xi_{jt}$ are realized. $\xi_{jt}$ is private information to firm $j$; i.e., firm $j$ learns the value of $\xi_{jt}$ before setting its price but learns the demand shock of its competitor only once sales are realized. As we shall see later, $\xi_{jt}$ can strongly influence the final distribution of shares in the installed base. In particular, the realizations of $\xi_{jt}$ in the initial periods of competition can lead the market to "tip" in favor of one standard. Also, $\xi_{jt}$ will typically ensure that the best response of each firm is unique, and thus ensures the existence of a pure strategy equilibrium.[9] We assume that the demand shocks are independent and identically distributed (i.i.d.) through time; $\phi_j(\cdot)$ denotes the probability density function (pdf) of $\xi_{jt}$, and $\phi(\cdot)$ denotes the pdf of $\xi = (\xi_1, \xi_2)$.
The timing of the game is as follows:
1. Firms learn their demand shock $\xi_{jt}$ and set a product price, $p_{jt}$.
2. Consumers adopt one of the available platforms or delay their purchase decisions.
3. For each platform $j$, software firms supply a given number of titles, $n_{jt}$.
4. Sales are realized, and firms receive their profits. Consumers derive utility from the available software titles and—in the case of new adopters—from the chosen platform.

### 3.1. Software Market
The number of available software titles for platform $j$ in each period is a function of the installed base of platform $j$: $n_{jt} = h_j(y_{j, t+1})$. To see why $n_{jt}$ is a function of $y_{j, t+1}$ and not $y_{jt}$, note that $y_{jt}$ denotes the installed base at the beginning of period $t$, whereas $y_{j, t+1}$ denotes the total installed base after the potential adopters have made a purchase decision. The software producers observe this total installed base before they supply a given number of titles.

---

[8] Once again, this would not be accurate if random shocks had a significant impact on the market evolution.

[9] We are not able to prove this statement in general but could easily verify it across all versions of our model that we solved numerically on a computer. In general, the right-hand side of the firm's Bellman equation, regarded as a function of price of firm $j$ at time $t$ $p_{jt}$, has two local maxima. The realization of $\xi_{jt}$ ensures that these local maxima are not equal.

222

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, © 2010 INFORMS

Although this relationship may seem ad hoc, we show in Appendix A how this relationship between $n_{jt}$ and $y_{j,t+1}$ can be derived from a structural model of monopolistic competition and constant elasticity of substitution (CES) software demand in the software market. These assumptions abstract away from some of the dynamic aspects of game demand (e.g., Nair 2007), but they retain the fundamental interdependence between software and hardware.

## 3.2. Consumer Decisions

Consumers make their adoption decisions based on current prices and their expectation of future prices and the availability of compatible software titles. Consumers expect that the installed hardware evolves according to $y_{t+1} = f^e(y_t, \xi_t)$ and that firms set prices according to the policy function $p_{jt} = \sigma_j^e(y_t, \xi_t)$. Consumers observe both $\xi_t$ and the current price vector $p_t$ before making their decisions.

Consumers who have already adopted one of the platforms receive utility from the available software in each period. Because the supply of software is a function of the installed base at the end of a period, we can denote this utility as $u_j(y_{j,t+1}) = \gamma n_{jt} = \gamma h_j(y_{j,t+1})$. The present discounted software value is then defined as

$$\omega_j(y_{t+1}) = \mathbb{E}\left[\sum_{k=0}^{\infty} \beta^k u_j(y_{j,t+1+k}) \,\Big|\, y_{t+1}\right].$$

This value follows the recursion

$$\omega_j(y_{t+1}) = u_j(y_{j,t+1}) + \beta \int \omega_j(f^e(y_{t+1}, \xi))\phi(\xi)\,d\xi. \quad (4)$$

Consumers who have not yet adopted either buy one of the hardware platforms or delay adoption. The choice-specific value of adopting hardware platform $j$ is given by

$$v_j(y_t, \xi_t, p_t) = \delta_j + \omega_j(f^e(y_t, \xi_t)) - \alpha p_{jt} + \xi_{jt}. \quad (5)$$

Here, $\delta_j$ is the value of owning a specific hardware platform or the value of bundled software; $\alpha$ is the marginal utility of income. The realized utility from adopting $j$ also includes a random utility component $\xi_{jt}$. That is, the total utility from the choice of $j$ is given by $v_j(y_t, \xi_t, p_t) + \epsilon_{jt}$. We assume that $\epsilon_j$ is i.i.d. type I extreme value distributed.

The value of waiting is given by

$$v_0(y_t, \xi_t)$$
$$= \beta \int \max\Big\{v_0(y_{t+1}, \xi) + \epsilon_0,$$
$$\max_j \{v_j(y_{t+1}, \xi, \sigma^e(y_{t+1}, \xi)) + \epsilon_j\}\Big\}$$
$$\cdot \phi_\epsilon(\epsilon)\phi(\xi)\,d(\epsilon, \xi). \quad (6)$$

In this equation, $y_{t+1} = f^e(y_t, \xi_t)$.

Consumers choose the option that yields the highest choice-specific value, including $\epsilon_{jt}$. That is, option $j$ is chosen if and only if for all $k \neq j$, $v_j(y_t, \xi_t, p_t) + \epsilon_{jt} \geq v_k(y_t, \xi_t, p_t) + \epsilon_{kt}$.[10] Given the distributional assumption on the random utility component, the market share of option $j$ is

$$s_j(y_t, \xi_t, p_t) = \frac{\exp(v_j(y_t, \xi_t, p_t))}{\exp(v_0(y_t, \xi_t)) + \sum_{k=1}^J \exp(v_k(y_t, \xi_t, p_t))}. \quad (7)$$

Furthermore, the installed base of platform $j$ evolves according to

$$y_{j,t+1} = y_{jt} + \left(1 - \sum_{k=1}^J y_{kt}\right) s_j(y_t, \xi_t, p_t) = f_j(y_t, \xi_t, p_t). \quad (8)$$

## 3.3. Firms

Firms set prices according to the Markovian strategies $p_j = \sigma_j(y_t, \xi_t)$; i.e., prices depend only on the current payoff-relevant information observed to each competitor. Firms expect that the consumers make adoption decisions according to the value functions $v_0, \ldots, v_J$, and accordingly that market shares are realized according to Equation (7) and that the installed base evolves according to (8).

The marginal cost of hardware production is $c_j$, which we assume to be constant through time. The firms also collect royalty fees from the software manufacturers at the rate of $r_j$ per unit of software. Let $q_j(y_{t+1})$ be the total number of software titles sold in period $t$.[11] The per-period expected profit function is then given by

$$\pi_j(y, \xi_j, p_j)$$
$$= (p_j - c_j) \cdot \left(1 - \sum_{k=1}^J y_{kt}\right)$$
$$\cdot \int s_j(y, \xi_j, \xi_{-j}, p_j, \sigma_{-j}(y, \xi_{-j}))\phi_j(\xi_{-j})\,d\xi_{-j}$$
$$+ r_j \int q_j(f_j(y, \xi_j, \xi_{-j}, p_j, \sigma_{-j}(y, \xi_{-j})))\phi_j(\xi_{-j})\,d\xi_{-j}.$$

Each competitor maximizes the expected present discounted value of profits. Associated with the solution of the intertemporal pricing problem is the Bellman equation

$$V_j(y, \xi_j) = \sup_{p_j \geq 0} \Big\{ \pi_j(y, \xi_j, p_j) + \beta_f \int V_j(f(y, \xi_j, \xi_{-j}, p_j,$$
$$\sigma_{-j}(y, \xi_{-j})), \xi_j')\phi(\xi_{-j})\phi(\xi_j')\,d(\xi_{-j}, \xi_j') \Big\}. \quad (9)$$

---

[10] These inequalities involve some slight abuse of notation, as $v_0(y, \xi)$ is not a function of $p$.

[11] $q_j(y_{t+1}) = \bar{q}_j(n_{jt}) \cdot y_{j,t+1}$, where $\bar{q}_j$ denotes the average number of titles bought by a consumer. See Appendix A for the derivation of this equation within the context of a specific model. For our model simulations, we estimate $q_j(y)$ directly from the data.

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

Here, we allow for the possibility that firms and consumers discount the future at different rates, $\beta \neq \beta_f$.

### 3.4. Equilibrium

We seek a Markov perfect Bayesian equilibrium, where firms and consumers base their decision only on the current payoff-relevant information. Consumers have expectations about future hardware prices and the evolution of the installed base of each platform and the associated supply of software. The adoption decisions are dependent on these expectations. Firms have expectations about the adoption decisions of the consumers, the evolution of the installed base, and the pricing decisions of their competitors. Pricing decisions are made accordingly. In equilibrium, these expectations need to be mutually consistent.

Formally, a Markov perfect Bayesian equilibrium in pure strategies of the network game consists of consumer expectations $f^e$ and $\sigma^e$, consumer value functions $v_k$, pricing policies $\sigma_j$, and the firm's value function $V_j$ such that

1. The consumer's choice-specific value functions $v_1, \ldots v_J$ satisfy (5), and the value of waiting, $v_0$, satisfies (6).

2. The firm's value functions $V_1, \ldots, V_J$ satisfy the Bellman equations (9).

3. $p_j = \sigma_j(y, \xi_j)$ maximizes the right-hand side of the Bellman equation (9) for each $j = 1, \ldots, J$.

4. The consumer's expectations are rational: $\sigma_j^e = \sigma_j$ for $j = 1, \ldots, J$, and $f^e(y, \xi) = f(y, \xi, \sigma(y, \xi))$, where $f$ is as defined by Equation (8).

In the Markov perfect equilibrium, all players—firms and consumers—act rationally given their expectations about the strategies of the other market participants. Furthermore, expectations and actually realized actions are consistent.

## 4. Data

To make our computational results more realistic, we use data from the 32/64-bit generation of video game consoles, one of the canonical examples of indirect network effects. To understand the relevance of this case study to our model and our more general point about tipping in two-sided markets, we briefly outline some of the institutional details of the industry. We then discuss the data.

### 4.1. The U.S. Video Game Console Industry

The market for home video game systems has exhibited a two-sided structure since the launch of Atari's popular 2600 VCS console in 1977 (Williams 2002). Much like the systems today, the VCS consisted of a console capable of playing multiple games, each on interchangeable cartridges. Although Atari initially developed its own proprietary games, ultimately more

than 100 independent developers produced games for Atari and more than 1,000 games were released for Atari 2600 VCS (Coughlan 2001a). This same two-sided market structure has characterized all subsequent console generations, including the 32/64-bit generation we study herein.

The 32/64-bit generation was novel in several ways. None of the consoles was backward compatible, eliminating concerns about a previously existing installed base of consumers that might have given a firm an advantage. This was also the first generation to adopt CD-ROM technology although early entrants Philips and 3DO failed as a result of their high console prices of $1,000 and $700, respectively. In contrast, the September 1995 U.S. launch of Sony's 32-bit CD-ROM console PlayStation was an instant success. So much so that its competitors, Sega's 32-bit Saturn console, and later Nintendo's 64-bit N64 cartridge console, failed to recapture Sony's lead. In fact, Sega's early exit from the market implied a duopoly console market between Sony's first-generation PlayStation and Nintendo's N64.

PlayStation's success reflected several changes in the management of the console side of the market. From the start, Sony's strategy was to supply as many games as possible, a lesson it learned from its experience with Betamax video technology:

> Sony's primary goal with respect to PlayStation was to maximize the number and variety of games . . . . Sony was willing to license any PlayStation software that didn't cause the hardware to "crash." Coughlan (2001b)

To stimulate independent game development, Sony charged substantially lower game royalties of $9, in contrast with Nintendo's $18 (Coughlan 2001c). Sony's CD-based platform also lowered game development costs, in contrast to Nintendo's cartridge based system. Although the PlayStation console failed to produce any truly blockbuster games during its first year (Kirkpatrick 1996), after three months, PlayStation's games outnumbered those of Sega's Saturn by three to one. By 1998, more than 400 PlayStation titles were available in the United States. In addition, Sony engaged in aggressive penetration pricing of the console early on, hoping to make its money back on game royalties (Cobb 2003).

In contrast, Nintendo maintained very stringent conditions over its game licensees, a legacy from its management of game licensees during earlier generations when Nintendo was dominant.[12] By Christmas of 1996, N64 only had eight games in contrast with

---

[12] The dominance of Nintendo's 8-bit NES console during the 1980s allowed it to command 20% royalties in addition to a manufacturing fee of $14 per game cartridge. Licensees were also restricted to five new NES titles per year. Nevertheless, by 1991, less than

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

roughly 200 PlayStation titles (Rigdon 1996). By June 1997, N64 still had only 17 games whereas PlayStation had 285. Nintendo insisted that it competed on quality rather than quantity, and in 1997 its CEO claimed, "Sony could kill off the industry with all of 'its garbage'" (Kunii 1998). In the end, the dominance of Sony Playstation in the 32/64-bit console generation was attributed primarily to its vast library of games rather than to specific game content.

Recall that our case study focuses only on the 32/64-bit console generation. The success of PlayStation's game proliferation strategy makes us comfortable with the assumption that game variety proxies meaningfully for the indirect network effects. This assumption would be more tenuous for more recent console generations now that blockbuster games have become more substantial. For example, the blockbuster game *Halo 3*, for Microsoft's Xbox 360, generated $300 million in sales during its first week (Blakely 2007). At the same time, monthly Xbox 360 console sales nearly doubled in contrast with two months previously, selling 527,800 units in October 2007 (Gallagher 2007). Similarly, PlayStation 3's *Spiderman 3* grossed $151 million during its first week (Blakely 2007). The blockbuster games of the 32/64-bit generation were smaller in magnitude. Only three N64 games garnered over 4% of total U.S. game unit sales on the N64 platform (*GoldenEye 007, Mario Kart 64*, and *Super Mario 64*), whereas an additional 21 games captured over 1% of total game sales. Only five PlayStation titles captured over 1% of total PlayStation game sales, none capturing over 2%.[13] Nair (2007) tests for blockbuster game effects during this generation. He finds no material impact on sales or prices of games in the months leading up to the launch of a best-selling game. Therefore, Nair ignores competitive effects in his analysis of video game pricing during this generation.

### 4.2. Data

Our data are obtained from NPD Techworld's point of sale database. The database consists of a monthly report of total sales and average prices for each video game console across a sample of participating U.S. retailers from September 1995 to September 2002. NPD states that the sheer size of the participating firms represent about 84% of the U.S. retail market. We also observe the monthly number of game titles available during the same period. We define the

potential market size as the 97 million U.S. households as reported by the U.S. Census.

In the data, we observe a steady decline in console prices over time. At first glance, this pattern seems inconsistent with the penetration pricing motive one would expect from our model. However, Playstation is estimated to have launched at a price roughly $40 below marginal cost (Coughlan 2001b), and console prices have been documented to have fallen more slowly than costs over time, the latter as a result of falling costs of chips (Liu 2010). The rising margins over time are consistent with penetration pricing. Although we do not observe marginal costs, we control for falling costs by including a time trend as a state in the empirical model. Thus, our empirical model is consistent with a richer game in which firms face falling marginal costs. We include this time trend in the set of exogenous variables that drive both the pricing strategies $z_i^p$ and the demand function $z_i^d$, thereby treating the time trend as a commonly observed state. In addition, we experiment with producer price indices (PPIs) from the U.S. Bureau of Labor Statistics for computers, computer storage devices, and audio/video equipment to control for technology costs associated with a console. Finally, we also experiment with the inclusion of the exchange rate (Japanese yen per U.S. dollar) to control for the fact that parts of the console are sourced from Japan. These two sets of cost-shifting variables, PPIs and exchange rates, are included in $z_i^p$. However, because we do not expect these costs to be observed by consumers when they make console purchase decisions, we exclude them from $z_i^d$.

The empirical model also includes monthly fixed-effects to control for the fact that there are peak periods in console demand (e.g., around Christmas). These states are observed by both firms and consumers and, hence, enter both $z_i^p$ and $z_i^d$. For the policy simulations, we will ignore the effects of time, month, and cost shifters because they are incidental to our theoretical interest in tipping.

Descriptive statistics of the data are provided in Table 1. The descriptive statistics indicate a striking fact about competition between Sony PlayStation and Nintendo 64. On average, the two consoles charged roughly the same prices. However, Sony outsold

---

10% of titles were produced by Nintendo, and the system had over 450 titles in the United States. In addition, one in three U.S. households had an NES console by 1991, with the average console owner purchasing eight or nine games (Coughlan 2001b).

[13] These numbers are based on U.S. game sales data collected by NPD.

**Table 1    Descriptive Statistics**

|  | Console | Mean | Std. dev. | Min | Max |
|---|---|---|---|---|---|
| Sales | PlayStation | 275,409 | 288,675 | 26,938 | 1,608,967 |
|  | Nintendo | 192,488 | 201,669 | 1,795 | 1,005,166 |
| Price | PlayStation | 119.9 | 30.3 | 55.7 | 200.6 |
|  | Nintendo | 117.6 | 33.9 | 50.3 | 199.9 |
| Game titles | PlayStation | 594.2 | 381.1 | 3 | 1,095 |
|  | Nintendo | 151.2 | 109.9 | 1 | 281 |

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

Nintendo by almost 50%. At the same time, over 3.5 times as many software titles were available for Sony than for Nintendo. Of interest is whether and how much of Sony's share advantage can be attributed to its large pool of software titles.

# 5. Estimation

## 5.1. Demand Estimation

Part of the calibration exercise involves estimating the structural demand parameters using the video game data described above in §4. We briefly outline the approach used to obtain demand estimates for our dynamic discrete choice model using field data. Technical details of the estimation are provided in Appendix B.

One of the main elements of a model of durable goods demand is the incorporation of consumer beliefs about their future utilities and, hence, future realizations of the state variables (Horsky 1990, Melnikov 2000, Song and Chintagunta 2003, Nair 2007, Prince 2008, Carranza 2006, Gowrisankaran and Rysman 2009, Gordon 2009, Goettler and Gordon 2009). In practice, consumers' beliefs are not observed by the researcher and need to be estimated. Some elements of the beliefs could be obtained by solving the economic model. For instance, beliefs about future growth in the installed base could be obtained by nesting the solution to the consumers' dynamic adoption decision into the demand estimation procedure, hereafter referred to as the nested fixed-point (NFP) approach (e.g., Melnikov 2000, Nair 2007). However, for our hardware/software model, the dimension of the state space ($y_t$, $\xi_t$, and other exogenous states included in the empirical specification) is prohibitively high for this approach.

Instead, we follow a recent tradition in the empirical literature on dynamic games and follow the insight in Hotz and Miller (1993) and Hotz et al. (1994) by estimating the structural parameters of our model in two stages. The goal is to construct moment conditions that match the observed market shares in the data with those predicted by our model; see Equation (7). Rather than computing the choice-specific value functions (5) and (6) needed to evaluate demand, as in the NFP approach, we simulate them. For the simulation, we first need the distribution of consumer beliefs. We assume that consumers form rational expectations. In this manner, we can estimate their beliefs directly from the field data. The estimation of the empirical distribution of the state variables—namely, prices, software, and adoption—constitutes the first stage. Note that previous research using a NFP approach also typically have a first stage in which they estimate beliefs about supply-side state variables, such as prices. The exact

details for both stages of the estimation procedure are provided in Appendix B.

Most empirical applications of the two-step approach for estimating a dynamic model cannot truly estimate beliefs nonparametrically, as would be required theoretically in the Hotz and Miller (1993) framework. Like most applications, our first stage is parametric. A concern in the context of durable goods markets is that the time-series data are inherently nonstationary because of the diffusion process. Therefore, even with an infinitely long time series, one could never estimate beliefs nonparametrically. This problem also applies to NFP applications that estimate portions of consumer beliefs (i.e., beliefs about prices) directly from the data. One solution would be to pool data from multiple independent markets. Pooling markets requires the strong assumptions that all markets are in the same long-run equilibrium and that all markets have the same parameters (e.g., consumer tastes are the same across markets) in order to estimate beliefs. For instance, Nair (2007) assumes that individual video games are sold and marketed independently, but they are priced in a similar fashion. Hence, different games are assumed to constitute different markets. A related solution might consist of pooling independent geographic (e.g., city) markets (e.g., Ryan 2006). The lack of variation in console prices and game supply across U.S. cities limits the advantages of this type of pooling.

## 5.2. Identification

Like most of the extant literature estimating structural models of durable goods demand, our diffusion data contain only a single time series for the U.S. market.[14] The use of a single time series creates several generic identification concerns for durable goods demand estimation in general. The first and most critical concern is the potential for sales diffusion data to exhibit dependence over time as well as interdependence in the outcome variables. In addition, the diffusion implies that any given state is observed at most once, a property that could complicate the estimation of beliefs. Finally, we also face the usual potential for price endogeneity to bias demand parameters if prices are correlated with the demand shocks $\xi$ (Berry 1994). We now briefly discuss the intuition of our empirical identification strategy.

Diffusion data may naturally exhibit dependence over time in prices, $p_t$, and an interdependence between prices and the other outcome variables, $y_t$ and $n_t$. A concern is whether we can separately identify the price coefficient $\alpha$ and the software taste (i.e.,

---

[14] An interesting exception is Gupta et al. (1999), who use panel data on individual HDTV adoption choices obtained from a conjoint experiment.

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

the indirect network effect) $\gamma$. Our solution consists of adding console cost-shifting variables, PPIs and exchange rates, that vary prices but that are excluded from demand and from software supply. The exclusion restrictions introduce independent variation in prices and, hence, in the term $\alpha p_t$ in the utility function. The exchange rates are particularly helpful in this regard because they introduce independent variation over time—past research has documented that short-run exchange rate innovations follow a random walk (e.g., Meese and Rogoff 1982, Rogoff 2008). The exclusion restrictions embody a plausible assumption that consumers do not observe the PPIs and exchange rates, and hence, they do not adjust their expectations in response to them.

A related concern is whether we can separately identify the role of product differentiation $\delta_j$ (i.e., one standard has a higher share because of its superior technology) and the indirect network effects $\gamma$ (i.e., one standard has a higher share because of its larger installed base, which in turn stimulates more software variety) on demand. Our assumption of single homing (i.e., discrete choice), a reasonable assumption for this generation of video game consoles, enables us to infer preferences from aggregate market shares. In addition, we hold each console's quality fixed over time. Thus, we can identify the current utility of software (i.e., the indirect network effect) using variation in the beginning-of-period installed base $y_t$.

We also face the usual concerns about endogeneity bias due to prices (e.g., Berry 1994). We do not have a specific console attribute or macro taste shock in mind when we include $\xi$ in the specification; however, we include it as a precautionary measure. We are reasonably confident $\xi$ is not capturing the impact of unmeasured blockbuster games.[15] Nevertheless, to the extent that $\xi$ captures demand information that is observed by firms, any resulting correlation between prices and $\xi$ could introduce endogeneity bias. Our joint-likelihood approach to the first stage does provide a parametric solution to the endogeneity problem through functional form assumptions. We have imposed a structure on the joint distribution of the data that provides us with the relationship between prices and demand shocks, $\xi$. However, we can relax this strong parametric condition by using our console cost shifters. Both the exchange rate and the PPIs provide sources of exogenous variation in prices that are excluded from demand and that are unlikely to be correlated with consumer tastes for video game consoles, i.e., $\xi$. In essence, the endogeneity is resolved by

including the control function $X(y_{jt}, p_{jt}, z_t^p)$ in the log-odds of choices; see Equation (A4) in the Appendix A (e.g., Petrin and Train 2006, 2010).

A related software endogeneity concern arises in our model. Recall that the current period's software supply is determined by the end-of-period installed base: $n_{jt} = h_j(y_{j, t+1})$. Therefore, software is correlated with the demand shocks $\xi_t$ indirectly through their correlation with the end-of-period installed base $y_{t+1}$. Our control function $X(y_{jt}, p_{jt}, z_t^p)$ also resolves this endogeneity.

As a final point, we do not believe that our data are rich enough to estimate the distribution of heterogeneity in consumer tastes. Clearly, we do not believe in practice that consumers have no persistent differences in tastes. However, once we condition on all the state variables, there is little variation left in the data to identify non-IIA comovements in market shares, which in turn would identify heterogeneity. The extant literature that estimates unobserved heterogeneity from aggregate market share data relies on the availability of many independent markets (e.g., Berry et al. 1995 and the related literature). In consumer packaged goods product categories, for instance, researchers can exploit sales from many different stores, each charging different prices for the same goods. Supermarkets also regularly run temporary price discounts, generating large swings in the observed market shares. In the video game console market, such store-level data are unavailable. Moreover, the indirect network effects arise from interconnection between the national supply of games and the national installed base of consoles. Hence, individual stores would not per se constitute independent product markets. In the electronic companion, available as part of the online version that can be found at http://mktsci.pubs.informs.org, we attempt to estimate a model that incorporates unobserved heterogeneity. Our findings indicate that model fit worsens once heterogeneity is added: the penalty associated with the extra parameters characterizing heterogeneity outweigh the improvements in the likelihood. We therefore conclude that our data are not sufficiently rich to identify heterogeneity.

## 6. Estimation Results

### 6.1. First Stage
During the first stage, we experiment with several specifications. These specifications vary by the manner in which the state variables enter the first stage estimation equations. In Table B.1, which is included in Appendix B, we report the log-likelihood and Bayesian information criterion (BIC) associated with each specification.

---

[15] We checked the correlation between the $\xi$ estimates from our first stage and the one-firm concentration ratio of video game sales for each console (based on NPD data). Game concentration explains less than 1% of the variation in PlayStation's $\xi$ versus 11% of N64's $\xi$.

Our findings indicate that allowing the states to enter the first-stage relationships for pricing strategies ($\mathcal{P}_{jt}$, as per Appendix B) and demand function ($\mathcal{L}_{jt}$, as per Appendix B) both linearly and quadratically improves fit substantially based on the BIC predictive fit criterion (model 3 versus model 2). Allowing for a time trend also improves fit moderately (model 2 versus model 1). We use a time trend that is truncated after 60 periods because prices roughly level off after that point (i.e., we do not expect costs to decline indefinitely). We also experimented with a more flexible distributional assumption for the demand shocks, $\xi$. We use a mixture-of-normals specification to check whether the assumption of normality potentially biases our maximum likelihood estimates. However, we find little change in fit from the two-component mixture (model 4 versus model 3). Moving to the last three rows (models 5, 6, and 7), we look at the implications of including additional cost proxies into the pricing function that are excluded from the game supply and from the consumer choices. Recall these are terms we include in $z_{t}^{p}$, but we do not include in $z_{t}^{d}$. We use a three-month lag and seven-month lag in the exchange rate as they were found to explain more price variation than the contemporaneous exchange rate, which is likely because production is sourced in advance of sales. The inclusion of these terms in the price equation improves the model likelihood of the first stage (as seen by the BIC for model 7).

Although not reported in the tables, a regression of log-prices on the various price shifters, including the PPIs and the exchange rate, generates an $R^2$ of 0.9. Similarly, the ordinary least-squares regression for the game titles generates an $R^2$ of 0.98. In the case of log-odds, the inclusion of $\xi$ makes it hard to interpret an $R^2$. Instead, we construct a distribution of $\xi$ using a parametric bootstrap from the asymptotic distribution of the parameters in the price regressions. The mean $R^2$ of a regression of log-odds on the observed states and the simulated $\xi$ is 0.95. Overall, the first-stage model appears to fit the data well.

A critical aspect of the two-step method is that the first-stage model captures the relationship between the outcome variables and the state variables. To assess the fit of the first-stage estimates, in Appendix B, Tables B.2, B.3, and B.4 report all the first-stage estimates and their standard errors. Most of the estimates are found to be significant at the 95% level. In Table B.4, we find a positive relationship between software variety and the installed base of each standard. Analogous findings are reported in Clements and Ohashi (2005).

Figures B.1, B.2, and B.3, which are also contained in Appendix B, plot the true prices, log-odds, and games, respectively, under each standard. In each case, we plot the outcome variable for a standard

Table 2     Second-Stage Parameter Estimates

| | Model 3 | | Model 7 | |
|---|---|---|---|---|
| | Estimate | Std. error | Estimate | Std. error |
| $\delta_{Sony}$ | −1.21 | 0.89 | −1.119 | 0.971 |
| $\delta_{N64}$ | −1.34 | 0.87 | −1.119 | 1.093 |
| $\alpha$ | −1.94 | 0.52 | −1.923 | 0.460 |
| Time (<60) | −0.04 | 0.01 | −0.049 | 0.028 |
| $\gamma$ ($n_{jt}$/1,000) | 0.09 | 0.04 | 0.090 | 0.040 |
| $\psi$ (std. dev. of $\xi_{jt}$) | 0.05 | 0.09 | 0.028 | 1.950 |

*Notes.* Model 7 uses PPIs and exchange rates as instruments in first stage. $\beta = 0.9$; number of simulations $= 60$.

against its own installed base (reported as a fraction of the total potential market, $M = 97,000,000$). In addition, we report a 95% prediction interval for each outcome variable based on a parametric bootstrap from the asymptotic distribution of our parameter estimates.[16] In several instances, the observed outcome variable lies slightly outside the prediction interval. However, overall, our first-stage estimates appear to do a reasonably good job preserving the relationship between the outcome variables and the installed base.

### 6.2. Second Stage
We report the structural parameters from the second stage in Table 2. Note that the parameters of interest here are the structural parameters $\Lambda = (\delta, \alpha, \gamma, \psi)$, where $\delta = \{\delta_s, \delta_N\}$ are the intrinsic preferences for the Sony and Nintendo consoles, $\alpha$ is the price sensitivity parameter, $\gamma$ is the current period software utility and $\psi$ is the standard deviation of the demand shocks. Results are reported for two specifications: models 3 and 7, as described in §6.1. Recall that model 3 does not have any exclusion restrictions across equations in the first stage. Model 7, the best-fitting model overall in stage 1, includes PPIs and exchange rates in the price equations. To estimate the second stage of the model, we maintain the assumption that consumers do not observe realizations of these costs. Instead, we assume they observe prices each period and can integrate the innovations to prices out of their expected value functions.[17] The results are based on an assumed consumer discount factor of $\beta = 0.9$ and

---

[16] The prediction intervals are constructed as follows. Five thousand draws are generated from the asymptotic distribution of the first-stage parameter estimates. We then compute the predicted log-price, log-odds, and log of game titles corresponding to each parameter draw. We then plot the 5th and 95th percentiles of these values.

[17] To estimate the distributions of these various costs, we assume they all follow a random walk distribution with drift. Thus, we regress each cost on its one-period lag along with an intercept and an i.i.d. shock. For the PPIs, we obtain an $R^2$ of 0.99, whereas for the exchange rates, we obtain an $R^2$ of 0.89.

228

60 simulated histories[18] of 500 periods in length each. Although not reported, we also included monthly fixed effects in tastes.

First, both model specifications each appear to yield qualitatively similar results. Although the point estimates suggest a slight preference for the Sony Play-Station console, the difference in tastes between the two consoles is statistically insignificant. This finding is consistent with industry observers who noted that the improvements from 32- to 64-bit technology were much less dramatic than in previous generations (Coughlan 2001c). Rather, the variety of availability of games tended to be the main differentiator. Indeed, the taste for software variety, $\gamma$, is positive and significant. In both specifications, $\gamma$ is roughly 0.1. The effective "network effect" in the model arises from the positive (and significant) software taste on the demand side, $\gamma$, and the positive (and significant) elasticity of each standard's supply of software titles with respect to its installed base, $\lambda_{Sony}$ and $\lambda_{Nintendo}$ (as in Table B.4). The qualitative implications of these estimates are best understood in the context of our simulations in §7.

# 7.  Model Predictions

In §2, we proposed an approach to measure tipping, or the extent of market concentration caused by indirect network effects. Our measure consists of comparing the expected market concentration in the presence of indirect network effects to the counterfactual market concentration that would arise if indirect network effects were reduced or eliminated:

$$\Delta C_1 = C_1(\Theta, \mathscr{C}(\Theta)) - C_1(\Theta', \mathscr{C}(\Theta')).$$

We illustrate our approach by calibrating the model developed in §3 with empirical estimates from the 32/64-bit video game console market. The parameters consist of the demand estimates and software supply function estimates, from model 7 in §6, and industry estimates of hardware console production costs and royalty fees.[19] For a given set of parameter values, we solve for a Markov perfect Bayesian equilibrium of the model and then simulate the resulting equilibrium price and adoption paths. Appendix C provides details on the algorithm used to compute the equilibria of the model.

Indirect network effects in our model arise both through the consumers' current marginal utilities of

software $\gamma$ and their discount factors $\beta$. Both these parameters moderate the interaction between consumers' expectations about the future availability of software for each standard and their current adoption decisions. By conducting numerical experiments that change the values of $\beta$ and $\gamma$, we can assess how the magnitude of indirect network effects affect market concentration as well as equilibrium diffusion and pricing. We also examine how an initial market share advantage, or "first-mover" advantage, for one of the hardware suppliers moderates the impact of indirect network effects on market concentration.

