JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc*

FILED

FEB - 8 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-<br><br>**DECLARATION OF CHRISTOPHER VELLTURO, PH.D.**<br><br>**Hearing:**<br>Date:<br>Time:<br>Place:<br>Judge: |

**VOLUME 3 OF 3**

DECLARATION OF CHRISTOPHER VELLTURO,
Ph.D.  – CASE NO. 12-cv-

100 LB 25° BLUEBIRDOnline.com (888) 477 - 0700 ✿ 100 LB Style

# VELLTURO
# EXHIBIT 77

| | Share   Report Abuse   Next Blog» | Create Blog   Sign In |

# Google Mobile Blog
News and notes from the Google Mobile team

## Video Chat on Your Android Phone
Thursday, April 28, 2011 | 1:49 PM

Sometimes, the expressions on a person's face can mean much more than what they say. To help you stay in touch with your friends and family, we're launching Google Talk with video and voice chat for Android phones.

You can now video or voice chat with your friends, family and colleagues right from your Android phone, whether they're on their compatible Android tablet or phone, or using Gmail with Google Talk on their computer. You can make calls over a 3G or 4G data network (if your carrier supports it) or over Wi-Fi.

**Search This**

**Blog Archiv**

Blog Archiv

**Subscribe**

 Site Feed

Goog

Or subscribe I

Subscribe

Tell us v

**@GoogleMc**

Catching a r
'movies' on
to find theat
the new mo
http://t.co/El

Follow us on





In your Google Talk friends list, a video or voice chat button will appear next to your contacts and you can simply touch the button to connect with them. Any text chats from the person you're talking with will be overlaid on your phone's screen so you can read them without having to leave the video. And, if you need to check something else, the video pauses

automatically so you can go back to your phone's home screen or another app. The audio will keep going even though the video has paused. Check out how this works:



Google Talk with video and voice chat will gradually roll out to Nexus S devices in the next few weeks as part of the Android 2.3.4 over-the-air update and will launch on other Android 2.3+ devices in the future. To learn more about using video and voice chat, check out our Help Center.

Post content Posted by Colin Gibbs, Product Manager and Wei Huang, Tech Lead

| Email Post

## 73 comments:

T3DV0L70L1N4 said...

> When will T-Mobile G2 users (and everyone else) get the 2.3 update?

> April 28, 2011 1:53 PM

chr1st3nd0 said...

> The Nexus series is a developer phone. They will see all updates first. You won't see this on anything else for at least 3 months or more.

> April 28, 2011 1:57 PM

RobAymett said...

**Followers**

Join tl
with Google f

Members (

 




Already a mei

**More Googl**

Google Mobil
Google Mobil
Google Mobil
Google Maps
Google SMS
Google News
Gmail for Mot

**Labels**

android (108)
iphone (79)
google maps
google searcl
BlackBerry (2
gmail for mob
google latitud
Google Mobil
windows mob
google mobile
google maps
youtube (12)
google goggle
palm webos (
google voice
search by voi
ipad (8)
symbian (8)
Google Apps
google sync (
enterprise (4)
google buzz (

# VELLTURO EXHIBIT 78

VentureBeat
News About Tech, Money and Innovation



# Android finally gets its own FaceTime-like video chat, hitting Nexus S first

April 28, 2011 | Devindra Hardawar
1 Comment

**Share**

Google is finally making video chat a core part of the Android experience, almost a year after Apple introduced FaceTime video chat for the iPhone 4.

The company announced today that an updated version of Google Talk will bring voice and video chat to Android phones, starting with the Nexus S over the next few weeks.

We've known that Google has been working on an integrated video chat feature for months now. But Google's timing couldn't be any better, as powerful dual-core Android phones are finally becoming available, many of which can also take advantage of 4G networks.

The updated Google Talk will let consumers voice- and video-chat with Google Talk users on Android tablets, as well as on computers using Google Talk with Gmail, over 3G, 4G, and Wi-Fi connections. Apple's FaceTime video chat, in comparison, only works over Wi-Fi connections.

In addition to being more flexible than Apple's option, Google Talk will also overlay text sent via instant messaging on top of your video chat screen, so you can conceivably follow links sent during chats (as demonstrated in the video below).

I'm a big fan of the possibility of video chat on phones, although even Apple's slick FaceTime hasn't taken off (primarily because it's chained to Wi-Fi). But there are indeed plenty of reasons why video chat could take off this year, in addition to the rise of 4G. Native video chat on Android should encourage more consumers to give it a shot, especially since it will be less trouble than signing up for another service like Qik. (At the moment, Skype only offers video chat on the HTC Thunderbolt, which runs on Verizon's LTE 4G network.)

Google says the new Google Talk will arrive on the Nexus S with the Android 2.3.4 update over the next few weeks. It will show up on other devices running Android 2.3 and above in the future.

Next Story: Panasonic cuts 17,000 jobs, blames Japan quake for revenue loss
Previous Story: Total buys majority stake in solar panel manufacturer SunPower

Print

Email

Twitter

Facebook

Google Buzz

LinkedIn

Digg

StumbleUpon

Reddit

Delicious

Google

More...

Tags: Android, FaceTime, Google Talk, iPhone, smartphones, video chat

## You might like:











Skype brings video chat to more Android phones —

iPad 3 is just months away; hold off on that holiday purchase

Will NASA Ever Recover Apollo 13'

Google TV gets a 24/7 streaming porn channel (VentureBeat)

Last.fm's new music discovery web app focuses on indie bands

100 LB   BLUEBIRDonline.com (888) 477 - 0700   100 LB Style

# VELLTURO
# EXHIBIT 79

Apple - iPhone 4S - Send messages, messages, and more messages.                    Page 1 of 5



Mac
iPod
iPhone
iPad
iTunes
Support

# iPhone

Features
Built-in Apps
From the App Store
iOS
iCloud
Tech Specs

**Browse All Built-in Apps**



Camera



HD Video Recording



FaceTime



Messages



Reminders



Phone



Mail



Safari



Music



Videos

Case 5:12-cv-00630-LHK   Document 14   Filed 02/08/12   Page 13 of 85

Apple - iPhone 4S - Send messages, messages, and more messages.                    Page 2 of 5



**Photos**



**App Store**



**iTunes**



**Maps + Compass**



**Game Center**



**Calendar**



**Contacts**



**Find My iPhone**



**More Built-in Apps**



# Messages
# Introducing iMessage.
# Unlimited texting.
# Unlimited fun.

If you're a texter, you'll love Messages on iPhone. Now it comes with iMessage, a new service that's even better than texting. Because it's between you and anyone using an iPhone, iPad, or iPod touch with iOS 5. And it's unlimited.* So say as much as you want. And say way more.



## Exchange words. Or photos. Or videos.

iMessage lets you send messages back and forth with anyone on iPad, iPhone, or iPod touch. Send photos,

Case 5:12-cv-00630-LHK   Document 14   Filed 02/08/12   Page 14 of 85

Apple - iPhone 4S - Send messages, messages, and more messages.                    Page 3 of 5

videos, locations, and contacts, too. It's unlimited. So text all you want. If you have more than one iOS device, iMessage keeps the conversation going across all of them. And you can text and send photos and videos via MMS to other mobile phones over 3G. Even ask Siri to text for you. Just say "Tell Peter I'm on my way" and Siri writes your message and fires it off.



message appears on a friend's iOS device, you'll get a delivery receipt letting you know it went through. You can enable read receipts for a visual "copy that." And see when someone is in the middle of typing out a reply. iMessages are securely encrypted, so it's just between friends.

## The text–friendly keyboard.

The intelligent iPhone keyboard lets you text fast and accurately. That's because it predicts and suggests words as you type. So just tap away. Or tap the microphone button and dictate your text — the keyboard types what you say.





Camera



HD Video Recording



Apple - iPhone 4S - Send mes⁀es, messages, and more messages.                    Page 4 of 5

**FaceTime**



**Messages**



**Reminders**



**Phone**



**Mail**



**Safari**



**Music**



**Videos**



**Photos**



**App Store**



**iTunes**



**Maps + Compass**



**Game Center**



**Calendar**



**Contacts**

Apple - iPhone 4S - Send messages, messages, and more messages.                    Page 5 of 5



**Find My
iPhone**



**More
Built-in Apps**

FaceTime            **Browse All Built-in Apps**           Reminders

  **iPhone 4S**

On AT&T, Sprint,
and Verizon.

Starting at $199*

*Qualified customers only.

 **Shop online.**
Order your iPhone
online and get it
delivered to your
door. It ships free
and ready to use.
Buy online now.

 **Visit a store.**
Buy iPhone at the
Apple Retail Store
and we'll activate it
and set it up just
the way you want.
Find a store.

**Call Apple.**
Get answers before
you buy. Call
1–800–MY–APPLE
to talk with a
knowledgeable
Specialist.

**Apple Store app.**
It's the easiest way
to buy iPhone 4S —
right from your
current iPhone.
Download now

*Normal carrier data rates may apply. Messages may be sent as SMS when iMessage is unavailable; carrier messaging fees apply.

          iPhone     Built-in Apps     Messages

Shop the Apple Online Store (1–800–MY–APPLE), visit an Apple Retail Store, or find a reseller.

Apple Info | Site Map | Hot News | RSS Feeds | Contact Us | 

Copyright © 2011 Apple Inc. All rights reserved.

Terms of Use | Privacy Policy

100 LB STYLE   BLUEBIRDonline.com (888) 477 - 0700   100 LB Style

# VELLTURO
# EXHIBIT 80

# How the Carriers Can Fight iMessage



By Sascha Segan   June 7, 2011 11:21am EST        | 25 Comments

1        Share   40   Tweet

Apple works with AT&T and Verizon, but it isn't their friend. Case in point: iMessage in iOS 5, which isn't just a way to lock people into making their friends buy iPhones, it's a shot over the bow of the carriers' juicy SMS text-messaging revenue.

Americans send a lot of text messages—2.1 trillion messages in 2010. Those messages are essentially free for the carriers to transmit, so they're pure profit. Low-cost carriers such as MetroPCS and Cricket acknowledge that texting is cheap and roll it into their inexpensive plans, but it's easy to break texting costs out of AT&T's and Verizon's iPhone rates to discover it's about a $10/month component of many service plans.

iMessage, like BlackBerry Messenger, takes texting out of the SMS channel and shunts it over a regular 3G data connection. The real purpose of these non-interoperable texting systems is to create network effects among friends. If all your friends use iMessage (or BBM), you'll be left out if you don't have an Apple (or BlackBerry) phone. But the new app also brings attention to the insane per-byte price of SMS messages. Will it lead to a texting revolt? Will carrier revenues crash as iPhoners abandon texting plans?

No.

