100 LB Gloss   BLUEBIRDonline.com (888) 477 - 0700   100 LB Style

# VELLTURO
# EXHIBIT 89

**Print**

Tuesday, September 20, 2011 9:54 AM EDT

## Apple's iCloud to Provide Stickiness to Other 'Connected Devices'

By IB Times Staff Reporter

Wedbush Securities said iCloud should help drive other "connected devices" sales and strengthen Apple Inc.'s competitive barriers.

"We are becoming firm believers in Apple's iCloud initiative. With the elimination of device-to-device sync and addition of cloud storage, we expect all of Apple's 'connected devices' to benefit," says Scott Sutherland, an analyst at Wedbush Securities.

He expects continued growth in iPhones and iPads, share gains in Macs, good demand for the iPod Touch, and for Apple TV (connected TV) to move beyond hobby status.

He says in order for an operating system to compete in the future, it must have both an ecosystem of applications and form factor support. iOS, Android, and Windows all fit these criteria, while BlackBerry/QNX, Symbian, and other OS do not. Furthermore, Apple is the only vertically integrated ecosystem, which he expects to be enhanced by the iCloud initiative.

Android, on the other hand, is entering a transition period with the acquisition of Motorola Mobility by Google Inc.

Lastly, Microsoft has the makings of an ecosystem with good PC and enterprise application support and success with the Xbox. However, Windows smartphone and tablet adoption will depend upon partnerships with Nokia and other key players.

"What we like about iCloud is the ease of application and media sharing across a range of devices. In addition, with free storage for applications/media purchased through Apple, we see improved revenue and profitability for iTunes and app stores," says Sutherland.

He is already seeing enhancements occur through MobileMe and expects the iCloud to go full-throttle this Fall. He expects this to keep interest going strong for iPhones, iPads, Macs, and iPod Touches, while likely moving Apple TV from hobby to another key product category in the connected TV space.

Apple already has sold 222 million iOS devices, which he expects to grow robustly given the iCloud connectivity.

He sees a solid pipeline of revenue drivers with new refreshes for Macs and iPods, improvement in Apple TV with a more formal entrance into the connected TV space and the launch of iCloud, which should drive improved media/application sales.

# VELLTURO
# EXHIBIT 90

United States - English                 Email signup    My account    Cart

**PRODUCTS       SHOP       SOLUTIONS FOR       SUPPORT       SERVICES & WARRANTY**

Home  >  Latest articles  >  Smartphone, tablet owners show brand loyalty

## Smartphone, tablet owners show brand loyalty



**Latest articles**

**Desktop Computers**

**Laptop Computers**

**Netbook Computers**

**Notebook Computers**

**Tablet Computers**

09-21-2011

**Smartphone, tablet owners show brand loyalty**

Both smartphones and tablet computers continue to attract more attention t
But, as the markets mature, smartphone and tablet users are demonstrating
of brand loyalty across mobile platforms.

According to a September 2011 study from technology analysts Infonetics R
consumers who use smartphones that run on Google's Android™ mobile ope
system are generally more inclined to buy Android-based tablets. Conversel
users are more likely to use the iPad®.

"Just as iPhone users are more likely to buy an iPad as their tablet, so too ar
users more likely to buy Android-based tablets," says Richard Webb, Infonet
analyst, in a press release. "It is increasingly important for vendors to have
portfolio in both market segments to leverage this synergy."

This could be an important development for Google, which has rapidly risen
smartphone market, but struggled to flex the same strength with tablets. As
Android-based tablets are introduced, users may be more inclined to stick w
they know.

The outlook for Android in the tablet market is favorable. According to resea
Stat, for example, Android and iOS are expected to represent a combined 9(
the tablet market by 2017.

100 LB Style   BLUEBIRDonline.com (888) 477 - 0700   100 LB Style

# VELLTURO
# EXHIBIT 91

iPhone 4 From Verizon Wireless Is Here: Broadcast-Quality Video      Resolution Photos Available



RESIDENTIAL    BUSINESS    WIRELESS                          Español   Store Locator   Contact Us   About Us      Sign In / Register

verizon wireless      Explore      Shop      My Verizon      Support              Search

## News Center



- News Center
- News Archive
- Media Contacts
- Best Network
- Multimedia Library
- Información en Español
- Information in Chinese
- Information in Korean

---

**Sign Up for News**

Receive news via email on subject of choice
Register

Current subscribers can change their preferences
Change your preferences

---

Print this page

Print this page in a printer-friendly format.
Print Now

---

iPhone 4 From Verizon Wireless Is Here: Broadcast-Quality Video, High-Resolution Photos Available

*Photos, Video From Around U.S. Of Customers Crowding Verizon Wireless Stores to Buy iPhone 4*

### Customer Inquiries

For customer inquiries, please call 800-922-0204 or go to Contact Us

### Media Contact Info

Tom Pica
Thomas.Pica@VerizonWireless.com
908-559-7516

02/10/2011

**WHO:**
Verizon Wireless, operator of the nation's largest and most reliable 3G network

**WHAT:**
Broadcast quality, downloadable B-Roll video and high-resolution photos of the first day of sales at Verizon Wireless Communications Stores, including new iPhone 4 customers. Photos and video are being captured at Verizon Wireless Communications Stores across the country.

**WHERE:**
In the Verizon Wireless Multimedia Library at www.verizonwireless.com/multimedia

**WHEN:**
Available Now

**BACKGROUND:**
iPhone 4 debuted in Verizon Wireless Communications Stores today. Verizon Wireless Communications Stores opened at 7 a.m. local time and customers across the U.S. braved inclement weather, long lines or both at stores across the country to be among the first to purchase an iPhone 4 on the Verizon Wireless network. iPhone 4 is available from Verizon Wireless for $199.99 for the 16 GB model and $299.99 for the 32 GB model with a new two-year customer agreement.

For more information about iPhone 4 from Verizon Wireless, visit http://www.verizonwireless.com/iphone

**About Verizon Wireless**
Verizon Wireless operates the nation's fastest and most advanced 4G network and largest and most reliable 3G network, and serves more than 94 million customers. Headquartered in Basking Ridge, N.J., with 82,000 employees nationwide, Verizon Wireless is a joint venture of Verizon Communications (NYSE, NASDAQ: VZ) and Vodafone (LSE, NASDAQ: VOD). For more information, visit www.verizonwireless.com. To preview and request broadcast-quality video footage and high-resolution stills of Verizon Wireless operations, log on to the Verizon Wireless Multimedia Library at www.verizonwireless.com/multimedia.

####

© 2011 Verizon Wireless

iPhone 4 From Verizon Wireless Is Here: Broadcast-Quality Video...esolution Photos Available

Site Map | Cell Phones | Free Phones | iPhone | Cell Phone Plans | Smartphones | Community | Entertainment & Apps | Droid Does

4G Network | Careers | Affiliate Program | Small Business | Trade-In Program | Customer Guarantee | Returns | Privacy | Legal Notices

   

# VELLTURO
# EXHIBIT 92

Sprint.com | Business | Find a Store | About Us | Contact Us

## News Releases

06 October 2011

### Sprint Brings Unlimited Data Experience to iPhone on October 14

*Customers can begin pre-order of iPhone 4S on Friday, October 7 at www.sprint.com/iph*

OVERLAND PARK, Kan. (BUSINESS WIRE), October 06, 2011 - Sprint (NYSE: S) today announced unlim pricing plans for iPhone® on the Sprint network beginning on Friday, October 14. New and existing can pre-order iPhone 4S beginning on Friday, October 7 at 12:01 AM PST. Beginning today, iPhone 4 5 is available for just $99.99 through sprint.com/iphone.

iPhone 4S is the most amazing iPhone yet, packed with incredible new features including Apple's du A5 chip for blazing fast performance and stunning graphics; an all new camera with advanced optic 1080p HD resolution video recording; and Siri, an intelligent assistant that helps you get things done asking. With the launch of iPhone 4S also comes the launch of iOS 5, the world's most advanced mo operating system with over 200 new features; and iCloud, a breakthrough set of free cloud services work with your iPhone, iPad, iPod touch, Mac or PC to automatically and wirelessly store your conte iCloud and push it to all your devices.

"Our unlimited data plans are the perfect fit for iPhone customers," said Sprint CEO Dan Hesse. "Sp unlimited data plans provide more value than metered plans from other carriers. Our customers car advantage of the innovative features of iPhone without worrying about overage charges or surprises bill."

iPhone 4S will be available from Sprint starting at $199.99 for the 16GB model, $299.99 for the 32G and $399.99 for the 64GB model. iPhone 4 will cost just $99.99 for the 8GB model and is available t today. These prices require a new-line activation or eligible upgrade and two-year agreement.

