100 LB   BLUEBIRDOnline.com (888) 477 - 0700   100 LB Style

# VELLTURO
# EXHIBIT 109

## The iPod looks like it may turn out to be a non-repeatable experience

It's predictable. If Apple got into medical devices, people would come out of Steve Jobs' speech proclaiming "The iBag is the easiest, most user-friendly colostomy device I've ever encountered."

Sales for the phone will skyrocket initially. However, things will calm down, and the Apple phone will take its place on the shelves with the random video cameras, cell phones, wireless routers and other would-be hits. Remember the Mac Mini? It was supposed to ignite a revolution for small computers. It didn't. The flat-panel iMac? Some predicted that Apple's price tag would **drive other prices higher [http://www.cnet.com/iMac-price-increase-not-contagious/2100-1040_3-866212.html]** . Whoops.

Why won't the Apple phone succeed? It will be a great piece of hardware that, if I wasn't the cheapest man in North America, I might buy. The entire strategy, however, is based on what I call "**iPod magic [http://www.cnet.com/Measuring-the-iPod-effect/2100-1041_3-6138711.html]** ." Apple succeeded with the iPod, the theory goes. Therefore, they can break into other categories and turn them upside down.

### Single shot?

But the iPod looks like it may turn out to be a non-repeatable experience. Look at the historical record. When the iPod emerged in late 2001, it solved some major problems with MP3 players. At the time, such music devices came either equipped with a nominal amount of flash memory--like 64MB or 128MB--or a large 2.5-inch hard drive. Sony, the once-king of portable music, remained in love with portable CD players.

Apple opted to adopt the **1.8-inch hard drive [http://www.cnet.com/Does-new-hard-drive-foreshadow-100GB-iPod/2100-1041_3-6141020.html]** , a piece of hardware spurned by other manufacturers. That was the world's mistake. The 1.8-inch drive let Apple put a huge amount of storage--the real problem with MP3 players--into a small form factor. The first iPod sported **5GB of storage [http://www.cnet.com/Apples-iPod-spurs-mixed-reactions/2100-1040_3-274821.html]** , or nearly 40 times as much as the upper crust of flash players. The company even locked up supply of 1.8-inch drives for a while, so no one could copy it.

The iPod also conquered the problem of small screens and cheesy navigation. With its newfound popularity, the company was also able to get music publishers to agree to its terms.

Unfortunately for Apple, problems like that don't exist in the handset business. Cell phones aren't clunky, inadequate devices. Instead, they are pretty good. Really good. Why do you think they call it a Crackberry? Because the lumpy design and confusing interface of the device is causing people to break into cars? No, it's because people are addicted to it.

Samsung has scoured the world's design schools and hired artists on three continents to keep its phones looking good. Motorola has revived its fortunes with design. **KDDI [http://www.cnet.com/2300-1039_3-6125835.html]** , a Japanese carrier, has a design showcase in the teen shopping area of Tokyo just to be close to trends. And Sharp doesn't skimp when it comes to putting LCD TVs on its phones.

Apple, in other words, won't be competing against rather doltish, unstylish companies like the old Compaq. The handset companies move pretty quick and put out new models every few weeks.

Second, Apple has to face the issue of trust. Music players are fairly easy. Songs come out of memory and must be amplified. With cell phones, consumers care mostly about quality of service. Who, really, doesn't expect a new company to conquer all the static and connection issues with their phones? Granted, Apple will use contract manufacturers to assemble their phones, but designing these phones takes experience and talent. And the cell carriers are far deeper into it here.

So when consumers get to that counter at CompUSA, they will debate buying the Apple phone, and even hold it up for a look. But when they whip out the credit card, they'll probably opt for a Motorola.

**Biography**
Michael Kanellos is editor at large at CNET News.com, where he covers hardware, research and development, start-ups and the tech industry overseas. He has worked as an attorney, travel writer and sidewalk hawker for a time share resort, among other occupations.

**More Perspectives [http://www.cnet.com/2016-1071_3-0.html]**

**See more CNET content tagged:**
**Apple Computer [http://www.cnet.com/topic/apple-computer.html]** ,
**Apple iPod [http://www.cnet.com/ipod/]** , **MP3 player**
**[http://www.cnet.com/topic/mp3-player.html]** , **MP3**
**[http://www.cnet.com/topic/mp3.html]** , **hard drive**
**[http://www.cnet.com/topic/hard-drive.html]**

100 LB 🦅 BLUEBIRDOnline.com (888) 477 - 0700 ♻ 100 LB Style    100 LB 501

# VELLTURO
# EXHIBIT 110



Original URL: http://www.theregister.co.uk/2006/12/23/iphone_will_fail/

# Why the Apple phone will fail, and fail badly

**It's the Pippin all over again**

By **Bill Ray**

Posted in Mobile, 23rd December 2006 05:02 GMT

Free whitepaper – King's College London uses IBM System Networking RackSwitch for HPC

**Comment**  The hype is reaching fever-pitch, and the odds are still stacked that Apple will announce a device combining the functionality of an iPod and a mobile phone in January next year, but whether such a device will actually sell is another question.

There seems little question that an Apple phone product will be launched in 2007, and that it will work with the iTunes service and have a very pretty industrial design and a smooth interface. Strapping an iPod to a mobile phone is not a great technical challenge, which makes it all the more remarkable that Motorola did it so badly with their ROKR handset. Maintaining the features which made the iPod so popular in a mobile phone will be much more of a challenge.

The iPod brought with it amazing industrial design, a well designed interface, and a new usage paradigm. Portable music players already existed, but the iPod was better looking and easier to use. It also came with the promise that you didn't just carry music with you, you carried *all* your music with you. That factor alone changed the way portable music was perceived, and was central to the adoption of the iPod.

The iPod has moved away from that paradigm, with the Nano and Shuffle only able to store the most diminutive music collection, and recent rumours suggest that an Apple phone will have 8GB of flash-based storage; comparable with the Nano. But it was that function which sold the concept to many people, with the style and simplicity of use keeping them hooked.

It is important not to underestimate the importance of the iPod industrial design, or its scope. I recently had to sit in a pub as two iPod fans reminisced about feelings when opening their first iPod box, and their overwhelming admiration not for the product, but for the box in which it came. It was sickening, but demonstrated the loyalty iPod fans feel, and the expectations that will need to be met.

The clever design of the iPod stretched into the software - the clean and simple interface is indeed easy to use, and users seem very comfortable with iTunes on their PC. But creating a simple interface for a single function is one thing. Replicating that experience to manage all the functions of a mobile phone is another thing entirely.

Mobile phones are not complex to use because of bad interface design, they are complex to

use because they are complex devices with a myriad of features. The fiercely competitive mobile phone business has driven interface development at an astounding rate: it has become de rigueur for every new handset to feature a revolutionary new interface mechanism.

Apple is extremely good at creating simple interfaces, and it is likely that the Apple phone will have a pleasing interface which is relatively easy to use and recognisably iPod branded, but it won't need to appeal to the iPod users, it will need to appeal to the network operators.

## Who buys mobile phones?

When a manufacturer launches a new mobile phone handset they take the specification, or prototypes, round to the network operators and try to convince them that this phone will be the next big thing. In most markets mobile phones are sold to customers with an enormous subsidy provided by the network operator, who intends to make the money back through additional service use.

The operator will have a list of features they like and will compare that list to the newly-developed phone to calculate the subsidy: a camera might be worth a fiver, while a one-touch-to-send-MMS button could be worth £20. The idea is that easier access to more premium features leads to greater revenue, and thus pays off the subsidy.

In this way a phone that might cost hundreds of pounds can be given away for free, depending on the tariff, and the industry is sustained by customers paying off the cost of their handset over several years.

It's not just features which contribute to the negotiated subsidy. Big advertising by the manufacturers also contributes as networks want to offer popular handsets at low prices, particularly in markets where network choice is often decided by handset availability and price.

Exclusivity will also enhance the subsidy - as little as a month's exclusivity on a handset will massively increase the subsidy, and the amount the network operator will spend promoting deals involving the handset. Few manufacturers will agree to this, but some can be convinced.

Mobile phone manufacturers know this, and have copies of the network operators' features lists, as well as a clear idea of what kind of deals are available. The industry is competitive, but tightly organised and pretty incestuous as staff move between operator, manufacturer, and supplier while maintaining their contacts and golfing partners.

## Who will pay for the Apple phone?

A new player coming into the market is either going to have to offer the phone unsubsidised, at its true retail cost, subsidise it itself, or find a way to convince network operators they can gain from subsidising the handset.

A few companies have tried to offer phones without subsidy; relying on stylish design and branding to off-set the high cost and lack of features. Most notable was Xelibri, a range of good-looking phones which Siemens tried to sell direct to the public before giving up in 2004. It is possible for very high end handsets such as the Vertu [1] range from Nokia, but

when your handsets start at $4,500 a couple of hundred quid subsidy is neither here nor there.

The Apple phone will be able to charge a premium for style, but put a £330 iPod phone on the shelf next to a Sony Walkman handset with similar capabilities which is free and it will be a tough sell for anyone.

Some have suggested that Apple will simply set up their own Mobile Virtual Network Operator (MVNO) and just fund the subsidy; making the money back on calls and use of the iTunes service. However, iTunes has always existed to sell hardware, not subsidise its production. The service isn't supposed to make money, and while it might or might not lose a great deal of money it certainly can't be called upon to cover the cost of a stylish handset any more than it could cover the cost of handing out iPods for free.

So we are left with Apple trying to sell its phone to existing network operators using the same tactics as its competitors. It might make play of its simple interface, and easy access to operator services, but far more likely Apple will use network exclusivity to sell the idea to a single operator in each territory.

The iPod is now a valuable brand, and one associated with the youth market operators are so keen to attract. This alone could make the Apple phone attractive, especially if only one operator has such an association.

By limiting the distribution of the handset in this way Apple will be spared the need to negotiate with dozens of different operators, and can share the promotional costs with the operator of choice - who will be hoping customers will switch networks just to get one. Such a deal would reduce the number of handsets Apple would be able to sell, but that might be no bad thing as it would reduce Apple's exposure while (hopefully) demonstrating its ability in the market.

But it would also make Apple dependent on that operator, and on that operator's commitment to the project; particularly when the first flush of publicity is past.

## It's business, not pleasure

Apple will launch a mobile phone in January, and it will become available during 2007. It will be a lovely bit of kit, a pleasure to behold, and its limited functionality will be easy to access and use.

The Apple phone will be exclusive to one of the major networks in each territory and some customers will switch networks just to get it, but not as many as had been hoped.

As customers start to realise that the competition offers better functionality at a lower price, by negotiating a better subsidy, sales will stagnate. After a year a new version will be launched, but it will lack the innovation of the first and quickly vanish.

The only question remaining is if, when the iPod phone fails, it will take the iPod with it. ®

**Links**

1. http://www.vertu.com/homepage.jsp?lang=en

100 LB    BLUEBIRDOnline.com (888) 477-0700    100 LB Style

# VELLTURO
# EXHIBIT 111

HOME    ABOUT    ADVERTISE    CONTACT                                    FIND A TECH JOB

AdChoices ▷

LATEST POSTS   POPULAR POSTS

CenterNetworks Feed

Add CenterNetworks

Get updates by email

Google Offers Millions of Songs for $0.49 Each
Web Jobs – December 20
Today is the Best Day to Buy the Kindle Fire
Best Prices for the Google Galaxy Nexus Smartphone

**CATEGORIES**

WEB STARTUPS
CONFERENCES
WEB JOBS
MICROSOFT
INTERVIEWS
GOOGLE
VIDEO
FACEBOOK
TWITTER
AMAZON
ALL TOPICS

**CONTRIBUTORS**

ADRIAN CHAN
ALICIA NAVARRO
ALLEN STERN
CORSIN CAMICHEL
DAN LEWIS
DRAMA 2.0
DARREN HERMAN
HANK WILLIAMS
MARK DAVIS
RICK TUROCZY
SANFORD DICKERT
SHANNON CLARK

search...        FIND

SPONSORS            Become a sponsor











# Three reasons why the iPhone won't be as mega as some think

Allen Stern - January 9th, 2007   ↺33 Comments        Like        Tweet  0

Alright so the news is out that Apple will be offering a new mobile device called the iPhone this summer. It is a very cool device. Mike has a good overview (more on TechMeme) of the device and why he is going to buy one. But see, Mike is not the average consumer. And that is why I think there are 3 reasons why the iPhone won't see the success that some think it will. **Feel free to disagree with me!**



**Reason 1 – Price**

The entry-model is $500, the mega-model is $600. This is not an iPod at $249. Can the average American (you know the ones who own an iPod) afford this? I think not. I am sure there will be some incentives to switch but overall the price will be a barrier to entry. But not to the early adopter crowd. Walk down 43rd street in Manhattan from 5th ave to 6th ave. Ask every person with an iPod if they will get this device. I bet maybe 3% will say yes, and thats a very aggressive figure.

**Reason 2 – Locked to Cingular**

I am a Cingular customer. How many are not? Will you switch to get this phone? Some will, many won't. Assuming it is GSM, I am sure someone will hack an unlock code but many won't know how. What about those who recently signed deals with the other carriers? Will they spend the $200 or so to break their contracts? Doubt it! I can't wait to read the posts on Consumerist.. they will go something like this "my wireless provider won't let me out for free because I want an iPhone."

**Reason 3 – Data Rate Plans**

I wrote about this last week with the MySpace deal. The data rate plans will kill this phone. I hope Cingular gets their act together and becomes an industry leader with regards to data pricing but today it is absolute crap. This device will use a lot of data when using the Cingular network (I understand it gets WiFi but that's not available free everywhere!). Can the average American afford $600 for a device and then another $30ish over their normal rate plan for some data? Nope.

I certainly hope my reasons can be addressed before launch so that the iPhone sees the same success for Apple that the iPod has had.

**Please grab my feed**

Read More: iPod, Quick News, telephony

Like                      ShareThis   📡RSS                      Tweet  0

**POPULAR CONTENT**

- The Biggest Mistake I've Made To-Date
- Paying For RSS Feeds?
- Welcome New Twitter User. Now Get Lost!
- Lose Weight With Web 2.0
- My Life Without Google

CN  CenterNetworks on Facebook
Like

700 people like CenterNetworks.

© 1998-2011 CENTERNETWORKS

wrong

- PR & Marketing for 2012

ABOUT   SPONSORS   ADVERTISE   CONTACT

## 33 COMMENTS

**True cost of the iPhone — CenterNetworks does the math!  |
CenterNetworks says:**
January 16, 2010 at 1:29 pm

[...] Three reasons the iPhone won't be as mega as some thing [...]

**Marc says:**
September 28, 2009 at 9:21 am

funny to read this now that the iphone is such a success.

**Kevin P. Riley says:**
July 26, 2009 at 8:47 am

Wow.
I'm sure glad this is still floating around the ether.
Surprised, too.
Allen Stern, eater of crow.
-KPR

**stoneman says:**
June 29, 2007 at 5:08 pm

Enterprise customers? Business customers? Are you guys checked out or something. Apple is a
consumer company. Cell phones are a consumer market. Very few people have company issued
cell phones. VERY few. In fact company provided cell phones is only slightly more common than
company provided cars (see http://tinyurl.com/2abf6u). Any of you guys have a company car?
None of the current phone manufacturers even give a rats ass about selling to the enterprise. It
is a fraction of their revenue compared to the consumer market. Ever been to a mall? Ever
stumble over the dozens of cell phone accessory, cell phone service, cell phone device kiosks? I
doubt you ever see business men/women there. It is because they DON'T care. Their IT group
issues them and the providers cut blanket deals with the fortune 500 companies to get a
particular model and a particular service plan. The phone is a loss leader for the providers.

As to the price (1 & 3)? non issue. The data plan is totally reasonable. Only $20 basically for
unlimited. The phone? umm, what demographic buys and uses cell phones more than any?
Teenagers 15-17 (74% of them own a cell phone), do you think they have disposable income?
duh. Do you think they will buy them. Duh. They spent that much on XBoxes and PSPs in a
year.

Bottom line. Steve Jobs is frickin' genius and you are all bitter cuz you don't own an iPhone and
lots of Apple stock.

**design for myspace says:**
June 30, 2007 at 12:31 pm

The hype for iphone is to much. I'm very skeptical. I don't think projected sales will be met.

**Anonymous says:**
June 13, 2007 at 11:24 am

Sorry, but more than 3% have answered yes in my own survey. I won't tell you which
demographic I am from but suffice it to say that Apple will be sold out!

**Anonymous says:**
June 20, 2007 at 8:08 pm

Verizon has been beating out Cingular for the last two years, I am a Cingular customer and the
service is so so.....This I Phone is between 4 and 6 hundred bucks...would you take an early
termination fee from your current carrier? I Think not....Cingular is looking for customers

Three reasons why the iPhone won't be as mega ⌐ ˙e think                    http://wⁿ˙   ˙iternetworks.com/three-reasons-why-the-iphone

and what a way to do it! I know for a fact that the 1st 2nd and 3rd gen I Pod owners will wait around to see what happens, we learned our lessons with that battery bull****! and the class action suit that followed. I own a 3rd Gen I pod other than the battery problem it works great, good product, My son recently brought a Nano, No Problems so far
People are just getting used to their blackjacks and other PDA's and here we go with this expensive.....thank you very much but I will wait..dont want to give Cingular and Apple andy extra money!!!!!
Get the bugs out first!!!

**Anonymous says:**
April 14, 2007 at 12:45 am
I don't think the price will be an issue. People spend $300 on ipods and $200 on cell phones, or $600 playstations. People will buy. I now my company will be picking up at least 3 when they come out.

**shaxs says:**
January 10, 2007 at 4:51 pm
I disagree. I like my carrier- a lot. I LOATHE Cingular and actually sued them and won. Heh. I refuse to use the iPhone for the first two years until after the stupid Cingular contract is over. The maybe I will switch to Tmobile and then maybe Tmobile will have better coverage.

**Josh says:**
January 10, 2007 at 4:19 pm
Reason 1: This is similar to iPod's initial price. Yes, it's high, but it will come down.

Reason 2: Carriers have done nothing to inspire loyalty. Coverage varies, sure, but everyone HATES their carrier.

Reason 3: Could be spot on–cingular has the power to kill this unless it gets it's head straight on data pricing.

**Darren Stuart says:**
January 10, 2007 at 4:08 pm
it was in the keynote that europe would be quater 4 in 07 and Q1 in 08 for asia

**live2xs says:**
January 10, 2007 at 3:38 pm
The main message here is that Apple is still all about the end consumer and not the enterprise customer. They will sell their millions of units to their current, affluent, "gotta have the latest Apple toy" customers but it won't help them in getting Apple technology into the enterprise or into the pockets of executives. The reasons; pretty simple – only sourced from one carrier, no connectivity to Exchange, and no removable battery.

It will also be interesting to see how well the first version of this new touch UI works out. I'm sure it will need to mature and it will be interesting to see how the whole idea of constantly touching the screen is accepted. Screens on current phones already get pretty nasty after a few calls. If you add touch dialing and navigation I can see a downside. There will be a quick followon product opportunity for convenient wet wipes to clean things up.

I love the innovation that Apple creates through their bold design moves but I don't see the iPhone having near the impact the iPod had. Too expensive, not enterprise friendly, and limited features.

**Anonymous says:**
January 10, 2007 at 3:05 pm
This looks way too expensive for most European consumers particularly business users

**centernetworks says:**
January 10, 2007 at 2:55 pm
Darren – same here in the states... the free phones are the killer app right now. I still believe the average iPod owner won't move to this device.

I haven't read anywhere that this will be available in the UK (or frankly anywhere else) — even though the data plans are better everywhere else.

**Darren Stuart says:**
January 10, 2007 at 2:01 pm
the pricing cannot transfer over to the uk.

most people here get the latest phones for free with their phone contract. also 3g is big here, I

have never heard of edge.

also I am not that sold on buying first gen products. 32 gig version will be the one worth the money they are asking for it now.

**Amber says:**
January 10, 2007 at 11:10 am

this will be one of these fun posts to look back on a year from now and see how wrong some people were.. ala' "Why is Apple making music players?!" few years back.

