2

## List of Materials Considered

- U.S. Patent No. 8,074,172

- Prosecution History for U.S. Patent No. 8,074,172

- Longe (US Patent Application Pub. 2006/0274015)

- Rainisto US Patent Application Pub. (2006/0265648)

- Kushler (US Patent Application Pub. 2007/0040813)

- Knaven (US Patent Application Pub. 2006/0152496)

- Samsung Galaxy Nexus

- Photographs of Samsung Galaxy Nexus

- Specifications for Samsung Galaxy Nexus, available at http://www.google.com/nexus/register.html#/tech-specs

- Apple iPhone 4S

- Photographs of Apple iPhone 4S