3



LoginFilter.UsernameFilterGeneric
LoginFilter.UsernameFilterGMail
NoCopySpan.Concrete
Selection
Spannable.Factory
SpannableString
SpannableStringBuilder
SpannedString
StaticLayout
TextPaint
TextUtils
TextUtils.SimpleStringSplitter

### Enums

Layout.Alignment
TextUtils.TruncateAt

Use Tree Navigation

### Parameters

*view*   used to retrieve the current Locale and Resources.

### Returns

the number of entries in the auto text dictionary

Except as noted, this content is licensed under Apache 2.0. For details and restrictions, see the Content License.
Android 4.0 r1 - 01 Feb 2012 20:50
Privacy & Terms - Brand Guidelines - Report Document Issues