4

# GALAXY NEXUS

Features | Gallery | Tech Specs | Help | Buy



**Main Features**

HD Contour display
Super AMOLED 720p screen
Software keys

Volume controls
Power button
3.5mm audio jack
Video out with Micro-USB

1.3MP front camera
5MP low-light optimized rear camera
Camera flash

Front speaker
Rear speaker
Textured back cover

# Tech Specs

## Hardware

**Screen**
- 4.65" HD(1280 x 720) Super AMOLED
- Contour Display (curved glass)

**Size (mm)**
- 67.94 X 135.5 X 9.47 (LTE)

**Weight**
- 145.5 g (5.1 OZ)

**Memory**
- Storage: 32GB
- Memory: 1GB RAM

**Camera**
- 5MP continuous auto focus
- 1.3MP Front
- LED Flash
- Zero shutter lag
- Video recording in 1080p

**Features**
- **BATTERY:** 1850mAh
- **OS:** Ice Cream Sandwich (Android 4.0)
- **CPU:** 1.2 GHZ dual core processor
- **NOTIFICATION:** 3 color LED
- **MICS:** 2 Mics
- **BUTTONLESS**
- **NFC**
- **ACCELEROMETER**
- **GYRO**

**Data**
- LTE/CDMA
- WIFI
- BLUETOOTH

**Network**
- Varies

**USB**
- Micro USB

- COMPASS
- PROXIMITY/LIGHT
- BAROMETER

   

United States

© Google – Terms of Service – Privacy Policy