5









The world of mice could often be described charitably as stagnant: it's an endless sea of ergonomic shapes that assume you're sitting ...

**NewerTech and Targus USB Hubs For Gifts**



A useful holiday present to resolve an ongoing frustration is a multi-port hub. Whether as a stocking stuffer, Chanukah present, or an ...

**X-Rite ColorMunki Photo**



Color calibration is the art of tweaking your monitor so that the colors represented on screen better match real life and your printer ...





Buy a printer with a new Mac. Save up to $100. Mail-in rebate. Terms and conditions apply.

Learn more ▸

**10 Most Discussed**

Judge takes Apple Store workers to task for i...

Neil Young: Steve Jobs preferred vinyl, wante...

Samsung shows 'retina' tablet LCD, 2GHz chip ...

FileVault encryption keys easily uncovered, w...

Samsung marketing lead hopes to shake Apple's...

Snow Leopard Security Update breaks Rosetta s...

Bizarre Taiwanese ad depicts Jobs using Andro...

NYT reposts Foxconn story in China, to differ...

Wisconsin schools to get iPads from Microsoft...

iBooks Author update clarifies EULA terms on sales

US education, FCC officials push for digital ...

New RIM chief tries rival devices, vows 'a lo...

Apple's Siri gets multiple plugs on Big Bang ...

Samsung teases Super Bowl ad, reveals it's a ...

Bug in iTunes Match may switch 'explicit' and...



Can you Type? Earn $387/Day Working From Home

Keeping that in mind, there's no denying that the Galaxy Nexus is a big phone -- very big. An iPhone 4S next to it looks miniscule, even though Apple makes a very usable smartphone. The height may be the biggest

factor for shallow pockets: at 5.33 inches, it's almost a full inch taller than the iPhone and still taller than most big-screened Android phones. Tight jeans won't have a problem, though, since the 0.37-inch Verizon LTE model and 0.35-inch HSPA+ world version are both fairly thin.

Spinning around the phone shows some attention to detail in controls and ports. The power and volume buttons are well-placed at the upper sides, and we're fans of both the center-bottom micro USB port (with MHL video out to HDMI through an adapter) and the bottom headphone jack. They both make docking easier and keep headphone cords from draping over the top. The right side has what Samsung calls a pogo pin connector for accessory docks, and there will be both a multimedia dock (for $69) and a vehicle mount ($50) that should give a rare level of direct accessory support that we expect will be fairly broad.

We did find ourselves periodically hitting the volume buttons by accident when the phone was being used in landscape, and it's noteworthy that there's no dedicated camera button or hardware shortcut here.
As the first Android 4.0 phone, the Galaxy Nexus might be a few shocks for long-time Android fans in what you won't see. There's no front hardware navigation buttons. All of Android's usual controls are moved to the touchscreen. We'll touch on the impact for software later, but in hardware, it's mostly a positive since there's less to break and less chance of accidentally brushing against a button, since the phone's chin is less occupied. What sits there is only a stealth notification light that's both nicely subtle and color-coded, making it possible to tell whether it's a new Twitter message or new e-mail.





The other shock isn't as pleasant. Although you can replace the battery, there's no microSD card slot at all, so you're limited to whatever built-in storage is on the phone. Google's Dan Morrill has given an explanation that it's needed for uninterrupted space; key changes in Android 4.0's file handling and the absence of a card slot means that you can use all free storage any way you want. It's a rare concession that Apple may have had the right idea, and that too many Android 2.x phones have 16GB of total space but waste gigabytes of it because the OS limits what can be installed in certain areas.

Unfortunately, that still means that whatever storage you get is what you'll have forever. On the 32GB model

that isn't much of a problem, but the Verizon model is limited to 16GB of space. USB Mass Storage mode doesn't work because of the unified space, either. If you use a 16GB version, you'll have to thrive on Google Music or other cloud media services, since it may not be enough to keep everything locally. And certain integrated modes that need USB Mass Storage, such as in-car audio and TVs with basic media loading, won't work the way they do on the iPhone.

Having said this, it's not quite the end if you need to get files on or off. Windows systems can still see the Galaxy Nexus as an MTP (Media Transfer Protocol) device. On a Mac, you have access to Android File Transfer, which isn't much more than a basic browser but is enough to get the job done. Google is of course hoping that you'll use Google+ to share your photos, YouTube for your videos, and Google Music to stream your song collection. They work well and are probably the future. All the same, Apple is still the king of local media sync.

