

**Infringement by Samsung Galaxy Nexus of U.S. Patent No. 8,074,172**

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| 18.  A graphical user interface on a portable electronic device with a keyboard and a touch screen comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Nexus provides a graphical user interface on a portable computer, as evidenced by the presence of a CPU, memory devices, and a display device, and due to its size (67.94 X 135.5 X 9.47 mm or 5.33" x 2.67" x 0.37").  (Singh Dec. Exh. 4)<br><br>For example, Samsung's website lists the Galaxy Nexus within the category "Mobile Devices," and more particularly within the subcategory of "Smartphones" that run "Android OS".  *Id.*<br><br>The Samsung Galaxy Nexus has a 1.2 GHz dual core processor.  *Id.*<br><br>**CPU**<br><br>**Processor Speed, Type**  1.2GHz Dual-Core Processor<br><br>The Samsung Galaxy Nexus also has storage as indicated in the Specifications, Exhibit 1 and indicated below.<br><br>**Memory**<br><br>▫  Storage: 32GB<br><br>Memory: 1GB RAM |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | As shown below, and in the specifications, the Samsung Galaxy Nexus's CPU is coupled to a 4.65 inch, 1280 x 720 pixel color Super AMOLED touch screen display.  (*See id.*):<br><br>Display<br><br>**Main Display Resolution** — 1280x720 pixels<br><br>**Main Display Size** — 4.65" Display<br><br>**Main Display Technology** — HD Super AMOLED™ contoured display<br><br>For further example, the Samsung Galaxy Nexus provides a graphical user interface as shown and provides a virtual keyboard and a touch screen.<br><br>The virtual keyboard can be shown in the figure below: |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| |  |
| first area of the touch screen display that | In the Samsung Galaxy Nexus email App, as the user the inputs the characters in "This is a new messaf," the Samsung Galaxy Nexus displays "This is a new messaf" as a character string on the touch screen in a first area of the touch screen display (shown with the longer blue line) below. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| displays a current character string being input by a user with the keyboard; | <br><br>(*See* Singh Dec. Exh. 8, http://android-developers.blogspot.com/2009/04/updating-applications-for-on-screen.html; Singh Dec. Exh. 9, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Get started > Touch & type", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1637532&topic=1634159&ctx=topic ("To |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | type something, such as a name, password, or search terms, just touch where you want to type.  A keyboard pops up that lets you type into the field."); Singh Dec. Exh. 10, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Enter & edit text > Use the keyboard", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1646288&topic=1646287&ctx=topic.) |
| in a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; | In a second area of the touch screen display, the current string and a suggested replacement string are displayed.

**Current String**

**Suggested String**

**Second Area** |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | The second area is separate because it is below the text input area that comprises the first area and is differentiated by the use of different background color.<br><br>(*See* Singh Dec. Exh. 8, http://android-developers.blogspot.com/2009/04/updating-applications-for-on-screen.html; Singh Dec. Exh. 10, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Enter & edit text > Use the keyboard", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1646288&topic=1646287&ctx=topic ("As you type, the keyboard displays suggestions above the top row of keys. To accept a suggestion, touch it."); Singh Dec. Exh. 9, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Get started > Touch & type", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1637532&topic=1634159&ctx=topic; Singh Dec. Exh. 11, http://developer.android.com/reference/android/widget/TextView.html; Singh Dec. Exh. 3, http://developer.android.com/reference/android/text/AutoText.html.) |
| wherein; the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | If the user presses the "Space" bar on the keyboard, the delimiter character, the current character string is replaced by the suggested string. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | <br><br>(*See* Singh Dec. Exh. 10, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Enter & edit text > Use the keyboard", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1646288&topic=1646287&ctx=topic; Singh Dec. Exh. 9, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Get started > Touch & type", available at |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1637532&topic=1634159&ctx=topic; Singh Dec. Exh. 5, http://www.macnn.com/reviews/samsung-galaxy-nexus.html; Singh Dec. Exh. 7, http://www.laptopmag.com/review/cellphones/samsung-galaxy-nexus.aspx; Singh Dec. Exh. 11, http://developer.android.com/reference/android/widget/TextView.html; Singh Dec. Exh. 3, http://developer.android.com/reference/android/text/AutoText.html.) |
| the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | If the user performs a first gesture of pressing on the suggested replacement string, the current character string is replaced by the suggested string. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | <br><br>First gesture press area<br><br>(*See* Singh Dec. Exh. 10, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Enter & edit text > Use the keyboard", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1646288&topic=1646287&ctx=topic ("As |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | you type, the keyboard displays suggestions above the top row of keys. To accept a suggestion, touch it."); Singh Dec. Exh. 9, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Get started > Touch & type", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1637532&topic=1634159&ctx=topic; Singh Dec. Exh. 11, http://developer.android.com/reference/android/widget/TextView.html; Singh Dec. Exh. 3, http://developer.android.com/reference/android/text/AutoText.html; Singh Dec. Exh. 5, http://www.macnn.com/reviews/samsung-galaxy-nexus.html; Singh Dec. Exh. 7, http://www.laptopmag.com/review/cellphones/samsung-galaxy-nexus.aspx.) |
| the current character string in the first area is kept if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current string, the current character string is kept. |

