9

+You  Gmail  Calendar  Documents  Photos  Sites  Search  More ▾             Sign in | ⚙



### Android 4.0 Help

Help articles › Galaxy Nexus › Get started

**Help home**
Get started

Set up your phone

Why use a Google Account?

Get around

**Touch & type**

Use the lock screen

Search your phone & the web

## Touch & type

Use your fingers to manipulate icons, buttons, menus, the onscreen keyboard, and other items on the touchscreen. You can also change the screen's orientation.

**To select or activate something,** touch it.

**To type something,** such as a name, password, or search terms, just touch where you want to type. A keyboard pops up that lets you type into the field.

Other common gestures include:

- **Touch & hold:** Touch & hold an item on the screen by touching it and not lifting your finger until an action occurs.

- **Drag:** Touch & hold an item for a moment and then, without lifting your finger, move your finger on the screen until you reach the target position. For example, you can move apps around on the Home screen.

- **Swipe or slide:** Quickly move your finger across the surface of the screen, without pausing when you first touch (so you don't drag something instead). For example, you can slide a Home screen left or right to view the other Home screens.

- **Double-tap:** Tap quickly twice on a webpage, map, or other screen to zoom. For example, double-tap a picture in Browser to zoom in, and double-tap again to zoom out.

- **Pinch:** In some apps (such as Maps, Browser, and Gallery), you can zoom in and out by placing two fingers on the screen at once and pinching them together (to zoom out) or spreading them apart (to zoom in).

- **Rotate the screen:** On most screens, the orientation of the screen rotates with your device as you turn it. You can change this in Display settings.

### Related settings

Settings > Device > Sound

Settings > Device > Display

### Related topic

Use the keyboard

Galaxy Nexus - Contacting Us - Help with other Google products - Change language: English (US)

©2012 Google - Google Home - New! Privacy Policy - Terms of Service