10

+You  Gmail  Calendar  Documents  Photos  Sites  Search  More ▾                                     Sign in ⚙





# Android 4.0 Help

Help articles › Galaxy Nexus › Enter & edit text

**Help home**
Enter & edit text

**Use the keyboard**

Type text by speaking

## Use the keyboard

You can enter text using the onscreen keyboard. Some apps open it automatically. In others, you open it by touching where you want to type.



As you type, the keyboard displays suggestions above the top row of keys. To accept a suggestion, touch it.

### Basic editing

- **Move the insertion point:** Touch where you want to type.

  The cursor blinks in the new position, and a green tab appears below it. Drag the tab to move the cursor.

- **Select text:** Touch & hold or double-tap within the text.

  The nearest word highlights, with a tab at each end of the selection. Drag the tabs to change the selection.

  The tab disappears after a few moments, to get out of your way. To make it reappear, touch the text again.

- **Delete text:** Touch ⌫ to delete selected text or

the characters before the cursor.

- **Cut, copy, paste:** Select the text you want to manipulate. Then touch the Paste, Cut, or Copy button:



To make the keyboard go away, touch **Done.**

Tips & shortcuts

- **Type capital letters:** Touch the Shift key once to switch to capital letters for one letter.

    Or touch & hold the Shift key while you type. When you release the key, the lowercase letters reappear.

- **Turn caps lock on:** Double-tap or touch & hold the Shift key, so it changes to. Touch the Shift key again to return to lowercase.

- **Show numbers or symbols:** Touch the **?123** key. To see more choices, touch the **= \ <** key.

- **Quickly access common punctuation and symbols:** Touch & hold the key to the right of the space bar (period key).

- **Type special characters:** Touch & hold the Shift key while you touch a key with a small gray character in its corner to enter the gray character.

    Touch & hold any key to see alternative letters, symbols, or numbers, which you can then touch to type.

- **Change input language or keyboard:**

Touch & hold the key to the left of the space bar (with ... in the lower-right corner), and then release it.

The Input options menu appears. Choose the option you want to adjust.

### Related settings

Settings > Personal > Language & input

Galaxy Nexus - Contacting Us - Help with other Google products - Change language: English (US)

©2012 Google - Google Home - New! Privacy Policy - Terms of Service