

ɑnɔɪɔiↄ
# developers

English | Android Design  Android.com

search developer docs    Search

| Home | SDK | Dev Guide | Reference | Resources | Videos | Blog |

☐ Filter by API Level: 15

android.view.accessibility
android.view.animation
android.view.inputmethod
android.view.textservice
android.view.webkit
**android.widget**
dalvik.bytecode
dalvik.system
java.awt.font
java.beans
java.io
java.lang
java.lang.annotation
java.lang.ref
java.lang.reflect

**Interfaces**

AbsListView.MultiChoiceModeListener
AbsListView.OnScrollListener
AbsListView.RecyclerListener
AbsListView.SelectionBoundsAdjuster
Adapter
AdapterView.OnItemClickListener
AdapterView.OnItemLongClickListener
AdapterView.OnItemSelectedListener
AutoCompleteTextView.Validator
CalendarView.OnDateChangeListener
Checkable
Chronometer.OnChronometerTickListener
CompoundButton.OnCheckedChangeListe
DatePicker.OnDateChangedListener
ExpandableListAdapter
ExpandableListView.OnChildClickListener
ExpandableListView.OnGroupClickListene
ExpandableListView.OnGroupCollapseList
ExpandableListView.OnGroupExpandListe
Filter.FilterListener
Filterable
FilterQueryProvider
HeterogeneousExpandableList
ListAdapter
MediaController.MediaPlayerControl
MultiAutoCompleteTextView.Tokenizer
NumberPicker.Formatter
NumberPicker.OnScrollListener
NumberPicker.OnValueChangeListener
PopupMenu.OnDismissListener
PopupMenu.OnMenuItemClickListener
PopupWindow.OnDismissListener

public class

Summary: Nested Classes | XML Attrs | Inherited XML Attrs | Inherited Constants | Inherited Fields | Ctors | Methods | Protected Methods | Inherited Methods
[Expand All]

# TextView

**Since: API Level 1**

extends View
implements ViewTreeObserver.OnPreDrawListener

java.lang.Object
   └ android.view.View
      └ android.widget.TextView

▶Known Direct Subclasses
   Button, CheckedTextView, Chronometer, DigitalClock, EditText

▶Known Indirect Subclasses
   AutoCompleteTextView, CheckBox, CompoundButton, ExtractEditText, MultiAutoCompleteTextView, RadioButton, Switch, ToggleButton

## Class Overview

Displays text to the user and optionally allows them to edit it. A TextView is a complete text editor, however the basic class is configured to not allow editing; see EditText for a subclass that configures the text view for editing.

### XML attributes

See TextView Attributes, View Attributes

## Summary

| Nested Classes | | |
|---|---|---|
| enum | TextView.BufferType | |
| interface | TextView.OnEditorActionListener | Interface definition for a callback to be invoked when an action is performed on the editor. |
| class | TextView.SavedState | User interface state that is stored by TextView for implementing onSaveInstanceState(). |

| XML Attributes | |
|---|---|
| *Attribute Name* | *Related Method* |
| android:autoLink | setAutoLinkMask(int) |

RadioGroup.OnCheckedChangeListener
RatingBar.OnRatingBarChangeListener
RemoteViewsService.RemoteViewsFactor
SearchView.OnCloseListener
SearchView.OnQueryTextListener
SearchView.OnSuggestionListener
SectionIndexer
SeekBar.OnSeekBarChangeListener
ShareActionProvider.OnShareTargetSelec
SimpleAdapter.ViewBinder
SimpleCursorAdapter.CursorToStringConv
SimpleCursorAdapter.ViewBinder
SimpleCursorTreeAdapter.ViewBinder
SlidingDrawer.OnDrawerCloseListener
SlidingDrawer.OnDrawerOpenListener
SlidingDrawer.OnDrawerScrollListener
SpinnerAdapter
TabHost.OnTabChangeListener
TabHost.TabContentFactory
TextView.OnEditorActionListener
TimePicker.OnTimeChangedListener
ViewSwitcher.ViewFactory
WrapperListAdapter
ZoomButtonsController.OnZoomListener

## Classes

AbsListView
AbsListView.LayoutParams
AbsoluteLayout
AbsoluteLayout.LayoutParams
AbsSeekBar
AbsSpinner
AdapterView<T extends Adapter>
AdapterView.AdapterContextMenuInfo
AdapterViewAnimator
AdapterViewFlipper
AlphabetIndexer
AnalogClock
ArrayAdapter<T>
AutoCompleteTextView
BaseAdapter
BaseExpandableListAdapter
Button
CalendarView
CheckBox
CheckedTextView
Chronometer
CompoundButton
CursorAdapter
CursorTreeAdapter
DatePicker
DialerFilter
DigitalClock
EdgeEffect
EditText
ExpandableListView
ExpandableListView.ExpandableListConte

| | |
|---|---|
| android:autoText | setKeyListener(KeyListener) |
| android:bufferType | setText(CharSequence,TextView.BufferType) |
| android:capitalize | setKeyListener(KeyListener) |
| android:cursorVisible | setCursorVisible(boolean) |
| android:digits | setKeyListener(KeyListener) |
| android:drawableBottom | setCompoundDrawablesWithIntrinsicBounds(int,int,int,int) |
| android:drawableLeft | setCompoundDrawablesWithIntrinsicBounds(int,int,int,int) |
| android:drawablePadding | setCompoundDrawablePadding(int) |
| android:drawableRight | setCompoundDrawablesWithIntrinsicBounds(int,int,int,int) |
| android:drawableTop | setCompoundDrawablesWithIntrinsicBounds(int,int,int,int) |
| android:editable | |
| android:editorExtras | setInputExtras(int) |
| android:ellipsize | setEllipsize(TextUtils.TruncateAt) |
| android:ems | setEms(int) |

| | | |
|---|---|---|
| Filter | android:freezesText | setFreezesText(boolean) |
| Filter.FilterResults | | |
| FrameLayout | | |
| FrameLayout.LayoutParams | | |
| Gallery | android:gravity | setGravity(int) |
| Gallery.LayoutParams | | |
| GridLayout | | |
| GridLayout.Alignment | | |
| GridLayout.LayoutParams | android:height | setHeight(int) |
| GridLayout.Spec | | |
| GridView | | |
| HeaderViewListAdapter | android:hint | setHint(int) |
| HorizontalScrollView | | |
| ImageButton | | |
| ImageSwitcher | android:imeActionId | setImeActionLabel(CharSequence,int) |
| ImageView | | |
| LinearLayout | | |
| LinearLayout.LayoutParams | | |
| ListPopupWindow | android:imeActionLabel | setImeActionLabel(CharSequence,int) |
| ListView | | |
| ListView.FixedViewInfo | | |
| MediaController | | |
| MultiAutoCompleteTextView | android:imeOptions | setImeOptions(int) |
| MultiAutoCompleteTextView.CommaToken | | |
| NumberPicker | | |
| OverScroller | | |
| PopupMenu | | |
| PopupWindow | | |
| ProgressBar | android:includeFontPadding | setIncludeFontPadding(boolean) |
| QuickContactBadge | | |
| RadioButton | | |
| RadioGroup | | |
| RadioGroup.LayoutParams | android:inputMethod | setKeyListener(KeyListener) |
| RatingBar | | |
| RelativeLayout | | |
| RelativeLayout.LayoutParams | | |
| RemoteViews | | |
| RemoteViewsService | android:inputType | setRawInputType(int) |
| ResourceCursorAdapter | | |
| ResourceCursorTreeAdapter | | |
| Scroller | | |
| ScrollView | | |
| SearchView | android:lineSpacingExtra | setLineSpacing(float,float) |
| SeekBar | | |
| ShareActionProvider | | |
| SimpleAdapter | android:lineSpacingMultiplier | setLineSpacing(float,float) |
| SimpleCursorAdapter | | |
| SimpleCursorTreeAdapter | android:lines | setLines(int) |
| SimpleExpandableListAdapter | | |
| SlidingDrawer | | |
| Space | android:linksClickable | setLinksClickable(boolean) |
| Spinner | | |
| StackView | | |
| Switch | | |
| TabHost | | |
| TabHost.TabSpec | | |

