This may also be a reference to a resource (in the form "@[*package*:]*type*:*name*") or theme attribute (in the form "?[*package*:][*type*:]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol lines.

#### Related Methods

setLines(int)

### android:linksClickable

If set to false, keeps the movement method from being set to the link movement method even if autoLink causes links to be found.

Must be a boolean value, either "true" or "false".

This may also be a reference to a resource (in the form "@[*package*:]*type*:*name*") or theme attribute (in the form "?[*package*:][*type*:]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol linksClickable.

#### Related Methods

setLinksClickable(boolean)

### android:marqueeRepeatLimit

The number of times to repeat the marquee animation. Only applied if the TextView has marquee enabled.

May be an integer value, such as "100".

This may also be a reference to a resource (in the form "@[*package*:]*type*:*name*") or theme attribute (in the form "?[*package*:][*type*:]*name*") containing a value of this type.

May be one of the following constant values.

| Constant | Value | Description |
|---|---|---|
| marquee_forever | -1 | Indicates that marquee should repeat indefinitely. |

This corresponds to the global attribute resource symbol marqueeRepeatLimit.

#### Related Methods

setMarqueeRepeatLimit(int)

### android:maxEms

Makes the TextView be at most this many ems wide.

Must be an integer value, such as "100".

This may also be a reference to a resource (in the form "@[*package*:]*type*:*name*") or theme attribute (in the form "?[*package*:][*type*:]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol maxEms.

#### Related Methods

setMaxEms(int)

### android:maxHeight

Makes the TextView be at most this many pixels tall.

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol maxHeight.

#### Related Methods

setMaxHeight(int)

### android:maxLength

Set an input filter to constrain the text length to the specified number.

Must be an integer value, such as "100".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol maxLength.

#### Related Methods

setFilters(InputFilter)

### android:maxLines

Makes the TextView be at most this many lines tall.

Must be an integer value, such as "100".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol maxLines.

#### Related Methods

setMaxLines(int)

### android:maxWidth

Makes the TextView be at most this many pixels wide.

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol maxWidth.

### Related Methods

setMaxWidth(int)

### android:minEms

Makes the TextView be at least this many ems wide.

Must be an integer value, such as "100".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol minEms.

### Related Methods

setMinEms(int)

### android:minHeight

Makes the TextView be at least this many pixels tall.

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol minHeight.

### Related Methods

setMinHeight(int)

### android:minLines

Makes the TextView be at least this many lines tall.

Must be an integer value, such as "100".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol minLines.

### Related Methods

setMinLines(int)

### android:minWidth

Makes the TextView be at least this many pixels wide.

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[*package*:]*type*:*name*") or theme attribute (in the form "?[*package*:][*type*:]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol minWidth.

### Related Methods

setMinWidth(int)

## android:numeric

If set, specifies that this TextView has a numeric input method. The default is false.

Must be one or more (separated by '|') of the following constant values.

| Constant | Value | Description |
|----------|-------|-------------|
| integer | 0x01 | Input is numeric. |
| signed | 0x003 | Input is numeric, with sign allowed. |
| decimal | 0x05 | Input is numeric, with decimals allowed. |

This corresponds to the global attribute resource symbol numeric.

### Related Methods

setKeyListener(KeyListener)

## android:password

Whether the characters of the field are displayed as password dots instead of themselves.

Must be a boolean value, either "true" or "false".

This may also be a reference to a resource (in the form "@[*package*:]*type*:*name*") or theme attribute (in the form "?[*package*:][*type*:]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol password.

### Related Methods

setTransformationMethod(TransformationMethod)

## android:phoneNumber

If set, specifies that this TextView has a phone number input method. The default is false.

Must be a boolean value, either "true" or "false".

This may also be a reference to a resource (in the form "@[*package*:]*type*:*name*") or theme attribute (in the form "?[*package*:][*type*:]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol phoneNumber.

### Related Methods

setKeyListener(KeyListener)

### android:privateImeOptions

An addition content type description to supply to the input method attached to the text view, which is private to the implementation of the input method. This simply fills in the `EditorInfo.privateImeOptions` field when the input method is connected.

Must be a string value, using '\\;' to escape characters such as '\\n' or '\\uxxxx' for a unicode character.

This may also be a reference to a resource (in the form "@[*package:*]*type*:*name*") or theme attribute (in the form "?[*package:*][*type:*]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol `privateImeOptions`.

#### Related Methods

setPrivateImeOptions(String)

### android:scrollHorizontally

Whether the text is allowed to be wider than the view (and therefore can be scrolled horizontally).

Must be a boolean value, either "`true`" or "`false`".

This may also be a reference to a resource (in the form "@[*package:*]*type*:*name*") or theme attribute (in the form "?[*package:*][*type:*]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol `scrollHorizontally`.

#### Related Methods

setHorizontallyScrolling(boolean)

### android:selectAllOnFocus

If the text is selectable, select it all when the view takes focus instead of moving the cursor to the start or end.

Must be a boolean value, either "`true`" or "`false`".

This may also be a reference to a resource (in the form "@[*package:*]*type*:*name*") or theme attribute (in the form "?[*package:*][*type:*]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol `selectAllOnFocus`.

#### Related Methods

setSelectAllOnFocus(boolean)

### android:shadowColor

Place a shadow of the specified color behind the text.

Must be a color value, in the form of "#*rgb*", "#*argb*", "#*rrggbb*", or "#*aarrggbb*".

This may also be a reference to a resource (in the form "@[*package:*]*type*:*name*") or theme attribute (in the form "?[*package:*][*type:*]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol `shadowColor`.

### Related Methods

setShadowLayer(float,float,float,int)

## android:shadowDx

Horizontal offset of the shadow.

Must be a floating point value, such as "1.2".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol shadowDx.

