Causes words in the text that are longer than the view is wide to be ellipsized instead of broken in the middle. You may also want to setSingleLine() or setHorizontallyScrolling(boolean) to constrain the text to a single line. Use null to turn off ellipsizing. If setMaxLines(int) has been used to set two or more lines, END and MARQUEE* are only supported (other ellipsizing types will not do anything).

### Related XML Attributes

android:ellipsize

public void **setEms** (int ems)                                      Since: API Level 1

Makes the TextView exactly this many ems wide

### Related XML Attributes

android:ems

public void **setEnabled** (boolean enabled)                          Since: API Level 1

Set the enabled state of this view. The interpretation of the enabled state varies by subclass.

#### Parameters

*enabled*    True if this view is enabled, false otherwise.

public void **setError** (CharSequence error)                         Since: API Level 1

Sets the right-hand compound drawable of the TextView to the "error" icon and sets an error message that will be displayed in a popup when the TextView has focus. The icon and error message will be reset to null when any key events cause changes to the TextView's text. If the error is null, the error message and icon will be cleared.

public void **setError** (CharSequence error, Drawable icon)          Since: API Level 1

Sets the right-hand compound drawable of the TextView to the specified icon and sets an error message that will be displayed in a popup when the TextView has focus. The icon and error message will be reset to null when any key events cause changes to the TextView's text. The drawable must already have had setBounds(Rect) set on it. If the error is null, the error message will be cleared (and you should provide a null icon as well).

public void **setExtractedText** (ExtractedText text)                 Since: API Level 3

Apply to this text view the given extracted text, as previously returned by extractText(ExtractedTextRequest, ExtractedText).

public void **setFilters** (InputFilter[] filters)                    Since: API Level 1

Sets the list of input filters that will be used if the buffer is Editable. Has no effect

otherwise.

### Related XML Attributes

android:maxLength

---

public void **setFreezesText** (boolean freezesText)    Since: API Level 1

Control whether this text view saves its entire text contents when freezing to an icicle, in addition to dynamic state such as cursor position. By default this is false, not saving the text. Set to true if the text in the text view is not being saved somewhere else in persistent storage (such as in a content provider) so that if the view is later thawed the user will not lose their data.

### Related XML Attributes

android:freezesText

### Parameters

*freezesText*    Controls whether a frozen icicle should include the entire text data: true to include it, false to not.

---

public void **setGravity** (int gravity)    Since: API Level 1

Sets the horizontal alignment of the text and the vertical gravity that will be used when there is extra space in the TextView beyond what is required for the text itself.

### Related XML Attributes

android:gravity

### See Also

Gravity

---

public void **setHeight** (int pixels)    Since: API Level 1

Makes the TextView exactly this many pixels tall. You could do the same thing by specifying this number in the LayoutParams. Note that setting this value overrides any other (minimum / maximum) number of lines or height setting.

### Related XML Attributes

android:height

---

public void **setHighlightColor** (int color)    Since: API Level 1

Sets the color used to display the selection highlight.

### Related XML Attributes

android:textColorHighlight

---

public final void **setHint** ([CharSequence](#) hint)    Since: API Level 1

Sets the text to be displayed when the text of the TextView is empty. Null means to

use the normal empty text. The hint does not currently participate in determining the size of the view.

#### Related XML Attributes

android:hint

---

public final void **setHint** (int resid)  <span style="float:right">Since: API Level 1</span>

Sets the text to be displayed when the text of the TextView is empty, from a resource.

#### Related XML Attributes

android:hint

---

public final void **setHintTextColor** (ColorStateList colors)  <span style="float:right">Since: API Level 1</span>

Sets the color of the hint text.

#### Related XML Attributes

android:textColorHint

---

public final void **setHintTextColor** (int color)  <span style="float:right">Since: API Level 1</span>

Sets the color of the hint text.

#### Related XML Attributes

android:textColorHint

---

public void **setHorizontallyScrolling** (boolean whether)  <span style="float:right">Since: API Level 1</span>

Sets whether the text should be allowed to be wider than the View is. If false, it will be wrapped to the width of the View.

