1

**NATHANIEL POLISH, Ph.D.**
Daedalus Technology Group, Inc.

**business experience**
**1980-present**

**President**
Daedalus Technology Group, Inc. successor to NPS ASSOCIATES          NEW YORK, NY
Co-founded computer consulting firm. Employs up to twenty people as needed.

**clients include:**

Smart Systems/Specialty Acquirer.          NEW YORK, NY
**Advanced Transit fare collection:** Founding member of board of directors. Advisor on technical and intellectual property matters. Developed intellectual property for the company. The company is engaged in the development and sale of advanced fare collection systems for mass transit using RFID technologies. 2004-present.

Skywi.          FORT WORTH, TX
**Wireless broadband:** Founding board of directors member. Advisor on technical and intellectual property matters. The company provides a variety of wireless broadband services to semi-rural customers using mesh networks. 2004-2009.

Placecorp.          NEW YORK, NY
**Wireless text messaging system:** Designed and developed a very large scale, multi-platform text messaging system. Acted as the lead technologist for a startup. In this capacity attended many venture capitol meetings and developed all technical sections to the business plans. The system integrated advanced Interactive Voice Response (IVR) with email, paging, and SMS messaging. Oversaw and planned initial development of very small paging device to me manufactured in very high volume. 2000-2001.

Marketboy.          NEW YORK, NY
**Distributed market making system:** Provided a range of services in the areas of product definition, specification, and implementation strategy. Marketboy was a distributed system that allowed prospective purchasers and vendors to make bid and ask offers for proposed transactions. 2000.

Savos.          NEW YORK, NY
**Telephone to streaming audio bridge:** Developed, designed and deployed an industrial strength IVR system that allows users to access streaming media via their cell phones. The system supports up to 96 streams on a single chassis. Developed web based content management system and interface for customizable user preferences. 2000.

deliverENow.          NEW YORK, NY
**Online delivery system:** Developed a proof of concept prototype of online delivery system. This consisted of a stock clerk server written for Windows CE (Clio) with a CDPD network connection. It demonstrated how purchase and delivery information would be sent to an in-store stock person who prepares them for pickup by a member of the deliverENow courier network. Provided strategic technical advice. Served on board of advisors. Wrote technical specification of business and logistical components of the system. 2000.

Togglethis.          NEW YORK, NY
**Animation distribtion system:** Developed critical components of initial version of email-delivered animation system. Components included MacroMedia Director Xtras as well as encryption functions. Developed tools to distribute and manage Togglethis's content, DTG built a custom UNIX email list-server. This server allowed Toggle administrators to create groups, upload episodes, and schedule the delivery of their content. Developed system architecture and language specification for the next version of the IC Engine, which drives the characters. 1998-1999.

Nathaniel Polish

JuniorNet.                                                                                                    BOSTON, MA
**Children's on-line service:** Designed, developed and lead the implementation of a large scale network system for delivery of children's entertainment and education content. Worked with the president and other key players to fit a technology strategy to corporate goals. System is required to serve from 200,000 to 1,000,000 subscribers and be supportable over three to five years. All project goals met within a $1,000,000+ budget. 1997-2000.

One Click Charge.                                                                                          NEW YORK, NY
Provide a wide range of consulting services starting with technology evaluation for the principal investor. Provided services in the areas of product definition, team formation and implementation strategy. Developed significant components of a substantial Internet micropayment and authentication system. 1998-2000.

Swatch.                                                                                                    WEEHAWKEN, NJ
**Ticketing system:** Implemented a radio frequency identification (RFID) based system for providing access to the 1998 Goodwill Games utilizing RFID tagged wristwatches. 1998-1999.

Instant Video Technologies, Inc./Burst.com                                              SAN FRANCISCO, CA
**Burstware --.** Designed and developed a series of products to deliver digital video and audio materials over wide-area internets using consumer grade computers. Products were designed to fit within the client's existing patent portfolio. 1995-1997.
**Technical evaluation --.** Provided technology strategy and evaluation services and acted as Technology Director. 1995-1997.

