2

## List of Materials Considered

- U.S. Patent No. 8,086,604
- U.S. Patent No. 6,847,959
- Prosecution History for U.S. Patent No. 8,086,604 and references, including:
    - U.S. Patent No. 7,020,670
    - U.S. Patent No. 6,636,849
- Prosecution History for U.S. Patent No. 6,847,959 and references, including:
    - Blumenfeld, et al. "A uniform interface to networked library services," ACM (1992)
- Samsung Galaxy Nexus
- Photographs of Samsung Galaxy Nexus
- Specifications for Samsung Galaxy Nexus, available at:
    - http://www.google.com/nexus/#/tech-specs
- Samsung Website, including pages available at:
    - http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs
- Android Developer Docs, including:
    - http://android-developers.blogspot.com/search/label/Quick%20Search%20Box
    - http://developer.android.com/sdk/android-1.6-highlights.html
    - http://developer.android.com/guide/topics/search/search-dialog.html
- Relevant portions of Android 4.0 source code, available at http://www.google.com/nexus/#/tech-specs and http://source.android.com/source/downloading.html
- Apple iPhone 4S
- Photographs of Apple iPhone 4S
- Specifications Apple iPhone 4S, including:
    - http://www.apple.com/iphone/features/siri.html

- http://manuals.info.apple.com/en_US/iphone_user_guide.pdf

2