3

**Infringement by Samsung Galaxy Nexus of U.S. Patent No. 8,086,604**

| Claim 6 of the '604 Patent | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 6. An apparatus for locating information in a network, comprising[1]: | To the extent that the preamble may be construed to be limiting, the Samsung Galaxy Nexus is an apparatus for locating information in a network.<br><br>For instance, the Samsung Galaxy Nexus includes a 1.2 GHz dual-core processor CPU, 1GB of RAM, 32GB of on-board memory, a 4.65" HD (1280x720) Super AMOLED screen, LTE and WiFi and Bluetooth radios providing the connectivity listed below and software comprising Version 4.0 of the Android operating system, along with various pre-installed applications and therefore is an apparatus for locating information in a network. (Ex. 4)[2]<br><br>**CPU**<br>Processor Speed, Type — 1.2GHz Dual-Core Processor<br><br>**Memory**<br>Internal Memory — 32GB |

---

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[2] References to exhibits refer to the exhibits to the declaration to which this chart is attached as an exhibit.

| Claim 6 of the '604 Patent | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | **Network** |
| | Frequencies and Data Type: CDMA/PCS/1xEVDO Rev. A: 800/1900 MHz, LTE: 700 MHz |
| | Data Speed: LTE, EVDO Rev. A |
| | **Connectivity** |
| | Features: Bluetooth®; Bluetooth® Profiles, A2DP, AVCTP, AVRCP, GAVDP, HFP, HSP, OPP, PAN, PBAP, SPP ; Wi-Fi® ; Wi-Fi® Hotspot; HTML Browser |
| | (Image of the Samsung Galaxy Nexus) |
| | The Samsung Galaxy Nexus contains the following chips used to access a network and therefore is an apparatus for locating information in a network: |

| Claim 6 of the '604 Patent | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | The Broadcom BCM4330 Bluetooth/WiFi/FM Radio chip show below.<br><br>The Via Telecom CBP7.1 and FCI FC7780 CDMA baseband chips shown below.<br><br>The Samsung CMC221 and FCI FC78851 LTE baseband chips shown below. |

| Claim 6 of the '604 Patent | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | The Samsung Galaxy Nexus includes the Android Quick Search Box, which is a "powerful, system-wide search framework" that "allows users to quickly and easily find what they're looking for, both on their devices and on the web." (Ex. 5).<br><br>As shown above (the box at the top of the screen labeled "Google"), the Quick Search Box forms part of the default user interface available from the home screen on the Samsung Galaxy Nexus. The figure below shows the screen when a user taps the Quick Search Bar on the home screen.<br><br>(Screenshot of Samsung Galaxy Nexus Showing Android Quick Search Box (text field at top).) |
| an interface module configured to receive an inputted information descriptor from a user-input device; | The Samsung Galaxy Nexus comprises an interface module configured to receive an inputted information descriptor from a user-input device.<br><br>The Samsung Galaxy Nexus has a 4.65" HD (1280x720) Super AMOLED screen, as noted above (Ex.4). |

4

| Claim 6 of the '604 Patent | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | **Display** <br><br> Main Display Resolution: 1280x720 pixels <br> Main Display Size: 4.65" Display <br> Main Display Technology: HD Super AMOLED™ contoured display <br><br> The Super AMOLED screen, a user-input device, is a touchscreen which the user manipulates by touching displayed objects. For instance, as shown in the figure below, the touchscreen allows the user to input an information descriptor using an onscreen keyboard. <br><br> The Android Quick Search Box on the Samsung Galaxy Nexus is configured to receive an inputted information descriptor from a user-input device in the text field, an interface module, shown below, where the information descriptor "app" has been input: |

5

| Claim 6 of the '604 Patent | Infringement by the Samsung Galaxy Nexus |
|---|---|
|  | (Screenshot of Samsung Galaxy Nexus Showing Android Quick Search Box after input of "app" in the text field using the onscreen keyboard.) |
|  | Portions of the computer instructions to receive an information descriptor in the Samsung Galaxy Nexus may be found in the QsbApplication class and in the com.android.quicksearchbox package.[3] |
| a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, wherein: | The Samsung Galaxy Nexus comprises a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor. |
|  | As shown below, the Preferences panel for the Quick Search Box on the Samsung Galaxy Nexus, permits the user to activate searches using a plurality of heuristic modules, including heuristic modules configured to search for information that corresponds to the received information descriptor. The Quick Search Box provides heuristic modules configured to search for information on Internet (e.g., Google Search suggestions) and local storage media (e.g., downloaded Amazon Kindle books and Contacts entries). |
|  | The default heuristic modules supported by Android include (1) Google internet search suggestions and (2) searches of local device system data for applications, books, browser bookmarks, text messages, music, people (contacts), and videos. (Ex. 5)   These heuristic modules further include modules defined by developers of individual applications installed on the device: to use the Quick Search Box "developers will need to make their app 'searchable' and provide suggestions in response to user queries." (Ex. 6). |

---

[3] The Galaxy Nexus appears to run the Android 4.0 platform.  The source code for the Android 4.0 operating system and the applications available with Android 4.0 and on the Galaxy Nexus can be found at http://source.android.com/source/downloading.html.  All references to source code are to files available from that site. The examples from the source code are indicative of the functionality of the Galaxy Nexus and are not meant to be exhaustive.

