4

PRODUCTS | BUSINESS | APPS | SAMSUNG | SUPPORT | MY ACCOUNT

NEWS | ABOUT SAMSUNG | LOGIN

Home > Cell Phones > Specifications >

# Galaxy Nexus Android Smartphone

SCH-I515  ★★★★★ 297 REVIEWS

Tweet 63 | Like Confirm | SHOP ▸

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

🖨 Print This

| Carrier | |
|---|---|
| Type | Verizon |

| Form Factor | |
|---|---|
| Form Factor | Bar, Touchscreen |

| Size | |
|---|---|
| Product Dimensions (inches) | 5.33" x 2.67" x 0.37" |
| Weight (ounces) | 5.1 ounces |

| Color | |
|---|---|
| Color | Metallic Silver |

| Battery | |
|---|---|
| Battery, Standby | 150 hours (6.25 days) |
| Battery, Talk Time (hours) | Up to 12 hours |
| Battery Type and Size | 3.7 Volt, Lithium Ion, 1850mAh |

| Network | |
|---|---|
| Frequencies and Data Type | CDMA/PCS/1xEVDO Rev. A: 800/1900 MHz, LTE: 700 MHz |
| Data Speed | LTE, EVDO Rev. A |

| Platform | |
|---|---|
| Platform | Android™ 4.0, Ice Cream Sandwich |

| CPU | |
|---|---|
| Processor Speed, Type | 1.2GHz Dual-Core Processor |

| Display | |
|---|---|
| Main Display Resolution | 1280x720 pixels |
| Main Display Size | 4.65" Display |

| | |
|---|---|
| **Main Display Technology** | HD Super AMOLED™ contoured display |

## User Interface

| | |
|---|---|
| **Features** | Widgets; Accelerometer; Supported Languages: Spanish, French |

## Camera

| | |
|---|---|
| **Camera Resolution** | 5.0 MP |
| **Front-facing Camera Resolution** | 1.3 MP |
| **Digital Optical Zoom** | Digital/Optical Zoom |
| **Features** | Auto Focus; Shot Modes, Action, Night, Sunset, Party, Single Motion Panorama; Editing Modes; Camcorder; HD Recording; HD Playback |

## Audio

| | |
|---|---|
| **Features** | Music Player; Compatible Music Files, WAV, MP3, AAC, AAC+, eAAC+, AMR-NB, AMR-WB, MIDI; Audio, Streaming; MP3/Music Tones |

## Video

| | |
|---|---|
| **Features** | Video Player; Compatible Video Files, H.263, H.264, MPEG4, VC-1; Video, Streaming |

## Fun and Entertainment

| | |
|---|---|
| **Features** | Wallpapers, Animated |

## Messaging Options

| | |
|---|---|
| **Features** | Email; Corporate Email; Picture Messaging; Text Messaging; Instant Messaging; Threaded / Chat-style Messages; Video Messaging; Predictive Text |

## Connectivity

| | |
|---|---|
| **Features** | Bluetooth®; Bluetooth® Profiles, A2DP, AVCTP, AVRCP, GAVDP, HFP, HSP, OPP, PAN, PBAP, SPP ; Wi-Fi® ; Wi-Fi® Hotspot; HTML Browser |

## Memory

| | |
|---|---|
| **Internal Memory** | 32GB |

## Calling Functions

| | |
|---|---|
| **Features** | Speakerphone; Voicemail; Speech-to-Text; Text-to-Speech; Music ID; Picture Caller ID; Multitasking; Hearing Aid Compatible (HAC); TTY; Airline Mode |

**Who We Are**
About Samsung
Careers
Sustainability
News
Investor Relations

**What We Make**
TV + Video
  TVs
  Blu-ray & DVD Players
  Home Theater

Mobile
  Cell Phones
  Tablets
  Cell Phone Accessories

Photo
  Cameras
  Camcorders
  SD Cards

Computing
  Laptops
  All-in-One PCs
  Tablet PCs
  Chromebook

Home Appliances
  Washers & Dryers
  Refrigerators
  Microwaves
  Dishwashers

**How can we help you?**
Find product support
Register your product
Product recycling
Get downloads
Owner benefits

http://www.samsung.com/us/mobile/cell-phones/SCH-I515MSAVZW-specs[2/1/2012 12:03:30 PM]

