8





# Siri. Beta
# Your wish is its command.

Siri on iPhone 4S lets you use your voice to send messages, schedule meetings, place phone calls, and more. Ask Siri to do things just by talking the way you talk. Siri understands what you say, knows what you mean, and even talks back. Siri is so easy to use and does so much, you'll keep finding more and more ways to use it.



See how Siri works:



Watch the video





## It understands what you say.

Talk to Siri as you would to a person. Say something like "Tell my wife I'm running late." "Remind me to call the vet." "Any good burger joints around here?" Siri does what you say, finds the information you need, then answers you. It's like you're having a conversation with your iPhone.

## It knows what you mean.

Siri not only understands what you say, it's smart enough to know what you mean. So when you ask "Any good burger joints around here?" Siri will reply



"I found a number of burger restaurants near you." Then you can say "Hmm. How about tacos?" Siri remembers that you just asked about restaurants, so it will look for Mexican restaurants in the neighborhood. And Siri is proactive, so it will question you until it finds what you're looking for.



## It helps you do the things you do every day.

Ask Siri to text your dad, remind you to call the dentist, or find directions, and it figures out which apps to use and who you're talking about. It finds answers for you from the web through sources like Yelp and WolframAlpha. Using Location Services, it looks up where you live, where you work, and where you are. Then it gives you information and the best options based on your current location. From the details in your contacts, it knows your friends, family, boss, and coworkers. So you can tell Siri things like "Text Ryan I'm on my way" or "Remind me to make a dentist appointment when I get to work" or "Call a taxi" and it knows exactly what you mean and what to do.

## It has so much to tell you.

When there's something you need to do, just ask Siri to help you do it. Siri uses almost all the built-in apps on iPhone 4S. It writes and sends email messages and texts. It searches the web for anything you need to know. It plays the songs you want to hear. It gives you directions and shows you around. It places calls, schedules meetings, helps you remember, and wakes you up. In fact, ask Siri what it can do — it even speaks for itself.

 **Siri Frequently Asked Questions**
Read answers to common questions and learn how Siri works. See the Siri FAQ ▸





Set reminders.

Tell Siri what you need to do. Even say when and where you need reminding.

Send a text.

Say who it's for and what the message should say, and Siri writes and sends your text.

Check the weather.

Siri gives you the forecast for where you are or anywhere you're curious about.

# iPhone 4S takes dictation.

Here's another amazing way to get things done: just use your voice. Instead of typing, tap the microphone icon on the keyboard. Then say what you want to say and iPhone listens. Tap Done, and iPhone converts your words into text. Use dictation to write messages, take notes, search the web, and more. Dictation also works with third-party apps, so you can update your Facebook status, tweet, or write and send Instagrams.





**iPhone 4S**

On AT&T, Sprint, and Verizon.

Starting at $199*

*Qualified customers only.



**Shop online.**
Order your iPhone online and get it delivered to your door. It ships free and ready to use.
Buy online now. ▸



**Visit a store.**
Buy iPhone at the Apple Retail Store and we'll activate it and set it up just the way you want.
Find a store. ▸



**Call Apple.**
Get answers before you buy. Call 1-800-MY-APPLE to talk with a knowledgeable Specialist.



**Apple Store app.**
It's the easiest way to buy iPhone 4S — right from your current iPhone.
Download now ▸

Siri is available in Beta only on iPhone 4S and requires Internet access. Siri may not be available in all languages or in all areas, and features may vary by area. Cellular data charges may apply.

   iPhone  ›  Features  ›  Siri

| About iPhone 4S | More iPhone | iPhone in Business | Support |
|---|---|---|---|
| Features | iPhone 4 Tech Specs | Overview | Where to buy iPhone |
| Built-in Apps | iPhone 3GS Tech Specs | Business Features | Online Support |
| From the App Store | Compare iPhone models | Integration | iPhone Discussions |
| iOS | iOS Software Update | Apps for iPhone | User Guide (PDF) |
| iCloud | Tips and Tricks | Profiles | Workshops |
| Tech Specs | iPhone in Education | | One to One |
| | iPhone for Students | | |
| | iOS for Developers | | |
| | Accessibility | | |

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.    Apple Info  |  Site Map  |  Hot News  |  RSS Feeds  |  Contact Us   

Copyright © 2012 Apple Inc. All rights reserved.    Terms of Use  |  Privacy Policy