9



# iPhone
# User Guide
For iOS 5.0 Software

# Contents

**9    Chapter 1: iPhone at a Glance**
9    iPhone overview
9    Accessories
10   Buttons
12   Status icons

**14   Chapter 2: Getting Started**
14   Viewing this user guide on iPhone
14   What you need
15   Installing the SIM card
15   Setup and activation
15   Connecting to the Internet
16   Connecting iPhone to your computer
16   Setting up mail and other accounts
16   Managing content on your iOS devices
17   iCloud
18   Syncing with iTunes

**19   Chapter 3: Basics**
19   Using apps
22   Customizing the Home screen
24   Typing
27   Printing
28   Searching
29   Voice Control
30   Notifications
31   Twitter
32   Apple Earphones with Remote and Mic
33   AirPlay
33   Bluetooth devices
34   Battery
36   Security features
37   Cleaning iPhone
37   Restarting or resetting iPhone

**38   Chapter 4: Siri**
38   Using Siri
40   If Siri doesn't hear you correctly
40   Dictation

**41   Chapter 5: Phone**
41   Phone calls
45   FaceTime

46    Visual voicemail
47    Contacts
48    Favorites
48    Call forwarding, call waiting, and caller ID
49    Ringtones, Ring/Silent switch, and vibrate
49    International calls
50    Setting options for Phone

51    **Chapter 6: Mail**
51    Checking and reading email
52    Working with multiple accounts
52    Sending mail
53    Using links and detected data
53    Viewing attachments
53    Printing messages and attachments
54    Organizing mail
54    Searching mail
54    Mail accounts and settings

57    **Chapter 7: Safari**
57    Viewing webpages
58    Links
58    Reading List
58    Reader
58    Entering text and filling out forms
59    Searching
59    Bookmarks and history
59    Printing webpages, PDFs, and other documents
59    Web clips

60    **Chapter 8: Music**
60    Adding music and audio
60    Playing songs and other audio
61    Additional audio controls
62    Podcast and audiobook controls
62    Using Siri or Voice Control with Music
63    Browsing album artwork in Cover Flow
63    Viewing tracks on an album
63    Searching audio content
64    iTunes Match
64    Genius
65    Playlists
65    Home Sharing

66    **Chapter 9: Messages**
66    Sending and receiving messages
67    Sending messages to a group
67    Sending photos, videos, and more
68    Editing conversations
68    Searching messages

69   **Chapter 10: Calendar**
69   About Calendar
69   Viewing your calendars
70   Adding events
70   Responding to invitations
70   Searching calendars
71   Subscribing to calendars
71   Importing calendar events from Mail
71   Calendar accounts and settings

72   **Chapter 11: Photos**
72   Viewing photos and videos
73   Viewing slideshows
73   Organizing photos and videos
73   Sharing photos and videos
74   Printing photos

75   **Chapter 12: Camera**
75   About Camera
76   Taking photos and videos
76   HDR photos
77   Viewing, sharing, and printing
77   Editing photos
77   Trimming videos
78   Uploading photos and videos to your computer
78   Photo Stream

79   **Chapter 13: YouTube**
79   About YouTube
79   Browsing and searching for videos
80   Playing videos
80   Watching YouTube on a TV
80   Keeping track of videos you like
81   Sharing videos, comments, and ratings
81   Getting information about a video
81   Sending videos to YouTube

82   **Chapter 14: Stocks**
82   Viewing stock quotes
83   Getting more information

84   **Chapter 15: Maps**
84   Finding locations
85   Getting directions
86   Getting and sharing info about a location
86   Showing traffic conditions
87   Satellite view and street view

88   **Chapter 16: Weather**
88   Getting weather information

**89   Chapter 17: Notes**
89   About Notes
89   Writing notes
90   Reading and editing notes
90   Searching notes
90   Printing or emailing notes

**91   Chapter 18: Clock**
91   About Clock
91   Setting world clocks
92   Setting alarms
92   Using the stopwatch
92   Setting a timer

**93   Chapter 19: Reminders**
93   About Reminders
94   Setting a reminder
94   Managing reminders in List view
95   Managing reminders in Date view
95   About location reminders
95   Managing completed reminders
95   Searching reminders

**96   Chapter 20: Game Center**
96   About Game Center
97   Signing in to Game Center
97   Purchasing and downloading games
97   Playing games
97   Playing with friends
98   Game Center settings

**99   Chapter 21: iTunes Store**
99   About the iTunes Store
99   Finding music, videos, and more
100   Purchasing music, audiobooks, and tones
100   Purchasing or renting videos
100   Following artists and friends
101   Streaming or downloading podcasts
101   Checking download status
102   Changing the browse buttons
102   Viewing account information
102   Verifying downloads

**103   Chapter 22: Newsstand**
103   About Newsstand
103   Reading the latest issues

**104   Chapter 23: App Store**
104   About the App Store
105   Finding and downloading apps
105   Deleting apps
106   Store settings

**107   Chapter 24: Contacts**

107   About Contacts
107   Syncing contacts
108   Searching contacts
108   Adding and editing contacts
109   Unified contacts
109   Contacts accounts and settings

**110   Chapter 25: Videos**

110   About Videos
110   Playing videos
111   Searching for videos
111   Watching rented movies
111   Watching videos on a TV
112   Deleting videos from iPhone
112   Using Home Sharing
113   Setting a sleep timer
113   Converting videos for iPhone

**114   Chapter 26: Calculator**

114   Using the calculator
114   Scientific calculator

**115   Chapter 27: Compass**

115   About Compass
115   Calibrating the compass
116   Finding the direction
116   Using Compass with Maps

**117   Chapter 28: Voice Memos**

117   About Voice Memos
118   Recording
118   Listening to a recording
119   Managing and sharing recordings
119   Sharing voice memos with your computer

**120   Chapter 29: Nike + iPod**

120   About Nike + iPod
120   Activating Nike + iPod
120   Linking a sensor
121   Working out with Nike + iPod
121   Calibrating Nike + iPod
121   Sending workout data to Nikeplus.com

**122   Chapter 30: iBooks**

122   About iBooks
122   Using the iBookstore
122   Syncing books and PDFs
123   Reading books
124   Reading PDFs
124   Changing a book's appearance
125   Searching books and PDFs

125   Looking up the definition of a word
125   Having a book read to you
125   Printing or emailing a PDF
126   Organizing the bookshelf
126   Syncing bookmarks and notes

**127   Chapter 31: Accessibility**
127   Universal Access features
128   VoiceOver
137   Routing the audio of incoming calls
137   Siri
138   Triple-Click Home
138   Zoom
138   Large Text
139   White on Black
139   Speak Selection
139   Speak Auto-text
139   Mono Audio
139   Hearing aid compatibility
140   Custom Vibrations
140   LED Flash for Alerts
140   AssistiveTouch
141   Universal Access in Mac OS X
141   TTY support
141   Minimum font size for mail messages
141   Assignable ringtones
141   Visual voicemail
141   Widescreen keyboards
142   Large phone keypad
142   Voice Control
142   Closed captioning

**143   Chapter 32: Settings**
143   Airplane mode
143   Wi-Fi
144   Notifications
145   Location Services
145   VPN
145   Personal Hotspot
146   Carrier
146   Sounds and the Ring/Silent switch
147   Brightness
147   Wallpaper
147   General
152   Settings for apps

