# Phone

# 5



## Phone calls

### Making a call

Making a call on iPhone is as simple as tapping a name or number in your contacts, using Siri to say "call bob" (iPhone 4S), tapping one of your favorites, or tapping a recent call to return it. Buttons at the bottom of the Phone screen give you quick access to your favorites, recent calls, your contacts, and a numeric keypad for dialing manually.

> *WARNING:* For important information about driving safely, see the *Important Product Information Guide* at www.apple.com/support/manuals/iphone.



Number of missed calls

Number of unheard messages

View a list of your voicemail messages.

Dial manually.

Call, email, or text someone in your contacts list.

View your recent incoming and outgoing calls to return a call or get more info.

Call a favorite with a single tap.

| Return a missed call | Do one of the following: |
|---|---|
| | • *Phone:* Tap Recents, then tap the name or number. |
| | • *Locked screen:* Swipe the icon displayed in the alert to the right. |
| | • *Notification Center:* Tap the missed call. |

## Dialing manually

You can use the keypad to dial a phone number manually.

**Dial a number:** Tap Keypad, enter the number, then tap Call.

| Paste a number to the keypad | Tap the screen above the keyboard, then tap Paste. |
|---|---|
| Enter a soft (2-second) pause | Touch the "*" key until a comma appears. |
| Enter a hard pause (to pause dialing until you tap the Dial button) | Touch the "#" key until a semicolon appears. |
| Redial the last number | Tap Keypad, tap Call, then tap Call again. |

## Voice dialing

You can use Siri (iPhone 4S) or Voice Control to call someone in your contacts, or to dial a specific number. See Chapter 4, "Siri," on page 38 and "Voice Control" on page 29.

**Make a phone call by voice:** Activate Siri or Voice Control, say "call" or "dial," then say the name or number.

*Siri:* If the screen isn't on, press the On/Off or Home button ☐, then hold iPhone to your ear.

*Voice Control or Siri:* Press and hold the Home button ☐ until you hear the tone. You can also press and hold the center button on the iPhone earphones.

For example:

- Call John Appleseed
- Call John Appleseed at home
- Call John Appleseed, mobile

For best results, speak the full name of the person you're calling. When voice dialing a number, speak each digit separately—for example, say "four one five, five five five, one two one two."

*Note:* For the "800" area code in the U.S., you can say "eight hundred."

## Receiving calls

When you receive a call, tap Answer. If iPhone is locked, drag the slider. You can also press the center button on your iPhone earphones.

| Silence a call | Press the On/Off button or either volume button. You can still answer the call after silencing it, until it goes to voicemail. |
|---|---|
| Decline a call and send it directly to voicemail | Do one of the following:<br>• Press the On/Off button twice quickly.<br>• Press and hold the center button on the iPhone earphones for about two seconds. Two low beeps confirm that the call was declined.<br>• Tap Decline (if iPhone is awake when a call comes in). |
| Block calls and maintain Wi-Fi access to the Internet | Go to Settings and turn on Airplane Mode, then tap Wi-Fi to turn it on. |

If iPhone is turned off or in Airplane Mode, incoming calls go directly to voicemail.

## While on a call

When you're on a call, the screen shows call options.



Mute your line.
*iPhone 4 or later:* Touch and hold to put your call on hold.

Dial a number or enter numbers.

Use the speakerphone or a Bluetooth device.

Get contact info.

Make another call.

*iPhone 4 or later:*
Make a FaceTime call.
*iPhone 3GS (Hold button):*
Put a call on hold.

The call options may vary, depending on which iPhone you're using.

| | |
|---|---|
| **Use another app during a call** | Press the Home button ☐, then tap an app icon. To return to the call, tap the green bar at the top of the screen. |
| **End a call** | Tap End Call. Or press the center button on your iPhone earphones. |

## Second calls

During a call, you can make or receive another call. If you receive a second call, iPhone beeps and shows the caller's information and a list of options.

*Note:* Making and receiving a second call may be an optional service in some areas. Contact your carrier for more information.

**Respond to a second incoming call:**

- *To ignore the call and send it to voicemail:* Tap Ignore.
- *To hold the first call and answer the new one:* Tap Hold Call + Answer.
- *To end the first call and answer the new one:* When using a GSM network, tap End Call + Answer. With a CDMA network, tap End Call and when the second call rings back, tap Answer, or drag the slider if the phone is locked.

If you're on a FaceTime video call, you can either end the video call and answer the incoming call, or decline the incoming call.

| | |
|---|---|
| **Make a second call** | Tap Add Call. The first call is put on hold. |
| **Switch between calls** | Tap Swap. The active call is put on hold. With CDMA, you can't switch between calls if the second call was outgoing, but you can merge the calls. If you end the second call or the merged call, both calls are terminated. |
| **Merge calls** | Tap Merge Calls. With CDMA, you can't merge calls if the second call was incoming. |

## Conference calls

With GSM, you can set up a conference call to talk with up to five people at a time, depending on your carrier.

*Note:*  Conference calling may be an optional service in some areas. Contact your carrier for information.

**Create a conference call:**

1  Make a call.

2  Tap Add Call and make another call. The first call is put on hold.

3  Tap Merge Calls. The calls are merged on one line and everyone can hear each other.

4  Repeat steps two and three to add additional calls.

| | |
|---|---|
| **Drop one call** | Tap Conference and tap ⊖ next to a call. Then tap End Call. |
| **Talk privately with a call** | Tap Conference, then tap Private next to a call. Tap Merge Calls to resume the conference call. |
| **Add an incoming call** | Tap Hold Call + Answer, then tap Merge Calls. |

If your service includes conference calling, iPhone always has a second line available in addition to the conference call.

*Note:*  You can't make a FaceTime video call when you're on a conference call.

## Using a Bluetooth device for calls

You can make and receive calls using a Bluetooth device paired with iPhone. See "Pairing a Bluetooth device with iPhone" on page 33.

For information about using a Bluetooth device, see the documentation that came with the device.

**Bypass your Bluetooth device:**

•  Answer a call by tapping the iPhone screen.

•  During a call, tap Audio and choose iPhone or Speaker Phone.

•  Turn off Bluetooth in Settings > General > Bluetooth.

•  Turn off the Bluetooth device, or move out of range. You must be within about 30 feet of a Bluetooth device for it to be connected to iPhone.

## Emergency calls

If iPhone is locked with a passcode, you may still be able to make an emergency call.

**Make an emergency call when iPhone is locked:**  On the Enter Passcode screen, tap Emergency Call, then enter the emergency number and tap the green button.

In the U.S., location information (if available) is provided to emergency service providers when you dial 911.

With CDMA, when an emergency call ends, iPhone enters *Emergency call mode* to allow a call back from emergency services. While in this mode, data transmission and text messages are blocked.

**Exit emergency call mode (CDMA):**  Do one of the following:

•  Tap the back button.

•  Press the On/Off button or the Home button ⊡.

•  Use the keypad to dial a non-emergency number.

Emergency call mode ends automatically after a few minutes, as determined by your carrier.

*Important:* You should not rely on wireless devices for essential communications, such as medical emergencies. Use of iPhone to call emergency services may not work in all areas or all operating conditions. Emergency numbers and services vary by area, and sometimes an emergency call cannot be placed due to network availability or environmental interference. Some cellular networks may not accept an emergency call from iPhone if iPhone is not activated, if iPhone is not compatible with or configured to operate on a particular cellular network, or (when applicable) if iPhone does not have a SIM or if the SIM is PIN-locked. If you're on a FaceTime video call, you must end that call before you can call an emergency number.

## FaceTime

FaceTime video calls (iPhone 4 or later) let you see as well as hear the person you're talking to. You can make a video call to someone with a Mac or iOS device that supports FaceTime. No setup is needed, but you must have a Wi-Fi connection to the Internet. By default, FaceTime uses the front camera so the person you call can see your face; switch to the rear camera to share what you see around you.

*Note:* FaceTime may not be available in all areas.

**Make a FaceTime call:** In Contacts, choose a name, tap FaceTime, then tap the phone number or email address the person uses for FaceTime.

To call someone who has an iPhone 4 or later, you can start by making a voice call, then tap FaceTime.

When the voice call is established, the other person's image appears on your screen. An inset shows what the other person sees. Rotate iPhone to use FaceTime in landscape orientation.



Drag your image to any corner.

Switch cameras.

Mute (you can hear and see; the caller can see but not hear).

If your Wi-Fi network is unavailable (for example, if you're out of range), you get an option to redial the number for a voice call.

