# Stocks

# 14



## Viewing stock quotes

Stocks lets you see the latest available quotes for your selected stocks, funds, and indexes.

Quotes may be delayed up to 20 minutes or more, depending upon the reporting service.

**Add a stock, fund, or index to the stock reader:**  Tap ❷, then tap ✚. Enter a symbol, company name, fund name, or index, then tap Search.

**Show the change in value of a stock, fund, or index over time:**  Tap the stock, fund, or index in your list, then tap 1d, 1w, 1m, 3m, 6m, 1y, or 2y.

When you view a chart in landscape orientation, you can touch the chart to display the value for a specific point in time.



Use two fingers to see the change in value over a specific period of time.



You can also view your stock ticker in Notification Center. See "Notifications" on page 30.

| | |
|---|---|
| **Delete a stock** | Tap 🛈 and tap ⊖ next to a stock, then tap Delete. |
| **Change the order of the list** | Tap 🛈. Then drag ☰ next to a stock or index to a new place in the list. |
| **Switch the view to percentage change, price change, or market capitalization** | Tap any of the values along the right side of the screen. Tap again to switch to another view. |
| **Use iCloud to keep your stock list up to date on your iOS devices** | Go to Setting > iCloud > Document & Data, then turn on Documents & Data (it's on by default). See "iCloud" on page 17. |

## Getting more information

**See the summary, chart, or news page for a stock, fund, or index:**  Select the stock, fund, or index in your list, then flick the pages underneath the stock reader to view the summary, chart, or news page.

On the news page, you can scroll up or down to read headlines, or tap a headline to view the article in Safari.

**See more stock information at Yahoo.com:**  Select the stock, fund, or index in your list, then tap ❂**!**.

# Maps

# 15



## Finding locations

> **WARNING:** For important information about driving and navigating safely, see the *Important Product Information Guide* at www.apple.com/support/manuals/iphone.



**Find a location:** Tap the search field to bring up the keyboard. Type an address or other information, then tap Search.

You can search for information such as:

- Intersection ("8th and market")
- Area ("greenwich village")
- Landmark ("guggenheim")
- Zip code
- Business ("movies,""restaurants san francisco ca,""apple inc new york")

You can also tap 🔘 to find the location of a contact.

| See the name or description of a location | Tap the pin. |
|---|---|
| See a list of the businesses found in a search | Tap ▣, then tap List.<br>Tap a business to see its location. |
| Find your current location | Tap ◀.<br>Your current location is shown by a blue marker. If your location can't be determined precisely, a blue circle appears around the marker. The smaller the circle, the greater the precision. |
| Show which way you're facing | Tap ◀ again.<br>The icon changes to ◢ map rotates to show your heading. |
| Mark a location | Touch and hold the map until the drop pin appears. |

*Important:* Maps, directions, and location-based apps depend on data services. These data services are subject to change and may not be available in all areas, resulting in maps, directions, or location-based information that may be unavailable, inaccurate, or incomplete. Compare the information provided on iPhone to your surroundings, and defer to posted signs to resolve any discrepancies.

If Location Services is turned off when you open Maps, you may be asked to turn it on. You can use Maps without Location Services. See "Location Services" on page 145.

## Getting directions



**Get directions:**

1  Tap Directions.

2  Enter starting and ending locations.

Tap ⬚ in either field to choose a location in Bookmarks (including your current location or the dropped pin), a recent location, or a contact. If ⬚ isn't visible, tap ⊗ to delete the contents of the field.

3  Tap Route, then select directions for driving (🚗), public transit (🚍), or walking (🚶).

4  Do one of the following:

- *To view directions one step at a time,* tap Start, then tap ➡ to see the next leg of the trip.
- *To view all the directions in a list,* tap ▣, then tap List.

Tap any item in the list to see a map showing that leg of the trip. Tap Route Overview to return to the overview screen.

5  If multiple routes appear, choose the one you want to use.

If you're taking public transit, tap ⏱ to set your departure or arrival time, and to choose a schedule for the trip. Tap the icon at a stop to see the departure time for that bus or train, and to get a link to the transit provider's website or contact info.

| | |
|---|---|
| **Get directions from a location on the map** | Tap the pin, tap ⦾, then tap Directions To Here or Directions From Here. |
| **Bookmark a location** | Tap "Add to Bookmarks." |

## Getting and sharing info about a location



Tap ⦾ to show contact info.

Make a call.

Visit the website.

Get directions.

**Get or share info about a location:**  Tap the pin, then tap ⦾.

| | |
|---|---|
| **Add a business to your contacts** | Tap "Add to Contacts." |
| **Tweet, text, or email your location** | Tap Share Location. |
| | *Note:* To post a Tweet, you must be logged in to your Twitter account. Go to Settings > Twitter. |

## Showing traffic conditions

You can show traffic conditions for major streets and highways on the map.

**Show or hide traffic conditions:**  Tap ⬛, then tap Show Traffic or Hide Traffic.

Streets and highways are color-coded to indicate the flow of traffic:

- Gray—no data is available
- Green—posted speed limit
- Yellow—slower than the posted speed limit
- Red—stop and go

*Note:*  Traffic conditions aren't available in all areas.

## Satellite view and street view



**See a satellite view or hybrid view:**  Tap ⧉, then select the view you want.

**See the Google Street View of a location:**  Tap 👤. Flick left or right to pan through the 360° panoramic view (the inset shows your current view). Tap an arrow to move down the street. To return to map view, tap the map inset in the lower-right corner.



Tap to return to map view

*Note:*  Street view may not be available in all areas.

# Weather

# 16



## Getting weather information

Tap Weather on the Home screen to get the current temperature and six-day forecast for one or more cities around the world.



See hourly forecast.

Current conditions

Current temperature

Six-day forecast

Add or delete cities.

Number of cities stored

If the weather board is light blue, it's daytime in that city. If the board is dark purple, it's nighttime.

**Add a city:** Tap 🛈, then tap ➕. Enter a city or zip code, then tap Search.

| | |
|---|---|
| Switch to another city | Flick left or right. |
| Reorder cities | Tap 🛈, then drag ☰ up or down. |
| Delete a city | Tap 🛈 and tap ⛔, then tap Delete. |
| Display the temperature in Fahrenheit or Celsius | Tap 🛈, then tap °F or °C. |
| Use iCloud to push your list of cities to your other iOS devices | Go to Setting > iCloud > Document & Data, then turn on Documents & Data (it's on by default). See "iCloud" on page 17. |
| See information about a city at Yahoo.com | Tap 🎈!. |

# Notes

# 17



## About Notes

Type notes on iPhone, and iCloud makes them available on your other iOS devices and computers. You can also read and create notes in other accounts, such as Gmail or Yahoo.

View the list of notes.



Add a new note.

Tap the note to edit it.

Email or print the note.

Delete the note.

View the previous or next note.

