**Sync an ePub book or PDF to iPhone:**  In iTunes on your computer, choose File > Add to Library and select the file. Select the book or PDF in the Books pane in iTunes, and then sync.

To quickly add a PDF to iBooks without syncing, email the PDF to yourself from your computer. Open the email message on iPhone, then tap the PDF attachement and choose "Open in iBooks" from the menu that appears.

## Reading books

Reading a book is easy. Go to the bookshelf and tap the book you want to read. If you don't see the book you're looking for, tap the name of the current collection at the top of the screen to go to other collections.



Add a bookmark.

Tap to play.

Go to a different page.

**Read a book while lying down:**  Use the portrait orientation lock to prevent iPhone from rotating the screen when you rotate iPhone. See "Viewing in portrait or landscape orientation" on page 21.

| Turn pages | Tap near the right or left margin of a page, or flick left or right. To change the direction the page turns when you tap the left margin, go to Settings > iBooks. |
|---|---|
| Go to the table of contents | Tap near the center of the current page to show the controls, then tap ☰. Tap an entry to jump to that location, or tap Resume to return to the current page. |
| Add or remove a bookmark | Tap the ribbon button to set a bookmark. You can have multiple bookmarks. To remove a bookmark, tap it.<br><br>You don't need to set a bookmark when you close a book, because iBooks remembers where you left off and returns there when you open the book again. |
| Add, remove, or edit a highlight | Touch and hold any word until it's selected. Use the grab points to adjust the selection, then tap Highlight.<br><br>*To remove a highlight*, tap the highlighted text, then tap Remove Highlight.<br><br>*To change the color of a highlight*, tap the highlighted text, then tap Colors and select a color from the menu. |

| Add, remove, or edit a note | Touch and hold any word until it's selected. Use the grab points to adjust the selection, then tap Note. Type some text, then tap Done. |
| | *To view a note,* tap the indicator in the margin near the highlighted text. |
| | *To remove a note,* tap the highlighted text, then tap Delete Note. |
| | *To change the color of a note,* tap the highlighted text, then tap Colors and select a color from the menu. |
| See all your bookmarks, highlights, and notes | *To see the bookmarks, highlights, and notes you've added,* tap ☰, then tap Bookmarks. |
| | *To view a note,* tap its indicator. |
| Enlarge an image | Double-tap the image. |
| Go to a specific page | Tap near the center of the current page to show the controls, then drag the page navigation control at the bottom of the screen to the desired page. |
| Return to reading after viewing the table of contents or a footnote | Tap Resume. |

## Reading PDFs

You can use iBooks to read PDFs. Go to the bookshelf and tap the current collection (the button in the top middle), select the PDFs collection or another collection, then tap the PDF you want to read.

**Go to a specific page:** Tap near the center of the current page to show the controls, then drag the page navigation control at the bottom of the screen to the desired page, or tap a thumbnail to jump to that page.

| Enlarge a page | Pinch to zoom in on the page, then scroll to see the portion you want. |
| Turn pages | Flick left or right. |
| Add or remove a bookmark | Tap the ribbon button to set a bookmark. You can have multiple bookmarks. |
| | To remove a bookmark, tap it. |
| | You don't need to set a bookmark when you close a PDF, because iBooks remembers where you left off and returns there when you open it again. |
| Go to the table of contents | Tap near the center of the current page to show the controls, then tap ☰. Tap an entry to jump to that location, or tap Resume to return to the current page. |
| | If there's no table of contents, you can tap a page icon instead to go to that page. |

## Changing a book's appearance

To change the appearance of a book, access the controls by tapping near the center of a page.

**Change the font or type size:** tap ᴀA.

Changing the font and size also changes text formatting.

| Change the brightness | Tap ☀, then adjust the brightness. |
| Change the page and type color | Tap ᴀA, then turn the Sepia option on to change the color of the page and type. This setting applies to all books. |
| Turn justification and hyphenation on or off | Go to Settings > iBooks. |

These settings only apply to books. You can't change the appearance of PDFs.

## Searching books and PDFs

You can search for the title or author of a book to locate it on the bookshelf. You can also search the contents of a book to find all the references to a word or phrase you're interested in, or send a search to Wikipedia or Google to find other related resources.

**Search in a book:** Tap near the center of the page to show the controls, then tap the magnifying glass.

| Search for a book | Go to the bookshelf. Tap the status bar to scroll to the top of the screen, then tap the magnifying glass. Searching looks at the title and author's name. |
|---|---|
| Search Wikipedia or Google | Tap Search Google or Search Wikipedia. Safari opens and displays the result. |
| Search for a word in a book | Touch and hold the word, then tap Search. |

## Looking up the definition of a word

You can look up the definition of a word using the dictionary.

**Look up a word:** Select a word in a book, then tap Dictionary in the menu that appears.

Dictionaries may not be available for all languages.

## Having a book read to you

Some books have a recording of the book being read and, optionally, can automatically turn pages for you. Some books also highlight each word as it's spoken by the narrator.

**Listen to a book:** Tap near the center of the page to show the controls, then tap 🕮.

If you don't see 🕮, the book can't be read aloud.

**Stop the narration:** Tap to show the controls, then tap 🕮 and tap Stop Reading.

If you have a visual impairment, you can also use VoiceOver to have the text of almost any book spoken. See "VoiceOver" on page 128.

## Printing or emailing a PDF

You can use iBooks to send a copy of a PDF via email, or to print all or a portion of the PDF to a supported printer.

You can only email or print PDFs. These options aren't available for ePub books.

**Email a PDF:** Open the PDF, then tap 📩 and choose Email Document. A new message appears with the PDF attached. When you finish addressing and writing your message, tap Send.

| Print a PDF | Open the PDF, then tap 📩 and choose Print. Select a printer and the page range and number of copies, then tap Print. For more information, see "Printing" on page 27. |
|---|---|

## Organizing the bookshelf

Use the bookshelf to browse your books and PDFs. You can also organize items into collections.



— View collections.

— Touch and hold a book to rearrange.

**Move a book or PDF to a collection:**  Go to the bookshelf and tap Edit. Select the items you want to move, then tap Move and select a collection.

When you add a book or PDF to your bookshelf, it's added to the Books or PDF collection. From there, you can move it to a different collection. You might want to create collections for work and school, for example, or for reference and leisure reading.

| View a collection | Tap the name of the current collection at the top of the screen, then pick a new one from the list that appears. |
|---|---|
| Manage collections | Tap the name of the current collection you're viewing, such as Books or PDFs, to display the collections list. |
| | To edit the name of a collection, tap its name. |
| | You can't edit or remove the built-in Books and PDFs collections. |
| Sort the bookshelf | Tap the status bar to scroll to the top of the screen, then tap ≣ and select a sort method from the choices at the bottom of the screen. |
| Delete an item from the bookshelf | Tap Edit, then tap each book or PDF that you want to delete so that a checkmark appears. Tap Delete. When you finish, tap Done. |
| | If you delete a book you purchased, you can download it again from Purchases in the iBookstore. |

## Syncing bookmarks and notes

iBooks saves your bookmarks, notes, and current page information in your Apple account, so they're always up to date and you can read a book seamlessly across multiple iOS devices. For PDFs, the bookmarks and current page information are synced.

**Turn bookmark syncing on or off:**  Go to Settings > iBooks, then turn Sync Bookmarks on or off.

You must have an Internet connection to sync your settings. iBooks syncs information for all of your books when you open or quit the app. Information for individual books is also synced when you open or close the book.

# Accessibility

# 31

## Universal Access features

iPhone incorporates numerous accessibility features, including:

- VoiceOver
- Call audio routing
- Siri
- Zoom
- Large Text
- White on Black
- Speak Selection
- Speak Auto-text
- Mono Audio and balance
- Hearing Aid Mode (iPhone 4 GSM)
- Custom Vibrations
- LED Flash for Alerts
- AssistiveTouch
- Support for braille displays
- Playback of closed-captioned content

With the exception of VoiceOver, these accessibility features work with most iPhone apps, including third-party apps you download from the App Store. VoiceOver works with all apps that come preinstalled on iPhone, and with many third-party apps.

For more information about iPhone accessibility features, go to www.apple.com/accessibility.

You can turn individual accessibility features on or off in Accessibility settings on iPhone. You can also turn some features on or off in iTunes when iPhone is connected to your computer.

**Turn on accessibility features using iPhone:** Go to Settings > General > Accessibility.

**Turn on accessibility features using iTunes:** Connect iPhone to your computer and select iPhone in the iTunes device list. Click Summary, then click Configure Universal Access at the bottom of the Summary screen.

Large Text can only be turned on or off in iPhone settings. See "Large Text" on page 138.

## VoiceOver

VoiceOver describes aloud what appears onscreen, so you can use iPhone without seeing it.

VoiceOver tells you about each element on the screen as you select it. When you select an element, a black rectangle (the VoiceOver cursor) encloses it and VoiceOver speaks the name or describes the item.

Touch the screen or drag your fingers to hear different items on the screen. When you select text, VoiceOver reads the text. If you turn on Speak Hints, VoiceOver may tell you the name of the item and provide instructions for you—for example, "double-tap to open." To interact with items on the screen, such as buttons and links, use the gestures described in "Learning VoiceOver gestures" on page 130.

When you go to a new screen, VoiceOver plays a sound and automatically selects and speaks the first element of the screen (typically, the item in the upper-left corner). VoiceOver also lets you know when the display changes to landscape or portrait orientation, and when the screen is locked or unlocked.

*Note:* VoiceOver speaks in the language specified in International settings, which may be influenced by the Region Locale setting. VoiceOver is available in many languages, but not all.

### Setting up VoiceOver

*Important:* VoiceOver changes the gestures you use to control iPhone. Once VoiceOver is turned on, you must use VoiceOver gestures to operate iPhone—even to turn VoiceOver off again to resume standard operation.

*Note:* You can't use VoiceOver and Zoom at the same time.

