2

## Exhibit 2 – List of Materials Considered

- U.S. Patent No. 8,046,721

- Prosecution History for U.S. Patent No. 8,046,721, including prior art cited therein

- Samsung Galaxy Nexus

- Specifications for Samsung Galaxy Nexus (available at http://www.google.com/nexus/#/tech-specs)

- Samsung Galaxy Nexus User Guide (available at http://static.googleusercontent.com/external_content/untrusted_dlcp/www.google.com/en/us/help/hc/pdfs/mobile/AndroidUsersGuide-40-en.pdf)

- Relevant portions of Android 4.0 source code (available at http://www.google.com/nexus/#/tech-specs and http://source.android.com/source/downloading.html)

- Apple iPhone 4S, iPad 2 and iPod Touch

- Specifications for Apple iPhone (available at http://www.apple.com/iphonespecs.html.)

- "Compare iPhone models" (available at http://www.apple.com/iphone/compare-iphones/)

- "Apple iPhone 4S: Thoroughly Reviewed" (available at http://www.anandtech.com/show/4971)