3

**Exhibit 3 – Exemplary Infringement Claim Chart for U.S. Patent No. 8,046,721**

| Claim 7 of U.S. Patent No. 8,046,721 | Infringement by Samsung Galaxy Nexus |
|---|---|
| 7. A portable electronic device, comprising[1]: | To the extent that the preamble is found to be a limitation, the Samsung Galaxy Nexus is a portable electronic device. It is 67.94mm x 135.5mm x 9.47mm, and has an 1850mAh battery. Exhibit 4[2] (Galaxy Nexus Specifications, available at http://www.google.com/nexus/#/tech-specs). |
| (a) a touch-sensitive display; | The Samsung Galaxy Nexus has a touch-sensitive display. The Samsung Galaxy Nexus User Guide states that to use the Galaxy Nexus, you "[u]se your fingers to manipulate icons, buttons, menus, the onscreen keyboard, and other items on the touchscreen." *See* Exhibit 5, at 9. The '721 specification makes clear that a touch screen display is the same as a touch-sensitive display: "Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art." (Col. 1:25-26.) |
| (b) memory; | The Samsung Galaxy Nexus has two forms of memory: "Storage: 32 GB" and "Memory: 1 GB RAM." Exhibit 4 (Galaxy Nexus Specifications). |
| (c) one or more processors; and | The Samsung Galaxy Nexus has a "1.2GHZ dual core processor." Exhibit 4 (Galaxy Nexus Specifications). |
| (d) one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | The '721 specification discloses many types of modules that exist in the Samsung Galaxy Nexus, including a contact/motion module that "detects contact with the [] touch screen." (Col. 6:34-35.)<br><br>The Samsung Galaxy Nexus contains, among other modules, a contact/motion module in its memory that is configured for execution by the Galaxy Nexus's processor. This |

[1] Apple's inclusion of citations related to any claim preamble in this claim chart should not be interpreted as an admission that the preamble is limiting. Apple reserves the right to take the position that the claim preambles are limiting or not limiting on a claim-by-claim basis.

[2] All Exhibits refer to the Exhibits to the Declaration of Ravin Balakrishnan, Ph.D.

| Claim 7 of U.S. Patent No. 8,046,721 | Infringement by Samsung Galaxy Nexus |
|---|---|
| | module allows the Samsung Galaxy Nexus to detect contact with the touch screen. The Samsung Galaxy Nexus User Guide discloses some of these contacts that the contact/motion module detects:<br><br>**Touch & type**<br><br>Use your fingers to manipulate icons, buttons, menus, the onscreen keyboard, and other items on the touchscreen. You can also change the screen's orientation.<br><br>To select or activate something, touch it.<br><br>To type something, such as a name, password, or search terms, just touch where you want to type. A keyboard pops up that lets you type into the field.<br><br>Other common gestures include:<br><br>▶ **Touch & hold**: Touch & hold an item on the screen by touching it and not lifting your finger until an action occurs.<br><br>▶ **Drag**: Touch & hold an item for a moment and then, without lifting your finger, move your finger on the screen until you reach the target position. For example, you can drag to reposition shortcuts on the Home screen.<br><br>▶ **Swipe or slide**: Quickly move your finger across the surface of the screen, without pausing when you first touch (so you don't drag something instead). For example, you can slide a Home screen left or right to view the other Home screens.<br><br>▶ **Double-tap**: Tap quickly twice on a webpage, map, or other screen to zoom. For example, double-tap a webpage in Browser to zoom in, and double-tap again to zoom out.<br><br>▶ **Pinch**: In some apps (such as Maps, Browser, and Gallery), you can zoom in and out by placing two fingers on the screen at once and pinching them together (to zoom out) or spreading them apart (to zoom in).<br><br>Exhibit 5, at 9.<br><br>As an example of one of the Samsung Galaxy Nexus modules, instructions for a slide to unlock functionality within the Android 4.0's lock screen program include, but are not necessarily limited to, those contained in the file frameworks/base/core/java/com/android/internal/widget/multiwaveview/MultiWaveView.java. This file contains a class named "MultiWaveView" that implements the various behaviors of the slide to unlock functionality. The comments from the Android 4.0 code |

