5

GALAXY NEXUS

verizon
4G LTE
CERTIFIED

USER GUIDE

# GALAXY NEXUS

Android mobile technology platform 4.0
User's Guide

Copyright © 2011 Google Inc. All rights reserved.

Google, Android, YouTube, and other trademarks are property of Google Inc. A list of Google trademarks is available at http://www.google.com/permissions/guidelines.html. All other marks and trademarks are properties of their respective owners.

Availability of Google applications, services, and features may vary by country, carrier, phone model, and manufacturer.

VZW_SCH-I515_English_UG_TE_120211_F4

# Contents

**Get started 4**

    Set up your phone 4

    Why use a Google Account? 5

    Get around 6

    Touch & type 9

    Use the lock screen 11

    Search your phone & the web 13

**Make yourself at home 14**

    Change the wallpaper 14

    Set ringtone & other sounds 15

    Make a phone call 17

    Get your contacts 18

    Arrange & work with apps 20

    Add widgets 22

    Manage notifications 23

1

## Try some apps 24

Start Gmail 24

Find People 26

Manage your Calendar 28

Use your Camera 29

Beam screen content 31

Manage downloads 32

## Tune performance 33

Optimize battery life 33

Optimize data usage 35

Optimize memory usage 40

## Learn the Phone app 43

Dial stored numbers 43

Answer or divert calls 45

Work with the Call log 46

Place an Internet (SIP) call 47

Listen to your voicemail 49

Dial by voice 50

Options during a call 51

## Enter & edit text 53

Use the keyboard 53

Type text by speaking 56

2

# Connect to networks & devices 57

Connect to mobile networks 57

Connect to Wi-Fi networks 59

Connect to Bluetooth devices 64

Connect to keyboards, mice, and other devices 69

Connect to a Windows computer via USB 71

Connect to a Macintosh computer via USB 72

Share your mobile data connection 73

Connect to virtual private networks 77

Control airplane mode & other network settings 80

# Search by text & voice 81

Refine Google Search 81

Use Voice Actions 86

Voice Action commands 88

# Manage accounts 91

Add or remove accounts 91

Configure account sync options 94

Change backup & reset options 97

# Secure your phone 99

Set screen lock 99

Encrypt your phone 101

Work with certificates 103

# Get started

## Set up your phone

For instructions on using your phone's buttons, charger, battery, and other hardware features, check the printed Quick Reference Guide that came with your phone.

The first time you turn on the phone, you'll see a Welcome screen.

▶   To choose a different language, touch the menu.

▶   To set up your phone, touch Start and follow the instructions.

A series of screens takes you through the setup process. If you already have Gmail, use your Gmail address and password when asked. If you don't have Gmail or any other Google Account, go ahead and create one.

As you go through the setup screens, you have the option to skip some steps. To set up options you skipped, or for more information, see these topics:

Why use a Google Account?

Connect to mobile networks

Connect to Wi-Fi networks

Google+ Help

Add or remove accounts

4

# Why use a Google Account?

A Google Account lets you organize and access your personal information from any computer or mobile device:

▶ **Never lose your contacts again**. When you sign in to your phone with a Google account, all the contacts you associate with that account in the People app are automatically backed up. As a result, they're always accessible through your Gmail account from any computer.

▶ **Synchronize and back up everything**. Whether you draft an email, add a contact's phone number, add an event to your calendar, or take a photo, your work gets backed up continuously by Google and synchronized with any computer where you use the same Google Account.

▶ **Access from anywhere**. Check your latest calendar, email, text messages, or social stream, wherever you are, no matter what computer or mobile device you're using.

▶ **Keep your stuff secure and available**. Google works round the clock to protect your personal data from unauthorized access and to ensure that you get it when you need it, wherever you need it.

▶ **Use other Google services**. Your Google Account also lets you take full advantage of any other Google apps and services that you may want to use, such as Gmail, Google Maps, Navigation, Android Market, YouTube, Google Talk, Messaging, and many more.

## Related topic

Add or remove accounts

# Get around

After you finish setting up your phone, Home opens.