Our model abstracts from certain aspects of the 32/64 hardware market—in particular, learning by doing (declining production costs) and persistent heterogeneity in consumer tastes. In this respect, we caution that our predictions should not be interpreted as attempts to explain literally the observed, historic evolution of the market.

## 7.1.  Preliminaries

We first summarize specific aspects of the model solutions and simulations. Firms and consumers make decisions at the monthly level. Throughout, we assume that firms discount future profits using the factor $\beta_f = 0.99$.[20] However, we will consider various consumer discount factors across the different simulations. To simplify the exposition, we also normalize the market size to $M = 1$.[21]

We summarize the firms' equilibrium pricing strategies by the expected pricing policies $\mathbb{E}(p_{jt} \mid y_t) = \mathbb{E}_{\xi_j}(\sigma_j(y_t, \xi_j) \mid y_t)$. Here, the expectation is taken over the firm's private information, the transitory demand component $\xi_j$. The equilibrium evolution of the state vector is summarized by a vector field, where each state is associated with the expected state in the next period. Thus, for a given current state $y_t$, we calculate (and plot) a vector describing the expected movement of the state between periods:

$$\vec{\zeta}_t = \mathbb{E}(y_{t+1} \mid y_t) - y_t = \mathbb{E}_{\xi}(f(y_t, \xi, \sigma(y_t, \xi)) \mid y_t) - y_t.$$

Using the equilibrium policies and equilibrium state transitions, we can simulate a path of prices, software titles, sales, and installed base values given an initial condition $y_0$ and a sequence of demand shocks, $\xi_t$. For each set of parameter values, we generate 5,000 simulations of the evolution of the market. Using the simulated values, we can then examine the distribution of prices over time and the distribution of shares in the total installed base at the end of each period, $\rho_{jt}$, as defined in §2.

---

[18] Because the second-stage estimator is linear in the simulation error, the choice of the number of draws only influences efficiency.

[19] Cost and royalty data are reported in Liu (2010) and based on various industry reports. The marginal production costs are $147 (Sony) and $122 (Nintendo) and correspond to Liu's cost estimates 20 months after the launch of Nintendo 64. The royalty fees per game sold are $9 (Sony) and $18 (Nintendo).

[20] This discount factor corresponds to an annual interest rate of 12.8%.

[21] Note that this normalization also requires rescaling the parameters in the equation describing the predicted flow of titles sold such that the software supply is proportional to the market size $M$.

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

## 7.2. Measuring Tipping: Symmetric Competition

We first analyze a case of symmetric competition, where both competitors have identical demand functions, production costs, and royalty fee structures. The standards are also symmetric in their initial installed base levels, $y_0 = (0, 0)$. In the symmetric case, it is easy to compare the predicted market concentration relative to the benchmark case, where both competitors share the market equally. We assume that both competitors are characterized by the parameter estimates that we obtained for Sony. We refer to these ex ante identical competitors as standards 1 and 2.

We first examine how market outcomes are influenced by the consumers' marginal utility of software, $\gamma$. We use the parameter estimates obtained for the consumer discount factor $\beta = 0.9$ and then scale the estimated software utility coefficient by the factors 0.25, 0.5, 0.75, and 1. Figure 2 displays the resulting equilibrium pricing policies and expected price paths for each of the different software utility values. The expected price paths are conditional on cases where standard 1 sells at least as many consoles as standard 2 by the end of period $T = 48$, $y_{T1} \geq y_{T2}$. The marginal production costs are indicated by horizontal lines. Figure 3 shows the vector field describing the expected evolution of the state and the distribution of shares of the installed base, $\rho_{jt}$, $T = 48$ months after both standards were launched.[22]

For the scale factors 0.25, 0.5, and 0.75, the results are similar. Prices rise over time as firms compete more aggressively when they have not yet obtained a substantial share of the market. After 48 months, both firms have an approximately equal share of all adopters. Hence, market outcomes are approximately symmetric.

Now compare these results to the model solution obtained for the estimated software utility coefficient (scale factor equals one), indicating a larger indirect network effect than in the previous three model variations. The equilibrium changes both quantitatively and qualitatively. First, unlike in the previous cases, we are no longer able to find a symmetric equilibrium in pure strategies. However, there are at least two asymmetric pure strategy equilibria. The graphs at the bottom of Figure 3 display one of these equilibria, which "favors" standard 1. In this equilibrium, before any consoles have been sold ($y_0 = (0, 0)$), consumers expect that standard 1 will obtain a larger market share than standard 2 (note the direction of the arrow at the origin). These expectations are self-fulfilling, and because of the impact of the expected

future value of software on adoption decisions, standard 1 is expected to achieve a larger share of the installed base than standard 2. However, if standard 2 ever obtains a share of the installed base that is sufficiently larger than that of standard 1 (because of a sequence of favorable demand shocks, for example), then consumers' expectations flip and standard 2 is expected to win. The advantage due to self-fulfilling expectations is increasing in the difference of shares in the installed base, $y_{jt} - y_{-j,t}$.

As a consequence of this equilibrium behavior, the market becomes concentrated even though the standards are identical ex ante. The expected cumulative one-firm concentration ratio increases from $C_1 = 0.501$, for the scale factor 0.25, to $C_1 = 0.845$, for the scale factor 1 (see Table 3). The distribution of shares in the installed base not only becomes disperse but also asymmetric: in about 55% of all simulations, standard 1 "wins" the market, i.e., obtains a larger share of the installed base than standard 2. Note that there is also another asymmetric equilibrium that favors standard 2. This equilibrium exactly mirrors the one that favors standard 1; for example, standard 2 has a 55% chance of "winning" the market, etc.

Another interesting aspect of the equilibrium is the impact of the magnitude of the marginal utility of software on firms' pricing strategies. As can be seen at the bottom of Figure 2, for a scale factor of one, pricing becomes substantially more aggressive than under the smaller scale factors. For small values of $y_{jt}$, the firms engage in penetration pricing whereby prices are set below the $147 marginal production cost of a console.

Next, we examine how market outcomes change under different values of the consumers' discount factor $\beta$. The discount factor influences how consumers value software that they expect to become available in the future, and thus it determines the importance of expectations in driving adoption decisions. We choose several discount factors ($\beta = 0.6, 0.7, 0.8, 0.9$) and solve the model for each $\beta$, holding the other parameters that were estimated for the discount factor $\beta = 0.9$ constant. Figure 4 shows that the equilibria obtained and the expected concentration of the market are highly sensitive to the magnitude of $\beta$. For the smaller discount factors ($\beta < 0.9$), corresponding to relatively small indirect network effects, we obtain a symmetric equilibrium where the expected one-firm concentration ratio $C_1$ is just slightly larger than 0.5 (Table 3). For $\beta = 0.9$, however, we are unable to compute a symmetric equilibrium, and the expected market concentration increases to $C_1 = 0.845$, as already discussed above.

Because the discount factor is typically not identified from field data, in practice it is *assumed* to have a known fixed value when other model parameters

[22] The dark bar at the abscissa value $\rho$ depicts the percentage of all model simulations, i.e., approximately the probability that standard 1 accounts for a fraction $\rho$ of all adopters at the end of $T = 48$.

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

230

**Figure 2      Symmetric Competition: Equilibrium Pricing Policies and Price Paths**



*Notes.* Consumer's software utility coefficient is scaled by different factors. The expected price paths are shown conditional on $y_{T1} \geq y_{T2}$ at the end of period $T = 48$. Marginal production costs are indicated by horizontal lines.

**Dubé, Hitsch, and Chintagunta:** *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS
231

**Figure 3    Symmetric Competition: Expected State Evolution and Distribution of Shares in the Installed Base After 48 Months**



*Note.* Consumer's software coefficient is scaled by different factors.

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

**Figure 4**   Symmetric Competition: Expected State Evolution and Distribution of Shares in the Installed Base After 48 Months for Different Consumer Discount Factors ($\beta$)



Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

233

**Table 3    Predicted One-Firm Concentration Ratios**

| | Model predictions: Symmetric case (parameter estimates for Sony) | | | |
|---|---|---|---|---|
| Scale factor for $\gamma$ | 0.25 | 0.50 | 0.75 | 1.00 |
| $C_1$ | 0.501 | 0.503 | 0.508 | 0.845 |
| Discount factor ($\beta$) | 0.600 | 0.700 | 0.800 | 0.900 |
| $C_1^a$ | 0.501 | 0.502 | 0.508 | 0.845 |
| $C_1^b$ | 0.501 | 0.501 | 0.508 | 0.845 |
| | Model predictions: Estimated parameter values | | | |
| Scale factor for $\gamma$ | 0.250 | 0.500 | 0.750 | 1.000 |
| $C_1$ | 0.600 | 0.593 | 0.562 | 0.843 |
| Discount factor ($\beta$) | 0.600 | 0.700 | 0.800 | 0.900 |
| $C_1^a$ | 0.602 | 0.601 | 0.599 | 0.843 |
| $C_1^b$ | 0.571 | 0.572 | 0.562 | 0.843 |

*Notes.* The results are based on 5,000 simulations, and the concentration ratios are reported for month $T = 48$. No standard has an initial advantage; $y_0 = (0, 0)$.

    [a]All estimated model parameters were obtained for $\beta = 0.9$.

    [b]Predictions where the model parameters were reestimated for each consumer discount factor, $\beta$.

are estimated. To verify the sensitivity of our results to the specific value of $\beta$ assumed during the estimation stage, we repeat the previous comparative statics exercise by reestimating the model parameters for each of the discount factors: $\beta = 0.6, 0.7, 0.8, 0.9$. Referring to Table 3, we see that the results are very similar to those where we only varied $\beta$ but not the other model parameters. In particular, the market outcomes are almost symmetric for the discount factors $\beta < 0.9$ and then become very concentrated for $\beta = 0.9$.

Using our estimated demand parameters, we did not see tipping or multiple equilibria arise for consumer discount factors $\beta \leq 0.8$. In principle, multiple equilibria and strong degrees of market concentration can arise even if consumers are myopic. For example, if we set the consumer's discount factor to $\beta = 0$, we find multiple equilibria if we scale the estimated software coefficient by a factor of 11 or higher.

### 7.3.  Measuring Tipping: The General Case
The symmetric case discussed in §7.2 establishes the intuition for the model predictions. We now turn to the measurement of tipping due to indirect network effects in the general case where firms are asymmetric ex ante (but we retain the initial condition $y_0 = (0, 0)$). With heterogeneous competitors, markets can obviously become concentrated even in the absence of indirect network effects. Hence, we measure tipping relative to a specific counterfactual outcome where one or all mechanisms leading to indirect network effects are absent or smaller in magnitude.

We first focus on the consumers' software utility parameter, $\gamma$. As in the symmetric case studied above, we scale this parameter by the factors 0.25, 0.5, 0.75, and 1.[23] Figure 5 shows the expected market evolution and distribution of shares in the installed base for the different scale factors. Unlike in the case of symmetric competition, one standard, Nintendo, has a persistent advantage for all of the smaller scale factors (0.25, 0.5, and 0.75). In all 5,000 model simulations, Nintendo obtains a larger installed base share than Sony by the end of period $T = 48$, and the expected one-firm concentration ratio $C_1$ ranges from 0.562 to 0.6 (Table 3). At the estimated parameter values (scale factor = 1), however, we once again see a big qualitative and quantitative change in the equilibrium. First, the market becomes significantly more concentrated; $C_1 = 0.843$. Second, Sony is now predicted to obtain a larger installed base share than Nintendo in 85% of all cases. That is, indirect network effects strongly increase the concentration of the market and, in addition, the identity of the larger standard changes. The reason for this difference in outcomes for different magnitudes of the indirect network effect is that, according to our estimates, Sony dominates Nintendo in terms of the quantity of software titles supplied at any given value of the installed base. On the other hand, Nintendo has a lower console production cost ($122 versus $147). For small values of the software utility, Nintendo's cost advantage results in lower equilibrium prices and thus a market share advantage over Sony. Once the software utility gives rise to sufficiently large network effects, however, Sony's advantage in the supply of games becomes important and helps it to win the standards war against Nintendo. The same argument also explains why initially, for the scale factors 0.25, 0.50, and 0.75, the concentration ratio $C_1$ slightly decreases: Sony obtains a larger market share as its relative advantage as a result of indirect network effects becoming more pronounced.

Figure 6 shows the (expected) pricing policies and expected price paths for the different software scale factors. As in the case of symmetric competition, the two standards engage in penetration pricing for a scale factor of 1. Pricing becomes substantially less aggressive for the smaller scale factors, although for a scale factor of 0.75, Nintendo still engages in a few periods of below cost pricing to fight Sony's software advantage. We also see that Nintendo's marginal cost advantage translates into generally lower equilibrium prices.

Next, we examine the market outcomes under different consumer discount factors ($\beta = 0.6, 0.7, 0.8, 0.9$).

[23] The consumer discount factor is set to $\beta = 0.9$.

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

Figure 5    Predictions from Estimated Parameter Values: Expected State Evolution and Distribution of Shares in the Installed Base After 48 Months



*Note.* Consumer's software coefficient is scaled by different factors.

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

**Figure 6    Equilibrium Pricing Policies and Price Paths from Estimated Parameter Values**



*Notes.* Consumer's software utility coefficient is scaled by different factors. Marginal production costs are indicated by horizontal lines.

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

**Figure 7**    Predictions from Estimated Parameter Values: Expected State Evolution and Distribution of Shares in the Installed Base After 48 Months for Different Consumer Discount Factors ($\beta$)



**Table 4    Predicted Degree of Tipping at Estimated Parameter Values ($\beta = 0.9$)**

| Scale factor for $\gamma$ | 0.250 | 0.500 | 0.750 |
|---|---|---|---|
| $C_1$ | 0.243 | 0.249 | 0.280 |
| Discount factor ($\beta$) | 0.600 | 0.700 | 0.800 |
| $\Delta C_1$[a] | 0.241 | 0.242 | 0.244 |
| $\Delta C_1$[b] | 0.272 | 0.271 | 0.280 |

*Notes.* This table displays the increase in market concentration relative to a specific counterfactual model, where either the marginal utility of software, $\gamma$, is scaled or a different consumer discount factor is chosen. The results are based on 5,000 simulations, and the tipping measures are reported for month $T = 48$. No standard has an initial advantage; $y_0 = (0, 0)$.

[a]All estimated model parameters were obtained for $\beta = 0.9$.

[b]Predictions where the model parameters were reestimated for each consumer discount factor, $\beta$.

We vary $\beta$ but hold all other parameters constant at their estimated values, which were obtained for a discount factor of 0.9. The results (see Table 3 and Figure 7) show that the market concentration increases from $C_1 \approx 0.6$ for $\beta < 0.9$ to $C_1 = 0.843$ for $\beta = 0.9$. Furthermore, as already discussed, although Sony has a larger share of the installed base than Nintendo in 85% of all cases when $\beta = 0.9$, Nintendo is always predicted to win for the smaller discount factors. These predictions remain quantitatively very similar when we reestimate all parameters for each separate consumer discount factor.

Finally, Table 4 shows our measure of tipping, $\Delta C_1$, which is the change in concentration associated with model predictions based on the estimated parameter values relative to model predictions based on several counterfactual sets of parameter values that either lower the software utility parameter $\gamma$ or the consumers' discount factor $\beta$. For example, compared to a market where the consumers' flow utility from software is only 25% of the estimated value, indirect network effects are predicted to increase the market concentration by 24.3 percentage points. Relative to a market where consumers discount the future using $\beta = 0.6$, the market concentration increases by 24.1 percentage points. If we look at the counterfactual where all parameters are reestimated for the alternative discount factor $\beta = 0.6$, the increase in concentration is 27.2 percentage points. Hence, in our particular example, we predict a large, quantitatively significant degree of tipping as a result of indirect network effects.

### 7.4. Tipping in the Absence of Multiple Equilibria: Initial Advantage and Market Concentration

In the previous subsections, tipping was associated with the emergence of multiple asymmetric equilibria. In this section, we show that tipping is not per se a result of the multiplicity of equilibria. In particular, we show how an initial advantage in the installed base for one firm, possibly due to an earlier launch, can also tip the market in its favor. This initial advantage can create tipping even in the presence of a symmetric, pure strategy equilibrium. Tipping is still moderated by the indirect network effects in that an initial advantage increases the relative utility that consumers gain from adopting the incumbent standard at the time the competitor enters the market, exacerbating its advantage. Although we do not model the source of the initial advantage, it could reflect a firm's strategy of increased research and development (R&D) spending, superior R&D capabilities, or simply a particularly favorable random draw from the R&D production function.

We consider the case where the standard labeled "1" has gained an installed base of $y_{10}$ at the time its incumbent enters the market. We simulate the model using the initial condition $y_0 = (y_{10}, 0)$. As before, we simulate the model 5,000 times and record the expected market outcomes in month $T = 48$.

We could measure market concentration using the expected cumulative one-firm concentration ratio, as we did in the analysis in §§7.2 and 7.3. However, this measure would also incorporate the initial installed base advantage, which would be confounded with the indirect network effect on market concentration. We thus measure the degree of concentration based on the cumulative one-firm concentration ratio in the "remaining market":

$$\tilde{C}_1(\Theta, \mathscr{C}(\Theta)) \equiv \mathbb{E}(\max\{\tilde{p}_{1T}, \tilde{p}_{2T}\} \mid \Theta, \mathscr{C}(\Theta)),$$

$$\tilde{p}_{1T} = \frac{y_{1,t+1} - y_{10}}{(y_{1,t+1} - y_{10}) + y_{2,t+1}},$$

$$\tilde{p}_{2T} = \frac{y_{2,t+1}}{(y_{1,t+1} - y_{10}) + y_{2,t+1}}.$$

If indirect network effects had no impact on adoption choices and if both standards were symmetric, we would expect $\tilde{C}_1 \approx 0.5$.

For the case of symmetric competition, Figure 8 displays the effects of an initial installed base advantage for standard 1 on $\tilde{C}_1$ and on the percentage of simulations in which standard 1 wins, in the sense that $\tilde{p}_{1T} > \tilde{p}_{2T}$. The results are displayed for different discount factors, $\beta$ (all parameters were reestimated for each $\beta$). The market concentration is increasing in the installed base advantage of standard 1. For example, for an initial advantage of $y_{10} = 0.1$, which corresponds to 10% of the total market, $\tilde{C}_1 = 0.64$ for $\beta = 0.7$ and $\tilde{C}_1 = 0.78$ for $\beta = 0.8$. Also, in all simulations, standard 1 wins across all simulations for any initial advantage $y_{10} \geq 0.025$.

Figure 9 shows the corresponding results for the general case with heterogeneous competitors. Here,

**Dubé, Hitsch, and Chintagunta:** *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

238

**Figure 8**    Symmetric Competition with an Installed Base Advantage for Standard 1: Market Concentration in Remaining Market, Percent Times Standard 1 Wins, and Percent Profit Increase for Standard 1



*Note.* Parameters were reestimated for different consumer discount factors (β).

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

239

**Figure 9    Competition with an Installed Base Advantage for Sony: Market Concentration in Remaining Market, Percent Times Sony Wins, and Percent Profit Increase for Sony**



*Note.* Parameters were reestimated for different consumer discount factors ($\beta$).

240
Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, © 2010 INFORMS

we consider an advantage for Sony in terms of its initial installed base. For the three discount factors $\beta = 0.6$, $0.7$, and $0.8$, we find a nonmonotonic relationship between the initial installed base share of Sony and the resulting concentration ratio in the remaining market. $\tilde{C}_1$ decreases for small values of the initial advantage and then increases for larger values of the initial advantage. Across all simulations, Nintendo always wins the standards war until Sony's initial advantage reaches a certain threshold, after which Sony always wins. The reason for these findings relates again to the different sources of competitive advantage of Sony and Nintendo. Recall from §6 that for small values of the consumers' discount factor (i.e., $\beta < 0.9$), the present value of software is sufficiently low so that Nintendo "wins" because of its cost advantage if $y_0 = (0, 0)$. However, if Sony gains an initial advantage in the installed base, its platform becomes more attractive to consumers. For small initial advantages, Sony captures some of Nintendo's market share and the market concentration decreases. Once Sony's advantage is sufficiently large, it captures a large fraction of the market and the market concentration increases.

### 7.5. Quantifying the Value of Tipping

We now quantify the value of tipping for a firm. As we saw in §7.4, tipping can arise from an initial relative installed base advantage. To measure the value of tipping, we vary the magnitude of the initial advantage for a firm and examine how the initial advantage impacts on profits.

Figures 8 and 9 show the percent increase in the expected present discounted value of profits for a given initial installed base advantage. The percent increase is measured relative to the case of no initial advantage and is shown for standard 1 (Figure 8) and Sony (Figure 9). Present discounted profits are calculated over a time horizon of $T = 48$ months after the entry of the competitor and do not include profits (or losses) during the initial period when the incumbent enjoyed a monopoly position.

Even for fairly small initial advantages, the profit increase can be large. For example, in the symmetric case, a five-percentage-point installed base advantage translates into a profit increase of 16% for $\beta = 0.7$ and 47% for $\beta = 0.8$. In the general case, the corresponding profit increase is 16% ($\beta = 0.7$) and 43% ($\beta = 0.8$). For the general case, the predicted absolute increase in profits is shown in Table 5. For example, for an initial advantage of 10 percentage points, Sony's predicted profit increase over a four-year horizon is $547 million for $\beta = 0.7$ and $1,317 million for $\beta = 0.8$. These predicted profit numbers are not directly comparable to the actual realized profits of Sony in the U.S. market, as we hold the marginal production cost constant in

**Table 5    Profit Increase for Installed Base Advantage**

| Installed base adv. of Sony | Discount factor ($\beta$) | | | |
|---|---|---|---|---|
| | 0.6 | 0.7 | 0.8 | 0.9 |
| 0.025 | 70 | 134 | 370 | 808 |
| 0.050 | 139 | 271 | 732 | 1,142 |
| 0.075 | 207 | 410 | 1,052 | 1,271 |
| 0.100 | 274 | 547 | 1,317 | 1,381 |
| 0.125 | 339 | 680 | 1,529 | 1,470 |
| 0.150 | 403 | 807 | 1,711 | 1,541 |
| 0.175 | 464 | 922 | 1,857 | 1,589 |
| 0.200 | 523 | 1,030 | 1,985 | 1,617 |

*Notes.* This table shows the increase in the expected present discounted value of Sony's profits, measured in millions of dollars, for a given initial installed base advantage. The results are based on 5,000 simulations, and the present discounted value of profits is calculated for a time horizon of 48 months after the competitor (Nintendo) enters the market.

our simulations. Nonetheless, our results clearly indicate how tipping, arising from an initial advantage, can have a large impact on profits.

## 8. Conclusions

We provide a framework for studying the dynamics of hardware/software markets. The framework enables us to construct an empirically practical definition of tipping: the level of concentration relative to a counterfactual in which indirect network effects are reduced or eliminated. Computational results using this framework also provide several important insights into tipping. Using the demand parameters from the video game industry, we find that consumer expectations play an important role for tipping. In particular, tipping emerges as we strengthen the indirect network either by increasing the utility from software or by increasing the degree of consumer patience. In some instances, this can lead to an increase in market concentration by 24 percentage points or more. Interestingly, tipping is not a necessary outcome even if indirect network effects are present. For discount factors as high as 0.8, we observe market concentration at roughly the level that would emerge in the absence of any indirect network effects, provided that no standard has gained an initial installed base advantage. However, if one standard has gained such an initial advantage, market concentration arises as a result of positive feedback.

Studying other aspects of the equilibrium sheds some interesting managerial insights into the pricing and diffusion. In particular, strengthening the indirect network effect toughens price competition early on during the diffusion, leading firms to engage in penetration pricing (pricing below marginal cost) to invest in the growth of their networks. When tipping arises, the market diffuses relatively quickly. Thus, an interesting finding is that increasing consumer patience to

Case 5:12-cv-00630-LHK   Document 13-5   Filed 02/08/12   Page 28 of 123

the point of tipping leads to a more rapid diffusion of consoles.

Our approach to measuring tipping and its role as a source of market concentration should be of interest to antitrust economists, academics, and practitioners. For policy workers, our counterfactual approach provides an important method for assessing damages to "bad acts" in markets with indirect network effects. Our results relating consumer and firm beliefs and patience to tipping should also be of interest to academics studying dynamic oligopoly outcomes in markets with durable goods, in particular with indirect network effects. Finally, the modeling framework constitutes a state-of-the-art quantitative paradigm for practitioners to assess the long-run market share of new durable goods, in particular those exhibiting network effects. Suppose one could estimate demand prior to a product's launch, perhaps with a conjoint experiment. Our supply-side methodology could serve as a decision-support framework to predict how the market would unfold. The framework could assess the extent to which long-run profits and market shares will arise from marketing (e.g., product differentiation) versus natural market forces (e.g., network effects). It would also help predict whether the strength of differentiation and network effects are such that tipping per se could potentially arise.

Our main goal herein is to study the role of consumer beliefs and expectations for tipping, not to explain the empirical diffusion of video game consoles per se. Therefore, even though we calibrate the model with data from the 32/64-bit video game console market, we abstract from certain aspects of the industry. For instance, we do not account for declining production costs and persistent consumer heterogeneity when we simulate the market outcomes. We caution that our model predictions should not be seen as an attempt to "explain" directly the historical market outcome in the 32/64-bit video game console industry. Nevertheless, studying learning-by-doing on the supply side and consumer segmentation on the demand side are two interesting directions for future research in this area.

Another area for future research is the role of the game content for console adoption. We intentionally chose the 32/64-bit generation of consoles to allow us to work with a simpler model of the game side of the market. However, during subsequent generations, blockbuster games have become crucial for console adoption decisions. A very interesting direction for future research would be to extend the framework we provide herein to study the role of market power and dynamics on the software side of the model.

More recent generations of game consoles have become increasingly targeted (e.g., Nintendo Wii appeals to families, whereas Xbox 360 appeals more narrowly to adult males), which could increase the incidence of households purchasing multiple consoles. According to Horwitz (2002), "nearly one in 10 current-system owners, and nearly one in five legacy-system owners, has two or more consoles from within their respective generations." Here, "current-system" refers to Xbox, Nintendo GameCube, and PS2, whereas "legacy-system" refers to all previous generations including the one we use in the paper. Note that these numbers also include ownership of handheld game devices, which we consider to be a separate market for TV-based consoles. The numbers also include households who owned a console from the 16/32-bit generation and then upgraded to a newer-generation console. Therefore, we can think of 20% as a very conservative upper bound for multihoming in our data. Accounting for multihoming is the subject of new research studying later video game console generations (Lee 2009).

## 9. Electronic Companion

An electronic companion to this paper is available as part of the online version that cant be found at http://mktsci.pubs.informs.org.

### Acknowledgments
The authors are grateful to Dan Ackerberg, Lanier Benkard, Ariel Burstein, Tim Conley, Paul David, Ron Goettler, Wes Hartmann, Ali Hortaçsu, Harikesh Nair, Amil Petrin, and Peter Rossi for helpful comments and suggestions. The authors also benefited from the comments of seminar participants at Duke University, Erasmus University Rotterdam, Tilburg University, the University of Minnesota, the University of Pennsylvania, Yale University, the 2007 Invitational Choice Symposium at the Wharton School, the 2007 Quantitative Marketing and Economics Conference in Chicago, the 2007 SICS Conference at Berkeley, and the 2008 winter Industrial Organization meetings at the NBER. We acknowledge the Kilts Center for Marketing and the Initiative for Global Markets (IGM), both at the University of Chicago, for providing research funds. The first author was also supported by the Neubauer Family Faculty Fund, and the second author was also supported by the Beatrice Foods Co. Faculty Research Fund at the Booth School of Business.

## Appendix A. Equilibrium Provision of Software

In this appendix, we illustrate how we can derive the hardware demand model based on tastes for variety of software. We use a CES model of preferences for software and assume a spot market of monopolistically competitive software suppliers.

After purchasing a hardware platform $j$, a consumer $i$ purchases an assortment of compatible software each period, $x_{it} = (x_{i1}, \ldots, x_{in_j t})'$, by maximizing her software utility subject to the budget constraint:

$$\max_{\{x_1, \ldots, x_{n_j t}\}} U_{ij}^{sw}(x_{i1}, \ldots, x_{in_j t}, z_i)$$

242

Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

$$\text{s.t. } \sum_{k=1}^{n_{jt}} \rho_k x_{ik} + z_i = I_i - p_{jt}Q_{ijt},$$

where $p_{jt}$ is the price of hardware standard $j$ in period $t$ and $Q_{ijt}$ indicates whether the consumer also purchases hardware that period (it is zero if they adopted hardware at some time period prior to $t$). The term $z_i$ is a numéraire capturing expenditures on other goods, and $\rho_k$ is the price of software $k$. We use CES preferences to model the consumer's utility for software:

$$U_{ij}^{SW}(x_{i1}, \ldots, x_{in_{jt}}, z_i)$$
$$= \left( \sum_{k=1}^{n_{jt}} x_{ik}^{1/b} \right)^{1/a} + \alpha z_i, \quad a \geq 1, \ b > 1.$$

The corresponding individual demand for software $k$ is

$$x_{kt}^* = (ab\alpha)^{ab/(1-ab)} \rho_k^{b/(1-b)} \left( \sum_{l=1}^{n_{jt}} \rho_l^{1/(1-b)} \right)^{(ab-b)/(1-ab)}.$$

Turning to the software supply side, we assume that consumers derive utility from software for only one period. Hence, a software firm earns profits on a software product for only one period. Let $y_{jt+1}$ represent the installed base of consumers that have adopted hardware standard $j$ prior to period $t+1$. This installed base represents the potential demand at time $t$ for a manufacturer of software compatible with hardware standard $j$. Each software title is treated as a separate firm. The profit function for a software firm $k$ active in period $t$ producing a software title compatible with hardware $j$ is

$$\pi_{kt} = (\rho_k - c)y_{jt+1}x_{kt}^* - F,$$

where $F$ is the fixed development cost and $c$ is the marginal cost. The marginal costs consist of both royalties to the manufacturer and physical production costs (e.g., CDs and cartridges for Sony and Nintendo, respectively). Because software firms are assumed to be ex ante identical, there exists a symmetric price equilibrium in which each firm sets prices as follows:

$$\rho = \alpha c.$$

This symmetry also allows us to simplify the demand function:

$$x_{kt}^* = (ab\alpha\rho)^{ab/(1-ab)} n_{jt}^{(ab-b)/(1-ab)}.$$

Under free entry, the equilibrium number of software firms $n_{jt}$ can be characterized by the installed base as follows:

$$\log(n_{jt}) = \kappa + \lambda \log(y_{jt+1}), \tag{A1}$$

where

$$\kappa = \frac{ab-1}{ab-b} \frac{\log(\rho - c)}{F(ab\alpha\rho)^{ab/(ab-1)}}$$
$$= \frac{ab-1}{ab-b} \frac{\log(c(\alpha - 1))}{F(ab\alpha\rho)^{ab/(ab-1)}} \quad \text{and} \quad \lambda = \frac{ab-1}{ab-b}.$$

We now derive the aggregate sales of software for each standard. Total software sales will be important in determining the software royalties that accrue to each hardware firm. We can substitute (A1) to express individual demand for software $k$ as follows:

$$x_{kt}^* = (ab\alpha\rho)^{ab/(1-ab)} n_h^{(ab-b)/(1-ab)}$$
$$= (ab\alpha^2 c)^{ab/(1-ab)} (\exp(\kappa) y_{jt+1}^\lambda)^{-1/\lambda}$$
$$= (ab\alpha^2 c)^{ab/(1-ab)} \left( \exp\left( -\frac{\kappa}{\lambda} \right) \right) y_{jt+1}^{-1}.$$

We then obtain the corresponding aggregate demand for software $k$:

$$X_{kt}^* = x_{kt}^* y_{jt+1}$$
$$= (ab\alpha^2 c)^{ab/(1-ab)} \exp\left( -\frac{\kappa}{\lambda} \right).$$

Finally, we obtain total software sales for the standard $j$:

$$Q_{jt} = \sum_{k=1}^{n_{jt}} X_{kt}^*$$
$$= n_{jt} \left[ (ab\alpha^2 c)^{ab/(1-ab)} \exp\left( -\frac{\kappa}{\lambda} \right) \right]$$
$$= \left[ \exp(\kappa) y_{jt+1}^\lambda \right] \left[ (ab\alpha^2 c)^{ab/(1-ab)} \exp\left( -\frac{\kappa}{\lambda} \right) \right]$$
$$= \exp\left( \frac{\kappa(1-\lambda)}{\lambda} \right) (ab\alpha^2 c)^{ab/(1-ab)} y_{jt+1}^\lambda.$$

We can therefore estimate the elasticity of total software sales with respect to the installed base as follows:

$$\log(Q_{jt}) = \phi + \lambda \log(y_{jt+1}).$$

## Appendix B. A Two-Step Estimator for the Demand Parameters

**Stage 1.** In the first stage, we estimate the consumer choice strategies along with the firms' pricing strategies and the software supply function. The supply function of software variety is specified as follows:

$$\log(n_{jt}) = \mathcal{K}_j(y_{j,t+1}; \theta_n) + \eta_{jt}, \tag{A2}$$

where $\eta_{jt} \sim N(0, \sigma_\eta^2)$ captures random measurement error. The pricing strategies are specified as follows:

$$\log(p_{jt}) = \mathcal{P}_j(y_t, z_t^p; \theta_p) + \lambda \xi_{jt}, \tag{A3}$$

where $\xi_{jt} \sim N(0, 1)$. In Equation (A3) we let $\mathcal{P}_j$ be a flexible functional form of the state variables. For the empirical model, we include exogenous state variables $z_t^p$ that are observed by console firms in addition to $y_t$ and $\xi_t$, the state variables in the model of §3. These additional states are discussed in §4. In Equation (A3), we assume that the video game console manufacturers use only payoff-relevant information to set their prices. However, we do not assume that their pricing strategies are necessarily optimal. This specification has the advantage that it is consistent with the Bayesian Markov perfect equilibrium concept used in our model but does not explicitly impose it.