Apple loves to think it's in control, but it's entirely dependent on the carriers to transmit its data, and the carriers set the terms. If they decide to act together against this threat to their texting dollar, there's nothing Apple can do. And the carriers have several alternatives.

They can simply raise the price of all smartphone data plans, or create a separate "iPhone" data plan which requires a built-in texting fee. The former would be less likely to raise the ire of Apple, so it's more likely to happen. The carriers don't actually want to annoy Apple, they just want to protect their dollar. Bonus: They get more money from non-iPhone owners, too.

They can sniff for iMessage traffic and charge it as text messages. According to Maarten de Graaf, one of my Twitter followers, a carrier named KPN in the Netherlands has proposed doing this with other SMS replacement apps. It's controversial, and against net neutrality, but net neutrality proposals here in the U.S. have generally excluded wireless carriers anyway.

Apple has had a huge effect on the U.S. handset market, but it hasn't been able to do a thing about smartphone service plans. In fact, Apple has lost ground since the first iPhone was released. Apple's original, exclusive contract with AT&T gave Apple a cut of the monthly revenue and, presumably, some say over the service plan model. But Apple had to abandon that after a year because not enough international carriers were willing to make that deal. Nowadays, iPhones use the exact same plans as every other AT&T and Verizon smartphone, and they're priced the same way. Rest assured the carriers will find a way to make up any revenue iMessage kills.

There's only one way for Apple to really change the wireless industry, by becoming a virtual carrier itself. That's still unlikely, for two reasons. Apple would have to rely on a carrier's physical infrastructure, and the company (sensibly) doesn't like to have such a big part of the user experience out of its control.

The wireless carriers would also make sure to poison any wholesale contract Apple wanted to make. Carriers only make good wholesale deals when it suits them—for instance, when it lets them serve a segment of customers (like Spanish speakers) that they find difficult to sell to. Apple, on the other hand, would be acquiring a carrier's most profitable, most loyal customers. There's no way a carrier would agree to that.

The AT&T/T-Mobile merger actually might provide a solution here, but it would require the government to take a huge step. If the government (as a condition of the merger) required carriers to offer wholesale access at strictly regulated rates—with stiff penalties for providing poor service—companies like Apple could experiment with new wireless business models. But I think that's unlikely to happen, which means iMessage will remain a convenience, not a way to save money.

*For the top stories in tech, follow us on Twitter at @PCMag.*

**We Recommend**                **From Around The Web**



Sign Up   Create an account or log in to see what your friends are recommending.

 Google's Latest Easter Egg: Let It Snow
547 people recommend this.

Facebook Launches Suicide Prevention Effort
1,652 people recommend this.

Committee Adjourns Without SOPA Vote, Will Take Up in 2012
110 people recommend this.

George Takei Pleads for 'Star Peace' in Shatner-Fisher War 
232 people recommend this.

Facebook social plugin

Sign Up to Get FREE:
PCMag Newsletters  

Type Email Address            SIGN UP

CyberPower
The Gamer Dragon is one of the best gaming desktops that has come through our labs

 Get Price »
10/5/2010

Lenovo IdeaPad V570
PCMag.com says: You can't find a laptop that performs this well for this kind of price.
06/27/2011    Get Price »

ADVERTISEMENT

Ads by Google               what's this?

Free Cell Phones
Get A Free Cell Phone With New Plan From Wirefly.com
Wirefly.com

Best Cell Phones Big Sale
Best Cell Phones Up To 63% Off 2011 Holiday Season Sale Has Begun!
BestPrices247.net/Xmas-Deals



# VELLTURO
# EXHIBIT 81



Mac
iPod
iPhone
iPad
iTunes
Support





# Game Center
# Way more than two
# can play that game.

Game Center lets friends — and soon-
to-be-friends — in on the action.
Invite someone to join, then get a
game going. Or go up against people
you don't know, from anywhere
around the world, in a multiplayer
game. It's your world. Everyone else is
just playing in it.



See Game Center
in action

Game Center is compatible with these devices.



iPod touch          iPod touch          iPod touch          iPhone 4          iPhone 3GS          iPad
4th generation      3rd generation      2nd generation

**Gamers rejoice. Game Center is here.**

The new Game Center app lets you expand your social
gaming network. Exponentially. All you need to play is
an iPod touch, iPhone, or iPad running iOS 4.2.* Just tap
the Game Center icon on your Home screen, sign in
with your Apple ID, and you're good to go. You can
create a different nickname that will be visible to
friends and the gaming community. Assign several
email addresses to the Game Center app, making it
easy for more friends to find you. Download any games
you see by tapping links in Game Center. Games can be
started right in the Game Center app. And once you
sign in to Game Center, you're always connected. Until



you decide to sign out.

### Friends. Soon to be opponents.

Bring your friends along for the ride. Or
match. Or mission. Once you're signed
in to the Game Center app, you can
invite someone by sending a friend
request using their nickname or email
address. Your friends show up in a
separate Friends list in Game Center.
Tap on friends' names, and you can see
what games they've been playing. You
can also check out pending
friend requests.



### Leaderboards and achievements.
### Score some bragging rights.

Check out the leaderboards and see how your
score ranks against your friends, as well as all
players of each game. You can also compare
game achievements with your friends. Look for
leaderboards and achievements in the Game
Center app and in each individual game. And let
the smack talk begin.

Apple - Game Center - Social\~\~ing on iPod touch, iPhone, and iPad.                              Page 3 of 3





**Meet your match.**

Say you want to get a multiplayer game going. Auto‑match will find your friends if they happen to be looking for an auto‑match, too. Otherwise, it will set you up with a soon‑to‑be‑friend from anywhere around the world. You can also choose to invite friends and have auto‑match fill the number of players needed for a game.

**iPhone 4S**
It's the most amazing iPhone yet.



**iPod touch**
Now starting at $199. It has fun written all over it.



**iPad**
A magical and revolutionary product at an unbelievable price.



**Games + Apps Showcase**
See games and apps made just for iPod touch in action.



*Game Center works with apps that have been developed to work with the Game Center service.

100 LB  BLUEBIRDonline.com (888) 477 - 0700   100 LB Style

# VELLTURO
# EXHIBIT 83

**- VisionMobile :: blog - http://www.visionmobile.com/blog -**

## The flywheel effect of Android and iOS (and why their rivals are grinding to a halt)

Posted By Stijn Schuermans On September 28, 2011 @ 10:16 am In Apps and app stores | Comments Disabled

[Many analysts have speculated on the strength of mobile ecosystems based on the size and download traffic of app stores. But is this economically sound? Business Analyst Stijn Schuermans quantifies the network effects behind the Apple and Google ecosystems and the market barriers they have built.]



The holy grail in business is to create a product that sells itself, a momentum that automatically drives the business forward and that at the same time raises high barriers for competition. In the mobile domain, Google's Android and Apple's iOS are seen as such holy grails. Much has been written about the power of ecosystems. The race for large app stores with hundreds of thousands of apps has caused a lot of speculation about who the winners will be. But how powerful are those app store assets in reality?

Our analysis shows that Apple and Google have indeed managed to create an ecosystem that shows significant network effects. Developers and mobile phone users move in lock-step to create more and more value for each other. Windows Phone, Blackberry and Symbian on the other hand have not succeeded in starting up such network effects. Their sales remains dominated by other events.

The following two graphs show the relationship between the number of apps available on particular platforms at a particular point in time, and the number of devices shipped for that platform in the quarter just preceding it. The number of apps available can be considered a

metric for how attractive a platform is for developers. Device shipments is likewise a measure of the attractiveness of a platform for its users. As time progresses, we move along each line towards the right.



[1]

For Android and Apple iOS, there is a surprisingly strong correlation between device shipments and amount of apps available. On a scale of 0 to 1, with 1 being a perfect straight line, correlation coefficients of 0,96 and 0,97 respectively indicate a very tight match. The two measures move so well together that there is no doubt that they are interdependent.

This is a clear and unambiguous illustration of the strong network effects that are in play in these platforms. As more devices are sold, the platform becomes more attractive to developers, who subsequently write more applications, hoping to reach a large user base. Likewise, as more applications become available, the platform gains more functionality for users, who will then be more inclined to buy a mobile phone that supports these apps. This becomes a virtuous cycle, a positive feedback loop which is so strong that it dominates all other aspects that might affect sales or app development, like promotions and advertisements, or the coolness of a particular technology for developers.

So far, there doesn't seem to be an effect of diminishing returns. That is, an increase in the number of apps will drive an increase in the number of devices shipped, and vice versa, at a constant rate. You might expect that at a certain point, once for example half a million apps become available, the needs of most users would be covered. How many more QuadroPop of Hold 'em poker clones will people need? However, this point apparently is not yet reached. We will leave the speculations about what that implies about the saturation of the targeted user segments to the reader.

Another interesting observation is that the relative rate of app versus devices growth is different for iOS and for Android. The data indicates that to persuade developers to write a thousand extra apps, 220.000 Android devices have to be additionally shipped each quarter versus only 45.000 Apple devices. This implies that users and developers (apps) assign a different level of value to each other depending on the platform they use.

Several tidbits of information support this last hypothesis. The Android market store has much more free applications available [2] relative to Apple's App Store. The difference is even larger in download behavior [3]. Android users seem to spend less money on apps as well as other services like data plans. Two thirds [4] of the mobile add revenue for Google actually

comes from Apple devices, which again suggests that Apple users are more likely to use internet on their phones (and pay for the data plan).

The fact that Android users spend less money would, in a very direct way, make Android users less attractive to app developers. Hence, reading the graph 'in reverse' (with axes switched), the amount of extra users needed to entice an Android developer to write an extra app – the "marginal users per developer" – is higher (compensating for their lower spending), explaining the difference in slope.

So what about the other smartphone platforms out there, like Blackberry, Windows Phone or Nokia's Symbian?



[5]

Here we see another story unfolding altogether. These platforms have not succeeded in kick-starting or sustaining significant network effects. While some traction in app development has been achieved, this has not had the same overwhelming influence on shipments or vice versa. Since network effects don't dominate as in the case of Android and iOS, other factors come to the foreground.

For Nokia, this is the deal with Microsoft, where Symbian became a victim of Microsoft's ambition to become Nokia's exclusive smartphone OS provider, leading to its accelerated demise. BlackBerry's lack of innovation in an environment where messaging (its key selling point) has become a commodity is causing it to steadily lose ground. While both of them might have benefited from network effects earlier in their history, they are now failing to sustain there ecosystems and losing the race for customers as a result.

Windows Phone is the most recent challenger. Microsoft has managed to convince developers to start writing software for the Windows phone platform, obviously trying to kick-start the network effect process, but device sales have not (yet) followed.