All iPhone models will be available to new and existing customers in all Sprint retail stores, www.sp and 1-800-SPRINT1 as well as select additional Sprint retail channels. Sprint retail stores will open a AM local time on Friday, October 14 for customers to get a jump-start on buying iPhone 4S with Spr unlimited data experience.

### The Benefit of Unlimited Data

iPhone 4S and iPhone 4 require activation on one of the Sprint Everything plans with Any Mobile, An including unlimited data, texting and calling to and from any mobile phone in America while on the Network. With Sprint's unlimited data plans, customers don't have to worry about throttling or surp their monthly bill due to data overage charges like they might with tiered data plans from other car

Plans start at just $69.99 per month plus the required $10 Premium Data add-on charge. Sprint's Sir Everything Plan is the only plan from a national carrier to offer truly unlimited calling, data and tex $99.99 per month plus the required $10 Premium Data add-on charge (all while on the Sprint netwo Mobile Hotspot option will be available for an additional $29.99 per month supporting up to five Wi enabled devices simultaneously. (Pricing excludes taxes and surcharges.)

**Individual Plans**

| Anytime Minutes | Everything Data plans with Any Mobile, Anytime |
|---|---|
| | Unlimited calling to and from any mobile in America, regardless of carrier, plu |
| | unlimited text, picture and video messaging, and unlimited data including em |
| | browsing, social networking and GPS Navigation (all while on the Sprint netwo |
| 450 | $69.99 plus $10 Premium Data add-on |
| 900 | $89.99 plus $10 Premium Data add-on |
| Unlimited (Simply Everything) | $99.99 plus $10 Premium Data add-on |

**Unparalleled Commitment to Customer Service**

iPhone customers will have access to Sprint's Ready Now service where trained retail associates wil
one-on-one with customers to personalize their iPhone and set up features like e-mail, web and ap
leaving the store. Customers have the choice of sitting down with a Sprint retail associate at the tir
purchase or they can schedule an appointment for a later time online.

Sprint was unbeaten among major wireless carriers for customer satisfaction according to results fr
2011 American Customer Satisfaction Index. In addition to tying for first place among wireless carri
Sprint was also the most improved company in customer satisfaction, across all industries, during th
three years, according to the survey.

Earlier this year, Sprint was named a J.D. Power 2011 Customer Service Champion - one of only 40
companies to earn the distinction representing the highest-performing companies that deliver servi
excellence to U.S. customers. Sprint is also the wireless industry leader in call satisfaction accordin
study from Vocalabs announced in January 2011, which tracks the quality of support customers rec
their providers. Sprint leads all national competitors in both call satisfaction and first call resolutio
key metrics in the overall quality of customer service.

**About Sprint**

Sprint Nextel offers a comprehensive range of wireless and wireline communications services bringi
freedom of mobility to consumers, businesses and government users. Sprint Nextel served more tha
million customers at the end of 2Q 2011 and is widely recognized for developing, engineering and d
innovative technologies, including the first wireless 4G service from a national carrier in the United
offering industry-leading mobile data services, leading prepaid brands including Virgin Mobile USA,
Mobile, and Assurance Wireless; instant national and international push-to-talk capabilities; and a g
Tier 1 Internet backbone. *Newsweek* ranked Sprint No. 6 in its 2010 Green Rankings, listing it as one
nation's greenest companies, the highest of any telecommunications company. You can learn more
Sprint at www.sprint.com or www.facebook.com/sprint and www.twitter.com/sprint.

© 2011 Apple Inc. All rights reserved. Apple, the Apple logo, Mac, Mac OS, Macintosh, iPhone, Retin
FaceTime, AirPlay and Apple Store are trademarks of Apple. Other company and product names ma
trademarks of their respective owners.

*EDITOR'S NOTE:*
*For images and additional details on iPhone 4S and iPhone 4,*
*please visit www.apple.com/pr or www.sprint.com/iphone*

**Contact(s):**

**Sprint**

**Michelle Leff Mermelstein, 703-592-8357**

Michelle.Leff@Sprint.com

**Related Assets**

**Other articles in News Releases:**

- Sprint enhances 3G network coverage in Oregon
- Sprint Continues to Support New York City Community with More than $55,000 in Grants to Loca Profits
- Don't Be a Scrooge! Deck the Halls with Great Last-Minute Gift Ideas from Sprint
- Sprint Participates in Nation's First Test of the Wireless Emergency Alerts System in New York C Five Boroughs
- Sprint and NBA Join in Comprehensive Multiyear Marketing Partnership

Your Privacy Rights | Acceptable Use Policy and Visitor Agreement | Copyright Notices | Find a Store | Contact Us | Email Sign Up

©2011 Sprint. All rights reserved.

# VELLTURO
# EXHIBIT 93

Sprint.com | Business | Find a Store | About Us | Contact Us

Newsroom Home

News Releases

   Social News Releases

Press Kits

Image Gallery

Awards and Recognition

Media Contacts

Public Policy

Consumer Resources

Email Alerts

RSS Feeds

# News Releases

14 October 2011

## Sprint Statement on Launch Day Sales of iPhone 4S and iPhone 4

OVERLAND PARK, Kan. (BUSINESS WIRE), October 14, 2011 - Sprint (NYSE: S) began selling iPhone 4S and iPhone 4 in Sprint retail stores nationwide this morning at 8:00am local time. Sprint is the only U.S. to offer new and existing customers the iPhone experience with unlimited data plans starting at jus per month.

Fared Adib, Sprint Product Chief, issued the following statement:

"Sprint today reported its best ever day of sales in retail, web and telesales for a device family in S history with the launch of iPhone 4S and iPhone 4. We reached this milestone at approximately noo CT/1pm ET. The response to this device by current and new customers has surpassed our expectatio validates our customers' desire for a truly unlimited data pricing plan."

About Sprint

Sprint Nextel offers a comprehensive range of wireless and wireline communications services bringi freedom of mobility to consumers, businesses and government users. Sprint Nextel served more tha million customers at the end of 2Q 2011 and is widely recognized for developing, engineering and d innovative technologies, including the first wireless 4G service from a national carrier in the United offering industry-leading mobile data services, leading prepaid brands including Virgin Mobile USA, Mobile, and Assurance Wireless; instant national and international push-to-talk capabilities; and a g Tier 1 Internet backbone. *Newsweek* ranked Sprint No. 6 in its 2010 Green Rankings, listing it as on nation's greenest companies, the highest of any telecommunications company. You can learn more Sprint at www.sprint.com or www.facebook.com/sprint and www.twitter.com/sprint.

© 2011 Apple Inc. All rights reserved. Apple, the Apple logo, Mac, Mac OS, Macintosh, iPhone, Retin FaceTime, AirPlay and Apple Store are trademarks of Apple. Other company and product names ma trademarks of their respective owners.

*EDITOR'S NOTE:*
*For images and additional details on iPhone 4S and iPhone 4,*
*please visit www.apple.com/pr or www.sprint.com/iphone*

Contact(s):
Sprint
Michelle Leff Mermelstein, 703-592-8357
Michelle.Leff@Sprint.com

Related Assets

Other articles in News Releases:
- Sprint enhances 3G network coverage in Oregon

- Sprint Continues to Support New York City Community with More than $55,000 in Grants to Loca
  Profits
- Don't Be a Scrooge! Deck the Halls with Great Last-Minute Gift Ideas from Sprint
- Sprint Participates in Nation's First Test of the Wireless Emergency Alerts System in New York C:
  Five Boroughs
- Sprint and NBA Join in Comprehensive Multiyear Marketing Partnership

Your Privacy Rights | Acceptable Use Policy and Visitor Agreement | Copyright Notices | Find a Store | Contact Us | Email Sign Up

©2011 Sprint. All rights reserved.

# VELLTURO
# EXHIBIT 94





DROID 3 by MOTOROLA $199.99

ThunderBolt™ by HTC $149.99

LG Enlighten™ FREE

LG Enlighten™ Bundle $39.99

Pantech Breakout™ $99.99

HTC Rhyme™ $199.99

BlackBerry® Curve™ 3G 9930 Social Messaging Ready smartphone $49.99

DROID CHARGE by Samsung $199.99

BlackBerry® Bold™ 9930 smartphone $229.99

Revolution™ by LG $199.99

HTC Trophy™ $29.99

Xperia™ Play by Sony Ericsson $49.99

DROID X2 by MOTOROLA $99.99

DROID X2 by MOTOROLA Bundle $139.99

Casio® G'zOne Commando™ $179.99

DROID Pro by MOTOROLA $99.99





(Certified Pre-Owned)          $29.99   Pre-Owned)          $49.99   Pre-Owned)          $49.99   -Owned)          $79.99

This ite... ut of stock

Casio® GzOne Commando™ (Certified Pre-Owned)          $99.99

BlackBerry® Torch™ 9850 smartphone (Certified Pre-Owned)          $99.99

Apple iPhone 4 - 32 GB in White (Certified Pre-Owned)          $149.99

HTC Trophy™ (Certified Pre-Owned)          FREE



**Find the Right Device**

Answer a few easy questions and we'll help you find the right device.