**Michael Johnston says:** 
January 10, 2007 at 5:34 pm

Allen, if even only 2% of current ipod users bought iPhone in the first year & a half, that would represent a huge initial success!

To enter an established space as a newcomer, and rack up the numbers that 1 or 2 % of ipod owners represents in that space would be huge.

**Greg Bulmash says:** 
January 9, 2007 at 2:54 pm

While Cingular isn't heavily promoting it, they are rolling out their EVDO 3G competitor, HSDPA (High Speed Data Packet Access). It's supposed to be faster than EVDO (based on the spec), though apparently it's only running at EVDO'ish speeds right now.

If Cingular can have a broader roll-out of HSDPA by June, have the speeds up in the higher ranges it's supposed to support, and offer a decent rate plan for HSDPA access, that could combine with the iPhone to create a fairly attractive package for road warriors, particularly if they're not cutting people off for "excessive use" on an unlimited use plan.

Yes, the price is high, but so were early prices on the Treo, and that's had pretty good adoption. I think it will start high, but come down within 6 months to a year after early adopters have picked it up, fallen in love with it, and created "social proof" buzz for its wonderfulness.

Honestly, though, I would have preferred it to have a 1.8 inch hard drive like the 30-80 gig iPods, rather than a 4 or 8 gig flash drive.

**centernetworks says:**
January 9, 2007 at 7:55 pm

Greg – thanks for the data overview – interesting stuff!

But I must disagree on one of your points. The iPhone is not a competitor to the Treo or the BlackBerry. A Fortune 100 company is not going to replace their BB/Treo devices with the iPhone. Nah.

This is a device for the macheads and for those with disposable cash. I am sure we will see a Lindsay Lohan and Paris Hilton edition within a few months of launch.

**Anonymous says:**
January 10, 2007 at 10:06 pm

iPhone doesn't support HSDPA!

**Hirok says:**
January 17, 2007 at 1:34 am

Well, when I saw the iPhone day before yesterday, I wanted it.
Now that I really get down to think about it seriously, the Nokia N95 looks better.

5MP Camera (I'll never need anothe digital camera)
Quad band
GPS (maps readily available so that you have a travel navigator with you)
4GB miniSD Card
Great N9X music (Who needs an iPod)
Beautiful graphics and video (Who needs a Video iPod)
All the beautiful software support of 3rd party (and there are plenty in that department)
WiFi (VoIP programs available in the phone)
Google Earth (Comes in handy when you get lost)

Geez! Apples a lost cause, man!
Never bought an apple, never will!
I only eat apples! Great for my skin!

**nilam says:**
July 4, 2007 at 4:01 pm

i love the iPhone and i want it but i do not think it will receive the same success as the original ipod did.

Its price is very costly and very few people are willing 2 spend that much for the phone. The cheapest phone there is 50$ and this might be the most expensive phone ever known. The sidekick 3 is just as good and some even say better. The sidekick is a lot of the same things in the phone and its about half the price of the iphone!!!

I dont think the iphone will have a wonderful success...some might like it while others are not. The LG CHOCOLATE is kind of similiar to this iphone and the LG had many problems,people were returning the LG bc it was confusing and very hard to control. I just hope this same thing happens to the iphone itself.

G00D LUCK !!!

( every opinion counts )

---

**Anonymous says:**
January 9, 2007 at 3:04 pm

i don't think those 3 reasons don't matter too much. if you look back at when the iPod first came out there were plenty of naysayers. It too was the most expensive player. It was "locked in" with the Mac. Subscription models for "buying" (aka renting) songs were all the rage. Apple managed to make good deals with the infamous Music Industry, and more recently the Movie Industry. Google and Yahoo are making strides to provide free city-wide wireless through the US (though such a service probably won't be free for roaming devices). That can only be awesome for the iPhone's future.

The number 1 reason why the iPhone won't work for me is because I don't want/need all those features together in one device. I hope Apple continues to develop the video iPod separately.

---

**Josh says:**
January 9, 2007 at 3:19 pm                                                    

I mostly agree with Anonymous there. Though I think the Cingular thing is more of a stumbling block than anything else. Yes, the first iPods were locked to Mac, but Apple didn't sign an exclusive deal with itself and pretty soon iPods were available to PC users. There's no Verizon iPhone on the horizon.

I posted a more detailed rebuttal on my blog ... click my name to read it (this post seems similar to one Allen made on TechCrunch now ;)).

---

**Dan says:**
January 9, 2007 at 3:47 pm                                                    

I do not believe that price is an issue as Apple has been able to charge people way too much for their products and basically get away with it. The fact they they are locked into Cingular is a big issue and you are correct about the plans as well. But as we all know Cingular is on the way out and AT&T is in (weren't they a cell provider player before?) I think their biggest downfall is time to market and think that they are behind the times to join the telecommunications game...

Personally I think their biggest win will be with the Apple TV. But it is not 100% there yet but they are going down the right path going after the streaming market for TV's. As I said before I want an HTPC solution just like my Tivo that doesn't have a monthly fee and has lots of cool features. Although Apple TV is not a HTPC it is going in the correct direction and I look forward to seeing them develop that product.

---

**Michael.NET says:**
January 9, 2007 at 3:50 pm

It's about entering the ultra mobile computing market. Once people use their iPhone for everything from calls to music, to movies, to whatever else can be done on OSX, they'll want to sync up with their other computers...and what better way then with a Mac?

---

**Terry says:**
January 9, 2007 at 4:17 pm                                                    

Reason 1 and 3 are essentially the same...and are quite obvious to ppl...but does US lacks riches? no. It's a HIGH END...think about Nokia 8801 whiched started with $1,000...and guess how rational the price of this is.

Hehe.

---

**AG says:**
January 9, 2007 at 6:40 pm

A lot of people paid a premium for the Moto Razr when it first came out and the iPhone makes it and everything else available today look like a beige PC.

This is going to sell big time.

---

**Charles says:**

Three reasons why the iPhone won't be as mega as we think          http://www.centernetworks.com/three-reasons-why-the-iphone

January 9, 2007 at 7:05 pm

Why wouldn't it be possible to buy an unlocked version of the iPhone in the same way you can buy unlocked versions of any other phone (?).

Sure you pay more for them (full retail), but personally I've only ever purchased unlocked phones which I can take with me to any network.

**centernetworks** says:
January 9, 2007 at 7:52 pm

Sorry Charles but here in the states you are not considered the norm… the average person does not have an unlocked phone.

**Paul Stamatiou** says: 
January 10, 2007 at 1:20 pm

Ignoring the price, the iPhone is perfect for the college student with WiFi access anywhere on campus, forgoing the need for a data plan. However, if I get the iPhone I'm sure I'll be stuck on getting the data plan as well. The thing about most people with Treo's/Blackberry's is that it's paid for by their company so anything goes. Unfortunately I don't think the iPhone is as "business-oriented" as the others and unlikely to become the phone for business people.

**Anonymous** says:
January 10, 2007 at 4:25 am

Unfortunately at my university, St. John's in Queens, NY, you can't gain access to the internet unless authorized. Every student at St. John's is given a laptop which is authorized for internet usage. When I tried to use my own laptop, however, I was unable to connect to the network. I had to take my laptop to the computer center in order to gain access. I wonder how this thing will work with such a closed network.

Also, yes Cingular's data plans suck. They're horribly overpriced. I would pay $20/mo. for unlimited date (web, SMS messaging, instant messenger support, e-mail, etc) but Cingular charges separately for a lot of those things so realistically you can be dropping at least $120/mo for a service that utilizes everything the iPhone offers. I would love it if Cingular reworked its pricing a bit.

**centernetworks** says:
January 10, 2007 at 7:15 am

On a business card, stay at the Ritz.. on your own dime, stay at Motel 6. Same thing here. While my story got buried on Digg, I still believe my reasoning is valid.

Yes, at GT you will get a nice WiFi access, but what about when you travel to Augusta – that trip on 78 won't have WiFi, now we need the data plan at $40 a month? Sheesh!

Go GSU Panthers – sorry had to get it in :)

100 LB   BLUEBIRDOnline.com (888) 477 - 0700   100 LB Style

# VELLTURO
# EXHIBIT 113

Apple News, Tips and Reviews

- Events
- GigaOM.tv
- Research

- Home
- Apple
- Broadband
- Cleantech
- Cloud
- Collaboration
- Mobile
- Video

Apple

Instant search

# Apple Q2 2011: Macs and iPhone Up, Apple 'Also Sold' 4.69 Million iPads

By Charles Jade Apr. 20, 2011, 2:13pm PT 3 Comments



Today, Apple reported earnings for the second fiscal quarter, including revenue of $24.67 billion and a net quarterly profit of $5.99 billion, or $6.40 earnings per share. Revenue nearly *doubled* from a year ago, blowing past Apple's low-ball guidance of $22 billion, as well as Wall Street expectations of $23 billion and change. Although Apple CEO Steve Jobs remains on medical leave, he was rightly feeling pretty good about the numbers in the press release announcing the results:

> With quarterly revenue growth of 83 percent and profit growth of 95 percent, we're firing on all cylinders. We will continue to innovate on all fronts throughout the remainder of the year.

However, there was nothing "magical" about the iPad, and the "also sold" in Apple's press release really tells it all. Whether it's constrained supplies or lack of interest, the number for iPads may result in recalculations of estimates of upward of 30 million iPads for 2011. However, the iPad is only one of four major product segments, and the news is much better for the Mac.



Mac sales increased 28 percent from last year, with 3.76 million sold, sharply contrasting with aggregate PC sales. Both IDC and Gartner have reported single-digit declines for PCs, and arguably those declines are at least partially attributable to the iPad. That cannibalization of traditional computer sales has not impacted the Mac. In fact, we are likely seeing the third-generation of "halo effect," where first the iPod, then the iPhone, and now the iPad increase Mac sales by affection.



As to which Macs are selling, the refreshed MacBook Pros, likely combined with continued strong sales of the MacBook Air, pushed laptop sales to new highs. Apple sold 2.75 million laptops, compared to 1.01 million desktops, with laptops accounting for 73 percent of Mac sales for the quarter. By the end of the calendar year, it's likely three out of four Macs sold will be portables. The inexorable trend towards niche status for desktops continues.



Another inescapable conclusion seems to await the iPod: stagnation. Apple sold 9.01 million iPods in the quarter, compared to 10.89 million last year, down 17 percent. Overall, iPod sales have been down or flat since 2008, as the dedicated media player market reached saturation. However, even as overall sales went flat, the iPod touch continues to see growth. Apple has reported the iPod touch now accounts for about half of iPods sold, which is a big boost for the iOS platform.



Another boost to the iOS platform, the Verizon iPhone helped to propel sales to a new record of 18.65 million sold. That's more than double the number sold for the same period last year, and also beats the previous record set during the holiday quarter of 2010. While we don't know the exact number of Verizon iPhones sold yet, we do know AT&T sold 3.6 million. Expect Verizon iPhone sales to meet or exceed that.



As for the iPad, the best-case scenario is that supply constraints and damage to parts production from the earthquake in Japan impeded Apple's ability to get devices into consumer hands, as Apple sold 4.69 million units for the quarter. That compares poorly to over 7 million units last quarter, which admittedly was the holiday quarter. However, that number barely exceeds the quarter prior to that, which was 4.18 million. Apple will need to do some explaining at the conference call on those iPad numbers.

Hopefully, that will be done by Steve Jobs. It's hard to imagine Steve Jobs not showing up to trash talk the PlayBook at today's conference call. Jobs was absent for the call in January, but made the iPad 2 event in March. Whether or not Steve Jobs is at the today's call, TheAppleBlog will be providing highlights immediately following.

**Related research and analysis from GigaOM Pro:**
Subscriber content. Sign up for a free trial.

- Why Nintendo's 3DS is Doomed
- Connected Consumer Winners and Losers of 2009
- Marketing Handsets in the Superphone Era

If you like this story, please share it

- Tweet   119
- Share   21
- Like   7
- +1   0

Smartphones



- Comments
  3

Displaying 3 of 3 comments.



1.

BLUEBIRDbushe.com (888) 477-0700

# VELLTURO
# EXHIBIT 114

- **Tech Visualizer**

  See the managed print services conversation come to life.

  

- **ZDNet 20th Anniversary Special**

  Happy birthday, ZDNet! Twenty years ago, this site began as a subscription-based digital service...

  

**Hot Topics**

- Tablets
- Apple iPad
- Microsoft Windows Phone 7
- Apple iPhone
- Enterprise 2.0
- Microsoft Office
- Green tech

## Between the Lines

Larry Dignan, Andrew Nusca and Rachel King

- Mobile
- RSS
- Email Alerts

Home / News & Blogs / Between the Lines

# Apple's enterprise Halo: Bausch + Lomb goes iPhone, iPad to Mac pilots

By Larry Dignan | September 2, 2011, 7:31am PDT

Summary: Bausch + Lomb's CIO said usage of the iPhone and iPad has led to Mac pilots throughout his company.

Bausch + Lomb CIO Alan Farnsworth has a simple formula for keeping IT relevant in a big enterprise: Find cool toys and bring them to workers. These days that mission requires a heavy dose of Apple gear.

Bausch + Lomb was one of the corporate world's earliest adopters of the iPad. Just days after the iPad launched, Bausch + Lomb was handing them to sales people in the field to experiment. Next came the apps to highlight new products and demo eye care products. Bausch + Lomb was so early to the game that it has a rolling upgrade cycle today as 1,700 iPads are deployed. The workers closest to the customer get iPad 2 devices as the previous versions are given to other employees downstream. Bausch + Lomb is now running iPad pilots on the manufacturing floor.

Bausch + Lomb's iOS apps are pushed to workers via custom tools built on HTML5 with jQueryMobile.

This corporate example illustrates how Apple products are penetrating the enterprise. First, the iPhone was supported by the IT department—sometimes reluctantly. The iPhone paved the way for execs to quickly give the iPad a spin. Now Macs are entering the fray.

For Farnsworth, the move to more Apple products is part of an overall mission to give workers what they want. Bausch + Lomb rolled out Salesforce.com's Chatter across the company and is looking at Workday to replace its aging PeopleSoft HR system. The aim is to make it easier to get data to the field.

"It's about mobile BI (business intelligence)," he said. "At our company the front line sales people are most important so we want to get them paperless sales training via the iPad as well as demos."

"If you let people communicate at work like they do at home they will be more productive," added Farnsworth. "We had iPhones before iPads and we ramped up with Apple once we started using the iPad. Now we have Mac pilots underway."

Given Bausch + Lomb is increasingly becoming cloud and Web-based the device on the other end can be chosen by the worker. Bausch + Lomb has relatively updated ERP systems that dish out data to the field via Web-based tools.

Farnsworth noted that Bausch + Lomb is also a Dell shop. Workers can choose a Mac or PC based on preference. "some workers try a Mac and have to learn a lot after 20 years on a PC. Some go back to the PC quickly," said Farnsworth. "But graphic intensive areas like engineering are going to Macs more. I expect the incoming generation of workers will want to stay in the Apple world."

Meanwhile, the move to Apple along with Salesforce.com's Chatter has given the IT department an increased profile. "It has helped from an internal marketing standpoint," he said.

Will this consumerization friendly approach lead to more Android in Bausch + Lomb? "We don't have any Android tablets in the company, but we support Android phones in Japan," he said. "Today there just hasn't been the demand for them."

Related:

- United Continental deploys 11,000 iPads under Apple's B2B App Store program
- Apple's B2B App Store: Four reasons why it's a big enterprise deal
- Deep Dive into Apple's New Volume Purchase Program for Businesses
- How to: Procure Apple iPads, tablets in the enterprise
- Apple's corporate iPhone, iPad app strength bad news for rivals
- Running list of iPad corporate and education deployments

Kick off your day with ZDNet's daily e-mail newsletter. It's the freshest tech news and opinion, served hot. Get it.

**More from "Between the Lines"**

AOL terminates TechCrunch founder Mike Arrington; raises questions about strategy
Appirio surveys Dreamforce attendees about mobile, social

**Topics**

Apple iPhone, Apple Macintosh, Apple iPad, Bausch & Lomb Inc., Apple Inc., Worker, Labor Relations, Human Capital Management, Human Resources, Workforce Management, Larry Dignan



Larry Dignan is Editor in Chief of ZDNet and SmartPlanet as well as Editorial Director of ZDNet's sister site TechRepublic.

- Full Bio
- Disclosure
- Contact
- 

**Disclosure**

**Larry Dignan**

Larry Dignan has nothing to disclose. He doesnâ€™t hold investments in the technology companies he covers.

**Biography**

100 LB   BLUEBIRDonline.com (888) 477 - 0700   100 LB Style

# VELLTURO
# EXHIBIT 115

Apple Redefines Remote Control — Now, It's Your Cellphone |       Lab | Wired.com



# GADGET LAB

**HARDWARE THAT ROCKS YOUR WORLD**

PREVIOUS POST                                                    NEXT POST

## Apple Redefines Remote Control — Now, It's Your Cellphone

By Tim Carmody ✉ September 1, 2010 | 5:14 pm | Categories: Home Audio and Video

👍 Like   Send   You like Apple Redefines Remote Control — Now, It's Your Cellphone · Insights · Error

62      0

Tweet   +1

**SUBSCRIBE TO WIRED MAGAZINE**



subscribe to **WIRED**
TABLET ACCESS INCLUDED!

☑ Subscribe to WIRED
☑ Renew
☑ Give a Gift
☑ International Orders

**EDITORIAL TEAM**

**Editor:** Jon Phillips  | E-mail | Twitter
**Staff Writer:** Mike Isaac  | E-mail | Twitter
**Staff Writer:** Charlie Sorrel | E-mail
**Staff Writer:** Christina Bonnington | E-mail | Twitter
**Gadget Lab Intern:** Nathan Hurst | E-mail | Twitter
**Reviews Editor:** Mike Calore | E-mail | Twitter

**Send us a tip**

Apple Redefines Remote Control — Now, It's Your Cellphone |        Lab | Wired.com



Promotional Image from Apple.com.

The App Store has offered a Remote app for iOS devices for a while now, but the new Apple TV might be the best use-case to show what an app-based touchscreen remote can do.



The new Apple TV had two remotes. The first is the minimalist metal slab that will ship with your tiny box. The second is the iOS application that you'll download from the App store.

The first iteration of Apple TV had the same little white infrared remote the company used to ship with laptops. It was great for clicking through a slideshow presentation. It wasn't very good to keep around your living room, unless you stuck it in a bowl with your keys. It wasn't a real remote, and most people hated keeping track of another remote anyway, especially one that got lost at the drop of a hat.

The new remote, released earlier this year, isn't a lot different from that old white remote. It's a nicer device; like everything else Apple makes now besides the new square iPods, it's a long strip of aluminum. It's still got just six buttons: up, down, right, left, play/pause and menu.

Additional coverage of Apple's event on Wired.com:

- Hands-On With New Apple iPods
- Hands-On With New $100 Apple TV
- 5 Reasons Why Apple TV Is (Still) Boring
- Apple Takes Aim at Cable With Tiny New Apple TV
- Sporty New iPods Tout Tiny Touchscreens, Retina Display
- Apple Announces New Versions of iOS
- Can You 'Bip Bop'? Apple Wants to Know
- Live Blog: Apple's iPod, Music Event
- Apple to Live Stream Press Conference — to Apple Customers Only

Apple Redefines Remote Control — Now, It's Your Cellphone |          Lab | Wired.com

But that minimalism seems almost smarter now. Apple
now seems to be figuring out the exact number of hardware buttons it needs on each device. It took
away too much on the iPod Shuffle, so now some buttons are coming back. It wanted to get rid of the
buttons on the Nano, so it changed it to touchscreen.

For the Apple TV, it's keeping the action on the screen, with the software interface. Make that easy to
navigate, give people the exact options they need depending on context, and you don't need dozens of
buttons on the remote/media player/phone.

Maybe you don't even need a remote, though. That's because Apple TV's second remote control is the
Apple-made mobile device that Apple TV customers probably already own.

Seriously — what are the chances of someone buying Apple TV who doesn't have an iPod, iPad or
iPhone?