**The Super AMOLED HD display**

The Galaxy Nexus isn't the first 720p (720x1280) smartphone. HTC's Rezound, LG's Optimus LTE, and Samsung's own Galaxy S II HD LTE (the basis for the Galaxy Nexus) were all there first, if just by a matter of weeks.

That doesn't dilute the impact of the 4.65-inch display in Google's new reference phone. Quite simply, it's one of the best mobile displays in the field, and that's after overcoming what some see as a setback. Samsung uses what it calls a Super AMOLED HD display. Although the screen uses RGBG (red, green, blue, green) PenTile, a technique that shares green pixels that has led to some poor displays like that on the Motorola Droid RAZR, the output is very pleasing. Having such a high pixel density, 315 pixels per inch, eliminates the fuzziness and creates an iPhone 4-like level of fidelity. The large screen size here works in its favor, too, since it's easier to appreciate the extra detail in a movie or an e-book than on the iPhone.





Colors are vivid, although it's here that Apple, HTC, and LG have a slight advantage. Like the Super AMOLED Plus of the Galaxy S II, the Galaxy Nexus' color behavior is occasionally exaggerated. Reds and greens are occasionally punched up too far. Some like that slightly bolder look, though, and it's still visibly more neutral than on the original Galaxy S.

As for the curved glass, it's a slight angle and doesn't affect the interface. Samsung isn't using Gorilla Glass, but it's using toughened glass that should guard against casual scratches. We wouldn't quite trust it to stay intact after a steep drop. Our biggest issue is with the ambient light sensor settings. It's aggressively tuned to dim faster than it should, so you may want to flip to manual control if you don't mind using more battery.

**Android 4.0**

It's odd to consider that Android 4.0, Ice Cream Sandwich, is the first truly major change to the interface on smartphones almost since Android was overhauled for touch before it launched in 2008. For us, it's long overdue. Even in Android 2.3, where Google started considering OS polish an important feature, the platform always came across as utilitarian. It was functional and often had more features, but not elegant and at times rough.

Just on a casual glance, it's clear the new OS is at least more visually consistent. Google's user experience head Matias Duarte has been focused on interface consistency and polish ever since Android 3.0 reached tablets, and it's much more apparent here. While it's not the "holographic" look, it has a sparing, modern appearance that stands out, especially with the much more distinctive Roboto font.





More importantly, it's going for a much more consistent interface. The app tray, many built-in apps, and other parts of the interface are all navigable through a swipe-oriented interface that's easier to understand. We most of all like the improvements the swipe concept brings to multitasking and notifications. Finally, you can clear individual notifications just by tossing them aside, and the thumbnail-based app switcher from Android 3.0 has been given a much-needed ability to quit apps directly, instead of having to duck into the settings or a third-party app. Apple has had direct app quitting since 2010 and clearing notifications from individual apps for a

few weeks, but it's good to see that Google has drawn even and (through thumbnails) pulled slightly ahead.

Moving basic navigation buttons to the touchscreen, on devices like the Galaxy Nexus that don't have hardware buttons, proves to be a smart decision in practice. The buttons are now context-sensitive and only show what's needed, if they're needed at all. Watch video and they hide away. Rotate the screen and the buttons rotate as well. Going this route, along with making a 16:9 wide aspect ratio the preferred ratio, encourages developers (including Google) to put more interface elements on the home screen instead of burying them in Windows PC-like menus.

There are numerous minor but important touches. Folders have existed in the past. It's only in the new Android version, though, that they're truly intuitive. Google here is taking a page more directly from last year's iOS 4 here: it only takes a drag-and-drop between icons on the home screen to group apps together. Widget resizing has carried over from the tablet to the phone for those who want more news, bookmarks, or other features, and it's easy to manipulate. We're not so keen on Face Unlock, one of Google's party tricks; it's a fresh way to unlock your phone just by staring at it, but it takes a few seconds to launch and can be thwarted by a photo. Google has admitted it's not strong security, but a pattern unlock is arguably both faster and more secure, especially if you're in a nightclub.