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| |  |

Second gesture press area

(*See* Singh Dec. Exh. 10, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Enter & edit text > Use the keyboard", available at
http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1646288&topic=1646287&ctx=topic; Singh Dec. Exh. 9, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Get started > Touch & type",

| Claim 18 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
|  | available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1637532&topic=1634159&ctx=topic; Singh Dec. Exh. 11,  http://developer.android.com/reference/android/widget/TextView.html; Singh Dec. Exh. 3, http://developer.android.com/reference/android/text/AutoText.html; Singh Dec. Exh. 5, http://www.macnn.com/reviews/samsung-galaxy-nexus.html; Singh Dec. Exh. 7, http://www.laptopmag.com/review/cellphones/samsung-galaxy-nexus.aspx.) |

| Claim 19 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| 19. A portable electronic device comprising[2]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Nexus is a portable computer, as evidenced by the presence of a CPU, memory devices, and a display device, and due to its size (67.94 X 135.5 X 9.47 mm or 5.33" x 2.67" x 0.37").  (Singh Dec. Exh. 4) |
|  | For example, Samsung's website lists the Galaxy Nexus within the category "Mobile Devices," and more particularly within the subcategory of "Smartphones" that run "Android OS".  *Id.* |
|  | The Samsung Galaxy Nexus has a 1.2 GHz dual core processor.  *Id.* |

---

[2] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 19 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | **CPU**<br><br>**Processor Speed, Type**      1.2GHz Dual-Core Processor<br><br><br>The Samsung Galaxy Nexus also has storage as indicated in the Specifications, Exhibit 1 and indicated below.<br><br>**Memory**<br><br>▫  Storage: 32GB<br><br>Memory: 1GB RAM<br><br><br>As shown below, and in the specifications, the Samsung Galaxy Nexus's CPU is coupled to a 4.65 inch, 1280 x 720 pixel color Super AMOLED display.  (*See id.*): |

| Claim 19 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | <br><br>**Display**<br><br>**Main Display Resolution** — 1280x720 pixels<br><br>**Main Display Size** — 4.65" Display<br><br>**Main Display Technology** — HD Super AMOLED™ contoured display |
| one or more processors; | The Samsung Galaxy Nexus comprises one or more processors.<br><br>The Samsung Galaxy Nexus has a 1.2 GHz dual core processor. *Specifications,* Exhibit 1:<br><br>**CPU**<br><br>**Processor Speed, Type** — 1.2GHz Dual-Core Processor |

| Claim 19 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| a touch screen display; | The Samsung Galaxy Nexus comprises a touch screen display.<br><br><br><br>For example, as shown in the photo above and as indicated in the Specifications, Exhibit 1, the Samsung Galaxy Nexus has a color Super AMOLED display: |

15

| Claim 19 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | **Display**<br><br>**Main Display Resolution**      1280x720 pixels<br><br>**Main Display Size**      4.65" Display<br><br>**Main Display Technology** .      HD Super AMOLED™ contoured display |
| memory; and one or more programs stored in the memory and configured to be executed by the one or more processors, one or more programs including: | The Samsung Galaxy Nexus comprises memory and one or more programs stored in the memory and configured to be executed by the one or more processors.<br><br>For example, the Samsung Galaxy has storage and memory as indicated in the Specifications, Exhibit 1:<br><br>**Memory**<br><br>Storage: 32GB<br><br>Memory: 1GB RAM<br><br>The Samsung Galaxy Nexus operates the Android 4.0 operating system and applications that execute on that operating system. |
| instructions for displaying, in a first area of the touch screen display, a current | The Samsung Galaxy Nexus comprises memory and one or more programs stored in the memory and configured to be executed by the one or more processors, one or more processors including instructions for displaying, in a first area of the touch screen display, a current character string being input by a user with a keyboard.<br><br>For example, In the Samsung Galaxy Nexus email App, as the user inputs the characters in "This is a new messaf," the Samsung Galaxy Nexus displays "This is a new messaf" as a character string on the touch screen in a |

| Claim 19 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| character string being input by a user with a keyboard; | first area of the touch screen display (shown with the longer blue line) below.<br><br><br><br>(*See* Singh Dec. Exh. 8, http://android-developers.blogspot.com/2009/04/updating-applications-for-on-screen.html; Singh Dec. Exh. 9, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Get started > Touch & type", available at |