TableLayout
TableLayout.LayoutParams
TableRow
TableRow.LayoutParams
TabWidget
TextSwitcher
**TextView**
TextView.SavedState
TimePicker
Toast
ToggleButton
TwoLineListItem
VideoView
ViewAnimator
ViewFlipper
ViewSwitcher
ZoomButton
ZoomButtonsController
ZoomControls

**Enums**

ImageView.ScaleType
TextView.BufferType

**Exceptions**

RemoteViews.ActionException

| | |
|---|---|
| android:marqueeRepeatLimit | setMarqueeRepeatLimit(int) |
| android:maxEms | setMaxEms(int) |
| android:maxHeight | setMaxHeight(int) |
| android:maxLength | setFilters(InputFilter) |
| android:maxLines | setMaxLines(int) |
| android:maxWidth | setMaxWidth(int) |
| android:minEms | setMinEms(int) |
| android:minHeight | setMinHeight(int) |
| android:minLines | setMinLines(int) |
| android:minWidth | setMinWidth(int) |
| android:numeric | setKeyListener(KeyListener) |
| android:password | setTransformationMethod(TransformationMethod) |
| android:phoneNumber | setKeyListener(KeyListener) |
| android:privateImeOptions | setPrivateImeOptions(String) |
| android:scrollHorizontally | setHorizontallyScrolling(boolean) |
| android:selectAllOnFocus | setSelectAllOnFocus(boolean) |

| android:shadowColor | setShadowLayer(float,float,float,int) |
|---|---|
| android:shadowDx | setShadowLayer(float,float,float,int) |
| android:shadowDy | setShadowLayer(float,float,float,int) |
| android:shadowRadius | setShadowLayer(float,float,float,int) |
| android:singleLine | setTransformationMethod(TransformationMethod) |
| android:text | setText(CharSequence,TextView.BufferType) |
| android:textAllCaps | setAllCaps(boolean) |
| android:textAppearance | |
| android:textColor | setTextColor(int) |
| android:textColorHighlight | setHighlightColor(int) |
| android:textColorHint | setHintTextColor(int) |
| android:textColorLink | setLinkTextColor(int) |
| android:textIsSelectable | isTextSelectable() |
| android:textScaleX | setTextScaleX(float) |
| android:textSize | setTextSize(int,float) |
| android:textStyle | setTypeface(Typeface) |
| android:typeface | setTypeface(Typeface) |
| android:width | setWidth(int) |

| **Inherited XML Attributes** | [Expand] |
|---|---|
| ▶From class android.view.View | |

## Inherited Constants                                                [Expand]

▶From class android.view.View

## Inherited Fields                                                   [Expand]

▶From class android.view.View

## Public Constructors

TextView (Context context)

TextView (Context context, AttributeSet attrs)

TextView (Context context, AttributeSet attrs, int defStyle)

## Public Methods

| | | |
|---|---|---|
| void | addTextChangedListener (TextWatcher watcher) | |
| | Adds a TextWatcher to the list of those whose methods are changes. | |
| final void | append (CharSequence text) | |
| | Convenience method: Append the specified text to the Text BufferType.EDITABLE if it was not already editable. | |
| void | append (CharSequence text, int start, int end) | |
| | Convenience method: Append the specified text slice to the BufferType.EDITABLE if it was not already editable. | |
| void | beginBatchEdit () | |
| boolean | bringPointIntoView (int offset) | |
| | Move the point, specified by the offset, into the view if it is ne | |
| void | cancelLongPress () | |
| | Cancels a pending long press. | |
| void | clearComposingText () | |
| | Use BaseInputConnection.removeComposingSpans( this text view. | |
| void | computeScroll () | |
| | Called by a parent to request that a child update its values f | |
| void | debug (int depth) | |
| | Prints information about this view in the log output, with the | |
| boolean | didTouchFocusSelect () | |
| | Returns true, only while processing a touch gesture, if the in move to the text view and as a result its selection changed. | |
| void | endBatchEdit () | |
| boolean | extractText (ExtractedTextRequest request, ExtractedText out | |
| | If this TextView contains editable content, extract a portion c *outText*. | |
| void | findViewsWithText (ArrayList<View> outViews, CharSequenc | |
| | Finds the Views that contain given text. | |

| | |
|---|---|
| final int | getAutoLinkMask ()<br>Gets the autolink mask of the text. |
| int | getBaseline ()<br>Return the offset of the widget's text baseline from the widge |
| int | getCompoundDrawablePadding ()<br>Returns the padding between the compound drawables and |
| Drawable[] | getCompoundDrawables ()<br>Returns drawables for the left, top, right, and bottom border |
| int | getCompoundPaddingBottom ()<br>Returns the bottom padding of the view, plus space for the |
| int | getCompoundPaddingLeft ()<br>Returns the left padding of the view, plus space for the left |
| int | getCompoundPaddingRight ()<br>Returns the right padding of the view, plus space for the rig |
| int | getCompoundPaddingTop ()<br>Returns the top padding of the view, plus space for the top |
| final int | getCurrentHintTextColor ()<br>Return the current color selected to paint the hint text. |
| final int | getCurrentTextColor ()<br>Return the current color selected for normal text. |
| ActionMode.Callback | getCustomSelectionActionModeCallback ()<br>Retrieves the value set in setCustomSelectionActionM |
| Editable | getEditableText ()<br>Return the text the TextView is displaying as an Editable obj |
| TextUtils.TruncateAt | getEllipsize ()<br>Returns where, if anywhere, words that are longer than the |
| CharSequence | getError ()<br>Returns the error message that was set to be displayed witl<br>no error was set or if it the error was cleared by the widget a |
| int | getExtendedPaddingBottom ()<br>Returns the extended bottom padding of the view, including<br>extra space to keep more than maxLines of text from showi |
| int | getExtendedPaddingTop ()<br>Returns the extended top padding of the view, including bot<br>space to keep more than maxLines of text from showing. |
| InputFilter[] | getFilters ()<br>Returns the current list of input filters. |
| void | getFocusedRect (Rect r)<br>When a view has focus and the user navigates away from it<br>the rectangle filled in by this method. |