### Related Methods

setShadowLayer(float,float,float,int)

## android:shadowDy

Vertical offset of the shadow.

Must be a floating point value, such as "1.2".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol shadowDy.

### Related Methods

setShadowLayer(float,float,float,int)

## android:shadowRadius

Radius of the shadow.

Must be a floating point value, such as "1.2".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol shadowRadius.

### Related Methods

setShadowLayer(float,float,float,int)

## android:singleLine

Constrains the text to a single horizontally scrolling line instead of letting it wrap onto multiple lines, and advances focus instead of inserting a newline when you press the enter key. Note: for editable text views, it is better to control this using the textMultiLine flag in the inputType attribute. (If both singleLine and inputType are supplied, the inputType flags will override the value of singleLine.)

Must be a boolean value, either "true" or "false".

This may also be a reference to a resource (in the form "@[package:]type:name")

or theme attribute (in the form "?[*package*:]↓[*type*:]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol singleLine.

### Related Methods

setTransformationMethod(TransformationMethod)

## android:text

Text to display.

Must be a string value, using '\\;' to escape characters such as '\\n' or '\\uxxxx' for a unicode character.

This may also be a reference to a resource (in the form "@[*package*:]*type*:*name*") or theme attribute (in the form "?[*package*:][*type*:]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol text.

### Related Methods

setText(CharSequence,TextView.BufferType)

## android:textAllCaps

Present the text in ALL CAPS. This may use a small-caps form when available.

Must be a boolean value, either "true" or "false".

This may also be a reference to a resource (in the form "@[*package*:]*type*:*name*") or theme attribute (in the form "?[*package*:][*type*:]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol textAllCaps.

### Related Methods

setAllCaps(boolean)

## android:textAppearance

Base text color, typeface, size, and style.

Must be a reference to another resource, in the form "@[+][*package*:]*type*:*name*" or to a theme attribute in the form "?[*package*:][*type*:]*name*".

This corresponds to the global attribute resource symbol textAppearance.

### Related Methods

## android:textColor

Text color.

May be a reference to another resource, in the form "@[+][*package*:]*type*:*name*" or to a theme attribute in the form "?[*package*:][*type*:]*name*".

May be a color value, in the form of "#*rgb*", "#*argb*", "#*rrggbb*", or "#*aarrggbb*".

This corresponds to the global attribute resource symbol textColor.

### Related Methods

setTextColor(int)

## android:textColorHighlight

Color of the text selection highlight.

May be a reference to another resource, in the form "@[+][package:]type:name" or to a theme attribute in the form "?[package:][type:]name".

May be a color value, in the form of "#rgb", "#argb", "#rrggbb", or "#aarrggbb".

This corresponds to the global attribute resource symbol textColorHighlight.

### Related Methods

setHighlightColor(int)

## android:textColorHint

Color of the hint text.

May be a reference to another resource, in the form "@[+][package:]type:name" or to a theme attribute in the form "?[package:][type:]name".

May be a color value, in the form of "#rgb", "#argb", "#rrggbb", or "#aarrggbb".

This corresponds to the global attribute resource symbol textColorHint.

### Related Methods

setHintTextColor(int)

## android:textColorLink

Text color for links.

May be a reference to another resource, in the form "@[+][package:]type:name" or to a theme attribute in the form "?[package:][type:]name".

May be a color value, in the form of "#rgb", "#argb", "#rrggbb", or "#aarrggbb".

This corresponds to the global attribute resource symbol textColorLink.

### Related Methods

setLinkTextColor(int)

## android:textIsSelectable

Indicates that the content of a non-editable text can be selected.

Must be a boolean value, either "true" or "false".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol textIsSelectable.

### Related Methods

isTextSelectable()

### android:textScaleX

Sets the horizontal scaling factor for the text.

Must be a floating point value, such as "1.2".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol textScaleX.

#### Related Methods

setTextScaleX(float)

### android:textSize

Size of the text. Recommended dimension type for text is "sp" for scaled-pixels (example: 15sp).

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol textSize.

#### Related Methods

setTextSize(int,float)

### android:textStyle

Style (bold, italic, bolditalic) for the text.

Must be one or more (separated by '|') of the following constant values.

| Constant | Value | Description |
|----------|-------|-------------|
| normal   | 0     |             |
| bold     | 1     |             |
| italic   | 2     |             |

This corresponds to the global attribute resource symbol textStyle.

#### Related Methods

setTypeface(Typeface)

### android:typeface

Typeface (normal, sans, serif, monospace) for the text.

Must be one of the following constant values.

| Constant | Value | Description |
|----------|-------|-------------|

| normal | 0 | |
|--------|---|--|
| sans | 1 | |
| serif | 2 | |
| monospace | 3 | |

This corresponds to the global attribute resource symbol typeface.

### Related Methods

setTypeface(Typeface)

#### android:width

Makes the TextView be exactly this many pixels wide. You could get the same effect by specifying this number in the layout parameters.

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol width.

### Related Methods

setWidth(int)

## Public Constructors

public **TextView** (Context context)                             Since: API Level 1

public **TextView** (Context context, AttributeSet attrs)         Since: API Level 1

public **TextView** (Context context, AttributeSet attrs, int defStyle)   Since: API Level 1

## Public Methods

public void **addTextChangedListener** (TextWatcher watcher)   Since: API Level 1

Adds a TextWatcher to the list of those whose methods are called whenever this TextView's text changes.

In 1.0, the afterTextChanged(Editable) method was erroneously not called after setText(char[], int, int) calls. Now, doing setText(char[], int,

int) if there are any text changed listeners forces the buffer type to Editable if it would not otherwise be and does call this method.

---

public final void **append** (CharSequence text)                    Since: API Level 1

Convenience method: Append the specified text to the TextView's display buffer, upgrading it to BufferType.EDITABLE if it was not already editable.