#### Related XML Attributes

android:scrollHorizontally

---

public void **setImeActionLabel** (CharSequence label, int actionId)  <span style="float:right">Since: API Level 3</span>

Change the custom IME action associated with the text view, which will be reported to an IME with `actionLabel` and `actionId` when it has focus.

#### Related XML Attributes

android:imeActionLabel
android:imeActionId

#### See Also

getImeActionLabel()
getImeActionId()
EditorInfo

public void **setImeOptions** (int imeOptions)                Since: API Level 3

Change the editor type integer associated with the text view, which will be reported to an IME with imeOptions when it has focus.

### Related XML Attributes

android:imeOptions

### See Also

getImeOptions()
EditorInfo

public void **setIncludeFontPadding** (boolean includepad)    Since: API Level 1

Set whether the TextView includes extra top and bottom padding for accents that go above the normal ascent and descent. The default is true.

### Related XML Attributes

android:includeFontPadding

public void **setInputExtras** (int xmlResId)                 Since: API Level 3

Set the extra input data of the text, which is the TextBoxAttribute.extras Bundle that will be filled in when creating an input connection. The given integer is the resource ID of an XML resource holding an <input-extras> XML tree.

### Related XML Attributes

android:editorExtras

### Throws

*XmlPullParserException*
*IOException*

### See Also

getInputExtras(boolean)
extras

public void **setInputType** (int type)                       Since: API Level 3

Set the type of the content with a constant as defined for inputType. This will take care of changing the key listener, by calling setKeyListener(KeyListener), to match the given content type. If the given content type is TYPE_NULL then a soft keyboard will not be displayed for this text view. Note that the maximum number of displayed lines (see setMaxLines(int)) will be modified if you change the TYPE_TEXT_FLAG_MULTI_LINE flag of the input type.

### Related XML Attributes

android:inputType

### See Also

getInputType()
setRawInputType(int)
InputType

public void **setKeyListener** (KeyListener input)

Sets the key listener to be used with this TextView. This can be null to disallow user
input. Note that this method has significant and subtle interactions with soft keyboards
and other input method: see KeyListener.getContentType() for important
details. Calling this method will replace the current content type of the text view with
the content type returned by the key listener.

Be warned that if you want a TextView with a key listener or movement method not
to be focusable, or if you want a TextView without a key listener or movement
method to be focusable, you must call setFocusable(boolean) again after calling
this to get the focusability back the way you want it.

### Related XML Attributes

android:numeric
android:digits
android:phoneNumber
android:inputMethod
android:capitalize
android:autoText

public void **setLineSpacing** (float add, float mult)

Sets line spacing for this TextView. Each line will have its height multiplied by `mult`
and have `add` added to it.

### Related XML Attributes

android:lineSpacingExtra
android:lineSpacingMultiplier

public void **setLines** (int lines)

Makes the TextView exactly this many lines tall. Note that setting this value overrides
any other (minimum / maximum) number of lines or height setting. A single line
TextView will set this value to 1.

### Related XML Attributes

android:lines

public final void **setLinkTextColor** (ColorStateList colors)

Sets the color of links in the text.

### Related XML Attributes

android:textColorLink

public final void **setLinkTextColor** (int color)

Sets the color of links in the text.

### Related XML Attributes

android:textColorLink

public final void **setLinksClickable** (boolean whether)    Since: API Level 1

Sets whether the movement method will automatically be set to
LinkMovementMethod if setAutoLinkMask(int) has been set to nonzero and
links are detected in setText(char[], int, int). The default is true.

### Related XML Attributes

android:linksClickable

public void **setMarqueeRepeatLimit** (int marqueeLimit)    Since: API Level 2

Sets how many times to repeat the marquee animation. Only applied if the TextView
has marquee enabled. Set to -1 to repeat indefinitely.

### Related XML Attributes

android:marqueeRepeatLimit

public void **setMaxEms** (int maxems)    Since: API Level 1

Makes the TextView at most this many ems wide

### Related XML Attributes

android:maxEms

public void **setMaxHeight** (int maxHeight)    Since: API Level 1

Makes the TextView at most this many pixels tall. This option is mutually exclusive
with the setMaxLines(int) method. Setting this value overrides any other
(maximum) number of lines setting.