Assurenet.                                                                                                 BETHESDA, MD
**Internet Insurance system --.** Designed and developed a system for utilization of the Internet for the distribution and control of insurance agent support software. System can handle tens of thousands of simultaneous users. Member of Board of Directors. 1995-2002.

New Zealand Antarctic Project (NZAP) and US Antarctic Program (USAP).         ANTARCTICA
**Penguin Weighbridge --** Designed, developed, and deployed system for tracking the comings and goings, weights, and Ids of Adelie penguins in their natural environment on three colonies on Ross Island, Antarctica. Systems run continuously for months in adverse conditions. 1994-present.

Electronic Digital Documents, Inc.                                                              NEW YORK, NY
**Check Image Compression system --.** 1995-1999.
**Technology evaluation --.** 1995-1999.

American Veterinary Identification Devices, Inc.                                              NORCO, CA
**AVID reader --** Designed and developed digital computer components of radio frequency identification system. Work involved imbedded microcontrollers and real-time digital signal processing in very noisy environment. Designed communications protocols including encryption and error checking schemes. Product in high volume (50,000 unit) production. 1988-1995.

Bannon & Co.                                                                                            BEVERLY HILLS, CA
**Financial models --** Developed detailed financial model of business with 49 separate operating entities in six separate operating companies under two holding companies. Models included projections and actuals on a quarterly basis over ten years. 1993.
**Technology valuation --** Provided technology evaluation and valuation services for private placement memoranda for technology companies. 1993.

Amprobe Instrument, Inc.                                                                         LONG ISLAND, NY
**REMCON tester --** Designed and implemented product life-cycle test fixture for a new and innovative solid state switch. Test fixture used by Underwriters Labs for approval. 1988.

Personal Computer Card Corporation                                                          NEW YORK, NY

2

Nathaniel Polish

      **Smart Cards** -- Designed smart card reader/writer system. Performed general design and component selection and wrote software for smart card communications. System design implemented in commercial product. 1987.

      The Dun & Bradstreet Corporation                                                                                                **NEW YORK, NY**
      **Voice editing systems** -- Designed and built all parts of four generations of interactive voice editing systems. Editing systems produce output used in extensive, high quality speech synthesis system that is part of larger information delivery system. The systems are built on networks of computers in a variety of programming languages and systems. The system involved interactive user interfaces, screen windows, signal processing, and voice file systems. 1982-1991.

**1997-2001**  **Co-Founder, Director and CTO**
      I-RECALL, INC.                                                                                                                              **NEW YORK, NY**

**1996-1999**  **Co-Founder, Director, CTO & Principal Product Designer**
      SOLILOQUY, INC.                                                                                                                     **NEW YORK, NY**
      **Natural language interfaces to databases:** Co-founded in 1996 a company to provide next generation interfaces to structured databases. Developed prototype system using speech recognition and speech synthesis to provide access to music and ecommerce databases. Raised $1.5 million in angel investments. Company has raised a total of $8 million through a variety of institutional and individual investors. Hired replacement CTO and exited company in 1999.

**1991-1992**  **President & Principal Product Designer**
      SIMPLICITY COMPUTING, INC.                                                                                      **NEW YORK, NY**
      Co-founded in 1991 a computer peripherals manufacturing company concentrating on portable products with international mass-market appeal. Main product: Simplicity Portable Drive, an IBMPC parallel port connected, portable disk storage system. Marketed domestically and in 25+ countries. Products marketed direct via telemarketers, trade shows, sales reps, and national advertising. Products distributed through dealers, distributors and national catalog houses. Company employed 10 people.
- Wrote business plan and raised $350,000 startup funding
- Established marketing plans
- Directed marketing of products in trade shows, national advertisements and focus groups
- Managed employees
- Designed hardware and software for products
- Supervised hardware & software implementation teams. First units shipped less than six months from start of project.
- Supervised all aspects of manufacturing and testing process. Contracted with four manufacturing facilities and many suppliers for production.
- Supervised and established call-in customer support services

**1989-1999**  **President & CEO**
      MEASUREMENT & CONTROL PRODUCTS, INC.                                                          **NEW YORK, NY**
      Founded in August 1989 an electronic products development company. M&CP designs, develops, markets and sells its own products through retail, wholesale and catalog channels domestically and abroad. All manufacturing is contracted. Company was profitable in its first year of operation.
**Flagship product:**
BitView -- Hand held RS-232 data communications diagnostic monitor. Invented, developed and produced hardware and software. Developed and oversaw implementation of marketing strategies, budgets, and business plans. Product currently in third production run.