| Claim 6 of the '604 Patent | Infringement by the Samsung Galaxy Nexus |
|---|---|
|  | (Screenshots of Samsung Galaxy Nexus: (Left) showing a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor and (Right) showing Android Quick Search Box after input of a received information descriptor.)<br><br>By way of example, on the Samsung Galaxy Nexus, when a user types a search request into the Quick Search Box, Android computer instructions in the SearchActivity class calls the getSuggestions() method of an instance of the SuggestionsProviderImpl class. (*See* Android Source Code at SearchActivity.java, SuggestionsProviderImpl.java.) This, in turn, creates an object called "receiver" to hold the query results from the different applications that respond to the search request, and calls the startQueries() method on a QueryTask object to dispatch the query to a plurality of search heuristics to locate information responsive to the request. (*See* Android Source Code at SuggestionsProviderImpl.java). The QueryTask object creates multiple parallel requests, in separate threads, to send the query simultaneously to a plurality of heuristics. (*See* Android Source Code at QueryTask.java.) |
| each heuristic module corresponds to a respective | The Samsung Galaxy Nexus comprises heuristic modules wherein each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said |

| Claim 6 of the '604 Patent | Infringement by the Samsung Galaxy Nexus |
|---|---|
| area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, | respective area.<br><br>For example, the Quick Search Box provides heuristic modules to corresponding to a respective area of search. The figure above shows a plurality of heuristic modules and their respective area of search. One heuristic module indicated by the red rectangle is the Google heuristic module and corresponds to a search of Google Search suggestions on the Internet. Another heuristic module indicated by the green rectangle is the Browser heuristic module that corresponds to a search of bookmarks and web history. Another heuristic module indicated by the blue rectangle is the People heuristic module that corresponds to a search of the names of contacts stored locally on the Galaxy Nexus.<br><br>Each heuristic module shown above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. According to the '604 patent specification:<br><br>"Each plug-in module has an associated heuristic which it employs to locate information that corresponds to the user input. For instance, one module $22_1$ may search the names of files stored on the local storage media 12 and the LAN storage volumes 8, to find those which match the user |

| Claim 6 of the '604 Patent | Infringement by the Samsung Galaxy Nexus |
|---|---|
| | input. A second module $22_2$ may index and search the contents of files on the local and/or network storage volumes. A third module 223 can maintain a list of the files, applications and web sites which were most recently accessed, and search this list for a match. Yet another module might employ a search engine to locate Internet web pages which match the user input. ('604 patent, col. 4, ll. 13-23) <br><br> "[T]he selected plug-in modules $22_1 \ldots 22_N$ receive the information descriptor and determine whether any information matches the criteria of respective locator heuristics associated with the plug-in modules $22_1 \ldots 22_N$. The heuristic of each plug-in module is different." ('604 Patent, col. 5 ll. 10-14) <br><br> Each heuristic module identified above employs a different, predetermined heuristic algorithm corresponding to the respective area of search. The Google heuristic module employs a search engine to locate Internet web pages which match the user input. The Browser module maintains a list of the files, applications and web sites which were most recently accessed, and searches this list for a match. The People module searches the contents of files on the local storage volumes. <br><br> Each module is configured and designed to search the specific area based on the input information descriptor. The Android Developers Site describes how a developer can design an application that can be included in the Quick Search Box. (*See* Ex. 7). An application that implements search and that should be included in the heuristic modules available from the Quick Search Box must declare this in an XML file called searchable.xml, which lists the name and features of the searchable app. (*Id.*) To make a searchable Activity: <br><br> "A searchable activity is the Activity in your application that performs searches based on a query string and presents the search results. When the user executes a search in the search dialog or widget, the system starts your searchable activity and delivers it the search query in an Intent with the ACTION_SEARCH action. Your searchable activity retrieves the query from the intent's QUERY extra, then searches your data and presents the results." (*Id.*) <br><br> According to the Developers site, how the data is searched "is unique to your application." (*Id.*) |
| and the search areas include storage media accessible by | The Samsung Galaxy Nexus comprises heuristic modules wherein the search areas include storage media accessible by the apparatus. |

| Claim 6 of the '604 Patent | Infringement by the Samsung Galaxy Nexus |
|---|---|
| the apparatus; | As described above, the People heuristic module search area is a user's contacts stored on the storage media accessible by the Samsung Galaxy Nexus. The Quick Search Box, "suggests content on your device as you type, like apps, contacts, browser history, and music." (Ex. 5) |
| and a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | The Samsung Galaxy Nexus comprises a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>The Samsung Galaxy Nexus has a 4.65" HD (1280x720) Super AMOLED screen display device, as noted above. (Ex. 4) The Quick Search Box has a display module that is configured to display one or more candidate items of information located by the plurality of heuristic modules. As shown in the figure below, the Quick Search Box display module is displaying the candidate items located by plurality of heuristic modules in response to the information descriptor "app."<br><br>[Screenshot of Samsung Galaxy Nexus showing Quick Search Box with "app" typed in search field, displaying results: apple store, apple, applebees, Apple www.apple.com, Apple Customer Support, with on-screen keyboard below.] |

10

| Claim 19 of the '604 Patent | Infringement by the Samsung Galaxy Nexus |
|---|---|
| 19. The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | The Samsung Galaxy Nexus comprises an interface module wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, and wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received.<br><br>The Quick Search Box provides a text field where a user can input an information descriptor as discussed above with regards to claim 6.<br><br>As portions of the information descriptor are being inputted to the Quick Search Box the heuristic modules, which are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received, provides search results based on the portions of the information descriptor that are being inputted. The figures below show the search results as portions of the information descriptor "app" are being inputted.<br><br>   |

11