**153   Appendix A: International Keyboards**
153   Adding and removing keyboards
153   Switching keyboards
153   Chinese
155   Japanese
155   Typing Emoji characters

155   Using the candidate list
155   Using shortcuts
156   Vietnamese

157   **Appendix B: Support and Other Information**
157   iPhone Support site
157   Restarting or resetting iPhone
157   Backing up iPhone
159   Updating and restoring iPhone software
159   File sharing
160   Safety, software, and service information
160   Using iPhone in an enterprise environment
160   Using iPhone with other carriers
161   Disposal and recycling information
162   Apple and the environment
162   iPhone operating temperature

# iPhone at a Glance

# 1

## iPhone overview



Headset jack
Top microphone
Ring/Silent switch
Volume buttons
Front camera
Apple Retina display
Home button
Bottom microphone

On/Off button
Receiver
Status bar
Main camera
LED flash
App icons
SIM card tray
Dock connector
Speaker

iPhone

Your iPhone and the Home screen may look different, depending on the model of iPhone you have and whether you've customized your Home screen.

## Accessories

The following accessories are included with iPhone:



Apple Earphones with Remote and Mic

Dock Connector to USB Cable

USB power adapter

SIM eject tool

| Item | What you can do with it |
|------|-------------------------|
| Apple Earphones with Remote and Mic | Listen to music and videos, and make phone calls. See "Apple Earphones with Remote and Mic" on page 32. |
| Dock Connector to USB Cable | Use this cable to connect iPhone to your computer to sync and charge. The cable can be used with the optional dock or plugged directly into iPhone. |
| USB power adapter | Connect the power adapter to iPhone using the included cable, then plug it into a standard power outlet to charge iPhone. |
| SIM eject tool (not included in all areas) | Eject the SIM card tray. |

## Buttons

### On/Off button

When you're not using iPhone, you can lock it to turn off the display and save the battery.

**Lock iPhone:**  Press the On/Off button.

When iPhone is locked, nothing happens if you touch the screen. iPhone can still receive calls, text messages, and other updates. You can also:

- Listen to music
- Adjust the volume using the buttons on the side of iPhone (or on the iPhone earphones) while you're on a phone call or listening to music
- Use the center button on iPhone earphones to answer or end a call, or to control audio playback (see "Playing songs and other audio" on page 60)



On/Off button

| Unlock iPhone | Press the Home button ☐ or the On/Off button, then drag the slider. |
|---------------|---------------------------------------------------------------------|
| Turn iPhone off | Press and hold the On/Off button for a few seconds until the red slider appears, then drag the slider. |
| Turn iPhone on | Press and hold the On/Off button until the Apple logo appears. |

By default, if you don't touch the screen for a minute, iPhone locks automatically. To turn auto-lock off, or to change how long before iPhone locks, see "Auto-Lock" on page 150. To require a passcode to unlock iPhone, see "Passcode Lock" on page 150.

### Home button

The Home button ☐ lets you get back to the Home screen at any time. It also provides other convenient shortcuts.

**Go to the Home screen:**  Press the Home button ☐.

At the Home screen, just a tap opens an app. See "Opening and switching apps" on page 19.

| | |
|---|---|
| **Display the multitasking bar to see recently used apps** | With iPhone unlocked, double-click the Home button ⬜. |
| **Display audio playback controls** | *When iPhone is locked:* Double-click the Home button ⬜. See "Playing songs and other audio" on page 60.<br><br>*When using another app:* Double-click the Home button ⬜, then flick the app switcher from left to right. |
| **Start Siri (iPhone 4S) or Voice Control** | Press and hold the Home button ⬜. See Chapter 4, "Siri," on page 38 and "Voice Control" on page 29. |

## Volume buttons

When you're on the phone or listening to songs, movies, or other media, the buttons on the side of iPhone adjust the audio volume. Otherwise, the buttons control the volume for the ringer, alerts, and other sound effects.

> *WARNING:* For important information about avoiding hearing loss, see the *Important Product Information Guide* at www.apple.com/support/manuals/iphone.



To limit the volume for music and videos, go to Settings > Music.

You can also use the volume up button to take a picture or record a video. See "Taking photos and videos" on page 76.

## Ring/Silent switch

Flip the Ring/Silent switch to put iPhone in ring mode ⚭ or silent mode ⚭.



In ring mode, iPhone plays all sounds. In silent mode, iPhone doesn't ring or play alerts and other sound effects.

*Important:* Clock alarms, audio apps such as Music, and many games still play sounds through the built-in speaker when iPhone is in silent mode.

For information about changing sound and vibrate settings, see "Sounds and the Ring/Silent switch" on page 146.

## Status icons

The icons in the status bar at the top of the screen give information about iPhone:

| Status icon | | What it means |
|---|---|---|
| .ₐꓲꓲ | Cell signal* | Shows whether you're in range of the cellular network and can make and receive calls. The more bars, the stronger the signal. If there's no signal, the bars are replaced with "No service." |
| ✈ | Airplane mode | Shows that airplane mode is on—you cannot use the phone, access the Internet, or use Bluetooth® devices. Non-wireless features are available. See "Airplane mode" on page 143. |
| 3G | UMTS/EV-DO | Shows that your carrier's 3G UMTS (GSM) or EV-DO (CDMA) network is available, and iPhone can connect to the Internet over that network. See "Network" on page 148. |
| E | EDGE | Shows that your carrier's EDGE (GSM) network is available, and iPhone can connect to the Internet over that network. See "Network" on page 148. |
| o | GPRS/1xRTT | Shows that your carrier's GPRS (GSM) or 1xRTT (CDMA) network is available, and iPhone can connect to the Internet over that network. See "Network" on page 148. |
| 📶 | Wi-Fi* | Shows that iPhone is connected to the Internet over a Wi-Fi network. The more bars, the stronger the connection. See "Wi-Fi" on page 143. |
| ⊚ | Personal Hotspot | Shows that iPhone is connected to another iPhone providing a Personal Hotspot. See "Personal Hotspot" on page 145. |
| ↻ | Syncing | Shows that iPhone is syncing with iTunes. |
| ✳ | Network activity | Shows network activity. Some third-party apps may also use the icon to show an active process. |
| ← | Call Forwarding | Shows that Call Forwarding is set up on iPhone. See "Call forwarding" on page 48. |
| VPN | VPN | Shows that you're connected to a network using VPN. See "Network" on page 148. |
| 🔒 | Lock | Shows that iPhone is locked. See "On/Off button" on page 10. |
| ⚏ | TTY | Shows that iPhone is set to work with a TTY machine. See "TTY support" on page 141. |
| ▶ | Play | Shows that a song, audiobook, or podcast is playing. See "Playing songs and other audio" on page 60. |
| ⊙ | Portrait orientation lock | Shows that the iPhone screen is locked in portrait orientation. See "Viewing in portrait or landscape orientation" on page 21. |
| ⏰ | Alarm | Shows that an alarm is set. See "Setting alarms" on page 92. |
| ➹ | Location Services | Shows that an item is using Location Services. See "Location Services" on page 145. |

| Status icon | | What it means |
| --- | --- | --- |
| | Bluetooth* | *Blue or white icon:* Bluetooth is on and a device, such as a headset or car kit, is connected. *Gray icon:* Bluetooth is on, but no device is connected. See "Bluetooth devices" on page 33. |
| | Bluetooth battery | Shows the battery level of a supported paired Bluetooth device. |
| | Battery | Shows battery level or charging status. See "Battery" on page 34. |

* The use of certain accessories with iPhone may affect wireless performance.