*Note:* When you make a FaceTime video call, your phone number is displayed even if caller ID is blocked or turned off.

| Make a FaceTime call using Siri or Voice Control | Press and hold the Home button until you hear the tone. With Siri (iPhone 4S), you can also just hold iPhone to your ear (the screen must be one). Say "FaceTime," followed by the name of the person to call. |
|---|---|
| Block FaceTime calls | Go to Settings > FaceTime and turn off FaceTime. You can also disable FaceTime in Restrictions. See "Restrictions" on page 150. |
| Use your Apple ID or an email address for FaceTime | Go to Settings > FaceTime, then tap "Use your Apple ID for FaceTime" or Add An Email. See "FaceTime" on page 45. |

## Visual voicemail

### Setting up voicemail

On iPhone, visual voicemail lets you see a list of your messages and choose which ones to listen to or delete, without having to listen to instructions or prior messages.

*Note:* Visual voicemail may not be available in all areas, or may be an optional service. Contact your carrier for more information. If visual voicemail isn't available, tap Voicemail and follow the voice prompts to retrieve your messages.

 Number of missed calls and unheard voicemail messages.

The first time you tap Voicemail, iPhone prompts you to create a voicemail password and record your voicemail greeting.

**Change your greeting:** Tap Voicemail, tap Greeting, then tap Custom. Tap Record and say your greeting. When you finish, top Stop.

To review, tap Play. To rerecord, tap Record again. Tap Save when you're satisfied.

| Use your carrier's default greeting | Tap Voicemail, tap Greeting, then tap Default. |
|---|---|
| Set an alert sound for new voicemail | Go to Settings > Sounds, then turn New Voicemail on. The alert sounds once for each new voicemail. If the Ring/Silent switch is off, iPhone won't sound alerts. |
| Change the voicemail password | Go to Settings > Phone > Change Voicemail Password. |

## Checking voicemail

When you tap Phone, iPhone shows the number of missed calls and unheard voicemail messages.

Tap Voicemail to see a list of your messages.



Unheard messages

Play/Pause

Speakerphone (Audio, when a Bluetooth device is connected. Tap to choose audio output.)

Contact info

Scrubber bar

Drag the playhead to skip to any point in a message.

Return the call.

**Listen to a voicemail message:**  Tap Voicemail, then tap a message.

If you've already heard the message, tap the message again to replay it. Use ❚❚ and ▶ to pause and resume playback.

Once you listen to a message, it's saved until your carrier erases it.

| Check voicemail from another phone | Dial your own number or your carrier's remote access number. |
|---|---|

## Deleting messages

**Delete a message:**  Swipe or tap the message, then tap Delete.

*Note:*  In some areas, deleted visual voicemail messages may be permanently erased by your carrier.

| Listen to a deleted message | Tap Deleted Messages (at the end of the list), then tap the message. |
|---|---|
| Undelete a message | Tap Deleted Messages (at the end of the list), then tap the message and tap Undelete. |
| Delete messages permanently | Tap Deleted Messages (at the end of the list), then tap Clear All. |

## Contacts

From a contact's Info screen, a quick tap lets you make a phone call, create an email message, find their location, and more. See "Searching contacts" on page 108.

## Favorites

Favorites gives you quick access to your frequently used phone numbers.

**Add a contact's phone number to your favorites list:** Tap Contacts, then choose a contact. Tap "Add to Favorites." Choose a phone number or email address (for FaceTime calls). On iPhone 4 or later, choose whether to save as a voice or FaceTime call.

To call a favorite, tap Favorites and choose a contact. If ■◀ appears next to a name, iPhone makes a FaceTime call.

| | |
|---|---|
| **Add a contact to favorites from the recents list** | Tap Recents and tap ⊙ next to the contact's name, then tap "Add to Favorites." |
| **Delete a contact from your favorites** | Tap Favorites and tap Edit. Then tap ⊖ next to a contact or number and tap Remove. |
| **Reorder your favorites list** | Tap Favorites and tap Edit. Then drag ☰ next to a contact to a new place in the list. |

## Call forwarding, call waiting, and caller ID

### Call forwarding

You can set iPhone to forward incoming phone calls to a another number.

*Note:* FaceTime calls are not forwarded.

**Turn on call forwarding (GSM):** Go to Settings > Phone > Call Forwarding and turn on Call Forwarding. On the "Forward to" screen, enter the number you're forwarding calls to.

**Turn on call forwarding (CDMA):** Enter *72, followed by the number you're forwarding calls to, then tap Call.

To turn off call forwarding (CDMA), enter *73, then tap Call.

With GSM, the Call Forwarding icon (↪) appears in the status bar when call forwarding is on. You must be in range of the cellular network when you set iPhone to forward calls, or calls won't be forwarded.

### Call waiting

Call waiting gives you the option to take an incoming call when you're already on the phone. You can:

- Ignore the incoming call
- Put the current call on hold and answer the incoming one
- End the current call and answer the incoming one

If you're on a call and call waiting is turned off, incoming calls go directly to voicemail. See "Second calls" on page 43.

**Turn on call waiting (GSM):** Go to Settings > Phone > Call Waiting.

With CDMA, call waiting is on by default, but can be disabled for a single call.

**Disable call waiting for a call (CDMA):** Enter *70, then dial the number.

### Caller ID

Caller ID displays your name or phone number to the person you call—if the recipient's equipment has that capability and you haven't turned off or blocked the feature.

*Note:* For FaceTime calls, your phone number is displayed even if caller ID is turned off or blocked.

**Turn caller ID on or off (GSM):** Go to Settings > Phone > Show My Caller ID.

With CDMA, caller ID is on by default, but can be disabled for a single call.

**Block caller ID for a call (CDMA):** Enter *67, then dial the number.

## Ringtones, Ring/Silent switch, and vibrate

iPhone comes with ringtones that sound for incoming calls, Clock alarms, and the Clock timer. You can also purchase ringtones from songs in iTunes. Use the switch Ring/Silent switch to turn the ringer on or off, and Sound settings to set the vibrate options. By default, iPhone vibrates whether it's in ring mode or silent mode.

**Set the default ringtone:** Go to Settings > Sounds > Ringtone.

**Turn the ringer on or off:** Flip the switch on the side of iPhone. See "Ring/Silent switch" on page 11.

*Important:* Clock alarms still sound even if you set the Ring/Silent switch to silent.

**Set iPhone to vibrate:** Go to Settings > Sounds. Separate controls let you set vibrate for both ring mode and silent mode.

| | |
|---|---|
| **Assign a different ringtone for a contact** | In Contacts, choose a contact, tap edit, then tap Ringtone and choose a ringtone. |
| **Purchase a ringtone from the iTunes Store** | See "Purchasing music, audiobooks, and tones" on page 100. |

For more information, see "Sounds and the Ring/Silent switch" on page 146.

## International calls

### Making international calls from your home area

For information about making international calls from your home area, including rates and other charges that may apply, contact your carrier or go to your carrier's website.

### Using iPhone abroad

When traveling abroad, you may be able to use iPhone to make calls, send and receive text messages, and use apps that access the Internet, depending on available networks.

**Enable international roaming:** Contact your carrier for information about availability and fees.

*Important:* Voice, text message, and data roaming charges may apply. To avoid charges for phone calls and data delivered via the cellular network (including visual voicemail) when roaming outside your carrier's network, turn off Voice Roaming and Data Roaming.

If you have an iPhone 4S that's been activated to work on a CDMA network, you may be able to roam on GSM networks if the phone has a SIM card installed. See "Installing the SIM card" on page 15. When roaming on a GSM network, iPhone has access to GSM network features. Charges may apply. Contact your carrier for more information.

| | |
|---|---|
| **Turn off Voice Roaming on a CDMA network** | Go to Settings > General > Network.<br>Turning Voice Roaming off disables phones calls when you're outside of your carrier's network. |
| **Turn off Data Roaming** | Go to Settings > General > Network.<br>Turning Data Roaming off disables data transmission over the cellular network. Apps that depend on Internet access are disabled unless iPhone has access to the Internet via a Wi-Fi connection. Visual voicemail delivery is suspended when roaming unless your carrier does not charge for it. |
| **Set iPhone to add the correct prefix when dialing from another country** | Go to Settings > Phone, then turn on International Assist (not available in all areas). This lets you use contacts and favorites to make U.S. calls, without having to add a prefix or country code. |
| **Set the carrier to use** | Go to Settings > Carrier. This option is available only when you're traveling outside your carrier's network, and with carriers that have roaming agreements with your service provider. For more information, see "Carrier" on page 146. |
| **Get voicemail when visual voicemail isn't available** | Dial your own number (with CDMA, dial your number followed by #), or touch and hold "1" on the numeric keypad. |
| **Turn off cellular data** | Go to Settings > General > Network. |
| **Turn off cellular services** | Go to Settings, tap Airplane Mode to turn it on, then tap Wi-Fi and turn Wi-Fi on.<br>Incoming phone calls are sent to voicemail. To make and receive calls again and get your voicemail messages, turn airplane mode off. |

## Setting options for Phone

In Settings, go to Phone to:

- See the phone number for your iPhone
- Turn call forwarding, call waiting, and caller ID on or off (GSM)
- Turn TTY on or off
- Change your voicemail password (GSM)
- Turn international assist on or off—when calling from abroad, international assist lets you call contacts and favorites in the U.S. without having to add a prefix or country code (GSM)
- Lock your SIM to require a PIN when you turn iPhone on (required by some carriers)

In Settings, go to FaceTime to:

- Turn FaceTime on or off
- Use your Apple ID for FaceTime
- Add an email address for FaceTime

To set ringtones, vibration options, and the sound for new voicemail, go to Settings > Sounds. See also "Sounds and the Ring/Silent switch" on page 146.