## Writing notes

**Add a note:** Tap ✚, then type your note and tap Done.

| | |
|---|---|
| Use iCloud to keep your notes up to date on your devices and computers | Go to Settings > iCloud and turn on Notes (it's on by default). See "iCloud" on page 17. |
| Create a note in a specific account | Tap Accounts and select the account, before you tap ✚ to create the note. |
| Set the default account for new notes | If you tap ✚ while viewing All Notes, the note is created in the default account you select in Settings > Notes. |

## Reading and editing notes

Notes are listed with the most recent at the top. If you use more than one iOS device or computer with your iCloud account, notes from all devices are listed. If you share notes with an application on your computer or with other online accounts such as Yahoo or Gmail, those notes are organized by account.

**Read a note:**  Tap the note in the list. To see the next or previous note, tap ➡ or ⬅.

| | |
|---|---|
| **Change the font** | Go to Settings > Notes. |
| **See notes in a specific account** | Tap Accounts and choose the account. |
| **See notes in all accounts** | Tap Accounts and choose All Notes. |
| **Edit a note** | Tap anywhere on the note to bring up the keyboard. |
| **Delete a note** | While looking at the list of notes, swipe left or right across the note. While reading a note, tap 🗑. |

## Searching notes

You can search the text of all your notes.

**Search for notes:**  While viewing a list of notes, flick down to scroll to the top of the list and reveal the search field, then tap in the field and type what you're looking for.

You can also search for notes from the iPhone Home screen. See "Searching" on page 28.

## Printing or emailing notes

To email a note, iPhone must be set up for email. See "Setting up mail and other accounts" on page 16.

**Print or email a note:**  While reading the note, tap 📧.

# Clock

# 18



## About Clock

You can use Clock to check the time anywhere in the world, set an alarm, time an event, or set a timer.

Delete clocks or change their order.



Add a clock.

View clocks, set an alarm, time an event, or set a timer.

## Setting world clocks

You can add clocks to show the time in other major cities and time zones around the world.

**Add a clock:** Tap ✚, then type the name of a city. If you don't see the city you're looking for, try a major city in the same time zone.



| Rearrange clocks | Tap Edit, then drag ☰. |
|---|---|
| Delete a clock | Tap Edit, then tap ⊖. |

## Setting alarms

You can set multiple alarms. Set each alarm to repeat on days you specify, or to sound only once.

**Set an alarm:** Tap Alarm and tap ✚.

| | |
|---|---|
| **Change settings for an alarm** | Tap Edit, then tap ⊙. |
| **Delete an alarm** | Tap Edit, then tap ⊖. |

If at least one alarm is set and turned on, ● appears in the iPhone status bar at the top of the screen. If an alarm is set to sound only once, it turns off automatically after it sounds. You can turn it on again to reenable it.

*Important:* Some carriers don't support network time in all locations. If you're traveling, iPhone alerts may not sound at the correct local time. See "Date & Time" on page 151.

## Using the stopwatch

**Time an event:** Tap Stopwatch, then tap Start.

Stopwatch keeps timing if you switch to another app.

## Setting a timer

You can set a timer that keeps running even while you use other apps.

**Set a timer:** Tap Timer, flick to set the duration, and tap Start.

| | |
|---|---|
| **Choose the alert sound** | Tap When Timer Ends. |
| **Set a sleep timer for iPhone** | Set the duration, tap When Timer Ends, and choose Sleep iPhone. iPhone stops playing music or video when the timer ends. |

# Reminders

# 19



## About Reminders

Reminders lets you organize your life with lists—complete with due dates and locations. You can be reminded of an item on a specific day and date, or when you're approaching or leaving a location, such as your home or office. Reminders works with your calendar accounts, so changes you make update automatically on your other iOS devices and computers.

View and edit lists.



Change views.

Add a reminder.

Mark as completed.

**Switch between List view and Date view:** At the top of the screen, tap List or Date.

## Setting a reminder

You can set a reminder for a date and time, for a location, or for both.

**Add a reminder:** In Reminders, tap ✚, then enter a description and tap Done.

After you add a reminder, you can fine-tune its settings.

| | |
|---|---|
| **Set a location for a reminder** | Tap the reminder, then tap Remind Me. Turn on "At a Location" and select When I Leave or When I Arrive, or both. |
| | To change the location to somewhere other than where you are, tap Current Location, then tap Choose Address and pick a location from Contacts. |
| | See "About location reminders" on page 95. |
| **Set a due date for a reminder** | Tap the reminder, then tap Remind Me. Turn on "On a Day," then set the date and time you want to be reminded. Reminders that are due and uncompleted are displayed in Notification Center. |
| **Add notes to a reminder** | Tap the reminder, then tap Show More. Tap Notes. |
| **Move a reminder to another list** | Tap the reminder, then tap Show More. Tap List and choose a new list. |
| | To create or edit lists, see "Managing reminders in List view" on page 94. |
| **Delete a reminder** | Tap the reminder, tap Show More, then tap Delete. |
| **Edit a reminder** | Tap the reminder, then tap its name. |
| **Mark a reminder as completed** | Tap the box next to the item, so that a checkmark appears. |
| | Completed items are shown in the Completed list. See "Managing completed reminders" on page 95. |
| **Set the tone played for reminders** | Go to Settings > Sound. |
| **Use iCloud to keep Reminders up-to-date on your iOS devices and computers** | Go to Settings > iCloud, then turn on Reminders. See "iCloud" on page 17. |

## Managing reminders in List view

Organizing reminders into lists makes it easy to keep your work, personal, and other to-dos separate from each other. Reminders comes with one list for active reminders, plus a built-in list of Completed items. You can add other lists of your own.

**Create a list:** At the top of the screen, tap List, then tap ☰. Tap Edit.

| | |
|---|---|
| **Quickly switch between lists** | Swipe left or right across the screen. |
| | You can also jump to a specific list. Tap ☰, then tap a list name. |
| **View completed items** | Swipe left across the screen until you reach the completed list. |
| **To change the order of lists** | In List view, tap ☰, then tap Edit. Drag ☰ next to a list to change the order. |
| | You can't move a list to a different account, and you can't change the order of reminders in a list. |
| **Delete a list** | In List view, tap ☰, then tap Edit. Tap ⊖ for each list you want to delete. |
| | When you delete a list, all items in the list are also deleted. |
| **Change the name of a list** | In List view, tap ☰, then tap Edit. Tap the name you want to change, then type a new name. Tap Done. |
| **Set a default list for new reminders** | Go to Settings > Mail, Contacts, Calendars, then under the Reminders heading, tap Default List. |

You can also create a reminder by speaking. See Chapter 4, "Siri," on page 38.

## Managing reminders in Date view

You use Date view to manage reminders that have a due date.