**Turn VoiceOver on or off:** Go to Settings > General > Accessibility > VoiceOver. You can also set Triple-click Home to turn VoiceOver on or off. See "Triple-Click Home" on page 138.

| | |
|---|---|
| **Turn spoken hints on or off** | Go to Settings > General > Accessibility > VoiceOver. When Speak Hints is turned on, VoiceOver may tell you the action of the item or provide instructions for you—for example, "double-tap to open." You can also add Hints to the rotor, then swipe up or down to adjust. See "Using the VoiceOver rotor control" on page 132. |
| **Set the VoiceOver speaking rate** | Go to Settings > General > Accessibility > VoiceOver and drag the Speaking Rate slider. You can also add Speech Rate to the rotor, then swipe up or down to adjust. See "Using the VoiceOver rotor control" on page 132. |
| **Change typing feedback** | Go to Settings > General > Accessibility > VoiceOver > Typing Feedback. |
| **Use phonetics in typing feedback** | Go to Settings > General > Accessibility > VoiceOver > Use Phonetics. Text is read character-by-character. Voiceover first speaks the character, then its phonetic equivalent—for example, "f" and then "foxtrot." |
| **Use pitch change** | Go to Settings > General > Accessibility > VoiceOver > Use Pitch Change. VoiceOver uses a higher pitch when entering a letter, and a lower pitch when deleting a letter. VoiceOver also uses a higher pitch when speaking the first item of a group (such as a list or table) and a lower pitch when speaking the last item of a group. |
| **Set rotor options** | Go to Settings > General > Accessibility > VoiceOver > Rotor. Tap to select or deselect options, or drag ☰ up to reposition an item. |
| **Change VoiceOver pronunciation** | Set the rotor to Language and then swipe up or down. The Language rotor position is available when you select more than one pronunciation. |
| **Select the pronunciations available in the language rotor** | Go to Settings > General > Accessibility > VoiceOver > Language Rotor. To change the position of a language in the list, drag ☰ up or down. |

| | |
|---|---|
| Change the language for iPhone | Go to Settings > General > International > Language. Some languages may be affected by the Region Local setting in Settings > General > International > Region Format. |
| Skip images while navigating | Go to Settings > General > Accessibility > VoiceOver > Navigate Images. You can choose to skip all images or only those without descriptions. |
| Speak notifications when you unlock iPhone | Go to Settings > General > Accessibility > VoiceOver > Speak Notifications. If this is off, iPhone speaks only the time when you unlock it. |

## Using VoiceOver

**Select items on the screen:** Drag your finger over the screen. VoiceOver identifies each element as you touch it. You can move systematically from one element to the next by flicking left or right with a single finger. Elements are selected from left-to-right, top-to-bottom. Flick right to go to the next element, or flick left to go to the previous element.

| | |
|---|---|
| Enable vertical navigation | Add Vertical Navigation to the rotor, use the rotor to select it, then swipe up or down to move to the item above or below. See "Using the VoiceOver rotor control" on page 132. |
| Select the first or last element on the screen | Flick up or down with four fingers. |
| Unlock iPhone | Select the Unlock button, then double-tap the screen. |
| Select an item by name | Triple-tap with two fingers anywhere on the screen to open the Item Chooser. Then type a name in the search field, or flick right or left to move through the list alphabetically, or tap the table index to the right of the list and flick up or down to move quickly through the list of items. |
| Change the name of a screen item so it's easier to find | Tap and hold with two fingers anywhere on the screen. |

**Speak the text of the selected element:** Flick down or up with one finger to read the next or previous word or character (twist the rotor control to choose characters or words). You can include the phonetic spelling. See "Setting up VoiceOver" on page 128.

| | |
|---|---|
| Stop speaking an item | Tap once with two fingers. Tap again with two fingers to resume speaking. Speaking automatically resumes when you select another item. |
| Change the speaking volume | Use the volume buttons on iPhone, or add volume to the rotor and swipe up and down to adjust. See "Using the VoiceOver rotor control" on page 132. |
| Mute VoiceOver | Double-tap with three fingers. Double-tap again with three fingers to turn speaking back on. To turn off only VoiceOver sounds, set the Ring/Silent switch to Silent. If an external keyboard is connected, you can also press the Control key on the keyboard to mute or unmute VoiceOver. |
| Use the compact reading voice | iOS 5 includes a new reading voice that is automatically downloaded to iPhone. If you prefer the original voice, go to Settings > General > Accessibility > VoiceOver > Use Compact Voice. |
| Speak the entire screen from the top | Flick up with two fingers. |
| Speak from the current item to the bottom of the screen | Flick down with two fingers. |
| Speak the iPhone status information | Tap the top of the screen to hear such information as the time, battery life, Wi-Fi signal strength, and more. |

**"Tap" the selected item when VoiceOver is on:** Double-tap anywhere on the screen.

| | |
|---|---|
| **"Double-tap" the selected item when VoiceOver is on** | Triple-tap anywhere on the screen. |
| **Adjust a slider** | With a single finger, flick up to increase the setting or down to decrease the setting. VoiceOver announces the setting as you adjust it. |
| **Scroll a list or area of the screen** | Flick up or down with three fingers. Flick down to page down through the list or screen, or flick up to page up. When paging through a list, VoiceOver speaks the range of items displayed (for example, "showing rows 5 through 10"). You can also scroll continuously through a list, instead of paging through it. Double-tap and hold. When you hear a series of tones, you can move your finger up or down to scroll the list. Continuous scrolling stops when you lift your finger. |
| **Use a list index** | Some lists have an alphabetical index along the right side. The index can't be selected by flicking between elements; you must touch the index directly to select it. With the index selected, flick up or down to move along the index. You can also double-tap, then slide your finger up or down. |
| **Reorder a list** | Some lists, such as Favorites in Phone, and Rotor and Language Rotor in Accessibility settings can be reordered. Select ≡ on the right side of an item, double-tap and hold until you hear a sound, then drag up or down. VoiceOver speaks the item you've moved above or below, depending on the direction you're dragging. |
| **Rearrange the Home screen** | On the Home screen, select the icon you want to move. Double-tap and hold the icon, then drag it. VoiceOver speaks the row and column position as you drag the icon. Release the icon when it's in the location you want. You can drag additional icons. Drag an item to the left or right edge of the screen to move it to a different page of the Home screen. When you finish, press the Home button ⬜. |
| **Turn the screen curtain on or off** | Triple-tap with three fingers. When the screen curtain is on, the screen contents are active even though the display is turned off. |
| **Unlock iPhone** | Select the Unlock switch, then double-tap the screen. |

## Learning VoiceOver gestures

When VoiceOver is turned on, the standard touchscreen gestures have different effects. These and some additional gestures let you move around the screen and control individual elements when they're selected. VoiceOver gestures include two- and three-fingers gestures to tap or flick. For best results when using two- and three-finger gestures, relax and let your fingers touch the screen with some space between them.

You can use standard gestures when VoiceOver is turned on, by double-tapping and holding your finger on the screen. A series of tones indicates that normal gestures are in force. They remain in effect until you lift your finger. Then VoiceOver gestures resume.

You can use different techniques to enter VoiceOver gestures. For example, you can enter a two-finger tap using two fingers from one hand, or one finger from each hand. You can also use your thumbs. Many find the "split-tap" gesture especially effective: instead of selecting an item and double-tapping, you can touch and hold an item with one finger, then tap the screen with another finger. Try different techniques to discover which works best for you.

If your gestures don't work, try quicker movements, especially for double-tapping and flicking gestures. To flick, try quickly brushing the screen with your finger or fingers. When VoiceOver is turned on, the VoiceOver Practice button appears, which gives you a chance to practice VoiceOver gestures before proceeding.

**Practice gestures:** Go to Settings > General > Accessibility > VoiceOver, then tap VoiceOver Practice. When you finish practicing, tap Done.

If you don't see the VoiceOver Practice button, make sure VoiceOver is turned on.

Here's a summary of key VoiceOver gestures:

**Navigate and read**

- *Tap:* Speak item.
- *Flick right or left:* Select the next or previous item.
- *Flick up or down:* Depends on the Rotor Control setting. See "Using the VoiceOver rotor control" on page 132.
- *Two-finger tap:* Stop speaking the current item.
- *Two-finger flick up:* Read all from the top of the screen.
- *Two-finger flick down:* Read all from the current position.
- *Two-finger "scrub":* Move two fingers back and forth three times quickly (making a "z") to dismiss an alert or go back to the previous screen.
- *Two-finger triple tap:* Open the Item Chooser.
- *Three-finger flick up or down:* Scroll one page at a time.
- *Three-finger flick right or left:* Go to the next or previous page (such as the Home screen, Stocks, or Safari).
- *Three-finger tap:* Speak additional information, such as position within a list or whether text is selected.
- *Four-finger tap at top of screen:* Select the first item on the page.
- *Four-finger tap at bottom of screen:* Select the last item on the page.

**Activate**

- *Double-tap:* Activate the selected item.
- *Triple-tap:* Double-tap an item.
- *Split-tap:* An alternative to selecting an item and double-tapping is to touch an item with one finger, then tap the screen with another to activate an item.
- *Touch an item with one finger, tap the screen with another finger ("split-tapping"):* Activate the item.
- *Double-tap and hold (1 second) + standard gesture:* Use a standard gesture.

  The double-tap and hold gesture tells iPhone to interpret the subsequent gesture as standard. For example, you can double-tap and hold, then without lifting your finger, drag your finger to slide a switch.
- *Two-finger double-tap:* Answer or end a call. Play or pause in Music, Videos, YouTube, Voice Memos, or Photos. Take a photo (Camera). Start or pause recording in Camera or Voice Memos. Start or stop the stopwatch.
- *Two-finger double-tap and hold:* Open the element labeler.
- *Two-finger triple-tap:* Open the Item Chooser.
- *Three-finger double-tap:* Mute or unmute VoiceOver.
- *Three-finger triple-tap:* Turn the screen curtain on or off.

### Using the VoiceOver rotor control

The rotor control is a virtual dial that you can use to change the results of up and down flick gestures when VoiceOver is turned on.

**Operate the rotor:** Rotate two fingers on the iPhone screen around a point between them.



**Change the options included in the rotor:** Go to Settings > General > Accessibility > VoiceOver > Rotor and select the options you want to be available using the rotor.

The effect of the rotor setting depends on what you're doing. If you're reading text in an email you received, you can use the rotor to switch between hearing text spoken word-by-word or character-by-character when you flick up or down. If you're browsing a webpage, you can use the rotor setting to hear all the text (either word-by-word or character-by-character), or to jump from one element to another of a certain type, such as headers or links.

**Reading text**
Select and hear text by:

• Character, word, or line

**Speaking**
Adjust VoiceOver speaking by:

• Volume or rate

• Use of typing echo, pitch change, or phonetics (using Apple Wireless Keyboard)

See "Controlling VoiceOver using an Apple Wireless Keyboard" on page 135.

**Navigating**
Select and hear items by:

• Character, word, or line

• Heading

• Link, visited link, non-visited link, or in-page link

• Form control

• Table or row (when navigating a table)

• List

• Landmark

• Image

• Static text

• Items of the same type

• Buttons

• Text fields

• Search fields

• Containers (screen regions such as the dock)

Zoom in or out

**Entering text**

Move insertion point and hear text by:

• Character, word, or line

Select edit function

Select language

**Using a control**

Select and hear values by:

• Character, word, or line

Adjust the value of the control object

## Entering and editing text with VoiceOver

When you select a text field with VoiceOver, you can use the onscreen keyboard or an external keyboard connected to iPhone to enter text.