| Claim 7 of U.S. Patent No. 8,046,721 | Infringement by Samsung Galaxy Nexus |
|---|---|
| | describe the overall functionality of the MultiWaveView:<br><br>`/**`<br>` * A special widget containing a center and outer ring. Moving the center ring to the outer ring`<br>` * causes an event that can be caught by implementing OnTriggerListener.`<br>` */` |
| (e) to detect a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Galaxy Nexus's home screen, when locked, contains an unlock image at a predefined location in the bottom center of the screen (see image below). The Samsung Galaxy Nexus's contact/motion module contains instructions that allow the Galaxy Nexus to detect a user's contact with the touch-sensitive display at the unlock image (figure below). |

| Claim 7 of U.S. Patent No. 8,046,721 | Infringement by Samsung Galaxy Nexus |
|---|---|
| |  (Image of Samsung Galaxy Nexus, demonstrating detecting contact on the unlock image.)<br><br>The Samsung Galaxy Nexus's contact/motion module contains instructions including, but not necessarily limited to, those contained in MultiWaveView.java file, and more specifically within the methods onTouchEvent(), handleDown() and trySwitchToFirstTouchState() to detect contact with the unlock image on the touch-sensitive display. The method onTouchEvent() calls handleDown() when it receives a motion event that corresponds to a contact on the touch-sensitive display, which in turn calls trySwitchToFirstTouchState(). The trySwitchToFirstTouchState() method has instructions that determines whether a contact with the touch-sensitive display hits the unlock image. |

| Claim 7 of U.S. Patent No. 8,046,721 | Samsung Galaxy Nexus |
|---|---|
| (f) to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | The Samsung Galaxy Nexus's contact/motion module contains instructions directing that (1) when the user places their finger on the Samsung Galaxy Nexus's unlock image and (2) then moves their finger on the screen while maintaining continuous contact with the screen, (3) the Samsung Galaxy Nexus continuously moves the unlock image in accordance with the movement of the user's finger. The images below demonstrate this movement.<br><br><br>(Images of Samsung Galaxy Nexus, demonstrating continuous movement of the unlock image in accordance with continuous contact movement of the user's finger.)<br><br>This unlock image that the user moves on the touch-sensitive display is a graphical, interactive user-interface object with which the user may interact in order to unlock the Samsung Galaxy Nexus. By moving this unlock image in the manner shown in the pictures above, the user may unlock the Samsung Galaxy Nexus. The Samsung Galaxy Nexus Help site briefly describes this unlock mechanism as "Slide": |

| Claim 7 of U.S. Patent No. 8,046,721 | Infringement by Samsung Galaxy Nexus |
|---|---|
| | You can choose among these lock options, listed in approximate order of strength:<br>• **Slide** provides no protection, but lets you get to the Home screen quickly, or open Camera a taking pictures immediately.<br>• **Face Unlock** lets you unlock your phone by looking at it. This is the least secure lock optioı<br>• **Pattern** lets you draw a simple pattern with your finger to unlock the phone. This is slightly secure than Face Unlock.<br>• **PIN** requires four or more numbers. Longer PINs tend to be more secure.<br>• **Password** requires four or more letters or numbers. This is the most secure option, as long create a strong password.<br><br>Exhibit 5, at 103.<br><br>Instructions for tracking the movement of the detected contact and to in turn continuously move the unlock image are found in, but not necessarily limited to, the file MultiWaveView.java within the onTouchEvent() and handleMove() methods. The method onTouchEvent() calls handleMove() when it receives a motion event that corresponds to a movement of a contact on the touch-sensitive display. The method handleMove() tracks the movement of the detected contact and continuously moves the unlock image. |