At the bottom of the screen, you'll find three Navigation buttons. They're always available. No matter what you're doing with your phone, you can always get back to the main Home screen or return to previous screens:

| Icon | Name | Description |
|------|------|-------------|
| ⬅ | Back | Opens the previous screen you were working in, even if it was in a different app. Once you back up to the Home screen, you can't go back any further in your history. |
| ⌂ | Home | Opens Home. If you're viewing a left or right Home screen, opens the central Home screen. |
| ▭ | Recent apps | Opens a list of thumbnail images of apps you've worked with recently. To open an app, touch it. To remove a thumbnail from the list, swipe it left or right. |

After a short time without getting used, these buttons may shrink to dots or fade away, depending on the current app. To bring them back, touch their location.

6

Just above the Navigation buttons, notice the Favorites tray:



The app icons you keep in the tray remain visible on every Home screen.

The All Apps icon in the center is permanent. Touch it to see all your apps and widgets.

The middle of your Home screen can hold app and widget icons, plus folders.

▶   To open an app, folder, or widget, touch its icon.

▶   To see additional Home screens, swipe your finger quickly left or right.

7

At the top of the screen, you'll see something like this:



**Status icons** on the left tell you which apps have sent you notifications; for example, that a message has arrived, or it's time for a meeting.

▶   To see your notifications, swipe your finger down from the top of the screen.

**System icons** on the right display the current wireless and network connection strength, battery level, time, and more.

**Google Search**, just below the status and system icons, lets you search your phone or the Internet. Touch **Google** to type your search terms, or 🎤 to speak them.

## Related topics

Manage notifications

Arrange & work with apps

8

# Touch & type

Use your fingers to manipulate icons, buttons, menus, the onscreen keyboard, and other items on the touchscreen. You can also change the screen's orientation.

To select or activate something, touch it.

To type something, such as a name, password, or search terms, just touch where you want to type. A keyboard pops up that lets you type into the field.

Other common gestures include:

▶ **Touch & hold**: Touch & hold an item on the screen by touching it and not lifting your finger until an action occurs.

▶ **Drag**: Touch & hold an item for a moment and then, without lifting your finger, move your finger on the screen until you reach the target position. For example, you can drag to reposition shortcuts on the Home screen.

▶ **Swipe or slide**: Quickly move your finger across the surface of the screen, without pausing when you first touch (so you don't drag something instead). For example, you can slide a Home screen left or right to view the other Home screens.

▶ **Double-tap**: Tap quickly twice on a webpage, map, or other screen to zoom. For example, double-tap a webpage in Browser to zoom in, and double-tap again to zoom out.

▶ **Pinch**: In some apps (such as Maps, Browser, and Gallery), you can zoom in and out by placing two fingers on the screen at once and pinching them together (to zoom out) or spreading them apart (to zoom in).

9

► **Rotate the screen**: On most screens, the orientation of the screen rotates with your device as you turn it. You can change this Display setting.

## Related settings

Settings > Device > Sound

Settings > Device > Display

## Related topic

Use the keyboard

# Use the lock screen

To protect personal information, you can adjust your phone's lock settings:

**1**   From the Home or All Apps screen, touch the Settings icon ⊞ .

**2**   Scroll down and touch **Security**.

**3**   Touch **Screen lock**.

**4**   Touch the type of lock you'd like to use.

After you set a lock here, a lock screen displays whenever your screen wakes up, requesting the pattern, PIN, or other specified key.

**Important**   Screen lock options are listed in the approximate order of the strength of their security, starting with None and Slide, which provide no security. Face Unlock and Pattern provide minimal security, although they can be more convenient than the stronger options.

If your phone's playing music when the screen locks, you can continue listening or pause the selection without unlocking.

While the screen is locked, you can respond to incoming calls in three ways. Touch the white phone icon and slide over one of these icons:

 Answer call   Start talking to the caller.

 Send to voicemail   Direct the caller to leave a voicemail message.

 Send a message   Opens a list of default text messages. Touch one to send it to the caller immediately.

**Tip**   To edit text responses from within the Phone app, touch Menu icon ⋮ > **Settings > Quick responses**.

## Related topic

Set screen lock

12

# Search your phone & the web

Google Search can help you find anything you need on your phone or the web:

▶ At the top of any Home screen, touch **Google** to type your search term, or the Microphone button 🎤 to speak it.

As you type, suggestions from Google web search appear below the Search box, and results from your phone (such as apps and contacts) below that.

Touch a suggestion to search for it immediately, or touch its arrow just to add the term to the search field without starting to search.