Conditional on the model parameters, there is a deterministic relationship between the price and installed base

Dubé, Hitsch, and Chintagupta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS
243

**Table B.1    Model Fit for Different Specifications**

| Model | Log-likelihood | BIC |
|---|---|---|
| 1. Linear, $\xi$, 1-comp | −187.88 | 679.40 |
| 2. Linear, time ($t < 60$), 1-comp | −150.11 | 620.97 |
| 3. Quadratic, time ($t < 60$), 1-comp | −79.38 | 514.01 |
| 4. Quadratic, time ($t < 60$), 2-comp | −79.38 | 522.28 |
| 5. Quadratic, time ($t < 60$), 1-comp, PPIs in prices | −63.54 | 507.69 |
| 6. Quadratic, time ($t < 60$), 1-comp, exchange rate in prices | −25.43 | 422.94 |
| 7. Quadratic, time ($t < 60$), 1-comp, exchange rate and PPIs in prices | −7.53 | 412.79 |

**Table B.2    First-Stage Estimates: Pricing Policies $\mathscr{P}_j$**

| | Sony | | Nintendo | |
|---|---|---|---|---|
| | Estimate | Std. err. | Estimate | Std. err. |
| Intercept | 2.653 | 1.523 | −1.592 | 4.051 |
| $y_{Sony}$ | −3.266 | 1.785 | −0.861 | 2.490 |
| $y_{N64}$ | 1.889 | 1.499 | 0.666 | 0.813 |
| $y_{Sony}^2$ | −0.320 | 0.218 | −0.142 | 0.282 |
| $y_{N64}^2$ | 0.186 | 0.130 | 0.077 | 0.070 |
| Time (<64) | 0.005 | 0.003 | 0.000 | 0.002 |
| January | 0.102 | 0.040 | −0.054 | 0.016 |
| February | 0.132 | 0.119 | 0.005 | 0.104 |
| March | 0.118 | 0.053 | −0.082 | 0.214 |
| April | 0.136 | 0.057 | −0.046 | 0.046 |
| May | 0.045 | 0.032 | −0.055 | 0.037 |
| June | −0.012 | 0.003 | −0.011 | 0.028 |
| July | 0.000 | 0.026 | −0.052 | 0.037 |
| August | −0.001 | 0.012 | −0.032 | 0.021 |
| September | −0.049 | 0.074 | −0.088 | 0.021 |
| October | 0.011 | 0.048 | −0.015 | 0.039 |
| November | −0.026 | 0.019 | −0.002 | 0.025 |
| PPI 1 | −0.432 | 0.070 | −0.285 | 0.154 |
| PPI 2 | −0.546 | 0.351 | −0.608 | 0.816 |
| PPI 3 | −0.471 | 0.769 | 0.227 | 0.807 |
| Exchange rate (3-month lag) | 0.434 | 0.509 | 0.397 | 0.159 |
| Exchange rate (7-month lag) | −4.493 | 1.118 | 1.390 | 8.096 |
| $\log(\lambda)$ | −4.511 | 0.123 | −4.511 | 0.123 |

**Table B.3    First-Stage Estimates: Log-Odds of Market Shares $\mathscr{L}_j$**

| | Sony | | Nintendo | |
|---|---|---|---|---|
| | Estimate | Std. err. | Estimate | Std. err. |
| Intercept | −13.826 | 2.539 | −1.141 | 0.744 |
| $y_{Sony}$ | 1.456 | 4.669 | 0.065 | 0.012 |
| $y_{N64}$ | −7.670 | 5.884 | −1.740 | 0.196 |
| $y_{Sony}^2$ | −0.334 | 0.432 | −1.304 | 0.305 |
| $y_{N64}^2$ | −0.684 | 0.571 | −1.820 | 0.335 |
| Time (<64) | −0.003 | 0.008 | −2.176 | 0.469 |
| January | −1.367 | 0.154 | −1.950 | 0.528 |
| February | −1.345 | 0.159 | −1.625 | 0.495 |
| March | −1.813 | 0.475 | −1.682 | 0.525 |
| April | −2.442 | 0.351 | −1.674 | 0.397 |
| May | −2.596 | 0.463 | −1.268 | 0.402 |
| June | −1.947 | 0.395 | −1.713 | 0.215 |
| July | −1.805 | 0.470 | −0.789 | 0.335 |
| August | −1.871 | 0.392 | −0.288 | 0.070 |
| September | −1.496 | 0.426 | 0.085 | 0.135 |
| October | −1.644 | 0.199 | −0.406 | 0.150 |
| November | −0.781 | 0.120 | 0.084 | 0.173 |
| $\xi_{Sony}$ | −27.656 | 5.216 | 0.103 | 0.061 |
| $\xi_{N64}$ | 0.844 | 4.936 | −0.220 | 0.083 |
| $\xi_{Sony}^2$ | −13.383 | 7.554 | 0.547 | 0.107 |
| $\xi_{N64}^2$ | −0.660 | 0.416 | −0.545 | 0.119 |

**Table B.4    First-Stage Estimates: Equilibrium Game Provision $\mathscr{R}_j$**

| | Estimate | Std. err. |
|---|---|---|
| Sony intercept | −16.220 | 2.042 |
| Nintendo intercept | −24.349 | 1.992 |
| $y_{Sony}$ | 1.369 | 0.126 |
| $y_{Nintendo}$ | 1.810 | 0.126 |

data and the demand unobservable, $\xi_{jt} = \mathscr{X}_j(y_{jt}, p_{jt}, z_t^d)$.[24] Then, conditional on $y_t$ and $p_t$, we can estimate the consumers' optimal choice strategy in log-odds:

$$\mu_{jt} = \log(s_{jt}) - \log(s_{0t})$$
$$= v_j(y_t, \xi_t, p_t, z_t^d) - v_0(y_t, \xi_t, z_t^d) + \zeta_{jt}$$
$$= \mathscr{L}_j(y_t, \mathscr{X}(y_t, p_t, z_t^d), z_t^d; \theta_j) + \zeta_{jt}, \qquad (A4)$$

where $\zeta_{jt} \sim N(0, \sigma_\zeta^2)$ is random measurement error and $z_t^d$ denotes exogenous state variables observed by the consumer. By including the *control function* $\mathscr{X}(y_t, p_t, z_t^d)$ in the

---

[24] We can trivially invert $\xi$ out of the price equation because of the additivity assumption in (A3). This is a stronger condition than in Bajari et al. (2007), but it is analogous to other previous work such as Petrin and Train (2010).

---

demand equation, we also resolve any potential endogeneity bias that would arise as a result of the correlation between prices and demand shocks (this is the control function approach used in Petrin and Train 2006, 2010). We assume that a firm's price correlates only with its own demand shock, which is consistent with our modeling assumption that the current demand shock is private information to the firm. The static logit demand estimation literature typically allows for a more general covariance structure between prices and demand shocks. We view our covariance restriction as a reasonable trade-off for the ability to model forward-looking consumer behavior. The first stage consists then of estimating the vector of parameters $\Theta = (\theta_\pi, \theta_p, \theta_\mu, \lambda)$ via maximum likelihood using the Equations (A2)–(A4).

**Stage 2.** In the second stage, we estimate the consumers' structural taste parameters, $\Lambda$, by constructing a minimum distance procedure that matches the simulated optimal choice rule for the consumers to the observed choices in the data. The idea is to use the estimated consumer choice strategies (A4) and the laws of motion for prices and software variety (A3) and (A2) to forward-simulate the consumers' choice-specific value functions $\mathscr{V}_j(y_t, \xi_t, p_t; \Lambda, \hat{\Theta})$

**Dubé, Hitsch, and Chintagunta:** *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

244

**Figure B.1    In-Sample Fit: Prices**



**Figure B.2    In-Sample Fit: Log-Odds Ratios**



Dubé, Hitsch, and Chintagunta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS

245

**Figure B.3    In-Sample Fit: Provision of Games**



and $\mathcal{V}_0(y, \xi; \Lambda, \hat{\Theta})$. The details for the forward simulation are provided in the following subsection. Note that although our two-step approach does not require us to assume that firms play the Markov perfect equilibrium strategies explicitly, we do need to assume that consumers maximize the net present value of their utilities.

The minimum distance procedure forces the following moment condition to hold approximately:

$$Q_{ji}(\Lambda_0, \hat{\Theta}) \equiv \mu_{ji} - \left( \mathcal{V}_j(y, \xi, p; \Lambda_0, \hat{\Theta}) - \mathcal{V}_0(y, \xi; \Lambda_0, \hat{\Theta}) \right)$$
$$= 0.$$

That is, at the true parameter values $\Lambda_0$ and given a consistent estimate of $\Theta$, the simulated log-odds ratios should be approximately equal to the observed log-odds ratios for each of the observed states in the data. The minimum distance estimator $\Lambda^{MD}$ is obtained by solving the following minimization problem:

$$\Lambda^{MD} = \min_{\Lambda} \left\{ Q(\Lambda, \hat{\Theta})' W Q(\Lambda, \hat{\Theta}) \right\},$$

where $W$ is a positive semidefinite weight matrix.[25] Wooldridge (2002) shows that the minimum distance estimator has an asymptotically normal distribution with the covariance matrix

<hr>

[25] We just set $W$ equal to the identity matrix because it is unclear how to derive the efficient $W$ in closed form for our specific problem.

$$A \, \text{var}(\Lambda^{MD})$$
$$= \left( \nabla_\Lambda Q' W \nabla_\Lambda Q \right)^{-1}$$
$$\cdot \nabla_\Lambda Q' W \nabla_\Theta Q \hat{\Omega} \nabla_\Theta Q' W \nabla_\Lambda Q \left( \nabla_\Lambda Q' W \nabla_\Lambda Q \right)^{-1},$$

where $\hat{\Omega} = A \, \text{var}(\hat{\Theta})$, and $\nabla_\Lambda Q$ and $\nabla_\Theta Q$ denote gradients of $Q$ with respect to $\Lambda$ and $\Theta$, respectively.

The approach is closest to Pesendorfer and Schmidt-Dengler (2006, hereafter referred to as PS-D). However, our implementation differs in two ways. First, we examine a model with continuous states; PS-D look at a model with discrete states. Second, we adapt the approach to estimation of aggregate dynamic discrete choice demand, whereas PS-D focus on discrete choice at the individual level.

**Forward Simulation of the Consumers' Choice-Specific Value Functions**

We outline the procedure for using the first-stage estimates of the consumers' choice strategy (A4), the console firms' pricing strategies (A3), and the software supply (A2) to forward-simulate the consumers' choice-specific value functions.

Conditional on the first-stage estimates and some initial state $y_0$, we can simulate histories of all variables affecting the consumers' payoffs. For any period $t$ with beginning-of-period installed base $y_t$, we draw recursively as follows:

$$\xi_{ji} \sim N(0, 1), \qquad (j = 1, \dots, J)$$
$$p_{ji} \mid y_t, \xi_t = \exp(\mathcal{P}_j(y_t; \hat{\theta}_p) + \hat{\lambda}\xi_{ji}),$$

$$\mu_{jt} \mid y_t, \xi_t = \mathscr{L}_j(y_t, \xi_t; \hat{\theta}_\mu),$$

$$s_{jt} \mid \mu_t = \frac{\exp(\mu_{jt})}{1 + \sum_{k=1}^{J} \exp(\mu_{kt})},$$

$$y_{t,t+1} \mid y_t, s_t = f_j(y_t, \xi_t) = y_{jt} + \left(1 - \sum_{k=1}^{J} y_{kt}\right) s_{jt},$$

$$n_{jt} \mid y_{j,t+1} = \exp(\mathcal{K}_j(y_{j,t+1}; \hat{\theta}_n)).$$

In this manner, we can draw a sequence of states, $\{y_t, \xi_t\}_{t=0}^{T}$, and corresponding prices, number of software titles, and market shares.

*Choice-specific value functions.* We first compute the software value functions. We assume the current software utility is given by

$$u_j(y_{j,t+1}) = \gamma \exp(\mathcal{K}_j(y_{j,t+1}; \hat{\theta}_n)) = \gamma n_{jt}.$$

For any initial installed base $y_0$, we draw a sequence of states $\{y_t^{(r)}, \xi_t^{(r)}\}_{t=0}^{T}$ and a sequence of corresponding software titles $\{n_t^{(r)}\}_{t=0}^{T}$. Repeating this process $R$ times, we calculate the simulated expected present discounted value of software at state $y = y_0^{(r)}$:

$$\mathscr{W}_j(y; \Lambda, \hat{\Theta}) = \frac{1}{R} \sum_{r=1}^{R} \left(\sum_{t=0}^{T} \beta^t \gamma n_{jt}^{(r)}\right).$$

The consumers' choice-specific value functions from adopting standard $j$ can then be calculated as

$$\mathscr{V}_j(y, \xi, p; \Lambda, \hat{\Theta}) = \delta_j + \mathscr{W}_j(f(y, \xi); \Lambda, \hat{\Theta}) - \alpha p_j + \psi \xi_j.$$

Here, $\Lambda = (\delta, \alpha, \gamma, \psi)$ is a vector containing all the stage 2 preference parameters to be estimated. Note that $T$ needs to be chosen large enough such that $\beta^T$ is sufficiently small.

*Value of waiting.* First, we define the expected per-period utility of a consumer who has not adopted at the beginning of period $t$, conditional on $y_t$, $p_t$, and $\xi_t$:

$$\mathscr{U}(y_t, \xi_t) = s_{0t}\mathbb{E}(\epsilon_{0t} \mid 0) + \sum_{j=1}^{J} s_{jt}(\delta_j + \gamma n_{jt} - \alpha p_{jt} + \xi_{jt} + \mathbb{E}(\epsilon_{jt} \mid j)).$$

In this equation, $s_t$, $p_t$, and $n_t$ are the choice probabilities, prices, and number of software titles as implied by the first-stage estimates, conditional on the current states $y_t$ and $\xi_t$. Furthermore, $\mathbb{E}(\epsilon_{jt} \mid j) = -\log(s_{jt})$ is the expected value of the type I extreme value random utility component, given that choice $j$ is optimal.

Next, we define $m_{0t}$ as the probability that a consumer has not adopted one of the hardware standards prior to period $t$. Note that $m_{01} = 1$, because we want to calculate the value of waiting in period $t = 0$. Thereafter $(t > 1)$, $m_{0t}$ evolves according to

$$m_{0t} = s_{0, t-1} m_{0, t-1}.$$

$m_{jt}$ denotes the probability that a consumer has adopted standard $j$ prior to period $t$. $m_{j1} = 0$, and for $t > 1$,

$$m_{jt} = m_{j, t-1} + s_{j, t-1} m_{0, t-1}.$$

We now draw some sequence of states, $\{y_t^{(r)}, \xi_t^{(r)}\}_{t=0}^{T}$, with initial conditions $(y, \xi) = (y_0^{(r)}, \xi_0^{(r)})$. Given a corresponding sequence of $m_{0t}^{(r)}$ and $m_{jt}^{(r)}$, define

$$\mathscr{Y}^{(r)} = \sum_{t=1}^{T} \beta^t \left(m_{0t}^{(r)} \mathscr{U}(y_t^{(r)}, \xi_t^{(r)}) + \sum_{j=1}^{J} m_{jt}^{(r)}(\gamma n_{jt}^{(r)})\right).$$

$\mathscr{Y}^{(r)}$ is the expected present discounted value from waiting, given that the market evolves according to $\{y_t^{(r)}, \xi_t^{(r)}\}_{t=0}^{T}$. Averaging over $R$ draws, we obtain the expected value from waiting, conditional on $(y, \xi) = (y_0^{(r)}, \xi_0^{(r)})$:

$$\mathscr{V}_0(y, \xi; \Lambda, \hat{\Theta}) = \frac{1}{R} \sum_{r=1}^{R} \mathscr{Y}^{(r)}.$$

## Appendix C. Computational Details

To solve the model, we need to find choice-specific value functions, $v_0, v_1, \ldots v_J$, that satisfy the consumer optimality conditions (5) and (6). These choice-specific value functions depend on the consumers' expectations about the evolution of the state vector $f^e(y, \xi)$ and the firms' pricing policies $\sigma_j^e(y, \xi_j)$. We also need to find value functions for the firms, $V_1, \ldots, V_J$, that satisfy the Bellman equations (9) and corresponding pricing strategies, $\sigma_j(y, \xi_j)$, $j = 1, \ldots, J$. These pricing strategies depend on the firms' expectations about the consumers' adoption decisions, which are characterized by the choice-specific value functions, $v_0, \ldots v_J$, and on the firms' expectations of the pricing strategies of their competitors. In a Markov perfect Bayesian equilibrium, the decisions of the consumers and firms need to be optimal, and the expectations need to be mutually consistent.

To solve for an equilibrium, we adapt a policy iteration algorithm to the case of multiple decision makers (see Judd 1998 for a discussion of policy iteration and the survey by Doraszelski and Pakes 2007 for a discussion of numerical solution techniques for games). We start with some initial guess of the choice-specific value functions $v_0^{(k)}, \ldots v_J^{(k)}$, expectations about the state evolution $f^{(k)}(y, \xi)$, and price expectations $\sigma_j^{(k)}(y, \xi_j)$.

*Step 1.* Given $f^{(k)}(y, \xi)$, calculate the corresponding present discounted value of software for each standard $j$, $\omega_j^{(k)}(y)$, by iterating on the contraction mapping defined by Equation (4).

*Step 2.* Calculate the choice-specific value functions $v_1^{(k+1)}, \ldots v_J^{(k+1)}$ using Equation (5) and calculate the value of waiting $v_0^{(k+1)}$ from the right-hand side of the Bellman equation (6).

*Step 3.* Find new pricing policies, $\sigma_j^{(k+1)}$, by maximizing the right-hand side of the firms' Bellman equations (9). Here, we use the state transitions implied by Equation (8), which are based on the updated consumer value functions $v_0^{(k+1)}, \ldots v_J^{(k+1)}$.

*Step 4.* Check if convergence has occurred:

$$\|v_j^{(k+1)} - v_j^{(k)}\| < \epsilon_v \quad \text{and} \quad \|\sigma_j^{(k+1)} - \sigma_j^{(k)}\| < \epsilon_\sigma.$$

If so, stop. Otherwise, proceed to the next step.

*Step 5.* Calculate new consumer expectations, $f^{(k+1)}(y, \xi)$, by substituting $p = \sigma^{(k+1)}(y, \xi)$ into the state transition Equation (8). Then return to 1.

Dubé, Hitsch, and Chintagupta: *Tipping and Concentration in Markets with Indirect Network Effects*
Marketing Science 29(2), pp. 216–249, ©2010 INFORMS
247

**Figure C.1    Illustration of the Model Solution Algorithm**



We discretize the installed base part of the state space using a uniformly spaced grid, $\mathscr{Y} = \{y^{(i)}: 1 \le i \le N\}$, where $y_j^{(i)} \ge 0$ and $\sum_{j=1}^{J} y_j^{(i)} \le 1$. All integrals describing the consumers' and firms' Bellman equations are numerically evaluated using Gauss-Hermite quadrature (see Judd 1998 for a discussion of numerical integration). Gauss-Hermite quadrature is based on a weighted average of the integrand evaluated at the quadrature nodes $\xi^{(1)}, \ldots, \xi^{(K)}$. Correspondingly, we discretize the part of the state space corresponding to the demand shocks $\xi$ using the set of quadrature nodes, $\mathscr{X} = \{\xi^{(1)}, \ldots, \xi^{(K)}\}$. Outside the grid, the value functions and pricing policies are evaluated using interpolation in the $y$ dimension. However, when we evaluate the integrals in the Bellman equations (6) and (9), we do not need to interpolate in the $\xi$ dimension, because we directly represent the value functions and pricing policies on the quadrature nodes on which they need to be evaluated.

For some parameter values in the case of symmetric competition, as discussed in §7, there are asymmetric multiple equilibria. To calculate these equilibria, we first solve a slightly changed, asymmetric version of the game. In particular, we set the demand intercept for standard 2 to $\delta_2 - \Delta$ for some value $\Delta > 0$ and solve the corresponding game. We then use the equilibrium value functions and pricing policies of the asymmetric game as starting values for the symmetric game, which is solved using the original demand intercept $\delta_2$.

Unfortunately, unlike in the standard single-agent case, policy iteration algorithms do not necessarily converge in the case of games. Correspondingly, when updating the value functions, we often found oscillations. In these cases, we used a dampening scheme,

$$\sigma^{(k+1)}(y, \xi) \quad \leftarrow \quad (1-\lambda)\sigma^{(k-1)}(y, \xi) + \lambda\sigma^{(k)}(y, \xi),$$

to achieve convergence, where $\lambda$ was set very close to one. This problem was particularly pronounced in the presence of multiple equilibria. Future work using similar models may benefit from the use of homotopy methods (see Doraszelski and Pakes 2007). Given current software availability and computing speed, however, we do not believe that homotopy methods are yet practical for a model as complex as the one in our paper.

The evolution of the state vector in our model allows for a particular time-saving approach to solving for the equilibrium. Note that $y_t \le y_{t+1}$. Hence, for example, starting at state $y_a$ in Figure C.1, the value functions and pricing policies will only depend on the future value functions and pricing policies in the darkly shaded area of the state space. We can thus solve the game backwards. First, we move along the grid points on the diagonal boundary ($y_1 + y_2 = 1$) of the state space, corresponding to points $y^{(1)}, \ldots, y^{(11)}$ in Figure C.1. Then, we move to the second diagonal of grid points and solve the game for points $y^{(12)}, \ldots, y^{(21)}$, etc.

**References**

Ackerberg, D. A., G. Gowrisankaran. 2006. Quantifying equilibrium network externalities in the ACH banking industry. *RAND J. Econom.* 37(3) 738–761.

Armstrong, M. 2006. Competition in two-sided markets. *RAND J. Econom.* 37(3) 668–691.

Arthur, W. B. 1989. Competing technologies, increasing returns, and lock-in by historical events. *Econom. J.* 99(394) 116–131.

Bajari, P., L. Benkard, J. Levin. 2007. Estimating dynamic models of imperfect competition. *Econometrica* 75(5) 1331–1370.

Basu, A., T. Mazumdar, S. P. Raj. 2003. Indirect network externality effects on product attributes. *Marketing Sci.* 22(2) 209–221.

Benkard, C. L. 2004. A dynamic analysis of the market for wide-bodied commercial aircraft. *Rev. Econom. Stud.* 71(3) 581–611.

Berry, S., J. Levinsohn, A. Pakes. 1995. Automobile prices in market equilibrium. *Econometrica* 63(4) 841–890.

Blakely, R. 2007. *Halo 3* blows away rivals to set record. *Times Online* (October 4), http://business.times.online.co.uk/tol/business/industry_sectors/technology/article2590013.ece.

Bresnahan, T. F. 2001. Network effects and Microsoft. Mimeo, Stanford University, Stanford, CA.

Bronnenberg, B. J., J.-P. Dubé, C. F. Mela, P. Albuquerque, T. Erdem, B. Gordon, D. Hanssens, G. Hitsch, H. Hong, B. Sun. 2008. Measuring long-run marketing effects and their implications for long-run marketing decisions. *Marketing Lett.* 19(3) 367–382.

Cabral, L. 2009. Dynamic price competition with network effects. Working paper, New York University, New York.

Carranza, J. E. 2006. Estimation of demand for differentiated durable good. Manuscript, University of Wisconsin–Madison, Madison.

Chou, C., O. Shy 1990. Network effects without network externalities. *Internat. J. Indust. Organ.* 8(2) 259–270.

Church, J., N. Gandal. 1993. Complementary network externalities and technological adoption. *Internat. J. Indust. Organ.* 11(2) 239–260.

Clements, M. T., H. Ohashi. 2005. Indirect network effects and the product cycle: Video games in the U.S., 1994–2002. *J. Indust. Econom.* 53(4) 515–542.

Cobb, J. 2003. Video-game makers shift strategy. CNBC, http://web.archive.org/web/20031012223017/http://moneycentral.msn.com/content/CNBCTV/Articles/TVReports/P47656.asp.

Coughlan, P. J. 2001a. Competitive dynamics in home video games (A): The age of Atari. HBS Case 9-701-091, Harvard Business School, Boston.

Coughlan, P. J. 2001b. Competitive dynamics in home video games (I): The Sony PlayStation. HBS Case 9-701-099, Harvard Business School, Boston.

Coughlan, P. J. 2001c. Competitive dynamics in home video games (K): PlayStation vs. Nintendo64. HBS Case 9-701-101, Harvard Business School, Boston.

David, P. A. 1985. Clio and the economics of QWERTY. *Amer. Econom. Rev.* 75(2) 332–337.

David, P. A. 2007. Path dependence: A foundational concept for historical social science. *Cliometrica* 1(2) 91–114.

Dean, J. 1976. Pricing policies for new products. *Harvard Bus. Rev.* 54(6) 141–153.

Dockner, E., S. Jørgensen. 1988. Optimal pricing strategies for new products in dynamic oligopolies. *Marketing Sci.* 7(4) 315–334.

Doraszelski, U., A. Pakes. 2007. A framework for applied dynamic analysis in IO. M. Armstrong, R. H. Porter, eds. *Handbook of Industrial Organization*, Vol. 3. North-Holland, Amsterdam, 1887–1966.

Dranove, D., N. Gandal. 2003. The DVD-vs-DIVX standard war: Empirical evidence of network effects and preannouncement effects. *J. Econom. Management Strategy* 12(3) 363–386.

Dubé, J.-P., G. J. Hitsch, P. Manchanda. 2005. An empirical model of advertising dynamics. *Quant. Marketing Econom.* 3(2) 107–144.

Dubé, J.-P., G. J. Hitsch, E. Rossi. 2009. Do switching costs make markets less competitive? *J. Marketing Res.* 46(4) 435–445.

Evans, D. S. 2003. The antitrust economics of multisided platform markets. *Yale J. Regulation* 20(Summer) 325–381.

Evans, D. S., R. Schmalensee. 2007. The industrial organization of markets with two-sided platforms. *Competition Policy Internat.* 3(1) 151–179.

Farrell, J., P. Klemperer. 2007. Coordination and lock-in: Competition with switching costs and network effects. M. Armstrong, R. H. Porter, eds. *Handbook of Industrial Organization*, Vol. 3. North-Holland, Amsterdam, 1967–2072.

Farrell, J., G. Saloner. 1986. Installed base and compatibility: Invnovation, product preannouncements and predation. *Amer. Econom. Rev.* 76(5) 940–955.

Gallagher, D. 2007. Video game sales blow away forecasts. *MarketWatch* (October 18), http://www.marketwatch.com/story/video-game-sales-soar-in-sept-halo-3-pushes-xbox-360-past-wii.

Gandal, N., M. Kende, R. Rob. 2000. The dynamics of technological adoption in hardware/software systems: The case of compact disc players. *RAND J. Econom.* 31(1) 43–61.

Goettler, R., B. Gordon. 2009. Competition and innovation in the microprocessor industry: Does AMD spur Intel to innovate more? Working paper, University of Chicago Booth School of Business, Chicago.

Gordon, B. R. 2009. A dynamic model of consumer replacement cycles in the PC processor industry. *Marketing Sci* 28(5) 846–867.

Gowrisankaran, G., M. Rysman. 2009. Dynamics of consumer demand for new durable goods. Working paper, University of Arizona, Tucson.

Gupta, S., D. C. Jain, M. S. Sawhney. 1999. Modeling the evolution of markets with indirect network externalities: An application to digital television. *Marketing Sci.* 18(3) 396–416.

Horsky, D. 1990. A diffusion model incorporating product benefits, price, income, and information. *Marketing Sci.* 9(4) 342–365.

Horwitz, J. 2002. Audience benchmark: Adult video games adoption, cross-ownerhip, and usage. Report, Jupiter Research, New York.

Hotz, V. J., R. A. Miller. 1993. Conditional choice probabilities and the estimation of dynamic models. *Rev. Econom. Stud.* 60(3) 497–529.

Hotz, V. J., R. A. Miller, S. Sanders, J. Smith. 1994. A simulation estimator for dynamic models of discrete choice. *Rev. Econom. Stud.* 61(2) 265–289.

Jenkins, M., P. Liu, R. L. Matzkin, D. L. McFadden. 2004. The browser war—Econometric analysis of Markov perfect equilibrium in markets with network effects. Working paper, Stanford University, Stanford, CA.

Jeuland, A., R. Dolan. 1982. An aspect of new product planning: Dynamic pricing. *TIMS Stud. Management Sci.* 18 1–21.

Judd, K. 1998. *Numerical Methods in Economics.* MIT Press, Cambridge, MA.

Kalish, S. 1983. Monopolist pricing with dynamic demand and production cost. *Marketing Sci.* 2(2) 135–159.

Karaca-Mandic, P. 2004. Estimation and evaluation of externalities and complementarities. Ph.D. dissertation, University of California, Berkeley, Berkeley.

Katz, M. L., C. Shapiro. 1985. Network externalities, competition and compatibility. *Amer. Econom. Rev.* 75(3) 424–440.

Katz, M. L., C. Shapiro. 1992. Product introduction with network externalities. *J. Indust. Econom.* 40(1) 55–83.

Katz, M. L., C. Shapiro. 1994. Systems competition and network effects. *J. Econom. Perspectives* 8(2) 93–115.

Kirkpatrick, D. D. 1996. Acclaim forecasts a huge deficit; stock plunges 25%. *Wall Street Journal* (Eastern ed.). (October 29) B8.

Koski, H., T. Kretschmer. 2004. Survey on competing in network industries: Firm strategies, market outcomes, and policy implications. *J. Indust., Competition Trade* 4(1) 5–31.

Kunii, I. 1998. The games Sony plays: Can it use PlayStation to win mastery of cyberspace? *BusinessWeek* (June 15) 34.

Lee, S. R. 2009. Vertical integration and exclusivity in platform and two-sided markets. Working paper, New York University, New York.

Liu, H. 2010. Dynamics of pricing in the video game console market: Skimming or penetration? *J. Marketing Res.* Forthcoming.

Markovich, S. 2008. Snowball: A dynamic oligopoly model with indirect network effects. *J. Econom. Dynamics Control* 32(3) 909–938.

Meese, R. A., K. Rogoff. 1982. Empirical exchange rate models of the Seventies: Do they fit out of sample? *J. Internat. Econom.* 14(1–2) 3–24.

Melnikov, O. 2000. Demand for differentiated durable products: The case of the U.S. computer printer industry. Working paper, Yale University, New Haven, CT.

Nair, H. 2007. Intertemporal price discrimination with forward-looking consumers: Application to the U.S. market for console video-games. *Quant. Marketing Econom.* 5(3) 239–292.

Nair, H., P. Chintagunta, J.-P. Dubé. 2004. Empirical analysis of indirect network effects in the market for personal digital assistants. *Quant. Marketing Econom.* 2(1) 23–58.

Ohashi, H. 2003. The role of network effects in the U.S. VCR market, 1978–1986. *J. Econom. Management Strategy* 12(4) 447–494.

Park, S. 2004. Quantitative analysis of network externalities in competing technologies: The VCR case. *Rev. Econom. Statist.* 86(4) 937–945.

Pesendorfer, M., P. Schmidt-Dengler. 2008. Asymptotic least squares estimators for dynamic games. *Rev. Econom. Stud.* 75(3) 901–928.