Network effects are a formidable barrier to entry. Once an ecosystem is well established, it is extremely difficult to lure participants away from it to competing platforms (breaking its back), or to stop its momentum. So far, despite similar efforts from its competitors, only Apple with iOS and Google with Android have been able to get the flywheel going. For these two platforms, the momentum will drive both consumer sales and developer enthusiasm with little extra investment needed. We might see diminishing returns effects in the future, but for now the feedback loop is going as strong as ever. Their rivals seem condemned to a futile catch-up race.

- Stijn

follow us on twitter: @visionmobile
[Want something more than a glimpse into the complex world of apps and platforms? Check out our Software Economics [6] seminar]

---

Article printed from VisionMobile :: blog: **http://www.visionmobile.com/blog**

URL to article: **http://www.visionmobile.com/blog/2011/09/the-flywheel-effect-of-android-and-ios-and-why-their-rivals-are-grinding-to-a-halt/**

URLs in this post:

[1] Image: **http://www.visionmobile.com/blog/wp-content/uploads/2011/09/AndroidiOS-devices-sold-vs.-apps-available.png**
[2] available: **http://www.slideshare.net/distimo/pricing-for-success-app-industry-trends-and-best-practices/17**
[3] download behavior: **http://www.distimo.com/blog/2011_05_in-depth-view-on-download-volumes-in-the-google-android-market/**
[4] Two thirds: **http://www.mobilemarketingwatch.com/two-thirds-of-googles-mobile-search-traffic-comes-from-ios-devices-18718/**
[5] Image: **http://www.visionmobile.com/blog/wp-content/uploads/2011/09/BB-WP-Symbian-devices-sold-vs.-apps-available.png**
[6] Software Economics: **http://bit.ly/nrFP1f**

Copyright © 2009 VisionMobile. Some rights reserved.

100 LB  BLUEBIRDDolfino.com (888) 477 - 0700  100 LB Style

# VELLTURO
# EXHIBIT 84

# Apps, apps, apps: Does it matter?

Euromonitor International

31 January 2011

Apple celebrated 10 billion downloads from its app store recently. The feat is all the more remarkable considering that Apple's app store was only launched on 11 July 2008. Euromonitor International reviews the impact of Apple's app store and considers if apps plays a pivotal role in the smartphones war.

## The zeros

Apps (applications) refer to programmes that can be installed on mobile devices. While most of the press has been talking about Apple's 10,000,000,000 downloads, the real impact of Apple's app store goes far beyond the number of zeros. Apple's app store has revolutionised the way mobile programmes are distributed, made the world obsessed with apps and made some developers very wealthy.

**Chart 1**

left 



Thank you. Ten billion times.

Source: Apple website

## App store

Before Apple came along with its app store, most apps for mobile phones were found on local download sites scattered all over the worldwide web and were very fragmented. Apple, riding on the wave of brisk sales of its iPhone, had the clout to gather and centralise all iOS apps in its Apple app store. Apple also made it easy for the consumer to find apps that they like and coupled this with a simple download and payment process. Of course, Apple will take a cut from the sale of every app but developers are also keen to hop on this bandwagon. This is because Apple offers independent developers an easy route to sell their apps to the world.

While the app store went about changing the mobile app world, it also made a 14-year-old schoolboy gain instant fame and made a weird-looking bird very angry. In writing a simple game called Bubble Ball, Robert Nay knocked the cult-like Angry Birds app off its perch as the number one downloaded free app.

## Clash of the titans

Three of the most well-known technology companies in the world – Apple Inc, Google Inc and Nokia Inc – are currently embroiled in a smartphones war. More specifically, the war centres around the operating system (OS) running on smartphones. Nokia seems to be leading the OS war (36% share) when measured in sales of smartphones, by virtue of the sheer volume of Symbian mobile phones that the Finnish giant sells annually. However, in terms of actual online usage measured by Admob, an online metrics company owned by Google, Apple's iPhone is King of the castle, with 40% of online users using iPhone in a month while Nokia users falter behind at a distant second (24% share).

**Chart 2**

left

### Smartphones – Sales vs Usage (2010)



Note: Online usage is based on Admob May 2010 data

Sources: Euromonitor International, Admob

---

Other than great user interface on Apple's iPhone, one key factor that entices consumers to purchase apps from Apple's app store online is the sheer number of apps available. Nokia tried to emulate its rival with its Ovi store, with limited success. Having an online store is the easy part; having compelling apps that users are willing to download is a different matter altogether. And, more importantly, having apps that consumers are willing to pay for is a mammoth task, which Apple and its apps providers have managed to achieve. Rovio Mobile, a small startup company that developed the runaway gaming franchise Angry Birds, got its break and reaped millions in revenue from Apple's app store. Indeed, apps do hold the key to the success of smartphones and its OS.

Microsoft understood the pivotal role that apps played and publicly announced Angry Birds as a future release on its new OS, Windows Phone 7. Rovio Mobile threw a few rotten eggs at Microsoft and flatly denied any commitment to develop its successful Angry Birds game franchise for Windows Phone 7. The bogus announcement by Microsoft may have played a part in the less than stunning sales of Windows Phone 7. Microsoft announced that two million units were shipped in the last quarter of 2010, not a bad figure, but greater things were expected. The heavyweights of mobile phone manufacturing – HTC, LG and Samsung – had launched smartphones running on Windows Phone 7, which naturally raised the sales expectation. The sad truth is that no apps equals no sales.

## Choices, choices, choices

The fact that there are multiple OS means that software developers have to write software codes for multiple OS platforms or choose an OS platform to support. Apple tends to be the beneficiary due to the popularity of its iPhones and app store. The victim is always Nokia or Microsoft as their OSs are not as popular as Apple's.

Nokia (together with Intel) is now trying to reverse its freefalling operating profit with MeeGo. MeeGo is a software platform that can be implemented on multiple devices (tablets, smartphones, netbooks and laptops). MeeGo allows apps to run on different platforms so developers can write their applications once and deploy them easily on many multiple MeeGo devices. The ease of cross platform and multiple device inter-operability could attract developers to write apps on MeeGo. Nokia has publicly announced that all new smartphones from the Finnish giant in 2011 will run on MeeGo.

Even if the MeeGo project fails, the future still looks promising for Nokia. As the mobile broadband network becomes more stable and gains higher download speed, consumers just need to be connected to the internet to run an app. In the long run, apps running on a proprietary OS will not play as important a role in the consumer's buying decision as they do now. For Nokia's sake, the future cannot come early enough.

For further insight, please contact Wee Teck Loo, Head of Consumer Electronics Research at Euromonitor International, at weeteck.loo@euromonitor.com.sg.

# VELLTURO EXHIBIT 85

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, or to license text, images or graphics, use the Reprints tool at the top of any article or visit: Reprints (http://www.newsweekdailybeastreprints.com)



# Think Really Different

## The iPad will change the way you use computers, read books, and watch TV—as long as you're willing to do it the Steve Jobs way.

by Daniel Lyons (/contributors/daniel-lyons.html) | March 25, 2010 8:00 PM EDT

What's the big deal about Apple's iPad, currently arriving in stores on the biggest wave of hype since, well, Apple's iPhone? The easy answer is that the iPad comes from Apple, and we always expect big things from Apple because it is run by Steve Jobs, whose California garage was the birthplace of the personal computer in 1976. Since then, Jobs has transformed computing by making machines people actually like to use. He's changed the movie business, buying Pixar and ushering in the era of computer animation, and he's led a takeover of the music business with the iPod and the iTunes music store. Then came the iPhone, and even now, nearly three years after its introduction, no other phone comes close.

Jobs is a relentless perfectionist whose company creates such beautifully designed products that they have changed our expectations about how everything around us should work. He has an uncanny ability to cook up gadgets that we didn't know we needed, but then suddenly can't live without. The iPad is his personal pet project. It's something he's been working on for years, reportedly even while he was recuperating from a liver transplant. Jobs calls it "a truly magical and revolutionary device," and supposedly has told people close to him that the iPad is the most important thing he's ever done.

Which is why so many of us raced to San Francisco in January to get an up-close view of the miraculous tablet. Yet my first thought, as I watched Jobs run through his demo, was that it seemed like no big deal. It's a bigger version of the iPod Touch, right? Then I got a chance to use an iPad, and it hit me: I want one. Like the best Apple products, the user interface is so natural it disappears. The iPad runs on the iPhone operating system, so it's even easier to use than a Mac. Like the iPhone, the iPad is a sleek, slim device. It has a nice 9.7-inch screen, weighs only one and a half pounds, and can play movies for 10 hours on a single battery charge. Right away I could see how I would use it. I'd keep it in the living room to check e-mail and browse the Web. I'd take it to the kitchen and read *The New York Times* while I eat breakfast. I'd bring it with me on a plane to watch movies and read books.

That may not be life-changing, but is it worth 500 bucks? Yup. Done. Sold. No wonder, then, that by some accounts Apple has received preorders for 240,000 iPads, and some analysts project it could sell up to 5 million units in the product's first 12 months. One early adopter is Steve Wozniak, who

cofounded Apple with Jobs. Woz has already ordered three iPads and plans to camp out in front of an Apple store the night before the iPad's debut, just for kicks. "We all say we want things to be simpler, and now here is this simple thing. I think it will be a huge success," Wozniak says.

But the very simplicity of the iPad masks its transformational power. Some say the iPad heralds a new era of computing, and I'm inclined to believe them. The interface is so intuitive—navigating with your fingers rather than a keyboard and mouse—that it will change what we expect from our computers. Today we talk about "getting on the Internet," but with iPad you can have a persistent online connection, and that's a pretty profound shift. Combine the form factor with the 24/7 link to a store, and you have the perfect machine for impulse purchases. The iPad could eventually become your TV, your newspaper, and your bookshelf. Pretty soon, Apple might even become your cable company—sort of—by selling subscriptions, via iTunes, to individual shows or channels. Say you're reading the latest Henning Mankell on your iPad. While you're sitting there with it in your lap, why not check your e-mail or flip on an episode of *The Office*?

Perhaps more important, this elegant little device comes loaded with Jobs's grandiose ambition and is yet another example of his willingness to defy conventional wisdom and bend the ethos of Silicon Valley to his own will. The Internet is supposed to be all about freedom and choice—yet here comes Steve Jobs with an Internet that is a completely closed system. Apple not only sells you the device, but also operates the only store on the planet that sells software for it. Such "walled gardens" were supposed to be a thing of the past, cracked open first by the freewheeling PC revolution and then demolished by the anything-goes-and-everything-is-free World Wide Web. Jobs figures he can get away with this radical lockdown because the products Apple makes are so good, outstripping the imaginations of even the most engaged consumer. Jobs argues that this tighter control allows Apple to create a more seamless user experience—your iTunes account stores your credit-card information, which makes it very, very easy to buy stuff. There's no friction. Thinking about an old song from high school? Go to iTunes, grab it, pay a buck, and listen. I do that all the time now on my iPhone, and I'll probably make bigger purchases—movies, books, TV series—for my iPad. In fact, a closed system may be the only way to deliver the kind of techno-Zen experience that Apple has become known for.