Find a Smartphone
Find a Basic Phone
Find a Mobile Internet Device



**Certified Pre-Owned**

Same great phones at a better price. All certified pre-owned devices must pass a 100+ point quality check in 10 key categories.

Shop Pre-Owned Devices



**Free Overnight Shipping**

Orders placed by 4:30pm local time Monday - Friday excluding holidays will deliver on the next business day.

Details



**Certified Pre-Owned Devices**

Same great phones, better prices! All certified pre-owned devices pass a 100+ point quality checklist.

Details

# VELLTURO
# EXHIBIT 95



**The New York Times** Reprints



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to
your colleagues, clients or customers here or use the "Reprints" tool that appears next to any article. Visit
www.nytreprints.com for samples and additional information. Order a reprint of this article now.

October 20, 2011

# Fewer iPhone Activations Hamper Growth at AT&T

**By JENNA WORTHAM**

For the wireless industry, it's a time of sluggish growth, as the carriers battle it out to find new subscribers, especially those who will pay for lucrative data plans on smartphones. AT&T's quarterly earnings, announced on Thursday, reflected those trends, with the company reporting results that just barely met Wall Street's expectations.

AT&T activated only 2.7 million iPhones during the third quarter, which ended on Sept. 20, the lowest figure reported in 18 months. It said it also added 319,000 wireless customers, roughly in line with analysts' expectations, but less than half the number that the company added during the same period a year ago.

"This is a country that, for all purposes, is 100 percent saturated with wireless customers," said Rick Franklin, an analyst at Edward Jones, a financial services firm. "Given that there is any growth at all with AT&T is an amazing feat."

The results also show that AT&T continues to rely heavily on mobile data revenue, as the company shifts away from its legacy landline business and becomes largely wireless-centric. AT&T said 75 percent of the company's total revenue was derived from wireless data and landline data revenue.

Mr. Franklin, the analyst, pointed to a few encouraging signs in the earnings report. Despite the disappointing number of iPhone sales in the quarter, AT&T said it sold one million units of Apple's latest iPhone, the 4S, which was released after the end of the quarter. That number is 25 percent of the total volume sold during the first 24 hours the device was available for purchase, indicating that many customers waited for the new model before opening their wallets. The company posted a profit of $3.6 billion, or 61 cents a share, compared with a profit of $12.3 billion, or $2.07 a share, during the same quarter a year earlier, although the 2010 figures were bolstered significantly by the sale of assets. Analysts had expected AT&T to earn 61 cents a share. AT&T's operating revenue slipped to $31.48 billion during the quarter, compared with $31.58 billion a year ago, a decline of less than 1

percent. Analysts surveyed by Thomson Reuters had expected the company to report operating revenue of $31.60 billion.

AT&T executives shrugged off their lackluster results.

"It was slow because we didn't have an iPhone launch like we did a year ago," said Ralph de la Vega, the president and chief executive of AT&T's consumer and wireless businesses, during a call to investors and analysts early Thursday morning.

Mr. de la Vega said he expected "unbelievable" results during the fourth quarter, bolstered by high sales from the holiday season, offers of the iPhone 3GS at a low cost for new subscribers and the introduction of new devices compatible with LTE, the next-generation wireless network that AT&T is installing.

"We expect blockbuster sales in the fourth quarter," he said. "We are very confident it will pick up."

Mr. Franklin also said AT&T's churn rate, an industry measurement of the rate at which wireless customers leave their carriers, was lower than expectations for the quarter.

"Customers are satisfied," he said.

That, he said, is vital for future results as competition in the industry becomes fiercer, particularly now that AT&T no longer has the exclusive rights to sell the iPhone in the United States.

"When you go from a monopoly position to a nonmonopoly position, you are bound to feel some pressure," he said. "I'm sure AT&T is feeling some pressure."

AT&T reported that the number of Android and other non-iPhone devices it sold more than doubled year-over-year, making up half the 4.8 million devices AT&T sold, indicating that the company is no longer as reliant on Apple as it once was.

The true contour of how AT&T is faring against its rivals will not be known until the other wireless carriers report their earnings. Although AT&T reported only a 4.3 percent increase in its wireless service revenue and a 1 percent increase in the average amount of revenue generated by each wireless customer, typically one of the industry's strongest growth indicators, it is not clear that Verizon will fare more favorably.

Even so, the earnings report appeared to disappoint investors. AT&T's stock closed down by about 0.3 percent. But analysts say Wall Street may still need to catch up to the realities of the changes currently enveloping the wireless industry.

"This may be the new normal," said Craig Moffett, an analyst with Sanford C. Bernstein & Company who follows the telecommunications industry. "It looks more and more like AT&T is going to have to depend on organic growth and unfortunately, there isn't any. The wireless industry just isn't a growth industry anymore."

# VELLTURO
# EXHIBIT 96



TUESDAY, MARCH 30, 2010 ET

# U.S. Wireless Voice Market Hits Saturation Point, Auriga Says

By **ERIC SAVITZ**

The U.S. wireless market has hit the saturation point, according to **Auriga USA analyst Chandan Sarkar**.

In a research note this morning, Sarkar reports that U.S. market penetration is now slightly over 90% – in short, almost every one who could possibly want a cell phone now has one. While there is still plenty of opportunity for smart phones to take share from feature phones, for the carriers to grow their subscriber counts, they will have to take market share from rivals – which is why **the news** that the iPhone could be coming to **Verizon Wireless** is such a big deal.

Sarkar today chopped his forecasts for post-paid net subscriber adds for both Verizon and **AT&T**. For Q1, he now sees Verizon net adds at 650,000, down from 750,000; for AT&T, his new forecast is 475,000, down from 600,000. For 2010, his Verizon estimate is down to 2.9 million, down from 3.2 million; for AT&T, 2.2 million, down from 2.6 million.

In fact, Sarkar asserts that for the U.S. wireless industry overall, post-paid net adds could turn negative as early as the second quarter. (That is, the one that starts tomorrow.) Sarkar has Hold ratings on both VZ and T.

**Copyright 2011 Dow Jones & Company, Inc. All Rights Reserved**

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our **Subscriber Agreement** and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit **www.djreprints.com**

# VELLTURO
# EXHIBIT 97

# The Cellular Market In The US Is Saturated

Posted: April 23, 2010 at 5:30 am

Among them, Verizon Wireless, AT&T (NYSE: T), Sprint (NYSE: S), and T-Mobile have almost 260 million wireless subscribers in the US. The population of the US is 305 million people and some of those are too young to need or use a phone. Others don't want one. Quite simply, there are very few new subscribers to be had. That means the cell phone subscription wars are much more about taking market share.

During the last quarter, Verizon (NYSE: VZ) added only 423,000 new contract subscribers and AT&T only 512,000 customers of the same type. Sprint has been slowly losing subscribers for the last two years.

The saturated market leaves the large cell service providers with only a few options to increase their wireless revenue. The problem is particularly acute for AT&T and Verizon Wireless because their consumer landline bases are shrinking quickly as people drop their home phones. AT&T and Verizon both have fiber initiatives to compete with large cable companies such as Comcast (NASDAQ: CMCSA) and Time Warner Cable (NYSE: TWC) for broadband and TV customers. But, cable is well-entrenched which means that price cuts may be the only way to get consumers to charge their allegiances.

The largest cell companies also face the need to cut prices on their handsets to gain shares from their rivals. The lower prices they have to charge for phones hits their bottom lines. There is evidence that AT&T pays close to $500 for each iPhone its buys from Apple (NASDAQ: AAPL) It sells some of those handset for under $300 to get subscribers to sign up for two-year plans.

All of that price and margin pressure leaves the large cellular service providers with only three significant ways to make money. The first is to charge subscribers for premiums video content. It is too early to know whether customers will accept that model, particularly when they are already paying monthly service fees of $100 in most cases.