[Continue reading]

Instead of digging through the couch for your DVD remote, you can pull out your phone from your pocket
and press play. Instead of scrolling endlessly through a Netflix queue, you can search for a movie title
using your iPad.

Apple TV has Netflix search built in. That's a big, keyboard-dependent upgrade for those of us who
stream Netflix through our game consoles. TiVo's got a hardware QWERTY keyboard now. Apple's right
there with a software counterpart, with the iOS onscreen keyboard.

Then there's AirPlay. This is the "ooh, aah" feature of the new Apple TV for folks who already love their
multitouch iThings.

    **How it works:**

    1. Start watching a movie or TV show on your iPhone, iPad or iPod touch.
    2. Tap the AirPlay icon and choose Apple TV.
    3. Whatever you're watching will instantly begin streaming to your widescreen TV.

So you can essentially perform much of your TV- and video-selecting activity on the touchscreen of your
remote. You don't even have to be in the same room as your television set: Just get the movie ready,
walk up or down the stairs, then throw it on the screen of your choice. In theory, you could even carry
the tiny Apple TV + HDMI + power cable around the house with you, too.

Some of these mobile remote features won't be ready until iOS 4.2 ships in November. On its web site,
Apple is advertising the Remote app for iOS right now and says AirPlay is "coming soon," but Wired.com
wasn't able to use either in our hands-on.

Still, these features merely hint at what's possible when your remote is essentially a portable
touchscreen computer. What if you could shake your iPod to shuffle songs playing on your Apple TV?

What if you could get a commentary track to play out of your iPhone's speaker while the main soundtrack
played through your TV's sound system — as if the director were sitting next to you on the couch? What
if your iPad could take screenshots of a movie playing on your TV, which you could mark up and share
with your friends on Twitter or Ping?

In his essay "Gin, Television and Social Surplus" — originally titled "Looking for the Mouse" — NYU
professor Clay Shirky tells an anecdote I really like. His friend's 4-year-old daughter was watching a DVD
when she hopped up and began poking around behind the screen. "I'm looking for the mouse," she said.

Shirky's lesson: Even 4-year-olds know a screen that only displays content to you while you sit passively
waiting for it is a rip-off. "A screen that ships without a mouse," he said, "ships broken."

In 2008, that was profound. Now it almost seems silly. A TV screen, with a mouse? Attached with a
cord? Your screen shouldn't have a mouse. Your mouse — or remote — should have its own screen. A
remote that ships without a screen ships broken. Four-year-olds were so dumb back then.

**See Also:**

## PRODUCT REVIEWS

Samsung Tackles the Tween-book
Rdio's Android Player Gets a Much-Needed Update
Sonic Youth
Massive Selector: SmithsonMartin's 42-Inch
Touchscreen DJ System
The Skinny on Ultrabooks: 4 Super-Portable Laptops
Reviewed

---

**ADVERTISEMENT**

**Introducing Galaxy Nexus**
The first phone with Android 4.0 Ice Cream Sandwich.
Learn More. - google.com/nexus

**Moving to the Cloud**
Get Best Practices with Gartner Research or call (877)
806-2599 - Go.SungardAS.com

**Overstock iPads 2: $43.20**
Today Only: Get 32GB iPads for $43. 1 Per Customer.
Limited Quantities. - www.NoMoreRack.com/iPad

**T-Mobile® Official Site**
Get Our Fastest 4G Smartphones on Our Best Plan
Ever. Shop Today! - T-Mobile.com

Ads by Google

---

**SERVICES**

**Subscription:** Subscribe | Give a Gift | Renew |
International | Questions | Change Address

**Quick Links:** Contact Us | Sign In/Register Sign Out |
Newsletter | RSS Feeds | Tech Jobs | Wired Mobile |
FAQ | Site Map



Apple Redefines Remote Control — Now, It's Your Cellphone |          Lab | Wired.com

- Live Blog: Apple's iPod, Music Event
- Apple Takes Aim at Cable With Tiny New Apple TV
- Hands-On With New $100 Apple TV
- Hands-On With New Apple iPods
- Why iOS Could Make Apple TV Succeed
- Logitech Google TV Box Embarrasses Apple TV
- Boxee Beta, Now On Apple TV

Pages: 1 2 View All



**YOU MIGHT LIKE**

 A Rose by Any Other Name Might Smell as Sweet, But it Would Probably Be Larger

 Feb. 7, 2000: Mafiaboy's Moment

 Tattoos In Flight: The Boldest, Most Bad-Ass Airplane Body Ink

 Best Buy Explains Its Leaked Apple HDTV Survey

 Giant Thermostat Company Sues 'Nest' Creators

Tags: AirPlay, Apple, Apple TV, Clay Shirky, home theater, iOS, iPad, iPhone, ipod, keyboard, mouse, movies, remote, tv
Post Comment | 21 Comments and 66 Reactions | Permalink

              

Condé Nast Web Sites:

Webmonkey   Reddit   Ars Technica   Details   Golf Digest   GQ   New Yorker

Registration on or use of this site constitutes acceptance of our User Agreement and Privacy Policy (Revised 08/01/2011). Wired.com © Condé Nast Digital. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast Digital.

Ad Choices

Apple Redefines Remote Control — Now, It's Your Cellphone | ⌢ ⌢ Lab | Wired.com

100 LB   BLUEBIRDonline.com (888) 477 - 0700 ♻ 100 LB Sylo

# VELLTURO
# EXHIBIT 116

Case 5:12-cv-00630-LHK   Document 14-3   Filed 02/08/12   Page 39 of 93

Apple - iPhone 4S - Stream to yo   DTV with AirPlay.                                    Page 1 of 4

Mac
iPod
iPhone
iPad
iTunes
Support

# iPhone

Features
Built-In Apps
From the App Store
iOS
iCloud
Tech Specs

Buy iPhone



# AirPlay
# Broadcast live
# to your HDTV
# and speakers.

With AirPlay, you can wirelessly stream what's on your iPhone, iPad, or iPod touch to your HDTV and speakers via **Apple TV**. Or mirror your iPad 2 or iPhone 4S screen. That's gonna go over big.

**Give your photos and video the big-screen treatment.**

You have great photos on your iPhone, iPad, or iPod touch and some friends on your couch. Or you're in the middle of an epic action scene that could use a little more screen. Tap the AirPlay icon on your iOS 5 device from a specific app — Photos, Videos, or Safari, for example — and everything streams to your HDTV via your Apple TV.* Connect your device and Apple TV to the same Wi-Fi network, and the AirPlay icon automatically appears.

Case 5:12-cv-00630-LHK   Document 14-3   Filed 02/08/12   Page 40 of 93

Apple - iPhone 4S - Stream to yo   DTV with AirPlay.        Page 2 of 4



**With mirroring, what you see is what you show.**

AirPlay Mirroring lets you share exactly what's on your iPad 2 or iPhone 4S with everyone in the room. Stream web pages, spreadsheets, lessons, games, photos, videos, and more to your HDTV via Apple TV. Just double-click the Home button, swipe all the way to the right, and select AirPlay Mirroring. Zoom in and out and pause for applause. Rotate from portrait to landscape and your audience sees that, too. AirPlay does it all wirelessly, so you can work the room or sit comfortably among the crowd. If you see it, so can they.

Case 5:12-cv-00630-LHK   Document 14-3   Filed 02/08/12   Page 41 of 93

Apple - iPhone 4S - Stream to your TV with AirPlay.                                    Page 3 of 4



**DJ wirelessly.**

AirPlay isn't just for photos, movies, and apps. It's for your music, too. A song, an album, a favorite playlist — if it's on your iPhone, iPad, or iPod touch, you can stream it to your home entertainment speakers via Apple TV. Because rocking out is always more fun in surround sound.







Case 5:12-cv-00630-LHK   Document 14-3   Filed 02/08/12   Page 42 of 93

Apple - iPhone 4S - Stream to yo    DTV with AirPlay.                                    Page 4 of 4

**Party central with AirPort Express.**

With AirPort Express, you can stream directly to your home speakers. Your iOS device automatically detects your speakers. Just tap the ones you want to stream to and enjoy your entire iTunes library — every song and every playlist — in any room and at any time.

And AirPlay technology is built into speakers, receivers, and stereo systems from manufacturers like Denon, Marantz, B&W, JBL, and iHome. Simply connect to your home network, and you'll be streaming tunes throughout your room — or entire house — instantly.



**iPhone 4** ⑤

On AT&T, Sprint, and Verizon.

Starting at $199*

*Qualified customers only.

*AirPlay is compatible only with the second-generation Apple TV.



**Shop online.**
Order your iPhone online and get it delivered to your door. It ships free and ready to use.
Buy online now. »

**Visit a store.**
Buy iPhone at the Apple Retail Store and we'll activate it and set it up just the way you want.
Find a store. ›



**Call Apple.**
Get answers before you buy. Call 1-800-MY-APPLE to talk with a knowledgeable Specialist.



**Apple Store app.**
It's the easiest way to buy iPhone 4S — right from your current iPhone.
Download now ›

*Cars 2* will be available on iTunes beginning November 1, 2011. *Cars 2* © Disney/Pixar.

 iPhone    Features    AirPlay

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.

Apple Info │ Site Map │ Hot News │ RSS Feeds │ Contact Us

Copyright © 2012 Apple Inc. All rights reserved.

Terms of Use │ Privacy Policy

100 LB   BLUEBIRDonline.com (888) 477 - 0700   100 LB Style

# VELLTURO
# EXHIBIT 117

keyword, company, ticker

Saturday December 17, 2011

Get our new FREE iPad app now

# The 50 Most Innovative Companies 2010

Before the world shuddered two years ago, U.S. companies dominated our Most Innovative Companies ranking, easily outnumbering corporations based outside of America. But now that the global economy seems to be growing again, senior executives surveyed by the Boston Consulting

Special Report: The 50 Most Innovative Companies 2010
Story: 50 Most Innovative Companies
Story: What Executives Make of Innovation
Slide Show: Cutting Edge Companies

... more

☑ 2010 Rank    ☑ 2009 Rank    ☑ Company    ☑ HQ Country
☑ HQ Continent    ☑ Stock Returns    ☑ Revenue Growth    ☑ Margin Growth

| 2010 Rank | 2009 Rank | Company | HQ Country | HQ Continent | Stock Returns 2006-09 * (in %) | Revenue Growth 2006-09 ** (in %) | Margin Growth 2006-09 *** (in %) |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Apple | U.S. | North America | 35 | 30 | 29 |
| 2 | 2 | Google | U.S | North America | 10 | 31 | 2 |
| 3 | 4 | Microsoft | U.S. | North America | 3 | 10 | -4 |
| 4 | 6 | IBM | U.S | North America | 12 | 2 | 11 |
| 5 | 3 | Toyota Motor | Japan | Asia | -20 | -11 | NA |
| 6 | 11 | Amazon.com | U.S. | North America | 51 | 29 | 6 |
| 7 | 27 | LG Electronics | South Korea | Asia | 31 | 16 | 707 |
| 8 | NR | BYD | China | Asia | 99 | 42 | -1 |
| 9 | 17 | General Electric | U.S. | North America | -22 | -1 | -25 |
| 10 | 14 | Sony | Japan | Asia | -19 | -5 | NA |
| 11 | 16 | Samsung Electronics | South Korea | Asia | 10 | 17 | -9 |
| 12 | 33 | Intel | U.S. | North America | 3 | 0 | 12 |
| 13 | 31 | Ford Motor | U.S. | North America | 10 | -12 | NA |
| 14 | 8 | Research In Motion | Canada | North America | 17 | 75 | -6 |
| 15 | 18 | Volkswagen | Germany | Europe | 8 | 0 | 14 |
| 16 | 7 | Hewlett-Packard | U.S. | North America | 9 | 8 | 9 |
| 17 | 13 | Tata Group | India | Asia | Private | Private | Private |
| 18 | 20 | BMW | Germany | Europe | -8 | 0 | NA |
| 19 | 24 | Coca-Cola | U.S. | North America | 9 | 9 | 1 |
| 20 | 5 | Nintendo | Japan | Asia | -8 | 22 | 3 |
| 21 | 10 | Wal-Mart Stores | U.S. | North America | 7 | 6 | -1 |
| 22 | NR | Hyundai Motor | South Korea | Asia | 23 | 12 | 17 |
| 23 | 9 | Nokia | Finland | Europe | -14 | 0 | -37 |
| 24 | 34 | Virgin Group | Britain | Europe | Private | Private | Private |
| 25 | 12 | Procter & Gamble | U.S. | North America | 1 | 5 | 2 |

◄◄ ◄ Page   1 of 1   ► ►◄ ⟳                                     Displaying 1 - 50 of 50

FOOTNOTES
Data: Analysis and data provided in collaboration with the Boston Consulting Group's innovation practice and BCG-ValueScience. Reuters and Standard & Poor's Compustat supplied financial data, Bloomberg provided total shareholder returns
* Stock returns are annualized, Dec. 31, 2006, to Dec. 31, 2009, and account for price appreciation and dividends.
** Revenue and operating margin growth are annualized based on 2006-2009 fiscal years. Margin growth is earnings before interest and taxes as a percentage of revenues. Where possible, quarterly and semiannual data are used to bring performance for pre-June yearends closer to December 2009. Financial figures are calculated in local currency.
*** Calculating three-year compound annual growth rates for operating margins is not possible when the starting or end figure is negative.
NR  Not ranked in 2009 survey

About | Advertising | Custom Publishing | EDGE Programs | Reports | Terms of Use | Disclaimer | Privacy Notice | Ethics Code | Contact Us | Site Map
©2011 BLOOMBERG L.P. ALL RIGHTS RESERVED.   MADE IN NYC

100 LB  BLUEBIRDonline.com (888) 477 - 0700  100 LB Style

# VELLTURO
# EXHIBIT 118

**Deutsche Banc Alex. Brown**

US
PC & Enterprise Hardware

**Deutsche Bank** 

November 6, 2001

# Apple Computer Inc.

## Initiated Coverage With A Market Perform Rating

Rating Initiated
**Market Perform**

Price (11/5/01)
**US$19.07**

Target Price
**US$18.00**

Exchange: Ticker
**NASDAQ: AAPL**

| FY: (Sep.) | 1Q | 2Q | 3Q | 4Q | FY EPS | CY EPS | CY P/E | Rev MM |
|---|---|---|---|---|---|---|---|---|
| EPS (US$): | | | | | | | | |
| 2000A | $0.50 | $0.44 | $0.45 | $0.30 | $1.69 | $0.46 | 41.5x | $7,983.0 |
| 2001A | (0.73) | 0.11 | 0.17 | 0.18 | (0.23A) | 0.56 | 34.1 | 5,363.0 |
| 2002E | 0.10 | 0.06 | 0.09 | 0.15 | 0.40 | 0.45 | 42.4 | 5,635.6 |

*Source: Deutsche Banc Alex. Brown estimates and company information*

| | | | |
|---|---|---|---|
| 52-Week Range: | $27-$14 | ROE: | 6.7% |
| Shares Outstanding: (MM) | 356.5 | LT Debt: (MM) | $317 |
| Market Cap: (MM) | $6,798.5 | LT Debt/Total Cap: | 7.5% |
| Float: (MM) | 350.7 | Div./Yield: | NA |
| Avg. Daily Volume: | 5,866,910 | 3- to 5-Year Growth Rate: | 10% |
| S&P 500: | 1102.84 | CY02E P/E-to-Growth: | 4.2x |

We have initiated coverage of Apple Computer with a Market Perform rating and 12-month price target of $18 per share. Apple is a leading manufacturer of desktop and notebook computers based on the proprietary Macintosh operating system.

- For some time, Apple has been on the losing end of a global migration to the Wintel computing platform, capturing just 3% of worldwide PC shipments in the latest quarter versus 8% five years ago.

- All the while, Apple has retained its panache for developing innovative and "cool" products, and the company is now in the early stages of a strong product cycle.

- Financially, Apple's "we make the whole widget" model affords structurally higher gross margins, which, coupled with the company's excellent working capital management, can lead to superior cash flow and ROIC in an accelerating sales environment.

- Apple's fundamental challenge remains growing its user base and expanding its growth opportunity beyond the traditional desktop/notebook market. We believe this will remain an uphill battle, particularly with the recent launch of Windows XP, although Apple has the law of small numbers on its side.

- Apple has a strong balance sheet with over $11 per share in net cash, an excellent management team, one of the world's most powerful brands, and an extremely loyal customer base.

- Our Market Perform rating is based on positioning and valuation, with the stock currently trading at 16x our F2002 EBITDA estimate and 12x our F2003 EBITDA estimate. Our 12-month price target of $18 is based on a 10x F2003 EBITDA multiple.

Conan J. Laughlin
(+1) 617 217 6258
conan.laughlin@db.com

George D. Elling, CFA
(+1) 212 469 8620
george.elling@db.com

Steven B. Grossblatt
(+1) 212 469 8665
steven.b.grossblatt@db.com

# Summary and Investment Conclusion

We have initiated coverage of Apple Computer with a Market Perform investment rating and 12-month price target of $18 per share.

For some time, Apple has been on the losing end of a global migration to the Wintel personal computing platform. Apple's worldwide market share dropped from 8% to 3% over the last five years, with 20% fewer unit shipments in 2000 than 1995, despite 17% compound annual industry growth. All the while, Apple has retained its panache for developing innovative and "cool" products. Additionally, the company is now in the early stages of a strong product cycle led by a totally redesigned Mac operating system, a new line of notebooks and what we think could be a solid pipeline of new products in 2002.

Financially, Apple's "we make the whole widget" model and differentiated hardware/software product offering affords structurally higher gross margins, which, coupled with the company's excellent working capital management, can lead to superior cash flow and ROIC in an accelerating sales environment. Apple has a war chest of cash, an excellent management team, and one of the world's strongest brands. Operationally, however, Apple remains somewhat burdened by its indirect distribution model, and it will be several quarters before proof of concept is achieved (or not) on Apple's new retail store strategy.

Apple's fundamental challenge remains growing its user base. In a Wintel dominated world, we believe that will continue to be an uphill battle, particularly in the near term with Microsoft's aggressive launch of Windows XP. The good news is that Apple can still grow if the industry doesn't based on converting Wintel users, and the company has the law of small numbers on its side in terms of market share and expectations. In addition, we believe Apple is the only PC company capable of driving demand with product design and innovation, and the company's vision of the PC as a hub for the digital lifestyle makes strategic sense in our view. To drive higher conversion rates, Apple has to overcome issues related to compatibility and application availability, and misperceptions about system performance due to slower processor speeds.

From a revenue and EPS standpoint, Apple remains highly leveraged to the U.S. consumer market, and based on the current weak demand environment and uncertainty about the impact of the recent Windows XP launch, visibility remains somewhat low on our below-consensus F2002 EPS estimate of $0.40. Our F2003 EPS estimate is $0.50. Our Market Perform rating is based on positioning and valuation, with the stock currently trading at 16x our F2002 EBITDA estimate and 12x our F2003 EBITDA estimate. Our 12-month price target of $18 is based on a 10x F2003 EBITDA multiple.

November 6, 2001     **Deutsche Banc Alex. Brown**                                    **Deutsche Bank** [Z]

# Business Snapshot

Apple Computer is a leading manufacturer of personal computers with an approximate 3% worldwide market share. Apple computers run on the company's proprietary Macintosh operating system, employing PowerPC RISC-based microprocessors. The company's systems are sold primarily to education, creative, consumer, and business customers, with roughly 60% of sales in the Americas, 20% in Europe and 20% in Asia Pacific and Japan.