So many of the apps have been given fundamental makeovers that it's almost difficult to know where to begin. The browser is the most appreciable. Android 4.0 finally takes advantage of multi-core processors and leaps from trailing at about half the load time of an iPhone 4S to just as quick, if not slightly more. It now has a much-needed built-in support for Chrome Sync to carry over bookmarks and save pages for later, both parallels to Apple's longstanding bookmark syncing and its more recent Reading List. Real tabbed browsing isn't possible because of the screen limits, but the tabs are shrunken and can be swiped out. There's still some choppiness when scrolling, and we're still somewhat irked by Android's text reflow features, but pinch-to-zoom and other notorious choke points have been cleared up. Samsung's TouchWiz-modified browser is slightly more responsive. Still, it's enough to change the stock Android browser from being somewhat awkward to a tool you want to use.





The improvements go on. Gmail is basically the Android 3.0 app, but actually improves through the smaller space: it uses swipes to drill down from the top level to individual mail threads, and it's considerably faster either than the tablet or Android 2.3 apps with auto-completion for contacts and many more of the common controls in one concentrated area. The calendar uses multi-touch to let you zoom in and out of the daily schedule, and unifies multiple calendars with apps having freedom to add their own events. Swiping makes Google Talk conversations easier to manage. Google's notion of a contact list has also been replaced with People; in a part nod to Windows Phone's People Hub, it focuses more on tracking what people are doing, such as their Google+ updates, rather than just their addresses and contact information.

Photography has been given an improvement as well, but we'll address those features with the cameras themselves. A new Data Usage app may be the most practical app in a time of shrinking bandwidth caps and overage fees. It not only gives a timeline of data use and the ability to set warnings and hard cutoffs at certain bandwidth levels, but lets you track and manage use by the individual app. Discovering that Google+ Instant Uploads are using too much bandwidth or that you might need a lower-bandwidth radio stream is helpful, and here it's generally easy.

Input itself deserves some mention, as Android 4.0 and the Galaxy Nexus may represent the first time a stock Android keyboard has been genuinely desirable. It now has a more accurate and intuitive system for auto-correcting words, and has a smart auto-suggestion system. Again, it still feels like a bit of a catch-up, but it takes Android from often practically demanding a keyboard set like Swype or SwiftKeysX to being very usable on its own. We can fly through long messages with a minimum of mistakes. It will even restore words to their original if you meant to type them that way by backspacing after an auto-correct, although this occasionally backfires and undoes a correction you wanted to keep.

Voice recognition has been given a boost, although here it's an instance where Google has more clearly dropped back. Android 4.0 has an "open mic" system that now lets you dictate a whole message and provides ready-made hot links to correct any mistakes it made. At its root, though, it's still the same basic Voice Actions system we saw as far back as Android 2.2. While useful for basic searches and commands, it's not nearly as clever as Siri on the iPhone 4S. Apple's dictation is generally more accurate and, importantly, understands natural language commands. You can ask Siri "will it rain tomorrow?" and get both a direct answer as well as the following day's detailed forecast; Android 4.0 tends to take a much narrower list of commands and doesn't

string commands together very well. Between Apple and Google, Apple has the voice system we're more likely to regularly use.



All told, Android 4.0 is generally a big step forward and feels whole -- something we couldn't entirely say of 2.3, or even 3.2. Our only major jitters for now are over how it might appeal to a casual user. As improved as it is, the Android 4.0 look may seem too science fiction-inspired and put off those who might like the friendlier look and feel of an iPhone. And while fans might claim that the iPhone is too simple, it's often still the easiest to use for those who just want to get to an app with a minimum of fuss.

**Side-notes: the barometer, GPS, and NFC**

The Galaxy Nexus marks the introduction of an unusual addition to the list of sensors found in a smartphone: a barometer. Rather than help check the weather, though, it's to help improve the accuracy of the GPS by checking the local pressure and verify the altitude.

While potentially helpful, we had a mixed result with GPS on the Galaxy Nexus in practice. It's very fast in finding the position when on Wi-Fi, but away it was either hot or cold, accurate or only generally in the right area. Compare that to the iPhone 4S, which is usually accurate on GPS alone and takes just a few seconds to go from a cold start to on target. You can still depend on the Nexus for directions, but it's the difference between having to guess or being certain.