| Claim 19 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1637532&topic=1634159&ctx=topic ("To type something, such as a name, password, or search terms, just touch where you want to type.  A keyboard pops up that lets you type into the field."); Singh Dec. Exh. 9, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Enter & edit text > Use the keyboard", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1646288&topic=1646287&ctx=topic.) |
| instructions for displaying, in a second area of the touch screen display separate from the first area, current character string and a suggested replacement character string for the current character string; | In a second area of the touch screen display, the current string and a suggested replacement string are displayed.<br><br>Current String |

| Claim 19 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| |  |

(See Singh Dec. Exh. 8, http://android-developers.blogspot.com/2009/04/updating-applications-for-on-screen.html; Singh Dec. Exh. 10, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Enter & edit text > Use the keyboard", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1646288&topic=1646287&ctx=topic ("As you type, the keyboard displays suggestions above the top row of keys. To accept a suggestion, touch it."); Singh Dec. Exh. 9, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Get started > Touch & type", available at

| Claim 19 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1637532&topic=1634159&ctx=topic; Singh Dec. Exh. 11, http://developer.android.com/reference/android/widget/TextView.html; Singh Dec. Exh. 3, http://developer.android.com/reference/android/text/AutoText.html.) |
| instructions for replacing the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | If the user presses the "Space" bar on the keyboard, the delimiter character, the current character string is replaced by the suggested string.<br> |

| Claim 19 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | (*See* Singh Dec. Exh. 10, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Enter & edit text > Use the keyboard", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1646288&topic=1646287&ctx=topic; Singh Dec. Exh. 9, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Get started > Touch & type", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1637532&topic=1634159&ctx=topic; Singh Dec. Exh. 5, http://www.macnn.com/reviews/samsung-galaxy-nexus.html; Singh Dec. Exh. 7, http://www.laptopmag.com/review/cellphones/samsung-galaxy-nexus.aspx; Singh Dec. Exh. 11, http://developer.android.com/reference/android/widget/TextView.html; Singh Dec. Exh. 3, http://developer.android.com/reference/android/text/AutoText.html.) |
| instructions for replacing the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | If the user performs a first gesture of pressing on the suggested replacement string, the current character string is replaced by the suggested string. |

| Claim 19 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | <br><br>First gesture press area<br><br>(*See* Singh Dec. Exh. 10, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Enter & edit text > Use the keyboard", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1646288&topic=1646287&ctx=topic ("As |

| Claim 19 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | you type, the keyboard displays suggestions above the top row of keys. To accept a suggestion, touch it."); Singh Dec. Exh. 9, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Get started > Touch & type", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1637532&topic=1634159&ctx=topic; Singh Dec. Exh. 11, http://developer.android.com/reference/android/widget/TextView.html; Singh Dec. Exh. 3, http://developer.android.com/reference/android/text/AutoText.html; Singh Dec. Exh. 5, http://www.macnn.com/reviews/samsung-galaxy-nexus.html; Singh Dec. Exh. 7, http://www.laptopmag.com/review/cellphones/samsung-galaxy-nexus.aspx.) |
| instructions for keeping the current character string in the first area if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | If the user performs a second gesture of pressing on the current string, the current character string is kept. |

| Claim 19 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| |  |

Second gesture press area

(*See* Singh Dec. Exh. 10, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Enter & edit text > Use the keyboard", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1646288&topic=1646287&ctx=topic; Singh

| Claim 19 of the '172 Patent | Infringement by Samsung Galaxy Nexus |
|---|---|
| | Dec. Exh. 9, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Get started > Touch & type", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1637532&topic=1634159&ctx=topic; Singh Dec. Exh. 11, http://developer.android.com/reference/android/widget/TextView.html; Singh Dec. Exh. 3, http://developer.android.com/reference/android/text/AutoText.html; Singh Dec. Exh. 5, http://www.macnn.com/reviews/samsung-galaxy-nexus.html; Singh Dec. Exh. 7, http://www.laptopmag.com/review/cellphones/samsung-galaxy-nexus.aspx.) |

| Claim 27 of the '172 Patent | Infringement by Samsung |
|---|---|
| 27. A portable electronic device comprising[3]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Nexus is a portable computer, as evidenced by the presence of a CPU, memory devices, and a display device, and due to its size (67.94 X 135.5 X 9.47 mm or 5.33" x 2.67" x 0.37").  (Singh Dec. Exh. 4)

For example, Samsung's website lists the Galaxy Nexus within the category "Mobile Devices," and more particularly within the subcategory of "Smartphones" that run "Android OS".  *Id.*