| | |
|---:|:---|
| boolean | getFreezesText () |
| | Return whether this text view is including its entire text cont|
| int | getGravity () |
| | Returns the horizontal and vertical alignment of this TextVie|
| CharSequence | getHint () |
| | Returns the hint that is displayed when the text of the TextV|
| final ColorStateList | getHintTextColors () |
| | Return the color used to paint the hint text. |
| int | getImeActionId () |
| | Get the IME action ID previous set with setImeActionLab|
| CharSequence | getImeActionLabel () |
| | Get the IME action label previous set with setImeActionI|
| int | getImeOptions () |
| | Get the type of the IME editor. |
| Bundle | getInputExtras (boolean create) |
| | Retrieve the input extras currently associated with the text v modified. |
| int | getInputType () |
| | Get the type of the content. |
| final KeyListener | getKeyListener () |
| final Layout | getLayout () |
| int | getLineBounds (int line, Rect bounds) |
| | Return the baseline for the specified line (0...getLineCount() right, bottom extents of the specified line in it. |
| int | getLineCount () |
| | Return the number of lines of text, or 0 if the internal Layout |
| int | getLineHeight () |
| final ColorStateList | getLinkTextColors () |
| | Returns the color used to paint links in the text. |
| final boolean | getLinksClickable () |
| | Returns whether the movement method will automatically be setAutoLinkMask(int) has been set to nonzero and lin int, int). |
| final MovementMethod | getMovementMethod () |
| int | getOffsetForPosition (float x, float y) |
| | Get the character offset closest to the specified absolute po|
| TextPaint | getPaint () |
| int | getPaintFlags () |
| String | getPrivateImeOptions () |
| | Get the private type of the content. |

| | |
|---:|:---|
| int | getSelectionEnd ()<br>Convenience for `getSelectionEnd(CharSequence)`. |
| int | getSelectionStart ()<br>Convenience for `getSelectionStart(CharSequence)`. |
| CharSequence | getText ()<br>Return the text the TextView is displaying. |
| static int | getTextColor (Context context, TypedArray attrs, int def)<br>Returns the default color from the TextView_textColor attrib<br>default color from the TextAppearance_textColor from the T<br>TextView_textColor was not set directly. |
| final ColorStateList | getTextColors ()<br>Return the set of text colors. |
| static ColorStateList | getTextColors (Context context, TypedArray attrs)<br>Returns the TextView_textColor attribute from the Resource<br>TextAppearance_textColor from the TextView_textAppearan<br>set directly. |
| float | getTextScaleX () |
| float | getTextSize () |
| int | getTotalPaddingBottom ()<br>Returns the total bottom padding of the view, including the b<br>keep more than maxLines from showing, and the vertical of |
| int | getTotalPaddingLeft ()<br>Returns the total left padding of the view, including the left D |
| int | getTotalPaddingRight ()<br>Returns the total right padding of the view, including the righ |
| int | getTotalPaddingTop ()<br>Returns the total top padding of the view, including the top D<br>more than maxLines from showing, and the vertical offset fo |
| final TransformationMethod | getTransformationMethod () |
| Typeface | getTypeface () |
| URLSpan[] | getUrls ()<br>Returns the list of URLSpans attached to the text (by `Link`. |
| boolean | hasSelection ()<br>Return true iff there is a selection inside this text view. |
| void | invalidateDrawable (Drawable drawable)<br>Invalidates the specified Drawable. |
| boolean | isInputMethodTarget ()<br>Returns whether this text view is a current input method targ |
| boolean | isSuggestionsEnabled ()<br>Return whether or not suggestions are enabled on this Text |
| boolean | isTextSelectable ()<br>When a TextView is used to display a useful piece of inform |

| | address), it should be made selectable, so that the user can |
|---:|---|
| void | jumpDrawablesToCurrentState () |
| | Call `Drawable.jumpToCurrentState()` on all Drawable |
| int | length () |
| | Returns the length, in characters, of the text managed by th |
| boolean | moveCursorToVisibleOffset () |
| | Move the cursor, if needed, so that it is at an offset that is vi |
| void | onBeginBatchEdit () |
| | Called by the framework in response to a request to begin a |
| | link `beginBatchEdit()`. |
| boolean | onCheckIsTextEditor () |
| | Check whether the called view is a text editor, in which case |
| | display a soft input window for it. |
| void | onCommitCompletion (CompletionInfo text) |
| | Called by the framework in response to a text completion fr |
| | calling `InputConnection.commitCompletion()`. |
| void | onCommitCorrection (CorrectionInfo info) |
| | Called by the framework in response to a text auto-correctic |
| | dictionnary) from the current input method, provided by it ca |
| | `commitCorrection(CorrectionInfo)` InputConnection |
| InputConnection | onCreateInputConnection (EditorInfo outAttrs) |
| | Create a new InputConnection for an InputMethod to intera |
| boolean | onDragEvent (DragEvent event) |
| | Handles drag events sent by the system following a call to s |
| void | onEditorAction (int actionCode) |
| | Called when an attached input method calls `InputConnec` |
| | text view. |
| void | onEndBatchEdit () |
| | Called by the framework in response to a request to end a l |
| | `endBatchEdit()`. |
| void | onFinishTemporaryDetach () |
| | Called after `onStartTemporaryDetach()` when the conti |
| boolean | onGenericMotionEvent (MotionEvent event) |
| | Implement this method to handle generic motion events. |
| void | onInitializeAccessibilityEvent (AccessibilityEvent event) |
| | Initializes an `AccessibilityEvent` with information abou |
| void | onInitializeAccessibilityNodeInfo (AccessibilityNodeInfo info) |
| | Initializes an `AccessibilityNodeInfo` with information a |
| boolean | onKeyDown (int keyCode, KeyEvent event) |
| | Default implementation of `KeyEvent.Callback.onKeyDc` |
| | `KEYCODE_DPAD_CENTER` or `KEYCODE_ENTER` is released, i |
| boolean | onKeyMultiple (int keyCode, int repeatCount, KeyEvent event) |
| | Default implementation of `KeyEvent.Callback.onKeyMu` |