---

public void **append** (CharSequence text, int start, int end)          Since: API Level 1

Convenience method: Append the specified text slice to the TextView's display buffer, upgrading it to BufferType.EDITABLE if it was not already editable.

---

public void **beginBatchEdit** ()                                   Since: API Level 3

---

public boolean **bringPointIntoView** (int offset)                   Since: API Level 3

Move the point, specified by the offset, into the view if it is needed. This has to be called after layout. Returns true if anything changed.

---

public void **cancelLongPress** ()                                  Since: API Level 1

Cancels a pending long press. Your subclass can use this if you want the context menu to come up if the user presses and holds at the same place, but you don't want it to come up if they press and then move around enough to cause scrolling.

---

public void **clearComposingText** ()                               Since: API Level 3

Use BaseInputConnection.removeComposingSpans() to remove any IME composing state from this text view.

---

public void **computeScroll** ()                                    Since: API Level 1

Called by a parent to request that a child update its values for mScrollX and mScrollY if necessary. This will typically be done if the child is animating a scroll using a Scroller object.

---

public void **debug** (int depth)                                   Since: API Level 1

Prints information about this view in the log output, with the tag VIEW_LOG_TAG. Each line in the output is preceded with an indentation defined by the depth.

**Parameters**

depth     the indentation level

Since: API Level 3

public boolean **didTouchFocusSelect** ()

Returns true, only while processing a touch gesture, if the initial touch down event caused focus to move to the text view and as a result its selection changed. Only valid while processing the touch gesture of interest.

public void **endBatchEdit** ()                                    Since: API Level 3

public boolean **extractText** (ExtractedTextRequest request, ExtractedText outText)

If this TextView contains editable content, extract a portion of it based on the information in *request* in to *outText*.

### Returns

Returns true if the text was successfully extracted, else false.

public void **findViewsWithText** (ArrayList<View> outViews, CharSequence searched, int flags)                                Since: API Level 14

Finds the Views that contain given text. The containment is case insensitive. The search is performed by either the text that the View renders or the content description that describes the view for accessibility purposes and the view does not render or both. Clients can specify how the search is to be performed via passing the FIND_VIEWS_WITH_TEXT and FIND_VIEWS_WITH_CONTENT_DESCRIPTION flags.

### Parameters

| *outViews* | The output list of matching Views. |
| *searched* | The text to match against. |

public final int **getAutoLinkMask** ()                            Since: API Level 1

Gets the autolink mask of the text. See Linkify.ALL and peers for possible values.

### Related XML Attributes

android:autoLink

public int **getBaseline** ()                                      Since: API Level 1

Return the offset of the widget's text baseline from the widget's top boundary. If this widget does not support baseline alignment, this method returns -1.

### Returns

the offset of the baseline within the widget's bounds or -1 if baseline alignment is not supported

public int **getCompoundDrawablePadding** ()                       Since: API Level 1

Returns the padding between the compound drawables and the text.

public Drawable[] **getCompoundDrawables** ()   Since: API Level 1

Returns drawables for the left, top, right, and bottom borders.

public int **getCompoundPaddingBottom** ()   Since: API Level 1

Returns the bottom padding of the view, plus space for the bottom Drawable if any.

public int **getCompoundPaddingLeft** ()   Since: API Level 1

Returns the left padding of the view, plus space for the left Drawable if any.

public int **getCompoundPaddingRight** ()   Since: API Level 1

Returns the right padding of the view, plus space for the right Drawable if any.

public int **getCompoundPaddingTop** ()   Since: API Level 1

Returns the top padding of the view, plus space for the top Drawable if any.

public final int **getCurrentHintTextColor** ()   Since: API Level 1

Return the current color selected to paint the hint text.

#### Returns

Returns the current hint text color.

public final int **getCurrentTextColor** ()   Since: API Level 1

Return the current color selected for normal text.

#### Returns

Returns the current text color.

public ActionMode.Callback **getCustomSelectionActionModeCallback** ()

Retrieves the value set in
setCustomSelectionActionModeCallback(ActionMode.Callback). Default
is null.

#### Returns

The current custom selection callback.

public Editable **getEditableText** ()   Since: API Level 3

Return the text the TextView is displaying as an Editable object. If the text is not

editable, null is returned.

**See Also**

> getText()

public TextUtils.TruncateAt **getEllipsize** ()                    Since: API Level 1

Returns where, if anywhere, words that are longer than the view is wide should be ellipsized.

public CharSequence **getError** ()                    Since: API Level 1

Returns the error message that was set to be displayed with setError(CharSequence), or null if no error was set or if it the error was cleared by the widget after user input.

public int **getExtendedPaddingBottom** ()                    Since: API Level 1

Returns the extended bottom padding of the view, including both the bottom Drawable if any and any extra space to keep more than maxLines of text from showing. It is only valid to call this after measuring.

public int **getExtendedPaddingTop** ()                    Since: API Level 1

Returns the extended top padding of the view, including both the top Drawable if any and any extra space to keep more than maxLines of text from showing. It is only valid to call this after measuring.

public InputFilter[] **getFilters** ()                    Since: API Level 1

Returns the current list of input filters.

public void **getFocusedRect** (Rect r)                    Since: API Level 1

When a view has focus and the user navigates away from it, the next view is searched for starting from the rectangle filled in by this method. By default, the rectangle is the getDrawingRect(android.graphics.Rect) of the view. However, if your view maintains some idea of internal selection, such as a cursor, or a selected row or column, you should override this method and fill in a more specific rectangle.

**Parameters**

> *r*     The rectangle to fill in, in this view's coordinates.

public boolean **getFreezesText** ()                    Since: API Level 1

Return whether this text view is including its entire text contents in frozen icicles.

**Returns**

Returns true if text is included, false if it isn't.