### Related XML Attributes

android:maxHeight

public void **setMaxLines** (int maxlines)    Since: API Level 1

Makes the TextView at most this many lines tall. Setting this value overrides any
other (maximum) height setting.

### Related XML Attributes

android:maxLines

public void **setMaxWidth** (int maxpixels)    Since: API Level 1

Makes the TextView at most this many pixels wide

### Related XML Attributes

android:maxWidth

public void **setMinEms** (int minems)                    Since: API Level 1

Makes the TextView at least this many ems wide

### Related XML Attributes

android:minEms

public void **setMinHeight** (int minHeight)              Since: API Level 1

Makes the TextView at least this many pixels tall. Setting this value overrides any other (minimum) number of lines setting.

### Related XML Attributes

android:minHeight

public void **setMinLines** (int minlines)                Since: API Level 1

Makes the TextView at least this many lines tall. Setting this value overrides any other (minimum) height setting. A single line TextView will set this value to 1.

### Related XML Attributes

android:minLines

public void **setMinWidth** (int minpixels)               Since: API Level 1

Makes the TextView at least this many pixels wide

### Related XML Attributes

android:minWidth

public final void **setMovementMethod** (MovementMethod movement)   Since: API Level 1

Sets the movement method (arrow key handler) to be used for this TextView. This can be null to disallow using the arrow keys to move the cursor or scroll the view.

Be warned that if you want a TextView with a key listener or movement method not to be focusable, or if you want a TextView without a key listener or movement method to be focusable, you must call `setFocusable(boolean)` again after calling this to get the focusability back the way you want it.

public void **setOnEditorActionListener** (TextView.OnEditorActionListener l)   Since: API Level 3

Set a special listener to be called when an action is performed on the text view. This will be called when the enter key is pressed, or when an action supplied to the IME

is selected by the user. Setting this means that the normal hard key event will not
insert a newline into the text view, even if it is multi-line; holding down the ALT
modifier will, however, allow the user to insert a newline character.

---

public void **setPadding** (int left, int top, int right, int bottom)    Since: API Level 1

Sets the padding. The view may add on the space required to display the scrollbars,
depending on the style and visibility of the scrollbars. So the values returned from
getPaddingLeft(), getPaddingTop(), getPaddingRight() and
getPaddingBottom() may be different from the values set in this call.

### Parameters

| | |
|---|---|
| *left* | the left padding in pixels |
| *top* | the top padding in pixels |
| *right* | the right padding in pixels |
| *bottom* | the bottom padding in pixels |

---

public void **setPaintFlags** (int flags)    Since: API Level 1

Sets flags on the Paint being used to display the text and reflows the text if they are
different from the old flags.

### See Also

setFlags(int)

---

public void **setPrivateImeOptions** (String type)    Since: API Level 3

Set the private content type of the text, which is the
EditorInfo.privateImeOptions field that will be filled in when creating an input
connection.

### Related XML Attributes

android:privateImeOptions

### See Also

getPrivateImeOptions()
privateImeOptions

---

public void **setRawInputType** (int type)    Since: API Level 3

Directly change the content type integer of the text view, without modifying any other
state.

### Related XML Attributes

android:inputType

### See Also

setInputType(int)
InputType

public void **setScroller** (Scroller s)                                        Since: API Level 1


public void **setSelectAllOnFocus** (boolean selectAllOnFocus)          Since: API Level 1

Set the TextView so that when it takes focus, all the text is selected.

### Related XML Attributes

android:selectAllOnFocus


public void **setSelected** (boolean selected)                              Since: API Level 1

Changes the selection state of this view. A view can be selected or not. Note that
selection is not the same as focus. Views are typically selected in the context of an
AdapterView like ListView or GridView; the selected view is the view that is
highlighted.

### Parameters

*selected*     true if the view must be selected, false otherwise


public void **setShadowLayer** (float radius, float dx, float dy, int color)  Since: API Level 1

Gives the text a shadow of the specified radius and color, the specified distance from
its normal position.