**Nathaniel Polish**

**education**

| | | |
|---|---|---|
| 1980-1993 | COLUMBIA UNIVERSITY | NEW YORK, NY |

Ph.D. in Computer Science, May 1993,
Thesis: *Mixed Distance Measures for the Optimization of Concatenative Vocabularies in Speech Synthesis.*
MPhil in Computer Science, December 1989.
MS in Computer Science, December 1987.
BA in Physics, Columbia College, May 1984.

**teaching positions**

| | | |
|---|---|---|
| 1997 | COLUMBIA UNIVERSITY | NEW YORK, NY |

Adjunct Professor, Computer Science.
Advanced undergraduate course: *Artificial Intelligence.*

| | | |
|---|---|---|
| 1989 | COLUMBIA UNIVERSITY | NEW YORK, NY |

Graduate Lecturer, Computer Science.
Advanced undergraduate course: *Software Design.* Taught 68 advanced undergraduates. Supervised two teaching assistants. Students implemented full spreadsheet application under UNIX.

| | | |
|---|---|---|
| 1984-1985 | CITY UNIVERSITY OF NEW YORK | NEW YORK, NY |

Adjunct Professor, Experimental Psychology.
Graduate-level course: *Computer Methods in Experimental Psychology.*

**publications and patents**

2009 — Silbernagl, Martin and Polish, Nathaniel. Learning Fare Collection System for Mass Transit. United States Patent 7,568,617. August 4, 2009.

2009 — Silbernagl, Martin and Polish, Nathaniel. Learning Fare Collection System for Mass Transit. United States Patent 7,566,003. July 28, 2009.

2002 — Beigel, Michael L.; Polish, Nathaniel; Frank, Steven R.; Malm, Robert E. Electronic identification system with improved sensitivity. United States Patent 6,472,975. October 29, 2002.

2002 — Nathaniel Polish. Bilateral speech system. Speech dialogs for database access. United States Patent 6,430,531. August 6, 2002.

1999 — Nathaniel Polish. System and method for distributing and managing digital video information in a video distribution network. United States Patent 5,963,202. October 5, 1999.

1993 — Michael L. Beigel, Nathaniel Polish and Robert E. Malm. Multi-Mode Identification System. Fundamental RFID technology. United States Patent 5,235,326. August 10, 1993.

1991 — Nathaniel Polish. Mixed Distance Measures for Synthetic Speech Evaluation. In *Proceedings of ICASSP-91*, Toronto, Canada, 1991.

1988 — Nathaniel Polish. A Distributed Signal Processing Facility for Speech Research. In *Proceedings of AVIOS88*, San Francisco, CA. October 4-6 1988.

1987 — Nathaniel Polish. Mixed Distance Measures for Optimizing Concatenative Vocabularies for Speech Synthesis: A Thesis Proposal. Columbia University Department of Computer Science technical report number CUCS-310-87, 1987.

1983 — M. Morris, N. Polish, B. Zuckerman, and N. Kaifu. The Temperature of Molecular Gas in the Galactic Center Region. *The Astronomical Journal*, 88(8):1228-1235, August 1983.