# Getting Started

# 2

 **WARNING:**  To avoid injury, read all operating instructions in this guide and safety information in the *iPhone Important Product Information Guide* at www.apple.com/support/manuals/iphone before using iPhone.

## Viewing this user guide on iPhone

The *iPhone User Guide* can be viewed on iPhone in Safari, and in the free iBooks app.

**View the user guide in Safari:**  Tap ⌐⌐, then tap the iPhone User Guide bookmark.

To add an icon for the guide to the Home screen, tap 🖼, then tap "Add to Home Screen." To view it in a different language, tap "Change Language" on the main contents page.

**View the user guide in iBooks:**  If you haven't installed iBooks, open App Store, then search for and install "iBooks." Open iBooks and tap Store. Search for "iPhone User," then select and download the guide.

For more information about iBooks, see Chapter 30, "iBooks," on page 122.

## What you need

To use iPhone, you need:

- A wireless service plan with a carrier that provides iPhone service in your area
- An Apple ID (for some features), which can be created during setup
- A Mac or a PC with a USB 2.0 port and one of the following operating systems:
  - Mac OS X v10.5.8 or later
  - Windows 7, Windows Vista, or Windows XP Home or Professional (SP3)
- An Internet connection for your computer (broadband is recommended)
- iTunes 10.5 or later (for some features), available at www.itunes.com/download

## Installing the SIM card

If you were given a SIM card to install, install it before setting up iPhone.

*Important:*  A SIM card is required to use cellular services when connecting to GSM networks and some CDMA networks. An iPhone 4S that has been activated on a CDMA wireless network may also use a SIM card for connecting to a GSM network, primarily for international roaming. Your iPhone is subject to your wireless service provider's policies, which may include restrictions on switching service providers and roaming, even after conclusion of any required minimum service contract. Contact your wireless service provider for more details. Availability of cellular capabilities depends on the wireless network.

**Installing the SIM Card in iPhone 4S**



**Install the SIM card:**  Insert the end of a small paper clip or SIM eject tool into the hole on the SIM card tray. Pull out the SIM card tray and place the SIM card in the tray as shown. With the tray aligned and the SIM card on top, carefully replace the tray.

## Setup and activation

To set up and activate iPhone, turn on iPhone and follow the Setup Assistant. The Setup Assistant steps you through the setup process, including connecting to a Wi-Fi network, signing in with or creating a free Apple ID, setting up iCloud, turning on recommended features such as Location Services and Find My iPhone, and activating iPhone with your carrier. You can also restore from an iCloud or iTunes backup during setup.

Activation can be done over a Wi-Fi network or over your carrier's cellular network (not available in all areas). If neither are available, you need to connect iPhone to your computer. See the following section. If you don't have a SIM card installed (for GSM networks), iPhone must be connected to a Wi-Fi network, or to your computer with iTunes open, in order to complete activation. In areas where you have a choice of carriers, the SIM card must be installed to complete the initial activation.

## Connecting to the Internet

iPhone connects to the Internet whenever necessary, using a Wi-Fi connection (if available) or your carrier's cellular network. For information about connecting to a Wi-Fi network, see "Wi-Fi" on page 143.

*Note:*  If a Wi-Fi connection to the Internet isn't available, certain iPhone features and services may transfer data over your carrier's cellular network, which may result in additional fees. Contact your carrier for information about your cellular data plan rates. To manage cellular data usage, see "Network" on page 148.

## Connecting iPhone to your computer

If you don't have Wi-Fi or cellular access, you may need to connect iPhone to your computer in order to complete activation. Connecting iPhone to your computer also lets you sync information, music, and other content with iTunes. See "Syncing with iTunes" on page 18.

**Connect iPhone to your computer:** Use the Dock Connector to USB Cable provided with iPhone.



## Setting up mail and other accounts

iPhone works with iCloud, Microsoft Exchange, and many of the most popular Internet-based mail, contacts, and calendar service providers. If you don't already have a mail account, you can set up a free iCloud account when you first set up iPhone, or later in Settings > iCloud.

**Set up an account:** Go to Settings > Mail, Contacts, Calendars.

For information about iCloud, see "iCloud" on page 17.

You can add contacts using an LDAP or CardDAV account if your company or organization supports it. See "Syncing contacts" on page 107.

You can add a CalDAV calendar account, and you can subscribe to iCal (.ics) calendars or import them from Mail. See page 71.

## Managing content on your iOS devices

You can transfer information and files between your iOS devices and computers using either iCloud or iTunes.

- *iCloud* stores your photos, apps, contacts, calendars, and more, and wirelessly pushes them to your devices. When something changes on one of your devices, your other devices are automatically updated. See "iCloud," below.
- *iTunes* syncs music, video, photos, and more between your computer and iPhone. Changes you make on one device are copied to the other when you sync. You can also use iTunes to copy a file to iPhone for use with an app, or to copy a document you've created on iPhone to your computer. See "Syncing with iTunes" on page 18.

You can use iCloud or iTunes, or both, depending on your needs. For example, you can use iCloud Photo Stream to automatically get photos you take on iPhone to your other devices, and use iTunes to sync photo albums from your computer to iPhone.

*Note:* You should not sync items on the Info pane of iTunes (such as contacts, calendars, and notes) and also use iCloud to keep that information up to date on your devices. If you do both, duplicated data may result.

## iCloud

iCloud stores your photos, apps, contacts, calendars, and more, and wirelessly pushes it to your iOS devices and computers, automatically keeping everything up to date.

iCloud features include:

- Automatic Downloads—Music, apps, and books that you purchase appear on your devices automatically.
- Previous Purchases—View previous iTunes Store, App Store, and iBooksstore purchases and download them again if needed.
- Photo Stream—When you take a photo on one iOS device, automatically get it on your other devices. See "Photo Stream" on page 78 .
- Documents & Data—Store and keep document up to date on your devices for apps that support Documents in the iCloud.
- Find My iPhone—Locate your iPhone on a map, display a message, play a sound, lock the screen, or remotely wipe the data. See "Find My iPhone" on page 36.

You can also back up iPhone to iCloud. See "Backing up iPhone" on page 157.

With iCloud, you get a free email account and 5 GB of storage for your mail, documents, and backup. Your purchased music, apps, TV shows, and books, as well as your Photo Stream, don't count against your free space.

*Note:* iCloud is not available in all areas, and iCloud features may vary by area.