# Mail

# 6



Mail works with iCloud, Microsoft Exchange, and many of the most popular mail systems—including Yahoo!, Google, Hotmail, and AOL—as well as other industry-standard POP3 and IMAP mail systems. You can send and receive photos, videos, and graphics, and view PDFs and other attachments. You can also print messages, and attachments that open in Quick Look.

## Checking and reading email

In Mail, the Mailboxes screen gives you quick access to all your inboxes and other mailboxes.

When you open a mailbox, Mail retrieves and displays the most recent messages. You can set the number of messages retrieved in your Mail settings. See "Mail accounts and settings" on page 54.



Number of messages in thread

Unread messages

| | |
|---|---|
| **Organize messages by thread** | Go to Settings > Mail, Contacts, Calendars, then turn Organize By Thread on or off. |
| | If you organize messages by thread, related messages appear as a single entry in the mailbox. See "Mail accounts and settings" on page 54. |
| **Check for new messages** | Choose a mailbox, or tap ↻ at any time. |
| **Load additional messages** | Scroll to the bottom of the list of messages and tap Load More Messages. |
| **Zoom in on part of a message** | Double-tap the area to zoom in on. Double-tap again to zoom out. Or pinch apart or together to zoom in or out. |

| Resize any column of text to fit the screen | Double-tap the text. |
|---|---|
| See all the recipients of a message | Tap Details. Tap a name or email address to see the recipient's contact information, then tap a phone number or email address to contact the person. |
| Add an email recipient to your contacts list | Tap the message and, if necessary, tap Details to see the recipients. Then tap a name or email address and tap Create New Contact or "Add to Existing Contact." |
| Flag or mark a message as unread | Open the message and, if necessary, tap Details. Then tap Mark. To mark multiple messages as unread, see "Organizing mail" on page 54. |
| Open a meeting invitation | Tap the invitation. See "Responding to invitations" on page 70. |

## Working with multiple accounts

If you set up more than one, the Accounts section of the Mailboxes screen lets you access your accounts. You can also tap All Inboxes to see all of your incoming messages in a single list. For information about setting up additional mail accounts, see "Mail accounts and settings" on page 54.

When writing a new message, tap the From field to select the account from which to send the message.

## Sending mail

You can send an email message to anyone who has an email address.

**Compose a message:** Tap ✏️

| Add a recipient from Contacts | Type a name or email address in the To field, or tap ⊕. |
|---|---|
| Rearrange recipients | To move a recipient from one field to another, such as from To to Cc, drag the recipient's name to the new location. |
| Make text bold, italic, or underlined | Tap the insertion point to display the selection buttons, then tap Select. Drag the points to select the text that you want to style. Tap ▶, then tap B/I/U. Tap Bold, Underline, or Italic to apply the style. |
| Send a photo or video in an email message | In Photos, choose a photo or video, tap 📷, then tap Email Photo or Email Video. You can also copy and paste photos and videos. To send multiple photos or videos, tap 📷 while viewing thumbnails in an album. Tap to select the photos and videos, tap Share, then tap Email. |
| Save a draft of a message to complete later | Tap Cancel, then tap Save. The message is saved in the Drafts mailbox. Touch and hold ✏️ to quickly access it. |
| Reply to a message | Tap ↩, then tap Reply. Files or images attached to the initial message aren't sent back. To include the attachments, forward the message instead of replying. |
| Quote a portion of the message you're replying to or forwarding | Touch and hold to select text. Drag the grab points to select the text you want to include in your reply, then tap ↩. To change the indentation of quoted text, touch and hold to select text, then tap ▶. Tap Quote Level, then tap Increase or Decrease. |
| Forward a message | Open a message and tap ↩, then tap Forward. |
| Share contact information | In Contacts, choose a contact, tap Share Contact at the bottom of the Info screen. |

## Using links and detected data

iPhone detects web links, phone numbers, email addresses, dates, and other types of information that you can use to open a webpage, create a preaddressed email message, create or add information to a contact, or perform some other useful action. Detected data appears as blue underlined text.

Tap the data to use its default action, or touch and hold to see other actions. For example, for an address, you can show its location in Maps or add it to Contacts.

## Viewing attachments

iPhone displays image attachments in many commonly used formats (JPEG, GIF, and TIFF) inline with the text in email messages. iPhone can play many types of audio attachments, such as MP3, AAC, WAV, and AIFF. You can download and view files (such as PDF, webpage, text, Pages, Keynote, Numbers, and Microsoft Word, Excel, and PowerPoint documents) that are attached to messages you receive.

**View an attached file:** Tap the attachment to open it in Quick Look. (You may need to wait while the file downloads before viewing it.)

| | |
|---|---|
| **Open an attached file** | Touch and hold the attachment, then choose an app to open it. If none of your apps support the file and it isn't one that Quick Look supports, you can see the name of the file but you can't open it. |
| **Save an attached photo or video** | Touch and hold the photo or video, then tap Save Image or Video. The item is saved to your Camera Roll album in the Photos app. |

Quick Look supports the following document types:

| | |
|---|---|
| **.doc, .docx** | Microsoft Word |
| **.htm, .html** | webpage |
| **.key** | Keynote |
| **.numbers** | Numbers |
| **.pages** | Pages |
| **.pdf** | Preview, Adobe Acrobat |
| **.ppt, .pptx** | Microsoft PowerPoint |
| **.rtf** | Rich Text Format |
| **.txt** | text |
| **.vcf** | contact information |
| **.xls, .xlsx** | Microsoft Excel |

## Printing messages and attachments

You can print email messages, and attachments that can be viewed in Quick Look.

**Print an email message:** Tap ⬅, then tap Print.

| | |
|---|---|
| **Print an inline image** | Touch and hold the image, then tap Save Image. Then open Photos and print the image from your Camera Roll album. |
| **Print an attachment** | Tap the attachment to view it in Quick Look, then tap 📷 and tap Print. |

For more information about printing and printer options, see "Printing" on page 27.

## Organizing mail

You can organize messages in any mailbox, folder, or search results window. You can delete or mark messages as read. You can also move messages from one mailbox or folder to another in the same account or between different accounts. You can add, delete, or rename mailboxes and folders.

**Delete a message:** Open the message and tap 🗑.

You can also delete a message directly from the mailbox message list by swiping left or right over the message title, then tapping Delete.

Some mail accounts support archiving messages instead of deleting them. When you archive a message, it moves from your Inbox to All Mail. Turn archiving on or off in Settings > Mail, Contacts, Calendars.

| | |
|---|---|
| **Recover a message** | Deleted messages are moved to the Trash mailbox. |
| | To change how long a message stays in Trash before being permanently deleted, go to Settings > Mail, Contacts, Calendars. Then tap Advanced. |
| **Delete or move multiple messages** | While viewing a list of messages, tap Edit, select the messages you want to delete, then tap Move or Delete. |
| **Move a message to another mailbox or folder** | While viewing a message, tap 🗂, then choose a mailbox or folder. |
| **Add a mailbox** | Go to the mailboxes list, tap Edit, then tap New Mailbox. |
| **Delete or rename a mailbox** | Go to the mailboxes list, tap Edit, then tap a mailbox. Enter a new name or location for the mailbox. Tap Delete Mailbox to delete it and all its contents. |
| **Flag and mark multiple messages as read** | While viewing a list of messages, tap Edit, select the messages you want, then tap Mark. Choose either Flag or Mark as Read. |

## Searching mail

You can search the To, From, Subject and body text of email messages. Mail searches the downloaded messages in the current mailbox. For iCloud, Exchange, and some IMAP mail accounts, you can also search messages on the server.