**View reminders for a date:**  At the top of the screen, tap Date to view today's reminders, as well as uncompleted items from previous days.

| | |
|---|---|
| **View a recent date** | Drag the time slider, located under the list, to a new day. |
| **View a specific day** | Tap ▦, then select a date to view. |

## About location reminders

Location reminders are available only on iPhone 4 and iPhone 4S, and may not be available in all areas. Also, you cannot set locations for reminders in Microsoft Exchange accounts.

You can set a location reminder to have Reminders alert you when you approach the location, and again when you're no longer near the area. For best results, specify a location that's well defined—such as an address instead of city—and remember that the accuracy can vary. iPhone checks its location less frequently depending on your model of iPhone and whether it's locked, so there may be a delay before the reminder is triggered.

When you create a reminder, you can use your current location or a location from your contacts list. Add locations that you'll use with Reminders, such as the grocery store or school, to Contacts. You should also add personal locations, such as your home and work addresses, to your contact card in Contacts. Reminders shows the locations from your contact card. For information about setting your contact card in Contacts, see "Contacts accounts and settings" on page 109.

## Managing completed reminders

Reminders keeps track of the items you mark as complete. You can see them in List or Date view, or you can use the Completed list.

**View completed items:**  Tap the List button at the top of the screen, then swipe from left to right until the Completed list appears.

| | |
|---|---|
| **View the number of completed items** | In List view or Date view, scroll to the top of the reminder list, then pull down on the list until Completed appears. Tap Completed to view all of the completed items. |
| **Mark a completed item as not completed** | Tap to remove the checkmark. The item automatically moves back to its original list. |
| **Sync previous reminders** | Go to Settings > Mail, Contacts, Calendars, and, under Reminders, tap Sync. This setting applies to all of your reminder accounts. For best performance, don't sync more previous items than you need. |

## Searching reminders

You can quickly find pending or completed reminders. Reminders are searched by name.

**Search Reminders in Date view:**  Tap ▦, then tap Search Reminders and enter a search phrase.

**Search Reminders in List view:**  Tap ☰, then tap Search Reminders and enter a search phrase.

You can also search Reminders from the Home screen. See "Spotlight Search" on page 149. And you can ask Siri to find reminders by title. See Chapter 4, "Siri," on page 38.

# Game Center

# 20



## About Game Center

Discover new games and share your game experiences with friends around the world in Game Center. Invite friends to play, or use auto-match to find other worthy opponents. Earn bonus points by achieving specific accomplishments in a game, see what your friends have achieved, and check leaderboards to see who the best players are.

*Note:*  Game Center may not be available in all areas, and game availability may vary.

To use Game Center, you need an Internet connection and an Apple ID. If you don't have an Apple ID, you can create a new one in Game Center, as described below.



## Signing in to Game Center

**Sign in:** Open Game Center. If you see your nickname and photo at the top of the screen, you're already signed in. If not, enter your Apple ID and password, then tap Sign In. Or, tap Create New Account to create a new Apple ID.

| Add a photo | Tap the photo next to your name. |
|---|---|
| Declare your status | Tap Me, tap the status bar, and then enter your status. |
| View your account settings | Tap Me, tap the account banner, then choose View Account. |
| Sign out | Tap Me, tap the Account banner, then tap Sign Out. You don't need to sign out each time you quit Game Center. |

## Purchasing and downloading games

Games for the Game Center are available from the App Store.

**Purchase and download a game:** Tap Games, then tap a recommended game or tap Find Game Center Games.

| Purchase a game your friend has | Tap Friends, then tap the name of your friend. Tap a game in your friend's list of games, then tap the price of the game below it's name at the top of the screen. |
|---|---|

## Playing games

**Play a game:** Tap Games, choose a game, then tap Play.

| See a list of top scorers | Tap Games, then choose the game and tap Leaderboard. |
|---|---|
| See the achievements you can try for | Tap Games, choose a game, then tap Achievements. |
| Return to Game Center after playing | Press the Home button, then tap Game Center on the Home screen. |

## Playing with friends

Game Center can put you in contact with players around the world. You add friends to Game Center by making a request, or by accepting a request from another player.

**Invite friends to a multiplayer game:** Tap Friends, choose a friend, choose a game, and tap Play. If the game allows or requires additional players, choose additional players to invite, then tap Next. Send your invitation, then wait for the others to accept. When everyone is ready, start the game.

If a friend isn't available or doesn't respond to your invitation, you can tap Auto-Match to have Game Center find another player for you, or tap Invite Friend to try inviting some other friend.

| Send a friend request | Tap Friends or Requests, tap +, then enter your friend's email address or Game Center nickname. Tap 😊 to browse your contacts. To add several friends in one request, type Return after each address. |
|---|---|
| Respond to a friend request | Tap Requests, tap the request, then tap Accept or Ignore. To report a problem with the request, flick up and tap "Report a Problem." |
| See the games a friend plays and check your friend's scores | Tap Friends, tap your friend's name, then tap Games or Points. |

| | |
|---|---|
| **Search for someone in your list of friends** | Tap the status bar to scroll to the top of the screen, then tap the search field and start typing. |
| **Prevent game invitations from others** | Turn off Game Invites in your Game Center account settings. See "Game Center settings" on page 98. |
| **Keep your email address private** | Turn off Find Me By Email in your Game Center account settings. See "Game Center settings" on page 98. |
| **Disable all multiplayer activity** | Go to Settings > General > Restrictions > Game Center and turn off Multiplayer Games. |
| **Disallow friend requests** | Go to Settings > General > Restrictions > Game Center and turn off Adding Friends. |
| **See a list of a friend's friends** | Tap Friends, tap the friend's name, then tap Friends just below their picture. |
| **Remove a friend** | Tap Friends, tap a name, then tap Unfriend. |
| **Report offensive or inappropriate behavior** | Tap Friends, tap the person's name, then tap "Report a Problem." |

## Game Center settings

Some Game Center settings are associated with the Apple ID you use to sign in. Others are in the Settings app on iPhone.

**Change Game Center settings for your Apple ID:** Sign in with your Apple ID, tap Me, tap the Account banner, then choose View Account.

**Specify which notifications you want for Game Center:** Go to Settings > Notifications > Game Center. If Game Center doesn't appear, turn on Notifications.

**Change restrictions affecting Game Center:** Go to Settings > General > Restrictions > Game Center.

# iTunes Store

# 21



## About the iTunes Store

Use the iTunes Store to add content to your iPhone. You can browse and purchase music, TV shows, audiobooks, alert tones, and ringtones. You can also buy or rent movies, or download and play podcasts or iTunes U collections. You need an Apple ID to purchased content. See "Store settings" on page 106.

*Note:*  The iTunes Store may not be available in all areas, and iTunes Store content may vary by area. Features are subject to change.

To access the iTunes Store, iPhone must have an Internet connection. See "Network" on page 148.

## Finding music, videos, and more



Choose a category.

Download purchases again.