There are two ways to enter text in VoiceOver—*standard* typing and *touch* typing. With standard typing, you select a key, then double-tap the screen to enter the character. With touch typing, you touch to select a key and the character is entered automatically when you lift your finger. Touch typing can be quicker, but may require more practice than standard typing.

VoiceOver also lets you use the editing features of iPhone to cut, copy, or paste in a text field.

**Enter text:** Select an editable text field, double-tap to display the insertion point and the onscreen keyboard, and type characters.

• *Standard typing:* Select a key on the keyboard by flicking left or right, then double-tap to enter the character. Or move you finger around the keyboard to select a key and, while continuing to touch the key with one finger, tap the screen with another finger. VoiceOver speaks the key when it's selected, and again when the character is entered.

• *Touch typing:* Touch a key on the keyboard to select it, then lift your finger to enter the character. If you touch the wrong key, move your finger on the keyboard until you select the key you want. VoiceOver speaks the character for each key as you touch it, but doesn't enter a character until you lift your finger.

  *Note:* Touch typing works only for the keys that enter text. Use standard typing for other keys such as Shift, Delete, and Return.

**Move the insertion point:** Flick up or down to move the insertion point forward or backward in the text. Use the rotor to choose whether you want to move the insertion point by character, by word, or by line. VoiceOver makes a sound when the insertion point moves, and speaks the character, word, or line that the insertion point moves across.

When moving forward by words, the insertion point is placed at the end of each word, before the space or punctuation that follows. When moving backward, the insertion point is placed at the end of the preceding word, before the space or punctuation that follows it. To move the insertion point past the punctuation at the end of a word or sentence, use the rotor to switch back to character mode. When moving the insertion point by line, VoiceOver speaks each line as you move across it. When moving forward, the insertion point is placed at the beginning of the next line (except when you reach the last line of a paragraph, when the insertion point is moved to the end of the line just spoken). When moving backward, the insertion point is placed at the beginning of the line that's spoken.

| | |
|---|---|
| **Choose standard or touch typing** | With VoiceOver turned on and a key selected on the keyboard, use the rotor to select Typing Mode, then flick up or down. |
| **Delete a character** | Select the ⌫, then double-tap or split-tap. You must do this even when touch typing. To delete multiple characters, touch and hold the Delete key, then tap the screen with another finger once for each character your want to delete. VoiceOver speaks the character as it's deleted. If Use Pitch Change is turned on, VoiceOver speaks deleted characters in a lower pitch. |
| **Select text** | Set the rotor to Edit, flick up or down to choose Select or Select All, then double tap. If you chose Select, the word closest to the insertion point is selected when you double-tap. If you chose Select All, the entire text is selected. Pinch apart or together to increase or decrease the selection. |
| **Cut, copy, or paste** | Make sure the rotor is set to edit. With text selected, flick up or down to choose Cut, Copy, or Paste, then double-tap. |
| **Undo** | Shake iPhone, flick left or right to choose the action to undo, then double-tap. |
| **Enter an accented character** | In standard typing mode, select the plain character, then double-tap and hold until you hear a sound indicating alternate characters have appeared. Drag left or right to select and hear the choices. Release your finger to enter the current selection. |
| **Change the language you're typing in** | Set the rotor to Language, then flick up or down. Choose "default language" to use the language specified in International settings. The Language rotor appears only if you select more than one language in the VoiceOver Language Rotor setting. See "Setting up VoiceOver" on page 128. |

## Making phone calls with VoiceOver

Double-tap the screen with two fingers to answer or end a call. When a phone call is established with VoiceOver on, the screen displays the numeric keypad by default, instead of showing call options. This makes it easier to use the keypad to respond to a menu of options when you reach an automated system.

**Display call options:** Select the Hide Keypad button in the lower-right corner and double-tap.

**Display the numeric keypad again:** Select the Keypad button near the center of the screen and double-tap.

## Using VoiceOver with Safari

When you search the web in Safari with VoiceOver on, the Search Results rotor items lets you hear the list of suggested search phrases.

**Search the web:** Select the search field, enter your search, then select Search Results using the rotor. Flick right or left to move down or up the list, then double-tap the screen to search the web using the current search phrase.

## Using VoiceOver with Maps

You can use VoiceOver to zoom in or out, select pins, and get information about locations.

**Zoom in or out:** Select the map, use the rotor to choose zoom mode, then flick up or down to zoom in or out.

**Select a pin:** Touch a pin, or flick left or right to move from one item to another.

**Get information about a location:** With a pin selected, double-tap to display the information flag. Flick left or right to select the More Info button, then double-tap to display the information page.

### Editing videos and voice memos with VoiceOver

You can use VoiceOver gestures to trim Camera videos and Voice Memo recordings.

**Trim a voice memo:**  On the Voice Memos screen, select the button to the right of the memo you want to trim, then double-tap. Then select Trim Memo and double-tap. Select the beginning or end of the trim tool. Flick up to drag to the right, or flick down to drag to the left. VoiceOver announces the amount of time the current position will trim from the recording. To execute the trim, select Trim Voice Memo and double-tap.

**Trim a video:**  While viewing a video in Photos, double-tap the screen to display the video controls, then select the beginning or end of the trim tool. Then flick up to drag to the right, or flick down to drag to the left. VoiceOver announces the amount of time the current position will trim from the recording. To execute the trim, select Trim and double-tap.

### Controlling VoiceOver using an Apple Wireless Keyboard

You can control VoiceOver on iPhone using an Apple Wireless Keyboard. See "Using an Apple Wireless Keyboard" on page 27.

You can use VoiceOver keyboard commands to navigate the screen, select items, read screen contents, adjust the rotor, and perform other VoiceOver actions. All the keyboard commands (except one) include Control-Option, abbreviated in the table below as "VO."

VoiceOver Help speaks keys or keyboard commands as you type them. You can use VoiceOver Help to learn the keyboard layout and the actions associated with key combinations.

**VoiceOver keyboard commands**
VO = Control-Option

| | |
|---|---|
| **Read all, starting from the current position** | VO–A |
| **Read from the top** | VO–B |
| **Move to the status bar** | VO–M |
| **Press the Home button** | VO–H |
| **Select the next or previous item** | VO–Right Arrow or VO–Left Arrow |
| **Tap an item** | VO–Space bar |
| **Double-tap with two fingers** | VO–"-" |
| **Choose the next or previous rotor item** | VO–Up Arrow or VO–Down Arrow |
| **Choose the next or previous speech rotor item** | VO–Command–Left Arrow or VO–Command–Right Arrow |
| **Adjust speech rotor item** | VO–Command–Up Arrow or VO–Command–Down Arrow |
| **Mute or unmute VoiceOver** | VO–S |
| **Turn the screen curtain on or off** | VO–Shift-S |
| **Turn on VoiceOver help** | VO–K |
| **Return to the previous screen, or turn off VoiceOver help** | Escape |

## Quick Nav

Turn on Quick Nav to control VoiceOver using the arrow keys. Quick Nav is off by default.

| | |
|---|---|
| **Turn Quick Nav on or off** | Left Arrow–Right Arrow |
| **Select the next or previous item** | Right Arrow or Left Arrow |
| **Select the next or previous item specified by the rotor setting** | Up Arrow or Down Arrow |
| **Select the first or last item** | Control–Up Arrow or Control–Down Arrow |
| **"Tap" an item** | Up Arrow–Down Arrow |
| **Scroll up, down, left, or right** | Option–Up Arrow, Option–Down Arrow, Option–Left Arrow, or Option–Right Arrow |
| **Change the rotor** | Up Arrow–Left Arrow or Up Arrow–Right Arrow |

You can also use the number keys on an Apple Wireless Keyboard to dial a phone number in Phone or enter numbers in Calculator.

### Single Letter Quick Nav for the Web

When you view a web page with Quick Nav enabled, you can use the following keys on the keyboard to navigate the page quickly. Typing the key moves to the next item of the indicated type. Hold the Shift key as you type the letter to move to the previous item.

| | |
|---|---|
| **H** | Heading |
| **L** | Link |
| **R** | Text field |
| **B** | Button |
| **C** | Form control |
| **I** | Image |
| **T** | Table |
| **S** | Static text |
| **W** | ARIA landmark |
| **X** | List |
| **M** | Element of the same type |
| **1** | Level 1 heading |
| **2** | Level 2 heading |
| **3** | Level 3 heading |
| **4** | Level 4 heading |
| **5** | Level 5 heading |
| **6** | Level 6 heading |

### Using a braille display with VoiceOver

You can use a refreshable Bluetooth braille display to read VoiceOver output in braille. In addition, braille displays with input keys and other controls can be used to control iPhone when VoiceOver is turned on. iPhone works with many wireless braille displays. For a list of supported displays, go to www.apple.com/accessibility.

**Set up a braille display:** Turn on the display, then go to Settings > General > Bluetooth and turn on Bluetooth. Then, go to Settings > General > Accessibility > VoiceOver > Braille and choose the display.

| | |
|---|---|
| **Turn contracted braille on or off** | Go to Settings > General > Accessibility > VoiceOver > Braille. |
| **Turn eight-dot braille on or off** | Go to Settings > General > Accessibility > VoiceOver > Braille. |

#### Choosing a language

The braille display uses the language that's set for Voice Control. This is normally the language set for iPhone in Settings > International > Language. You can use the VoiceOver language setting to set a different language for VoiceOver and braille displays.

**Set the language for VoiceOver:** Go to Settings > General > International > Voice Control, then choose the language.

If you change the language for iPhone, you may need to reset the language for VoiceOver and your braille display.

#### Controlling VoiceOver with your braille display

You can set the leftmost or rightmost cell of your braille display to provide system status and other information:

- Announcement History contains an unread message
- The current Announcement History message hasn't been read
- VoiceOver speech is muted
- The iPhone battery is low (less than 20% charge)
- iPhone is in landscape orientation
- The screen display is turned off
- The current line contains additional text to the left
- The current line contains additional text to the right

**Set the leftmost or rightmost cell to display status information:** Go to Settings > General > Accessibility > VoiceOver > Braille > Status Cell, and tap Left or Right.

**See an expanded description of the status cell:** On your braille display, press the status cell's router button.

## Routing the audio of incoming calls

You can have the audio of incoming calls automatically routed to a headset or speaker phone instead of the iPhone receiver.

**Reroute call audio:** Go to Settings > General > Accessibility > Incoming Calls and choose where you want to hear your calls.

## Siri

With Siri, you can do things with your iPhone just by asking, and VoiceOver can read Siri responses to you. For information, see Chapter 4, "Siri," on page 38.

## Triple-Click Home

Triple-click Home provides an easy way to turn some of the Accessibility features on or off when you press the Home button ⃞ quickly three times. You can set Triple-click Home to turn VoiceOver on or off, turn White on Black on or off, or present the options to:

- Turn VoiceOver on or off
- Turn White on Black on or off
- Turn Zoom on or off

Triple-click Home is turned off by default.