| Claim 7 of U.S. Patent No. 8,046,721 | Samsung Galaxy Nexus |
|---|---|
| (g) to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | The Samsung Galaxy Nexus's contact/motion module contains additional instructions directing that (1) when the Samsung Galaxy Nexus detects contact with the user's finger, (2) a second unlock image appears at a predefined location on the lower right potion of the screen (see center image below), directing the user to the location of required movement to unlock the Galaxy Nexus, and (3) when the user moves the first (originally centered) unlock image to the second (right-hand) unlock image on the touch-sensitive display, the Samsung Galaxy Nexus unlocks.<br><br><br>Continuous contact with an interactive user-interface object<br><br>(Images of Samsung Galaxy Nexus, demonstrating unlocking the Galaxy Nexus by moving the unlock image from a first predefined location to a second predefined location.)<br><br>The instructions for unlocking the Samsung Galaxy Nexus by sliding the unlock image to the unlock region on the right of the screen include, but are not necessarily limited to, that contained in the MultiWaveView.java file, which contains the following methods that are executed when the unlock image is moved to the predefined unlock region: |

| Claim 7 of U.S. Patent No. 8,046,721 | Samsung Galaxy Nexus |
|---|---|
| | doFinish() and setGrabbedState().<br><br>The file frameworks/base/policy/src/com/android/internal/policy/impl/LockScreen.java contains code including, but not necessarily limited to, instructions for using the MultiWaveView class to unlock the screen.  The class is called "LockScreen", which in turn has a class called "MultiWaveViewMethods" that determines what to do, including but not limited to when to unlock the Galaxy Nexus, when the unlock image is moved to the predetermined unlock region. In particular, the onTrigger() method specifies when and how to unlock the Galaxy Nexus. |

| Claim 8 of U.S. Patent No. 8,046,721 | Samsung Galaxy Nexus |
|---|---|
| 8. The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement of the unlock image required to unlock the device. | When the locked Samsung Galaxy Nexus detects contact with the user's finger on the first unlock image, a second unlock image appears on the lower right potion of the screen (see center image below), communicating to user the that the first unlock image must be moved to the right to unlock the Galaxy Nexus:   Furthermore, when the unlock image first appears on the unlock screen of the locked Samsung Galaxy Nexus, an animation of "cheverons" moving from the unlock image to the right of the screen is played, which are visual cues which communicate a direction of movement of the unlock image required to unlock the device. This is illustrated in the following images: |



(Images demonstrating that after the user touches the unlock image, cheverons move to the right as a cue toward the direction of movement to unlock the Samsung Galaxy

This animation is also replayed if the user touches the unlock image and releases the touch without moving the unlock image to the predetermined unlock region. The instuctions for this animation is found in, but not necessariliy limited to, the method startChevronAnimation() in the file MultiWaveView.java.

| Claim 12 of U.S. Patent No. 8,046,721 | Samsung Galaxy Nexus |
|---|---|
| 12. A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | To the extent that the preamble is found to be a limitation, the Samsung Galaxy Nexus contains two forms of memory, including computer readable storage: "Storage: 32 GB" and "Memory: 1 GB RAM." Exhibit 4 (Galaxy Nexus Specifications).   The '721 specification describes computer readable storage medium as "e.g., one or more magnetic disk storage devices, flash memory devices, or other non-volatile solid state memory devices." (Col. 2:58-60.)<br><br>As is standard for computing devices, the Galaxy Nexus's computer readable storage medium contains programs comprising instructions that the Galaxy Nexus's processor can execute, causing the Galaxy Nexus to perform various methods.<br><br>The Samsung Galaxy Nexus is a portable electronic device.  It is 67.94mm x 135.5mm x 9.47mm, and has an 1850mAh battery.  Exhibit 4 (Galaxy Nexus Specifications).<br><br>The Galaxy Nexus also has a touch-sensitive display.  The Samsung Galaxy Nexus Help site states that to use the Galaxy Nexus, you "[u]se your fingers to manipulate icons, buttons, menus, the onscreen keyboard, and other items on the touchscreen." Exhibit 5, at 9.  The '721 specification makes clear that a touch screen display is the same as a touch-sensitive display: "Touch-sensitive displays (also known as 'touch screens' or 'touchscreens') are well known in the art." (Col. 1:25-26.) |