To change the way Google searches on your phone or the web:

1 Touch **Google** at the top of the screen.

2 Touch the Menu icon ⋮ in the upper right corner of the screen.

3 Touch **Search settings**.

4 Touch **Searchable items** or **Google Search**.

Tip  In addition to speaking search terms, you can use Voice Actions to call your contacts, get directions, send messages, and perform a number of other common tasks by speaking.

## Related topics

Refine Google Search

Use Voice Actions

Voice Action commands

13

# Make yourself at home

## Change the wallpaper

Wallpapers are images from Gallery (pictures you shot with Camera, synced from Picasa, and so on), still images included with the system, and live images (such as an animation or a map that centers on your location). They take the place of the default background for your Home screens.

1  Touch & hold anywhere on a Home screen that's not occupied.

   A list of options appears.

2  Touch a wallpaper source:

   **Gallery**. Choose from pictures that you've taken with Camera or downloaded to your device.

   **Live Wallpapers**. Choose from a scrolling list of animated wallpapers.

   **Wallpapers**. Choose from thumbnails of default images, or touch a thumbnail for a larger version. You can download additional wallpapers from Android Market.

3  To set a wallpaper, touch **OK** at the top of the screen (for Gallery images) or **Set wallpaper**.

### Related settings

Settings > Device > Display > Wallpaper

# Set ringtone & other sounds

Your phone uses sounds and vibrations to communicate with you, including ringtones, notifications, alarms, and navigation feedback. You can customize any of these sounds, as well as controlling their volume and the volume for music, videos, games, and other media.

**Change default ringtone**

To change the default ringtone for incoming calls:

**1**   From a Home or All Apps screen, touch the Settings icon  .

**2**   Touch **Device > Sound > Phone ringtone**.

Touch a ringtone to select and hear it. Touch OK to confirm your final selection.

To adjust the ringtone for an individual caller, go to that person's contact card in the People app, touch Menu for that card , and then **Set ringtone**.

**Set ringtone to Vibrate**

You have several options for controlling when your phone vibrates. To turn Vibrate on or off easily for incoming calls, follow these steps:

▶   To activate Vibrate, press the Volume key (on the left side of your phone) down until you feel the phone vibrate. To resume normal ringing, press the Volume key up.

**Change other Sound settings**

To change other sounds and vibrations, go to **Settings > Device > Sound** and touch the one you want:

▶ **Volumes** sets the master volume separately for music, ringtones & notifications, and alarms. You can still use the physical volume control on the phone to raise or lower volume of whatever sound is currently playing.

▶ **Vibrate** controls vibration feedback across the entire phone.

▶ **Silent mode** turns off all sounds.

▶ **Default notification** announces the arrival of notifications unless you specify a different sound in an individual app.

▶ **System** settings control feedback sounds and vibrations for standard actions performed with your phone.

# Make a phone call

1   Touch the Phone icon 📞 on the Home or All Apps screen.

If the Phone app opens to a list of numbers instead of the keypad, swipe left or touch the 📞 tab to return to the keypad.

2   Touch the keys to enter the number.

3   Touch 📞 below the keypad to dial.

You can switch applications during a call; for example, to look up information by using the Browser. The green phone icon appears in the Status bar while the call is underway.

To return to the Phone app while a call is in progress:

1   Swipe down from the top of the screen to reveal your notifications.

2   Touch the name of the person you're calling, beside the phone icon.

To end a call in progress, touch 📞 at the bottom of the screen.

## Related topics

Dial stored numbers

Answer or divert calls

# Get your contacts

If you have a Google Account, any contacts associated with that account are automatically backed up by Google. This means all your contacts are always available on the web and can be synced to any Android phone that's set up with the same account.

As a result, even if you lose your phone, switch to a new phone, or use a desktop computer, your contacts are always available.

To get your phone numbers and other contact information into your Google account, you have several options:

▶   Import your contacts directly into your phone from your SIM card. See the instructions below.

▶   Use a desktop computer to import both your email and your contacts from another email account into your Gmail account. See  Import email and contacts.

▶   Use a desktop computer to export your contacts from applications like Outlook or the Mac Address Book as a text file, then import them into your Google Account through a desktop browser. Two common text file formats used for this purpose produce files that end with .csv or .vcard. See Importing CSV files or Importing vCard files.

▶   Use a desktop computer to export your contacts as a text file, then import them directly into your phone.