Petrin, A., K. Train. 2006. Control function corrections for omitted attributes in differentiated product models. Working paper, University of Minnesota, Twin Cities.

Petrin, A., K. Train. 2010. A control function approach to endogeneity in consumer choice models. *J. Marketing Res.* 47(1) 3–13.

Prince, J. T. 2008. Repeat purchase amid rapid quality improvement: Structural estimation of the demand for personal computers. *J. Econom. Management Strategy* 17(1) 1–33.

Rigdon, J. 1996. Nintendo 64 revitalizes slumping video-game market. *Wall Street Journal* (Eastern ed.) (December 17) B1.

Rochet, J.-C., J. Tirole. 2003. Platform competition in two-sided markets. *J. Eur. Econom. Assoc.* 1(4) 990–1029.

Rogoff, K. 2008. Comment on "Exchange rate models are not as bad as you think." D. Acemoglu, K. Rogoff, M. Woodford, eds. *NBER Macroeconomics Annual 2007*, Vol. 22. University of Chicago Press, Chicago, 443–452.

Ryan, S. 2006. The costs of environmental regulation in a concentrated industry. Working paper, MIT, Cambridge, MA.

Ryan, S., C. Tucker. 2008. Heterogeneity and the dynamics of technology adoption. Working paper, MIT, Cambridge, MA.

Rysman, M. 2004. Competition between networks: A study of the market for Yellow Pages. *Rev. Econom. Stud.* **71**(2) 483–512.

Rysman, M. 2007. The empirics of antitrust in two-sided markets. *Competition Policy Internat.* **3**(1) 483–512.

Shankar, V., B. Bayus. 2003. Network effects and competition: An empirical analysis of the home video game market. *Strategic Management J.* **24**(4) 375–384.

Shapiro, C., H. R. Varian. 1999. The art of standards wars. *California Management Rev.* **41**(2) 8–32.

Song, I., P. K. Chintagunta. 2003. A micromodel of new product adoption with heterogeneous and forward-looking consumers: Application to the digital camera category. *Quant. Marketing Econom.* **1**(4) 371–407.

Williams, D. 2002. Structure and competition in the U.S. home video game industry. *Internat. J. Media Management* **4**(1) 41–54.

Woolridge, J. M. 2002. *Econometric Analysis of Cross Section and Panel Data.* MIT Press, Cambridge, MA.

69

# VELLTURO
# EXHIBIT 69

# BUSINESS
SAI **INSIDER**

## ATTENTION APPLE FANS: Samsung Blowing Past Apple To Become The Biggest Smartphone Vendor Is Not Good News

Henry Blodget  |  Oct. 29, 2011, 2:31 PM  |  31,229  |  117

Share  326      Tweet · 580           53           A A A

For the past couple of years, Apple fans have responded to the Android threat with an evolving series of arguments about why Android isn't a threat:

> Initially, the argument was that Android phones sucked compared to the iPhone, which was at least a year or more ahead

> Then, when Android phones improved and the gap closed, Apple fans pointed out that  that the iOS platform was was still much bigger than Android and therefore much better for developers

> Then, when Android became the smartphone market-share leader, Apple fans pointed out that Android phones were made by several different manufacturers and that Apple was still the biggest smartphone maker and that the App Store was still the best platform for developers

> And so on...

But now Android isn't just the operating system market share leader. Now, a single Android manufacturer, Samsung, has blown past Apple in global handset sales, shipping a 28 million units in Q3 while Apple only sold 17 million iPhones.

Yes, there were some mitigating factors. Q3 was a disappointing quarter for Apple iPhone sales, because consumers were waiting for the iPhone 5. Samsung's shipments were sales into the channel, not end-user sales. Samsung's smartphone sales include some Windows phones. And, yes, Apple will likely have a monster Q4 on the back of the iPhone 4S.

But still...

Android has now blasted past iOS in the smartphone platform market. Samsung has now blasted past Apple in the global handset market. Samsung and Motorola phones have now come very close to the iPhone in terms of design and performance, so much so that even some former Apple fanatics are defecting to Android. And Android has become an increasingly viable and important platform for developers (and, if past is prologue, is on its way to becoming the most important).

No matter how you look at it, in a race for global smartphone platform domination, this is a worrisome trend for Apple.

As the history of the tech industry has demonstrated again and again, technology platform markets tend to standardize around a single dominant platform. Although several different platforms can co-exist while a market is developing, eventually a clear leader emerges. And as it does, the leader's power and "network effects" grow, while the leverage of the smaller platforms diminishes.



Please click for larger.

See Also:

 Surprise! Apple's iPhone And iPad Chips Are Made By Samsung In Texas

 The Year's Biggest And Ugliest Lawsuits In The Tech Industry

 New York Cops Bust 141 For Buying Stolen iPhones And iPads



A scary chart for Apple fans. Click for background.

In the case of Android, this growing power will not lead to enormous profits for Google, because, right now anyway, Google is not selling Android. (Instead, Google is building a "moat" around its wildly profitable search business and making it easier for people to use Google search from their phones. This may change when Google acquires Motorola and starts selling integrated handsets itself.)

But the better Android phones get, and the more market share Android gains, the more Android's network effects will increase, and the more Apple's leverage over the iPhone ecosystem will diminish. And that can only be bad news for Apple's ability to continue to command exploding profits from iPhones, app developers, musicians, media companies, and others who now must pay it big distribution fees because they have no other choice.

Similarly, the bigger other global handset manufacturers get relative to Apple, the less (relative) leverage Apple will have over partners in the global parts-and-manufacturing supply chains.

As we've noted frequently, Apple learned some key lessons after getting clobbered in the PC platform market in the 1990s. And it has three key advantages that it didn't have then:

> Its products are priced the same as, or below, the competition (in the 1980s and 1990s, Apple's Macs were always "premium" priced)
>
> The "platform" aspect of smartphones is not as all-powerful as the platform aspect of PCs, because so many apps are built into all phones and/or are cloud-based or otherwise platform agnostic, and
>
> Android is still a fragmented platform, with several different versions that aren't cross-compatible, reducing the advantages of a common platform

All these advantages have helped Apple continue to thrive over the past couple of years. But Apple's decision to move the launch of the latest iPhone back three months, as well as its decision not release a revolutionary new phone until next year, have helped Android close the gap. And the ongoing Android share gains, as well as Samsung's blowout quarter and the disappointing Q3 iPhone sales, should be wake-up calls.

**SEE ALSO: Samsung Rockets Past Apple To Take The Lead In Global Smartphone Sales**

Please follow SAI on Twitter and Facebook.
Follow Henry Blodget on Twitter.
Ask Henry A Question >

Tags: Mobile, Apple, Samsung, Smartphones, Phones, iPhone, Android, Google | Get Alerts for these topics »



You Need To Hire Someone Amazing

BUSINESS INSIDER JOBS
NEW!

Find Them Here in partnership with SimplyHired.com.

Share:                                                                Short URL  http://read.bi/uFV9VS

Twitter        Facebook        Buzz        Digg        StumbleUpon        Reddit        LinkedIn        Email        Embed        Alerts

Newsletter

Blackboard Home »

70

# VELLTURO
# EXHIBIT 70

<u>FEATURES</u>
<u>The YouTube Laugh Factory: A Studio System for Viral Video</u>
<u>START</u>
<u>Putting Scientists on Mars in Permanent Colonies</u>
<u>PLAY</u>
<u>Where Celebrities Fall in the Uncanny Valley</u>

**FEATURES** <u>19.05</u>

# How the Android Ecosystem Threatens the iPhone

By Fred Vogelstein ✉ April 14, 2011 | 3:01 am | <u>Wired May 2011</u>

*Illustration: Martin Venezky*

Andy Rubin needed a hit. It was January 2009, three years since Google had
Rubin had created a slick operating system for mobile phones that allowed users to surf the web,
send email, play music, and install apps. He had hoped that Google's money and power would help turn
Android into a major force in the burgeoning smartphone industry. Instead, Android had been a

disappointment. Despite months of press buildup, the first phone to run the system, HTC's T-Mobile G1, was greeted with tepid reviews and lackluster sales. Rubin had tried to find a bigger wireless carrier that would agree to partner with Android—he and his team, including Android cofounders Rich Miner and Nick Sears, had lobbied Verizon for the better part of a year—but without success. And then there was Android's biggest competitor, the iPhone. Introduced in 2007, it had become an instant commercial and cultural phenomenon. Unless Rubin could come up with a breakthrough Android phone, and quick, he might have to concede the entire business to Steve Jobs.

Fortunately for Rubin, Sanjay Jha was in just as dire a position. Jha, the new co-CEO of Motorola, had been talking to Rubin for months, hoping to persuade him to let Motorola build the next Android phone. Once the dominant mobile device maker in the world, Motorola hadn't had a major success since the Razr—in 2004. Jha had been hired in August 2008 to resurrect Motorola's handset business, and he had pursued an all-or-nothing strategy, laying off thousands and betting Motorola's future on his ability to build a hit Android phone.

Now Jha had come to Google headquarters to unveil his design—and it was impressive. Jha promised a device that would be far faster than any other smartphone. He said its touchscreen would have a higher resolution than the iPhone. He said it would come with a full keyboard, for customers who didn't like the iPhone's virtual keys. He promised a phone that was thin and sleek, one that could compete with the iPhone on pure aesthetics. And, thanks to his longstanding relationship with Verizon, he offered the potential of a partnership with the country's then second-largest wireless carrier; in fact, Motorola and Verizon had already discussed building a smartphone together. "We were all kind of jazzed," says Hiroshi Lockheimer, one of Rubin's chief lieutenants, who was at the meeting. "I think we said OK on the spot."

Motorola came back with the first prototype of the new Android phone. It was hideous.

But that optimism faded a few months later, in the spring of 2009, when the first prototype arrived in the Android offices. To Rubin's eyes, they looked nothing like the designs Jha had presented. Indeed, they were hideous. Yes, there is always a gap between a manufacturer's sketches and the eventual prototype, but Rubin and his team had so much faith in Jha that they expected him to deliver a phone much closer to the one he had pitched. Despair set in. "It looked like a weapon. It was so sharp and jagged and full of hard lines. It looked like you could cut yourself on the edges," says someone who saw the prototype. "We were really concerned. There were a lot of conversations where we asked, 'Is this really the device we want to do? Should we try to talk Motorola out of it?'"

The implications of canceling the project were huge. Another dud, right on the heels of the disappointing G1, might cement the public's perception of Android as a flop. Executives at Verizon, who had agreed to serve as the phone's exclusive carrier, would look inept. They were still taking heat for passing on the iPhone. Apple had gone to AT&T instead, signing an exclusive deal and bringing the carrier millions of new customers. And a failure would likely mean the end of Motorola, the company that invented the cell phone. "There was a lot riding on it," Rubin says. "I was betting my career on it."

A sense of doom pervaded the whole summer. Google engineers worried the phone wouldn't sell but still found themselves working weekends and holidays to develop the software. Jha spoke almost every day with John Stratton, Verizon Communications' chief marketing officer at the time, trying to figure out a way to tweak the design without having to reengineer all the electronic components. Meanwhile, they were facing a November deadline.

And the phone still didn't have a name. McCann, Verizon's longtime ad agency, had come up with a list of possibilities—including Dynamite—that few liked. As late as Labor Day, the phone still went by its codename, Shoals. Feeling cornered, Stratton reached out to McGarry Bowen, a young ad agency known for its unconventional approach. "We told them they had a week," said someone who was involved in the discussions. "A few days later, cofounder Gordon Bowen comes back and says, 'What do you think when I say *Droid*?'"

In retrospect, what the agency had done was simple: It turned the phone's menacing looks into its biggest asset by marketing it as an anti-iPhone. The iPhone was smooth and refined, so they would pitch the Droid as rough and ready for work. The iPhone's electronics and software were inaccessible, so they'd market the phone's hackability. "If there had been a phone in the movie *Black Hawk Down*, it would have looked like the Droid," Bowen told the executives.

A few weeks later, in early October 2009, Verizon and its new agency presented the Droid campaign to a group of 200 Android staffers. One ad featured stealth bombers dropping phones on a farm, in the woods, and by the side of a road. Another attacked the iPhone as a "digitally clueless beauty pageant queen." A third listed all the things the Droid could do that the iPhone couldn't. When they were over, the room erupted in applause. The Android team had been demoralized, but "when they decided they were going to do this full-on attack on the iPhone—that we were going to war—we got really excited," says an Android employee.

Apparently you didn't have to work at Google to love the campaign. When the Droid launched, on schedule, it was a tremendous hit, outpacing sales of the original iPhone in its first three months. Motorola started to make an amazing turnaround; today, thanks to the Droid, it is profitable again. Verizon started winning more new subscribers. It also improved its bargaining position with Apple. Less than two years later, when the two companies introduced the Verizon iPhone, the carrier managed to get a better deal from Apple than AT&T had.

Most important, the Droid halted Apple's march toward smartphone dominance. In fact, it is by some measures outpacing its rival, powering 23 percent of all smartphones worldwide in 2010—more recent estimates are even higher—compared with the iPhone's 16 percent. (Symbian still accounted for 38 percent of smartphones, on average, in 2010, while the BlackBerry OS accounted for 16 percent, but both were trending sharply downward.) Users activate more than 300,000 new Android devices every day; by comparison, as of October, combined iPhone, iPad, and iPod touch sales accounted for about 275,000 daily activations. Even Steve Jobs seems rattled; last October, he dropped in on an investors' phone call to deliver a rant on what he sees as Android's flaws.

The competition is only going to grow more heated. Android doesn't just use different carriers, different manufacturers, and different software than the iPhone; it represents a different vision for the entire mobile industry. Apple exerts complete control over the iPhone. It builds the hardware. It designs the operating system. It runs the marketing campaigns. And it curates and polices its App Store, refusing programs it deems potentially offensive or a threat to its own business. (A quick sampling of apps that Apple has rejected, at least temporarily: Google Voice, iBoobs, and a political cartoon app from Pulitzer Prize winner Mark Fiore.)

Android, by contrast, prides itself on its lack of control. It gives away its operating system for free to anyone who wants it—though manufacturers must submit their phones for testing if they want to access its app market or run optimized versions of Google apps. Android doesn't review apps before they're added to its marketplace, pulling them only if users complain, and manufacturers can and do modify the look and feel of the OS on their phones.

This is not just about phones. Mobile devices are quickly becoming our primary computers. In the fourth quarter of last year, sales of smartphones topped sales of PCs and laptops. And tablets—such as the iPad and new Android devices like the Motorola Xoom—are widely seen as potentially replacing the personal computer. The split is reminiscent of the PC platform wars back in the 1980s and '90s, only now Apple is competing with Google instead of with Microsoft. Customers are squaring off into separate camps, identifying themselves as iPhone or Android users much as desktop users declare themselves Mac or PC people. And just as in the formative days of the PC industry, the result of this showdown will ultimately shape the future of computing.

**In a conference room** down the hall from his office in Building 44 on the Google campus, Andy Rubin flips open his laptop and punches a few keys. The monitor fills with a map of the world—gray oceans and black continents. He's about to run a time-lapse movie of Android activations, from its 2008 launch to the present. Every time an Android phone is activated, a light blue pixel will appear.

For the first 25 seconds—which correspond to the launch of T-Mobile's G1—so few dots light up that they barely register. "Europe is looking pretty good, probably better than the US," Rubin says. A few more seconds tick past. "And then here is the Droid," he says, starting to smile. Instantly, the US part of the map goes from dark to a pulsating blue. Fifteen seconds later, courtesy of another hit phone—the Samsung Galaxy S—South Korea, Japan, and Europe light up the same way.

Rubin, like most engineers, is usually soft-spoken. But this seems to make him giddy. As he narrates, he speaks faster and his voice grows louder. He points out South Korea and Japan going "apeshit" for the Galaxy.

You can't blame him for gloating, especially considering all the obstacles he's overcome—many of them created by his own bosses. While Rubin and his team were trying to form a partnership with Verizon, senior Google executives seemed to be going out of their way to antagonize the carrier. Sergey Brin, Larry Page, and Eric Schmidt talked about the need to overturn the carriers' business model. Verizon and the other telcos traditionally exercised complete control over every phone they supported, dictating the features and software that manufacturers could install so as to hamstring the phones and curtail bandwidth demand on their networks. To Google, a company that touted its commitment to the open exchange of information, the wireless companies were innovation-squelching corporatists.

The carriers, for their part, saw Google as an unruly upstart and a threat. The animosity reacandroid_hed its apogee in 2007, when Google joined an auction for spectrum that Verizon wanted to purchase. Google executives never intended to buy the spectrum; they just wanted to push the bidding high enough to trigger some FCC requirements for the eventual buyer. Thanks to Google's actions, Verizon, one of the eventual victors, had to allow other devices to operate on its spectrum. Around the time of the auction, Verizon chair and CEO Ivan Seidenberg told author Ken Auletta that Google was in danger of "waking up the bears"—powerful mobile phone carriers—who would "come out of the woods and start beating the shit out of" the company.

# Different Approaches

## Android and Apple have divergent strategies for the booming smartphone market.

NUMBER OF DEVICES ON THE MARKET THAT RUN ON ANDROID OS:

# 170

NUMBER OF DEVICES ON THE MARKET THAT RUN APPLE'S iOS:

# 5*

\* iPhone 3GS, iPhone 4, iPad, iPad 2, iPod touch.

**In its deal with Verizon, Android agreed to give the carrier 30 percent of app sales (minus credit card processing fees). Apple keeps that cut for itself.**

REVENUE DISTRIBUTION, ANDROID MARKET

REVENUE DISTRIBUTION, iTUNES APP STORE



**Both companies launched their app stores in 2008. Since then, Apple users have downloaded far more apps, but Apple is losing ground to Android.**



The iPhone changed all that, helping Google and Verizon realize that they were not actually each other's worst enemies. For Google, the iPhone—and in particular, the runaway success of the iPhone 3G and the accompanying App Store—was a threat to Android's future. If Rubin didn't move quickly, Apple might soon sign up so many customers that his platform would be unable to compete. Verizon had come to a similar conclusion. It was clear that carriers could no longer control how customers used their phones, and if Verizon wanted to compete, it would have to offer a smartphone with the same kind of freedom and functionality. The company had tried, spending—according to one source—$65 million on marketing the LG Voyager in 2007 and roughly $75 million on the BlackBerry Storm in 2008. But neither offered the power and flexibility of the iPhone, and both were critical and commercial

disappointments. "We needed to get in the game," Stratton says. "And we realized that if we were going to compete with the iPhone, we couldn't do it ourselves."

Slowly, the two companies got to know each other. Stratton and Schmidt spent time together after Google lost a bid to become Verizon's preferred search engine. Stratton was impressed by Schmidt's reasonable attitude in person; he was nothing like the bomb thrower he seemed to be in his public statements. And Schmidt was taken by Verizon's seemingly sincere commitment to opening up its phones and networks. Meanwhile, Verizon's engineers had come to respect Android. They had been poring over every smartphone operating system on the market—and even tried building their own—and had concluded that Android was one of the best. Most operating systems were written so the phones could serve as adjuncts to desktop PCs. But from the very beginning, Android was written with the assumption that one day everyone would use their smartphones as their primary Internet device.

  When you buy an iPhone app, AT&T gets nothing. When you buy an Android app, Verizon gets a cut.

Ultimately, the two companies agreed to work together and hammered out a unique revenue-sharing deal. Google would sell apps and mobile advertising on the new phone. In exchange for letting Android take over the operating system, Verizon would get a cut of both those revenue streams. It was a more generous offer than AT&T received from Apple—customers were downloading billions of iPhone apps, but the carrier wasn't getting a share of that revenue. And if Google's mobile ad business became anywhere near as successful as its online advertising, even a tiny portion could someday represent a billion dollars a year.

Today that agreement serves as the model for Android's relationship with all major carriers—fundamentally changing the wireless industry. The iPhone, revolutionary as it was, didn't alter one underlying dynamic: Phone manufacturers—who wanted to make the most capable, feature-rich phones—were still at odds with the carriers that provide the pricey bandwidth to power those features. That had led to conflict between Apple and its carrier partners, especially AT&T. Apple wanted users to take full advantage of the iPhone's capabilities, but carriers then had to spend billions to keep up with the demand on their overtaxed networks. Android finally rewrote that calculus. Because carriers get a cut of app sales and ad revenue, they stand to make money when subscribers surf the web or download applications. For once, the interests of software designers, manufacturers, carriers, and customers are all aligned.

**Rubin doesn't like** being compared to Bill Gates. That's not surprising. Google has long considered itself the anti-Microsoft. And yet there is something familiar about Rubin's view of the mobile market. Gates saw the PC not as a single machine to be fussed over and perfected—the way Apple did with the Macintosh and arguably does with the iPhone and iPad—but as a category of devices that needed a common software platform. Instead of writing a program for thousands of different machines, developers could write it once for Windows and have it run on every PC, no matter who built it. The potential for such wide distribution persuaded developers to spend more time writing software for Microsoft's operating system than for Apple's. Eventually, the winner-take-all laws of platform economics kicked in—Windows machines could run a rich selection of programs, so customers gravitated to them, which further encouraged developers to ignore other platforms.

### In 2010, Android's share of smartphone sales exceeded Apple's for the first time.



Rubin is hoping some of those same market dynamics will apply to Android. By letting any manufacturer use his operating system, free of charge, Rubin is hoping to foster thousands of different Android devices. No single model may be as successful as the iPhone, but taken together they could represent a much larger user base—and thus, a more attractive market for app developers. Already that strategy has helped Android cut into Apple's two-year lead. Since 2007, Apple's iOS has been installed on 160 million devices. Android had 42 percent as many installations in 2010 alone. It now has 27 manufacturers making devices for 169 carriers with access to more than 150,000 apps.

But history won't repeat itself exactly. During the OS wars of a generation ago, it was hard to write software for one platform, let alone two, and developers were pressured to pick either Mac or PC, and quickly. But today, user-friendly software development tools make it easier to churn out apps. In other words, software companies will feel less compelled to choose sides.

And Jobs may be better suited to the mobile industry than he ever was to the old PC business. Twenty years ago, the Apple CEO's obsession with aesthetics and a precisely curated user experience didn't prove to be the best business strategy. Most PC customers were corporations that were utterly indifferent to what the machines looked like or how user-friendly they were—that's what IT staffs were for. But today, companies don't buy smartphones, consumers do. And people won't buy ugly phones that are hard to use, even if they are cheap. They want pleasing designs and magical interfaces, and nobody is better at delivering those things than Apple.

Meanwhile, no matter how many Android phones are out there, developers' early excitement for Android apps won't last unless they become more lucrative. According to recent estimates, iTunes apps have brought in almost $3 billion. Android apps have garnered just over $100 million. In part, that's a vote for Apple's curated model—by overseeing which apps get into the App Store, and by featuring particularly outstanding apps in its ads and on its homepage, Apple helps customers find software they're likely to enjoy. The Android Market, by contrast, can be difficult to navigate and is full of apps that work only on specific phones. That's the downside to Android's come-one, come-all app policy. (Amazon.com has launcandroid_hed an Android app store of its own, which may help solve this problem.)

Apple is also making aggressive moves to keep Android from spreading. Verizon began offering the iPhone in March, giving Apple access to millions of potential new customers. And Apple has jumped out to a commanding lead in the tablet wars. The company announced the second generation of its iPad just as the first Android-powered tablets were coming to market. The Motorola Xoom, widely seen as the first real competitor to the iPad, is just the first tablet to run on Honeycomb, the version of Android optimized for tablets.

For the moment, consumers' insatiable demand for mobile devices will allow the iPhone and Android to coexist. Fourth-quarter smartphone sales nearly doubled last year to 101 million units, and tablet sales are expected to more than triple this year. But once the market is saturated—say, in three to five years—sales will slow. Then the only growth opportunity will lie in poaching customers from other companies. The company with the largest and most loyal user base is likely to win that fight, and that's what both Apple and Google are currently trying to establish. But make no mistake: As is often the case in technology, only one platform will prevail.

*Contributing editor Fred Vogelstein (fred_vogelstein@wired.com) wrote about AT&T and the iPhone in issue 18.08.*

71

# VELLTURO
# EXHIBIT 71



Register   Log In   CNN

Submit Q

| Home | Video | Business News | Markets | Term Sheet | Economy | Tech | Personal Finance | Small Business | Leadership | 19 | Like | 59k |

Apple 2.0 | Big Tech | Tech Tumblr | Innovation Nation | Startups | Brainstorm Tech | Video | Tablet View |



Complex Issues.

(Booz | Allen | Hamilton)

# BlackBerry's business problem

By Adam Lashinsky, Sr. Editor at Large November 10, 2011: 5:00 AM ET                    comments

**Slow browsing, few apps, and an embarrassing service outage. Can BlackBerry recover from its biggest crisis yet?**



FORTUNE -- Addictions are tough to break, yet Research in Motion seems to be doing whatever it can to help users cast aside their CrackBerrys once and for all. Consider just a few of the reasons the Canadian maker of the BlackBerry smartphone is ailing: an international outage in mid-October; the Playbook tablet, a weak answer to the iPad; and phones with web browsing that is both laughably low-quality and slow as molasses.

All of these woes mean that RIM (RIMM) faces its greatest existential crisis yet. At a time when its product lineup and network service have never been weaker, Apple (AAPL) and Android users are fiercely attacking BlackBerry's greatest strength -- the business market. Sure, BlackBerry had its moment of hipness, when advertising built around the likes of U2's Bono helped convince kids its smartphones were cool. But "the enterprise" was always RIM's sweet spot. Selling functional e-mail devices with a proprietary -- and secure -- network is where BlackBerry has excelled. That's why its three-day service outage was such a black eye.

For a while now BlackBerry has lagged in the kind of applications that make iPhones and Android devices so popular. And recently Apple has been highlighting business applications like Dropbox and Cisco's (CSCO) WebEx in its iPhone advertising. Though Apple focuses on consumers, it frequently notes that 93% of the Fortune 500 is testing or has already deployed the iPhone -- a terrifying statistic for RIM.

**Meet the top 7 app makers of 2011**

At the same time Motorola (MMI), which Google (GOOG) is buying, suggests its new Droid RAZR will sell well to chief information officer buyers, who value its inexpensive but high-quality "cloud" capabilities. The cloud lets users access content on networks businesses don't have to maintain themselves. "CIOs today understand there is a shift in IT to cloud and mobilization, whether they like it or not," says Motorola Mobility CEO Sanjay Jha.

RIM still has plenty going for it. Peter Walker, the company's senior director for enterprise product management, trumpets the "BlackBerry Balance" technology, for example, which lets business customers control employees' devices while enabling the use of personal apps. It is also beefing up its offerings from independent app developers. A bevy of new phones and tablets built around a redesigned operating system is expected next year.

Most important, the company still has 70 million worldwide subscribers, and shipped some 10.6 million smartphones last quarter. "A whole lot of businesses remain BlackBerry loyalists," says Kevin Restivo, a Toronto-based analyst with market tracker IDC. He says RIM is still strong for businesses where compliance matters, like law firms. Still, he notes, "enterprise is not the

## Follow Fortune Magazine

Recommend   123 recommendations. Sign Up to see
                      what your friends recommend.

**RETIRE FOR LESS**

No annual IRA fees

100 no-load mutual funds

E*TRADE

OPEN AN IRA    ROLLOVER A 401(k)
                                    E*TRADE Securities LLC

## About This Author



**Adam Lashinsky**
SENIOR EDITOR AT LARGE, FORTUNE

Adam Lashinsky is a San Francisco-based editor-at-large for FORTUNE, covering Wall Street and Silicon Valley. Lashinsky joined FORTUNE in 2001, after two years as a contributing columnist. Prior to joining FORTUNE, Lashinsky covered Silicon Valley for TheStreet.com and The San Jose Mercury News. A Chicago native, Lashinsky holds a B.A. in history and political science from the University of Illinois at Urbana-Champaign.

Email Adam
Google+

## Featured Newsletters

**Today in Tech**
Every morning, discover the companies, deals and trends in tech that are moving markets and making headlines. SUBSCRIBE

**The Term Sheet**
Receive Fortune's newsletter on all the deals that matter, from Wall Street to Sand Hill Road. SUBSCRIBE

**Big Tech**
Covering the digital giants of Silicon Valley and beyond, an in-depth look at enterprise companies, and the startups disrupting them. Written by Michal Lev-Ram and emailed twice weekly. SUBSCRIBE

**Ask Annie**

exclusive domain of RIM anymore." The problem with this narcotic, it seems, is that there are many suitable replacements.

--Reporter associate Richard Nieva

*This article is from the November 21, 2011 issue of Fortune.*

Posted in: Android, Apple, BlackBerry, Google, iPad, iPhone, Research in Motion, Smartphones, Tablets

**Sponsored Links**
**LifeLock® Official Site**
Don't Be a Victim of Credit Fraud. Enroll w/ LifeLock & Get Protected.
LifeLock.com
**GIVE THE GIFT OF FiOS®!**
For a limited time, get a FiOS for $79.99/mo! 2-yr agmt req'd.
www.verizon.com/greatdeal
**Mom's New Face**
57-Year-Old Mom Reveals $5 Wrinkle Trick That Makes Her Look 25!
ConsumerLifestyles.org

Buy a link here

## More from Fortune Tech

5 ways the cloud will change in 2012

SOPA supporters are cashing the media's checks

AT&T-Verizon: The inevitable duopoly?

VIEW ALL

## Join the Conversation

Anne Fisher answers career-related questions and offers helpful advice for business professionals.
SUBSCRIBE

SEE ALL NEWSLETTERS

## Contributors


PHILIP ELMER-DEWITT
**Conan O'Brien fixes the Fire**


JESSI HEMPEL
**IBM's new chief: "Don't accept inevitable"**


ADAM LASHINSKY
**Remembering Warren Hellman**


MICHAL LEV-RAM
**Who will win in IT in 2012?**


JP MANGALINDAN
**Today in Tech: What happens to T-Mobile?**


SCOTT WOOLLEY
**AT&T-Verizon: The inevitable duopoly?**

## Markets

| MARKET MOVERS | US INDICES | | |
|---|---|---|---|
| Company | Price | Change | % Change |
| Bank of America Corp... | 5.23 | 0.06 | 1.16% |
| Oracle Corp | 25.77 | -3.40 | 11.66% |
| General Electric Co | 17.69 | 0.41 | 2.37% |
| Microsoft Corp | 25.76 | -0.26 | -1.02% |
| Cisco Systems Inc | 17.92 | -0.48 | -2.64% |

Data as of 4:02pm ET

symbol 

## Most Popular

MF Global's missing $700 million could be in UK

BofA settles unfair lending claims for $335 million

Medicare doctors fed up with Washington

Verizon's 4G service suffers yet another outage

Microsoft's 2012 CES will be its last

72

100 LB    BLUEBIRDonline.com (888) 477 - 0700   100 LB Style

# VELLTURO
# EXHIBIT 72

CREATED BY:

**vision mobile**



# Mobile Platforms:
# The Clash of Ecosystems

## A critical analysis of mobile platforms and the battle for dominance

Comparing Android, BlackBerry OS, BREW, iOS, Symbian, Windows Phone and webOS across ecosystems, positioning and business strategies.

November 2011

PART-FUNDED BY:

**webinos**

## About VisionMobile

VisionMobile is a leading market analysis and strategy firm, for all things connected. We offer competitive analysis, market due diligence, industry maps, executive training and strategy, on topics ranging from the industry's hottest trends to under-the-radar market sectors. Our mantra: distilling market noise into market sense.

VisionMobile Ltd.
90 Long Acre, Covent Garden,
London WC2E 9RZ
+44 845 003 8742

www.visionmobile.com/blog
Follow us: @visionmobile

## About webinos

This research was partially funded by webinos, an EU-funded project under the EU FP7 ICT Programme (#257103).

Webinos is an EU-funded project aiming to deliver a platform for web applications across mobile, PC, home media (TV) and in-car devices.VisionMobile is a member of the webinos consortium. More info at www.webinos.org

## License

### Licensed under Creative Commons Attribution 3.0 license.

Any reuse or remixing of the work should be attributed to the VisionMobile The Clash of Ecosystems report.

Copyright © VisionMobile 2011

## Disclaimer

VisionMobile believes the statements contained in this publication to be based upon information that we consider reliable, but we do not represent that it is accurate or complete, and it should not be relied upon as such. Opinions expressed are current opinions as of the date appearing on this publication only, and the information, including the opinions contained herein, are subject to change without notice.