The closed system also lets Apple make more money, because it collects 30 percent of whatever customers spend on apps or content. Same goes for movies, music, and books. Instead of making a one-time sale, each iPad sold becomes a recurring revenue stream for Apple. The company's move toward a closed system actually began seven years ago, when it launched the iTunes Store to sell digital media for its iPods. Then came the iPhone and the App Store. Thanks in part to these steady revenue streams, Apple's sales grew 12 percent last year despite the recession. No wonder this model is catching on with others. Amazon, with the Kindle, lets you download free books from sources other than Amazon, but for books that cost money, you must buy from Amazon. Microsoft connects its Zune music player to an online store called Zune Marketplace—its imitation of Apple's iPod and iTunes Store.

This shift represents nothing less than a complete rethinking of the past 30 years of tech history, when we've had chips made by Intel and AMD; operating software like Windows made by Microsoft; computers made by Dell, HP, and others; and applications made by thousands of independent software companies. With iPad, Apple is making its own microprocessor and its own operating system—basically, Apple is embracing the old vertical-integration model that was once the norm in the computer industry before the PC revolution Jobs helped create. By having its own microprocessor, instead of a chip that everyone else can use, Apple can tightly integrate its operating system with the chip to get better, faster performance. Rivals won't be able to match it.

All this is a dream come true for Jobs, but it's a move so brazen that even Microsoft, at the height of its powers, would not have dared to attempt it. Buy into the World According to Steve, and you're making a Faustian bargain—you sacrifice freedom for the sake of a lovely device that (mostly) works just the way it's supposed to, eliminating the headaches and confusion that most tech products bring with them.

What are you giving up? Well, you can't run any Web browser—only Safari, the one made by Apple. You can't play videos that are created in -Adobe's Flash software, which is used for about 75 percent of all Web videos, including everything on Hulu. Jobs has griped that Flash is glitchy, which may be the case, but blocking sites like Hulu also creates one more reason to buy shows on iTunes instead. And all the content you buy from iTunes is wrapped in encryption software so that it can run only on Apple devices. If at some point you want to buy another brand of device—some newer, faster, cooler gadget we can't yet imagine—you won't be able to take your Apple content with you. Apple could also decide to block the applications of rival technology—as happened last year, when the company wouldn't approve Google Voice, a telecommunications application, for the iPhone.

It's a dangerous path, according to Jonathan Zittrain, a professor at Harvard Law School and cofounder of the Berkman Center for Internet & Society. "The price is you are giving up the freedom to choose what code you run and what content you see or experience," on a device you own, he says. "The fear is that we could be charmed by platforms that turn out to be not very good for us."

Of course, bacon isn't good for us, either, but it's pretty tempting. For now, consumers seem perfectly willing to give up a little freedom to enter Apple's world. The iPad arrives ready to run virtually all the 150,000 apps that have been created for the iPhone over the past two years. Thousands more, built specially for the iPad, will arrive in short order. Apple has created iPad versions of its Mac-based word processing, spreadsheet, and presentation apps (available for 10 bucks each) and will preload the device with a few simple apps of its own creation: calendar, address book, photo manager, notepad, maps, e-mail, YouTube.

Never mind that you're giving up control to a company that doesn't always play well with others. Apple is nuts about secrecy, for example. Even now, it won't let most developers use actual iPads in their labs, so the programmers are all flying blind, writing code without being able to see what their software will look like on the actual device. The few developers who did get iPads have to keep the devices in secret rooms, chained to a desk. These folks all live in fear of Apple. Several contacted by NEWSWEEK either ignored our requests or wrote back saying they didn't dare to comment. Others would talk to us but only if we promised them anonymity. When I called Apple PR to see if Jobs or some other Apple exec might do an interview for this article, the first thing the PR guy asked me was whether I'd talked to any outside developers, and if so, which ones. I didn't name names. As for my interview request? Forget about it.

Let's be honest: Jobs and his crew make the Church of Scientology look like a bunch of easygoing sweethearts. But that's not deterring developers. They saw the boom of the iPhone market and can't wait to jump on the next wave. Apple may be a nightmare to deal with, but it's rounded up a huge pool of customers—75 million iPhones and iPod Touch units have been sold—and created an online store that makes it easy for developers to reach them. The lucky developers will make a fortune.

"Apple has created an ecosystem that consumers trust. It's a very compelling place to be as a developer," says Bart Decrem, founder and CEO of Tapulous, maker of games like Tap Tap Revenge and Riddim Ribbon. Those apps have been smash hits on the iPhone and iPod Touch, with more than 25 million downloads and a rumored $1 million a month in revenues. Tapulous is creating a new title for iPad, and Decrem says the device's snappy Apple-developed microprocessor offers new freedom to game designers who in the past have had to make compromises because of the iPhone's limited

power. "Now that limitation gets blown away. My designers can do whatever they want to do," Decrem says.

How big will the tablet craze be? Trip Hawkins—a tech-industry veteran who once worked at Apple, then founded videogame giant Electronic Arts, and currently is CEO of Digital Chocolate, a game maker—says that as Google and others rush into the tablet-computer space, the market is going to explode. Within a decade there will be 1 billion tablet computers in the world, he predicts, adding that even then, "I'm probably being conservative." Paul Saffo, a tech forecaster and professor at Stanford University, expects Apple to roll out a family of other iPad models—a small one the size of a paperback, a big one the size of two magazine pages—perhaps as soon as this fall. (Apple won't confirm, natch.) Further out, we might have tablets on plastic sheets that you could roll up or fold like a map—"maybe by the second term of the Chelsea Clinton administration," Saffo says.

When designers at *Wired,* the tech magazine, created a stunning demo of what a magazine might look like on a tablet like the iPad—with interactive graphics, videos embedded into stories, and an advertisement that let you spin a car around and see it from all sides—many of us in the media business were blown away. And that's just the beginning. The main thing to know about the iPad is that right now nobody, not even Steve Jobs himself, really knows how this device will be used. "With the iPad, a lot of people are hoping there's a killer app that we just can't conceive of yet," says Peter Farago, vice president of marketing at Flurry Analytics, which studies how people use mobile apps. Flurry started tracking iPad use a few months ago—these were test units inside Apple—and found the biggest use appears to be games. Looking ahead, Farago says, "there are basic questions, almost anthropological questions: How am I going to use this through my day? Are there going to be things that just blow my head off, and I just haven't seen it yet?"

No doubt there will be. Remember that it has been less than three years since the iPhone debuted, that the App Store has not yet reached its second birthday, yet it already offers 150,000 apps and has delivered more than 3 billion downloads. Now comes the iPad, with a bigger screen, faster processor, an ecosystem of eager developers, and millions of loyal customers who are hungry for Apple's next big thing. Analysts say the device could generate $2.5 billion in new revenues this year, which helps explain why Apple now stands ready to boom, with revenues expected to soar nearly 50 percent, to about $54 billion in the current fiscal year. Magical? Revolutionary? You bet.

**Tags:**

- Apple iPod Touch Portable Audio Device, (/topics/apple-ipod-touch-portable-audio-device.html)
- Company Expansion, (/topics/company-expansion.html)
- iPads, (/topics/ipads.html)
- iPad, (/topics/ipad.html)
- Technology (/topics/technology.html)

©2011 The Newsweek/Daily Beast Company LLC

100 LB   BLUEBIRDpalns.com (888) 477 - 0700   100 LB Style

# VELLTURO
# EXHIBIT 86

# BUSINESS INSIDER

Home > Collections

Ads by Google

**Chromebooks have arrived**
Built for the web - 8 hour battery. Instant resume & 8 second startup.
google.com/chromebook

**Overstock iPads 2: $43.20**
Today Only: Get 32GB iPads for $43. 1 Per Customer. Limited Quantities.
www.NoMoreRack.com/iPad



**Related Articles**

Apple Stacks The Deck Against Amazon's Kindle App
February 26, 2010

Hey Apple, Where's iBooks For The Mac?
January 10, 2011

How To Get Noticed In Apple's App Store
July 15, 2009

## Apple Will Generate $13 Billion In iTunes Revenue In 2013, Says Analyst

Pascal-Emmanuel Gobry · July 05, 2011 · 🔒 1,741 · 💬 2

 

Apple's iTunes platform will generate $13 billion in revenues by 2013, according to a report by Global Equities Research noted by TheNextWeb.

That includes sales of music, ebooks, movies and apps, and assumes growth of 39% over the next years, which sounds believable.

The main reason for the growth?

All those iPhones and iPads Apple is selling, which is leading to explosing App Store growth. Also, more and more publishers are supporting Apple's iBooks, so it should grab some marketshare from Kindle.



(Dan Frommer, Business Insider)

Ads by Google

**iPhone & iPap Application**
Development Course Online or Hybrid Learn More Today
www.njit.edu

**Next-Gen Customer Contact**
Free Paper: Create The Next Generation Customer Experience
webapp2.aspect.com/nextgen/

The most stunning thing about this is that Apple's iTunes is usually thought of as an add-on, a way for Apple to sell more hardware. But it is a ginormous business in its own right. And yet, for Apple, it's only a sideshow.

"Apple's... Exclusive Supply Chain Of Advanced Technology [Is] Literally Years Ahead Of Anyone Else On The Planet" →

Ads by Google

**Next-Gen Customer Contact**
Free Paper: Create The Next Generation Customer Experience
webapp2.aspect.com/nextgen/

**Featured Articles**

More:

100 LB   BLUEBIRDonline.com (888) 477-0700   100 LB Style

# VELLTURO
# EXHIBIT 87



Mac
iPod
iPhone
iPad
iTunes
Support

**Apple Press Info**

Press Releases          Product Images & Info          Apple Leadership

## Apple's App Store Downloads Top 15 Billion

CUPERTINO, California—July 7, 2011—Apple® today announced that over 15 billion apps have been downloaded from its revolutionary App Store™ by the more than 200 million iPhone®, iPad® and iPod touch® users worldwide. The App Store offers more than 425,000 apps and developers have created an incredible array of over 100,000 native iPad apps.

"In just three years, the revolutionary App Store has grown to become the most exciting and successful software marketplace the world has ever seen," said Philip Schiller, Apple's senior vice president of Worldwide Product Marketing. "Thank you to all of our amazing developers who have filled it with over 425,000 of the coolest apps and to our over 200 million iOS users for surpassing 15 billion downloads."