The second way for the cellular firms to bring in new revenue is to have text and video ads that run with content used on handsets. Google (NASDAQ: GOOG) places text ads next to some mobile search content. It splits the revenue from those with the carriers. Whether the amount of money from the marketing messages will be large enough to yield significant revenue is still open to question.

The last, and so far, most promising source of revenue for the cellular service providers is to charge for the data that many subscribers download to their handset whether those are video files or other large files with compressed content. Verizon Wireless. AT&T, and Sprint all say that this is their greatest revenue source for the future. It remains to be seen if customers will accept those charges or whether one or more carriers will offer these services at large discounts to pick up market share. That would cause a pricing war which would bring down profits for all the providers.

The revenue growth rates for cellular services is not dead, but it ailing.

Douglas A. McIntyre

**Sponsored Link:** Why is Steve Sjuggerud giving away his passwords? So you can access all of the best investment ideas we cover at S&A Investment Research, from every single newsletter we publish. Full password details here...





Home   About Us   Disclaimer and Terms of Use   Privacy Policy   Contact Us   Advertise

©2011 24/7 Wall St. | Powered by WordPress.com VIP

# VELLTURO
# EXHIBIT 98



REUTERS   EDITION: U.S.          Register | Sign In        Search News & Quotes          Sub

| Home | Business | Markets | World | Politics | Tech | Opinion | Breakingviews | Money | Life & Culture | Pictures | Video |

It's better under the umbrella℠          OUTSMART THE CAT ▶          TRAVELERS   GET A QUOTE

ARTICLE          SLIDESHOW



PERSONAL SAVINGS
from American Express ®

**0.90%** APY*

—————————

**NO FEES**

—————————

**NO MINIMUM BALANCE**

—————————

A HIGH-YIELD SAVINGS ACCOUNT FROM
AMERICAN EXPRESS

**LEARN MORE NOW!**

Accounts offered by American Express Bank,
FSB. MEMBER FDIC.

# Special report: Can Samsung change with the tech times?

Recommend   One recommendation. Sign Up to see what your friends recommend.



Tweet  0

Share

Share this

0

Email

Print

**Related News**

Timeline: Samsung's
growth to a top
global brand
Thu, Jan 27 2011

Samsung Q4 profit
seen down; chips,
LCD outlook eyed
Thu, Jan 27 2011

**Related Topics**

Tech »
iPad »

By Miyoung Kim

SEOUL | Thu Jan 27, 2011 12:04pm EST

**(Reuters) - Only a handful of reporters were at Samsung's booth at the Consumer Electronics Show in Las Vegas earlier this month when Jay Y. Lee dropped by.**

They had been tipped that the sheltered heir to the Samsung business empire was about to make his first public appearance since his father named him one of the new presidents of the conglomerate's flagship, Samsung Electronics, in December.

Most of the Korean media contingent eagerly awaiting his appearance at the show had been diverted to another news conference. They didn't miss much. Jay Lee's remarks were brief and bland. He mainly wanted to make it clear his ambition was to be a chip off the old (and equally aloof) block.

"I'm trying very hard to learn his challenging attitude and personalize it," said Jay Lee, 42, the only son of Samsung Group Chairman Lee Kun-hee. "The chairman has this DNA that just won't let him be seen being beaten," said the boyish-looking Lee, wearing rimless spectacles and a business suit with an open collar.

His father's formula has helped turn Samsung into a top global brand over the past decade or so, boasting a market value of $143 billion, bigger than Intel and Hewlett Packard and equal to the combined value of Sony Corp, Nokia, Toshiba and Panasonic Corp.

Yet that's still less than half of Apple's $320 billion market value.

**VIDEO**



The "Flyboard" dives like a dolphin
If you happen to have a spare $100,000 and can't
decide what to buy your water-loving spouse for
Christmas, you might want to look at the "Flyboard" jet
pack, the latest in water-sport technology   Video

Angry Birds maker eyes IPO

Zynga's Mark Pincus
Login or register                    Latest from
                                     My Wire

Lutuvise launches ladies-only networking

Cat litter - the latest weapon in crime fighting

**Follow Reuters**

Facebook     Twitter     RSS     YouTube

**READ**

1   Havel, leader of "Velvet Revolution," dies▶
    ▶️ VIDEO
    4:38pm EST

2   Last U.S. troops leave Iraq, ending war▶
    ▶️ VIDEO
    3:25pm EST

3   House Republicans oppose Senate payroll tax
    bill
    4:50pm EST

4   Russian ng sinks, more than 50 feared dead▶
    ▶️ VIDEO
    11:17am EST

5   Bob Dole endorses Romney for Republican
    nominee
    11:02am EST

**DISCUSSED**

253   Ron Paul gains ground, further
      stirring Republicans

133   Ron Paul strongly defends anti-war
      policies

103   Supreme Court to decide Arizona
      immigration law

**WATCHED**

   Last U.S. convoy leaves Iraq
                       2:02am EST

   Philippines death toll rises
                       Sat, Dec 17 2011

   Dozens die in Philippines
                       storm
                       Sat, Dec 17 2011

Login or register                    Latest from
                                     My Wire

Samsung, which has had better net earnings than any other global tech firm except Microsoft and IBM over the past decade, is set to report its lowest profit in six quarters when it issues December quarter corporate results on Friday, although 2010 will be another record profit year.

The outlook for this year and beyond is unclear as global technology firms grapple with weak demand and falling prices for memory chips and flat screens, and new players enter the market for smartphones and tablets.

Successful business leaders are very good storytellers, it is often said, and the industry is looking for a new narrative from Samsung, as it passes the generational torch while trying to evolve into a more innovative and content-driven company.

Jay Lee, who graduated from the Seoul National University with a degree in East Asian history, has an MBA from Japan's Keio University and studied for a doctorate at Harvard, is deferring to his elders for now. But eventually Samsung will be his story to tell.

He is taking over at a pivotal point for Samsung Electronics, the world's biggest maker of flat screens and memory chips, the second-biggest mobile phone maker behind Nokia and a core holding in any emerging market portfolio.

His company faces the challenge of moving beyond being a hardware company, clever at copying ideas, to becoming more creative, better adept at software, at a time when consumer gadgets are getting smarter all the time. In short, it faces a management challenge.

In a statement to Reuters, Samsung Group said its strong performance during the aftermath of the global financial crisis has proved the value of its management model.

"Samsung's management is based on a complementary relationship between the founding family and professional managers. On the one hand, Chairman Lee Kun-hee provides long-term business visions and the basis for sustainability. On the other, professional managers bring to bear their day-to-day management skills without being unduly pressured by short-term and quarterly results."

Samsung had the biggest booth, the thinnest products, and by some accounts, the best buzz at the annual Las Vegas show. But the stars of this Las Vegas extravaganza, which drew a record 140,000 technology enthusiasts, were the tablet computers. More than 30 tablets were announced over the two-day show, and while Samsung's Galaxy Tab was one of the precious few actually in stores, all the new players pointed to Apple's iPad as the one to chase.

To catch up, Samsung has vowed to inject some Silicon Valley culture into the ranks of its salarymen.

"Does Samsung want to be Apple? Probably not," says Lee Seung-woo, an analyst at Shinyoung Securities in Seoul. "I think they'll continue to pursue their strategy of being the fast executioner. They'll be the first you'll see in the market with a copycat product when there's a new opportunity, like a tablet market. Being an innovator and creating a new market requires lots of risk and I don't think Samsung is ready yet to take that level of risk."

And yet big business is fraught with risk in South Korea, where the public seems to have a love/hate relationship with the family conglomerates, or chaebol, that have long dominated the economy.

REWARDING INNOVATION

Lee Kun-hee's visit to Samsung's new headquarters in Seoul on December 1 was his first since he reinstated himself as chairman last March, and two weeks after elevating his son to a president's position.

He had stepped down after receiving a three-year suspended jail sentence for tax evasion and breach of trust in 2008. South Korean President Lee Myung-bak later pardoned him, saying he was too important to the nation to be behind bars.

What's good for Samsung is good for South Korea, Kun-hee might well argue. His conglomerate after all accounts for around 20 percent of the country's exports and a big chunk of its GDP. Yet he is constantly exhorting his employees to act as if the company was on the verge of extinction, warning them Samsung products could all be obsolete in 10 years if they don't keep up with the times. "Change everything but your wife and children," he is fond of saying.

The elder Lee had come to Samsung Group's new headquarters -- three office towers housing 10,000 employees in Seoul -- to bestow year-end promotions and awards, including to Galaxy S smartphone designer, Lee Sung-sik.