**Figure 1: Snapshot Revenue Analysis, F2000-F2003E (FY ends September)**

| ($ Millions) | F2000 | F2001 | F2002E | F2003E | Three-Year CAGR |
|---|---|---|---|---|---|
| **Total Revenues** | **$7,983** | **$5,363** | **$5,636** | **$6,053** | **-9%** |
| iMac | 2,381 | 1,117 | 1,128 | 1,193 | -20% |
| iBook | 809 | 809 | 1,274 | 1,440 | +21% |
| Power Mac G3/G4 | 2,563 | 1,617 | 1,631 | 1,743 | -12% |
| Power Mac G4 Cube | 165 | 47 | – | – | NA |
| PowerBook | 948 | 813 | 481 | 500 | -19% |
| Software, Services & Other | 1,117 | 960 | 1,122 | 1,178 | +2% |
| **% Total** | | | | | |
| iMac | 30% | 21% | 20% | 20% | NA |
| iBook | 10% | 15% | 23% | 24% | NA |
| Power Mac G3/G4 | 32% | 30% | 29% | 29% | NA |
| Power Mac G4 Cube | 2% | 1% | – | – | NA |
| PowerBook | 12% | 15% | 9% | 8% | NA |
| Software, Services & Other | 14% | 18% | 20% | 19% | NA |

*Source: Deutsche Banc Alex. Brown Research*

| **Figure 2: Customer Mix** | **Figure 3: Geographic Mix** |
|---|---|





*Source: IDC and Deutsche Banc Alex. Brown Research*     *Source: Deutsche Banc Alex. Brown Research*

# Key Investment Positives

## Strong Product Cycle

In an industry that has become increasingly commoditized, Apple still stands above the crowd with its fantastic product design and killer software applications. Unlike Wintel PC vendors who design and manufacture hardware and integrate third party software, Apple makes "the whole widget", both hardware and software. On both fronts, Apple has made major progress refreshing its products over the last several months, and the company is now in the early stages of what we think can be a significant product cycle.

### Hardware, Driven by Strong Notebook Lineup

On the hardware front, Apple's recently refreshed notebook lineup should be the key near-term growth driver. The Titanium PowerBook G4 (launched in January 2001), and the new iBook (launched in May 2001) should significantly improve Apple's competitive positioning in the notebook/sub-notebook market, the fastest growing segment of the PC market. Notebooks accounted for 32% of Apple's sales in the September quarter, down from 35% in the June quarter. The successful notebook launches come on the heels of two significant hardware blunders: (1) the G4 Cube, and (2) the absence of CD-RW drives (to burn music) in any Mac system until January 2001. While the bad taste from the failed Cube product may linger (production has ceased), Apple has come back strong on the CD-RW/music front with the launch of iTunes (see below).  The company even took it a step further with the launch of SuperDrive and iDVD to read and write DVDs to play in consumer DVD players. More recently, at MacWorld New York (July 18), Apple introduced a new line-up of PowerMac G4s (32% of September quarter sales) and iMacs (19% of sales), both of which now include either a CD-RW drive or a SuperDrive. We would expect to see additional product introductions over the next 12-24 months, including a possible redesign of the highly successful, but plateauing, iMac product line.

### Software, Driven by OS and Apps

Apple has considerable momentum behind its software business, on both the operating system and applications fronts. Mac OS X, Apple's completely redesigned operating system, became generally available in shrink-wrap/download format in March of this year. On May 21ˢᵗ, Apple began shipping hardware with OS X pre-installed alongside OS 9.1, two months ahead of schedule. The company also announced the release of Mac OS X version 10.1 at MacWorld in July. Launched in September 2001, the updated OS provides users with increased performance and functionality. We believe the OS has the potential to become a significant driver of product upgrades and company growth over the next two to three years. Already, more than 400 developers have committed to deliver over 1,200 applications built for the OS. Currently, the Mac installed base is roughly 25 million, with roughly 14 million Mac OS X ready machines.

On the applications front, Apple has followed its highly successful iMovie film editing software with iTunes and iDVD. With iTunes, Apple facilitates the indexing of MP3 files and the "burning" of CDs. To date, more than 750K copies have been downloaded from the Apple Website (the application debuted in January). For video enthusiasts (both high-end consumers and businesses), Apple has introduced iDVD and DVD Studio Pro, two applications which complement the SuperDrive and enable the creation and authoring of superior-quality DVDs. iMovie and iTunes are available as free downloads (iMovie now comes pre-installed on all new iMacs, iBooks, PowerBooks and PowerMac G4s) and iDVD comes pre-installed in PowerMac G4s with the SuperDrive. Recently, Apple introduced upgrades to iTunes, iMovie and iDVD, making them all available on Mac OS X, while also adding enhancements to each. iMovie 2 and iDVD 2 are available today, while iTunes 2 should be available in November.

## Unique Growth Opportunity

We believe Apple's growth opportunity is unique among PC makers because it is largely based on converting existing Wintel users as opposed to capturing new market growth. According to the company, roughly 15% of iMac purchasers in the U.S. have been Wintel switchers. We believe the major barrier to adoption remains almost entirely a perception issue — that Macs are incompatible with, or inferior to, Wintel PCs in terms of file sharing capabilities (Word, Excel, etc.), processor speed, and application availability. Apple has been so aggressive pushing its "Think Different" campaign, it's conceivable that prospective customers assume "different" means "incompatible", which is not the case. At the margin, we believe Mac OS X should help conversion rates in the commercial market based on its UNIX framework. With over 1,000 applications currently available for Mac OS X, customers should have an abundance of competitive and comprehensive product offerings to choose from. In addition, OS X offers a more stable operating environment than previous Mac platforms, and enables interoperability with other UNIX-based systems, such as Sun's Solaris OS.

## Large and Loyal Customer Base

According to Apple, there are 25 million Mac users worldwide. Roughly 14 million machines are "current", running G3 (or G4) processors. We believe this represents a fairly sizable base to generate replacement sales, catalyzed by Mac OS X and the growing availability of applications for that operating system. Assuming a four-year upgrade cycle for the current installed base, and no attrition, implies 3.5 million upgrade units per year. Assuming a five-year upgrade cycle implies 2.8 million annual upgrades. Comparatively, Apple shipped 3.8 million units in calendar 2000, with a current run-rate of 3.4 million units based on annualized September-quarter sales.

## The Law of Small Numbers

Importantly, the law of small numbers is on Apple's side. We believe PC industry shipments bottomed in 2Q/3Q 2001, though Apple shipments appear to have bottomed in C4Q00, thanks to the current product cycle. We believe

our calendar 2001 estimate of 3.3 million units (-15% y/y) could represent "trough" shipment levels for Apple over the next several years, based on conservative upgrade/attrition assumptions, paving the road for relatively easy growth comparisons in calendar 2002 and beyond.

**Figure 4: Apple Quarterly Unit Shipments & WW Market Share**



Source: Apple, IDC and Deutsche Banc Alex. Brown Research estimates

## Design and Innovation

We believe Apple is the one PC company that is truly innovating traditional desktop, notebook and other digital media form factors to drive demand. The company will continue to launch new products, some hits, and some misses, but at the margin, this is one of the major reasons to own the stock longer term. The fact that Apple's killer software applications run exclusively on the Mac platform only serves to strengthen the hardware value proposition. We believe this is a critical competitive advantage for Apple, as the rest of PC industry becomes increasingly commoditized.



# Key Investment Risks

## Declining Market Share

Apple has been losing share across each of its major customer and product segments for some time. Apple has experienced major share declines in the education market, historically a "bread-and-butter" market for the company. In the US, Apple's education share has been cut in half over the last five years, dropping from 46% in 1995 to 23% in 2000. In the consumer segment (approximately 40% of sales), Apple's worldwide share dropped to 3% in 2000 from 8% in 1995. Apple's share of the small/medium business (SMB) segment declined to less than 2% in 2000 from 6% in 1995. Encouragingly, however, all three segments showed modest market share growth in 1H01. Apple's share of the notebook market got a significant boost from the recent new product launches, reaching nearly 4% in 2Q01 versus approximately 3% in 2000. Apple's share of the desktop market is currently approximately 3%, more or less where it has been since 1997.



| Figure 5: **Education Market Share Analysis** |
|---|



*Source: IDC and Deutsche Banc Alex. Brown Research*

| Figure 6: **Consumer Market Share Analysis** |
|---|



*Source: IDC and Deutsche Banc Alex. Brown Research*

| Figure 7: **Desktop Market Share Analysis** |
|---|



*Source: IDC and Deutsche Banc Alex. Brown Research*

| Figure 8: **Notebook Market Share Analysis** |
|---|



*Source: IDC and Deutsche Banc Alex. Brown Research*

## Microsoft

Microsoft and Apple have been friends and rivals since the early 1980s, a relationship on which we provide some additional perspectives on page 13 of this report. Apple currently relies on Microsoft for the development of Office applications for the Macintosh platform, as part of a five-year deal signed in August 1997. Under the terms, Microsoft will make future versions of Office and Internet Explorer for the Mac OS, and Apple will bundle Internet Explorer with the Mac OS, making it the default Web browser. In addition, Microsoft purchased 150,000 shares of Apple Series 'A' non-voting convertible preferred stock for $150 million, which converted into 18.2 million shares of Apple common stock at $16.50 per share. We believe Office is the key third party application for the Mac platform, so an extension of the current agreement in some form or another is a critical success factor for Apple in our view. Office for Mac OS X is scheduled for release on November 19th, with a retail price of $459.95.

Just as the release of Office for Mac OS X will be a positive for Apple, we believe the recent launch of Windows XP could be a negative. The value proposition of XP for consumers, beyond greater stability, is a simpler graphical user interface and integrated applications for burning CDs (Windows Media Player), editing movies (Windows Movie Maker) and organizing digital photos (My Pictures). These are all major selling points of the Mac OS X, so essentially Microsoft has once again narrowed the ease-of-use, utility, and performance advantages of the Macintosh platform and its integrated application stack revolving around the digital lifestyle.

## The "Megahertz Gap"

Apple still has to deal with the "megahertz gap", the perception that Macs are slower than Wintel PCs because of their slower clock cycles. Apple's high-end single processor G4 products run at clock speeds up to 867 MHz versus Intel's P4 processor, which currently runs at speeds up to 1.8 GHz. To the knowledgeable buyer, however, comparing clock speeds between the PowerPC processor and the Pentium processor is comparing apples and oranges. What matters is the number of clock cycles required to carry out every instruction, as well as things like the bus width (which controls how quickly data and instructions move in and out of the microprocessor), system memory and number of pipeline stages (which can be thought of as the distance traveled before an instruction set is read). The bottom line is that we think the overall price/performance ratio for Macs is highly competitive versus Wintel systems.

## Narrow Business Model

Whereas other major PC makers are shifting their business models aggressively toward the Wintel server and storage markets, Apple remains almost entirely a PC company, generating roughly 99% of hardware revenues from desktops and notebooks. Mac OS X, with its UNIX framework, may provide a better entrée for Apple into the server market with its enterprise customers, but it will likely be several years before that becomes a viable growth extension of Apple's core business model. The recently launched iPod

digital music player jives with Apple's digital hub strategy, but is not likely to have a material positive impact on Apple's P&L.

## Distribution

Apple has a multi-pronged distribution strategy, with roughly 40% of consolidated revenue from direct sales and 60% from indirect sales. The company's online store (The Apple Store) includes hardware, software (both Apple and third party) and accessories, and primarily targets consumers, professionals, resellers, and educational institutions. Online sales have accounted for an increasing percentage of Apple's overall business, reaching 43% of sales in the most recent (Sept. 2001) quarter, up from 26% of sales in the Sept. 2000 quarter. On the indirect front, Apple has numerous channel partners, including cataloguers, national retailers, specialists, and value-added resellers. Apple utilizes a store-within-a-store model at Comp USA where the company recently began placing Apple employees in Comp USA stores, resulting in significantly improved CPU sales per store. Despite a solid direct business, Apple remains at the mercy of channel inventory management because of its roots as an indirect vendor. Exiting the most recent quarter (Sept. 2001) Apple estimated that roughly four weeks of December quarter demand was in the channel, within management's comfort zone.

Deutsche Bank ☒        Deutsche Banc Alex. Brown                              November 6, 2001

# Valuation

## Apple Shares Have Significantly Outperformed YTD

Year-to-date, Apple shares are up 28% versus a 16.5% decline in the S&P 500 and a 27.4% decline in the NASDAQ composite. In the PC space, only Dell (+45% YTD) has outperformed Apple, with Gateway down 60% and Compaq down 40%.

| Figure 9: Five-Year Stock Price Performance vs. S&P 500, 1996-2000 | | | | | | |
|---|---|---|---|---|---|---|
| | **1996** | **1997** | **1998** | **1999** | **2000** | **2001YTD** |
| Apple | -34.5% | -37.1% | 211.9% | 151.1% | -71.1% | 28.2% |
| Compaq | 54.9% | 89.9% | 48.7% | -35.6% | -44.4% | -40.3% |
| Dell | 206.9% | 216.2% | 248.5% | 39.4% | -65.8% | 45.1% |
| Gateway | 118.6% | 22.3% | 56.3% | 181.6% | -75.0% | -60.0% |
| **Average** | **86.5%** | **72.8%** | **141.3%** | **84.1%** | **-64.1%** | **-6.8%** |
| S&P 500 | 20.3% | 31.0% | 26.7% | 19.5% | -10.1% | -16.5% |
| Source: FactSet and Deutsche Banc Alex. Brown Research | | | | | | |

## P/E Valuations Inflated By Depressed EPS

Apple shares currently trade at 48x our F2002 (September) EPS estimate of $0.40 and 38x our F2003 EPS estimate of $0.50. Substantially all of Apple's EPS today is generated by interest income on the company's $4.3 billion cash position, as operating income is depressed by the current demand environment. Over the last five years, Apple shares have traded at an average forward P/E multiple of 21x, with a high of 55x and low of 6x.

| Figure 10: Forward P/E Analysis, 1996-Present | | | | | | |
|---|---|---|---|---|---|---|
| (Prices as of 11/5) | **2002E** | **2003E** | **High** | **Low** | **Mean** | **Median** |
| Apple | 47.7x | 38.1x | 54.5x | 5.6x | 20.7x | 12.9x |
| Compaq | NA | 36.0 | 87.5 | 7.4 | 37.3 | 29.0 |
| Dell | 36.1 | 31.6 | 73.4 | 6.2 | 35.3 | 40.1 |
| Gateway | NA | 28.8 | 61.1 | 7.6 | 22.3 | 18.0 |
| **Total/Average** | **41.9x** | **33.6x** | **69.1x** | **6.7x** | **28.9x** | **25.0x** |
| Source: Company Documents, FactSet and Deutsche Banc Alex. Brown Research Estimates | | | | | | |
| Note: Apple data based on September FY; Dell data based on January FY | | | | | | |

## EV/EBITDA and EV/Sales Provide Better Baseline Metrics

Despite depressed EPS levels, our universe of PC stocks still generates substantial EBITDA, which in the current environment may provide a better baseline valuation metric for selected companies, in particular Apple, which generates substantially all of its EPS from interest income on its cash balance. We define enterprise value (EV) as market value of equity, plus debt, minus cash. On an EV/EBITDA basis, Apple currently trades at 16.0x our F2002 (September 2002) EBITDA estimate of $174 million, and 12.1x our F2003 (September 2003) EBITDA estimate of $230 million. Over the past five years,



Apple shares have traded in an EV/EBITDA range of 24x to 3x, with a mean of 10.2x and a median of 6.9x, according to our estimates. Applying a 10x multiple on our F2003 EBITDA estimate, we arrive at our 12-month price target of $18 per share.

**Figure 11: Forward EV/EBITDA Analysis, 1996-Present**

| (Prices as of 11/5) | 2002E | 2003E | High | Low | Mean | Median |
|---|---|---|---|---|---|---|
| Apple | 16.0x | 12.1x | 24.2x | 2.6x | 10.2x | 6.9x |
| Compaq | 8.4 | 5.9 | 32.5 | 4.0 | 15.0 | 12.9 |
| Dell | 24.5 | 21.5 | 51.8 | 4.0 | 25.5 | 26.9 |
| Gateway | 10.0 | 5.2 | 41.8 | 4.8 | 13.0 | 10.3 |
| **Total/Average** | **14.7x** | **11.2x** | **37.6x** | **3.8x** | **15.9x** | **14.2x** |

Source: Company Documents, FactSet and Deutsche Banc Alex. Brown Research Estimates
Note: Apple data based on September FY; Dell data based on January FY

**Figure 12: Forward EV/Sales Analysis, 1996-Present**

| (Prices as of 11/5) | 2002E | 2003E | High | Low | Mean | Median |
|---|---|---|---|---|---|---|
| Apple | 0.49x | 0.46x | 3.49x | 0.20x | 0.83x | 0.59x |
| Compaq | 0.44x | 0.42x | 1.92 | 0.41 | 1.01 | 0.97 |
| Dell | 2.09x | 1.97x | 5.36 | 0.43 | 2.49 | 2.27 |
| Gateway | 0.29x | 0.28x | 2.34 | 0.19 | 0.95 | 0.82 |
| **Total/Average** | **0.83x** | **0.78x** | **3.28x** | **0.31x** | **1.32x** | **1.16x** |

Source: Company Documents, FactSet and Deutsche Banc Alex. Brown Research Estimates
Note: Apple data based on September FY; Dell data based on January FY

## DCF Analysis Supports $18 12-Month Price Target

Our DCF analysis assumes 5% revenue growth, 28.5% gross margins and 3% expense growth between F2003–F2007. We assume a weighted average cost of capital (discount rate) range of 15%–20% and terminal EBITDA multiple of 8.5x, to arrive at an implied 2002 fair value of approximately $18 per share.

**Figure 13: Apple Five-Year DCF Analysis**

| | F2002E | F2003E | F2004E | F2005E | F2006E | F2007E |
|---|---|---|---|---|---|---|
| Net Income | 142.9 | 182.2 | 225.2 | 257.5 | 291.9 | 328.7 |
| D&A | 130.0 | 135.0 | 145.0 | 155.0 | 165.0 | 175.0 |
| Working Capital | (39.9) | (13.6) | (35.0) | (35.0) | (35.0) | (35.0) |
| Capital Expenditures | (120.0) | (130.0) | (135.0) | (140.0) | (145.0) | (150.0) |
| **Free Cash Flow (FCF)** | **$113.0** | **$173.6** | **$200.2** | **$237.5** | **$276.9** | **$318.7** |
| Y/Y Growth % | +13% | +54% | +15% | +19% | +17% | +15% |
| **Discount Rate** | **15%** | **16%** | **17%** | **18%** | **19%** | **20%** |
| Sum of Discounted FCF | 888.2 | 868.2 | 849.0 | 830.5 | 812.7 | 795.7 |
| Terminal EBITDA Multiple | 8.5x | 8.5x | 8.5x | 8.5x | 8.5x | 8.5x |
| Terminal EBITDA Value | 3,884.0 | 3,884.0 | 3,884.0 | 3,884.0 | 3,884.0 | 3,884.0 |
| PV of Terminal Value (TV) | 1,931.0 | 1,849.2 | 1,771.5 | 1,697.7 | 1,627.6 | 1,560.9 |
| Sum of Discounted FCF & TV | 2,819.2 | 2,717.4 | 2,620.5 | 2,528.2 | 2,440.3 | 2,356.6 |
| Less Total Net Debt (9/02E) | (4,132.0) | (4,132.0) | (4,132.0) | (4,132.0) | (4,132.0) | (4,132.0) |
| Implied PV of Equity | 6,951.2 | 6,849.4 | 6,752.5 | 6,660.2 | 6,572.3 | 6,488.5 |
| Shares Outstanding (9/02E) | 362.5 | 362.5 | 362.5 | 362.5 | 362.5 | 362.5 |
| **Implied PV/Share (9/02E)** | **$19.18** | **$18.89** | **$18.63** | **$18.37** | **18.13** | **17.90** |

Source: Deutsche Banc Alex. Brown Research estimates

# Financials

## Attractive Financial Model

Financially, Apple's "we make the whole widget" model affords structurally higher gross margins as a result of higher AUPs and the fact that Apple does not pay an operating system royalty (other OEMs account for this expense in COGS). In addition, Apple should continue to benefit from a higher mix of beyond-the-box (BTB) revenues, which have grown from 13% of sales to 18% in F2001. Apple's current BTB offerings include Airport (the company's wireless LAN solution), Earthlink, financing, iService, keyboards/mice, monitors, OS upgrades, QuickTime, software applications, and third party products. Apple is also benefiting from growth in online sales, which represented 43% of sales in the September 2001 quarter versus 26% in the September 2000 quarter.