The Samsung Galaxy Nexus has a 1.2 GHz dual core processor.  *Id.*

CPU

Processor Speed, Type            1.2GHz Dual-Core Processor |

---

[3] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting.  Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

| Claim 27 of the '172 Patent | Infringement by Samsung |
|---|---|
| | The Samsung Galaxy Nexus also has storage as indicated in the Specifications, Exhibit 1 and indicated below.<br><br>Memory<br><br>**Internal Memory**     32GB<br><br>As shown below, and in the specifications, the Samsung Galaxy Nexus's CPU is coupled to a 4.65 inch, 1280 x 720 pixel color Super AMOLED display.  (*See id.*):<br><br>Display<br><br>**Main Display Resolution**     1280x720 pixels<br><br>**Main Display Size**     4.65" Display<br><br>**Main Display Technology**     HD Super AMOLED™ contoured display |

| Claim 27 of the '172 Patent | Infringement by Samsung |
|---|---|
| one or more processors; | The Samsung Galaxy Nexus comprises one or more processors.<br><br>The Samsung Galaxy Nexus has a 1.2 GHz dual core processor. *Specifications,* Exhibit 1:<br><br>**CPU**<br><br>**Processor Speed, Type**        1.2GHz Dual-Core Processor |
| a touch screen display; and | The Samsung Galaxy Nexus comprises a touch screen display. |

| Claim 27 of the '172 Patent | Infringement by Samsung |
|---|---|
| | <br><br>For example, as shown in the photo above and as indicated in the Specifications, Exhibit 1, the Samsung Galaxy Nexus has a color Super AMOLED display: |

28

| Claim 27 of the '172 Patent | Infringement by Samsung |
|---|---|
| | ## Display<br><br>**Main Display Resolution**  1280x720 pixels<br><br>**Main Display Size**  4.65" Display<br><br>**Main Display Technology**  HD Super AMOLED™ contoured display |
| computer readable memory comprising instructions that, when executed by the one or more processors, perform operations comprising: | The Samsung Galaxy Nexus comprises memory and one or more programs stored in the memory and configured to be executed by the one or more processors.<br><br>For example, the Samsung Galaxy has storage as indicated in the Specifications, Exhibit 1:<br><br>**Memory**<br>Storage: 32GB<br><br>Memory: 1GB RAM<br><br>The Samsung Galaxy Nexus operates the Android 4.0 operating system and applications that execute on that operating system. |
| receiving a plurality of user inputs of characters through the keyboard, and displaying a | The Samsung Galaxy Nexus receives user inputs through a keyboard and displays the current character string. |

| Claim 27 of the '172 Patent | Infringement by Samsung |
|---|---|
| current character string as input by the user, |  (*See* Singh Dec. Exh. 8, http://android-developers.blogspot.com/2009/04/updating-applications-for-on-screen.html; Singh Dec. Exh. 9, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Get started > Touch & type", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1637532&topic=1634159&ctx=topic ("To type something, such as a name, password, or search terms, just touch where you want to type.  A keyboard pops up |

| Claim 27 of the '172 Patent | Infringement by Samsung |
|---|---|
|  | that lets you type into the field."); Singh Dec. Exh. 10, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Enter & edit text > Use the keyboard", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1646288&topic=1646287&ctx=topic.) |
| displaying a suggested replacement character string for the current character string; | The Samsung Galaxy Nexus displays a suggested replacement character string for the current string.  |

| Claim 27 of the '172 Patent | Infringement by Samsung |
|---|---|
| | (*See* Singh Dec. Exh. 8, http://android-developers.blogspot.com/2009/04/updating-applications-for-on-screen.html; Singh Dec. Exh. 10, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Enter & edit text > Use the keyboard", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1646288&topic=1646287&ctx=topic ("As you type, the keyboard displays suggestions above the top row of keys. To accept a suggestion, touch it."); Singh Dec. Exh. 9, "Galaxy Nexus Help: Help articles > Android 4.0 > Galaxy Nexus > Get started > Touch & type", available at http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1637532&topic=1634159&ctx=topic; Singh Dec. Exh. 11, http://developer.android.com/reference/android/widget/TextView.html; Singh Dec. Exh. 3, http://developer.android.com/reference/android/text/AutoText.html.) |
| while both the current character string and the suggested replacement string are displayed, receiving a further user input through a punctuation mark key of the keyboard, and | With both the current and suggested replacement character string displayed, the user inputs a punctuation mark through a punctuation mark key on the keyboard (e.g., the question mark key), as shown below: |

| Claim 27 of the '172 Patent | Infringement by Samsung |
|---|---|
| |  |
| in response to the further user input, replacing the current character string with the suggested | When the punctuation mark is received, the Samsung Galaxy Nexus replaces the current character string with the suggested character string and appends the punctuation mark (here the question mark) at the end of the suggested replacement string. |

User selects the question mark

33

| Claim 27 of the '172 Patent | Infringement by Samsung |
|---|---|
| replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to the punctuation mark through which the further user input was received. |  |