| | | |
|---|---|---|
| | | handle the event). |
| boolean | onKeyPreIme (int keyCode, KeyEvent event) | |
| | Handle a key event before it is processed by any input meth | |
| boolean | onKeyShortcut (int keyCode, KeyEvent event) | |
| | Called on the focused view when a key shortcut event is not | |
| boolean | onKeyUp (int keyCode, KeyEvent event) | |
| | Default implementation of `KeyEvent.Callback.onKeyUp` `KEYCODE_DPAD_CENTER` or `KEYCODE_ENTER` is released. | |
| void | onPopulateAccessibilityEvent (AccessibilityEvent event) | |
| | Called from `dispatchPopulateAccessibilityEvent(` this View to populate the accessibility event with its text con | |
| boolean | onPreDraw () | |
| | Callback method to be invoked when the view tree is about | |
| boolean | onPrivateIMECommand (String action, Bundle data) | |
| | Called by the framework in response to a private command calling `InputConnection.performPrivateCommand()` | |
| void | onRestoreInstanceState (Parcelable state) | |
| | Hook allowing a view to re-apply a representation of its inter generated by `onSaveInstanceState()`. | |
| Parcelable | onSaveInstanceState () | |
| | Hook allowing a view to generate a representation of its inte new instance with that same state. | |
| void | onStartTemporaryDetach () | |
| | This is called when a container is going to temporarily detac `ViewGroup.detachViewFromParent`. | |
| boolean | onTextContextMenuItem (int id) | |
| | Called when a context menu option for the text view is selec | |
| boolean | onTouchEvent (MotionEvent event) | |
| | Implement this method to handle touch screen motion even | |
| boolean | onTrackballEvent (MotionEvent event) | |
| | Implement this method to handle trackball motion events. | |
| void | onWindowFocusChanged (boolean hasWindowFocus) | |
| | Called when the window containing this view gains or loses | |
| boolean | performLongClick () | |
| | Call this view's OnLongClickListener, if it is defined. | |
| void | removeTextChangedListener (TextWatcher watcher) | |
| | Removes the specified TextWatcher from the list of those w TextView's text changes. | |
| void | sendAccessibilityEvent (int eventType) | |
| | Sends an accessibility event of the given type. | |
| void | setAllCaps (boolean allCaps) | |
| | Sets the properties of this field to transform input to ALL CA | |
| final void | setAutoLinkMask (int mask) | |

| | |
|---|---|
| | Sets the autolink mask of the text. |
| void | setCompoundDrawablePadding (int pad) |
| | Sets the size of the padding between the compound drawab |
| void | setCompoundDrawables (Drawable left, Drawable top, Drawa |
| | Sets the Drawables (if any) to appear to the left of, above, t |
| void | setCompoundDrawablesWithIntrinsicBounds (Drawable left, D |
| | Sets the Drawables (if any) to appear to the left of, above, t |
| void | setCompoundDrawablesWithIntrinsicBounds (int left, int top, ir |
| | Sets the Drawables (if any) to appear to the left of, above, t |
| void | setCursorVisible (boolean visible) |
| | Set whether the cursor is visible. |
| void | setCustomSelectionActionModeCallback (ActionMode.Callbac |
| | If provided, this ActionMode.Callback will be used to create |
| | initiated in this View. |
| final void | setEditableFactory (Editable.Factory factory) |
| | Sets the Factory used to create new Editables. |
| void | setEllipsize (TextUtils.TruncateAt where) |
| | Causes words in the text that are longer than the view is wic |
| | middle. |
| void | setEms (int ems) |
| | Makes the TextView exactly this many ems wide |
| void | setEnabled (boolean enabled) |
| | Set the enabled state of this view. |
| void | setError (CharSequence error) |
| | Sets the right-hand compound drawable of the TextView to |
| | that will be displayed in a popup when the TextView has foc |
| void | setError (CharSequence error, Drawable icon) |
| | Sets the right-hand compound drawable of the TextView to |
| | message that will be displayed in a popup when the TextVie |
| void | setExtractedText (ExtractedText text) |
| | Apply to this text view the given extracted text, as previously |
| | extractText (ExtractedTextRequest, ExtractedT |
| void | setFilters (InputFilter[] filters) |
| | Sets the list of input filters that will be used if the buffer is Ed |
| void | setFreezesText (boolean freezesText) |
| | Control whether this text view saves its entire text contents |
| | dynamic state such as cursor position. |
| void | setGravity (int gravity) |
| | Sets the horizontal alignment of the text and the vertical gra |
| | space in the TextView beyond what is required for the text it |
| void | setHeight (int pixels) |
| | Makes the TextView exactly this many pixels tall. |

| | |
|---|---|
| void | setHighlightColor (int color) |
| | Sets the color used to display the selection highlight. |
| final void | setHint (CharSequence hint) |
| | Sets the text to be displayed when the text of the TextView |
| final void | setHint (int resid) |
| | Sets the text to be displayed when the text of the TextView |
| final void | setHintTextColor (ColorStateList colors) |
| | Sets the color of the hint text. |
| final void | setHintTextColor (int color) |
| | Sets the color of the hint text. |
| void | setHorizontallyScrolling (boolean whether) |
| | Sets whether the text should be allowed to be wider than th |
| void | setImeActionLabel (CharSequence label, int actionId) |
| | Change the custom IME action associated with the text view |
| | `actionLabel` and `actionId` when it has focus. |
| void | setImeOptions (int imeOptions) |
| | Change the editor type integer associated with the text view |
| | `imeOptions` when it has focus. |
| void | setIncludeFontPadding (boolean includepad) |
| | Set whether the TextView includes extra top and bottom pac |
| | above the normal ascent and descent. |
| void | setInputExtras (int xmlResId) |
| | Set the extra input data of the text, which is the `TextBoxAt` |
| | in when creating an input connection. |
| void | setInputType (int type) |
| | Set the type of the content with a constant as defined for `in` |
| void | setKeyListener (KeyListener input) |
| | Sets the key listener to be used with this TextView. |
| void | setLineSpacing (float add, float mult) |
| | Sets line spacing for this TextView. |
| void | setLines (int lines) |
| | Makes the TextView exactly this many lines tall. |
| final void | setLinkTextColor (ColorStateList colors) |
| | Sets the color of links in the text. |
| final void | setLinkTextColor (int color) |
| | Sets the color of links in the text. |
| final void | setLinksClickable (boolean whether) |
| | Sets whether the movement method will automatically be se |
| | `setAutoLinkMask(int)` has been set to nonzero and lin |
| | `int, int)`. |
| void | setMarqueeRepeatLimit (int marqueeLimit) |
| | Sets how many times to repeat the marquee animation. |