**See Also**

setFreezesText(boolean)

public int **getGravity** ()                                                Since: API Level 1

Returns the horizontal and vertical alignment of this TextView.

**Related XML Attributes**

android:gravity

**See Also**

Gravity

public CharSequence **getHint** ()                                          Since: API Level 1

Returns the hint that is displayed when the text of the TextView is empty.

**Related XML Attributes**

android:hint

public final ColorStateList **getHintTextColors** ()                         Since: API Level 1

Return the color used to paint the hint text.

**Returns**

Returns the list of hint text colors.

public int **getImeActionId** ()                                            Since: API Level 3

Get the IME action ID previous set with setImeActionLabel(CharSequence, int).

**See Also**

setImeActionLabel(CharSequence, int)
EditorInfo

public CharSequence **getImeActionLabel** ()                                 Since: API Level 3

Get the IME action label previous set with setImeActionLabel(CharSequence, int).

**See Also**

setImeActionLabel(CharSequence, int)
EditorInfo

public int **getImeOptions** ()                                             Since: API Level 3

Get the type of the IME editor.

### See Also

setImeOptions(int)
EditorInfo

---

public Bundle **getInputExtras** (boolean create)                    Since: API Level 3

Retrieve the input extras currently associated with the text view, which can be viewed as well as modified.

### Related XML Attributes

android:editorExtras

### Parameters

*create*    If true, the extras will be created if they don't already exist. Otherwise, null will be returned if none have been created.

### See Also

setInputExtras(int)
extras

---

public int **getInputType** ()                                      Since: API Level 3

Get the type of the content.

### See Also

setInputType(int)
InputType

---

public final KeyListener **getKeyListener** ()                      Since: API Level 1

### Returns

the current key listener for this TextView. This will frequently be null for non-EditText TextViews.

---

public final Layout **getLayout** ()                                Since: API Level 1

### Returns

the Layout that is currently being used to display the text. This can be null if the text or width has recently changes.

---

public int **getLineBounds** (int line, Rect bounds)                Since: API Level 1

Return the baseline for the specified line (0...getLineCount() - 1) If bounds is not null, return the top, left, right, bottom extents of the specified line in it. If the internal Layout has not been built, return 0 and set bounds to (0, 0, 0, 0)

### Parameters

| | |
|---|---|
| *line* | which line to examine (0..getLineCount() - 1) |
| *bounds* | Optional. If not null, it returns the extent of the line |

### Returns

the Y-coordinate of the baseline

---

public int **getLineCount** ()                                    Since: API Level 1

Return the number of lines of text, or 0 if the internal Layout has not been built.

---

public int **getLineHeight** ()                                   Since: API Level 1

### Returns

the height of one standard line in pixels. Note that markup within the text can cause individual lines to be taller or shorter than this height, and the layout may contain additional first- or last-line padding.

---

public final <u>ColorStateList</u> **getLinkTextColors** ()       Since: API Level 1

Returns the color used to paint links in the text.

### Returns

Returns the list of link text colors.

---

public final boolean **getLinksClickable** ()                     Since: API Level 1

Returns whether the movement method will automatically be set to <u>LinkMovementMethod</u> if <u>setAutoLinkMask(int)</u> has been set to nonzero and links are detected in <u>setText(char[], int, int)</u>. The default is true.

### Related XML Attributes

<u>android:linksClickable</u>

---

public final <u>MovementMethod</u> **getMovementMethod** ()        Since: API Level 1

### Returns

the movement method being used for this TextView. This will frequently be null for non-EditText TextViews.

---

public int **getOffsetForPosition** (float x, float y)            Since: API Level 14

Get the character offset closest to the specified absolute position. A typical use case is to pass the result of <u>getX()</u> and <u>getY()</u> to this method.

### Parameters

| | |
|---|---|
| *x* | The horizontal absolute position of a point on screen |

    *y*   The vertical absolute position of a point on screen

### Returns

the character offset for the character whose position is closest to the specified position. Returns -1 if there is no layout.

---

public [TextPaint](#) **getPaint** ()   <span style="float:right">Since: API Level 1</span>

### Returns

the base paint used for the text. Please use this only to consult the Paint's properties and not to change them.

---

public int **getPaintFlags** ()   <span style="float:right">Since: API Level 1</span>

### Returns

the flags on the Paint being used to display the text.

### See Also

[getFlags()](#)

---

public [String](#) **getPrivateImeOptions** ()   <span style="float:right">Since: API Level 3</span>

Get the private type of the content.

### See Also

[setPrivateImeOptions(String)](#)
[privateImeOptions](#)

---

public int **getSelectionEnd** ()   <span style="float:right">Since: API Level 1</span>

Convenience for [getSelectionEnd(CharSequence)](#).

---

public int **getSelectionStart** ()   <span style="float:right">Since: API Level 1</span>

Convenience for [getSelectionStart(CharSequence)](#).

---

public [CharSequence](#) **getText** ()   <span style="float:right">Since: API Level 1</span>

Return the text the TextView is displaying. If setText() was called with an argument of BufferType.SPANNABLE or BufferType.EDITABLE, you can cast the return value from this method to Spannable or Editable, respectively. Note: The content of the return value should not be modified. If you want a modifiable one, you should make your own copy first.

---

public static int **getTextColor** ([Context](#) context, [TypedArray](#) attrs, int def)   <span style="float:right">Since: API Level 1</span>

Returns the default color from the TextView_textColor attribute from the AttributeSet,

if set, or the default color from the TextAppearance_textColor from the TextView_textAppearance attribute, if TextView_textColor was not set directly.

public final ColorStateList **getTextColors** ()                        Since: API Level 1

Return the set of text colors.