### Related XML Attributes

android:shadowColor
android:shadowDx
android:shadowDy
android:shadowRadius


public void **setSingleLine** ()                                            Since: API Level 1

Sets the properties of this field (lines, horizontally scrolling, transformation method) to
be for a single-line input.

### Related XML Attributes

android:singleLine


public void **setSingleLine** (boolean singleLine)                          Since: API Level 1

If true, sets the properties of this field (number of lines, horizontally scrolling,
transformation method) to be for a single-line input; if false, restores these to the
default conditions. Note that the default conditions are not necessarily those that
were in effect prior this method, and you may want to reset these properties to your
custom values.

### Related XML Attributes

android:singleLine

public final void **setSpannableFactory** ([Spannable.Factory](#) factory) Since: API Level 1

Sets the Factory used to create new Spannables.

public final void **setText** (int resid) Since: API Level 1

public final void **setText** (char[] text, int start, int len) Since: API Level 1

Sets the TextView to display the specified slice of the specified char array. You must promise that you will not change the contents of the array except for right before another call to setText(), since the TextView has no way to know that the text has changed and that it needs to invalidate and re-layout.

public final void **setText** (int resid, [TextView.BufferType](#) type) Since: API Level 1

public final void **setText** ([CharSequence](#) text) Since: API Level 1

Sets the string value of the TextView. TextView *does not* accept HTML-like formatting, which you can do with text strings in XML resource files. To style your strings, attach android.text.style.* objects to a [SpannableString](#), or see the [Available Resource Types](#) documentation for an example of setting formatted text in the XML resource file.

### Related XML Attributes

[android:text](#)

public void **setText** ([CharSequence](#) text, [TextView.BufferType](#) type) Since: API Level 1

Sets the text that this TextView is to display (see [setText(CharSequence)](#)) and also sets whether it is stored in a styleable/spannable buffer and whether it is editable.

### Related XML Attributes

[android:text](#)
[android:bufferType](#)

public void **setTextAppearance** ([Context](#) context, int resid) Since: API Level 1

Sets the text color, size, style, hint color, and highlight color from the specified TextAppearance resource.

public void **setTextColor** ([ColorStateList](#) colors) Since: API Level 1

Sets the text color.

### Related XML Attributes

[android:textColor](#)

public void **setTextColor** (int color)                                    Since: API Level 1

Sets the text color for all the states (normal, selected, focused) to be this color.

**Related XML Attributes**

android:textColor

public void **setTextIsSelectable** (boolean selectable)               Since: API Level 11

Sets whether or not (default) the content of this view is selectable by the user. Note that this methods affect the `setFocusable(boolean)`, `setFocusableInTouchMode(boolean)` `setClickable(boolean)` and `setLongClickable(boolean)` states and you may want to restore these if they were customized. See `isTextSelectable()` for details.

**Parameters**

*selectable*    Whether or not the content of this TextView should be selectable.

public final void **setTextKeepState** (CharSequence text)              Since: API Level 1

Like `setText(CharSequence)`, except that the cursor position (if any) is retained in the new text.

**Parameters**

*text*    The new text to place in the text view.

**See Also**

setText(CharSequence)

public final void **setTextKeepState** (CharSequence text, TextView.BufferType type)                                                    Since: API Level 1

Like `setText(CharSequence, android.widget.TextView.BufferType)`, except that the cursor position (if any) is retained in the new text.

**See Also**

setText(CharSequence, android.widget.TextView.BufferType)

public void **setTextScaleX** (float size)                              Since: API Level 1

Sets the extent by which text should be stretched horizontally.

**Related XML Attributes**

android:textScaleX

public void **setTextSize** (float size)                               Since: API Level 1

Set the default text size to the given value, interpreted as "scaled pixel" units. This size is adjusted based on the current density and user font size preference.

### Related XML Attributes

android:textSize

### Parameters

*size*    The scaled pixel size.

public void **setTextSize** (int unit, float size)                                    Since: API Level 1

Set the default text size to a given unit and value. See TypedValue for the possible dimension units.

### Related XML Attributes

android:textSize

### Parameters

*unit*    The desired dimension unit.