**Nathaniel Polish**

| | |
|---|---|
| research interests | Computer Speech, Distributed Systems, Interactive Environments.<br>Software Engineering, Systems Engineering, Technology Policy.<br>Knowledge-Based Approaches to Signal Processing.<br>Computational Physics, Non-Linear Dynamics. |
| professional societies | International Society for Electrical and Electronics Engineers (IEEE),<br>Association of Computing Machinery (ACM),<br>American Association for the Advancement of Science (AAAS). |
| other interests | Foreign Policy, Political Science, Long Distance Bicycling, United States Space Program. |
| grants | AT&T Special Projects Grant of $25,000 for synthetic speech, 1986.<br><br>Financial support for Ph.D. work was provided by the New York State Science and Technology Foundation Center for Advanced Technology in Computers and Information Systems at Columbia University.<br><br>Santa Fe Institute Complex Systems Summer School, 2003. Month-long workshop in agent-based models, non-linear systems, and complexity. |
| 1982-present | **Technology development projects**<br>Some technology development projects have included:<br>**Wildlife Tracking Systems** -- Implemented a remote monitoring system to track and weigh Adelie penguins on Ross Island, Antarctica. System was debugged on-site and made to function in adverse environmental circumstances. 1994-1997.<br>**Internet Systems** -- Implemented a LINUX Internet server with FTP and gopher services. Installed and Internet client for IBM/PC platform. 1994-1995.<br>**Image Compression Technology** -- Developed proof-of-concept system for a system to compress images of checks to very small file size. 1994.<br>**Biomedical Systems** -- Implemented a large biomedical system used in patient diagnostics. Provided all necessary materials for Food and Drug Administration compliance. 1992-1993.<br>**Synthetic Speech Systems** -- Implemented and supported several generations of synthetic speech systems for commercial as well as research purposes. 1985-1999.<br>**Graphics** -- Developed high-speed drivers for several graphical devices and evaluated their applicability for interactive uses. Devices included: Vectrix, RAMTEK, Apple Lisa, and IBM Enhanced Graphic Adapter. 1983-1987.<br>**Voice Boards** -- Specified function requirements for several generations of high quality voice boards for Q-bus (PDP-11), Apple, MultiBus, and IBMPC bus. Developed high-speed drivers for each of the boards. 1982-1986.<br>**Video Disk and Touch Screens** -- Developed experimental interactive system utilizing computer controlled video disks and touch screens. 1982. |
| 1994-present | **Intellectual property projects**<br>A separate document detailing intellectual property projects is available on request. |
| tools | Languages commonly used:<br>    Pascal 1980-1988<br>    C 1985-present.<br>    Other languages used: C++, Lisp, Java, and FORTRAN.<br>Assembler:<br>    Intel 8048, 8051, 8088-pentium<br>    Motorola 680xx (on Sun workstations)<br>    TI 320xx signal processors<br>    Zilog Z8, Z80 |

5

**Nathaniel Polish**

       Protocols include:
           TCP/IP, UDP, RPC and NFS
       Operating systems commonly used: UNIX, MSDOS, Windows and p-system.
       In circuit emulators.
       Database tools.

       Academic and business references available upon request.



Nathaniel Polish, Ph.D. ♦ Daedalus Technology Group, Inc.
**Summary of Experience in Intellectual Property Matters**