**Sign in or create an iCloud account:** In Settings, tap iCloud.

If you have a MobileMe subscription, you can migrate it to iCloud at me.com/move.

| | |
|---|---|
| **Choose info to store in iCloud** | Go to Settings > iCloud. |
| **Turn Automatic Downloads on or off** | Go to Settings > Store. |
| **View and download previous iTunes Store purchases** | Go to iTunes, then tap Purchased. |
| **View and download previous App Store purchases** | Go to App Store, tap Updates, then tap Purchased. |
| **View and download previous iBooksstore purchases** | Go to iBooks, tap Store, then tap Purchased. |
| **Turn Photo Stream on or off** | Go to Settings > iCloud. |
| **Find your iPhone** | Visit www.icloud.com.<br>*Important:* On your iPhone, Find My iPhone must be turned on in Settings > iCloud in order for Find My iPhone features to be available. |
| **Purchase additional iCloud storage** | Go to Settings > iCloud > Storage & Backup, then tap Manage Storage. For information about purchasing iCloud storage, see help.apple.com/icloud. |

For more information about iCloud, go to www.apple.com/icloud. For support information, go to www.apple.com/support/icloud.

## Syncing with iTunes

Syncing with iTunes copies information from your computer to iPhone, and vice versa. You can sync by connecting iPhone to your computer using the Dock Connector to USB Cable, or you can set up iTunes to sync wirelessly using Wi-Fi. You can set iTunes to sync music, photos, video, podcasts, apps, and more. For information about syncing iPhone with a computer, open iTunes, then select iTunes Help from the Help menu.

**Set up wireless iTunes syncing:**  Connect iPhone to your computer using the Dock Connector to USB Cable. In iTunes, turn on "Sync over Wi-Fi connection" in the device's Summary pane.

When Wi-Fi syncing is turned on, iPhone syncs automatically every day. iPhone must be connected to a power source, both iPhone and your computer must be on the same wireless network, and iTunes must be open on your computer. For more information, see "iTunes Wi-Fi Sync" on page 149.

**Tips for syncing with iTunes**

- If you're using iCloud to store your contacts, calendars, bookmarks, and notes, don't also sync them to your device using iTunes.

- Purchases you make on iPhone in the iTunes Store or the App Store are synced back to your iTunes library. You can also purchase or download content and apps from the iTunes Store on your computer, and then sync them to iPhone.

- In the device's Summary pane, you can set iTunes to automatically sync your device when it's attached to your computer. To temporarily override this setting, hold down Command and Option (Mac) or Shift and Control (PC) until you see your iPhone appear in the sidebar.

- In the device's Summary pane, select "Encrypt iPhone backup" if you want to encrypt the information stored on your computer when iTunes makes a backup. Encrypted backups are indicated by a lock icon 🔒, and a password is required to restore the backup. If you don't select this option, passwords (such as those for mail accounts) aren't included in the backup and will have to be reentered if you use the backup to restore the device.

- In the device's Info pane, when you sync mail accounts, only the settings are transferred from your computer to iPhone. Changes you make to an email account on iPhone don't affect the account on your computer.

- In the device's Info pane, click Advanced to select options to let you *replace* the information on iPhone with the information from your computer during the next sync.

- If you listen to part of a podcast or audiobook, your place in the story is included if you sync the content with iTunes. If you started listening to the story on iPhone, you can pick up where you left off using iTunes on your computer—or vice versa.

- In the device's Photo pane, you can sync photos and videos from a folder on your computer.

# Basics

# 3

## Using apps

The high-resolution Multi-Touch screen and simple finger gestures make it easy to use iPhone apps.

### Opening and switching apps

Press the Home button ☐ to go to the Home screen and see your apps.

**Open an app:** Tap it.



To return to the Home screen, press the Home button ☐ again. Flick left or right to see another Home screen.



Flick left or right to switch to another Home screen.

Double-click the Home button ☐ to reveal the multitasking bar, which shows your most recently used apps. Tap an app to reopen it, or flick to see more apps.



Recently used apps

| | |
|---|---|
| **Remove an app from the multitasking bar** | Touch and hold the app icon until it begins to jiggle, then tap 🔴. Removing an app from the multitasking also forces it to quit. |

## Scrolling

Drag up or down to scroll. On some screens such as webpages, you can also scroll side to side.



Dragging your finger to scroll won't choose or activate anything on the screen.

Flick to scroll quickly.



You can wait for the scrolling to come to a stop, or touch the screen to stop it immediately. Touching the screen to stop scrolling won't choose or activate anything.

To quickly scroll to the top of a page, tap the status bar at the top of the screen.



Drag your finger along the index to scroll quickly. Tap a letter to jump to a section.

Tap an item in a list to choose it. Depending on the list, tapping an item can do different things— for example, it may open a new list, play a song, open an email, or show someone's contact information so you can call that person.

## Zooming in or out

When viewing photos, webpages, email, or maps, you can zoom in and out. Pinch your fingers together or apart. For photos and webpages, you can double-tap (tap twice quickly) to zoom in, then double-tap again to zoom out. For maps, double-tap to zoom in and tap once with two fingers to zoom out.



Zoom is also an accessibility feature that lets you magnify the screen with any app you're using, to help you see what's on the display. See "Zoom" on page 138.

## Viewing in portrait or landscape orientation

Many iPhone apps let you view the screen in either portrait or landscape orientation. Rotate iPhone and the display rotates too, adjusting automatically to fit the new screen orientation.



You may prefer landscape orientation for viewing webpages in Safari, or when entering text, for example. Webpages scale to the wider screen in landscape orientation, making the text and images larger. The onscreen keyboard is also larger.

Movies viewed in Videos and YouTube appear only in landscape orientation. Street views in Maps also appear only in landscape orientation.

**Lock the screen in portrait orientation:**  Double-click the Home button ☐, flick the bottom of the screen from left to right, then tap ◉.



The portrait orientation lock icon ◉ appears in the status bar when the screen orientation is locked.

## Customizing the Home screen

### Rearranging apps

You can customize the layout of app icons on the Home screen—including the apps in the Dock along the bottom of the screen. If you want, arrange them over multiple Home screens. You can also organize apps by collecting them in folders.

**Rearrange icons:**

1  Touch and hold any app on the Home screen until it begins to jiggle.

2  Arrange the apps by dragging them.

3  Press the Home button ☐ to save your arrangement.



| | |
|---|---|
| **Move an icon to another screen** | While arranging apps, drag an app to the side of the screen. |
| **Create additional Home screens** | While arranging apps, flick to the rightmost Home screen, then drag an app to the right edge of the screen. You can create up to 11 Home screens. |
| **Reset your Home screen to the default layout** | Go to Settings > General > Reset, then tap Reset Home Screen Layout. Resetting the Home screen removes any folders you've created and applies the default wallpaper to your Home screen. |

You can add icons on the Home screen to open your favorite webpages. See "Web clips" on page 59.

When iPhone is physically connected to your computer (with the Dock Connector to USB Cable), you can customize your Home screens using iTunes. In iTunes, select iPhone in the Devices list, then click Apps at the top of the screen.

### Organizing with folders

Folders let you organize apps on the Home screen. You can put up to 12 apps in a folder. iPhone names a folder automatically when you create it, based on the category of the apps you use to create the folder. You can change the name anytime you want. Like apps, folders can be rearranged by dragging them on the Home screens, or to the Dock.

**Create a folder:** Touch an app until the Home screen apps begin to jiggle, then drag the app onto another app.



iPhone creates a new folder that includes the two apps, and shows the folder's name. You can tap the name field and enter a different name.



Tap a folder to open it, then you can tap to open an app inside. To close a folder, tap outside the folder, or press the Home button ⃣.