**Search email messages:** Open a mailbox, scroll to the top, and enter text in the Search field. Tap From, To, Subject, or All to choose which fields you want to search. If your mail account supports it, messages on the server are also searched.

Mail messages can also be included in searches from the Home screen. See "Searching" on page 28.

## Mail accounts and settings

### Accounts

For Mail and mail accounts, go to Settings > Mail, Contacts, Calendars. You can set up:

- Microsoft Exchange
- iCloud
- MobileMe
- Google
- Yahoo!
- AOL
- Microsoft Hotmail
- Other POP and IMAP mail systems

Settings may vary, based on the type of account you're setting up. Your service provider or system administrator can provide the information you need to enter.

**Change an account's settings:** Go to Settings > Mail, Contacts, Calendars, choose an account, then make the changes you want.

Changes you make to an account's settings on iPhone aren't synced to your computer, so you can configure your accounts to work with iPhone without affecting the account settings on your computer.

| | |
|---|---|
| Stop using an account | Go to Settings > Mail, Contacts, Calendars, choose an account, then turn an account service (such as Mail, Calendars, or Notes) off. |
| | If an account service is off, iPhone doesn't display or sync information with that account service until you turn it back on. This is a good way to stop receiving work email while on vacation, for example. |
| Store drafts, sent messages, and deleted messages iPhone | Go to Settings > Mail, Contacts, Calendars, choose an account, then tap Advanced. Choose the location for Draft Mailbox, Sent Mailbox, or Deleted Mailbox. |
| Set how long before messages are removed permanently from Mail | Go to Settings > Mail, Contacts, Calendars, choose an account, then tap Advanced. Tap Remove, then choose a time: Never, or after one day, one week, or one month. |
| Adjust mail server settings | Go to Settings > Mail, Contacts, Calendars, then choose an account. Ask your network administrator or Internet service provider for the correct settings. |
| Adjust SSL and password settings | Go to Settings > Mail, Contacts, Calendars, choose an account, then tap Advanced. Ask your network administrator or Internet service provider for the correct settings. |
| Turn Archive Messages on or off | Go to Settings > Mail, Contacts, Calendars, choose your account, then turn Archive Messages on or off. See "Organizing mail" on page 54. |
| Delete an account | Go to Settings > Mail, Contacts, Calendars, choose an account, then scroll down and tap Delete Account. |
| | All email and the contacts, calendar, and bookmark information synced with the account are removed from iPhone. |
| Send signed and encrypted messages | Go to Settings > Mail, Contacts, Calendars, choose an account, then tap Advanced. Turn on S/MIME, then select certificates for signing and encrypting outgoing messages. |
| | To install certificates, obtain a configuration profile from your system administrator, download the certificates from the issuer's website using Safari, or receive them in Mail attachments. |
| Set Push settings | Go to Settings > Mail, Contacts, Calendars > Fetch New Data. Push delivers new information when iPhone is connected to a Wi-Fi network. You might want to turn Push off to suspend delivery of email and other information, or to conserve battery life. When Push is off, use the Fetch New Data setting to determine how often data is requested. For optimal battery life, don't fetch too often. |
| Set other options for Mail | For settings that apply to all of your accounts, go to Settings > Mail, Contacts, Calendars. |

## Mail settings

Mail settings, except where noted, apply to all your accounts on iPhone.

**Set options for mail:** Go to Settings > Mail, Contacts, Calendars.

To change the tones played when mail is sent or received, go to Settings > Sounds.

## Fetch New Data

This setting lets you turn Push on or off for iCloud, Microsoft Exchange, Yahoo!, and any other push accounts on iPhone. Push accounts deliver new information to iPhone whenever new information appears on the server (some delays may occur) and there's an Internet connection. You might want to turn Push off to suspend delivery of email and other information, or to conserve battery life.

When Push is off, and with accounts that don't support push, data can still be fetched—that is, iPhone can check with the server to see if new information is available. Use the Fetch New Data setting to determine how often data is requested. For optimal battery life, don't fetch too often. Setting Push to OFF (or setting Fetch to Manually on the Fetch New Data screen) overrides individual account settings.

**Set Push settings:** Go to Settings > Mail, Contacts, Calendars > Fetch New Data.

# Safari

# 7



## Viewing webpages

Enter a web address (URL).

Tap the status bar to quickly scroll to the top.



Search the web and the current page.

Double-tap an item or pinch to zoom in or out.

Flick through open webpages or open a new page.

View your bookmarks or Reading List.

Add a bookmark, add to the Reading List, add an icon to the Home screen, or share or print the page.

**View a webpage:** Tap the address field (in the title bar) to bring up the keyboard. Type the web address, then tap Go.

If the address field isn't visible, tap the status bar to quickly scroll to the top.

You can view webpages in portrait or landscape orientation.

| | |
|---|---|
| **Erase the text in the address field** | Tap ⊗. |
| **Scroll a webpage** | Drag up, down, or sideways. |
| **Scroll within a frame on a webpage** | Scroll with two fingers inside the frame. |
| **Open a new page** | Tap ⬜, then tap New Page. You can have up to eight pages open at a time. A number inside ⬜ indicates the number of open pages. |
| **Go to another page** | Tap ⬜, flick left or right, then tap the page. |
| **Stop a webpage from loading** | Tap ✕. |
| **Reload a webpage** | Tap ↻ in the address field. |

| Close a page | Tap ▢, then tap ✕ by the page. |
|---|---|
| Protect private information and block some websites from tracking your behavior | Go to Settings > Safari and turn on Private Browsing. |
| Set options for Safari | Go to Settings > Safari. |

## Links

**Follow a link on a webpage:** Tap the link.

| See a link's destination address | Touch and hold the link. |
|---|---|

Detected data—such as phone numbers and email addresses—may also appear as links in webpages. Touch and hold a link to see the available options. See "Using links and detected data" on page 53.

## Reading List

Reading List lets you collect links to webpages to read later.

**Add a link to the current page to your Reading List:** Tap ⤴, then tap "Add to Reading List."

**Add a link to your Reading List:** Touch and hold the link, then choose "Add to Reading List."

| View your Reading List | Tap ⬛, then tap Reading List. |
|---|---|
| Use iCloud to keep your Reading List up to date on your iOS devices and computers | Go to Settings > iCloud, then turn on Documents & Data. See "iCloud" on page 17. |

## Reader

Reader displays web articles without ads or clutter so you can read without distrctions. On a webpage with an article, you can use Reader to view just the article in a continuous window.

**View an article in Reader:** Tap the Reader button, if it appears in the address field.

| Adjust font size | Tap ᴀA. |
|---|---|
| Bookmark, add to Reading List or Home Screen, share, or print the article | Tap ⤴. |
| Return to normal view | Tap Done. |

## Entering text and filling out forms

**Enter text:** Tap a text field to bring up the keyboard.

| Move to another text field | Tap the text field, or tap Next or Previous. |
|---|---|
| Submit a form | Tap Go or Search, or the link on the page to submit the form, if available. |

To enable AutoFill to help fill out forms, go to Settings > Safari > AutoFill.

## Searching

The search field in the upper-right corner lets you search the web, and the current page or PDF.

**Search the web, and the current page or searchable PDF:** Enter text in the search field.

- *To search the web:* Tap one of the suggestions that appear, or tap Search.
- *To find the search text on the current page or PDF:* Scroll to the bottom of the screen, then tap the entry below On This Page.

  The first instance is highlighted. To find later occurrences, tap ▶.

| | |
|---|---|
| **Change the search engine** | Go to Settings > Safari > Search Engine. |

## Bookmarks and history

**Bookmark a webpage:** Open the page, tap ⬆️, then tap Add Bookmark.

When you save a bookmark, you can edit its title. By default, bookmarks are saved at the top level of Bookmarks. Tap Bookmarks to choose another folder.

**View previous web pages (history):** Tap 📖, then tap History. To clear the history, tap Clear.

| | |
|---|---|
| **Open a bookmarked webpage** | Tap 📖. |
| **Edit a bookmark or bookmark folder** | Tap 📖, choose the folder that has the bookmark or folder you want to edit, then tap Edit. |
| **Use iCloud to keep bookmarks up to date on your iOS devices and computers** | Go to Settings > iCloud, then turn on Bookmarks. See "iCloud" on page 17. |
| **Sync bookmarks with the web browser on your computer** | See "Syncing with iTunes" on page 18. |

## Printing webpages, PDFs, and other documents

**Print a webpage, PDF, or Quick Look document:** Tap ⬆️, then tap Print.

For more information, see "Printing" on page 27.