**Browse content:**  Tap one of the content types, such as Music or Videos. Or tap More to browse other content.

| Search for content | Tap Search (tap More first, if Search isn't visible), tap the search field and enter one or more words, then tap Search. |
|---|---|
| Buy, review, or tell a friend about an item | Tap an item in a list to see more details on its Info screen. |
| Explore artist and friend recommendations | Tap Ping (tap More first, if Ping isn't visible) to find out what's new from your favorite artists or see what music your friends are recommending. For information, see "Following artists and friends" on page 100. |

## Purchasing music, audiobooks, and tones

When you find a song, album, alert tone, ringtone, or audiobook you like in the iTunes Store, you can purchase and download it. You can preview an item before you purchase it, to make sure it's what you want.

**Preview a song, ringtone, or audiobook:** Tap the item and follow the onscreen instructions.

| | |
|---|---|
| **Redeem a gift card or code** | Tap Music (tap More first, if Music isn't visible), then tap Redeem at the bottom of the screen and follow the onscreen instructions. When you're signed in, your remaining store credit appears with your Apple ID information at the bottom of most iTunes Store screens. |
| **Complete an album** | While viewing any album, tap the discounted price for the remaining songs below Complete My Album (not available in all areas). To see offers to complete other albums, tap Music, then tap Complete My Album Offers. |
| **Download a previous purchase** | Tap Purchased.<br>You can also download an item while browsing. Just tap Download where you usually see the price. |
| **Automatically download purchases made on other iOS devices and computers** | Go to Settings > Store, then turn on the kinds of purchases you want to automatically download. |

## Purchasing or renting videos

The iTunes Store (may not be available in all areas) lets you purchase and download movies, TV shows, and music videos. Some movies can also be rented for a limited time. Video content may be available in standard-definition (SD, or 480p) format, high-definition (HD, or 720p) format, or both.

**Purchase or rent a video:** Tap Buy or Rent.

Once you purchase an item, it begins downloading and appears on the Downloads screen. See "Checking download status" on page 101.

| | |
|---|---|
| **Preview a video** | Tap Preview. |
| **View the preview on a TV with AirPlay and Apple TV** | When the preview starts, tap ⏏ and choose Apple TV. See "AirPlay" on page 33. |

*Note:* If you purchase HD video on iPhone 3GS, the video is downloaded in SD format.

## Following artists and friends

Use Ping to connect with the world's most passionate music fans. Follow favorite artists to learn about new releases and upcoming concerts and tours, get an insider's perspective through their photos and videos, and learn about their musical influences. Read friends' comments about the music they're listening to, and see what they're buying and which concerts they plan to attend. Express your musical likes and post comments for your own followers as well.

To create and explore musical connections, you first create a profile.

**Create your Ping profile:** Open the iTunes application on your Mac or PC, click Ping, and follow the onscreen instructions.

Tap Ping (if Ping isn't visible, tap More first), then explore Ping. You can do the following:

| Follow an artist | Tap Follow on their profile page. |
|---|---|
| Follow a friend | When you follow someone, they don't automatically follow you. In your profile, you can choose to approve or decline requests to be followed as they arrive, or simply accept all new followers without review. |
| Share your thoughts | As you browse albums and songs, tap Post to comment on a piece of music, or tap Like just to say you like it. Your friends will see your comments in their Ping Activity feed. |
| Share concert plans | Tap Concerts on your profile page to see upcoming concerts by the artists you follow, and to see which of your friends are going to a concert. Tap Tickets to buy your own ticket, or tap I'm Going to let others know you'll be there too. (Not available in all areas.) |
| Specify Ping notifications | Go to Settings > Notifications > Ping. Ping can send a text alert, play a sound, or add an alert badge to the iTunes app icon on iPhone when someone starts following you or comments on your activities. |

## Streaming or downloading podcasts

You can listen to audio podcasts or watch video podcasts streamed over the Internet from the iTunes Store. You can also download audio and video podcasts.

**Stream a podcast:** Tap Podcasts (tap More first, if Podcasts isn't visible) to browse podcasts in the iTunes Store.

Video podcasts are marked with a video icon 📺.

| Download a podcast | Tap the Free button, then tap Download. Downloaded podcasts appear in the Podcasts playlist. |
|---|---|
| Listen to or watch a podcast you've downloaded | In Music, tap Podcasts (tap More first, if Podcasts isn't visible), then tap the podcast. Video podcasts also appear in your list of videos. |
| Get more episodes of the podcast you've downloaded | In the Podcasts list in Music, tap the podcast, then tap Get More Episodes. |
| Delete a podcast | In the Podcasts list in Music, swipe left or right over the podcast, then tap Delete. |

## Checking download status

You can check the Downloads screen to see the status of in-progress and scheduled downloads, including purchases you pre-order.

**See the status of items being downloaded:** Tap Downloads (tap More first, if Downloads isn't visible).

Pre-ordered items don't automatically download when they're released. Return to the Downloads screen to begin the download.

| Download a pre-ordered item | Tap the item, then tap ⓘ. |
|---|---|

If a download is interrupted, the download resumes when there's an Internet connection. Or, if you open iTunes on your computer, iTunes completes the download to your iTunes library (if your computer is connected to the Internet and signed in using the same Apple ID).

## Changing the browse buttons

You can replace the Music, Podcasts, Videos, and Search buttons at the bottom of the screen with ones you use more frequently. For example, if you download audiobooks often but don't watch many videos, you could replace Videos with Audiobooks.

**Change the browse buttons:**  Tap More, tap Edit, then drag a button to the bottom of the screen, over the button you want to replace.

You can drag the buttons at the bottom of the screen left or right to rearrange them. When you finish, tap Done.

While you browse, tap More to access the browse buttons that aren't visible.

## Viewing account information

To view iTunes Store information for your Apple ID on iPhone, tap your Apple ID (at the bottom of most iTunes Store screens). Or go to Settings > Store and tap View Apple ID. You must be signed in to view your account information. See "Store settings" on page 106.

## Verifying downloads

You can use iTunes on your computer to verify that all the music, videos, apps, and other items you bought from the iTunes Store or App Store are in your iTunes library. You might want to do this if a download was interrupted.

**Verify your purchases:**  In iTunes on your computer, choose Store > Check for Available Downloads.

To see all of your purchases, sign in using your Apple ID, choose Store > View My Account, and click Purchase History.

# Newsstand

# 22



## About Newsstand

Newsstand organizes your magazine and newspaper app subscriptions with a shelf that lets you access your publications quickly and easily. Newsstand apps appear on the shelf, and as new issues become available, a badge lets you know they're ready for reading. They're delivered to iPhone automatically.



— Touch and hold a publication to rearrange.

**Find Newsstand apps:** Tap Newsstand to reveal the shelf, then tap Store.

When you purchase a newsstand app, it's added to your shelf for easy access. After the app is downloaded, open it to view its issues and subscription options.