**Set the Triple-click Home function:** Go to Settings > General > Accessibility > Triple-click Home and choose the function you want.

## Zoom

Many iPhone apps let you zoom in or out on specific elements. For example, you can double-tap or use the pinch gesture to expand webpage columns in Safari.

Zoom is also a special accessibility feature that lets you magnify the entire screen of any app you're using, to help you see what's on the display.

While using Zoom with an Apple Wireless Keyboard (see "Using an Apple Wireless Keyboard" on page 27), the screen image follows the insertion point, keeping it in the center of the display.

**Turn Zoom on or off:** Go to Settings > General > Accessibility > Zoom. Or, use Triple-click Home. See "Triple-Click Home" on page 138.

*Note:* You can't use VoiceOver and Zoom at the same time.

| Zoom in or out | Double-tap the screen with three fingers. By default, the screen is magnified 200 percent. If you manually change the magnification (by using the tap-and-drag gesture, described below), iPhone automatically returns to that magnification when you zoom in by double-tapping with three fingers. |
|---|---|
| Increase magnification | With three fingers, tap and drag toward the top of the screen (to increase magnification) or toward the bottom of the screen (to decrease magnification). The tap-and-drag gesture is similar to a double-tap, except you don't lift your fingers on the second tap—instead, drag your fingers on the screen. Once you start dragging, you can drag with a single finger. |
| Move around the screen | When zoomed in, drag or flick the screen with three fingers. Once you start dragging, you can drag with a single finger so that you can see more of the screen. Hold a single finger near the edge of the display to pan to that side of the screen image. Move your finger closer to the edge to pan more quickly. When you open a new screen, Zoom always goes to the top-middle of the screen. |

## Large Text

Large Text lets you make the text larger in alerts, and in Calendar, Contacts, Mail, Messages, and Notes.

**Set the text size:** Go to Settings > General > Accessibility > Large Text.

## White on Black

Use White on Black to invert the colors on the iPhone screen, which may make it easier to read the screen. When White on Black is turned on, the screen looks like a photographic negative.

**Invert the screen's colors:**  Go to Settings > General > Accessibility > White on Black.

## Speak Selection

Even with VoiceOver turned off, you can have iPhone read aloud any text you can select.

**Turn on Speak Selection and adjust speaking rate:** Go to Settings > General > Accessibility > Speak Selection.

| | |
|---|---|
| **Have text read to you** | Select the text, then tap Speak. |

## Speak Auto-text

Speak Auto-text speaks the text corrections and suggestions iPhone makes when you're typing.

**Turn Speak Auto-text on or off:** Go to Settings > General > Accessibility > Speak Auto-text.

Speak Auto-text also works with VoiceOver or Zoom.

## Mono Audio

Mono Audio combines the left and right stereo channels into a mono signal played through both channels. You can adjust the balance of the mono signal for greater volume on the right or left.

**Turn Mono Audio on or off:** Go to Settings > General > Accessibility > Mono Audio.

## Hearing aid compatibility

The FCC has adopted hearing aid compatibility (HAC) rules for digital wireless phones. These rules require certain phones to be tested and rated under the American National Standard Institute (ANSI) C63.19-2007 hearing aid compatibility standards. The ANSI standard for hearing aid compatibility contains two types of ratings: an "M" rating for reduced radio frequency interference to enable acoustic coupling with hearing aids that are not operating in telecoil mode, and a "T" rating for inductive coupling with hearing aids operating in telecoil mode. These ratings are given on a scale from one to four, where four is the most compatible. A phone is considered hearing aid compatible under FCC rules if it is rated M3 or M4 for acoustic coupling and T3 or T4 for inductive coupling.

For current iPhone hearing aid compatibility ratings, go to www.apple.com/support/hac.

Hearing aid compatibility ratings don't guarantee that a particular hearing aid works with a particular phone. Some hearing aids may work well with phones that don't meet particular ratings. To ensure interoperability between a hearing aid and a phone, use them together before purchase.

### Hearing Aid Mode

iPhone 4 GSM has a Hearing Aid Mode that, when activated, may reduce interference with some hearing aid models. Hearing Aid Mode reduces the transmission power of the cellular radio in the GSM 1900 MHz band and may result in decreased 2G cellular coverage.

**Activate Hearing Aid Mode (iPhone 4 GSM):** Go to Settings > General > Accessibility.

## Custom Vibrations

You can assign special vibration patterns for phone calls or FaceTime calls from important contacts. Choose from existing patterns or create a new one.

**Turn on custom vibrations:** Go to Settings > General > Accessibility > Custom Vibrations.

| | |
|---|---|
| **Choose the vibration pattern for a contact** | In Contacts, choose a contact, then tap "vibration." If you don't see vibration in the contact info, tap Edit and add it. |
| **Create a new vibration pattern** | If you're already editing a contact, tap "vibration" and then tap Create New Vibration. You can also go to Settings > Sounds > Vibration > Create New Vibration. |
| **Set a custom pattern as the default** | Go to Settings > Sounds > Vibration and choose a pattern. |

## LED Flash for Alerts

If you can't hear the sounds that announce incoming calls and other alerts, you can have iPhone flash its LED (next to the camera lens on the back of the iPhone). This works only when iPhone is locked or asleep. Available for iPhone 4 or later.

**Turn on LED Flash for Alerts:** Go to Settings > General > Accessibility > LED Flash for Alerts.

## AssistiveTouch

AssistiveTouch helps you use iPhone if you have difficulty touching the screen or pressing the buttons. You can use a compatible adaptive accessory (such as a joystick) together with AssistiveTouch to control iPhone. You can also use AssistiveTouch without an accessory to perform gestures that are difficult for you.

**Turn on AssistiveTouch:** Go to Settings > General > Accessibility > AssistiveTouch. You can also set Triple-click Home to turn AssistiveTouch on or off; go to Settings > General > Accessibility > Triple-click Home.

| | |
|---|---|
| **Adjust the tracking speed** | Go to Settings > General > Accessibility > AssistiveTouch > Touch speed. |
| **Show or hide the AssistiveTouch menu** | Click the secondary button on your accessory. |
| **Hide the menu button** | Go to Settings > General > Accessibility > AssistiveTouch > Always Show Menu. |
| **Perform a flick or drag that uses 2, 3, 4, or 5 fingers** | Tap the menu button, tap Gestures, and then tap the number of digits needed for the gesture. When the corresponding circles appear on the screen, flick or drag in the direction required by the gesture. When you finish, tap the menu button. |
| **Perform a Pinch gesture** | Tap the menu button, tap Favorites, and then tap Pinch. When the pinch circles appear, touch anywhere on the screen to move the pinch circles, then drag the pinch circles in or out to perform a pinch gesture. When you finish, tap the menu button. |
| **Create your own gesture** | Tap the menu button, tap Favorites, and then tap an empty gesture placeholder. You can also go to Settings > General > Accessibility > AssistiveTouch > "Create custom gesture." |
| **Lock or rotate the screen, adjust the volume, toggle ring/silent, or simulate shaking iPhone** | Tap the menu button, then tap Device. |
| **Simulate pressing the Home button** | Tap the menu button, then tap Home. |

| Move the menu button | Drag it to any location on the screen. |
|---|---|
| Exit a menu without performing a gesture | Tap anywhere outside the menu. |

## Universal Access in Mac OS X

Take advantage of the Universal Access features in Mac OS X when you use iTunes to sync information and content from your iTunes library to iPhone. In the Finder, choose Help > Mac Help, then search for "universal access."

For more information about iPhone and Mac OS X accessibility features, go to www.apple.com/accessibility.

## TTY support

You can use the iPhone TTY Adapter cable (sold separately in many areas) to connect iPhone to a TTY machine. Go to www.apple.com/store (may not be available in all areas) or check with your local Apple retailer.

**Connect iPhone to a TTY machine:** Go to Settings > Phone and turn TTY on, and then connect iPhone to your TTY machine using the iPhone TTY Adapter.

When TTY is enabled on iPhone, the TTY icon (📠) appears in the status bar at the top of the screen. For information about using a particular TTY machine, see the documentation that came with the machine.

## Minimum font size for mail messages

To increase readability, you can set the minimum font size for Mail message text to Large, Extra Large, or Giant.

**Set the minimum mail message font size:** Go to Settings > Mail, Contacts, Calendars > Minimum Font Size.

The Large Text setting overrides this minimum font size.

## Assignable ringtones

You can assign distinctive ringtones to individuals in your contacts list for audible caller ID. You can purchase ringtones from the iTunes Store on iPhone. See "Purchasing music, audiobooks, and tones" on page 100.

## Visual voicemail

The play and pause controls in visual voicemail let you control the playback of messages. Drag the playhead on the scrubber bar to repeat a portion of the message that's hard to understand. See "Checking voicemail" on page 47.

## Widescreen keyboards

Many apps, including Mail, Safari, Messages, Notes, and Contacts, let you rotate iPhone when you're typing, so you can use a larger keyboard.

## Large phone keypad

Make phone calls simply by tapping entries in your contacts and favorites lists. When you need to dial a number, iPhone's large numeric keypad makes it easy. See "Phone calls" on page 41.

## Voice Control

Voice Control lets you make phone calls and control Music playback using voice commands. See "Voice dialing" on page 42, and "Using Siri or Voice Control with Music" on page 62.

## Closed captioning

**Turn on closed captioning for videos:** Go to Settings > Video > Closed Captioning.

Not all video content includes closed captions.

# Settings

# 32



Settings lets you configure iPhone, set app options, add accounts, and enter other preferences.

## Airplane mode

Airplane mode disables the wireless features in order to reduce potential interference with aircraft operation and other electrical equipment.

**Turn on airplane mode:** Go to Settings and turn on airplane mode.

When airplane mode is on, ✈ appears in the status bar at the top of the screen. No phone, Wi-Fi, or Bluetooth signals are emitted from iPhone and GPS reception is turned off, disabling many of iPhone's features. You won't be able to apps for features that require these signals, such as connecting to the Internet, placing or receiving phone calls or messages, getting visual voicemail, and so on.

If allowed by the aircraft operator and applicable laws and regulations, you can continue to listen to music, watch videos, browse email, calendar, and other data you've previously received, and use apps that don't require an Internet connection.

If Wi-Fi is available and allowed by the aircraft operator and applicable laws and regulations, go to Settings > Wi-Fi to turn it on. You can turn on BlueTooth in Settings > General > BlueTooth.

## Wi-Fi

### Joining Wi-Fi networks

Wi-Fi settings determine whether iPhone uses local Wi-Fi networks to connect to the Internet. When iPhone is joined to a Wi-Fi network, the Wi-Fi icon 📶 in the status bar at the top of the screen shows signal strength. The more bars you see, the stronger the signal. If no Wi-Fi networks are available, or if you've turned Wi-Fi off, then iPhone connects to the Internet via your cellular data network when available.