| Claim 12 of U.S. Patent No. 8,046,721 | Samsung Galaxy Nexus |
|---|---|
| (a) detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | The Samsung Galaxy Nexus home screen, when locked, contains an unlock image at a predefined location in the bottom center of the screen (see image below). The Samsung Galaxy Nexus Help site explains that the Galaxy Nexus detects at least the following types of contacts:<br>**Touch & type**<br>Use your fingers to manipulate icons, buttons, menus, the onscreen keyboard, and other items on the touchscreen. You can also change the screen's orientation.<br>To select or activate something, touch it.<br>To type something, such as a name, password, or search terms, just touch where you want to type. A keyboard pops up that lets you type into the field.<br>Other common gestures include:<br>▶ **Touch & hold**: Touch & hold an item on the screen by touching it and not lifting your finger until an action occurs.<br>▶ **Drag**: Touch & hold an item for a moment and then, without lifting your finger, move your finger on the screen until you reach the target position. For example, you can drag to reposition shortcuts on the Home screen.<br>▶ **Swipe or slide**: Quickly move your finger across the surface of the screen, without pausing when you first touch (so you don't drag something instead). For example, you can slide a Home screen left or right to view the other Home screens.<br>▶ **Double-tap**: Tap quickly twice on a webpage, map, or other screen to zoom. For example, double-tap a webpage in Browser to zoom in, and double-tap again to zoom out.<br>▶ **Pinch**: In some apps (such as Maps, Browser, and Gallery), you can zoom in and out by placing two fingers on the screen at once and pinching them together (to zoom out) or spreading them apart (to zoom in).<br><br>Exhibit 5, at 9.<br><br>The Samsung Galaxy Nexus detects these contacts with the touch-sensitive display, including contacts on the unlock image described above.<br><br>As an example of instructions contained in the Samsung Galaxy Nexus programs, instructions for a slide to unlock functionality within the Android 4.0's lock screen |

| Claim 12 of U.S. Patent No. 8,046,721 | Samsung Galaxy Nexus |
| --- | --- |
| | program are included in, but not necessarily limited to, those contained in the file frameworks/base/core/java/com/android/internal/widget/multiwaveview/MultiWaveView.java. This file contains a class named "MultiWaveView" that implements the various behaviors of the slide to unlock functionality. The comments from the Android 4.0 code describe the overall functionality of the MultiWaveView:<br><br>`/**`<br>` * A special widget containing a center and outer ring. Moving the center ring to the outer ring`<br>` * causes an event that can be caught by implementing OnTriggerListener.`<br>` */`<br><br>The Samsung Galaxy Nexus's default setting is set such that the Galaxy Nexus's home screen, when locked, contains an unlock image at a predefined location in the bottom center of the screen (see image below).<br><br>The Samsung Galaxy Nexus's programs contains instructions that allow the Galaxy Nexus to detect a user's contact with the touch-sensitive display at the unlock image (figure below). |

| Claim 12 of U.S. Patent No. 8,046,721 | Samsung Galaxy Nexus |
|---|---|
| | The Samsung Galaxy Nexus's programs contain instructions including, but not necessarily limited to, those contained in MultiWaveView.java file, and more specifically within the methods onTouchEvent(), handleDown() and trySwitchToFirstTouchState() to detect contact with the unlock image on the touch-sensitive display. The method onTouchEvent() calls handleDown() when it receives a motion event that corresponds to a contact on the touch-sensitive display, which in turn calls trySwitchToFirstTouchState(). The trySwitchToFirstTouchState() method has instructions that determines whether a contact with the touch-sensitive display hits the unlock image. |

| Claim 12 of U.S. Patent No. 8,046,721 | Samsung Galaxy Nexus |
|---|---|
| (b) continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | When the user places their finger on the Samsung Galaxy Nexus's unlock image and then moves their finger on the screen while maintaining continuous contact with the screen, the Samsung Galaxy Nexus continuously moves the unlock image in accordance with the movement of the user's finger. The images below demonstrate this movement.   Continuous contact with an interactive user-interface object (Images of Samsung Galaxy Nexus, demonstrating continuous movement of the unlock image in accordance with continuous contact movement of the user's finger.) This unlock image that the user moves on the touch-sensitive display is a graphical, interactive user-interface object with which the user may interact in order to unlock the Samsung Galaxy Nexus. By moving this unlock image in the manner shown in the pictures above, the user may unlock the Samsung Galaxy Nexus. The Samsung Galaxy Nexus Help site briefly describes this unlock mechanism as "Slide": |