Regardless of the method, you only need to import your contacts once. After you start using a Google Account, all your contacts stay in sync, even if you get a new phone or other mobile device. To view your contacts:

▶   On your phone: use the People app .

▶   From a browser on a desktop computer: Go to <u>google.com/contacts</u>. If you aren't already logged in, you need to provide your Gmail address and password.

To import contacts from a SIM card:

1   Install the SIM card with your contacts on it in your new phone.

2   From a Home or All Apps screen, open the People app .

3   Touch Menu icon ⋮ > **Import/Export**.

4   Touch **Import from SIM card**.

   If asked to choose an account, touch the one where you want to add the contacts.

5   To import contacts one at a time, touch them.

   To import all at once, touch Menu icon ⋮ > **Import All**.

## Related topic

Find People

# Arrange & work with apps

To see all your apps, touch the All Apps icon (⊞) on any Home screen.

The main All Apps screen opens. This is where you can see all your apps, including those downloaded from Android Market. You can move app icons to any of your Home screens.

From All Apps, you can

▶ **Move between screens**: Swipe left or right.

▶ **Launch an app**: Touch its icon.

▶ **Place an app icon on a Home screen**: Touch & hold the app icon, slide your finger, and lift your finger to drop the icon in place.

▶ **Place an app icon in the Favorites tray**: Touch, hold, & slide to move one of the Favorites icons out of the tray. Then use the same technique to move another one into the same position.

▶ **Explore your widgets**: Touch the Widgets tab at the top of any All Apps screen.

▶ **Get more apps**. Touch the Market icon.

To remove an app icon from the Home screen, touch and hold it, slide your finger toward the top of the screen, and drop the app over the Remove icon 🗑 .

**Note**   The All Apps icon (⊞) in the Favorites tray is permanent. You can't move it.

## Use folders

You can combine several app icons in a folder. Drop one app icon over another on a Home screen, and the two icons will be combined.

From any Home screen, you can

▶ **Open a folder**: Touch it. The folder opens:

▶ **Rename a folder**: Touch its name.

▶ **Move icons around your Home screens**: Touch, hold, and slide.



## Tips

▶ To can see a smaller collection of frequently used apps, touch the Google Apps folder near the bottom of the screen. As with any folder, you can customize its contents.

▶ After you open an app, you can usually adjust its settings by choosing items from its Menu icon near the top or bottom of the screen.

## Related topic

Add widgets

# Add widgets

Widgets are like windows into your apps. They're available from an All Apps tab for you to move onto your Home screens.

To see your widgets:

1   Touch the All Apps icon ⊞ on your Home screen.

2   Touch **Widgets** at the top of the screen.

From the main Widgets screen, you can

▶   **Move between screens**: Swipe left or right.

▶   **Drag a widget to a Home screen**: Touch and hold the widget's icon, slide your finger where you want to place it, and lift your finger.

You may be asked to make further choices before the widget activates. If there isn't room where you dropped it, the widget won't get added to the Home screen.

## Related topic

Arrange & work with apps

# Manage notifications

Notifications report the arrival of new messages, calendar events, and alarms, as well as ongoing events, such as when you've configured your phone as a Wi-Fi hotspot.

When you receive a notification, its icon appears in the top left corner of the screen. Depending on your Sound settings, you may also hear a sound.

▶ **See your notifications**: Swipe your finger down from the top of the screen.

▶ **Respond to a notification**: Touch it.

▶ **Dismiss a notification**: Swipe it sideways.

▶ **Dismiss all notifications**: Touch the X in the top right corner.

**Tip**   When the list of notifications is open, you can also get to Settings by touching the Quick Settings icon ⊟ at the top of the list. This provides a quick way to get to Settings from any screen.

Most apps that send notifications, such as Gmail and Google Talk, have notification settings that you can adjust.

## Related settings

Settings > Device > Sound

# Try some apps

## Start Gmail

You can use Gmail to read and write email from any mobile device or browser. All your email is always up to date and available no matter where you check it from.

But Gmail is not just about email. Your Gmail name and password signs you into to all Google apps and services, including Calendar; People, for keeping track of your contacts; Picasa, for storing and organizing your pictures; Google Reader, for keeping up with your online reading; Google Documents, for working with documents, spreadsheets, or drawings; and many more.

▶   To launch Gmail, touch the Gmail icon  on a Home or All Apps screen.