Use of this publication by any third party for whatever purpose should not and does not absolve such third party from using due diligence in verifying the publication's contents. VisionMobile disclaims all implied warranties, including, without limitation, warranties of merchantability or fitness for a particular purpose. VisionMobile, its affiliates and representatives shall have no liability for any direct, incidental, special, or consequential damages or lost profits, if any, suffered by any third party as a result of decisions made, or not made, or actions taken, or not taken, based on this publication.

v.1.00

## Contents

A. The New Ecosystem Economics

B. Mobile Platform Shootout

C. Platform Drill-Down: from Android to webOS

## Authors

Michael Vakulenko, Strategy Director

Stijn Schuermans, Business Analyst

Andreas Constantinou, Managing Director

Matos Kapetanakis, Marketing Manager

## Also by VisionMobile

### Mobile Industry Atlas | 4th Edition
The complete map of the mobile industry landscape, mapping 1,350+ companies across 85+ market sectors.

Available in wallchart and PDF format.
**www.visionmobile.com/maps**



Mobile Platforms: The Clash of Ecosystems

# Contents

Key messages ......................................................................................................... 4

Chapter A The New Ecosystem Economics ........................................................ 7

Smartphones as the new mainstream ................................................................. 7

The triumph of ecosystems and network effects ............................................... 8

App stores are the keys to ecosystem control .................................................... 9

An app store contender emerges ....................................................................... 10

Mounting developer acquisition costs .............................................................. 11

Software players put mobile operators on the defensive ................................. 12

Two horses lead the race ................................................................................... 12

The rising star of HTML5 ................................................................................... 13

Chapter B  Mobile platform shootout .............................................................. 14

History and Origins ........................................................................................... 14

Market adoption ................................................................................................ 16

The islands of application development ............................................................ 18

Understanding platform economics .................................................................. 20

Developers as major driver for platform adoption .......................................... 24

Chapter C.  Platform drill-down: from Android to webOS .............................. 28

Android ............................................................................................................... 28

Bada .................................................................................................................... 37

BlackBerry OS .................................................................................................... 41

BREW MP ............................................................................................................ 47

iOS ...................................................................................................................... 50

webOS ................................................................................................................. 61

Nokia: the story of Symbian, MeeGo and Qt .................................................... 65

Mobile Platforms: The Clash of Ecosystems

# Key messages

**Smartphones go mainstream, but the devil's in the details.** Just two years ago, smartphones were viewed as expensive toys for geeks and Apple fan boys. No longer. Smartphones have entered the mainstream in developed markets, and are taking a growing proportion of device sales in more cost-sensitive markets around the globe. In the third quarter of 2011, smartphone shipments penetration surpassed 29% globally, although this figure varies widely from nearly 65% in the USA and over 50% in Europe to 19% in Asia-Pacific, 17% in Latin America and 18% in Africa/Middle East.

**iOS and Android are driven by economics of demand.** Handset sales are driven not by hardware features ("what the handset can do") but the user interface and applications available ("what you can do with the handset"). Much like any smartphone platform, iOS and Android are driven by economics of demand, where the demand generated (incl. the number of applications) has a far stronger effect on sales than pure supply chain efficiencies. As of October 2011, iOS and Android are leading the way, with over 500,000 and 300,000 applications, respectively. The rest of the platforms trail far behind with order of magnitude less applications: BlackBerry has 35,000 applications, Windows Mobile 30,000 applications and Symbian 25,000 applications.

**Successful platforms are a magnet for financial investment.** Application platforms like iOS and Android are able to attract huge financial investments on the part of developers, investors and brands. Taking iOS as an example, and estimating that an app costs an average $30,000 to develop, the 500,000 iOS apps represent an average investment of $15B in the iOS ecosystem. This investment directly contributes to Apple's bottom line, and its estimated $71B iOS-powered device sales for the year ending September 2011.

**App stores are about controlling ecosystems, not profiting from content.** The app store business is the polar opposite of the telco content business. As such, application stores like Apple App Store and Google Android Market should not be mistaken for profit centres. Instead, Apple and Google leverage app stores as ecosystem control points. With over 85% of iOS and Android downloads coming from free apps, the 30% revenue share from paid apps subsidizes the operational cost of app intake and distribution, which runs at over $1.2B to date in the case of Apple.

**The rising star of HTML5.** HTML5 has the potential to become a common bridge system across smartphone platform islands and the sea of feature phones. HTML5 is the only common app technology supported by Android, iOS, new versions of BlackBerry OS and Windows Phone platforms. With 225 million Android devices and 146 million iOS devices sold to date, HTML5 is supported by over 371 million mobile devices today, albeit with mixed levels of compatibility.

Microsoft, Facebook, and mobile operators have very different motivations but are all eyeing HTML5 as a technology that could help dis-intermediate app stores as content distribution silos, reducing the power of Apple's iOS and Google's Android platforms.

Mobile Platforms: The Clash of Ecosystems

However, in its present state HTML5 can neither challenge nor displace the leading mobile platforms. In order to become a viable alternative, HTML5 needs to move beyond being just a development tool, and to converge around a dominant solution for web application discovery, monetisation, distribution and retailing.

**Mounting developer acquisition costs.** Platforms need apps to thrive and developers are the growth engine of the smartphone ecosystems. At the same time, developer attention is scarce; developers are very critical "platform consumers" and need to make far higher investments when adopting a new platform. We estimate that the minimum acquisition cost for a publishing developer is over $2,300 in the case of Apple. As such, Apple, Google, Nokia, Microsoft and RIM have needed to invest billions of dollars in persuading developers to write apps for their platforms.

Moreover, developers are motivated by a complex set of incentives, which includes revenue potential, user reach, ability to raise funding, and the pure coolness or utility of a platform. These incentives vary widely across different types of developers and as such call for developer segmentation as a critical cornerstone of any developer strategy.

**Software players put mobile operators on the defensive.** The app innovation unleashed by smartphones puts pressure on traditional telecom profit centres, not only around value-added services, but also on core messaging and voice services.

Apple and Google combined control the user experience of nearly 400 million users through their iOS and Android platforms. Both are strategically reducing the role of mobile operators to that of "connectivity providers". Internet giants like Facebook and Amazon are using social-centric and retail-centric strategies to profit from mobile. Start-ups such as Foursquare and Instagram have pioneered mobile-first services. Communication companies like Skype, WhatsApp and Viber put pressure on core telecom services, notably SMS and voice.

**Incumbent mobile platforms lose to next-generation challengers.** In the last decade we've seen over 20 mobile platforms rise and then die not being able to achieve critical mass. Next-generation platforms (iOS, Android and Windows Phone) have achieved sustainable growth by leveraging on network effects and developer economics. Legacy platforms on the other hand (Symbian, BlackBerry OS, BREW and Windows Mobile) have been designed to handset vendor requirements rather than developer requirements; all have either been discontinued or pushed into narrow market niches. Companies with strong software DNA (common in the US) now dominate the smartphone platform landscape.

**No single winner: mobile platforms will remain a multi-horse race.** The mobile market will continue to be a multi-horse race for many years to come.  iOS and Android will continue to lead, dividing the market between premium (iOS) and mass-market product segments (Android). Self-reinforcing network effects, gigantic application ecosystems and the rapid pace of platform evolution make the positions of Apple and Google unassailable.  Windows Phone may only challenge BlackBerry for the third place rank.

**Patent wars.** Apple and Microsoft are trying to leverage their own patent portfolios and are paying billions of dollars in patent acquisitions in an attempt to slow down the meteoric growth of Android.

Apple's strategy is to block Android sales starting with Samsung, although with mixed, regional and temporary successes. Microsoft is using an altogether different tactic, namely "patent taxes", to coax

 Mobile Platforms: The Clash of Ecosystems

OEMs like Samsung and HTC away from a higher-cost Android. At the same time, Google is planning to defend Android through the pending acquisition of Motorola Mobile Devices, and its portfolio of over 17,000 patents. We expect a culmination of the patent wars in a multi-vendor consortium designed to standardise cross-licensing agreements across Android, iOS and WP7 handset vendors.



Mobile Platforms: The Clash of Ecosystems

## Chapter A
# The New Ecosystem Economics

## Smartphones as the new mainstream

Just two years ago, smartphones were viewed as expensive toys for geeks and Apple fan boys. No longer; Smartphones have entered the mainstream in developed markets, and are taking a growing proportion of device sales in more cost-sensitive markets around the globe. In the second quarter of 2011, smartphone penetration surpassed 29% globally in Q3, 2011 according to Strategy Analytics. However, smartphone shipment penetration varies widely from nearly 65% in the USA and over 50% in Europe to 19% in Asia-Pacific, 17% in Latin America and 18% in Africa/Middle East.

**Over 50% smartphone penetration in developed markets, less than 20% in emerging markets**
Mobile sales volumes per region in 2011 (millions of units, estimated)

Smartphones   Feature phones

| Region | Smartphones | Feature phones |
|---|---|---|
| Asia-Pacific | 195 | 693 |
| Europe | 153 | 149 |
| Africa Middle East | 37 | 172 |
| North America | 109 | 65 |
| Latin America | 28 | 189 |

Penetration (%)

| North America | Europe | Asia-Pacific | Africa/Middle East | Latin America |
|---|---|---|---|---|
| 63% / 37% | 51% / 19% | 19% / 81% | 18% / 82% | 17% / 83% |

Mobile Software: The Clash of Ecosystems | www.visionmobile.com  Ecosystems | November 2011
Licensed under Creative Commons Attribution 3.0 License

Since the introduction of the iPhone in 2007, Apple has become a staple for smartphone device specs, user experience, application ecosystem, browser capabilities and content.

Nokia, a long-time leader in mobile handset sales, suffered the most from the sudden rise of Apple.

© VisionMobile 2011 | www.visionmobile.com

Mobile Platforms: The Clash of Ecosystems

Nokia was slow to react to Apple's application-led and developer-led strategy, and steadily lost ground in the high-end smartphone market. Nokia had no choice but to change horses in midstream, betting its future on a partnership with Microsoft and its Windows Phone smartphone platform.

The vacuum left by Nokia was quickly filled by a large group of handset makers using the Google Android software platform. This group includes "branded" handset makers like Samsung, HTC, Motorola, LG and Sony-Ericsson, as well as aggressive, cost-leading newcomers such as Huawei, ZTE, Acer, Dell and Asus.

Today, smartphone competition is a two-horse race between Apple iOS and the growing camp of Android device makers. The Android camp is able to produce hundreds of device models at a wide range of price points, from high-end superphones like the $755 Samsung Galaxy SII with NFC support, to low-cost models such as the Huawei U8100 at $100 (pre-tax and pre-subsidies).

## The triumph of ecosystems and network effects

iOS and Android are winning not only by virtue of technological sophistication, but primarily by the strength of their application ecosystems.

These ecosystems comprise thousands of application developers and content providers. As of October 2011, Apple's App Store leads the way, with over 500,000 applications. Android Market is second, with over 300,000 applications.

iOS and Android both exemplify successful application platforms carefully designed to connect two disjointed markets: users and application developers. Both application platforms offer users a broad selection of applications to satisfy a wide spectrum of needs, from keeping in touch to killing time. Meanwhile, both connect developers and content providers to an audience of platform users.

From the end-user perspective, each new application adds value to the platform. From an application developer's perspective, the platform gains value with each and every new user.

When the number of developers, applications and users on a platform reaches critical mass, the platform begins to grow exponentially. This is because of positive feedback loops or "network effects" between users and application developers. Applications attract users, which motivates developers to create more applications, which in turn attract more users... and so on.

True application platforms like iOS and Android attract huge financial investments. If a typical app costs an estimated $10,000 to $50,000 to develop, then the 500,000 iOS apps represent an average investment of $15B in iOS. Because of network effects, this investment on the part of developers, investors, and brands directly contributes to iOS' value, in the eyes of both users and other developers, and Apple's estimated $71B iOS-powered device sales for the year ending September 2011.

Developers therefore drive adoption of an application platform. A platform is only as successful as the developers who build its apps. The total number of apps is frequently considered as the ultimate measure of application platform success, but it is really the long-term health and sustainability of the developer ecosystem that will determine whether developer investment in a given platform grows, stagnates, or declines.

Mobile Platforms: The Clash of Ecosystems

## App stores are the keys to ecosystem control

App stores have become the main developer-to-consumer distribution channel in recent years. Over 45% of respondents in our Developer Economics 2011 survey reported using an app store as their primary route to the market, up nearly 30% from the previous year. Meanwhile, fewer reported using other distribution channels, such as third party aggregators, operator portals, existing customers, and developers' own portals/websites (previously the top route to market).

The reason for the sudden popularity of app stores is the reach they offer. The ability to sell to more users was cited as the primary appeal of app stores by more than half of all developers who reported using the Apple, Google, Nokia or BlackBerry app stores.

Another important motivation is the fast time-to-market that app stores facilitate. Findings from our Developer Economics study suggest that app stores have reduced the average time-to-shelf by two thirds: from 68 days across traditional channels, to 22 days via an app store.

Moreover, app stores have reduced the time-to-payment by more than half; from 82 days on average in the case of traditional channels, to 36 days on average with app stores.

Native app stores have a clear advantage. With millions of downloads each day, they provide a reach far beyond what developer-owned websites or even smaller, independent app stores can provide. They do this at a reasonable cost: typically 30% of the sales price, compared to the 50% or even 90% that were common 'sales commissions' for operator portals.

With most app retailing routed through native app stores, platform owners leverage app stores as ecosystem control points, rather than revenue sources. App stores allow platform owners to control their ecosystems in five important ways.

1. **Content selection and curation.** App store owners determine which apps are presented to users, and they can therefore favour apps that contribute to their own bottom line. For example, in July 2009, Apple rejected a Google Voice app, claiming it replicated the iPhone's functionality. This prompted an intervention by the FCC, and Google released Google Voice as a web app in January 2010. Only in November 2010, was a native Google Voice app again available on the iPhone. In addition, Apple curates applications to enforce a minimum quality of user experience.

2. **Distribution of applications.** The Apple App Store is the exclusive distributor of iOS apps for iPhone, iPad and iPod Touch devices. Since third-party application stores are not allowed on iOS devices, Apple has full control over what applications and content will be distributed to iOS users. Google has a different approach. The company uses the Android Market to force Android handsets to comply with Google's own business requirements: only handset devices that pass Google's CDD/CTS certification can use the Android Market. Non-compliant devices do not have access to Android Market apps, which puts those handset vendors at significant competitive disadvantage.

3. **Billing and monetization of applications.** App stores provide an opportunity for platform owners to extract a commission, in the form of a revenue share for paid apps and in-app purchases. Historically, these revenues have not been considered profit centres; instead,

Mobile Platforms: The Clash of Ecosystems

they offset the cost of app store operations, which in the case of Apple amounts to over $1 billion to date.

**4. Retailing and discovery of applications.** Likewise, app stores are a channel for controlling which apps are shown to which user. Moreover, app store inventory can be used to sell ads and targeted services to developers.

**5. Consumer insights**. Finally, app stores are an opportunity to collect data about user behaviour. Such data can be used later to optimize promotion of content towards specific user segments.

## An app store contender emerges

With web technologies such as HTML5, it is becoming more feasible to write fully functional apps with access to the phone's capabilities. Such apps run in a browser, the only de-facto installed runtime on all handsets that is not bound to a proprietary ecosystem.

HTML5 has the potential to become a common bridge system across smartphone platform islands and the sea of feature phones. Large players – from mobile operators to Facebook and Microsoft – are using HTML5 as a technology intended to reduce the power of native platforms and dis-intermediate native app stores as distribution silos.

For example, in October 2011, Facebook announced its Platform initiative for mobile via a developer blog post. Facebook Platform (codenamed "project Spartan") is designed to drive the discovery and distribution of HTML5 apps on mobile handsets. This is a major improvement, as web apps were previously discoverable by search or links on external websites. Facebook Platform also supports the discovery of native mobile apps.

Facebook Platform sports social channels such as Bookmarks, News feeds and Requests (friend invitations) to drive the discovery and distribution of apps. Users can pay for apps using the same Facebook credits they use on the desktop.

When announcing Facebook Platform, Luke Shepard, an engineer on the Platform team, remarked that Platform represents merely the beginning of Facebook's push into mobile apps. Facebook reports more than 350 million active mobile users and is using mobile web as an alternative development and distribution platform to break through the iOS and Android app store silos.

Overall, the web as a development platform has several distinct advantages:

- Web apps have the potential for tremendous reach, given the web's cross-platform nature and the growing ubiquity of WebKit-based browsers on mobile devices.
- The web allows content providers and media brands to get on board from day one with their legacy web content, and at a sustainable, low cost. More importantly mobile web avoids the need for content relicensing for mobile handsets, which is often prohibitively costly for media brands.
- As a development platform, the mobile web can attract literally millions of web developers that currently do not write mobile software.

Mobile Platforms: The Clash of Ecosystems

- The mobile web ranks third, behind only Android and iOS, in terms of developer mindshare, according to our Developer Economics 2011 research. This kind of mindshare represents the equivalent of many billions of dollars of free developer marketing.
- The web is a kind of patent haven, since web technologies are available in the public domain or under open source licencing, and are not behind corporate legal walls.

The main challenge with the web as a platform is fragmentation of both development and distribution. Unlike mobile platforms, in the mobile web there is no clear leader to push forward a single, coherent web development platform with a sufficiently large installed base of devices and a single, compelling distribution channel or app store.

## Mounting developer acquisition costs

Platforms need apps, and app developers fuel the growth of a smartphone ecosystem. At the same time, developer attention is scarce; developers are very critical "platform consumers" and need to make far higher investments when adopting a new platform. We estimate that the minimum acquisition cost for a publishing developer is over $2,300 in the case of Apple. As such, Apple, Google, Nokia, Microsoft and RIM have needed to invest billions of dollars in persuading developers to write apps for their platforms. For example, Microsoft is believed to have spent over $1 billion in marketing budgets for promoting Windows Phone during its first year of launch.

Moreover, no two developers are alike. The developer ecosystem is a varied landscape comprised of:

- independent software vendors (ISV)
- contractors
- hobbyist developers
- moonlighting software engineers
- entrepreneurs
- integrators and in-house developers
- B2C companies
- B2B companies

Some developers are motivated by potential revenues, some by the number of users that can be reached. Yet others are motivated by the pure coolness and utility of the platform. These incentives vary widely across different types of developers and as such call for developer segmentation as a critical cornerstone of any developer strategy.

Platforms fiercely compete for developer mindshare using a complex set of motivators. These include monetisation, user reach, quality of development tools, technology characteristics, and the coolness factor.

Using a clever mix of emotional and business incentives, Apple has turned iOS into "a must" platform for most mobile developers. Android is quickly becoming a viable alternative, for developers attracted

Mobile Platforms: The Clash of Ecosystems

by its wide user reach and "openness." Microsoft is buying its way into the minds of developers by co-sponsoring the porting of many popular apps to its Windows Phone platform.

The next table demonstrates the effectiveness of Google, Apple and Microsoft in amassing ecosystems of "publishing developers" and the associated developer mindshare.

| Developer investment in Android, iOS, WP7 | | | |
|---|---|---|---|
| **Platform** | **Publishers[4]** | **Average apps/user[5]** | **Mindshare [6]** (% of developers using the platform) |
| Android | 70,000 | 4.1 | 67% |
| iOS (iPhone) | 101,000 | 4.1 | 59% |
| iOS (iPad) | 36,000 | 3.6 | N/A |
| Windows Phone 7 | 7,000 | 3.6 | 36% |

## Software players put mobile operators on the defensive

The lower barriers to entry of modern smartphone platforms bring a wide spectrum of new players into the mobile ecosystem. Anyone can write an app and engage smartphone users. And anyone can bypass the mobile operator "toll-booths."

Apple and Google combined control the user experience of nearly 400 million users through their iOS and Android platforms. Both are strategically reducing the role of mobile operators to that of "connectivity providers". Internet giants like Facebook and Amazon are using social-centric and retail-centric strategies to profit from mobile. Start-ups such as Foursquare and Instagram have pioneered mobile-first services. Communication companies like Skype, WhatsApp and Viber put pressure on core telecom services, notably SMS and voice.

Mobile operators have yet to find a success formula for dealing with the disruptions coming from software players.

## Two horses lead the race

The last decade saw 20+ mobile operating system contenders, from handset makers (MotoMagx, UIQ, Palm 5/6, OpenMoko), software companies (Intrinsyc Soleus, Sasken Aria, SKY-MAP, TTPCom AJAR, Azingo Mobile, Access ALP, Openwave MIDAS, Mizi Prizm) and even operators (SavaJe) rise and eventually die not having achieved critical mass. However, today smartphone competition is a two-horse race: the smartphone OS market leadership is virtually divided between Apple iOS and Google Android. The two leading platforms share three defining characteristics:

---

[4] Xyologic, USA market, August 2011]

[5] Xyologic, USA market, August 2011]

[6] [VisionMobile Developer Economics 2011 report]

Mobile Platforms: The Clash of Ecosystems

1. They originate from non-telecom players, with computing and Internet platform DNA.

2. They are monetised indirectly. Instead of software license sales, they platform vendors profit by selling high-margin devices, in the case of Apple, or enhancing Google's on-line advertising business, in the case of Android.

2. They are driven by companies able to sustain investments of billions of dollars in order to develop an OS, create engaging online services and drive an application ecosystem connectingusers and developers.

Both Android and iOS are controlled by single companies. They have come to dominate over the many telecoms industry attempts at creating a standardised and commoditized platform such as LiMo, JCP, OMTP, Symbian Foundation, MeeGo and recently Tizen. The proponents of these initiatives have all failed to fully comprehend the economics of application-led platforms, and to move fast enough (at software speeds) to compete with Internet-borne players.

There isn't and won't be a single winner in the smartphone race. Both iOS and Android platforms reached a critical mass of hundreds of millions of users. Their long-term positions are secured by strong network effects between users and developers, making it almost impossible to displace them.

The jury is still out on whether there is a place for a third platform player, and whether Microsoft, with the help of Nokia, will be able to wrestle the third position away from Blackberry.

## The rising star of HTML5

With Apple and Google gaining power, the industry is looking for alternatives. For many, the emerging HTML5 standard holds the promise to break the app distribution silos of iOS and Android platforms.

HTML5 is a set of draft standards that, along with the recently launched CCS3 and ever-faster, more efficient JavaScript engines, has the potential to greatly increase the functionality of web apps, while at the same time requiring fewer lines of code. A subset of the emerging HTML5 standard is already supported by many browsers, including the WebKit-based browsers distributed with Apple iOS and Google Android platforms.

Mobile operators hope that as web apps become more powerful, they will replace "native" applications and reinstate operator portals as the distribution channels ahead of native app stores. Facebook is eyeing HTML as a technology that can help dis-intermediate app stores as content distribution silos, reducing the power of Apple's iOS and Google's Android platforms. App developers, meanwhile, look at HTML5 as a technology that will bridge incompatible software platforms, reduce the effort needed to go cross platform.

In reality, however, HTML5 is still far from becoming a replacement for native applications. Multiple technical gaps still exist, such as incompatibilities between different web browsers, poor performance on mobile devices and a lack of 3D graphics. More importantly, HTML5 lacks the properties of a complete application platform. The HTML5 specification merely defines programming interfaces for web run-times (i.e., "browsers"). HTML5 does not address key areas an application platform would need to challenge iOS and Android, namely application discovery, distribution, monetisation and retailing.

Mobile Platforms: The Clash of Ecosystems

## Chapter B
# Mobile platform shootout



For details on the platform versions being reviewed, see the appendix at the end of this chapter.

## History and Origins

There are two generations of mobile platforms: "legacy" platforms and "next-generation" platforms. Legacy platforms originate from products built to the requirements of the 2000-2009 decade. These include Symbian, BlackBerry OS, BREW and Windows Mobile.

Next-generation platforms are heavily influenced by the groundbreaking iOS platform, and are designed ground-up for the requirements of the Internet age and developer economics. These include Android, webOS, Windows Phone and Bada.

None of the legacy platforms have managed to compete successfully:

- Symbian is being phased out by Nokia following an unsuccessful open-source experiment.

- RIM plans to replace BlackBerry OS with the QNX operating system.

- BREW is failing to achieve traction with either developers or handset makers, beyond a small number of device models aimed at developing markets.

Mobile Platforms: The Clash of Ecosystems

- Microsoft has stopped Windows Mobile development, and moved on to new Windows Phone platform, which is built on new software foundations.

US companies completely dominate the mobile platform landscape. All major smartphone platforms were designed in the US, which has now become the hotbed of mobile software innovation. However, none of the next-generation platforms was produced by telecom or mobile companies:

- Apple has a rich legacy in personal computers, consumer electronics and digital content.
- Google is the leading Internet player.
- Microsoft is the dominant PC software maker.
- Palm (acquired by HP) was a long-time maker of personal digital assistants (PDAs).

The next table summarises the history and origins of eight mobile platforms.

| Platform | Platform owner | Company origins | OS origins | Initial product launch | Geographic origins | Status |
|---|---|---|---|---|---|---|
| Symbian | Nokia | Mobile phones | PDA | 2000 | Europe | Phasing out |
| BlackBerry OS | RIM | Wireless messaging | Two-way pagers | 2000 (Java) | Canada | Will be replaced by QNX |
| BREW | Qualcomm | Wireless chipsets | Feature phones | 2001 | US | Weakening traction |
| Windows Mobile | Microsoft | PC software | PDA | 2002 | US | Phasing out |
| iOS | Apple | Personal computers | Personal computers | 2007 | US | Leads in tablets |
| Android | Google | On-line advertising | Acquisition of smartphone OS startup | 2008 | US | Leads in smartphone sales |
| webOS | HP | Consumer electronics | New development | 2009 | US | Orphaned after HP cancelled device plans |
| Bada | Samsung | Mobile phones | Evolution of proprietary feature-phone OS | 2010 | South Korea | Second choice for touch-screen phones |
| Windows Phone | Microsoft | PC software | New development | 2010 | US | Unproven challenger in high-end smartphones |

Source:VisionMobile

© VisionMobile 2011 | www.visionmobile.com

Mobile Platforms: The Clash of Ecosystems

## Market adoption

Despite the sharp rise in smartphone shipments in 2010-2011, the rate of smartphone adoption is uneven across different geographies.

Mobile markets with extensive 3G coverage and a large share of "post-paid" subscription plans show the fastest smartphone adoption rates. Mobile operators in such markets tend to subsidize smartphones heavily, in return for users committing to more expensive, longer-term subscription plans.

| Platform | Cumulative sales since launch until Q2 2011 | Low-end touch phones | Mid-tier smart phones | High-end smart phones | Tablets | Market status |
|---|---|---|---|---|---|---|
| Android | 165 million | ✓ | ✓ | ✓ | ✓ | Strong presence and growth in the US, Western Europe and other post-paid markets. Growing sales of low-cost models in pre-paid markets |
| Bada | 7 million | ✓ | ✓ | ✗ | ✗ | Considerable growth across some geographies |
| BlackBerry OS | 163 million | ✗ | ✓ | ✓ | ✗ | Losing market share in the US, growing in consumer pre-paid segment |
| BREW | 668 million (*) | ✓ | ✗ | ✗ | ✗ | Limited to low-cost devices in developing markets |
| iOS | 222 million | ✗ | ✗ | ✓ | ✓ | Strong presence and growth in the US, Western Europe and other post-paid markets |
| Symbian | 486 million | ✓ | ✓ | ✓ | ✗ | Losing ground to iPhone and Android in post-paid markets |
| Windows Phone | 4.6 million | ✗ | ✗ | ✓ | ✗ | Limited market acceptance mainly in the US and Europe |
| webOS | 2.5 million | ✗ | ✗ | ✓ | ✓ | Negligible market share in the US and Western Europe |

(*) Total sales of BREW-capable handsets. VisionMobile estimate, up until end of 2010

© VisionMobile 2011 | www.visionmobile.com

16

Mobile Platforms: The Clash of Ecosystems

The battlefront, for most smartphone handset makers, is price. However, in heavily post-paid markets, premium iPhone and high-end Android models from Samsung, HTC, Motorola and Sony Ericsson are actually displacing less sophisticated smartphones from Nokia and BlackBerry.

The picture is different in mobile markets dominated by pre-paid subscriptions. In those markets, there are typically no operator subsidies for mobile handsets. As a result, these markets are much more price sensitive.

Nokia's mid-tier Symbian phones and BlackBerry consumer models are holding onto significant shares of the smartphone market in pre-paid markets. However, both Nokia and BlackBerry are facing growing competition from inexpensive Android models manufactured by low-cost handset makers.

Compared to other mobile platforms, Android has greater price flexibility. Available Android devices sell for $100 to $750, with stops at all price points in between. As a result, Android competes with high-priced iPhones in post-paid markets, and with lower-cost Nokia and BlackBerry devices in pre-paid markets. Such pricing versatility has contributed to Android's rapid growth.



Global smartphone penetration at 27%
Mobile Handset Manufacturer vs. Platform Market Share (H1 2011)

 

Mobile Software: The Clash of Ecosystems | www.visionmobile.com  Ecosystems | November 2011
Licensed under Creative Commons Attribution 3.0 License

📖 Mobile Platforms: The Clash of Ecosystems

Even though Symbian still has a large installed base, and a significant market share, Nokia's February 2011 announcement about phasing out the platform has put an end to Symbian growth. Next to Symbian, iOS and Android have the largest installed base of customers, and are therefore the most attractive platforms for application developers and content providers.

## The islands of application development

As we discussed earlier, applications play a pivotal role in the success of a mobile platform. It is critically important that a platform provides developers with efficient tools for all stages of application development, from writing the code, to publishing the app.  Different platforms have varying degrees of success in this area, and their success is reflected in the health of their app ecosystems. Moreover, developers need to master new tools every time they switch to a new platform.

There is no common programming language that can be used on all platforms:

- iOS apps are written using Objective-C (a superset of C influenced by Smalltalk)
- Android and BlackBerry use different dialects of Java as their main programming languages
- Windows Phone apps are developed using C#, which is part of .NET framework
- Symbian^3, Bada and BREW support commonly-used C and C++ languages
- webOS uses JavaScript together with HTML/CSS as its primary development language.

There is no common development environment either:

- iOS apps can only be developed using Apple XCode tools running on Mac OS computers
- Windows Phone apps have to be developed with Microsoft Visual Studio tools using a Windows PC; Windows is the de facto platform for enterprise software developers.
- Symbian^3 development uses the Qt environment.
- WebOS apps are developed using the Ares browser-based development environment that is used in combination with Eclipse IDE.

The remaining platforms have settled on either the Eclipse developer environment, along with proprietary plug-ins and device emulators, or else Visual Studio.

The easier it is to begin programming for the platform, the more developers will start experimenting with that platform and eventually write and publish apps for it. Apple excelled in lowering barriers to entry for developing apps for iOS (except for the need to buy a Mac, of course). The iOS SDK sets the benchmark in how easy it is to install and configure the tools and develop a first app. It is not uncommon for people with little or no computer science training to develop apps for iOS.

Android, Windows Phone and Symbian (Qt) also offer competitive development tools, but they typically require more experience, or for new developers, more learning effort.

Rich APIs save developers lots of time, by helping them write less code. The less code developers have to write, the less code they have to debug and maintain.

Mobile Platforms: The Clash of Ecosystems

Among mobile development platforms, iOS and Android offer developers the most feature-rich and flexible API frameworks. The iOS application framework is derived from the proven Mac OS API, and excels in UI-related areas. Compared to Android, however, it is less flexible, and often restricting.

The rest of the platforms still have API gaps. Windows Phone is maturing, with each platform upgrade bringing support for essential but previously missing APIs. The Symbian Qt application framework is a combination of proven Qt user interface APIs and the newly developed Qt Mobility API. The latter is still evolving, adding access to more platform features.

The majority of developers use native platform application stores for distributing their apps. Each store has its own guidelines, policies and procedures. The Apple App Store is known for its rigorous certification requirements, and unpredictable approval process. Applications can be rejected for unexpected reasons, and there is no way to predict how long it will take to pass the certification. For developers designing apps for non-US or non-English markets, there is another hurdle: Apple testers sometimes misunderstand local aspects of the app or service, and reject it for the wrong reasons.

The process for publishing apps on Android Market is exactly the opposite. Android application publishing is a self-service process foregoing any application testing or manual approval. On one hand, this makes life easier for developers: the submitted app usually shows up in the store within minutes. On the other hand, this results in large numbers of poor quality, copycat, copyright-infringing or even malware applications available in Android Market, leading to degraded user experiences for Android users.

| Platform | Main language | Dev computer | Dev tools | Ease of entry | API richness | Certifi-cation |
|---|---|---|---|---|---|---|
| Android | Java | Windows Mac OS Linux | + | + | ++ | ++ |
| Bada | C/C++ | Windows | = | = | = | + |
| BlackBerry OS | Java (J2ME) | Windows | = | = | = | = |
| BREW | C/C++ | Windows | -- | -- | - | -- |
| iOS | Objective-C | Mac OS | ++ | ++ | ++ | - |
| Symbian^3 | C/C++ | Windows Mac OS Linux | + | = | = | - |
| Windows Phone | C# | Windows | + | + | = | + |
| webOS | Javascript | Windows Mac OS Linux | = | + | = | + |

Source: VisionMobile

© VisionMobile 2011 | www.visionmobile.com

Mobile Platforms: The Clash of Ecosystems

The rest of the platforms attempt to strike a balance between openness and quality by combining human curation and moderate testing requirements with fair, predictable approval policies.