"We sparked musical magic when iPhone users experienced Ocarina three years ago," said Dr. Ge Wang, a Smule co-founder and assistant professor at Stanford's Center for Computer Research in Music and Acoustics. "And now with iPad, we've created the Magic Piano and Magic Fiddle apps. Who could've dreamt an iPad would make its way into the San Francisco Symphony?"

"iPad provides us with an unparalleled mobile device for creating gorgeous, immersive games," said Mark Rein, vice president and co-founder of Epic Games. "Infinity Blade has been a runaway hit with customers around the world and we couldn't be more excited about our success on iOS devices."

"We're bringing Martha Stewart, Angelina Ballerina, Sesame Street and many more of the world's most popular books and magazines to iPad," said Nicholas Callaway, CEO of Callaway Digital Arts. "We knew the iPad was going to be a revolutionary storytelling device, but never could have anticipated it would become so popular, so quickly."

More than 15 billion apps have been downloaded from the revolutionary App Store and more than 425,000 apps are available, including more than 100,000 native iPad apps, to consumers in 90 countries. Users of the more than 200 million iOS devices around the world can choose from an incredible range of apps in 20 categories, including games, business, news, education, sports, health, reference and travel. Apple has paid developers over $2.5 billion to date.

Apple designs Macs, the best personal computers in the world, along with OS X, iLife, iWork and professional software. Apple leads the digital music revolution with its iPods and iTunes online store. Apple has reinvented the mobile phone with its revolutionary iPhone and App Store, and has recently introduced iPad 2 which is defining the future of mobile media and computing devices.

**Press Contacts:**
Simon Pope
Apple
spope@apple.com
(408) 974-0457

Trudy Muller
Apple
tmuller@apple.com
(408) 862-7426

Apple, the Apple logo, Mac, Mac OS, Macintosh, App Store, iPhone, iPad and iPod touch are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

Apple Media Helpline   (408) 974-2042   media.help@apple.com

# VELLTURO
# EXHIBIT 88



# Mobile Phones: Winning Strategies and Pitfalls

February 2011

© Euromonitor International

2

Introduction

Mobile Phones: The Market in Review

Winning Strategies in Smartphones

Keys to Success in Developing Markets

Beyond Mobile Phones

Best Strategies and Potential Pitfalls Going Forward

# Scope

- This briefing focuses on mobile phones but also covers the following consumer electronics categories:



**Disclaimer**

*Much of the information in this briefing is of a statistical nature and, while every attempt has been made to ensure accuracy and reliability, Euromonitor International cannot be held responsible for omissions or errors*

*Figures in tables and analyses are calculated from unrounded data and may not sum. Analyses found in the briefings may not totally reflect the companies' opinions, reader discretion is advised*

**Learn More**

To find out more about Euromonitor International's complete range of business intelligence on industries, countries and consumers please visit www.euromonitor.com or contact your local Euromonitor International office:

| | |
|---|---|
| **London** +44 (0)20 7251 8024 | **Dubai** +971 4 372 4363 |
| **Chicago** +1 312 922 1115 | **Cape Town** +27 21 552 0037 |
| **Singapore** +65 6429 0590 | **Santiago** +56 2 915 7200 |
| **Shanghai** +86 21 6372 6288 | **Sydney** +61 2 9275 8869 |
| **Vilnius** +370 5 243 1577 | **Tokyo** +81 3-5403-4790 |

Consumer Electronics: Mobile Phones © Euromonitor International

# Objectives

- Examine major changes in the global mobile phones market over 2002-2010 and their effect on the competitive landscape.
- Identify markets with the greatest overall growth potential for the forecast period.
- Examine key aspects of smartphone strategies undertaken by Apple Inc, Motorola Inc and HTC Corp identifying their competitive advantages, shortfalls and potential risks.
- Profile the operations of four successful emerging low-cost manufacturers Binatone Electronics International Ltd, Samart Corp, Mi-Fone (BVI) Ltd and Micromax, identifying key aspects of their success in competing with incumbent brands in their respective markets and their prospects for further geographical expansion.
- Identify prospects in mobile services and potential threats from competing portable computers.
- In conclusion, the report identifies the best practices and potential pitfalls for the mobile phone market in 2011 and beyond.

# Key findings

**Asia Pacific remains key volume driver**

With most markets reaching full saturation over the review period and growth in Africa slowed by income constraints, the combination of vast population and economic growth will fuel subscriber growth in developing Asian markets.

**4G a mixed blessing for manufacturers**

As the smartphone market matures in developed markets the 4G switchover is the likely next revenue driver with hardware upgrades although cloud computing potentially threatens post-sale revenue.

**Mobile services expected to generate growth in emerging markets**

Many developing markets leapfrogged the development of terrestrial communication infrastructure leaving mobile phones as the only communication device for many households, opening potential for a wide variety of mobile services.

**Emerging markets remain highly price elastic**

Undercutting prices of major multinational brands is the strategy behind the rise of local and regional mobile phone brands. However, as mobile services gain popularity increasing numbers of consumers are likely to spend on more advanced models.

**A narrow product portfolio poses significant risks**

Short product lifecycles and shifting consumer preferences make a single-platform or narrow product portfolio a high-risk strategy. The long-term success of such an approach is highly reliant on the company's ability to quickly change direction.

**Competition from single-function devices to slow value growth**

While competition from cameras, camcorders, and navigation devices is no threat to volume growth in mobile phones, the price erosion in those categories will undermine the value of incorporating these features into mobile phones.

**Content integration likely to determine winning mobile platform**

Competition between mobile operating systems is likely to shift from third party applications to integration of content from in-home electronics into smartphones. The system which provides seamless integration of this content will emerge victorious.

5

Consumer Electronics: Mobile Phones   © Euromonitor International

Introduction

Mobile Phones: The Market in Review

Winning Strategies in Smartphones

Keys to Success in Developing Markets

Beyond Mobile Phones

Best Strategies and Potential Pitfalls Going Forward

# Mobile phones: 2002 vs 2010

- The global market for mobile phones has undergone profound changes over the review period. As developed markets became increasingly mature, growth shifted to developing markets.
- The shift of growth to less affluent markets accelerated unit price erosion commonly associated with product diffusion. Global average unit price fell from US$170 in 2002 to US$86 in 2010 representing an almost 50% drop. The biggest price decline was observed in the Middle East and Africa where prices declined 95% as demand for mobile communication moved from the rich elite to the masses. This contrasts with Western Europe where prices fell around 40% over 2002-2010. North America, on the other hand, has seen an upturn in average unit price since 2007 as smartphones have taken a greater share of sales.
- While China has been an important market for mobile communications due to its vast population, markets such as Russia, Brazil, India and the biggest African markets such as Algeria, Egypt and Nigeria have emerged as key markets for handset sales and are becoming increasingly attractive for mobile services due to their underdeveloped terrestrial communication infrastructure.

### Mobile Phones: Biggest Markets by Volume



7

# Changing of the guard

- The shift of growth to developing markets over the review period drove growth in low-cost manufacturers. This has had a positive impact primarily on Chinese manufacturers who account for a majority of private label brand manufacturing contracts. The commoditisation of mobile phones over the review period was largely responsible for driving growth of low-cost private label brands. Private label brands, such as Vodafone, have been particularly successful in India where they accounted for 6% of unit volumes in 2009.

- Low-cost manufacturers have also had success with products under their own brands, although this success is rarely replicated outside domestic markets. TCL-Thomson Electronics Corp owes considerable success to the Chinese market where it held an 8% volume share in 2009. Other major Chinese mobile phone manufacturers include Ningbo Bird Co Ltd, Lenovo Group Ltd, and Amio Electronic Co Ltd, but none have a significant presence in any other major market.

- The biggest changes in the competitive environment on a global scale came with the emergence of smartphones. Incumbent market leaders Nokia Group and Motorola Inc were too slow to innovate and largely failed to capitalise on growing consumer interest in increasingly powerful mobile phones allowing Apple Inc and Research in Motion Ltd to capture the market as smartphones became mainstream.

- LG Group and Samsung Corp have been quicker to innovate than Motorola Inc which has helped the former two avoid significant share decline. The two manufacturers built on their established selection of feature phones to offer competitive smartphone line-ups.

- Having lost their leading edge both Nokia and Motorola are now playing catch up with rapidly-emerging smartphone-centric manufacturers such as HTC Corp, Apple and Research in Motion.

## Global Rankings by Unit Volume

| Company | 2002 | 2009 |
|---|---|---|
| Nokia Group | 1 | 1 |
| Samsung Corp | 3 | 2 |
| LG Group | 4 | 3 |
| Motorola Inc | 2 | 4 |
| Sony Ericsson Mobile Communications AB | 5 | 5 |
| Apple Inc | - | 6 |
| Research in Motion Ltd | 21 | 7 |
| Kyocera Corp | 11 | 8 |
| TCL-Thomson Electronics Corp | 10 | 9 |
| Private label | 16 | 10 |

**Key Point:** With short replacement cycles and increasing innovation rates the competitive landscape in mobile phones is likely to become increasingly volatile

8

# Asia Pacific: main market driver

- The mobile phone subscriber base in Asia Pacific has been growing dynamically over the review period largely due to growth in China and India, and is expected to continue expanding over the forecast period reaching about three billion subscribers by 2015. Growth in the subscriber based is likely to increasingly shift to rural areas of China and India as well as some neighbouring markets.
- Growth countries such as Indonesia, the Philippines, Bangladesh, Cambodia, India and Vietnam will drive growth and offer potential to low-cost local-market, Chinese, and Indian phone manufacturers as well as Samart Corp, Mi-Fone (BVI) Ltd, Micromax and TCL-Thomson Electronics Corp, which tend to be priced lower than basic phone models from Samsung Corp, LG Group and Nokia Group making them more likely to capitalise on growth in emerging Asian markets.



**Mobile Phone Subscribers**

9

# Value sales: equipment and services

- Consumer expenditure on telecommunications in the key Asian growth markets of Pakistan, India, Indonesia, Vietnam and the Philippines is hardware dominated.
- These markets tend to be characterised by lower carrier subsidies due to low prices of services. In turn, this results in low monthly contract subscription rates. In India, just 3% of mobile phones sold in 2009 were sold with a contract. This market structure is generally unfavourable for data services and tends to see late adoption of latest data transmission standards (3G and 4G).
- In terms of hardware, this means that smartphone demand has been limited to a small minority of affluent consumers. These consumers tend to be business-orientated users and have made markets such as India, Indonesia and the Middle East key growth areas for Research in Motion Ltd (BlackBerry) in 2010.
- Developing markets such as India and Vietnam, where hardware expenditure comprises a significant part of total expenditure, tend to have highly price elastic hardware demand. This favours low-cost manufacturers such as Samart Corp
- The relatively low cost of services  increases their usage and therefore offers opportunities for feature-laden phones from global brands such as LG, Samsung and Nokia which tend to have a better reputation for quality and reliability over lower-cost manufacturers.