Sung-sik, in fact, epitomized the qualities Samsung has long been known for -- a "fast executioner" who gets something quickly to market. Samsung sold 10 million Galaxy S units in just six months after a June launch, tripling its share of the smartphone market to almost 10 percent, though still trailing Nokia, Apple and RIM's Blackberry.

But Sung-sik's story also illustrates Samsung's essential challenge -- it only developed the Galaxy after Apple took the market by storm with its latest iPhone early last year.

"Thanks to iPhone, we've been to hell," said a senior executive at Samsung who did not want to be identified because he is not authorized to speak to the media. "We had more than 1 trillion won of (telecoms) profit in the first quarter (of 2010), but saw it halved the following quarter simply because we didn't have attractive smartphone lineups. We couldn't give anything to our distributors when they were asking for models to stop iPhone."

Samsung's TV business has unveiled a new business slogan," Samsung creates and others follow" but it's the other way around for other products. The Galaxy S is an imitation iPhone that runs on Google's Android operating system. And the Galaxy Tab is basically just a bigger version of its smartphone.

Samsung has yet to come up with the kind of original, iconic, market-leading products that powered rival brands such as Apple's i-series or Sony's Walkman. Nor has it taken the kind of initiatives in software that Google and Apple did to thwart Microsoft.

"If they want to pursue an innovation strategy then they can master the connected home as they already are in almost every household," said Francisco Jeronimo of market intelligence firm IDC. "They need to create services that connect and explore the different products. That's what Apple is trying to do with a service like Apple TV."

Samsung Group plans to spend 12.1 trillion won ($10.7 billion) this year on research and development, up from 10.6 trillion won last year and 8.8 trillion the year before.

The new investment is targeted at achieving global market dominance of Samsung's m major businesses, the group said in its 2011 investment plan. Samsung will hire 25,000 new workers this year, also a record.

What is not clear is how much of that will be spent on reshaping the business to add more content, on its TVs for instance, in a market where flat screens will all be offering the same features and only the cheapest producers will win in a race to the bottom.

In its statement to Reuters, Samsung said the latest fruit of its investment in research and innovation is its leadership in LED TVs and 3D TVs, products that created a new market even during the 2008-2009 global recession and brought about a paradigm shift.

Samsung's history is filled with such shifts.

THREE STARS

Jay Lee's grandfather Lee Byung-chull started Samsung or "Three Stars" in 1938 as a small trading company in Daegu city in the southeast of the country, dealing in groceries and making noodles. He expanded into insurance, securities, print media and retail as South Korea slowly rebuilt after World War II and the Japanese occupation.

Byung-chull set up Samsung Electronics in 1969, producing black and white TVs that he supposedly learned how to make by tearing apart a Sony. But it was his third son, Lee Kun-hee, who suggested Samsung acquire a Korean semiconductor firm. Though viewed as a huge risk in a market dominated by Japanese companies, the operation grew to become the worlds top memory chip-making business.

Samsung started its rise as a global brand after Byung-chull's death in 1987 when Kun-hee took the reins of the chaebol. Fond of sports cars, he made his only notable business failure with Samsung Motor. It was eventually sold to Renault during the Asian financial crisis at a significant loss.

The rapid expansion of Samsung and other chaebol was greatly aided by the country's dictators between 1960 and 1992, who directed banks to give them easy credit, regardless of the viability of

their projects, and provided an enabling regulatory environment. They looked for businessmen who could deliver signature projects in record time. What mattered then was whom a businessman knew.

The chaebols borrowed so much in this cozy environment that eight of them collapsed in the Asian financial crisis and the rest were left wobbling. The "IMF crisis" that ushered in sweeping economic reforms, coupled with a more democratic system, has largely dismantled this old nexus. But as recent cases show, the creative book-keeping and payola scandals of yesteryear remain a problem.

Samsung Group shrugged off its car debacle and emerged otherwise unscathed after the Asian financial crisis. It consolidated around Samsung Electronics, which by 2005 had overtaken Sony as the world's most popular consumer electronics brand.

Now it will be the mission of the third star of the family, Jay Lee, to lead the next stage of Samsung's evolution in the fiercely competitive and ever-shifting consumer electronics industry as it battles declining margins on its core products.

Samsung's shares have risen a stunning 33 percent over the past three months to record highs, despite last quarter's profit decline, with investors heartened by Kun-hee's moves toward a generational shift in leadership and betting the change may spur growth.

By some measures, its shares are undervalued. According to an analysis by Thomson Reuters StarMine using a quantitative model, Samsung shares have an intrinsic value of 1.2 million won, well above the 999,000 won it was trading at on Wednesday.

A seamless shift in the company's leadership is certainly important to foreign investors who own half the shares of the company, and who might expect that the old Korean adage about the average lifespan of family fortunes -- "shirtsleeves to shirtsleeves in three generations" -- will not apply in the case of this family conglomerate.

BATTLE FOR SMART

Jay Lee's promotion as one of a dozen new presidents at Samsung Electronics came only a year after he was named to the newly created position of Chief Operating Officer. His 69-year-old father has said repeatedly Samsung needs young and nimble talent to deal with fast-changing markets. This has been unsettling in South Korea's Confucian corporate culture, where seniority is revered.

In last month's shakeup, the average age of Samsung's presidents was lowered by 2.1 years. In the following days, a rash of hair-dye jobs swept the offices at the new headquarters in Seoul, and hardly a grey head could be seen, said one executive who asked to be unidentified because he is not authorized to talk to the media.

With the latest promotions and his mantra about perpetual crisis, Kun-hee is clearly trying to prepare his younger corporate warriors, including his son, for the coming battles over smart products.

Despite questions around its culture of innovation, analysts believe Samsung is one of the best placed companies to deliver something fresh and exciting to rival Apple, particularly its ability to provide in-home convergence offerings with internet TVs, smartphones and tablets.

"But to capture the imagination of the public in the way the iPhone or iPad have done, Samsung will need to take risks and produce something unique that has a true Wow! factor and be first to market," said Tim Shepherd, an analyst at Canalys, a technology-focused research house.

Samsung does want to be seen as an innovator, but it's primary strategy thus far in the mobile device markets is to focus on the speedy delivery of competitive products.

Samsung uses Google's Android operating system across a range of devices, including its smartphone, and was the earliest to ship it on a tablet. But soon many others will also have Android-driven phones and tablets on the market. Differentiation will be a challenge.

"It has been difficult for companies to build differentiation in software on PCs outside of Apple," said Ross Rubin, an analyst at market research house NPD. "Samsung needs to send a stronger message around where it sees Android versus its own operating systems like Bada."

Bada, which means ocean in Korean, is at the heart of Samsung's drive to develop new revenue sources from its own Samsung App store and create synergies with its TV and tablets' business. Samsung's Bada operating system (OS) is also aimed at sharply boosting its market share in the

Login or register                    My Wire

booming smartphone market and compete with Apple, Google's Android and Nokia's Symbian platform.

Achieving this ambition won't exactly be "bada bing, bada boom" (the slang term popularized on The Sopranos TV series for something that happens effortlessly).

Bada's only edge right now, according to tech analysts, is that it improves networking and gaming on other platforms, a kind of helper OS.

Bada's open-source platform mainly supports Samsung's low- to mid-end smartphones. But Samsung is using the Android-powered Galaxy lineup to challenge Apple.

Bada, analysts say, faces an uphill battle competing as an independent platform against the likes of Apple and Android.

"It will be easy for Samsung to transform its TVs, fridges and appliance businesses, but phones require really hard work," said Robert Jakobsen, senior analyst at Denmark-based Jyske Bank, and the only one among dozens of analysts that follow Samsung Electronics with a sell rating on the company.

"Samsung's success so far in the smartphone market is based on Android, but that's an (operating system) that everybody can copy and is copying They need to innovate and add value. If they cant, price is the only feature left, which could mean lower margins."

Samsung does want to break out of the high-sales, low-margin business model and emulating Apple with its 40-percent margin on iPhone sales or Microsoft's 70 percent-profit margin from Windows.

"What we dream of is creating great content, and that will lead to more sales of our devices and downloads of our applications," said Lee Hoo-soo, executive vice president and head of Samsung's mobile software development. "We want to see more of this virtuous circle.

Samsung is pinning some of those hopes on the Galaxy S, which hit 10 million units of sales in January. Samsung expects smartphone sales will more than double this year to at least 50 million handsets as it rolls out its Galaxy lineup.

The company is also putting its money where its ambitions lie with those eye-popping investment plans. It is targeting 50 trillion won ($43.33 billion) in sales in 2020 from new growth businesses, including healthcare and renewable energy.

Samsung Electronics aims to rank among the global top 10 companies in 2020 with $400 billion in revenue, Samsung Group Vice Chairman Choi Gee-sung has said.