**Figure 14: Comparative Margin Analysis, F1999-F2002E**

|  | Gross Margin | | | | Operating Margin | | | | Net Margin | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | F1999 | F2000 | F2001E | F2002E | F1999 | F2000 | F2001E | F2002E | F1999 | F2000 | F2001E | F2002E |
| Apple | 27.6% | 27.1% | 23.0% | 28.4% | 6.3% | 7.8% | -6.2% | 0.8% | 6.8% | 7.6% | -1.5% | 2.5% |
| Compaq | 22.7% | 23.6% | 21.1% | 20.3% | 1.9% | 6.0% | 0.7% | 0.7% | 1.2% | 3.9% | 0.2% | 0.0% |
| Dell | 20.6% | 20.2% | 17.6% | 17.5% | 9.7% | 8.7% | 7.3% | 7.3% | 7.4% | 7.2% | 5.7% | 5.7% |
| Gateway | 20.5% | 22.0% | 18.0% | 18.5% | 6.6% | 6.3% | -2.7% | -0.8% | 4.8% | 4.4% | -1.3% | 0.0% |
| Average (ex. Apple) | 21.3% | 21.9% | 18.9% | 18.8% | 6.1% | 7.0% | 1.8% | 2.4% | 4.5% | 5.2% | 1.5% | 1.9% |

*Source: Deutsche Banc Alex. Brown estimates and company information; Note: Dell data corresponds to F2000-F2003E*

## Strong Balance Sheet

Apple's balance sheet remains strong, with $12 per share in cash ($11 per share net of debt), one day of inventory, 29 days of receivables, and $11 per share in book value. Apple's negative 43-day cash conversion cycle is the industry's best. Cash flow generation will hinge on profitability levels, with capital expenditures estimated to match D&A expense of approximately $115–$120 million annually.

**Figure 15: Comparative Balance Sheet Analysis**

|  | Cash Per Share | | Inventory Turns | | Five-Year Avg. |
|---|---|---|---|---|---|
|  | F1999 | F2000 | F1999 | F2000 | ROIC |
| Apple | $9.12 | $11.13 | 190.4 | 170.1 | 166.7% |
| Compaq | 1.91 | 1.51 | 16.2 | 16.3 | 32.1% |
| Dell | 1.51 | 1.95 | 56.2 | 71.2 | 284.2% |
| Gateway | 4.04 | 1.90 | 41.9 | 24.5 | 48.7% |
| Average (ex. Apple) | $2.49 | $1.79 | 38.1 | 37.3 | 121.7% |

*Source: Deutsche Banc Alex. Brown estimates and company information; Note: Dell data corresponds to F2000-F2001*



# Recent Results and Outlook

Apple reported September quarter (F4Q01) sales down 22% to $1.45 billion, slightly below Street expectations as a result of continued weak consumer demand, offset slightly by strength in the education business. Sales were negatively impacted by the September 11th tragedy, with September sell-through below August. Prior to the terrorist attacks, management indicated sales were tracking to meet Street expectations. The 22% sales decline was driven by a 24% unit decline (850,000 units in the quarter), with average revenue per unit (AUP) up 2% to $1,706. Our F2002 revenue estimate of $5.6 billion assumes (+5% y/y) assumes 10% unit growth and 5% AUP declines. Our F2003 revenue estimate is $6.2B, up 9% y/y.

Gross margin of 30.1% increased 70 basis points (bps) sequentially, 510 bps year-over-year, and was helped by declining component costs and a higher mix of professional (high-end) systems sales. For F1Q02, we project a decline in gross margins to 28.5% due to an increase in consumer product mix. In F2002, we forecast 28.4% gross margin, in-line with historical levels.

Operating expenses declined $12 million sequentially in the September quarter to $384 million, resulting in EBIT of $53 million, a 3.7% margin. Apple has avoided headcount reductions and restructuring activities throughout the PC downturn, with R&D expense actually up 15% y/y in the September quarter. Our model assumes essentially flat operating expense growth in F2002 and 3% growth in F2003, delivering EBIT margins of 0.8% and 2.4%, respectively.

Apple reported EPS in the September quarter of $0.18, down 39% y/y but in line with Street expectations. Our December quarter EPS estimate is $0.10, in line with management guidance and consensus, equating to a calendar 2001 EPS estimate  $0.56. Our F2002 EPS estimate is $0.40, below consensus of $0.48. Our F2003 EPS estimate is $0.50 versus consensus of $0.67.

| Figure 16: **Selected Financial Data ($ in Millions)** | | | | | |
|---|---|---|---|---|---|
| | **F4Q00A** | **F4Q01A** | **F2001A** | **F1Q02E** | **F2002E** |
| Total Revs | $1,870 | $1,450 | $5,363 | $1,402 | $5,636 |
| Y/Y % Chg. | +40.0% | -22.5% | -32.8% | +39.2% | +5.1% |
| | | | | | |
| Gross Profit | 467 | 437 | 1,235 | 400 | 1,599 |
| Margin | 25.0% | 30.1% | 23.0% | 28.5% | 28.4% |
| | | | | | |
| Operating Income | 84 | 53 | (333) | 10 | 44 |
| Margin | 4.5% | 3.7% | (6.2%) | 0.7% | 0.8% |
| | | | | | |
| **EPS** | **$0.30** | **$0.18** | **($0.23)** | **$0.10** | **$0.40** |
| Y/Y % Chg. | +17.3% | -38.9% | NA | NA | NA |
| Source: Deutsche Banc Alex. Brown estimates and company information | | | | | |

# Company Overview

## A Colorful History

Apple Computer was founded in April 1976 by Steve Jobs and Steve Wozniak in Los Altos, California, and incorporated in January 1977. The Apple I was introduced in 1976, quickly followed by the Apple II in 1977. By 1980, when Apple completed its initial public offering, the Apple II installed base reached more than 120K, more than doubling to 300K+ in 1981, the year IBM introduced the personal computer. The Apple installed base reached 1 million users in July 1983, and doubled again in 1984 with the introduction of the Macintosh. Today, Apple's installed base is estimated at more than 25 million users.

Since its inception, Apple has been a tale of wild successes and major disappointments. Apple was built, and remains today, as a vertically integrated systems company, selling hardware along with the operating system and application software. In 1982, recognizing the importance of application software as a demand driver for computer sales, and amid concerns that Microsoft, the most important independent software vendor at the time, would develop applications for the IBM PC, Apple signed the first in a series of deals with Microsoft that would permanently change the landscape of the computer industry. In return for a commitment from Microsoft to develop mouse-based applications exclusively for the Mac for the next 12-months, Apple provided Microsoft with Mac prototypes (the Mac would be released in January 1984), but signed nothing to preclude Microsoft from developing a competing operating system to run on the IBM PC. Windows was announced in November 1983, almost 3 months before the Macintosh was launched.

The relationship between the two companies took its most significant turn in October 1985, when Apple signed an agreement that allowed Microsoft to use some Macintosh technologies in Windows, in exchange for a commitment to upgrade Word for Mac, delay the release of Excel for Windows, and acknowledge that the visuals in certain Windows applications are "derivative works" of Apple's graphical user interface (GUI) development efforts. The agreement was noteworthy for its timing – a month after the resignation of Steve Jobs as chairman of Apple – and its significance – Microsoft essentially obtained a green light to use Mac features in all future versions of Windows. In 1988, soon after the launch of Windows 2.03, Apple sued Microsoft for copyright infringement. The case was eventually dismissed in August 1993. In an effort to protect its hardware business, Apple essentially gave away the keys to its operating system and paved the road for Windows to reach its current status as the dominant operating system.

Apple tried licensing the Mac OS to clone manufacturers in 1996, but the program was largely unsuccessful as a result of cannibalization of Apple's core systems business. The cloning program was phased out in 1997 under the leadership of Steve Jobs, who returned as an advisor to Apple through the acquisition of NeXT Software in February 1997. Steve Jobs was officially named CEO of Apple in January 2000.



## Hardware

Apple's hardware business, which represents approximately 83% of consolidated revenue, includes the iBook, iMac, PowerBook G4 and PowerMac G4. In F4Q01, the iBook represented 23% of revenue, while the iMac, PowerBook G4 and PowerMac G4 represented 19%, 9% and 32%, respectively.

**Figure 17: Product Overview**

| |  |  |  |  |
|---|---|---|---|---|
| | **iBook** | **iMac** | **PowerBook G4** | **PowerMac G4** |
| Target Market | Consumers / Students | Consumers | Professionals | Professionals |
| CPU | 500MHz – 600MHz G3 | 500MHz - 700MHz G3 | 550MHz – 667MHz G4 | 733MHz - Dual 800MHz G4 |
| Memory | 128MB | 64MB - 256MB | 256MB - 512MB | 128MB - 256MB |
| Hard Drive | 15GB – 20GB | 20GB - 60GB | 20GB – 40GB | 40GB - 80GB |
| Optical Drive | CD-ROM, DVD-ROM, CD-RW or DVD/CD-RW | CD-ROM or CD-RW | DVD-ROM | CD-RW or SuperDrive |

*Source: Deutsche Banc Alex. Brown estimates and company information; Note: Based on standard configurations*

## The Mac OS

Mac OS X, Apple's completely redesigned operating system, has been pre-installed on all new PCs since May 2001. Mac OS X is an advanced, standards-based operating system designed for optimal performance and reliability. The core architecture, called Darwin, is fully open-source (a Linux-like community) and provides such benefits as symmetric multiprocessing (i.e., automatic application sharing among different processors), protected memory (i.e., if an application "crashes," other applications will remain unaffected), preemptive multitasking (i.e., ensuring that applications receive necessary processor resources), and virtual memory (i.e., ensuring that applications receive necessary memory allocation). In addition, with the sharper 2D graphics system, Quartz, higher-quality PDFs (Portable Document File) can be saved from any Mac OS X application. The graphics system is also enhanced by OpenGL, a 3D technology used to improve the realisticness of games and creative applications. Aqua, the new OS interface, improves upon the already user-friendly nature of the Apple desktop. The latest release of the OS, version 10.1, became generally available in September.

## Retail Stores

Apple announced plans to open its own retail stores in July at MacWorld in New York. As of the end of October, Apple had opened 15 stores with plans to open 10 more by year-end 2001. The rationale behind opening its own stores is to showcase the company's products and vision for the Macintosh computing platform as the centerpiece of the digital lifestyle. By operating its own retail stores, Apple can control the delivery of its marketing message and leverage the strength of the Apple brand. The company is opening stores in relatively affluent, high traffic shopping areas in regions heavily populated by existing Mac users. Apple is applying strict operational controls in terms of staffing, inventory management, and daily reporting, and early results have been favorable according to management, with strong sales of third party software, and overall higher BTB attach rates than traditional channel sales. Financially, we believe the stores are immaterial to Apple's overall financial position at this point, with minimal capital expenditure requirements, minimal revenue contribution by our estimates, and according to the company, modest operating losses. We expect the company to provide stand-alone store results in the next one to three quarters. We believe that the major risks to the strategy are channel conflict and the opportunity cost of capital deployed on the stores.

## Senior Management Team

### Steve Jobs, CEO

Steve Jobs co-founded Apple in 1976 and has been the company's Chief Executive Officer since 1997. In addition to his role with Apple, Mr. Jobs serves as Chairman and Chief Executive Officer of Pixar Animation Studios, a highly acclaimed computer animation studio. Prior to re-joining the company in late 1996, Mr. Jobs was the Chairman and Chief Executive Officer of NeXT Software Inc., a developer of object oriented software and operating environments, which has since been acquired by Apple.

### Fred Anderson, CFO

Fred Anderson joined Apple in 1996 as its Chief Financial Officer. Prior to Apple, Mr. Anderson was Corporate Vice President and Chief Financial Officer of Automatic Data Processing, Inc., a provider of computerized transaction processing, data communications and information services.

### Tim Cook, SVP, Worldwide Operations

Tim Cook joined Apple in 1998 and currently serves as Senior Vice President of Worldwide Operations and acting Senior Vice President of Sales and Support. Before joining Apple, Mr. Cook was Vice President of Corporate Materials for Compaq Computer, Chief Executive Officer of Intelligent Electronics' Reseller Division and Director of North American Fulfillment at IBM.

### Ron Johnson, SVP, New Business Development

Ron Johnson joined Apple in 2000 and currently serves as Senior Vice President of New Business Development. Prior to Apple, Mr. Johnson served as Senior Merchandising Executive at Target Stores.


**Avie Tevanian, SVP, Software Engineering**
Avie Tevanian joined Apple in 1997 and currently serves as Senior Vice
President of Software Engineering. Previously, Dr. Tevanian was Vice
President of Engineering at NeXT Software Inc. Dr. Tevanian received his
Ph.D. and Masters of Science degree in computer science from Carnegie
Mellon University and his Bachelor of Arts degree in mathematics from the
University of Rochester.

## Figure 18: Apple Revenue Model, F2000-F2003E

| (Fiscal Years End September 30) | F2000 1Q Dec-99 | F2000 2Q Mar-00 | F2000 3Q Jun-00 | F2000 4Q Sep-00 | F2000 Full Year | F2001 1Q Dec-00 | F2001 2Q Mar-01 | F2001 3Q Jun-01 | F2001 4Q Sep-01 | F2001 Full Year | F2002E 1QE Dec-01 | F2002E 2QE Mar-02 | F2002E 3QE Jun-02 | F2002E 4QE Sep-02 | F2002E Full Year | F2003E Sep-03 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue Analysis** | | | | | | | | | | | | | | | | |
| Total Revenue ($MM) | $2,343 | $1,945 | $1,825 | $1,870 | $7,983 | $1,007 | $1,431 | $1,475 | $1,450 | $5,363 | $1,402 | $1,316 | $1,414 | $1,504 | $5,636 | $6,053 |
| iMac | 795 | 540 | 453 | 593 | 2,381 | 265 | 286 | 280 | 276 | 1,117 | 278 | 252 | 284 | 315 | 1,128 | 1,193 |
| iBook | 351 | 174 | 163 | 121 | 809 | 146 | 70 | 259 | 334 | 809 | 325 | 287 | 325 | 337 | 1,274 | 1,440 |
| Power Mac G3/G4 | 707 | 686 | 643 | 527 | 2,563 | 267 | 470 | 415 | 465 | 1,617 | 407 | 398 | 403 | 425 | 1,631 | 1,743 |
| Power Mac G4 Cube | -- | -- | -- | 185 | 165 | 14 | 33 | 0 | 0 | 47 | 0 | 0 | 0 | 0 | 0 | 0 |
| PowerBook | 212 | 252 | 286 | 198 | 948 | 84 | 341 | 261 | 127 | 813 | 132 | 108 | 116 | 128 | 481 | 500 |
| Software, Services & Other | 278 | 293 | 280 | 258 | 1,117 | 231 | 231 | 250 | 248 | 960 | 260 | 273 | 287 | 301 | 1,122 | 1,178 |
| **Y/Y % Growth** | +37% | +27% | +17% | +40% | +30% | (57%) | (26%) | (19%) | (22%) | (33%) | +39% | (8%) | (4%) | +4% | +5% | +7% |
| iMac | +39% | +51% | (12%) | +30% | +25% | (67%) | (47%) | (38%) | (53%) | (53%) | +5% | (12%) | (2%) | +14% | +1% | 6% |
| iBook | -- | -- | -- | -- | +8869% | (58%) | (60%) | +59% | +176% | +0% | +123% | +310% | +25% | +1% | +57% | 13% |
| Power Mac G3/G4 | +18% | (6%) | +7% | +30% | +9% | (62%) | (31%) | (35%) | (12%) | (37%) | +52% | (16%) | (3%) | (9%) | +1% | 7% |
| Power Mac G4 Cube | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | (72%) | -- | -- | -- | -- | -- |
| PowerBook | (18%) | +73% | +62% | (19%) | +15% | (60%) | +35% | (9%) | (36%) | (14%) | +57% | (68%) | (56%) | (1%) | (41%) | 4% |
| Software, Services & Other | +4% | (1%) | (6%) | +19% | +6% | (17%) | (21%) | (11%) | (7%) | (14%) | +13% | +18% | +15% | +22% | +17% | 5% |
| **% of Total** | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| iMac | 34% | 28% | 25% | 32% | 30% | 26% | 20% | 19% | 19% | 21% | 20% | 19% | 20% | 21% | 20% | 20% |
| iBook | 15% | 9% | 9% | 6% | 10% | 14% | 5% | 18% | 23% | 15% | 23% | 22% | 23% | 22% | 23% | 24% |
| Power Mac G3/G4 | 30% | 35% | 35% | 28% | 32% | 27% | 33% | 28% | 32% | 30% | 29% | 30% | 28% | 28% | 29% | 29% |
| Power Mac G4 Cube | -- | -- | -- | 9% | 2% | 1% | 2% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 0% |
| PowerBook | 9% | 13% | 16% | 11% | 12% | 8% | 24% | 18% | 9% | 15% | 9% | 8% | 8% | 9% | 9% | 8% |
| Software, Services & Other | 12% | 15% | 15% | 14% | 14% | 23% | 16% | 17% | 17% | 18% | 19% | 21% | 20% | 20% | 20% | 19% |
| **Unit Analysis** | | | | | | | | | | | | | | | | |
| Unit Shipments (000s) | 1,377 | 1,043 | 1,016 | 1,122 | 4,558 | 659 | 751 | 827 | 850 | 3,087 | 830 | 775 | 850 | 935 | 3,440 | 3,800 |
| iMac | 702 | 474 | 447 | 571 | 2,194 | 308 | 300 | 308 | 294 | 1,208 | 300 | 280 | 315 | 350 | 1,245 | 1,325 |
| iBook | 236 | 115 | 106 | 89 | 545 | 100 | 55 | 190 | 250 | 596 | 250 | 225 | 260 | 275 | 1,010 | 1,200 |
| Power Mac G3/G4 | 355 | 354 | 351 | 269 | 1,329 | 173 | 250 | 225 | 248 | 896 | 220 | 230 | 230 | 250 | 920 | 1,025 |
| Power Mac G4 Cube | -- | -- | -- | 107 | 107 | 29 | 12 | 0 | 0 | 41 | 0 | 0 | 0 | 0 | 0 | 0 |
| PowerBook | 84 | 100 | 113 | 86 | 383 | 49 | 134 | 105 | 57 | 346 | 60 | 50 | 55 | 60 | 225 | 250 |
| **Y/Y Growth (Units)** | +48% | +26% | +12% | +46% | +32% | (52%) | (28%) | (19%) | (24%) | (32%) | +26% | +3% | +4% | +10% | +10% | +12% |
| iMac | +35% | +35% | (8%) | +28% | +22% | (56%) | (37%) | (32%) | (49%) | (45%) | (3%) | (7%) | +3% | +19% | +3% | +6% |
| iBook | -- | -- | -- | -- | +8982% | (56%) | (52%) | +81% | +182% | +9% | +150% | +309% | +37% | +10% | +69% | +19% |
| Power Mac G3/G4 | +9% | (12%) | +1% | +21% | +3% | (51%) | (29%) | (35%) | (8%) | (33%) | +27% | (12%) | +2% | +1% | +3% | +11% |
| Power Mac G4 Cube | -- | -- | -- | -- | -- | -- | -- | -- | -- | (100%) | (67%) | -- | -- | -- | -- | -- |
| PowerBook | (15%) | (33%) | +57% | (12%) | +11% | (42%) | +34% | (6%) | (34%) | (10%) | +22% | (63%) | (48%) | +5% | (35%) | +11% |
| **Revenue Per Unit ($)** | 1,702 | 1,865 | 1,796 | 1,667 | 1,751 | 1,528 | 1,905 | 1,784 | 1,706 | 1,737 | 1,689 | 1,698 | 1,644 | 1,609 | 1,658 | 1,593 |
| iMac | 1,132 | 1,139 | 1,013 | 1,039 | 1,085 | 860 | 953 | 948 | 939 | 925 | 925 | 900 | 900 | 900 | 906 | 900 |
| iBook | 1,487 | 1,513 | 1,552 | 1,360 | 1,484 | 1,460 | 1,273 | 1,363 | 1,331 | 1,357 | 1,300 | 1,275 | 1,250 | 1,225 | 1,261 | 1,200 |
| Power Mac G3/G4 | 1,992 | 1,938 | 1,832 | 1,959 | 1,929 | 1,543 | 1,880 | 1,844 | 1,875 | 1,805 | 1,850 | 1,800 | 1,750 | 1,700 | 1,772 | 1,700 |
| Power Mac G4 Cube | -- | -- | -- | 1,542 | 1,542 | 483 | 2,750 | 0 | 0 | 1,146 | 0 | 0 | 0 | 0 | 0 | 0 |
| PowerBook | 2,524 | 2,520 | 2,531 | 2,302 | 2,475 | 1,714 | 2,545 | 2,462 | 2,228 | 2,350 | 2,200 | 2,150 | 2,100 | 2,100 | 2,138 | 2,000 |
| **Y/Y % Growth (Rev/Unit)** | +11% | +25% | +26% | +18% | +19% | (10%) | +2% | (1%) | +2% | (1%) | +11% | (11%) | (8%) | (6%) | (4%) | (4%) |
| iMac | +2% | +12% | (5%) | +1% | +3% | (24%) | (16%) | (9%) | (10%) | (15%) | +8% | (6%) | (5%) | (4%) | (2%) | (1%) |
| iBook | -- | -- | -- | -- | (1%) | (7%) | (16%) | (12%) | (2%) | (9%) | (11%) | (1%) | (8%) | (8%) | (7%) | (5%) |
| Power Mac G3/G4 | +8% | +6% | +6% | +8% | +7% | (23%) | (3%) | +1% | (4%) | (6%) | +20% | (4%) | (5%) | (9%) | (2%) | (4%) |
| Power Mac G4 Cube | -- | -- | -- | -- | -- | -- | -- | -- | -- | (100%) | (26%) | -- | -- | -- | -- | -- |
| PowerBook | (3%) | (20%) | +3% | (7%) | +3% | (32%) | +1% | (3%) | (3%) | (5%) | +28% | (16%) | (15%) | (0%) | (9%) | (6%) |
| **Geographic Analysis** | | | | | | | | | | | | | | | | |
| Total Revenue ($MM) | $2,343 | $1,945 | $1,825 | $1,870 | $7,983 | $1,007 | $1,431 | $1,475 | $1,450 | $5,363 | $1,402 | $1,316 | $1,414 | $1,504 | $5,636 | $6,053 |
| Americas | 1,189 | 989 | 1,021 | 1,099 | 4,298 | 513 | 767 | 843 | 873 | 2,996 | 841 | 789 | 848 | 903 | 3,381 | 3,632 |
| Europe, Middle East & Africa | 626 | 469 | 353 | 369 | 1,817 | 326 | 355 | 275 | 293 | 1,249 | 280 | 263 | 283 | 301 | 1,127 | 1,211 |
| Japan | 412 | 349 | 303 | 281 | 1,345 | 84 | 214 | 244 | 171 | 713 | 168 | 158 | 170 | 181 | 678 | 726 |
| Asia Pacific | 77 | 92 | 100 | 86 | 355 | 50 | 64 | 113 | 113 | 340 | 112 | 105 | 113 | 120 | 451 | 484 |
| Other | 39 | 46 | 48 | 35 | 168 | 34 | 31 | 0 | 0 | 65 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Y/Y Growth %** | +37% | +27% | +17% | +40% | +30% | (57%) | (26%) | (19%) | (22%) | (33%) | +39% | (8%) | (4%) | +4% | +5% | +7% |
| Americas | +24% | +26% | +16% | +22% | +22% | (57%) | (22%) | (17%) | (21%) | (30%) | +64% | +3% | +1% | +3% | +13% | +7% |
| Europe, Middle East & Africa | +38% | +27% | +19% | +85% | +38% | (48%) | (24%) | (22%) | (21%) | (31%) | (14%) | (26%) | +3% | +3% | (10%) | +7% |
| Japan | +115% | +33% | +13% | +108% | +57% | (80%) | (39%) | (19%) | (39%) | (47%) | +100% | (26%) | (30%) | +6% | (5%) | +7% |
| Asia Pacific | +3% | +12% | +23% | +26% | +16% | (35%) | (30%) | +13% | +31% | (4%) | +124% | +64% | +0% | +7% | +33% | +7% |
| Other | +26% | +49% | +60% | +3% | +30% | (13%) | (33%) | (100%) | (100%) | (61%) | (100%) | (100%) | NA | NA | (100%) | NA |
| **% of Total** | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Americas | 51% | 51% | 56% | 59% | 54% | 51% | 54% | 57% | 60% | 56% | 60% | 60% | 60% | 60% | 60% | 60% |
| Europe, Middle East & Africa | 27% | 24% | 19% | 20% | 23% | 32% | 25% | 19% | 20% | 23% | 20% | 20% | 20% | 20% | 20% | 20% |
| Japan | 18% | 18% | 17% | 15% | 17% | 8% | 15% | 17% | 12% | 13% | 12% | 12% | 12% | 12% | 12% | 12% |
| Asia Pacific | 3% | 5% | 5% | 5% | 4% | 5% | 4% | 8% | 8% | 6% | 8% | 8% | 8% | 8% | 8% | 8% |
| Other | 2% | 2% | 3% | 2% | 2% | 3% | 2% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 0% |