| void | setMaxEms (int maxems) |
|---|---|
| | Makes the TextView at most this many ems wide |
| void | setMaxHeight (int maxHeight) |
| | Makes the TextView at most this many pixels tall. |
| void | setMaxLines (int maxlines) |
| | Makes the TextView at most this many lines tall. |
| void | setMaxWidth (int maxpixels) |
| | Makes the TextView at most this many pixels wide |
| void | setMinEms (int minems) |
| | Makes the TextView at least this many ems wide |
| void | setMinHeight (int minHeight) |
| | Makes the TextView at least this many pixels tall. |
| void | setMinLines (int minlines) |
| | Makes the TextView at least this many lines tall. |
| void | setMinWidth (int minpixels) |
| | Makes the TextView at least this many pixels wide |
| final void | setMovementMethod (MovementMethod movement) |
| | Sets the movement method (arrow key handler) to be used |
| void | setOnEditorActionListener (TextView.OnEditorActionListener l |
| | Set a special listener to be called when an action is perform |
| void | setPadding (int left, int top, int right, int bottom) |
| | Sets the padding. |
| void | setPaintFlags (int flags) |
| | Sets flags on the Paint being used to display the text and re old flags. |
| void | setPrivateImeOptions (String type) |
| | Set the private content type of the text, which is the Editor be filled in when creating an input connection. |
| void | setRawInputType (int type) |
| | Directly change the content type integer of the text view, wit |
| void | setScroller (Scroller s) |
| void | setSelectAllOnFocus (boolean selectAllOnFocus) |
| | Set the TextView so that when it takes focus, all the text is s |
| void | setSelected (boolean selected) |
| | Changes the selection state of this view. |
| void | setShadowLayer (float radius, float dx, float dy, int color) |
| | Gives the text a shadow of the specified radius and color, th |
| void | setSingleLine () |
| | Sets the properties of this field (lines, horizontally scrolling, line input. |
| void | setSingleLine (boolean singleLine) |

| | | |
|---|---|---|
| | | If true, sets the properties of this field (number of lines, hori be for a single-line input; if false, restores these to the defau |
| final void | setSpannableFactory (Spannable.Factory factory) | |
| | Sets the Factory used to create new Spannables. | |
| final void | setText (int resid) | |
| final void | setText (char[] text, int start, int len) | |
| | Sets the TextView to display the specified slice of the speci | |
| final void | setText (int resid, TextView.BufferType type) | |
| final void | setText (CharSequence text) | |
| | Sets the string value of the TextView. | |
| void | setText (CharSequence text, TextView.BufferType type) | |
| | Sets the text that this TextView is to display (see setText is stored in a styleable/spannable buffer and whether it is ed | |
| void | setTextAppearance (Context context, int resid) | |
| | Sets the text color, size, style, hint color, and highlight color resource. | |
| void | setTextColor (ColorStateList colors) | |
| | Sets the text color. | |
| void | setTextColor (int color) | |
| | Sets the text color for all the states (normal, selected, focus | |
| void | setTextIsSelectable (boolean selectable) | |
| | Sets whether or not (default) the content of this view is sele | |
| final void | setTextKeepState (CharSequence text) | |
| | Like setText(CharSequence), except that the cursor po | |
| final void | setTextKeepState (CharSequence text, TextView.BufferType t | |
| | Like setText(CharSequence, android.widget.Text cursor position (if any) is retained in the new text. | |
| void | setTextScaleX (float size) | |
| | Sets the extent by which text should be stretched horizontal | |
| void | setTextSize (float size) | |
| | Set the default text size to the given value, interpreted as "s | |
| void | setTextSize (int unit, float size) | |
| | Set the default text size to a given unit and value. | |
| final void | setTransformationMethod (TransformationMethod method) | |
| | Sets the transformation that is applied to the text that this T | |
| void | setTypeface (Typeface tf, int style) | |
| | Sets the typeface and style in which the text should be disp bits in the Paint if the Typeface that you provided does not l specified. | |
| void | setTypeface (Typeface tf) | |
| | Sets the typeface and style in which the text should be displ | |
| void | setWidth (int pixels) | |

Makes the TextView exactly this many pixels wide.

### Protected Methods

| | |
|---:|---|
| int | computeHorizontalScrollRange ()<br>Compute the horizontal range that the horizontal scrollbar represents |
| int | computeVerticalScrollExtent ()<br>Compute the vertical extent of the horizontal scrollbar's thumb within vertical range. |
| int | computeVerticalScrollRange ()<br>Compute the vertical range that the vertical scrollbar represents. |
| void | drawableStateChanged ()<br>This function is called whenever the state of the view changes in suc way that it impacts the state of drawables being shown. |
| int | getBottomPaddingOffset ()<br>Amount by which to extend the bottom fading region. |
| boolean | getDefaultEditable ()<br>Subclasses override this to specify that they have a KeyListener by d even if not specifically called for in the XML options. |
| MovementMethod | getDefaultMovementMethod ()<br>Subclasses override this to specify a default movement method. |
| float | getLeftFadingEdgeStrength ()<br>Returns the strength, or intensity, of the left faded edge. |
| int | getLeftPaddingOffset ()<br>Amount by which to extend the left fading region. |
| float | getRightFadingEdgeStrength ()<br>Returns the strength, or intensity, of the right faded edge. |
| int | getRightPaddingOffset ()<br>Amount by which to extend the right fading region. |
| int | getTopPaddingOffset ()<br>Amount by which to extend the top fading region. |
| boolean | isPaddingOffsetRequired ()<br>If the View draws content inside its padding and enables fading edge needs to support padding offsets. |
| void | onAttachedToWindow ()<br>This is called when the view is attached to a window. |
| int[] | onCreateDrawableState (int extraSpace)<br>Generate the new Drawable state for this view. |
| void | onDetachedFromWindow ()<br>This is called when the view is detached from a window. |
| void | onDraw (Canvas canvas)<br>Implement this to do your drawing. |

| void | onFocusChanged (boolean focused, int direction, Rect previouslyFocus |
|---|---|
|  | Called by the view system when the focus state of this view changes |

| void | onMeasure (int widthMeasureSpec, int heightMeasureSpec) |
|---|---|
|  | Measure the view and its content to determine the measured width an the measured height. |

| void | onScrollChanged (int horiz, int vert, int oldHoriz, int oldVert) |
|---|---|
|  | This is called in response to an internal scroll in this view (i.e., the vie scrolled its own contents). |

| void | onSelectionChanged (int selStart, int selEnd) |
|---|---|
|  | This method is called when the selection has changed, in case any subclasses would like to know. |

| boolean | onSetAlpha (int alpha) |
|---|---|
|  | Invoked if there is a Transform that involves alpha. |

| void | onTextChanged (CharSequence text, int start, int lengthBefore, int lengt |
|---|---|
|  | This method is called when the text is changed, in case any subclass would like to know. |

| void | onVisibilityChanged (View changedView, int visibility) |
|---|---|
|  | Called when the visibility of the view or an ancestor of the view is changed. |

| void | resetResolvedDrawables () |
|---|---|

| void | resetResolvedLayoutDirection () |
|---|---|
|  | Reset the resolved layout direction. |

| void | resolveDrawables () |
|---|---|
|  | Subclasses will need to override this method to implement their own of resolving drawables depending on the layout direction. |

| void | resolveTextDirection () |
|---|---|
|  | Resolve the text direction. |

| boolean | setFrame (int l, int t, int r, int b) |
|---|---|
|  | Assign a size and position to this view. |

| boolean | verifyDrawable (Drawable who) |
|---|---|
|  | If your view subclass is displaying its own Drawable objects, it should override this function and return true for any Drawable it is displaying |

| **Inherited Methods** | [Expand] |
|---|---|

▶ From class android.view.View

▶ From class java.lang.Object

▶ From interface android.graphics.drawable.Drawable.Callback

▶ From interface android.view.KeyEvent.Callback

▶ From interface android.view.ViewTreeObserver.OnPreDrawListener

▶ From interface android.view.accessibility.AccessibilityEventSource

# XML Attributes

### android:autoLink

Controls whether links such as urls and email addresses are automatically found and converted to clickable links. The default value is "none", disabling this feature.