> **Returns**
>
> > Returns the set of text colors.

public static ColorStateList **getTextColors** (Context context, TypedArray attrs)   Since: API Level 1

Returns the TextView_textColor attribute from the Resources.StyledAttributes, if set, or the TextAppearance_textColor from the TextView_textAppearance attribute, if TextView_textColor was not set directly.

public float **getTextScaleX** ()                        Since: API Level 1

> **Returns**
>
> > the extent by which text is currently being stretched horizontally. This will usually be 1.

public float **getTextSize** ()                        Since: API Level 1

> **Returns**
>
> > the size (in pixels) of the default text size in this TextView.

public int **getTotalPaddingBottom** ()                        Since: API Level 1

Returns the total bottom padding of the view, including the bottom Drawable if any, the extra space to keep more than maxLines from showing, and the vertical offset for gravity, if any.

public int **getTotalPaddingLeft** ()                        Since: API Level 1

Returns the total left padding of the view, including the left Drawable if any.

public int **getTotalPaddingRight** ()                        Since: API Level 1

Returns the total right padding of the view, including the right Drawable if any.

public int **getTotalPaddingTop** ()                        Since: API Level 1

Returns the total top padding of the view, including the top Drawable if any, the extra space to keep more than maxLines from showing, and the vertical offset for gravity, if any.

public final TransformationMethod **getTransformationMethod** () <sup></sup> Since: API Level 1

#### Returns

the current transformation method for this TextView. This will frequently be null except for single-line and password fields.

public Typeface **getTypeface** ()                                    Since: API Level 1

#### Returns

the current typeface and style in which the text is being displayed.

public URLSpan[] **getUrls** ()                                       Since: API Level 1

Returns the list of URLSpans attached to the text (by Linkify or otherwise) if any. You can call getURL() on them to find where they link to or use getSpanStart(Object) and getSpanEnd(Object) to find the region of the text they are attached to.

public boolean **hasSelection** ()                                    Since: API Level 1

Return true iff there is a selection inside this text view.

public void **invalidateDrawable** (Drawable drawable)               Since: API Level 1

Invalidates the specified Drawable.

#### Parameters

*drawable*     the drawable to invalidate

public boolean **isInputMethodTarget** ()                             Since: API Level 3

Returns whether this text view is a current input method target. The default implementation just checks with InputMethodManager.

public boolean **isSuggestionsEnabled** ()                            Since: API Level 14

Return whether or not suggestions are enabled on this TextView. The suggestions are generated by the IME or by the spell checker as the user types. This is done by adding SuggestionSpans to the text. When suggestions are enabled (default), this list of suggestions will be displayed when the user asks for them on these parts of the text. This value depends on the inputType of this TextView. The class of the input type must be TYPE_CLASS_TEXT. In addition, the type variation must be one of TYPE_TEXT_VARIATION_NORMAL, TYPE_TEXT_VARIATION_EMAIL_SUBJECT, TYPE_TEXT_VARIATION_LONG_MESSAGE, TYPE_TEXT_VARIATION_SHORT_MESSAGE or TYPE_TEXT_VARIATION_WEB_EDIT_TEXT. And finally, the TYPE_TEXT_FLAG_NO_SUGGESTIONS flag must *not* be set.

### Returns

true if the suggestions popup window is enabled, based on the inputType.

---

public boolean **isTextSelectable** ()    Since: API Level 11

When a TextView is used to display a useful piece of information to the user (such as a contact's address), it should be made selectable, so that the user can select and copy this content. Use `setTextIsSelectable(boolean)` or the `TextView_textIsSelectable` XML attribute to make this TextView selectable (text is not selectable by default). Note that this method simply returns the state of this flag. Although this flag has to be set in order to select text in non-editable TextView, the content of an `EditText` can always be selected, independently of the value of this flag.

#### Related XML Attributes

android:textIsSelectable

#### Returns

True if the text displayed in this TextView can be selected by the user.

---

public void **jumpDrawablesToCurrentState** ()    Since: API Level 11

Call `Drawable.jumpToCurrentState()` on all Drawable objects associated with this view.

---

public int **length** ()    Since: API Level 1

Returns the length, in characters, of the text managed by this TextView

---

public boolean **moveCursorToVisibleOffset** ()    Since: API Level 3

Move the cursor, if needed, so that it is at an offset that is visible to the user. This will not move the cursor if it represents more than one character (a selection range). This will only work if the TextView contains spannable text; otherwise it will do nothing.

#### Returns

True if the cursor was actually moved, false otherwise.

---

public void **onBeginBatchEdit** ()    Since: API Level 3

Called by the framework in response to a request to begin a batch of edit operations through a call to link `beginBatchEdit()`.

---

public boolean **onCheckIsTextEditor** ()    Since: API Level 3

Check whether the called view is a text editor, in which case it would make sense to automatically display a soft input window for it. Subclasses should override this if they implement `onCreateInputConnection(EditorInfo)` to return true if a call on that method would return a non-null InputConnection, and they are really a first-class

editor that the user would normally start typing on when the go into a window containing your view.

The default implementation always returns false. This does *not* mean that its onCreateInputConnection(EditorInfo) will not be called or the user can not otherwise perform edits on your view; it is just a hint to the system that this is not the primary purpose of this view.

### Returns

Returns true if this view is a text editor, else false.

---

public void **onCommitCompletion** (CompletionInfo text)      Since: API Level 3

Called by the framework in response to a text completion from the current input method, provided by it calling InputConnection.commitCompletion(). The default implementation does nothing; text views that are supporting auto-completion should override this to do their desired behavior.

### Parameters

*text*    The auto complete text the user has selected.

---

public void **onCommitCorrection** (CorrectionInfo info)      Since: API Level 11

Called by the framework in response to a text auto-correction (such as fixing a typo using a a dictionnary) from the current input method, provided by it calling commitCorrection(CorrectionInfo) InputConnection.commitCorrection()}. The default implementation flashes the background of the corrected word to provide feedback to the user.