*size*    The desired size in the given units.

public final void **setTransformationMethod** (TransformationMethod method)   Since: API Level 1

Sets the transformation that is applied to the text that this TextView is displaying.

### Related XML Attributes

android:password
android:singleLine

public void **setTypeface** (Typeface tf, int style)                         Since: API Level 1

Sets the typeface and style in which the text should be displayed, and turns on the fake bold and italic bits in the Paint if the Typeface that you provided does not have all the bits in the style that you specified.

### Related XML Attributes

android:typeface
android:textStyle

public void **setTypeface** (Typeface tf)                                    Since: API Level 1

Sets the typeface and style in which the text should be displayed. Note that not all Typeface families actually have bold and italic variants, so you may need to use setTypeface(Typeface, int) to get the appearance that you actually want.

### Related XML Attributes

android:typeface
android:textStyle

public void **setWidth** (int pixels)                                    Since: API Level 1

Makes the TextView exactly this many pixels wide. You could do the same thing by specifying this number in the LayoutParams.

### Related XML Attributes

android:width

# Protected Methods

protected int **computeHorizontalScrollRange** ()                      Since: API Level 1

Compute the horizontal range that the horizontal scrollbar represents.

The range is expressed in arbitrary units that must be the same as the units used by computeHorizontalScrollExtent() and computeHorizontalScrollOffset().

The default range is the drawing width of this view.

### Returns

the total horizontal range represented by the horizontal scrollbar

protected int **computeVerticalScrollExtent** ()                        Since: API Level 1

Compute the vertical extent of the horizontal scrollbar's thumb within the vertical range. This value is used to compute the length of the thumb within the scrollbar's track.

The range is expressed in arbitrary units that must be the same as the units used by computeVerticalScrollRange() and computeVerticalScrollOffset().

The default extent is the drawing height of this view.

### Returns

the vertical extent of the scrollbar's thumb

protected int **computeVerticalScrollRange** ()                         Since: API Level 1

Compute the vertical range that the vertical scrollbar represents.

The range is expressed in arbitrary units that must be the same as the units used by computeVerticalScrollExtent() and computeVerticalScrollOffset().

### Returns

the total vertical range represented by the vertical scrollbar
The default range is the drawing height of this view.

protected void **drawableStateChanged** ()                              Since: API Level 1

This function is called whenever the state of the view changes in such a way that it impacts the state of drawables being shown.

Be sure to call through to the superclass when overriding this function.

protected int **getBottomPaddingOffset** ()    Since: API Level 2

Amount by which to extend the bottom fading region. Called only when
isPaddingOffsetRequired() returns true.

> **Returns**
>
> > The bottom padding offset in pixels.

protected boolean **getDefaultEditable** ()    Since: API Level 1

Subclasses override this to specify that they have a KeyListener by default even if
not specifically called for in the XML options.

protected MovementMethod **getDefaultMovementMethod** ()    Since: API Level 1

Subclasses override this to specify a default movement method.

protected float **getLeftFadingEdgeStrength** ()    Since: API Level 1

Returns the strength, or intensity, of the left faded edge. The strength is a value
between 0.0 (no fade) and 1.0 (full fade). The default implementation returns 0.0 or
1.0 but no value in between. Subclasses should override this method to provide a
smoother fade transition when scrolling occurs.

> **Returns**
>
> > the intensity of the left fade as a float between 0.0f and 1.0f

protected int **getLeftPaddingOffset** ()    Since: API Level 2

Amount by which to extend the left fading region. Called only when
isPaddingOffsetRequired() returns true.

> **Returns**
>
> > The left padding offset in pixels.

protected float **getRightFadingEdgeStrength** ()    Since: API Level 1

Returns the strength, or intensity, of the right faded edge. The strength is a value
between 0.0 (no fade) and 1.0 (full fade). The default implementation returns 0.0 or
1.0 but no value in between. Subclasses should override this method to provide a
smoother fade transition when scrolling occurs.

> **Returns**
>
> > the intensity of the right fade as a float between 0.0f and 1.0f

protected int **getRightPaddingOffset** ()    Since: API Level 2

Amount by which to extend the right fading region. Called only when `isPaddingOffsetRequired()` returns true.