| Date | Case and Jurisdiction | Work Product | Counsel, Nature of Case, and Additional Notes |
|---|---|---|---|
| 08/11-present | *Apple Inc and Next Software, Inc. v. Motorola, Inc. and Motorola Mobility, Inc.* Case No. 10-CV-662(BBC) In The United States District Court for The Western District of Wisconsin | Expert Report | Retained by Weil, Gotshal & Manges LLP (contacts: Kevin Kudlac and Elizabeth Weiswasser), representing Apple, Inc. This is a patent dispute. The case involves technology for the interface of DSPs in cell phones. I am handling both infringement as well as validity. |
| 06/11-present | *Creative Kingdoms LLC and Medici Portfolio LLC v. Nintendo Co. Ltd.* Certain video game systems and Wireless controllers and Components thereof. United States International Trade Commission Investigation No. 337-TA-770 | Expert Report; deposition | Retained by Cooley LLP (contacts: Tim Teter and Matthew Brigham), representing Nintendo Co. Ltd. This is a patent dispute. The case involves technology used in wireless, motion sensing controllers. I am handling invalidity. The case is ongoing. |
| 02/11-11/11 | *Wiav Solutions LLC v. Motorola Mobility, Inc, Nokia Corportation, Nokia, Inc, Sony Ericsson Mobile* Civil Action No: 3:09-cv-447-LO. In The United States District Court for The Eastern District of Virginia | Expert Report; deposition | Retained by Finnegan, Henderson, Farabow, Garrett & Dunner LLP (contacts: Kenie Ho and Christopher Schultz), representing Wiav Solutions LLC. This is a patent dispute. The case involves technology for speech codecs used in GSM cell phones. I handled the infringement side of the case. This case settled. |
| 08/10-4/11 | *Apple Inc. v. Nokia Corporation and High Tech Computer Corp. (HTC). Certain Personal Data and Mobile Communications Devices and Related Software.* United States International Trade Commission Investigation No. 337-TA-710. | Expert Reports; depositions; Testimony at hearing. | Retained by Kirkland & Ellis LLP (contacts: Marc Sernel and Eric hayes), representing Apple Inc. This is a patent dispute. The case involves technology for the interface of DSPs in cell phones. I handled both infringement as well as validity. |
| 05/09-05/10 | *Nuance Communications Inc. et al v. Tellme Networks Inc.* Case Number: 1:2006cv00105 | Expert Report | Retained by McKool Smith (contacts: Luke F. McLeroy), representing Nuance Communications. This is a patent dispute. The technology involved techniques for using speech recognition in telephone |

| | In The United States District Court for The District of Delaware | | information systems. The case ended in summary judgment for the defendant. |
|---|---|---|---|
| 02/10-06/10 | *Motorola Inc. v. Research Motion Limited et al* Certain wireless communication server system software, wireless handheld devices and battery packs. United States International Trade Commission Investigation No. 337-TA-706 | Expert Report | Retained by Ropes & Gray (contacts: Paul M. Schoenhard and Steven Pepe), representing Motorola Inc. This is a patent dispute. The case involves technology used in pagers and cellphones as well as their servers. The case settled. |
| 04/10-6/10 | *Illinois Computer Research LLC v. Harpo Productions, Inc et al* Case Number: 1:2008cv07322 In The United States District Court for The Northern District of Illinois Eastern Division | Expert Report; deposition | Retained by Jackson Walker L.L.P. (contacts: Michael Locklar and Charles Babcock), representing Harpo Productions, Inc. This is a patent dispute. The case involves technology for display of books on a website. This case settled. |
| 08/09-10/10 | *BALTHASER ONLINE, INC, v. NETWORK SOLUTIONS, LLC* Civil Action No. 2:08-cv-430 United States District Court Eastern District of Texas Marshall Division | Expert Report | Retained by Dickstein Shaprio LLP (contacts: Alfred R. Fabricant, Lawrence C. Drucker, Bryan N. Matteo, Robert Gingher and Cindy Lang), representing Balthaser Online, Inc. This is a patent dispute. The case involves technology for the display of rich media applications on a web site. This case settled. |
| 05/09-05/10 | *Nuance Communications Inc. et al v. Tellme Networks Inc.* Case Number: 1:2006cv00105 In The United States District Court for The District of Delaware | Expert Report | Retained by McKool Smith (contacts: Luke F. McLeroy), representing Nuance Communications. This is a patent dispute. The technology involved techniques for using speech recognition in telephone information systems. The case ended in summary judgment for the defendant. |
| 12/08-03/09 | *Texas MP3 Technologies, Ltd. v. Samsung Electronics Co., Ltd., et al.* Civil Action No. 2:07-CV-0052 (CE) United States District Court for the Eastern District of Texas | Expert Report | Retained by Baker Botts LLP (contacts: Michael Hawes), representing Samsung Electronics. This was a patent dispute involving portable MP3 players. The case settled. |
| 10/08 - 09/09 | *Thomson Reuters (Scientific) Inc. v. David A. Von Moll, Comptroller of the Commonwealth of Virginia and George Mason University* Civil Action No. CL2008-17114 Circuit Court of Fairfax County Virginia | Expert Report | Retained by Edwards Angell Palmer & Dodge LLP(contacts: Glenn Pudelka, Barry Kramer), representing Thomas Reuters (Scientific) Inc. Contracts dispute centered around allegations of reverse engineering of software. The case ended in summary judgment. |
| 12/08 - 12/09 | *TruePosition Inc. v. Andrew Corp, C.A.* Case No. 05-0747-SLR (D. Del) U.S. District Court for the District of Delaware | Declaration; Expert Report | Retained by Kirkland & Ellis LLP (contact: Avinash Lele), representing Andrew Corp, C.A. Patent infringement case concerning technology for determining location of a cell phone |