While arranging apps:

| Add an app to a folder | Drag the app onto the folder. |
|---|---|
| Remove an app from a folder | Tap to open the folder, then drag the app out of the folder. |
| Delete a folder | Move all apps out of the folder. The folder is deleted automatically. |
| Rename a folder | Tap to open the folder, then tap the name at the top and use the keyboard to enter a new name. |

When you finish organizing your Home screen, press the Home button ⃣ to save your changes.

## Adding wallpaper

You can set an image or photo as wallpaper for the Lock screen. You can also set wallpaper for your Home screen. You can choose an image that came with iPhone, a photo from your Camera Roll or other album on iPhone.

**Set wallpaper:**

1  In Settings, choose Wallpaper, tap the image of the Lock and Home screens, then tap Wallpaper or an album.

2  Tap to choose an image or photo. If you choose a photo, drag to position it and pinch to zoom in or out, until it looks the way you want.

3  Tap Set, then choose whether you want to use the photo as wallpaper for your Lock Screen, Home screen, or both.

## Typing

The onscreen keyboard appears anytime you need to type.

### Entering text

Use the keyboard to enter text. The keyboard corrects misspellings, predicts what you're typing, and learns as you use it. Depending on the app you're using, the intelligent keyboard may suggest corrections as you type, to help prevent mistyped words.

**Type text:**  Tap a text field to bring up the keyboard, then tap on the keyboard.

As you type, each letter appears above your thumb or finger. If you touch the wrong key, you can slide your finger to the correct key. The letter isn't entered until you release your finger from the key.



| | |
|---|---|
| Delete the previous character | Tap ⌫. |
| Type uppercase | Tap the Shift key ⇧ before tapping a letter. Or touch and hold the Shift key, then slide to a letter. |
| Quickly type a period and space | Double-tap the space bar. To turn this feature on or off, go to Settings > General > Keyboard. |
| Turn caps lock on | Double-tap the Shift key ⇧. Tap the Shift key again to turn caps lock off. You can turn this feature on or off in Settings > General > Keyboard. |
| Enter numbers, punctuation, or symbols | Tap the Number key 123. Tap the Symbol key #+= to see additional punctuation and symbols. |
| Set options for typing | Go to Settings > General > Keyboard. |


To type an alternate character, touch and hold a key, then slide to choose one of the options.

### Dictation

On iPhone 4S, you can dictate text instead of typing it on the onscreen keyboard. For example, you can dictate a message in Mail or a note in Notes. Siri must be turned on in Settings > General > Siri.

**Dictate text:**  From the onscreen keyboard, tap 🎤, then dictate. When you finish, tap Done.

To add to the message, tap 🎤 again.

| Enter a comma, period, or other punctuation mark | Say the punctuation mark. |
|---|---|

## Auto-correction and spell checking

For many languages, iPhone automatically corrects misspellings or makes suggestions as you type. When iPhone suggests a word, you can accept the suggestion without interrupting your typing.

*Note:* For a list of supported languages, see www.apple.com/iphone/specs.html.

 Suggested word

**Accept the suggestion:**  Type a space, punctuation mark, or return character.

**Reject a suggestion:**  Tap the "x".

Each time you reject a suggestion for the same word, iPhone becomes more likely to accept the word.

iPhone may also underline words you've already typed that might be misspelled.



| Replace a misspelled word | Tap the word, then tap one of the alternate spellings. |
|---|---|
|  | If the word you want doesn't appear, correct the word by retyping it. |
| Turn auto-correction or spell checking on or off | Go to Settings > General > Keyboard. |

## Shortcuts and your personal dictionary

Shortcuts lets you type just a few characters in place of a longer word or phrase. The expanded text appears whenever you type the shortcut. For example, the shortcut "omw" is expanded to "On my way!"

**Create a shortcut:**  Go to Settings > General > Keyboard, then tap Add New Shortcut.

**Add a word or phrase to your personal dictionary so that iPhone doesn't try to correct or replace it:**  Create the shortcut, but leave the Shortcut field blank.

| Edit a shortcut | Go to Settings > Keyboard and tap the shortcut. |
|---|---|

## Editing text

The touchscreen makes it easy to make changes to text you've entered. An onscreen magnifying glass helps you position the insertion point precisely where you need it. Grab points on selected text let you quickly select more or less text. You can also cut, copy, and paste text and photos within apps, or across multiple apps.

**Position the insertion point:** Touch and hold to bring up the magnifying glass, then drag to position the insertion point.



**Select text:** Tap the insertion point to display the selection buttons.



You can also double-tap to select a word. In read-only documents, such as webpages, or email messages you've received, touch and hold to select a word. Drag the grab points to select more or less text.



| Cut or copy text | Select text, then tap Cut or Copy. |
|---|---|
| Paste text | Tap the insertion point and tap Paste. The last text that you cut or copied is inserted. Or select text and tap Paste to replace the text. |
| Undo the last edit | Shake iPhone and tap Undo. |
| Make text bold, italic, or underlined | When available, tap ▶, then tap B/I/U. |
| Get the definition of a word | When available, tap ▶, then tap Define. |
| Get alternative words | When available, tap Suggest, then tap one of the words. |

## Keyboard layouts

You can use Settings to set the keyboard layouts for software and hardware keyboards. The available layouts depend on the keyboard language.

**Select a keyboard layout:** Go to Settings > General > Keyboard > International Keyboards, then select a keyboard.

For each language, you can make separate selections for both the onscreen software and any external hardware keyboards. The software keyboard layout determines the layout of the keyboard on the iPhone screen. The hardware keyboard layout determines the layout of an Apple Wireless Keyboard connected to iPhone.

### Using an Apple Wireless Keyboard

You can use an Apple Wireless Keyboard (available separately) for typing on iPhone. The Apple Wireless Keyboard connects via Bluetooth. See "Pairing a Bluetooth device with iPhone" on page 33.

Once the keyboard is paired with iPhone, it connects whenever the keyboard is within range (up to 30 feet). You can tell that the keyboard is connected if the onscreen keyboard doesn't appear when you tap in a text field. To save the battery, turn off or unpair the keyboard when not in use.

## Printing

### AirPrint

AirPrint lets you print wirelessly to AirPrint-enabled printers. You can print from:

- Mail—email messages and attachments that can be viewed in Quick Look
- Photos and Camera—photos
- Safari—webpages, PDFs, and other attachments that can be viewed in Quick Look
- iBooks—PDFs
- Maps—view of map showing on the screen
- Notes—currently displayed note

Other apps available from the App Store may also support AirPrint.

An AirPrint-enabled printer doesn't need setup—just connect it to the same Wi-Fi network as iPhone. For more information, go to support.apple.com/kb/HT4356.

### Printing a document

AirPrint uses your Wi-Fi network to send print jobs wirelessly to your printer. (iPhone and the printer must be on the same Wi-Fi network.)

**Print a document:**

1 Tap ➦, ✉, or ▤ (depending on the app you're using), then tap Print.

2 Tap Select Printer to select a printer.

3 Set printer options such as number of copies and double-sided output (if the printer supports it). Some apps also let you set a range of pages to print.

4 Tap Print.

| | |
|---|---|
| See the status of a print job | Double-click the Home button ☐, then tap Print Center. |



The Print Center app appears as the most recent app when a document is printing. A badge on the app app shows how many documents are queued for printing.