## Web clips

You can create web clips, which appear as icons on the Home screen.

**Add a web clip:** Open the webpage and tap ⬆️. Then tap "Add to Home Screen."

When you open a web clip, Safari automatically zooms to the part of the webpage showing when you saved the web clip. Unless the webpage has a custom icon, that image is also used for the web clip icon on the Home screen.

Web clips aren't synced by MobileMe or iTunes, but they're backed up by iTunes.

# Music

**8**



## Adding music and audio

To get music and other audio content onto iPhone:

- Purchase and download content from the iTunes Store on iPhone. See Chapter 21, "iTunes Store," on page 99. (You can also go to the iTunes Store from Music by tapping the Store button when browsing.)
- Use Automatic Download to automatically download new music purchased on your other iOS devices and computers. See "iCloud" on page 17.
- Sync with iTunes on your computer. You can sync all of your media, or you can select specific songs and other items. See "Syncing with iTunes" on page 18.

You can also use iTunes Match to access your music library in iCloud. See "iTunes Match" on page 64.

## Playing songs and other audio

> **WARNING:** For important information about avoiding hearing loss, see the *Important Product Information Guide* at www.apple.com/support/manuals/iphone.

The buttons along the bottom of the screen let you browse content on iPhone by playlists, artists, songs, and other categories.



**Play a song or other item:**  Tap the item.

Use the onscreen controls to control playback. You can also use the buttons on the earphones. See "Apple Earphones with Remote and Mic" on page 32.

| | |
|---|---|
| **Customize the browse buttons** | Tap More, tap Edit, then drag an icon over the button you want to replace. |
| **Get more podcast episodes** | Tap Podcasts (tap More first, if Podcasts isn't visible) then tap a podcast to see available episodes. |
| **Shake to shuffle** | Shake iPhone to turn shuffle on and change songs. Shake again to change to another song. <br> To turn Shake to Shuffle on or off, go to Settings > Music. |
| **Play music on AirPlay speakers or Apple TV** | Tap ▲. See "AirPlay" on page 33. |
| **Display a song's lyrics** | Tap the album artwork when playing a song. (Lyrics appear if you've added them to the song using the song's Info window in iTunes.) |
| **Set options for Music** | Go to Settings > Music. |

You can display the audio playback controls from another app by double-clicking the Home button ☐, then flicking from left to right along the bottom of the screen.



The controls operate the currently playing app, or—if the music is paused—the most recent app that played. The icon for the app appears on the right. Tap it to open the app. Flick right again to display a volume control and the AirPlay button (when in range of an Apple TV or AirPlay speakers).

Double-clicking the Home button ☐ also displays audio playback controls when the screen is locked.

## Additional audio controls

To display additional controls, tap the album artwork on the Now Playing screen. You can see elapsed time, remaining time, and the song number. The song's lyrics also appear, if you've added them to the song in iTunes.



Playhead   Genius   Scrubber bar

— Shuffle

Repeat   Ping like   Ping post

| Repeat songs | Tap 🔁. |
| --- | --- |
| | 🔁 = repeat all songs in the album or list |
| | 🔂 = repeat the current song only |
| | 🔁 = no repeat |
| Shuffle songs | Tap 🔀. Tap 🔀 again to play songs in order |
| | 🔀 = shuffle songs |
| | 🔀 = play songs in order |
| Skip to any point in a song | Drag the playhead along the scrubber bar. Slide your finger down to slow down the scrub rate. |
| Make a Genius playlist | Tap ✦. See "Genius" on page 64. |
| Use Ping | See "Following artists and friends" on page 100. |

## Podcast and audiobook controls

Podcast and audiobook controls and information appear on the Now Playing screen when you begin playback.



| Set the playback speed | Tap 1X. Tap again to change the speed. |
| --- | --- |
| | 2X = Play at double speed. |
| | ½X = Play at half speed. |
| | 1X = Play at normal speed. |
| Skip to any point along the timeline | Drag the playhead along the scrubber bar. Slide your finger down to slow down the scrub rate. |
| Show or hide the controls | Tap the center of the screen. |
| Hide podcast info | Go to Settings > Music. |

## Using Siri or Voice Control with Music

You can use Siri (iPhone 4S) or Voice Control to control music playback on iPhone. See Chapter 4, "Siri," on page 38 and "Voice Control" on page 29.

| Control music playback | Say "play" or "play music." To pause, say "pause" or "pause music." You can also say "next song" or "previous song." |
| --- | --- |
| Play an album, artist, or playlist | Say "play," then say "album," "artist," or "playlist" and the name. |
| Shuffle the current playlist | Say "shuffle." |
| Find out more about the currently playing song | Say "what's playing," "what song is this," "who sings this song," or "who is this song by." |
| Use Genius to play similar songs | Say "Genius," "play more like this," or "play more songs like this." |
| Cancel Voice Control | Say "cancel" or "stop." |

## Browsing album artwork in Cover Flow

When you browse music, rotate iPhone to see your iTunes content in Cover Flow and browse your music by album artwork.



**Browse album artwork:** Drag left or right.

| | |
|---|---|
| **See the tracks on an album** | Tap the album artwork or ❷. Drag up or down to scroll; tap a track to play it. |
| **Return to the artwork** | Tap the title bar. Or tap ❷ again. |

## Viewing tracks on an album

**See all the tracks on the album that contains the current song:** On the Now Playing screen, tap ▤. Tap a track to play it. Tap the thumbnail to return to the Now Playing screen.



In track list view, you can assign ratings to songs. You can use ratings when creating smart playlists in iTunes.

## Searching audio content

You can search the titles, artists, albums, and composers of songs, podcasts, and other audio content on iPhone.

**Search music:** Enter text in the search field at the top of a song list, playlist, artist list, or other view of your Music content.

You can also search audio content from the Home screen. See "Searching" on page 28.

## iTunes Match

iTunes Match stores your music library in iCloud—even songs imported from CDs—and lets you enjoy your collection on your iPhone and other iOS devices and computers. iTunes Match is available as a paid subscription.

*Note:* iTune Match is available starting in the U.S.

**Subscribe to iTunes Match:**  In iTunes on your computer, choose Store > Turn On iTunes Match, then click the Subscribe button.

Once you subscribe, iTunes adds your music and playlists to your iCloud library. Any of your songs that match music already in the iTunes Store are automatically available in your iCloud library. Any remaining songs are uploaded. You can download and play matched songs at iTunes Plus quality (256 kbps DRM-free AAC), even if your original was of lower quality. For more information, see www.apple.com/icloud/features.

| | |
|---|---|
| **Turn on iTunes Match** | Go to Settings > Music. Your iCloud library appears automatically in Music. Any songs already on your device will be removed once you turn on iTunes Match. Turning on iTunes Match also disables Genius Mixes and Genius Playlists on your iPhone. |

## Genius

A Genius playlist is a collection of songs from your library that go great together. You can create Genius playlists in iTunes and sync them to iPhone. You can also create and save Genius playlists directly on iPhone.

A Genius Mix is a selection of songs of the same kind of music, recreated from your library each time you listen to the mix.

To use Genius on iPhone, first turn on Genius in iTunes, then sync iPhone with iTunes. Genius Mixes are synced automatically, unless you manually manage your music and choose which mixes you want to sync in iTunes. Genius is a free service, but it requires an Apple ID.

When you sync a Genius Mix, iTunes may select and sync songs from your library that you haven't specifically chosen to sync.

**Browse Genius Mixes:**  Tap Genius (tap More first, if Genius isn't visible). Flick left or right to access your other mixes. To play a mix, tap ▶.

**Make a Genius playlist:**  View Playlists, then tap Genius Playlist and choose a song in the list.

To make a Genius playlist from the Now Playing screen, tap to display the controls, then tap ✺.

| | |
|---|---|
| **Save a Genius playlist** | In the playlist, tap Save. The playlist is saved in Playlists with the title of the song you picked. |
| **Refresh a Genius playlist** | In the playlist, tap Refresh. |
| **Make a Genius playlist using a different song** | Tap Genius Playlist, then tap New and pick a song. |
| **Delete a saved Genius playlist** | Tap the Genius playlist, then tap Delete. |

Genius playlists created on iPhone are copied to your computer when you sync with iTunes.

*Note:* Once a Genius playlist is synced to iTunes, you can't delete it directly from iPhone. Use iTunes to edit the playlist name, stop syncing, or delete the playlist.