Subscriptions are In-App purchases, billed to your store account. See "Store settings" on page 106.

Pricing varies, and Newsstand apps may not be available in all areas.

## Reading the latest issues

When a newspaper or magazine has a new issue, Newsstand downloads it when connected to Wi-Fi and notifies you by displaying a badge on the app icon. To start reading, open Newsstand, then look for appa with a "New" banner.

Each app has its own method of managing issues. For information about how to delete, find, or work with individual issues, see the app's help information or App Store listing.

**Turn off automatic downloads:** Go to Settings > Store and turn off automatic downloads for the publication.

# App Store

# 23



## About the App Store

You can search for, browse, review, purchase, and download apps from the App Store directly to iPhone.

To browse the App Store, iPhone must be connected to the Internet. See "Network" on page 148. To purchase apps, you also need an Apple ID (may not be available in all areas). See "Store settings" on page 106.

*Note:* The App Store may not be available in all areas, and App Store content may vary by area. Features are subject to change.



View Genius recommendations.

Check for app updates.

## Finding and downloading apps

Browse the featured selections to see new, notable, or recommended apps, or browse Top 25 to see the most popular apps. To look for a specific app, use Search.

**Browse the App Store:** Tap Featured, Categories, or Top 25.

| | |
|---|---|
| **Browse using Genius** | Tap Genius to see a list of recommended apps, based on what's already in your app collection. To turn on Genius, follow the onscreen instructions. Genius is a free service, but it requires an Apple ID. |
| **Search for apps** | Tap Search, tap the search field and enter one or more words, then tap Search. |
| **Get ratings and read reviews** | Tap Ratings near the bottom of the app's Info screen. You can rate and review apps you've downloaded. |
| **Email a link to the app's Info page in iTunes** | Tap "Tell a Friend" near the bottom of the app's Info screen. |
| **Send the app to someone as a gift** | Tap "Gift This App" near the bottom of the app's Info screen, then follow the onscreen instructions. |
| **Report a problem** | Tap "Report a Problem" near the bottom of the app's Info screen. Select a problem from the list or type optional comments, then tap Report. |
| **Purchase and download an app** | Tap the price (or tap Free), then tap Buy Now. If you already purchased the app, "Install" appears on the Info screen instead of the price. You won't be charged if you download it again. |
| **Redeem a gift card or code** | Tap Redeem near the bottom of the Featured screen, then follow the onscreen instructions. |
| **See the status of downloads** | As an app downloads, its icon appears on the Home screen and shows a progress indicator. |
| **Download a previous purchase** | Tap Purchased. You can also download an item while browsing; just tap Download where you usually see the price. |
| **Automatically download purchases made on other devices** | Go to Settings > Store, then turn on the kinds of purchases you want to automatically download. |
| **Update an app** | At the bottom of the app's Info screen, tap Updates and follow the onscreen instructions. |

## Deleting apps

You can delete apps you install from the App Store. If you delete an app, data associated with the app is also deleted.

**Delete an App Store app:** Touch and hold the app icon on the Home screen, until the icons start to jiggle, then tap ⊗. Press the Home button ☐ when you finish deleting apps.

For information about erasing every app and all of your data and settings, see "Erase All Content and Settings" on page 152.

You can download any deleted app that you've purchased from the App Store, free of charge.

| | |
|---|---|
| **Download a deleted app** | In the App Store, tap Updates, then tap Purchased. Tap the app, then tap Install. |

## Store settings

Use Store settings to sign in to an Apple ID, create a new Apple ID, or edit an existing one. If you have more than one Apple ID, you can use Store settings to sign out from one account and in to another. By default, the Apple ID that appears in Store settings is the one you're signed in to when you sync iPhone with your computer.

For iTunes Store terms and conditions, go to www.apple.com/legal/itunes/ww/.

**Sign in to an Apple ID:** Go to Settings > Store, tap Sign In, then tap Use Existing Apple ID and enter your Apple ID and password.

| | |
|---|---|
| **View and edit your account information** | Go to Settings > Store, tap your Apple ID, then tap View Apple ID. Tap an item to edit it. To change your account password, tap the Apple ID field. |
| **Sign in using a different Apple ID** | Go to Settings > Store, tap your account name, then tap Sign Out. |
| **Create a new Apple ID** | Go to Settings > Store, tap Sign In, then tap Create New Apple ID and follow the onscreen instructions. |
| **Automatically download purchases** | Go to Settings > Store, then turn on the types of purchases, such as Music or Books, that you want to automatically download to iPhone. You can also turn off automatic updating of Newsstand apps. |
| **Download purchases using the cellular network** | Go to Settings > Store, then turn Use Cellular Data on or off. Downloading purchases over the cellular network may incur charges from your carrier. Newsstand apps only update when iPhone is connected to a Wi-Fi network. See Chapter 22, "Newsstand," on page 103. |

# Contacts

# 24



## About Contacts

Contacts lets you easily access and edit your contact lists from personal, business, and organizational accounts. You can search across all of your groups, and the information in Contacts is automatically accessed to make addressing emails quick and easy.



Call

Send an email.

See a map and get directions.

Send a text message.

Make a FaceTime video call.

## Syncing contacts

You can add contacts in the following ways:

- In iTunes, sync contacts from Google or Yahoo!, or sync with applications on your computer. See "Syncing with iTunes" on page 18.
- Access your iCloud contacts. See "iCloud" on page 17.
- Set up a Microsoft Exchange account on iPhone, with Contacts enabled. See "Contacts accounts and settings" on page 109.
- Set up an LDAP or CardDAV account to access business or school directories. See "Contacts accounts and settings" on page 109.
- Enter contacts directly on iPhone. See "Adding and editing contacts" on page 108.
- Import contacts from a SIM card (GSM). See "Contacts accounts and settings" on page 109.

## Searching contacts

You can search titles and first, last, and company names in your contacts on iPhone. If you have a Microsoft Exchange account, an LDAP account, or a CardDAV account, you can also search those contacts.

**Search contacts:**  In Contacts, tap the search field at the top of any contact list and enter your search.

| | |
|---|---|
| **Search a GAL** | Tap Groups, tap Directories at the bottom of the list, then enter your search. |
| **Search an LDAP server** | Tap Groups, tap the LDAP server name, then enter your search. |
| **Search a CardDAV server** | Tap Groups, tap the searchable CardDAV group at the bottom of the list, then enter your search. |
| **Save contact information from a GAL, LDAP, or CardDAV server** | Search for the contact you want to add, then tap Add Contact. |

Contacts can also be found through searches from the Home screen. See "Searching" on page 28.