Once you join a Wi-Fi network, iPhone automatically connects to it whenever the network is in range. If more than one previous used network is in range, iPhone joins the one last used.

You can also use iPhone to set up a new AirPort base station that provides Wi-Fi services to your home or office. See "Setting up an AirPort base station" on page 144.

**Turn Wi-Fi on or off:** Go to Settings > Wi-Fi.

| Set iPhone to ask if you want to join a new network | Choose Wi-Fi and turn "Ask to Join Networks" on or off. |
| | If "Ask to Join Networks" is off, you must manually join a network to connect to the Internet when a previously used network isn't available. |
| Forget a network, so iPhone doesn't join it | Choose Wi-Fi and tap ⊙ next to a network you've joined before. Then tap "Forget this Network." |
| Join a closed Wi-Fi network | To join a Wi-Fi network that isn't shown in the list of scanned networks, choose Wi-Fi > Other, then enter the network name. |
| | You must already know the network name, password, and security type to connect to a closed network. |
| Adjust settings for connecting to a Wi-Fi network | Choose Wi-Fi, and tap ⊙ next to a network. |

## Setting up an AirPort base station

An AirPort base station provides a Wi-Fi connection to your home, school, or small business network. You can use iPhone to set up a new AirPort Express, AirPort Extreme or Time Capsule base station.

**Use the AirPort Setup Assistant:** Go to Settings > Wi-Fi. Under "Set up an AirPort base station," tap the name of the base station you want to set up. Then follow the onscreen instructions.

Some older AirPort base stations cannot be set up using an iOS device. For setup instructions, see the documentation that came with the base station.

If the base station you want to set up isn't listed, make sure that it has power, that you're within range, and that it hasn't already been configured. You can only set up base stations that are new or have been reset.

If your AirPort base station is already configured, the AirPort Utility app from the App Store lets you change its settings and monitor its status on iPhone.

## Notifications

Push notifications appear in Notification Center and alert you to new information, even when an app isn't running. Notifications vary by app, but may include text or sound alerts, and a numbered badge on the app icon on the Home screen.

You can turn off notifications if you don't want to be notified, and you can change the order notifications appear in.

**Turn notifications on or off:** Go to Settings > Notifications. Tap an item in the list, then turn notifications on or off for that item.

Apps that have notifications turned off are shown in the "Not In Notification Center" list.

| Change the number of notifications | Tap Notifications, then choose an item in the In Notification Center list. Tap Show to set how many notifications of this type appear in Notification Center. |
| Change the alert styles | Tap Notifications, then choose an item in the In Notification Center list. Select None to turn off new notifications alerts. |
| Change the order of notifications | Tap Notifications, then tap Edit. Drag the notifications into the order you want. To turn off a notification, drag it to the Not In Notification Center list. |

| | |
|---|---|
| **Display numbered badges on apps with notifications** | Tap Notifications, then choose an item in the In Notification Center list and turn off Badge App Icon. |
| **Hide alerts when iPhone is locked** | Tap Notifications, then choose an app in the In Notification Center list. Turn off "View in Lock Screen" to hide alerts from the app when iPhone is locked. |

Some apps have additional options. For example, Messages lets you specify how many times the alert sound repeats and whether message previews appear in the notification.

## Location Services

Location Services lets apps such as Reminders, Maps, Camera, and third-party location-based apps gather and use data indicating your location. The location data collected by Apple isn't collected in a form that personally identifies you. Your approximate location is determined using available information from cellular network data, local Wi-Fi networks (if you have Wi-Fi turned on), and GPS (may not be available in all areas). To conserve battery life, turn Location Services off when you're not using it.

When an app is using Location Services, ⌁ appears in the menu bar.

Every app and system service that uses Location Services appears in the Location Services settings screen, showing whether Location Services is turned on or off for that app or service.You can turn Location Services off for some or for all apps and services, if you don't want to use this feature. If you turn Location Services off, you're prompted to turn it on again the next time an app or service tries to use this feature.

If you have third-party apps on iPhone that use Location Services, review the third-party terms and privacy policy for each app to understand how it uses your location data.

**Turn Location Services on or off:** Go to Settings > Location Services.

## VPN

VPNs used within organizations allow you to communicate private information securely over a non-private network. You may need to configure VPN, for example, to access your work email. This setting appears when you have VPN configured on iPhone, allowing you to turn VPN on or off. See "Network" on page 148.

## Personal Hotspot

You can use Personal Hotspot (iPhone 4 or later) to share an Internet connection with a computer or other device—such as an iPod, iPad, or other iPhone—connected to your iPhone via Wi-Fi. You can also use Personal Hotspot to share an Internet connection with a computer connected to iPhone via Bluetooth or USB. Personal Hotspot works only if iPhone is connected to the Internet over the cellular data network.

*Note:* This feature may not be available in all areas. Additional fees may apply. Contact your carrier for more information.

**Share an Internet connection:** Go to Settings > General > Network and tap Set Up Personal Hotspot—if it appears—to set up the service with your carrier.

After you turn on Personal Hotspot, other devices can connect in the following ways:
• *W-Fi:* On the device, choose your iPhone from the list of available Wi-Fi networks.

- *USB:* Connect your computer to iPhone using the Dock Connector to USB Cable. In your computer's Network preferences, choose iPhone and configure the network settings.
- *Bluetooth:* On iPhone, go to Settings > General > Bluetooth and turn on Bluetooth. To pair and connect iPhone with your device, refer to the documentation that came with your computer.

When a device is connected, a blue band appears at the top of the iPhone screen. Personal Hotspot remains on when you connect with USB, even when you aren't actively using the Internet connection.

*Note:* The Personal Hotspot icon ⊚ appears in the status bar of iOS devices using the Personal Hotspot.

| | |
|---|---|
| **Change the Wi-Fi password for iPhone** | Go to Settings > Personal Hotspot > Wi-Fi Password, then enter a password of at least 8 characters. |
| **Monitor your cellular data network usage** | Go to Settings > General > Usage > Cellular Usage. |

## Carrier

This setting appears on GSM networks when you're outside your carrier's network and other local carrier data networks are available to use for your phone calls, visual voicemail, and cellular network Internet connections. You can make calls only on carriers that have a roaming agreement with your carrier. Additional fees may apply. Roaming charges may be billed to you by the other carrier, through your carrier.

**Select a carrier:** Go to Settings > Carrier and select the network you want to use.

Once you select a network, iPhone uses only that network. If the network is unavailable, "No service" appears on the iPhone.

## Sounds and the Ring/Silent switch

You can set iPhone to play a sound whenever you get a new message, email, call, Tweet, voicemail, or reminder. Sounds can also play for appointments, sending an email, keyboard clicks, and when you lock iPhone.

When set to silent, iPhone doesn't play any ring, alert, or effects sounds. It does, however, play Clock alarms.

**Switch between ring and silent mode:** Flip the Ring/Silent switch on the side of iPhone.

*Note:* In some areas, the sound effects for Camera and Voice Memos are played even if the Ring/Silent switch is set to silent.

| | |
|---|---|
| **Set whether iPhone vibrates when you get a call** | Go to Settings > Sounds and turn on Vibrate. |
| **Adjust the ringer and alerts volume** | Go to Settings > Sounds and drag the slider. Or, if "Change with Buttons" is turned on, use the volume buttons on the side of iPhone. |
| **Allow the volume buttons to change the ringer or alerts volume** | Go to Settings > Sounds and turn on "Change with Buttons." |
| **Set the ringtone** | Go to Settings > Sounds > Ringtone. |
| **Set the ringer and alerts sounds** | Go to Settings > Sounds and select tones for the items in the list. |

## Brightness

Screen brightness affects battery life. Dim the screen to extend the time before you need to recharge iPhone, or use Auto-Brightness.

**Adjust the screen brightness:** Go to Settings > Brightness and drag the slider.

| | |
|---|---|
| **Set whether iPhone adjusts screen brightness automatically** | Go to Settings > Brightness and turn Auto-Brightness on or off. If Auto-Brightness is on, iPhone adjusts the screen brightness for current light conditions using the built-in ambient light sensor. |

## Wallpaper

Wallpaper settings let you set an image or photo as wallpaper for the Lock screen or Home screen. See "Adding wallpaper" on page 23.

## General

General settings include network, sharing, security, and other iOS settings. You can also find information about your iPhone, and reset various iPhone settings.

### About

Go to Settings > General > About to get information about iPhone, including storage space available, serial numbers, network addresses, IMEI (International Mobile Equipment Identity) and ICCID (Integrated Circuit Card Identifier, or Smart Card) (GSM), MEID (Mobile Equipment Identifier) (CDMA), and legal and regulatory information.

**Change the device name:** Go to Settings > General > About, then tap Name.

The device name appears in the sidebar when it's connected to iTunes, and it's used by iCloud.

### Software Update

Software Update lets you download and install iOS updates from Apple.

**Update to the latest iOS version:** Go to Settings > General > Software Update.

If a newer version of iOS is available, follow the onscreen instructions to download and install the update.

*Note:* Make sure iPhone is connected to a power source so that the installation, which can take several minutes, completes successfully.

### Usage

Usage lets you view cellular usage, battery status, and available storage. You can also view and manage iCloud storage.

**View cellular network usage, battery status, and available storage:** Go to Settings > General > Usage.

| | |
|---|---|
| **See your cellular usage** | Go to Settings > General > Usage > Cellular Usage. |
| **Manage iCloud storage** | Go to Settings > General > Usage > Manage Storage. For information, see "iCloud" on page 17. |
| **View app storage** | Go to Settings > General > Usage. Each installed app's total storage space is shown. For more details, tap the app's name. |
| **Reset your usage statistics** | Go to Settings > General > Usage > Cellular Usage, then tap Reset Statistics to clear the data and cumulative time statistics. |
| **Show battery percentage** | Go to Settings > General > Usage and turn on Battery Percentage. |

## Siri

Siri lets you control iPhone just by asking. You can make a phone call, send a message, create a reminder, find a restaurant, or even dictate text.

*Note:* Siri is available on iPhone 4S only and requires Internet access. Siri may not be available in all languages or in all areas, and features may vary by area. Cellular data charges may apply.

**Enable Siri:** Go to Settings > General > Siri.

For information about using Siri, see Chapter 4, "Siri," on page 38.

| | |
|---|---|
| **Set the language you use to talk to Siri** | Go to Settings > General > Siri > Language. |
| **Set when you want voice feedback** | Go to Settings > General > Siri > Voice Feedback. <br> Select "Handsfree Only" to have Siri respond audibly only when you're using earphones or a Bluetooth device. |
| **Choose your contact card for personal info** | Go to Settings > General > Siri > My Info. <br> Setting your Contacts card allows Siri to use locations and other information you've added to the card such as the address of your home or office, and personal relationships with others in your contacts. |
| **Turn "raise to speak" on or off** | Go to Settings > General > Siri > Raise to Speak. <br> This setting allows you to activate Siri by raising iPhone to your ear when the screen is on. When this setting is off, raising iPhone to your ear doesn't activate Siri. |

## Network

Use Network settings to configure a VPN (virtual private network) connection, access Wi-Fi settings, or turn cellular data roaming on or off.