| Claim 12 of U.S. Patent No. 8,046,721 | Samsung Galaxy Nexus |
|---|---|
| | You can choose among these lock options, listed in approximate order of strength:<br>● **Slide** provides no protection, but lets you get to the Home screen quickly, or open Camera a taking pictures immediately.<br>● **Face Unlock** lets you unlock your phone by looking at it. This is the least secure lock optio<br>● **Pattern** lets you draw a simple pattern with your finger to unlock the phone. This is slightly secure than Face Unlock.<br>● **PIN** requires four or more numbers. Longer PINs tend to be more secure.<br>● **Password** requires four or more letters or numbers. This is the most secure option, as long create a strong password.<br><br>Exhibit 5, at 103.<br><br>Instructions for tracking the movement of the detected contact and to in turn continuously move the unlock image is found in, but not necessarily limited to, the file MultiWaveView.java within the onTouchEvent() and handleMove() methods. The method onTouchEvent() calls handleMove() when it receives a motion event that corresponds to a movement of a contact on the touch-sensitive display. The method handleMove() tracks the movement of the detected contact and continuously moves the unlock image. |

| Claim 12 of U.S. Patent No. 8,046,721 | Samsung Galaxy Nexus |
|---|---|
| (c) unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | When the Samsung Galaxy Nexus detects contact with the user's finger, a second unlock image appears at a predefined location on the lower right potion of the screen (see center image below), directing the user to the location of required movement to unlock the Galaxy Nexus.<br><br>When the user moves the first (originally centered) unlock image to the second (right-hand) unlock image on the touch-sensitive display, the Samsung Galaxy Nexus unlocks.<br><br>(Images of Samsung Galaxy Nexus, demonstrating unlocking the Galaxy Nexus by moving the unlock image from a first predefined location to a second predefined location.)<br><br>The instructions for unlocking the Samsung Galaxy Nexus by sliding the unlock image to the unlock region on the right of the screen include, but are not necessarily limited to, that contained in the MultiWaveView.java file, which contains the following methods that are executed when the unlock image is moved to the predefined unlock region: doFinish() and setGrabbedState(). |

| Claim 12 of U.S. Patent No. 8,046,721 | Samsung Galaxy Nexus |
|---|---|
| | The file frameworks/base/policy/src/com/android/internal/policy/impl/LockScreen.java contains code including, but not necessarily limited to, instructions for using the MultiWaveView class to unlock the screen.  The class is called "LockScreen", which in turn has a class called "MultiWaveViewMethods" that determines what to do, including but not limited to when to unlock the Galaxy Nexus, when the unlock image is moved to the predetermined unlock region. In particular, the onTrigger() method specifies when and how to unlock the Galaxy Nexus. |

| Claim 15 of U.S. Patent No. 8,046,721 | Samsung Galaxy Nexus |
|---|---|
| 15. The computer readable storage medium of claim 12, wherein the unlock image is a single image. | The graphical unlock image that appears on the bottom-center of the Samsung Galaxy Nexus screen when the locked Galaxy Nexus detects the user's finger on the unlock image, is a single image (see images below):<br><br><br>An excerpt of the relevant code for the graphical unlock image is below, where each "targetIcon" is a reference to a single icon:<br>`private void updateTargetPositions() {`<br>`// Reposition the target drawables if the view changed.`<br>`for (int i = 0; i < mTargetDrawables.size(); i++) {`<br>`final TargetDrawable targetIcon = mTargetDrawables.get(i);`<br>`double angle = -2.0f * Math.PI * i / mTargetDrawables.size();`<br>`float xPosition = mWaveCenterX + mOuterRadius * (float) Math.cos(angle);` |

| Claim 15 of U.S. Patent No. 8,046,721 | Samsung Galaxy Nexus |
| --- | --- |
| | `float yPosition = mWaveCenterY + mOuterRadius * (float) Math.sin(angle);`<br>`targetIcon.setX(xPosition);`<br>`targetIcon.setY(yPosition);`<br>`}`<br>`}` |