The first time you launch Gmail, you're asked to sign in or create an account, if you didn't already do so when you first set up your device. Then Gmail opens to the Inbox. From here, you can

▶   **Read email**. Touch a message to read it. Unread messages are bold.

While you're reading a message:

● Touch the icons and menu along the bottom of the screen to archive, throw away, label, or per-form other actions on that message.

● Swipe left or right to read the previous or next conversation.

▶ **Organize email**. Check the box beside a message to select it. Then use the icons and menu along the bottom of the screen to manage the selected messages.

▶ **Change your settings**. Touch the Menu icon ⋮ to change your preferences, add an account, or get Help.

No matter where you are within Gmail, you can always get back to the Inbox by touching  in the top left corner of the screen.

## Related topic

Why use a Google Account?

# Find People

The People app gives you quick and easy access to everyone you want to reach. When you first turn on your phone and sign into a Google Account, any existing contacts from that account are synced with your People app. After that, all your contacts stay in sync automatically, whether you make changes on your phone, from another device, or from any Web browser.

If you belong to Google+ or use Exchange, you can also sync that contact information with People.

All your People information is available from Gmail, Google Talk, Messenger, Phone, and other apps where it's useful. As you add contacts from different sources, they are synced automatically across all the places you need them.

▶  To view your contacts, touch the People icon ⊡ on a Home or All Apps screen.

The first time you launch People, you're asked to sign in or create an account. Then the app opens to the main list of your contacts. You can view them in three ways from the tabs at the top of the screen: Groups 👥 , All 👤 , and Favorites ⭐ :

▶  Swipe your finger left or right to move between tabs, and up or down to scroll through the lists.

From any of the main views, you can

▶  **See who's available**. Contacts who are currently online and accessible via Google Talk or other networks are labeled Available and marked with a green dot 🟢 .

▶  **Read details**. Touch a name to see details for a contact or group.

▶  **View recent activity**. When viewing a contact, swipe right or touch a connection profile, such as Google+, to see recent updates.

26

▶ **Edit details**. While viewing a contact, touch the Menu icon ⋮ and choose options to edit or share contact details, set ringtone, and so on. You can also touch the star beside the Menu icon to add a contact to your Favorites list.

▶ **Change your setting**s. While viewing the main list screen, touch the Menu icon ⋮ to import or export contacts, choose display options for the Groups and All tabs, and add or edit accounts.

No matter where you are within People, you can always get back to the main lists by touching the icon in the top left corner of the screen.

## Related topics

Why use a Google Account?

# Manage your Calendar

The Calendar app lets you view and edit your schedule.

When you first set up your phone, you configured it to use an existing Google Account (such as Gmail), or you created a new one. The first time you open the Calendar application on your phone, it displays any existing calendar events from that Google Account on the web. As you edit events from any mobile device or web browser, they are synced automatically across all the places you need them.

To view your Calendar, touch  on a Home or App screen.

To change the Calendar view, touch the date at the top and choose **Day**, **Week**, **Month**, or **Agenda**. Swipe to scroll vertically or horizontally. In the Day or Week views, spread your fingers apart or pinch them together to zoom in or out.

From any of these views, you can

▶   **Read or edit event details**. Touch an event to view its details.

▶   **Manage events and calendars**. Touch icons across the top or Menu ⬚ to search or create events, return to today, or adjust settings.

## Related topics

Why use a Google Account?

# Use your Camera

The Camera app is a combination camera and camcorder that actually consists of two cameras, one facing back ( toward you) and one facing forward (away from you). The forward-facing camera includes a Panorama mode that allows you to create a single image by panning across a scene.

You can view photos and videos you take with Camera in the Gallery app. Your personal videos are also available in the Videos app, along with movies that you rent or download.

To take pictures and videos, first touch the Camera icon on a Home or All Apps screen.

When Camera opens, you can

▶ **Take a picture**: Touch the blue button.

▶ **View the most recently taken picture**: Touch the thumbnail near the blue button.

You can now share the picture by touching the Gmail, Google+, Messenger, or other icons displayed along one side of the image.

To view this picture and others in the Gallery app, touch the picture.