## Understanding platform economics

It is important to distinguish between three very different types of mobile platforms: software platforms, application platforms and communication platforms.

| Platform type | Purpose | Primary audience | Network effects | Examples |
|---|---|---|---|---|
| Software platform | Sharing of software development costs and risks | Device makers | None | Symbian, BREW |
| Application platform | Connecting app developers and users (and handset OEM in some cases) | Developers | - Users to developers<br>- Users to users<br>- Developers to developers | Android, iOS, Windows Phone |
| Communication platform | Facilitating communication between users | Users | - Users to users | Telephone, fax, BlackBerry Messenger |

Source: VisionMobile

**Software platforms** are used for building multiple variations of products, with maximum reuse of the platform technology. As such, software platforms are optimised for flexibility and sharing of development costs across multiple products. Symbian is a typical example of a software platform that has been used for building a wide range of mobile phone models. Until 2009, developers were not the focus of the platform.

In contrast, **application platforms** are designed for connecting two disjointed markets: users and application developers. Applications provide solutions to a diverse set of user needs. Since applications are locked to the platform, users must acquire the platform in order to benefit from applications. Microsoft Windows is a classic example of a successful application platform. PCs are useless without applications. Since most PC applications are developed for the Windows operating system, it is necessary to buy a license for Windows to use these PC applications.

Mobile Platforms: The Clash of Ecosystems

Application platforms are a specific case of so-called two-sided markets. Two-sided markets enable interaction of two disjoint groups of participants. Some other examples of two-sided markets include credit cards, stock exchanges and digital media formats.

Successful application platforms have very strong **network effects**. Applications attract users, which attract developers to create more applications, which attract more users, which attract more developers, and so forth. Each new application adds value to the platform from the end-user perspective. And every new user adds value to the platform from the application developer perspective.

The 5-sided network forming around the Android platform, illustrating network effects



Mobile Software: The Clash of Ecosystems | www.visionmobile.com · Ecosystems | November 2011
source: Developer Economics 2011 report | www.DeveloperEconomics.com
Licensed under Creative Commons Attribution 3.0 License

The next graph shows the relationship between the number of apps available on particular platform at a particular point in time, and the number of devices shipped for that platform in the quarter just preceding it. The number of apps available can be considered a metric for how attractive a platform is for developers. Device shipments are likewise a measure of the attractiveness of a platform for its users. The tight correlation between platform attractiveness to users and developers is consistent with Android and iOS being successful application platforms.

 Mobile Platforms: The Clash of Ecosystems

The positive feedback loop between developers and users dominates other aspects that might affect sales or app development, like promotions and advertisements, or the coolness of a particular technology for developers.



### Android, iOS display strong network effects
Devices sold vs. apps available in native app store

Apps available at end of quarter
Source: vendor releases, Gartner

Mobile Software: The Clash of Ecosystems | www.visionmobile.com  Ecosystems | November 2011
Licensed under Creative Commons Attribution 3.0 License



Consistency is key for the success of an application platform; applications must run on all implementations of the platform. For example, imagine if Microsoft Office only ran on Dell computers.

A software platform, in contrast, needs flexibility rather than consistency, allowing it to fit the requirements of a wide range of product variants, and reach supply-side economies of scale.

It is clear that Apple's iOS is a clever implementation of a mobile application platform coming from a company with the right kind of experience and DNA. Strong network effects between users and app developers are inherent to iOS ecosystem design. These network effects have proven to be stronger than Nokia's power over its supply chain and distribution channels, and have eventually led to the demise of Symbian.

The unprecedented success of Apple iOS is a testament to the advantages of application platforms. All new platforms introduced after the original iPhone – including Android – attempt to copy Apple's application platform recipe.

Android comes from a company that has plenty of experience with advertising platforms that connect on-line users and advertisers. It's hardly a surprise that Android was designed as a free application platform that makes money by driving traffic to Google's on-line advertising services.

Mobile Platforms: The Clash of Ecosystems

When plotting Blackberry, Symbian and Windows Phone on a graph similar to the network effects graph for iOS and Android, we can see the mixed results of the efforts of the platform owners to establish pronounced network effects.



**BlackBerry, Symbian, Windows Phone have weak network effects**
Devices sold vs. apps available in native app store

Apps available at end of quarter
Source: vendor releases

Mobile Software: The Clash of Ecosystems | www.visionmobile.com: Ecosystems | November 2011
Licensed under Creative Commons Attribution 3.0 License

Nokia has driven users away from Symbian by positioning Windows Phone as the unambiguous future for its phones, precluding any chance to kick-start a network effect.

Microsoft, on the other hand, is clearly trying to jump-start the network effects of an application platform. They have incentivised developers to produce a large amount of apps, but users so far remained unimpressed with the early version of the platform.

Application platforms are Microsoft's bread and butter. No wonder, then, that Windows Phone has all the characteristics of an application platform, from high consistency to a strong focus on app developers.

The jury is still out, however, on whether Microsoft can turn Windows Phone into a credible competitor to iOS and Android. For that to happen, Windows Phone must reach a significant market share: the critical mass at which strong network effects begin to take hold between users and application developers.

As an application platform grows, network effects accelerate. That, combined with vendor lock-in (making it inconvenient for users to switch) makes it very difficult to displace the leading application

➡️ Mobile Platforms: The Clash of Ecosystems

platforms, once they are established. Merely creating a better OS is not enough, as proven, arguably, by contrasting the histories of Mac OS and webOS.

Because of its late start, Windows Phone will need to offer something radically different. Only the future will tell if Microsoft will be able to achieve that. Currently, it is working to leverage its recent acquisition of Skype, its partnership with Nokia, and its expanding relationship with Facebook.

What about BlackBerry? In platform terms, BlackBerry is a successful communication platform, connecting users though mobile email or popular BlackBerry Messenger (BBM) services. Communication platforms also have network effects, with every new user making the network more valuable for other users. A traditional telephone network is another example of a communication platform that connects users.

Because of a narrow focus on communication needs, however, the primary network effects in the BlackBerry platform are between platform users, not users and developers. These user-to-user network effects are apparently weaker than the developer-to-user network effects of iOS and Android. Wide availability of applications in iOS and Android lets these platforms serve a broad spectrum of user needs, creating value beyond what Blackberry has achieved so far. RIM is struggling to evolve BlackBerry into an application platform, but thus far has been impeded by platform fragmentation, among other issues.

Blackberry's initial communication network effects are no longer driving sales, and while they have made progress in adding apps, they have not really created a strong new feedback loop.

| Platform | Number of apps | Originally designed as |
|---|---|---|
| Android | 300,000 | Application platform |
| Bada | 15,000 (*) | Application platform |
| BlackBerry OS | 35,000 | Communication platform |
| BREW | N/A | Software platform |
| iOS | 500,000 | Application platform |
| Symbian | 25,000 | Software platform |
| Windows Phone | 30,000 | Application platform |
| webOS | 7,000 (*) | Application platform |

Source: VisionMobile

## Developers as major driver for platform adoption

Complex application ecosystems have developed around the leading mobile platforms. These ecosystems comprise a diverse set of companies and individuals. Each type of developer in these ecosystems is driven by different motivations. These motivations can be grouped into four broad categories:

© VisionMobile 2011 | www.visionmobile.com

Mobile Platforms: The Clash of Ecosystems

Recognition and fun, typical for hobbyist developers making free apps

Software revenues, typical for independent software vendors (ISV) and software publishers looking to monetise apps by paid downloads, in-app advertising or in-app purchases

User reach, typical for players like venture-backed startups, on-line service providers, content retailers, media companies and B2C marketers

Cost of ownership, typical for enterprises deploying business solutions for their workforce

All platforms offer hobbyist developers opportunities for self-expression. Ease of entry plays a critical role. The easier it is to make the first application, more hobbyist developers will be attracted to the platform, and more free apps will be available for the platform.

iOS would be the best platform for hobbyists, if not for the requirement to use a Mac computer for app development. Mac computers are expensive, and out of reach for many people. Android tools, in contrast, can be used on Windows, Linux and Mac OS computers.

iOS offers the best opportunities for developers interested in software revenues. This is largely due to the seamless purchasing process, and the fact that Apple has stored credit card information for the majority of iOS users. In one of his famous keynote speeches, Steve Jobs stressed that Apple holds more than 200 million credit cards on file. Google lacks this important asset and, as a result, Android users are much less likely to pay for apps.

For some developers, mainly venture-backed startups, user reach is more important than direct revenues. iOS again leads in terms of user reach, running on more than 220 million iPod, iPhone and iOS devices. Android is quickly closing the gap, growing to over 190 million devices in just three years.

Traditionally, the enterprise segment has been RIM's forte. The Canadian phone manufacturer first met with success selling to corporate accounts. iOS is growing in popularity in the enterprise, due in large part to the success of the iPad. Moreover, since version 3.0 of the platform, iOS supports most of the device management and policies features necessary for large-scale enterprise deployments.

Compared to iOS and BlackBerry, Android has higher costs of ownership for corporations. Factors here include inconsistent device management support across different models, general device fragmentation, and the extreme openness of the Android Market app store.

Our Developer Economics survey (www.DeveloperEconomics.com) showed that developer mindshare is moving away from "old guard" platforms like Symbian and Java, in favour of iOS and Android. This trend emerged in 2010, and grew in 2011. The reach that these high-momentum platforms provide seems to be the determining factor, overshadowing inconveniences like fragmentation or increased competition in the app stores.

An interesting third contender is mobile web, a low-barrier, cross-platform, mass-reach platform. With HTML5, the mobile web is advancing, technologically. Also significant: HTML6 has the potential to tap a massive existing developer pool (web developers) not previously active in mobile.

### Conclusions and Outlook

The mobile market will continue in the coming years as a multi-horse race. iOS and Android will continue to lead, dividing the market between premium and mass-market product types. Self-

Mobile Platforms: The Clash of Ecosystems

reinforcing network effects, huge application ecosystems and the fast pace of evolution make the positions of Apple and Google unassailable.

Symbian is losing its relevance quicker than Nokia hoped for, especially in the critically important Western European market. The premature announcement of the platform's phase-out caused operators, developers and partners to withdraw much-needed support.

Windows Phone, together with Nokia, will be challenging BlackBerry for the third place. Unless BlackBerry can evolve into a fully-fledged application platform, the Windows Phone platform has the better chance to rank third, after iOS and Android. The distance between Windows Phone and the leaders will depend on Nokia's success with its Windows Phone smartphones, and on Microsoft's ability to innovate based on its Skype acquisition and Facebook relationship.

The lack of a single, clear winner among mobile platforms means developers will need to continue developing on multiple platforms. That entails mastering diverse and incompatible tools, APIs, programming conventions and application store policies.

HTML5 has the potential to enable shared development costs across platforms. However, in its present state, HTML5 is a software development technology, and not an application platform. It is important to know that as a result, HTML5 can neither challenge nor replace the mobile platforms themselves.

The mobile platform landscape and associated application ecosystems are expected to become ever more complex in the coming years. New companies will enter and compete in the mobile device space, as a result of smartphone and tablet hardware commoditization, and the relative openness of the Android app market. These players will use branded tablets and smartphones to drive their non-mobile businesses.

This phenomenon will be especially visible in tablets. Apple's iPad so far has dominated the tablet market, propelled by availability of attractive content and apps in iTunes and App Store.

Out of many iPad challengers, Amazon is the most interesting one. The company recently released its own branded tablet, the Kindle Fire, which is squarely positioned as a media consumption and Internet browsing device, connecting the user to millions of books, songs, videos and TV shows.

In both cases, the combination of device and content is crucial for marketplace differentiation, and for fighting the commoditization that has plagued other tablet vendors. The difference between the iPad and the Kindle Fire is the selected use case and the business model:

- For Apple, the content offering drives device sales and profit margins.
- Amazon uses the device as a loss leader to drive its core content retail business.

Apple and Google turned the mobile industry on its head by creating vibrant product ecosystems — encompassing devices, content and on-line services. The battle of ecosystems, however, is still far from being decided. We expect continued evolution of this dynamic market driven by entry of new players, such as Amazon, Facebook and Microsoft, as well as expansion of the experience ecosystems across screens, shifting the battleground from smartphones to tablets and finally the living room.

 Mobile Platforms: The Clash of Ecosystems

## Appendix: Platform versions reviewed in this chapter

This chapter presented a comparative analysis of the following mobile platforms:

1. Android: We refer to versions 2.3 (smartphones) and 3 (tablets) of the platform.

2. Bada: We refer to the first generation of the Bada OS.

3. BlackBerry OS: This is the version found on RIM smartphone models. Since the next-generation OS from RIM can only be found on a single tablet model, it is not discussed in this report.

4. BREW: We refer to the newer version of the platform used in touch-screen phones.

5. iOS: We refer to version 4 of the platform.

6. Symbian: Except for the discussion on market shares, we refer to the Symbian^3 version found in the most recent Nokia device models.

7. Windows Phone: We refer to Windows Phone 7.

8. webOS: Since the products designed by Palm prior to its acquisition have limited market presence, we refer to version 3 of the platform developed by HP following the acquisition of Palm.

Mobile Platforms: The Clash of Ecosystems

## Chapter C.
# Platform drill-down: from Android to webOS

## Android

The operating system originates in Google's acquisition of Android, Inc. in 2005. The start-up company was founded by ex-Danger and T-Mobile executives that were behind development of the SideKick, a mobile device that gained popularity with teens and some celebrities.

| Owner | Google |
|---|---|
| Launched | November 5, 2007 |
| Devices sold since launch | 225 milion |
| Apps downloaded | 6 billion |
| Apps available | 300 thousand |
| Device price range | $99 to $754 USD (handsets) $89 to $1059 USD (tablets) |

VisionMobile estimates, as of Q3, 2011. Device prices refer to unlocked models, pre-tax

In November 2007, Google and its partners announced the formation of the Open Handset Alliance (OHA), a PR-led effort that signalled an industry endorsement for the development of the open source mobile operating system called "Android."

Google exerts tight control over platform development, including roadmap planning and code commit decisions. Only Google employees are allowed to commit code to the main software branch. The company also uses what we call an "open-late" licensing practice, where newer versions of the OS are only shared with a small number of carefully selected handset vendors. These versions of the OS become publicly available only after Google and its partners have begun to distribute products based on them.

The pace of Android development sets a new standard in the telecom industry, with four to five version releases each year. It stands out even in comparison with iOS, which evolves at a more measured pace. Android's development pace has been more characteristic of Internet software development than traditional telecom developments.

The success of Android in winning the largest share of smartphone sales prompted Apple and Microsoft to leverage their rich patent portfolio in attempting to slow down Android growth. Apple initiated legal actions in the US, Western Europe and Australia against the leading Android OEM, Samsung, attempting to halt sales of its devices. Microsoft resorted to a different tactics – patent taxes – and has succeeded in extracting royalties from OEMs such as Samsung and HTC.

Google's intellectual property rights position in Android has been weak from the onset. It attempted a fix in July 2011, when it famously bid $3.14159 (pi) Billion for a portfolio of Nortel patents that had been put out for auction. However, it lost out to a $4.5B bid from a group of adversaries, comprising Apple, Microsoft, RIM, EMC, Ericsson and Sony.

Mobile Platforms: The Clash of Ecosystems

In August 2011, Google announced the planned acquisition of Motorola Mobility, in a deal that included its hardware business and portfolio of over 17,000 patents.

Google's pending acquisition of Motorola creates a dilemma: Google must choose between staying true to its core business, or reshaping into the new vertical giant that will challenge Apple at its own game.

We see two possible scenarios of how Google may solve the dilemma:

1. Google stays true to its core ad business and divests most Motorola assets apart from patents to an Asian OEM wanting to break into the North America market.

2. Google keeps Motorola's hardware design and device production capabilities, to allow Android to compete head-to-head on every Apple price point, both the current high-end and the rumoured mid-tier pricing. To compete favourably with Apple, however, Google would have to take a hit on its cash flows and profitability, by putting its hand deep in its pocket (both in terms of CAPEX and OPEX).

It is worth noting that Google is the biggest Internet company, with quarterly revenues surpassing US $9.7B, a net quarterly income of $2.7B and cash reserves of over $42B, as of Q3, 2011.

## Positioning

Android is positioned by Google as an open Internet platform, allowing unrestricted mobile access to Internet cloud services. Naturally, Google's own cloud services play an important role in the platform offering. Google services like Search, Gmail, Maps, Android Market and YouTube are pre-integrated, and as a result are prominently featured in most products running Android. Activation of the phone usually involves entering a Google Account ID, which links the device to a wide spectrum of Google services personalised for the user. Examples include:

- Android Market (the Android app store)
- Gmail, Calendar and Contacts
- Search enhanced by user's location information
- YouTube
- Google Maps, with turn-by-turn navigation and street view in some countries
- Google +
- Google Voice (US only)
- Photos (Picasa)

The initial versions of Android targeted smartphones, including high-end, mid-range and low-end devices. Android began expanding rapidly into tablets, connected TVs, and set-top boxes in early 2011.

Android's open source nature has enabled numerous vendors to work on parallel initiatives independently from Google. These initiatives have aimed to adapt Android for use in car entertainment systems, DECT handsets, video conferencing terminals, embedded devices and other consumer electronic products requiring a rich, programmable user interface and Internet connectivity.

Mobile Platforms: The Clash of Ecosystems

It is important to note that many products produced from these independent initiatives will eventually be very different from the platform profiles supported by Google. As a result, these products will not be eligible for running official Android Market and other Google proprietary applications (Gmail, YouTube, Maps, etc.).

Android is extremely versatile. It scales across a range of (mostly ARM-based) application processors, including ARM11 528MHz at the low end (HTC Magic), ARM Cortex-A8 1GHz at the mid-range (HTC Desire, Nexus One), and dual-core ARM Cortex 1.2 GHz (Samsung Galaxy Nexus) at the high end.

Current prices span from the unlocked Huawei U8100, which sells for around $100 pre-tax, to Samsung's Galaxy S II with NFC and 16GB (unlocked), which sold for $755 pre-tax as of October, 2011.

Android bears a royalty-free license, so sales of Android handsets do not bring direct revenue to Google. Instead, Android is monetized indirectly, through search-driven ads served to Android devices.

The Android Market application store is pre-installed on Android devices and offers a wide selection of free and paid applications. Google takes a 30% share of revenues from application sales. This revenue is not considered to be an important part of Google's revenue mix, due to its small size compared to Google's core business.

## Handset vendor adoption

Google has successfully created a broad and diverse ecosystem of Android handset and tablet makers. In May, 2011, Google announced at the Google IO event there were 310 Android device models from 36 manufacturers in 112 countries.

HTC was the first handset maker to build Android smartphones. HTC made its name as a manufacturer of Windows Mobile smartphones growing into one of the top smartphone OEM. HTC remains committed to Android, and makes a full range of Android smartphones and tablets.

Except for Nokia, most top handset makers offer Android smartphones and tablets:

- Motorola put Android in the centre of its recovery plans, abandoning a home-grown Linux stack and several in-house phone RTOSes to focus solely on Android-based smartphones. Motorola produces a full range of Android devices, from mid-range models (Citrus) to high-end smartphones (Droid X and Droid RAZR), as well as tablet computers (Xoom). Note that Google announced plans to acquire Motorola Mobility in August 2011.

- Samsung produces a number of mid-range and high-end Android models, including its highly successful Galaxy product line, which includes Galaxy S smartphones and Galaxy Tab tablets.

- Sony-Ericsson entered the market of Android phones with X10 and X10 mini devices, which found success in the Japanese and European markets.

- LG offers a number of mid-range models, from Etna to Ally.

In addition, many low-cost manufacturers and ODMs ("original design/manufacturers,") many from the PC market, have announced or are already selling Android smartphones and tablets. These include

© VisionMobile 2011 | www.visionmobile.com

Mobile Platforms: The Clash of Ecosystems

Dell, Huawei, Asus, Acer, ZTE, Kyocera, and Lenovo. Finally, many small Asian ODMs and OEMs (original equipment manufacturers) make white-label Android devices available for operator branding.

As of October 2011, Android was installed on an estimated base of around 190M handsets, according to Google. The sales base is growing rapidly, with 0.6M handsets sold in 2008, 6.8M in 2009, 70M in 2010 and 88M in the first half of 2011 alone.

Android found its initial success in the US market. Its high rate of adoption there was influenced by strong support from top US carrier Verizon Wireless, as well as the wide proliferation of Internet services and broad deployment of 3G data services in the US. Android gained popularity in Western Europe, and is showing strong growth in Asia and Latin America.

Android's success in winning over handset makers is rooted in the desire of OEMs to compete with lucrative iPhone smartphones, and the support by leading chipset vendors such as Qualcomm, Texas Instruments and NVIDIA.

OEMs initially saw a high differentiation potential in the platform, due to the availability of Android source code. HTC pioneered customization (skinning) of the Android user interface; compared to the stock Android user interface, its "Sense" UI offers more aesthetic graphics, animations and widgets, among other "experience" improvements. Motorola and Sony Ericsson followed suit with their respective MOTOBLUR and Timescape customizations.

However, few OEMs can keep up with the pace of innovation set by Google with its "Google Experience" handsets. The Google Experience handsets are optimized for use with Google mobile services, and are designed by Google in partnerships with selected OEMs. Examples include the Motorola Droid (Milestone), HTC Nexus One and Samsung Galaxy Nexus. As a result, key OEM customisation efforts such Motorola MOTOBLUR and Sony Ericsson Timescape are being phased out.

## Operator adoption

Android handsets are offered in most markets where operators deploy 3G networks, including North America, Latin America, Western Europe, Japan, Eastern Europe, Russia, and China. In many cases, Android is positioned as the alternative to popular iPhone smartphones.

Due to deep conflicts of interest between Apple and mobile operators, operators initially grew very enthusiastic about Android and the possibilities offered by the platform in the context of their "competition" with Apple. The differentiation potential of Android was viewed as an important aspect of operator's ability to attract new subscribers and reduce churn to competition.

The Android platform has been strongly embraced by OEMs, many of whom are looking to diversify beyond heavily commoditized PC and laptop markets. Android device availability from multiple manufacturers, and at multiple price points, places operators in a convenient negotiating position when procuring handsets. Examples of first-tier operators strategically supporting Android are Verizon Wireless and T-Mobile in the US, Orange in France and DoCoMo in Japan.

China Mobile took a rather radical approach in leveraging the Android platform. China Mobile forked Android and created the new Open Mobile System (OMS) platform, promoted under the oPhone brand. OMS is developed in partnership with large Chinese software integrator Borqs.

Mobile Platforms: The Clash of Ecosystems

The OMS platform was stripped of all Google services, which were then replaced by China Mobile proprietary solutions for messaging, location-based and content distribution services. The platform has improved support for the Chinese language, iPhone-like home screen, browser-based run-time (BAE) and support for a Chinese-developed mobile broadband technology – TD-SCDMA. The initiative is actively supported by Marvel Semiconductor, which is a primary supplier of chipsets and smartphone reference designs for OMS.

## Developer adoption

Android Market lists over 300,000 applications as of October, 2011, making it the second largest platform application store behind Apple.

The feature-rich and easy-to-learn application framework and powerful SDK, combined with growing number of handsets, have driven a mass arrival of developers into Android from both the PC space and the mobile space (Symbian, Java Platform Micro Edition [J2ME], Windows Mobile and PalmOS).

Android is the mindshare leader according to our VisionMobile Developer Economics 2011 research. Based on the research, two thirds (67%) of mobile developers have recently developed on Android, irrespective of the platform they are currently developing for.

There are concerns about platform fragmentation along five dimensions:

1.  Release speed. With three major version releases between Q2 2010 and Q2 2011, the platform is changing too fast for OEMs.

2.  Dis-incentives for OEMs to update. Android phone OEMs lack commercial incentives to keep updating handsets that have already been sold.

3.  OEM-specific UI fragmentation. HTC's Sense UI differs from Sony Ericsson's Rachel, Motorola's MotoBLUR, Samsung's TouchWiz and LG's S-Class user interface. All OEM additions create traces of fragmentation for developers.

4.  Screen fragmentation. Android v2 and Android v3 address different 'screens' and are optimised differently for each. Screen types might include smartphones (different sizes), tablets, in-vehicle screens and TVs.

5.  Codebase forking. China Mobile's oPhone, China Unicom's Wophone, Cyanogen and MiuiAndroid are 'forked' versions that no longer follow the same update trajectory as the main Android code base.

Android Market is the primary distribution and monetization channel for the absolute majority of developers. There are, however, a few independent application stores carrying paid content, which do not require Google Checkout. These include Amazon Appstore, SlideME and GetJar. Additionally, operators such as Vodafone, France Telecom/Orange and AT&T are launching Android app stores of their own, with application pre-qualification, and support for operator billing.

There are many concerns around the true monetization potential of Android Market:

*   High number of free apps. In September 2011, Xyologic reported 66% of free apps in the US Android market, versus 42% of free apps in the US iPhone market.

Mobile Platforms: The Clash of Ecosystems

- Very few localized apps. According to Distimo's September, 2011, report, only 4.9% of Android apps are published in one country only (indicating locally focused content).

- Rampant copyright infringement makes it difficult for legal apps to succeed (e.g. Spotify)

- Google is more interested in the ad-supported model of app monetization, i.e. in creating inventory for its apps, rather than seeing developers monetise through direct payment means.

## Licensing & Governance

Google has been very successful in using open source to its business advantage. Android source code is available both in public and private source branches. The private branch contains advanced versions of the operating system, which are usually 6-8 months ahead of the public branch. The private branch is available only to a small number of OEMs working on high-profile "Google Experience" handsets.

While the base platform is available in open source, Google's closed applications (Android Market, Google Maps, and Gmail) are proprietary to Google, and are not available in open source. These applications are licensed to OEMs under a commercial agreement, and are subject to platform compliance. Compliance is verified using CTS (Compatibility Test Suite) and CDD (Compliance Definition Document), which ensure consistency of the system API implemented in the device, and its hardware specs.

Visibility and transparency of Android open source development is severely restricted.

Google does not maintain public visibility into the Android roadmap, which is tightly controlled by Google, with limited visibility by select OEM and chipset partners. Development of new functionality is largely done in private code branches, which are not visible to public.

The vast majority of development is done by Google employees without calls for contributions, visibility into the contribution approval process, or open discussions on development priorities.

The majority of third-party contributions are done in the public tree, which is behind the version Google is currently developing. For example, there have been around 1,000 contributions from 40 companies into the Froyo (v2.2) public tree.

Contributors are requested to sign a contributor license agreement, containing a copyright license and a patent license (for licensable patents). Google is allowed to re-license the contributed code under any license they see fit.

Android maintainers (all of which are Google employees) decide which contributions will be integrated into the advanced private branch, and thus which will become part of the platform.

Tight control over the contributions and roadmap is seen as necessary for rapid platform evolution, which otherwise can be restricted by the conflicting interests of participating parties.

Android is the 'role model' in terms of the number and diversity of control points in open source projects. The Android control points are:

- Advanced private branches, which are ahead of public source for 6-8 months. Private branches are only disclosed to select group of OEM and chipset vendors, which gain significant competitive advantage by early access to new versions of the OS.

Mobile Platforms: The Clash of Ecosystems

- Android Market is only available subject to a commercial license, which is Google's way of gating the availability of over 300,000 applications on handsets.

- Google Maps, Gmail and other Google proprietary applications are only allowed to be installed on the device (pre-load) if the device conforms to Google specifications, as verified by CTS maintained by Google.

- The Android trademark is held by Google, and licensed under commercial terms.

- Exceptionally fast pace of version release, combined with full control of Google over contributions

- No roadmap visibility outside a small group of select partners

The filings of the Skyhook legal suit against Google alleging non-competitive practices reveal details of how Google controls the ecosystem of OEMs. One of the most characteristic pieces of evidence is an email from Dan Morril, of Google, dated Aug. 6, 2010, which says, "We are using compatibility as a club to make them [handset vendors] do things we want". For a deeper analysis into Android's governance model, the reader is referred to VisionMobile's Open Governance Index, a free report published in July 2011.

## Technology Foundations

Android is based on the Linux kernel. It leverages a well-established Linux process model, driver architecture and security framework. Although Android is based on the Linux kernel, it should not be confused with the Linux operating system itself. Due to a different C library, UI framework and application life-cycle model, Android cannot directly run applications developed for Linux.

The platform introduces an extensive layer of Android-specific middleware on top of the Linux kernel. The middleware provides support for audio and video multimedia, 2D and 3D graphics, wireless networking, location services, sensors, Bluetooth, and more.

Multimedia middleware was initially based on the open source OpenCore framework by PacketVideo. In recent versions of the platform, it was replaced by a new and less complex multimedia framework based on Google's Stagefright open source project. Graphics is supported by use of industry standard OpenGL ES 1.x and 2.0 APIs for 3D hardware acceleration.

Higher layers of the operating systems are implemented in a dialect of the Java language. Java software is executed in the Dalvik Java virtual machine, which was designed by Google from scratch. The Dalvik virtual machine is heavily optimized for a mobile environment, including processor load, run-time memory use and battery drain. Android version 2.2 introduced a JIT (just in time) compiler, further improving performance of Java-based applications on the mobile platform.

The platform includes an extensive set of built-in applications, including dialler, messaging, contacts, calendar, email, media player, and more. The applications are written in the Java language, and sometimes have access to restricted platform APIs that are not available for third-party applications.

Android offers a relatively spartan stock UI supporting multitouch, gestures and animations. It is often enhanced by OEMs' own user experience layer (HTC Sense, LG S-Class, Samsung Touch Wiz, Sony Ericsson Rachael).

Mobile Platforms: The Clash of Ecosystems

The Android user interface has gone through significant improvements in versions 3 (Honeycomb) and 4 (Ice Cream Sandwich) of the OS. The changes are focused on the support of larger displays and different tablet ergonomics. The version 3 of the OS (Honeycomb) only supports tablets, and was never released as an open source project. Changes introduced in this version were merged into the main branch in Android v4.x (Ice Cream Sandwich).

The Android Web browser is based on the WebKit open source engine, and is capable of rendering standard web pages. Google makes continuous improvements to the browser's JavaScript performance and HTML5 support. Applications can invoke HTML/CSS/JavaScript components, which are rendered using the Webkit browser engine.

Android version 2.2 introduced support for Adobe Flash, through a downloadable extension provided by Adobe.

Android application security builds on top of Linux's multi-user infrastructure. This infrastructure enforces the separation of third-party applications from the operating system, and from other applications.

Just as in iOS, at the OS level, each installed application runs as a separate 'user'. Application access rights are governed by the permissions of that user ID. Third-party applications run in a sandboxed environment where each application runs in a separate Linux process space and has access to a dedicated file system area. When the application needs to access sensitive API (e.g. contacts, location, SMS), the developer declares the need in the application package manifest. At the time of installation, the OS requests user permission to install the application with the required rights. If permission is granted by the user, the application is installed on the device with access to the API.

The OS typically comes pre-integrated with Google cloud services. This includes Google Search with voice, Google Maps, Gmail, Google Accounts, Picasa, etc. Applications can interface and invoke the functionality of these Google services as part of the application flow.

## Application development

The Android SDK is based on the popular Eclipse IDE, extended with a device emulator and Android-specific plug-ins. The plugins provide all the necessary tools to design, debug, optimize and deploy mobile applications for the platform.

Android uses a Java-based application framework for running third-party applications. The application framework uses a dialect of the Java language, but employs a unique application life-cycle model and system API. This makes Android incompatible with standard Java applications written for Java SE and ME (formerly Java SE and Java ME, respectively).

Android allows developers to embed components developed in C/C++ within Java applications. C/C+ development is done using Native Development Kit (NDK). NDK lets developers compile, build and package application components written in C/C++.

Android application frameworks are composed of multiple API groups, including web services based on the WebKit engine, 2D and 3D graphics, SQLite for structured data storage, mobile telephony,

Bluetooth, Wi-Fi, camera, location and sensors, and media support for common audio, video, and still image formats.

Android uses a novel application framework architecture that allows loose coupling of applications and services. This is based on the concept of Intents, which communicate the need to perform certain action (e.g. display a map). The Intent is forwarded by the OS to the most appropriate component that can service the request. The serving components can be easily replaced or reused.

Android applications can be installed from the Android Market. Alternatively, if the user explicitly allows "unknown sources" option, applications can be installed from other sources, such as from an email attachment, or downloaded file. Install from "unknown sources" is disabled by default, and must be explicitly allowed by the user.

The Android Market on-device client is the primary method of application discovery. The client also manages application updates. It displays notifications when updated versions of installed applications become available, and also lets the user set some applications to update automatically.