**Consumer Expenditure on Telecommunication Equipment as a % of Consumer Expenditure on Telecommunication 2010**

10

Introduction

Mobile Phones: The Market in Review

Winning Strategies in Smartphones

Keys to Success in Developing Markets

Beyond Mobile Phones

Best Strategies and Potential Pitfalls Going Forward

# Smartphone success stories: an overview

## Apple Inc

- The company entered the mobile phone market with the launch of the iPhone in 2007. The device was designed largely as an extension of the company's popular line-up of iPod portable media players.
- Borrowing from the iPod, the device was media-centric, a sharp contrast to the productivity-orientated BlackBerry and a wide array of smartphones based on Windows Mobile and Palm operating systems that controlled the market in 2007.
- Originally launched in the US and select Western European markets, with significant consumer interest subsequent releases of later versions were expanded globally to most markets.
- Sales across the 37 researched markets totalled 18 million units in 2009, and are expected to almost double in 2010 due to success of the iPhone 4 released in mid-2010.

## HTC Corp

- Founded as a laptop manufacturer in 1997, the Taiwanese company has emerged as a significant market player in smartphones.
- The company got its start working on software implementation for Palm, HP iPAQ, and T-Mobile brand names.
- Over the early part of the review period, HTC Corp focused on devices running on Windows Mobile, but the focus began to shift towards the Android operating system as the popularity of Windows Mobile waned.
- In 2008, HTC Corp released the world's first Android smartphone and has been reaping the rewards of the platform's increasing popularity through 2009 and 2010.
- In autumn 2010, HTC released a wide array of smartphones based on the new Windows Phone 7 operating system.

## Motorola Inc

- The rising success of the Android mobile operating system has also helped Motorola Inc regain some of the losses it suffered over the review period. Motorola, a former market leader, has struggled globally and in its home market, the US, where its volume share has declined from 35% in 2006 to 16% in 2009. The company's poor performance was attributed largely to a slowdown in innovation after the success of its RAZR line-up of feature phones.
- However, the company is undergoing reorganisation and has enjoyed success with its Droid smartphone, benefiting from the popularity of the Android OS it uses.
- Unlike its major competitors, Motorola has not announced any plans to manufacture devices running Windows Phone 7.

12

# Apple Inc

- Apple Inc has a brand consumer base that is wider and more active than any of its competitors. This brand loyalty was largely built on the popularity of the company's iPod portable media players. While the devices were on par with the competition in terms of technical specifications, their fashionable design and aggressive marketing elevated them to almost iconic status.

- The approach to the iPhone was the same. The experience was built to mirror that of the iPod with a focus on media playback rather than productivity features. The success of this formula is responsible for making smartphones a mainstream product, and has forced competing mobile platforms to revamp their software to resemble the experience of the iPhone.



**Sales in 37 Researched Markets**

*(Line chart, Million units on y-axis from 0 to 40, years 2002–2009 on x-axis; series: iPhone, iPod)*

**Revenue from Products and Related Services**

*(Bar chart, US$ million on y-axis from 0 to 30,000, years 2008, 2009, 2010; series: iPod, Music related products/services, iPhone and related products/services)*

Source: Apple Inc
Note: Time periods in terms of financial year defined by Apple Inc

- The central theme of Apple's approach to both the iPod and the iPhone has been complete control over the user experience. For the iPhone, Apple uses the proprietary iOS giving it control over which file formats, programming languages, and third party applications can be run on the device.

- The popularity of the device coupled with its restrictive user interface has maximised the post-sale revenue stream potential. This has sustained sales of the iTunes store despite slowing iPod sales, and generated a revenue stream from sales of content and applications from the company's App Store, which had over 200,000 applications available in autumn 2010.

13

# SWOT analysis: Apple Inc

## Strong brand loyalty

- While the selection may be limited the company's brand has a significant and loyal following not just in smartphones, but across computers and portable media players. This allows one product category to feed off the popularity of another often resulting in higher demand for Apple-branded products than market conditions dictate. In smartphones this brand loyalty buffers the effects of changing consumer preferences, which can occur suddenly due to short product lifecycles.

## Restrictive experience

- Short lifecycles and fickle consumer preferences mean that fortunes can turn very quickly. While Apple Inc does enjoy the brand loyalty buffer, the single device-single platform approach bears significant exposure to the risk of failing to adjust to changing consumer preferences.
- This approach allows concentration of resources to produce a single device, but runs the risk of colossal losses in the event the product or software has design flaws or misses consumer expectations.

|              |            |
| ------------ | ---------- |
| Strengths    | Weaknesses |
| Opportunities| Threats    |

## CDMA: looking beyond the US

- One way to expand variety and reduce risk from shifting consumer preferences is moving into CDMA. Initially launching in the US, Apple Inc's CDMA iPhone 4 is likely to result in increasing market shares in the US as the product will be distributed through two of the biggest carriers: AT&T (GSM) and Verizon Wireless (CDMA). A long term opportunity in CDMA is in Asia Pacific which accounted for 57% of all CDMA2000 subscribers in 2010, according to the CDMA Development Group.

## Cloud computing

- The centrepiece to Apple's single platform has been complete control over the consumer experience and the revenue it generates. However, the evolution of cloud computing and 4G data networks has the potential to move application processing and data storage to virtual locations with browser-based user interfaces, thereby making the operating system of mobile computers largely irrelevant for consumers and taking away the company's central competitive advantage.

14

# HTC Corp

- In a total departure from the single-device, single-platform approach of Apple Inc, HTC Corp is focused on variety. The company produces a wide range of CDMA and GSM models running on both Google Inc's Android and Microsoft Corp's new Windows Phone 7 operating systems. Based on the popularity of Android and banking on the successful launch of Windows Phone 7 in late 2010, HTC predicts record sales of US$3.3 billion in the fourth quarter of 2010.
- This variety of models and the ability of the company to quickly shift platforms has been a key success of the company as it weathered the decline in popularity of Windows Mobile and difficult macroeconomic conditions in 2009 with minimal losses in sales volumes.

### HTC Corp Smartphone Sales



Source: HTC Corp

### Revenue by Region 2009



Source: HTC Corp

- Preliminary estimates suggest that the global market for smartphones will reach 230 million units in 2010, of which HTC is likely to account for 24 million. In November 2010, the company set a unit shipment target of 8.5 million units for the last quarter of 2010.
- HTC was successful in the key US smartphone market in 2009, and by the end of 2010 Android became the most popular mobile OS in the market. This success started to spread to Western Europe in 2010 where HTC has grown its share to almost 10% by the end of 2010. The key to success in the US is CDMA, as two major mobile providers Spring and Verizon use the system. CDMA-based models are key to success in the transition to 4G and success in the US, Japan and South Korea.

15

# SWOT analysis: HTC Corp

## Variety and versatility

- A wide variety of models and the use of multiple operating systems protects the company against sharp fluctuations in consumer preferences.
- The company also produces both GSM and CDMA-based phones which has been a key to success in the US over the review period and puts it in favourable position as 4G emerges on the market in 2011 and 2012.

## Absence of post-sale revenue

- The company relies on third party providers for operating systems, which allows the company to mitigate risks from OS market failures and allows resources to be concentrated on hardware design allowing for greater variety.
- However, the lack of control over the software places the company outside the market for revenues from sales of advertising, content, applications, and services for the devices.

| Strengths | Weaknesses |
| Opportunities | Threats |

## Cloud computing

- HTC Corp has limited vested interest in any particular operating system and stands to win out as cloud computing makes the operating system a much less important competitive advantage than it has been over 2009 and 2010.
- The opportunity is in 4G technologies that are crucial to making cloud computing on mobile devices viable. HTC has already released the first 4G smartphone on the US market and is looking to build share.

## Hardware price erosion

- The absence of post-sale revenue potential implies an over-exposure to risks stemming from smartphone price erosion.
- As the devices become mainstream in developed markets and gain momentum in developing markets in 2011 and 2012 prices are likely to fall significantly.
- This makes the company's high-end line-up crucial to future success as higher-priced models are likely to face slower price erosion than the overall market.

16

# Motorola Inc

- The popularity of the Android operating system first in the US and spreading globally in late 2009 and 2010 helped Motorola Inc to begin mounting a comeback after losing share in the latter part of the review period and suffering through a sharp drop in demand in 2009 caused by the recession and a poor model selection.

- The company's turnaround was driven by the success of the Droid line-up of smartphones in the US which remains the company's most important market. A crucial part of the success was Motorola's long-standing partnership with Verizon Wireless, a major CDMA network provider in the US. Motorola smartphones comprised a major part of the carrier's selection in 2010 giving them an advantage over HTC and BlackBerry models.

**Motorola Inc Revenue by Geography**



Legend: ■ US   ▦ Latin America   ▨ Asia exc China   ▥ Europe   ▨ China   ■ Rest of the World

**Motorola Mobile Device Revenues**



- In 2010, Motorola made no public statements about plans to release a Windows Phone 7, reaffirming its commitment to the Android operating system. While legal battles between Motorola and Microsoft Corp likely underpinned its strategy, there are also commercial reasons.

- Motorola is the world's largest manufacturer of set-top boxes, and Google Inc is trying to make inroads into the home TV market with its Google TV service, making the Google-Motorola partnership mutually beneficial.

- Motorola is undergoing a restructuring plan that would separate out its mobile device and home entertainment businesses into a separate unit in early 2011. The move should facilitate the development of a mobile/in-home content integration platform, which is likely to be key to success in the US over the forecast period.

17

# SWOT analysis: Motorola Inc

### Long-standing presence in Mobile Communications

- Despite its aforementioned struggles over 2002-2009, Motorola Inc remains one of the most recognisable mobile phone brands worldwide and the company commands a large portfolio of intellectual property in mobile communications.
- In the rapidly-changing mobile communications market the potential for innovation is imperative for long-term success and Motorola Inc has the potential to capitalise on key long-term growth prospects.

### Overreliance on Verizon and Android

- With over half its revenues coming from the US the success of Motorola Inc's mobile phone business is highly dependent on consumer preference for the Android OS and its relationship with Verizon Wireless.
- The relationship with Verizon Wireless is likely to suffer when Verizon Wireless starts offering the iPhone. Moreover, in 2010, Motorola Inc sold Motorola Solutions, a provider of network hardware and a key component of the Verizon-Motorola relationship, to the Nokia Group.

|  |  |
|---|---|
| Strengths | Weaknesses |
| Opportunities | Threats |

### Integration with in-home consumer electronics

- A key growth prospect is the integration of mobile and in-home content. Motorola Inc has a significant presence in both markets and has partnered with Google Inc, provider of the Android OS and Google TV service; both of which have been rapidly gaining popularity in 2010. Apple Inc has been the only major competitor to develop both platforms, but unlike its popular iOS operating system Apple TV has not generated consumer interest in 2010.