As part of Samsungs 10-year plan to develop next-generation growth engines, Samsung Electronics recently purchased a stake in diagnostic ultrasound maker Medison and acquired display technology firm Liquavista, the statement to Reuters said.

SUCCESSION PLANNING

For the past year as COO, Jay Lee has been overseeing Samsung's eight operating divisions, working with a dozen presidents who report to his mentor and the CEO, Choi Gee-sung, who turns 60 next week and whose pitch-black hair looks every bit as dark as Jay Lee's.

Jay Lee's fast rise to president, after just one year as COO, has raised eyebrows about his readiness to take the reins of Asia's most valuable company.

In the statement to Reuters, Samsung stressed he will continue in a supporting role to the CEO. "While his position has been elevated from executive vice president, he will focus largely on coordination of Samsung Electronics' diverse business and providing a leadership role in the company's investments."

Jay Lee makes it clear he's not wearing the mantle of authority just yet. "Chairman will continue to be in charge and I still have lots of things to learn and feel enormous responsibility already," the media-shy Lee told a local newspaper in brief remarks after he was stopped on his way out of the office.

Neither Jay Lee nor his father were made available for this report.

Login or register                    Latest from
                                      My Wire

Jay Lee's one foray into a new venture was not fortuitous. He ran Samsung's Internet business during the dot com boom in 2000 and the firm chalked up some 20 billion won in losses before the company was folded.

Those who have met him say the divorced father of two is a personable, even charismatic individual. At the Las Vegas show, he spent most of his time in the Samsung hospitality suite wooing major customers.

Promoting Jay Lee is one thing. Positioning him to control ownership within Samsung's labyrinthine chaebol structure -- and wield power over a company with 174,000 staff in 66 countries -- is quite another.

The elder Lee's conviction three years ago stemmed from allegations by civic groups and the company's estranged chief lawyer that he had managed a political slush fund, and had helped his son buy shares of Samsung Group subsidiaries at unfairly low prices in a scheme to hand over control of the conglomerate to him.

Prosecutors were unable to prove either of those charges. But after that whole controversy, Kun-hee is likely to take a more subtle approach to restructuring Samsung as he transfers ownership to his three children, the third generation of the Three Stars company.

The restructuring will begin with companies where Jay Lee is the top shareholder, analysts say. He owns 25 percent of unlisted amusement park operator Everland, which is at the crux of a spiderweb of crossholdings among companies in the Samsung chaebol. Some companies will be listed, others will be merged to simplify the structure.

Samsung Group has also elevated Kun-hee's daughter, Lee Boo-jin, as president of Hotel Shilla and Everland.

The strength of the chaebol has always been their ability to make these kinds of decisions -- act quickly and move money around when the company is in trouble without fussing with a board or shareholders.

But the conglomerates have long been criticized for their enormous economic power, hierarchical and sometimes opaque governance, and dubious wealth transfers among family members.

"The fact that Samsung depends heavily on Chairman Lee is a poisoned chalice," said Kim Sun-woong, head of shareholder activist group Center for Good Corporate Governance.

"Group companies can't make their own independent decision and they have to follow what the chairman says. If you think about Samsung without Lee, it is difficult to imagine that its management, which has become so used to the influence of Lee, will be able to run Samsung independently and efficiently.

Back in Las Vegas, Jay Lee strolled over to the booths of his Japanese rivals after chatting with the Korean reporters. He was especially interested in the 3D televisions that can be viewed without those goofy glasses. Samsung doesn't offer one, at least yet.

He then donned some stereoscopic spectacles and sat down to watch Panasonic's 3D, along with Choi, the Samsung vice chairman, and the TV chief, B.K. Yoon. They can only hope he will see Samsung's future in such dimension and high definition.

(Additional reporting by Jungyoun Park and Hyunjoo Jin in Seoul and Tarmo Virki in Helsinki)

(Editing by Bill Tarrant)

TECH   IPAD

Recommend     One recommendation. Sign Up to see what your friends recommend.

Tweet this     Link this     Share this     Digg this     Email                Reprints

After reading this article, people also read:

**HTC says U.S. ruling on dispute vs Apple delayed again**
Dec 13, 2011

**Strong quake hits PNG, no reports of damage**
Dec 13, 2011

Login or register                          Latest from
My Wire

**Cricket-Sri Lanka leave out Samaraweera for Pakistan series**
Sep 21, 2011

**Gold dives 4 percent on fund liquidation, technicals**
Dec 14, 2011

**Videos you may like:**          by Taboola          Sponsored links



**Wall St ready to play with Zynga IPO**
Fri, Dec 16 2011

**Samsung LED TVs**
Get Samsung LED TVs Online Shop Price, Features, & More Now!
techrush.com



**Japan in radiation milk recall**
Wed, Dec 07 2011

**Top 10 Call Center Apps**
2011 Top 10 Call Center Software Rankings. Download Free Report Now.
Business-Software.com/Call-Center



**Japan says Fukushima now in cold shutdown**
Fri, Dec 16 2011

**Online Training Software**
Training available online anytime. Read "Getting Started" whitepaper.
www.SkillSoft.com

AdChoices ▷

**Comments (0)**

This discussion is now closed. We welcome comments on our articles for a limited period after their publication.

Ads by Marchex



Simple, Secure Sharing From Anywhere
"Box is the quickest and easiest way to share files, period." – Six Flags
www.box.net



iCIMS Applicant Tracking
Power Your Entire Talent Lifecycle with Award Winning Software. Free Demo!
www.iCIMS.com



Simple, Secure Sharing From Anywhere
"The cost savings with Box made it a no-brainer." – Balfour Beatty Construction
www.box.net



Real-time insights from Google Analytics
Make better marketing decisions faster. Google Analytics Premium. One flat fee.
www.google.com/analytics/premium

---

## House Republicans oppose Senate payroll tax bill

WASHINGTON - The fate of an expiring tax break for 160 million American workers was in doubt on Sunday after the top Republican lawmaker declared his opposition to a two-month extension passed overwhelmingly by the Senate.

CONTINUE READING

**TOP NEWS**



**Eurozone to push on with crisis steps, Fitch doubts outcome**
BRUSSELS - The euro zone will pursue measures to tackle its sovereign debt crisis this week by offering more cash to the IMF and long-term liquidity to banks, while moving towards tighter fiscal rules, after ratings agency Fitch cast doubt on it ability to forge a decisive response.

Key witness excused from testifying in U.S. leaks case | ▶ VIDEO

German president in peril over use of private villas

» More Top News

**TOP VIDEOS**



**What would you do without your BlackBerry?**

RIM retrospective: the BlackBerry maker's year

» More Top Videos

**MARKETS**

**US Indices**

**DOW**
-2.42
11,866.39
-0.02%

**NASDAQ**
14.32
2,555.33
+0.56%

**S&P 500**
3.91
1,219.66
+0.32%

**TR US INDEX**
0.48
110.62

**MOST POPULAR**

Login or register          Latest from My Wire

**ANALYSIS & OPINION**

**TODAY IN PICTURES**

Case 5:12-cv-00630-LHK   Document 14-1   Filed 02/08/12   Page 46 of 59
Special report: Can Samsung _____ ge with the tech times? | Reuters

Page 8 of 8

Last U.S. troops leave Iraq, ending war | 🎬 VIDEO

Havel, leader of "Velvet Revolution," dies | 🎬 VIDEO

Russian rig sinks, more than 60 feared dead |
🎬 VIDEO

Time short for S&P to end 2011 higher

South Carolina has first human rabies case in 50 years

London's beloved Routemaster bus returns to streets

**Hara-kiri, British style**
By Hugo Dixon
The UK's self-immolation beggars belief. The government's clumsy attempt to extract concessions from euro zone countries in their time of need has set off a chain reaction which could undermine Britain's interests and even drive it out of the European Union.  **Full Article**

Summers: It's time for the IMF to step up

» More Analysis & Opinion



+0.44%

Int'l Indices

**NIKKEI**
8,401.72

**HANG SENG**
18,285.39

**Editor's Choice**
A selection of our best photos from the past 24 hours.

**View Slideshow**

» Markets

EDITION: U.S.                                                                        Back to top

| | |
|---|---|
| **Reuters.com** | Business | Markets | World | Politics | Technology | Opinion | Money | Pictures | Videos | Site Index |
| **Legal** | Bankruptcy Law | California Legal | New York Legal | Securities Law |
| **Support & Contact** | Support | Corrections | Advertise With Us |
| **Account Information** | Register | Sign In |
| **Connect with Reuters** | Twitter    Facebook    LinkedIn    RSS    Podcast    Newsletters    Mobile |
| **About** | Privacy Policy | Terms of Use |

Thomson Reuters is the world's leading source of intelligent information for businesses and professionals.

| | | | | | Thomsonreuters.com |
|---|---|---|---|---|---|
| Our Flagship financial information platform incorporating Reuters Insider | An ultra-low latency infrastructure for electronic trading and data distribution | A connected approach to governance, risk and compliance | Our next generation legal research platform | Our global tax workstation | About Thomson Reuters |
| | | | | | Investor Relations |
| | | | | | Careers |
| | | | | | Contact Us |

Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please click here.