*Source: Company information and Deutsche Banc Alex. Brown Research estimates*

November 6, 2001          Deutsche Banc Alex. Brown                    Deutsche Bank ◨

## Figure 19: Apple Income Statement, F2000-F2003E ($ in Millions, Except Per Share Data)

| | F2000 | | | | | F2001 | | | | | F2002E | | | | | F2003E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (FY end September) | 1Q Dec-99 | 2Q Mar-00 | 3Q Jun-00 | 4Q Sep-00 | Full Year | 1Q Dec-00 | 2Q Mar-01 | 3Q Jun-01 | 4Q Sep-01 | Full Year | 1QE Dec-01 | 2QE Mar-02 | 3QE Jun-02 | 4QE Sep-02 | Full Year | Sep-03 |
| Total Revenues | $2,343 | $1,945 | $1,825 | $1,870 | $7,983 | $1,007 | $1,431 | $1,475 | $1,450 | $5,363 | $1,402 | $1,316 | $1,414 | $1,504 | $5,636 | $6,053 |
| Cost of Sales | 1,736 | 1,396 | 1,282 | 1,403 | 5,817 | 1,028 | 1,046 | 1,041 | 1,013 | 4,128 | 1,002 | 941 | 1,018 | 1,076 | 4,037 | 4,328 |
| Gross Profit | 607 | 549 | 543 | 467 | 2,166 | (21) | 385 | 434 | 437 | 1,235 | 400 | 375 | 396 | 429 | 1,599 | 1,725 |
| Operating Expenses | 409 | 379 | 375 | 383 | 1,546 | 399 | 393 | 392 | 384 | 1,568 | 390 | 385 | 390 | 390 | 1,555 | 1,630 |
| R&D | 90 | 92 | 97 | 101 | 380 | 102 | 101 | 111 | 116 | 430 | 115 | 115 | 120 | 125 | 475 | 500 |
| SG&A | 319 | 287 | 278 | 282 | 1,166 | 297 | 292 | 281 | 268 | 1,138 | 275 | 270 | 270 | 265 | 1,080 | 1,130 |
| Operating Income | 198 | 170 | 168 | 84 | 620 | (420) | (8) | 42 | 53 | (333) | 10 | (10) | 6 | 39 | 44 | 95 |
| Int. & Other Inc. (Exp.) | 40 | 49 | 52 | 62 | 203 | 67 | 55 | 45 | 40 | 217 | 40 | 40 | 40 | 40 | 160 | 165 |
| One-Time Gain (Exp.) | 36 | 100 | 50 | 83 | 269 | 58 | 5 | 11 | 1 | 75 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pretax Inc. (Operations) | 238 | 219 | 220 | 146 | 823 | (353) | 57 | 87 | 93 | (116) | 50 | 30 | 46 | 79 | 204 | 260 |
| Taxes | 60 | 59 | 57 | 38 | 214 | (105) | 17 | 26 | 28 | (35) | 15 | 9 | 14 | 24 | 61 | 78 |
| Net Income (Operations) | 178 | 160 | 163 | 108 | 609 | (247) | 40 | 61 | 65 | (81) | 35 | 21 | 32 | 55 | 143 | 182 |
| FD Shares | 356.8 | 364.0 | 361.8 | 361.8 | 360.3 | 337.2 | 352.8 | 358.9 | 356.5 | 351.4 | 358.0 | 359.5 | 361.0 | 362.5 | 360.3 | 364.0 |
| EPS (Operations) | $0.50 | $0.44 | $0.45 | $0.30 | $1.69 | ($0.73) | $0.11 | $0.17 | $0.18 | ($0.23) | $0.10 | $0.06 | $0.09 | $0.15 | $0.40 | $0.50 |
| **Y/Y % Growth** | | | | | | | | | | | | | | | | |
| Total Revenues | +37% | +27% | +17% | +40% | +30% | (57%) | (26%) | (19%) | (22%) | (33%) | +39% | (8%) | (4%) | +4% | +5% | +7% |
| Gross Profit | +26% | +36% | +27% | +22% | +28% | 103% | (30%) | (20%) | (6%) | (43%) | +2003% | (3%) | (9%) | (2%) | +29% | +8% |
| Operating Expenses | +15% | +20% | +16% | +21% | +18% | (2%) | +4% | +5% | +0% | +1% | (2%) | (2%) | (1%) | +2% | (1%) | +5% |
| R&D | +18% | +21% | +21% | +23% | +21% | +13% | +10% | +14% | +15% | +13% | +13% | +14% | +8% | +8% | +10% | +5% |
| SG&A | +14% | +20% | +14% | +20% | +17% | (7%) | +2% | +1% | (5%) | (2%) | (7%) | (8%) | (4%) | (1%) | (5%) | +5% |
| Operating Income | +56% | +93% | +52% | +25% | +61% | (312%) | (105%) | (75%) | (37%) | (154%) | +102% | (25%) | (86%) | (27%) | +113% | 116% |
| Interest Income | +300% | +158% | +117% | +82% | +133% | +68% | +33% | (13%) | (35%) | +7% | (40%) | (38%) | (11%) | +0% | (26%) | +3% |
| Pretax Income | +74% | +105% | +72% | +45% | +74% | (248%) | (74%) | (60%) | (38%) | (114%) | +114% | (47%) | (47%) | (15%) | +276% | +28% |
| Net Income | +45% | +72% | +43% | +20% | +45% | (239%) | (75%) | (63%) | (40%) | (113%) | +114% | (47%) | (47%) | (15%) | +276% | +28% |
| EPS | +28% | +48% | +30% | +17% | +31% | (247%) | (74%) | (62%) | (39%) | (114%) | +113% | (48%) | (48%) | (17%) | +272% | 26% |
| **% of Revenues** | | | | | | | | | | | | | | | | |
| Gross Profit | 25.9% | 28.2% | 29.8% | 25.0% | 27.1% | -2.1% | 26.9% | 29.4% | 30.1% | 23.0% | 28.5% | 28.5% | 28.0% | 28.5% | 28.4% | 28.5% |
| Operating Expenses | 17.5% | 19.5% | 20.5% | 20.5% | 19.4% | 39.6% | 27.5% | 26.6% | 26.5% | 29.2% | 27.8% | 29.3% | 27.6% | 25.9% | 27.6% | 26.9% |
| R&D | 3.8% | 4.7% | 5.3% | 5.4% | 4.8% | 10.1% | 7.1% | 7.5% | 8.0% | 8.0% | 8.2% | 8.7% | 8.5% | 8.3% | 8.4% | 8.3% |
| SG&A | 13.6% | 14.8% | 15.2% | 15.1% | 14.6% | 29.5% | 20.4% | 19.1% | 18.5% | 21.2% | 19.6% | 20.5% | 19.1% | 17.6% | 19.2% | 18.7% |
| Operating Income | 8.5% | 8.7% | 9.2% | 4.5% | 7.8% | -41.7% | -0.6% | 2.8% | 3.7% | -6.2% | 0.7% | -0.8% | 0.4% | 2.6% | 0.8% | 1.6% |
| Interest & Other | | | | | | | | | | | | | | | | |
| Pretax Income | 10.2% | 11.3% | 12.1% | 7.8% | 10.3% | -35.1% | 4.0% | 5.9% | 6.4% | -2.2% | 3.5% | 2.3% | 3.2% | 5.2% | 3.6% | 4.3% |
| Tax Rate | 25.2% | 26.9% | 25.9% | 26.0% | 26.0% | 30.0% | 30.0% | 29.9% | 30.1% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% |
| Net Income | 7.6% | 8.2% | 8.9% | 5.8% | 7.6% | -24.5% | 2.8% | 4.1% | 4.5% | -1.5% | 2.5% | 1.6% | 2.3% | 3.7% | 2.5% | 3.0% |

*Source: Company information and Deutsche Banc Alex. Brown Research estimates*

Deutsche Bank        Deutsche Banc Alex. Brown                                      November 6, 2001

## Figure 20: Apple Balance Sheet, F2000-F2003E

| ($ in Millions, Except Per Share Data) | F2000 | | | | F2001 | | | | F2002E | | | | F2003E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q Dec-99 | 2Q Mar-00 | 3Q Jun-00 | 4Q Sep-00 | 1Q Dec-00 | 2Q Mar-01 | 3Q Jun-01 | 4Q Sep-01 | 1QE Dec-01 | 2QE Mar-02 | 3QE Jun-02 | 4QE Sep-02 | Sep-03 |
| **Assets** | | | | | | | | | | | | | |
| Cash & Equivalents | $3,660 | $3,609 | $3,826 | $4,027 | $4,065 | $4,144 | $4,218 | $4,336 | $4,338 | $4,312 | $4,374 | $4,449 | $4,623 |
| Accounts Receivable | 892 | 940 | 967 | 953 | 441 | 637 | 598 | 466 | 477 | 447 | 481 | 511 | 484 |
| Inventories | 15 | 10 | 5 | 33 | 21 | 10 | 19 | 11 | 12 | 11 | 12 | 13 | 14 |
| Deferred Tax Assets | 131 | 131 | 162 | 162 | 231 | 183 | 173 | 169 | 170 | 165 | 160 | 155 | 150 |
| Other Current Assets | 211 | 222 | 197 | 252 | 168 | 371 | 240 | 161 | 150 | 170 | 160 | 150 | 150 |
| Total Current Assets | 4,909 | 4,912 | 5,157 | 5,427 | 4,926 | 5,345 | 5,248 | 5,143 | 5,147 | 5,105 | 5,187 | 5,278 | 5,421 |
| Property, Plant & Equipment | 318 | 314 | 314 | 313 | 325 | 331 | 347 | 564 | 550 | 560 | 570 | 580 | 595 |
| Non-Current Securities Avail. For Sale | 2,140 | 1,544 | 1,236 | 786 | 447 | 151 | 146 | 128 | 128 | 128 | 128 | 128 | 128 |
| Other Assets | 219 | 237 | 225 | 277 | 288 | 303 | 330 | 186 | 200 | 185 | 185 | 185 | 185 |
| Total Assets | $7,586 | $7,007 | $6,932 | $6,803 | $5,986 | $6,130 | $6,071 | $6,021 | $6,025 | $5,978 | $6,070 | $6,171 | $6,329 |
| **Liabilities & Stockholders' Equity** | | | | | | | | | | | | | |
| Accounts Payable | $1,174 | $1,111 | $1,040 | $1,157 | $637 | $561 | $847 | $601 | $802 | $753 | $814 | $860 | $866 |
| Accrued Expenses | 478 | 441 | 485 | 433 | 512 | 405 | 368 | 317 | 300 | 300 | 300 | 300 | 250 |
| Other Current Liabilities | 313 | 301 | 348 | 343 | 488 | 429 | 399 | 400 | 400 | 400 | 400 | 400 | 400 |
| Total Current Liabilities | 1,965 | 1,853 | 1,873 | 1,933 | 1,637 | 1,795 | 1,614 | 1,518 | 1,502 | 1,453 | 1,514 | 1,560 | 1,516 |
| Long-term Debt | 300 | 300 | 300 | 300 | 311 | 317 | 317 | 317 | 317 | 317 | 317 | 317 | 317 |
| Other L-T Liabilities | 907 | 639 | 583 | 463 | 326 | 280 | 282 | 266 | 275 | 275 | 275 | 275 | 295 |
| Total Liabilities | 3,172 | 2,792 | 2,756 | 2,696 | 2,274 | 2,392 | 2,213 | 2,101 | 2,094 | 2,045 | 2,106 | 2,152 | 2,128 |
| Stockholders' Equity | 4,414 | 4,215 | 4,176 | 4,107 | 3,712 | 3,738 | 3,858 | 3,920 | 3,931 | 3,934 | 3,964 | 4,019 | 4,201 |
| Total Liabilities & Stockholders' Equity | $7,586 | $7,007 | $6,932 | $6,803 | $5,986 | $6,130 | $6,071 | $6,021 | $6,025 | $5,978 | $6,070 | $6,171 | $6,329 |
| **Ratio and Return Analysis** | | | | | | | | | | | | | |
| Cash/Share | $10.26 | $9.92 | $10.57 | $11.13 | $12.06 | $11.75 | $11.75 | $12.16 | $12.12 | $11.99 | $12.12 | $12.27 | $12.70 |
| A/R as % of Annualized Sales | 9.5% | 12.1% | 13.2% | 12.7% | 10.9% | 11.1% | 10.1% | 8.0% | 8.5% | 8.5% | 8.5% | 8.5% | 8.0% |
| DSO | 35 | 44 | 48 | 47 | 40 | 41 | 37 | 29 | 31 | 31 | 31 | 31 | 29 |
| A/P as % of Annualized COGS | 16.9% | 19.9% | 20.3% | 20.6% | 15.9% | 23.0% | 20.3% | 19.8% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| A/P Days | 62 | 73 | 74 | 75 | 57 | 84 | 74 | 72 | 73 | 73 | 73 | 73 | 73 |
| Inventory as % of Annualized COGS | 0.2% | 0.2% | 0.1% | 0.6% | 0.5% | 0.2% | 0.5% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% |
| Days Inventory | 0.8 | 0.7 | 0.4 | 2.1 | 1.9 | 0.9 | 1.7 | 1.0 | 1.1 | 1.1 | 1.1 | 1.1 | 1.2 |
| Inventory Turns | 462.9 | 558.4 | 1,025.6 | 170.1 | 195.8 | 418.4 | 219.2 | 368.4 | 333.3 | 333.3 | 333.3 | 333.3 | 312.5 |
| BV/Share | $12.37 | $11.58 | $11.54 | $11.35 | $11.01 | $10.59 | $10.75 | $11.00 | $10.98 | $10.94 | $10.98 | $11.09 | $11.54 |
| **Components of ROA and ROE** | | | | | | | | | | | | | |
| Annualized Net Income | 712.0 | 640.0 | 652.0 | 432.0 | (988.4) | 159.6 | 244.0 | 260.0 | 138.7 | 84.0 | 128.3 | 220.4 | 182.2 |
| Annualized Sales | 9,372.0 | 7,780.0 | 7,300.0 | 7,480.0 | 4,028.0 | 5,724.0 | 5,900.0 | 5,800.0 | 5,607.6 | 5,263.2 | 5,654.4 | 6,017.3 | 6,053.5 |
| Annualized Interest Income (Expense) | 160.0 | 196.0 | 208.0 | 248.0 | 268.0 | 260.0 | 180.0 | 160.0 | 160.0 | 160.0 | 160.0 | 160.0 | 165.0 |
| Tax Rate | 25.2% | 26.9% | 25.9% | 26.0% | 30.0% | 30.0% | 29.9% | 30.1% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% |
| After-Tax Interest Income | 119.7 | 143.2 | 154.1 | 183.5 | 187.6 | 182.0 | 126.2 | 111.8 | 112.0 | 112.0 | 112.0 | 112.0 | 115.5 |
| Net Income - After-Tax Interest Income | 592.3 | 496.8 | 497.9 | 248.5 | (1,176.0) | (22.4) | 117.8 | 148.2 | 26.7 | (28.0) | 16.3 | 108.4 | 66.7 |
| / Avg. Assets | 6,373.5 | 7,296.5 | 6,969.5 | 6,867.5 | 6,394.5 | 6,058.0 | 6,100.5 | 6,046.0 | 6,022.8 | 6,001.4 | 6,024.0 | 6,120.6 | 6,250.0 |
| = ROA (Pre-Interest) | 9.3% | 6.8% | 7.1% | 3.6% | -18.4% | -0.4% | 1.9% | 2.5% | 0.4% | -0.5% | 0.3% | 1.8% | 1.1% |
| Net Income / Sales | 7.6% | 8.2% | 8.9% | 5.8% | -24.5% | 2.8% | 4.1% | 4.5% | 2.5% | 1.6% | 2.3% | 3.7% | 3.0% |
| x Sales/Avg. Assets | 1.5 | 1.1 | 1.0 | 1.1 | 0.6 | 0.9 | 1.0 | 1.0 | 0.9 | 0.9 | 0.9 | 1.0 | 1.0 |
| x Avg. Assets / Avg. Equity | 1.7 | 1.7 | 1.7 | 1.7 | 1.6 | 1.6 | 1.6 | 1.6 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| = ROE | 18.9% | 14.8% | 15.5% | 10.4% | -25.3% | 4.3% | 6.4% | 6.7% | 3.5% | 2.1% | 3.2% | 5.5% | 4.4% |