Must be one or more (separated by '|') of the following constant values.

| Constant | Value | Description |
|----------|-------|-------------|
| none | 0x00 | Match no patterns (default). |
| web | 0x01 | Match Web URLs. |
| email | 0x02 | Match email addresses. |
| phone | 0x04 | Match phone numbers. |
| map | 0x08 | Match map addresses. |
| all | 0x0f | Match all patterns (equivalent to web|email|phone|map). |

This corresponds to the global attribute resource symbol autoLink.

#### Related Methods

setAutoLinkMask(int)

### android:autoText

If set, specifies that this TextView has a textual input method and automatically corrects some common spelling errors. The default is "false".

Must be a boolean value, either "true" or "false".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol autoText.

#### Related Methods

setKeyListener(KeyListener)

### android:bufferType

Determines the minimum type that getText() will return. The default is "normal". Note that EditText and LogTextBox always return Editable, even if you specify something less powerful here.

Must be one of the following constant values.

| Constant | Value | Description |
|----------|-------|-------------|
| normal | 0 | Can return any CharSequence, possibly a Spanned one if the source text was Spanned. |
| spannable | 1 | Can only return Spannable. |

| | | |
|---|---|---|
| editable | 2 | Can only return Spannable and Editable. |

This corresponds to the global attribute resource symbol <u>bufferType</u>.

### Related Methods

<u>setText(CharSequence,TextView.BufferType)</u>

## android:capitalize

If set, specifies that this TextView has a textual input method and should automatically capitalize what the user types. The default is "none".

Must be one of the following constant values.

| Constant | Value | Description |
|---|---|---|
| none | 0 | Don't automatically capitalize anything. |
| sentences | 1 | Capitalize the first word of each sentence. |
| words | 2 | Capitalize the first letter of every word. |
| characters | 3 | Capitalize every character. |

This corresponds to the global attribute resource symbol <u>capitalize</u>.

### Related Methods

<u>setKeyListener(KeyListener)</u>

## android:cursorVisible

Makes the cursor visible (the default) or invisible.

Must be a boolean value, either "true" or "false".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol <u>cursorVisible</u>.

### Related Methods

<u>setCursorVisible(boolean)</u>

## android:digits

If set, specifies that this TextView has a numeric input method and that these specific characters are the ones that it will accept. If this is set, numeric is implied to be true. The default is false.

Must be a string value, using '\\;' to escape characters such as '\\n' or '\\uxxxx' for a unicode character.

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol <u>digits</u>.

### Related Methods

setKeyListener(KeyListener)

### android:drawableBottom

The drawable to be drawn below the text.

May be a reference to another resource, in the form "@[+][*package:*]*type*:*name*" or to a theme attribute in the form "?[*package*:][*type*:]*name*".

May be a color value, in the form of "#*rgb*", "#*argb*", "#*rrggbb*", or "#*aarrggbb*".

This corresponds to the global attribute resource symbol drawableBottom.

#### Related Methods

setCompoundDrawablesWithIntrinsicBounds(int,int,int,int)

### android:drawableLeft

The drawable to be drawn to the left of the text.

May be a reference to another resource, in the form "@[+][*package:*]*type*:*name*" or to a theme attribute in the form "?[*package*:][*type*:]*name*".

May be a color value, in the form of "#*rgb*", "#*argb*", "#*rrggbb*", or "#*aarrggbb*".

This corresponds to the global attribute resource symbol drawableLeft.

#### Related Methods

setCompoundDrawablesWithIntrinsicBounds(int,int,int,int)

### android:drawablePadding

The padding between the drawables and the text.

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[*package*:]*type*:*name*") or theme attribute (in the form "?[*package*:][*type*:]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol drawablePadding.

#### Related Methods

setCompoundDrawablePadding(int)

### android:drawableRight

The drawable to be drawn to the right of the text.

May be a reference to another resource, in the form "@[+][*package:*]*type*:*name*" or to a theme attribute in the form "?[*package*:][*type*:]*name*".

May be a color value, in the form of "#*rgb*", "#*argb*", "#*rrggbb*", or "#*aarrggbb*".

This corresponds to the global attribute resource symbol drawableRight.

#### Related Methods

setCompoundDrawablesWithIntrinsicBounds(int,int,int,int)

### android:drawableTop

The drawable to be drawn above the text.

May be a reference to another resource, in the form "`@[+][package:]type:name`" or to a theme attribute in the form "`?[package:][type:]name`".

May be a color value, in the form of "`#rgb`", "`#argb`", "`#rrggbb`", or "`#aarrggbb`".

This corresponds to the global attribute resource symbol drawableTop.

#### Related Methods

setCompoundDrawablesWithIntrinsicBounds(int,int,int,int)

### android:editable

If set, specifies that this TextView has an input method. It will be a textual one unless it has otherwise been specified. For TextView, this is false by default. For EditText, it is true by default.

Must be a boolean value, either "`true`" or "`false`".

This may also be a reference to a resource (in the form "`@[package:]type:name`") or theme attribute (in the form "`?[package:][type:]name`") containing a value of this type.

This corresponds to the global attribute resource symbol editable.

#### Related Methods

### android:editorExtras

Reference to an <input-extras> XML resource containing additional data to supply to an input method, which is private to the implementation of the input method. This simply fills in the EditorInfo.extras field when the input method is connected.

Must be a reference to another resource, in the form "`@[+][package:]type:name`" or to a theme attribute in the form "`?[package:][type:]name`".

This corresponds to the global attribute resource symbol editorExtras.

#### Related Methods

setInputExtras(int)

### android:ellipsize

If set, causes words that are longer than the view is wide to be ellipsized instead of broken in the middle. You will often also want to set scrollHorizontally or singleLine as well so that the text as a whole is also constrained to a single line instead of still allowed to be broken onto multiple lines.

Must be one of the following constant values.

| Constant | Value | Description |
|----------|-------|-------------|
| none | 0 | |
| start | 1 | |

| | | |
|---|---|---|
| middle | 2 | |
| end | 3 | |
| marquee | 4 | |

This corresponds to the global attribute resource symbol <u>ellipsize</u>.

### Related Methods

setEllipsize(TextUtils.TruncateAt)


### android:ems

Makes the TextView be exactly this many ems wide.

Must be an integer value, such as "100".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol <u>ems</u>.

### Related Methods

setEms(int)


### android:freezesText

If set, the text view will include its current complete text inside of its frozen icicle in addition to meta-data such as the current cursor position. By default this is disabled; it can be useful when the contents of a text view is not stored in a persistent place such as a content provider.

Must be a boolean value, either "true" or "false".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol <u>freezesText</u>.