### Parameters

*info*    The auto correct info about the text that was corrected.

---

public InputConnection **onCreateInputConnection** (EditorInfo outAttrs)      Since: API Level 3

Create a new InputConnection for an InputMethod to interact with the view. The default implementation returns null, since it doesn't support input methods. You can override this to implement such support. This is only needed for views that take focus and text input.

When implementing this, you probably also want to implement onCheckIsTextEditor() to indicate you will return a non-null InputConnection.

### Parameters

*outAttrs*    Fill in with attribute information about the connection.

---

public boolean **onDragEvent** (DragEvent event)      Since: API Level 11

Handles drag events sent by the system following a call to startDrag().

When the system calls this method, it passes a DragEvent object. A call to getAction() returns one of the action type constants defined in DragEvent. The method uses these to determine what is happening in the drag and drop operation.

### Parameters

*event*    The DragEvent sent by the system. The getAction() method
returns an action type constant defined in DragEvent, indicating
the type of drag event represented by this object.

#### Returns

true if the method was successful, otherwise false.
The method should return true in response to an action type of
ACTION_DRAG_STARTED to receive drag events for the current operation.

The method should also return true in response to an action type of
ACTION_DROP if it consumed the drop, or false if it didn't.

---

public void **onEditorAction** (int actionCode)           Since: API Level 3

Called when an attached input method calls
InputConnection.performEditorAction() for this text view. The default
implementation will call your action listener supplied to
setOnEditorActionListener(TextView.OnEditorActionListener), or
perform a standard operation for EditorInfo.IME_ACTION_NEXT,
EditorInfo.IME_ACTION_PREVIOUS, or EditorInfo.IME_ACTION_DONE.

For backwards compatibility, if no IME options have been set and the text view would
not normally advance focus on enter, then the NEXT and DONE actions received
here will be turned into an enter key down/up pair to go through the normal key
handling.

#### Parameters

*actionCode*    The code of the action being performed.

#### See Also

setOnEditorActionListener(TextView.OnEditorActionListener)

---

public void **onEndBatchEdit** ()           Since: API Level 3

Called by the framework in response to a request to end a batch of edit operations
through a call to link endBatchEdit().

---

public void **onFinishTemporaryDetach** ()           Since: API Level 3

Called after onStartTemporaryDetach() when the container is done changing the
view.

---

public boolean **onGenericMotionEvent** (MotionEvent event)   Since: API Level 12

Implement this method to handle generic motion events.

Generic motion events describe joystick movements, mouse hovers, track pad
touches, scroll wheel movements and other input events. The source of the motion
event specifies the class of input that was received. Implementations of this method
must examine the bits in the source before processing the event. The following code
example shows how this is done.

Generic motion events with source class SOURCE_CLASS_POINTER are delivered to
the view under the pointer. All other generic motion events are delivered to the

focused view.

```
 public boolean onGenericMotionEvent(MotionEvent event) {
     if ((event.getSource() &
InputDevice.SOURCE_CLASS_JOYSTICK) != 0) {
         if (event.getAction() == MotionEvent.ACTION_MOVE)
{
             // process the joystick movement...
             return true;
         }
     }
     if ((event.getSource() &
InputDevice.SOURCE_CLASS_POINTER) != 0) {
         switch (event.getAction()) {
             case MotionEvent.ACTION_HOVER_MOVE:
                 // process the mouse hover movement...
                 return true;
             case MotionEvent.ACTION_SCROLL:
                 // process the scroll wheel movement...
                 return true;
         }
     }
     return super.onGenericMotionEvent(event);
 }
```

### Parameters

*event*    The generic motion event being processed.

### Returns

True if the event was handled, false otherwise.

public void **onInitializeAccessibilityEvent** (AccessibilityEvent event) <sup>API Level 14</sup>

Initializes an AccessibilityEvent with information about this View which is the
event source. In other words, the source of an accessibility event is the view whose
state change triggered firing the event.

Example: Setting the password property of an event in addition to properties set by
the super implementation:

```
 public void
onInitializeAccessibilityEvent(AccessibilityEvent event) {
     super.onInitializeAccessibilityEvent(event);
     event.setPassword(true);
 }
```

If an View.AccessibilityDelegate has been specified via calling
setAccessibilityDelegate(AccessibilityDelegate) its
onInitializeAccessibilityEvent(View, AccessibilityEvent) is
responsible for handling this call.

> **Note:** Always call the super implementation before adding information to the
> event, in case the default implementation has basic information to add.

### Parameters

*event*    The event to initialize.

public void **onInitializeAccessibilityNodeInfo** (AccessibilityNodeInfo info) <sup>API Level 14</sup>

Initializes an AccessibilityNodeInfo with information about this view. The base

implementation sets:

- setParent(View),
- setBoundsInParent(Rect),
- setBoundsInScreen(Rect),
- setPackageName(CharSequence),
- setClassName(CharSequence),
- setContentDescription(CharSequence),
- setEnabled(boolean),
- setClickable(boolean),
- setFocusable(boolean),
- setFocused(boolean),
- setLongClickable(boolean),
- setSelected(boolean),

Subclasses should override this method, call the super implementation, and set additional attributes.

If an View.AccessibilityDelegate has been specified via calling setAccessibilityDelegate(AccessibilityDelegate) its onInitializeAccessibilityNodeInfo(View, AccessibilityNodeInfo) is responsible for handling this call.

### Parameters

*info*    The instance to initialize.

---

public boolean **onKeyDown** (int keyCode, KeyEvent event)    Since: API Level 1

Default implementation of KeyEvent.Callback.onKeyDown(): perform press of the view when KEYCODE_DPAD_CENTER or KEYCODE_ENTER is released, if the view is enabled and clickable.