#### Returns

The right padding offset in pixels.

---

protected int **getTopPaddingOffset** ()                    Since: API Level 2

Amount by which to extend the top fading region. Called only when `isPaddingOffsetRequired()` returns true.

#### Returns

The top padding offset in pixels.

---

protected boolean **isPaddingOffsetRequired** ()            Since: API Level 2

If the View draws content inside its padding and enables fading edges, it needs to support padding offsets. Padding offsets are added to the fading edges to extend the length of the fade so that it covers pixels drawn inside the padding. Subclasses of this class should override this method if they need to draw content inside the padding.

#### Returns

True if padding offset must be applied, false otherwise.

---

protected void **onAttachedToWindow** ()                     Since: API Level 1

This is called when the view is attached to a window. At this point it has a Surface and will start drawing. Note that this function is guaranteed to be called before `onDraw(android.graphics.Canvas)`, however it may be called any time before the first onDraw -- including before or after `onMeasure(int, int)`.

---

protected int[] **onCreateDrawableState** (int extraSpace)   Since: API Level 1

Generate the new `Drawable` state for this view. This is called by the view system when the cached Drawable state is determined to be invalid. To retrieve the current state, you should use `getDrawableState()`.

#### Parameters

*extraSpace*    if non-zero, this is the number of extra entries you would like in the returned array in which you can place your own states.

#### Returns

Returns an array holding the current `Drawable` state of the view.

---

protected void **onDetachedFromWindow** ()                   Since: API Level 1

This is called when the view is detached from a window. At this point it no longer has a surface for drawing.

protected void **onDraw** (Canvas canvas)                    Since: API Level 1

Implement this to do your drawing.

### Parameters

canvas     the canvas on which the background will be drawn


protected void **onFocusChanged** (boolean focused, int direction, Rect
previouslyFocusedRect)                                       Since: API Level 1

Called by the view system when the focus state of this view changes. When the
focus change event is caused by directional navigation, direction and
previouslyFocusedRect provide insight into where the focus is coming from. When
overriding, be sure to call up through to the super class so that the standard focus
handling will occur.

### Parameters

| | |
|---|---|
| *focused* | True if the View has focus; false otherwise. |
| *direction* | The direction focus has moved when requestFocus() is called to give this view focus. Values are FOCUS_UP, FOCUS_DOWN, FOCUS_LEFT, FOCUS_RIGHT, FOCUS_FORWARD, or FOCUS_BACKWARD. It may not always apply, in which case use the default. |
| *previouslyFocusedRect* | The rectangle, in this view's coordinate system, of the previously focused view. If applicable, this will be passed in as finer grained information about where the focus is coming from (in addition to direction). Will be null otherwise. |


protected void **onMeasure** (int widthMeasureSpec, int heightMeasureSpec)   Since: API Level 1

Measure the view and its content to determine the measured width and the measured
height. This method is invoked by measure(int, int) and should be overriden by
subclasses to provide accurate and efficient measurement of their contents.

**CONTRACT:** When overriding this method, you *must* call
setMeasuredDimension(int, int) to store the measured width and height of
this view. Failure to do so will trigger an IllegalStateException, thrown by
measure(int, int). Calling the superclass' onMeasure(int, int) is a valid
use.

The base class implementation of measure defaults to the background size, unless a
larger size is allowed by the MeasureSpec. Subclasses should override
onMeasure(int, int) to provide better measurements of their content.

If this method is overridden, it is the subclass's responsibility to make sure the
measured height and width are at least the view's minimum height and width
(getSuggestedMinimumHeight() and getSuggestedMinimumWidth()).

### Parameters

| | |
|---|---|
| *widthMeasureSpec* | horizontal space requirements as imposed by the parent. The requirements are encoded with View.MeasureSpec. |
| *heightMeasureSpec* | vertical space requirements as imposed by the |

parent. The requirements are encoded with
View.MeasureSpec.

protected void **onScrollChanged** (int horiz, int vert, int oldHoriz, int oldVert) Level 1

This is called in response to an internal scroll in this view (i.e., the view scrolled its
own contents). This is typically as a result of scrollBy(int, int) or
scrollTo(int, int) having been called.