| | | | |
|---|---|---|---|
| | | | using information from several cell phone towers. I provided an analysis of a workaround approach. |
| 10/08 - 1/10 | *RealTime Data LLC. v. Packeteer Inc.* Case No. 6:2008cv00144 U.S. District Court for the Eastern District of Texas | Expert Report, Depositions, Trial prep. | Retained by Ropes & Gray LLP(contact: Anthony Pastor), representing RealTime Data, LLC. Patent infringement case concerning data compression, storage, and transmission. The case settled on first day of trial. |
| 04/08 – 12/08 | *International Business Machines Corporation v. Asustek Computer, Inc.* Certain Computer Products, Computer Components and Products contain Same. United States International Trade Commission Investigation No. 337-TA-628 | Expert Reports, Declarations, Depositions, Testimony at Hearing | Retained by Cadwalader Wickersham & Taft LLP (contact John Moehringer, Christopher Hughes) representing IBM in this matter. This was an US ITC investigation regarding infringement of a number of IBM patents by computers produced and sold by Asustek. The technology involved computer control of cooling systems for computers. I was involved with infringement as well as validity issues The determination is pending. |
| 3/07 – 1/09 | *National Music Publishers' Association et al. v. XM Satellite Radio Inc.* Civil Action 06-CV-3733(LAK) in U.S. District Court for the Southern District of New York | | Retained by Gibson Dunn & Crutcher LLP, representing National Music Publishers' Association. Copyright dispute concerning the impact of various XM Satellite Radio products. I have provided an analysis of source code and functionality of several XM devices. |
| 2006 | *Telefonaktiebolaget LM Ericsson et al. v. Samsung Electronics Company Ltd.* Investigation No. 337-TA-577 U.S. International Trade Commission | Expert Reports and Depositions | Retained by Kirkland & Ellis LLP (contacts: Bao Nguyen, Adam Gill, Michael Pieja), representing Samsung in several patent infringement claims brought by Ericsson. Claims involved technologies for messaging, speech encoding, and speech recording within various GSM cell phones. The case settled just prior to hearing. |
| 2/06 | *Board of Regents of the University of Texas v. Benq America Corp et al.* Civil Action No. A:05CA181 U.S. District Court for the Western District of Texas | Markman Hearing Testimony; Expert Reports; Deposition | Retained by Quinn Emanuel Urquhart Oliver & Hedges LLP (contacts: Evette Pennypacker, Kevin Johnson), representing Benq America et al. Patent infringement. For a Markman (claim construction) hearing, prepared and presented a technology tutorial and testified before a special master. Prepared reports and gave deposition regarding invalidity and inoperability technology in the patent at issue. Claim construction hearing led to summary judgment in Benq America's favor. |
| 7/05 - 2/06 | *Encyclopedia Britannica Inc. v. Alpine Electronics of America Inc. et al.* Civil Action No. 05-359 U.S. District Court for the Western District of Texas | Expert Report; Deposition | Retained by Baker Botts LLP (contact: David Wille), representing Encyclopedia Britannica, Inc. Patent infringement. Prepared report on the definiteness of certain claim terms, and was deposed on this matter. This case is ongoing but inactive. |
| 5/05 - | *Atronic International GMBH v. SAI* | Expert Report; | Retained by Ford Marrin Esposito Witmeyer & Gleser LLP |