If you're printing more than one document, select a print job to see its status summary.

| | |
|---|---|
| Cancel a print job | Double-click the Home button ☐, tap Print Center, select the print job (if you're printing more than one document), then tap Cancel Printing. |

## Searching

You can search many apps on iPhone, including Contacts, Mail, Calendar, Music, Messages, Notes, and Reminders. You can search an individual app, or all apps at once.



**Search iPhone:** Go to the Search screen. (From the first Home screen, flick right or press the Home button ☐.) Enter text in the Search field.

Search results appear as you type. Tap an item in the list to open it. Tap Search to dismiss the keyboard and see more results.

Icons next to the search results show which app the results are from.

iPhone may display a top hit for you, based on your previous searches. Safari search results include options to search the web or to search Wikipedia.

| App | What's searched |
| --- | --- |
| Contacts | First, last, and company names |
| Mail | To, From, and Subject fields and the messages of all accounts |
| Calendar | Event titles, invitees, locations, and notes |
| Music | Music (names of songs, artists, and albums) and the titles of podcasts, videos, and audiobooks |
| Messages | Names and text of messages |
| Notes | Text of notes |
| Reminders | Titles |

Search also searches the names of the native and installed apps on iPhone, so if you have a lot of apps, you may want to use Search to locate and open apps.

| Open apps from Search | Enter the app name, then tap to open the app directly from the search results. |
| --- | --- |

Use the Spotlight Search setting to specify which contents are searched and the order the results are presented in. See "Spotlight Search" on page 149.

## Voice Control

Voice Control lets you make phone calls and control music playback using voice commands. On iPhone 4S, you can also use Siri to control iPhone by voice. See Chapter 4, "Siri," on page 38.

*Note:* Voice Control may not be available in all languages. Voice Control is not available on iPhone 4S when Siri is turned on.



**Use Voice Control:**  Press and hold the Home button ☐ until the Voice Control screen appears and you hear a beep. You can also press and hold the center button on the iPhone earphones.

For best results:

- Speak into the iPhone microphone as if you were making a phone call. You can also use the microphone on your Bluetooth headset or compatible Bluetooth car kit.
- Speak clearly and naturally.
- Say only iPhone commands and names, and numbers. Pause slightly between commands.
- Use full names.

For more about using Voice Control, including information about using Voice Control in different languages, go to support.apple.com/kb/HT3597.

Voice Control normally expects you to speak voice commands in the language that's set for iPhone (go to Settings > General > International > Language). Voice Control settings let you change the language for speaking voice commands. Some languages are available in different dialects or accents.

**Change the language or country:**  Go to Settings > General > International > Voice Control and tap the language or country.

Voice Control for the Music app is always on, but for better security you can prevent voice dialing when iPhone is locked.

**Prevent voice dialing when iPhone is locked:**  Go to Settings > General > Passcode Lock and turn Voice Dial off. Unlock iPhone to use voice dialing.

See "Voice dialing" on page 42 and "Using Siri or Voice Control with Music" on page 62.

## Notifications

Notification Center displays all your alerts in one place, including alerts about:

- Missed phone calls and voice messages
- New email
- New text messages
- Reminders
- Calendar events
- Friend requests (Game Center)
- Weather
- Stocks

**Show Notification Center:** Drag down from the top of the screen. Scroll the list to see additional alerts.



Alerts also appear on the lock screen, or briefly at the top of the screen when you're using iPhone. You can see all current alerts in Notification Center.

Many apps, such as Phone, Messages, Mail, and the App Store, can display an alert badge on their Home screen icon with a number (to indicate incoming items) or an exclamation mark (to indicate a problem). If these apps are contained in a folder, the badge appears on the folder. A badge with a number shows the total number of items you haven't attended to, such as incoming phone calls, email messages, text messages, and updated apps to download. A badge with an exclamation mark indicates a problem with an app.



| | |
|---|---|
| **Respond to an alert in Notification Center** | Tap the alert. |
| **Respond to an alert on the lock screen** | Swipe the icon displayed in the alert to the right. |
| **Remove alerts from Notification Center** | Tap ⊗, then tap Clear. |
| **Set options for notifications** | Go to Settings > Notifications. |

## Twitter

Sign in to your Twitter account (or create a new account) in Settings to enable Tweets with attachments from the following apps:

• Camera or Photos—with a photo

• Safari—with a webpage

• Maps—with a location

• YouTube—with a video

**Sign in to or create a Twitter account:** Go to Settings > Twitter. Then enter the user name and password for an existing account, or tap Create New Account.



In Camera or Photos, tap the Action button to tweet a photo.

Tweet a photo.

| Tweet a photo, video, or webpage | View the item, tap ⬆, then tap Tweet. If ⬆ isn't showing, tap the screen. To include your location, tap Add Location. Location Services must be on in Settings > Location Services. |
|---|---|
| Tweet a location in Maps | Tap the location pin, tap ⊙, tap Share Location, then tap Tweet. |
| Add your current location to a Tweet | Tap ⬀. Location Services must be turned on in Settings > Location Services. |
| Add Twitter user names and photos to your contacts | Go to Settings > Twitter, then tap Update Contacts. |
| Turn Twitter on or off for Photos or Safari | Go to Settings > Twitter. |

When you write a Tweet, the number in the lower-right corner of the Tweet screen shows the number of characters remaining that you can enter. Attachments use some of a Tweet's 140 characters.

You can also install and use the Twitter app to post a Tweet, view your timeline, search for trending topics, and more.

**Install the Twitter app:** Go to Settings > Twitter, then tap Install.

To learn how to use the Twitter app, open the app, tap the More button (…), tap Accounts & Settings, tap Settings, then tap Manual.

## Apple Earphones with Remote and Mic

The Apple Earphones with Remote and Mic included with iPhone feature a microphone, volume buttons, and an integrated button that allows you to answer and end calls easily, and control audio and video playback.



Center button

Plug in the earphones to listen to music or make a phone call. Press the center button to control music playback and answer or end calls, even when iPhone is locked.

| | |
|---|---|
| Pause a song or video | Press the center button. Press again to resume playback. |
| Skip to the next song | Press the center button twice quickly. |
| Return to previous song | Press the center button three times quickly. |
| Fast-forward | Press the center button twice quickly and hold. |
| Rewind | Press the center button three times quickly and hold. |
| Adjust the volume | Press the + or − button. |
| Answer an incoming call | Press the center button. |
| End the current call | Press the center button. |
| Decline an incoming call | Press and hold the center button for about two seconds, then let go. Two low beeps confirm you declined the call. |
| Switch to an incoming or on-hold call and put the current call on hold | Press the center button. Press again to switch back to the first call. |
| Switch to an incoming or on-hold call and end the current call | Press and hold the center button for about two seconds, then let go. Two low beeps confirm you ended the first call. |
| Use Siri or Voice Control | Press and hold the center button. See Chapter 4, "Siri," on page 38 or "Voice Control" on page 29. |

If you get a call while the earphones are plugged in, you can hear the ringtone through both the iPhone speaker and the earphones.

## AirPlay

You can stream music, photos, and video wirelessly to your HDTV using AirPlay and Apple TV. You can also use AirPlay to stream audio to an Airport Express base station. Other AirPlay-enabled receivers are available from third-parties. Visit the online Apple Store for details.