## Playlists

You can create and edit your own playlists on iPhone, or edit playlists synced from iTunes on your computer.

**Create a playlist:** View Playlists, then tap "Add Playlist" near the top of the list. Enter a title, tap ⊕ to select songs and videos you want to include, then tap Done.

When you make a playlist and then sync iPhone to your computer, the playlist is synced to your iTunes library.

**Edit a playlist:** View Playlists and select the playlist to edit. Tap Edit, then:

- *To add more songs:* Tap ＋.
- *To delete a song:* Tap ⊖. Deleting a song from a playlist doesn't delete it from iPhone.
- *To move a song higher or lower in the list:* Drag ☰.

Your edits are copied to the playlist in your iTunes library then next time you sync iPhone with your computer.

| | |
|---|---|
| **Delete a playlist** | In Playlists, tap the playlist you want to delete, then tap Delete. |
| **Clear a playlist** | In Playlists, tap the playlist you want to clear, then tap Clear. |
| **Delete a song from iPhone** | In Songs, swipe the song, then tap Delete. The song is deleted from iPhone, but not from your iTunes library on your Mac or PC. |

## Home Sharing

Home Sharing lets you play music, movies, and TV shows on iPhone from the iTunes library on your Mac or PC. iPhone and your computer must be on the same Wi-Fi network. On your computer, iTunes must be open, with Home Sharing turned on and logged in using the same Apple ID as Home Sharing on iPhone.

*Note:* Home Sharing requires iTunes 10.2 or later, available at www.itunes.com/download. Bonus content, such as digital booklets and iTunes Extras, can't be shared.

**Play music from your iTunes library on iPhone:**

1 In iTunes on your computer, choose Advanced > Turn On Home Sharing.

2 Log in, then click Create Home Share.

3 On iPhone, go to Settings > Music, then log in to Home Sharing using the same Apple ID and password.

4 In Music, tap More, then tap Shared and choose your computer's library.

| | |
|---|---|
| **Return to content on iPhone** | Tap Shared and choose My iPhone. |

# Messages

# 9



## Sending and receiving messages

*WARNING:* For important information about driving safely, see the *Important Product Information Guide* at www.apple.com/support/manuals/iphone.

Messages supports text messages with other SMS and MMS devices, and with other iOS devices using iMessage. With MMS and iMessage, you can also include photos, videos, and other info.

Use iMessage to send messages over Wi-Fi or cellular data connections to other iOS 5 users. You can see when the other person is typing, and let others be notified when you've read their messages. Because iMessages are displayed on all of your iOS 5 devices logged in to the same account, you can start a conversation on one of your devices, then continue it on another device. iMessages are also encrypted.

*Note:* SMS and MMS require a cellular connection, and may not be available in all areas. Cellular data charges or additional fees may apply.

**Send a text message:** Tap ✏️, then tap ⊕ and choose a contact, search your contacts by entering a name, or enter a phone number or email address manually. Enter the message, then tap Send.

*Note:* An alert badge 🔴 appears if a message can't be sent. Tap the alert in a conversation to try sending the message again.

Conversations are saved in the Messages list. A blue dot 🔵 indicates unread messages. Tap a conversation to view or continue it. In an iMessage conversation, your outgoing messages appear in blue.



Tap the attach media button to include a photo or video.

Tap to enter text.

| | |
|---|---|
| **Use Emoji characters** | Go to Settings > General > Keyboard > International Keyboards > Add New Keyboard, then tap Emoji to make that keyboard available. To enter Emoji characters when typing a message, tap ⊕ to bring up the Emoji keyboard. See "Switching keyboards" on page 153. |
| **Resume a previous conversation** | Tap the conversation in the Messages list, then enter a message and tap Send. |
| **Display earlier messages in the conversation** | Scroll to the top (tap the status bar) and tap Load Earlier Messages. |
| **Receive iMessages using another email address** | Go to Settings > Messages > Receive At > Add Another Email. |
| **Follow a link in a message** | Tap the link. A link may open a webpage in Safari, or dial a phone number, for example. |
| **Forward a conversation** | Select a conversation, then tap Edit. Select parts to include, then tap Forward. |
| **Add someone to your contacts list** | Tap a phone number in the Messages list, then tap "Add to Contacts." |
| **Notify others when you've read their messages, and set other options for Messages** | Go to Settings > Messages. |
| **Manage notifications for messages** | See "Notifications" on page 144. |
| **Set the alert sound for incoming text messages** | See "Sounds and the Ring/Silent switch" on page 146. |

## Sending messages to a group

Group messaging lets you send a message to multiple recipients. Group messaging works with iMessage and MMS (not available in all areas).

**Send messages to a group:** Tap ✎, then enter multiple recipients.

*Note:* With MMS, group messaging must also be turned on in Settings > Messages, and replies are sent only to you—they aren't copied to the other people in the group.

## Sending photos, videos, and more

With iMessage or MMS, you can send photos, videos, locations, contact info, and voice memos.

**Send a photo or video:** Tap ◎.

The size limit of attachments is determined by your service provider. iPhone may compress photo and video attachments, if necessary.

| | |
|---|---|
| **Send a location** | In Maps, tap ⊙ for a location, tap Share Location (bottom of screen), then tap Message. |
| **Send contact info** | In Contacts, choose a contact, tap Share Contact (bottom of screen), then tap Message. |
| **Send a voice memo** | In Voice Memos, tap ☰, tap the voice memo, tap Share, then tap Message. |
| **Save a photo or video you receive to your Camera Roll album** | Tap the photo or video, then tap ➦. |
| **Copy a photo or video** | Touch and hold the attachment, then tap Copy. |
| **Save contact information you receive** | Tap the contact bubble, then tap Create New Contact or "Add to Existing Contact." |

## Editing conversations

If you want to keep just part of a conversation, you can delete the parts you don't want. You can also delete entire conversations from the Messages list.

**Edit a conversation:**  Tap Edit, select the parts to delete, then tap Delete.

| | |
|---|---|
| **Clear all text and attachments, without deleting the conversation** | Tap Edit, then tap Clear All. |
| **Delete a conversation** | Swipe the conversation, then tap Delete. |

## Searching messages

You can search the content of conversations in the Messages list.

**Search a conversation:**  Tap the top of the screen to display the search field, then enter the text you're looking for.

You can also search conversations from the Home screen. See "Searching" on page 28.

# Calendar

# 10



## About Calendar

Calendar makes it easy to stay on schedule. You can view individual calendars, or several calendars at once. You can view your events by day, by month, or in a list. You can search the titles, invitees, locations, and notes of events. If you enter birthdays for your contacts, you can view those birthdays in Calendar.

You can also make, edit, or cancel events on iPhone, and sync them back to your computer. You can subscribe to Google, Yahoo!, or iCal calendars. If you have a Microsoft Exchange or iCloud account, you can receive and respond to meeting invitations.

## Viewing your calendars

You can view calendars individually, or as a combined calendar. This makes it easy to manage work and family calendars at the same time.



**Change views:**  Tap List, Day, or Month. To view by week, rotate iPhone sideways.

In Day view, swipe left or right to move between dates.

| View the Birthday calendar | Tap Calendars, then tap Birthdays to include birthdays from your Contacts with your events. |
|---|---|
| See the details of an event | Tap the event. You can tap information about the event to get more details. If an address for the location is specified, for example, tap it to open Maps. |
| Edit or delete a calendar | Tap Calendars, then tap Edit. |
| Select calendars to view | Tap Calendars, then tap to select the calendars you want to view. The events for all selected calendars appear in a single calendar on iPhone. |

## Adding events

You can create and update calendar events directly on iPhone.

**Add an event:** Tap **+** and enter event information, then tap Done.

You can also touch and hold an empty spot on a calendar to create a new event. Drag the grab points to adjust the event's duration.

| Set an alert | Tap Alert, then set an alert from 5 minutes to two days before the event. |
|---|---|
| Set a default alert for events | Go to Settings > Mail, Contacts, Calendars > Default Alert Times |
| Update an event | Tap Edit and change event information. To quickly adjust an event's time or duration, touch and hold the event to select it, then drag it to a new time or use the grab points to change its duration. |
| Delete an event | Tap the event, tap Edit, then scroll down and tap Delete Event. |
| Invite others to an event | Tap Invitees to select people from Contacts. This requires an iCloud, a Microsoft Exchange, or CalDAV account. |

## Responding to invitations

If you have an iCloud, Microsoft Exchange account, or a supported CalDAV account, you can receive and respond to meeting invitations from people in your organization. When you receive an invitation, the meeting appears in your calendar with a dotted line around it. 🔄 appears in the lower-right corner of the screen.