## Adding and editing contacts

**Add a contact on iPhone:**  Tap Contacts and tap ✚. If ✚ isn't visible, make sure you're not viewing an LDAP, CalDAV, or GAL contact list.

| | |
|---|---|
| **Delete a contact** | In Contacts, choose a contact, than tap Edit. Scroll down and tap Delete Contact. |
| **Add a contact from the numeric keypad** | Tap Keypad, enter a number, then tap ✚👤. Tap Create New Contact or tap "Add to Existing Contact" and choose a contact. |
| **Enter a soft (two-second) pause in a number** | Tap ⊞✳#, then tap Pause. One or more pauses may be required by a phone system before dialing an extension, for example. Each pause appears as a comma when the number is saved. |
| **Enter a hard pause in a number** | Tap ⊞✳#, then tap Wait. A hard pause appears as a semicolon when the number is saved. When dialing, iPhone pauses when it reaches the semicolon and waits until you tap Dial to continue. |
| **Add a recent caller's phone number to your contacts** | Tap Recents and tap ⊙ next to the number. Then tap Create New Contact, or tap "Add to Existing Contact" and choose a contact. |

**Edit contact information:**  Choose a contact, then tap Edit.

| | |
|---|---|
| **Add a new field** | Tap ⊕ Add Field. |
| **Add a contact's Twitter username** | Tap ⊕ Add Field, then tap Twitter. |
| **Change a field label** | Tap the label and choose a different one. To add a new label, scroll to the bottom of the list and tap Add Custom Label. |
| **Change the ringtone or text tone for the contact** | Tap the ringtone or text tone field, then choose a new sound. The default tone is set in Settings > Sounds. |
| **Delete an item** | Tap ⊖, then tap Delete. |
| **Assign a photo to a contact** | Tap Add Photo, or tap the existing photo. You can take a photo with the camera or use an existing photo.<br>To import photos from your contacts' Twitter profiles, go to Settings > Twitter. Sign in to your Twitter account, then tap Update Contacts. |

## Unified contacts

When you sync contacts with multiple accounts, you might have entries for the same person in more than one account. To keep redundant contacts from appearing in the All Contacts list, contacts from different accounts that have the same name are linked and displayed as a single *unified contact*. When you view a unified contact, the title Unified Info appears at the top of the screen.

**Link a contact:** Tap Edit, the tap 🔵 and choose a contact.

If you link contacts with different first or last names, the names on the individual contacts won't change, but only one name appears on the unified card. To choose which name appears when you view the unified card, tap the linked card with the name you prefer, then tap Use This Name For Unified Card.

| | |
|---|---|
| **View contact information from a source account** | Tap one of the source accounts. |
| **Unlink a contact** | Tap Edit, tap 🔴, then tap Unlink. |

Linked contacts aren't merged. If you change or add information in a unified contact, the changes are copied to each source account in which that information already exists.

## Contacts accounts and settings

You can add Contacts accounts, and adjust the way contact names are sorted and displayed.

**Add a Contacts account:**  Go to Settings > Mail, Contacts, Calendars, then tap Add Account.

To change Contacts settings, go to Settings > Mail, Contacts, Calendars and set these options:

| | |
|---|---|
| **Set how contacts are sorted** | Tap Sort Order to sort by first or last name. |
| **Set how contacts are displayed** | Tap Display Order and choose to display by first or last name. |
| **Import contacts from a SIM card** | Tap Import SIM Contacts. |
| **Set your My Info card** | Tap My Info and select the contact card with your name and information from the list. |
| | The My Info card is used by Siri and other apps. Use the related persons fields to define relationships you want Siri to know, so you can say things like "call my sister." |
| **Set a default Contacts account** | Tap Default Account, then select an account. New contacts you create without specifying another account are stored here. |
| **Use iCloud to keep Contacts up to date on your iOS devices and computers** | Go to Settings > iCloud, then turn on Contacts. See "iCloud" on page 17. |

# Videos

# 25



## About Videos

With iPhone, you can view video content such as movies, music videos, and video podcasts from iTunes, and, if they're available in your area, TV shows.

## Playing videos

**Play a video:** Tap the video.

Drag to skip forward or back.



Tap the video to show or hide controls.

Watch the video on a TV with Apple TV.

Choose a chapter.

Drag to adjust the volume.

*Cars 2* will be available on iTunes beginning November 1, 2011. Cars 2 © Disney/Pixar

| | |
|---|---|
| **Show or hide the playback controls** | While a video is playing, tap the screen. |
| **Adjust the volume** | Drag the volume slider, or use the volume buttons on the side of iPhone or the volume buttons on the iPhone earphones. |
| **Scale a video to fill the screen or fit to the screen** | Tap ⬚ or ⬚. Or, double-tap the video. |
| **Pause or resume playback** | Tap ❚❚ or ▶, or press the center button on the iPhone earphones. |
| **Start over from the beginning** | If the video contains chapters, drag the playhead along the scrubber bar all the way to the left. If there are no chapters, tap ⏮. If you're less than 5 seconds into the video, the previous video in your library opens. |
| **Skip to a specific chapter (if available)** | Tap ☰, then choose a chapter. |
| **Skip to the next chapter (if available)** | Tap ⏭, or press the center button on the iPhone earphones twice quickly. |
| **Skip to the previous chapter (if available)** | Tap ⏮, or press the center button on the iPhone earphones three times quickly. If you're less than 5 seconds into the video, the previous video in your library opens. |

| | |
|---|---|
| **Rewind or fast forward** | Touch and hold ◀◀ or ▶▶. |
| **Stop watching a video** | Tap Done. |
| **Select a different audio language (if available)** | Tap 🗩, then choose a language from the Audio list. |
| **Show or hide subtitles (if available)** | Tap 🗩, then choose a language, or Off, from the Subtitles list. |
| **Show or hide closed captioning (if available)** | Go to Settings > Video. |

## Searching for videos

You can search the titles of movies, TV shows, and video podcasts on iPhone.

**Search your videos:**  Tap the status bar at the top of the screen to reveal the search field, tap the field, then enter text.

You can also search for videos from the Home screen. See "Searching" on page 28.

## Watching rented movies

You can rent movies from the iTunes Store and watch them on iPhone. You can download rented movies directly to iPhone, or transfer movies from iTunes on your computer to iPhone. (Rented movies may not be available in all areas.)

Rented movies expire, and once you start watching, you have a limited amount of time to finish. The time remaining appears near the title. Rented items are deleted when they expire. Before renting a movie, check the iTunes Store for the rental period. For information, see "Purchasing or renting videos" on page 100.

**View a rented movie:**  Tap the video you want to watch. If you don't see the video in your list, it might still be downloading.

**Transfer rented movies to iPhone:**  Connect iPhone to your computer. Then select iPhone in the iTunes sidebar, click Movies, and select the rented movies you want to transfer. Your computer must be connected to the Internet. Movies rented on iPhone cannot be transferred to a computer.

On iPhone 3GS, you can transfer rented movies between iPhone and your computer. On iPhone 4, you can transfer rented movies between iPhone and your computer only if they were rented in iTunes on your computer.