When an app needs to use the Internet, iPhone does the following, in order, until connected:

- Connects over the most recently used available Wi-Fi network 🛜.
- Shows a list of Wi-Fi networks in range, and connects using the one you choose.
- Connects over the cellular data network, if available.

If iPhone is connected to the Internet via the cellular data network, the **3G** (UMTS/EV-DO ), **E** (EDGE), or **o** (GPRS/1xRTT) icon appears in the status bar.

The 3G (UMTS) cellular network supports simultaneous voice and data communications on GSM networks. For all other cellular connections, you can't use Internet services while you're talking on the phone unless iPhone also has a Wi-Fi connection to the Internet. Depending on your network connection, you may not be able to receive calls while iPhone transfers data over the cellular network—when downloading a webpage, for example.

*GSM networks:* On an EDGE or GPRS connection, incoming calls may go directly to voicemail during data transfers. For incoming calls that you answer, data transfers are paused.

*CDMA:* On EV-DO connections, data transfers are paused when you answer incoming calls. On 1xRTT connections, incoming calls may go directly to voicemail during data transfers. For incoming calls that you answer, data transfers are paused.

Data transfer resumes when you end the call.

**Turn Cellular Data on or off:** Go to Settings > General > Network, then turn Cellular Data on or off.

If Cellular Data is turned off, all data services will use only Wi-Fi—including email, web browsing, push notifications, and other services. If Cellular Data is turned on, carrier charges may apply. For example, certain features and services such as Siri and Messages transfer data, and your use of these features and services could impact charges to your data plan.

| | |
|---|---|
| **Turn Voice Roaming on or off (CDMA)** | Go to Settings > General > Network, then turn Voice Roaming on or off. Turn Voice Roaming off to avoid charges from using other carrier's networks. When your carrier's network isn't available, iPhone won't have cellular (data or voice) service. |
| **Turn Data Roaming on or off** | Go to Settings > General > Network, then turn Data Roaming on or off. Data Roaming permits Internet access over a cellular data network when you're in an area not covered by your carrier's network. When you're traveling, you can turn off Data Roaming to avoid roaming charges. See "Carrier" on page 146. |
| **Turn Personal Hotspot on or off** | Go to Settings > General > Network > Personal Hotspot, then turn Personal Hotspot on or off. See "Personal Hotspot" on page 145. |
| **Add a new VPN configuration** | Go to Settings > General > Network > VPN > Add VPN Configuration. Ask your network administrator which settings to use. In most cases, if you set up VPN on your computer, you can use the same VPN settings for iPhone. See "VPN" on page 145. |

## Bluetooth

iPhone can connect wirelessly to Bluetooth devices such as headsets, headphones, and car kits for music listening and and hands-free talking. You can also connect the Apple Wireless Keyboard with Bluetooth. See "Using an Apple Wireless Keyboard" on page 27.

**Turn Bluetooth on or off:** Go to Settings > General > Bluetooth and turn Bluetooth on or off.

## iTunes Wi-Fi Sync

You can sync iPhone with iTunes on a computer that is connected to the same Wi-Fi network.

**Enable iTunes Wi-Fi Sync:** To set up Wi-Fi syncing for the first time, connect iPhone to the computer that you want to sync with. For instructions see "Syncing with iTunes" on page 18

After you configure Wi-Fi Sync, iPhone syncs with iTunes automatically, once a day, when it's connect to a power source and:

- iPhone and your computer are both connected to the same Wi-Fi network.
- iTunes on your computer is running.

| | |
|---|---|
| **See the date and time of the last sync** | Go to Setting> General > iTunes Wi-Fi Sync. |
| **Immediately sync with iTunes** | Go to Settings > General > iTunes Wi-Fi Sync, then tap Sync Now. |

## Spotlight Search

The Spotlight Search setting lets you specify the content areas searched by Search, and rearrange the order of the results.

**Set which content areas are searched by Search:** Go to Settings > General > Spotlight Search, then select the items to search.

| | |
|---|---|
| **Set the order of search result categories** | Go to Settings > General > Spotlight Search. Touch ≡ next to an item, then drag up or down. |

## Auto-Lock

Locking iPhone turns off the display in order to save your battery and prevent unintended operation of iPhone. You can still receive calls and text messages, and you can adjust the volume and use the mic button on the iPhone earphones when listening to music or on a call.

**Set the amount of time before iPhone locks:** Go to Settings > General > Auto-Lock, then choose a time.

## Passcode Lock

By default, iPhone doesn't require you to enter a passcode to unlock it.

**Set a passcode:** Go to Settings > General > Passcode Lock and set a 4-digit passcode.

If you forget your passcode, you must restore the iPhone software. See "Updating and restoring iPhone software" on page 159.

| | |
|---|---|
| **Turn passcode lock off or change your passcode** | Go to Settings > General > Passcode Lock. |
| **Set how long before your passcode is required** | Go to Settings > General > Passcode Lock and enter your passcode. Tap Require Passcode, then select how long iPhone can be locked before you need to enter a passcode to unlock it. |
| **Turn Simple Passcode on or off** | Go to Settings > General > Passcode Lock.<br><br>A simple passcode is a four-digit number. To increase security, turn off Simple Passcode and use a longer passcode with a combination of numbers, letters, punctuation, and special characters. |
| **Turn Voice Dial on or off** | Go to Settings > General > Passcode Lock.<br><br>Turning off Voice Dial prevents someone from placing a call when iPhone is locked. |
| **Erase data after ten failed passcode attempts** | Go to Settings > General > Passcode Lock and tap Erase Data.<br><br>After ten failed passcode attempts, all settings are reset, and all your information and media are erased by removing the encryption key to the data (which is encrypted using 256-bit AES encryption). |

## Restrictions

You can set restrictions for some apps and for purchased content. For example, parents can restrict explicit music from being seen on playlists, or turn off YouTube access entirely.

**Turn on restrictions:** Go to Settings > General > Restrictions, then tap Enable Restrictions.

*Important:* If you forget your passcode, you must restore the iPhone software. See "Updating and restoring iPhone software" on page 159.

You can set the following restrictions:

| | |
|---|---|
| **Safari** | Safari is disabled and its icon is removed from the Home screen. You cannot use Safari to browse the web or access web clips. |
| **YouTube** | YouTube is disabled and its icon is removed from the Home screen. |
| **Camera** | Camera is disabled and its icon is removed from the Home screen. You cannot take photos. |
| **FaceTime** | You cannot make or receive FaceTime video calls. |
| **iTunes** | The iTunes Store is disabled and its icon is removed from the Home screen. You cannot preview, purchase, or download content. |
| **Ping** | You cannot access Ping or any of its features. |
| **Installing Apps** | The App Store is disabled and its icon is removed from the Home screen. You cannot install apps on iPhone. |

| Deleting Apps | You cannot delete apps from iPhone. ⊗ doesn't appear on app icons when you're customizing the Home screen. |
|---|---|
| Siri | You cannot use Siri. Voice commands and dictation are disabled. |
| Explicit Language | Siri attempts to replace explicit words you speak by replacing them with asterisks and beep sounds. |
| Location | Turn off Location Services for individual apps. You can also lock Location Services so that changes to the settings can't be made, including authorizing additional apps to use the services. |
| Accounts | The current Mail, Contacts, Calendar settings are locked. You cannot add, modify, or delete accounts. You also cannot modify iCloud settings. |
| In-app Purchases | Turn off In-App Purchases. When enabled, this feature lets you purchase additional content or functionality within apps you download from the App Store. |
| Require Password for In-App Purchases | Requires you to enter your Apple ID for in-app purchases after the time period you specify. |
| Set content restrictions | Tap Ratings For, then select a country from the list. You can set restrictions using a country's ratings system for music, podcasts, movies, TV show, and apps. Content that doesn't meet the rating you select won't appear on iPhone. |
| Restrict multiplayer games | When Multiplayer Games is off, you can't request a match, send or receive invitations to play games, or add friends in Game Center. |
| Restrict adding friends | When Adding Friends is off, you can't make or receive friend requests in Game Center. If Multiplayer Games is turned on, you can continue to play with existing friends. |

## Date & Time

These settings affect the time shown in the status bar at the top of the screen, and in world clocks and calendars.

**Set whether iPhone shows 24-hour time or 12-hour time:** Go to Settings > General > Date & Time, then turn 24-Hour Time on or off. (24-Hour Time may not be available in all areas.)

| Set whether iPhone updates the date and time automatically | Go to Settings > General > Date & Time, then turn Set Automatically on or off. |
|---|---|
| | If iPhone is set to update the time automatically, it gets the correct time over the cellular network and updates it for the time zone you're in. |
| | Some carriers don't support network time in all areas. If you're traveling, iPhone may not be able to automatically set the local time. |
| Set the date and time manually | Go to Settings > General > Date & Time, then turn Set Automatically off. Tap Time Zone to set your time zone. Tap the Date & Time button, then tap Set Date & Time and enter the date and time. |

## Keyboard

You can turn on keyboards for writing in different languages, and you can turn typing features, such as spell-checking, on or off. For information about the keyboard, see "Typing" on page 24.

For information about international keyboards, see Appendix A, "International Keyboards," on page 153.

## International

Use International settings to set the language for iPhone, turn keyboards for different languages on or off, and set the date, time, and telephone number formats for your area.

**Set the language for iPhone:** Go to Settings > General > International > Language.

| Set the calendar format | Go to General > International > Calendar, then choose the format. |
|---|---|
| Set the language for Siri and Voice Control | Go to Settings > General > International > Voice Control, then choose a language. |
| Set the date, time, and telephone number formats | Go to Settings > General > International > Region Format, and choose your region. |
| | The Region Format also determines the language used for the days and months that appear in apps. |

## Accessibility

To turn on accessibility features, choose Accessibility and choose the features you want. See Chapter 31, "Accessibility," on page 127.

## Profiles

This setting appears if you install one or more profiles on iPhone. Tap Profiles to see information about the profiles you've installed.

## Reset

You can reset the word dictionary, network settings, home screen layout, and location warnings. You can also erase all of your content and settings.