While Camera is open, you can also touch these icons to adjust its settings:

| Icon | Name | Description |
|------|------|-------------|
|  | Mode | Switch among camera, video, and panorama modes. |
|  | Switch Camera | Toggles between cameras on the front and back of the phone. |
|  | Zoom | Touch & hold, then slide to zoom in and out. |
|  | Settings | Reveals additional icons that you can use to set exposure, flash, focus, scene mode, white balance and other settings. |

30

# Beam screen content

You can beam a web page, a video, or other content from your screen to another device by bringing the devices together (typically back to back).

**Before you begin**: Make sure both devices are unlocked, support Near Field Communication (NFC), and have both NFC and Android Beam$^{TM}$ turned on.

Follow these steps:

1    Open a screen that contains something you'd like to share, such as a Browser page, YouTube video, or place page in Maps.

2    Move the back of your phone toward the back of the other device.

3    When the devices connect, you hear a sound, the image on your screen reduces in size, and you see the message **Touch to beam**.

4    Touch your screen anywhere.

Your friend's device displays the transferred content. Or, if the necessary app isn't installed, Android Market$^{TM}$ opens to a screen where your friend can download the app.

## Related settings

Settings > Wireless & networks > More > NFC

Settings > Wireless & networks > More > Android Beam

# Manage downloads

Files, apps, and other items you download from Gmail, Email, Android Market, or in other ways are stored in your device's internal storage. You can use the Downloads app to view, reopen, or delete what you've downloaded.

Some mobile networks restrict the size of the files you can download, to manage the demands on their networks or to help you avoid unexpected charges. When you try to download an oversized-file when connected to such networks, you may be required to delay downloading until your device is connected to a Wi-Fi network, when the download will resume automatically. You can view and manage these queued files in the Downloads app as well.

Downloaded files are stored in the Download directory that's visible when your device is connected to a computer. You can view and copy files from this directory.

## Open Downloads and manage downloaded files

- Touch the Downloads icon  from a Home or All Apps screen.
- Touch an item to open it.
- Touch headings for earlier downloads to view them.
- Check items you want to share. Then touch the Share icon  and choose a sharing method from the list.
- Check items you want to delete. Then touch the Trash icon  .
- At the bottom of the screen, touch **Sort by size** or **Sort by date** to switch back and forth.

# Tune performance

## Optimize battery life

You can extend your battery's life between charges by turning off features that you don't need. You can also monitor how apps and system resources consume battery power.

To adjust the settings described here, first touch the Settings icon ▦ on a Home or All Apps screen.

### Extend the life of your battery

- If you aren't using Wi-Fi, Bluetooth, or GPS, use the Settings app to turn them off. The GPS setting is located in **Settings > Personal > Location services**.

- Don't leave the Maps or Navigation apps open on the screen when you're not using them. They use GPS (and thus more power) only when they're running.

- Turn down screen brightness and set a shorter Sleep timeout: **Settings > Device > Display.**

- If you don't need it, turn off automatic syncing for all apps: **Settings > Personal > Accounts & sync**. Note that this means you need to sync manually to collect messages, email, and other recent information, and won't receive notifications when updates occur.

- If you know you won't be near a mobile or Wi-Fi network for a while, switch to Airplane mode:
  Press and hold the power switch until the Phone options dialog appears. Then touch **Airplane Mode**.

33

## Check battery level and usage details

● Open **Settings > Device > Battery**.

The list at the bottom of the screen shows the breakdown of battery usage for individual apps and services. Touch a graph for more details. The details screen for some apps includes buttons that allow you to adjust settings affecting power usage, or stop the app completely.

**Warning!**  If you stop some apps or services, your device may not work correctly.

Battery status (charging, discharging) and level (as a percentage of fully charged) are displayed at the top of the screen.

The discharge graph shows battery level over time since you last charged the device, and how long you've been running on battery power.

# Optimize data usage

*Data usage* refers to the amount of data uploaded or downloaded by your device during a given period. Depending on the device and your wireless plan, you may be charged additional fees when your data usage exceeds your plan's limit.

To monitor your data usage, adjust your data usage settings. First check your plan and determine what data limits may apply.

**Warning!**   The usage displayed on the data usage settings screen is measured by your phone. Your carrier's data usage accounting may differ. Usage in excess of your carrier plan's data limits can result in steep overage charges. The feature described here can help you track your usage, but is not guaranteed to prevent additional charges.

Data usage settings allow you to:

- Set the data usage level at which you'll receive a warning.
- Set a data usage limit.
- View or restrict data usage by app.