The Android Market web store is accessible using any web browser. It offers features such as device compatibility check and web-initiated download of apps (the user click an install button in the web browser, and the application is automatically downloaded to the Android handset registered for the user).

In July 2011, Google announced significant improvements to the Android Market client. These included better application discovery, as well as ability to purchase e-books and video (US only).

## Viewpoint

Google developed Android to ensure unrestricted mass-market access to Google services from mobile devices, in other words as a platform to bridge consumer eyeballs and Google ads.

Google monetizes Android indirectly. The wide proliferation of smartphones allows Google to increase turnover from its ad inventory by driving traffic to its online properties and tapping into new mobile-specific advertising use cases. For Google, Android is also a means to commoditise intermediary markets which stand in the way of eyeballs and ads, namely handsets, networks and browsers.

The Android ecosystem faces multiple patent threats from companies trying to slow down Android momentum. Apple challenges largest Android OEM, Samsung, and Microsoft imposes a patent tax on multiple Android OEMs. Google is expected to become more active in protecting the ecosystem using extensive patent portfolio it gained with the pending acquisition of Motorola Mobile Devices.

Unless Google fails to protect the ecosystem from patent attacks, the Android platform will continue its fast evolution, improving the user experience, expanding into tablets and developing support for connected TVs. Moreover, the growing number of Android-based smartphone and tablets will help Google to lock large parts of the mobile ecosystem into Google cloud services.

Mobile Platforms: The Clash of Ecosystems

# Bada

**bada**

Samsung Bada is a
proprietary mobile
application platform
developed by Samsung
for mid-range and low-
range smartphones. The
company announced the
platform on Nov. 10,
2009, and unveiled its

| Owner | Samsung |
|---|---|
| Launched | February 2010 |
| Devices sold since launch | 20 milion |
| Apps downloaded | N/A |
| Apps available | 15 thousand |
| Device price range | $144 to $527 USD (handsets) |

VisionMobile estimates, as of Q3, 2011. Device prices refer to unlocked models, pre-tax

first Bada-based product, the Wave S8500, at the Mobile World Congress, in February 2010.

In May 2010, Samsung released a beta version of the Bada SDK. It also launched the Bada Developer
Challenge, featuring prizes of US $2,700,000. Version 1.0 of the SDK was released in August 2010. The
Samsung Wave S8500, the first Bada-based phone, was released on June 1, 2010.

In February 2011, Samsung announced Bada 2.0. Bada 2.0 is expected to reach markets in second half
of 2011. Bada 2.0 introduces many API enhancements, including support for multitasking, NFC and the
WAC API.

## Positioning

Samsung Bada is positioned as a mobile application platform for mid- to low-end touch-screen
smartphones. The platform offers service-centric capabilities to applications, including content
management, location-based services, social networking and commerce services.

The current lineup of phones running Bada software includes models like the S8530 Wave II, S8500
Wave, S5250 Wave 525, S7230E Wave 723, S5330 Wave533, S5780 Wave 578, S5750 Wave575 and
S7250 Wave 725.

On the low end, we find the Samsung Wave 525, which is sold for $144. The Bada flagship is the
Samsung Wave II, which sells for $390 (unlocked models and pre-tax).

The platform is monetized indirectly by Samsung, through sales of mobile handsets running the OS.

## Ecosystem adoption

Samsung is the only company selling devices based on the platform. Our estimates place Bada
shipments between 9M and 14M units in the first five quarters following the platform's launch.

Current Samsung Wave designs use Samsung's own application processor: an S5PC110 application
processor integrating a 1 GHz ARM Cortex A8 core with a POWERVR SGX540 3D graphics engine.

Mobile Platforms: The Clash of Ecosystems

The Samsung Wave initially launched in Europe, on June 1, 2010. As of early 2011, it was being sold by operators in 80 countries. Samsung presents the platform as 'operator friendly.' It allows handset customization, and a share of revenues based on application sales.

Concurrent with the release of the Samsung Wave, Samsung opened its international Bada application store, Samsung Apps. In March 2011, Samsung Apps had approximately 13,000 applications, and had surpassed 100 million downloads. Samsung now reports a total of 40,000 items in the store, including wallpapers and ringtones. Samsung Apps is the only application store distributing Bada applications.

Some major publishers showed their support for the Bada platform at launch. These included Twitter, EA, Capcom, Gameloft, and Blockbuster. The platform and the Samsung App store offer to developers the possibility to sell their applications in a wide selection of global markets, based on the industry-standard 30/70 revenue share model.

Independent developers, however, have adopted a 'wait and see' approach to the platform. They are waiting for the platform to prove its monetization potential before making a significant investment.

## Technology foundation

Samsung Bada is built as a four-layer architecture comprising kernel, device, service, and framework layers.

The kernel layer can be the Linux kernel or a proprietary Samsung real-time OS derived from Samsung's internal SHP OS.

The device layer provides core device functions, including system and security management, the graphics and windowing system, data protocols and telephony, and audio-visual and multimedia management.

The service layer provides service-centric functions via application engines and web-service components interconnecting with the Bada Server.

According to copyright notices, the Samsung Wave S8500 software stack draws from the FreeBSD, NetBSD and OpenBSD projects.

The Samsung Bada UI framework supports multi-touch, an advance over earlier closed-OS (SHP-based) Samsung products. The platform integrates the WebKit web browser engine. Native C/C++ Bada applications can embed the Adobe Flash Player, WebKit browser, and map controls, creating "hybrid" apps that incorporate web app technologies into the application's interactive flow.

Samsung Bada includes a Social Hub application that delivers real-time updates, using "push" technology. It supports popular email services such as Hotmail, Gmail, Yahoo! mail and others, instant messaging, and social networking sites including Facebook, Twitter, MySpace and others.

Samsung phones that run Bada have the Samsung App client pre-installed. That allows the user to discover and purchase applications from the device. In addition, the application store allows access from a PC computer, so applications can be browsed and purchased using a larger screen.

Samsung Bada only allows installation of applications from the Samsung App store. The application package is subject to certification, and signed. The OS verifies the signature at install-time, and at run-

time. Samsung Bada security is based on permissions granted according to the developer membership status, i.e., Basic or Partner.

Privileges are granted based on a mechanisms controlling application access to sensitive API and system resources. There are three privilege levels for API and resources: Non-privileged, Normal and System. The System privilege level is only available to developers having Partner membership status. Application privileges are declared by the developer in the manifest file, verified at the time of the application certification and are checked by the service layer at runtime.

## Application development

Samsung Bada application development is based on C++. The framework layer C++ API consists of an application framework, and functions exported by the underlying layers.

There are two application types: Base applications are stored in the ROM, and cannot be removed, while Bada applications are installable and removable via the Application Manager.

Samsung Bada is designed as a service-centric platform. It incorporates various online service enablers supported by back-end Bada servers that are run by Samsung. The service enablers are exposed to developers through an open API. Social networking applications can manage user profiles, including buddy information for application users, and can integrate users on most popular social networking services. Content management applications can store and search contents on devices and servers. Location applications can use landmark stores, maps, and geocoding services. Commerce applications can sell products, such as game items in applications.

Multiple device resolutions are supported by the auto-scaling feature. Auto-scaling avoids having to rewrite applications for different screen sizes. As long as the application base resolution and the target device resolution have the same aspect ratio, the UI is automatically scaled up or down to match the target device resolution.

Bada provides multiple UI widgets for application developers, including such UI controls as listbox, colour picker, tab, etc. The UI supports multi-touch pinch-to-zoom, as well as cut, copy, and paste.

Version 2.0 of the platform will introduce multi-tasking, 3D audio based on OpenAL API, NFC, WiFi-Direct, HTML5, support for 80+ WAC APIs, speech recognition, as well as a new SDK for Linux and Mac and a faster simulator.

Samsung Bada native applications are developed in C++ with the Bada SDK, and the Eclipse based IDE. GNU-based tool chains are used for building and debugging applications on ARM processors. The IDE also contains UI Builder, with allows developers to design the app interface by dragging and dropping UI controls into forms. For testing and debugging, the IDE includes a phone simulator.

The platform also supports development with Flash Lite and web technologies (HTML, CSS, JavaScript).

Mobile Platforms: The Clash of Ecosystems

## Viewpoint

Samsung is close to capturing global mobile device leadership from Nokia in terms of unit sales. The company maintains a broad portfolio of devices aimed at different user segments and geographies.

The introduction of Bada is Samsung's attempt to create differentiation around its mid- and low-tier touch-screen products, and create barriers to entry for lower-cost device makers. Bada is also a strategic means for Samsung to sustain its negotiation position towards Google and Microsoft when discussing use, price and support for these platforms.

Although Samsung put significant resources in promoting Bada in Western Europe, Bada will remain focused on markets where iOS and Android have not yet gained strong positions, i.e., such countries as India, South Asia and Russia.

Long term, we believe Bada will succeed more as a negotiating card for Samsung towards Google and Microsoft, rather than a viable platform or application ecosystem.

Mobile Platforms: The Clash of Ecosystems

## BlackBerry OS

**BlackBerry**

BlackBerry OS evolved over several generations. It traces its origins to the BlackBerry 850 device introduced by RIM in 1999. BlackBerry 850 was a two-way pager that used the DataTrac data network. In 2002, RIM introduced its second generation of

| Owner | Research in Motion |
|---|---|
| Launched | March 2002 (smartphones) |
| Devices sold since launch | 165 milion |
| Apps downloaded | 1 billion |
| Apps available | 35 thousand |
| Device price range | $344 to $783 USD (handsets)<br>$445 to $812 USD (tablets) |

VisionMobile estimates, as of Q3, 2011. Device prices refer to unlocked models, pre-tax

devices, which were more reminiscent of modern smartphones. These devices had physical QWERTY keyboards and supported push e-mail, mobile telephone, text messaging, Internet faxing and basic web browsing.

BlackBerry devices found their initial market success in providing a solution for enterprise mobile email. In recent years, BlackBerry expanded into the consumer segment, providing messaging solutions for text-addicted users. In 2009, RIM reported that more than 50% of its subscribers are consumers, and 80% of the additions to the subscriber base are coming from the consumer (non-enterprise) sector.

The latest versions of BlackBerry OS combine traditionally strong support for messaging functions (email, SMS, instant messenger) with support for personal information management (calendar, contacts), multimedia, location services, downloadable applications, access to enterprise data systems and Internet services. BlackBerry OS version 6 supports universal search, and features an embedded YouTube application, a Social Feeds application, and a full-featured browser based on the open-source WebKit engine.

Despite the wide success of the BlackBerry platform, it is widely accepted that the OS is outdated, making it difficult for RIM to compete with products based on the much more advanced iOS and Android. In an effort to modernise its handset platform, in April 2010, RIM announced the acquisition of QNX Software Systems from Harman International. QNX Software Systems is a long-time maker of the QNX operating system, used in embedded applications, including in-car infotainment systems. In October 2011, RIM announced its next generation BBX platform, which is based on QNX OS. BBX is expected to replace the legacy BlackBerry OS in future smartphone and tablet models made by RIM.

BlackBerry OS and BBX are proprietary to RIM, and are not licensed to third parties. RIM is expected to continue following the path of basing its products on a proprietary OS.

Mobile Platforms: The Clash of Ecosystems

## Positioning

Similar to Apple, RIM follows an integrated approach in designing BlackBerry products: RIM makes the devices, the operating system, and the embedded applications. RIM also makes messaging servers, and operates the service infrastructure for its messaging and location-based services.

RIM sells a wide selection of device models at different price points. The two main targeted product segments are:

- Enterprise messaging services, where in addition to BlackBerry devices RIM sells BES messaging servers

- Consumer email, text and instant messaging (BBM) services operated by RIM

Most RIM BlackBerry devices fall into the category of midrange smartphones. In April 2011, RIM launched its first tablet, the BlackBerry Playbook, aimed at the enterprise market.

At the time this report was written, BlackBerry devices sold for between $140, for the entry-level BlackBerry Pearl 8100, and $700, for the high-end BlackBerry Bold 9900 and BlackBerry Torch 9850 touch-screen model (all prices are for unlocked models, pre-tax).

RIM derives its revenue from multiple sources: sales of BlackBerry devices, revenue share on the service subscription with network operators, and selling BES licenses to enterprises.

## Ecosystem adoption

BlackBerry OS is used solely by RIM in BlackBerry devices, and is not licensable to other OEMs.

As of September 2011, RIM's subscriber base exceeds 70M BlackBerry users worldwide, growing at 40% year-over-year. RIM sold 10.6M BlackBerry devices in the quarter that ended August 27, 2011. The company's revenue in this quarter was $4.2B, 73% of which came from hardware, and 24% from services. Quarterly net income was $329M.

The majority of BlackBerry sales come from the North American market, with traditionally strong support for BlackBerry by one of the leading US carriers, Verizon Wireless.

In the US, BlackBerry is traditionally strong in the enterprise market. In Western Europe, (particularly UK and France), the Gulf, Latin America and the Pacific, RIM BlackBerry found success among text-addicted consumer users (from teens to 30s), who use the platform for socializing. The strong adoption by consumer users is due in part to the successful integration of Facebook and BlackBerry Messenger (BBM). BBM is exclusive to BlackBerry OS and is only available on RIM devices.

BlackBerry OS enjoys a wide and well-developed operator ecosystem. Over 335 operators in 130 countries sell BlackBerry devices and services.

The relatively low price of entry-level BlackBerry models places these devices in the range of products sold for pre-paid subscribers. For example, Carphone Warehouse in UK sells a range of pre-paid BlackBerry models.

Mobile Platforms: The Clash of Ecosystems

Operators are generally positive toward BlackBerry devices, and actively promote RIM products. This is due to the additional service revenue generated by BlackBerry subscribers, which increases the operators' ARPU metrics.

As of September, 2011, BlackBerry App World, the official application store for the platform, contained over 35,000 applications. Although BlackBerry App World has far fewer applications than iOS and Android, the BlackBerry application portfolio offers a fair selection of utilities, games and cloud-based applications.

BlackBerry App World does support paid applications. However, BlackBerry applications are typically priced higher than applications in Apple's App Store or the Android Market. Furthermore, monetizing Blackberry applications can be challenging, due to the relatively poor usability of the App World client, and the client's lack of availability for a large number of legacy devices.

Development of Enterprise BlackBerry applications is known to be more difficult and time-consuming than development on iOS and Android. This is due to a less capable application framework, inconsistent connectivity API, and significant fragmentation between device models and OS versions. VisionMobile's 2011 Developer Economics report indicated Blackberry as the third most fragmented platform, after Symbian and Java ME.

## Technology foundations

BlackBerry OS is a proprietary operating system.  In current models, it runs on ARM11-based application processors from Qualcomm and Marvell.

BlackBerry OS supports the following:

* Push email, which can be integrated with enterprise messaging systems like Microsoft Exchange, IBM Lotus Notes, and Novell Groupwise

* Personal information manager (PIM), including address book, calendar and to-do list, which can be synchronized with enterprise collaboration systems

* Office compatibility suite supporting Microsoft Office file format for documents, spreadsheets and presentations. Office compatibility suite was developed by DataWiz, which was acquired by RIM in September 2010.

* BlackBerry Messenger — instant messaging integrated with unique BlackBerry identity (PIN)

* Unified messaging application aggregating push notifications from multiple applications, including third party applications

* Phone dialer supporting integration with enterprise PBX systems

* Media player supporting video and music playback

* Video and picture capture

* Extensive support for device policies, allowing enterprise IT to manage devices and protect the data residing on the device

* Internet-based services, including Facebook and YouTube

Mobile Platforms: The Clash of Ecosystems

- WiFi networking

- Multitasking

- Location services with navigation capabilities

Recent BlackBerry devices have a pre-installed App World client. The client allows discovery and purchasing of applications. The applications can be updated from the client, or using a PC-based utility.

BlackBerry OS is designed to meet stringent enterprise security requirements. It affords control over what applications may be installed on a device, and what data and device capabilities applications may access.

Many application control settings can be managed by end-users. If the user is connected to a BlackBerry Enterprise Server, the IT administrator may establish network-wide policies. Controls and policies establish whether applications can make network connections, play media and access the BlackBerry Calendar.

The BlackBerry user interface is designed to support efficient messaging, with a wide array of messaging features. Most models have a physical QWERTY keyboard and track-ball, and are optimized for one-handed operation. RIM's attempts to reproduce the effectiveness of the user interface on touch-screen devices have met with moderate success.

In 2009, RIM acquired Torch Mobile, which specializes in WebKit development. Starting from BlackBerry 6 OS, the operating system provides a full-featured web browser based on WebKit open-source engine. The browser supports HTML5 extensions, including storage, location and multi-threading.

In order to reduce the amount of transmitted data and minimize power consumption, the BlackBerry browser works with a network-based proxy server. The proxy server aggregates information from multiple Web servers, repackages and compresses the contents before sending it to the device.

In September 2010, RIM announced the introduction of the Playbook tablet, based on the QNX OS. The tablet is designed as a companion device for BlackBerry smartphones, and employs device-sharing capabilities originally developed for QNX-based in-car infotainment systems.

In October 2011, RIM announced plans to replace its legacy BlackBerry OS in smartphones with a more modern BBX platform based on QNX OS.


## Application development

BlackBerry OS offers developers multiple options for application development, including Java and web development.

BlackBerry OS provides a Java-based application development framework based on the J2ME MIDP 2 specification. RIM extended the framework with proprietary APIs that built-in applications can use: background threads with server push; communication with Bluetooth peripherals; multimedia capable of audio playback, recording and RTSP streaming, as well as video playback and streaming; location-

Mobile Platforms: The Clash of Ecosystems

based services; access to PIM data, UI widgets, layouts and transitions; cryptography and security functions with PKI and elliptic curve support.

The Java-based application framework provides an API for discovery of device capabilities, including cradle, physical keyboard, virtual keyboard, rotation capability and touch-click capability.

BlackBerry Mobile Data System (MDS) is a flexible framework for application development that enterprises can use to add and manage applications. The OS supports discovery and discovery policies for MDS applications in an enterprise environment.

BlackBerry Java applications can be developed and debugged using an Eclipse-based IDE and the BlackBerry Java Plug-in for Eclipse. The latter provides tools to create, debug, optimize and localize Java applications.

The BlackBerry Java Development Environment (BlackBerry JDE) provides similar capabilities, but is a legacy, standalone development environment. Both SDKs include BlackBerry Smartphone Simulators that enable developers to test applications without the need for a physical device.

Installable web applications can be developed using the Widget Development Architecture. BlackBerry widgets are standalone web applications that use HTML, CSS and JavaScript, along with the Blackberry widget APIs. The widget APIs provide device-specific information, and access to on-device data stores such as the SD Card file system, SQLite database, UI widgets, and secure remote servers.

The BlackBerry Widget SDK consists of the Widget Packager for packaging web assets into installable BlackBerry Widget format, BlackBerry Smartphone Simulator, HTTP Proxy to simulate BlackBerry email, documentation and code samples. Widget development can be done using the widely used Eclipse or Microsoft Visual Studio IDEs, extended with a BlackBerry Web Plugin.

## Viewpoint

The traditional BlackBerry strengths have been diminishing in importance, as the market reacts to the success of iOS and Android.

RIM faces increasing competition in both the fast-growing consumer segment and its core-strength enterprise markets. Apple's iPhone and iPad products are extremely successful in the consumer market, and have gained popularity in the enterprise, especially with the iPad tablet. Android is also showing strong growth. Android-based smartphones overtook BlackBerry in Q2, 2010, in terms of the number of devices sold per quarter in the US market. Moreover, there are multiple reports of decreasing satisfaction levels by current BlackBerry users. Such reports hint at the possibility users could migrate to competing platforms.

In order to maintain its leading position and financial results, RIM must keep increasing device shipment volume without compromising its gross margins.

RIM is slow to respond to the challenges posed by the competition. Attempts to introduce a touch-screen device (BlackBerry Storm, Storm 2 and Torch models) were largely disappointing. New devices with physical keyboards are basically variations on the same product concept, lacking the

 Mobile Platforms: The Clash of Ecosystems

significant innovation needed to restore BlackBerry's differentiation. The much-anticipated PlayBook tablet failed to impress, and showed dismal sales.

RIM is torn between two very different market segments: enterprise mobile messaging, and text-addicted consumers. Amidst troubling signs for RIM's future, the company needs to reconcile its dual personality. Unless RIM creates separate product experiences for business users and consumers, it will continue to struggle in the face of competition from Apple and Android-based OEM.

Investors are pushing RIM towards a radical strategic restructuring. However, such transitions can be lengthy and painful. It is not clear that investors will have patience to wait for the new platform strategy to bear full fruit.

Mobile Platforms: The Clash of Ecosystems

## BREW MP



The original BREW platform was introduced in September 2001, and was deployed mainly by mobile operators in US CDMA markets.

| | |
|---|---|
| Owner | Qualcomm |
| Launched | September 2001 |
| Devices sold since launch | 725 milion (250 million BREW-enabled) |
| Apps downloaded | N/A |
| Apps available | 18 thousand |
| Device price range | $139 to $399 USD (handsets) |

VisionMobile estimates, as of Q3, 2011. Device prices refer to unlocked models, pre-tax

The BREW platform consists of an application runtime and an end-to-end software distribution system. It enables developers and mobile operators to deploy and monetize applications to BREW-enabled handsets. BREW stands for Binary Runtime Environment for Wireless.

The platform was developed and is entirely owned by Qualcomm. Qualcomm owns the services platform, content download infrastructure, content provisioning and content partnerships.

BREW MP is the latest evolution of Qualcomm's proprietary application platform. It was officially announced January 2010 and officially replaces BREW, which is now in maintenance mode. The BREW MP 1.0 SDK became available in July 2010.

In March 2010, HTC announced budget smartphones based on BREW MP. In July 2010, Verizon Wireless restated its commitment to BREW and BREW MP.

As reported by Qualcomm, earnings by BREW publishers and developers exceed the $1B mark back in 2007. BREW MP development is supported by several Qualcomm software teams. The overall number of people involved in BREW MP development is estimated at 400-500 people.

In October 2010, Qualcomm acquired iSkoot, which specializes in enabling mobile access to Internet services such as social networks, consumer email, and IM products. It is expected that iSkoot technology will be integrated with BREW MP, adding Internet service capabilities to the platform.

### Positioning

Qualcomm BREW provides a vertically integrated solution for developing, distributing and monetizing applications on handsets based on the company's chipsets. The solution includes compatible chipsets, device runtime, application delivery servers, as well as application catalogue accompanied by application vetting and authorization services.

The solution is aimed at feature-phones and low-end smartphones. It is supported on a wide range of chipsets, from single processor core (MSM6xxx series) to dual processor core (MSM7xxx) chipsets to high-performance QSD8xxx Snapdragon chipsets.

Mobile Platforms: The Clash of Ecosystems

As of June 2011, the INQ Chat 3G handset based on BREW was available for US $162. The higher-end HTC F5151 Freestyle was offered for $399.99.

BREW and BREW MP are monetized indirectly, by driving sales and increasing the competitiveness of Qualcomm's chipset offering. BREW and BREW MP are provided for free to licensees of Qualcomm's chipsets.

## Ecosystem adoption

As of October 2011, Qualcomm reported that over 70 device OEMs had made over 1,400 handset models supporting BREW. The list includes HTC, ZTE, LG, Samsung, INQ Mobile, and Pantech. Qualcomm reports that the global installed base of BREW-enabled devices is over 250 Million.

BREW-enabled handsets can run third-party applications and access a catalogue of ready-available applications. Qualcomm reports that as of Q1, 2010, about 18,000 applications were available for the BREW platform, excluding ringtones and screen savers.

BREW is traditionally strong in the US, and was subsequently deployed in Latin America, China, India and Asia Pacific. Qualcomm reported that as of June 2010, over 45 mobile operators around the globe support BREW in their offerings.

The BREW operator ecosystem originally formed around CDMA carriers, but Qualcomm has actively pursued GSM/UMST operators, albeit with limited success. AT&T has released a series of BREW-based handsets aimed at messaging, like the HTC Freestyle (released February 2011) and the Pantech Pursuit II (released July 2011).

As of June, 2010, Qualcomm reports over $3B+ in cumulative developer earnings over nine years. This has benefited mostly established software houses, although BREW is much less appropriate for small independent developers.

Developers are overall dissatisfied with the overall cost of taking a BREW application to market. The costs include charges to get the SDK and associated development tools, as well as charges for testing and submitting applications to the application store managed by Qualcomm. In our Developer Economics 2011 survey, 28% of developers using BREW are planning to abandon the platform.

Each application must pass through two acceptance gates, i.e., both Qualcomm certification, which is very stringent, and individual operator certification, with operator certification requirements varying widely.

The complex and expensive certification process is perceived as an advantage at times by established software developers. Difficulties associated with testing and development costs create a high barrier to entry for developers with low budgets and little time, resulting in less market dilution.

AT&T's BREW program has attempted to address these challenges by lowering certification costs from $500 to $100, and cutting application time-to-market by half, it claims.

BREW applications are available through the BREW Delivery System, which offers operator in-network and Qualcomm-hosted deployment options. BREW managed services is a turnkey solution that provides a Qualcomm-hosted shared catalogue for operators without any dedicated staff for the BREW service.

Mobile Platforms: The Clash of Ecosystems

## Technology foundations

The BREW platform is based on a proprietary Qualcomm operating system called AMSS or REX. The middleware includes APIs for functions as connectivity, databases, languages, media, networking, security, telephony and UI. BREW by itself provides a set of enablers for building UI, but does not contain the UI itself.

BREW is focused on feature-phones and low-cost smartphones, and is not directly suitable for other device types, such as tablets and connected TVs.

BREW by itself does not provide embedded applications – these need to be developed by the handset maker or licensed separately. For example the Opera Web browser is pre-integrated with the platform, but is not part of the platform.

BREW third-party applications are discovered using operator-branded operator stores or on-device client (depending on the model).

Most of the BREW application development is done using C/C++, though Java or Flash Lite can be supported as well.

## Viewpoint

By developing BREW, Qualcomm aims at increasing sales of its chipset designs and improving their competitiveness, especially towards low-cost chipset competitors such as Mediatek.

With new versions of the platform (BREW MP), Qualcomm pushed to increase completeness, with the aim of reducing time-to-market and development cost for BREW MP designs. It partnered with third party vendors to pre-integrate additional software components, such as web browsers, messaging software and navigation solutions - more than 25 companies to date)

Although BREW devices are still shipping, there are indications from both OEM and operators that the platform is close to its expiry date. BREW's main advantage was its ability to run on low-cost chipsets. As "smart" devices are increasingly associated with touch-screen UIs, this advantage becomes less important, in comparison to the high BOM (bill of materials) cost of a large display and touch-screen components.

Moreover, Qualcomm has not been able to modernise its decade-old application platform and streamline the certification and go-to-market route following the standards set by Apple, Google and Microsoft. As such the BREW MP platform has been decaying for the last year in terms of both developer mindshare and OEM adoption.

Since Android and Windows Phone 7 are much more effective in driving Qualcomm chipset sales that BREW, we see the vendor soon discontinuing BREW platform development.

© VisionMobile 2011 | www.visionmobile.com

Mobile Platforms: The Clash of Ecosystems

# iOS



iOS is a proprietary platform owned by Apple, Inc. The platform is not licensed to third-party device makers, and can be found only on devices designed and sold by Apple.

Apple announced iPhone, the first device based on the platform,

| | |
|---|---|
| Owner | Apple |
| Launched | January 9, 2007 |
| Devices sold since launch | 146 milion |
| Apps downloaded | 18 billion |
| Apps available | 500 thousand |
| Device price range | $231 to $1,382 USD (handsets) $499 to $999 USD (tablets) |

VisionMobile estimates, as of Q3, 2011. Device prices refer to unlocked models, pre-tax

in January, 2007, at the MacWorld Conference & Expo. Initially the platform was called "iPhone OS," but it was renamed to iOS with the introduction of iPad tablet in January 2010. iOS is a key factor in the unprecedented success Apple has enjoyed with iconic iPhone, iPod Touch and iPad products.

iOS provides a full application platform "value-stack" for mobile and portable products. The iOS stack includes the operating system itself, comprehensive middleware, an application framework, web services framework and application store, as well as integration with iTunes content delivery services and iCloud on-line services (announced in June, 2011).

Apple makes most of its revenues and profits selling iPhone, iPad and iPod devices at a premium price. The unprecedented success of these products helped Apple become the world's second-richest public company, behind only Exxon Mobil. Apple reported in October 2011, that the company earned $6.6B in Q4, FY2011, on revenues of over $28B. Including short- and long-term marketable securities, it has to date amassed "cash" reserves of more than $81 Billion (US).

## Positioning

Current iOS versions target high-end mobile and portable devices, with strong emphasis on multimedia and gaming. The price range for devices running iOS starts at the low end, with iPod Touch portable media players, and extends to iPad tablet computers at the high-end.

iOS is monetized by Apple indirectly by being pre-installed on Apple iPod Touch, iPhone and iPad devices, and included in the device price. Platform updates are provided by Apple with no additional charge to existing users. Advanced functionality and the premium user experience provided by the platform allow Apple to sell iPod touch, iPhone and iPad devices at a significant premium.

As of October, 2011, the least expensive iPod Touch (4th Generation) has 8GB of storage retails for $230. The iPad 2 with most expensive configuration, supporting Wi-Fi, 3G and having 64GB of storage, is sold by Apple for $999.99. *

Mobile Platforms: The Clash of Ecosystems

## Ecosystem adoption

As of October 2011, (fiscal Q4, 2011), Apple has sold 250M iOS units since the launch of the first iPhone in 2007.

Apple's iPhone smartphone is sold by many operators around the world. Until February, 2011, AT&T enjoyed an exclusivity agreement with Apple in the US, and was the only US mobile operator to offer the device. In February, 2011, Apple introduced iPhone 4 versions supporting CDMA networks, and offered by Verizon Wireless.

In other countries (e.g. France), regulators prevented such exclusivity agreements, and the iPhone was offered by multiple operators.

Operator subsidies boosted iPhone penetration in markets dominated by post-paid subscriptions. Operators typically subsidize the iPhone in order to increase ARPU (average revenue per user), taking a hit on device costs in order to sell customers into higher-priced, longer-term subscription plans and data packages.

Despite the high ARPUs generated by iPhone sales, network operators express mixed attitudes towards Apple. The Californian consumer electronics company has been very stringent in blocking any attempts by operators to customize or co-brand Apple devices. This limits the differentiation opportunities for operators, and increases the subsidies that operators have to spend in order to attract users to their voice and data plans.

Apple has established a golden standard in building a large and thriving developer ecosystem around iOS. As of October 2011, there are over 500,000 apps available in the Apple App Store.

iOS developers are generally very positive about the platform, praising the ease of creating compelling applications. They also praise iOS's user demographics: the iPhone has attracted an affluent group of users that tends to be favourably inclined toward purchasing applications.

The Apple App Store is the only official store where iPod/iPhone/iPad users can buy apps. The store supports iTunes-based billing, with a 70 percent revenue share for developers.

Some independent developers achieved multi-million dollar revenues by selling their software in the Apple App Store. However, aside from a relatively small number of success stories, it is difficult for a new application to rise above the noise, gain user popularity and achieve significant revenues.

## Technology foundations

iOS is based on a scaled-down version of MAC OS X, the operating system used by Apple in its personal computers. Compared to Mac OS X, iOS is optimized for touch-screen user interfaces, ARM-based processors and hardware configurations lacking hard disks and physical swap partitions.

iOS is a UNIX-like operating system that, like Mac OS X, was derived in part from BSD Unix. Like Mac OS X, iOS uses a "hybrid" kernel combining elements of both microkernels and monolithic kernels. As with microkernels, device drivers run in userspace. As with monolithic kernels, though, core OS

Mobile Platforms: The Clash of Ecosystems

features like the networking stack, process model and users/groups security model run in kernel space. Apple distributes open source portions of the kernel and OS via the Darwin project that it sponsors.

The iOS operating system offers a rich set of middleware components, including multimedia, 3D graphics, networking, web services, UI and more. The middleware functionality is exposed to application developers via a rich set of public APIs, allowing the creation of engaging applications and games.

Devices running iOS come preloaded with an extensive set of applications, including:

- A phone dialler and SMS app (iPhone-only)
- Email, contacts and calendar applications
- iPod media player with iTunes integration
- Apps Store for buying and installing applications
- YouTube and Google Maps applications for using Google cloud services
- The Safari Web browser

The iOS user interface is based on direct manipulation of 3D screen objects using touch controls, together with touch and multi-touch. The gestures include swiping, tapping, pinching, and reverse pinching.  There is single application window visible to users at any given time. The foreground application takes the full area of the display.