### CDMA iPhone

- Motorola Inc's overreliance on Android and Verizon Wireless leaves it exposed to the risk of significant share loss in the US, resulting from the entry of Apple Inc into the CDMA market. The absence of the iPhone from CDMA carriers has been a major factor behind the success of Android-based devices in the US. Motorola stands to lose the most from the increasing competition, as its smartphones comprised a major part of Verizon's selection in 2010.

18

# Summary of strategies' strengths and weaknesses

## Apple Inc: Proprietary platform/single device

- Complete control over the user experience and post-sale revenue hedges against the risks stemming from hardware price erosion.

- A narrow product portfolio leaves the manufacturer exposed to sudden changes in consumer preferences in devices and software.

## HTC Corp: Third party platforms/multiple devices

- A wide variety of products and platforms implies the company is well placed to accommodate rapidly-changing consumer preferences.

- The downside is the overreliance on hardware revenue as post-sale revenue is generated by third party software providers.

## Motorola Inc: Third party platform/multiple devices

- Relying on a single platform brings Motorola Inc the opportunity to work more closely with the provider and potentially share post-sale revenue from select jointly-developed products.

- However, the single platform approach still carries the risk of market failure should the platform suffer a loss in popularity.

19

Consumer Electronics: Mobile Phones

© Euromonitor International

Introduction

Mobile Phones: The Market in Review

Winning Strategies in Smartphones

Keys to Success in Developing Markets

Beyond Mobile Phones

Best Strategies and Potential Pitfalls Going Forward

# Emerging market success stories: an overview

## Mi-Fone (BVI) Ltd

- Founded in Nigeria, the company started shipping low-cost mobile phones to Nigeria and nearby African markets in 2008.
- Starting with a focus on basic models with a wholesale price of US$20-50 the company positioned itself at the bottom end of the price range targeting young people in low-income communities.
- Having been well received in smaller African markets, the company expanded to Egypt, India, and former Soviet republics such as Kazakhstan and Uzbekistan.

## Micromax Informatics Ltd

- The company got its start in the Indian mobile phone market in 2008, serving mainly rural markets with low-cost mobile phones.
- Over 2009 and 2010, the company has expanded its presence in the market and started moving into urban centres with increasingly advanced and feature-laden models.
- Based in Gurgaon, the company is privately owned by its founders with a 21% stake held by two private equity firms. At the end of 2010, the company announced plans and published a prospectus in preparation for an IPO.

## Samart Corp PCL

- Established in 1955, the company has become a major provider of IT products and services in Thailand and has been expanding into neighbouring markets since 2006.
- In 2009, 70% of the company's revenue came from sales of I-Mobile mobile phones, and a wide array of mobile services primarily from the Thai market.
- The company also operates in Bangladesh, India, Laos, Cambodia, Vietnam, Indonesia, and Malaysia.
- In addition to mobile phones, the company provides mobile services such as news, horoscopes and sports scores, as well as digital billboards.

## Binatone Electronics International Ltd

- Founded in 1958, the company is a largely unknown UK-based producer and distributor of consumer electronics producing mobile and landline phones, e-book, and navigation systems.
- In 2004, the company entered and has seen rising success in the Russian mobile phone market under the Voxtel brand name. The products include mobile and landline phones in mid- to low-price segments. The products are distributed by ZAO Explay, a major Russian manufacturer of portable media players, accessories and computer peripherals.

21

# Mi-Fone (BVI) Ltd: key strategies

- Africa and particularly Nigeria has been and will likely remain the company's focus over the foreseeable future. Nigeria is rich in natural resources and has a young population with 130 million people under the age of 40 in 2010, with over half that number under the age of 15. Mi-Fone (BVI) Ltd is focused on the younger audience with low-cost models designed to resemble in appearance Nokia and BlackBerry phones, but at significantly lower costs. The phones are designed to be flashy in appearance, but with basic features set to make them attractive and affordable.

- The product selection is focused on candy bar phones with priorities on aesthetics, battery life, and reception. The target audience are young people who live in areas where access to electricity and cellular coverage may be limited. The company's flagship models are candy bar quasi-smartphones with QWERTY keypads, but with a basic feature set compared to the Nokia, BlackBerry, and Palm Treo phones they are modelled to resemble.

- Similar socioeconomic trends are driving the markets of other African markets although growth in them is likely to lag behind that of Nigeria due to Nigeria's wealth of natural resources and relative political stability.

- In 2009, Mi-Fone (BVI) Ltd also moved into the Indian market which continues to grow dynamically with volume sales forecast to reach 205 million units by 2014 compared to 121 million in 2009, but with a wide array of international, local, and Chinese brands already on the market success for Mi-Fone is unlikely.

**Mobile Phone Subscriptions**



22

# Micromax Informatics Ltd: key strategies

- The company became a telecom equipment distributor in 2000 and entered the mobile phone market under its own brand in 2008 focusing on rural areas of India, a move which provided a buffer against competition from international brands that mainly focus on more urban areas. The initial focus on rural areas also gave the company wide geographical distribution across India with no state accounting for over 10% of total revenue in 2009.

- Having established itself in rural markets, the company expanded its selection to around 30 models by the end of 2010, and began moving into urban centres with more advanced models offering QWERTY keypads, cameras, dual-SIM and CDMA-GSM combination devices. The move has propelled the company from a niche player in 2008-2009 to a serious competitor for the market leaders in 2010.

**India Mobile Phone Market Shares by Volume 2009**



**India Mobile Phone Volume Sales**



- At the end of 2010, the details of the proposed IPO had not been fully disclosed. The company has already sol[?] a 15% share to TA Associates, and 5.77% to three equity investors Sequoia, Sandstone and Madison.

- Proceeds from the IPO are likely to be used to build its own production facilities which in turn would help the company better control costs and enable it to expand into neighbouring markets Nepal and Bangladesh,

- The company is also looking to expand into Android-based devices and mobile services such as remote data backup, email-to-SMS, and social media-related services.

23

# Samart Corp PCL: key strategies

- Over the review period, Samart Corp has grown to become one of the biggest mobile phone providers in Thailand. The I-Mobile brand is targeted at low- to mid-price segments, where its main competitor is Nokia Group.
- While driving company growth over 2004-2007, reliance on highly income-elastic demand from low-income households left Samart exposed to the effects of the recession in 2008 and 2009. Revenues declined largely due to falling prices, down-trading on the part of consumers and shrinking expenditure on mobile services and content, as volume demand continued to rise.
- Volume sales increased mainly due to falling prices and primarily for low-cost models. A major part of the effort to raise average selling price in 2009 was an increased selection of devices with free-to-air mobile TV service from Telegent Systems.



**Samart Corp PCL Performance**



**I-Mobile Retail Chain**

- Revenues and margins from mobile phones and services began to recover in 2010 as the company's higher-priced models saw renewed demand as the macroeconomic environment started to improve. However, 2010 revenues is expected to be some 25-30% lower than the Bt25 billion initially projected by the company, largely due to delays in 3G network projects initially expected to be completed in 2010.
- A key part of the company's strategy has been its own retail network. Operating under the I-Mobile fascia the store chain is present throughout the country selling mobile phones, services, and accessories. The retail chain, low price point, and content delivery services lie at the core of the company's strategy.

24

# Binatone Electronics International Ltd: Key strategies

- The company first entered Russia in 1994 selling small consumer appliances, with the brand Voxtel entering the mobile phone market in 2004. Distribution and servicing is managed by ZAO Explay. Voxtel mobile phones are sold in all major electronics and appliance retail chains, but have struggled to gain significant market share.

- The main reason for the weak presence is that the Voxtel brand is unknown outside Russia and the CIS, and brand recognition is paramount in the Russian mobile phone market. A mobile phone is the primary status symbol for consumers who cannot afford luxury cars and *haute couture* clothing, driving many to spend more than they can afford on mobile phones from leading global brands. This has driven consumer expenditure on telecommunications equipment including mobile phones to grow consistently faster than mobile phone volume sales and disposable income. However the gap is likely to shrink as mobile phones become commodity items.



**Russian Mobile Phone Market**

- Despite not being able to compete with international players in the Russian market, the brand holds potential for 2012 and beyond. In the Russian market the commoditisation of mobile phones is taking hold rapidly, eroding the device's role as a status symbol. This is likely to benefit low-cost brands such as Voxtel.

- In the longer run, trends that originate in Russia typically take hold in Ukraine, Belarus, Kazakhstan and the Caucasus region. Raising brand awareness in Russia has the potential for a low-cost brand to take advantage of future growth in former Soviet republics with lower-income consumers.

25

# Best strategies in emerging markets: a summary

**Start big**

A large developing market, the economic centre of a region is a crucial starting point; becoming established in such a market facilitates expansion into neighbouring markets. Consumers typically perceive brands from regional centres as superior.

**Aim low**

In the initial stages of market entry direct competition with incumbent brands is likely to impede growth significantly. Therefore the initial product offering must be targeted at price segments and geographic regions where market leaders are under-represented.

**Poorest are insulated from global trends**

Very poor areas tend to have limited connection with global trends due to limited communications and access to information. This results in the power of brand recognition of multinational brands being weakest in the lowest-income areas.

**Aesthetics, coverage and battery life**

The poorer the consumer base the more important these three qualities become. In poor communities the mobile phone is often a status symbol for young people making looks crucial, but unreliable coverage and limited access to electricity remain important factors.

**Mobile services**

In developing markets the phone is often the only means of communication. This creates vast potential for mobile services such as mobile banking, news and entertainment.

**Two is better than one, three and four**

In addition to mobile services, dual-SIM functionality is a sought-after feature in developing markets as many consumers have multiple SIM cards, but phones with three and four SIM card slots are deemed overly complex and unnecessary for most consumers.

**Crony capitalism is still capitalism**

No discussion of developing markets would be complete without a mention that favouritism, corruption, and other unfair market practices are par for the course in many markets, making a knowledgeable, local partner a hard-to-find necessity.