Login or register                    Latest from
                                     My Wire

# VELLTURO
# EXHIBIT 99

# Analysis: Copying the iPhone is No Way to Beat It

**By Reuters**     February 20, 2009 09:44am EST          0 Comments

0          Share          Tweet  0          Share



BARCELONA (Reuters) - Copying a few pages from the playbook of Apple Inc's iPhone strategy, which brings many of the powers of the Internet to mobile phones, is no way to beat the computer interloper at its game.

But that's exactly what many of the world's biggest handsets makers are trying to do with new copycat phones and services that ape key features of the iPhone.

At Mobile World Congress in Barcelona, the world's biggest annual trade show for the wireless industry, Apple is everywhere and nowhere. The company avoids such events, preferring to unveil products at its own venues.

The handset business will produce more than a billion phones this year, but is suffering a crisis of confidence brought on by sharply changing business models that has only been exaggerated by the global economic slump.

"Imagination is expensive in a year such as this," said Richard Windsor, a technology analyst at the conference who is with Nomura Securities in London.

The giants of the phone industry—Nokia, Samsung Electronics Co Ltd, LG Electronics Inc, Sony Ericsson and HTC Corp—are humbling themselves to copy a company whose phones account for only 1 percent of handsets.

A year ago, phone makers with quick-acting design teams came out with the first touchscreen iPhone look-alikes. This year, they are going further by seeking to duplicate the iPhone's user interface software.

Privately, an executive with a major European telecommunications operator complains: "Everybody is trying to catch the iPhone. They are pushing things out to market that just aren't ready for prime-time."

Analysts say the clones often perform slowly and are less intuitive for users than the iPhone.

Case in point: South Korean phone maker LG Electronics introduced an entry-level smartphone using Microsoft Corp's Windows Mobile operating system and a new iPhone-like look called "3D S-Class User Interface."

The most obvious difference with the iPhone is that LG's GM730 gives users three-dimensional views of its features and applications, which appear like cubes rather than pages, as they do on the iPhone.

But a demonstration of the iPhone wannabe reveals a characteristic flaw familiar to personal computer users. LG's logo and then the Windows brand hang on the screen as 5, 10, 15, eventually 30 seconds pass. The phone is booting up, just like a computer, but unlike many of the faster phones.

iCLONES

Case 5:12-cv-00630-LHK   Document 14-1   Filed 02/08/12   Page 50 of 59

Apple has sought to scare away competitors by threatening legal action to defend the hundreds of patented ideas it has rolled into the iPhone. How rivals can work around such patents remains a big question.

The proliferation of "me-too" products is a trap because products must take shortcuts or sacrifice profit margins to undercut Apple on price. That digs equipment makers into a deeper hole because smartphones have been faster growing and more profitable than other handsets.

And Apple isn't sitting still. Some Wall Street analysts say the Silicon Valley-based company is gearing up to offer a slimmed down $99 iPhone for consumers—or $299 without carrier subsidies—by June.

A lower-price iPhone would likely run on slower networks, contain less memory and have lower touchscreen and camera resolution, one RBC Capital analyst predicts.

Apple, which enjoys estimated margins of 55 percent that are nearly twice the industry average on their current line-up of phones, will need to accept margins around 40 percent if it markets a $99 phone. But that's still well above the 30 percent industry average.

The phone industry is envious of Apple's AppStore, which lets iPhone users download thousands of small software programs

to personalize the way they play games, listen to music or find directions.

Letting users decide what software they add to phones marks an upending of long-standing industry practices of tightly controlling device features, based on what handset makers and their key customers, the operators, thought best.

The roll-call of companies announcing their own software stores this week include Nokia, Microsoft, LG and France Telecom SA's Orange mobile network. Samsung and BlackBerry maker Research in Motion Ltd had previously announced stores of their own.

Orange said its own store will feature only Orange-approved products when it opens in May. Selected outside software developers will be invited "in the future," it promised.

Comfortable old habits of control die hard.

-- At the time of publication Eric Auchard did not own any direct investments in securities mentioned in this article. He may be an owner indirectly as an investor in a fund.

-- Eric Auchard is a Reuters columnist. The opinions expressed are his own --

(Editing by Andre Grenon)

© Thomson Reuters 2010. All rights reserved. Users may download and print extracts of content from this website for their own personal and non-commercial use only. Republication or redistribution of Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Reuters. Reuters and the Reuters sphere logo are registered trademarks or trademarks of the Reuters group of companies around the world.

# VELLTURO
# EXHIBIT 100

Attack Of The iPhone Killers - Forbes.com                                                    Page 1 of 3



Help | Login | Signup
Save 36%. Forbes'CFA Investment Course
Make Forbes.com My Home Page
Bookmark This Page

# Forbes
Home Page for the World's Business Leaders                Free Trial Issue

[ Search ]                         [ Stock Quote ]

**U.S.   EUROPE   ASIA**

Home     Business     Investing     Technology     Entrepreneurs     Op/Ed     Leadership     Lifestyle     Lists

CIO Network   Data Driven   Gear   Green Tech   Human Ingenuity   Innovation   Intelligent Tech   Mobile   On Demand   Security   Social Media   Techonomy

E-Mail | Print | Request Reprints | E-Mail Newsletters | RSS

ADVERTISEMENT

Technology

# Attack Of The iPhone Killers

Brian Caulfield, 06.16.08, 6:00 PM ET



In Pictures:
Seven iPhone Killers



Your Wireless World

Cellphone Addiction
In Pictures: Are You A Connection Junkie?
Secrets Of The Always-On
How Your Phone Can Make You Smarter
iPhone Apps Appeal
My Phone, My Game Machine

**Popular Videos**
Tinseltown's Most Influential
Over 50 And Filthy Rich
Mass Layoffs
Post-election Taxes
New York In Crisis

**Most Popular Stories**
Saudi Arabia's Next Act
The Lithium Gold Rush
Visit Iceland—It's On Sale
Entrepreneurs Who Rose From The Ashes
McDonald's Recession-Proof Menu

It's like a scene from a bad horror movie. Samsung and Research In Motion are among the companies trundling down the steps into the basement. And down there, waiting for them, is Apple Chief Executive Steve Jobs and his chainsaw collection. Dudes, don't go down there.

Apple's (nasdaq: AAPL - news - people ) easy-to-use, media-friendly gizmo has cut deeply into the smart phone market. Six months after putting out the iPhone last year, Apple had seized 26.7% of the U.S. market in the final quarter of 2007. The assault was put on pause--with Apple dipping to just 19.2% of the market during the first quarter. After it reloaded with a faster iPhone. After it goes on sale July 11, however, it's going to be a long, hard year for Apple's rivals.

**In Pictures: Seven iPhone Killers**

The biggest reason? Apple has caused a panic, with competitors scrambling to crank out Web-friendly, widescreen phones. But like the iPod, the harder rivals try to blunt Apple's strengths, the worse they look in comparison. In 2001, Apple started out with just a thin slice of the market for digital music players. By 2005, its iPod was synonymous with the category, with competitors such as SanDisk (nasdaq: SNDK - news - people ) and Microsoft (nasdaq: MSFT - news - people ) cranking out slim, slab-like variations on Apple's designs.

But of all the companies now up against Apple in the smart phone market, Research In Motion (nasdaq: RIMM - news - people ) has the best shot at coming out on top. Chiefly because that's where RIM's BlackBerry sits already, with 44.5% of the smart phone market. It's greatest strength: RIM's best phones are the kind of gear Jobs would never crank out.

Take the BlackBerry 8700c. The chunky gray gadget has all the beauty of a belt-sander. But if you're looking to polish off a load of e-mail on the go, its nubby keys and sturdy scroll wheel make it the perfect tool for the job. And RIM's deep ties to corporate e-mail systems--and the work the Waterloo, Ontario, company has put into making its handsets easy for businesses to manage--mean these are power tools packing plenty of juice.