*Source: Company information and Deutsche Banc Alex. Brown Research estimates*

November 6, 2001 — **Deutsche Banc Alex. Brown** — Deutsche Bank 

## Figure 21: Apple Cash Flow Statement, F2000-F2003E

| ($ in Millions, Except Per Share Data) | F2000 1Q Dec-99 | 2Q Mar-00 | 3Q Jun-00 | 4Q Sep-00 | Full Year | F2001E 1Q Dec-00 | 2Q Mar-01 | 3Q Jun-01 | 4Q Sep-01 | Full Year | F2002E 1QE Dec-01 | 2QE Mar-02 | 3QE Jun-02 | 4QE Sep-02 | Full Year | F2003E Sep-03 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow from Operations** | | | | | | | | | | | | | | | | |
| Net Income | 183 | 233 | 200 | 170 | 786 | (195) | 43 | 61 | 65 | (26) | 35 | 21 | 32 | 55 | 143 | 182 |
| Cumulative Effect of Accounting Chg | -- | -- | -- | -- | -- | (12) | -- | -- | -- | (12) | -- | -- | -- | -- | 0 | -- |
| D&A | 20 | 21 | 25 | 18 | 84 | 24 | 22 | 26 | 30 | 102 | 30 | 32 | 33 | 35 | 130 | 135 |
| Provision for Deferred Taxes | 64 | 41 | 47 | 11 | 163 | (92) | 15 | 23 | 0 | (54) | -- | -- | -- | -- | 0 | -- |
| Gains on Sale of Investments | (134) | (100) | (50) | (83) | (367) | (58) | (5) | (11) | -- | (74) | -- | -- | -- | -- | 0 | -- |
| Loss on Sale of PP&E | 3 | (2) | (1) | 3 | 3 | -- | 1 | 3 | -- | 4 | -- | -- | -- | -- | 0 | -- |
| In-Process R&D | -- | -- | -- | -- | 0 | -- | -- | 11 | -- | 11 | -- | -- | -- | -- | 0 | -- |
| Working Capital Adjustments | 237 | (132) | 13 | 39 | 157 | 320 | (120) | (146) | 124 | 178 | (33) | (49) | 27 | 15 | (40) | (14) |
| A/R | (211) | (49) | (27) | 14 | (272) | 512 | (198) | 39 | NA | NA | (11) | 29 | (33) | (31) | (45) | 27 |
| Inventories | 5 | 5 | 5 | (28) | (13) | 12 | 11 | (9) | NA | NA | (1) | 1 | (1) | (1) | (2) | (1) |
| Other Current Assets | 4 | (11) | 25 | (55) | (37) | 118 | (72) | 22 | NA | NA | 10 | (15) | 15 | 15 | 25 | 5 |
| Other Assets | 3 | (10) | (14) | 6 | (15) | (16) | (24) | (19) | NA | NA | (15) | (15) | (15) | (15) | (60) | 0 |
| Accounts Payable | 382 | (63) | (71) | 117 | 345 | (520) | 324 | (114) | NA | NA | 1 | (49) | 62 | 46 | 59 | 5 |
| Accrued Restructuring Costs | -- | -- | -- | (27) | (27) | -- | -- | -- | NA | NA | -- | -- | -- | -- | 0 | -- |
| Accrued Expenses & Other Liabilities | 74 | (5) | 95 | 12 | 176 | 218 | (163) | (65) | NA | NA | (17) | 0 | 0 | 0 | (17) | (50) |
| Cash Flow from Operations | $373 | $81 | $234 | $158 | $826 | ($513) | ($44) | ($33) | $219 | $129 | $32 | $4 | $92 | $105 | $233 | $304 |
| **Cash Flow from Investing** | | | | | | | | | | | | | | | | |
| Capital Expenditures | (38) | (17) | (10) | (31) | (96) | (22) | (17) | (30) | (30) | (99) | (30) | (30) | (30) | (30) | (120) | (130) |
| Acquisitions | -- | -- | -- | -- | 0 | -- | -- | -- | -- | 0 | -- | -- | -- | -- | 0 | -- |
| Other, Net | (51) | 2 | (495) | (290) | (834) | 578 | 447 | 40 | -- | 1,085 | -- | -- | -- | -- | 0 | -- |
| Cash Flow from Investing | ($89) | ($15) | ($505) | ($321) | ($930) | $556 | $430 | $10 | ($30) | $986 | ($30) | ($30) | ($30) | ($30) | ($120) | ($130) |
| **Cash Flow from Financing** | | | | | | | | | | | | | | | | |
| Change in Equity, Net | (24) | 30 | (47) | 10 | (31) | 3 | 15 | 6 | -- | 24 | -- | -- | -- | -- | 0 | -- |
| Change in Debt, Net | -- | -- | -- | -- | 0 | -- | -- | -- | -- | 0 | -- | -- | -- | -- | 0 | -- |
| Other | -- | -- | -- | -- | 0 | -- | -- | -- | -- | 0 | -- | -- | -- | -- | 0 | -- |
| Cash Flow from Financing | ($24) | $30 | ($47) | $10 | ($31) | $3 | $15 | $6 | $0 | $24 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Increase (Decrease) in Cash | 260 | 76 | (318) | (153) | (135) | 546 | 401 | (17) | 189 | 1,119 | 2 | (26) | 62 | 75 | 113 | 174 |
| Beginning Cash | 1,326 | 1,586 | 1,662 | 1,344 | 1,326 | 1,191 | 1,737 | 2,138 | 2,121 | 1,191 | 2,310 | 2,312 | 2,286 | 2,348 | 2,310 | 2,423 |
| Ending Cash | 1,586 | 1,662 | 1,344 | 1,191 | 1,191 | 1,737 | 2,138 | 2,121 | 2,310 | 2,310 | 2,312 | 2,286 | 2,348 | 2,423 | 2,423 | 2,597 |
| Plus S-T Investments | | | 2,482 | 2,836 | 2,836 | 2,328 | 2,005 | 2,097 | 2,026 | 2,026 | 2,026 | 2,026 | 2,026 | 2,026 | 2,026 | 2,026 |
| Adjusted Ending Cash | | | 3,826 | 4,027 | 4,027 | 4,065 | 4,144 | 4,218 | 4,336 | 4,336 | 4,338 | 4,312 | 4,374 | 4,449 | 4,449 | 4,623 |
| **Free Cash Flow Analysis** | | | | | | | | | | | | | | | | |
| CFFO | 373 | 81 | 234 | 158 | 826 | (13) | (44) | (33) | 219 | 129 | 32 | 4 | 92 | 105 | 233 | 304 |
| Capital Expenditures | (38) | (17) | (10) | (31) | (96) | (22) | (17) | (30) | (30) | (99) | (30) | (30) | (30) | (30) | (120) | (130) |
| Total | $335 | $44 | $224 | $127 | $730 | ($35) | ($61) | ($63) | $189 | $30 | $2 | ($26) | $62 | $75 | $113 | $174 |
| Shares Outstanding | 357 | 362 | 362 | 362 | 360 | 337 | 353 | 359 | 357 | 351 | 358 | 360 | 361 | 363 | 360 | 364 |
| FCF/Share | $0.94 | $0.12 | $0.62 | $0.35 | $2.03 | ($0.10) | ($0.17) | ($0.18) | $0.53 | $0.09 | $0.01 | ($0.07) | $0.17 | $0.21 | $0.31 | $0.48 |

*Source: Company information and Deutsche Banc Alex. Brown Research estimates*

**Deutsche Bank** [✓]   **Deutsche Banc Alex. Brown**                                    November 6, 2001

## Additional Information Available upon Request

| Disclosure Checklist | | | |
|---|---|---|---|
| Company | Ticker | Price (11/5/01) | Disclosure |
| Apple Computer Inc. | AAPL | $19.07 | 2, 10 |

| | |
|---|---|
| 1 | Within the past three years Deutsche Bank AG and/or one of its affiliates has managed or comanaged a public offering for this company. |
| 2 | Deutsche Bank AG and/or one of its affiliates maintains a net primary market in the common stock of this company. |
| 3 | Deutsche Bank AG and/or one of its affiliates acts as a corporate broker to this company. |
| 4 | An author or the immediate family member of an author of comments on this company has a beneficial position in the common stock. |
| 5 | Deutsche Bank AG and/or one of its affiliates has a beneficial position in the shares of this company. |
| 6 | A director, officer or employee of Deutsche Bank AG and/or one of its affiliates serves on the board of directors of this company. |
| 7 | Within the past three years, Deutsche Bank AG and/or one of its affiliates has participated in a private resale of securities made pursuant to Rule 144A under the Securities Act of 1933. |
| 8 | Deutsche Bank AG and/or one of its affiliates owns five percent or more of the outstanding shares of any class of security of this company. |
| 9 | Deutsche Bank AG and/or one of its affiliates has received compensation from the issuer of the security for investment banking services. |
| 10 | This stock is optionable. |
| 11 | This company has a convertible issue outstanding. |

## Deutsche Bank Equity Sales Offices, Americas

| | | | |
|---|---|---|---|
| **Deutsche Banc Alex. Brown Inc.** 950 East Paces Ferry Road Suite 3320 Atlanta, GA 30326 (404) 812 6800 | **Deutsche Banc Alex. Brown Inc.** 1 South Street Baltimore, MD 21202 (410) 727 1700 | **Deutsche Banc Alex. Brown Inc.** 225 Franklin Street 25th Floor Boston, MA 02110 (617) 988 8600 | **Deutsche Banc Alex. Brown Inc.** 222 West Adams Street Suite 1900 Chicago, IL 60606 (312) 424 6000 |
| **Deutsche Banc Alex. Brown Inc.** 31 West 52nd Street New York, NY 10019 (212) 469 5000 | **Deutsche Banc Alex. Brown Inc.** 101 California Street 46th Floor San Francisco, CA 94111 (415) 617 2800 | **Deutsche Banc Alex. Brown Inc.** 3033 East First Avenue Suite 303, Third Floor Denver, CO 80206 (303) 394 6800 | **Deutsche Bank Securities Limited** 222 Bay Street, Suite 1100 P.O. Box 64 Toronto-Dominion Centre Toronto, Ontario M5K 1E7 (416) 682 8000 |
| **Deutsche Bank Securities Limited.** 999, de Maisonneuve Blvd., West Suite 825 Montreal, QC H3A 3L4 (514) 875 2252 | **Deutsche Securities Corredores de Bolsa Ltda** El Bosque 130, Las Condes Santiago, Chile (562) 337 7700 | **Deutsche Bank** Correctora de Valores Rua Alexandre Dumas 2200 CEP 04717-910 São Paulo SP Brazil (5511) 5189 5000 | **Deutsche Bank SA - Mexico** Edificio Torre Esmeralda Blvd. Manuel Avila Camacho No. 40, Piso 17, Col. Lomas de Chapultepec, 11000 Mexico, DF (525) 201 8000 |
| **Deutsche Bank  SA - Argentina** Tucuman 1, 14th Floor C1049AAA Buenos Aires, Argentina (5411) 459 02968 | | | |

## Deutsche Bank Equity Sales Offices, International

| | | | |
|---|---|---|---|
| **Deutsche Bank AG** Taunusanlage 12 3rd Floor Frankfurt, Germany 60325 (49) 69 9103 7597 | **Deutsche Bank AG Geneva** 7, Rue Du Rhone, 1st Floor Geneva, Switzerland, 1204 (41) 22 319 4000 | **Deutsche Bank AG London** 1 Great Winchester Street London EC2N 2EQ United Kingdom (44) 207 545 4900 | **Deutsche Bank AG Paris** 3, Avenue de Friedland 75008 Paris, France (33) 1 5375 2446 |
| **Deutsche Securities Australia Limited** Level 19, Grosvenor Place 225 George Street Sydney, NSW 2000 Australia (61) 29258 1234 | **Deutsche Securities Limited, Tokyo** 2-11-1 Nagatacho, 20th Floor Sanno Park Tower Chiyodu-ku, Tokyo 100-6171 (813) 5401 6990 | **Deutsche Bank AG Zurich** Bahnhofquai 9-11 CH-8023 Zurich, Switzerland (411) 224 7979 | **Deutsche Bank AG** Via G. Guisan 6 6902 Lugano, Switzerland (4191) 803 4000 |

**Deutsche Bank** ◪

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). This report is based upon information available to the public. The information herein is believed by Deutsche Bank to be reliable and has been obtained from sources believed to be reliable, but Deutsche Bank makes no representation as to the accuracy or completeness of such information. Deutsche Bank may be market makers or specialists in, act as advisers or lenders to, have positions and in effect transactions in securities of companies mentioned herein and also may provide, may have provided, or may seek to provide investment banking services for those companies. In addition, Deutsche Bank or its respective officers, directors and employees hold or may hold long or short positions in the securities, options thereon or other related financial products of companies discussed herein.

Opinions, estimates and projections in this report constitute Deutsche Bank's judgment and are subject to change without notice. Prices and availability of financial instruments also are subject to change without notice. This report is provided for informational purposes only. It is not to be construed as an offer to buy or sell or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy in any jurisdiction in which such an offer or solicitation would violate applicable laws or regulations.

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions using their own independent advisors as they believe necessary and based upon their specific financial situations and investment objectives. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the price or value of, or the income derived from, the financial instrument, and such investor effectively assumes currency risk. In addition, income from an investment may fluctuate and the price or value of financial instruments described in this report, either directly or indirectly, may rise or fall. Furthermore, past performance is not necessarily indicative of future results.

Unless governing law permits otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. In the U.S. this report is approved and/or distributed by Deutsche Banc Alex. Brown Inc., a member of the NYSE, the NASD and SIPC. In the United Kingdom this report is approved and/or distributed by Deutsche Bank AG, London, which is regulated by The Securities and Futures Authority (the "SFA") for the conduct of its investment business in the U.K. In jurisdictions other than the U.S. and the U.K. this report is distributed by the Deutsche Bank affiliate in the investor's jurisdiction, and interested parties are advised to contact the Deutsche Bank office with which they currently deal. Additional information relative to securities, other financial products or issuers discussed in this report is available upon request.

No part of this material may be copied or duplicated in any form or by any means, or redistributed, without Deutsche Bank's prior written consent.

Copyright 2001 Deutsche Banc Alex. Brown Inc., all rights reserved.                                     2001USA03393

# VELLTURO
# EXHIBIT 119



### What makes a great app?

It's all about the experience. People love apps that are fun and simple to use. We make those apps.

### The way we work

Our creative approach involves rigorous design and usability testing to create superior apps for everyone.

### M

Our
to cr
use

## THINKING ALOUD

| All Posts | Design Discussion | Found on the internet | Mobile | Technology |

Featured Posts:        Is Siri Steve Jobs' greatest legacy?        Bitcoin - Hacker dollars or currency of the future?

# Is Siri Steve Jobs' greatest legacy?

Steve Jobs was always the man with the plan. So it should come as no surprise to learn that he carried on working until the end - working on a four year road map that would carry on leading Apple forward and keep his company at the forefront of innovation long after his death. Steve may be gone. But his work lives on.

It's almost certain that voice control, not just for the iPhone, but for all Apple devices, was at the forefront of this plan. When the 4S was released, many commentators were disappointed. No bigger screen. No redesign. But they missed the biggest innovation yet. Siri, the iPhone's voice recognition and control software, may be the biggest technological leap forward Apple have ever given us. It's true. It changes everything. Again.

**A completely new way of interacting with technology**

Touchscreens and multi-touch gestures have changed the way we interact with our devices. But they haven't consigned the keyboard and mouse to history. Just try editing in Photoshop using your fingers. Siri won't entirely replace your input device, either. But it's a leap forward that leaves previous innovations in its wake. In many ways voice recognition is the holy grail of human / machine interaction. From Star Trek to Knight Rider, science fiction is littered with examples of people talking to their machines. "Computer, what time is it?" "Computer, make me a cup of tea." "Kitt, drive around the block a couple of times."

**Making machines more like us**

Voice recognition isn't artificial intelligence -- yet. But it does make machines seem much more human. If the Apple experience is about simplifying the way we interact with machines and making them natural and more intuitive, what could be more natural than giving voice commands? Just as the track wheel on the iPod made every other MP3 player feel stupid and clunky, so too voice control has the potential to simplify our every interaction with a voice enabled device.

Why waste time loading your browser, typing your question, and searching for an answer, when you can just ask? Why waste time putting an appointment in your diary when you can just tell your diary to do it for you? Make no mistake: Siri is a game changer. It's a glimpse of the future. It is -- or at least it could become -- Steve Jobs' greatest legacy.

**Steve Jobs: Perfectionist**

Apple didn't invent Siri. They saw its potential, bought the company, and made it work. It isn't the first time Apple have done this. Microsoft may have invented the term "plug and play" -- but Apple were the first people to create a viable OS to do so. Similarly, Siri has been available for Android for some time -- but before Apple's intervention, it was slow, clunky, and ineffective. Apple didn't invent the touchscreen tablet, either. But under the guidance of the visionary leadership of Steve Jobs, Jonathan Ive, and others, they found a way to make it work, to improve people's lives, and turn an expensive toy into a mass-market consumable.

## *"When the iPhone 4S goes on sale, for the majority of us, Siri will be our first obvious encounter with artificial intelligence".*

Your iPhone doesn't "know" that you have a meeting next Monday, but it acts as if you do. Voice recognition changes the framework which enables us to understand and interact with technology. You don't input information. You "tell" the machine something. You're "asking" instead of searching. To all intents and purposes, the machine acts as if it were another human being, albeit one which you command.



Apple iPhone 4S Siri.

**From command, to interaction, to artificial intelligence.**

It isn't such a leap from where we are now to true artificial intelligence. Based on pattern recognition, your iPhone may become able to predict your needs, learning from you and becoming better over time. This is a long way from true consciousness (think Kitt in Knight Rider, or HAL in 2001), but it's a giant leap forward: computers that listen, learn, and eventually, talk.

In a hundred years time, talking to our computers may become as natural and normal as keyboards, mice, and multi-touch gestures are now. In fact, it might not be a hundred years. It might be fifty, or even ten -- who knows? Was a fully integrated, voice controlled computer Steve Jobs vision of the future -- or simply his dream for OS 11? Just how far does the roadmap he left behind go?

**The iPhone 4S**

It doesn't have a bigger screen or a redesigned case. But the iPhone 4S is light years ahead of its predecessor, and a million miles ahead of anything else on the market. In years to come, the historians might not remember Steve Jobs for the iPod, the iPhone, or even for Apple -- and instead remember him as the man who gave birth to voice interaction with machines and, by way of extension, to artificial intelligence.