### Related Methods

setFreezesText(boolean)


### android:gravity

Specifies how to align the text by the view's x- and/or y-axis when the text is smaller than the view.

Must be one or more (separated by '|') of the following constant values.

| Constant | Value | Description |
|---|---|---|
| top | 0x30 | Push object to the top of its container, not changing its size. |
| bottom | 0x50 | Push object to the bottom of its container, not changing its size. |
| left | 0x03 | Push object to the left of its container, not changing its size. |

| right | 0x05 | Push object to the right of its container, not changing its size. |
|---|---|---|
| center_vertical | 0x10 | Place object in the vertical center of its container, not changing its size. |
| fill_vertical | 0x70 | Grow the vertical size of the object if needed so it completely fills its container. |
| center_horizontal | 0x01 | Place object in the horizontal center of its container, not changing its size. |
| fill_horizontal | 0x07 | Grow the horizontal size of the object if needed so it completely fills its container. |
| center | 0x11 | Place the object in the center of its container in both the vertical and horizontal axis, not changing its size. |
| fill | 0x77 | Grow the horizontal and vertical size of the object if needed so it completely fills its container. |
| clip_vertical | 0x80 | Additional option that can be set to have the top and/or bottom edges of the child clipped to its container's bounds. The clip will be based on the vertical gravity: a top gravity will clip the bottom edge, a bottom gravity will clip the top edge, and neither will clip both edges. |
| clip_horizontal | 0x08 | Additional option that can be set to have the left and/or right edges of the child clipped to its container's bounds. The clip will be based on the horizontal gravity: a left gravity will clip the right edge, a right gravity will clip the left edge, and neither will clip both edges. |
| start | 0x00800003 | Push object to the beginning of its container, not changing its size. |
| end | 0x00800005 | Push object to the end of its container, not changing its size. |

This corresponds to the global attribute resource symbol gravity.

### Related Methods

setGravity(int)

### android:height

Makes the TextView be exactly this many pixels tall. You could get the same effect by specifying this number in the layout parameters.

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol height.

### Related Methods

setHeight(int)

## android:hint

Hint text to display when the text is empty.

Must be a string value, using '\\;' to escape characters such as '\\n' or '\\uxxxx' for a unicode character.

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol hint.

### Related Methods

setHint(int)

## android:imeActionId

Supply a value for EditorInfo.actionId used when an input method is connected to the text view.

Must be an integer value, such as "100".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol imeActionId.

### Related Methods

setImeActionLabel(CharSequence,int)

## android:imeActionLabel

Supply a value for EditorInfo.actionLabel used when an input method is connected to the text view.

Must be a string value, using '\\;' to escape characters such as '\\n' or '\\uxxxx' for a unicode character.

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol imeActionLabel.

### Related Methods

setImeActionLabel(CharSequence,int)

## android:imeOptions

Additional features you can enable in an IME associated with an editor to improve the integration with your application. The constants here correspond to those defined

by imeOptions.

Must be one or more (separated by '|') of the following constant values.

| Constant | Value | Description |
|---|---|---|
| normal | 0x00000000 | There are no special semantics assoc editor. |
| actionUnspecified | 0x00000000 | There is no specific action associate let the editor come up with its own i Corresponds to IME_NULL. |
| actionNone | 0x00000001 | This editor has no action associated Corresponds to IME_ACTION_NONE |
| actionGo | 0x00000002 | The action key performs a "go" oper user to the target of the text they ty used, for example, when entering a Corresponds to IME_ACTION_GO. |
| actionSearch | 0x00000003 | The action key performs a "search" the user to the results of searching have typed (in whatever context is a Corresponds to IME_ACTION_SEAR |
| actionSend | 0x00000004 | The action key performs a "send" op delivering the text to its target. This when composing a message. Corre: IME_ACTION_SEND. |
| actionNext | 0x00000005 | The action key performs a "next" op user to the next field that will accept Corresponds to IME_ACTION_NEXT |
| actionDone | 0x00000006 | The action key performs a "done" o the soft input method. Corresponds IME_ACTION_DONE. |
| actionPrevious | 0x00000007 | The action key performs a "previous taking the user to the previous field text. Corresponds to IME_ACTION_ |
| flagNoFullscreen | 0x2000000 | Used to request that the IME never mode. Applications need to be awar not a guarantee, and not all IMEs w<br><br>Corresponds to IME_FLAG_NO_FUL |
| flagNavigatePrevious | 0x4000000 | Like flagNavigateNext, but specifies something interesting that a backwa focus on. If the user selects the IME backward navigate, this will show up application as an actionPrevious at InputConnection.performEdit<br><br>Corresponds to IME_FLAG_NO_FUL |
| flagNavigateNext | 0x8000000 | Used to specify that there is someth that a forward navigation can focus using actionNext, except allows the multiline (with an enter key) as well forward navigation. Note that some able to do this, especially when runi screen where there is little space. Ir not need to present a UI for this opt actionNext, if the user selects the IN forward navigate, this will show up i at InputConnection.performEdit<br><br>Corresponds to IME_FLAG_NAVIGA |

| | | |
|---|---|---|
| flagNoExtractUi | 0x10000000 | Used to specify that the IME does r its extracted text UI. For input meth fullscreen, often when in landscape them to be smaller and let part of th shown behind. Though there will like access to the application available f can make the experience of a (most less jarring. Note that when this flag IME may *not* be set up to be able to should only be used in situations wh needed.<br><br>Corresponds to IME_FLAG_NO_EXT |
| flagNoAccessoryAction | 0x20000000 | Used in conjunction with a custom a indicates that the action should not an accessory button when the input screen. Note that by setting this flag cases where the action is simply ne the user. Setting this generally mean showing text being edited is more in action you have supplied.<br><br>Corresponds to IME_FLAG_NO_ACC |
| flagNoEnterAction | 0x40000000 | Used in conjunction with a custom a indicates that the action should not line as a replacement for the "enter" this is because the action has such impact or is not recoverable enough hitting it should be avoided, such as message. Note that TextView will this flag for you on multi-line text vie<br><br>Corresponds to IME_FLAG_NO_ENT |

This corresponds to the global attribute resource symbol imeOptions.

### Related Methods

setImeOptions(int)

## android:includeFontPadding

Leave enough room for ascenders and descenders instead of using the font ascent and descent strictly. (Normally true).

Must be a boolean value, either "true" or "false".

This may also be a reference to a resource (in the form "@[*package*:]*type*:*name*") or theme attribute (in the form "?[*package*:][*type*:]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol includeFontPadding.

### Related Methods

setIncludeFontPadding(boolean)

## android:inputMethod

If set, specifies that this TextView should use the specified input method (specified by fully-qualified class name).

Must be a string value, using '\\;' to escape characters such as '\\n' or '\\uxxxx' for a unicode character.

@[*package*:]*type*:*name*

This may also be a reference to a resource (in the form "                    ") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol inputMethod.