### Parameters

*keyCode*    A key code that represents the button pressed, from KeyEvent.

*event*      The KeyEvent object that defines the button action.

### Returns

If you handled the event, return true. If you want to allow the event to be handled by the next receiver, return false.

---

public boolean **onKeyMultiple** (int keyCode, int repeatCount, KeyEvent event)    Since: API Level 1

Default implementation of KeyEvent.Callback.onKeyMultiple(): always returns false (doesn't handle the event).

### Parameters

*keyCode*     A key code that represents the button pressed, from KeyEvent.

*repeatCount* The number of times the action was made.

*event*       The KeyEvent object that defines the button action.

### Returns

If you handled the event, return true. If you want to allow the event to be

handled by the next receiver, return false.

public boolean **onKeyPreIme** (int keyCode, KeyEvent event)    Since: API Level 3

Handle a key event before it is processed by any input method associated with the view hierarchy. This can be used to intercept key events in special situations before the IME consumes them; a typical example would be handling the BACK key to update the application's UI instead of allowing the IME to see it and close itself.

### Parameters

*keyCode*    The value in event.getKeyCode().
*event*      Description of the key event.

### Returns

If you handled the event, return true. If you want to allow the event to be handled by the next receiver, return false.

public boolean **onKeyShortcut** (int keyCode, KeyEvent event)    Since: API Level 1

Called on the focused view when a key shortcut event is not handled. Override this method to implement local key shortcuts for the View. Key shortcuts can also be implemented by setting the shortcut property of menu items.

### Parameters

*keyCode*    The value in event.getKeyCode().
*event*      Description of the key event.

### Returns

If you handled the event, return true. If you want to allow the event to be handled by the next receiver, return false.

public boolean **onKeyUp** (int keyCode, KeyEvent event)    Since: API Level 1

Default implementation of KeyEvent.Callback.onKeyUp(): perform clicking of the view when KEYCODE_DPAD_CENTER or KEYCODE_ENTER is released.

### Parameters

*keyCode*    A key code that represents the button pressed, from KeyEvent.
*event*      The KeyEvent object that defines the button action.

### Returns

If you handled the event, return true. If you want to allow the event to be handled by the next receiver, return false.

public void **onPopulateAccessibilityEvent** (AccessibilityEvent event)    Since: API Level 14

Called from dispatchPopulateAccessibilityEvent(AccessibilityEvent) giving a chance to this View to populate the accessibility event with its text content. While this method is free to modify event attributes other than text content, doing so should normally be performed in

onInitializeAccessibilityEvent(AccessibilityEvent).

Example: Adding formatted date string to an accessibility event in addition to the text added by the super implementation:

```
public void
onPopulateAccessibilityEvent(AccessibilityEvent event) {
    super.onPopulateAccessibilityEvent(event);
    final int flags = DateUtils.FORMAT_SHOW_DATE |
DateUtils.FORMAT_SHOW_WEEKDAY;
    String selectedDateUtterance =
DateUtils.formatDateTime(mContext,
        mCurrentDate.getTimeInMillis(), flags);
    event.getText().add(selectedDateUtterance);
}
```

If an View.AccessibilityDelegate has been specified via calling setAccessibilityDelegate(AccessibilityDelegate) its onPopulateAccessibilityEvent(View, AccessibilityEvent) is responsible for handling this call.

> **Note:** Always call the super implementation before adding information to the event, in case the default implementation has basic information to add.

#### Parameters

*event*    The accessibility event which to populate.

---

public boolean **onPreDraw** ()                                Since: API Level 1

Callback method to be invoked when the view tree is about to be drawn. At this point, all views in the tree have been measured and given a frame. Clients can use this to adjust their scroll bounds or even to request a new layout before drawing occurs.

#### Returns

Return true to proceed with the current drawing pass, or false to cancel.

---

public boolean **onPrivateIMECommand** (String action, Bundle data)Since: API Level 3

Called by the framework in response to a private command from the current method, provided by it calling InputConnection.performPrivateCommand().

#### Parameters

*action*    The action name of the command.

*data*    Any additional data for the command. This may be null.

#### Returns

Return true if you handled the command, else false.

---

public void **onRestoreInstanceState** (Parcelable state)        Since: API Level 1

Hook allowing a view to re-apply a representation of its internal state that had previously been generated by onSaveInstanceState(). This function will never be called with a null state.

#### Parameters

*state*    The frozen state that had previously been returned by
onSaveInstanceState().

---

public Parcelable **onSaveInstanceState** ()                    Since: API Level 1

Hook allowing a view to generate a representation of its internal state that can later
be used to create a new instance with that same state. This state should only contain
information that is not persistent or can not be reconstructed later. For example, you
will never store your current position on screen because that will be computed again
when a new instance of the view is placed in its view hierarchy.

Some examples of things you may store here: the current cursor position in a text
view (but usually not the text itself since that is stored in a content provider or other
persistent storage), the currently selected item in a list view.

### Returns

Returns a Parcelable object containing the view's current dynamic state, or null
if there is nothing interesting to save. The default implementation returns null.

---

public void **onStartTemporaryDetach** ()                    Since: API Level 3

This is called when a container is going to temporarily detach a child, with
ViewGroup.detachViewFromParent. It will either be followed by
onFinishTemporaryDetach() or onDetachedFromWindow() when the
container is done.

---

public boolean **onTextContextMenuItem** (int id)                    Since: API Level 3

Called when a context menu option for the text view is selected. Currently this will be
one of selectAll, cut, copy or paste.

### Returns

true if the context menu item action was performed.

---

public boolean **onTouchEvent** (MotionEvent event)                    Since: API Level 1

Implement this method to handle touch screen motion events.

### Parameters

*event*    The motion event.

### Returns

True if the event was handled, false otherwise.