#### Parameters

| | |
|---|---|
| *horiz* | Current horizontal scroll origin. |
| *vert* | Current vertical scroll origin. |
| *oldHoriz* | Previous horizontal scroll origin. |
| *oldVert* | Previous vertical scroll origin. |

protected void **onSelectionChanged** (int selStart, int selEnd)   Since: API Level 3

This method is called when the selection has changed, in case any subclasses would
like to know.

#### Parameters

| | |
|---|---|
| *selStart* | The new selection start location. |
| *selEnd* | The new selection end location. |

protected boolean **onSetAlpha** (int alpha)   Since: API Level 1

Invoked if there is a Transform that involves alpha. Subclass that can draw
themselves with the specified alpha should return true, and then respect that alpha
when their onDraw() is called. If this returns false then the view may be redirected to
draw into an offscreen buffer to fulfill the request, which will look fine, but may be
slower than if the subclass handles it internally. The default implementation returns
false.

#### Parameters

| | |
|---|---|
| *alpha* | The alpha (0..255) to apply to the view's drawing |

#### Returns

  true if the view can draw with the specified alpha.

protected void **onTextChanged** (CharSequence text, int start, int lengthBefore, int
lengthAfter)   Since: API Level 1

This method is called when the text is changed, in case any subclasses would like to
know. Within text, the lengthAfter characters beginning at start have just
replaced old text that had length lengthBefore. It is an error to attempt to make
changes to text from this callback.

#### Parameters

| | |
|---|---|
| *text* | The text the TextView is displaying |
| *start* | The offset of the start of the range of the text that was |

modified

| | |
|---|---|
| *lengthBefore* | The length of the former text that has been replaced |
| *lengthAfter* | The length of the replacement modified text |

---

protected void **onVisibilityChanged** (View changedView, int visibility)    Since: API Level 8

Called when the visibility of the view or an ancestor of the view is changed.

**Parameters**

| | |
|---|---|
| *changedView* | The view whose visibility changed. Could be 'this' or an ancestor view. |
| *visibility* | The new visibility of changedView: VISIBLE, INVISIBLE or GONE. |

---

protected void **resetResolvedDrawables** ()    Since: API Level 14

---

protected void **resetResolvedLayoutDirection** ()    Since: API Level 14

Reset the resolved layout direction. Subclasses need to override this method to clear cached information that depends on the resolved layout direction, or to inform child views that inherit their layout direction. Overrides must also call the superclass implementation at the start of their implementation.

---

protected void **resolveDrawables** ()    Since: API Level 14

Subclasses will need to override this method to implement their own way of resolving drawables depending on the layout direction. A call to the super method will be required from the subclasses implementation.

---

protected void **resolveTextDirection** ()    Since: API Level 14

Resolve the text direction.

---

protected boolean **setFrame** (int l, int t, int r, int b)    Since: API Level 1

Assign a size and position to this view. This is called from layout.

**Parameters**

| | |
|---|---|
| *l* | Left position, relative to parent |
| *t* | Top position, relative to parent |
| *r* | Right position, relative to parent |
| *b* | Bottom position, relative to parent |

**Returns**

true if the new size and position are different than the previous ones

protected boolean **verifyDrawable** (<u>Drawable</u> who)
Since: API Level 1

If your view subclass is displaying its own Drawable objects, it should override this
function and return true for any Drawable it is displaying. This allows animations for
those drawables to be scheduled.

Be sure to call through to the super class when overriding this function.

### Parameters

who    The Drawable to verify. Return true if it is one you are displaying,
       else return the result of calling through to the super class.

### Returns

boolean If true than the Drawable is being displayed in the view; else false and
it is not allowed to animate.

Except as noted, this content is licensed under <u>Apache 2.0</u>. For details and restrictions, see
the <u>Content License</u>.
Android 4.0 r1 - 01 Feb 2012 20:50
<u>Privacy & Terms</u> - <u>Brand Guidelines</u> - <u>Report Document Issues</u>























Use Tree Navigation