Nathaniel Polish, Ph.D. – Summary of Experience in Intellectual Property Matters, page 3

| | | | |
|---|---|---|---|
| 9/05 | *Semispecialists of America Inc.*<br>Case No. 03-CV-4892 (TCP) (MLO)<br>U.S. District Court for the Eastern District of New York | Deposition | (contact: Edward M. Pinter), representing Atronic International. Contracts dispute. I have acted primarily to rebut another witness regarding what would have been reasonable behavior for a customer of an electronic parts supplier. Case settled. |
| 5/05 - present | *Advanced Analytics Inc v. Citigroup Global Markets Inc.*<br>U.S. District Court for the Southern District of New York<br>Case No. 04 Civil 3531 (LTS) | Declarations and Expert Reports; Deposition | Retained by Cleary Gottlieb Steen & Hamilton LLP (contacts: Davida Williams, Chris Moore), representing Citigroup Global Markets, Inc. Theft of trade secrets. I have been involved in software analysis in this case. The case involved software used to price complex financial instruments. Refuting the claims required software analysis as well as statistical analysis of certain elements of the systems involved. Case pending. |
| 2/05 - 3/06 | *Tivo Inc. v. Echostar Communications Corporation*<br>Case No. 2-04cv01 DF<br>U.S. District Court for the Eastern District of Texas | Expert Report; Deposition; Trial Testimony | Retained by Morrison & Foerster (contact: Karl Kramer), representing Echostar. This case involved digital video recorder (DVR) technology. My work focused on the invalidity of the Tivo patent. I found many pieces of prior art including complete systems that were presented at trial. Tivo prevailed at trial. Most of the claims were subsequently found invalid on re-exam. The case has been the subject of many appeals which are ongoing. |
| 12/04 - 5/06 | *Foundry Networks Inc. v. Lucent Technologies Inc.*<br>Case No. 2:04-CV-40 (TJW) (E.D. Tex.)<br>U.S. District Court for the Eastern District of Texas | Expert Reports | Retained by Kirkland & Ellis LLP (contacts: Jenny Lee, Jeanne Heffernan), representing Lucent Technologies. I advised on infringement as well as validity of U.S. Patent 5,649,131. In addition to generating several reports, and I supported the drafting of motions and declarations. The case settled shortly before trial. |
| 10/07- 5/08 | *Lucent, Alcatel-Lucent, and Multimedia Patent Trust v. Microsoft*<br>Case no. 06-CV- 0684-H (LAB)<br>U.S. District Court for the Southern District of California | Expert Reports; Depositions; Trial Testimony | Retained by Kirkland & Ellis LLP (representing Lucent Technologies) (contacts: Robert Appleby, John Desmarais) and Baker Botts LLP (representing Alcatel-Lucent). I advised on infringement as well as validity of U.S. Patents 5,838,319 and 5,977,971. Gave trial testimony regarding invalidity of the '971 patent: jury found the patent was invalid. |
| 6/06- 2/07 | *Lucent v. Gateway, Microsoft, Dell*<br>Case no. 02-CV-2060-B (LAB)<br>Case no. 03-CV-0699-B (LAB)<br>Case no. 03-CV-1108-B (LAB)<br>U.S. District Court for the Southern District of California | Expert Reports; Depositions; Trial Testimony | Retained by Kirkland & Ellis LLP representing Lucent Technologies(contacts: Robert Appleby, John Desmarais). I worked on the infringement of Patents 5,341,457 and 5,627,938 as well as 5,649,131. I advised on infringement as well as validity of these patents. At trial I testified to regarding infringement of the '457, '938, and '080 patents. This matter concluded with a successful verdict and an award to Lucent of $1.5 billion. |
| 5/04 - | *Dolby Laboratories Inc. v. Lucent Technologies* | Expert Report | Retained by Kirkland & Ellis LLP (contact: Alan Kellman), |