**Stream content to an AirPlay-enabled device:** Start the video, slideshow, or music, then tap ⬜️ and choose the AirPlay device. Once streaming starts, you can exit the app that's playing the content.

iPhone and the AirPlay-enabled device must be on the same Wi-Fi network.

| | |
|---|---|
| **Get quick access to the AirPlay control** | When the screen is on, double-click the Home button ⬜️ and scroll to the left end of the multitasking bar. |
| **Switch output from AirPlay back to iPhone** | Tap ⬜️ and choose iPhone. |

On iPhone 4S, you can mirror the iPhone screen on a TV with Apple TV. Everything on the iPhone screen appears on the TV.

**Mirror the iPhone screen on a TV:** Tap ⬜️ at the left end of the multitasking bar, choose an Apple TV, and tap the Mirroring button that appears.

A blue bar appears at the top of the iPhone 4S screen when AirPlay mirroring is turned on. You can also mirror the iPhone screen on a TV using a cable. See "Watching videos on a TV" on page 111.

## Bluetooth devices

You can use iPhone with the Apple Wireless Keyboard and other Bluetooth devices, such as Bluetooth headsets, car kits, and stereo headphones. Third-party Bluetooth headphones may support volume and playback controls. See the documentation that came with your Bluetooth device. For supported Bluetooth profiles, go to support.apple.com/kb/HT3647.

### Pairing a Bluetooth device with iPhone

*WARNING:* For important information about avoiding hearing loss and about driving safely, see the *Important Product Information Guide* at www.apple.com/support/manuals/iphone.

Before you can use a Bluetooth device with iPhone, you must first pair them.

**Pair a Bluetooth headset, car kit, or other device with iPhone:**

1 Follow the instructions that came with the device to make it discoverable or to set it to search for other Bluetooth devices.

2 Go to Settings > General > Bluetooth and turn Bluetooth on.

3 Choose the device on iPhone, and enter its passkey or PIN number. See the instructions about the passkey or PIN that came with the device.

After you pair a Bluetooth device to work with iPhone, you must make a connection to have iPhone use the device for your calls. See the documentation that came with the device.

When iPhone is connected to a Bluetooth headset or car kit, outgoing calls are routed through the device. Incoming calls are routed through the device if you answer using the device, and through iPhone if you answer using iPhone.

**Pair an Apple Wireless Keyboard with iPhone:**

1  Go to Settings > General > Bluetooth and turn Bluetooth on.

2  Press the power button on the Apple Wireless Keyboard to turn it on.

3  On iPhone, select the keyboard listed under Devices.

4  Type the passkey on the keyboard as instructed, then press Return.

*Note:* You can pair only one Apple Wireless Keyboard with iPhone at a time. To pair a different keyboard, you must first unpair the current one.

For more information, see "Using an Apple Wireless Keyboard" on page 27.

### Bluetooth status

The Bluetooth icon appears in the iPhone status bar at the top of the screen:

- ✷ *or* ✷:  Bluetooth is on and a device is connected to iPhone. (The color depends on the current color of the status bar.)

- ✷:  Bluetooth is on but no device is connected. If you've paired a device with iPhone, it may be out of range or turned off.

- *No Bluetooth icon:*  Bluetooth is turned off.

### Unpairing a Bluetooth device from iPhone

You can unpair a Bluetooth device if you don't want to use it with iPhone any more.

**Unpair a Bluetooth device:**

1  Go to Settings > General > Bluetooth and turn Bluetooth on.

2  Tap ⊙ next to the device name, then tap "Forget this Device."

## Battery

iPhone has an internal rechargeable battery.

### Charging the battery

*WARNING:* For important safety information about charging iPhone, see the *Important Product Information Guide* at www.apple.com/support/manuals/iphone.

The battery icon in the upper-right corner shows the battery level or charging status. You can also display the percentage of the battery charge. Go to Settings > General > Usage and turn on the setting under Battery Usage.



Charging          Charged

**Charge the battery:**  Connect iPhone to a power outlet using the included Dock Connector to USB Cable and USB power adapter.



*Note:* Connecting iPhone to a power outlet can start an iCloud backup or wireless iTunes syncing. See "Backing up iPhone" on page 157 and "Syncing with iTunes" on page 18.

**Charge the battery and sync iPhone:** Connect iPhone to your computer using the included Dock Connector to USB Cable. Or connect iPhone to your computer using the included cable and the Dock, available separately.

Unless your keyboard has a high-powered USB 2.0 port, you must connect iPhone to a USB 2.0 port on your computer.



*Important:* The iPhone battery may drain instead of charge if iPhone is connected to a computer that's turned off or is in sleep or standby mode.

If you charge the battery while syncing or using iPhone, it may take longer to charge.

*Important:* If iPhone is very low on power, it may display one of the following images, indicating that iPhone needs to charge for up to ten minutes before you can use it. If iPhone is extremely low on power, the display may be blank for up to two minutes before one of the low-battery images appears.



### Maximizing battery life
iPhone uses lithium-ion batteries. To learn more about how to maximize the battery life of iPhone, go to www.apple.com/batteries.

### Replacing the battery
Rechargeable batteries have a limited number of charge cycles and may eventually need to be replaced. The iPhone battery isn't user replaceable; it can be replaced only by an authorized service provider. For more information, go to www.apple.com/batteries/replacements.html.

## Security features

Security features help protect the information on iPhone from being accessed by others.

### Passcodes and data protection

You can set a passcode that you must enter each time you turn on or wake up iPhone.

**Set a passcode:** Go to Settings > General > Passcode Lock and enter a 4-digit passcode, then enter the passcode again to verify it. iPhone then requires you to enter the passcode to unlock it or to display the passcode lock settings.

Setting a passcode turns on data protection. Data protection uses your passcode as the key for encrypting mail messages and their attachments stored on iPhone. (Data protection may also be used by some apps available in the App Store.) A notice at the bottom of the Passcode Lock screen in Settings shows whether data protection is enabled.

To increase iPhone security, turn off Simple Passcode and use a longer passcode with a combination of numbers, letters, punctuation, and special characters. See "Passcode Lock" on page 150.

*Important:* On an iPhone 3GS that didn't ship with iOS 4 or later, you must also restore iOS software to enable data protection. See "Updating and restoring iPhone software" on page 159.

**Prevent voice dialing when iPhone is locked:** Go to Settings > General > Passcode Lock and turn Voice Dial off. Unlock iPhone to use voice dialing.

### Find My iPhone

Find My iPhone helps you locate and secure your iPhone using the free Find My iPhone app on another iPhone, iPad, or iPod touch, or using a Mac or PC web browser signed in to icloud.com or me.com.

Find My iPhone includes:

- **Locate on a map:** View the approximate location of your iPhone on a full-screen map.
- **Send a Message or Play a Sound:** Lets you compose a message that will appear on your iPhone screen, or play a sound at full volume for two minutes, even if the Ring/Silent switch is set to silent.
- **Remote Passcode Lock:** Lets you remotely lock your iPhone and create a 4-digit passcode, if you haven't set one previously.
- **Remote Wipe:** Lets you protect your privacy by erasing all media and data on iPhone, restoring it to factory settings.