**Respond to an invitation:** Tap an invitation in the calendar. Or tap 🔄 to display the Event screen, and then tap an invitation.

| See information about the organizer | Tap "invitation from." |
|---|---|
| See other invitees | Tap Invitees. Tap a name to see that person's contact information. |
| Add comments in reply | Tap Add Comments. Your comments are visible to the organizer, but not to other attendees. Comments may not be available, depending on the calendar service you're using. |
| Set your availability | Tap Availability and select "busy" or "free." |

## Searching calendars

In List view, you can search the Titles, Invitees, Locations, and Notes fields of the events in your calendars. Calendar searches just the events for the calendars you're currently viewing.

**Search for events:** Tap List, then enter text in the search field.

Calendar events can also be included in searches from the Home screen. See "Searching" on page 28.

## Subscribing to calendars

You can subscribe to calendars that use the iCalendar (.ics) format. Many calendar-based services support calendar subscriptions, including iCloud, Yahoo!, Google, and the Mac OS X iCal application.

Subscribed calendars are read-only. You can read events from subscribed calendars on iPhone, but you can't edit events or create new ones.

**Subscribe to a calendar:** Go to Settings > Mail, Contacts, Calendars, then tap Add Account. Tap Other, then tap Add Subscribed Calendar.

You can also subscribe to an iCal (or other .ics) calendar published on the web, by tapping a link to the calendar.

## Importing calendar events from Mail

You can add events to a calendar by importing a calendar file from an email message. You can import any standard .ics calendar file.

**Import events from a calendar file:** In Mail, open the message and tap the calendar file.

## Calendar accounts and settings

There are several settings in Settings > Mail, Contacts, Calendars that affect Calendar and your calendar accounts.

Calendar accounts are also used to sync to-do items for Reminders.

**Add a CalDAV account:** Go to Settings > Mail, Contacts, Calendars, tap Add an Account, then tap Other. Under Calendars, tap Add CalDAV Account.

These options apply to all of your calendars:

| | |
|---|---|
| Set the calendar alert tones | Go to Settings > Sounds > Calendar Alerts. |
| Sync past events | Go to Settings > Mail, Contacts, Calendars > Sync, then choose time period. Future events are always synced. |
| Set alerts to sound when you receive a meeting invitation | Go to Settings > Mail, Contacts, Calendars and turn on New Invitation Alerts. |
| Turn on Calendar time zone support | Go to Settings > Mail, Contacts, Calendars > Time Zone Support. |
| Set a default calendar | Go to Settings > Mail, Contacts, Calendars > Default Calendar. |
| Use iCloud to keep Calendar up-to-date on your iOS devices and computers | Go to Settings > iCloud, then turn on Calendar. See "iCloud" on page 17. |

*Important:* When Time Zone Support is on, Calendar displays event dates and times in the time zone of the city you selected. When Time Zone Support is off, Calendar displays events in the time zone of your current location as determined by the network time. Some carriers don't support network time in all areas. When you travel, iPhone may not display events or sound alerts at the correct local time. To manually set the correct time, see "Date & Time" on page 151.

# Photos

# 11



## Viewing photos and videos

Photos lets you view photos and videos on iPhone, in your:

- Camera Roll album—shots you took with the built-in camera, or save from an email, text message, or webpage
- Photo Stream album—photos streamed from iCloud
- Photo Library and other albums synced from your computer



Edit the photo.

Tap the screen to display the controls.

Delete the photo.

Stream photos using AirPlay.

Play a slideshow.

Share the photo, assign it to a contact, use it as wallpaper, or print it.

**View photos and videos:** Tap an album, then tap a thumbnail to see the photo or video in full screen.

Albums you sync with iPhoto 8.0 (iLife '09) or later, or Aperture v3.0.2 or later, can be viewed by events or by faces. You can also view photos by location, if they were taken with a camera that supports geotagging.

| Show or hide the controls | Tap the full-screen photo or video. |
|---|---|
| See the next or previous photo or video | Flick left or right. |
| Zoom in or out | Double-tap or pinch. |
| Pan a photo | Drag the photo. |

| Play a video | Tap ▶ in the center of the screen. |
|---|---|
| View a video in full screen, or fit to screen | Double-tap the video. |
| Stream a video to an HDTV | See "AirPlay" on page 33. |
| Edit photos or trim videos | See "Editing photos" or "Trimming videos" on page 77. |

## Viewing slideshows

**View a slideshow:** Tap an album to open it, then tap a photo and tap ▶. Select slideshow options, then tap Start Slideshow.

| Stream a slideshow to an HDTV | See "AirPrint" on page 27. |
|---|---|
| Stop a slideshow | Tap the screen. |
| Set additional options | Go to Settings > Photos. |

## Organizing photos and videos

You can create, rename, and delete albums on iPhone to help you organize your photos and videos.

**Create an album:** When viewing albums, tap Edit, then tap Add. Select photos to add to the new album, then tap Done.

*Note:* Albums created on iPhone aren't synced back to your computer.

| Rename an album | Tap Edit, then select an album. |
|---|---|
| Rearrange albums | Tap Edit, then drag ☰ up or down. |
| Delete an album | Tap Edit, then tap ⊖. |

## Sharing photos and videos

**Send a photo or video in an email, text message (iMessage or MMS), or Tweet:** Choose a photo or video, then tap ☛. If you don't see ☛, tap the screen to show the controls.

*Note:* To post a Tweet, you must be logged in to your Twitter account. Go to Settings > Twitter.

The size limit of attachments is determined by your service provider. iPhone may compress photo and video attachments, if necessary.

| Send multiple photos or videos | While viewing thumbnails, tap ☛, select the photos or videos, then tap Share. |
|---|---|
| Copy a photo or video | Touch and hold the photo or video, then tap Copy. |
| Copy multiple photos or videos | Tap ☛ in the upper-right corner of the screen. Select the photos and videos, then tap Copy. |
| Paste a photo or video in an email or text (iMessage or MMS) message | Touch and hold where you want to place the photo or video, then tap Paste. |

| | |
|---|---|
| **Save a photo or video from an email message** | Tap to download the item if necessary, tap the photo or touch and hold the video, then tap Save. |
| **Save a photo or video from a text message** | Tap the image in the conversation, tap ![icon], than tap Save. |
| **Save a photo from a webpage** | Touch and hold the photo, then tap Save Image. |
| **Share a video on YouTube** | While viewing a video, tap ![icon], then tap "Send to YouTube." |

Photos and videos that you receive, or that you save from a webpage, are saved to your Camera Roll album.

## Printing photos

**Print a photo:** Tap ![icon], then tap Print.

**Print multiple photos:** While viewing a photo album, tap ![icon]. Select the photos you want to print, then tap Print.

For more information, see "Printing" on page 27.

# Camera

# 12



## About Camera

The built-in camera lets you take both still photos and videos. iPhone 4S and iPhone 4 include a front camera for FaceTime and self-portraits (in addition to the main camera on the back), and an LED flash.

View the photos and videos you've taken.

Set LED flash mode.

Turn on the grid or HDR.



Switch between the main camera and front camera.

Tap a person or object to focus and set exposure.

Camera/Video switch

Take a photo.

If Location Services is turned on, photos and videos are tagged with location data that can be used by some apps and photo-sharing websites. See "Location Services" on page 145.

**Note:** If Location Services is turned off when you open Camera, you may be asked to turn it on. You can use Camera without Location Services.

## Taking photos and videos

You can quickly open Camera when the screen is locked by double-clicking the Home button, then tapping 📷.



**Take a photo:** Make sure the Camera/Video switch is set to 📷, then aim iPhone and tap 📷. You can also take a photo by pressing the volume up button.

**Record a video:** Slide the Camera/Video switch to 🎥, then tap ⦿ to start or stop recording, or press the volume up button.

When you take a photo or start a video recording, iPhone makes a shutter sound. You can control the volume with the volume buttons or the Ring/Silent switch.

*Note:* In some areas, the shutter sound isn't silenced by the Ring/Silent switch.