## Watching videos on a TV

You can stream videos wirelessly to your TV using AirPlay and Apple TV, or connect iPhone to your TV using one of the following cables:

- Apple Digital AV Adapter and an HDMI cable (iPhone 4 or later)
- Apple Component AV Cable
- Apple Composite AV Cable
- Apple VGA Adapter and a VGA cable

Apple cables, adapters, and docks are available for purchase separately in many areas. Go to www.apple.com/store or check with your local Apple retailer.

**Stream videos using AirPlay:** Start video playback, then tap 🔲 and choose your Apple TV from the list of AirPlay devices. If 🔲 doesn't appear or if you don't see Apple TV in the list of AirPlay devices, make sure it's on the same wireless network as iPhone. For more information, see "AirPlay" on page 33.

While video is playing, you can exit Videos and use other apps. To return playback to iPhone, tap 🔲 and choose iPhone.

**Stream videos using a cable:** Use the cable to connect iPhone to your TV or AV receiver and select the corresponding input.

| | |
|---|---|
| **Connect using an AV cable** | Use the Apple Component AV Cable, Apple Composite AV Cable, or other authorized iPhone-compatible cable. You can also use these cables with the Apple Universal Dock to connect iPhone to your TV. You can use the dock's remote to control playback. |
| **Connect using an Apple Digital AV Adapter (iPhone 4 or later)** | Attach the Apple Digital AV Adapter to the iPhone Dock connector. Use an HDMI cable to connect the HDMI port of the adapter to your TV or receiver. To keep iPhone charged while watching videos, use an Apple Dock Connector to USB Cable to connect the 30-pin port of the adapter to your computer, or to a USB Power Adapter plugged into a power outlet. |
| **Connect using a VGA Adapter** | Attach the VGA Adapter to the iPhone Dock connector. Connect the VGA Adapter with a VGA cable to a compatible TV, projector, or VGA display. |

The Digital AV Adapter supports high-definition video up to 720p, with audio.

When you connect iPhone 4S to a TV or projector using an Apple Digital AV Adapter or VGA Adapter, the iPhone screen is automatically mirrored on the external display in up to 1080p resolution, and videos play at a maximum resolution of 720p.

You can also mirror the iPhone 4S screen on a TV wirelessly using AirPlay Mirroring and Apple TV. See "AirPlay" on page 33.

## Deleting videos from iPhone

You can delete videos from iPhone to save space. Deleting a video from iPhone (other than a rented movie) doesn't delete the video from your iTunes library. It may reappear on iPhone if the video in iTunes is still set to sync.

*Important:* If you delete a rented movie show from iPhone, it's deleted permanently and cannot be transferred back to your computer.

**Delete a video:** In the videos list, swipe left or right over the video, then tap Delete.

## Using Home Sharing

Home Sharing lets you play music, movies, and TV shows on iPhone from the iTunes library on your Mac or PC. See "Home Sharing" on page 65.

## Setting a sleep timer

You can set iPhone to stop playing music or videos after a period of time.

**Set a sleep timer:** From the Home screen choose Clock > Timer, then flick to set the number of hours and minutes. Tap When Timer Ends and choose Sleep iPod, tap Set, then tap Start to start the timer.

When the timer ends, iPhone stops playing music or video, closes any other open app, and then locks itself.

## Converting videos for iPhone

You can add videos other than those purchased from the iTunes Store to iPhone, such as videos you create in iMovie on a Mac, or videos you download from the Internet and then add to iTunes. If you try to add a video from iTunes to iPhone and a message says the video can't play on iPhone, you can convert the video.

**Convert a video to work with iPhone:** Select the video in your iTunes library and choose Advanced > "Create iPod or iPhone Version." Then add the converted video to iPhone.

# Calculator

# 26



## Using the calculator

Tap numbers and functions in Calculator just as you would with a standard calculator. When you tap the add, subtract, multiply, or divide button, a white ring appears around the button to let you know the operation to be carried out.

Clear memory.



Add a number to memory.

Subtract a number from memory.

Get a number from memory (a white ring indicates a number is stored in memory).

Clear the display.

## Scientific calculator

Rotate iPhone to landscape orientation to display the scientific calculator.

# Compass

# 27



## About Compass

The built-in compass shows which direction your iPhone is pointing and the geographical coordinates of your current location. You can have the compass point to magnetic north or true north.

*Important:* The accuracy of the compass can be affected by magnetic or environmental interference; even the magnets in the iPhone earbuds can cause a deviation. Use the digital compass only for basic navigation assistance and don't rely on it to determine precise location, proximity, distance, or direction.

If Location Services is turned off when you open Compass, you may be asked to turn it on. You can use Compass without turning on Location Services. See "Location Services" on page 145.



The direction iPhone is pointing

Current location

Choose Magnetic or True readings.

Show your current location in Maps.

## Calibrating the compass

You need to calibrate the compass the first time you use it, and occasionally after that. iPhone alerts you if calibration is needed.

**Calibrate the internal compass:** Wave iPhone in a figure eight.

## Finding the direction

**Find the direction your iPhone is pointing:** Hold iPhone flat in your hand, level with the ground. Its heading appears at the top of the screen and location is displayed at the bottom.

| | |
|---|---|
| **Switch between true north and magnetic north** | Tap 🛈. |

## Using Compass with Maps

The Compass app can also show your current location and heading in Maps. For information, see "Finding locations" on page 84.

**See your current location in Maps:** Tap ◤ at the bottom of the Compass screen. Maps opens and shows your current location with a blue marker.

| | |
|---|---|
| **Show the direction you're facing** | In Maps, tap ◤ twice. The icon changes to ◥. The angle shows the accuracy of the compass reading—the smaller the angle, the greater the accuracy. |

# Voice Memos

# 28



## About Voice Memos

Voice Memos lets you use iPhone as a portable recording device using the built-in microphone, iPhone or Bluetooth headset mic, or supported external microphone. Recordings using the built-in microphone are mono, but you can record stereo using an external stereo microphone.

*Note:* External microphones must be designed to work with the iPhone headset jack or Dock Connector. These include Apple-branded earbuds and authorized third-party accessories marked with the Apple "Made for iPhone" or "Works with iPhone" logo.



Recording level

See your list of recordings.

Start, pause, or stop recording.

## Recording

**Make a recording:** Tap ● or press the center button on the iPhone earphones. Tap ❚❚ to pause or ■ to stop recording, or press the center button on the iPhone earphones.

| | |
|---|---|
| **Adjust the recording level** | Move the microphone closer to or further away from what you're recording. For better recording quality, the loudest level on the level meter should be between –3 dB and 0 dB. |
| **Play or mute the start/stop tone** | Use the iPhone Ring/Silent switch. (In some areas, the sound effects for Voice Memos are played even if the Ring/Silent switch is set to silent.) |
| **Use another app while recording** | Press the Home button ☐ and open an app. To return to Voice Memos, tap the red bar at the top of the screen. |

## Listening to a recording

**Play a recording:** Tap ☰, tap a memo, then tap ▶. Tap ❚❚ to pause.



Listen to the recording.