**Erase all content and settings:** Go to Settings > General > Reset, then tap Erase All Content and Settings.

After confirming that you want to reset iPhone, all content, your information, and settings are removed. iPhone cannot be used until it's set up again.

| Reset all settings | Go to Settings > General > Reset and tap Reset All Settings. |
|---|---|
| | All your preferences and settings are reset. |
| Reset network settings | Go to Settings > General > Reset and tap Reset Network Settings. |
| | When you reset network settings, your list of previously used networks and VPN settings not installed by a configuration profile are removed. Wi-Fi is turned off and then back on, disconnecting you from any network you're on. The Wi-Fi and "Ask to Join Networks" settings remain turned on. |
| | To remove VPN settings installed by a configuration profile, go to Settings > General > Profile, then select the profile and tap Remove. This also removes other settings or accounts provided by the profile. |
| Reset the keyboard dictionary | Go to Settings > General > Reset and tap Reset Keyboard Dictionary. |
| | You add words to the keyboard dictionary by rejecting words iPhone suggests as you type. Tap a word to reject the correction and add the word to the keyboard dictionary. Resetting the keyboard dictionary erases all words you've added. |
| Reset the Home screen layout | Go to Settings > General > Reset and tap Reset Home Screen Layout. |
| Reset location warnings | Go to Settings > General > Reset and tap Reset Location Warnings. |
| | Location warnings are requests made by apps to use Location Services. iPhone presents a location warning for an app the first time the app makes a request to use Location Services. If you tap Cancel in response, the request isn't presented again. To reset the location warnings so you get a request for each app, tap Reset Location Warnings. |

## Settings for apps

See other chapters for information about settings for apps. For example, for Safari settings, refer to Chapter 7, "Safari," on page 57.

# International Keyboards



**A** Appendix

International keyboards let you type text in many different languages, including Asian languages and languages that are written from right to left.

## Adding and removing keyboards

To type text in different languages on iPhone, you use different keyboards. By default, only the keyboard for the language you've set is available. To make keyboards for other languages available, use Keyboard settings. For a list of supported iPhone keyboards, go to www.apple.com/iphone/specs.html.

**Add a keyboard:** Go to Settings > General > International, tap Keyboards, then choose a keyboard from the list. Repeat to add more keyboards.

**Remove a keyboard:** Go to Settings > General > International > Keyboards, then tap Edit. Tap ⊖ next to the keyboard you want to remove, then tap Delete.

**Edit your keyboard list:** Go to Settings > General > International > Keyboards. Tap Edit, then drag ☰ next to a keyboard to move it to a new place in the list.

## Switching keyboards

To enter text in a different language, switch keyboards.

**Switch keyboards while typing:** Touch and hold the Globe key ⊕ to show all enabled keyboards. To choose a keyboard, slide your finger to the name of the keyboard, then release. The Globe key ⊕ appears when you enable more than one keybaord.

You can also tap ⊕. When you tap ⊕, the name of the newly activated keyboard appears briefly. Continue tapping to access other enabled keyboards.

Many keyboards provide letters, numbers, and symbols that aren't visible on the keyboard.

**Enter accented letters or other alternate characters:** Touch and hold the related letter, number, or symbol, then slide to choose a variant. On a Thai keyboard, for example, you can choose native numbers by touching and holding the related Arabic number.

## Chinese

You can use keyboards to type Chinese in several different ways, including Pinyin, Cangjie, Wubihua, and Zhuyin. You can also use your finger to write Chinese characters on the screen.

### Typing using Pinyin

Use the QWERTY keyboard to type Simplified or Traditional Pinyin. As you type, suggested characters appear. Tap a suggestion to choose it, or continue typing to see more options.

If you keep entering Pinyin without spaces, sentence suggestions appear.

## Typing using Cangjie

Build Chinese characters from the component Cangjie keys. As you type, suggested characters appear. Tap a character to choose it, or continue typing up to five components to see more character options.

## Typing using Stroke (Wubihua)

Use the keyboard to build Chinese characters using up to five strokes in the correct writing sequence: horizontal, vertical, left falling, right falling, and hook. For example, the Chinese character 圈 (circle) should begin with the vertical stroke 丨.

As you type, suggested characters appear, with the most commonly used characters appearing first. Tap a character to choose it.

If you're not sure of the correct stroke, type an asterisk (*). To see more character options, type another stroke, or scroll through the character list.

Tap the match key (匹配) to show only characters that match exactly what you typed.

## Typing using Zhuyin

Use the keyboard to enter Zhuyin letters. As you type, suggested Chinese characters appear. Tap a suggestion to choose it, or continue entering Zhuyin letters to see more options. After you type an initial letter, the keyboard changes to show more letters.

If you keep typing Zhuyin without spaces, sentence suggestions appear.

## Drawing Chinese characters

When Simplified or Traditional Chinese handwriting formats are turned on, you can draw or write Chinese characters directly on the screen with your finger. As you write character strokes, iPhone recognizes them and shows matching characters in a list, with the closest match at the top. When you choose a character, its likely follow-on characters appear in the list as additional choices.



Touchpad

Some complex characters, such as 鱲 (part of the name for the Hong Kong International Airport), 車立 (elevator), and 嘅 (particle used in Cantonese), can be typed by writing two or more component characters in sequence. Tap the character to replace the characters you typed.

Roman characters are also recognized.

## Converting between Simplified and Traditional Chinese

Select the character or characters you want to convert, then tap Replace. See "Editing text" on page 25. You can type an entire phrase or sentence before converting.

## Japanese

You can type Japanese using the Romaji or Kana keyboards. You can also type facemarks.

### Typing Japanese Kana

Use the Kana keypad to select syllables. For more syllable options, tap the arrow key and select another syllable or word from the window.

### Typing Japanese Romaji

Use the Romaji keyboard to type syllables. Alternative choices appear along the top of the keyboard, tap one to type it. For more syllable options, tap the arrow key and select another syllable or word from the window.

### Typing Facemarks or Emoticons

Using the Japanese Kana keyboard, tap the ^_^ key.

Using the Japanese Romaji keyboard (QWERTY-Japanese layout), tap the Number key 123, then tap the ^_^ key.

Using the Chinese (Simplified or Traditional) Pinyin or (Traditional) Zhuyin keyboards, tap the Symbols key ⚏, then tap the ^_^ key.

## Typing Emoji characters

Use the Emoji keyboard to add picture characters. You also can type Emoji characters using a Japanese keyboard. For example, type はーと to get ♥.

## Using the candidate list

As you type on Chinese, Japanese, or Arabic keyboards, suggested characters or candidates appear at the top of the keyboard. Tap a candidate to enter it, or flick to the left to see more candidates.

**Use the extended candidate list:** Tap the up arrow at the right to view the full candidate list. Flick up or down to scroll the list. Tap the down arrow to go back to the short list.

## Using shortcuts

When using certain Chinese or Japanese keyboards, you can create a shortcut for word and input pairs. The shortcut is added to your personal dictionary. When you type a shortcut while using a supported keyboard, the associated word or input pair is substituted for the shortcut. Shortcuts are available for the following keyboards:

• Chinese - Simplified (Pinyin)

• Chinese - Traditional (Pinyin)

• Chinese - Traditional (Zhuyin)

• Japanese (Romaji)

• Japanese (Kana)

**Turn shortcuts on or off:** Go to Settings > General > Keyboard > Shortcuts.

## Vietnamese

Touch and hold a character to see the available diacritical marks, then slide to choose the one you want.

You can also type the following key sequences to enter characters with diacritical marks:

- aa—â (a circumflex)
- aw—ă (a caron)
- as—á (a acute)
- af—à (a grave)
- ar—ả (a question mark)
- ax—ã (a rising accent)
- aj—ạ (a drop tone)
- dd—đ (d dash)
- ee—ê (e circumflex)
- oo—ô (o circumflex)
- ow—ơ (o hook)
- w—ư (u hook)

# Support and Other Information

# B

## iPhone Support site

Comprehensive support information is available online at www.apple.com/support/iphone. You can also use Express Lane for personalized support (not available in all areas). Go to expresslane.apple.com.

## Restarting or resetting iPhone

If something isn't working right, try restarting iPhone, forcing an app to close, or resetting iPhone.

**Restart iPhone:** Hold down the On/Off button until the red slider appears. Slide your finger across the slider to turn off iPhone. To turn iPhone back on, hold down the On/Off button until the Apple logo appears.

**Force an app to close:** Hold down the On/Off button for a few seconds until a red slider appears, then hold down the Home button ☐ until the app closes.

You can also remove an app from the recents list to force it to close. See "Opening and switching apps" on page 19.

If you can't turn off iPhone or if the problem continues, you may need to reset iPhone. A reset should be done only if turning iPhone off and on doesn't resolve the problem.

**Reset iPhone:** Hold down the On/Off button and the Home button ☐ at the same time for at least ten seconds, until the Apple logo appears.

## Backing up iPhone

You can use iCloud or iTunes to automatically back up iPhone. If you choose to automatically back up using iCloud, you can't also automatically backup to your computer using iTunes, but you can use iTunes to back up manually to your computer.

### Backing up with iCloud

iCloud automatically backs up iPhone daily over Wi-Fi when it's connected to a power source and iPhone is locked. The date and time of the last backup is listed at the bottom of the Storage & Backup screen. iCloud backs up your:

- Purchased music, TV shows, apps, and books
- Photos in your Camera Roll album
- iPhone settings and app data
- Home screen and app organization
- Messages (iMessage, SMS, and MMS)
- Ringtones

*Note:* Purchased music is not backed up in all areas and TV shows are not available in all areas.

If you didn't enable iCloud backup when you first set up iPhone, you can turn it on in iCloud settings. When you turn on iCloud backup, iPhone no longer backs up to your computer automatically when you sync with iTunes.

| | |
|---|---|
| **Turn on iCloud backups** | Go to Settings > iCloud, then log in with your Apple ID and password, if required. Go to Storage & Backup, then turn on iCloud Backup. |
| **Back up immediately** | Go to Settings > iCloud > Storage & Backup, then tap Back Up Now. |
| **Manage your backups** | Go to Settings > iCloud > Storage & Backup, then tap Manage Storage. Tap the name of your iPhone. |
| **Turn Camera Roll backup on or off** | Go to Settings > iCloud > Storage & Backup, then tap Manage Storage. Tap the name of your iPhone, then turn Camera Roll backup on or off. |
| **View the devices being backed up** | Go to Settings > iCloud > Storage & Backup > Manage Storage. |
| **Stop iCloud automatic backups** | Go to Settings > iCloud > Storage & Backup > Backup, then off turn iCloud Backup. |

Music that isn't purchased in iTunes isn't backed up in iCloud. You have to use iTunes to restore and backup that content. See "Syncing with iTunes" on page 18.

*Important:* Backups for music or TV show purchases are not available in all areas. Previous purchases may be unavailable if they are no longer in the iTunes Store, App Store, or iBookstore.

Purchased content, as well as Photo Stream content, doesn't count against your 5 GB of free iCloud storage.