To adjust the settings described here:

1   Touch the Settings icon  on a Home or All Apps screen.

2   Touch **Wireless & networks** > **Data usage**.

> By default, you see the settings for mobile data: that is, the data network or networks provided by your carrier:

It's possible to show Wi-Fi data usage settings in a separate tab. To do so, touch the Menu icon ⋮, then **Show W-Fi usage**.

Near the top of the screen, note the on-off switch for mobile data. The instructions that follow assume that this switch is turned on. If it's off, you won't be able to use mobile data at all and many features of your phone and apps won't work correctly.

Just below the on-off switch, note the data usage cycle. Touch it to choose a different cycle. This date range is the period of time for which the graph displays data usage.

The vertical white lines on the graph show a period of time within the data usage cycle. This range determines the usage amount displayed just below the graph. Drag lines to change the period.

## Set data usage warning

▶   Drag the orange line by its right side to the level where you want to receive a warning.

When your data usage reaches this level, you'll receive a notification.

## Set data usage limit

**1**   Check **Set mobile data limit**.

A dialog appears that describes the limit you're setting.

**2**   Read the message. If you're willing to proceed, click **OK**.

The red line at the top of the graph activates, so you can drag it up or down.

**3**   Drag the red line by its right side to the limit you want to set.

When your data usage reaches the limit, mobile data will be turned off automatically and many features of your phone won't work correctly. You'll receive a notification when this occurs.

**Important**   The usage displayed on the data usage settings screen is measured by your phone. Your carrier's data usage accounting may differ. Usage in excess of your carrier plan's data limits can result in steep overage charges. The feature described here can help you track your usage, but is not guaranteed to prevent additional charges. For best results, set a conservative limit.

## View or restrict data usage by app

Some apps transfer data in the background; that is, when you're not actually using the app, it may download data for future reference. Restricting background data usage for individual apps can sometimes be a useful way to reduce your overall data usage. However, this is a drastic measure that may also affect the app's performance or cause it to malfunction. Check whether data usage can be restricted from the app's own settings (available from within the app) before restricting it here.

**1**   Make sure you're viewing the network for which you want to view or restrict app data usage. If more than one is displayed, you can switch between them by touching tabs at the top of the screen.

**2**   Scroll down to find the app whose data usage you want to view.

The blue bar for each app indicates its total data usage for the cycle displayed above the main graph, near the top of the screen.

**3**   To see more details for an app, touch its name.

The main graph switches to show just this app's data usage for the specified cycle. Below the main graph, a pie chart breaks out foreground versus background data usage for this app.

**4**   To stop background data usage for this app, check **Restrict background data**.

**5**   Read the message that appears. If you're willing to proceed, click **OK**.

## Advanced data usage settings

Two other settings available from the Menu icon ⁝ can have dramatic effects, but may sometimes be useful:

- **Data roaming** can result in steep additional charges. However, in some locations this may be the only way to connect to the Internet.

- **Restrict background data** affects all your apps across all available networks, and may cause some features to stop working. This is an extreme step that should be used with caution.

# Optimize memory usage

You typically don't need to worry about managing apps beyond installing, opening, and using them. But there may be times when you want to know more about what's happening behind the scenes.

Apps use two kinds of memory: internal storage and RAM. They use internal storage for themselves and any files, settings, and other data they use. They also use RAM (memory designed for temporary storage and fast access) when they're running.

Android manages and carefully guards the portion of internal storage where the system, apps, and most data for those apps are stored, because this area may contain your private information. It's not possible to view this portion of internal storage when you connect your device to a computer with a USB cable. The other portion of internal storage, where music, downloaded files, and so on are stored, remains visible for your convenience.

Android also manages how apps use RAM. It may cache some things you've been using recently, for quicker access if you need them again, but it will erase the cache if it needs the RAM for new activities.

You affect the way apps use internal storage directly and indirectly in many ways; for example, by:

- Installing or uninstalling apps.
- Downloading files in Browser, Gmail, and other apps.
- Creating files (for example, by taking pictures).
- Deleting downloaded files or files you created.
- Copying files between your device and a computer via USB or Bluetooth.

You rarely need to manage the way apps use RAM. But you can monitor apps' RAM usage and stop them if they misbehave.