The OS supports the use of device accelerometer sensors to create additional UI functionality. For instance, rotating the device can switch the display from portrait to landscape mode.

iOS has succeeded on several different form-factors: from iPhone/iPod Touch devices with  4.5-inch displays, to iPad having larger 9.56-inch displays.

The Safari Web browser in iOS is based on WebKit, an open source browser engine. It is capable of rendering standard web pages. Safari has best-in-class support for HTML5 extensions. Adobe Flash is not supported on iOS.

Native iOS applications can invoke WebView screens defined using HTML5/CSS/Javascript. Such screens are rendered by the same WebKit engine underlying the Safari browser.

With the introduction of iCloud and iOS 5, Apple began addressing a platform weakness — the dependency of iOS devices on PCs for device activation and synchronization.

iCloud online services, announced in June, 2011, support storing music, photos, apps, calendars and documents on remote servers managed by Apple. Any changes to the information are wirelessly pushed to all devices registered for that user.


## Application development

iOS applications are developed using proprietary Apple tools available only for Apple Mac OS computers. The tools are based on the same "XCode" development suite used to build Mac OS applications.

Mobile Platforms: The Clash of Ecosystems

The iOS application framework allows developers to access platform functionality using a rich set of APIs (application programming interfaces). The iOS APIs are organized in the following layers:

- Cocoa Touch

- Media

- Core Services

- Core OS

Core OS and Core Services layers contain the fundamental interfaces for iOS, including those used for accessing files, low-level data types, Bonjour services, network sockets, and others. These interfaces are mostly written in the C language, and include API groups such as Core Foundation, CFNetwork, SQLite, and access to POSIX threads and UNIX sockets, among others.

The Media layer provides API for graphics, audio, and video functionality of the device used for multimedia applications.

The high-level frameworks in the Cocoa Touch layer mostly use the Objective-C language. The Foundation framework provides object-oriented support for collections, file management, network operations, and more. The UIKit framework, which is part of this layer provides the visual infrastructure for the application, including classes for windows, views, controls, and the controllers that manage those objects. Other frameworks at this level give access to the user's contact and photo information and to the accelerometers and other hardware features of the device.

The OS supports Bonjour zero-configuration networking architecture for publishing and discovering services on an IP network on the same LAN.

iOS application security leverages UNIX-based, multi-user infrastructure for separation between applications and the OS itself.  At the OS level, each installed application runs as a separate 'user,' and the application access rights are governed by the permissions granted to the corresponding user ID.

Third-party iOS applications run in a sandboxed environment. Each application runs in a separate UNIX process with restricted permissions, and has access to a dedicated file system area. If the application attempts to access a sensitive API (e.g. contacts), the OS requests user permission. If it is granted, the application gains access to the API.

iOS only allows applications be installed from Apple App Store. The application package is signed and the signature verified during installation and at run-time.

Each iOS device comes with a pre-installed App Store client, allowing users to discover and purchase applications while using their device.

Each application undergoes App Store certification before appearing in Apple App Store. An on-device client checks for updated versions of installed applications, and notifies the user when updates are available.

Mobile Platforms: The Clash of Ecosystems

## Viewpoint

Since its launch in 2007, Apple's iOS has emerged as one of the most successful mobile platforms, acting as a benchmark for its competitors. It combines strong technical foundations, unique product experience, and a sophisticated application platform strategy.

iOS software will continue to be central to the unique product experiences characteristic of Apple products. These unique product experiences are the key factor allowing Apple to sell its products at premium prices.

Apple's platform strategy has created a strong application ecosystem around iOS, which facilitates user lock-in and drives platform expansion, based on both strong network effects between users and developers, and strong production economics from very few product SKUs.

Apple operates as a vertically integrated company, where it controls the end-to-end product experience, from hardware design, to operating system, services and content. This integrated model allowed Apple to create new markets and change the basis of competition in the existing markets.

It would take a complete reversal of the rules of the game to challenge Apple iOS's leadership position. However, such reversals are not unheard of, in the fast-moving mobile industry, as shown by Nokia's downfall since its 2007 glory days

Mobile Platforms: The Clash of Ecosystems

# Windows Phone



Windows Phone 7 is a new mobile platform by Microsoft. It represents a radical departure from Microsoft's earlier platform, Windows Mobile OS.

Windows Phone 7 was first announced in February 2010, at Mobile World Congress

| Owner | Microsoft |
|---|---|
| Launched | February 15, 2010 |
| Devices sold since launch | 10 milion |
| Apps downloaded | N/A |
| Apps available | 30 thousand |
| Device price range | $266 to $727 USD (handsets) |

VisionMobile estimates, as of Q3, 2011. Device prices refer to unlocked models, pre-tax

in Barcelona. Several tier-1 mobile operators took part in the announcement, including AT&T, Deutsche Telekom, Orange, SFR, Sprint, Telecom Italia, Telefónica/O2, Telstra, T-Mobile USA, Verizon Wireless and Vodafone.

Microsoft began development of its mobile products back in 1998, with the first device introduced to the market in April 2000, under the name of 'Pocket PC 2000". The platform evolved and eventually became the Windows Mobile operating system. It was traditionally viewed by Microsoft as a companion product line for its core Windows and Office products. Until the introduction of Android, Windows Mobile was the primary open licensable operating system for smartphones.

Microsoft began working on the new Windows Phone mobile platform at the end of 2008, when it became apparent that the legacy Windows Mobile OS could not compete with the more modern iOS and Android platforms. The project started from scratch, building on designs of the Zune HD portable media player, the Silverlight UI engine and the Xbox gaming console.

In February 2011, Microsoft and Nokia announced an extensive partnership. The deal calls for Nokia to base its future smartphone devices exclusively on Windows Phone.

Similar to other Microsoft software products, Windows Phone 7 is proprietary to Microsoft and available under a "closed source" model. The rights to the operating system are owned by Microsoft. There is no backwards compatibility with Windows Mobile: legacy applications developed for Windows Mobile will not work on Windows Phone 7.

## Positioning

Windows Phone 7 offers a complete value stack. The stack includes the core operating system, an extensive set of built-in applications, application store, and integration with Microsoft's rich set of on-line services. Phone 7 is also accompanied by suite of sophisticated development tools.

Mobile Platforms: The Clash of Ecosystems

Initial versions of Phone 7 targeted the high-end smartphone market dominated by iPhone and high-end Android models. The platform called for a WVGA (800x480) touch-screen, 1GHz ARM-based application processor, a GPU with Direct X hardware acceleration, a large amount of memory, WiFi, sensors, GPS and an optional physical keyboard. A subsequent update (Mango) brought the platform down-market, relaxing CPU requirements to a minimum of 800MHz.

In the end of October 2011, an unlocked HTC Titan Windows Phone 7.5 was selling for $675, while on the low end a Dell Venue Pro Windows Phone 7 could be had for $265 (unlocked models, pre-tax).

Microsoft monetizes Windows Phone 7 through a combination of a licensing fee and indirect revenue streams from its Windows, Office and Xbox product lines.

The direct licensing fee has not been publicized by Microsoft, and varies from OEM to OEM. An estimate of the fee places it at $8-$10 per handset, i.e., in the lower range of previous licensing fees Microsoft was reportedly charging for Windows Mobile ($8-$15). Based on information from Microsoft, the license includes patent litigation protection by Microsoft.

## Ecosystem adoption

The initial launch of the Windows Phone 7 platform, in October 2010, was supported by HTC (four models), Samsung (two models), LG (two models) and Dell (one model). All these OEMs are also making Android-based models.

Additional OEMs reported to be working on Windows Phone 7 models include Sony Ericsson and Asus.

At the platform's launch, handsets running Windows Phone 7 software were available in the Americas (USA, Canada, and Mexico), Western Europe (France, UK, Germany, and Spain) and Asia Pacific (Singapore and Australia).

Besides Android, Windows Phone 7 is the only mainstream alternative to OEMs for producing high-end touch-screen smartphones with a competitive app ecosystem. Compared with Android, Windows Phone 7 offers two main advantages for the OEMs: less effort in software development, and patent infringement indemnification.

Windows Phone 7 smartphones all have very similar hardware specs. They are based on Qualcomm QSD8250 (1GHz), QSD8650 (1.3GHz) or MSM7x30 (0.8-1GHz, Mango version) chipsets integrating the "Snapdragon: application processor. Window Phone 7 is pre-optimized for these chipsets, leaving little work for the OEMs besides software integration.

Microsoft tightly controls the user experience of Windows Phone 7 handsets. OEM are limited in ways they can customize devices. The only possibility for OEM to differentiate is to pre-install limited set of add-on applications on the device. Changes the OS functionality and UI are not allowed. Compared to Android, this significantly limits the ability for OEM differentiation.

Windows Phone 7 was met with a positive reception from mobile operators. At the initial launch, the platform was available from 30 mobile operators around the world, including the Americas (AT&T, T-Mobile USA, TELUS Canada, América Móvil Mexico), Western Europe (O2 UK and Germany, Orange France and UK, SFR France, Movistar Spain, Deutsche Telekom Germany, Vodafone UK, Germany and Spain) and Asia Pacific (SingTel Singapore, Telstra Australia, Vodafone Australia).

© VisionMobile 2011 | www.visionmobile.com

Mobile Platforms: The Clash of Ecosystems

Operators are looking at Windows Phone 7 as a possible source of differentiation to compensate against the extraordinary strength and closeness of Apple's iPhone brand. Operators expect that Microsoft will bear most promotional costs for the new platform. This compares favourably with Android, as Google makes little effort to promote the Android brand to consumers.

The far-reaching partnership between Nokia and Microsoft that was announced In February 2011, is expected to bolster the position of the platform. Nokia's device design expertise and distribution reach has the potential to significantly accelerate adoption of the Windows Phone platform.

Microsoft targeted PC and Xbox developers when designing Windows Phone 7. These developers can use the same tools, languages and API frameworks as on their respective platforms.

At the BUILD conference in September 2011, Microsoft reported there were 50,000 registered Windows Phone 7 developers, while the Windows Phone Marketplace had over 30,000 applications.

The platform was met with considerable enthusiasm from developers currently developing for other Microsoft platforms, using the .NET and XNA frameworks. Active development of apps began before availability of real hardware. The Windows Phone SDK Beta was downloaded 200,000 times in its first two days of general availability.

Naturally, mobile developers currently developing for iOS and Android are more sceptical about the platform.

Windows Phone Marketplace is the only channel for application distribution for Windows Phone 7. Microsoft manages the application vetting and approval process, according to a published set of policies (e.g., PG-13). It allows developers the industry-standard 70% revenue share.

Microsoft is acting aggressively to attract developers to the platform. The company leverages its established network of software development and training partners to educate potential developers and provide them with code and tools for the platform.

Developers of popular titles for iOS and Android were actively persuaded by Microsoft to release versions of their apps for Windows Phone. In some cases Microsoft covered the development costs (e.g. Foursquare).

In an unusual step, LG and Microsoft teamed up to provide free applications. Via the LG Application Store, accessible from LG Windows Phone 7 models, they will allow free downloads. Ten free apps will be promoted at a time. Many would ordinarily cost $30 or more. They will be available for free for 60 days, subsequently replaced by a new set.

Microsoft has put considerable effort into ensuring that the Windows Phone Marketplace offers sufficient monetization opportunities for developers. The store supports multiple billing channels (operator billing, credit cards), trial APIs, and controlled Beta procedures.

Microsoft can leverage considerable Xbox monetization experience, having created over $1B in Xbox sales in 2009-2010. For example, Microsoft reports that based on its Xbox experience, trial APIs can lead to three- to four-fold revenue increases.

Mobile Platforms: The Clash of Ecosystems

## Technology foundations

Windows Phone 7 is built on top of the Microsoft proprietary Windows CE 6 kernel. The kernel provides fundamental system services such as memory management, process abstraction and scheduling. Compared to the Windows CE 5 kernel used on previous generations of the Windows Mobile product line, the Windows CE 6 kernel is touted as significantly more advanced.

Windows Phone middleware supports 3G data, Wi-Fi networking and Bluetooth connectivity. A built-in connection manager handles Wi-Fi and cellular data connections according to a pre-configured policy. The new graphics and rendering engine of the platform is based on the Direct 3D 11 API, with hardware acceleration. The OpenGL ES API is not supported.

The platform comes with an extensive set of built-in applications typical of a modern smartphone. This includes email clients, calendar, and contacts with Facebook integration. It supports full multimedia capabilities, including a camera, image viewer, video player, music player and video recording (with 720p resolution on some models). There's also Bing Maps, a Twitter client, a Zune multimedia player with integration with Zune content services, mobile versions of Office applications, and a full web browser.

The Windows Phone 7 user interface is based on Microsoft's Zune HD portable media player. User interaction flow is based on the concept of tiles and hubs. Somewhat similar to widgets, tiles are fixed-size areas on the device home screen that display application information and allow quick access to device functions. Hubs group device functions by type. For example, there's a People hub, Messages hub, Music and Multimedia hubs, Games hub, Office hub, and so on.

The Windows Phone 7 web browser is based on IE7 and IE8 rendering engines, and is capable of displaying full Internet pages. The 'Mango' platform update has introduced an IE9 web browser. Contrary to its PC counterparts, the Windows Phone 7 browser does not support ActiveX plugins, or Adobe Flash. The browser user interface is adapted for mobile device screen sizes and touch-based controls, including multi-touch.

Windows Phone provides a capabilities-driven security model, where a user must opt-in to certain functionality within the application. For certain scenarios, Windows Phone APIs invoked by applications may require specific security permissions or user disclosure when run.

Windows Phone 7 supports separation of applications at the process level, as well as at the file-system level (every application only has access to its own files). The application security is enforced by the Windows CE 6 kernel.

Windows Phone 7 applications are discovered using pre-installed Windows Marketplace client. The client notifies the user that there is a new version of the installed application. Applications can only be installed from Windows Marketplace after formal submission, verification and vetting process by Microsoft.

## Application development

The application framework is built upon Microsoft Silverlight and XNA software frameworks. It is focused on supporting consumer entertainment experiences.

Mobile Platforms: The Clash of Ecosystems

The Silverlight UI framework supports event-driven applications based on XAML. It is also used for desktop and Web development. The XNA framework is used for development of loop-based games. This framework is also used for Xbox game development.

In September 2011, Microsoft released a significant update to Windows Phone called "Mango". One of the important features added in Mango is multitasking. Multiple applications can reside in memory simultaneously, while fast switching between those applications will be done using a card-based UI motif inspired by webOS. Background applications are able to generate audio and download files. However, the multi-tasking model puts a number of restrictions on what applications can do in the background. There is no support for long-running background network connections, for example. This will make such applications as VoIP and instant messaging difficult to implement.

The notion of Live Agents introduced in Mango allows developers to write small background tasks running on the phone itself. These tasks pull notifications and respond to events such as moving to a Wi-Fi connection, or plugging into AC power.

Beyond multitasking, Mango introduced direct access to the camera, access to the sensors, the ability to interact with the calendar or contacts, network sockets and numerous other API improvements (some 1,500 new API calls were introduced).

The Windows Phone application development environment is based on the widely popular Visual Studio integrated developer environment. The Free Visual Studio 2010 Express for Windows Phone SDK contains the Windows Phone Emulator, Silverlight for Windows Phone, XNA Game Studio 4.0 and Expression Blend 4 for Windows Phone.

## Viewpoint

The licensing fee is not the sole or even the main reason for Microsoft to develop Windows Phone 7. The key driver is the need to protect the company's core businesses — Windows and Office suite PC software licensing — from "ecosystem churn".

The explosion of mobile applications and the extraordinary success of Apple iOS and Google Android ecosystems put Microsoft's core products and businesses under direct threat. Users exposed to Apple or Google products are more likely to abandon Windows-based PCs in favour of Apple computers, or abandon Office products in favour of Google Docs and Google Apps productivity suites.

In addition, Windows Phone will serve as a mobile platform for new online products capitalising on existing Microsoft cloud services, such as Bing Search, Bing Maps, Windows Live, Azure and Xbox Live.

Windows Phone has a good chance to become the third app ecosystem, behind Apple iOS and Google Android. The big question is, how far will it be from the two leaders?

In order to succeed in the shadow of well-entrenched leaders, Windows Phone needs to offer unique and groundbreaking capabilities. Microsoft must innovate quickly, to advance the state of the platform, and jump-start network effects between users and developers.

 Mobile Platforms: The Clash of Ecosystems

Nokia will play decisive role in Windows Phone endgame by bringing Nokia's brand and distribution power to the service of the platform. The partnership between Nokia and Microsoft seems natural at the first glance, but there are many internal conflicts in it. Nokia has chosen Windows Phone over Android to avoid competing in this quickly commoditising segment where multiple device makers compete with each other on price. However, Microsoft is interested in spreading Windows Phone to as many devices as possible through as many OEM as possible. Windows Phone is not exclusive to Nokia - - Microsoft is signing up multiple OEMs, including Nokia's arch-competitor Samsung, which will make everything it can to cut off Nokia in its quest to become #1 handset maker in the world.

Mobile Platforms: The Clash of Ecosystems

# webOS

webOS

Palm announced its webOS smartphone operating system at CES in January 2009. The first device, Palm Pre, was launched in June 2009, with Sprint in the US.

| Owner | HP |
|---|---|
| Launched | January 2009 |
| Devices sold since launch | N/A |
| Apps downloaded | N/A |
| Apps available | 10 thousand |
| Device price range | $598 to $889 USD (handsets)<br>$255 to $638 USD (tablet) |

VisionMobile estimates, as of Q3, 2011. Device prices refer to unlocked models, pre-tax

Palm has had a long history of developing mobile and portable devices, starting from the iconic Palm Pilot PDA introduced in 1996, which was based on Palm OS software. Over the years, the company introduced a line of successful Palm OS smartphone products under the Treo brand. With multiple changes in the company ownership, it eventually lost rights to the Palm OS operating system, which now belongs to ACCESS Company, Ltd.

In 2007, following investment by Elevation Partners fund ($325M initially), Palm began efforts to refresh its product line under the leadership of John Rubinstein, the former Apple executive who led iPod hardware development. WebOS was conceived to become an "iPhone killer" by exceeding the capabilities of iPhone OS.

WebOS was developed by Palm from the ground up. It was designed to address the shortcomings of the initial version of the iPhone OS, such as the lack of multitasking, lack of cut and paste, and the proprietary application development environment.

WebOS introduces novel UI concepts and allows efficient multitasking interactions. It let Web developers use familiar tools and languages (HTML/CSS/JavaScript) to create apps for the device.

WebOS has also pioneered a deep integration of social networking. The "Synergy" feature embed feeds from multiple social networks into built-in applications in the device UI.

Despite high expectations, Palm and webOS failed to make a significant impact in the smartphone market. Palm was acquired by HP in April, 2010, for $1.2B. Following the acquisition, HP holds all the rights for webOS.

Following acquisition by HP, Palm became the basis for the Palm Global Business Unit responsible for webOS development. In October 2010, Palm/HP announced webOS 2, with UI enhancements, support for Flash, readiness for Skype, and more. This version first appeared on Palm Pre 2 devices running on 1 GHz processors.

In February 2011, HP announced webOS 3, running on the company's TouchPad tablet computers.

Mobile Platforms: The Clash of Ecosystems

Following leadership changes, HP announced plans to discontinue its webOS device business, including TouchPad tablets and Pre smartphones. Despite HP's attempts to present an alternative strategy for the OS, it is almost certain that webOS has no future.

## Positioning

Originally, Palm was focused on making smartphones running the webOS operating system. Palm produced two lines of devices: Palm Pre and Palm Pixi. At the time of introduction, Palm Pre was a high-end smartphone, whereas Palm Pixi fell into the category of mid-range smartphones.

Following acquisition by HP, the platform was repositioned to address a wider range of devices, including tablets.

Before being discontinued by HP, the HP TouchPad sold for between $480 for a 16GB model and $575 for a 32GB model (unlocked models, pre-tax)

## Ecosystem adoption

WebOS is used solely on devices made by Palm/HP, and is not licensed to third parties.

The estimated installed base of Palm Pre and Palm Pixi devices was about 2.5M, as of mid 2010. The sales base for 2009 was estimated at 1.2M devices. Due to the acquisition by HP, sales figures in 2010 are not clear.

WebOS was designed to allow Palm to sell high-margin smartphone devices that are competitive with iPhone. Palm devices based on webOS were initially introduced with Sprint in the US (CDMA model) and later in Western Europe (UMTS models).

Palm Pre and Pixi devices were available in the US from Sprint, AT&T and Verizon Wireless, and from O2 in Germany, Italy and UK, SFR in France and Vodafone Spain. Palm devices based on webOS were initially well received by operators seeking differentiation vis-à-vis the iPhone. Disappointing sales and the fast ramp-up of Android-based smartphones caused operators to lower the priority of Palm devices. This resulted in reduced promotion budgets allocated for Palm products.

There are about 10,000 webOS apps in the Palm App Catalog, 1,000 of which have been optimized specifically for the HP Touchpad.

Initial enthusiasm among old-time Palm developers changed to disappointment with weak platform sales. Many Palm developers have now moved to iPhone and Android platforms. Compared to the leading smartphone platforms, the webOS development environment offers less functionality, and needs improvement.

Palm's App Catalogue is the official application store available on Palm devices. Due to limited installed base and spotty global footprint, the current monetization potential of the webOS App Catalog is rather poor compared to the competition.

## Technology Foundation

WebOS is built atop a Linux 2.6 kernel. It integrates a number of Linux packages, such as gstreamer for multimedia, ALSA for audio, libpurple for instant messaging, Simple DirectMedia Layer (SDL) for game programming, PulseAudio for audio management, and WebKit for HTML/CSS/JavaScript rendering.

WebOS offers a full suite of built-in applications, including email client, web browser, music player, messaging, calendar, camera, photo viewer, video player, Google Maps, memos, document viewer, tasks and contacts.

The webOS UI is designed for efficient multitasking. It introduces the metaphor of "cards" to manage multitasking. The user switches between running applications by clicking the front-face button to bring up the cards, and then flicking left and right on the screen. Applications are closed by flicking a card up and off the screen. WebOS supports multi-touch gestures, allowing most of the UI navigation to be performed using the touch-screen.

WebOS introduces a feature called Synergy that integrates feeds from multiple Internet sources into the native OS UI. Synergy supports Gmail, Yahoo!, Facebook, LinkedIn, and Microsoft Outlook (via Exchange ActiveSync).

The webOS web browser is based on the WebKit rendering engine, and is capable of displaying full Internet pages. WebOS 2 introduced support for Adobe Flash in the browser.

The WebOS application framework (Mojo) is based on web technologies (HTML/CSS/JavaScript). It introduces modified application lifecycles and an extended API providing access to platform services.

WebOS applications run in a "sandboxed" environment to limit unauthorized access to data and services. The applications can interact with each other only through specific APIs and services offered by the OS. Application security is enforced at the kernel level.

The OS only installation of applications from the official application store only. The OS validates the package signature prior to installing the application.

### Application development

The webOS API is essentially a JavaScript framework called Mojo. It supports common application-level functions, including UI widgets, access to built-in applications and their data and native platform services. The framework supports HTML5 features such as audio and video tagging, and database access.

Later versions of the OS introduce native application development using C/C++, and aimed primarily at game development requiring 2D and 3D graphics.

HP announced during Palm Developer Day in November 2010, that the current Mojo application framework will be replaced by the more capable Enyo framework. Enyo is expected to better support multiple form factors, screen sizes and aspect radios, and offer native hardware acceleration and improved application load times.

Mobile Platforms: The Clash of Ecosystems

The webOS SDK is based on the widely used Eclipse IDE, and a webOS plugin. Its Mojo JavaScript framework allows UI development using DOM (document object model) with web technologies (HTML/CSS/JavaScript languages). Plugin Development Kit (PDK) allows access to 2D graphics API (SDL) and 3D graphics OpenGL ES 1.x and 2.x from native applications (written in C/C++).

The webOS SDK also supports the Ares IDE, which is a mobile development environment hosted entirely in a browser. Ares aims to enable a next-generation mobile development workflow, in which developers move quickly and seamlessly from editing in a browser, to debugging on a device, to selling applications in Palm's App Catalog or on the web.

## Viewpoint

HP has indicated at multiple occasions that it acquired Palm for its webOS software. HP is a consumer electronics company envisioning that users will be using a multitude of different device types in their daily life. In HP's view, "successful companies control the user experience stack from end to end". With the webOS acquisition, HP planned to deliver a "unified HP experience" on a wide range of devices, spanning smartphones, tablets and printers.

While HP's acquisition made Palm part of large and financially solid company, it didn't provide a solution to webOS weaknesses. In fact, there were very few real synergies between HP and Palm. Clear product differentiation, a competitive developer mindshare and operator subsidy commitment were all critical for the success of the webOS, but remained unaddressed by HP regardless of its financial assets. HP did not complement Palm in any of these critical areas, which eventually led to the platform's demise.

Mobile Platforms: The Clash of Ecosystems

# Nokia: the story of Symbian, MeeGo and Qt

Over the years, Nokia has heavily invested in the development of operating system software for its smartphones, attempting to transition from its legacy Symbian OS to the more modern, Linux-based MeeGo platform and Qt application framework.

## Symbian

Symbian OS is rooted in the EPOC operating system developed by Psion for its PDA products. In 1998, EPOC was spun out as a separate company with the name Symbian. The new company was co-owned by Psion and several leading mobile phone makers, including Nokia, Motorola and Ericsson.

The motivation behind the creation of Symbian was two-fold: first, to establish an alternative to possible domination of Microsoft of the mobile OS market, and second, to ensure the partner companies shared both risk and control over the new operating system.

In 2001, in order to enable independent differentiation by the Symbian handset vendor partners, the user interface framework was technically separated from the core operating system. Three main variants of the user interface were supported by Symbian for most of its lifetime: Series 60, mostly used in Nokia phones (also used in a few Siemens and Samsung models); UIQ, jointly developed by Sony Ericsson and Motorola; and MOAP (Mobile Oriented Applications Platform), used in the phones designed for NTT DoCoMo network in Japan.

With Nokia Series 60 effectively being the only successful Symbian variant outside Japan, Nokia emerged as the driving force behind Symbian. In 2008, Nokia acquired Symbian, absorbing around 1,200 employees and devoting 4,000 staff to the development of the OS.

In the hope of sharing development costs among multiple licensees, Nokia migrated the OS into an open source project called Symbian Platform. Nokia's Series 60 user interface became the basis for the platform's user interface.

In February 2010, the Symbian Platform was officially made fully available in open source, under EPL licensing.

Symbian Foundation released two versions of the operating system: Symbian^2 and Symbian^3, the former being a reiteration of the original Series 60 variant of the OS.

In Q3, 2010, following disappointing sales of their Symbian-based models, Samsung and Sony Ericsson announced they no longer had Symbian products in their roadmaps. The move made the structure of the Symbian Foundation redundant.

In November 2010, Nokia took over the governance of Symbian, scaling down the foundation to IP licensing. Shortly after the announcement, developers were notified of symbian.org web site being shut-down.

Nokia attempted to position Symbian as an alternative for high-end, Internet-centric smartphones, like iPhone and Android. Despite these attempts, Symbian's market performance shows that the true comfort zone of the platform was in low-cost smartphones and high-end featurephones. Symbian

Mobile Platforms: The Clash of Ecosystems

indeed failed to compete with Apple and Google on the strength of the applications ecosystem (both in terms of apps available and apps downloaded), which has been the key driver of platform and device sales in the smartphone business.

Based on the adoption of the Windows Phone 7 platform, Nokia was convinced by Microsoft to discontinue Symbian development which has since wound down and the OS moved into maintenance mode. Nokia has since said that the OS will be used as a stop-gap solution until introduction of smartphones based on Microsoft's Windows Phone 7 platform. In April, 2011, and in preparation for the transition, Nokia announced plans to transition thousands of employees responsible for the development of the OS to Accenture, which has taken over maintenance of the platform.


## MeeGo

MeeGo started its life as an open source Linux project announced by Intel and Nokia in February 2010, at Mobile World Congress. MeeGo combined Intel's Moblin project (focused on netbooks) and Nokia's Maemo project (focused on handhelds) into a single open source software platform.

The operating system was designed to support a number of standardized open source UX (User eXperience) profiles. The initial UX profiles supported by the platform are netbook, smartphone, IVI (In-Vehicle Interface) and media center/TV.

In October 2010, MeeGo announced the MeeGo 1.1 release. It includes Core OS 1.1, together with UX stacks for netbooks, in-vehicle infotainment and handsets.

In November 2010, MeeGo released MeeGo SDK 1.1 Beta, based on Qt Creator and Qt Quick development tools.

MeeGo was driven by two large players with conflicting agendas. Nokia saw MeeGo as the application platform for its high-end smartphone products. Nokia's goal was to share the burden of software development with industry partners. Intel's goal was to increase penetration of its Atom processors into netbook, smartphone and other device types.

In June, 2011, Nokia launched the one and the only MeeGo handset: the N9. The company stated that there will be no more smartphone models running the OS. MeeGo's fate was sealed after Nokia withdrew its support following the partnership announcement with Microsoft.

Intel had to search for new industry partners, and in September 2011, announced a partnership with Samsung for the development of a new software platform called Tizen. Tizen will be based on both MeeGo and SLP (Samsung Linux Platform), selectively merging components from both and basing its application framework on HTML5.

Tizen seems set to be another victim of misaligned incentives across several industry partners. Samsung is bringing SLP to the "standards" table simply to find a new home for it, now that LiMo is winding down. Intel is seeking another marriage of convenience, trying to tempt a major OEM to support its x86 processors.

Mobile Platforms: The Clash of Ecosystems

## Qt

Qt is a cross-platform application and UI framework used in many embedded devices, ranging from coffee machines to medical equipment. Qt has been used in a diverse set of commercial applications since 1995, including products of such companies and organizations as Adobe, Boeing, Google, IBM, Motorola, NASA, Skype, AutoDesk, KDE project and DreamWorks.

The Qt framework was originally developed by Norwegian company Trolltech, which was acquired by Nokia in the beginning of 2008. Following the acquisition, Nokia has held all rights to the platform, which is distributed under a dual commercial and open-source licensing scheme.

Nokia has extended the framework by introducing Qt Mobility APIs that expose mobile platform capabilities to Qt applications through a set of standardized Qt APIs.

In addition to C++, Qt supports a hybrid development model where applications are developed using a combination of Web technologies (HTML, CSS, JavaScript) and C++. For that purpose, Qt integrates the WebKit web engine, responsible for rendering of HTML/CSS and running JavaScript code.

The Qt version 4.7 introduces the Qt Quick framework, which allows developers to describe user interface layouts by means of a new declarative scripting language called QML. QML is a declarative language designed to describe the user interface of a program: both what it looks like, and how it behaves. In QML, a user interface is specified as a tree of objects with properties. QML can be used seamlessly with JavaScript as glue code for controlling the overall behaviour of user interface transitions.

Initially, Nokia planned to use Qt as a primary application framework on all its smartphone products. Qt was meant to provide a unified application framework on top of its two separate software platforms – legacy Symbian and the more modern MeeGo.

Symbian and MeeGo are being discontinued. However, Nokia is rumoured to be featuring Qt within an upcoming operating system code-named Meltemi. An evolution of S40, the new platform is based on Linux, and will target feature phones.

Given the very large volumes behind S40 and the sub $100 price range, Nokia's Qt may indeed allow Nokia to create a platform that is competitive to both Android and iOS, but addressing the feature phone segment of the market that neither platform can target. The challenge remains whether Nokia can integrate Qt to its phone hardware to optimise performance in low-spec feature phones and whether the Qt app ecosystem can effectively attract developer mindshare away from the mainstream smartphone platforms.

## Lessons from Nokia's platform strategy

Nokia's wide product portfolio pushed the company to develop multiple incompatible operating systems, which proved to be disastrous. The proprietary S40 OS was aimed at low-cost featurephones, Symbian at high-end featurephones and mid-range smartphones, and MeeGo was targeting high-end smartphones.

Mobile Platforms: The Clash of Ecosystems

In contrast Apple uses two variants of the same operating system that share a common architecture, OS core, and large portions of their application frameworks and development tools. iOS is used for mobile and portable devices with touch-based UIs, while Mac OS is used for personal computers with UIs based on keyboards and pointing devices.

While Nokia was focused on harmonizing its multiple software platforms, both iOS and Android were building successful application platforms driven by strong network effects. These network effects proved to be stronger than Nokia's distribution power and supply chain efficiency, forcing Nokia to abandon its own software platforms in favour of Windows Phone 7.

The history of Nokia's software efforts presents two learnings. First, that building a successful application platform requires a strong "software DNA". Both present-day leaders (Apple and Google) as well as the credible challenger (Microsoft) are all companies with considerable experience in building application and Internet platforms. Second, that network effects (economies of demand) are far stronger than supply chain efficiencies (economies of supply), which has allowed disruptors (Apple/Google) to challenge and win over Nokia's internal smartphone platforms.