26

© Euromonitor International

**Consumer Electronics: Mobile Phones**

27

Introduction

Mobile Phones: The Market in Review

Winning Strategies in Smartphones

Keys to Success in Developing Markets

Beyond Mobile Phones

Best Strategies and Potential Pitfalls Going Forward

# Multi-functionality vs functionality

- Smartphones along with a large number of feature phones have incorporated an array of functions previously unique to single-function devices. The rising popularity of smartphones has generated some discussion about the prospects for single-function devices such as cameras, camcorders, e-book, portable media players, and portable computers. However, these devices are likely to remain popular in the market and are likely to limit the ability of features such as HD video recording, Wi-Fi connectivity, and GPS navigation to stave off price erosion in mobile phones.
- Single-function devices are better suited for the purpose they serve; digital cameras tend to have better lenses and image sensors, for example, while mobile phones have the advantage of added convenience as they eliminate the need to carry additional devices.

**Global Volume Sales**

Million units

160
140
120
100
80
60
40
20
0

2009   2010   2011   2012   2013   2014

— Other portable computers — Digital cameras
— HD camcorders — E-book
— Portable video players — In-Car Navigation



**Forecast Growth in Mobile Phones**

% CAGR 2009-2014

14
12
10
8
6
4
2
0

Asia Pacific   Australasia   Eastern Europe   Latin America   Middle East and Africa   North America   Western Europe

■ '000 units   ▨ US$ fixed 2009 ex rate

- Competition from mobile phones has accelerated unit price erosion in single-function devices whose features they absorbed over the review period. This price erosion has devalued features such as HD video recording, mp3 playback, and GPS navigation in the eyes of the consumer.
- For smartphones, the main value driver has operating systems with a plethora of applications and services to drive revenue, but feature phones have largely ceased to innovate and are resigning themselves to the lowest price segment. Therefore unit prices are expected to rise in regions with the fastest expected diffusion rates in smartphones.

28

# In-home content on the go

- Consumer interest in internet-enabled TVs, also commonly known as IPTV, has grown significantly over 2009 and 2010 in the US with internet streaming services such as Netflix and Hulu, rapidly gaining users, while cable and satellite TV subscriptions are showing signs of decline as recession-weary consumers attempt to rein in spending by only paying for content they watch.

- Google TV is the next step in the evolution of internet-enabled TVs. The streaming service was first available on Sony TVs but Toshiba and Vizio have announced plans to introduce analogous products in 2011.

- However, brands such as Boxee and Roku are offering set-top boxes, along with popular gaming consoles with the capability to stream online media.

### US Pay TV Market



☐ Possession of satellite TV system
■ Possession of cable TV

### Global Pay TV Possession Rates 2010



- Ability to access the same content via computer, TV and phone is likely to be the key competitive advantage for any platform going forward. With the popularity of the Android OS and Google TV, Google Inc has the early edge, but there are numerous obstacles.

- Content providers and broadcast networks are slow to provide content for streaming services, to avoid compromising traditional channels.

- A pay TV model is necessary to incentivise content producers to take part, but consumers outside the US are much less willing to pay for TV programming.

- The effect of this trend on demand for smartphones may be limited as tablet computers are better suited for video.

29

# Expected trends in smartphones: summary

**Content integration**
- Competition between mobile operating systems is likely to intensify in 2011 with Windows Phone 7 and Web OS emerging on the market. A key competitive advantage will be the ability to seamlessly integrate in-home and mobile video and audio content. This includes streaming and on-demand services as well as remote storage and access services for user-generated content.

**Cloud computing**
- In line with growing mobile consumption of media, demand for cloud computing solutions optimised for mobile devices is likely to grow. This has the potential to see Dell Inc and Hewlett Packard Development Co LP become significant players in mobile phones as both companies have been expanding aggressively into cloud computing and mobile communications. On a broader basis, demand for mobile computing has the potential to make smartphones with larger 4" to 5" screens increasingly popular.

**4G**
- The expansion of mobile communications into increased video and data content will facilitate the expansion of 4G technology over the forecast period as mobile data traffic will continue increasing. Therefore capturing the 4G market early is key to long-term success particularly in the high-end smartphone segment.

**Shift to developing markets**
- In 2011-2012 smartphone markets in developed countries are likely to reach saturation, leaving developing markets a key area for sustaining growth. This is particularly important for Motorola Inc which is overly dependent on the US market, but all incumbent brands need to establish themselves in emerging markets to protect themselves from likely future emergence of low-cost brands as was the case with feature phones.

**Diversified product portfolio**
- As smartphones become mainstream and growth shifts to an array of diverse emerging markets, growth will become dependent on an increasingly wide and diverse consumer base. This makes variety and selection increasingly important, as a narrow product selection is unlikely to satisfy the preferences and income constraints of the potential audience as it expands.

# Opportunities for mobile services in leapfrog markets

- A major opportunity to generate revenue growth in feature phones is in mobile services in markets with an underdeveloped landline communications infrastructure.
- These are some of the poorest markets in Asia Pacific and a majority of African countries. Independent of their location these markets tend to have low penetration rates of internet connections and landline telephone services.
- Having bypassed the development of terrestrial communications, mobile phones are the only way for large portions of the population to access on-demand information from the outside world. This is particularly true for markets with vast rural areas, but is also an issue for large urban centres with large low-income neighbourhoods.



**Possession of Household Durables**

☐ Cable TV   ☐ Internet enabled computer   ☐ Mobile telephone   ☐ Satellite TV system   ■ Telephone

- In terms of services the most popular are likely to be those focused on local content, such as news, sports, religion and entertainment. Weather alerts are likely to be particularly in demand in agrarian communities. Urban areas in developing markets tend to have high crime rates opening opportunities for data protection, backup and phone tracking and recovery services.
- As these services become mainstream consumers will become more trusting of mobile services, thereby opening the door to mobile banking and payment services.
- For mobile phone hardware, this means increased demand for quasi-smartphones. These devices have a basic feature set but are sufficient to support basic services outlined above. Features most in demand are likely to be larger screens, QWERTY keyboards, and expanded internal storage.

31

# China and India to continue driving subscriber growth

- Short-term growth in the overall subscriber base is likely to continue being driven primarily by India and China. Income growth and a well-developed communications infrastructure will drive up subscription rates in the two most populous countries in the world as increasing numbers of people will be able to afford using the already established cellular networks.
- Growth is likely to be slower in Pakistan, where economic growth is likely to be slowed by geopolitical factors. This in turn will slow income growth and proliferation of cellular networks into remote rural areas. Therefore, the market remains a long-term potential with strong short-term growth due to low 2010 subscriber numbers (110 million).
- Other markets are major developing economies in Africa, Asia Pacific and Latin America where large populations and relative political stability are likely to facilitate economic growth through 2012.

**Forecast New Subscriptions 2010-2012**



© Euromonitor International

Consumer Electronics: Mobile Phones

Introduction

Mobile Phones: The Market in Review

Winning Strategies in Smartphones

Keys to Success in Developing Markets

Beyond Mobile Phones

Best Strategies and Potential Pitfalls Going Forward

# Risks and opportunities in mobile phones

## Product portfolio expansion as risk aversion

- The mobile phone market is characterised by short replacement cycles and high rates of innovation, meaning that the competitive landscape can change much more quickly than many companies can adjust.
- In turn this makes the reliance on a narrow product portfolio risky. Demand can quickly switch between price segments, geographical regions, and operating platforms.
- A wider product portfolio carries higher development and manufacturing cost but buys a sizable buffer from demand fluctuations.

## Avoid stagnation

- A narrow product portfolio is usually the consequence of a company finding a winning product, service or combination thereof. The success of this formula slows innovation as the company resigns itself to making minor adjustments fearing the risk of losing share after a major overhaul.
- The experience of Palm Inc, Nokia Group and Motorola Inc over the review period has shown this to be a less successful choice of strategy in the rapidly changing mobile phone market. Therefore investment in projects outside core competencies is crucial for sustained growth.

## 4G and portable computers threaten value growth

- 4G is the main long-term growth prospect for smartphones and a key value sales driver in the short run. However, the value of data processing and connectivity in smartphones is likely to decline sharply as netbooks, tablet computers, and hybrid devices become primary channels by which consumers access mobile online content.
- 4G threatens the revenue stream from platform-specific content as increased speeds will facilitate growth in mobile cloud computing, specifically browser-based, platform-independent applications.

## Hardware upgrades in developing markets

- As mobile phone markets in developing countries approach saturation the replacement market is becoming increasingly important.
- The importance of the revenue stream generated by services is also on the rise. Income constraints, however, put smartphones out of the reach for most consumers in developing markets.
- This makes quasi-smartphones the most likely format of mobile phones to succeed as they are inexpensive and provide better usability in terms of mobile services and applications.

34

# Definitions

- Historic value data are given in US$ year-on-year exchange rates, unless otherwise stated.
- Forecast value data are given in constant US$ terms using fixed 2009 exchange rates, unless otherwise stated.
- Volume data are given in '000 units, unless otherwise stated.
- Industry coverage:
  - Computers and peripherals
    - Portable computers
      - *Netbooks*: A portable computer with keyboard, battery life of over four hours and screen size less than 12".
      - *Other portable computers*: Touchscreen-only computers and portable internet devices that do not fit the definitions for laptops and netbooks. Includes tablet computers.
  - Portable consumer electronics
    - *Mobile phones*: Any device capable of telecommunication over a cellular network of base stations or a satellite network. Mobile phones can come with functions including camera, video and internet access.
    - *Smartphones:* Any device capable of voice communication over a cellular network that can run an identifiable operating system and install software applications, and a screen size of less than 5".
    - *E-book*: A single-function device that is specially designed for reading text. E-book has a specific screen optimised for text. An e-book can also playback video or connect to the internet.

35

# Experience more...

This research from Euromonitor International is part of a global strategic intelligence system which offers a complete picture of the commercial environment . Also available from Euromonitor International:

## Global Briefings

The state of the market globally and regionally, emerging trends and pressing industry issues: timely, relevant insight published every month.

## Global Company Profiles

The competitive positioning and strategic direction of the leading companies including uniquely sector-specific sales and share data.

## Country Market Insight Reports

The key drivers influencing the industry in each country; comprehensive coverage of supply-side and demand trends and how they shape the future outlook.

## Interactive Statistical Database

Market sizes, market shares, distribution channels and forecasts; the complete market analysed at levels of category detail beyond any other source.

## Strategy Briefings

Executive debate on the global trends changing the consumer markets of the future.

## Learn More

To find out more about Euromonitor International's complete range of business intelligence on industries, countries and consumers please visit www.euromonitor.com or contact your local Euromonitor International office:

**London** + 44 (0)20 7251 8024
**Chicago** +1 312 922 1115
**Singapore** +65 6429 0590
**Shanghai** +86 21 63726288
**Vilnius** +370 5 243 1577
**Cape Town** + 27 21 552 0037
**Dubai** +971 4 372 4363
**Santiago** +56 2 9157200

36