Make Forbes.com My Home Page     Bookmark This Page

News by E-mail Get stories by E-Mail on this topic FREE

**Companies**
☐ SanDisk              ☐ Google
☐ ARM Holdings         ☑ Microsoft

**Topics**
☐ Wireless             ☐ Mobile Communications
☐ Personal Gadgets     ☐ Software Industry

Become a member FREE       Already a Member?
                           Log In

Enter Username          Enter E-Mail Address
                        Receive Special
Select Your Title       Offers? ☑

[ Sign Up ]

FAQ | Terms, Conditions and Notices | Privacy Policy

Also available: E-Mail Newsletters

**10 Stocks to Hold Forever** www.StreetAuthority.com
Buy them, forget about them, and never sell them.

**AT&T® Official Site** att.com/iPhone4S
It's Here! The Brand New iPhone 4S. Get Yours Now w/ Free Shipping.

**Luxury Yachts Of The World** Seabourn.com/Destinations
Enjoy the world from the deck of a ship. Visit Asia, Europe and more.

**Dividend List** Fool.com
Learn Dividend Investing From The Motley Fool. Read our Free Report!

AdChoices ▷

ADVERTISEMENT

**Related Business Topics**

Computer Software              Business Dsl

Apple, however, threatens to blunt RIM's drive into consumer-friendly smart phones with handsets such as the BlackBerry Pearl. The touch-screen BlackBerry Thunder, set to launch in the third quarter of this year, aims to neutralize the threat by countering the iPhone's blank, touch-screen interface with one of its own, and adding RIM's support for

corporate e-mail systems to the mix.

Details on the phone itself are thin. However, it's hard to imagine RIM being able to back up that wide, media-friendly screen with the wealth of multimedia content Apple has packed into its iTune store for its iPhones, iPods and Macs. RIM might do better than Apple if it were to roll out a phone with tiny plastic keys aimed at prying your credit card company's vice president away from her CrackBerry. But Apple is too smart to go there.

Another phone that aims to slow down the new iPhone when it goes on sale June 20 comes from Samsung, a company intimately familiar with the Apple device. Samsung makes an ARM Holdings (nasdaq: ARMH - news - people )-based microprocessor that serves as the brains of the iPhone. Moreover, Samsung can couple design smarts with truly wicked manufacturing skills to create amazing gear, such as the vanishingly thin U800 and U700.

Samsung's iPhone killer, the Instinct, isn't about to amaze anyone, however. The phone is little more than an iPhone knockoff, right down to the blank black face and chrome trim--a disappointment from a company that shouldn't stoop to knock off anyone. Worse yet, the phone's look, and $199 retail price, invite comparison to a competitor the Instinct doesn't match. Unlike the new iPhone, the Instinct lacks wi-fi, it has less memory and its touch-sensitive interface is less sophisticated.

Next up, Google (nasdaq: GOOG - news - people ), another company with an inside track at Apple. Google Chief Executive Eric Schmidt sits a seat on Apple's board. And he's admitted that he's had to sit out some meetings, with Google readying an effort to pump its software into Internet-friendly phones due in the fourth quarter from such manufacturers as HTC, Samsung and LG Electronics.

At first glance, Google's so-called Android effort poses quite a threat, since Google has a host of online services it can pour into the handsets (see "Seeking Out Android"). The challenge: timing. By the time the first of these handset arrives, Apple could already be synonymous with Web-friendly phones.

**In Pictures: Seven iPhone Killers**

See Also:

One iPhone To Rule Them All

On The Move: Apple ▶

Confessions of an Uber-Connected Gal ▶

Rate This Story          Overall Rating

**Reader Comments**

Posted by Jsnllnd | 06/24/08 02:27 PM EDT

The iPhone just has so much buzz already, it's not going to be stopped by the Instinct, on another note, Sprint + Nextel is a horrible company all around (The Worst as a matter of fact), I've worked t [More]
                                                    Report Abuse

Posted by vtvanda | 06/24/08 12:53 PM EDT

What an absolutely uninformed and shortsighted opinion of the Instinct. Why not point out some strengths. Microsoft Exchange Support, faster network (faster than the 3G iPhone that's not out yet), b [More]
                                                    Report Abuse

Posted by jbelkin | 06/24/08 12:04 PM EDT

Samsung, Nokia in business for 15 years - poor OS in every phone. After all this time, RIM has 14 million users, Apple sold 8 million in 10 months ... time, RIM is about to be lapped.
                                                    Report Abuse

Read All Comments (10)

Post A Comment

---

■ Content Management Software    ■ Accounting Software
■ Email Marketing Software       ■ eCommerce Software
■ Project Management Software     ■ Help Desk Software

>> Browse All Directories

Trading Center

Brought to you
by the sponsors
below



Free Trial Issue

Name _____
Address _____
City _____
State _____   Zip _____
Email _____

SUBMIT


FXtrader Beta
the Ultimate Forex Simulator

Trade the Forex market in
real time, risk-free!

Start Trading Now!

CEO Book Club

BOOK REVIEW
Tim Harford

THE         BOOK REVIEW
LOGIC       Harford Vs. Friedman
OF          Asher Hawkins
LIFE        In Tim Harford's new book, he dismantles
            Thomas Friedman in just a few pages. If
            only Harford had a longer attention span.

100 LB      BLUEBIRDonline.com (888) 477 - 0700      100 LB Style

# VELLTURO
# EXHIBIT 101

Sign In   Register   Print Subscription   Conversations   Today's Paper                    Goi

POLITICS   OPINIONS   LOCAL   SPORTS   National   World   Business   Investigations   Lit

Economy   Industries   Local Business   Markets   Policy & Regulation   Technology   World Business

**In the News**   Siri   SOPA   iPad mini   Carrier IQ



 A promise to 59 fifth graders

 Gingrich's assault on 'activist judges'

 Iraqi-tur bids goo homelan

# Report: Galaxy Nexus to cost $299



**View Photo Gallery —** Dozens of new smartphones are vying for consumers' attention. Learn about the unique features of some of the hottest phones on the market.

**WP S**
Fri

☺ ⊕ Text Size | Print | E-mail | Reprints

By Hayley Tsukayama, Published: December 6

The Galaxy Nexus, the highly-anticipated flagship phone of Google's next Android operating system, has been a bit of a mystery. Not only has Verizon been quiet about when customers will be able to see the brand-new phone on store shelves, it's also been mum about how much the phone will cost.

A report from Dow Jones Newswires, citing "people familiar with the matter," pegs the phone's cost at $299.99, which seems to be Verizon's new standard for its premium smartphones.

**12**   **Comments**

Weigh In    Corrections?

[ Recommend ]    [ Tweet | 10 ]    [ Share ]

**Gallery**




Depending on which phone company is doing the marketing, an Android phone can be masculine and futuristic, like a shoot-'em-up video game, or friendly, like a stuffed animal.

**Gallery**

The Droid RAZR, which the company is pushing hard in advance of the Galaxy Nexus announcement, is priced at $299.99, as is the HTC Rezound. Given the speed and power of the 4G phones, the report said, Verizon may feel more comfortable pricing the phones at the same range as high-demand devices such as the iPhone.

The Galaxy Nexus is certainly seen by some analysts as the most credible competitor to the iPhone so far, even outstripping it in some respect because it's capable of running on Verizon's 4G network. The phone has a bigger screen than the iPhone and, of course, has the distinction of being the first phone to run Google's new Ice Cream Sandwich operating system.

The new system has quite a few experimental perks and features, such as the ability to unlock the phone using facial recognition and an NFC chip that will let users exchange information by tapping their phones together. One of the Galaxy Nexus's functions, however, will not be a part of its U.S. release: the ability to pay with Google Wallet by using the chip. A report from the Associated Press said that Verizon is not



Apple revealed its newest phone, the iPhone 4S, at an event at its California headquarters on Oct. 4. The event was the first major product release after Steve Jobs resigned in August.

enabling Google Wallet on its phones, likely because the company is involved in Isis, a competing payment system that uses NFC technology.

Sadly, the report still doesn't give out the information that those eager to buy the newest phone are waiting to hear most — a release date.

Related stories:

Galaxy Nexus gets strong early reviews

Galaxy Nexus hit with volume bug in Britain

Fix for Galaxy Nexus volume problem coming soon

Go to England and take everyone with you.

Only AT&T's network has the best global coverage.

LEARN MORE

BlackBerry Torch.

Rethink Possible® AT&T

▾ LEGAL

Recommend        Tweet  10        Share

**Weigh In**                    **About Discussions, Badges**        **Discussion Policy**



LOG IN      REGISTER    + SHARE THIS DEBATE