Steve lived just long enough to see his dream come to fruition. In the future, it may not be just us — but the machines he created -- who will be able to thank him for it.

F      T

---

Previous

100 LB   BLUEBIRDonline.com (888) 477 - 0700   100 LB Style

# VELLTURO
# EXHIBIT 120

12/21/11                                  Digital Life - Exhibit honors Steve Jobs patents, trademarks

*Recommended:* Facebook News Feed to get ads in 2012    *Recommended:* Man sends massive number of tweets via Post Office    *Recommended:* Liars likely to use texts to deceive    *Recommended:* Hall & Oates hotline built to show off phone tech

advertisement

Facebook, iPads, Android, and everything between — the tech news you need, the stories you want, and the tips you'll actually use. Our Digital Life. Read. Live. Share.

About this blog    Archives    Email updates    Follow on Twitter    Subscribe to RSS    Like  26k

7   comments below                              Recommend  52      Tweet  15              27

## 30
**Nov
2011
12:53pm, EST**

# Exhibit honors Steve Jobs patents, trademarks



Invent.org

### By Suzanne Choney

Steve Jobs helped create the first Apple computer and the rest is history, as many of us know, including the Macintosh, the iMac, the iPod, the iPhone and the iPad. But Jobs was fanatical about design and details, from the Apple <u>power</u> adapter plug that folds into the adapter, to the staircases of many of Apple's retail stores. There are more than 300 patents with his name on them, and they are

showcased in an exhibit, "The Patents and Trademarks of Steve Jobs: Art and Technology that Changed the World," sponsored by the U.S. Patent and Trademark Office.

"This exhibit commemorates the far-reaching impact of Steve Jobs' entrepreneurship and innovation on our daily lives," said David Kappos, director of the patent and trademark office, in a statement."His patents and trademarks provide a striking example of the importance intellectual property plays in the global marketplace."

The exhibit — with Jobs' patents and trademarks shown on a slew of ginormous iPhone mock-ups — was created and designed by Invent Now, a non-profit organization "dedicated to fostering invention and creativity," and which also runs the National Inventors Hall of Fame and Museum.



Invent.org

The tribute to Jobs opened earlier this month, and goes through Jan. 15; it's located at the patent and trademark office's Alexandria, Va., campus, and is free and open to the public. You can learn more here.

If you can't make it to the exhibit, the New York Times put together a graphic of Jobs' patents. Despite some duds — the infamous iMac "hockey puck" mouse among them — there's little question Jobs' vision influenced the technology and design most of us are familiar with and appreciate today.

**Related stories:**

- The 6 pillars of Steve Jobs' design philosophy
- Steve Jobs' final words revealed by sister
- The Jobs legacy: Ease, elegance in technology

*Check out Technolog, Gadgetbox, Digital Life and In-Game on Facebook, and on Twitter, follow Suzanne Choney.*

**Browse:** technology, featured, steve-jobs, u-s-patent-and-trademark-office

# VELLTURO
# EXHIBIT 121



News (http://allthingsd.com/category/news/)     Reviews (http://allthingsd.com/category/reviews/)

Mobile (http://allthingsd.com/category/mobile/)     Media (http://allthingsd.com/category/media/)

Enterprise (http://allthingsd.com/category/enterprise/)     Commerce (http://allthingsd.com/category/co

Voices (http://allthingsd.com/category/voices/)     Conferences (http://allthingsd.com/conferences/)

Jobs (http://www.fins.com/allthingsd-jobs/)

**A note about tracking cookies**

Some of the advertisers and Web analytics firms used on this site may place "tra your computer. We are telling you about them right upfront, and we want you to these tracking cookies if you like. Read more »

This notice is intended to appear only the first time you visit the site on any computer.

**Dive Into Media Coverage**     Trending – Oracle to Court: Let's Trial Price Again (http://allthingsd.com/20



# Ina Fried (http://allthingsd.com/author/ina/)

ethics statement     bio     e-mail (mailto:ina@allthingsd.com)     RSS (http://allthingsd.com/author/i

# Samsung's Marketing Chief Aims to Stir Passion for Korea's Electronics Giant

JANUARY 30, 2012 AT 7:00 AM PT

Share     Share

Print (http://allthingsd.com/?p=168520&ak_action=printable)

Samsung marketing executive Younghee Lee wants consumers to stop thinking about her company.

Instead, Lee wants consumers to start *feeling* something about Samsung and its products.

(http://allthingsd.com/files/2012/01/Younghee-Lee-feature.jpg)



As head of marketing for the Korean electronics maker, Lee said she wants to figure out "how I can engage with consumers from the bottom of their heart, and not just be a big and functional and rational and reasonable brand."

Lee, who worked for cosmetics brands L'Oreal and Lancome before joining Samsung four and a half years ago, said she wants consumers to love Samsung, to be obsessed with the company and its products.

Nowhere is that more clear than in the company's current U.S. ad campaign (http://allthingsd.com/20111123/samsung-mocks-the-cult-of-apple-in-ad-for-galaxy-s-ii/), where the Korean company positions its products as the cooler alternative to the iPhone, despite the cultlike atmosphere that surrounds Apple.

"Especially in U.S., people are obsessed with Apple," Lee said, in a lengthy interview at the Consumer Electronics Show earlier this month. "It's time to change people's attention."

In the most recent ad installment (http://allthingsd.com/20120120/samsung-gears-up-for-super-bowl-spot-with-another-anti-apple-ad/), the company even tries to turn its name into a verb, with one of the Apple fans noting that he has been "Samsunged."

The company plans to step up the attack in a Super Bowl ad on Sunday.

The Super Bowl spot — a first for Samsung's cellphone unit — is only the start of what is expected to be a major marketing blitz for the company. As it has for some time now, Samsung's phone division is a global Olympic sponsor.

This time, though, Lee said, the company will aim to more directly tie the games to a product launch, though she declined to say which product it might be. (Galaxy S III, anyone?)

(htt
mo

L

When Lee first joined Samsung, it was a bit hard to be taken seriously, she concedes. The Korean newspapers questioned why a technology company would turn to "a cosmetics lady."

"I bravely took this position," she said, adding that she challenged the company to speak in the language of consumers, rather than in geek speak. "Nobody was talking about consumer languages. I saw the huge potential there. I tried to interpret our difficult technology into consumer languages."

Slowly, her colleagues came around to the idea.

Lee says that while some see cosmetics and technology as having nothing in common, there are actually more similarities than one might think.

And while Lee knows that the phone industry is different from selling makeup or soap, she says there is a technology component and an emotional component to each, and it is important to capture both.

"Very often, people believe cosmetics are a box of hopes or illusions," Lee said. But in reality, they are based on science and innovation and technology.

And while there is perhaps a bit more high tech inside a smartphone, the science is just the starting point.

"Mobile can be a symbol of who you are," she said. "A lot of people believe 'what I have in my hands is me.'"

Tagged with: Apple (http://allthingsd.com/tag/apple/), Galaxy, Galaxy S II, Samsung (http://allthingsd.com/tag/samsung/), Younghee Lee

## We recommend

**Apple Is Going to Spend a Lot of Money on ... Something (http://allthingsd.com/20111031/apple -is-going-to-spend-a-lot-of-money-on- something/)**

**BlueStacks Bringing Android Apps to Windows 8 (http://allthingsd.com/20120110/bluestacks- bringing-android-apps-to-windows-8/)**

**Apple Versus Samsung: Win Some, Lose Some (http://allthingsd.com/20120202/apple-versus- samsung-win-some-lose-some/)**

**Tobii's Eye-Tracking Tech Knows What You're Eyeing on Dating Sites (http://allthingsd.com/20120206/tobiis-eye- tracking-tech-knows-what-youre-eyeing-on- dating-sites/)**

**Wikia Says It's the Biggest Site Nobody — Including Its Millions of Readers — Has Ever Heard Of (Video) (http://allthingsd.com/20120206/wikia-says-its- the-biggest-site-nobody-including-its-millions-of -readers-has-ever-heard-of/)**

## From around the web

Content from Sponsors What's this?

**Samsung Wins Against Apple in the Netherlands on Tablet Design (http://www.cio.com/article/698656/Samsung_Wins_Ag** (CIO)

**Brightcove Sets IPO Price; Video Distributor Valued At $290.1M As Challenges Remain (http://www.tvexchanger.com/interactive-tv- news/brightcove-sets-ipo-price-video-distributor -valued-at-290-1-million/)** (TVexchanger.com)

**4 Manly iPad Cases (http://mylifescoop.com/featured- stories/2011/10/4-manly-ipad-cases.html)** (My Life Scoop)

**Pomodoro Smartphone Apps Promise a Cheap and Easy Productivity Boost (http://www.pcworld.com/businesscenter/article/24933** (PCWorld)

**New Demi Moore Photos (http://www.stylebistro.com/lookbook/Demi+Moore/C** (StyleBistro)

Like       1 person liked this.

**Add New Comment**                                      Login

Real-time updating is **paused**. (Resume)

**Showing 19 comments**                                     Sort by oldest first

**dreyfus_ffm (http://pulse.yahoo.com/_XENVNKXRXRIHZBGMN35N44M3VA)**
(http://disqus.com/yahoo-XFNVNKXRXRIH7BGMN35N44M3VA/)

"The next big thing is already here?" Oh, that will change everything, again.

1 week ago                                                         Like   Reply

**Stu Duncan (http://twitter.com/studuncan)**
(http://disqus.com/twitter-43182407/)

The next big thing is larger than that lady's face.

1 week ago   4 Likes                                              Like   Reply

**Dale P (http://gplus.to/FaustsHausUK)**, We'll play guitar and video games.
(http://disqus.com/FaustsHausUK/)

I would have an emotional feeling (besides contempt) for Samsung if they would stop slavishly copying
Apple's designs and come up with something unique.

The ads attacking Apple consumers aren't exactly endearing, either.

1 week ago   4 Likes                                              Like   Reply

**gamburg**
(http://disqus.com/gamburg/)

Just keep copying Apple, Samsung and you will do well.

1 week ago   2 Likes                                              Like   Reply

**T Tse**

Samsung is not copying Apple. Samsung is coming up with their own products that happen to sell quite
well.  Samsung is a multinational company that has it's consumer electronics division spanning from
refrigerators, washing machines, laptops, memory modules (which apple buys from them for the
macbook air line and iphones).  Apple didn't create everything that goes into their products, they just
had a vision of putting together all these product to produce stellar products.  You can tell Samsung to
stop copying their design but in reality Samsung has so many different phones and tablets that are so
different and running a different OS completely.  The components they use are even different.  The
only thing that may be the same at the beginning was the form factor but Samsung phones distinguish



themselves.  No one makes the mistake especially after 5 generations of iphones that they can be stupid enough to confuse one with the other.  Save the Samsung bashing, they make quality products as does Apple.  I own two beautiful Front load washer and dryer with polished steel look from Samsung.  I also own various Apple items: MBA, iphones, ipads and their stock.  I'm glad Samsung is in the game, keeps all these other companies on their toes.  Everyone fears Samsung, they used to license their technology but they've patented so many things that other companies rely on their patents to bring their product to life now.  Samsung is eating Sony's consumer electronics business for lunch and dinner.  It's not from copying, it's from innovation through research and development.  Give credit where credit is due.

1 week ago   3 Likes                                                                        Like   Reply

> 
>
> **oliversl**
> (http://disqus.com/oliversl/)
>
> burn!
> http://www.cultofmac.com/11625... (http://www.cultofmac.com/116250/samsung-does-not-copy -apple-at-all-sure/)
>
> Sorry, couldn't hold myself ;)
>
> 1 week ago   in reply to T Tse                                                          Like   Reply

> 
>
> **Perspectively**
> (http://disqus.com/Perspectively/)
>
> That it took you 500 words to explain how Samsung isn't copying Apple tells us all we need to know. If it were really true, your response would be shorter, like I will demonstrate here:
>
> "Apple isn't copying Samsung."
>
> See how easy that is?
>
> 1 week ago   in reply to T Tse   4 Likes                                                Like   Reply

>> **it is said**
>> (http://disqus.com/google-4025fe3659f1b2e09dfc15fdbc4b2c29/)
>>
>> It's called making a solid argument and not just saying "because I said so."
>>
>> 1 week ago   in reply to Perspectively   1 Like                                        Like   Reply



**Uncle Bernie (http://twitter.com/res08hao1)**
(http://disqus.com/twitter-176175778/)

I actually agree. And what I use is very definitely not Samsung. I will reserve my enthusiasm for Samsung for their line of chopsticks.

1 week ago                                                                                Like   Reply

2/7/2012



**Gary D**
(http://disqus.com/google-869d61c4bce64b064f5beff8f8f69eb6/)

If Samsung want's the US's attention, they need to stop neglecting us. It seems that the US region is the LAST region to get any new Samsung products. Want a Galaxy Tab 7.7? Not in the US! How about that great "galaxy note" that Samsung keeps telling everyone about? The US will only see it 3-4 months after the rest of the world (and then it'll be the snapdragon downgraded version.) Of course, you can import the Note, but then you'll have no warranty.If Samsung wants my attention and love, they'll have to do better than only offering me sloppy seconds.

1 week ago                                                                    Like   Reply



**The Calm Critic**, Linux on Apple (someday...). Win 7 Ultimate 64bit/Linux Mint Debian E...
(http://disqus.com/The_Calm_Critic/)

On the contrary NA users should blame the market and CARRIERS, not phone makers. It's ultimately NOT in Samsung's favor in having had to come up with multiple Galaxy S II variants (and got severe flak for market flooding in the process) as it's not really their call. That circus alone excluding the required FCC filings along with it wastes time to market.

1 week ago    in reply to Gary D                                             Like   Reply



**cendrizzi**
(http://disqus.com/cendrizzi/)

They are doing great. As a person who has waited in line for an Apple product before (like an hour) I love how they are making fun of me. Instead of making fun of people who get excited about technology (their potential customers), how about making products that will create the same reaction? Sorry, this isn't something that just needs to change from a marketing perspective. Samsung makes some good products and some bad ones. It's a company that seems to just throw as many products as they can at the market to see which ones stick. None of which fosters the kind of excitement and loyalty they are hoping for ("hoping for" after making fun of it that is).

1 week ago                                                                    Like   Reply



**समीर शाह (http://disqus.com/samirsshah)**, A pundit of "Computer and Communications Future"....
(http://disqus.com/samirsshah/)

Lee should have a say in strategy and then then and then only the wheel woul be complete.

1 week ago                                                                    Like   Reply



**Carl K**
(http://disqus.com/google-6eaf726921efce8f14e43f1b64cff9c0/)

minor correction: she is the Head of Marketing for Mobile Communications business unit within Samsung Electronics.

1 week ago                                                                    Like   Reply

2/7/2012

 **समीर शाह (http://disqus.com/samirsshah)**, A pundit of "Computer and Communications Future"....
(http://disqus.com/samirsshah/)

Most of Samsung's staretegy is sound but you just have too many variations of your models worldwide. As a first step you should limit to 10 variations of featurephones + 10 variations of smartphones + 10 variations of tablets worldwide and go on reducing from there. JUST DO NOT BOW DOWN TO WHIMS OF CARRIERS. MULTIPLE VARIATIONS CONFUSE CUSTOMERS.

As you know Apple is not willing to continue iPad 2 when iPad 3 comes even if I tried to convince them otherwise and even if that may be good for them in cometing with Amazon and you know the whole story. You have hundreds of variations some even having different processors and beseband receivers. You are big enough to forgo some some business for rationality of strategy in limiting variations.

1 week ago                                                                    Like   Reply

 **Wikileaks is Democracy (http://pulse.yahoo.com/_ROSNCEUH6GSBXAWCKQZK2XQAFY)**
(http://disqus.com/yahoo-ROSNCEUH6GSBXAWCKQZK2XQAFY/)

I guess she's holding an iPhone in order to become more like Apple.

1 week ago                                                                    Like   Reply

 **00DC2**
(http://disqus.com/00DC2/)

haha thats not an iPhone... just goes to show, they really do copy apple

6 days ago   in reply to Wikileaks is Democracy                              Like   Reply

 **NaughtayMonkay**
(http://disqus.com/NaughtayMonkay/)

Just wait until Samsung sees the abysmal sakes numbers after the ad, coupled with negative reputation that Samsung will acquire after these ads air. They'll most likely fire Ms.Lee who clearly does not understand how American viewers' minds work. I am pretty sure that few will sympathize with a brand that depicts a bunch of people as sort of ugly dorks while some stereotypically "good looking" and "cool" Samsung Galaxy users wave their stretched pixel large screen phones in mockery. She should watch Napoleon Dynamite.

1 day ago   1 Like                                                           Like   Reply

 **Immortal78**
(http://disqus.com/Immortal78/)

It's FUGLY! Keep trying Samsung. You'll never be like APPLE!!

1 day ago                                                                     Like   Reply

✉ Subscribe by email

2/7/2012

 RSS (http://allthingsd-
mobilized.disqus.com/samsung8217s_marketing_chief_aims_to_stir_passion_for_korea8217s_electronics_giant/late:

AllThingsD.com is a Web site devoted to
news, analysis and opinion on technology,
the Internet and media. But it is different
from other sites in this space. It is a fusion
of different media styles, different topics,
different formats and different sources.
Read more » (http://allthingsd.com/about/)

About Us
» (http://allthingsd.com/about/)

Contact Us
» (http://allthingsd.com/contact/)

Register to Comment
» (http://allthingsd.com/signup/)

Comments Policy
» (http://allthingsd.com/comments/)

FAQ
» (http://allthingsd.com/faq/)

Terms of Service
» (http://allthingsd.com/terms/)

Privacy Policy - UPDATED
10/18/2011
» (http://allthingsd.com/privacy/)

Your Ad Choices
» (http://allthingsd.com/privacy/#ad_ch

Cookies Policy
» (http://allthingsd.com/trackingcookie

Advertise With Us
» (http://allthingsd.com/advertise/)

Send a Tip
» (http://allthingsd.com/tips/)

Daily Newsletter
» (http://allthingsd.com/subscribe/#em

Subscribe to more
**AllThingsD** content
» (http://allthingsd.com/subscribe/)



(http://allthingsd.com/mobile/iphone/)

© 2005-2012 Dow Jones & Company Inc. (http://www.dowjones.com/)   All Rights Reserved.
(http://allthingsd.com/terms/) · Powered by WordPress.com VIP (http://vip.wordpress.com/)

# VELLTURO
# EXHIBIT 122



Welcome to the U.S. News and Panelist Site

REGISTER | LOGIN

# YouGov® What the world thinks

| LATEST FINDINGS | PANEL MEMBERS | RESEARCH SERVICES |

## iPhone scores drop as Samsung Galaxy ads mock Apple fanboys
by Ted Marzilli in BrandIndex and Consumer

**WED DECEMBER 14 2011, 8:09 A.M. PST**





Like  10

Samsung has just edged past the iPhone in consumer perception (adults 18+), likely powered by their new set of ads bashing the Apple fanboys who camp out for hours to buy the new iPhone.

Another Samsung ad brings up the biggest public sore point about the iPhone-its short battery longevity.

The two snarky ads, which promote the Galaxy SII, appear to be affecting the iPhone's consumer perception, sending it into decline around the time the first ad appeared and continuing now.  At the same time, Samsung's perception has crept up gradually and just surpassed iPhone last week. The ads were released around November 22nd and December 1st.

The downward and upward perception movement of the iPhone and Samsung respectively is driven mostly by adults 50+.

Samsung and iPhone were measured with YouGov BrandIndex's Buzz score, which is determined from asking respondents: "If you've heard anything about the brand in the last two weeks, through advertising, news or word of mouth, was it positive or negative?"

YouGov BrandIndex measurement scores range from 100 to -100 and are compiled by subtracting negative feedback from positive. A zero score means equal positive and negative feedback.

The iPhone's buzz score began sinking around November 28, with a buzz score of 33 - the current score is 25. Samsung, whose buzz score was 19 compared to the iPhone's 29 on October 3rd, is now at 26.

Please read our community rules before posting.



Login