#### Related Methods

setKeyListener(KeyListener)


### android:inputType

The type of data being placed in a text field, used to help an input method decide how to let the user enter text. The constants here correspond to those defined by InputType. Generally you can select a single value, though some can be combined together as indicated. Setting this attribute to anything besides *none* also implies that the text is editable.

Must be one or more (separated by '|') of the following constant values.

| Constant | Value | Description |
|---|---|---|
| none | 0x00000000 | There is no content type. The text is n |
| text | 0x00000001 | Just plain old text. Corresponds to TYPE_CLASS_TEXT \| TYPE_TEXT_VARIATION_NORMAL. |
| textCapCharacters | 0x00001001 | Can be combined with *text* and its vari request capitalization of all characters. Corresponds to TYPE_TEXT_FLAG_CAP_CHARACTERS |
| textCapWords | 0x00002001 | Can be combined with *text* and its vari request capitalization of the first chara every word. Corresponds to TYPE_TEXT_FLAG_CAP_WORDS. |
| textCapSentences | 0x00004001 | Can be combined with *text* and its vari request capitalization of the first chara every sentence. Corresponds to TYPE_TEXT_FLAG_CAP_SENTENCES. |
| textAutoCorrect | 0x00008001 | Can be combined with *text* and its vari request auto-correction of text being in Corresponds to TYPE_TEXT_FLAG_AUTO_CORRECT. |
| textAutoComplete | 0x00010001 | Can be combined with *text* and its vari specify that this field will be doing its c completion and talking with the input n appropriately. Corresponds to TYPE_TEXT_FLAG_AUTO_COMPLETE. |
| textMultiLine | 0x00020001 | Can be combined with *text* and its vari allow multiple lines of text in the field. is not set, the text field will be constrai single line. Corresponds to TYPE_TEXT_FLAG_MULTI_LINE. |
| textImeMultiLine | 0x00040001 | Can be combined with *text* and its vari indicate that though the regular text vie not be multiple lines, the IME should p multiple lines if it can. Corresponds to TYPE_TEXT_FLAG_IME_MULTI_LINE |
| textNoSuggestions | 0x00080001 | Can be combined with *text* and its vari indicate that the IME should not show dictionary-based word suggestions. Co to TYPE_TEXT_FLAG_NO_SUGGESTIO |

| | | |
|---|---|---|
| textUri | 0x00000011 | Text that will be used as a URI. Corres<br>TYPE_CLASS_TEXT \|<br>TYPE_TEXT_VARIATION_URI. |
| textEmailAddress | 0x00000021 | Text that will be used as an e-mail add<br>Corresponds to TYPE_CLASS_TEXT \|<br>TYPE_TEXT_VARIATION_EMAIL_ADD |
| textEmailSubject | 0x00000031 | Text that is being supplied as the subj<br>mail. Corresponds to TYPE_CLASS_TE<br>TYPE_TEXT_VARIATION_EMAIL_SUB |
| textShortMessage | 0x00000041 | Text that is the content of a short mes<br>Corresponds to TYPE_CLASS_TEXT \|<br>TYPE_TEXT_VARIATION_SHORT_MES |
| textLongMessage | 0x00000051 | Text that is the content of a long mess<br>Corresponds to TYPE_CLASS_TEXT \|<br>TYPE_TEXT_VARIATION_LONG_MESS |
| textPersonName | 0x00000061 | Text that is the name of a person. Cor<br>to TYPE_CLASS_TEXT \|<br>TYPE_TEXT_VARIATION_PERSON_NA |
| textPostalAddress | 0x00000071 | Text that is being supplied as a postal<br>address. Corresponds to TYPE_CLASS<br>TYPE_TEXT_VARIATION_POSTAL_AD |
| textPassword | 0x00000081 | Text that is a password. Corresponds<br>TYPE_CLASS_TEXT \|<br>TYPE_TEXT_VARIATION_PASSWORD. |
| textVisiblePassword | 0x00000091 | Text that is a password that should be<br>Corresponds to TYPE_CLASS_TEXT \|<br>TYPE_TEXT_VARIATION_VISIBLE_P |
| textWebEditText | 0x000000a1 | Text that is being supplied as text in a<br>Corresponds to TYPE_CLASS_TEXT \|<br>TYPE_TEXT_VARIATION_WEB_EDIT_ |
| textFilter | 0x000000b1 | Text that is filtering some other data.<br>Corresponds to TYPE_CLASS_TEXT \|<br>TYPE_TEXT_VARIATION_FILTER. |
| textPhonetic | 0x000000c1 | Text that is for phonetic pronunciation,<br>phonetic name field in a contact entry.<br>Corresponds to TYPE_CLASS_TEXT \|<br>TYPE_TEXT_VARIATION_PHONETIC. |
| textWebEmailAddress | 0x000000d1 | Text that will be used as an e-mail add<br>web form. Corresponds to TYPE_CLAS<br>TYPE_TEXT_VARIATION_WEB_EMAIL |
| textWebPassword | 0x000000e1 | Text that will be used as a password o<br>form. Corresponds to TYPE_CLASS_TE<br>TYPE_TEXT_VARIATION_WEB_PASSW |
| number | 0x00000002 | A numeric only field. Corresponds to<br>TYPE_CLASS_NUMBER \|<br>TYPE_NUMBER_VARIATION_NORMAL. |
| numberSigned | 0x00001002 | Can be combined with *number* and its<br>options to allow a signed number. Corr<br>TYPE_CLASS_NUMBER \|<br>TYPE_NUMBER_FLAG_SIGNED. |
| numberDecimal | 0x00002002 | Can be combined with *number* and its<br>options to allow a decimal (fractional) r<br>Corresponds to TYPE_CLASS_NUMBER<br>TYPE_NUMBER_FLAG_DECIMAL. |

| | | |
|---|---|---|
| numberPassword | 0x00000012 | A numeric password field. Corresponds to TYPE_CLASS_NUMBER \| TYPE_NUMBER_VARIATION_PASSWORD. |
| phone | 0x00000003 | For entering a phone number. Corresponds to TYPE_CLASS_PHONE. |
| datetime | 0x00000004 | For entering a date and time. Corresponds to TYPE_CLASS_DATETIME \| TYPE_DATETIME_VARIATION_NORMAL. |
| date | 0x00000014 | For entering a date. Corresponds to TYPE_CLASS_DATETIME \| TYPE_DATETIME_VARIATION_DATE. |
| time | 0x00000024 | For entering a time. Corresponds to TYPE_CLASS_DATETIME \| TYPE_DATETIME_VARIATION_TIME. |

This corresponds to the global attribute resource symbol inputType.

### Related Methods

setRawInputType(int)

### android:lineSpacingExtra

Extra spacing between lines of text.

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol lineSpacingExtra.

### Related Methods

setLineSpacing(float,float)

### android:lineSpacingMultiplier

Extra spacing between lines of text, as a multiplier.

Must be a floating point value, such as "1.2".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol lineSpacingMultiplier.

### Related Methods

setLineSpacing(float,float)

### android:lines

Makes the TextView be exactly this many lines tall.

Must be an integer value, such as "100".