---

public boolean **onTrackballEvent** (MotionEvent event)                    Since: API Level 1

Implement this method to handle trackball motion events. The *relative* movement of
the trackball since the last event can be retrieve with MotionEvent.getX() and
MotionEvent.getY(). These are normalized so that a movement of 1 corresponds
to the user pressing one DPAD key (so they will often be fractional values,
representing the more fine-grained movement information available from a trackball).

### Parameters

*event*    The motion event.

### Returns

True if the event was handled, false otherwise.

---

public void **onWindowFocusChanged** (boolean hasWindowFocus)    <span>Since: API Level 1</span>

Called when the window containing this view gains or loses focus. Note that this is separate from view focus: to receive key events, both your view and its window must have focus. If a window is displayed on top of yours that takes input focus, then your own window will lose focus but the view focus will remain unchanged.

### Parameters

*hasWindowFocus*    True if the window containing this view now has focus, false otherwise.

---

public boolean **performLongClick** ()    <span>Since: API Level 1</span>

Call this view's OnLongClickListener, if it is defined. Invokes the context menu if the OnLongClickListener did not consume the event.

### Returns

True if one of the above receivers consumed the event, false otherwise.

---

public void **removeTextChangedListener** (TextWatcher watcher)    <span>Since: API Level 1</span>

Removes the specified TextWatcher from the list of those whose methods are called whenever this TextView's text changes.

---

public void **sendAccessibilityEvent** (int eventType)    <span>Since: API Level 4</span>

Sends an accessibility event of the given type. If accessiiblity is not enabled this method has no effect. The default implementation calls onInitializeAccessibilityEvent(AccessibilityEvent) first to populate information about the event source (this View), then calls dispatchPopulateAccessibilityEvent(AccessibilityEvent) to populate the text content of the event source including its descendants, and last calls requestSendAccessibilityEvent(View, AccessibilityEvent) on its parent to resuest sending of the event to interested parties.

If an View.AccessibilityDelegate has been specified via calling setAccessibilityDelegate(AccessibilityDelegate) its sendAccessibilityEvent(View, int) is responsible for handling this call.

### Parameters

*eventType*    The type of the event to send, as defined by several types from AccessibilityEvent, such as TYPE_VIEW_CLICKED or TYPE_VIEW_HOVER_ENTER.

public void **setAllCaps** (boolean allCaps)                    Since: API Level 14

Sets the properties of this field to transform input to ALL CAPS display. This may use a "small caps" formatting if available. This setting will be ignored if this field is editable or selectable. This call replaces the current transformation method. Disabling this will not necessarily restore the previous behavior from before this was enabled.

### Related XML Attributes

android:textAllCaps

### See Also

setTransformationMethod(TransformationMethod)

---

public final void **setAutoLinkMask** (int mask)                Since: API Level 1

Sets the autolink mask of the text. See Linkify.ALL and peers for possible values.

### Related XML Attributes

android:autoLink

---

public void **setCompoundDrawablePadding** (int pad)           Since: API Level 1

Sets the size of the padding between the compound drawables and the text.

### Related XML Attributes

android:drawablePadding

---

public void **setCompoundDrawables** (Drawable left, Drawable top, Drawable
right, Drawable bottom)                                          Since: API Level 1

Sets the Drawables (if any) to appear to the left of, above, to the right of, and below the text. Use null if you do not want a Drawable there. The Drawables must already have had setBounds(Rect) called.

### Related XML Attributes

android:drawableLeft
android:drawableTop
android:drawableRight
android:drawableBottom

---

public void **setCompoundDrawablesWithIntrinsicBounds** (Drawable left,
Drawable top, Drawable right, Drawable bottom)                  Since: API Level 1

Sets the Drawables (if any) to appear to the left of, above, to the right of, and below the text. Use null if you do not want a Drawable there. The Drawables' bounds will be set to their intrinsic bounds.

### Related XML Attributes

android:drawableLeft
android:drawableTop
android:drawableRight

---

android:drawableBottom

**public void setCompoundDrawablesWithIntrinsicBounds** (int left, int top, int right, int bottom)    Since: API Level 3

Sets the Drawables (if any) to appear to the left of, above, to the right of, and below the text. Use 0 if you do not want a Drawable there. The Drawables' bounds will be set to their intrinsic bounds.

### Related XML Attributes

android:drawableLeft
android:drawableTop
android:drawableRight
android:drawableBottom

### Parameters

| | |
|---|---|
| *left* | Resource identifier of the left Drawable. |
| *top* | Resource identifier of the top Drawable. |
| *right* | Resource identifier of the right Drawable. |
| *bottom* | Resource identifier of the bottom Drawable. |

**public void setCursorVisible** (boolean visible)    Since: API Level 1

Set whether the cursor is visible. The default is true.

### Related XML Attributes

android:cursorVisible

**public void setCustomSelectionActionModeCallback** (ActionMode.Callback actionModeCallback)    Since: API Level 11

If provided, this ActionMode.Callback will be used to create the ActionMode when text selection is initiated in this View. The standard implementation populates the menu with a subset of Select All, Cut, Copy and Paste actions, depending on what this View supports. A custom implementation can add new entries in the default menu in its onPrepareActionMode(ActionMode, Menu) method. The default actions can also be removed from the menu using removeItem(int) and passing selectAll, cut, copy or paste ids as parameters. Returning false from onCreateActionMode(ActionMode, Menu) will prevent the action mode from being started. Action click events should be handled by the custom implementation of onActionItemClicked(ActionMode, MenuItem). Note that text selection mode is not started when a TextView receives focus and the selectAllOnFocus flag has been set. The content is highlighted in that case, to allow for quick replacement.

**public final void setEditableFactory** (Editable.Factory factory)    Since: API Level 1

Sets the Factory used to create new Editables.

**public void setEllipsize** (TextUtils.TruncateAt where)    Since: API Level 1