| | | | |
|---|---|---|---|
| 3/05 | *Inc.*<br>U.S. District Court for the Northern District of California<br>Case No. C 01-20709 JF (RS) | | representing Lucent Technologies. This case involved infringement of a number of Lucent's patents. 5,341,457 and 5,627,938 by Dolby's AC3 codec. The case settled. |
| 7/04 - 1/05 | *Voice Capture Inc. v. Intel Corporation, Dialogic Corporation, and Nuance Communications Inc.*<br>No. 4:04-cv-40340<br>U.S. District Court for the Southern District of Iowa | Expert Report | Retained by Gray Cary (contact: Edward Sikorsky), representing Intel Corporation. The case involved Voice Capture's allegation of patent infringement by Intel in the area of interactive voice response systems. In producing an invalidity report on the patent, I analyzed the patent and prior art in great detail. I also provided an expert report on invalidity and an analysis of a rebuttal report. The case settled. |
| 3/03 | *Agere Systems Inc. v. Broadcom Corporation*<br>Civil Action No. 03-3138<br>U.S. District Court for the Eastern District of Pennsylvania | Expert Reports | Retained by Kirkland & Ellis LLP (contacts: Bryan Hales, Edward Runyan). The case involved Agere's allegation of patent infringement by Broadcom in the area of speech compression used in various Broadcom telephone products. I analyzed the operation of a speech codec used in digital telephones and worked with counsel and other experts to prepare reports. The case settled. |
| 10/01 | *AT&T Corp., v. Microsoft Corporation*<br>Civil Action No. 01 CV 4872 (WHP)<br>U.S. District Court for the Southern District of New York | Expert Reports;<br>Deposition;<br>Trial Testimony | Retained by Cooley Godward Kronish LLP (contacts: Frank Pietrantonio, Stephen Neal), representing AT&T. The case involved AT&T's allegation of patent infringement by Microsoft in the area of speech compression. I analyzed the operation of three speech codecs and worked with counsel and other experts to prepare reports I was deposed and gave testimony at trial. After the presentation of our case, the matter settled; details of the settlement are confidential. Elements of this case reached the U.S. Supreme Court. |
| 1/98 - 1/01 | *System Management Arts Inc.(SMARTS) v. Avesta Technologies Inc. and David Zager*<br>97 Civil 8101 (RWS)<br>U.S. District Court for the Southern District of New York | Expert Reports;<br>Deposition | Initially retained by Kramer Levin Naftalis & Frankel LLP (contact: Thomas H. Moreland), representing SMARTS. In early 2000 SMARTS retained Proskauer Rose LLP (contact: Kenneth Rubenstein) The case involved a SMARTS patent in the area of automatic diagnostics of faults in communications networks. I analyzed an Avesta system with similar claimed capabilities, and produced an expert report. I also gave a deposition, and participated extensively in technological analysis and strategic discussions of all aspects of the case. The case settled. |
| 2000 | *Data Systems Analysis Inc., v. The Netplex* | Expert Reports; | Retained by Saul Ewing LLP (contact: Michael Lampert), |

| | | | |
|---|---|---|---|
| | *Group Inc., Technology Development Systems Inc., and Xcellenet Inc.*<br>Civil Action No. 97-4652 (JBS-RBK)<br>U.S. District Court for the District of New Jersey | Deposition | representing Netplex. Data Systems Analysis (DSA) had brought suit against Netplex in a contract matter regarding software claimed by both companies. I was retained to analyze the disputed software and determine a method for computing damages. My expert report found that "functionality" and "effort required to create" were both better metrics than "number of lines of software", the measurement proposed by DSA. I also was deposed for several days in this case, provided analysis of other expert reports, and assisted in preparing counsel for depositions. The case was settled. |
| 1997 | *Knowledge Based Technologies Inc. v. International Business Machines Corp.*<br>Case No. 96-9461 (JSR)<br>U.S. District Court for the Southern District of New York | Expert Reports; Deposition | Retained by Morris, Nichols, Arsht & Tunnell LLP (contact: Karen Jacobs Louden), representing Knowledge Based Technologies. Contract dispute regarding the application of fuzzy logic techniques. I generated an expert report that analyzed several forms of fuzzy logic software to determine whether the software was independently developed. I also was deposed in this case. The case settled. |