*Important:* Before you can use its features, Find My iPhone must be turned on in either iCloud or MobileMe settings on your iPhone. Find My iPhone can be turned on only in one account.

| | |
|---|---|
| **Turn on Find My iPhone using iCloud** | Go to Settings > iCloud and turn on Find My iPhone. |
| **Turn on Find My iPhone using MobileMe** | Go to Settings > Mail, Contacts, Calendars, tap your MobileMe account, then turn on Find My iPhone. |

See "iCloud" on page 17 or "Setting up mail and other accounts" on page 16.

## Cleaning iPhone

Clean iPhone immediately if it comes in contact with any contaminants that may cause stains, such as ink, dyes, makeup, dirt, food, oils, or lotions. To clean iPhone, disconnect all cables and turn off iPhone (press and hold the On/Off button, then slide the onscreen slider). Then use a soft, slightly damp, lint-free cloth. Avoid getting moisture in openings. Don't use window cleaners, household cleaners, compressed air, aerosol sprays, solvents, alcohol, ammonia, or abrasives to clean iPhone. The front cover of iPhone 3GS and the front and back covers of iPhone 4S and iPhone 4 are made of glass and have an oleophobic coating. To clean these surfaces, simply wipe with a soft, lint-free cloth. The ability of this coating to repel oil will diminish over time with normal usage, and rubbing the screen with an abrasive material will further diminish its effect and may scratch the glass.

For more information about handling iPhone, see the *iPhone Important Product Information Guide* at www.apple.com/support/manuals/iphone.

## Restarting or resetting iPhone

If something isn't working right, try restarting iPhone, force quitting an app, or resetting iPhone.

**Restart iPhone:**  Press and hold the On/Off button until the red slider appears. Slide your finger across the slider to turn off iPhone. To turn iPhone back on, press and hold the On/Off button until the Apple logo appears.

If you can't turn off iPhone or if the problem continues, you may need to reset iPhone. A reset should be done only if turning iPhone off and on doesn't resolve the problem.

**Force an app to close:**  Press and hold the On/Off button for a few seconds until a red slider appears, then press and hold the Home button ⃞ until the app quits.

You can also force an app to quit by removing it from the multitasking bar. See "Opening and switching apps" on page 19.

**Reset iPhone:**  Press and hold both the On/Off button and the Home button ⃞ for at least ten seconds, until the Apple logo appears.

For more troubleshooting suggestions, see Appendix B, "Support and Other Information," on page 157.

# Siri

# 4

## Using Siri

Siri helps you get things done. All you have to do is ask. You can ask Siri to make a call, find a business and get directions, schedule reminders and meetings, search the web, dictate text, and much more.

**Note:** Siri is available only on iPhone 4S and requires Internet access. Siri may not be available in all languages or in all areas, and features may vary by area. Cellular data charges may apply.



What Siri heard you say

Siri's response

Related info—tap to open the app.

Tap to speak to Siri.

**Use Siri:** Press and hold the Home button ⬜. After the tone, ask a question or tell Siri what to do.

With iPhone earphones or a supported Bluetooth headset, press and hold the center (or comparable) button.

You can also bring iPhone to your ear while the screen is on.

Siri can help with the following apps and services:

| Phone | Make a phone or FaceTime call. |
| | *Example:* "Call Jason." or "FaceTime Joe." |
| Music | Control music playback. |
| | *Example:* "Play The Light of the Sun." |
| Messages | Read and send text messages. |
| | *Example:* "Tell Susan I'll be right there." |
| Calendar | Create and view events. |
| | *Example:* "Set up a meeting at 9." |

| | |
|---|---|
| **Reminders** | Create, search, and update reminders.<br>*Example:* "Remind me to call mom." |
| **Maps** | Find locations, get directions, and contact businesses.<br>*Example:* "How do I get home?" |
| **Mail** | Send and search email.<br>*Example:* "Email Lisa about the trip." |
| **Weather** | Get current weather and forecasts.<br>*Example:* "What's the weather for today?" |
| **Stocks** | Get stock info.<br>*Example:* "What is Apple's stock price?" |
| **Clock** | Get the date and time for major cities, set alarms, and start the timer.<br>*Example:* "Wake me up tomorrow at 7 a.m." |
| **Contacts** | Get and use information about your contacts.<br>*Example:* "What's Michael's address?" |
| **Notes** | Create, search, or add to notes.<br>*Example:* "Note that I spent $12 on lunch." |
| **Safari** | Search the web.<br>*Example:* "Search the web for Bora Bora." |
| **WolframAlpha** | Answer questions about facts, data, statistics, and mathematical calculations.<br>*Example:* "How many calories in a bagel?" |
| **Find My Friends (available separately from the App Store)** | Locate friends.<br>*Example:* "Find Bob." |

For more examples, ask Siri, "What can you do?" or tap ❶ when Siri opens.



Siri knows which app you're using, so you can refer to what's on your screen. For example, when reading a message in Mail, you can say "Reply, I like it" or "Call him." Siri also understands different ways of saying the same thing. For example, you could say "Send a message to Susan saying I'll be right there" or "Tell Susan I'll by right there."

When Siri displays information on the screen (for example, a calendar appointment), you can usually tap the displayed info to open the related app for details and further action.

Siri uses information in Contacts to know when you're referring to your friends and associates. Make sure you have contacts for the people you want Siri to know about. Include nicknames and addresses, so that you can say things like "Find restaurants near Bob's house." If you refer to someone by a single name, Siri looks for a match in Favorites (in Phone) or Conversations (in Messages). Otherwise, Siri asks for clarification, if needed.

On your personal card in Contacts, enter names of Related People (such as mother, brother, or manager) to enable Siri to respond to requests such as "Call mom." Enter your home address and work address, so you can say things like "How do I get home?" and "Remind me to call Bob when I get to work." To let Siri know which card is yours, go to Settings > General > Siri > My Info.

| Cancel a request | Say "cancel," tap 🎤, or press the Home button ⬜. |
| Stop a phone call you started with Siri | Before Phone opens, press the Home button ⬜. If Phone is already open, tap End. |
| Set options for Siri | Go to Settings > General > Siri. See "Siri" on page 148. |
| Restrict Siri completely or restrict explicit language | Go to Settings > General > Restrictions. |

## If Siri doesn't hear you correctly

On the Siri screen, Siri shows what it heard you say and displays a response. If Siri doesn't hear you exactly right, you can make corrections.

| Correct what Siri hears you say | On the Siri screen, tap the bubble showing what Siri heard you say. Edit your request by typing, or tap 🎤 to dictate. Tap Done when you finish. |
| Correct a word underlined in blue | Tap the word, then tap one of the alternatives presented, type the correction, or tap 🎤 to dictate. |
| Correct Siri by voice | Tap to speak to Siri again, and restate or clarify your request. For example, "I meant Boston." |
| Correct a mail or text message | When asked if you want to send the message, you can say things like:<br>• "Change it to: Call me tomorrow."<br>• "Add: See you there question mark."<br>• "No, send it to Bob."<br>• "No." (to keep the message without sending it)<br>• "Cancel."<br>If the message is correct, you can say something like "Yes, send it." |

## Dictation

When Siri is turned on, you can also dictate text. See "Dictation" on page 24.