A rectangle shows where the camera is focused and setting the exposure. When you're photographing people, iPhone uses face detection (iPhone 4S) to automatically focus on the most prominent face and balance exposure across up to 10 faces.

| | |
|---|---|
| **Zoom in or out** | Pinch the screen (main camera, in camera mode only). |
| **Turn on the grid** | Tap Options. |
| **Set focus and exposure** | Tap the person or object on the screen. (Face detection is turned off for the shot.) |
| **Lock the focus and exposure** | Touch and hold the screen until the rectangle pulses. AE/AF Lock appears on the screen, and the focus and exposure remain locked until you tap the screen again. |
| **Take a screenshot** | Press and release the On/Off button and the Home button ▢ at the same time. The screenshot is added to your Camera Roll album. |

## HDR photos

HDR (iPhone 4 or later) blends the best parts of three separate exposures into a single "high dynamic range" photo. For best results, iPhone and the subject should be stationary.

**Turn on HDR:** Tap Option, then set HDR. When HDR is on, the flash is turned off.

To keep the both the normal and HDR versions, go to Settings > Photos. When both versions are kept, 🖼 HDR appears in the upper-left corner of the HDR photo (when viewed in your Camera Roll album with the controls visible).

## Viewing, sharing, and printing

The photos and videos you take with Camera are saved in your Camera Roll album.

**View your Camera Roll album:** Flick left-to-right, or tap the thumbnail image in the lower-left corner of the screen. You can also view your Camera Roll album in the Photos app.

To take more photos or videos, tap 📷.

If you have iCloud Photo Stream turned on in Settings > iCloud, new photos also appear in your Photo Stream album and are streamed to your other iOS devices and computers. See "iCloud" on page 17.

For more information about viewing and sharing photos and videos, see "Sharing photos and videos" on page 73 and "Uploading photos and videos to your computer" on page 78.

| | |
|---|---|
| **Show or hide the controls while viewing a full-screen photo or video** | Tap the screen. |
| **Email or text a photo or video** | Tap 📷. |
| **Tweet a photo** | View the photo in full screen, tap 📷, then tap Tweet. You must be logged in to your Twitter account. Go to Settings > Twitter. To include your location, tap Add Location. |
| **Print a photo** | Tap 📷. See "Printing" on page 27. |
| **Delete a photo or video** | Tap 🗑. |

## Editing photos

You can rotate, enhance, remove red-eye, and crop photos. Enhancing improves a photo's overall darkness or lightness, color saturation, and other qualities.



**Edit a photo:** While viewing a photo in full screen, tap Edit, then choose a tool.

With the red-eye tool, tap each eye to correct it. To crop, drag the corners of the grid, drag the photo to reposition it, then tap Crop. You can also tap Constrain when cropping, to set a specific ratio.

## Trimming videos

You can trim the frames from the beginning and end of a video that you just recorded, or from any other video in your Camera Roll album. You can replace the original video, or save the trimmed version as a new video clip.

**Trim a video:** While viewing a video, tap the screen to display the controls. Drag either end of the frame viewer at the top of the video, then tap Trim.

*Important:* If you choose Trim Original, the trimmed frames are permanently deleted from the original video. If you choose "Save as New Clip," a new trimmed video clip is saved in your Camera Roll album and the original video is unaffected.

## Uploading photos and videos to your computer

You can upload the photos and videos you take with Camera to photo applications on your computer, such as iPhoto on a Mac.

**Upload photos and videos to your computer:** Connect iPhone to your computer using the Dock Connector to USB Cable.

- *Mac:* Select the photos and videos you want, then click the Import or Download button in iPhoto or other supported photo application on your computer.
- *PC:* Follow the instructions that came with your photo application.

If you delete the photos and videos from iPhone when you upload them to your computer, they're removed from your Camera Roll album. You can use the Photos settings pane in iTunes to sync photos and videos to the Photos app on iPhone (videos can be synced only with a Mac). See "Syncing with iTunes" on page 18.

## Photo Stream

Photo Stream—a feature of iCloud—automatically sends copies of photos that you take on iPhone to your other iOS devices and computers set up with iCloud and have Photo Stream turned on. Photos taken with your other devices using Photo Stream automatically appear on iPhone, in the Photo Stream album in Photos. See "iCloud" on page 17.

**Turn on Photo Stream:** Go to Settings > iCloud > Photo Stream.

Photos are sent when you leave the Camera app, once iPhone is connected to the Internet via Wi-Fi. Photos sent from iPhone include all photos added to your Camera Roll album, including photos downloaded from email and text messages, images saved from web pages, and screenshots. Photo Stream can share up to 1000 of your most recent photos across your iOS devices and computers.

# YouTube

# 13



## About YouTube

YouTube lets you watch short videos submitted by people from around the world. Some YouTube features require a YouTube account. To set up an account, go to www.youtube.com.

*Note:* YouTube may not be available in all languages or areas.

## Browsing and searching for videos

**Browse videos:** Tap any browse button at the bottom of the screen, or tap More to see additional browse buttons. If you're watching a video, tap Done to see the browse buttons.



Tap a video to play it.

See related videos, or save or share this video.

See additional browse buttons, or rearrange the buttons.

Tap a browse button to see a list of videos.

| | |
|---|---|
| Change the browse buttons | Tap More, then tap Edit. Drag a button to the bottom of the screen, over the button you want to replace. Drag a button left or right to move it. When you're finished, tap Done. |
| Browse related videos | Tap ⊙ next to any video in a list. |
| Search for a video | Tap Search at the bottom of the screen, then tap the search field. |
| See more videos submitted by the same account | Tap ⊙ next to the current video on the video information screen, then tap More Videos. |

## Playing videos

**Watch a video:** Tap any video as you browse. Playback starts when enough of the video is downloaded to iPhone. The shaded portion of the scrubber bar shows download progress.



Drag to skip forward or back.

Download progress

Tap the video to show or hide the controls.

Watch on a TV with Apple TV.

Add the video to your YouTube Favorites.

Drag to adjust the volume.

| | |
|---|---|
| **Pause or resume playback** | Tap ❙❙ or ▶. You can also press the center button on the iPhone earphones. |
| **Start again from the beginning** | Tap ◀◀ while the video is playing. If you've watched less than five seconds of the video, you'll skip instead to the previous video in the list. |
| **Scan forward or back** | Touch and hold ◀◀ or ▶▶. |
| **Skip to any point** | Drag the playhead along the scrubber bar. |
| **Skip to the next or previous video in a list** | Tap ▶▶ to skip to the next video. Tap ◀◀ twice to skip to the previous video. If you've watched less than five seconds of the video, tap only once. |
| **Switch between fill screen and fit screen** | Double-tap the video. You can also tap 🔳 to make the video fill the screen, or tap 🔳 to make it fit the screen. |
| **Stop watching a video** | Tap Done. |

## Watching YouTube on a TV

You can wach YouTube videos, including videos in HD format (iPhone 4), on a TV by connecting iPhone to your TV or AV receiver using an Apple Component AV Cable, Apple Composite AV Cable, Apple VGA Adapter, or Apple Digital AV Adapter (iPhone 4), or wirelessly by using AirPlay and Apple TV. See "Watching videos on a TV" on page 111.

## Keeping track of videos you like

**Add a video to your list of favorites or to a playlist:** Tap ⊙ next to a video to see buttons for adding the video to a list.

| | |
|---|---|
| **Add a video to Favorites** | Tap "Add to Favorites." If you're watching the video, tap 🔖. |
| **Add a video to a playlist** | Tap "Add to Playlist" on the video information screen, then tap an existing playlist or tap ➕ to create a new playlist. |
| **Delete a favorite** | Tap Favorites, tap Edit, and then tap ➖ next to the video. |
| **Delete a video from a playlist** | Tap Playlists, tap the playlist, tap Edit, then tap ➖. |
| **Delete a playlist** | Tap Playlists, tap a playlist, tap Edit, then tap ➖. |
| **Subscribe to an account** | Tap ⊙ next to the current video (above the Related Videos list). Then tap More Videos, scroll to the bottom of the list, and tap "Subscribe to *account*." |
| **Unsubscribe from an account** | Tap Subscriptions (tap More first if you don't see it), tap an account in the list, then tap Unsubscribe. |

## Sharing videos, comments, and ratings

**Show the controls for sharing, commenting, and rating:** Tap ⊙ next to the video.

| | |
|---|---|
| **Email a link to a video** | Tap ⊙ next to a video and tap Share Video. Or, if you're watching the video, just tap ✉. |
| **Rate or comment on a video** | On the More Info screen, tap "Rate, Comment, or Flag," then choose "Rate or Comment." |
| **Send a video to YouTube** | Open the Photos app, select the video, then Tap 🖼. |

## Getting information about a video

**View a description and viewer comments:** Tap ⊙ next to the video in a list, then tap ⊙ again when it appears at the top of the screen.

## Sending videos to YouTube

If you have a YouTube account, you can send videos directly to YouTube. See "Sharing photos and videos" on page 73.