Trim or relabel the recording.

Drag to skip to any point.

Attach the recording to an email or text message.

| | |
|---|---|
| **Skip to any point in a recording** | Drag the playhead along the scrubber bar. |
| **Listen through the built-in iPhone speaker instead of the receiver** | Tap Speaker. |
| **Trim a recording** | Tap ⊘ next to the recording, then tap Trim Memo. Drag the edges of the audio region, then tap ▶ to preview. Adjust if necessary, then tap Trim Voice Memo to save. The portions you trim can't be recovered. |

## Managing and sharing recordings

A recording is labeled with the time when it was recorded.

**Label a recording:** Tap ⊙ next to the recording, tap ❯ on the Info screen, then choose a label or choose Custom.

| | |
|---|---|
| **Delete a recording** | Tap a recording in the list, then tap Delete. |
| **View recording details** | Tap ⊙ next to the recording. |
| **Email a recording or send it in a message** | Tap a recording in the list, then tap Share. |

## Sharing voice memos with your computer

iTunes can sync voice memos with your iTunes library when you connect iPhone to your computer.

When you sync voice memos to iTunes, they remain in the Voice Memos app until you delete them. If you delete a voice memo on iPhone, it isn't deleted from the Voice Memos playlist in iTunes. However, if you delete a voice memo from iTunes, it *is* deleted from iPhone the next time you sync with iTunes.

**Sync voice memos with iTunes:** Connect iPhone to your computer and select iPhone in the iTunes device list. Select Music at the top of the screen (between Apps and Movies), select Sync Music, select "Include voice memos," and click Apply.

The voice memos from iPhone appear in the Voice Memos playlist in iTunes.

# Nike + iPod

# 29



## About Nike + iPod

With a Nike + iPod Sensor (sold separately), the Nike + iPod app provides audible feedback on your speed, distance, time elapsed, and calories burned during a run or walk. You can send your workout information to nikeplus.com, where you can track your progress, set goals, and participate in challenges.



Choose a workout type.

Calibrate based on your last workout.

Review your workout history.

Choose a standard workout.

Choose or create a custom workout.

## Activating Nike + iPod

The Nike + iPod app doesn't appear on the Home screen until you turn it on.

For help setting up Nike + iPod, see the Nike + iPod documentation.

**Turn on Nike + iPod:** Go to Settings > Nike + iPod.

## Linking a sensor

Nike + iPod bases its workout data on a signal from a sensor (sold separately) that you attach to your shoe. The first time you start a workout, you're prompted to activate your sensor, which automatically links the sensor to iPhone. You can also use Nike + iPod settings to link a sensor to iPhone.

Nike + iPod can link to only one sensor at a time. To use a different sensor, use Nike + iPod settings to link to the new sensor.

**Link your sensor to iPhone:** Attach the sensor to your shoe, then go to Settings > Nike + iPod > Sensor.

| | |
|---|---|
| **Link to a different sensor to iPhone** | Go to Settings > Nike + iPod > Sensor and tap Link New. |

## Working out with Nike + iPod

After activating Nike + iPod and inserting the Nike + iPod Sensor in your Nike+ ready shoe, you're ready to collect workout data.

*Important:* Before starting any exercise program, you should consult with a physician and have a complete physical examination. Do a warmup or stretching exercise before beginning any workout. Be careful and attentive while exercising. Slow down, if necessary, before adjusting your device while running. Stop exercising immediately if you feel pain, or feel faint, dizzy, exhausted, or short of breath. By exercising, you assume the risks inherent in physical exercise, including any injury that may result from such activity.

**Work out using Nike + iPod:** Open Nike + iPod, tap Workouts, and choose a workout. Data collection continues while iPhone is asleep.

| | |
|---|---|
| **Pause or resume your workout** | If your workout is interrupted, wake iPhone and tap ❚❚ on the lock screen. Tap ▶ when you're ready to go. |
| **End your workout** | Wake iPhone, tap ❚❚, then tap End Workout. |
| **Change workout settings** | Go to Settings > Nike + iPod. |

## Calibrating Nike + iPod

To ensure accurate workout data, you can calibrate Nike + iPod to the length or your walking or running stride.

**Calibrate Nike + iPod:** Record a running or walking workout over a known distance of at least a quarter mile (400 meters). Then, after you tap End Workout, tap Calibrate on the workout summary screen and enter the actual distance you covered.

| | |
|---|---|
| **Reset to the default calibration** | Go to Settings > Nike + iPod. |

## Sending workout data to Nikeplus.com

At nikeplus.com you can track your progress over time, view a record of all of your past workouts, set and monitor goals, and compare your results with others. You can even compete with other Nike + iPod users in online workout challenges.

**Send workout data wirelessly to nikeplus.com from iPhone:** With iPhone connected to the Internet, open Nike + iPod, tap History, then tap "Send to Nike+."

| | |
|---|---|
| **See your workouts on nikeplus.com** | In Safari, go to nikeplus.com, log in to your account, and follow the onscreen instructions. |

# iBooks

# 30



## About iBooks

iBooks is a great way to read and buy books. Download the free iBooks app from the App Store, and then get everything from classics to best sellers from the built-in iBookstore. Once you download a book, it's displayed on your bookshelf.

To download the iBooks app and use the iBookstore, you need an Internet connection and an Apple ID. If you don't have an Apple ID, or if you want to make purchases using another Apple ID, go to Settings > Store. See "Store settings" on page 106.

*Note:*  The iBooks app and the iBookstore may not be available in all languages or areas.

## Using the iBookstore

In the iBooks app, tap Store to open the iBookstore. From there, you can browse featured books or best sellers, and browse for books by author or topic. When you find a book you like, you can purchase and download it.

*Note:*  Some features of the iBookstore may not be available in all areas.

**Purchase a book:**  Find a book you want, tap the price, then tap Buy Now. Sign in using your Apple ID, then tap OK. Some books may be free for downloading.

| | |
|---|---|
| **Get more information** | In the iBookstore, you can read a summary of the book, read or write a review, and download a sample of the book before buying it. |
| **Download a previous purchase** | Tap Purchased.<br>You can also download an item while browsing; just tap Download where you usually see the price. |
| **Automatically download purchases made on other iOS devices and computers** | In Settings, choose Store, then turn on the kinds of purchases you want to automatically download. |

## Syncing books and PDFs

Use iTunes to sync your books and PDFs between iPhone and your computer. When iPhone is connected to your computer, the Books pane lets you select which items to sync.

You can sync books that you download or purchase from the iBookstore. You can also add DRM-free ePub books and PDFs to your iTunes library. There are several websites that offer books in ePub and PDF format.