## Backing up with iTunes

iTunes creates a backup of photos in your Camera Roll or Saved Photos album, and in text messages, notes, call history, contact favorites, sound settings, and more. Media files, such as songs, and some photos, aren't backed up, but can be restored by syncing with iTunes.

When you connect iPhone to the computer you normally sync with, iTunes creates a backup each time you:

- *Sync with iTunes:*  iTunes syncs iPhone each time you connect iPhone to your computer. iTunes won't automatically back up an iPhone that isn't configured to sync with that computer. See "Syncing with iTunes" on page 18.
- *Update or restore iPhone:*  iTunes automatically backs up iPhone before updating and restoring.

iTunes can also encrypt iPhone backups to secure your data.

**Encrypt iPhone backups:**  Select "Encrypt iPhone backup" in the iTunes Summary screen.

**Restore iPhone files and settings:**  Connect iPhone to the computer you normally sync with, select iPhone in the iTunes window, and click Restore in the Summary pane.

For more information about backups, including the settings and information stored in a backup, go to support.apple.com/kb/HT1766.

## Removing an iTunes backup

You can remove an iPhone backup from the list of backups in iTunes. You may want to do this, for example, if a backup was created on someone else's computer.

**Remove a backup:**

1  In iTunes, open iTunes Preferences.

- *Mac:*  Choose iTunes > Preferences.
- *Windows:*  Choose Edit > Preferences

2  Click Devices (iPhone doesn't need to be connected).

3  Select the backup you want to remove, then click Delete Backup.

4  Click Delete, to confirm you wish to remove the selected backup, then click OK.

## Updating and restoring iPhone software

You can update iPhone software in Settings or by using iTunes. Use iCloud or iTunes to restore iPhone from a backup.

Deleted data is no longer accessible via the iPhone user interface, but it isn't erased from iPhone. For information about erasing all content and settings, see "Reset" on page 152.

For more information about updating and restoring iPhone software, go to support.apple.com/kb/HT1414.

### Updating iPhone

You can update software in iPhone Settings or by using iTunes.

**Update wirelessly on iPhone:**  Go to Settings > General > Software Update. iPhone checks for available software updates.

**Update software in iTunes:**  iTunes checks for available software updates each time you sync iPhone using iTunes. See "Syncing with iTunes" on page 18.

### Restoring iPhone

You can use iCloud or iTunes to restore iPhone from a backup.

**Restore from an iCloud backup:**  Reset iPhone to erase all settings and information. Sign in to iCloud and choose Restore from a Backup in the Setup Assistant. See "Reset" on page 152.

**Restore from an iTunes backup:**  Connect iPhone to the computer you normally sync with, select iPhone in the iTunes window, and click Restore in the Summary pane.

When the iPhone software is restored, you can either set it up as a new iPhone, or restore your music, videos, app data, and other content from a backup.

## File sharing

File Sharing lets you transfer files with a USB cable between iPhone and your computer, using iTunes. You can share files created with a compatible app and saved in a supported format.

Apps that support file sharing appear in the File Sharing Apps list in iTunes. For each app, the Files list shows the documents that are on iPhone. See the app's documentation for information about how it shares files; not all apps support this feature.

**Transfer a file from iPhone to your computer:**  In iTunes, go to your device's Apps pane. In the File Sharing section, select an app from the list. On the right, select the file you want to transfer, then click "Save to."

**Transfer a file from your computer to iPhone:**  In iTunes, go to your device's Apps pane. In the File Sharing section, select an app, then click Add. The file is immediately transferred to your device for use with the app you selected.

**Delete a file from iPhone:**  In iTunes, go to your device's Apps pane. In the File Sharing section, select the file, then press the Delete key.

## Safety, software, and service information

This table describes where to get more iPhone-related safety, software, and service information.

| To learn about | Do this |
|---|---|
| Using iPhone safely | See the *Important Product Information Guide* at www.apple.com/support/manuals/iphone for the latest safety and regulatory information. |
| iPhone service and support, tips, forums, and Apple software downloads | Go to www.apple.com/support/iphone. |
| Service and support from your carrier | Contact your carrier or go to your carrier's website. |
| The latest information about iPhone | Go to www.apple.com/iphone. |
| Creating an Apple ID | Go to appleid.apple.com. |
| Using iCloud | Go to www.apple.com/support/icloud. |
| Using iTunes | Open iTunes and choose Help > iTunes Help. For an online iTunes tutorial (may not be available in all areas), go to www.apple.com/support/itunes. |
| Using iPhoto in Mac OS X | Open iPhoto and choose Help > iPhoto Help. |
| Using Address Book on Mac OS X | Open Address Book and choose Help > Address Book Help. |
| Using iCal in Mac OS X | Open iCal and choose Help > iCal Help. |
| Microsoft Outlook, Windows Address Book, or Adobe Photoshop Elements | See the documentation that came with those apps. |
| Finding your iPhone serial number, IMEI, ICCID, or MEID | You can find your iPhone serial number, International Mobile Equipment Identity (IMEI), ICCD, or Mobile Equipment Identifier (MEID) on the iPhone packaging. Or, on iPhone, choose Settings > General > About. For more information, go to support.apple.com/kb/ht1267. |
| Obtaining warranty service | First follow the advice in this guide and online resources. Then go to www.apple.com/support or see the *Important Product Information Guide* at www.apple.com/support/manuals/iphone. |
| Battery replacement service | Go to www.apple.com/batteries/replacements.html. |

## Using iPhone in an enterprise environment

Go to www.apple.com/iphone/business to learn more about the enterprise features of iPhone, including Microsoft Exchange, IMAP, CalDAV, CardDAV, VPN, and more.

## Using iPhone with other carriers

Some carriers let you unlock iPhone for use with their network. To determine if your carrier offers this option, go to support.apple.com/kb/HT1937.

Contact your carrier for authorization and setup information. You need to connect iPhone to iTunes to complete the process. Additional fees may apply.

For troubleshooting information, go to support.apple.com/kb/TS3198.

## Disposal and recycling information

*Apple Recycling Program (available in some areas):*  For free recycling of your old mobile phone, a prepaid shipping label, and instructions, see:  www.apple.com/recycling

*iPhone disposal and recycling:*  You must dispose of iPhone properly according to local laws and regulations. Because iPhone contains electronic components and a battery, iPhone must be disposed of separately from household waste. When iPhone reaches its end of life, contact local authorities to learn about disposal and recycling options, or simply drop it off at your local Apple retail store or return it to Apple. The battery will be removed and recycled in an environmentally friendly manner. For more information, see: www.apple.com/recycling

*European Union—electronics and battery disposal information:*



This symbol means that according to local laws and regulations your product and its battery should be recycled separately from household waste. When this product reaches its end of life, take it to a collection point designated by local authorities for the recycling of electronic equipment. The improper disposal of waste electronic equipment from the consumer may be subject to fines. The separate collection and recycling of your product and its battery at the time of disposal will help conserve natural resources and ensure that it is recycled in a manner that protects human health and the environment.

For collection and recycling services for iPhone, go to:
www.apple.com/recycling/nationalservices/europe.html

*Battery replacement for iPhone:*  The rechargeable battery in iPhone should be replaced only by Apple or an Apple Authorized Service Provider. For more information about battery replacement services, go to:  www.apple.com/batteries/replacements.html

*Deutschland:*  Dieses Gerät enthält Batterien. Bitte nicht in den Hausmüll werfen. Entsorgen Sie dieses Gerätes am Ende seines Lebenszyklus entsprechend der maßgeblichen gesetzlichen Regelungen.

*Nederlands:*  Gebruikte batterijen kunnen worden ingeleverd bij de chemokar of in een speciale batterijcontainer voor klein chemisch afval (kca) worden gedeponeerd.

*Türkiye:*  EEE yönetmeliğine (Elektrikli ve Elektronik Eşyalarda Bazı Zararlı Maddelerin Kullanımının Sınırlandırılmasına Dair Yönetmelik) uygundur.

台灣



廢電池請回收

*Brasil:  Informações sobre descarte e reciclagem*



O símbolo acima indica que este produto e/ou sua bateria não devem ser descartadas no lixo doméstico. Quando decidir descartar este produto e/ou sua bateria, faça-o de acordo com as leis e diretrizes ambientais locais. Para informações sobre o programa de reciclagem da Apple, pontos de coleta e telefone de informações, visite www.apple.com/br/environment.

## Apple and the environment

At Apple, we recognize our responsibility to minimize the environmental impacts of our operations and products. For more information, go to: www.apple.com/environment

## iPhone operating temperature

If the interior temperature of iPhone exceeds normal operating temperatures, you may experience the following as it attempts to regulate its temperature:

- iPhone stops charging.
- The screen dims.
- The cellular signal is weak.
- A temperature warning screen appears.

*Important:* You can't use iPhone while the temperature warning screen is displayed, except to make an emergency call. If iPhone can't regulate its internal temperature, it goes into deep sleep mode until it cools. You can't make an emergency call when iPhone is in this mode. Move iPhone to a cooler location and wait a few minutes before trying to use iPhone again.

 Apple Inc.
© 2011 Apple Inc. All rights reserved.

Apple, the Apple logo, AirPlay, AirPort, AirPort Express, AirPort Extreme, Aperture, Apple TV, Cover Flow, FaceTime, Finder, iBooks, iCal, iLife, iMovie, iPad, iPhone, iPhoto, iPod, iPod touch, iTunes, iTunes Extras, Keynote, Mac, Macintosh, Mac OS, Numbers, Pages, Safari, Siri, Spotlight, and the Works with iPhone logo are trademarks of Apple Inc., registered in the U.S. and other countries.

AirPrint, iMessage, the Made for iPhone logo, Multi-Touch, and Retina are trademarks of Apple Inc.

Apple Store, iCloud, and iTunes Store are service marks of Apple Inc., registered in the U.S. and other countries.

App Store, iBookstore, iTunes Match, and MobileMe are service marks of Apple Inc.

IOS is a trademark or registered trademark of Cisco in the U.S. and other countries and is used under license.

Ping is a registered trademark of Karsten Manufacturing Corporation and is used in the U.S. under license.

NIKE and the Swoosh Design are trademarks of NIKE, Inc. and its affiliates, and are used under license.

The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc. and any use of such marks by Apple Inc. is under license.

Adobe and Photoshop are trademarks or registered trademarks of Adobe Systems Incorporated in the U.S. and/or other countries.

Other company and product names mentioned herein may be trademarks of their respective companies.

Map data © 2010 Google.

Mention of third-party products is for informational purposes only and constitutes neither an endorsement nor a recommendation. Apple assumes no responsibility with regard to the performance or use of these products. All understandings, agreements, or warranties, if any, take place directly between the vendors and the prospective users. Every effort has been made to ensure that the information in this manual is accurate. Apple is not responsible for printing or clerical errors.

019-2049/2011-10-20