## Use the Apps screen

The Apps screen allows you to adjust several aspects of the way your device uses memory. To view these settings:

1   From a Home or All Apps screen, touch the Settings icon       .

2   Under Device, touch **Apps**.

You'll see three tabs at the top of the screen, each displaying a list of apps or their components:

● **Downloaded**. Displays apps you've downloaded from Market or other sources.

● **Running**. Displays all apps, processes, and services that are currently running or that have cached processes, and how much RAM they are using.

   The graph at the bottom of the Running tab shows the total RAM in use and the amount free. Below the graph, touch **Show cached processes** or **Show running services** to switch back and forth.

● **All**. Displays all apps that came with Android and all apps you downloaded from Android Market or other sources.

To switch the order of the lists displayed in the **Downloaded** or **All** tabs, touch Menu icon ⋮ > **Sort by name** or **Sort by size**.

41

To view details about an app or other item listed under any tab, touch its name. The information and controls available vary among different types of apps, but commonly include:

- **Force stop button**: Stops an app that is misbehaving. Stopping an app, process, or service may cause your device to stop working correctly. You may need to restart your device after doing this.

- **Uninstall button**: Deletes the app and all of its data and settings.

- **Disable button**: Prevents the app from running, but does not uninstall it. This option is available for some apps and services that can't be uninstalled.

- **Clear data button**: Delete an app's settings and other data without removing the app itself.

- **Clear cache**: If the app stores data in a temporary area of the tablet's memory, lists how much information is stored, and includes a button for clearing it.

- **Launch by default**: If you have configured an app to launch certain file types by default, you can clear that setting here.

- **Permissions**: Lists the kinds of information about your tablet and data the app has access to.

# Learn the Phone app

## Dial stored numbers

You can place calls from the Phone app, the People app, or other apps or widgets that display contact information. Wherever you see a phone number, you can usually touch it to dial.

To dial using the Phone app:

- Touch the Phone icon on a Home or All Apps screen. Notice the three tabs at the top of the phone. You can make calls from any of them.



- The Dialer tab lets you dial manually. Touch the keys to enter the number, then touch the Phone icon below the keypad to dial.

  If you enter a wrong number, touch to erase digits one by one.

  To see numbers for all your contacts, touch . You can also search your contacts from here.

  To dial an international number, touch & hold the 0 key to enter the plus ( + ) symbol. Then enter the international prefix for the country, followed by the full phone number.

- The Call log tab shows recent calls. Touch a call to return it.

- The Favorites tab shows the numbers you usually call. Touch to dial.

43

You can switch applications during a call; for example, to look up information by using the Browser. The green phone icon appears in the Status bar while the call is underway.

To return to the Phone app while a call is in progress:

**1**   Swipe down from the top of the screen to reveal your notifications.

**2**   Touch the green phone icon.

To end a call in progress, touch the End Call icon  at the bottom of the screen.

## Related topics

Dial by voice

Options during a call

# Answer or divert calls

When you receive a phone call, the Incoming Call screen opens, displaying the caller ID and any additional information about the caller that you've entered in People.

All incoming calls are recorded in the Phone app's Call log tab. If you miss a call, you receive a notification.

To silence the ringer before answering the call, press the Volume Down button on the side of your phone.

When a call arrives, touch the white phone icon and slide over one of these icons:

 Answer call   Start talking to the caller.

 Send to voicemail   Direct the caller to leave a voicemail message.

 Send a message   Opens a list of default text messages. Touch one to send it to the caller immediately.

**Tip**   To edit text responses from within the Phone app, touch Menu icon ⋮ > **Settings** > **Quick responses**.

## Related topic

Set ringtone & other sounds

45

# Work with the Call log

The Call log is a list of all the calls you've placed, received, or missed. It provides a convenient way to redial a number, return a call, or add a number to your Contacts.

Within the Phone app 📞, the Call log is under the middle tab 🕐. Touch a number for more information about the call, or touch the phone icon 📞 beside it to call back.

Arrow icons beside a call indicate the type of call. Multiple arrows indicate multiple calls:

- ↙ Missed incoming call
- ↙ Received incoming call
- ↗ Outgoing call

While viewing details for a call:

- Touch the number to call it.
- Touch ✉ to send a text message.
- Touch 👤 to view contact details.
- Touch 👤₊ to add a new People card for the caller.

To clear the Call log:

1 Touch the Menu icon ⋮.
2 Touch **Clear Call Log**.