ORIGINAL

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

Filed
FEB 8 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

CV 12-00630

CASE NO. 12-cv- LHK

**EXPERT DECLARATION OF DR .TODD C. MOWRY CONCERNING U.S. PATENT NO. 5,946,647**

HRL

**Hearing:**
Date:
Time:
Place:
Judge:

**PART 2 OF 7**

19



```
/*
 * Copyright 2006, The Android Open Source Project
 *
 * Redistribution and use in source and binary forms, with or without
 * modification, are permitted provided that the following conditions
 * are met:
 *  * Redistributions of source code must retain the above copyright
 *    notice, this list of conditions and the following disclaimer.
 *  * Redistributions in binary form must reproduce the above copyright
 *    notice, this list of conditions and the following disclaimer in the
 *    documentation and/or other materials provided with the distribution.
 *
 * THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS ``AS IS'' AND ANY
 * EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
 * IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
 * PURPOSE ARE DISCLAIMED.  IN NO EVENT SHALL THE COPYRIGHT OWNER OR
 * CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL,
 * EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO,
 * PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR
 * PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY
 * OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT
 * (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE
 * OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.
 */

#include "CachedPrefix.h"
#include "CachedNode.h"
#include "CachedRoot.h"
#include "ColumnInfo.h"
#include "Document.h"
#include "EventListener.h"
#include "EventNames.h"
#include "Frame.h"
#include "FrameLoader.h"
#include "FrameLoaderClientAndroid.h"
#include "FrameTree.h"
#include "FrameView.h"
//#include "GraphicsContext.h"
#include "HTMLAreaElement.h"
```

```
#include "HTMLImageElement.h"
#include "HTMLInputElement.h"
#include "HTMLMapElement.h"
#include "HTMLNames.h"
#include "HTMLOptionElement.h"
#include "HTMLSelectElement.h"
#include "HTMLTextAreaElement.h"
#include "InlineTextBox.h"
#include "KURL.h"
#include "LayerAndroid.h"
#include "PluginView.h"
#include "RegisteredEventListener.h"
#include "RenderImage.h"
#include "RenderInline.h"
#include "RenderLayerBacking.h"
#include "RenderListBox.h"
#include "RenderSkinCombo.h"
#include "RenderTextControl.h"
#include "RenderView.h"
#include "RenderWidget.h"
#include "SkCanvas.h"
#include "SkPoint.h"
#include "Text.h"
#include "WebCoreFrameBridge.h"
#include "WebCoreViewBridge.h"
#include "Widget.h"
#include <wtf/unicode/Unicode.h>

#ifdef DUMP_NAV_CACHE_USING_PRINTF
    FILE* gNavCacheLogFile = NULL;
    android::Mutex gWriteLogMutex;
#endif

#include "CacheBuilder.h"

#define MINIMUM_FOCUSABLE_WIDTH 3
#define MINIMUM_FOCUSABLE_HEIGHT 3
#define MAXIMUM_FOCUS_RING_COUNT 32

```

```
namespace android {

CacheBuilder* CacheBuilder::Builder(Frame* frame) {
    return &((FrameLoaderClientAndroid*) frame->loader()->client())->getCacheBuilder();
}

Frame* CacheBuilder::FrameAnd(CacheBuilder* cacheBuilder) {
    FrameLoaderClientAndroid* loader = (FrameLoaderClientAndroid*)
        ((char*) cacheBuilder - OFFSETOF(FrameLoaderClientAndroid, m_cacheBuilder));
    return loader->getFrame();
}

Frame* CacheBuilder::FrameAnd(const CacheBuilder* cacheBuilder) {
    FrameLoaderClientAndroid* loader = (FrameLoaderClientAndroid*)
        ((char*) cacheBuilder - OFFSETOF(FrameLoaderClientAndroid, m_cacheBuilder));
    return loader->getFrame();
}

CacheBuilder::LayerTracker::~LayerTracker() {
    // Check for a stacking context to prevent a crash in layers without a
    // parent.
    if (mRenderLayer && mRenderLayer->stackingContext())
        // Restore the scroll position of the layer.  Does not affect layers
        // without overflow scroll as the layer will not be scrolled.
        mRenderLayer->scrollToOffset(mScroll.x(), mScroll.y());
}

#if DUMP_NAV_CACHE

static bool hasEventListener(Node* node, const AtomicString& eventType) {
    if (!node->isElementNode())
        return false;
    Element* element = static_cast<Element*>(node);
    EventListener* listener = element->getAttributeEventListener(eventType);
    return 0 != listener;
}

#define DEBUG_BUFFER_SIZE 256
#define DEBUG_WRAP_SIZE 150
```

```
#define DEBUG_WRAP_MAX 170

Frame* CacheBuilder::Debug::frameAnd() const {
    CacheBuilder* nav = (CacheBuilder*) ((char*) this - OFFSETOF(CacheBuilder, mDebug));
    return CacheBuilder::FrameAnd(nav);
}

void CacheBuilder::Debug::attr(const AtomicString& name, const AtomicString& value) {
    if (name.isNull() || name.isEmpty() || value.isNull() || value.isEmpty())
        return;
    uChar(name.characters(), name.length(), false);
    print("=");
    wideString(value.characters(), value.length(), false);
    print(" ");
}

void CacheBuilder::Debug::comma(const char* str) {
    print(str);
    print(", ");
}

void CacheBuilder::Debug::flush() {
    int len;
    do {
        int limit = mIndex;
        if (limit < DEBUG_WRAP_SIZE)
            return;
        if (limit < DEBUG_WRAP_MAX)
            len = limit;
        else {
            limit = DEBUG_WRAP_MAX;
            len = DEBUG_WRAP_SIZE;
            while (len < limit) {
                char test = mBuffer[len];
                if (test < '/' || (test > '9' && test < 'A') || (test > 'Z' && test  < 'a') |
| test > 'z')
                    break;
                len++;
            }
```

```
            while (len > 0 && mBuffer[len - 1] == '\\')
                len--;
            while (mBuffer[len] == '"')
                len++;
        }
        const char* prefix = mPrefix;
        if (prefix[0] == '\"') {
            // see if we're inside a quote
            int quoteCount = 0;
            for (int index = 0; index < len; index++) {
                if (mBuffer[index] == '\\') {
                    index++;
                    continue;
                }
                if (mBuffer[index] == '\n') {
                    quoteCount = 0;
                    continue;
                }
                if (mBuffer[index] == '"')
                    quoteCount++;
            }
            if ((quoteCount & 1) == 0)
                prefix = "\n";
        }
        DUMP_NAV_LOGD("%.*s", len, mBuffer);
        int copy = mIndex - len;
        strcpy(mBuffer, prefix);
        memcpy(&mBuffer[strlen(prefix)], &mBuffer[len], copy);
        mIndex = strlen(prefix) + copy;
    } while (true);
}

void CacheBuilder::Debug::frameName(char*& namePtr, const char* max) const {
   if (namePtr >= max)
        return;
   Frame* frame = frameAnd();
   Frame* parent = frame->tree()->parent();
   if (parent)
        Builder(parent)->mDebug.frameName(namePtr, max);
```

```
    const AtomicString& name = frame->tree()->name();
    if (name.length() == 0)
        return;
    unsigned index = 0;
    if (name.startsWith(AtomicString("opener")))
        index = 6;
    for (; index < name.length(); index++) {
        char ch = name[index];
        if (ch <= ' ')
            ch = '_';
        if (WTF::isASCIIAlphanumeric(ch) || ch == '_')
            *namePtr++  = ch;
    }
}

void CacheBuilder::Debug::frames() {
    Frame* frame = frameAnd();
    Document* doc = frame->document();
    if (doc == NULL)
        return;
    bool top = frame->tree()->parent() == NULL;
    if (top) {
#ifdef DUMP_NAV_CACHE_USING_PRINTF
        gWriteLogMutex.lock();
        ASSERT(gNavCacheLogFile == NULL);
        gNavCacheLogFile = fopen(NAV_CACHE_LOG_FILE, "a");
#endif
        groups();
    }
    Frame* child = frame->tree()->firstChild();
    bool hasChild = child != NULL;
    if (top && hasChild)
        DUMP_NAV_LOGD("\nnamespace TEST_SPACE {\n\n");
    while (child) {
        Builder(child)->mDebug.frames();
        child = child->tree()->nextSibling();
    }
    if (hasChild) {
        child = frame->tree()->firstChild();
```

```
        while (child) {
            char childName[256];
            char* childNamePtr = childName;
            Builder(child)->mDebug.frameName(childNamePtr, childNamePtr + sizeof(childName) -
    1);
            *childNamePtr = '\0';
            if (child == frame->tree()->firstChild())
                DUMP_NAV_LOGD("DebugTestFrameGroup TEST%s_GROUP[] = {\n", childName);
            Frame* next = child->tree()->nextSibling();
            Document* doc = child->document();
            if (doc != NULL) {
                RenderObject* renderer = doc->renderer();
                if (renderer != NULL) {
                    RenderLayer* layer = renderer->enclosingLayer();
                    if (layer != NULL) {
                        DUMP_NAV_LOGD("{ ");
                        DUMP_NAV_LOGD("TEST%s_RECTS, ", childName);
                        DUMP_NAV_LOGD("TEST%s_RECT_COUNT, ", childName);
                        DUMP_NAV_LOGD("TEST%s_RECTPARTS, ", childName);
                        DUMP_NAV_LOGD("TEST%s_BOUNDS,\n", childName);
                        DUMP_NAV_LOGD("TEST%s_WIDTH, ", childName);
                        DUMP_NAV_LOGD("TEST%s_HEIGHT,\n", childName);
                        DUMP_NAV_LOGD("0, 0, 0, 0,\n");
                        DUMP_NAV_LOGD("TEST%s_FOCUS, ", childName);
                        Frame* grandChild = child->tree()->firstChild();
                         if (grandChild) {
                            char grandChildName[256];
                            char* grandChildNamePtr = grandChildName;
                            Builder(grandChild)->mDebug.frameName(grandChildNamePtr,
                                grandChildNamePtr + sizeof(grandChildName) - 1);
                            *grandChildNamePtr = '\0';
                            DUMP_NAV_LOGD("TEST%s_GROUP, ", grandChildName);
                            DUMP_NAV_LOGD("sizeof(TEST%s_GROUP) / sizeof(DebugTestFrameGroup)
    , ", grandChildName);
                        } else
                            DUMP_NAV_LOGD("NULL, 0, ");
                        DUMP_NAV_LOGD("\"%s\"\n", childName);
                        DUMP_NAV_LOGD("}%c\n", next ? ',' : ' ');
                    }
```

```
                }
            }
            child = next;
        }
        DUMP_NAV_LOGD("};\n");
    }
    if (top) {
        if (hasChild)
            DUMP_NAV_LOGD("\n}  // end of namespace\n\n");
        char name[256];
        char* frameNamePtr = name;
        frameName(frameNamePtr, frameNamePtr + sizeof(name) - 1);
        *frameNamePtr = '\0';
        DUMP_NAV_LOGD("DebugTestFrameGroup TEST%s_GROUP = {\n", name);
        DUMP_NAV_LOGD("TEST%s_RECTS, ", name);
        DUMP_NAV_LOGD("TEST%s_RECT_COUNT, ", name);
        DUMP_NAV_LOGD("TEST%s_RECTPARTS, ", name);
        DUMP_NAV_LOGD("TEST%s_BOUNDS,\n", name);
        DUMP_NAV_LOGD("TEST%s_WIDTH, ", name);
        DUMP_NAV_LOGD("TEST%s_HEIGHT,\n", name);
        DUMP_NAV_LOGD("TEST%s_MAX_H, ", name);
        DUMP_NAV_LOGD("TEST%s_MIN_H, ", name);
        DUMP_NAV_LOGD("TEST%s_MAX_V, ", name);
        DUMP_NAV_LOGD("TEST%s_MIN_V,\n", name);
        DUMP_NAV_LOGD("TEST%s_FOCUS, ", name);
        if (hasChild) {
            child = frame->tree()->firstChild();
            char childName[256];
            char* childNamePtr = childName;
            Builder(child)->mDebug.frameName(childNamePtr, childNamePtr + sizeof(childName) -
    1);
            *childNamePtr = '\0';
            DUMP_NAV_LOGD("TEST_SPACE::TEST%s_GROUP, ", childName);
            DUMP_NAV_LOGD("sizeof(TEST_SPACE::TEST%s_GROUP) / sizeof(DebugTestFrameGroup), \
    n" ,childName);
        } else
            DUMP_NAV_LOGD("NULL, 0, ");
        DUMP_NAV_LOGD("\"%s\"\n", name);
        DUMP_NAV_LOGD("};\n");
```

```
#ifdef DUMP_NAV_CACHE_USING_PRINTF
        if (gNavCacheLogFile)
            fclose(gNavCacheLogFile);
        gNavCacheLogFile = NULL;
        gWriteLogMutex.unlock();
#endif
    }
}

void CacheBuilder::Debug::init(char* buffer, size_t size) {
    mBuffer = buffer;
    mBufferSize = size;
    mIndex = 0;
    mPrefix = "";
}

void CacheBuilder::Debug::groups() {
    Frame* frame = frameAnd();
    Frame* child = frame->tree()->firstChild();
    bool hasChild = child != NULL;
    if (frame->tree()->parent() == NULL && hasChild)
        DUMP_NAV_LOGD("namespace TEST_SPACE {\n\n");
    while (child) {
        Builder(child)->mDebug.groups();
        child = child->tree()->nextSibling();
    }
    if (frame->tree()->parent() == NULL && hasChild)
        DUMP_NAV_LOGD("\n} // end of namespace\n\n");
    Document* doc = frame->document();
    char name[256];
    char* frameNamePtr = name;
    frameName(frameNamePtr, frameNamePtr + sizeof(name) - 1);
    *frameNamePtr = '\0';
    if (doc == NULL) {
        DUMP_NAV_LOGD("// %s has no document\n", name);
        return;
    }
    RenderObject* renderer = doc->renderer();
    if (renderer == NULL) {
```

```
            DUMP_NAV_LOGD("// %s has no renderer\n", name);
            return;
        }
        RenderLayer* layer = renderer->enclosingLayer();
        if (layer == NULL) {
            DUMP_NAV_LOGD("// %s has no enclosingLayer\n", name);
            return;
        }
        Node* node = doc;
        Node* focus = doc->focusedNode();
        bool atLeastOne = false;
        do {
            if ((atLeastOne |= isFocusable(node)) != false)
                break;
        } while ((node = node->traverseNextNode()) != NULL);
        int focusIndex = -1;
        if (atLeastOne == false) {
            DUMP_NAV_LOGD("static DebugTestNode TEST%s_RECTS[] = {\n"
                "{{0, 0, 0, 0}, \"\", 0, -1, \"\", {0, 0, 0, 0}, false, 0}\n"
                "};\n\n", name);
            DUMP_NAV_LOGD("static int TEST%s_RECT_COUNT = 1;"
                " // no focusable nodes\n", name);
            DUMP_NAV_LOGD("#define TEST%s_RECTPARTS NULL\n", name);
        } else {
            node = doc;
            int count = 1;
            DUMP_NAV_LOGD("static DebugTestNode TEST%s_RECTS[] = {\n", name);
            do {
                String properties;
                if (hasEventListener(node, eventNames().clickEvent))
                    properties.append("ONCLICK | ");
                if (hasEventListener(node, eventNames().mousedownEvent))
                    properties.append("MOUSEDOWN | ");
                if (hasEventListener(node, eventNames().mouseupEvent))
                    properties.append("MOUSEUP | ");
                if (hasEventListener(node, eventNames().mouseoverEvent))
                    properties.append("MOUSEOVER | ");
                if (hasEventListener(node, eventNames().mouseoutEvent))
                    properties.append("MOUSEOUT | ");
```

```
        if (hasEventListener(node, eventNames().keydownEvent))
            properties.append("KEYDOWN | ");
        if (hasEventListener(node, eventNames().keyupEvent))
            properties.append("KEYUP | ");
        if (CacheBuilder::HasFrame(node))
            properties.append("FRAME | ");
        if (focus == node) {
            properties.append("FOCUS | ");
            focusIndex = count;
        }
        if (node->isKeyboardFocusable(NULL))
            properties.append("KEYBOARD_FOCUSABLE | ");
        if (node->isMouseFocusable())
            properties.append("MOUSE_FOCUSABLE | ");
        if (node->isFocusable())
            properties.append("SIMPLE_FOCUSABLE | ");
        if (properties.isEmpty())
            properties.append("0");
        else
            properties.truncate(properties.length() - 3);
        IntRect rect = node->getRect();
        if (node->hasTagName(HTMLNames::areaTag))
            rect = getAreaRect(static_cast<HTMLAreaElement*>(node));
        char buffer[DEBUG_BUFFER_SIZE];
        memset(buffer, 0, sizeof(buffer));
        mBuffer = buffer;
        mBufferSize = sizeof(buffer);
        mPrefix = "\"\n\"";
        mIndex = snprintf(buffer, sizeof(buffer), "{{%d, %d, %d, %d}, ", rect.x(), rect.y
(),
            rect.width(), rect.height());
        localName(node);
        uChar(properties.characters(), properties.length(), false);
        print(", ");
        int parentIndex = ParentIndex(node, count, node->parentNode());
        char scratch[256];
        snprintf(scratch, sizeof(scratch), "%d", parentIndex);
        comma(scratch);
        Element* element = static_cast<Element*>(node);
```

```
                if (node->isElementNode() && element->hasID())
                    wideString(element->getIdAttribute());
                else if (node->isTextNode()) {
    #if 01 // set to one to abbreviate text that can be omitted from the address detection code
                    if (rect.isEmpty() && node->textContent().length() > 100) {
                        wideString(node->textContent().characters(), 100, false);
                        snprintf(scratch, sizeof(scratch), "/* + %d bytes */",
                            node->textContent().length() - 100);
                        print(scratch);
                    } else
    #endif
                        wideString(node->textContent().characters(), node->textContent().length(),
true);
                } else if (node->hasTagName(HTMLNames::aTag) ||
                    node->hasTagName(HTMLNames::areaTag))
                {
                    HTMLAnchorElement* anchor = static_cast<HTMLAnchorElement*>(node);
                    wideString(anchor->href());
                } else if (node->hasTagName(HTMLNames::imgTag)) {
                    HTMLImageElement* image = static_cast<HTMLImageElement*>(node);
                    wideString(image->src());
                } else
                    print("\"\"");
                RenderObject* renderer = node->renderer();
                int tabindex = node->isElementNode() ? node->tabIndex() : 0;
                RenderLayer* layer = 0;
                if (renderer) {
                    const IntRect& absB = renderer->absoluteBoundingBoxRect();
                    bool hasLayer = renderer->hasLayer();
                    layer = hasLayer ? toRenderBoxModelObject(renderer)->layer() : 0;
                    snprintf(scratch, sizeof(scratch), ", {%d, %d, %d, %d}, %s"
                        ", %d, %s, %s},",
                        absB.x(), absB.y(), absB.width(), absB.height(),
                        renderer->hasOverflowClip() ? "true" : "false", tabindex,
                        hasLayer ? "true" : "false",
                        hasLayer && layer->isComposited() ? "true" : "false");
                    // TODO: add renderer->style()->visibility()
                    print(scratch);
                } else
```

```
                print(", {0, 0, 0, 0}, false, 0},");

            flush();
            snprintf(scratch, sizeof(scratch), "// %d: ", count);
            mPrefix = "\n// ";
            print(scratch);
            //print(renderer ? renderer->information().ascii() : "NO_RENDER_INFO");
            if (node->isElementNode()) {
                Element* element = static_cast<Element*>(node);
                NamedNodeMap* attrs = element->attributes();
                unsigned length = attrs->length();
                if (length > 0) {
                    newLine();
                    print("// attr: ");
                    for (unsigned i = 0; i < length; i++) {
                        Attribute* a = attrs->attributeItem(i);
                        attr(a->localName(), a->value());
                    }
                }
            }
            if (renderer) {
                RenderStyle* style = renderer->style();
                snprintf(scratch, sizeof(scratch), "// renderStyle:"
                    " visibility=%s hasBackGround=%d"
                    " tapHighlightColor().alpha()=0x%02x"
                    " isTransparent()=%s",
                    style->visibility() == HIDDEN ? "HIDDEN" : "VISIBLE",
                    renderer->hasBackground(), style->tapHighlightColor().alpha(),
                    renderer->isTransparent() ? "true" : "false");
                newLine();
                print(scratch);
                RenderBlock* renderBlock = static_cast<RenderBlock*>(renderer);
                if (renderer->isRenderBlock() && renderBlock->hasColumns()) {
                    const RenderBox* box = static_cast<RenderBox*>(renderer);
                    const IntRect& oRect = box->visibleOverflowRect();
                    snprintf(scratch, sizeof(scratch), "// renderBlock:"
                        " columnCount=%d columnGap=%d direction=%d"
                        " hasOverflowClip=%d overflow=(%d,%d,w=%d,h=%d)",
                        renderBlock->columnInfo()->columnCount(), renderBlock->columnGap(),
```

```
                        renderBlock->style()->direction(), renderer->hasOverflowClip(),
                        oRect.x(), oRect.y(), oRect.width(), oRect.height());
                    newLine();
                    print(scratch);
                }
            }
#if USE(ACCELERATED_COMPOSITING)
            if (renderer && renderer->hasLayer()) {
                RenderLayer* layer = toRenderBoxModelObject(renderer)->layer();
                RenderLayerBacking* back = layer->backing();
                GraphicsLayer* grLayer = back ? back->graphicsLayer() : 0;
                LayerAndroid* aLayer = grLayer ? grLayer->platformLayer() : 0;
                const SkPicture* pict = aLayer ? aLayer->picture() : 0;
                const IntRect& r = renderer->absoluteBoundingBoxRect();
                snprintf(scratch, sizeof(scratch), "// layer:%p back:%p"
                    " gLayer:%p aLayer:%p pict:%p r:(%d,%d,w=%d,h=%d)",
                    layer, back, grLayer, aLayer, pict, r.x(), r.y(),
                    r.width(), r.height());
                newLine();
                print(scratch);
            }
#endif
            count++;
            newLine();
        } while ((node = node->traverseNextNode()) != NULL);
        DUMP_NAV_LOGD("}; // focusables = %d\n", count - 1);
        DUMP_NAV_LOGD("\n");
        DUMP_NAV_LOGD("static int TEST%s_RECT_COUNT = %d;\n\n", name, count - 1);
        // look for rects with multiple parts
        node = doc;
        count = 1;
        bool hasRectParts = false;
        int globalOffsetX, globalOffsetY;
        GetGlobalOffset(frame, &globalOffsetX, &globalOffsetY);
        do {
            IntRect rect;
            bool _isFocusable = isFocusable(node) || (node->isTextNode()
              && node->getRect().isEmpty() == false
                );
```

```
            int nodeIndex = count++;
            if (_isFocusable == false)
                continue;
            RenderObject* renderer = node->renderer();
            if (renderer == NULL)
                continue;
            WTF::Vector<IntRect> rects;
            IntRect clipBounds = IntRect(0, 0, INT_MAX, INT_MAX);
            IntRect focusBounds = IntRect(0, 0, INT_MAX, INT_MAX);
            IntRect* rectPtr = &focusBounds;
            int imageCount = 0;
            if (node->isTextNode()) {
                Text* textNode = (Text*) node;
                if (CacheBuilder::ConstructTextRects(textNode, 0, textNode,
                        INT_MAX, globalOffsetX, globalOffsetY, rectPtr,
                        clipBounds, &rects) == false)
                    continue;
            } else {
                IntRect nodeBounds = node->getRect();
                if (CacheBuilder::ConstructPartRects(node, nodeBounds, rectPtr,
                        globalOffsetX, globalOffsetY, &rects, &imageCount) == false)
                    continue;
            }
            unsigned arraySize = rects.size();
            if (arraySize > 1 || (arraySize == 1 && (rectPtr->width() != rect.width())) ||
                    rectPtr->height() != rect.height()) {
                if (hasRectParts == false) {
                    DUMP_NAV_LOGD("static DebugTestRectPart TEST%s_RECTPARTS[] = {\n", name);
                    hasRectParts = true;
                }
                if (node->isTextNode() == false) {
                    unsigned rectIndex = 0;
                    for (; rectIndex < arraySize; rectIndex++) {
                        rectPtr = &rects.at(rectIndex);
                        DUMP_NAV_LOGD("{ %d, %d, %d, %d, %d }, // %d\n", nodeIndex,
                            rectPtr->x(), rectPtr->y(), rectPtr->width(),
                            rectPtr->height(), rectIndex + 1);
                    }
                } else {
```

```
                RenderText* renderText = (RenderText*) node->renderer();
                InlineTextBox* textBox = renderText->firstTextBox();
                unsigned rectIndex = 0;
                while (textBox) {
                    FloatPoint pt = renderText->localToAbsolute();
                    IntRect rect = textBox->selectionRect((int) pt.x(), (int) pt.y(), 0,
    INT_MAX);
                    mIndex = 0;
                    mIndex += snprintf(&mBuffer[mIndex], mBufferSize - mIndex, "{ %d, %d,
    %d, %d, %d",
                        nodeIndex, rect.x(), rect.y(), rect.width(), rect.height());
                    mIndex += snprintf(&mBuffer[mIndex], mBufferSize - mIndex, ", %d, %d,
    %d",
                        textBox->len(), 0 /*textBox->selectionHeight()*/,
                        0 /*textBox->selectionTop()*/);
                    mIndex += snprintf(&mBuffer[mIndex], mBufferSize - mIndex, ", %d, %d,
    %d",
                        0 /*textBox->spaceAdd()*/, textBox->start(), 0 /*textBox->textPos
    ()*/);
                    mIndex += snprintf(&mBuffer[mIndex], mBufferSize - mIndex, ", %d, %d,
    %d, %d",
                        textBox->x(), textBox->y(), textBox->logicalWidth(), textBox->
    logicalHeight());
                    int baseline = textBox->renderer()->style(textBox->isFirstLineStyle()
    )->font().ascent();
                    mIndex += snprintf(&mBuffer[mIndex], mBufferSize - mIndex, ", %d, %d
    }, // %d ",
                        baseline, imageCount, ++rectIndex);
                    wideString(node->textContent().characters() + textBox->start(),
    textBox->len(), true);
                    DUMP_NAV_LOGD("%.*s\n", mIndex, mBuffer);
                    textBox = textBox->nextTextBox();
                }
            }
        }
    } while ((node = node->traverseNextNode()) != NULL);
    if (hasRectParts)
        DUMP_NAV_LOGD("{0}\n};\n\n");
    else
```

```
                DUMP_NAV_LOGD("static DebugTestRectPart* TEST%s_RECTPARTS = NULL;\n", name);
        }
        int contentsWidth = layer->width();
        int contentsHeight = layer->height();
        DUMP_NAV_LOGD("static int TEST%s_FOCUS = %d;\n", name, focusIndex);
        DUMP_NAV_LOGD("static int TEST%s_WIDTH = %d;\n", name, contentsWidth);
        DUMP_NAV_LOGD("static int TEST%s_HEIGHT = %d;\n\n", name, contentsHeight);
    }

    bool CacheBuilder::Debug::isFocusable(Node* node) {
        if (node->hasTagName(HTMLNames::areaTag))
            return true;
        if (node->renderer() == false)
            return false;
        if (node->isKeyboardFocusable(NULL))
            return true;
        if (node->isMouseFocusable())
            return true;
        if (node->isFocusable())
            return true;
        if (CacheBuilder::AnyIsClick(node))
            return false;
        if (CacheBuilder::HasTriggerEvent(node))
            return true;
        return false;
    }

    void CacheBuilder::Debug::localName(Node* node) {
        const AtomicString& local = node->localName();
        if (node->isTextNode())
            print("\"#text\"");
        else
            wideString(local.characters(), local.length(), false);
        print(", ");
    }

    void CacheBuilder::Debug::newLine(int indent) {
        if (mPrefix[0] != '\n')
            print(&mPrefix[0], 1);
```

```
    flush();
    int lastnewline = mIndex - 1;
    while (lastnewline >= 0 && mBuffer[lastnewline] != '\n')
        lastnewline--;
    lastnewline++;
    char* buffer = mBuffer;
    if (lastnewline > 0) {
        DUMP_NAV_LOGD("%.*s", lastnewline, buffer);
        mIndex -= lastnewline;
        buffer += lastnewline;
    }
    size_t prefixLen = strlen(mPrefix);
    int minPrefix = prefixLen - 1;
    while (minPrefix >= 0 && mPrefix[minPrefix] != '\n')
        minPrefix--;
    minPrefix = prefixLen - minPrefix - 1;
    if (mIndex > minPrefix)
        DUMP_NAV_LOGD("%.*s\n", mIndex, buffer);
    mIndex = 0;
    setIndent(indent);
}

int CacheBuilder::Debug::ParentIndex(Node* node, int count, Node* parent)
{
    if (parent == NULL)
        return -1;
    ASSERT(node != parent);
    int result = count;
    Node* previous = node;
    do {
        result--;
        previous = previous->traversePreviousNode();
    } while (previous && previous != parent);
    if (previous != NULL)
        return result;
    result = count;
    do {
        result++;
    } while ((node = node->traverseNextNode()) != NULL && node != parent);
```

```
    if (node != NULL)
        return result;
    ASSERT(0);
    return -1;
}

void CacheBuilder::Debug::print(const char* name) {
    print(name, strlen(name));
}

void CacheBuilder::Debug::print(const char* name, unsigned len) {
    do {
        if (mIndex + len >= DEBUG_BUFFER_SIZE)
            flush();
        int copyLen = mIndex + len < DEBUG_BUFFER_SIZE ?
             len : DEBUG_BUFFER_SIZE - mIndex;
        memcpy(&mBuffer[mIndex], name, copyLen);
        mIndex += copyLen;
        name += copyLen;
        len -= copyLen;
    } while (len > 0);
    mBuffer[mIndex] = '\0';
}

void CacheBuilder::Debug::setIndent(int indent)
{
    char scratch[64];
    snprintf(scratch, sizeof(scratch), "%.*s", indent,
        "                                                                   ");
    print(scratch);
}

void CacheBuilder::Debug::uChar(const UChar* name, unsigned len, bool hex) {
    const UChar* end = name + len;
    bool wroteHex = false;
    while (name < end) {
        unsigned ch = *name++;
        if (ch == '\t' || ch == '\n' || ch == '\r' || ch == 0xa0)
            ch = ' ';
```

```
        if (ch < ' ' || ch == 0x7f) {
            if (hex) {
                mIndex += snprintf(&mBuffer[mIndex], mBufferSize - mIndex, "\\x%02x", ch);
                wroteHex = true;
            } else
                mBuffer[mIndex++] = '?';
        } else if (ch >= 0x80) {
            if (hex) {
                if (ch < 0x800)
                    mIndex += snprintf(&mBuffer[mIndex], mBufferSize - mIndex,
                        "\\x%02x\\x%02x", ch >> 6 | 0xc0, (ch & 0x3f) | 0x80);
                else
                    mIndex += snprintf(&mBuffer[mIndex], mBufferSize - mIndex,
                        "\\x%02x\\x%02x\\x%02x", ch >> 12 | 0xe0,
                        (ch >> 6 & 0x3f) | 0x80, (ch & 0x3f) | 0x80);
                wroteHex = true;
            } else
                mBuffer[mIndex++] = '?';
        } else {
            if (wroteHex && WTF::isASCIIHexDigit((UChar) ch))
                mIndex += snprintf(&mBuffer[mIndex], mBufferSize - mIndex,
                    "\" \"");
            else if (ch == '"' || ch == '\\')
                mBuffer[mIndex++] = '\\';
            mBuffer[mIndex++] = ch;
            wroteHex = false;
        }
        if (mIndex + 1 >= DEBUG_BUFFER_SIZE)
            flush();
    }
    flush();
}

void CacheBuilder::Debug::validateFrame() {
    Frame* frame = frameAnd();
    Page* page = frame->page();
    ASSERT(page);
    ASSERT((int) page > 0x10000);
    Frame* child = frame->tree()->firstChild();
```

```
    while (child) {
        Builder(child)->mDebug.validateFrame();
        child = child->tree()->nextSibling();
    }
}

void CacheBuilder::Debug::wideString(const UChar* chars, int length, bool hex) {
    if (length == 0)
        print("\"\"");
    else {
        print("\"");
        uChar(chars, length, hex);
        print("\"");
    }
}

void CacheBuilder::Debug::wideString(const String& str) {
    wideString(str.characters(), str.length(), false);
}

#endif // DUMP_NAV_CACHE

CacheBuilder::CacheBuilder()
{
    mAllowableTypes = ALL_CACHEDNODE_BITS;
#ifdef DUMP_NAV_CACHE_USING_PRINTF
    gNavCacheLogFile = NULL;
#endif
}

void CacheBuilder::adjustForColumns(const ClipColumnTracker& track,
    CachedNode* node, IntRect* bounds, RenderBlock* renderer)
{
    if (!renderer->hasColumns())
        return;
    int x = 0;
    int y = 0;
    int tx = track.mBounds.x();
    int ty = track.mBounds.y();
```

```
    int columnGap = track.mColumnGap;
    size_t limit = track.mColumnInfo->columnCount();
    for (size_t index = 0; index < limit; index++) {
        IntRect column = renderer->columnRectAt(track.mColumnInfo, index);
        column.move(tx, ty);
        IntRect test = *bounds;
        test.move(x, y);
        if (column.contains(test)) {
            if ((x | y) == 0)
                return;
            *bounds = test;
            node->move(x, y);
            return;
        }
        int xOffset = column.width() + columnGap;
        x += track.mDirection == LTR ? xOffset : -xOffset;
        y -= column.height();
    }
}

// Checks if a node has one of event listener types.
bool CacheBuilder::NodeHasEventListeners(Node* node, AtomicString* eventTypes, int length) {
    for (int i = 0; i < length; ++i) {
        if (!node->getEventListeners(eventTypes[i]).isEmpty())
            return true;
    }
    return false;
}

bool CacheBuilder::AnyChildIsClick(Node* node)
{
    AtomicString eventTypes[5] = {
        eventNames().clickEvent,
        eventNames().mousedownEvent,
        eventNames().mouseupEvent,
        eventNames().keydownEvent,
        eventNames().keyupEvent
    };

```

```
    Node* child = node->firstChild();
    while (child != NULL) {
        if (child->isFocusable() ||
            NodeHasEventListeners(child, eventTypes, 5))
                return true;
        if (AnyChildIsClick(child))
            return true;
        child = child->nextSibling();
    }
    return false;
}

bool CacheBuilder::AnyIsClick(Node* node)
{
    if (node->hasTagName(HTMLNames::bodyTag))
        return AnyChildIsClick(node);

    AtomicString eventTypeSetOne[4] = {
        eventNames().mouseoverEvent,
        eventNames().mouseoutEvent,
        eventNames().keydownEvent,
        eventNames().keyupEvent
    };

    if (!NodeHasEventListeners(node, eventTypeSetOne, 4))
        return false;

    AtomicString eventTypeSetTwo[3] = {
        eventNames().clickEvent,
        eventNames().mousedownEvent,
        eventNames().mouseupEvent
    };

    if (NodeHasEventListeners(node, eventTypeSetTwo, 3))
        return false;

    return AnyChildIsClick(node);
}
```

```
void CacheBuilder::buildCache(CachedRoot* root)
{
    Frame* frame = FrameAnd(this);
    mPictureSetDisabled = false;
    BuildFrame(frame, frame, root, (CachedFrame*) root);
    root->finishInit(); // set up frame parent pointers, child pointers
    setData((CachedFrame*) root);
}

static Node* ParentWithChildren(Node* node)
{
    Node* parent = node;
    while ((parent = parent->parentNode())) {
        if (parent->childNodeCount() > 1)
            return parent;
    }
    return 0;
}

// FIXME
// Probably this should check for null instead of the caller. If the
// Tracker object is the last thing in the dom, checking for null in the
// caller in some cases fails to set up Tracker state which may be useful
// to the nodes parsed immediately after the tracked noe.
static Node* OneAfter(Node* node)
{
    Node* parent = node;
    Node* sibling = NULL;
    while ((parent = parent->parentNode()) != NULL) {
        sibling = parent->nextSibling();
        if (sibling != NULL)
            break;
    }
    return sibling;
}

// return true if this renderer is really a pluinview, and it wants
// key-events (i.e. focus)
static bool checkForPluginViewThatWantsFocus(RenderObject* renderer) {
```

```
    if (renderer->isWidget()) {
        Widget* widget = static_cast<RenderWidget*>(renderer)->widget();
        if (widget && (widget->isPluginView() || widget->isPluginViewBase())) {
            // check if this plugin really wants key events (TODO)
            return true;
        }
    }
    return false;
}

#if USE(ACCELERATED_COMPOSITING)
static void AddLayer(CachedFrame* frame, size_t index, const IntPoint& location, int id)
{
    DBG_NAV_LOGD("frame=%p index=%d loc=(%d,%d) id=%d", frame, index,
        location.x(), location.y(), id);
    CachedLayer cachedLayer;
    cachedLayer.setCachedNodeIndex(index);
    cachedLayer.setOffset(location);
    cachedLayer.setUniqueId(id);
    frame->add(cachedLayer);
}
#endif

static int FindColorIndex(WTF::Vector<CachedColor>& colorTracker,
    const CachedColor& cachedColor)
{
    CachedColor* work = colorTracker.begin() - 1;
    CachedColor* end = colorTracker.end();
    while (++work < end) {
        if (*work == cachedColor)
            return work - colorTracker.begin();
    }
    int result = colorTracker.size();
    colorTracker.grow(result + 1);
    CachedColor& newColor = colorTracker.last();
    newColor = cachedColor;
    return result;
}

```

```
static void InitColor(CachedColor* color)
{
    color->setFillColor(RenderStyle::initialRingFillColor());
    color->setInnerWidth(RenderStyle::initialRingInnerWidth());
    color->setOuterWidth(RenderStyle::initialRingOuterWidth());
    color->setOutset(RenderStyle::initialRingOutset());
    color->setPressedInnerColor(RenderStyle::initialRingPressedInnerColor());
    color->setPressedOuterColor(RenderStyle::initialRingPressedOuterColor());
    color->setRadius(RenderStyle::initialRingRadius());
    color->setSelectedInnerColor(RenderStyle::initialRingSelectedInnerColor());
    color->setSelectedOuterColor(RenderStyle::initialRingSelectedOuterColor());
}

// when new focus is found, push it's parent on a stack
    // as long as more focii are found with the same (grand) parent, note it
    // (which only requires retrieving the last parent on the stack)
// when the parent's last child is found, pop the stack
// different from Tracker in that Tracker only pushes focii with children

// making this work with focus - child focus - grandchild focus is tricky
// if I keep the generation number, I may be able to more quickly determine that
// a node is a grandchild of the focus's parent
// this additionally requires being able to find the grandchild's parent

// keep nodes that are focusable
void CacheBuilder::BuildFrame(Frame* root, Frame* frame,
    CachedRoot* cachedRoot, CachedFrame* cachedFrame)
{
    WTF::Vector<FocusTracker> tracker(1); // sentinel
    {
        FocusTracker* baseTracker = tracker.data();
        bzero(baseTracker, sizeof(FocusTracker));
        baseTracker->mCachedNodeIndex = -1;
    }
    WTF::Vector<LayerTracker> layerTracker(1); // sentinel
    bzero(layerTracker.data(), sizeof(LayerTracker));
    WTF::Vector<ClipColumnTracker> clipTracker(1); // sentinel
    bzero(clipTracker.data(), sizeof(ClipColumnTracker));
    WTF::Vector<TabIndexTracker> tabIndexTracker(1); // sentinel
```

```
    bzero(tabIndexTracker.data(), sizeof(TabIndexTracker));
    WTF::Vector<CachedColor> colorTracker(1);
    InitColor(colorTracker.data());
#if DUMP_NAV_CACHE
    char* frameNamePtr = cachedFrame->mDebug.mFrameName;
    Builder(frame)->mDebug.frameName(frameNamePtr, frameNamePtr +
        sizeof(cachedFrame->mDebug.mFrameName) - 1);
    *frameNamePtr = '\0';
    int nodeIndex = 1;
#endif
    NodeWalk walk;
    Document* doc = frame->document();
    Node* parent = doc;
    CachedNode cachedParentNode;
    cachedParentNode.init(parent);
#if DUMP_NAV_CACHE
    cachedParentNode.mDebug.mNodeIndex = nodeIndex;
#endif
    cachedFrame->add(colorTracker[0]);
    cachedFrame->add(cachedParentNode);
    Node* node = parent;
    int cacheIndex = 1;
    int colorIndex = 0; // assume no special css ring colors
    const void* lastStyleDataPtr = 0;
    int textInputIndex = 0;
    Node* focused = doc->focusedNode();
    if (focused)
        cachedRoot->setFocusBounds(focused->getRect());
    int globalOffsetX, globalOffsetY;
    GetGlobalOffset(frame, &globalOffsetX, &globalOffsetY);
#if USE(ACCELERATED_COMPOSITING)
    // The frame itself might be composited so we need to track the layer.  Do
    // not track the base frame's layer as the main content is draw as part of
    // BaseLayerAndroid's picture.
    if (frame != root && frame->contentRenderer()
        && frame->contentRenderer()->usesCompositing() && node->lastChild())
        TrackLayer(layerTracker, frame->contentRenderer(), node->lastChild(),
            globalOffsetX, globalOffsetY);
#endif
```

```
    while (walk.mMore || (node = node->traverseNextNode()) != NULL) {
#if DUMP_NAV_CACHE
        nodeIndex++;
#endif
        FocusTracker* last = &tracker.last();
        int lastChildIndex = cachedFrame->size() - 1;
        while (node == last->mLastChild) {
            if (CleanUpContainedNodes(cachedRoot, cachedFrame, last, lastChildIndex))
                cacheIndex--;
            tracker.removeLast();
            lastChildIndex = last->mCachedNodeIndex;
            last = &tracker.last();
        }
        do {
            const ClipColumnTracker* lastClip = &clipTracker.last();
            if (node != lastClip->mLastChild)
                break;
            clipTracker.removeLast();
        } while (true);
        do {
            const LayerTracker* lastLayer = &layerTracker.last();
            if (node != lastLayer->mLastChild)
                break;
            layerTracker.removeLast();
        } while (true);
        do {
            const TabIndexTracker* lastTabIndex = &tabIndexTracker.last();
            if (node != lastTabIndex->mLastChild)
                break;
            tabIndexTracker.removeLast();
        } while (true);
        Frame* child = HasFrame(node);
        CachedNode cachedNode;
        if (child != NULL) {
            if (child->document() == NULL)
                continue;
            RenderObject* nodeRenderer = node->renderer();
            if (nodeRenderer != NULL && nodeRenderer->style()->visibility() == HIDDEN)
                continue;
```

```
                CachedFrame cachedChild;
                cachedChild.init(cachedRoot, cacheIndex, child);
                int childFrameIndex = cachedFrame->childCount();
                cachedFrame->addFrame(cachedChild);
                cachedNode.init(node);
                cachedNode.setIndex(cacheIndex++);
                cachedNode.setDataIndex(childFrameIndex);
                cachedNode.setType(FRAME_CACHEDNODETYPE);
#if DUMP_NAV_CACHE
                cachedNode.mDebug.mNodeIndex = nodeIndex;
                cachedNode.mDebug.mParentGroupIndex = Debug::ParentIndex(
                    node, nodeIndex, NULL);
#endif
                cachedFrame->add(cachedNode);
                CachedFrame* childPtr = cachedFrame->lastChild();
                BuildFrame(root, child, cachedRoot, childPtr);
                continue;
            }
            int tabIndex = node->tabIndex();
            Node* lastChild = node->lastChild();
            if (tabIndex <= 0)
                tabIndex = tabIndexTracker.last().mTabIndex;
            else if (tabIndex > 0 && lastChild) {
                DBG_NAV_LOGD("tabIndex=%d node=%p", tabIndex, node);
                tabIndexTracker.grow(tabIndexTracker.size() + 1);
                TabIndexTracker& indexTracker = tabIndexTracker.last();
                indexTracker.mTabIndex = tabIndex;
                indexTracker.mLastChild = OneAfter(lastChild);
            }
            RenderObject* nodeRenderer = node->renderer();
            bool isTransparent = false;
            bool hasCursorRing = true;
            if (nodeRenderer != NULL) {
                RenderStyle* style = nodeRenderer->style();
                if (style->visibility() == HIDDEN)
                    continue;
                isTransparent = nodeRenderer->hasBackground() == false;
#ifdef ANDROID_CSS_TAP_HIGHLIGHT_COLOR
                hasCursorRing = style->tapHighlightColor().alpha() > 0;
```

```
#endif
#if USE(ACCELERATED_COMPOSITING)
            // If this renderer has its own layer and the layer is composited,
            // start tracking it.
            if (lastChild && nodeRenderer->hasLayer() && toRenderBoxModelObject(nodeRenderer)
    ->layer()->backing())
                TrackLayer(layerTracker, nodeRenderer, lastChild, globalOffsetX,
    globalOffsetY);
#endif
        }
        bool more = walk.mMore;
        walk.reset();
     //   GetGlobalBounds(node, &bounds, false);
        bool computeCursorRings = false;
        bool hasClip = false;
        bool hasMouseOver = false;
        bool isUnclipped = false;
        bool isFocus = node == focused;
        bool takesFocus = false;
        int columnGap = 0;
        int imageCount = 0;
        TextDirection direction = LTR;
        String exported;
        CachedNodeType type = NORMAL_CACHEDNODETYPE;
        CachedColor cachedColor;
        CachedInput cachedInput;
        IntRect bounds;
        IntRect absBounds;
        IntRect originalAbsBounds;
        ColumnInfo* columnInfo = NULL;
        if (node->hasTagName(HTMLNames::areaTag)) {
            type = AREA_CACHEDNODETYPE;
            HTMLAreaElement* area = static_cast<HTMLAreaElement*>(node);
            bounds = getAreaRect(area);
            originalAbsBounds = bounds;
            bounds.move(globalOffsetX, globalOffsetY);
            absBounds = bounds;
            isUnclipped = true;  // FIXME: areamaps require more effort to detect
             // assume areamaps are always visible for now
```

```
            takesFocus = true;
            goto keepNode;
        }
        if (nodeRenderer == NULL)
            continue;

        // some common setup
        absBounds = nodeRenderer->absoluteBoundingBoxRect();
        originalAbsBounds = absBounds;
        absBounds.move(globalOffsetX, globalOffsetY);
        hasClip = nodeRenderer->hasOverflowClip();

        if (node->hasTagName(HTMLNames::canvasTag))
            mPictureSetDisabled = true;
        if (checkForPluginViewThatWantsFocus(nodeRenderer)) {
            bounds = absBounds;
            isUnclipped = true;
            takesFocus = true;
            type = PLUGIN_CACHEDNODETYPE;
            goto keepNode;
        }
        // Only use the root contentEditable element
        if (node->rendererIsEditable() && !node->parentOrHostNode()->rendererIsEditable()) {
            bounds = absBounds;
            takesFocus = true;
            type = CONTENT_EDITABLE_CACHEDNODETYPE;
            goto keepNode;
        }
        if (nodeRenderer->isRenderBlock()) {
            RenderBlock* renderBlock = (RenderBlock*) nodeRenderer;
            if (renderBlock->hasColumns()) {
                columnInfo = renderBlock->columnInfo();
                columnGap = renderBlock->columnGap();
                direction = renderBlock->style()->direction();
            }
        }
        if ((hasClip != false || columnInfo != NULL) && lastChild) {
            clipTracker.grow(clipTracker.size() + 1);
            ClipColumnTracker& clip = clipTracker.last();
```

```
                clip.mBounds = absBounds;
                clip.mLastChild = OneAfter(lastChild);
                clip.mNode = node;
                clip.mColumnInfo = columnInfo;
                clip.mColumnGap = columnGap;
                clip.mHasClip = hasClip;
                clip.mDirection = direction;
                if (columnInfo != NULL) {
                    const IntRect& oRect = ((RenderBox*)nodeRenderer)->visualOverflowRect();
                    clip.mBounds.move(oRect.x(), oRect.y());
                }
            }
            if (node->isTextNode() && mAllowableTypes != NORMAL_CACHEDNODE_BITS) {
                if (last->mSomeParentTakesFocus) // don't look at text inside focusable node
                    continue;
                CachedNodeType checkType;
                if (isFocusableText(&walk, more, node, &checkType,
                        &exported) == false)
                    continue;
            #if DUMP_NAV_CACHE
                {
                    char buffer[DEBUG_BUFFER_SIZE];
                    mDebug.init(buffer, sizeof(buffer));
                    mDebug.print("text link found: ");
                    mDebug.wideString(exported);
                    DUMP_NAV_LOGD("%s\n", buffer);
                }
            #endif
                type = checkType;
                // !!! test ! is the following line correctly needed for frames to work?
                cachedNode.init(node);
                const ClipColumnTracker& clipTrack = clipTracker.last();
                const IntRect& clip = clipTrack.mHasClip ? clipTrack.mBounds :
                    IntRect(0, 0, INT_MAX, INT_MAX);
                if (ConstructTextRects((WebCore::Text*) node, walk.mStart,
                        (WebCore::Text*) walk.mFinalNode, walk.mEnd, globalOffsetX,
                        globalOffsetY, &bounds, clip, &cachedNode.mCursorRing) == false)
                    continue;
                absBounds = bounds;
```

```
                cachedNode.setBounds(bounds);
                if (bounds.width() < MINIMUM_FOCUSABLE_WIDTH)
                    continue;
                if (bounds.height() < MINIMUM_FOCUSABLE_HEIGHT)
                    continue;
                computeCursorRings = true;
                isUnclipped = true;  // FIXME: to hide or partially occlude synthesized links,
    each
                                     // focus ring will also need the offset and length of
    characters
                                     // used to produce it
                goto keepTextNode;
            }
            if (node->hasTagName(WebCore::HTMLNames::inputTag)) {
                HTMLInputElement* input = static_cast<HTMLInputElement*>(node);
                if (input->isTextField()) {
                    if (input->readOnly())
                        continue;
                    type = TEXT_INPUT_CACHEDNODETYPE;
                    cachedInput.init();
                    cachedInput.setAutoComplete(input->autoComplete());
                    cachedInput.setSpellcheck(input->spellcheck());
                    cachedInput.setFormPointer(input->form());
                    cachedInput.setIsTextField(true);
                    exported = input->value().threadsafeCopy();
                    cachedInput.setMaxLength(input->maxLength());
                    cachedInput.setTypeFromElement(input);
        // If this does not need to be threadsafe, we can use crossThreadString().
        // See http://trac.webkit.org/changeset/49160.
                    cachedInput.setName(input->name().string().threadsafeCopy());
        // can't detect if this is drawn on top (example: deviant.com login parts)
                    isUnclipped = isTransparent;
                } else if (input->isInputTypeHidden())
                    continue;
                else if (input->isRadioButton() || input->isCheckbox())
                    isTransparent = false;
            } else if (node->hasTagName(HTMLNames::textareaTag)) {
                HTMLTextAreaElement* area = static_cast<HTMLTextAreaElement*>(node);
                if (area->readOnly())
```

```
                    continue;
                cachedInput.init();
                type = TEXT_INPUT_CACHEDNODETYPE;
                cachedInput.setFormPointer(area->form());
                cachedInput.setIsTextArea(true);
                exported = area->value().threadsafeCopy();
            } else if (node->hasTagName(HTMLNames::aTag)) {
                const HTMLAnchorElement* anchorNode =
                    (const HTMLAnchorElement*) node;
                if (!anchorNode->isFocusable() && !HasTriggerEvent(node))
                    continue;
                if (node->disabled())
                    continue;
                hasMouseOver = NodeHasEventListeners(node, &eventNames().mouseoverEvent, 1);
                type = ANCHOR_CACHEDNODETYPE;
                KURL href = anchorNode->href();
                if (!href.isEmpty() && !WebCore::protocolIsJavaScript(href.string()))
                    // Set the exported string for all non-javascript anchors.
                    exported = href.string().threadsafeCopy();
            } else if (node->hasTagName(HTMLNames::selectTag)) {
                type = SELECT_CACHEDNODETYPE;
            }
            if (type == TEXT_INPUT_CACHEDNODETYPE) {
                RenderTextControl* renderText =
                    static_cast<RenderTextControl*>(nodeRenderer);
                if (isFocus)
                    cachedRoot->setSelection(renderText->selectionStart(), renderText->
selectionEnd());
                // FIXME: Are we sure there will always be a style and font, and it's correct?
                RenderStyle* style = nodeRenderer->style();
                if (style) {
                    isUnclipped |= !style->hasAppearance();
                    int lineHeight = -1;
                    Length lineHeightLength = style->lineHeight();
                    // If the lineHeight is negative, WebTextView will calculate it
                    // based on the text size, using the Paint.
                    // See RenderStyle.computedLineHeight.
                    if (lineHeightLength.isPositive())
                        lineHeight = style->computedLineHeight();
```

```
                    cachedInput.setLineHeight(lineHeight);
                    cachedInput.setTextSize(style->font().size());
                    cachedInput.setIsRtlText(style->direction() == RTL
                            || style->textAlign() == WebCore::RIGHT
                            || style->textAlign() == WebCore::WEBKIT_RIGHT);
                }
                cachedInput.setPaddingLeft(renderText->paddingLeft() + renderText->borderLeft());
                cachedInput.setPaddingTop(renderText->paddingTop() + renderText->borderTop());
                cachedInput.setPaddingRight(renderText->paddingRight() + renderText->borderRight
    ());
                cachedInput.setPaddingBottom(renderText->paddingBottom() + renderText->
    borderBottom());
            }
            takesFocus = true;
            bounds = absBounds;
            if (type != ANCHOR_CACHEDNODETYPE) {
                bool isFocusable = node->isKeyboardFocusable(NULL) ||
                    node->isMouseFocusable() || node->isFocusable();
                if (isFocusable == false) {
                    if (node->disabled())
                        continue;
                    bool overOrOut = HasOverOrOut(node);
                    bool hasTrigger = HasTriggerEvent(node);
                    if (overOrOut == false && hasTrigger == false)
                        continue;
                    takesFocus = hasTrigger;
                }
            }
            computeCursorRings = true;
        keepNode:
            cachedNode.init(node);
            if (computeCursorRings == false) {
                cachedNode.setBounds(bounds);
                cachedNode.mCursorRing.append(bounds);
            } else if (ConstructPartRects(node, bounds, &cachedNode.mBounds,
                    globalOffsetX, globalOffsetY, &cachedNode.mCursorRing,
                    &imageCount) == false)
                continue;
        keepTextNode:
```

```
            if (nodeRenderer) { // area tags' node->renderer() == 0
                RenderStyle* style = nodeRenderer->style();
                const void* styleDataPtr = style->ringData();
                // to save time, see if we're pointing to the same style data as before
                if (lastStyleDataPtr != styleDataPtr) {
                    lastStyleDataPtr = styleDataPtr;
                    cachedColor.setFillColor(style->ringFillColor());
                    cachedColor.setInnerWidth(style->ringInnerWidth());
                    cachedColor.setOuterWidth(style->ringOuterWidth());
                    cachedColor.setOutset(style->ringOutset());
                    cachedColor.setPressedInnerColor(style->ringPressedInnerColor());
                    cachedColor.setPressedOuterColor(style->ringPressedOuterColor());
                    cachedColor.setRadius(style->ringRadius());
                    cachedColor.setSelectedInnerColor(style->ringSelectedInnerColor());
                    cachedColor.setSelectedOuterColor(style->ringSelectedOuterColor());
                    int oldSize = colorTracker.size();
                    colorIndex = FindColorIndex(colorTracker, cachedColor);
                    if (colorIndex == oldSize)
                        cachedFrame->add(cachedColor);
                }
            } else
                colorIndex = 0;
            IntRect clip = hasClip ? bounds : absBounds;
            size_t clipIndex = clipTracker.size();
            if (clipTracker.last().mNode == node)
                clipIndex -= 1;
            while (--clipIndex > 0) {
                const ClipColumnTracker& clipTrack = clipTracker.at(clipIndex);
                if (clipTrack.mHasClip == false) {
                    adjustForColumns(clipTrack, &cachedNode, &absBounds, static_cast<RenderBlock*
    >(nodeRenderer));
                    continue;
                }
                const IntRect& parentClip = clipTrack.mBounds;
                if (hasClip == false && type == ANCHOR_CACHEDNODETYPE)
                    clip = parentClip;
                else
                    clip.intersect(parentClip);
                hasClip = true;
```

```
        }
        bool isInLayer = false;
#if USE(ACCELERATED_COMPOSITING)
        // If this renderer has a composited parent layer (including itself),
        // add the node to the cached layer.
        // FIXME: does not work for area rects
        RenderLayer* enclosingLayer = nodeRenderer->enclosingLayer();
        if (enclosingLayer && enclosingLayer->enclosingCompositingLayer()) {
            LayerAndroid* layer = layerTracker.last().mLayer;
            if (layer) {
                const IntRect& layerClip = layerTracker.last().mBounds;
                if (!layerClip.isEmpty() && !cachedNode.clip(layerClip)) {
                    DBG_NAV_LOGD("skipped on layer clip %d", cacheIndex);
                    continue; // skip this node if outside of the clip
                }
                isInLayer = true;
                isUnclipped = true; // assume that layers do not have occluded nodes
                hasClip = false;
                AddLayer(cachedFrame, cachedFrame->size(), layerClip.location(),
                        layer->uniqueId());
            }
        }
#endif
        if (hasClip) {
            if (clip.isEmpty())
                continue; // skip this node if clip prevents all drawing
            else if (cachedNode.clip(clip) == false)
                continue; // skip this node if outside of the clip
        }
        cachedNode.setNavableRects();
        cachedNode.setColorIndex(colorIndex);
        cachedNode.setExport(exported);
        cachedNode.setHasCursorRing(hasCursorRing);
        cachedNode.setHasMouseOver(hasMouseOver);
        cachedNode.setHitBounds(absBounds);
        cachedNode.setIndex(cacheIndex);
        cachedNode.setIsFocus(isFocus);
        cachedNode.setIsInLayer(isInLayer);
        cachedNode.setIsTransparent(isTransparent);
```

```
            cachedNode.setIsUnclipped(isUnclipped);
            cachedNode.setOriginalAbsoluteBounds(originalAbsBounds);
            cachedNode.setParentIndex(last->mCachedNodeIndex);
            cachedNode.setParentGroup(ParentWithChildren(node));
            cachedNode.setSingleImage(imageCount == 1);
            cachedNode.setTabIndex(tabIndex);
            cachedNode.setType(type);
            if (type == TEXT_INPUT_CACHEDNODETYPE) {
                cachedFrame->add(cachedInput);
                cachedNode.setDataIndex(textInputIndex);
                textInputIndex++;
            } else
                cachedNode.setDataIndex(-1);
#if DUMP_NAV_CACHE
            cachedNode.mDebug.mNodeIndex = nodeIndex;
            cachedNode.mDebug.mParentGroupIndex = Debug::ParentIndex(
                node, nodeIndex, (Node*) cachedNode.parentGroup());
#endif
            cachedFrame->add(cachedNode);
            {
                int lastIndex = cachedFrame->size() - 1;
                if (node == focused) {
                    CachedNode* cachedNodePtr = cachedFrame->getIndex(lastIndex);
                    cachedRoot->setCachedFocus(cachedFrame, cachedNodePtr);
                }
                if (lastChild != NULL) {
                    tracker.grow(tracker.size() + 1);
                    FocusTracker& working = tracker.last();
                    working.mCachedNodeIndex = lastIndex;
                    working.mLastChild = OneAfter(lastChild);
                    last = &tracker.at(tracker.size() - 2);
                    working.mSomeParentTakesFocus = last->mSomeParentTakesFocus | takesFocus;
                }
            }
            cacheIndex++;
        }
        while (tracker.size() > 1) {
            FocusTracker* last = &tracker.last();
            int lastChildIndex = cachedFrame->size() - 1;
```

```
            if (CleanUpContainedNodes(cachedRoot, cachedFrame, last, lastChildIndex))
                cacheIndex--;
            tracker.removeLast();
        }
    }

    bool CacheBuilder::CleanUpContainedNodes(CachedRoot* cachedRoot,
        CachedFrame* cachedFrame, const FocusTracker* last, int lastChildIndex)
    {
        // if outer is body, disable outer
        // or if there's more than one inner, disable outer
        // or if inner is keyboard focusable, disable outer
        // else disable inner by removing it
        int childCount = lastChildIndex - last->mCachedNodeIndex;
        if (childCount == 0)
            return false;
        CachedNode* lastCached = cachedFrame->getIndex(last->mCachedNodeIndex);
        Node* lastNode = (Node*) lastCached->nodePointer();
        if ((childCount > 1 && lastNode->hasTagName(HTMLNames::selectTag) == false) ||
                lastNode->hasTagName(HTMLNames::bodyTag) ||
                lastNode->hasTagName(HTMLNames::formTag)) {
            lastCached->setBounds(IntRect(0, 0, 0, 0));
            lastCached->mCursorRing.clear();
            lastCached->setNavableRects();
            return false;
        }
        CachedNode* onlyChildCached = cachedFrame->lastNode();
        Node* onlyChild = (Node*) onlyChildCached->nodePointer();
        bool outerIsMouseMoveOnly =
            lastNode->isKeyboardFocusable(NULL) == false &&
            lastNode->isMouseFocusable() == false &&
            lastNode->isFocusable() == false &&
            HasOverOrOut(lastNode) == true &&
            HasTriggerEvent(lastNode) == false;
        if (onlyChildCached->parent() == lastCached)
            onlyChildCached->setParentIndex(lastCached->parentIndex());
        bool hasFocus = lastCached->isFocus() || onlyChildCached->isFocus();
        if (outerIsMouseMoveOnly || onlyChild->isKeyboardFocusable(NULL)
                || onlyChildCached->isPlugin()) {
```

```
        int index = lastCached->index();
        *lastCached = *onlyChildCached;
        lastCached->setIndex(index);
        CachedFrame* frame = cachedFrame->hasFrame(lastCached);
        if (frame)
            frame->setIndexInParent(index);
    }
    cachedFrame->removeLast();
    if (hasFocus)
        cachedRoot->setCachedFocus(cachedFrame, cachedFrame->lastNode());
    return true;
}

Node* CacheBuilder::currentFocus() const
{
    Frame* frame = FrameAnd(this);
    Document* doc = frame->document();
    if (doc != NULL) {
        Node* focus = doc->focusedNode();
        if (focus != NULL)
            return focus;
    }
    Frame* child = frame->tree()->firstChild();
    while (child) {
        CacheBuilder* cacheBuilder = Builder(child);
        Node* focus = cacheBuilder->currentFocus();
        if (focus)
            return focus;
        child = child->tree()->nextSibling();
    }
    return NULL;
}

static bool strCharCmp(const char* matches, const UChar* test, int wordLength,
    int wordCount)
{
    for (int index = 0; index < wordCount; index++) {
        for (int inner = 0; inner < wordLength; inner++) {
            if (matches[inner] != test[inner]) {
```

```
                    matches += wordLength;
                    goto next;
                }
            }
            return true;
next:
            ;
        }
        return false;
}

static const int stateTwoLetter[] = {
        0x02060c00,  // A followed by: [KLRSZ]
        0x00000000,  // B
        0x00084001,  // C followed by: [AOT]
        0x00000014,  // D followed by: [CE]
        0x00000000,  // E
        0x00001800,  // F followed by: [LM]
        0x00100001,  // G followed by: [AU]
        0x00000100,  // H followed by: [I]
        0x00002809,  // I followed by: [ADLN]
        0x00000000,  // J
        0x01040000,  // K followed by: [SY]
        0x00000001,  // L followed by: [A]
        0x000ce199,  // M followed by: [ADEHINOPST]
        0x0120129c,  // N followed by: [CDEHJMVY]
        0x00020480,  // O followed by: [HKR]
        0x00420001,  // P followed by: [ARW]
        0x00000000,  // Q
        0x00000100,  // R followed by: [I]
        0x0000000c,  // S followed by: [CD]
        0x00802000,  // T followed by: [NX]
        0x00080000,  // U followed by: [T]
        0x00080101,  // V followed by: [AIT]
        0x01200101   // W followed by: [AIVY]
};

static const char firstIndex[] = {
         0,  5,  5,  8, 10, 10, 12, 14,
```

```
        15, 19, 19, 21, 22, 32, 40, 43,
        46, 46, 47, 49, 51, 52, 55, 59
    };

    // from http://infolab.stanford.edu/~manku/bitcount/bitcount.html
    #define TWO(c)     (0x1u << (c))
    #define MASK(c)    (((unsigned int)(-1)) / (TWO(TWO(c)) + 1u))
    #define COUNT(x,c) ((x) & MASK(c)) + (((x) >> (TWO(c))) & MASK(c))

    int bitcount (unsigned int n)
    {
        n = COUNT(n, 0);
        n = COUNT(n, 1);
        n = COUNT(n, 2);
        n = COUNT(n, 3);
        return COUNT(n, 4);
    }

    #undef TWO
    #undef MASK
    #undef COUNT

    static bool isUnicodeSpace(UChar ch)
    {
        return ch == ' ' || ch == '\t' || ch == '\n' || ch == '\r' || ch == 0xa0;
    }

    static bool validZip(int stateIndex, const UChar* zipPtr)
    {
        static const struct {
            char mLow;
            char mHigh;
            char mException1;
            char mException2;
        } zipRange[] = {
            { 99, 99, -1, -1 }, // AK Alaska
            { 35, 36, -1, -1 }, // AL Alabama
            { 71, 72, -1, -1 }, // AR Arkansas
            { 96, 96, -1, -1 }, // AS American Samoa
```

```
        { 85, 86, -1, -1 }, // AZ Arizona
        { 90, 96, -1, -1 }, // CA California
        { 80, 81, -1, -1 }, // CO Colorado
        {  6,  6, -1, -1 }, // CT Connecticut
        { 20, 20, -1, -1 }, // DC District of Columbia
        { 19, 19, -1, -1 }, // DE Delaware
        { 32, 34, -1, -1 }, // FL Florida
        { 96, 96, -1, -1 }, // FM Federated States of Micronesia
        { 30, 31, -1, -1 }, // GA Georgia
        { 96, 96, -1, -1 }, // GU Guam
        { 96, 96, -1, -1 }, // HI Hawaii
        { 50, 52, -1, -1 }, // IA Iowa
        { 83, 83, -1, -1 }, // ID Idaho
        { 60, 62, -1, -1 }, // IL Illinois
        { 46, 47, -1, -1 }, // IN Indiana
        { 66, 67, 73, -1 }, // KS Kansas
        { 40, 42, -1, -1 }, // KY Kentucky
        { 70, 71, -1, -1 }, // LA Louisiana
        {  1,  2, -1, -1 }, // MA Massachusetts
        { 20, 21, -1, -1 }, // MD Maryland
        {  3,  4, -1, -1 }, // ME Maine
        { 96, 96, -1, -1 }, // MH Marshall Islands
        { 48, 49, -1, -1 }, // MI Michigan
        { 55, 56, -1, -1 }, // MN Minnesota
        { 63, 65, -1, -1 }, // MO Missouri
        { 96, 96, -1, -1 }, // MP Northern Mariana Islands
        { 38, 39, -1, -1 }, // MS Mississippi
        { 55, 56, -1, -1 }, // MT Montana
        { 27, 28, -1, -1 }, // NC North Carolina
        { 58, 58, -1, -1 }, // ND North Dakota
        { 68, 69, -1, -1 }, // NE Nebraska
        {  3,  4, -1, -1 }, // NH New Hampshire
        {  7,  8, -1, -1 }, // NJ New Jersey
        { 87, 88, 86, -1 }, // NM New Mexico
        { 88, 89, 96, -1 }, // NV Nevada
        { 10, 14,  0,  6 }, // NY New York
        { 43, 45, -1, -1 }, // OH Ohio
        { 73, 74, -1, -1 }, // OK Oklahoma
        { 97, 97, -1, -1 }, // OR Oregon
```

```
        { 15, 19, -1, -1 }, // PA Pennsylvania
        {  6,  6,  0,  9 }, // PR Puerto Rico
        { 96, 96, -1, -1 }, // PW Palau
        {  2,  2, -1, -1 }, // RI Rhode Island
        { 29, 29, -1, -1 }, // SC South Carolina
        { 57, 57, -1, -1 }, // SD South Dakota
        { 37, 38, -1, -1 }, // TN Tennessee
        { 75, 79, 87, 88 }, // TX Texas
        { 84, 84, -1, -1 }, // UT Utah
        { 22, 24, 20, -1 }, // VA Virginia
        {  6,  9, -1, -1 }, // VI Virgin Islands
        {  5,  5, -1, -1 }, // VT Vermont
        { 98, 99, -1, -1 }, // WA Washington
        { 53, 54, -1, -1 }, // WI Wisconsin
        { 24, 26, -1, -1 }, // WV West Virginia
        { 82, 83, -1, -1 }  // WY Wyoming
    };

    int zip = zipPtr[0] - '0';
    zip *= 10;
    zip += zipPtr[1] - '0';
    int low = zipRange[stateIndex].mLow;
    int high = zipRange[stateIndex].mHigh;
    if (zip >= low && zip <= high)
        return true;
    if (zip == zipRange[stateIndex].mException1)
        return true;
    if (zip == zipRange[stateIndex].mException2)
        return true;
    return false;
}

#define MAX_PLACE_NAME_LENGTH 25 // the longest allowable one word place name

CacheBuilder::FoundState CacheBuilder::FindAddress(const UChar* chars,
    unsigned length, int* start, int* end, bool caseInsensitive)
{
    FindState addressState;
    FindReset(&addressState);
```

```
    addressState.mWords[0] = addressState.mStarts[0] = chars;
    addressState.mCaseInsensitive = caseInsensitive;
    FoundState state = FindPartialAddress(chars, chars, length, &addressState);
    if (state == FOUND_PARTIAL && addressState.mProgress == ZIP_CODE &&
            addressState.mNumberCount == 0) {
        addressState.mProgress = FIND_STREET;
        state = FindPartialAddress(NULL, NULL, 0, &addressState);
    }
    *start = addressState.mStartResult;
    *end = addressState.mEndResult;
    return state;
}

CacheBuilder::FoundState CacheBuilder::FindPartialAddress(const UChar* baseChars,
    const UChar* chars, unsigned length, FindState* s)
{
    // lower case letters are optional; trailing asterisk is optional 's'
    static char const* const longStreetNames[] = {
        "\x04" "LleY" "\x04" "NneX" "\x05" "RCade" "\x05" "VEnue" "\x06" "LAMEDA", // A
        "\x04" "aYoU" "\x04" "eaCH" "\x03" "eND" "\x05" "LuFf*" "\x05" "oTtoM"
            "\x08" "ouLeVarD" "\x05" "Ranch" "\x05" "RidGe" "\x05" "RooK*"
            "\x04" "urG*" "\x05" "YPass" "\x07" "roadWAY", // B
        "\x05" "AMINO"
        "\x03" "amP" "\x05" "anYoN" "\x03" "aPE" "\x07" "auSeWaY" "\x06" "enTeR*"
            "\x06" "IRcle*" "\x05" "LiFf*" "\x03" "LuB" "\x05" "oMmoN" "\x06" "ORner*"
            "\x05" "ouRSE" "\x05" "ourT*" "\x04" "oVe*" "\x04" "ReeK" "\x07" "REScent"
            "\x04" "ReST" "\x07" "ROSSING" "\x08" "ROSSROAD" "\x04" "URVe"
            "\x05" "AMINO" "\x06" "IRCULO" "\x07" "REScent", // C
        "\x03" "aLe" "\x02" "aM" "\x05" "iVide" "\x05" "Rive*", // D
        "\x06" "STate*" "\x09" "XPresswaY" "\x09" "XTension*", // E
        "\x04" "ALL*" "\x04" "eRrY" "\x05" "ieLD*" "\x04" "LaT*" "\x04" "oRD*"
            "\x05" "oReST" "\x05" "oRGe*" "\x04" "oRK*" "\x03" "orT" "\x06" "reeWaY", // F
        "\x06" "arDeN*" "\x06" "aTeWaY" "\x04" "LeN*" "\x05" "ReeN*" "\x05" "RoVe*", // G
        "\x06" "arBoR*" "\x04" "aVeN" "\x06" "eighTS" "\x06" "ighWaY" "\x04" "iLl*"
            "\x05" "OLloW", // H
        "\x04" "NLeT" "\x06" "Sland*" "\x03" "SLE", // I
        "\x08" "unCTion*", // J
        "\x03" "eY*" "\x05" "NoLl*", // K
        "\x04" "aKe*" "\x03" "AND" "\x06" "aNDinG" "\x03" "aNe" "\x05" "iGhT*"
```

```
            "\x03" "oaF" "\x04" "oCK*" "\x04" "oDGe" "\x03" "OOP", // L
        "\x03" "ALL" "\x05" "aNoR*" "\x06" "eaDoW*" "\x03" "EWS" "\x04" "iLl*"
            "\x06" "iSsioN" "\x07" "oTorWaY" "\x04" "ounT" "\x08" "ounTaiN*", // M
        "\x03" "eCK", // N
        "\x06" "RCHard" "\x03" "VAL" "\x07" "verPASs", // O
        "\x04" "ARK*" "\x07" "arKWaY*" "\x03" "ASS" "\x06" "aSsaGE" "\x03" "ATH"
            "\x03" "IKE" "\x04" "iNE*" "\x04" "Lace" "\x05" "LaiN*" "\x04" "LaZa"
            "\x05" "oinT*" "\x04" "oRT*" "\x06" "Rairie" "\x06" "RIVADA", // P
        NULL,
        "\x05" "ADiaL" "\x03" "AMP" "\x04" "aNCH" "\x05" "aPiD*"
            "\x03" "eST"
            "\x05" "iDGe*" "\x04" "IVer" "\x04" "oaD*" "\x04" "ouTE" "\x02" "OW"
            "\x02" "UE" "\x02" "UN", // R
        "\x05" "HoaL*" "\x05" "HoRe*" "\x05" "KyWaY" "\x06" "PrinG*" "\x04" "PUR*"
            "\x06" "Quare*" "\x06" "TAtion" "\x08" "TRAvenue" "\x05" "TReaM"
            "\x06" "Treet*" "\x05" "uMmiT" "\x07" "PeeDWaY", // S
        "\x06" "ERrace" "\x09" "hRoughWaY" "\x04" "RaCE" "\x04" "RAcK" "\x09" "RaFficwaY"
            "\x04" "RaiL" "\x05" "UNneL" "\x07" "urnPiKE", // T
        "\x08" "nderPASs" "\x05" "Nion*", // U
        "\x06" "aLleY*" "\x06" "IAduct" "\x04" "ieW*" "\x07" "iLlaGe*" "\x04" "iLle"
            "\x04" "ISta", // V
        "\x04" "ALK*" "\x03" "ALL" "\x03" "AY*" "\x04" "eLl*", // W
        "\x03" "ING" "\x02" "RD", // X
    };

    static char const* const longStateNames[] = {
        "\x8e" "la" "\x85" "bama" "\x02" "\x84" "ska" "\x01" "\x8f" "merican Samoa" "\x04"
             "\x91" "r" "\x86" "izona" "\x05" "\x87" "kansas" "\x03",
        NULL,
        "\x8b" "alifornia" "\x06" "\x95" "o" "\x87" "lorado" "\x07" "\x8a" "nnecticut" "\x08"
,
        "\x89" "elaware" "\x0a" "\x95" "istrict of Columbia" "\x09",
        NULL,
        "\x9f" "ederated States of Micronesia" "\x0c" "\x88" "lorida" "\x0b",
        "\x85" "uam" "\x0e" "\x88" "eorgia" "\x0d",
        "\x87" "awaii" "\x0f",
        "\x86" "daho" "\x11" "\x89" "llinois" "\x12" "\x88" "ndiana" "\x13" "\x85"
             "owa" "\x10",
        NULL,
```

```
            "\x87" "ansas" "\x14" "\x89" "entucky" "\x15",
            "\x8a" "ouisiana" "\x16",
            "\x86" "aine" "\x19" "\x99" "ar" "\x8e" "shall Islands" "\x1a" "\x86" "yland" "\x18"
                "\x8e" "assachusetts" "\x17" "\x93" "i" "\x87" "chigan" "\x1b"
                "\x88" "nnesota" "\x1c" "\x93" "iss" "\x88" "issippi" "\x1f" "\x85"
                "ouri" "\x1d" "\x88" "ontana" "\x20",
            "\x90" "e" "\x87" "braska" "\x23" "\x85" "vada" "\x27" "\xa5" "ew " "\x8a"
                "Hampshire" "\x24" "\x87" "Jersey" "\x25" "\x87" "Mexico" "\x26"
                "\x85" "York" "\x28" "\x98" "orth " "\x89" "Carolina" "\x21" "\x87"
                "Dakota" "\x22" "\x99" "orthern Mariana Islands" "\x1e",
            "\x85" "hio" "\x29" "\x89" "klahoma" "\x2a" "\x87" "regon" "\x2b",
            "\x86" "alau" "\x2e" "\x8d" "ennsylvania" "\x2c" "\x8c" "uerto Rico" "\x2d",
            NULL,
            "\x8d" "hode Island" "\x2f",
            "\x98" "outh " "\x89" "Carolina" "\x30" "\x87" "Dakota" "\x31",
            "\x90" "e" "\x88" "nnessee" "\x32" "\x84" "xas" "\x33",
            "\x85" "tah" "\x34",
            "\x88" "ermont" "\x37" "\x94" "irgin" "\x89" " Islands" "\x36" "\x83" "ia" "\x35",
            "\x8b" "ashington" "\x38" "\x8e" "est Virginia" "\x3a" "\x8a" "isconsin" "\x39"
                "\x88" "yoming" "\x3b"
        };

#if 0 // DEBUG_NAV_UI
        static char const* const progressNames[] = {
            "NO_ADDRESS",
            "SKIP_TO_SPACE",
            "HOUSE_NUMBER",
            "NUMBER_TRAILING_SPACE",
            "ADDRESS_LINE",
            "STATE_NAME",
            "SECOND_HALF",
            "ZIP_CODE",
            "PLUS_4",
            "FIND_STREET"
        };
#endif
        // strategy: US only support at first
        // look for a 1 - 5 digit number for a street number (no support for 'One Microsoft Way')
            // ignore if preceded by '#', Suite, Ste, Rm
```

```
    // look for two or more words (up to 5? North Frank Lloyd Wright Blvd)
            // note: "The Circle at North Hills St." has six words, and a lower 'at' -- allow
at, by, of, in, the, and, ... ?
        // if a word starts with a lowercase letter, no match
        // allow: , . - # / (for 1/2) ' "
        // don't look for street name type yet
    // look for one or two delimiters to represent possible 2nd addr line and city name
    // look for either full state name, or state two letters, and/or zip code (5 or 9 digits)
    // now look for street suffix, either in full or abbreviated form, with optional 's' if
there's an asterisk

    s->mCurrentStart = chars;
    s->mEnd = chars + length;
    int candIndex = 0;
    bool retryState;
    bool mustBeAllUpper = false;
    bool secondHalf = false;
    chars -= 1;
    UChar ch = s->mCurrent;
    while (++chars <= s->mEnd) {
        UChar prior = ch;
        ch = chars < s->mEnd ? *chars : ' ';
        switch (s->mProgress) {
            case NO_ADDRESS:
                if (WTF::isASCIIDigit(ch) == false) {
                    if (ch != 'O') // letter 'O', not zero
                        continue;
                    if (s->mEnd - chars < 3)
                        continue;
                    prior = *++chars;
                    ch = *++chars;
                    if ((prior != 'n' || ch != 'e') && (prior != 'N' || ch != 'E'))
                        continue;
                    if (isUnicodeSpace(*++chars) == false)
                        continue;
                    s->mProgress = ADDRESS_LINE;
                    s->mStartResult = chars - 3 - s->mCurrentStart;
                    continue;
                }
```

```
                    if (isUnicodeSpace(prior) == false) {
                        s->mProgress = SKIP_TO_SPACE;
                        continue;
                    }
                    s->mNumberCount = 1;
                    s->mProgress = HOUSE_NUMBER;
                    s->mStartResult = chars - s->mCurrentStart;
                    continue;
                case SKIP_TO_SPACE:
                    if (isUnicodeSpace(ch) == false)
                        continue;
                    break;
                case HOUSE_NUMBER:
                    if (WTF::isASCIIDigit(ch)) {
                        if (++s->mNumberCount >= 6)
                            s->mProgress = SKIP_TO_SPACE;
                        continue;
                    }
                    if (WTF::isASCIIUpper(ch)) { // allow one letter after house number, e.g. 12A
    SKOLFIELD PL, HARPSWELL, ME 04079
                        if (WTF::isASCIIDigit(prior) == false)
                            s->mProgress = SKIP_TO_SPACE;
                        continue;
                    }
                    if (ch == '-') {
                        if (s->mNumberCount > 0) { // permit 21-23 ELM ST
                            ++s->mNumberCount;
                            continue;
                        }
                    }
                    s->mNumberCount = 0;
                    s->mProgress = NUMBER_TRAILING_SPACE;
                case NUMBER_TRAILING_SPACE:
                    if (isUnicodeSpace(ch))
                        continue;
                    if (0 && WTF::isASCIIDigit(ch)) {
                        s->mNumberCount = 1;
                        s->mProgress = HOUSE_NUMBER;
                        s->mStartResult = chars - s->mCurrentStart;
```

```
                    continue;
                }
                if (WTF::isASCIIDigit(ch) == false && WTF::isASCIIUpper(ch) == false)
                    break;
                s->mProgress = ADDRESS_LINE;
            case ADDRESS_LINE:
                if (WTF::isASCIIAlpha(ch) || ch == '\'' || ch == '-' || ch == '&' || ch ==
'(' || ch == ')') {
                    if (++s->mLetterCount > 1) {
                        s->mNumberWords &= ~(1 << s->mWordCount);
                        continue;
                    }
                    if (s->mNumberCount >= 5)
                        break;
// FIXME: the test below was added to give up on a non-address, but it
// incorrectly discards addresses where the house number is in one node
// and the street name is in the next; I don't recall what the failing case
// is that suggested this fix.
//                  if (s->mWordCount == 0 && s->mContinuationNode)
//                      return FOUND_NONE;
                    s->newWord(baseChars, chars);
                    if (WTF::isASCIILower(ch) && s->mNumberCount == 0)
                        s->mFirstLower = chars;
                    s->mNumberCount = 0;
                    if (WTF::isASCIILower(ch) || (WTF::isASCIIAlpha(ch) == false && ch != '-
'))
                        s->mNumberWords &= ~(1 << s->mWordCount);
                    s->mUnparsed = true;
                    continue;
                } else if (s->mLetterCount >= MAX_PLACE_NAME_LENGTH) {
                    break;
                } else if (s->mFirstLower != NULL) {
                    if (s->mCaseInsensitive)
                        goto resetWord;
                    size_t length = chars - s->mFirstLower;
                    if (length > 3)
                        break;
                    if (length == 3 && strCharCmp("and" "the", s->mFirstLower, 3, 2) == false
)
```

```
                    break;
                if (length == 2 && strCharCmp("at" "by" "el" "in" "of", s->mFirstLower, 2
    , 5) == false)
                    break;
                goto resetWord;
            }
            if (ch == ',' || ch == '*') { // delimits lines
                // asterisk as delimiter: http://www.sa.sc.edu/wellness/members.html
                if (++s->mLineCount > 5)
                    break;
                goto lookForState;
            }
            if (isUnicodeSpace(ch) || prior == '-') {
        lookForState:
                if (s->mUnparsed == false)
                    continue;
                const UChar* candidate = s->mWords[s->mWordCount];
                UChar firstLetter = candidate[0];
                if (WTF::isASCIIUpper(firstLetter) == false && WTF::isASCIIDigit
    (firstLetter) == false)
                    goto resetWord;
                s->mWordCount++;
                if ((s->mWordCount == 2 && s->mNumberWords == 3 && WTF::isASCIIDigit(s->
    mWords[1][1])) || // choose second of 8888 333 Main
                    (s->mWordCount >= sizeof(s->mWords) / sizeof(s->mWords[0]) - 1)) { //
    subtract 1 since state names may have two parts
                    // search for simple number already stored since first potential
    house # didn't pan out
                    if (s->mNumberWords == 0)
                        break;
                    int shift = 0;
                    while ((s->mNumberWords & (1 << shift)) == 0)
                        shift++;
                    s->mNumberWords >>= ++shift;
                    if (s->mBases[0] != s->mBases[shift]) // if we're past the original
    node, bail
                        break;
                    s->shiftWords(shift);
                    s->mStartResult = s->mWords[0] - s->mStarts[0];
```

```
                s->mWordCount -= shift;
                // FIXME: need to adjust lineCount to account for discarded
    delimiters
            }
            if (s->mWordCount < 4)
                goto resetWord;
            firstLetter -= 'A';
            if (firstLetter > 'W' - 'A')
                goto resetWord;
            UChar secondLetter = candidate[1];
            if (prior == '-')
                s->mLetterCount--; // trim trailing dashes, to accept CA-94043
            if (s->mLetterCount == 2) {
                secondLetter -= 'A';
                if (secondLetter > 'Z' - 'A')
                    goto resetWord;
                if ((stateTwoLetter[firstLetter] & 1 << secondLetter) != 0) {
                    // special case to ignore 'et al'
                    if (strCharCmp("ET", s->mWords[s->mWordCount - 2], 2, 1) == false
    ) {
                        s->mStateWord = s->mWordCount - 1;
                        s->mZipHint = firstIndex[firstLetter] +
                            bitcount(stateTwoLetter[firstLetter] & ((1 <<
    secondLetter) - 1));
                        goto foundStateName;
                    }
                }
                goto resetWord;
            }
            s->mStates = longStateNames[firstLetter];
            if (s->mStates == NULL)
                goto resetWord;
            mustBeAllUpper = false;
            s->mProgress = STATE_NAME;
            unsigned char section = s->mStates[0];
            ASSERT(section > 0x80);
            s->mSectionLength = section & 0x7f;
            candIndex = 1;
            secondHalf = false;
```

```
                s->mStateWord = s->mWordCount - 1;
                goto stateName;
            }
            if (WTF::isASCIIDigit(ch)) {
                if (s->mLetterCount == 0) {
                    if (++s->mNumberCount > 1)
                        continue;
                    if (s->mWordCount == 0 && s->mContinuationNode)
                        return FOUND_NONE;
                    s->newWord(baseChars, chars);
                    s->mNumberWords |= 1 << s->mWordCount;
                    s->mUnparsed = true;
                }
                continue;
            }
            if (ch == '.') { // optionally can follow letters
                if (s->mLetterCount == 0)
                    break;
                if (s->mNumberCount > 0)
                    break;
                continue;
            }
            if (ch == '/') // between numbers (1/2) between words (12 Main / Ste 4d)
                goto resetWord;
            if (ch == '#') // can precede numbers, allow it to appear randomly
                goto resetWord;
            if (ch == '"') // sometimes parts of addresses are quoted (FIXME: cite an
    example here)
                continue;
            break;
        case SECOND_HALF:
            if (WTF::isASCIIAlpha(ch)) {
                if (s->mLetterCount == 0) {
                    s->newWord(baseChars, chars);
                    s->mWordCount++;
                }
                s->mLetterCount++;
                continue;
            }
```

```
                if (WTF::isASCIIDigit(ch) == false) {
                    if (s->mLetterCount > 0) {
                        s->mProgress = STATE_NAME;
                        candIndex = 0;
                        secondHalf = true;
                        goto stateName;
                    }
                    continue;
                }
                s->mProgress = ADDRESS_LINE;
                goto resetState;
            case STATE_NAME:
            stateName:
                // pick up length of first section
                do {
                    int stateIndex = 1;
                    int skip = 0;
                    int prefix = 0;
                    bool subStr = false;
                    do {
                        unsigned char match = s->mStates[stateIndex];
                        if (match >= 0x80) {
                            if (stateIndex == s->mSectionLength)
                                break;
                            subStr = true;
                  //          if (skip > 0)
                  //              goto foundStateName;
                            prefix = candIndex;
                            skip = match & 0x7f;
                            match = s->mStates[++stateIndex];
                        }
                        UChar candChar = s->mWords[s->mWordCount - 1][candIndex];
                        if (mustBeAllUpper && WTF::isASCIILower(candChar))
                            goto skipToNext;
                        if (match != candChar) {
                            if (match != WTF::toASCIILower(candChar)) {
                        skipToNext:
                                if (subStr == false)
                                    break;
```

```
                    if (stateIndex == s->mSectionLength) {
                        if (secondHalf) {
                            s->mProgress = ADDRESS_LINE;
                            goto resetState;
                        }
                        break;
                    }
                    stateIndex += skip;
                    skip = 0;
                    candIndex = prefix;
                    continue; // try next substring
                }
                mustBeAllUpper = true;
            }
            int nextindex = stateIndex + 1;
            if (++candIndex >= s->mLetterCount && s->mStates[nextindex] == ' ') {
                s->mProgress = SECOND_HALF;
                s->mStates += nextindex;
                s->mSectionLength -= nextindex;
                goto resetWord;
            }
            if (nextindex + 1 == s->mSectionLength || skip == 2) {
                s->mZipHint = s->mStates[nextindex] - 1;
                goto foundStateName;
            }
            stateIndex += 1;
            skip -= 1;
        } while (true);
        s->mStates += s->mSectionLength;
        ASSERT(s->mStates[0] == 0 || (unsigned) s->mStates[0] > 0x80);
        s->mSectionLength = s->mStates[0] & 0x7f;
        candIndex = 1;
        subStr = false;
    } while (s->mSectionLength != 0);
    s->mProgress = ADDRESS_LINE;
    goto resetState;
foundStateName:
    s->mEndResult = chars - s->mCurrentStart;
    s->mEndWord = s->mWordCount - 1;
```

```
            s->mProgress = ZIP_CODE;
            // a couple of delimiters is an indication that the state name is good
            // or, a non-space / non-alpha-digit is also good
            s->mZipDelimiter = s->mLineCount > 2
                || isUnicodeSpace(ch) == false
                || chars == s->mEnd;
            if (WTF::isASCIIDigit(ch))
                s->mZipStart = chars;
            goto resetState;
        case ZIP_CODE:
            if (WTF::isASCIIDigit(ch)) {
                int count = ++s->mNumberCount;
                if (count == 1) {
                    if (WTF::isASCIIDigit(prior))
                        ++s->mNumberCount;
                    else
                        s->mZipStart = chars;
                }
                if (count <= 9)
                    continue;
            } else if (isUnicodeSpace(ch)) {
                if (s->mNumberCount == 0) {
                    s->mZipDelimiter = true; // two spaces delimit state name
                    continue;
                }
            } else if (ch == '-') {
                if (s->mNumberCount == 5 && validZip(s->mZipHint, s->mZipStart)) {
                    s->mNumberCount = 0;
                    s->mProgress = PLUS_4;
                    continue;
                }
                if (s->mNumberCount == 0)
                    s->mZipDelimiter = true;
            } else if (WTF::isASCIIAlpha(ch) == false)
                s->mZipDelimiter = true;
            else {
                if (s->mLetterCount == 0) {
                    s->newWord(baseChars, chars);
                    s->mUnparsed = true;
```

```
                }
                ++s->mLetterCount;
            }
            if (s->mNumberCount == 5 || s->mNumberCount == 9) {
                if (validZip(s->mZipHint, s->mZipStart) == false)
                    goto noZipMatch;
                s->mEndResult = chars - s->mCurrentStart;
                s->mEndWord = s->mWordCount - 1;
            } else if (s->mZipDelimiter == false) {
        noZipMatch:
                --chars;
                s->mProgress = ADDRESS_LINE;
                continue;
            }
            s->mProgress = FIND_STREET;
            goto findStreet;
        case PLUS_4:
            if (WTF::isASCIIDigit(ch)) {
                if (++s->mNumberCount <= 4)
                    continue;
            }
            if (isUnicodeSpace(ch)) {
                if (s->mNumberCount == 0)
                    continue;
            }
            if (s->mNumberCount == 4) {
                if (WTF::isASCIIAlpha(ch) == false) {
                    s->mEndResult = chars - s->mCurrentStart;
                    s->mEndWord = s->mWordCount - 1;
                }
            } else if (s->mNumberCount != 0)
                break;
            s->mProgress = FIND_STREET;
        case FIND_STREET:
        findStreet:
            retryState = false;
            for (int wordsIndex = s->mStateWord - 1; wordsIndex >= 0; --wordsIndex) {
                const UChar* test = s->mWords[wordsIndex];
                UChar letter = test[0];
```

```
                letter -= 'A';
                if (letter > 'X' - 'A')
                    continue;
                const char* names = longStreetNames[letter];
                if (names == NULL)
                    continue;
                int offset;
                while ((offset = *names++) != 0) {
                    int testIndex = 1;
                    bool abbr = false;
                    for (int idx = 0; idx < offset; idx++) {
                        char nameLetter = names[idx];
                        char testUpper = WTF::toASCIIUpper(test[testIndex]);
                        if (nameLetter == '*') {
                            if (testUpper == 'S')
                                testIndex++;
                            break;
                        }
                        bool fullOnly = WTF::isASCIILower(nameLetter);
                        nameLetter = WTF::toASCIIUpper(nameLetter);
                        if (testUpper == nameLetter) {
                            if (abbr && fullOnly)
                                goto nextTest;
                            testIndex++;
                            continue;
                        }
                        if (fullOnly == false)
                            goto nextTest;
                        abbr = true;
                    }
                    letter = &test[testIndex] < s->mEnds[wordsIndex] ?
                        test[testIndex] : ' ';
                    if (WTF::isASCIIAlpha(letter) == false && WTF::isASCIIDigit(letter) == false) {
                        if (s->mNumberWords != 0) {
                            int shift = 0;
                            int wordReduction = -1;
                            do {
                                while ((s->mNumberWords & (1 << shift)) == 0)
```

```
                        shift++;
                    if (shift > wordsIndex)
                        break;
                    wordReduction = shift;
                } while (s->mNumberWords >> ++shift != 0);
                if (wordReduction >= 0) {
                    if (s->mContinuationNode) {
                        if (retryState)
                            break;
                        return FOUND_NONE;
                    }
                    s->mStartResult = s->mWords[wordReduction] - s->mStarts
    [wordReduction];
                }
            }
            if (wordsIndex != s->mStateWord - 1)
                return FOUND_COMPLETE;
            retryState = true;
        }
    nextTest:
        names += offset;
    }
}
if (retryState) {
    s->mProgress = ADDRESS_LINE;
    s->mStates = NULL;
    continue;
}
if (s->mNumberWords != 0) {
    unsigned shift = 0;
    while ((s->mNumberWords & (1 << shift)) == 0)
        shift++;
    s->mNumberWords >>= ++shift;
    if (s->mBases[0] != s->mBases[shift])
        return FOUND_NONE;
    s->shiftWords(shift);
    s->mStartResult = s->mWords[0] - s->mStarts[0];
    s->mWordCount -= shift;
    s->mProgress = ADDRESS_LINE;
```

```
                    --chars;
                    continue;
                }
                break;
            }
            if (s->mContinuationNode)
                return FOUND_NONE;
            s->mProgress = NO_ADDRESS;
            s->mWordCount = s->mLineCount = 0;
            s->mNumberWords = 0;
        resetState:
            s->mStates = NULL;
        resetWord:
            s->mNumberCount = s->mLetterCount = 0;
            s->mFirstLower = NULL;
            s->mUnparsed = false;
        }
        s->mCurrent = ch;
        return s->mProgress == NO_ADDRESS ? FOUND_NONE : FOUND_PARTIAL;
}

// Recognize common email patterns only. Currently has lots of state, walks text forwards and backwards -- will be
// a real challenge to adapt to walk text across multiple nodes, I imagine
// FIXME: it's too hard for the caller to call these incrementally -- it's probably best for this to
// either walk the node tree directly or make a callout to get the next or previous node, if there is one
// walking directly will avoid adding logic in caller to track the multiple partial or full nodes that compose this
// text pattern.
CacheBuilder::FoundState CacheBuilder::FindPartialEMail(const UChar* chars, unsigned length,
        FindState* s)
{
        // the following tables were generated by tests/browser/focusNavigation/BrowserDebug.cpp
        // hand-edit at your own risk
        static const int domainTwoLetter[] = {
            0x02df797c,  // a followed by: [cdefgilmnoqrstuwxz]
            0x036e73fb,  // b followed by: [abdefghijmnorstvwyz]
```

```
        0x03b67ded,  // c followed by: [acdfghiklmnorsuvxyz]
        0x02005610,  // d followed by: [ejkmoz]
        0x001e00d4,  // e followed by: [ceghrstu]
        0x00025700,  // f followed by: [ijkmor]
        0x015fb9fb,  // g followed by: [abdefghilmnpqrstuwy]
        0x001a3400,  // h followed by: [kmnrtu]
        0x000f7818,  // i followed by: [delmnoqrst]
        0x0000d010,  // j followed by: [emop]
        0x0342b1d0,  // k followed by: [eghimnprwyz]
        0x013e0507,  // l followed by: [abcikrstuvy]
        0x03fffccd,  // m followed by: [acdghklmnopqrstuvwxyz]
        0x0212c975,  // n followed by: [acefgilopruz]
        0x00001000,  // o followed by: [m]
        0x014e3cf1,  // p followed by: [aefghklmnrstwy]
        0x00000001,  // q followed by: [a]
        0x00504010,  // r followed by: [eouw]
        0x032a7fdf,  // s followed by: [abcdeghijklmnortvyz]
        0x026afeec,  // t followed by: [cdfghjklmnoprtvwz]
        0x03041441,  // u followed by: [agkmsyz]
        0x00102155,  // v followed by: [aceginu]
        0x00040020,  // w followed by: [fs]
        0x00000000,  // x
        0x00180010,  // y followed by: [etu]
        0x00401001,  // z followed by: [amw]
    };

    static char const* const longDomainNames[] = {
        "\x03" "ero" "\x03" "rpa",  // aero, arpa
        "\x02" "iz",  // biz
        "\x02" "at" "\x02" "om" "\x03" "oop",  // cat, com, coop
        NULL,  // d
        "\x02" "du",  // edu
        NULL,  // f
        "\x02" "ov",  // gov
        NULL,  // h
        "\x03" "nfo" "\x02" "nt",  // info, int
        "\x03" "obs",  // jobs
        NULL,  // k
        NULL,  // l
```

```
        "\x02" "il" "\x03" "obi" "\x05" "useum",  // mil, mobi, museum
        "\x03" "ame" "\x02" "et",  // name, net
        "\x02" "rg",  // , org
        "\x02" "ro",  // pro
        NULL,  // q
        NULL,  // r
        NULL,  // s
        "\x05" "ravel",  // travel
        NULL,  // u
        NULL,  // v
        NULL,  // w
        NULL,  // x
        NULL,  // y
        NULL,  // z
    };

    const UChar* start = chars;
    const UChar* end = chars + length;
    while (chars < end) {
        UChar ch = *chars++;
        if (ch != '@')
            continue;
        const UChar* atLocation = chars - 1;
        // search for domain
        ch = *chars++ | 0x20; // convert uppercase to lower
        if (ch < 'a' || ch > 'z')
            continue;
        while (chars < end) {
            ch = *chars++;
            if (IsDomainChar(ch) == false)
                goto nextAt;
            if (ch != '.')
                continue;
            UChar firstLetter = *chars++ | 0x20; // first letter of the domain
            if (chars >= end)
                return FOUND_NONE; // only one letter; must be at least two
            firstLetter -= 'a';
            if (firstLetter > 'z' - 'a')
                continue; // non-letter followed '.'
```

```
            int secondLetterMask = domainTwoLetter[firstLetter];
            ch = *chars | 0x20; // second letter of the domain
            ch -= 'a';
            if (ch >= 'z' - 'a')
                continue;
            bool secondMatch = (secondLetterMask & 1 << ch) != 0;
            const char* wordMatch = longDomainNames[firstLetter];
            int wordIndex = 0;
            while (wordMatch != NULL) {
                int len = *wordMatch++;
                char match;
                do {
                    match = wordMatch[wordIndex];
                    if (match < 0x20)
                        goto foundDomainStart;
                    if (chars[wordIndex] != match)
                        break;
                    wordIndex++;
                } while (true);
                wordMatch += len;
                if (*wordMatch == '\0')
                    break;
                wordIndex = 0;
            }
            if (secondMatch) {
                wordIndex = 1;
        foundDomainStart:
                chars += wordIndex;
                if (chars < end) {
                    ch = *chars;
                    if (ch != '.') {
                        if (IsDomainChar(ch))
                            goto nextDot;
                    } else if (chars + 1 < end && IsDomainChar(chars[1]))
                        goto nextDot;
                }
                // found domain. Search backwards from '@' for beginning of email address
                s->mEndResult = chars - start;
                chars = atLocation;
```

```
                    if (chars <= start)
                        goto nextAt;
                    ch = *--chars;
                    if (ch == '.')
                        goto nextAt; // mailbox can't end in period
                    do {
                        if (IsMailboxChar(ch) == false) {
                            chars++;
                            break;
                        }
                        if (chars == start)
                            break;
                        ch = *--chars;
                    } while (true);
                    UChar firstChar = *chars;
                    if (firstChar == '.' || firstChar == '@') // mailbox can't start with period
    or be empty
                        goto nextAt;
                    s->mStartResult = chars - start;
                    return FOUND_COMPLETE;
                }
        nextDot:
                ;
            }
    nextAt:
            chars = atLocation + 1;
        }
        return FOUND_NONE;
    }

    #define PHONE_PATTERN "(200) /-.\\ 100 -. 0000" // poor man's regex: parens optional, any one
    of punct, digit smallest allowed

    CacheBuilder::FoundState CacheBuilder::FindPartialNumber(const UChar* chars, unsigned length,
        FindState* s)
    {
        char* pattern = s->mPattern;
        UChar* store = s->mStorePtr;
        const UChar* start = chars;
```

```
    const UChar* end = chars + length;
    const UChar* lastDigit = NULL;
    do {
        bool initialized = s->mInitialized;
        while (chars < end) {
            if (initialized == false) {
                s->mBackTwo = s->mBackOne;
                s->mBackOne = s->mCurrent;
            }
            UChar ch = s->mCurrent = *chars;
            do {
                char patternChar = *pattern;
                switch (patternChar) {
                    case '2':
                            if (initialized == false) {
                                s->mStartResult = chars - start;
                                initialized = true;
                            }
                    case '0':
                    case '1':
                        if (ch < patternChar || ch > '9')
                            goto resetPattern;
                        *store++ = ch;
                        pattern++;
                        lastDigit = chars;
                        goto nextChar;
                    case '\0':
                        if (WTF::isASCIIDigit(ch) == false) {
                            *store = '\0';
                            goto checkMatch;
                        }
                        goto resetPattern;
                    case ' ':
                        if (ch == patternChar)
                            goto nextChar;
                        break;
                    case '(':
                        if (ch == patternChar) {
                            s->mStartResult = chars - start;
```

```
                                initialized = true;
                                s->mOpenParen = true;
                            }
                            goto commonPunctuation;
                        case ')':
                            if ((ch == patternChar) ^ s->mOpenParen)
                                goto resetPattern;
                        default:
                        commonPunctuation:
                            if (ch == patternChar) {
                                pattern++;
                                goto nextChar;
                            }
                    }
                } while (++pattern); // never false
        nextChar:
                chars++;
            }
            break;
    resetPattern:
            if (s->mContinuationNode)
                return FOUND_NONE;
            FindResetNumber(s);
            pattern = s->mPattern;
            store = s->mStorePtr;
        } while (++chars < end);
    checkMatch:
        if (WTF::isASCIIDigit(s->mBackOne != '1' ? s->mBackOne : s->mBackTwo))
            return FOUND_NONE;
        *store = '\0';
        s->mStorePtr = store;
        s->mPattern = pattern;
        s->mEndResult = lastDigit - start + 1;
        char pState = pattern[0];
        return pState == '\0' ? FOUND_COMPLETE : pState == '(' || (WTF::isASCIIDigit(pState) &&
    WTF::isASCIIDigit(pattern[-1])) ?
            FOUND_NONE : FOUND_PARTIAL;
    }
```

```
CacheBuilder::FoundState CacheBuilder::FindPhoneNumber(const UChar* chars, unsigned length,
    int* start, int* end)
{
    FindState state;
    FindReset(&state);
    FoundState result = FindPartialNumber(chars, length, &state);
    *start = state.mStartResult;
    *end = state.mEndResult;
    return result;
}

void CacheBuilder::FindReset(FindState* state)
{
    memset(state, 0, sizeof(FindState));
    state->mCurrent = ' ';
    FindResetNumber(state);
}

void CacheBuilder::FindResetNumber(FindState* state)
{
    state->mOpenParen = false;
    state->mPattern = (char*) PHONE_PATTERN;
    state->mStorePtr = state->mStore;
}

IntRect CacheBuilder::getAreaRect(const HTMLAreaElement* area)
{
    Node* node = area->document();
    while ((node = node->traverseNextNode()) != NULL) {
        RenderObject* renderer = node->renderer();
        if (renderer && renderer->isRenderImage()) {
            RenderImage* image = static_cast<RenderImage*>(renderer);
            HTMLMapElement* map = image->imageMap();
            if (map) {
                Node* n;
                for (n = map->firstChild(); n;
                        n = n->traverseNextNode(map)) {
                    if (n == area) {
                        if (area->isDefault())
```

```
                                return image->absoluteBoundingBoxRect();
                            return area->computeRect(image);
                        }
                    }
                }
            }
        }
        return IntRect();
    }

    void CacheBuilder::GetGlobalOffset(Node* node, int* x, int * y)
    {
        GetGlobalOffset(node->document()->frame(), x, y);
    }

    void CacheBuilder::GetGlobalOffset(Frame* frame, int* x, int* y)
    {
    //    TIMER_PROBE(__FUNCTION__);
        ASSERT(x);
        ASSERT(y);
        *x = 0;
        *y = 0;
        if (!frame->view())
            return;
        Frame* parent;
        while ((parent = frame->tree()->parent()) != NULL) {
            const WebCore::IntRect& rect = frame->view()->platformWidget()->getBounds();
            *x += rect.x();
            *y += rect.y();
            frame = parent;
        }
     //   TIMER_PROBE_END();
    }

    Frame* CacheBuilder::HasFrame(Node* node)
    {
        RenderObject* renderer = node->renderer();
        if (renderer == NULL)
            return NULL;
```

```
    if (renderer->isWidget() == false)
        return NULL;
    Widget* widget = static_cast<RenderWidget*>(renderer)->widget();
    if (widget == NULL)
        return NULL;
    if (widget->isFrameView() == false)
        return NULL;
    return static_cast<FrameView*>(widget)->frame();
}

bool CacheBuilder::HasOverOrOut(Node* node)
{
    // eventNames are thread-local data, I avoid using 'static' variable here.
    AtomicString eventTypes[2] = {
        eventNames().mouseoverEvent,
        eventNames().mouseoutEvent
    };

    return NodeHasEventListeners(node, eventTypes, 2);
}

bool CacheBuilder::HasTriggerEvent(Node* node)
{
    AtomicString eventTypes[5] = {
        eventNames().clickEvent,
        eventNames().mousedownEvent,
        eventNames().mouseupEvent,
        eventNames().keydownEvent,
        eventNames().keyupEvent
    };

    return NodeHasEventListeners(node, eventTypes, 5);
}

// #define EMAIL_PATTERN "x@y.d" // where 'x' is letters, numbers, and '-', '.', '_' ; 'y' is
  'x' without the underscore, and 'd' is a valid domain
//  - 0x2D . 0x2E 0-9 0x30-39 A-Z 0x41-5A  _ 0x5F a-z 0x61-7A

bool CacheBuilder::IsDomainChar(UChar ch)
```

```
{
    static const unsigned body[] = {0x03ff6000, 0x07fffffe, 0x07fffffe}; // 0-9 . - A-Z a-z
    ch -= 0x20;
    if (ch > 'z' - 0x20)
        return false;
    return (body[ch >> 5] & 1 << (ch & 0x1f)) != 0;
}

bool CacheBuilder::isFocusableText(NodeWalk* walk, bool more, Node* node,
    CachedNodeType* type, String* exported) const
{
    Text* textNode = static_cast<Text*>(node);
    StringImpl* string = textNode->dataImpl();
    const UChar* baseChars = string->characters();
//    const UChar* originalBase = baseChars;
    int length = string->length();
    int index = 0;
    while (index < length && isUnicodeSpace(baseChars[index]))
        index++;
    if (index >= length)
        return false;
    if (more == false) {
        walk->mStart = 0;
        walk->mEnd = 0;
        walk->mFinalNode = node;
        walk->mLastInline = NULL;
    }
    // starting with this node, search forward for email, phone number, and address
    // if any of the three is found, track it so that the remaining can be looked for later
    FoundState state = FOUND_NONE;
    RenderText* renderer = (RenderText*) node->renderer();
    bool foundBetter = false;
    InlineTextBox* baseInline = walk->mLastInline != NULL ? walk->mLastInline :
        renderer->firstTextBox();
    if (baseInline == NULL)
        return false;
    int start = walk->mEnd;
    InlineTextBox* saveInline;
    int baseStart, firstStart = start;
```

```
    saveInline = baseInline;
    baseStart = start;
    for (CachedNodeType checkType = ADDRESS_CACHEDNODETYPE;
        checkType <= PHONE_CACHEDNODETYPE;
        checkType = static_cast<CachedNodeType>(checkType + 1))
    {
        if ((1 << (checkType - 1) & mAllowableTypes) == 0)
            continue;
        InlineTextBox* inlineTextBox = baseInline;
        FindState findState;
        FindReset(&findState);
        start = baseStart;
        if (checkType == ADDRESS_CACHEDNODETYPE) {
            findState.mBases[0] = baseChars;
            findState.mWords[0] = baseChars + start;
            findState.mStarts[0] = baseChars + start;
        }
        Node* lastPartialNode = NULL;
        int lastPartialEnd = -1;
        bool lastPartialMore = false;
        bool firstPartial = true;
        InlineTextBox* lastPartialInline = NULL;
        do {
            do {
                const UChar* chars = baseChars + start;
                length = inlineTextBox == NULL ? 0 :
                    inlineTextBox->end() - start + 1;
                bool wasInitialized = findState.mInitialized;
                switch (checkType) {
                    case ADDRESS_CACHEDNODETYPE:
                        state = FindPartialAddress(baseChars, chars, length, &findState);
                    break;
                    case EMAIL_CACHEDNODETYPE:
                        state = FindPartialEMail(chars, length, &findState);
                    break;
                    case PHONE_CACHEDNODETYPE:
                        state = FindPartialNumber(chars, length, &findState);
                    break;
                    default:
```

```
                ASSERT(0);
            }
            findState.mInitialized = state != FOUND_NONE;
            if (wasInitialized != findState.mInitialized)
                firstStart = start;
            if (state == FOUND_PARTIAL) {
                lastPartialNode = node;
                lastPartialEnd = findState.mEndResult + start;
                lastPartialMore = firstPartial &&
                    lastPartialEnd < (int) string->length();
                firstPartial = false;
                lastPartialInline = inlineTextBox;
                findState.mContinuationNode = true;
            } else if (state == FOUND_COMPLETE) {
                if (foundBetter == false || walk->mStart > findState.mStartResult) {
                    walk->mStart = findState.mStartResult + firstStart;
                    if (findState.mEndResult > 0) {
                        walk->mFinalNode = node;
                        walk->mEnd = findState.mEndResult + start;
                        walk->mMore = node == textNode &&
                            walk->mEnd < (int) string->length();
                        walk->mLastInline = inlineTextBox;
                    } else {
                        walk->mFinalNode = lastPartialNode;
                        walk->mEnd = lastPartialEnd;
                        walk->mMore = lastPartialMore;
                        walk->mLastInline = lastPartialInline;
                    }
                    *type = checkType;
                    if (checkType == PHONE_CACHEDNODETYPE) {
                        const UChar* store = findState.mStore;
                        *exported = String(store);
                    } else {
                        Node* temp = textNode;
                        length = 1;
                        start = walk->mStart;
                        exported->truncate(0);
                        do {
                            Text* tempText = static_cast<Text*>(temp);
```

```
                                StringImpl* string = tempText->dataImpl();
                                int end = tempText == walk->mFinalNode ?
                                    walk->mEnd : string->length();
                                exported->append(String(string->substring(
                                    start, end - start)));
                                ASSERT(end > start);
                                length += end - start + 1;
                                if (temp == walk->mFinalNode)
                                    break;
                                start = 0;
                                do {
                                    temp = temp->traverseNextNode();
                                    ASSERT(temp);
                                } while (temp->isTextNode() == false);
                                // add a space in between text nodes to avoid
                                // words collapsing together
                                exported->append(" ");
                            } while (true);
                        }
                        foundBetter = true;
                    }
                    goto tryNextCheckType;
                } else if (findState.mContinuationNode)
                    break;
                if (inlineTextBox == NULL)
                    break;
                inlineTextBox = inlineTextBox->nextTextBox();
                if (inlineTextBox == NULL)
                    break;
                start = inlineTextBox->start();
                if (state == FOUND_PARTIAL && node == textNode)
                    findState.mContinuationNode = false;
            } while (true);
            if (state == FOUND_NONE)
                break;
            // search for next text node, if any
            Text* nextNode;
            do {
                do {
```

```
                    do {
                        if (node)
                            node = node->traverseNextNode();
                        if (node == NULL || node->hasTagName(HTMLNames::aTag)
                                || node->hasTagName(HTMLNames::inputTag)
                                || node->hasTagName(HTMLNames::textareaTag)) {
                            if (state == FOUND_PARTIAL &&
                                    checkType == ADDRESS_CACHEDNODETYPE &&
                                    findState.mProgress == ZIP_CODE &&
                                    findState.mNumberCount == 0) {
                                baseChars = NULL;
                                inlineTextBox = NULL;
                                start = 0;
                                findState.mProgress = FIND_STREET;
                                goto finalNode;
                            }
                            goto tryNextCheckType;
                        }
                    } while (node->isTextNode() == false);
                    nextNode = static_cast<Text*>(node);
                    renderer = (RenderText*) nextNode->renderer();
                } while (renderer == NULL);
                baseInline = renderer->firstTextBox();
            } while (baseInline == NULL);
            string = nextNode->dataImpl();
            baseChars = string->characters();
            inlineTextBox = baseInline;
            start = inlineTextBox->start();
        finalNode:
            findState.mEndResult = 0;
        } while (true);
tryNextCheckType:
        node = textNode;
        baseInline = saveInline;
        string = textNode->dataImpl();
        baseChars = string->characters();
    }
    if (foundBetter) {
        CachedNodeType temp = *type;
```

```
        switch (temp) {
            case ADDRESS_CACHEDNODETYPE: {
                static const char geoString[] = "geo:0,0?q=";
                exported->insert(String(geoString), 0);
                int index = sizeof(geoString) - 1;
                String escapedComma("%2C");
                while ((index = exported->find(',', index)) >= 0)
                    exported->replace(index, 1, escapedComma);
                } break;
            case EMAIL_CACHEDNODETYPE: {
                String encoded = WebCore::encodeWithURLEscapeSequences(*exported);
                exported->swap(encoded);
                exported->insert(WTF::String("mailto:"), 0);
                } break;
            case PHONE_CACHEDNODETYPE:
                exported->insert(WTF::String("tel:"), 0);
                break;
            default:
                break;
        }
        return true;
    }
noTextMatch:
    walk->reset();
    return false;
}

bool CacheBuilder::IsMailboxChar(UChar ch)
{
    // According to http://en.wikipedia.org/wiki/Email_address
    // ! # $ % & ' * + - . / 0-9 = ?
    // A-Z ^ _
    // ` a-z { | } ~
    static const unsigned body[] = {0xa3ffecfa, 0xc7fffffe, 0x7fffffff};
    ch -= 0x20;
    if (ch > '~' - 0x20)
        return false;
    return (body[ch >> 5] & 1 << (ch & 0x1f)) != 0;
}
```

```
bool CacheBuilder::setData(CachedFrame* cachedFrame)
{
    Frame* frame = FrameAnd(this);
    Document* doc = frame->document();
    if (doc == NULL)
        return false;
    RenderObject* renderer = doc->renderer();
    if (renderer == NULL)
        return false;
    RenderLayer* layer = renderer->enclosingLayer();
    if (layer == NULL)
        return false;
    if (layer->width() == 0 || layer->height() == 0)
        return false;
    if (!frame->view())
        return false;
    int x, y;
    GetGlobalOffset(frame, &x, &y);
    WebCore::IntRect viewBounds = frame->view()->platformWidget()->getBounds();
    if ((x | y) != 0)
        viewBounds.setLocation(WebCore::IntPoint(x, y));
    cachedFrame->setLocalViewBounds(viewBounds);
    cachedFrame->setContentsSize(layer->scrollWidth(), layer->scrollHeight());
    if (cachedFrame->childCount() == 0)
        return true;
    CachedFrame* lastCachedFrame = cachedFrame->lastChild();
    cachedFrame = cachedFrame->firstChild();
    do {
        CacheBuilder* cacheBuilder = Builder((Frame* )cachedFrame->framePointer());
        cacheBuilder->setData(cachedFrame);
    } while (cachedFrame++ != lastCachedFrame);
    return true;
}

#if USE(ACCELERATED_COMPOSITING)
void CacheBuilder::TrackLayer(WTF::Vector<LayerTracker>& layerTracker,
    RenderObject* nodeRenderer, Node* lastChild, int offsetX, int offsetY)
{
```

```
    RenderLayer* layer = nodeRenderer->enclosingLayer();
    RenderLayerBacking* back = layer->backing();
    if (!back)
        return;
    GraphicsLayer* grLayer = back->graphicsLayer();
    if (back->hasContentsLayer())
        grLayer = back->foregroundLayer();
    if (!grLayer)
        return;
    LayerAndroid* aLayer = grLayer->platformLayer();
    if (!aLayer)
        return;
    IntPoint scroll(layer->scrollXOffset(), layer->scrollYOffset());
#if ENABLE(ANDROID_OVERFLOW_SCROLL)
    // If this is an overflow element, track the content layer.
    if (layer->hasOverflowScroll() && aLayer->getChild(0))
        aLayer = aLayer->getChild(0)->getChild(0);
    if (!aLayer)
        return;
    // Prevent a crash when scrolling a layer that does not have a parent.
    if (layer->stackingContext())
        layer->scrollToOffset(0, 0);
#endif
    layerTracker.grow(layerTracker.size() + 1);
    LayerTracker& indexTracker = layerTracker.last();
    indexTracker.mLayer = aLayer;
    indexTracker.mRenderLayer = layer;
    indexTracker.mBounds = enclosingIntRect(aLayer->bounds());
    // Use the absolute location of the layer as the bounds location.  This
    // provides the original offset of nodes in the layer so that we can
    // translate nodes between their original location and the layer's new
    // location.
    indexTracker.mBounds.setLocation(layer->absoluteBoundingBox().location());
    indexTracker.mBounds.move(offsetX, offsetY);
    indexTracker.mScroll = scroll;
    indexTracker.mLastChild = OneAfter(lastChild);
    DBG_NAV_LOGD("layer=%p [%d] bounds=(%d,%d,w=%d,h=%d)", aLayer,
        aLayer->uniqueId(), indexTracker.mBounds.x(), indexTracker.mBounds.y(),
        indexTracker.mBounds.width(), indexTracker.mBounds.height());
```

```
}
#endif

bool CacheBuilder::validNode(Frame* startFrame, void* matchFrame,
        void* matchNode)
{
    if (matchFrame == startFrame) {
        if (matchNode == NULL)
            return true;
        Node* node = startFrame->document();
        while (node != NULL) {
            if (node == matchNode) {
                const IntRect& rect = node->hasTagName(HTMLNames::areaTag) ?
                    getAreaRect(static_cast<HTMLAreaElement*>(node)) : node->getRect();
                // Consider nodes with empty rects that are not at the origin
                // to be valid, since news.google.com has valid nodes like this
                if (rect.x() == 0 && rect.y() == 0 && rect.isEmpty())
                    return false;
                return true;
            }
            node = node->traverseNextNode();
        }
        DBG_NAV_LOGD("frame=%p valid node=%p invalid\n", matchFrame, matchNode);
        return false;
    }
    Frame* child = startFrame->tree()->firstChild();
    while (child) {
        bool result = validNode(child, matchFrame, matchNode);
        if (result)
            return result;
        child = child->tree()->nextSibling();
    }
#if DEBUG_NAV_UI
    if (startFrame->tree()->parent() == NULL)
        DBG_NAV_LOGD("frame=%p node=%p false\n", matchFrame, matchNode);
#endif
    return false;
}

```

```
static int Area(const IntRect& rect)
{
    return rect.width() * rect.height();
}

bool CacheBuilder::AddPartRect(IntRect& bounds, int x, int y,
    WTF::Vector<IntRect>* result, IntRect* focusBounds)
{
    if (bounds.isEmpty())
        return true;
    bounds.move(x, y);
    if (bounds.maxX() <= 0 || bounds.maxY() <= 0)
        return true;
    IntRect* work = result->begin() - 1;
    IntRect* end = result->end();
    while (++work < end) {
        if (work->contains(bounds))
            return true;
        if (bounds.contains(*work)) {
            *work = bounds;
            focusBounds->unite(bounds);
            return true;
        }
        if ((bounds.x() != work->x() || bounds.width() != work->width()) &&
               (bounds.y() != work->y() || bounds.height() != work->height()))
            continue;
        IntRect test = *work;
        test.unite(bounds);
        if (Area(test) > Area(*work) + Area(bounds))
            continue;
        *work = test;
        focusBounds->unite(bounds);
        return true;
    }
    if (result->size() >= MAXIMUM_FOCUS_RING_COUNT)
        return false;
    result->append(bounds);
    if (focusBounds->isEmpty())
        *focusBounds = bounds;
```

```
    else
        focusBounds->unite(bounds);
    return true;
}

bool CacheBuilder::ConstructPartRects(Node* node, const IntRect& bounds,
    IntRect* focusBounds, int x, int y, WTF::Vector<IntRect>* result,
    int* imageCountPtr)
{
    WTF::Vector<ClipColumnTracker> clipTracker(1);
    ClipColumnTracker* baseTracker = clipTracker.data(); // sentinel
    bzero(baseTracker, sizeof(ClipColumnTracker));
    if (node->hasChildNodes() && node->hasTagName(HTMLNames::buttonTag) == false
            && node->hasTagName(HTMLNames::selectTag) == false) {
        // collect all text rects from first to last child
        Node* test = node->firstChild();
        Node* last = NULL;
        Node* prior = node;
        while ((prior = prior->lastChild()) != NULL)
            last = prior;
        ASSERT(last != NULL);
        bool nodeIsAnchor = node->hasTagName(HTMLNames::aTag);
        do {
            do {
                const ClipColumnTracker* lastClip = &clipTracker.last();
                if (test != lastClip->mLastChild)
                    break;
                clipTracker.removeLast();
            } while (true);
            RenderObject* renderer = test->renderer();
            if (renderer == NULL)
                continue;
            EVisibility vis = renderer->style()->visibility();
            if (vis == HIDDEN)
                continue;
            bool hasClip = renderer->hasOverflowClip();
            size_t clipIndex = clipTracker.size();
            IntRect clipBounds = IntRect(0, 0, INT_MAX, INT_MAX);
            if (hasClip || --clipIndex > 0) {
```

```
                clipBounds = hasClip ? renderer->absoluteBoundingBoxRect() :
                    clipTracker.at(clipIndex).mBounds; // x, y fixup done by
    ConstructTextRect
            }
            if (test->isTextNode()) {
                RenderText* renderText = (RenderText*) renderer;
                InlineTextBox *textBox = renderText->firstTextBox();
                if (textBox == NULL)
                    continue;
                if (ConstructTextRect((Text*) test, textBox, 0, INT_MAX,
                        x, y, focusBounds, clipBounds, result) == false) {
                    return false;
                }
                continue;
            }
            if (test->hasTagName(HTMLNames::imgTag)) {
                IntRect bounds = test->getRect();
                bounds.intersect(clipBounds);
                if (AddPartRect(bounds, x, y, result, focusBounds) == false)
                    return false;
                *imageCountPtr += 1;
                continue;
            }
            if (hasClip == false) {
                if (nodeIsAnchor && test->hasTagName(HTMLNames::divTag)) {
                    IntRect bounds = renderer->absoluteBoundingBoxRect();  // x, y fixup done
    by AddPartRect
                    RenderBox* renderBox = static_cast<RenderBox*>(renderer);
                    int left = bounds.x() + renderBox->paddingLeft() + renderBox->borderLeft
    ();
                    int top = bounds.y() + renderBox->paddingTop() + renderBox->borderTop();
                    int right = bounds.maxX() - renderBox->paddingRight() - renderBox->
    borderRight();
                    int bottom = bounds.maxY() - renderBox->paddingBottom() - renderBox->
    borderBottom();
                    if (left >= right || top >= bottom)
                        continue;
                    bounds = IntRect(left, top, right - left, bottom - top);
                    if (AddPartRect(bounds, x, y, result, focusBounds) == false)
```

```
                        return false;
                    }
                    continue;
                }
                Node* lastChild = test->lastChild();
                if (lastChild == NULL)
                    continue;
                clipTracker.grow(clipTracker.size() + 1);
                ClipColumnTracker& clip = clipTracker.last();
                clip.mBounds = renderer->absoluteBoundingBoxRect(); // x, y fixup done by
    ConstructTextRect
                clip.mLastChild = OneAfter(lastChild);
                clip.mNode = test;
            } while (test != last && (test = test->traverseNextNode()) != NULL);
        }
        if (result->size() == 0 || focusBounds->width() < MINIMUM_FOCUSABLE_WIDTH
                || focusBounds->height() < MINIMUM_FOCUSABLE_HEIGHT) {
            if (bounds.width() < MINIMUM_FOCUSABLE_WIDTH)
                return false;
            if (bounds.height() < MINIMUM_FOCUSABLE_HEIGHT)
                return false;
            result->append(bounds);
            *focusBounds = bounds;
        }
        return true;
    }

    static inline bool isNotSpace(UChar c)
    {
        return c <= 0xA0 ? isUnicodeSpace(c) == false :
            WTF::Unicode::direction(c) != WTF::Unicode::WhiteSpaceNeutral;
    }

    bool CacheBuilder::ConstructTextRect(Text* textNode,
        InlineTextBox* textBox, int start, int relEnd, int x, int y,
        IntRect* focusBounds, const IntRect& clipBounds, WTF::Vector<IntRect>* result)
    {
        RenderText* renderText = (RenderText*) textNode->renderer();
        EVisibility vis = renderText->style()->visibility();
```

```
    StringImpl* string = textNode->dataImpl();
    const UChar* chars = string->characters();
    FloatPoint pt = renderText->localToAbsolute();
    do {
        int textBoxStart = textBox->start();
        int textBoxEnd = textBoxStart + textBox->len();
        if (textBoxEnd <= start)
            continue;
        if (textBoxEnd > relEnd)
            textBoxEnd = relEnd;
        IntRect bounds = textBox->selectionRect((int) pt.x(), (int) pt.y(),
            start, textBoxEnd);
        bounds.intersect(clipBounds);
        if (bounds.isEmpty())
            continue;
        bool drawable = false;
        for (int index = start; index < textBoxEnd; index++)
            if ((drawable |= isNotSpace(chars[index])) != false)
                break;
        if (drawable && vis != HIDDEN) {
            if (AddPartRect(bounds, x, y, result, focusBounds) == false)
                return false;
        }
        if (textBoxEnd == relEnd)
            break;
    } while ((textBox = textBox->nextTextBox()) != NULL);
    return true;
}

bool CacheBuilder::ConstructTextRects(Text* node, int start,
    Text* last, int end, int x, int y, IntRect* focusBounds,
    const IntRect& clipBounds, WTF::Vector<IntRect>* result)
{
    result->clear();
    *focusBounds = IntRect(0, 0, 0, 0);
    do {
        RenderText* renderText = (RenderText*) node->renderer();
        int relEnd = node == last ? end : renderText->textLength();
        InlineTextBox *textBox = renderText->firstTextBox();
```

```
            if (textBox != NULL) {
                do {
                    if ((int) textBox->end() >= start)
                        break;
                } while ((textBox = textBox->nextTextBox()) != NULL);
                if (textBox && ConstructTextRect(node, textBox, start, relEnd,
                        x, y, focusBounds, clipBounds, result) == false)
                    return false;
            }
            start = 0;
            do {
                if (node == last)
                    return true;
                node = (Text*) node->traverseNextNode();
                ASSERT(node != NULL);
            } while (node->isTextNode() == false || node->renderer() == NULL);
        } while (true);
}

}
```

```
/*
 * Copyright (C) 2006 The Android Open Source Project
 *
 * Licensed under the Apache License, Version 2.0 (the "License");
 * you may not use this file except in compliance with the License.
 * You may obtain a copy of the License at
 *
 *      http://www.apache.org/licenses/LICENSE-2.0
 *
 * Unless required by applicable law or agreed to in writing, software
 * distributed under the License is distributed on an "AS IS" BASIS,
 * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
 * See the License for the specific language governing permissions and
 * limitations under the License.
 */

package com.android.browser;

import android.app.Activity;
import android.content.Context;
import android.content.Intent;
import android.content.res.Configuration;
import android.os.Bundle;
import android.util.Log;
import android.view.ActionMode;
import android.view.ContextMenu;
import android.view.ContextMenu.ContextMenuInfo;
import android.view.KeyEvent;
import android.view.Menu;
import android.view.MenuItem;
import android.view.MotionEvent;
import android.view.View;
import android.view.Window;

import com.google.common.annotations.VisibleForTesting;

public class BrowserActivity extends Activity {

    public static final String ACTION_SHOW_BOOKMARKS = "show_bookmarks";
```

```java
    public static final String ACTION_SHOW_BROWSER = "show_browser";
    public static final String ACTION_RESTART = "--restart--";
    private static final String EXTRA_STATE = "state";

    private final static String LOGTAG = "browser";

    private final static boolean LOGV_ENABLED = Browser.LOGV_ENABLED;

    private Controller mController;
    private UI mUi;

    @Override
    public void onCreate(Bundle icicle) {
        if (LOGV_ENABLED) {
            Log.v(LOGTAG, this + " onStart, has state: "
                    + (icicle == null ? "false" : "true"));
        }
        super.onCreate(icicle);

        // If this was a web search request, pass it on to the default web
        // search provider and finish this activity.
        if (IntentHandler.handleWebSearchIntent(this, null, getIntent())) {
            finish();
            return;
        }
        mController = new Controller(this, icicle == null);
        boolean xlarge = isTablet(this);
        if (xlarge) {
            mUi = new XLargeUi(this, mController);
        } else {
            mUi = new PhoneUi(this, mController);
        }
        mController.setUi(mUi);

        Bundle state = getIntent().getBundleExtra(EXTRA_STATE);
        if (state != null && icicle == null) {
            icicle = state;
        }

```

```
        mController.start(icicle, getIntent());
    }

    public static boolean isTablet(Context context) {
        return context.getResources().getBoolean(R.bool.isTablet);
    }

    @VisibleForTesting
    Controller getController() {
        return mController;
    }

    @Override
    protected void onNewIntent(Intent intent) {
        if (ACTION_RESTART.equals(intent.getAction())) {
            Bundle outState = new Bundle();
            mController.onSaveInstanceState(outState);
            finish();
            getApplicationContext().startActivity(
                    new Intent(getApplicationContext(), BrowserActivity.class)
                    .addFlags(Intent.FLAG_ACTIVITY_NEW_TASK)
                    .putExtra(EXTRA_STATE, outState));
            return;
        }
        mController.handleNewIntent(intent);
    }

    @Override
    protected void onResume() {
        super.onResume();
        if (LOGV_ENABLED) {
            Log.v(LOGTAG, "BrowserActivity.onResume: this=" + this);
        }
        if (mController != null) {
            mController.onResume();
        }
    }

    @Override
```

```
    public boolean onMenuOpened(int featureId, Menu menu) {
        if (Window.FEATURE_OPTIONS_PANEL == featureId) {
            mController.onMenuOpened(featureId, menu);
        }
        return true;
    }

    @Override
    public void onOptionsMenuClosed(Menu menu) {
        mController.onOptionsMenuClosed(menu);
    }

    @Override
    public void onContextMenuClosed(Menu menu) {
        super.onContextMenuClosed(menu);
        mController.onContextMenuClosed(menu);
    }

    /**
     *  onSaveInstanceState(Bundle map)
     *  onSaveInstanceState is called right before onStop(). The map contains
     *  the saved state.
     */
    @Override
    protected void onSaveInstanceState(Bundle outState) {
        if (LOGV_ENABLED) {
            Log.v(LOGTAG, "BrowserActivity.onSaveInstanceState: this=" + this);
        }
        mController.onSaveInstanceState(outState);
    }

    @Override
    protected void onPause() {
        if (mController != null) {
            mController.onPause();
        }
        super.onPause();
    }

```

```
    @Override
    protected void onDestroy() {
        if (LOGV_ENABLED) {
            Log.v(LOGTAG, "BrowserActivity.onDestroy: this=" + this);
        }
        super.onDestroy();
        if (mController != null) {
            mController.onDestroy();
        }
        mUi = null;
        mController = null;
    }

    @Override
    public void onConfigurationChanged(Configuration newConfig) {
        super.onConfigurationChanged(newConfig);
        mController.onConfgurationChanged(newConfig);
    }

    @Override
    public void onLowMemory() {
        super.onLowMemory();
        mController.onLowMemory();
    }

    @Override
    public boolean onCreateOptionsMenu(Menu menu) {
        super.onCreateOptionsMenu(menu);
        return mController.onCreateOptionsMenu(menu);
    }

    @Override
    public boolean onPrepareOptionsMenu(Menu menu) {
        super.onPrepareOptionsMenu(menu);
        return mController.onPrepareOptionsMenu(menu);
    }

    @Override
    public boolean onOptionsItemSelected(MenuItem item) {
```

```
        if (!mController.onOptionsItemSelected(item)) {
            return super.onOptionsItemSelected(item);
        }
        return true;
    }

    @Override
    public void onCreateContextMenu(ContextMenu menu, View v,
            ContextMenuInfo menuInfo) {
        mController.onCreateContextMenu(menu, v, menuInfo);
    }

    @Override
    public boolean onContextItemSelected(MenuItem item) {
        return mController.onContextItemSelected(item);
    }

    @Override
    public boolean onKeyDown(int keyCode, KeyEvent event) {
        return mController.onKeyDown(keyCode, event) ||
            super.onKeyDown(keyCode, event);
    }

    @Override
    public boolean onKeyLongPress(int keyCode, KeyEvent event) {
        return mController.onKeyLongPress(keyCode, event) ||
            super.onKeyLongPress(keyCode, event);
    }

    @Override
    public boolean onKeyUp(int keyCode, KeyEvent event) {
        return mController.onKeyUp(keyCode, event) ||
            super.onKeyUp(keyCode, event);
    }

    @Override
    public void onActionModeStarted(ActionMode mode) {
        super.onActionModeStarted(mode);
        mController.onActionModeStarted(mode);
```

```
    }

    @Override
    public void onActionModeFinished(ActionMode mode) {
        super.onActionModeFinished(mode);
        mController.onActionModeFinished(mode);
    }

    @Override
    protected void onActivityResult(int requestCode, int resultCode,
            Intent intent) {
        mController.onActivityResult(requestCode, resultCode, intent);
    }

    @Override
    public boolean onSearchRequested() {
        return mController.onSearchRequested();
    }

    @Override
    public boolean dispatchKeyEvent(KeyEvent event) {
        return mController.dispatchKeyEvent(event)
                || super.dispatchKeyEvent(event);
    }

    @Override
    public boolean dispatchKeyShortcutEvent(KeyEvent event) {
        return mController.dispatchKeyShortcutEvent(event)
                || super.dispatchKeyShortcutEvent(event);
    }

    @Override
    public boolean dispatchTouchEvent(MotionEvent ev) {
        return mController.dispatchTouchEvent(ev)
                || super.dispatchTouchEvent(ev);
    }

    @Override
    public boolean dispatchTrackballEvent(MotionEvent ev) {
```

```
            return mController.dispatchTrackballEvent(ev)
                    || super.dispatchTrackballEvent(ev);
        }

        @Override
        public boolean dispatchGenericMotionEvent(MotionEvent ev) {
            return mController.dispatchGenericMotionEvent(ev) ||
                    super.dispatchGenericMotionEvent(ev);
        }

    }
```

```
/*
 * Copyright (C) 2010 The Android Open Source Project
 *
 * Licensed under the Apache License, Version 2.0 (the "License");
 * you may not use this file except in compliance with the License.
 * You may obtain a copy of the License at
 *
 *      http://www.apache.org/licenses/LICENSE-2.0
 *
 * Unless required by applicable law or agreed to in writing, software
 * distributed under the License is distributed on an "AS IS" BASIS,
 * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
 * See the License for the specific language governing permissions and
 * limitations under the License.
 */

package com.android.browser;

import android.app.Activity;
import android.app.DownloadManager;
import android.app.SearchManager;
import android.content.ClipboardManager;
import android.content.ContentProvider;
import android.content.ContentProviderClient;
import android.content.ContentResolver;
import android.content.ContentUris;
import android.content.ContentValues;
import android.content.Context;
import android.content.Intent;
import android.content.pm.PackageManager;
import android.content.pm.ResolveInfo;
import android.content.res.Configuration;
import android.content.res.TypedArray;
import android.database.ContentObserver;
import android.database.Cursor;
import android.database.sqlite.SQLiteDatabase;
import android.graphics.Bitmap;
import android.graphics.Canvas;
import android.net.Uri;
```

```
import android.net.http.SslError;
import android.os.AsyncTask;
import android.os.Bundle;
import android.os.Environment;
import android.os.Handler;
import android.os.Message;
import android.os.PowerManager;
import android.os.PowerManager.WakeLock;
import android.preference.PreferenceActivity;
import android.provider.Browser;
import android.provider.BrowserContract;
import android.provider.BrowserContract.Images;
import android.provider.ContactsContract;
import android.provider.ContactsContract.Intents.Insert;
import android.speech.RecognizerIntent;
import android.text.TextUtils;
import android.util.Log;
import android.util.Patterns;
import android.view.ActionMode;
import android.view.ContextMenu;
import android.view.ContextMenu.ContextMenuInfo;
import android.view.Gravity;
import android.view.KeyEvent;
import android.view.Menu;
import android.view.MenuInflater;
import android.view.MenuItem;
import android.view.MenuItem.OnMenuItemClickListener;
import android.view.MotionEvent;
import android.view.View;
import android.webkit.CookieManager;
import android.webkit.CookieSyncManager;
import android.webkit.HttpAuthHandler;
import android.webkit.MimeTypeMap;
import android.webkit.SslErrorHandler;
import android.webkit.ValueCallback;
import android.webkit.WebChromeClient;
import android.webkit.WebIconDatabase;
import android.webkit.WebSettings;
import android.webkit.WebView;
```

```
import android.widget.Toast;

import com.android.browser.IntentHandler.UrlData;
import com.android.browser.UI.ComboViews;
import com.android.browser.UI.DropdownChangeListener;
import com.android.browser.provider.BrowserProvider;
import com.android.browser.provider.BrowserProvider2.Thumbnails;
import com.android.browser.provider.SnapshotProvider.Snapshots;
import com.android.browser.search.SearchEngine;
import com.android.common.Search;

import java.io.ByteArrayOutputStream;
import java.io.File;
import java.io.FileOutputStream;
import java.io.IOException;
import java.net.URLEncoder;
import java.text.DateFormat;
import java.text.SimpleDateFormat;
import java.util.ArrayList;
import java.util.Calendar;
import java.util.Date;
import java.util.HashMap;
import java.util.List;
import java.util.Map;

/**
 * Controller for browser
 */
public class Controller
        implements WebViewController, UiController {

    private static final String LOGTAG = "Controller";
    private static final String SEND_APP_ID_EXTRA =
        "android.speech.extras.SEND_APPLICATION_ID_EXTRA";
    private static final String INCOGNITO_URI = "browser:incognito";

    // public message ids
    public final static int LOAD_URL = 1001;
```

```
    public final static int STOP_LOAD = 1002;

    // Message Ids
    private static final int FOCUS_NODE_HREF = 102;
    private static final int RELEASE_WAKELOCK = 107;

    static final int UPDATE_BOOKMARK_THUMBNAIL = 108;

    private static final int OPEN_BOOKMARKS = 201;

    private static final int EMPTY_MENU = -1;

    // activity requestCode
    final static int COMBO_VIEW = 1;
    final static int PREFERENCES_PAGE = 3;
    final static int FILE_SELECTED = 4;
    final static int AUTOFILL_SETUP = 5;

    private final static int WAKELOCK_TIMEOUT = 5 * 60 * 1000; // 5 minutes

    // As the ids are dynamically created, we can't guarantee that they will
    // be in sequence, so this static array maps ids to a window number.
    final static private int[] WINDOW_SHORTCUT_ID_ARRAY =
    { R.id.window_one_menu_id, R.id.window_two_menu_id,
      R.id.window_three_menu_id, R.id.window_four_menu_id,
      R.id.window_five_menu_id, R.id.window_six_menu_id,
      R.id.window_seven_menu_id, R.id.window_eight_menu_id };

    // "source" parameter for Google search through search key
    final static String GOOGLE_SEARCH_SOURCE_SEARCHKEY = "browser-key";
    // "source" parameter for Google search through simplily type
    final static String GOOGLE_SEARCH_SOURCE_TYPE = "browser-type";

    // "no-crash-recovery" parameter in intent to suppress crash recovery
    final static String NO_CRASH_RECOVERY = "no-crash-recovery";

    // A bitmap that is re-used in createScreenshot as scratch space
    private static Bitmap sThumbnailBitmap;

```

```
    private Activity mActivity;
    private UI mUi;
    private TabControl mTabControl;
    private BrowserSettings mSettings;
    private WebViewFactory mFactory;

    private WakeLock mWakeLock;

    private UrlHandler mUrlHandler;
    private UploadHandler mUploadHandler;
    private IntentHandler mIntentHandler;
    private PageDialogsHandler mPageDialogsHandler;
    private NetworkStateHandler mNetworkHandler;

    private Message mAutoFillSetupMessage;

    private boolean mShouldShowErrorConsole;

    private SystemAllowGeolocationOrigins mSystemAllowGeolocationOrigins;

    // FIXME, temp address onPrepareMenu performance problem.
    // When we move everything out of view, we should rewrite this.
    private int mCurrentMenuState = 0;
    private int mMenuState = R.id.MAIN_MENU;
    private int mOldMenuState = EMPTY_MENU;
    private Menu mCachedMenu;

    private boolean mMenuIsDown;

    // For select and find, we keep track of the ActionMode so that
    // finish() can be called as desired.
    private ActionMode mActionMode;

    /**
     * Only meaningful when mOptionsMenuOpen is true.  This variable keeps track
     * of whether the configuration has changed.  The first onMenuOpened call
     * after a configuration change is simply a reopening of the same menu
     * (i.e. mIconView did not change).
     */
```

```
    private boolean mConfigChanged;

    /**
     * Keeps track of whether the options menu is open. This is important in
     * determining whether to show or hide the title bar overlay
     */
    private boolean mOptionsMenuOpen;

    /**
     * Whether or not the options menu is in its bigger, popup menu form. When
     * true, we want the title bar overlay to be gone. When false, we do not.
     * Only meaningful if mOptionsMenuOpen is true.
     */
    private boolean mExtendedMenuOpen;

    private boolean mInLoad;

    private boolean mActivityPaused = true;
    private boolean mLoadStopped;

    private Handler mHandler;
    // Checks to see when the bookmarks database has changed, and updates the
    // Tabs' notion of whether they represent bookmarked sites.
    private ContentObserver mBookmarksObserver;
    private CrashRecoveryHandler mCrashRecoveryHandler;

    private boolean mBlockEvents;

    public Controller(Activity browser, boolean preloadCrashState) {
        mActivity = browser;
        mSettings = BrowserSettings.getInstance();
        mTabControl = new TabControl(this);
        mSettings.setController(this);
        mCrashRecoveryHandler = CrashRecoveryHandler.initialize(this);
        if (preloadCrashState) {
            mCrashRecoveryHandler.preloadCrashState();
        }
        mFactory = new BrowserWebViewFactory(browser);

```

```
        mUrlHandler = new UrlHandler(this);
        mIntentHandler = new IntentHandler(mActivity, this);
        mPageDialogsHandler = new PageDialogsHandler(mActivity, this);

        startHandler();
        mBookmarksObserver = new ContentObserver(mHandler) {
            @Override
            public void onChange(boolean selfChange) {
                int size = mTabControl.getTabCount();
                for (int i = 0; i < size; i++) {
                    mTabControl.getTab(i).updateBookmarkedStatus();
                }
            }

        };
        browser.getContentResolver().registerContentObserver(
                BrowserContract.Bookmarks.CONTENT_URI, true, mBookmarksObserver);

        mNetworkHandler = new NetworkStateHandler(mActivity, this);
        // Start watching the default geolocation permissions
        mSystemAllowGeolocationOrigins =
                new SystemAllowGeolocationOrigins(mActivity.getApplicationContext());
        mSystemAllowGeolocationOrigins.start();

        openIconDatabase();
    }

    void start(final Bundle icicle, final Intent intent) {
        boolean noCrashRecovery = intent.getBooleanExtra(NO_CRASH_RECOVERY, false);
        if (icicle != null || noCrashRecovery) {
            doStart(icicle, intent, false);
        } else {
            mCrashRecoveryHandler.startRecovery(intent);
        }
    }

    void doStart(final Bundle icicle, final Intent intent, final boolean fromCrash) {
        // Unless the last browser usage was within 24 hours, destroy any
        // remaining incognito tabs.
```

```

        Calendar lastActiveDate = icicle != null ?
                (Calendar) icicle.getSerializable("lastActiveDate") : null;
        Calendar today = Calendar.getInstance();
        Calendar yesterday = Calendar.getInstance();
        yesterday.add(Calendar.DATE, -1);

        final boolean restoreIncognitoTabs = !(lastActiveDate == null
            || lastActiveDate.before(yesterday)
            || lastActiveDate.after(today));

        // Find out if we will restore any state and remember the tab.
        final long currentTabId =
                mTabControl.canRestoreState(icicle, restoreIncognitoTabs);

        if (currentTabId == -1) {
            // Not able to restore so we go ahead and clear session cookies.  We
            // must do this before trying to login the user as we don't want to
            // clear any session cookies set during login.
            CookieManager.getInstance().removeSessionCookie();
        }

        GoogleAccountLogin.startLoginIfNeeded(mActivity,
                new Runnable() {
                    @Override public void run() {
                        onPreloginFinished(icicle, intent, currentTabId, restoreIncognitoTabs
,
                                fromCrash);
                    }
                });
    }

    private void onPreloginFinished(Bundle icicle, Intent intent, long currentTabId,
            boolean restoreIncognitoTabs, boolean fromCrash) {
        if (currentTabId == -1) {
            BackgroundHandler.execute(new PruneThumbnails(mActivity, null));
            final Bundle extra = intent.getExtras();
            // Create an initial tab.
            // If the intent is ACTION_VIEW and data is not null, the Browser is
```

```
            // invoked to view the content by another application. In this case,
            // the tab will be close when exit.
            UrlData urlData = IntentHandler.getUrlDataFromIntent(intent);
            Tab t = null;
            if (urlData.isEmpty()) {
                t = openTabToHomePage();
            } else {
                t = openTab(urlData);
            }
            if (t != null) {
                t.setAppId(intent.getStringExtra(Browser.EXTRA_APPLICATION_ID));
            }
            WebView webView = t.getWebView();
            if (extra != null) {
                int scale = extra.getInt(Browser.INITIAL_ZOOM_LEVEL, 0);
                if (scale > 0 && scale <= 1000) {
                    webView.setInitialScale(scale);
                }
            }
            mUi.updateTabs(mTabControl.getTabs());
        } else {
            mTabControl.restoreState(icicle, currentTabId, restoreIncognitoTabs,
                    mUi.needsRestoreAllTabs());
            List<Tab> tabs = mTabControl.getTabs();
            ArrayList<Long> restoredTabs = new ArrayList<Long>(tabs.size());
            for (Tab t : tabs) {
                restoredTabs.add(t.getId());
            }
            BackgroundHandler.execute(new PruneThumbnails(mActivity, restoredTabs));
            if (tabs.size() == 0) {
                openTabToHomePage();
            }
            mUi.updateTabs(tabs);
            // TabControl.restoreState() will create a new tab even if
            // restoring the state fails.
            setActiveTab(mTabControl.getCurrentTab());
            // Handle the intent if needed. If icicle != null, we are restoring
            // and the intent will be stale - ignore it.
            if (icicle == null || fromCrash) {
```

```
                mIntentHandler.onNewIntent(intent);
            }
        }
        // Read JavaScript flags if it exists.
        String jsFlags = getSettings().getJsEngineFlags();
        if (jsFlags.trim().length() != 0) {
            getCurrentWebView().setJsFlags(jsFlags);
        }
        if (BrowserActivity.ACTION_SHOW_BOOKMARKS.equals(intent.getAction())) {
            bookmarksOrHistoryPicker(ComboViews.Bookmarks);
        }
    }

    private static class PruneThumbnails implements Runnable {
        private Context mContext;
        private List<Long> mIds;

        PruneThumbnails(Context context, List<Long> preserveIds) {
            mContext = context.getApplicationContext();
            mIds = preserveIds;
        }

        @Override
        public void run() {
            ContentResolver cr = mContext.getContentResolver();
            if (mIds == null || mIds.size() == 0) {
                cr.delete(Thumbnails.CONTENT_URI, null, null);
            } else {
                int length = mIds.size();
                StringBuilder where = new StringBuilder();
                where.append(Thumbnails._ID);
                where.append(" not in (");
                for (int i = 0; i < length; i++) {
                    where.append(mIds.get(i));
                    if (i < (length - 1)) {
                        where.append(",");
                    }
                }
                where.append(")");
```

```
                    cr.delete(Thumbnails.CONTENT_URI, where.toString(), null);
                }
            }

        }

        @Override
        public WebViewFactory getWebViewFactory() {
            return mFactory;
        }

        @Override
        public void onSetWebView(Tab tab, WebView view) {
            mUi.onSetWebView(tab, view);
        }

        @Override
        public void createSubWindow(Tab tab) {
            endActionMode();
            WebView mainView = tab.getWebView();
            WebView subView = mFactory.createWebView((mainView == null)
                    ? false
                    : mainView.isPrivateBrowsingEnabled());
            mUi.createSubWindow(tab, subView);
        }

        @Override
        public Context getContext() {
            return mActivity;
        }

        @Override
        public Activity getActivity() {
            return mActivity;
        }

        void setUi(UI ui) {
            mUi = ui;
        }
```

```
    BrowserSettings getSettings() {
        return mSettings;
    }

    IntentHandler getIntentHandler() {
        return mIntentHandler;
    }

    @Override
    public UI getUi() {
        return mUi;
    }

    int getMaxTabs() {
        return mActivity.getResources().getInteger(R.integer.max_tabs);
    }

    @Override
    public TabControl getTabControl() {
        return mTabControl;
    }

    @Override
    public List<Tab> getTabs() {
        return mTabControl.getTabs();
    }

    // Open the icon database.
    private void openIconDatabase() {
        // We have to call getInstance on the UI thread
        final WebIconDatabase instance = WebIconDatabase.getInstance();
        BackgroundHandler.execute(new Runnable() {

            @Override
            public void run() {
                instance.open(mActivity.getDir("icons", 0).getPath());
            }
        });
```

```
    }

    private void startHandler() {
        mHandler = new Handler() {

            @Override
            public void handleMessage(Message msg) {
                switch (msg.what) {
                    case OPEN_BOOKMARKS:
                        bookmarksOrHistoryPicker(ComboViews.Bookmarks);
                        break;
                    case FOCUS_NODE_HREF:
                    {
                        String url = (String) msg.getData().get("url");
                        String title = (String) msg.getData().get("title");
                        String src = (String) msg.getData().get("src");
                        if (url == "") url = src; // use image if no anchor
                        if (TextUtils.isEmpty(url)) {
                            break;
                        }
                        HashMap focusNodeMap = (HashMap) msg.obj;
                        WebView view = (WebView) focusNodeMap.get("webview");
                        // Only apply the action if the top window did not change.
                        if (getCurrentTopWebView() != view) {
                            break;
                        }
                        switch (msg.arg1) {
                            case R.id.open_context_menu_id:
                                loadUrlFromContext(url);
                                break;
                            case R.id.view_image_context_menu_id:
                                loadUrlFromContext(src);
                                break;
                            case R.id.open_newtab_context_menu_id:
                                final Tab parent = mTabControl.getCurrentTab();
                                openTab(url, parent,
                                        !mSettings.openInBackground(), true);
                                break;
                            case R.id.copy_link_context_menu_id:
```

```
                            copy(url);
                            break;
                        case R.id.save_link_context_menu_id:
                        case R.id.download_context_menu_id:
                            DownloadHandler.onDownloadStartNoStream(
                                    mActivity, url, null, null, null,
                                    view.isPrivateBrowsingEnabled());
                            break;
                    }
                    break;
                }

                case LOAD_URL:
                    loadUrlFromContext((String) msg.obj);
                    break;

                case STOP_LOAD:
                    stopLoading();
                    break;

                case RELEASE_WAKELOCK:
                    if (mWakeLock != null && mWakeLock.isHeld()) {
                        mWakeLock.release();
                        // if we reach here, Browser should be still in the
                        // background loading after WAKELOCK_TIMEOUT (5-min).
                        // To avoid burning the battery, stop loading.
                        mTabControl.stopAllLoading();
                    }
                    break;

                case UPDATE_BOOKMARK_THUMBNAIL:
                    Tab tab = (Tab) msg.obj;
                    if (tab != null) {
                        updateScreenshot(tab);
                    }
                    break;
            }
        }
    };
```

```
    }

    @Override
    public Tab getCurrentTab() {
        return mTabControl.getCurrentTab();
    }

    @Override
    public void shareCurrentPage() {
        shareCurrentPage(mTabControl.getCurrentTab());
    }

    private void shareCurrentPage(Tab tab) {
        if (tab != null) {
            sharePage(mActivity, tab.getTitle(),
                    tab.getUrl(), tab.getFavicon(),
                    createScreenshot(tab.getWebView(),
                            getDesiredThumbnailWidth(mActivity),
                            getDesiredThumbnailHeight(mActivity)));
        }
    }

    /**
     * Share a page, providing the title, url, favicon, and a screenshot.  Uses
     * an {@link Intent} to launch the Activity chooser.
     * @param c Context used to launch a new Activity.
     * @param title Title of the page.  Stored in the Intent with
     *          {@link Intent#EXTRA_SUBJECT}
     * @param url URL of the page.  Stored in the Intent with
     *          {@link Intent#EXTRA_TEXT}
     * @param favicon Bitmap of the favicon for the page.  Stored in the Intent
     *          with {@link Browser#EXTRA_SHARE_FAVICON}
     * @param screenshot Bitmap of a screenshot of the page.  Stored in the
     *          Intent with {@link Browser#EXTRA_SHARE_SCREENSHOT}
     */
    static final void sharePage(Context c, String title, String url,
            Bitmap favicon, Bitmap screenshot) {
        Intent send = new Intent(Intent.ACTION_SEND);
```

Case 5:12-cv-00630-LHK Document 19 Filed 02/08/12 Page 112 of 436

```
        send.setType("text/plain");
        send.putExtra(Intent.EXTRA_TEXT, url);
        send.putExtra(Intent.EXTRA_SUBJECT, title);
        send.putExtra(Browser.EXTRA_SHARE_FAVICON, favicon);
        send.putExtra(Browser.EXTRA_SHARE_SCREENSHOT, screenshot);
        try {
            c.startActivity(Intent.createChooser(send, c.getString(
                    R.string.choosertitle_sharevia)));
        } catch(android.content.ActivityNotFoundException ex) {
            // if no app handles it, do nothing
        }
    }

    private void copy(CharSequence text) {
        ClipboardManager cm = (ClipboardManager) mActivity
                .getSystemService(Context.CLIPBOARD_SERVICE);
        cm.setText(text);
    }

    // lifecycle

    protected void onConfgurationChanged(Configuration config) {
        mConfigChanged = true;
        if (mPageDialogsHandler != null) {
            mPageDialogsHandler.onConfigurationChanged(config);
        }
        mUi.onConfigurationChanged(config);
    }

    @Override
    public void handleNewIntent(Intent intent) {
        if (!mUi.isWebShowing()) {
            mUi.showWeb(false);
        }
        mIntentHandler.onNewIntent(intent);
    }

    protected void onPause() {
        if (mUi.isCustomViewShowing()) {
```

```
            hideCustomView();
        }
        if (mActivityPaused) {
            Log.e(LOGTAG, "BrowserActivity is already paused.");
            return;
        }
        mActivityPaused = true;
        Tab tab = mTabControl.getCurrentTab();
        if (tab != null) {
            tab.pause();
            if (!pauseWebViewTimers(tab)) {
                if (mWakeLock == null) {
                    PowerManager pm = (PowerManager) mActivity
                            .getSystemService(Context.POWER_SERVICE);
                    mWakeLock = pm.newWakeLock(PowerManager.PARTIAL_WAKE_LOCK, "Browser");
                }
                mWakeLock.acquire();
                mHandler.sendMessageDelayed(mHandler
                        .obtainMessage(RELEASE_WAKELOCK), WAKELOCK_TIMEOUT);
            }
        }
        mUi.onPause();
        mNetworkHandler.onPause();

        WebView.disablePlatformNotifications();
        NfcHandler.unregister(mActivity);
        if (sThumbnailBitmap != null) {
            sThumbnailBitmap.recycle();
            sThumbnailBitmap = null;
        }
    }

    void onSaveInstanceState(Bundle outState) {
        // the default implementation requires each view to have an id. As the
        // browser handles the state itself and it doesn't use id for the views,
        // don't call the default implementation. Otherwise it will trigger the
        // warning like this, "couldn't save which view has focus because the
        // focused view XXX has no id".

```

```
        // Save all the tabs
        mTabControl.saveState(outState);
        if (!outState.isEmpty()) {
            // Save time so that we know how old incognito tabs (if any) are.
            outState.putSerializable("lastActiveDate", Calendar.getInstance());
        }
    }

    void onResume() {
        if (!mActivityPaused) {
            Log.e(LOGTAG, "BrowserActivity is already resumed.");
            return;
        }
        mActivityPaused = false;
        Tab current = mTabControl.getCurrentTab();
        if (current != null) {
            current.resume();
            resumeWebViewTimers(current);
        }
        releaseWakeLock();

        mUi.onResume();
        mNetworkHandler.onResume();
        WebView.enablePlatformNotifications();
        NfcHandler.register(mActivity, this);
    }

    private void releaseWakeLock() {
        if (mWakeLock != null && mWakeLock.isHeld()) {
            mHandler.removeMessages(RELEASE_WAKELOCK);
            mWakeLock.release();
        }
    }

    /**
     * resume all WebView timers using the WebView instance of the given tab
     * @param tab guaranteed non-null
     */
    private void resumeWebViewTimers(Tab tab) {
```

```
        boolean inLoad = tab.inPageLoad();
        if ((!mActivityPaused && !inLoad) || (mActivityPaused && inLoad)) {
            CookieSyncManager.getInstance().startSync();
            WebView w = tab.getWebView();
            WebViewTimersControl.getInstance().onBrowserActivityResume(w);
        }
    }

    /**
     * Pause all WebView timers using the WebView of the given tab
     * @param tab
     * @return true if the timers are paused or tab is null
     */
    private boolean pauseWebViewTimers(Tab tab) {
        if (tab == null) {
            return true;
        } else if (!tab.inPageLoad()) {
            CookieSyncManager.getInstance().stopSync();
            WebViewTimersControl.getInstance().onBrowserActivityPause(getCurrentWebView());
            return true;
        }
        return false;
    }

    void onDestroy() {
        if (mUploadHandler != null && !mUploadHandler.handled()) {
            mUploadHandler.onResult(Activity.RESULT_CANCELED, null);
            mUploadHandler = null;
        }
        if (mTabControl == null) return;
        mUi.onDestroy();
        // Remove the current tab and sub window
        Tab t = mTabControl.getCurrentTab();
        if (t != null) {
            dismissSubWindow(t);
            removeTab(t);
        }
        mActivity.getContentResolver().unregisterContentObserver(mBookmarksObserver);
        // Destroy all the tabs
```

```
            mTabControl.destroy();
            WebIconDatabase.getInstance().close();
            // Stop watching the default geolocation permissions
            mSystemAllowGeolocationOrigins.stop();
            mSystemAllowGeolocationOrigins = null;
        }

        protected boolean isActivityPaused() {
            return mActivityPaused;
        }

        protected void onLowMemory() {
            mTabControl.freeMemory();
        }

        @Override
        public boolean shouldShowErrorConsole() {
            return mShouldShowErrorConsole;
        }

        protected void setShouldShowErrorConsole(boolean show) {
            if (show == mShouldShowErrorConsole) {
                // Nothing to do.
                return;
            }
            mShouldShowErrorConsole = show;
            Tab t = mTabControl.getCurrentTab();
            if (t == null) {
                // There is no current tab so we cannot toggle the error console
                return;
            }
            mUi.setShouldShowErrorConsole(t, show);
        }

        @Override
        public void stopLoading() {
            mLoadStopped = true;
            Tab tab = mTabControl.getCurrentTab();
            WebView w = getCurrentTopWebView();
```

```
            w.stopLoading();
            mUi.onPageStopped(tab);
        }

        boolean didUserStopLoading() {
            return mLoadStopped;
        }

        // WebViewController

        @Override
        public void onPageStarted(Tab tab, WebView view, Bitmap favicon) {

            // We've started to load a new page. If there was a pending message
            // to save a screenshot then we will now take the new page and save
            // an incorrect screenshot. Therefore, remove any pending thumbnail
            // messages from the queue.
            mHandler.removeMessages(Controller.UPDATE_BOOKMARK_THUMBNAIL,
                    tab);

            // reset sync timer to avoid sync starts during loading a page
            CookieSyncManager.getInstance().resetSync();

            if (!mNetworkHandler.isNetworkUp()) {
                view.setNetworkAvailable(false);
            }

            // when BrowserActivity just starts, onPageStarted may be called before
            // onResume as it is triggered from onCreate. Call resumeWebViewTimers
            // to start the timer. As we won't switch tabs while an activity is in
            // pause state, we can ensure calling resume and pause in pair.
            if (mActivityPaused) {
                resumeWebViewTimers(tab);
            }
            mLoadStopped = false;
            endActionMode();

            mUi.onTabDataChanged(tab);

```

```
        String url = tab.getUrl();
        // update the bookmark database for favicon
        maybeUpdateFavicon(tab, null, url, favicon);

        Performance.tracePageStart(url);

        // Performance probe
        if (false) {
            Performance.onPageStarted();
        }

    }

    @Override
    public void onPageFinished(Tab tab) {
        mUi.onTabDataChanged(tab);
        if (!tab.isPrivateBrowsingEnabled()
                && !TextUtils.isEmpty(tab.getUrl())
                && !tab.isSnapshot()) {
            // Only update the bookmark screenshot if the user did not
            // cancel the load early and there is not already
            // a pending update for the tab.
            if (tab.inForeground() && !didUserStopLoading()
                    || !tab.inForeground()) {
                if (!mHandler.hasMessages(UPDATE_BOOKMARK_THUMBNAIL, tab)) {
                    mHandler.sendMessageDelayed(mHandler.obtainMessage(
                            UPDATE_BOOKMARK_THUMBNAIL, 0, 0, tab),
                            500);
                }
            }
        }
        // pause the WebView timer and release the wake lock if it is finished
        // while BrowserActivity is in pause state.
        if (mActivityPaused && pauseWebViewTimers(tab)) {
            releaseWakeLock();
        }

        // Performance probe
        if (false) {
```

```
                Performance.onPageFinished(tab.getUrl());
            }

            Performance.tracePageFinished();
        }

        @Override
        public void onProgressChanged(Tab tab) {
            mCrashRecoveryHandler.backupState();
            int newProgress = tab.getLoadProgress();

            if (newProgress == 100) {
                CookieSyncManager.getInstance().sync();
                // onProgressChanged() may continue to be called after the main
                // frame has finished loading, as any remaining sub frames continue
                // to load. We'll only get called once though with newProgress as
                // 100 when everything is loaded. (onPageFinished is called once
                // when the main frame completes loading regardless of the state of
                // any sub frames so calls to onProgressChanges may continue after
                // onPageFinished has executed)
                if (mInLoad) {
                    mInLoad = false;
                    updateInLoadMenuItems(mCachedMenu);
                }
            } else {
                if (!mInLoad) {
                    // onPageFinished may have already been called but a subframe is
                    // still loading and updating the progress. Reset mInLoad and
                    // update the menu items.
                    mInLoad = true;
                    updateInLoadMenuItems(mCachedMenu);
                }
            }
            mUi.onProgressChanged(tab);
        }

        @Override
        public void onUpdatedSecurityState(Tab tab) {
            mUi.onTabDataChanged(tab);
```

```
    }

    @Override
    public void onReceivedTitle(Tab tab, final String title) {
        mUi.onTabDataChanged(tab);
        final String pageUrl = tab.getOriginalUrl();
        if (TextUtils.isEmpty(pageUrl) || pageUrl.length()
                >= SQLiteDatabase.SQLITE_MAX_LIKE_PATTERN_LENGTH) {
            return;
        }
        // Update the title in the history database if not in private browsing mode
        if (!tab.isPrivateBrowsingEnabled()) {
            DataController.getInstance(mActivity).updateHistoryTitle(pageUrl, title);
        }
    }

    @Override
    public void onFavicon(Tab tab, WebView view, Bitmap icon) {
        mUi.onTabDataChanged(tab);
        maybeUpdateFavicon(tab, view.getOriginalUrl(), view.getUrl(), icon);
    }

    @Override
    public boolean shouldOverrideUrlLoading(Tab tab, WebView view, String url) {
        return mUrlHandler.shouldOverrideUrlLoading(tab, view, url);
    }

    @Override
    public boolean shouldOverrideKeyEvent(KeyEvent event) {
        if (mMenuIsDown) {
            // only check shortcut key when MENU is held
            return mActivity.getWindow().isShortcutKey(event.getKeyCode(),
                    event);
        } else {
            return false;
        }
    }

    @Override
```

```
    public void onUnhandledKeyEvent(KeyEvent event) {
        if (!isActivityPaused()) {
            if (event.getAction() == KeyEvent.ACTION_DOWN) {
                mActivity.onKeyDown(event.getKeyCode(), event);
            } else {
                mActivity.onKeyUp(event.getKeyCode(), event);
            }
        }
    }

    @Override
    public void doUpdateVisitedHistory(Tab tab, boolean isReload) {
        // Don't save anything in private browsing mode
        if (tab.isPrivateBrowsingEnabled()) return;
        String url = tab.getOriginalUrl();

        if (TextUtils.isEmpty(url)
                || url.regionMatches(true, 0, "about:", 0, 6)) {
            return;
        }
        DataController.getInstance(mActivity).updateVisitedHistory(url);
        mCrashRecoveryHandler.backupState();
    }

    @Override
    public void getVisitedHistory(final ValueCallback<String[]> callback) {
        AsyncTask<Void, Void, String[]> task =
                new AsyncTask<Void, Void, String[]>() {
            @Override
            public String[] doInBackground(Void... unused) {
                return Browser.getVisitedHistory(mActivity.getContentResolver());
            }
            @Override
            public void onPostExecute(String[] result) {
                callback.onReceiveValue(result);
            }
        };
        task.execute();
    }
```

```

    @Override
    public void onReceivedHttpAuthRequest(Tab tab, WebView view,
            final HttpAuthHandler handler, final String host,
            final String realm) {
        String username = null;
        String password = null;

        boolean reuseHttpAuthUsernamePassword
                = handler.useHttpAuthUsernamePassword();

        if (reuseHttpAuthUsernamePassword && view != null) {
            String[] credentials = view.getHttpAuthUsernamePassword(host, realm);
            if (credentials != null && credentials.length == 2) {
                username = credentials[0];
                password = credentials[1];
            }
        }

        if (username != null && password != null) {
            handler.proceed(username, password);
        } else {
            if (tab.inForeground() && !handler.suppressDialog()) {
                mPageDialogsHandler.showHttpAuthentication(tab, handler, host, realm);
            } else {
                handler.cancel();
            }
        }
    }

    @Override
    public void onDownloadStart(Tab tab, String url, String userAgent,
            String contentDisposition, String mimetype, long contentLength) {
        WebView w = tab.getWebView();
        DownloadHandler.onDownloadStart(mActivity, url, userAgent,
                contentDisposition, mimetype, w.isPrivateBrowsingEnabled());
        if (w.copyBackForwardList().getSize() == 0) {
            // This Tab was opened for the sole purpose of downloading a
            // file. Remove it.
```

```
            if (tab == mTabControl.getCurrentTab()) {
                // In this case, the Tab is still on top.
                goBackOnePageOrQuit();
            } else {
                // In this case, it is not.
                closeTab(tab);
            }
        }
    }

    @Override
    public Bitmap getDefaultVideoPoster() {
        return mUi.getDefaultVideoPoster();
    }

    @Override
    public View getVideoLoadingProgressView() {
        return mUi.getVideoLoadingProgressView();
    }

    @Override
    public void showSslCertificateOnError(WebView view, SslErrorHandler handler,
            SslError error) {
        mPageDialogsHandler.showSSLCertificateOnError(view, handler, error);
    }

    @Override
    public void showAutoLogin(Tab tab) {
        assert tab.inForeground();
        // Update the title bar to show the auto-login request.
        mUi.showAutoLogin(tab);
    }

    @Override
    public void hideAutoLogin(Tab tab) {
        assert tab.inForeground();
        mUi.hideAutoLogin(tab);
    }

```

```
    // helper method

    /*
     * Update the favorites icon if the private browsing isn't enabled and the
     * icon is valid.
     */
    private void maybeUpdateFavicon(Tab tab, final String originalUrl,
            final String url, Bitmap favicon) {
        if (favicon == null) {
            return;
        }
        if (!tab.isPrivateBrowsingEnabled()) {
            Bookmarks.updateFavicon(mActivity
                    .getContentResolver(), originalUrl, url, favicon);
        }
    }

    @Override
    public void bookmarkedStatusHasChanged(Tab tab) {
        // TODO: Switch to using onTabDataChanged after b/3262950 is fixed
        mUi.bookmarkedStatusHasChanged(tab);
    }

    // end WebViewController

    protected void pageUp() {
        getCurrentTopWebView().pageUp(false);
    }

    protected void pageDown() {
        getCurrentTopWebView().pageDown(false);
    }

    // callback from phone title bar
    public void editUrl() {
        if (mOptionsMenuOpen) mActivity.closeOptionsMenu();
        mUi.editUrl(false);
    }

```

```
    public void startVoiceSearch() {
        Intent intent = new Intent(RecognizerIntent.ACTION_WEB_SEARCH);
        intent.putExtra(RecognizerIntent.EXTRA_LANGUAGE_MODEL,
                RecognizerIntent.LANGUAGE_MODEL_WEB_SEARCH);
        intent.putExtra(RecognizerIntent.EXTRA_CALLING_PACKAGE,
                mActivity.getComponentName().flattenToString());
        intent.putExtra(SEND_APP_ID_EXTRA, false);
        intent.putExtra(RecognizerIntent.EXTRA_WEB_SEARCH_ONLY, true);
        mActivity.startActivity(intent);
    }

    @Override
    public void activateVoiceSearchMode(String title, List<String> results) {
        mUi.showVoiceTitleBar(title, results);
    }

    public void revertVoiceSearchMode(Tab tab) {
        mUi.revertVoiceTitleBar(tab);
    }

    public boolean supportsVoiceSearch() {
        SearchEngine searchEngine = getSettings().getSearchEngine();
        return (searchEngine != null && searchEngine.supportsVoiceSearch());
    }

    public void showCustomView(Tab tab, View view, int requestedOrientation,
            WebChromeClient.CustomViewCallback callback) {
        if (tab.inForeground()) {
            if (mUi.isCustomViewShowing()) {
                callback.onCustomViewHidden();
                return;
            }
            mUi.showCustomView(view, requestedOrientation, callback);
            // Save the menu state and set it to empty while the custom
            // view is showing.
            mOldMenuState = mMenuState;
            mMenuState = EMPTY_MENU;
            mActivity.invalidateOptionsMenu();
        }
```

```
    }

    @Override
    public void hideCustomView() {
        if (mUi.isCustomViewShowing()) {
            mUi.onHideCustomView();
            // Reset the old menu state.
            mMenuState = mOldMenuState;
            mOldMenuState = EMPTY_MENU;
            mActivity.invalidateOptionsMenu();
        }
    }

    protected void onActivityResult(int requestCode, int resultCode,
            Intent intent) {
        if (getCurrentTopWebView() == null) return;
        switch (requestCode) {
            case PREFERENCES_PAGE:
                if (resultCode == Activity.RESULT_OK && intent != null) {
                    String action = intent.getStringExtra(Intent.EXTRA_TEXT);
                    if (PreferenceKeys.PREF_PRIVACY_CLEAR_HISTORY.equals(action)) {
                        mTabControl.removeParentChildRelationShips();
                    }
                }
                break;
            case FILE_SELECTED:
                // Chose a file from the file picker.
                if (null == mUploadHandler) break;
                mUploadHandler.onResult(resultCode, intent);
                break;
            case AUTOFILL_SETUP:
                // Determine whether a profile was actually set up or not
                // and if so, send the message back to the WebTextView to
                // fill the form with the new profile.
                if (getSettings().getAutoFillProfile() != null) {
                    mAutoFillSetupMessage.sendToTarget();
                    mAutoFillSetupMessage = null;
                }
                break;
```

```
            case COMBO_VIEW:
                if (intent == null || resultCode != Activity.RESULT_OK) {
                    break;
                }
                mUi.showWeb(false);
                if (Intent.ACTION_VIEW.equals(intent.getAction())) {
                    Tab t = getCurrentTab();
                    Uri uri = intent.getData();
                    loadUrl(t, uri.toString());
                } else if (intent.hasExtra(ComboViewActivity.EXTRA_OPEN_ALL)) {
                    String[] urls = intent.getStringArrayExtra(
                            ComboViewActivity.EXTRA_OPEN_ALL);
                    Tab parent = getCurrentTab();
                    for (String url : urls) {
                        parent = openTab(url, parent,
                                !mSettings.openInBackground(), true);
                    }
                } else if (intent.hasExtra(ComboViewActivity.EXTRA_OPEN_SNAPSHOT)) {
                    long id = intent.getLongExtra(
                            ComboViewActivity.EXTRA_OPEN_SNAPSHOT, -1);
                    if (id >= 0) {
                        createNewSnapshotTab(id, true);
                    }
                }
                break;
            default:
                break;
        }
        getCurrentTopWebView().requestFocus();
    }

    /**
     * Open the Go page.
     * @param startWithHistory If true, open starting on the history tab.
     *                         Otherwise, start with the bookmarks tab.
     */
    @Override
    public void bookmarksOrHistoryPicker(ComboViews startView) {
        if (mTabControl.getCurrentWebView() == null) {
```

```
                return;
            }
            // clear action mode
            if (isInCustomActionMode()) {
                endActionMode();
            }
            Bundle extras = new Bundle();
            // Disable opening in a new window if we have maxed out the windows
            extras.putBoolean(BrowserBookmarksPage.EXTRA_DISABLE_WINDOW,
                    !mTabControl.canCreateNewTab());
            mUi.showComboView(startView, extras);
        }

        // combo view callbacks

        // key handling
        protected void onBackKey() {
            if (!mUi.onBackKey()) {
                WebView subwindow = mTabControl.getCurrentSubWindow();
                if (subwindow != null) {
                    if (subwindow.canGoBack()) {
                        subwindow.goBack();
                    } else {
                        dismissSubWindow(mTabControl.getCurrentTab());
                    }
                } else {
                    goBackOnePageOrQuit();
                }
            }
        }

        protected boolean onMenuKey() {
            return mUi.onMenuKey();
        }

        // menu handling and state
        // TODO: maybe put into separate handler

        protected boolean onCreateOptionsMenu(Menu menu) {
```

```
        if (mMenuState == EMPTY_MENU) {
            return false;
        }
        MenuInflater inflater = mActivity.getMenuInflater();
        inflater.inflate(R.menu.browser, menu);
        return true;
    }

    protected void onCreateContextMenu(ContextMenu menu, View v,
            ContextMenuInfo menuInfo) {
        if (v instanceof TitleBar) {
            return;
        }
        if (!(v instanceof WebView)) {
            return;
        }
        final WebView webview = (WebView) v;
        WebView.HitTestResult result = webview.getHitTestResult();
        if (result == null) {
            return;
        }

        int type = result.getType();
        if (type == WebView.HitTestResult.UNKNOWN_TYPE) {
            Log.w(LOGTAG,
                    "We should not show context menu when nothing is touched");
            return;
        }
        if (type == WebView.HitTestResult.EDIT_TEXT_TYPE) {
            // let TextView handles context menu
            return;
        }

        // Note, http://b/issue?id=1106666 is requesting that
        // an inflated menu can be used again. This is not available
        // yet, so inflate each time (yuk!)
        MenuInflater inflater = mActivity.getMenuInflater();
        inflater.inflate(R.menu.browsercontext, menu);

```

Case 5:12-cv-00630-LHK Document 19 Filed 02/08/12 Page 130 of 436

```
        // Show the correct menu group
        final String extra = result.getExtra();
        menu.setGroupVisible(R.id.PHONE_MENU,
                type == WebView.HitTestResult.PHONE_TYPE);
        menu.setGroupVisible(R.id.EMAIL_MENU,
                type == WebView.HitTestResult.EMAIL_TYPE);
        menu.setGroupVisible(R.id.GEO_MENU,
                type == WebView.HitTestResult.GEO_TYPE);
        menu.setGroupVisible(R.id.IMAGE_MENU,
                type == WebView.HitTestResult.IMAGE_TYPE
                || type == WebView.HitTestResult.SRC_IMAGE_ANCHOR_TYPE);
        menu.setGroupVisible(R.id.ANCHOR_MENU,
                type == WebView.HitTestResult.SRC_ANCHOR_TYPE
                || type == WebView.HitTestResult.SRC_IMAGE_ANCHOR_TYPE);
        boolean hitText = type == WebView.HitTestResult.SRC_ANCHOR_TYPE
                || type == WebView.HitTestResult.PHONE_TYPE
                || type == WebView.HitTestResult.EMAIL_TYPE
                || type == WebView.HitTestResult.GEO_TYPE;
        menu.setGroupVisible(R.id.SELECT_TEXT_MENU, hitText);
        if (hitText) {
            menu.findItem(R.id.select_text_menu_id)
                    .setOnMenuItemClickListener(new SelectText(webview));
        }
        // Setup custom handling depending on the type
        switch (type) {
            case WebView.HitTestResult.PHONE_TYPE:
                menu.setHeaderTitle(Uri.decode(extra));
                menu.findItem(R.id.dial_context_menu_id).setIntent(
                        new Intent(Intent.ACTION_VIEW, Uri
                                .parse(WebView.SCHEME_TEL + extra)));
                Intent addIntent = new Intent(Intent.ACTION_INSERT_OR_EDIT);
                addIntent.putExtra(Insert.PHONE, Uri.decode(extra));
                addIntent.setType(ContactsContract.Contacts.CONTENT_ITEM_TYPE);
                menu.findItem(R.id.add_contact_context_menu_id).setIntent(
                        addIntent);
                menu.findItem(R.id.copy_phone_context_menu_id)
                        .setOnMenuItemClickListener(
                        new Copy(extra));
                break;
```

```

            case WebView.HitTestResult.EMAIL_TYPE:
                menu.setHeaderTitle(extra);
                menu.findItem(R.id.email_context_menu_id).setIntent(
                        new Intent(Intent.ACTION_VIEW, Uri
                                .parse(WebView.SCHEME_MAILTO + extra)));
                menu.findItem(R.id.copy_mail_context_menu_id)
                        .setOnMenuItemClickListener(
                        new Copy(extra));
                break;

            case WebView.HitTestResult.GEO_TYPE:
                menu.setHeaderTitle(extra);
                menu.findItem(R.id.map_context_menu_id).setIntent(
                        new Intent(Intent.ACTION_VIEW, Uri
                                .parse(WebView.SCHEME_GEO
                                        + URLEncoder.encode(extra))));
                menu.findItem(R.id.copy_geo_context_menu_id)
                        .setOnMenuItemClickListener(
                        new Copy(extra));
                break;

            case WebView.HitTestResult.SRC_ANCHOR_TYPE:
            case WebView.HitTestResult.SRC_IMAGE_ANCHOR_TYPE:
                menu.setHeaderTitle(extra);
                // decide whether to show the open link in new tab option
                boolean showNewTab = mTabControl.canCreateNewTab();
                MenuItem newTabItem
                        = menu.findItem(R.id.open_newtab_context_menu_id);
                newTabItem.setTitle(getSettings().openInBackground()
                        ? R.string.contextmenu_openlink_newwindow_background
                        : R.string.contextmenu_openlink_newwindow);
                newTabItem.setVisible(showNewTab);
                if (showNewTab) {
                    if (WebView.HitTestResult.SRC_IMAGE_ANCHOR_TYPE == type) {
                        newTabItem.setOnMenuItemClickListener(
                                new MenuItem.OnMenuItemClickListener() {
                                    @Override
                                    public boolean onMenuItemClick(MenuItem item) {
```

```
                                        final HashMap<String, WebView> hrefMap =
                                                new HashMap<String, WebView>();
                                        hrefMap.put("webview", webview);
                                        final Message msg = mHandler.obtainMessage(
                                                FOCUS_NODE_HREF,
                                                R.id.open_newtab_context_menu_id,
                                                0, hrefMap);
                                        webview.requestFocusNodeHref(msg);
                                        return true;
                                    }
                                });
                    } else {
                        newTabItem.setOnMenuItemClickListener(
                                new MenuItem.OnMenuItemClickListener() {
                                    @Override
                                    public boolean onMenuItemClick(MenuItem item) {
                                        final Tab parent = mTabControl.getCurrentTab();
                                        openTab(extra, parent,
                                                !mSettings.openInBackground(),
                                                true);
                                        return true;
                                    }
                                });
                    }
                }
                if (type == WebView.HitTestResult.SRC_ANCHOR_TYPE) {
                    break;
                }
                // otherwise fall through to handle image part
            case WebView.HitTestResult.IMAGE_TYPE:
                if (type == WebView.HitTestResult.IMAGE_TYPE) {
                    menu.setHeaderTitle(extra);
                }
                menu.findItem(R.id.view_image_context_menu_id)
                        .setOnMenuItemClickListener(new OnMenuItemClickListener() {
                    @Override
                    public boolean onMenuItemClick(MenuItem item) {
                        openTab(extra, mTabControl.getCurrentTab(), true, true);
                        return false;
```

```
                        }
                    });
                    menu.findItem(R.id.download_context_menu_id).
                            setOnMenuItemClickListener(
                                    new Download(mActivity, extra, webview.
    isPrivateBrowsingEnabled()));
                    menu.findItem(R.id.set_wallpaper_context_menu_id).
                            setOnMenuItemClickListener(new WallpaperHandler(mActivity,
                                    extra));
                    break;

                default:
                    Log.w(LOGTAG, "We should not get here.");
                    break;
            }
            //update the ui
            mUi.onContextMenuCreated(menu);
        }

        /**
         * As the menu can be open when loading state changes
         * we must manually update the state of the stop/reload menu
         * item
         */
        private void updateInLoadMenuItems(Menu menu) {
            if (menu == null) {
                return;
            }
            MenuItem dest = menu.findItem(R.id.stop_reload_menu_id);
            MenuItem src = mInLoad ?
                    menu.findItem(R.id.stop_menu_id):
                    menu.findItem(R.id.reload_menu_id);
            if (src != null) {
                dest.setIcon(src.getIcon());
                dest.setTitle(src.getTitle());
            }
        }

        boolean onPrepareOptionsMenu(Menu menu) {
```

```
        updateInLoadMenuItems(menu);
        // hold on to the menu reference here; it is used by the page callbacks
        // to update the menu based on loading state
        mCachedMenu = menu;
        // Note: setVisible will decide whether an item is visible; while
        // setEnabled() will decide whether an item is enabled, which also means
        // whether the matching shortcut key will function.
        switch (mMenuState) {
            case EMPTY_MENU:
                if (mCurrentMenuState != mMenuState) {
                    menu.setGroupVisible(R.id.MAIN_MENU, false);
                    menu.setGroupEnabled(R.id.MAIN_MENU, false);
                    menu.setGroupEnabled(R.id.MAIN_SHORTCUT_MENU, false);
                }
                break;
            default:
                if (mCurrentMenuState != mMenuState) {
                    menu.setGroupVisible(R.id.MAIN_MENU, true);
                    menu.setGroupEnabled(R.id.MAIN_MENU, true);
                    menu.setGroupEnabled(R.id.MAIN_SHORTCUT_MENU, true);
                }
                updateMenuState(getCurrentTab(), menu);
                break;
        }
        mCurrentMenuState = mMenuState;
        return mUi.onPrepareOptionsMenu(menu);
    }

    @Override
    public void updateMenuState(Tab tab, Menu menu) {
        boolean canGoBack = false;
        boolean canGoForward = false;
        boolean isHome = false;
        boolean isDesktopUa = false;
        boolean isLive = false;
        if (tab != null) {
            canGoBack = tab.canGoBack();
            canGoForward = tab.canGoForward();
            isHome = mSettings.getHomePage().equals(tab.getUrl());
```

```
            isDesktopUa = mSettings.hasDesktopUseragent(tab.getWebView());
            isLive = !tab.isSnapshot();
        }
        final MenuItem back = menu.findItem(R.id.back_menu_id);
        back.setEnabled(canGoBack);

        final MenuItem home = menu.findItem(R.id.homepage_menu_id);
        home.setEnabled(!isHome);

        final MenuItem forward = menu.findItem(R.id.forward_menu_id);
        forward.setEnabled(canGoForward);

        final MenuItem source = menu.findItem(mInLoad ? R.id.stop_menu_id : R.id.
    reload_menu_id);
        final MenuItem dest = menu.findItem(R.id.stop_reload_menu_id);
        if (source != null && dest != null) {
            dest.setTitle(source.getTitle());
            dest.setIcon(source.getIcon());
        }
        menu.setGroupVisible(R.id.NAV_MENU, isLive);

        // decide whether to show the share link option
        PackageManager pm = mActivity.getPackageManager();
        Intent send = new Intent(Intent.ACTION_SEND);
        send.setType("text/plain");
        ResolveInfo ri = pm.resolveActivity(send,
                PackageManager.MATCH_DEFAULT_ONLY);
        menu.findItem(R.id.share_page_menu_id).setVisible(ri != null);

        boolean isNavDump = mSettings.enableNavDump();
        final MenuItem nav = menu.findItem(R.id.dump_nav_menu_id);
        nav.setVisible(isNavDump);
        nav.setEnabled(isNavDump);

        boolean showDebugSettings = mSettings.isDebugEnabled();
        final MenuItem counter = menu.findItem(R.id.dump_counters_menu_id);
        counter.setVisible(showDebugSettings);
        counter.setEnabled(showDebugSettings);
        final MenuItem uaSwitcher = menu.findItem(R.id.ua_desktop_menu_id);
```

```
        uaSwitcher.setChecked(isDesktopUa);
        menu.setGroupVisible(R.id.LIVE_MENU, isLive);
        menu.setGroupVisible(R.id.SNAPSHOT_MENU, !isLive);
        menu.setGroupVisible(R.id.COMBO_MENU, false);

        mUi.updateMenuState(tab, menu);
    }

    public boolean onOptionsItemSelected(MenuItem item) {
        if (null == getCurrentTopWebView()) {
            return false;
        }
        if (mMenuIsDown) {
            // The shortcut action consumes the MENU. Even if it is still down,
            // it won't trigger the next shortcut action. In the case of the
            // shortcut action triggering a new activity, like Bookmarks, we
            // won't get onKeyUp for MENU. So it is important to reset it here.
            mMenuIsDown = false;
        }
        if (mUi.onOptionsItemSelected(item)) {
            // ui callback handled it
            return true;
        }
        switch (item.getItemId()) {
            // -- Main menu
            case R.id.new_tab_menu_id:
                openTabToHomePage();
                break;

            case R.id.incognito_menu_id:
                openIncognitoTab();
                break;

            case R.id.goto_menu_id:
                editUrl();
                break;

            case R.id.bookmarks_menu_id:
                bookmarksOrHistoryPicker(ComboViews.Bookmarks);
```

```
                break;

            case R.id.history_menu_id:
                bookmarksOrHistoryPicker(ComboViews.History);
                break;

            case R.id.snapshots_menu_id:
                bookmarksOrHistoryPicker(ComboViews.Snapshots);
                break;

            case R.id.add_bookmark_menu_id:
                Intent bookmarkIntent = createBookmarkCurrentPageIntent(false);
                if (bookmarkIntent != null) {
                    mActivity.startActivity(bookmarkIntent);
                }
                break;

            case R.id.stop_reload_menu_id:
                if (mInLoad) {
                    stopLoading();
                } else {
                    getCurrentTopWebView().reload();
                }
                break;

            case R.id.back_menu_id:
                getCurrentTab().goBack();
                break;

            case R.id.forward_menu_id:
                getCurrentTab().goForward();
                break;

            case R.id.close_menu_id:
                // Close the subwindow if it exists.
                if (mTabControl.getCurrentSubWindow() != null) {
                    dismissSubWindow(mTabControl.getCurrentTab());
                    break;
                }
```

```
                    closeCurrentTab();
                    break;

                case R.id.homepage_menu_id:
                    Tab current = mTabControl.getCurrentTab();
                    loadUrl(current, mSettings.getHomePage());
                    break;

                case R.id.preferences_menu_id:
                    Intent intent = new Intent(mActivity, BrowserPreferencesPage.class);
                    intent.putExtra(BrowserPreferencesPage.CURRENT_PAGE,
                            getCurrentTopWebView().getUrl());
                    mActivity.startActivityForResult(intent, PREFERENCES_PAGE);
                    break;

                case R.id.find_menu_id:
                    getCurrentTopWebView().showFindDialog(null, true);
                    break;

                case R.id.save_snapshot_menu_id:
                    final Tab source = getTabControl().getCurrentTab();
                    if (source == null) break;
                    final ContentResolver cr = mActivity.getContentResolver();
                    final ContentValues values = source.createSnapshotValues();
                    if (values != null) {
                        new AsyncTask<Tab, Void, Long>() {

                            @Override
                            protected Long doInBackground(Tab... params) {
                                Uri result = cr.insert(Snapshots.CONTENT_URI, values);
                                long id = ContentUris.parseId(result);
                                return id;
                            }

                            @Override
                            protected void onPostExecute(Long id) {
                                Bundle b = new Bundle();
                                b.putLong(BrowserSnapshotPage.EXTRA_ANIMATE_ID, id);
                                mUi.showComboView(ComboViews.Snapshots, b);
```

```
                    };
                }.execute(source);
            } else {
                Toast.makeText(mActivity, R.string.snapshot_failed,
                        Toast.LENGTH_SHORT).show();
            }
            break;

        case R.id.page_info_menu_id:
            showPageInfo();
            break;

        case R.id.snapshot_go_live:
            goLive();
            return true;

        case R.id.share_page_menu_id:
            Tab currentTab = mTabControl.getCurrentTab();
            if (null == currentTab) {
                return false;
            }
            shareCurrentPage(currentTab);
            break;

        case R.id.dump_nav_menu_id:
            getCurrentTopWebView().debugDump();
            break;

        case R.id.dump_counters_menu_id:
            getCurrentTopWebView().dumpV8Counters();
            break;

        case R.id.zoom_in_menu_id:
            getCurrentTopWebView().zoomIn();
            break;

        case R.id.zoom_out_menu_id:
            getCurrentTopWebView().zoomOut();
            break;
```

```java

            case R.id.view_downloads_menu_id:
                viewDownloads();
                break;

            case R.id.ua_desktop_menu_id:
                WebView web = getCurrentWebView();
                mSettings.toggleDesktopUseragent(web);
                web.loadUrl(web.getOriginalUrl());
                break;

            case R.id.window_one_menu_id:
            case R.id.window_two_menu_id:
            case R.id.window_three_menu_id:
            case R.id.window_four_menu_id:
            case R.id.window_five_menu_id:
            case R.id.window_six_menu_id:
            case R.id.window_seven_menu_id:
            case R.id.window_eight_menu_id:
                {
                    int menuid = item.getItemId();
                    for (int id = 0; id < WINDOW_SHORTCUT_ID_ARRAY.length; id++) {
                        if (WINDOW_SHORTCUT_ID_ARRAY[id] == menuid) {
                            Tab desiredTab = mTabControl.getTab(id);
                            if (desiredTab != null &&
                                    desiredTab != mTabControl.getCurrentTab()) {
                                switchToTab(desiredTab);
                            }
                            break;
                        }
                    }
                }
                break;

            default:
                return false;
        }
        return true;
    }
```

```java

    private void goLive() {
        Tab t = getCurrentTab();
        t.loadUrl(t.getUrl(), null);
    }

    @Override
    public void showPageInfo() {
        mPageDialogsHandler.showPageInfo(mTabControl.getCurrentTab(), false, null);
    }

    public boolean onContextItemSelected(MenuItem item) {
        // Let the History and Bookmark fragments handle menus they created.
        if (item.getGroupId() == R.id.CONTEXT_MENU) {
            return false;
        }

        int id = item.getItemId();
        boolean result = true;
        switch (id) {
            // -- Browser context menu
            case R.id.open_context_menu_id:
            case R.id.save_link_context_menu_id:
            case R.id.copy_link_context_menu_id:
                final WebView webView = getCurrentTopWebView();
                if (null == webView) {
                    result = false;
                    break;
                }
                final HashMap<String, WebView> hrefMap =
                        new HashMap<String, WebView>();
                hrefMap.put("webview", webView);
                final Message msg = mHandler.obtainMessage(
                        FOCUS_NODE_HREF, id, 0, hrefMap);
                webView.requestFocusNodeHref(msg);
                break;

            default:
                // For other context menus
```

```
                result = onOptionsItemSelected(item);
            }
            return result;
        }

        /**
         * support programmatically opening the context menu
         */
        public void openContextMenu(View view) {
            mActivity.openContextMenu(view);
        }

        /**
         * programmatically open the options menu
         */
        public void openOptionsMenu() {
            mActivity.openOptionsMenu();
        }

        public boolean onMenuOpened(int featureId, Menu menu) {
            if (mOptionsMenuOpen) {
                if (mConfigChanged) {
                    // We do not need to make any changes to the state of the
                    // title bar, since the only thing that happened was a
                    // change in orientation
                    mConfigChanged = false;
                } else {
                    if (!mExtendedMenuOpen) {
                        mExtendedMenuOpen = true;
                        mUi.onExtendedMenuOpened();
                    } else {
                        // Switching the menu back to icon view, so show the
                        // title bar once again.
                        mExtendedMenuOpen = false;
                        mUi.onExtendedMenuClosed(mInLoad);
                    }
                }
            } else {
                // The options menu is closed, so open it, and show the title
```

```
            mOptionsMenuOpen = true;
            mConfigChanged = false;
            mExtendedMenuOpen = false;
            mUi.onOptionsMenuOpened();
        }
        return true;
    }

    public void onOptionsMenuClosed(Menu menu) {
        mOptionsMenuOpen = false;
        mUi.onOptionsMenuClosed(mInLoad);
    }

    public void onContextMenuClosed(Menu menu) {
        mUi.onContextMenuClosed(menu, mInLoad);
    }

    // Helper method for getting the top window.
    @Override
    public WebView getCurrentTopWebView() {
        return mTabControl.getCurrentTopWebView();
    }

    @Override
    public WebView getCurrentWebView() {
        return mTabControl.getCurrentWebView();
    }

    /*
     * This method is called as a result of the user selecting the options
     * menu to see the download window. It shows the download window on top of
     * the current window.
     */
    void viewDownloads() {
        Intent intent = new Intent(DownloadManager.ACTION_VIEW_DOWNLOADS);
        mActivity.startActivity(intent);
    }

    int getActionModeHeight() {
```

```
        TypedArray actionBarSizeTypedArray = mActivity.obtainStyledAttributes(
                new int[] { android.R.attr.actionBarSize });
        int size = (int) actionBarSizeTypedArray.getDimension(0, 0f);
        actionBarSizeTypedArray.recycle();
        return size;
    }

    // action mode

    void onActionModeStarted(ActionMode mode) {
        mUi.onActionModeStarted(mode);
        mActionMode = mode;
    }

    /*
     * True if a custom ActionMode (i.e. find or select) is in use.
     */
    @Override
    public boolean isInCustomActionMode() {
        return mActionMode != null;
    }

    /*
     * End the current ActionMode.
     */
    @Override
    public void endActionMode() {
        if (mActionMode != null) {
            mActionMode.finish();
        }
    }

    /*
     * Called by find and select when they are finished.  Replace title bars
     * as necessary.
     */
    public void onActionModeFinished(ActionMode mode) {
        if (!isInCustomActionMode()) return;
        mUi.onActionModeFinished(mInLoad);
```

```
            mActionMode = null;
        }

        boolean isInLoad() {
            return mInLoad;
        }

        // bookmark handling

        /**
         * add the current page as a bookmark to the given folder id
         * @param folderId use -1 for the default folder
         * @param editExisting If true, check to see whether the site is already
         *          bookmarked, and if it is, edit that bookmark.  If false, and
         *          the site is already bookmarked, do not attempt to edit the
         *          existing bookmark.
         */
        @Override
        public Intent createBookmarkCurrentPageIntent(boolean editExisting) {
            WebView w = getCurrentTopWebView();
            if (w == null) {
                return null;
            }
            Intent i = new Intent(mActivity,
                    AddBookmarkPage.class);
            i.putExtra(BrowserContract.Bookmarks.URL, w.getUrl());
            i.putExtra(BrowserContract.Bookmarks.TITLE, w.getTitle());
            String touchIconUrl = w.getTouchIconUrl();
            if (touchIconUrl != null) {
                i.putExtra(AddBookmarkPage.TOUCH_ICON_URL, touchIconUrl);
                WebSettings settings = w.getSettings();
                if (settings != null) {
                    i.putExtra(AddBookmarkPage.USER_AGENT,
                            settings.getUserAgentString());
                }
            }
            i.putExtra(BrowserContract.Bookmarks.THUMBNAIL,
                    createScreenshot(w, getDesiredThumbnailWidth(mActivity),
                    getDesiredThumbnailHeight(mActivity)));
```

```
        i.putExtra(BrowserContract.Bookmarks.FAVICON, w.getFavicon());
        if (editExisting) {
            i.putExtra(AddBookmarkPage.CHECK_FOR_DUPE, true);
        }
        // Put the dialog at the upper right of the screen, covering the
        // star on the title bar.
        i.putExtra("gravity", Gravity.RIGHT | Gravity.TOP);
        return i;
    }

    // file chooser
    public void openFileChooser(ValueCallback<Uri> uploadMsg, String acceptType) {
        mUploadHandler = new UploadHandler(this);
        mUploadHandler.openFileChooser(uploadMsg, acceptType);
    }

    // thumbnails

    /**
     * Return the desired width for thumbnail screenshots, which are stored in
     * the database, and used on the bookmarks screen.
     * @param context Context for finding out the density of the screen.
     * @return desired width for thumbnail screenshot.
     */
    static int getDesiredThumbnailWidth(Context context) {
        return context.getResources().getDimensionPixelOffset(
                R.dimen.bookmarkThumbnailWidth);
    }

    /**
     * Return the desired height for thumbnail screenshots, which are stored in
     * the database, and used on the bookmarks screen.
     * @param context Context for finding out the density of the screen.
     * @return desired height for thumbnail screenshot.
     */
    static int getDesiredThumbnailHeight(Context context) {
        return context.getResources().getDimensionPixelOffset(
                R.dimen.bookmarkThumbnailHeight);
    }
```

```
    static Bitmap createScreenshot(WebView view, int width, int height) {
        if (view == null || view.getContentHeight() == 0
                || view.getContentWidth() == 0) {
            return null;
        }
        // We render to a bitmap 2x the desired size so that we can then
        // re-scale it with filtering since canvas.scale doesn't filter
        // This helps reduce aliasing at the cost of being slightly blurry
        final int filter_scale = 2;
        int scaledWidth = width * filter_scale;
        int scaledHeight = height * filter_scale;
        if (sThumbnailBitmap == null || sThumbnailBitmap.getWidth() != scaledWidth
                || sThumbnailBitmap.getHeight() != scaledHeight) {
            if (sThumbnailBitmap != null) {
                sThumbnailBitmap.recycle();
                sThumbnailBitmap = null;
            }
            sThumbnailBitmap =
                    Bitmap.createBitmap(scaledWidth, scaledHeight, Bitmap.Config.RGB_565);
        }
        Canvas canvas = new Canvas(sThumbnailBitmap);
        int contentWidth = view.getContentWidth();
        float overviewScale = scaledWidth / (view.getScale() * contentWidth);
        if (view instanceof BrowserWebView) {
            int dy = -((BrowserWebView)view).getTitleHeight();
            canvas.translate(0, dy * overviewScale);
        }

        canvas.scale(overviewScale, overviewScale);

        if (view instanceof BrowserWebView) {
            ((BrowserWebView)view).drawContent(canvas);
        } else {
            view.draw(canvas);
        }
        Bitmap ret = Bitmap.createScaledBitmap(sThumbnailBitmap,
                width, height, true);
        canvas.setBitmap(null);
```

```
        return ret;
    }

    private void updateScreenshot(Tab tab) {
        // If this is a bookmarked site, add a screenshot to the database.
        // FIXME: Would like to make sure there is actually something to
        // draw, but the API for that (WebViewCore.pictureReady()) is not
        // currently accessible here.

        WebView view = tab.getWebView();
        if (view == null) {
            // Tab was destroyed
            return;
        }
        final String url = tab.getUrl();
        final String originalUrl = view.getOriginalUrl();

        if (TextUtils.isEmpty(url)) {
            return;
        }

        // Only update thumbnails for web urls (http(s)://), not for
        // about:, javascript:, data:, etc...
        // Unless it is a bookmarked site, then always update
        if (!Patterns.WEB_URL.matcher(url).matches() && !tab.isBookmarkedSite()) {
            return;
        }

        final Bitmap bm = createScreenshot(view, getDesiredThumbnailWidth(mActivity),
                getDesiredThumbnailHeight(mActivity));
        if (bm == null) {
            return;
        }

        final ContentResolver cr = mActivity.getContentResolver();
        new AsyncTask<Void, Void, Void>() {
            @Override
            protected Void doInBackground(Void... unused) {
                Cursor cursor = null;
```

```
                try {
                    // TODO: Clean this up
                    cursor = Bookmarks.queryCombinedForUrl(cr, originalUrl, url);
                    if (cursor != null && cursor.moveToFirst()) {
                        final ByteArrayOutputStream os =
                                new ByteArrayOutputStream();
                        bm.compress(Bitmap.CompressFormat.PNG, 100, os);

                        ContentValues values = new ContentValues();
                        values.put(Images.THUMBNAIL, os.toByteArray());

                        do {
                            values.put(Images.URL, cursor.getString(0));
                            cr.update(Images.CONTENT_URI, values, null, null);
                        } while (cursor.moveToNext());
                    }
                } catch (IllegalStateException e) {
                    // Ignore
                } finally {
                    if (cursor != null) cursor.close();
                }
                return null;
            }
        }.execute();
    }

    private class Copy implements OnMenuItemClickListener {
        private CharSequence mText;

        public boolean onMenuItemClick(MenuItem item) {
            copy(mText);
            return true;
        }

        public Copy(CharSequence toCopy) {
            mText = toCopy;
        }
    }

```

```
    private static class Download implements OnMenuItemClickListener {
        private Activity mActivity;
        private String mText;
        private boolean mPrivateBrowsing;
        private static final String FALLBACK_EXTENSION = "dat";
        private static final String IMAGE_BASE_FORMAT = "yyyy-MM-dd-HH-mm-ss-";

        public boolean onMenuItemClick(MenuItem item) {
            if (DataUri.isDataUri(mText)) {
                saveDataUri();
            } else {
                DownloadHandler.onDownloadStartNoStream(mActivity, mText, null,
                        null, null, mPrivateBrowsing);
            }
            return true;
        }

        public Download(Activity activity, String toDownload, boolean privateBrowsing) {
            mActivity = activity;
            mText = toDownload;
            mPrivateBrowsing = privateBrowsing;
        }

        /**
         * Treats mText as a data URI and writes its contents to a file
         * based on the current time.
         */
        private void saveDataUri() {
            FileOutputStream outputStream = null;
            try {
                DataUri uri = new DataUri(mText);
                File target = getTarget(uri);
                outputStream = new FileOutputStream(target);
                outputStream.write(uri.getData());
                final DownloadManager manager =
                        (DownloadManager) mActivity.getSystemService(Context.DOWNLOAD_SERVICE
);
                 manager.addCompletedDownload(target.getName(),
                        mActivity.getTitle().toString(), false,
```

```
                        uri.getMimeType(), target.getAbsolutePath(),
                        (long)uri.getData().length, false);
            } catch (IOException e) {
                Log.e(LOGTAG, "Could not save data URL");
            } finally {
                if (outputStream != null) {
                    try {
                        outputStream.close();
                    } catch (IOException e) {
                        // ignore close errors
                    }
                }
            }
        }

        /**
         * Creates a File based on the current time stamp and uses
         * the mime type of the DataUri to get the extension.
         */
        private File getTarget(DataUri uri) throws IOException {
            File dir = mActivity.getExternalFilesDir(Environment.DIRECTORY_DOWNLOADS);
            DateFormat format = new SimpleDateFormat(IMAGE_BASE_FORMAT);
            String nameBase = format.format(new Date());
            String mimeType = uri.getMimeType();
            MimeTypeMap mimeTypeMap = MimeTypeMap.getSingleton();
            String extension = mimeTypeMap.getExtensionFromMimeType(mimeType);
            if (extension == null) {
                Log.w(LOGTAG, "Unknown mime type in data URI" + mimeType);
                extension = FALLBACK_EXTENSION;
            }
            extension = "." + extension; // createTempFile needs the '.'
            File targetFile = File.createTempFile(nameBase, extension, dir);
            return targetFile;
        }
    }

    private static class SelectText implements OnMenuItemClickListener {
        private WebView mWebView;

```

```
            public boolean onMenuItemClick(MenuItem item) {
                if (mWebView != null) {
                    return mWebView.selectText();
                }
                return false;
            }

            public SelectText(WebView webView) {
                mWebView = webView;
            }

        }

        /********************** TODO: UI stuff *****************************/

        // these methods have been copied, they still need to be cleaned up

        /****************** tabs ***************************************************/

        // basic tab interactions:

        // it is assumed that tabcontrol already knows about the tab
        protected void addTab(Tab tab) {
            mUi.addTab(tab);
        }

        protected void removeTab(Tab tab) {
            mUi.removeTab(tab);
            mTabControl.removeTab(tab);
            mCrashRecoveryHandler.backupState();
        }

        @Override
        public void setActiveTab(Tab tab) {
            // monkey protection against delayed start
            if (tab != null) {
                mTabControl.setCurrentTab(tab);
                // the tab is guaranteed to have a webview after setCurrentTab
                mUi.setActiveTab(tab);
```

```
        }
    }

    protected void closeEmptyTab() {
        Tab current = mTabControl.getCurrentTab();
        if (current != null
                && current.getWebView().copyBackForwardList().getSize() == 0) {
            closeCurrentTab();
        }
    }

    protected void reuseTab(Tab appTab, UrlData urlData) {
        // Dismiss the subwindow if applicable.
        dismissSubWindow(appTab);
        // Since we might kill the WebView, remove it from the
        // content view first.
        mUi.detachTab(appTab);
        // Recreate the main WebView after destroying the old one.
        mTabControl.recreateWebView(appTab);
        // TODO: analyze why the remove and add are necessary
        mUi.attachTab(appTab);
        if (mTabControl.getCurrentTab() != appTab) {
            switchToTab(appTab);
            loadUrlDataIn(appTab, urlData);
        } else {
            // If the tab was the current tab, we have to attach
            // it to the view system again.
            setActiveTab(appTab);
            loadUrlDataIn(appTab, urlData);
        }
    }

    // Remove the sub window if it exists. Also called by TabControl when the
    // user clicks the 'X' to dismiss a sub window.
    public void dismissSubWindow(Tab tab) {
        removeSubWindow(tab);
        // dismiss the subwindow. This will destroy the WebView.
        tab.dismissSubWindow();
        getCurrentTopWebView().requestFocus();
```

```
    }

    @Override
    public void removeSubWindow(Tab t) {
        if (t.getSubWebView() != null) {
            mUi.removeSubWindow(t.getSubViewContainer());
        }
    }

    @Override
    public void attachSubWindow(Tab tab) {
        if (tab.getSubWebView() != null) {
            mUi.attachSubWindow(tab.getSubViewContainer());
            getCurrentTopWebView().requestFocus();
        }
    }

    private Tab showPreloadedTab(final UrlData urlData) {
        if (!urlData.isPreloaded()) {
            return null;
        }
        final PreloadedTabControl tabControl = urlData.getPreloadedTab();
        final String sbQuery = urlData.getSearchBoxQueryToSubmit();
        if (sbQuery != null) {
            if (!tabControl.searchBoxSubmit(sbQuery, urlData.mUrl, urlData.mHeaders)) {
                // Could not submit query. Fallback to regular tab creation
                tabControl.destroy();
                return null;
            }
        }
        // check tab count and make room for new tab
        if (!mTabControl.canCreateNewTab()) {
            Tab leastUsed = mTabControl.getLeastUsedTab(getCurrentTab());
            if (leastUsed != null) {
                closeTab(leastUsed);
            }
        }
        Tab t = tabControl.getTab();
        t.refreshIdAfterPreload();
```

```
            mTabControl.addPreloadedTab(t);
            addTab(t);
            setActiveTab(t);
            return t;
        }

        // open a non inconito tab with the given url data
        // and set as active tab
        public Tab openTab(UrlData urlData) {
            Tab tab = showPreloadedTab(urlData);
            if (tab == null) {
                tab = createNewTab(false, true, true);
                if ((tab != null) && !urlData.isEmpty()) {
                    loadUrlDataIn(tab, urlData);
                }
            }
            return tab;
        }

        @Override
        public Tab openTabToHomePage() {
            return openTab(mSettings.getHomePage(), false, true, false);
        }

        @Override
        public Tab openIncognitoTab() {
            return openTab(INCOGNITO_URI, true, true, false);
        }

        @Override
        public Tab openTab(String url, boolean incognito, boolean setActive,
                boolean useCurrent) {
            return openTab(url, incognito, setActive, useCurrent, null);
        }

        @Override
        public Tab openTab(String url, Tab parent, boolean setActive,
                boolean useCurrent) {
            return openTab(url, (parent != null) && parent.isPrivateBrowsingEnabled(),
```

Case 5:12-cv-00630-LHK Document 19 Filed 02/08/12 Page 156 of 436

```
                setActive, useCurrent, parent);
    }

    public Tab openTab(String url, boolean incognito, boolean setActive,
            boolean useCurrent, Tab parent) {
        Tab tab = createNewTab(incognito, setActive, useCurrent);
        if (tab != null) {
            if (parent != null && parent != tab) {
                parent.addChildTab(tab);
            }
            if (url != null) {
                loadUrl(tab, url);
            }
        }
        return tab;
    }

    // this method will attempt to create a new tab
    // incognito: private browsing tab
    // setActive: ste tab as current tab
    // useCurrent: if no new tab can be created, return current tab
    private Tab createNewTab(boolean incognito, boolean setActive,
            boolean useCurrent) {
        Tab tab = null;
        if (mTabControl.canCreateNewTab()) {
            tab = mTabControl.createNewTab(incognito);
            addTab(tab);
            if (setActive) {
                setActiveTab(tab);
            }
        } else {
            if (useCurrent) {
                tab = mTabControl.getCurrentTab();
                reuseTab(tab, null);
            } else {
                mUi.showMaxTabsWarning();
            }
        }
        return tab;
```

```
    }

    @Override
    public SnapshotTab createNewSnapshotTab(long snapshotId, boolean setActive) {
        SnapshotTab tab = null;
        if (mTabControl.canCreateNewTab()) {
            tab = mTabControl.createSnapshotTab(snapshotId);
            addTab(tab);
            if (setActive) {
                setActiveTab(tab);
            }
        } else {
            mUi.showMaxTabsWarning();
        }
        return tab;
    }

    /**
     * @param tab the tab to switch to
     * @return boolean True if we successfully switched to a different tab.  If
     *                 the indexth tab is null, or if that tab is the same as
     *                 the current one, return false.
     */
    @Override
    public boolean switchToTab(Tab tab) {
        Tab currentTab = mTabControl.getCurrentTab();
        if (tab == null || tab == currentTab) {
            return false;
        }
        setActiveTab(tab);
        return true;
    }

    @Override
    public void closeCurrentTab() {
        closeCurrentTab(false);
    }

    protected void closeCurrentTab(boolean andQuit) {
```

```
        if (mTabControl.getTabCount() == 1) {
            mCrashRecoveryHandler.clearState();
            mTabControl.removeTab(getCurrentTab());
            mActivity.finish();
            return;
        }
        final Tab current = mTabControl.getCurrentTab();
        final int pos = mTabControl.getCurrentPosition();
        Tab newTab = current.getParent();
        if (newTab == null) {
            newTab = mTabControl.getTab(pos + 1);
            if (newTab == null) {
                newTab = mTabControl.getTab(pos - 1);
            }
        }
        if (andQuit) {
            mTabControl.setCurrentTab(newTab);
            closeTab(current);
        } else if (switchToTab(newTab)) {
            // Close window
            closeTab(current);
        }
    }

    /**
     * Close the tab, remove its associated title bar, and adjust mTabControl's
     * current tab to a valid value.
     */
    @Override
    public void closeTab(Tab tab) {
        if (tab == mTabControl.getCurrentTab()) {
            closeCurrentTab();
        } else {
            removeTab(tab);
        }
    }

    // Called when loading from context menu or LOAD_URL message
    protected void loadUrlFromContext(String url) {
```

```
        Tab tab = getCurrentTab();
        WebView view = tab != null ? tab.getWebView() : null;
        // In case the user enters nothing.
        if (url != null && url.length() != 0 && tab != null && view != null) {
            url = UrlUtils.smartUrlFilter(url);
            if (!view.getWebViewClient().shouldOverrideUrlLoading(view, url)) {
                loadUrl(tab, url);
            }
        }
    }

    /**
     * Load the URL into the given WebView and update the title bar
     * to reflect the new load.  Call this instead of WebView.loadUrl
     * directly.
     * @param view The WebView used to load url.
     * @param url The URL to load.
     */
    @Override
    public void loadUrl(Tab tab, String url) {
        loadUrl(tab, url, null);
    }

    protected void loadUrl(Tab tab, String url, Map<String, String> headers) {
        if (tab != null) {
            dismissSubWindow(tab);
            tab.loadUrl(url, headers);
            mUi.onProgressChanged(tab);
        }
    }

    /**
     * Load UrlData into a Tab and update the title bar to reflect the new
     * load.  Call this instead of UrlData.loadIn directly.
     * @param t The Tab used to load.
     * @param data The UrlData being loaded.
     */
    protected void loadUrlDataIn(Tab t, UrlData data) {
        if (data != null) {
```

```
                if (data.mVoiceIntent != null) {
                    t.activateVoiceSearchMode(data.mVoiceIntent);
                } else if (data.isPreloaded()) {
                    // this isn't called for preloaded tabs
                } else {
                    loadUrl(t, data.mUrl, data.mHeaders);
                }
            }
        }

        @Override
        public void onUserCanceledSsl(Tab tab) {
            // TODO: Figure out the "right" behavior
            if (tab.canGoBack()) {
                tab.goBack();
            } else {
                tab.loadUrl(mSettings.getHomePage(), null);
            }
        }

        void goBackOnePageOrQuit() {
            Tab current = mTabControl.getCurrentTab();
            if (current == null) {
                /*
                 * Instead of finishing the activity, simply push this to the back
                 * of the stack and let ActivityManager to choose the foreground
                 * activity. As BrowserActivity is singleTask, it will be always the
                 * root of the task. So we can use either true or false for
                 * moveTaskToBack().
                 */
                mActivity.moveTaskToBack(true);
                return;
            }
            if (current.canGoBack()) {
                current.goBack();
            } else {
                // Check to see if we are closing a window that was created by
                // another window. If so, we switch back to that window.
                Tab parent = current.getParent();
```

```
                if (parent != null) {
                    switchToTab(parent);
                    // Now we close the other tab
                    closeTab(current);
                } else {
                    if ((current.getAppId() != null) || current.closeOnBack()) {
                        closeCurrentTab(true);
                    }
                    /*
                     * Instead of finishing the activity, simply push this to the back
                     * of the stack and let ActivityManager to choose the foreground
                     * activity. As BrowserActivity is singleTask, it will be always the
                     * root of the task. So we can use either true or false for
                     * moveTaskToBack().
                     */
                    mActivity.moveTaskToBack(true);
                }
            }
        }

        /**
         * Feed the previously stored results strings to the BrowserProvider so that
         * the SearchDialog will show them instead of the standard searches.
         * @param result String to show on the editable line of the SearchDialog.
         */
        @Override
        public void showVoiceSearchResults(String result) {
            ContentProviderClient client = mActivity.getContentResolver()
                    .acquireContentProviderClient(Browser.BOOKMARKS_URI);
            ContentProvider prov = client.getLocalContentProvider();
            BrowserProvider bp = (BrowserProvider) prov;
            bp.setQueryResults(mTabControl.getCurrentTab().getVoiceSearchResults());
            client.release();

            Bundle bundle = createGoogleSearchSourceBundle(
                    GOOGLE_SEARCH_SOURCE_SEARCHKEY);
            bundle.putBoolean(SearchManager.CONTEXT_IS_VOICE, true);
            startSearch(result, false, bundle, false);
        }
```

```
    private void startSearch(String initialQuery, boolean selectInitialQuery,
            Bundle appSearchData, boolean globalSearch) {
        if (appSearchData == null) {
            appSearchData = createGoogleSearchSourceBundle(
                    GOOGLE_SEARCH_SOURCE_TYPE);
        }

        SearchEngine searchEngine = mSettings.getSearchEngine();
        if (searchEngine != null && !searchEngine.supportsVoiceSearch()) {
            appSearchData.putBoolean(SearchManager.DISABLE_VOICE_SEARCH, true);
        }
        mActivity.startSearch(initialQuery, selectInitialQuery, appSearchData,
                globalSearch);
    }

    private Bundle createGoogleSearchSourceBundle(String source) {
        Bundle bundle = new Bundle();
        bundle.putString(Search.SOURCE, source);
        return bundle;
    }

    /**
     * helper method for key handler
     * returns the current tab if it can't advance
     */
    private Tab getNextTab() {
        return mTabControl.getTab(Math.min(mTabControl.getTabCount() - 1,
                mTabControl.getCurrentPosition() + 1));
    }

    /**
     * helper method for key handler
     * returns the current tab if it can't advance
     */
    private Tab getPrevTab() {
        return  mTabControl.getTab(Math.max(0,
                mTabControl.getCurrentPosition() - 1));
    }
```

```
    /**
     * handle key events in browser
     *
     * @param keyCode
     * @param event
     * @return true if handled, false to pass to super
     */
    boolean onKeyDown(int keyCode, KeyEvent event) {
        boolean noModifiers = event.hasNoModifiers();
        // Even if MENU is already held down, we need to call to super to open
        // the IME on long press.
        if (!noModifiers
                && ((KeyEvent.KEYCODE_MENU == keyCode)
                        || (KeyEvent.KEYCODE_CTRL_LEFT == keyCode)
                        || (KeyEvent.KEYCODE_CTRL_RIGHT == keyCode))) {
            mMenuIsDown = true;
            return false;
        }

        WebView webView = getCurrentTopWebView();
        Tab tab = getCurrentTab();
        if (webView == null || tab == null) return false;

        boolean ctrl = event.hasModifiers(KeyEvent.META_CTRL_ON);
        boolean shift = event.hasModifiers(KeyEvent.META_SHIFT_ON);

        switch(keyCode) {
            case KeyEvent.KEYCODE_TAB:
                if (event.isCtrlPressed()) {
                    if (event.isShiftPressed()) {
                        // prev tab
                        switchToTab(getPrevTab());
                    } else {
                        // next tab
                        switchToTab(getNextTab());
                    }
                    return true;
                }
```

```
                break;
            case KeyEvent.KEYCODE_SPACE:
                // WebView/WebTextView handle the keys in the KeyDown. As
                // the Activity's shortcut keys are only handled when WebView
                // doesn't, have to do it in onKeyDown instead of onKeyUp.
                if (shift) {
                    pageUp();
                } else if (noModifiers) {
                    pageDown();
                }
                return true;
            case KeyEvent.KEYCODE_BACK:
                if (!noModifiers) break;
                event.startTracking();
                return true;
            case KeyEvent.KEYCODE_FORWARD:
                if (!noModifiers) break;
                tab.goForward();
                return true;
            case KeyEvent.KEYCODE_DPAD_LEFT:
                if (ctrl) {
                    tab.goBack();
                    return true;
                }
                break;
            case KeyEvent.KEYCODE_DPAD_RIGHT:
                if (ctrl) {
                    tab.goForward();
                    return true;
                }
                break;
            case KeyEvent.KEYCODE_A:
                if (ctrl) {
                    webView.selectAll();
                    return true;
                }
                break;
//          case KeyEvent.KEYCODE_B:    // menu
            case KeyEvent.KEYCODE_C:
```

```
                    if (ctrl) {
                        webView.copySelection();
                        return true;
                    }
                    break;
//              case KeyEvent.KEYCODE_D:    // menu
//              case KeyEvent.KEYCODE_E:    // in Chrome: puts '?' in URL bar
//              case KeyEvent.KEYCODE_F:    // menu
//              case KeyEvent.KEYCODE_G:    // in Chrome: finds next match
//              case KeyEvent.KEYCODE_H:    // menu
//              case KeyEvent.KEYCODE_I:    // unused
//              case KeyEvent.KEYCODE_J:    // menu
//              case KeyEvent.KEYCODE_K:    // in Chrome: puts '?' in URL bar
//              case KeyEvent.KEYCODE_L:    // menu
//              case KeyEvent.KEYCODE_M:    // unused
//              case KeyEvent.KEYCODE_N:    // in Chrome: new window
//              case KeyEvent.KEYCODE_O:    // in Chrome: open file
//              case KeyEvent.KEYCODE_P:    // in Chrome: print page
//              case KeyEvent.KEYCODE_Q:    // unused
//              case KeyEvent.KEYCODE_R:
//              case KeyEvent.KEYCODE_S:    // in Chrome: saves page
                case KeyEvent.KEYCODE_T:
                    // we can't use the ctrl/shift flags, they check for
                    // exclusive use of a modifier
                    if (event.isCtrlPressed()) {
                        if (event.isShiftPressed()) {
                            openIncognitoTab();
                        } else {
                            openTabToHomePage();
                        }
                        return true;
                    }
                    break;
//              case KeyEvent.KEYCODE_U:    // in Chrome: opens source of page
//              case KeyEvent.KEYCODE_V:    // text view intercepts to paste
//              case KeyEvent.KEYCODE_W:    // menu
//              case KeyEvent.KEYCODE_X:    // text view intercepts to cut
//              case KeyEvent.KEYCODE_Y:    // unused
//              case KeyEvent.KEYCODE_Z:    // unused
```

Case 5:12-cv-00630-LHK Document 19 Filed 02/08/12 Page 166 of 436

```
        }
        // it is a regular key and webview is not null
         return mUi.dispatchKey(keyCode, event);
    }

    boolean onKeyLongPress(int keyCode, KeyEvent event) {
        switch(keyCode) {
        case KeyEvent.KEYCODE_BACK:
            if (mUi.isWebShowing()) {
                bookmarksOrHistoryPicker(ComboViews.History);
                return true;
            }
            break;
        }
        return false;
    }

    boolean onKeyUp(int keyCode, KeyEvent event) {
        if (KeyEvent.KEYCODE_MENU == keyCode) {
            mMenuIsDown = false;
            if (event.isTracking() && !event.isCanceled()) {
                return onMenuKey();
            }
        }
        if (!event.hasNoModifiers()) return false;
        switch(keyCode) {
            case KeyEvent.KEYCODE_BACK:
                if (event.isTracking() && !event.isCanceled()) {
                    onBackKey();
                    return true;
                }
                break;
        }
        return false;
    }

    public boolean isMenuDown() {
        return mMenuIsDown;
    }
```

```

    public void setupAutoFill(Message message) {
        // Open the settings activity at the AutoFill profile fragment so that
        // the user can create a new profile. When they return, we will dispatch
        // the message so that we can autofill the form using their new profile.
        Intent intent = new Intent(mActivity, BrowserPreferencesPage.class);
        intent.putExtra(PreferenceActivity.EXTRA_SHOW_FRAGMENT,
                AutoFillSettingsFragment.class.getName());
        mAutoFillSetupMessage = message;
        mActivity.startActivityForResult(intent, AUTOFILL_SETUP);
    }

    @Override
    public void registerDropdownChangeListener(DropdownChangeListener d) {
        mUi.registerDropdownChangeListener(d);
    }

    public boolean onSearchRequested() {
        mUi.editUrl(false);
        return true;
    }

    @Override
    public boolean shouldCaptureThumbnails() {
        return mUi.shouldCaptureThumbnails();
    }

    @Override
    public void setBlockEvents(boolean block) {
        mBlockEvents = block;
    }

    public boolean dispatchKeyEvent(KeyEvent event) {
        return mBlockEvents;
    }

    public boolean dispatchKeyShortcutEvent(KeyEvent event) {
        return mBlockEvents;
    }
```

```

    public boolean dispatchTouchEvent(MotionEvent ev) {
        return mBlockEvents;
    }

    public boolean dispatchTrackballEvent(MotionEvent ev) {
        return mBlockEvents;
    }

    public boolean dispatchGenericMotionEvent(MotionEvent ev) {
        return mBlockEvents;
    }

}
```

```java
/*
 * Copyright (C) 2006 The Android Open Source Project
 *
 * Licensed under the Apache License, Version 2.0 (the "License");
 * you may not use this file except in compliance with the License.
 * You may obtain a copy of the License at
 *
 *      http://www.apache.org/licenses/LICENSE-2.0
 *
 * Unless required by applicable law or agreed to in writing, software
 * distributed under the License is distributed on an "AS IS" BASIS,
 * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
 * See the License for the specific language governing permissions and
 * limitations under the License.
 */

package android.webkit;

import android.annotation.Widget;
import android.app.AlertDialog;
import android.content.BroadcastReceiver;
import android.content.ClipboardManager;
import android.content.ComponentCallbacks2;
import android.content.Context;
import android.content.DialogInterface;
import android.content.DialogInterface.OnCancelListener;
import android.content.Intent;
import android.content.IntentFilter;
import android.content.pm.PackageInfo;
import android.content.pm.PackageManager;
import android.content.res.Configuration;
import android.database.DataSetObserver;
import android.graphics.Bitmap;
import android.graphics.BitmapFactory;
import android.graphics.BitmapShader;
import android.graphics.Canvas;
import android.graphics.Color;
import android.graphics.DrawFilter;
import android.graphics.Paint;
```

```
import android.graphics.PaintFlagsDrawFilter;
import android.graphics.Picture;
import android.graphics.Point;
import android.graphics.Rect;
import android.graphics.RectF;
import android.graphics.Region;
import android.graphics.RegionIterator;
import android.graphics.Shader;
import android.graphics.drawable.Drawable;
import android.net.Proxy;
import android.net.ProxyProperties;
import android.net.Uri;
import android.net.http.SslCertificate;
import android.os.AsyncTask;
import android.os.Bundle;
import android.os.Handler;
import android.os.Looper;
import android.os.Message;
import android.os.StrictMode;
import android.provider.Settings;
import android.speech.tts.TextToSpeech;
import android.util.AttributeSet;
import android.util.EventLog;
import android.util.Log;
import android.view.Gravity;
import android.view.HapticFeedbackConstants;
import android.view.HardwareCanvas;
import android.view.InputDevice;
import android.view.KeyCharacterMap;
import android.view.KeyEvent;
import android.view.LayoutInflater;
import android.view.MotionEvent;
import android.view.ScaleGestureDetector;
import android.view.SoundEffectConstants;
import android.view.VelocityTracker;
import android.view.View;
import android.view.ViewConfiguration;
import android.view.ViewGroup;
import android.view.ViewParent;
```

```
import android.view.ViewTreeObserver;
import android.view.accessibility.AccessibilityEvent;
import android.view.accessibility.AccessibilityManager;
import android.view.accessibility.AccessibilityNodeInfo;
import android.view.inputmethod.EditorInfo;
import android.view.inputmethod.InputConnection;
import android.view.inputmethod.InputMethodManager;
import android.webkit.WebTextView.AutoCompleteAdapter;
import android.webkit.WebViewCore.DrawData;
import android.webkit.WebViewCore.EventHub;
import android.webkit.WebViewCore.TouchEventData;
import android.webkit.WebViewCore.TouchHighlightData;
import android.widget.AbsoluteLayout;
import android.widget.Adapter;
import android.widget.AdapterView;
import android.widget.AdapterView.OnItemClickListener;
import android.widget.ArrayAdapter;
import android.widget.CheckedTextView;
import android.widget.LinearLayout;
import android.widget.ListView;
import android.widget.OverScroller;
import android.widget.Toast;

import junit.framework.Assert;

import java.io.File;
import java.io.FileInputStream;
import java.io.FileNotFoundException;
import java.io.FileOutputStream;
import java.io.IOException;
import java.io.InputStream;
import java.io.OutputStream;
import java.net.URLDecoder;
import java.util.ArrayList;
import java.util.HashMap;
import java.util.HashSet;
import java.util.List;
import java.util.Map;
import java.util.Set;
```

```
import java.util.Vector;
import java.util.regex.Matcher;
import java.util.regex.Pattern;

/**
 * <p>A View that displays web pages. This class is the basis upon which you
 * can roll your own web browser or simply display some online content within your Activity.
 * It uses the WebKit rendering engine to display
 * web pages and includes methods to navigate forward and backward
 * through a history, zoom in and out, perform text searches and more.</p>
 * <p>To enable the built-in zoom, set
 * {@link #getSettings() WebSettings}.{@link WebSettings#setBuiltInZoomControls(boolean)}
 * (introduced in API version 3).
 * <p>Note that, in order for your Activity to access the Internet and load web pages
 * in a WebView, you must add the {@code INTERNET} permissions to your
 * Android Manifest file:</p>
 * <pre>&lt;uses-permission android:name="android.permission.INTERNET" /></pre>
 *
 * <p>This must be a child of the <a
 * href="{@docRoot}guide/topics/manifest/manifest-element.html">{@code <manifest>}</a>
 * element.</p>
 *
 * <p>See the <a href="{@docRoot}resources/tutorials/views/hello-webview.html">Web View
 * tutorial</a>.</p>
 *
 * <h3>Basic usage</h3>
 *
 * <p>By default, a WebView provides no browser-like widgets, does not
 * enable JavaScript and web page errors are ignored. If your goal is only
 * to display some HTML as a part of your UI, this is probably fine;
 * the user won't need to interact with the web page beyond reading
 * it, and the web page won't need to interact with the user. If you
 * actually want a full-blown web browser, then you probably want to
 * invoke the Browser application with a URL Intent rather than show it
 * with a WebView. For example:
 * <pre>
 * Uri uri = Uri.parse("http://www.example.com");
 * Intent intent = new Intent(Intent.ACTION_VIEW, uri);
 * startActivity(intent);
```

```
 * </pre>
 * <p>See {@link android.content.Intent} for more information.</p>
 *
 * <p>To provide a WebView in your own Activity, include a {@code <WebView>} in your layout,
 * or set the entire Activity window as a WebView during {@link
 * android.app.Activity#onCreate(Bundle) onCreate()}:</p>
 * <pre class="prettyprint">
 * WebView webview = new WebView(this);
 * setContentView(webview);
 * </pre>
 *
 * <p>Then load the desired web page:</p>
 * <pre>
 * // Simplest usage: note that an exception will NOT be thrown
 * // if there is an error loading this page (see below).
 * webview.loadUrl("http://slashdot.org/");
 *
 * // OR, you can also load from an HTML string:
 * String summary = "&lt;html>&lt;body>You scored &lt;b>192&lt;/b> points.&lt;/body>&lt;/html>";
 * webview.loadData(summary, "text/html", null);
 * // ... although note that there are restrictions on what this HTML can do.
 * // See the JavaDocs for {@link #loadData(String,String,String) loadData()} and {@link
 * #loadDataWithBaseURL(String,String,String,String,String) loadDataWithBaseURL()} for more info.
 * </pre>
 *
 * <p>A WebView has several customization points where you can add your
 * own behavior. These are:</p>
 *
 * <ul>
 *   <li>Creating and setting a {@link android.webkit.WebChromeClient} subclass.
 *       This class is called when something that might impact a
 *       browser UI happens, for instance, progress updates and
 *       JavaScript alerts are sent here (see <a
 * href="{@docRoot}guide/developing/debug-tasks.html#DebuggingWebPages">Debugging Tasks</a>).
 *   </li>
 *   <li>Creating and setting a {@link android.webkit.WebViewClient} subclass.
 *       It will be called when things happen that impact the
```

```
 *       rendering of the content, eg, errors or form submissions. You
 *       can also intercept URL loading here (via {@link
 * android.webkit.WebViewClient#shouldOverrideUrlLoading(WebView,String)
 * shouldOverrideUrlLoading()}).</li>
 *   <li>Modifying the {@link android.webkit.WebSettings}, such as
 * enabling JavaScript with {@link android.webkit.WebSettings#setJavaScriptEnabled(boolean)
 * setJavaScriptEnabled()}. </li>
 *   <li>Adding JavaScript-to-Java interfaces with the {@link
 * android.webkit.WebView#addJavascriptInterface} method.
 *       This lets you bind Java objects into the WebView so they can be
 *       controlled from the web pages JavaScript.</li>
 * </ul>
 *
 * <p>Here's a more complicated example, showing error handling,
 *    settings, and progress notification:</p>
 *
 * <pre class="prettyprint">
 * // Let's display the progress in the activity title bar, like the
 * // browser app does.
 * getWindow().requestFeature(Window.FEATURE_PROGRESS);
 *
 * webview.getSettings().setJavaScriptEnabled(true);
 *
 * final Activity activity = this;
 * webview.setWebChromeClient(new WebChromeClient() {
 *   public void onProgressChanged(WebView view, int progress) {
 *     // Activities and WebViews measure progress with different scales.
 *     // The progress meter will automatically disappear when we reach 100%
 *     activity.setProgress(progress * 1000);
 *   }
 * });
 * webview.setWebViewClient(new WebViewClient() {
 *   public void onReceivedError(WebView view, int errorCode, String description, String
failingUrl) {
 *     Toast.makeText(activity, "Oh no! " + description, Toast.LENGTH_SHORT).show();
 *   }
 * });
 *
 * webview.loadUrl("http://slashdot.org/");
```

```
 * </pre>
 *
 * <h3>Cookie and window management</h3>
 *
 * <p>For obvious security reasons, your application has its own
 * cache, cookie store etc.&mdash;it does not share the Browser
 * application's data. Cookies are managed on a separate thread, so
 * operations like index building don't block the UI
 * thread. Follow the instructions in {@link android.webkit.CookieSyncManager}
 * if you want to use cookies in your application.
 * </p>
 *
 * <p>By default, requests by the HTML to open new windows are
 * ignored. This is true whether they be opened by JavaScript or by
 * the target attribute on a link. You can customize your
 * {@link WebChromeClient} to provide your own behaviour for opening multiple windows,
 * and render them in whatever manner you want.</p>
 *
 * <p>The standard behavior for an Activity is to be destroyed and
 * recreated when the device orientation or any other configuration changes. This will cause
 * the WebView to reload the current page. If you don't want that, you
 * can set your Activity to handle the {@code orientation} and {@code keyboardHidden}
 * changes, and then just leave the WebView alone. It'll automatically
 * re-orient itself as appropriate. Read <a
 * href="{@docRoot}guide/topics/resources/runtime-changes.html">Handling Runtime Changes</a> for
 * more information about how to handle configuration changes during runtime.</p>
 *
 *
 * <h3>Building web pages to support different screen densities</h3>
 *
 * <p>The screen density of a device is based on the screen resolution. A screen with low density
 * has fewer available pixels per inch, where a screen with high density
 * has more &mdash; sometimes significantly more &mdash; pixels per inch. The density of a
 * screen is important because, other things being equal, a UI element (such as a button) whose
 * height and width are defined in terms of screen pixels will appear larger on the lower density
```

```
     * screen and smaller on the higher density screen.
     * For simplicity, Android collapses all actual screen densities into three generalized densities:
     * high, medium, and low.</p>
     * <p>By default, WebView scales a web page so that it is drawn at a size that matches the default
     * appearance on a medium density screen. So, it applies 1.5x scaling on a high density screen
     * (because its pixels are smaller) and 0.75x scaling on a low density screen (because its pixels
     * are bigger).
     * Starting with API Level 5 (Android 2.0), WebView supports DOM, CSS, and meta tag features to help
     * you (as a web developer) target screens with different screen densities.</p>
     * <p>Here's a summary of the features you can use to handle different screen densities:</p>
     * <ul>
     * <li>The {@code window.devicePixelRatio} DOM property. The value of this property specifies the
     * default scaling factor used for the current device. For example, if the value of {@code
     * window.devicePixelRatio} is "1.0", then the device is considered a medium density (mdpi) device
     * and default scaling is not applied to the web page; if the value is "1.5", then the device is
     * considered a high density device (hdpi) and the page content is scaled 1.5x; if the
     * value is "0.75", then the device is considered a low density device (ldpi) and the content is
     * scaled 0.75x. However, if you specify the {@code "target-densitydpi"} meta property
     * (discussed below), then you can stop this default scaling behavior.</li>
     * <li>The {@code -webkit-device-pixel-ratio} CSS media query. Use this to specify the screen
     * densities for which this style sheet is to be used. The corresponding value should be either
     * "0.75", "1", or "1.5", to indicate that the styles are for devices with low density, medium
     * density, or high density screens, respectively. For example:
     * <pre>
     * &lt;link rel="stylesheet" media="screen and (-webkit-device-pixel-ratio:1.5)" href="hdpi.css" /&gt;</pre>
     * <p>The {@code hdpi.css} stylesheet is only used for devices with a screen pixel ration of 1.5,
```

```
 * which is the high density pixel ratio.</p>
 * </li>
 * <li>The {@code target-densitydpi} property for the {@code viewport} meta tag. You can use
 * this to specify the target density for which the web page is designed, using the following
 * values:
 * <ul>
 * <li>{@code device-dpi} - Use the device's native dpi as the target dpi. Default scaling never
 * occurs.</li>
 * <li>{@code high-dpi} - Use hdpi as the target dpi. Medium and low density screens scale down
 * as appropriate.</li>
 * <li>{@code medium-dpi} - Use mdpi as the target dpi. High density screens scale up and
 * low density screens scale down. This is also the default behavior.</li>
 * <li>{@code low-dpi} - Use ldpi as the target dpi. Medium and high density screens scale up
 * as appropriate.</li>
 * <li><em>{@code <value>}</em> - Specify a dpi value to use as the target dpi (accepted
 * values are 70-400).</li>
 * </ul>
 * <p>Here's an example meta tag to specify the target density:</p>
 * <pre>&lt;meta name="viewport" content="target-densitydpi=device-dpi" /&gt;</pre></li>
 * </ul>
 * <p>If you want to modify your web page for different densities, by using the {@code
 * -webkit-device-pixel-ratio} CSS media query and/or the {@code
 * window.devicePixelRatio} DOM property, then you should set the {@code target-densitydpi} meta
 * property to {@code device-dpi}. This stops Android from performing scaling in your web page and
 * allows you to make the necessary adjustments for each density via CSS and JavaScript.</p>
 *
 *
 */
@Widget
public class WebView extends AbsoluteLayout
        implements ViewTreeObserver.OnGlobalFocusChangeListener,
        ViewGroup.OnHierarchyChangeListener {

    private class InnerGlobalLayoutListener implements ViewTreeObserver.OnGlobalLayoutListener {
```

```
        public void onGlobalLayout() {
            if (isShown()) {
                setGLRectViewport();
            }
        }
    }

    private class InnerScrollChangedListener implements ViewTreeObserver.
OnScrollChangedListener {
        public void onScrollChanged() {
            if (isShown()) {
                setGLRectViewport();
            }
        }
    }

    // The listener to capture global layout change event.
    private InnerGlobalLayoutListener mGlobalLayoutListener = null;

    // The listener to capture scroll event.
    private InnerScrollChangedListener mScrollChangedListener = null;

    // if AUTO_REDRAW_HACK is true, then the CALL key will toggle redrawing
    // the screen all-the-time. Good for profiling our drawing code
    static private final boolean AUTO_REDRAW_HACK = false;
    // true means redraw the screen all-the-time. Only with AUTO_REDRAW_HACK
    private boolean mAutoRedraw;

    // Reference to the AlertDialog displayed by InvokeListBox.
    // It's used to dismiss the dialog in destroy if not done before.
    private AlertDialog mListBoxDialog = null;

    static final String LOGTAG = "webview";

    private ZoomManager mZoomManager;

    private final Rect mGLRectViewport = new Rect();
    private final Rect mViewRectViewport = new Rect();
    private boolean mGLViewportEmpty = false;
```

```
    /**
     *  Transportation object for returning WebView across thread boundaries.
     */
    public class WebViewTransport {
        private WebView mWebview;

        /**
         * Set the WebView to the transportation object.
         * @param webview The WebView to transport.
         */
        public synchronized void setWebView(WebView webview) {
            mWebview = webview;
        }

        /**
         * Return the WebView object.
         * @return WebView The transported WebView object.
         */
        public synchronized WebView getWebView() {
            return mWebview;
        }
    }

    private static class OnTrimMemoryListener implements ComponentCallbacks2 {
        private static OnTrimMemoryListener sInstance = null;

        static void init(Context c) {
            if (sInstance == null) {
                sInstance = new OnTrimMemoryListener(c.getApplicationContext());
            }
        }

        private OnTrimMemoryListener(Context c) {
            c.registerComponentCallbacks(this);
        }

        @Override
        public void onConfigurationChanged(Configuration newConfig) {
```

```
                // Ignore
            }

            @Override
            public void onLowMemory() {
                // Ignore
            }

            @Override
            public void onTrimMemory(int level) {
                if (DebugFlags.WEB_VIEW) {
                    Log.d("WebView", "onTrimMemory: " + level);
                }
                WebView.nativeOnTrimMemory(level);
            }

        }

        // A final CallbackProxy shared by WebViewCore and BrowserFrame.
        private final CallbackProxy mCallbackProxy;

        private final WebViewDatabase mDatabase;

        // SSL certificate for the main top-level page (if secure)
        private SslCertificate mCertificate;

        // Native WebView pointer that is 0 until the native object has been
        // created.
        private int mNativeClass;
        // This would be final but it needs to be set to null when the WebView is
        // destroyed.
        private WebViewCore mWebViewCore;
        // Handler for dispatching UI messages.
        /* package */ final Handler mPrivateHandler = new PrivateHandler();
        private WebTextView mWebTextView;
        // Used to ignore changes to webkit text that arrives to the UI side after
        // more key events.
        private int mTextGeneration;

```

```
    /* package */ void incrementTextGeneration() { mTextGeneration++; }

    // Used by WebViewCore to create child views.
    /* package */ final ViewManager mViewManager;

    // Used to display in full screen mode
    PluginFullScreenHolder mFullScreenHolder;

    /**
     * Position of the last touch event in pixels.
     * Use integer to prevent loss of dragging delta calculation accuracy;
     * which was done in float and converted to integer, and resulted in gradual
     * and compounding touch position and view dragging mismatch.
     */
    private int mLastTouchX;
    private int mLastTouchY;
    private int mStartTouchX;
    private int mStartTouchY;
    private float mAverageAngle;

    /**
     * Time of the last touch event.
     */
    private long mLastTouchTime;

    /**
     * Time of the last time sending touch event to WebViewCore
     */
    private long mLastSentTouchTime;

    /**
     * The minimum elapsed time before sending another ACTION_MOVE event to
     * WebViewCore. This really should be tuned for each type of the devices.
     * For example in Google Map api test case, it takes Dream device at least
     * 150ms to do a full cycle in the WebViewCore by processing a touch event,
     * triggering the layout and drawing the picture. While the same process
     * takes 60+ms on the current high speed device. If we make
     * TOUCH_SENT_INTERVAL too small, there will be multiple touch events sent
     * to WebViewCore queue and the real layout and draw events will be pushed
```

```
     * to further, which slows down the refresh rate. Choose 50 to favor the
     * current high speed devices. For Dream like devices, 100 is a better
     * choice. Maybe make this in the buildspec later.
     * (Update 12/14/2010: changed to 0 since current device should be able to
     * handle the raw events and Map team voted to have the raw events too.
     */
    private static final int TOUCH_SENT_INTERVAL = 0;
    private int mCurrentTouchInterval = TOUCH_SENT_INTERVAL;

    /**
     * Helper class to get velocity for fling
     */
    VelocityTracker mVelocityTracker;
    private int mMaximumFling;
    private float mLastVelocity;
    private float mLastVelX;
    private float mLastVelY;

    // The id of the native layer being scrolled.
    private int mScrollingLayer;
    private Rect mScrollingLayerRect = new Rect();

    // only trigger accelerated fling if the new velocity is at least
    // MINIMUM_VELOCITY_RATIO_FOR_ACCELERATION times of the previous velocity
    private static final float MINIMUM_VELOCITY_RATIO_FOR_ACCELERATION = 0.2f;

    /**
     * Touch mode
     */
    private int mTouchMode = TOUCH_DONE_MODE;
    private static final int TOUCH_INIT_MODE = 1;
    private static final int TOUCH_DRAG_START_MODE = 2;
    private static final int TOUCH_DRAG_MODE = 3;
    private static final int TOUCH_SHORTPRESS_START_MODE = 4;
    private static final int TOUCH_SHORTPRESS_MODE = 5;
    private static final int TOUCH_DOUBLE_TAP_MODE = 6;
    private static final int TOUCH_DONE_MODE = 7;
    private static final int TOUCH_PINCH_DRAG = 8;
    private static final int TOUCH_DRAG_LAYER_MODE = 9;
```

```
    // Whether to forward the touch events to WebCore
    // Can only be set by WebKit via JNI.
    private boolean mForwardTouchEvents = false;

    // Whether to prevent default during touch. The initial value depends on
    // mForwardTouchEvents. If WebCore wants all the touch events, it says yes
    // for touch down. Otherwise UI will wait for the answer of the first
    // confirmed move before taking over the control.
    private static final int PREVENT_DEFAULT_NO = 0;
    private static final int PREVENT_DEFAULT_MAYBE_YES = 1;
    private static final int PREVENT_DEFAULT_NO_FROM_TOUCH_DOWN = 2;
    private static final int PREVENT_DEFAULT_YES = 3;
    private static final int PREVENT_DEFAULT_IGNORE = 4;
    private int mPreventDefault = PREVENT_DEFAULT_IGNORE;

    // true when the touch movement exceeds the slop
    private boolean mConfirmMove;

    // if true, touch events will be first processed by WebCore, if prevent
    // default is not set, the UI will continue handle them.
    private boolean mDeferTouchProcess;

    // to avoid interfering with the current touch events, track them
    // separately. Currently no snapping or fling in the deferred process mode
    private int mDeferTouchMode = TOUCH_DONE_MODE;
    private float mLastDeferTouchX;
    private float mLastDeferTouchY;

    // To keep track of whether the current drag was initiated by a WebTextView,
    // so that we know not to hide the cursor
    boolean mDragFromTextInput;

    // Whether or not to draw the cursor ring.
    private boolean mDrawCursorRing = true;

    // true if onPause has been called (and not onResume)
    private boolean mIsPaused;

```

```
    private HitTestResult mInitialHitTestResult;

    /**
     * Customizable constant
     */
    // pre-computed square of ViewConfiguration.getScaledTouchSlop()
    private int mTouchSlopSquare;
    // pre-computed square of ViewConfiguration.getScaledDoubleTapSlop()
    private int mDoubleTapSlopSquare;
    // pre-computed density adjusted navigation slop
    private int mNavSlop;
    // This should be ViewConfiguration.getTapTimeout()
    // But system time out is 100ms, which is too short for the browser.
    // In the browser, if it switches out of tap too soon, jump tap won't work.
    // In addition, a double tap on a trackpad will always have a duration of
    // 300ms, so this value must be at least that (otherwise we will timeout the
    // first tap and convert it to a long press).
    private static final int TAP_TIMEOUT = 300;
    // This should be ViewConfiguration.getLongPressTimeout()
    // But system time out is 500ms, which is too short for the browser.
    // With a short timeout, it's difficult to treat trigger a short press.
    private static final int LONG_PRESS_TIMEOUT = 1000;
    // needed to avoid flinging after a pause of no movement
    private static final int MIN_FLING_TIME = 250;
    // draw unfiltered after drag is held without movement
    private static final int MOTIONLESS_TIME = 100;
    // The amount of content to overlap between two screens when going through
    // pages with the space bar, in pixels.
    private static final int PAGE_SCROLL_OVERLAP = 24;

    /**
     * These prevent calling requestLayout if either dimension is fixed. This
     * depends on the layout parameters and the measure specs.
     */
    boolean mWidthCanMeasure;
    boolean mHeightCanMeasure;

    // Remember the last dimensions we sent to the native side so we can avoid
    // sending the same dimensions more than once.
```

```
    int mLastWidthSent;
    int mLastHeightSent;
    // Since view height sent to webkit could be fixed to avoid relayout, this
    // value records the last sent actual view height.
    int mLastActualHeightSent;

    private int mContentWidth;   // cache of value from WebViewCore
    private int mContentHeight;  // cache of value from WebViewCore

    // Need to have the separate control for horizontal and vertical scrollbar
    // style than the View's single scrollbar style
    private boolean mOverlayHorizontalScrollbar = true;
    private boolean mOverlayVerticalScrollbar = false;

    // our standard speed. this way small distances will be traversed in less
    // time than large distances, but we cap the duration, so that very large
    // distances won't take too long to get there.
    private static final int STD_SPEED = 480;  // pixels per second
    // time for the longest scroll animation
    private static final int MAX_DURATION = 750;   // milliseconds
    private static final int SLIDE_TITLE_DURATION = 500;   // milliseconds

    // Used by OverScrollGlow
    OverScroller mScroller;

    private boolean mInOverScrollMode = false;
    private static Paint mOverScrollBackground;
    private static Paint mOverScrollBorder;

    private boolean mWrapContent;
    private static final int MOTIONLESS_FALSE           = 0;
    private static final int MOTIONLESS_PENDING         = 1;
    private static final int MOTIONLESS_TRUE            = 2;
    private static final int MOTIONLESS_IGNORE          = 3;
    private int mHeldMotionless;

    // An instance for injecting accessibility in WebViews with disabled
    // JavaScript or ones for which no accessibility script exists
    private AccessibilityInjector mAccessibilityInjector;
```

```java

    // flag indicating if accessibility script is injected so we
    // know to handle Shift and arrows natively first
    private boolean mAccessibilityScriptInjected;

    static final boolean USE_JAVA_TEXT_SELECTION = true;
    private Region mTextSelectionRegion = new Region();
    private Paint mTextSelectionPaint;
    private Drawable mSelectHandleLeft;
    private Drawable mSelectHandleRight;

    static final boolean USE_WEBKIT_RINGS = false;
    // the color used to highlight the touch rectangles
    private static final int HIGHLIGHT_COLOR = 0x6633b5e5;
    // the round corner for the highlight path
    private static final float TOUCH_HIGHLIGHT_ARC = 5.0f;
    // the region indicating where the user touched on the screen
    private Region mTouchHighlightRegion = new Region();
    // the paint for the touch highlight
    private Paint mTouchHightlightPaint;
    // debug only
    private static final boolean DEBUG_TOUCH_HIGHLIGHT = true;
    private static final int TOUCH_HIGHLIGHT_ELAPSE_TIME = 2000;
    private Paint mTouchCrossHairColor;
    private int mTouchHighlightX;
    private int mTouchHighlightY;
    private long mTouchHighlightRequested;

    // Basically this proxy is used to tell the Video to update layer tree at
    // SetBaseLayer time and to pause when WebView paused.
    private HTML5VideoViewProxy mHTML5VideoViewProxy;

    // If we are using a set picture, don't send view updates to webkit
    private boolean mBlockWebkitViewMessages = false;

    // cached value used to determine if we need to switch drawing models
    private boolean mHardwareAccelSkia = false;

    /*
```

```
     * Private message ids
     */
    private static final int REMEMBER_PASSWORD          = 1;
    private static final int NEVER_REMEMBER_PASSWORD    = 2;
    private static final int SWITCH_TO_SHORTPRESS       = 3;
    private static final int SWITCH_TO_LONGPRESS        = 4;
    private static final int RELEASE_SINGLE_TAP         = 5;
    private static final int REQUEST_FORM_DATA          = 6;
    private static final int RESUME_WEBCORE_PRIORITY    = 7;
    private static final int DRAG_HELD_MOTIONLESS       = 8;
    private static final int AWAKEN_SCROLL_BARS         = 9;
    private static final int PREVENT_DEFAULT_TIMEOUT    = 10;
    private static final int SCROLL_SELECT_TEXT         = 11;

    private static final int FIRST_PRIVATE_MSG_ID = REMEMBER_PASSWORD;
    private static final int LAST_PRIVATE_MSG_ID = SCROLL_SELECT_TEXT;

    /*
     * Package message ids
     */
    static final int SCROLL_TO_MSG_ID                   = 101;
    static final int NEW_PICTURE_MSG_ID                 = 105;
    static final int UPDATE_TEXT_ENTRY_MSG_ID           = 106;
    static final int WEBCORE_INITIALIZED_MSG_ID         = 107;
    static final int UPDATE_TEXTFIELD_TEXT_MSG_ID       = 108;
    static final int UPDATE_ZOOM_RANGE                  = 109;
    static final int UNHANDLED_NAV_KEY                  = 110;
    static final int CLEAR_TEXT_ENTRY                   = 111;
    static final int UPDATE_TEXT_SELECTION_MSG_ID       = 112;
    static final int SHOW_RECT_MSG_ID                   = 113;
    static final int LONG_PRESS_CENTER                  = 114;
    static final int PREVENT_TOUCH_ID                   = 115;
    static final int WEBCORE_NEED_TOUCH_EVENTS          = 116;
    // obj=Rect in doc coordinates
    static final int INVAL_RECT_MSG_ID                  = 117;
    static final int REQUEST_KEYBOARD                   = 118;
    static final int DO_MOTION_UP                       = 119;
    static final int SHOW_FULLSCREEN                    = 120;
```

```
    static final int HIDE_FULLSCREEN                    = 121;
    static final int DOM_FOCUS_CHANGED                  = 122;
    static final int REPLACE_BASE_CONTENT               = 123;
    static final int FORM_DID_BLUR                      = 124;
    static final int RETURN_LABEL                       = 125;
    static final int FIND_AGAIN                         = 126;
    static final int CENTER_FIT_RECT                    = 127;
    static final int REQUEST_KEYBOARD_WITH_SELECTION_MSG_ID = 128;
    static final int SET_SCROLLBAR_MODES                = 129;
    static final int SELECTION_STRING_CHANGED           = 130;
    static final int SET_TOUCH_HIGHLIGHT_RECTS          = 131;
    static final int SAVE_WEBARCHIVE_FINISHED           = 132;

    static final int SET_AUTOFILLABLE                   = 133;
    static final int AUTOFILL_COMPLETE                  = 134;

    static final int SELECT_AT                          = 135;
    static final int SCREEN_ON                          = 136;
    static final int ENTER_FULLSCREEN_VIDEO             = 137;
    static final int UPDATE_SELECTION                   = 138;

    private static final int FIRST_PACKAGE_MSG_ID = SCROLL_TO_MSG_ID;
    private static final int LAST_PACKAGE_MSG_ID = SET_TOUCH_HIGHLIGHT_RECTS;

    static final String[] HandlerPrivateDebugString = {
        "REMEMBER_PASSWORD", //            = 1;
        "NEVER_REMEMBER_PASSWORD", //      = 2;
        "SWITCH_TO_SHORTPRESS", //         = 3;
        "SWITCH_TO_LONGPRESS", //          = 4;
        "RELEASE_SINGLE_TAP", //           = 5;
        "REQUEST_FORM_DATA", //            = 6;
        "RESUME_WEBCORE_PRIORITY", //      = 7;
        "DRAG_HELD_MOTIONLESS", //         = 8;
        "AWAKEN_SCROLL_BARS", //           = 9;
        "PREVENT_DEFAULT_TIMEOUT", //      = 10;
        "SCROLL_SELECT_TEXT" //            = 11;
    };

    static final String[] HandlerPackageDebugString = {
```

```
        "SCROLL_TO_MSG_ID", //                  = 101;
        "102", //                               = 102;
        "103", //                               = 103;
        "104", //                               = 104;
        "NEW_PICTURE_MSG_ID", //                = 105;
        "UPDATE_TEXT_ENTRY_MSG_ID", //          = 106;
        "WEBCORE_INITIALIZED_MSG_ID", //        = 107;
        "UPDATE_TEXTFIELD_TEXT_MSG_ID", //      = 108;
        "UPDATE_ZOOM_RANGE", //                 = 109;
        "UNHANDLED_NAV_KEY", //                 = 110;
        "CLEAR_TEXT_ENTRY", //                  = 111;
        "UPDATE_TEXT_SELECTION_MSG_ID", //      = 112;
        "SHOW_RECT_MSG_ID", //                  = 113;
        "LONG_PRESS_CENTER", //                 = 114;
        "PREVENT_TOUCH_ID", //                  = 115;
        "WEBCORE_NEED_TOUCH_EVENTS", //         = 116;
        "INVAL_RECT_MSG_ID", //                 = 117;
        "REQUEST_KEYBOARD", //                  = 118;
        "DO_MOTION_UP", //                      = 119;
        "SHOW_FULLSCREEN", //                   = 120;
        "HIDE_FULLSCREEN", //                   = 121;
        "DOM_FOCUS_CHANGED", //                 = 122;
        "REPLACE_BASE_CONTENT", //              = 123;
        "FORM_DID_BLUR", //                     = 124;
        "RETURN_LABEL", //                      = 125;
        "FIND_AGAIN", //                        = 126;
        "CENTER_FIT_RECT", //                   = 127;
        "REQUEST_KEYBOARD_WITH_SELECTION_MSG_ID", // = 128;
        "SET_SCROLLBAR_MODES", //               = 129;
        "SELECTION_STRING_CHANGED", //          = 130;
        "SET_TOUCH_HIGHLIGHT_RECTS", //         = 131;
        "SAVE_WEBARCHIVE_FINISHED", //          = 132;
        "SET_AUTOFILLABLE", //                  = 133;
        "AUTOFILL_COMPLETE", //                 = 134;
        "SELECT_AT", //                         = 135;
        "SCREEN_ON", //                         = 136;
        "ENTER_FULLSCREEN_VIDEO" //             = 137;
    };

```

```
    // If the site doesn't use the viewport meta tag to specify the viewport,
    // use DEFAULT_VIEWPORT_WIDTH as the default viewport width
    static final int DEFAULT_VIEWPORT_WIDTH = 980;

    // normally we try to fit the content to the minimum preferred width
    // calculated by the Webkit. To avoid the bad behavior when some site's
    // minimum preferred width keeps growing when changing the viewport width or
    // the minimum preferred width is huge, an upper limit is needed.
    static int sMaxViewportWidth = DEFAULT_VIEWPORT_WIDTH;

    // initial scale in percent. 0 means using default.
    private int mInitialScaleInPercent = 0;

    // Whether or not a scroll event should be sent to webkit.  This is only set
    // to false when restoring the scroll position.
    private boolean mSendScrollEvent = true;

    private int mSnapScrollMode = SNAP_NONE;
    private static final int SNAP_NONE = 0;
    private static final int SNAP_LOCK = 1; // not a separate state
    private static final int SNAP_X = 2; // may be combined with SNAP_LOCK
    private static final int SNAP_Y = 4; // may be combined with SNAP_LOCK
    private boolean mSnapPositive;

    // keep these in sync with their counterparts in WebView.cpp
    private static final int DRAW_EXTRAS_NONE = 0;
    private static final int DRAW_EXTRAS_FIND = 1;
    private static final int DRAW_EXTRAS_SELECTION = 2;
    private static final int DRAW_EXTRAS_CURSOR_RING = 3;

    // keep this in sync with WebCore:ScrollbarMode in WebKit
    private static final int SCROLLBAR_AUTO = 0;
    private static final int SCROLLBAR_ALWAYSOFF = 1;
    // as we auto fade scrollbar, this is ignored.
    private static final int SCROLLBAR_ALWAYSON = 2;
    private int mHorizontalScrollBarMode = SCROLLBAR_AUTO;
    private int mVerticalScrollBarMode = SCROLLBAR_AUTO;

    // constants for determining script injection strategy
```

```
    private static final int ACCESSIBILITY_SCRIPT_INJECTION_UNDEFINED = -1;
    private static final int ACCESSIBILITY_SCRIPT_INJECTION_OPTED_OUT = 0;
    private static final int ACCESSIBILITY_SCRIPT_INJECTION_PROVIDED = 1;

    // the alias via which accessibility JavaScript interface is exposed
    private static final String ALIAS_ACCESSIBILITY_JS_INTERFACE = "accessibility";

    // JavaScript to inject the script chooser which will
    // pick the right script for the current URL
    private static final String ACCESSIBILITY_SCRIPT_CHOOSER_JAVASCRIPT =
        "javascript:(function() {" +
        "    var chooser = document.createElement('script');" +
        "    chooser.type = 'text/javascript';" +
        "    chooser.src = 'https://ssl.gstatic.com/accessibility/javascript/android/
AndroidScriptChooser.user.js';" +
        "    document.getElementsByTagName('head')[0].appendChild(chooser);" +
        "  })();";

    // Regular expression that matches the "axs" URL parameter.
    // The value of 0 means the accessibility script is opted out
    // The value of 1 means the accessibility script is already injected
    private static final String PATTERN_MATCH_AXS_URL_PARAMETER = "(\\?axs=(0|1))|(&axs=(0|1)
)";

    // TextToSpeech instance exposed to JavaScript to the injected screenreader.
    private TextToSpeech mTextToSpeech;

    // variable to cache the above pattern in case accessibility is enabled.
    private Pattern mMatchAxsUrlParameterPattern;

    /**
     * Max distance to overscroll by in pixels.
     * This how far content can be pulled beyond its normal bounds by the user.
     */
    private int mOverscrollDistance;

    /**
     * Max distance to overfling by in pixels.
     * This is how far flinged content can move beyond the end of its normal bounds.
```

```
     */
    private int mOverflingDistance;

    private OverScrollGlow mOverScrollGlow;

    // Used to match key downs and key ups
    private Vector<Integer> mKeysPressed;

    /* package */ static boolean mLogEvent = true;

    // for event log
    private long mLastTouchUpTime = 0;

    private WebViewCore.AutoFillData mAutoFillData;

    private static boolean sNotificationsEnabled = true;

    /**
     * URI scheme for telephone number
     */
    public static final String SCHEME_TEL = "tel:";
    /**
     * URI scheme for email address
     */
    public static final String SCHEME_MAILTO = "mailto:";
    /**
     * URI scheme for map address
     */
    public static final String SCHEME_GEO = "geo:0,0?q=";

    private int mBackgroundColor = Color.WHITE;

    private static final long SELECT_SCROLL_INTERVAL = 1000 / 60; // 60 / second
    private int mAutoScrollX = 0;
    private int mAutoScrollY = 0;
    private int mMinAutoScrollX = 0;
    private int mMaxAutoScrollX = 0;
    private int mMinAutoScrollY = 0;
    private int mMaxAutoScrollY = 0;
```

```
    private Rect mScrollingLayerBounds = new Rect();
    private boolean mSentAutoScrollMessage = false;

    // used for serializing asynchronously handled touch events.
    private final TouchEventQueue mTouchEventQueue = new TouchEventQueue();

    // Used to track whether picture updating was paused due to a window focus change.
    private boolean mPictureUpdatePausedForFocusChange = false;

    // Used to notify listeners of a new picture.
    private PictureListener mPictureListener;
    /**
     * Interface to listen for new pictures as they change.
     * @deprecated This interface is now obsolete.
     */
    @Deprecated
    public interface PictureListener {
        /**
         * Notify the listener that the picture has changed.
         * @param view The WebView that owns the picture.
         * @param picture The new picture.
         * @deprecated This method is now obsolete.
         */
        @Deprecated
        public void onNewPicture(WebView view, Picture picture);
    }

    // FIXME: Want to make this public, but need to change the API file.
    public /*static*/ class HitTestResult {
        /**
         * Default HitTestResult, where the target is unknown
         */
        public static final int UNKNOWN_TYPE = 0;
        /**
         * @deprecated This type is no longer used.
         */
        @Deprecated
        public static final int ANCHOR_TYPE = 1;
        /**
```

```
         * HitTestResult for hitting a phone number
         */
        public static final int PHONE_TYPE = 2;
        /**
         * HitTestResult for hitting a map address
         */
        public static final int GEO_TYPE = 3;
        /**
         * HitTestResult for hitting an email address
         */
        public static final int EMAIL_TYPE = 4;
        /**
         * HitTestResult for hitting an HTML::img tag
         */
        public static final int IMAGE_TYPE = 5;
        /**
         * @deprecated This type is no longer used.
         */
        @Deprecated
        public static final int IMAGE_ANCHOR_TYPE = 6;
        /**
         * HitTestResult for hitting a HTML::a tag with src=http
         */
        public static final int SRC_ANCHOR_TYPE = 7;
        /**
         * HitTestResult for hitting a HTML::a tag with src=http + HTML::img
         */
        public static final int SRC_IMAGE_ANCHOR_TYPE = 8;
        /**
         * HitTestResult for hitting an edit text area
         */
        public static final int EDIT_TEXT_TYPE = 9;

        private int mType;
        private String mExtra;

        HitTestResult() {
            mType = UNKNOWN_TYPE;
        }
```

```

        private void setType(int type) {
            mType = type;
        }

        private void setExtra(String extra) {
            mExtra = extra;
        }

        public int getType() {
            return mType;
        }

        public String getExtra() {
            return mExtra;
        }
    }

    /**
     * Construct a new WebView with a Context object.
     * @param context A Context object used to access application assets.
     */
    public WebView(Context context) {
        this(context, null);
    }

    /**
     * Construct a new WebView with layout parameters.
     * @param context A Context object used to access application assets.
     * @param attrs An AttributeSet passed to our parent.
     */
    public WebView(Context context, AttributeSet attrs) {
        this(context, attrs, com.android.internal.R.attr.webViewStyle);
    }

    /**
     * Construct a new WebView with layout parameters and a default style.
     * @param context A Context object used to access application assets.
     * @param attrs An AttributeSet passed to our parent.
```

```
     * @param defStyle The default style resource ID.
     */
    public WebView(Context context, AttributeSet attrs, int defStyle) {
        this(context, attrs, defStyle, false);
    }

    /**
     * Construct a new WebView with layout parameters and a default style.
     * @param context A Context object used to access application assets.
     * @param attrs An AttributeSet passed to our parent.
     * @param defStyle The default style resource ID.
     */
    public WebView(Context context, AttributeSet attrs, int defStyle,
            boolean privateBrowsing) {
        this(context, attrs, defStyle, null, privateBrowsing);
    }

    /**
     * Construct a new WebView with layout parameters, a default style and a set
     * of custom Javscript interfaces to be added to the WebView at initialization
     * time. This guarantees that these interfaces will be available when the JS
     * context is initialized.
     * @param context A Context object used to access application assets.
     * @param attrs An AttributeSet passed to our parent.
     * @param defStyle The default style resource ID.
     * @param javaScriptInterfaces is a Map of interface names, as keys, and
     * object implementing those interfaces, as values.
     * @hide pending API council approval.
     */
    protected WebView(Context context, AttributeSet attrs, int defStyle,
            Map<String, Object> javaScriptInterfaces, boolean privateBrowsing) {
        super(context, attrs, defStyle);
        checkThread();

        if (context == null) {
            throw new IllegalArgumentException("Invalid context argument");
        }

        // Used by the chrome stack to find application paths
```

```
        JniUtil.setContext(context);

        mCallbackProxy = new CallbackProxy(context, this);
        mViewManager = new ViewManager(this);
        L10nUtils.setApplicationContext(context.getApplicationContext());
        mWebViewCore = new WebViewCore(context, this, mCallbackProxy, javaScriptInterfaces);
        mDatabase = WebViewDatabase.getInstance(context);
        mScroller = new OverScroller(context, null, 0, 0, false); //TODO Use OverScroller's
    flywheel
        mZoomManager = new ZoomManager(this, mCallbackProxy);

        /* The init method must follow the creation of certain member variables,
         * such as the mZoomManager.
         */
        init();
        setupPackageListener(context);
        setupProxyListener(context);
        updateMultiTouchSupport(context);

        if (privateBrowsing) {
            startPrivateBrowsing();
        }

        mAutoFillData = new WebViewCore.AutoFillData();
    }

    private static class ProxyReceiver extends BroadcastReceiver {
        @Override
        public void onReceive(Context context, Intent intent) {
            if (intent.getAction().equals(Proxy.PROXY_CHANGE_ACTION)) {
                handleProxyBroadcast(intent);
            }
        }
    }

    /*
     * Receiver for PROXY_CHANGE_ACTION, will be null when it is not added handling
    broadcasts.
     */
```

```
    private static ProxyReceiver sProxyReceiver;

    /*
     * @param context This method expects this to be a valid context
     */
    private static synchronized void setupProxyListener(Context context) {
        if (sProxyReceiver != null || sNotificationsEnabled == false) {
            return;
        }
        IntentFilter filter = new IntentFilter();
        filter.addAction(Proxy.PROXY_CHANGE_ACTION);
        sProxyReceiver = new ProxyReceiver();
        Intent currentProxy = context.getApplicationContext().registerReceiver(
                sProxyReceiver, filter);
        if (currentProxy != null) {
            handleProxyBroadcast(currentProxy);
        }
    }

    /*
     * @param context This method expects this to be a valid context
     */
    private static synchronized void disableProxyListener(Context context) {
        if (sProxyReceiver == null)
            return;

        context.getApplicationContext().unregisterReceiver(sProxyReceiver);
        sProxyReceiver = null;
    }

    private static void handleProxyBroadcast(Intent intent) {
        ProxyProperties proxyProperties = (ProxyProperties)intent.getExtra(Proxy.
EXTRA_PROXY_INFO);
        if (proxyProperties == null || proxyProperties.getHost() == null) {
            WebViewCore.sendStaticMessage(EventHub.PROXY_CHANGED, null);
            return;
        }
        WebViewCore.sendStaticMessage(EventHub.PROXY_CHANGED, proxyProperties);
    }
```

```
    /*
     * A variable to track if there is a receiver added for ACTION_PACKAGE_ADDED
     * or ACTION_PACKAGE_REMOVED.
     */
    private static boolean sPackageInstallationReceiverAdded = false;

    /*
     * A set of Google packages we monitor for the
     * navigator.isApplicationInstalled() API. Add additional packages as
     * needed.
     */
    private static Set<String> sGoogleApps;
    static {
        sGoogleApps = new HashSet<String>();
        sGoogleApps.add("com.google.android.youtube");
    }

    private static class PackageListener extends BroadcastReceiver {
        @Override
        public void onReceive(Context context, Intent intent) {
            final String action = intent.getAction();
            final String packageName = intent.getData().getSchemeSpecificPart();
            final boolean replacing = intent.getBooleanExtra(Intent.EXTRA_REPLACING, false);
            if (Intent.ACTION_PACKAGE_REMOVED.equals(action) && replacing) {
                // if it is replacing, refreshPlugins() when adding
                return;
            }

            if (sGoogleApps.contains(packageName)) {
                if (Intent.ACTION_PACKAGE_ADDED.equals(action)) {
                    WebViewCore.sendStaticMessage(EventHub.ADD_PACKAGE_NAME, packageName);
                } else {
                    WebViewCore.sendStaticMessage(EventHub.REMOVE_PACKAGE_NAME, packageName);
                }
            }

            PluginManager pm = PluginManager.getInstance(context);
            if (pm.containsPluginPermissionAndSignatures(packageName)) {
```

```
                    pm.refreshPlugins(Intent.ACTION_PACKAGE_ADDED.equals(action));
                }
            }
        }

        private void setupPackageListener(Context context) {

            /*
             * we must synchronize the instance check and the creation of the
             * receiver to ensure that only ONE receiver exists for all WebView
             * instances.
             */
            synchronized (WebView.class) {

                // if the receiver already exists then we do not need to register it
                // again
                if (sPackageInstallationReceiverAdded) {
                    return;
                }

                IntentFilter filter = new IntentFilter(Intent.ACTION_PACKAGE_ADDED);
                filter.addAction(Intent.ACTION_PACKAGE_REMOVED);
                filter.addDataScheme("package");
                BroadcastReceiver packageListener = new PackageListener();
                context.getApplicationContext().registerReceiver(packageListener, filter);
                sPackageInstallationReceiverAdded = true;
            }

            // check if any of the monitored apps are already installed
            AsyncTask<Void, Void, Set<String>> task = new AsyncTask<Void, Void, Set<String>>() {

                @Override
                protected Set<String> doInBackground(Void... unused) {
                    Set<String> installedPackages = new HashSet<String>();
                    PackageManager pm = mContext.getPackageManager();
                    for (String name : sGoogleApps) {
                        try {
                            PackageInfo pInfo = pm.getPackageInfo(name,
                                    PackageManager.GET_ACTIVITIES | PackageManager.GET_SERVICES);
```

```
                    installedPackages.add(name);
                } catch (PackageManager.NameNotFoundException e) {
                    // package not found
                }
            }
            return installedPackages;
        }

        // Executes on the UI thread
        @Override
        protected void onPostExecute(Set<String> installedPackages) {
            if (mWebViewCore != null) {
                mWebViewCore.sendMessage(EventHub.ADD_PACKAGE_NAMES, installedPackages);
            }
        }
    };
    task.execute();
}

void updateMultiTouchSupport(Context context) {
    mZoomManager.updateMultiTouchSupport(context);
}

private void init() {
    OnTrimMemoryListener.init(getContext());

    setWillNotDraw(false);
    setFocusable(true);
    setFocusableInTouchMode(true);
    setClickable(true);
    setLongClickable(true);

    final ViewConfiguration configuration = ViewConfiguration.get(getContext());
    int slop = configuration.getScaledTouchSlop();
    mTouchSlopSquare = slop * slop;
    slop = configuration.getScaledDoubleTapSlop();
    mDoubleTapSlopSquare = slop * slop;
    final float density = getContext().getResources().getDisplayMetrics().density;
    // use one line height, 16 based on our current default font, for how
```

```
        // far we allow a touch be away from the edge of a link
        mNavSlop = (int) (16 * density);
        mZoomManager.init(density);
        mMaximumFling = configuration.getScaledMaximumFlingVelocity();

        // Compute the inverse of the density squared.
        DRAG_LAYER_INVERSE_DENSITY_SQUARED = 1 / (density * density);

        mOverscrollDistance = configuration.getScaledOverscrollDistance();
        mOverflingDistance = configuration.getScaledOverflingDistance();

        setScrollBarStyle(super.getScrollBarStyle());
        // Initially use a size of two, since the user is likely to only hold
        // down two keys at a time (shift + another key)
        mKeysPressed = new Vector<Integer>(2);
        mHTML5VideoViewProxy = null ;
    }

    @Override
    public boolean shouldDelayChildPressedState() {
        return true;
    }

    /**
     * Adds accessibility APIs to JavaScript.
     *
     * Note: This method is responsible to performing the necessary
     *       check if the accessibility APIs should be exposed.
     */
    private void addAccessibilityApisToJavaScript() {
        if (AccessibilityManager.getInstance(mContext).isEnabled()
                && getSettings().getJavaScriptEnabled()) {
            // exposing the TTS for now ...
            mTextToSpeech = new TextToSpeech(getContext(), null);
            addJavascriptInterface(mTextToSpeech, ALIAS_ACCESSIBILITY_JS_INTERFACE);
        }
    }

    /**
```

```
     * Removes accessibility APIs from JavaScript.
     */
    private void removeAccessibilityApisFromJavaScript() {
        // exposing the TTS for now ...
        if (mTextToSpeech != null) {
            removeJavascriptInterface(ALIAS_ACCESSIBILITY_JS_INTERFACE);
            mTextToSpeech.shutdown();
            mTextToSpeech = null;
        }
    }

    @Override
    public void onInitializeAccessibilityNodeInfo(AccessibilityNodeInfo info) {
        super.onInitializeAccessibilityNodeInfo(info);
        info.setScrollable(isScrollableForAccessibility());
    }

    @Override
    public void onInitializeAccessibilityEvent(AccessibilityEvent event) {
        super.onInitializeAccessibilityEvent(event);
        event.setScrollable(isScrollableForAccessibility());
        event.setScrollX(mScrollX);
        event.setScrollY(mScrollY);
        final int convertedContentWidth = contentToViewX(getContentWidth());
        final int adjustedViewWidth = getWidth() - mPaddingLeft - mPaddingRight;
        event.setMaxScrollX(Math.max(convertedContentWidth - adjustedViewWidth, 0));
        final int convertedContentHeight = contentToViewY(getContentHeight());
        final int adjustedViewHeight = getHeight() - mPaddingTop - mPaddingBottom;
        event.setMaxScrollY(Math.max(convertedContentHeight - adjustedViewHeight, 0));
    }

    private boolean isScrollableForAccessibility() {
        return (contentToViewX(getContentWidth()) > getWidth() - mPaddingLeft - mPaddingRight
                || contentToViewY(getContentHeight()) > getHeight() - mPaddingTop -
mPaddingBottom);
    }

    @Override
    public void setOverScrollMode(int mode) {
```

```
        super.setOverScrollMode(mode);
        if (mode != OVER_SCROLL_NEVER) {
            if (mOverScrollGlow == null) {
                mOverScrollGlow = new OverScrollGlow(this);
            }
        } else {
            mOverScrollGlow = null;
        }
    }

    /* package */void updateDefaultZoomDensity(int zoomDensity) {
        final float density = mContext.getResources().getDisplayMetrics().density
                * 100 / zoomDensity;
        mNavSlop = (int) (16 * density);
        mZoomManager.updateDefaultZoomDensity(density);
    }

    /* package */ boolean onSavePassword(String schemePlusHost, String username,
            String password, final Message resumeMsg) {
       boolean rVal = false;
       if (resumeMsg == null) {
           // null resumeMsg implies saving password silently
           mDatabase.setUsernamePassword(schemePlusHost, username, password);
       } else {
            final Message remember = mPrivateHandler.obtainMessage(
                    REMEMBER_PASSWORD);
            remember.getData().putString("host", schemePlusHost);
            remember.getData().putString("username", username);
            remember.getData().putString("password", password);
            remember.obj = resumeMsg;

            final Message neverRemember = mPrivateHandler.obtainMessage(
                    NEVER_REMEMBER_PASSWORD);
            neverRemember.getData().putString("host", schemePlusHost);
            neverRemember.getData().putString("username", username);
            neverRemember.getData().putString("password", password);
            neverRemember.obj = resumeMsg;

            new AlertDialog.Builder(getContext())
```

```
                    .setTitle(com.android.internal.R.string.save_password_label)
                    .setMessage(com.android.internal.R.string.save_password_message)
                    .setPositiveButton(com.android.internal.R.string.save_password_notnow,
                    new DialogInterface.OnClickListener() {
                        public void onClick(DialogInterface dialog, int which) {
                            resumeMsg.sendToTarget();
                        }
                    })
                    .setNeutralButton(com.android.internal.R.string.save_password_remember,
                    new DialogInterface.OnClickListener() {
                        public void onClick(DialogInterface dialog, int which) {
                            remember.sendToTarget();
                        }
                    })
                    .setNegativeButton(com.android.internal.R.string.save_password_never,
                    new DialogInterface.OnClickListener() {
                        public void onClick(DialogInterface dialog, int which) {
                            neverRemember.sendToTarget();
                        }
                    })
                    .setOnCancelListener(new OnCancelListener() {
                        public void onCancel(DialogInterface dialog) {
                            resumeMsg.sendToTarget();
                        }
                    }).show();
            // Return true so that WebViewCore will pause while the dialog is
            // up.
            rVal = true;
        }
        return rVal;
    }

    @Override
    public void setScrollBarStyle(int style) {
        if (style == View.SCROLLBARS_INSIDE_INSET
                || style == View.SCROLLBARS_OUTSIDE_INSET) {
            mOverlayHorizontalScrollbar = mOverlayVerticalScrollbar = false;
        } else {
            mOverlayHorizontalScrollbar = mOverlayVerticalScrollbar = true;
```

```
        }
        super.setScrollBarStyle(style);
    }

    /**
     * Specify whether the horizontal scrollbar has overlay style.
     * @param overlay TRUE if horizontal scrollbar should have overlay style.
     */
    public void setHorizontalScrollbarOverlay(boolean overlay) {
        checkThread();
        mOverlayHorizontalScrollbar = overlay;
    }

    /**
     * Specify whether the vertical scrollbar has overlay style.
     * @param overlay TRUE if vertical scrollbar should have overlay style.
     */
    public void setVerticalScrollbarOverlay(boolean overlay) {
        checkThread();
        mOverlayVerticalScrollbar = overlay;
    }

    /**
     * Return whether horizontal scrollbar has overlay style
     * @return TRUE if horizontal scrollbar has overlay style.
     */
    public boolean overlayHorizontalScrollbar() {
        checkThread();
        return mOverlayHorizontalScrollbar;
    }

    /**
     * Return whether vertical scrollbar has overlay style
     * @return TRUE if vertical scrollbar has overlay style.
     */
    public boolean overlayVerticalScrollbar() {
        checkThread();
        return mOverlayVerticalScrollbar;
    }
```

```

    /*
     * Return the width of the view where the content of WebView should render
     * to.
     * Note: this can be called from WebCoreThread.
     */
    /* package */ int getViewWidth() {
        if (!isVerticalScrollBarEnabled() || mOverlayVerticalScrollbar) {
            return getWidth();
        } else {
            return Math.max(0, getWidth() - getVerticalScrollbarWidth());
        }
    }

    /**
     * returns the height of the titlebarview (if any). Does not care about
     * scrolling
     * @hide
     */
    protected int getTitleHeight() {
        return mTitleBar != null ? mTitleBar.getHeight() : 0;
    }

    /**
     * Return the amount of the titlebarview (if any) that is visible
     *
     * @deprecated This method is now obsolete.
     */
    public int getVisibleTitleHeight() {
        checkThread();
        return getVisibleTitleHeightImpl();
    }

    private int getVisibleTitleHeightImpl() {
        // need to restrict mScrollY due to over scroll
        return Math.max(getTitleHeight() - Math.max(0, mScrollY),
                mFindCallback != null ? mFindCallback.getActionModeHeight() : 0);
    }

```

```
    /*
     * Return the height of the view where the content of WebView should render
     * to.  Note that this excludes mTitleBar, if there is one.
     * Note: this can be called from WebCoreThread.
     */
    /* package */ int getViewHeight() {
        return getViewHeightWithTitle() - getVisibleTitleHeightImpl();
    }

    int getViewHeightWithTitle() {
        int height = getHeight();
        if (isHorizontalScrollBarEnabled() && !mOverlayHorizontalScrollbar) {
            height -= getHorizontalScrollbarHeight();
        }
        return height;
    }

    /**
     * @return The SSL certificate for the main top-level page or null if
     * there is no certificate (the site is not secure).
     */
    public SslCertificate getCertificate() {
        checkThread();
        return mCertificate;
    }

    /**
     * Sets the SSL certificate for the main top-level page.
     */
    public void setCertificate(SslCertificate certificate) {
        checkThread();
        if (DebugFlags.WEB_VIEW) {
            Log.v(LOGTAG, "setCertificate=" + certificate);
        }
        // here, the certificate can be null (if the site is not secure)
        mCertificate = certificate;
    }

    //-------------------------------------------------------------------------
```

```
    // Methods called by activity
    //--------------------------------------------------------------------

    /**
     * Save the username and password for a particular host in the WebView's
     * internal database.
     * @param host The host that required the credentials.
     * @param username The username for the given host.
     * @param password The password for the given host.
     */
    public void savePassword(String host, String username, String password) {
        checkThread();
        mDatabase.setUsernamePassword(host, username, password);
    }

    /**
     * Set the HTTP authentication credentials for a given host and realm.
     *
     * @param host The host for the credentials.
     * @param realm The realm for the credentials.
     * @param username The username for the password. If it is null, it means
     *                 password can't be saved.
     * @param password The password
     */
    public void setHttpAuthUsernamePassword(String host, String realm,
            String username, String password) {
        checkThread();
        mDatabase.setHttpAuthUsernamePassword(host, realm, username, password);
    }

    /**
     * Retrieve the HTTP authentication username and password for a given
     * host & realm pair
     *
     * @param host The host for which the credentials apply.
     * @param realm The realm for which the credentials apply.
     * @return String[] if found, String[0] is username, which can be null and
     *         String[1] is password. Return null if it can't find anything.
     */
```

```
    public String[] getHttpAuthUsernamePassword(String host, String realm) {
        checkThread();
        return mDatabase.getHttpAuthUsernamePassword(host, realm);
    }

    /**
     * Remove Find or Select ActionModes, if active.
     */
    private void clearActionModes() {
        if (mSelectCallback != null) {
            mSelectCallback.finish();
        }
        if (mFindCallback != null) {
            mFindCallback.finish();
        }
    }

    /**
     * Called to clear state when moving from one page to another, or changing
     * in some other way that makes elements associated with the current page
     * (such as WebTextView or ActionModes) no longer relevant.
     */
    private void clearHelpers() {
        clearTextEntry();
        clearActionModes();
        dismissFullScreenMode();
    }

    /**
     * Destroy the internal state of the WebView. This method should be called
     * after the WebView has been removed from the view system. No other
     * methods may be called on a WebView after destroy.
     */
    public void destroy() {
        checkThread();
        destroyImpl();
    }

    private void destroyImpl() {
```

```
        clearHelpers();
        if (mListBoxDialog != null) {
            mListBoxDialog.dismiss();
            mListBoxDialog = null;
        }
        // remove so that it doesn't cause events
        if (mWebTextView != null) {
            mWebTextView.remove();
            mWebTextView = null;
        }
        if (mNativeClass != 0) nativeStopGL();
        if (mWebViewCore != null) {
            // Set the handlers to null before destroying WebViewCore so no
            // more messages will be posted.
            mCallbackProxy.setWebViewClient(null);
            mCallbackProxy.setWebChromeClient(null);
            // Tell WebViewCore to destroy itself
            synchronized (this) {
                WebViewCore webViewCore = mWebViewCore;
                mWebViewCore = null; // prevent using partial webViewCore
                webViewCore.destroy();
            }
            // Remove any pending messages that might not be serviced yet.
            mPrivateHandler.removeCallbacksAndMessages(null);
            mCallbackProxy.removeCallbacksAndMessages(null);
            // Wake up the WebCore thread just in case it is waiting for a
            // JavaScript dialog.
            synchronized (mCallbackProxy) {
                mCallbackProxy.notify();
            }
        }
        if (mNativeClass != 0) {
            nativeDestroy();
            mNativeClass = 0;
        }
    }

    /**
     * Enables platform notifications of data state and proxy changes.
```

```
     * Notifications are enabled by default.
     *
     * @deprecated This method is now obsolete.
     */
    @Deprecated
    public static void enablePlatformNotifications() {
        checkThread();
        synchronized (WebView.class) {
            Network.enablePlatformNotifications();
            sNotificationsEnabled = true;
            Context context = JniUtil.getContext();
            if (context != null)
                setupProxyListener(context);
        }
    }

    /**
     * Disables platform notifications of data state and proxy changes.
     * Notifications are enabled by default.
     *
     * @deprecated This method is now obsolete.
     */
    @Deprecated
    public static void disablePlatformNotifications() {
        checkThread();
        synchronized (WebView.class) {
            Network.disablePlatformNotifications();
            sNotificationsEnabled = false;
            Context context = JniUtil.getContext();
            if (context != null)
                disableProxyListener(context);
        }
    }

    /**
     * Sets JavaScript engine flags.
     *
     * @param flags JS engine flags in a String
     *
```

Case 5:12-cv-00630-LHK Document 19 Filed 02/08/12 Page 214 of 436

```
     * @hide pending API solidification
     */
    public void setJsFlags(String flags) {
        checkThread();
        mWebViewCore.sendMessage(EventHub.SET_JS_FLAGS, flags);
    }

    /**
     * Inform WebView of the network state. This is used to set
     * the JavaScript property window.navigator.isOnline and
     * generates the online/offline event as specified in HTML5, sec. 5.7.7
     * @param networkUp boolean indicating if network is available
     */
    public void setNetworkAvailable(boolean networkUp) {
        checkThread();
        mWebViewCore.sendMessage(EventHub.SET_NETWORK_STATE,
                networkUp ? 1 : 0, 0);
    }

    /**
     * Inform WebView about the current network type.
     * {@hide}
     */
    public void setNetworkType(String type, String subtype) {
        checkThread();
        Map<String, String> map = new HashMap<String, String>();
        map.put("type", type);
        map.put("subtype", subtype);
        mWebViewCore.sendMessage(EventHub.SET_NETWORK_TYPE, map);
    }
    /**
     * Save the state of this WebView used in
     * {@link android.app.Activity#onSaveInstanceState}. Please note that this
     * method no longer stores the display data for this WebView. The previous
     * behavior could potentially leak files if {@link #restoreState} was never
     * called. See {@link #savePicture} and {@link #restorePicture} for saving
     * and restoring the display data.
     * @param outState The Bundle to store the WebView state.
     * @return The same copy of the back/forward list used to save the state. If
```

```
     *         saveState fails, the returned list will be null.
     * @see #savePicture
     * @see #restorePicture
     */
    public WebBackForwardList saveState(Bundle outState) {
        checkThread();
        if (outState == null) {
            return null;
        }
        // We grab a copy of the back/forward list because a client of WebView
        // may have invalidated the history list by calling clearHistory.
        WebBackForwardList list = copyBackForwardList();
        final int currentIndex = list.getCurrentIndex();
        final int size = list.getSize();
        // We should fail saving the state if the list is empty or the index is
        // not in a valid range.
        if (currentIndex < 0 || currentIndex >= size || size == 0) {
            return null;
        }
        outState.putInt("index", currentIndex);
        // FIXME: This should just be a byte[][] instead of ArrayList but
        // Parcel.java does not have the code to handle multi-dimensional
        // arrays.
        ArrayList<byte[]> history = new ArrayList<byte[]>(size);
        for (int i = 0; i < size; i++) {
            WebHistoryItem item = list.getItemAtIndex(i);
            if (null == item) {
                // FIXME: this shouldn't happen
                // need to determine how item got set to null
                Log.w(LOGTAG, "saveState: Unexpected null history item.");
                return null;
            }
            byte[] data = item.getFlattenedData();
            if (data == null) {
                // It would be very odd to not have any data for a given history
                // item. And we will fail to rebuild the history list without
                // flattened data.
                return null;
            }
```

```
            history.add(data);
        }
        outState.putSerializable("history", history);
        if (mCertificate != null) {
            outState.putBundle("certificate",
                               SslCertificate.saveState(mCertificate));
        }
        outState.putBoolean("privateBrowsingEnabled", isPrivateBrowsingEnabled());
        mZoomManager.saveZoomState(outState);
        return list;
    }

    /**
     * Save the current display data to the Bundle given. Used in conjunction
     * with {@link #saveState}.
     * @param b A Bundle to store the display data.
     * @param dest The file to store the serialized picture data. Will be
     *             overwritten with this WebView's picture data.
     * @return True if the picture was successfully saved.
     * @deprecated This method is now obsolete.
     */
    @Deprecated
    public boolean savePicture(Bundle b, final File dest) {
        checkThread();
        if (dest == null || b == null) {
            return false;
        }
        final Picture p = capturePicture();
        // Use a temporary file while writing to ensure the destination file
        // contains valid data.
        final File temp = new File(dest.getPath() + ".writing");
        new Thread(new Runnable() {
            public void run() {
                FileOutputStream out = null;
                try {
                    out = new FileOutputStream(temp);
                    p.writeToStream(out);
                    // Writing the picture succeeded, rename the temporary file
                    // to the destination.
```

```
                        temp.renameTo(dest);
                    } catch (Exception e) {
                        // too late to do anything about it.
                    } finally {
                        if (out != null) {
                            try {
                                out.close();
                            } catch (Exception e) {
                                // Can't do anything about that
                            }
                        }
                        temp.delete();
                    }
                }
            }).start();
            // now update the bundle
            b.putInt("scrollX", mScrollX);
            b.putInt("scrollY", mScrollY);
            mZoomManager.saveZoomState(b);
            return true;
        }

        private void restoreHistoryPictureFields(Picture p, Bundle b) {
            int sx = b.getInt("scrollX", 0);
            int sy = b.getInt("scrollY", 0);

            mDrawHistory = true;
            mHistoryPicture = p;

            mScrollX = sx;
            mScrollY = sy;
            mZoomManager.restoreZoomState(b);
            final float scale = mZoomManager.getScale();
            mHistoryWidth = Math.round(p.getWidth() * scale);
            mHistoryHeight = Math.round(p.getHeight() * scale);

            invalidate();
        }

```

```
    /**
     * Restore the display data that was save in {@link #savePicture}. Used in
     * conjunction with {@link #restoreState}.
     *
     * Note that this will not work if the WebView is hardware accelerated.
     * @param b A Bundle containing the saved display data.
     * @param src The file where the picture data was stored.
     * @return True if the picture was successfully restored.
     * @deprecated This method is now obsolete.
     */
    @Deprecated
    public boolean restorePicture(Bundle b, File src) {
        checkThread();
        if (src == null || b == null) {
            return false;
        }
        if (!src.exists()) {
            return false;
        }
        try {
            final FileInputStream in = new FileInputStream(src);
            final Bundle copy = new Bundle(b);
            new Thread(new Runnable() {
                public void run() {
                    try {
                        final Picture p = Picture.createFromStream(in);
                        if (p != null) {
                            // Post a runnable on the main thread to update the
                            // history picture fields.
                            mPrivateHandler.post(new Runnable() {
                                public void run() {
                                    restoreHistoryPictureFields(p, copy);
                                }
                            });
                        }
                    } finally {
                        try {
                            in.close();
                        } catch (Exception e) {
```

```
                            // Nothing we can do now.
                        }
                    }
                }
            }).start();
        } catch (FileNotFoundException e){
            e.printStackTrace();
        }
        return true;
    }

    /**
     * Saves the view data to the output stream. The output is highly
     * version specific, and may not be able to be loaded by newer versions
     * of WebView.
     * @param stream The {@link OutputStream} to save to
     * @return True if saved successfully
     * @hide
     */
    public boolean saveViewState(OutputStream stream) {
        try {
            return ViewStateSerializer.serializeViewState(stream, this);
        } catch (IOException e) {
            Log.w(LOGTAG, "Failed to saveViewState", e);
        }
        return false;
    }

    /**
     * Loads the view data from the input stream. See
     * {@link #saveViewState(OutputStream)} for more information.
     * @param stream The {@link InputStream} to load from
     * @return True if loaded successfully
     * @hide
     */
    public boolean loadViewState(InputStream stream) {
        try {
            mLoadedPicture = ViewStateSerializer.deserializeViewState(stream, this);
            mBlockWebkitViewMessages = true;
```

```
                setNewPicture(mLoadedPicture, true);
                mLoadedPicture.mViewState = null;
                return true;
            } catch (IOException e) {
                Log.w(LOGTAG, "Failed to loadViewState", e);
            }
            return false;
        }

        /**
         * Clears the view state set with {@link #loadViewState(InputStream)}.
         * This WebView will then switch to showing the content from webkit
         * @hide
         */
        public void clearViewState() {
            mBlockWebkitViewMessages = false;
            mLoadedPicture = null;
            invalidate();
        }

        /**
         * Restore the state of this WebView from the given map used in
         * {@link android.app.Activity#onRestoreInstanceState}. This method should
         * be called to restore the state of the WebView before using the object. If
         * it is called after the WebView has had a chance to build state (load
         * pages, create a back/forward list, etc.) there may be undesirable
         * side-effects. Please note that this method no longer restores the
         * display data for this WebView. See {@link #savePicture} and {@link
         * #restorePicture} for saving and restoring the display data.
         * @param inState The incoming Bundle of state.
         * @return The restored back/forward list or null if restoreState failed.
         * @see #savePicture
         * @see #restorePicture
         */
        public WebBackForwardList restoreState(Bundle inState) {
            checkThread();
            WebBackForwardList returnList = null;
            if (inState == null) {
                return returnList;
```

```
        }
        if (inState.containsKey("index") && inState.containsKey("history")) {
            mCertificate = SslCertificate.restoreState(
                inState.getBundle("certificate"));

            final WebBackForwardList list = mCallbackProxy.getBackForwardList();
            final int index = inState.getInt("index");
            // We can't use a clone of the list because we need to modify the
            // shared copy, so synchronize instead to prevent concurrent
            // modifications.
            synchronized (list) {
                final List<byte[]> history =
                        (List<byte[]>) inState.getSerializable("history");
                final int size = history.size();
                // Check the index bounds so we don't crash in native code while
                // restoring the history index.
                if (index < 0 || index >= size) {
                    return null;
                }
                for (int i = 0; i < size; i++) {
                    byte[] data = history.remove(0);
                    if (data == null) {
                        // If we somehow have null data, we cannot reconstruct
                        // the item and thus our history list cannot be rebuilt.
                        return null;
                    }
                    WebHistoryItem item = new WebHistoryItem(data);
                    list.addHistoryItem(item);
                }
                // Grab the most recent copy to return to the caller.
                returnList = copyBackForwardList();
                // Update the copy to have the correct index.
                returnList.setCurrentIndex(index);
            }
            // Restore private browsing setting.
            if (inState.getBoolean("privateBrowsingEnabled")) {
                getSettings().setPrivateBrowsingEnabled(true);
            }
            mZoomManager.restoreZoomState(inState);
```

```
            // Remove all pending messages because we are restoring previous
            // state.
            mWebViewCore.removeMessages();
            // Send a restore state message.
            mWebViewCore.sendMessage(EventHub.RESTORE_STATE, index);
        }
        return returnList;
    }

    /**
     * Load the given url with the extra headers.
     * @param url The url of the resource to load.
     * @param extraHeaders The extra headers sent with this url. This should not
     *            include the common headers like "user-agent". If it does, it
     *            will be replaced by the intrinsic value of the WebView.
     */
    public void loadUrl(String url, Map<String, String> extraHeaders) {
        checkThread();
        loadUrlImpl(url, extraHeaders);
    }

    private void loadUrlImpl(String url, Map<String, String> extraHeaders) {
        switchOutDrawHistory();
        WebViewCore.GetUrlData arg = new WebViewCore.GetUrlData();
        arg.mUrl = url;
        arg.mExtraHeaders = extraHeaders;
        mWebViewCore.sendMessage(EventHub.LOAD_URL, arg);
        clearHelpers();
    }

    /**
     * Load the given url.
     * @param url The url of the resource to load.
     */
    public void loadUrl(String url) {
        checkThread();
        loadUrlImpl(url);
    }

```

```
    private void loadUrlImpl(String url) {
        if (url == null) {
            return;
        }
        loadUrlImpl(url, null);
    }

    /**
     * Load the url with postData using "POST" method into the WebView. If url
     * is not a network url, it will be loaded with {link
     * {@link #loadUrl(String)} instead.
     *
     * @param url The url of the resource to load.
     * @param postData The data will be passed to "POST" request.
     */
    public void postUrl(String url, byte[] postData) {
        checkThread();
        if (URLUtil.isNetworkUrl(url)) {
            switchOutDrawHistory();
            WebViewCore.PostUrlData arg = new WebViewCore.PostUrlData();
            arg.mUrl = url;
            arg.mPostData = postData;
            mWebViewCore.sendMessage(EventHub.POST_URL, arg);
            clearHelpers();
        } else {
            loadUrlImpl(url);
        }
    }

    /**
     * Load the given data into the WebView using a 'data' scheme URL.
     * <p>
     * Note that JavaScript's same origin policy means that script running in a
     * page loaded using this method will be unable to access content loaded
     * using any scheme other than 'data', including 'http(s)'. To avoid this
     * restriction, use {@link
     * #loadDataWithBaseURL(String,String,String,String,String)
     * loadDataWithBaseURL()} with an appropriate base URL.
     * <p>
```

```
     * If the value of the encoding parameter is 'base64', then the data must
     * be encoded as base64. Otherwise, the data must use ASCII encoding for
     * octets inside the range of safe URL characters and use the standard %xx
     * hex encoding of URLs for octets outside that range. For example,
     * '#', '%', '\', '?' should be replaced by %23, %25, %27, %3f respectively.
     * <p>
     * The 'data' scheme URL formed by this method uses the default US-ASCII
     * charset. If you need need to set a different charset, you should form a
     * 'data' scheme URL which explicitly specifies a charset parameter in the
     * mediatype portion of the URL and call {@link #loadUrl(String)} instead.
     * Note that the charset obtained from the mediatype portion of a data URL
     * always overrides that specified in the HTML or XML document itself.
     * @param data A String of data in the given encoding.
     * @param mimeType The MIME type of the data, e.g. 'text/html'.
     * @param encoding The encoding of the data.
     */
    public void loadData(String data, String mimeType, String encoding) {
        checkThread();
        loadDataImpl(data, mimeType, encoding);
    }

    private void loadDataImpl(String data, String mimeType, String encoding) {
        StringBuilder dataUrl = new StringBuilder("data:");
        dataUrl.append(mimeType);
        if ("base64".equals(encoding)) {
            dataUrl.append(";base64");
        }
        dataUrl.append(",");
        dataUrl.append(data);
        loadUrlImpl(dataUrl.toString());
    }

    /**
     * Load the given data into the WebView, using baseUrl as the base URL for
     * the content. The base URL is used both to resolve relative URLs and when
     * applying JavaScript's same origin policy. The historyUrl is used for the
     * history entry.
     * <p>
     * Note that content specified in this way can access local device files
```

```
     * (via 'file' scheme URLs) only if baseUrl specifies a scheme other than
     * 'http', 'https', 'ftp', 'ftps', 'about' or 'javascript'.
     * <p>
     * If the base URL uses the data scheme, this method is equivalent to
     * calling {@link #loadData(String,String,String) loadData()} and the
     * historyUrl is ignored.
     * @param baseUrl URL to use as the page's base URL. If null defaults to
     *            'about:blank'
     * @param data A String of data in the given encoding.
     * @param mimeType The MIMEType of the data, e.g. 'text/html'. If null,
     *            defaults to 'text/html'.
     * @param encoding The encoding of the data.
     * @param historyUrl URL to use as the history entry, if null defaults to
     *            'about:blank'.
     */
    public void loadDataWithBaseURL(String baseUrl, String data,
            String mimeType, String encoding, String historyUrl) {
        checkThread();

        if (baseUrl != null && baseUrl.toLowerCase().startsWith("data:")) {
            loadDataImpl(data, mimeType, encoding);
            return;
        }
        switchOutDrawHistory();
        WebViewCore.BaseUrlData arg = new WebViewCore.BaseUrlData();
        arg.mBaseUrl = baseUrl;
        arg.mData = data;
        arg.mMimeType = mimeType;
        arg.mEncoding = encoding;
        arg.mHistoryUrl = historyUrl;
        mWebViewCore.sendMessage(EventHub.LOAD_DATA, arg);
        clearHelpers();
    }

    /**
     * Saves the current view as a web archive.
     *
     * @param filename The filename where the archive should be placed.
     */
```

```
    public void saveWebArchive(String filename) {
        checkThread();
        saveWebArchiveImpl(filename, false, null);
    }

    /* package */ static class SaveWebArchiveMessage {
        SaveWebArchiveMessage (String basename, boolean autoname, ValueCallback<String> callback) {
            mBasename = basename;
            mAutoname = autoname;
            mCallback = callback;
        }

        /* package */ final String mBasename;
        /* package */ final boolean mAutoname;
        /* package */ final ValueCallback<String> mCallback;
        /* package */ String mResultFile;
    }

    /**
     * Saves the current view as a web archive.
     *
     * @param basename The filename where the archive should be placed.
     * @param autoname If false, takes basename to be a file. If true, basename
     *                 is assumed to be a directory in which a filename will be
     *                 chosen according to the url of the current page.
     * @param callback Called after the web archive has been saved. The
     *                 parameter for onReceiveValue will either be the filename
     *                 under which the file was saved, or null if saving the
     *                 file failed.
     */
    public void saveWebArchive(String basename, boolean autoname, ValueCallback<String> callback) {
        checkThread();
        saveWebArchiveImpl(basename, autoname, callback);
    }

    private void saveWebArchiveImpl(String basename, boolean autoname,
            ValueCallback<String> callback) {
```

```
            mWebViewCore.sendMessage(EventHub.SAVE_WEBARCHIVE,
                new SaveWebArchiveMessage(basename, autoname, callback));
        }

        /**
         * Stop the current load.
         */
        public void stopLoading() {
            checkThread();
            // TODO: should we clear all the messages in the queue before sending
            // STOP_LOADING?
            switchOutDrawHistory();
            mWebViewCore.sendMessage(EventHub.STOP_LOADING);
        }

        /**
         * Reload the current url.
         */
        public void reload() {
            checkThread();
            clearHelpers();
            switchOutDrawHistory();
            mWebViewCore.sendMessage(EventHub.RELOAD);
        }

        /**
         * Return true if this WebView has a back history item.
         * @return True iff this WebView has a back history item.
         */
        public boolean canGoBack() {
            checkThread();
            WebBackForwardList l = mCallbackProxy.getBackForwardList();
            synchronized (l) {
                if (l.getClearPending()) {
                    return false;
                } else {
                    return l.getCurrentIndex() > 0;
                }
            }
```

```
    }

    /**
     * Go back in the history of this WebView.
     */
    public void goBack() {
        checkThread();
        goBackOrForwardImpl(-1);
    }

    /**
     * Return true if this WebView has a forward history item.
     * @return True iff this Webview has a forward history item.
     */
    public boolean canGoForward() {
        checkThread();
        WebBackForwardList l = mCallbackProxy.getBackForwardList();
        synchronized (l) {
            if (l.getClearPending()) {
                return false;
            } else {
                return l.getCurrentIndex() < l.getSize() - 1;
            }
        }
    }

    /**
     * Go forward in the history of this WebView.
     */
    public void goForward() {
        checkThread();
        goBackOrForwardImpl(1);
    }

    /**
     * Return true if the page can go back or forward the given
     * number of steps.
     * @param steps The negative or positive number of steps to move the
     *              history.
```

```
     */
    public boolean canGoBackOrForward(int steps) {
        checkThread();
        WebBackForwardList l = mCallbackProxy.getBackForwardList();
        synchronized (l) {
            if (l.getClearPending()) {
                return false;
            } else {
                int newIndex = l.getCurrentIndex() + steps;
                return newIndex >= 0 && newIndex < l.getSize();
            }
        }
    }

    /**
     * Go to the history item that is the number of steps away from
     * the current item. Steps is negative if backward and positive
     * if forward.
     * @param steps The number of steps to take back or forward in the back
     *              forward list.
     */
    public void goBackOrForward(int steps) {
        checkThread();
        goBackOrForwardImpl(steps);
    }

    private void goBackOrForwardImpl(int steps) {
        goBackOrForward(steps, false);
    }

    private void goBackOrForward(int steps, boolean ignoreSnapshot) {
        if (steps != 0) {
            clearHelpers();
            mWebViewCore.sendMessage(EventHub.GO_BACK_FORWARD, steps,
                    ignoreSnapshot ? 1 : 0);
        }
    }

    /**
```

```
     * Returns true if private browsing is enabled in this WebView.
     */
    public boolean isPrivateBrowsingEnabled() {
        checkThread();
        return getSettings().isPrivateBrowsingEnabled();
    }

    private void startPrivateBrowsing() {
        getSettings().setPrivateBrowsingEnabled(true);
    }

    private boolean extendScroll(int y) {
        int finalY = mScroller.getFinalY();
        int newY = pinLocY(finalY + y);
        if (newY == finalY) return false;
        mScroller.setFinalY(newY);
        mScroller.extendDuration(computeDuration(0, y));
        return true;
    }

    /**
     * Scroll the contents of the view up by half the view size
     * @param top true to jump to the top of the page
     * @return true if the page was scrolled
     */
    public boolean pageUp(boolean top) {
        checkThread();
        if (mNativeClass == 0) {
            return false;
        }
        nativeClearCursor(); // start next trackball movement from page edge
        if (top) {
            // go to the top of the document
            return pinScrollTo(mScrollX, 0, true, 0);
        }
        // Page up
        int h = getHeight();
        int y;
        if (h > 2 * PAGE_SCROLL_OVERLAP) {
```

```
            y = -h + PAGE_SCROLL_OVERLAP;
        } else {
            y = -h / 2;
        }
        return mScroller.isFinished() ? pinScrollBy(0, y, true, 0)
                : extendScroll(y);
    }

    /**
     * Scroll the contents of the view down by half the page size
     * @param bottom true to jump to bottom of page
     * @return true if the page was scrolled
     */
    public boolean pageDown(boolean bottom) {
        checkThread();
        if (mNativeClass == 0) {
            return false;
        }
        nativeClearCursor(); // start next trackball movement from page edge
        if (bottom) {
            return pinScrollTo(mScrollX, computeRealVerticalScrollRange(), true, 0);
        }
        // Page down.
        int h = getHeight();
        int y;
        if (h > 2 * PAGE_SCROLL_OVERLAP) {
            y = h - PAGE_SCROLL_OVERLAP;
        } else {
            y = h / 2;
        }
        return mScroller.isFinished() ? pinScrollBy(0, y, true, 0)
                : extendScroll(y);
    }

    /**
     * Clear the view so that onDraw() will draw nothing but white background,
     * and onMeasure() will return 0 if MeasureSpec is not MeasureSpec.EXACTLY
     */
    public void clearView() {
```

```
            checkThread();
            mContentWidth = 0;
            mContentHeight = 0;
            setBaseLayer(0, null, false, false, false);
            mWebViewCore.sendMessage(EventHub.CLEAR_CONTENT);
        }

        /**
         * Return a new picture that captures the current display of the webview.
         * This is a copy of the display, and will be unaffected if the webview
         * later loads a different URL.
         *
         * @return a picture containing the current contents of the view. Note this
         *         picture is of the entire document, and is not restricted to the
         *         bounds of the view.
         */
        public Picture capturePicture() {
            checkThread();
            if (mNativeClass == 0) return null;
            Picture result = new Picture();
            nativeCopyBaseContentToPicture(result);
            return result;
        }

        /**
         *  Return true if the browser is displaying a TextView for text input.
         */
        private boolean inEditingMode() {
            return mWebTextView != null && mWebTextView.getParent() != null;
        }

        /**
         * Remove the WebTextView.
         */
        private void clearTextEntry() {
            if (inEditingMode()) {
                mWebTextView.remove();
            } else {
                // The keyboard may be open with the WebView as the served view
```

```
                hideSoftKeyboard();
            }
        }

        /**
         * Return the current scale of the WebView
         * @return The current scale.
         */
        public float getScale() {
            checkThread();
            return mZoomManager.getScale();
        }

        // Called by JNI. Returns the scale to apply to the text selection handles
        /* package */ float getTextHandleScale() {
            float density = mContext.getResources().getDisplayMetrics().density;
            return density / getScale();
        }

        /**
         * Return the reading level scale of the WebView
         * @return The reading level scale.
         */
        /*package*/ float getReadingLevelScale() {
            return mZoomManager.getReadingLevelScale();
        }

        /**
         * Set the initial scale for the WebView. 0 means default. If
         * {@link WebSettings#getUseWideViewPort()} is true, it zooms out all the
         * way. Otherwise it starts with 100%. If initial scale is greater than 0,
         * WebView starts will this value as initial scale.
         *
         * @param scaleInPercent The initial scale in percent.
         */
        public void setInitialScale(int scaleInPercent) {
            checkThread();
            mZoomManager.setInitialScaleInPercent(scaleInPercent);
        }
```

```
    /**
     * Invoke the graphical zoom picker widget for this WebView. This will
     * result in the zoom widget appearing on the screen to control the zoom
     * level of this WebView.
     */
    public void invokeZoomPicker() {
        checkThread();
        if (!getSettings().supportZoom()) {
            Log.w(LOGTAG, "This WebView doesn't support zoom.");
            return;
        }
        clearHelpers();
        mZoomManager.invokeZoomPicker();
    }

    /**
     * Return a HitTestResult based on the current cursor node. If a HTML::a tag
     * is found and the anchor has a non-JavaScript url, the HitTestResult type
     * is set to SRC_ANCHOR_TYPE and the url is set in the "extra" field. If the
     * anchor does not have a url or if it is a JavaScript url, the type will
     * be UNKNOWN_TYPE and the url has to be retrieved through
     * {@link #requestFocusNodeHref} asynchronously. If a HTML::img tag is
     * found, the HitTestResult type is set to IMAGE_TYPE and the url is set in
     * the "extra" field. A type of
     * SRC_IMAGE_ANCHOR_TYPE indicates an anchor with a url that has an image as
     * a child node. If a phone number is found, the HitTestResult type is set
     * to PHONE_TYPE and the phone number is set in the "extra" field of
     * HitTestResult. If a map address is found, the HitTestResult type is set
     * to GEO_TYPE and the address is set in the "extra" field of HitTestResult.
     * If an email address is found, the HitTestResult type is set to EMAIL_TYPE
     * and the email is set in the "extra" field of HitTestResult. Otherwise,
     * HitTestResult type is set to UNKNOWN_TYPE.
     */
    public HitTestResult getHitTestResult() {
        checkThread();
        return hitTestResult(mInitialHitTestResult);
    }
```

```
    private HitTestResult hitTestResult(HitTestResult fallback) {
        if (mNativeClass == 0) {
            return null;
        }

        HitTestResult result = new HitTestResult();
        if (nativeHasCursorNode()) {
            if (nativeCursorIsTextInput()) {
                result.setType(HitTestResult.EDIT_TEXT_TYPE);
            } else {
                String text = nativeCursorText();
                if (text != null) {
                    if (text.startsWith(SCHEME_TEL)) {
                        result.setType(HitTestResult.PHONE_TYPE);
                        result.setExtra(text.substring(SCHEME_TEL.length()));
                    } else if (text.startsWith(SCHEME_MAILTO)) {
                        result.setType(HitTestResult.EMAIL_TYPE);
                        result.setExtra(text.substring(SCHEME_MAILTO.length()));
                    } else if (text.startsWith(SCHEME_GEO)) {
                        result.setType(HitTestResult.GEO_TYPE);
                        result.setExtra(URLDecoder.decode(text
                                .substring(SCHEME_GEO.length())));
                    } else if (nativeCursorIsAnchor()) {
                        result.setType(HitTestResult.SRC_ANCHOR_TYPE);
                        result.setExtra(text);
                    }
                }
            }
        } else if (fallback != null) {
            /* If webkit causes a rebuild while the long press is in progress,
             * the cursor node may be reset, even if it is still around. This
             * uses the cursor node saved when the touch began. Since the
             * nativeImageURI below only changes the result if it is successful,
             * this uses the data beneath the touch if available or the original
             * tap data otherwise.
             */
            Log.v(LOGTAG, "hitTestResult use fallback");
            result = fallback;
        }
```

```
        int type = result.getType();
        if (type == HitTestResult.UNKNOWN_TYPE
                || type == HitTestResult.SRC_ANCHOR_TYPE) {
            // Now check to see if it is an image.
            int contentX = viewToContentX(mLastTouchX + mScrollX);
            int contentY = viewToContentY(mLastTouchY + mScrollY);
            String text = nativeImageURI(contentX, contentY);
            if (text != null) {
                result.setType(type == HitTestResult.UNKNOWN_TYPE ?
                        HitTestResult.IMAGE_TYPE :
                        HitTestResult.SRC_IMAGE_ANCHOR_TYPE);
                result.setExtra(text);
            }
        }
        return result;
    }

    // Called by JNI when the DOM has changed the focus.  Clear the focus so
    // that new keys will go to the newly focused field
    private void domChangedFocus() {
        if (inEditingMode()) {
            mPrivateHandler.obtainMessage(DOM_FOCUS_CHANGED).sendToTarget();
        }
    }
    /**
     * Request the anchor or image element URL at the last tapped point.
     * If hrefMsg is null, this method returns immediately and does not
     * dispatch hrefMsg to its target. If the tapped point hits an image,
     * an anchor, or an image in an anchor, the message associates
     * strings in named keys in its data. The value paired with the key
     * may be an empty string.
     *
     * @param hrefMsg This message will be dispatched with the result of the
     *                request. The message data contains three keys:
     *                - "url" returns the anchor's href attribute.
     *                - "title" returns the anchor's text.
     *                - "src" returns the image's src attribute.
     */
    public void requestFocusNodeHref(Message hrefMsg) {
```

```
        checkThread();
        if (hrefMsg == null) {
            return;
        }
        int contentX = viewToContentX(mLastTouchX + mScrollX);
        int contentY = viewToContentY(mLastTouchY + mScrollY);
        if (nativeHasCursorNode()) {
            Rect cursorBounds = nativeGetCursorRingBounds();
            if (!cursorBounds.contains(contentX, contentY)) {
                int slop = viewToContentDimension(mNavSlop);
                cursorBounds.inset(-slop, -slop);
                if (cursorBounds.contains(contentX, contentY)) {
                    contentX = (int) cursorBounds.centerX();
                    contentY = (int) cursorBounds.centerY();
                }
            }
        }
        mWebViewCore.sendMessage(EventHub.REQUEST_CURSOR_HREF,
                contentX, contentY, hrefMsg);
    }

    /**
     * Request the url of the image last touched by the user. msg will be sent
     * to its target with a String representing the url as its object.
     *
     * @param msg This message will be dispatched with the result of the request
     *            as the data member with "url" as key. The result can be null.
     */
    public void requestImageRef(Message msg) {
        checkThread();
        if (0 == mNativeClass) return; // client isn't initialized
        int contentX = viewToContentX(mLastTouchX + mScrollX);
        int contentY = viewToContentY(mLastTouchY + mScrollY);
        String ref = nativeImageURI(contentX, contentY);
        Bundle data = msg.getData();
        data.putString("url", ref);
        msg.setData(data);
        msg.sendToTarget();
    }
```

```

    static int pinLoc(int x, int viewMax, int docMax) {
//          Log.d(LOGTAG, "-- pinLoc " + x + " " + viewMax + " " + docMax);
        if (docMax < viewMax) {   // the doc has room on the sides for "blank"
            // pin the short document to the top/left of the screen
            x = 0;
//              Log.d(LOGTAG, "--- center " + x);
        } else if (x < 0) {
            x = 0;
//              Log.d(LOGTAG, "--- zero");
        } else if (x + viewMax > docMax) {
            x = docMax - viewMax;
//              Log.d(LOGTAG, "--- pin " + x);
        }
        return x;
    }

    // Expects x in view coordinates
    int pinLocX(int x) {
        if (mInOverScrollMode) return x;
        return pinLoc(x, getViewWidth(), computeRealHorizontalScrollRange());
    }

    // Expects y in view coordinates
    int pinLocY(int y) {
        if (mInOverScrollMode) return y;
        return pinLoc(y, getViewHeightWithTitle(),
                      computeRealVerticalScrollRange() + getTitleHeight());
    }

    /**
     * A title bar which is embedded in this WebView, and scrolls along with it
     * vertically, but not horizontally.
     */
    private View mTitleBar;

    /**
     * the title bar rendering gravity
     */
```

```
    private int mTitleGravity;

    /**
     * Add or remove a title bar to be embedded into the WebView, and scroll
     * along with it vertically, while remaining in view horizontally. Pass
     * null to remove the title bar from the WebView, and return to drawing
     * the WebView normally without translating to account for the title bar.
     * @hide
     */
    public void setEmbeddedTitleBar(View v) {
        if (mTitleBar == v) return;
        if (mTitleBar != null) {
            removeView(mTitleBar);
        }
        if (null != v) {
            addView(v, new AbsoluteLayout.LayoutParams(
                    ViewGroup.LayoutParams.MATCH_PARENT,
                    ViewGroup.LayoutParams.WRAP_CONTENT, 0, 0));
        }
        mTitleBar = v;
    }

    /**
     * Set where to render the embedded title bar
     * NO_GRAVITY at the top of the page
     * TOP        at the top of the screen
     * @hide
     */
    public void setTitleBarGravity(int gravity) {
        mTitleGravity = gravity;
        // force refresh
        invalidate();
    }

    /**
     * Given a distance in view space, convert it to content space. Note: this
     * does not reflect translation, just scaling, so this should not be called
     * with coordinates, but should be called for dimensions like width or
     * height.
```

```
     */
    private int viewToContentDimension(int d) {
        return Math.round(d * mZoomManager.getInvScale());
    }

    /**
     * Given an x coordinate in view space, convert it to content space.  Also
     * may be used for absolute heights (such as for the WebTextView's
     * textSize, which is unaffected by the height of the title bar).
     */
    /*package*/ int viewToContentX(int x) {
        return viewToContentDimension(x);
    }

    /**
     * Given a y coordinate in view space, convert it to content space.
     * Takes into account the height of the title bar if there is one
     * embedded into the WebView.
     */
    /*package*/ int viewToContentY(int y) {
        return viewToContentDimension(y - getTitleHeight());
    }

    /**
     * Given a x coordinate in view space, convert it to content space.
     * Returns the result as a float.
     */
    private float viewToContentXf(int x) {
        return x * mZoomManager.getInvScale();
    }

    /**
     * Given a y coordinate in view space, convert it to content space.
     * Takes into account the height of the title bar if there is one
     * embedded into the WebView. Returns the result as a float.
     */
    private float viewToContentYf(int y) {
        return (y - getTitleHeight()) * mZoomManager.getInvScale();
    }
```

```

    /**
     * Given a distance in content space, convert it to view space. Note: this
     * does not reflect translation, just scaling, so this should not be called
     * with coordinates, but should be called for dimensions like width or
     * height.
     */
    /*package*/ int contentToViewDimension(int d) {
        return Math.round(d * mZoomManager.getScale());
    }

    /**
     * Given an x coordinate in content space, convert it to view
     * space.
     */
    /*package*/ int contentToViewX(int x) {
        return contentToViewDimension(x);
    }

    /**
     * Given a y coordinate in content space, convert it to view
     * space.  Takes into account the height of the title bar.
     */
    /*package*/ int contentToViewY(int y) {
        return contentToViewDimension(y) + getTitleHeight();
    }

    private Rect contentToViewRect(Rect x) {
        return new Rect(contentToViewX(x.left), contentToViewY(x.top),
                        contentToViewX(x.right), contentToViewY(x.bottom));
    }

    /*  To invalidate a rectangle in content coordinates, we need to transform
        the rect into view coordinates, so we can then call invalidate(...).

        Normally, we would just call contentToView[XY](...), which eventually
        calls Math.round(coordinate * mActualScale). However, for invalidates,
        we need to account for the slop that occurs with antialiasing. To
        address that, we are a little more liberal in the size of the rect that
```

```
         we invalidate.

         This liberal calculation calls floor() for the top/left, and ceil() for
         the bottom/right coordinates. This catches the possible extra pixels of
         antialiasing that we might have missed with just round().
      */

    // Called by JNI to invalidate the View, given rectangle coordinates in
    // content space
    private void viewInvalidate(int l, int t, int r, int b) {
        final float scale = mZoomManager.getScale();
        final int dy = getTitleHeight();
        invalidate((int)Math.floor(l * scale),
                   (int)Math.floor(t * scale) + dy,
                   (int)Math.ceil(r * scale),
                   (int)Math.ceil(b * scale) + dy);
    }

    // Called by JNI to invalidate the View after a delay, given rectangle
    // coordinates in content space
    private void viewInvalidateDelayed(long delay, int l, int t, int r, int b) {
        final float scale = mZoomManager.getScale();
        final int dy = getTitleHeight();
        postInvalidateDelayed(delay,
                              (int)Math.floor(l * scale),
                              (int)Math.floor(t * scale) + dy,
                              (int)Math.ceil(r * scale),
                              (int)Math.ceil(b * scale) + dy);
    }

    private void invalidateContentRect(Rect r) {
        viewInvalidate(r.left, r.top, r.right, r.bottom);
    }

    // stop the scroll animation, and don't let a subsequent fling add
    // to the existing velocity
    private void abortAnimation() {
        mScroller.abortAnimation();
        mLastVelocity = 0;
```

```
    }

    /* call from webcoreview.draw(), so we're still executing in the UI thread
    */
    private void recordNewContentSize(int w, int h, boolean updateLayout) {

        // premature data from webkit, ignore
        if ((w | h) == 0) {
            return;
        }

        // don't abort a scroll animation if we didn't change anything
        if (mContentWidth != w || mContentHeight != h) {
            // record new dimensions
            mContentWidth = w;
            mContentHeight = h;
            // If history Picture is drawn, don't update scroll. They will be
            // updated when we get out of that mode.
            if (!mDrawHistory) {
                // repin our scroll, taking into account the new content size
                updateScrollCoordinates(pinLocX(mScrollX), pinLocY(mScrollY));
                if (!mScroller.isFinished()) {
                    // We are in the middle of a scroll.  Repin the final scroll
                    // position.
                    mScroller.setFinalX(pinLocX(mScroller.getFinalX()));
                    mScroller.setFinalY(pinLocY(mScroller.getFinalY()));
                }
            }
        }
        contentSizeChanged(updateLayout);
    }

    // Used to avoid sending many visible rect messages.
    private Rect mLastVisibleRectSent;
    private Rect mLastGlobalRect;

    Rect sendOurVisibleRect() {
        if (mZoomManager.isPreventingWebkitUpdates()) return mLastVisibleRectSent;
        Rect rect = new Rect();
```

```
            calcOurContentVisibleRect(rect);
            // Rect.equals() checks for null input.
            if (!rect.equals(mLastVisibleRectSent)) {
                if (!mBlockWebkitViewMessages) {
                    Point pos = new Point(rect.left, rect.top);
                    mWebViewCore.removeMessages(EventHub.SET_SCROLL_OFFSET);
                    mWebViewCore.sendMessage(EventHub.SET_SCROLL_OFFSET,
                            nativeMoveGeneration(), mSendScrollEvent ? 1 : 0, pos);
                }
                mLastVisibleRectSent = rect;
                mPrivateHandler.removeMessages(SWITCH_TO_LONGPRESS);
            }
            Rect globalRect = new Rect();
            if (getGlobalVisibleRect(globalRect)
                    && !globalRect.equals(mLastGlobalRect)) {
                if (DebugFlags.WEB_VIEW) {
                    Log.v(LOGTAG, "sendOurVisibleRect=(" + globalRect.left + ","
                            + globalRect.top + ",r=" + globalRect.right + ",b="
                            + globalRect.bottom);
                }
                // TODO: the global offset is only used by windowRect()
                // in ChromeClientAndroid ; other clients such as touch
                // and mouse events could return view + screen relative points.
                if (!mBlockWebkitViewMessages) {
                    mWebViewCore.sendMessage(EventHub.SET_GLOBAL_BOUNDS, globalRect);
                }
                mLastGlobalRect = globalRect;
            }
            return rect;
        }

        // Sets r to be the visible rectangle of our webview in view coordinates
        private void calcOurVisibleRect(Rect r) {
            Point p = new Point();
            getGlobalVisibleRect(r, p);
            r.offset(-p.x, -p.y);
        }

        // Sets r to be our visible rectangle in content coordinates
```

```
    private void calcOurContentVisibleRect(Rect r) {
        calcOurVisibleRect(r);
        r.left = viewToContentX(r.left);
        // viewToContentY will remove the total height of the title bar.  Add
        // the visible height back in to account for the fact that if the title
        // bar is partially visible, the part of the visible rect which is
        // displaying our content is displaced by that amount.
        r.top = viewToContentY(r.top + getVisibleTitleHeightImpl());
        r.right = viewToContentX(r.right);
        r.bottom = viewToContentY(r.bottom);
    }

    // Sets r to be our visible rectangle in content coordinates. We use this
    // method on the native side to compute the position of the fixed layers.
    // Uses floating coordinates (necessary to correctly place elements when
    // the scale factor is not 1)
    private void calcOurContentVisibleRectF(RectF r) {
        Rect ri = new Rect(0,0,0,0);
        calcOurVisibleRect(ri);
        r.left = viewToContentXf(ri.left);
        // viewToContentY will remove the total height of the title bar.  Add
        // the visible height back in to account for the fact that if the title
        // bar is partially visible, the part of the visible rect which is
        // displaying our content is displaced by that amount.
        r.top = viewToContentYf(ri.top + getVisibleTitleHeightImpl());
        r.right = viewToContentXf(ri.right);
        r.bottom = viewToContentYf(ri.bottom);
    }

    static class ViewSizeData {
        int mWidth;
        int mHeight;
        float mHeightWidthRatio;
        int mActualViewHeight;
        int mTextWrapWidth;
        int mAnchorX;
        int mAnchorY;
        float mScale;
        boolean mIgnoreHeight;
```

```
    }

    /**
     * Compute unzoomed width and height, and if they differ from the last
     * values we sent, send them to webkit (to be used as new viewport)
     *
     * @param force ensures that the message is sent to webkit even if the width
     * or height has not changed since the last message
     *
     * @return true if new values were sent
     */
    boolean sendViewSizeZoom(boolean force) {
        if (mBlockWebkitViewMessages) return false;
        if (mZoomManager.isPreventingWebkitUpdates()) return false;

        int viewWidth = getViewWidth();
        int newWidth = Math.round(viewWidth * mZoomManager.getInvScale());
        // This height could be fixed and be different from actual visible height.
        int viewHeight = getViewHeightWithTitle() - getTitleHeight();
        int newHeight = Math.round(viewHeight * mZoomManager.getInvScale());
        // Make the ratio more accurate than (newHeight / newWidth), since the
        // latter both are calculated and rounded.
        float heightWidthRatio = (float) viewHeight / viewWidth;
        /*
         * Because the native side may have already done a layout before the
         * View system was able to measure us, we have to send a height of 0 to
         * remove excess whitespace when we grow our width. This will trigger a
         * layout and a change in content size. This content size change will
         * mean that contentSizeChanged will either call this method directly or
         * indirectly from onSizeChanged.
         */
        if (newWidth > mLastWidthSent && mWrapContent) {
            newHeight = 0;
            heightWidthRatio = 0;
        }
        // Actual visible content height.
        int actualViewHeight = Math.round(getViewHeight() * mZoomManager.getInvScale());
        // Avoid sending another message if the dimensions have not changed.
        if (newWidth != mLastWidthSent || newHeight != mLastHeightSent || force ||
```

```
                    actualViewHeight != mLastActualHeightSent) {
                ViewSizeData data = new ViewSizeData();
                data.mWidth = newWidth;
                data.mHeight = newHeight;
                data.mHeightWidthRatio = heightWidthRatio;
                data.mActualViewHeight = actualViewHeight;
                data.mTextWrapWidth = Math.round(viewWidth / mZoomManager.getTextWrapScale());
                data.mScale = mZoomManager.getScale();
                data.mIgnoreHeight = mZoomManager.isFixedLengthAnimationInProgress()
                        && !mHeightCanMeasure;
                data.mAnchorX = mZoomManager.getDocumentAnchorX();
                data.mAnchorY = mZoomManager.getDocumentAnchorY();
                mWebViewCore.sendMessage(EventHub.VIEW_SIZE_CHANGED, data);
                mLastWidthSent = newWidth;
                mLastHeightSent = newHeight;
                mLastActualHeightSent = actualViewHeight;
                mZoomManager.clearDocumentAnchor();
                return true;
            }
            return false;
        }

        /**
         * Update the double-tap zoom.
         */
        /* package */ void updateDoubleTapZoom() {
            mZoomManager.updateDoubleTapZoom();
        }

        private int computeRealHorizontalScrollRange() {
            if (mDrawHistory) {
                return mHistoryWidth;
            } else {
                // to avoid rounding error caused unnecessary scrollbar, use floor
                return (int) Math.floor(mContentWidth * mZoomManager.getScale());
            }
        }

        @Override
```

```
    protected int computeHorizontalScrollRange() {
        int range = computeRealHorizontalScrollRange();

        // Adjust reported range if overscrolled to compress the scroll bars
        final int scrollX = mScrollX;
        final int overscrollRight = computeMaxScrollX();
        if (scrollX < 0) {
            range -= scrollX;
        } else if (scrollX > overscrollRight) {
            range += scrollX - overscrollRight;
        }

        return range;
    }

    @Override
    protected int computeHorizontalScrollOffset() {
        return Math.max(mScrollX, 0);
    }

    private int computeRealVerticalScrollRange() {
        if (mDrawHistory) {
            return mHistoryHeight;
        } else {
            // to avoid rounding error caused unnecessary scrollbar, use floor
            return (int) Math.floor(mContentHeight * mZoomManager.getScale());
        }
    }

    @Override
    protected int computeVerticalScrollRange() {
        int range = computeRealVerticalScrollRange();

        // Adjust reported range if overscrolled to compress the scroll bars
        final int scrollY = mScrollY;
        final int overscrollBottom = computeMaxScrollY();
        if (scrollY < 0) {
            range -= scrollY;
        } else if (scrollY > overscrollBottom) {
```

```
            range += scrollY - overscrollBottom;
        }

        return range;
    }

    @Override
    protected int computeVerticalScrollOffset() {
        return Math.max(mScrollY - getTitleHeight(), 0);
    }

    @Override
    protected int computeVerticalScrollExtent() {
        return getViewHeight();
    }

    /** @hide */
    @Override
    protected void onDrawVerticalScrollBar(Canvas canvas,
                                           Drawable scrollBar,
                                           int l, int t, int r, int b) {
        if (mScrollY < 0) {
            t -= mScrollY;
        }
        scrollBar.setBounds(l, t + getVisibleTitleHeightImpl(), r, b);
        scrollBar.draw(canvas);
    }

    @Override
    protected void onOverScrolled(int scrollX, int scrollY, boolean clampedX,
            boolean clampedY) {
        // Special-case layer scrolling so that we do not trigger normal scroll
        // updating.
        if (mTouchMode == TOUCH_DRAG_LAYER_MODE) {
            nativeScrollLayer(mScrollingLayer, scrollX, scrollY);
            mScrollingLayerRect.left = scrollX;
            mScrollingLayerRect.top = scrollY;
            invalidate();
            return;
```

```
        }
        mInOverScrollMode = false;
        int maxX = computeMaxScrollX();
        int maxY = computeMaxScrollY();
        if (maxX == 0) {
            // do not over scroll x if the page just fits the screen
            scrollX = pinLocX(scrollX);
        } else if (scrollX < 0 || scrollX > maxX) {
            mInOverScrollMode = true;
        }
        if (scrollY < 0 || scrollY > maxY) {
            mInOverScrollMode = true;
        }

        int oldX = mScrollX;
        int oldY = mScrollY;

        super.scrollTo(scrollX, scrollY);

        if (mOverScrollGlow != null) {
            mOverScrollGlow.pullGlow(mScrollX, mScrollY, oldX, oldY, maxX, maxY);
        }
    }

    /**
     * Get the url for the current page. This is not always the same as the url
     * passed to WebViewClient.onPageStarted because although the load for
     * that url has begun, the current page may not have changed.
     * @return The url for the current page.
     */
    public String getUrl() {
        checkThread();
        WebHistoryItem h = mCallbackProxy.getBackForwardList().getCurrentItem();
        return h != null ? h.getUrl() : null;
    }

    /**
     * Get the original url for the current page. This is not always the same
     * as the url passed to WebViewClient.onPageStarted because although the
```

```
     * load for that url has begun, the current page may not have changed.
     * Also, there may have been redirects resulting in a different url to that
     * originally requested.
     * @return The url that was originally requested for the current page.
     */
    public String getOriginalUrl() {
        checkThread();
        WebHistoryItem h = mCallbackProxy.getBackForwardList().getCurrentItem();
        return h != null ? h.getOriginalUrl() : null;
    }

    /**
     * Get the title for the current page. This is the title of the current page
     * until WebViewClient.onReceivedTitle is called.
     * @return The title for the current page.
     */
    public String getTitle() {
        checkThread();
        WebHistoryItem h = mCallbackProxy.getBackForwardList().getCurrentItem();
        return h != null ? h.getTitle() : null;
    }

    /**
     * Get the favicon for the current page. This is the favicon of the current
     * page until WebViewClient.onReceivedIcon is called.
     * @return The favicon for the current page.
     */
    public Bitmap getFavicon() {
        checkThread();
        WebHistoryItem h = mCallbackProxy.getBackForwardList().getCurrentItem();
        return h != null ? h.getFavicon() : null;
    }

    /**
     * Get the touch icon url for the apple-touch-icon <link> element, or
     * a URL on this site's server pointing to the standard location of a
     * touch icon.
     * @hide
     */
```

```
    public String getTouchIconUrl() {
        WebHistoryItem h = mCallbackProxy.getBackForwardList().getCurrentItem();
        return h != null ? h.getTouchIconUrl() : null;
    }

    /**
     * Get the progress for the current page.
     * @return The progress for the current page between 0 and 100.
     */
    public int getProgress() {
        checkThread();
        return mCallbackProxy.getProgress();
    }

    /**
     * @return the height of the HTML content.
     */
    public int getContentHeight() {
        checkThread();
        return mContentHeight;
    }

    /**
     * @return the width of the HTML content.
     * @hide
     */
    public int getContentWidth() {
        return mContentWidth;
    }

    /**
     * @hide
     */
    public int getPageBackgroundColor() {
        return nativeGetBackgroundColor();
    }

    /**
     * Pause all layout, parsing, and JavaScript timers for all webviews. This
```

```
     * is a global requests, not restricted to just this webview. This can be
     * useful if the application has been paused.
     */
    public void pauseTimers() {
        checkThread();
        mWebViewCore.sendMessage(EventHub.PAUSE_TIMERS);
    }

    /**
     * Resume all layout, parsing, and JavaScript timers for all webviews.
     * This will resume dispatching all timers.
     */
    public void resumeTimers() {
        checkThread();
        mWebViewCore.sendMessage(EventHub.RESUME_TIMERS);
    }

    /**
     * Call this to pause any extra processing associated with this WebView and
     * its associated DOM, plugins, JavaScript etc. For example, if the WebView
     * is taken offscreen, this could be called to reduce unnecessary CPU or
     * network traffic. When the WebView is again "active", call onResume().
     *
     * Note that this differs from pauseTimers(), which affects all WebViews.
     */
    public void onPause() {
        checkThread();
        if (!mIsPaused) {
            mIsPaused = true;
            mWebViewCore.sendMessage(EventHub.ON_PAUSE);
            // We want to pause the current playing video when switching out
            // from the current WebView/tab.
            if (mHTML5VideoViewProxy != null) {
                mHTML5VideoViewProxy.pauseAndDispatch();
            }
        }
    }

    /**
```

```
     * Call this to resume a WebView after a previous call to onPause().
     */
    public void onResume() {
        checkThread();
        if (mIsPaused) {
            mIsPaused = false;
            mWebViewCore.sendMessage(EventHub.ON_RESUME);
        }
    }

    /**
     * Returns true if the view is paused, meaning onPause() was called. Calling
     * onResume() sets the paused state back to false.
     * @hide
     */
    public boolean isPaused() {
        return mIsPaused;
    }

    /**
     * Call this to inform the view that memory is low so that it can
     * free any available memory.
     */
    public void freeMemory() {
        checkThread();
        mWebViewCore.sendMessage(EventHub.FREE_MEMORY);
    }

    /**
     * Clear the resource cache. Note that the cache is per-application, so
     * this will clear the cache for all WebViews used.
     *
     * @param includeDiskFiles If false, only the RAM cache is cleared.
     */
    public void clearCache(boolean includeDiskFiles) {
        checkThread();
        // Note: this really needs to be a static method as it clears cache for all
        // WebView. But we need mWebViewCore to send message to WebCore thread, so
        // we can't make this static.
```

```
            mWebViewCore.sendMessage(EventHub.CLEAR_CACHE,
                    includeDiskFiles ? 1 : 0, 0);
        }

        /**
         * Make sure that clearing the form data removes the adapter from the
         * currently focused textfield if there is one.
         */
        public void clearFormData() {
            checkThread();
            if (inEditingMode()) {
                mWebTextView.setAdapterCustom(null);
            }
        }

        /**
         * Tell the WebView to clear its internal back/forward list.
         */
        public void clearHistory() {
            checkThread();
            mCallbackProxy.getBackForwardList().setClearPending();
            mWebViewCore.sendMessage(EventHub.CLEAR_HISTORY);
        }

        /**
         * Clear the SSL preferences table stored in response to proceeding with SSL
         * certificate errors.
         */
        public void clearSslPreferences() {
            checkThread();
            mWebViewCore.sendMessage(EventHub.CLEAR_SSL_PREF_TABLE);
        }

        /**
         * Return the WebBackForwardList for this WebView. This contains the
         * back/forward list for use in querying each item in the history stack.
         * This is a copy of the private WebBackForwardList so it contains only a
         * snapshot of the current state. Multiple calls to this method may return
         * different objects. The object returned from this method will not be
```

```
     * updated to reflect any new state.
     */
    public WebBackForwardList copyBackForwardList() {
        checkThread();
        return mCallbackProxy.getBackForwardList().clone();
    }

    /*
     * Highlight and scroll to the next occurance of String in findAll.
     * Wraps the page infinitely, and scrolls.  Must be called after
     * calling findAll.
     *
     * @param forward Direction to search.
     */
    public void findNext(boolean forward) {
        checkThread();
        if (0 == mNativeClass) return; // client isn't initialized
        nativeFindNext(forward);
    }

    /*
     * Find all instances of find on the page and highlight them.
     * @param find  String to find.
     * @return int  The number of occurances of the String "find"
     *              that were found.
     */
    public int findAll(String find) {
        checkThread();
        if (0 == mNativeClass) return 0; // client isn't initialized
        int result = find != null ? nativeFindAll(find.toLowerCase(),
                find.toUpperCase(), find.equalsIgnoreCase(mLastFind)) : 0;
        invalidate();
        mLastFind = find;
        return result;
    }

    /**
     * Start an ActionMode for finding text in this WebView.  Only works if this
     *              WebView is attached to the view system.
```

```
     * @param text If non-null, will be the initial text to search for.
     *             Otherwise, the last String searched for in this WebView will
     *             be used to start.
     * @param showIme If true, show the IME, assuming the user will begin typing.
     *             If false and text is non-null, perform a find all.
     * @return boolean True if the find dialog is shown, false otherwise.
     */
    public boolean showFindDialog(String text, boolean showIme) {
        checkThread();
        FindActionModeCallback callback = new FindActionModeCallback(mContext);
        if (getParent() == null || startActionMode(callback) == null) {
            // Could not start the action mode, so end Find on page
            return false;
        }
        mFindCallback = callback;
        setFindIsUp(true);
        mFindCallback.setWebView(this);
        if (showIme) {
            mFindCallback.showSoftInput();
        } else if (text != null) {
            mFindCallback.setText(text);
            mFindCallback.findAll();
            return true;
        }
        if (text == null) {
            text = mLastFind;
        }
        if (text != null) {
            mFindCallback.setText(text);
        }
        return true;
    }

    /**
     * Keep track of the find callback so that we can remove its titlebar if
     * necessary.
     */
    private FindActionModeCallback mFindCallback;

```

```
    /**
     * Toggle whether the find dialog is showing, for both native and Java.
     */
    private void setFindIsUp(boolean isUp) {
        mFindIsUp = isUp;
        if (0 == mNativeClass) return; // client isn't initialized
        nativeSetFindIsUp(isUp);
    }

    /**
     * Return the index of the currently highlighted match.
     */
    int findIndex() {
        if (0 == mNativeClass) return -1;
        return nativeFindIndex();
    }

    // Used to know whether the find dialog is open.  Affects whether
    // or not we draw the highlights for matches.
    private boolean mFindIsUp;

    // Keep track of the last string sent, so we can search again when find is
    // reopened.
    private String mLastFind;

    /**
     * Return the first substring consisting of the address of a physical
     * location. Currently, only addresses in the United States are detected,
     * and consist of:
     * - a house number
     * - a street name
     * - a street type (Road, Circle, etc), either spelled out or abbreviated
     * - a city name
     * - a state or territory, either spelled out or two-letter abbr.
     * - an optional 5 digit or 9 digit zip code.
     *
     * All names must be correctly capitalized, and the zip code, if present,
     * must be valid for the state. The street type must be a standard USPS
     * spelling or abbreviation. The state or territory must also be spelled
```

```
     * or abbreviated using USPS standards. The house number may not exceed
     * five digits.
     * @param addr The string to search for addresses.
     *
     * @return the address, or if no address is found, return null.
     */
    public static String findAddress(String addr) {
        checkThread();
        return findAddress(addr, false);
    }

    /**
     * @hide
     * Return the first substring consisting of the address of a physical
     * location. Currently, only addresses in the United States are detected,
     * and consist of:
     * - a house number
     * - a street name
     * - a street type (Road, Circle, etc), either spelled out or abbreviated
     * - a city name
     * - a state or territory, either spelled out or two-letter abbr.
     * - an optional 5 digit or 9 digit zip code.
     *
     * Names are optionally capitalized, and the zip code, if present,
     * must be valid for the state. The street type must be a standard USPS
     * spelling or abbreviation. The state or territory must also be spelled
     * or abbreviated using USPS standards. The house number may not exceed
     * five digits.
     * @param addr The string to search for addresses.
     * @param caseInsensitive addr Set to true to make search ignore case.
     *
     * @return the address, or if no address is found, return null.
     */
    public static String findAddress(String addr, boolean caseInsensitive) {
        return WebViewCore.nativeFindAddress(addr, caseInsensitive);
    }

    /*
     * Clear the highlighting surrounding text matches created by findAll.
```

```
     */
    public void clearMatches() {
        checkThread();
        if (mNativeClass == 0)
            return;
        nativeSetFindIsEmpty();
        invalidate();
    }

    /**
     * Called when the find ActionMode ends.
     */
    void notifyFindDialogDismissed() {
        mFindCallback = null;
        if (mWebViewCore == null) {
            return;
        }
        clearMatches();
        setFindIsUp(false);
        // Now that the dialog has been removed, ensure that we scroll to a
        // location that is not beyond the end of the page.
        pinScrollTo(mScrollX, mScrollY, false, 0);
        invalidate();
    }

    /**
     * Query the document to see if it contains any image references. The
     * message object will be dispatched with arg1 being set to 1 if images
     * were found and 0 if the document does not reference any images.
     * @param response The message that will be dispatched with the result.
     */
    public void documentHasImages(Message response) {
        checkThread();
        if (response == null) {
            return;
        }
        mWebViewCore.sendMessage(EventHub.DOC_HAS_IMAGES, response);
    }

```

```java
    /**
     * Request the scroller to abort any ongoing animation
     *
     * @hide
     */
    public void stopScroll() {
        mScroller.forceFinished(true);
        mLastVelocity = 0;
    }

    @Override
    public void computeScroll() {
        if (mScroller.computeScrollOffset()) {
            int oldX = mScrollX;
            int oldY = mScrollY;
            int x = mScroller.getCurrX();
            int y = mScroller.getCurrY();
            invalidate();  // So we draw again

            if (!mScroller.isFinished()) {
                int rangeX = computeMaxScrollX();
                int rangeY = computeMaxScrollY();
                int overflingDistance = mOverflingDistance;

                // Use the layer's scroll data if needed.
                if (mTouchMode == TOUCH_DRAG_LAYER_MODE) {
                    oldX = mScrollingLayerRect.left;
                    oldY = mScrollingLayerRect.top;
                    rangeX = mScrollingLayerRect.right;
                    rangeY = mScrollingLayerRect.bottom;
                    // No overscrolling for layers.
                    overflingDistance = 0;
                }

                overScrollBy(x - oldX, y - oldY, oldX, oldY,
                        rangeX, rangeY,
                        overflingDistance, overflingDistance, false);

                if (mOverScrollGlow != null) {
```

```
                    mOverScrollGlow.absorbGlow(x, y, oldX, oldY, rangeX, rangeY);
                }
            } else {
                if (mTouchMode != TOUCH_DRAG_LAYER_MODE) {
                    mScrollX = x;
                    mScrollY = y;
                } else {
                    // Update the layer position instead of WebView.
                    nativeScrollLayer(mScrollingLayer, x, y);
                    mScrollingLayerRect.left = x;
                    mScrollingLayerRect.top = y;
                }
                abortAnimation();
                mPrivateHandler.removeMessages(RESUME_WEBCORE_PRIORITY);
                nativeSetIsScrolling(false);
                if (!mBlockWebkitViewMessages) {
                    WebViewCore.resumePriority();
                    if (!mSelectingText) {
                        WebViewCore.resumeUpdatePicture(mWebViewCore);
                    }
                }
                if (oldX != mScrollX || oldY != mScrollY) {
                    sendOurVisibleRect();
                }
            }
        } else {
            super.computeScroll();
        }
    }

    private static int computeDuration(int dx, int dy) {
        int distance = Math.max(Math.abs(dx), Math.abs(dy));
        int duration = distance * 1000 / STD_SPEED;
        return Math.min(duration, MAX_DURATION);
    }

    // helper to pin the scrollBy parameters (already in view coordinates)
    // returns true if the scroll was changed
    private boolean pinScrollBy(int dx, int dy, boolean animate, int animationDuration) {
```

```
            return pinScrollTo(mScrollX + dx, mScrollY + dy, animate, animationDuration);
        }
        // helper to pin the scrollTo parameters (already in view coordinates)
        // returns true if the scroll was changed
        private boolean pinScrollTo(int x, int y, boolean animate, int animationDuration) {
            x = pinLocX(x);
            y = pinLocY(y);
            int dx = x - mScrollX;
            int dy = y - mScrollY;

            if ((dx | dy) == 0) {
                return false;
            }
            abortAnimation();
            if (animate) {
                //        Log.d(LOGTAG, "startScroll: " + dx + " " + dy);
                mScroller.startScroll(mScrollX, mScrollY, dx, dy,
                        animationDuration > 0 ? animationDuration : computeDuration(dx, dy));
                awakenScrollBars(mScroller.getDuration());
                invalidate();
            } else {
                scrollTo(x, y);
            }
            return true;
        }

        // Scale from content to view coordinates, and pin.
        // Also called by jni webview.cpp
        private boolean setContentScrollBy(int cx, int cy, boolean animate) {
            if (mDrawHistory) {
                // disallow WebView to change the scroll position as History Picture
                // is used in the view system.
                // TODO: as we switchOutDrawHistory when trackball or navigation
                // keys are hit, this should be safe. Right?
                return false;
            }
            cx = contentToViewDimension(cx);
            cy = contentToViewDimension(cy);
            if (mHeightCanMeasure) {
```

```
            // move our visible rect according to scroll request
            if (cy != 0) {
                Rect tempRect = new Rect();
                calcOurVisibleRect(tempRect);
                tempRect.offset(cx, cy);
                requestRectangleOnScreen(tempRect);
            }
            // FIXME: We scroll horizontally no matter what because currently
            // ScrollView and ListView will not scroll horizontally.
            // FIXME: Why do we only scroll horizontally if there is no
            // vertical scroll?
//                Log.d(LOGTAG, "setContentScrollBy cy=" + cy);
            return cy == 0 && cx != 0 && pinScrollBy(cx, 0, animate, 0);
        } else {
            return pinScrollBy(cx, cy, animate, 0);
        }
    }

    /**
     * Called by CallbackProxy when the page starts loading.
     * @param url The URL of the page which has started loading.
     */
    /* package */ void onPageStarted(String url) {
        // every time we start a new page, we want to reset the
        // WebView certificate:  if the new site is secure, we
        // will reload it and get a new certificate set;
        // if the new site is not secure, the certificate must be
        // null, and that will be the case
        setCertificate(null);

        // reset the flag since we set to true in if need after
        // loading is see onPageFinished(Url)
        mAccessibilityScriptInjected = false;
    }

    /**
     * Called by CallbackProxy when the page finishes loading.
     * @param url The URL of the page which has finished loading.
     */
```

```
    /* package */ void onPageFinished(String url) {
        if (mPageThatNeedsToSlideTitleBarOffScreen != null) {
            // If the user is now on a different page, or has scrolled the page
            // past the point where the title bar is offscreen, ignore the
            // scroll request.
            if (mPageThatNeedsToSlideTitleBarOffScreen.equals(url)
                    && mScrollX == 0 && mScrollY == 0) {
                pinScrollTo(0, mYDistanceToSlideTitleOffScreen, true,
                        SLIDE_TITLE_DURATION);
            }
            mPageThatNeedsToSlideTitleBarOffScreen = null;
        }
        mZoomManager.onPageFinished(url);
        injectAccessibilityForUrl(url);
    }

    /**
     * This method injects accessibility in the loaded document if accessibility
     * is enabled. If JavaScript is enabled we try to inject a URL specific script.
     * If no URL specific script is found or JavaScript is disabled we fallback to
     * the default {@link AccessibilityInjector} implementation.
     * </p>
     * If the URL has the "axs" paramter set to 1 it has already done the
     * script injection so we do nothing. If the parameter is set to 0
     * the URL opts out accessibility script injection so we fall back to
     * the default {@link AccessibilityInjector}.
     * </p>
     * Note: If the user has not opted-in the accessibility script injection no scripts
     * are injected rather the default {@link AccessibilityInjector} implementation
     * is used.
     *
     * @param url The URL loaded by this {@link WebView}.
     */
    private void injectAccessibilityForUrl(String url) {
        if (mWebViewCore == null) {
            return;
        }
        AccessibilityManager accessibilityManager = AccessibilityManager.getInstance(mContext
);
```

```
        if (!accessibilityManager.isEnabled()) {
            // it is possible that accessibility was turned off between reloads
            ensureAccessibilityScriptInjectorInstance(false);
            return;
        }

        if (!getSettings().getJavaScriptEnabled()) {
            // no JS so we fallback to the basic buil-in support
            ensureAccessibilityScriptInjectorInstance(true);
            return;
        }

        // check the URL "axs" parameter to choose appropriate action
        int axsParameterValue = getAxsUrlParameterValue(url);
        if (axsParameterValue == ACCESSIBILITY_SCRIPT_INJECTION_UNDEFINED) {
            boolean onDeviceScriptInjectionEnabled = (Settings.Secure.getInt(mContext
                    .getContentResolver(), Settings.Secure.ACCESSIBILITY_SCRIPT_INJECTION, 0)
 == 1);
            if (onDeviceScriptInjectionEnabled) {
                ensureAccessibilityScriptInjectorInstance(false);
                // neither script injected nor script injection opted out => we inject
                loadUrl(ACCESSIBILITY_SCRIPT_CHOOSER_JAVASCRIPT);
                // TODO: Set this flag after successfull script injection. Maybe upon
 injection
                // the chooser should update the meta tag and we check it to declare success
                mAccessibilityScriptInjected = true;
            } else {
                // injection disabled so we fallback to the basic built-in support
                ensureAccessibilityScriptInjectorInstance(true);
            }
        } else if (axsParameterValue == ACCESSIBILITY_SCRIPT_INJECTION_OPTED_OUT) {
            // injection opted out so we fallback to the basic buil-in support
            ensureAccessibilityScriptInjectorInstance(true);
        } else if (axsParameterValue == ACCESSIBILITY_SCRIPT_INJECTION_PROVIDED) {
            ensureAccessibilityScriptInjectorInstance(false);
            // the URL provides accessibility but we still need to add our generic script
            loadUrl(ACCESSIBILITY_SCRIPT_CHOOSER_JAVASCRIPT);
        } else {
```

```
                Log.e(LOGTAG, "Unknown URL value for the \"axs\" URL parameter: " +
axsParameterValue);
            }
        }

        /**
         * Ensures the instance of the {@link AccessibilityInjector} to be present ot not.
         *
         * @param present True to ensure an insance, false to ensure no instance.
         */
        private void ensureAccessibilityScriptInjectorInstance(boolean present) {
            if (present) {
                if (mAccessibilityInjector == null) {
                    mAccessibilityInjector = new AccessibilityInjector(this);
                }
            } else {
                mAccessibilityInjector = null;
            }
        }

        /**
         * Gets the "axs" URL parameter value.
         *
         * @param url A url to fetch the paramter from.
         * @return The parameter value if such, -1 otherwise.
         */
        private int getAxsUrlParameterValue(String url) {
            if (mMatchAxsUrlParameterPattern == null) {
                mMatchAxsUrlParameterPattern = Pattern.compile(PATTERN_MATCH_AXS_URL_PARAMETER);
            }
            Matcher matcher = mMatchAxsUrlParameterPattern.matcher(url);
            if (matcher.find()) {
                String keyValuePair = url.substring(matcher.start(), matcher.end());
                return Integer.parseInt(keyValuePair.split("=")[1]);
            }
            return -1;
        }

        /**
```

```
     * The URL of a page that sent a message to scroll the title bar off screen.
     *
     * Many mobile sites tell the page to scroll to (0,1) in order to scroll the
     * title bar off the screen.  Sometimes, the scroll position is set before
     * the page finishes loading.  Rather than scrolling while the page is still
     * loading, keep track of the URL and new scroll position so we can perform
     * the scroll once the page finishes loading.
     */
    private String mPageThatNeedsToSlideTitleBarOffScreen;

    /**
     * The destination Y scroll position to be used when the page finishes
     * loading.  See mPageThatNeedsToSlideTitleBarOffScreen.
     */
    private int mYDistanceToSlideTitleOffScreen;

    // scale from content to view coordinates, and pin
    // return true if pin caused the final x/y different than the request cx/cy,
    // and a future scroll may reach the request cx/cy after our size has
    // changed
    // return false if the view scroll to the exact position as it is requested,
    // where negative numbers are taken to mean 0
    private boolean setContentScrollTo(int cx, int cy) {
        if (mDrawHistory) {
            // disallow WebView to change the scroll position as History Picture
            // is used in the view system.
            // One known case where this is called is that WebCore tries to
            // restore the scroll position. As history Picture already uses the
            // saved scroll position, it is ok to skip this.
            return false;
        }
        int vx;
        int vy;
        if ((cx | cy) == 0) {
            // If the page is being scrolled to (0,0), do not add in the title
            // bar's height, and simply scroll to (0,0). (The only other work
            // in contentToView_ is to multiply, so this would not change 0.)
            vx = 0;
            vy = 0;
```

```
        } else {
            vx = contentToViewX(cx);
            vy = contentToViewY(cy);
        }
//        Log.d(LOGTAG, "content scrollTo [" + cx + " " + cy + "] view=[" +
//                      vx + " " + vy + "]");
        // Some mobile sites attempt to scroll the title bar off the page by
        // scrolling to (0,1).  If we are at the top left corner of the
        // page, assume this is an attempt to scroll off the title bar, and
        // animate the title bar off screen slowly enough that the user can see
        // it.
        if (cx == 0 && cy == 1 && mScrollX == 0 && mScrollY == 0
                && mTitleBar != null) {
            // FIXME: 100 should be defined somewhere as our max progress.
            if (getProgress() < 100) {
                // Wait to scroll the title bar off screen until the page has
                // finished loading.  Keep track of the URL and the destination
                // Y position
                mPageThatNeedsToSlideTitleBarOffScreen = getUrl();
                mYDistanceToSlideTitleOffScreen = vy;
            } else {
                pinScrollTo(vx, vy, true, SLIDE_TITLE_DURATION);
            }
            // Since we are animating, we have not yet reached the desired
            // scroll position.  Do not return true to request another attempt
            return false;
        }
        pinScrollTo(vx, vy, false, 0);
        // If the request was to scroll to a negative coordinate, treat it as if
        // it was a request to scroll to 0
        if ((mScrollX != vx && cx >= 0) || (mScrollY != vy && cy >= 0)) {
            return true;
        } else {
            return false;
        }
    }

    // scale from content to view coordinates, and pin
    private void spawnContentScrollTo(int cx, int cy) {
```

```
        if (mDrawHistory) {
            // disallow WebView to change the scroll position as History Picture
            // is used in the view system.
            return;
        }
        int vx = contentToViewX(cx);
        int vy = contentToViewY(cy);
        pinScrollTo(vx, vy, true, 0);
    }

    /**
     * These are from webkit, and are in content coordinate system (unzoomed)
     */
    private void contentSizeChanged(boolean updateLayout) {
        // suppress 0,0 since we usually see real dimensions soon after
        // this avoids drawing the prev content in a funny place. If we find a
        // way to consolidate these notifications, this check may become
        // obsolete
        if ((mContentWidth | mContentHeight) == 0) {
            return;
        }

        if (mHeightCanMeasure) {
            if (getMeasuredHeight() != contentToViewDimension(mContentHeight)
                    || updateLayout) {
                requestLayout();
            }
        } else if (mWidthCanMeasure) {
            if (getMeasuredWidth() != contentToViewDimension(mContentWidth)
                    || updateLayout) {
                requestLayout();
            }
        } else {
            // If we don't request a layout, try to send our view size to the
            // native side to ensure that WebCore has the correct dimensions.
            sendViewSizeZoom(false);
        }
    }
```

```
    /**
     * Set the WebViewClient that will receive various notifications and
     * requests. This will replace the current handler.
     * @param client An implementation of WebViewClient.
     */
    public void setWebViewClient(WebViewClient client) {
        checkThread();
        mCallbackProxy.setWebViewClient(client);
    }

    /**
     * Gets the WebViewClient
     * @return the current WebViewClient instance.
     *
     *@hide pending API council approval.
     */
    public WebViewClient getWebViewClient() {
        return mCallbackProxy.getWebViewClient();
    }

    /**
     * Register the interface to be used when content can not be handled by
     * the rendering engine, and should be downloaded instead. This will replace
     * the current handler.
     * @param listener An implementation of DownloadListener.
     */
    public void setDownloadListener(DownloadListener listener) {
        checkThread();
        mCallbackProxy.setDownloadListener(listener);
    }

    /**
     * Set the chrome handler. This is an implementation of WebChromeClient for
     * use in handling JavaScript dialogs, favicons, titles, and the progress.
     * This will replace the current handler.
     * @param client An implementation of WebChromeClient.
     */
    public void setWebChromeClient(WebChromeClient client) {
        checkThread();
```

```
        mCallbackProxy.setWebChromeClient(client);
    }

    /**
     * Gets the chrome handler.
     * @return the current WebChromeClient instance.
     *
     * @hide API council approval.
     */
    public WebChromeClient getWebChromeClient() {
        return mCallbackProxy.getWebChromeClient();
    }

    /**
     * Set the back/forward list client. This is an implementation of
     * WebBackForwardListClient for handling new items and changes in the
     * history index.
     * @param client An implementation of WebBackForwardListClient.
     * {@hide}
     */
    public void setWebBackForwardListClient(WebBackForwardListClient client) {
        mCallbackProxy.setWebBackForwardListClient(client);
    }

    /**
     * Gets the WebBackForwardListClient.
     * {@hide}
     */
    public WebBackForwardListClient getWebBackForwardListClient() {
        return mCallbackProxy.getWebBackForwardListClient();
    }

    /**
     * Set the Picture listener. This is an interface used to receive
     * notifications of a new Picture.
     * @param listener An implementation of WebView.PictureListener.
     * @deprecated This method is now obsolete.
     */
    @Deprecated
```

```
    public void setPictureListener(PictureListener listener) {
        checkThread();
        mPictureListener = listener;
    }

    /**
     * {@hide}
     */
    /* FIXME: Debug only! Remove for SDK! */
    public void externalRepresentation(Message callback) {
        mWebViewCore.sendMessage(EventHub.REQUEST_EXT_REPRESENTATION, callback);
    }

    /**
     * {@hide}
     */
    /* FIXME: Debug only! Remove for SDK! */
    public void documentAsText(Message callback) {
        mWebViewCore.sendMessage(EventHub.REQUEST_DOC_AS_TEXT, callback);
    }

    /**
     * Use this function to bind an object to JavaScript so that the
     * methods can be accessed from JavaScript.
     * <p><strong>IMPORTANT:</strong>
     * <ul>
     * <li> Using addJavascriptInterface() allows JavaScript to control your
     * application. This can be a very useful feature or a dangerous security
     * issue. When the HTML in the WebView is untrustworthy (for example, part
     * or all of the HTML is provided by some person or process), then an
     * attacker could inject HTML that will execute your code and possibly any
     * code of the attacker's choosing.<br>
     * Do not use addJavascriptInterface() unless all of the HTML in this
     * WebView was written by you.</li>
     * <li> The Java object that is bound runs in another thread and not in
     * the thread that it was constructed in.</li>
     * </ul></p>
     * @param obj The class instance to bind to JavaScript, null instances are
     *            ignored.
```

```
     * @param interfaceName The name to used to expose the instance in
     *                      JavaScript.
     */
    public void addJavascriptInterface(Object obj, String interfaceName) {
        checkThread();
        if (obj == null) {
            return;
        }
        WebViewCore.JSInterfaceData arg = new WebViewCore.JSInterfaceData();
        arg.mObject = obj;
        arg.mInterfaceName = interfaceName;
        mWebViewCore.sendMessage(EventHub.ADD_JS_INTERFACE, arg);
    }

    /**
     * Removes a previously added JavaScript interface with the given name.
     * @param interfaceName The name of the interface to remove.
     */
    public void removeJavascriptInterface(String interfaceName) {
        checkThread();
        if (mWebViewCore != null) {
            WebViewCore.JSInterfaceData arg = new WebViewCore.JSInterfaceData();
            arg.mInterfaceName = interfaceName;
            mWebViewCore.sendMessage(EventHub.REMOVE_JS_INTERFACE, arg);
        }
    }

    /**
     * Return the WebSettings object used to control the settings for this
     * WebView.
     * @return A WebSettings object that can be used to control this WebView's
     *         settings.
     */
    public WebSettings getSettings() {
        checkThread();
        return (mWebViewCore != null) ? mWebViewCore.getSettings() : null;
    }

   /**
```

```
     * Return the list of currently loaded plugins.
     * @return The list of currently loaded plugins.
     *
     * @hide
     * @deprecated This was used for Gears, which has been deprecated.
     */
    @Deprecated
    public static synchronized PluginList getPluginList() {
        checkThread();
        return new PluginList();
    }

    /**
     * @hide
     * @deprecated This was used for Gears, which has been deprecated.
     */
    @Deprecated
    public void refreshPlugins(boolean reloadOpenPages) {
        checkThread();
    }

    //-------------------------------------------------------------------------
    // Override View methods
    //-------------------------------------------------------------------------

    @Override
    protected void finalize() throws Throwable {
        try {
            if (mNativeClass != 0) {
                mPrivateHandler.post(new Runnable() {
                    @Override
                    public void run() {
                        destroy();
                    }
                });
            }
        } finally {
            super.finalize();
        }
```

```
    }

    @Override
    protected boolean drawChild(Canvas canvas, View child, long drawingTime) {
        if (child == mTitleBar) {
            // When drawing the title bar, move it horizontally to always show
            // at the top of the WebView.
            mTitleBar.offsetLeftAndRight(mScrollX - mTitleBar.getLeft());
            int newTop = 0;
            if (mTitleGravity == Gravity.NO_GRAVITY) {
                newTop = Math.min(0, mScrollY);
            } else if (mTitleGravity == Gravity.TOP) {
                newTop = mScrollY;
            }
            mTitleBar.setBottom(newTop + mTitleBar.getHeight());
            mTitleBar.setTop(newTop);
        }
        return super.drawChild(canvas, child, drawingTime);
    }

    private void drawContent(Canvas canvas, boolean drawRings) {
        // Update the buttons in the picture, so when we draw the picture
        // to the screen, they are in the correct state.
        // Tell the native side if user is a) touching the screen,
        // b) pressing the trackball down, or c) pressing the enter key
        // If the cursor is on a button, we need to draw it in the pressed
        // state.
        // If mNativeClass is 0, we should not reach here, so we do not
        // need to check it again.
        boolean pressed = (mTouchMode == TOUCH_SHORTPRESS_START_MODE
                || mTouchMode == TOUCH_INIT_MODE
                || mTouchMode == TOUCH_SHORTPRESS_MODE);
        recordButtons(canvas,
                hasFocus() && hasWindowFocus(), (pressed && !USE_WEBKIT_RINGS)
                || mTrackballDown || mGotCenterDown, false);
        drawCoreAndCursorRing(canvas, mBackgroundColor,
                mDrawCursorRing && drawRings);
    }

```

```
    /**
     * Draw the background when beyond bounds
     * @param canvas Canvas to draw into
     */
    private void drawOverScrollBackground(Canvas canvas) {
        if (mOverScrollBackground == null) {
            mOverScrollBackground = new Paint();
            Bitmap bm = BitmapFactory.decodeResource(
                    mContext.getResources(),
                    com.android.internal.R.drawable.status_bar_background);
            mOverScrollBackground.setShader(new BitmapShader(bm,
                    Shader.TileMode.REPEAT, Shader.TileMode.REPEAT));
            mOverScrollBorder = new Paint();
            mOverScrollBorder.setStyle(Paint.Style.STROKE);
            mOverScrollBorder.setStrokeWidth(0);
            mOverScrollBorder.setColor(0xffbbbbbb);
        }

        int top = 0;
        int right = computeRealHorizontalScrollRange();
        int bottom = top + computeRealVerticalScrollRange();
        // first draw the background and anchor to the top of the view
        canvas.save();
        canvas.translate(mScrollX, mScrollY);
        canvas.clipRect(-mScrollX, top - mScrollY, right - mScrollX, bottom
                - mScrollY, Region.Op.DIFFERENCE);
        canvas.drawPaint(mOverScrollBackground);
        canvas.restore();
        // then draw the border
        canvas.drawRect(-1, top - 1, right, bottom, mOverScrollBorder);
        // next clip the region for the content
        canvas.clipRect(0, top, right, bottom);
    }

    @Override
    protected void onDraw(Canvas canvas) {
        // if mNativeClass is 0, the WebView is either destroyed or not
        // initialized. In either case, just draw the background color and return
        if (mNativeClass == 0) {
```

```
            canvas.drawColor(mBackgroundColor);
            return;
        }

        // if both mContentWidth and mContentHeight are 0, it means there is no
        // valid Picture passed to WebView yet. This can happen when WebView
        // just starts. Draw the background and return.
        if ((mContentWidth | mContentHeight) == 0 && mHistoryPicture == null) {
            canvas.drawColor(mBackgroundColor);
            return;
        }

        if (canvas.isHardwareAccelerated()) {
            mZoomManager.setHardwareAccelerated();
        }

        int saveCount = canvas.save();
        if (mInOverScrollMode && !getSettings()
                .getUseWebViewBackgroundForOverscrollBackground()) {
            drawOverScrollBackground(canvas);
        }
        if (mTitleBar != null) {
            canvas.translate(0, getTitleHeight());
        }
        boolean drawJavaRings = !mTouchHighlightRegion.isEmpty()
                && (mTouchMode == TOUCH_INIT_MODE
                || mTouchMode == TOUCH_SHORTPRESS_START_MODE
                || mTouchMode == TOUCH_SHORTPRESS_MODE
                || mTouchMode == TOUCH_DONE_MODE);
        boolean drawNativeRings = !drawJavaRings;
        if (USE_WEBKIT_RINGS) {
            drawNativeRings = !drawJavaRings && !isInTouchMode();
        }
        drawContent(canvas, drawNativeRings);
        canvas.restoreToCount(saveCount);

        if (AUTO_REDRAW_HACK && mAutoRedraw) {
            invalidate();
        }
```

```
        mWebViewCore.signalRepaintDone();

        if (mOverScrollGlow != null && mOverScrollGlow.drawEdgeGlows(canvas)) {
            invalidate();
        }

        // paint the highlight in the end
        if (drawJavaRings) {
            long delay = System.currentTimeMillis() - mTouchHighlightRequested;
            if (delay < ViewConfiguration.getTapTimeout()) {
                Rect r = mTouchHighlightRegion.getBounds();
                postInvalidateDelayed(delay, r.left, r.top, r.right, r.bottom);
            } else {
                if (mTouchHightlightPaint == null) {
                    mTouchHightlightPaint = new Paint();
                    mTouchHightlightPaint.setColor(HIGHLIGHT_COLOR);
                }
                RegionIterator iter = new RegionIterator(mTouchHighlightRegion);
                Rect r = new Rect();
                while (iter.next(r)) {
                    canvas.drawRect(r, mTouchHightlightPaint);
                }
            }
        }
        if (DEBUG_TOUCH_HIGHLIGHT) {
            if (getSettings().getNavDump()) {
                if ((mTouchHighlightX | mTouchHighlightY) != 0) {
                    if (mTouchCrossHairColor == null) {
                        mTouchCrossHairColor = new Paint();
                        mTouchCrossHairColor.setColor(Color.RED);
                    }
                    canvas.drawLine(mTouchHighlightX - mNavSlop,
                            mTouchHighlightY - mNavSlop, mTouchHighlightX
                                    + mNavSlop + 1, mTouchHighlightY + mNavSlop
                                    + 1, mTouchCrossHairColor);
                    canvas.drawLine(mTouchHighlightX + mNavSlop + 1,
                            mTouchHighlightY - mNavSlop, mTouchHighlightX
                                    - mNavSlop,
                            mTouchHighlightY + mNavSlop + 1,
```

```
                            mTouchCrossHairColor);
                    }
                }
            }
        }

        private void removeTouchHighlight() {
            mWebViewCore.removeMessages(EventHub.GET_TOUCH_HIGHLIGHT_RECTS);
            mPrivateHandler.removeMessages(SET_TOUCH_HIGHLIGHT_RECTS);
            setTouchHighlightRects(null);
        }

        @Override
        public void setLayoutParams(ViewGroup.LayoutParams params) {
            if (params.height == LayoutParams.WRAP_CONTENT) {
                mWrapContent = true;
            }
            super.setLayoutParams(params);
        }

        @Override
        public boolean performLongClick() {
            // performLongClick() is the result of a delayed message. If we switch
            // to windows overview, the WebView will be temporarily removed from the
            // view system. In that case, do nothing.
            if (getParent() == null) return false;

            // A multi-finger gesture can look like a long press; make sure we don't take
            // long press actions if we're scaling.
            final ScaleGestureDetector detector = mZoomManager.getMultiTouchGestureDetector();
            if (detector != null && detector.isInProgress()) {
                return false;
            }

            if (mNativeClass != 0 && nativeCursorIsTextInput()) {
                // Send the click so that the textfield is in focus
                centerKeyPressOnTextField();
                rebuildWebTextView();
            } else {
```

```
                clearTextEntry();
            }
            if (inEditingMode()) {
                // Since we just called rebuildWebTextView, the layout is not set
                // properly.  Update it so it can correctly find the word to select.
                mWebTextView.ensureLayout();
                // Provide a touch down event to WebTextView, which will allow it
                // to store the location to use in performLongClick.
                AbsoluteLayout.LayoutParams params
                        = (AbsoluteLayout.LayoutParams) mWebTextView.getLayoutParams();
                MotionEvent fake = MotionEvent.obtain(mLastTouchTime,
                        mLastTouchTime, MotionEvent.ACTION_DOWN,
                        mLastTouchX - params.x + mScrollX,
                        mLastTouchY - params.y + mScrollY, 0);
                mWebTextView.dispatchTouchEvent(fake);
                return mWebTextView.performLongClick();
            }
            if (mSelectingText) return false; // long click does nothing on selection
            /* if long click brings up a context menu, the super function
             * returns true and we're done. Otherwise, nothing happened when
             * the user clicked. */
            if (super.performLongClick()) {
                return true;
            }
            /* In the case where the application hasn't already handled the long
             * click action, look for a word under the  click. If one is found,
             * animate the text selection into view.
             * FIXME: no animation code yet */
            final boolean isSelecting = selectText();
            if (isSelecting) {
                performHapticFeedback(HapticFeedbackConstants.LONG_PRESS);
            }
            return isSelecting;
        }

        /**
         * Select the word at the last click point.
         *
         * @hide pending API council approval
```

```
     */
    public boolean selectText() {
        int x = viewToContentX(mLastTouchX + mScrollX);
        int y = viewToContentY(mLastTouchY + mScrollY);
        return selectText(x, y);
    }

    /**
     * Select the word at the indicated content coordinates.
     */
    boolean selectText(int x, int y) {
        if (!setUpSelect(true, x, y)) {
            return false;
        }
        nativeSetExtendSelection();
        mDrawSelectionPointer = false;
        mTouchMode = TOUCH_DRAG_MODE;
        return true;
    }

    private int mOrientation = Configuration.ORIENTATION_UNDEFINED;

    @Override
    protected void onConfigurationChanged(Configuration newConfig) {
        if (mSelectingText && mOrientation != newConfig.orientation) {
            selectionDone();
        }
        mOrientation = newConfig.orientation;
        if (mWebViewCore != null && !mBlockWebkitViewMessages) {
            mWebViewCore.sendMessage(EventHub.CLEAR_CONTENT);
        }
    }

    /**
     * Keep track of the Callback so we can end its ActionMode or remove its
     * titlebar.
     */
    private SelectActionModeCallback mSelectCallback;

```

```
    // These values are possible options for didUpdateWebTextViewDimensions.
    private static final int FULLY_ON_SCREEN = 0;
    private static final int INTERSECTS_SCREEN = 1;
    private static final int ANYWHERE = 2;

    /**
     * Check to see if the focused textfield/textarea is still on screen.  If it
     * is, update the the dimensions and location of WebTextView.  Otherwise,
     * remove the WebTextView.  Should be called when the zoom level changes.
     * @param intersection How to determine whether the textfield/textarea is
     *        still on screen.
     * @return boolean True if the textfield/textarea is still on screen and the
     *         dimensions/location of WebTextView have been updated.
     */
    private boolean didUpdateWebTextViewDimensions(int intersection) {
        Rect contentBounds = nativeFocusCandidateNodeBounds();
        Rect vBox = contentToViewRect(contentBounds);
        Rect visibleRect = new Rect();
        calcOurVisibleRect(visibleRect);
        // If the textfield is on screen, place the WebTextView in
        // its new place, accounting for our new scroll/zoom values,
        // and adjust its textsize.
        boolean onScreen;
        switch (intersection) {
            case FULLY_ON_SCREEN:
                onScreen = visibleRect.contains(vBox);
                break;
            case INTERSECTS_SCREEN:
                onScreen = Rect.intersects(visibleRect, vBox);
                break;
            case ANYWHERE:
                onScreen = true;
                break;
            default:
                throw new AssertionError(
                        "invalid parameter passed to didUpdateWebTextViewDimensions");
        }
        if (onScreen) {
            mWebTextView.setRect(vBox.left, vBox.top, vBox.width(),
```

```
                    vBox.height());
            mWebTextView.updateTextSize();
            updateWebTextViewPadding();
            return true;
        } else {
            // The textfield is now off screen.  The user probably
            // was not zooming to see the textfield better.  Remove
            // the WebTextView.  If the user types a key, and the
            // textfield is still in focus, we will reconstruct
            // the WebTextView and scroll it back on screen.
            mWebTextView.remove();
            return false;
        }
    }

    void setBaseLayer(int layer, Region invalRegion, boolean showVisualIndicator,
            boolean isPictureAfterFirstLayout, boolean registerPageSwapCallback) {
        if (mNativeClass == 0)
            return;
        nativeSetBaseLayer(layer, invalRegion, showVisualIndicator,
                isPictureAfterFirstLayout, registerPageSwapCallback);
        if (mHTML5VideoViewProxy != null) {
            mHTML5VideoViewProxy.setBaseLayer(layer);
        }
    }

    int getBaseLayer() {
        if (mNativeClass == 0) {
            return 0;
        }
        return nativeGetBaseLayer();
    }

    private void onZoomAnimationStart() {
        // If it is in password mode, turn it off so it does not draw misplaced.
        if (inEditingMode()) {
            mWebTextView.setVisibility(INVISIBLE);
        }
    }
```

```

    private void onZoomAnimationEnd() {
        // adjust the edit text view if needed
        if (inEditingMode()
                && didUpdateWebTextViewDimensions(FULLY_ON_SCREEN)) {
            // If it is a password field, start drawing the WebTextView once
            // again.
            mWebTextView.setVisibility(VISIBLE);
        }
    }

    void onFixedLengthZoomAnimationStart() {
        WebViewCore.pauseUpdatePicture(getWebViewCore());
        onZoomAnimationStart();
    }

    void onFixedLengthZoomAnimationEnd() {
        if (!mBlockWebkitViewMessages && !mSelectingText) {
            WebViewCore.resumeUpdatePicture(mWebViewCore);
        }
        onZoomAnimationEnd();
    }

    private static final int ZOOM_BITS = Paint.FILTER_BITMAP_FLAG |
                                         Paint.DITHER_FLAG |
                                         Paint.SUBPIXEL_TEXT_FLAG;
    private static final int SCROLL_BITS = Paint.FILTER_BITMAP_FLAG |
                                           Paint.DITHER_FLAG;

    private final DrawFilter mZoomFilter =
            new PaintFlagsDrawFilter(ZOOM_BITS, Paint.LINEAR_TEXT_FLAG);
    // If we need to trade better quality for speed, set mScrollFilter to null
    private final DrawFilter mScrollFilter =
            new PaintFlagsDrawFilter(SCROLL_BITS, 0);

    private void drawCoreAndCursorRing(Canvas canvas, int color,
        boolean drawCursorRing) {
        if (mDrawHistory) {
            canvas.scale(mZoomManager.getScale(), mZoomManager.getScale());
```

```
                canvas.drawPicture(mHistoryPicture);
                return;
            }
            if (mNativeClass == 0) return;

            boolean animateZoom = mZoomManager.isFixedLengthAnimationInProgress();
            boolean animateScroll = ((!mScroller.isFinished()
                    || mVelocityTracker != null)
                    && (mTouchMode != TOUCH_DRAG_MODE ||
                    mHeldMotionless != MOTIONLESS_TRUE))
                    || mDeferTouchMode == TOUCH_DRAG_MODE;
            if (mTouchMode == TOUCH_DRAG_MODE) {
                if (mHeldMotionless == MOTIONLESS_PENDING) {
                    mPrivateHandler.removeMessages(DRAG_HELD_MOTIONLESS);
                    mPrivateHandler.removeMessages(AWAKEN_SCROLL_BARS);
                    mHeldMotionless = MOTIONLESS_FALSE;
                }
                if (mHeldMotionless == MOTIONLESS_FALSE) {
                    mPrivateHandler.sendMessageDelayed(mPrivateHandler
                            .obtainMessage(DRAG_HELD_MOTIONLESS), MOTIONLESS_TIME);
                    mHeldMotionless = MOTIONLESS_PENDING;
                }
            }
            int saveCount = canvas.save();
            if (animateZoom) {
                mZoomManager.animateZoom(canvas);
            } else if (!canvas.isHardwareAccelerated()) {
                canvas.scale(mZoomManager.getScale(), mZoomManager.getScale());
            }

            boolean UIAnimationsRunning = false;
            // Currently for each draw we compute the animation values;
            // We may in the future decide to do that independently.
            if (mNativeClass != 0 && nativeEvaluateLayersAnimations(mNativeClass)) {
                UIAnimationsRunning = true;
                // If we have unfinished (or unstarted) animations,
                // we ask for a repaint. We only need to do this in software
                // rendering (with hardware rendering we already have a different
                // method of requesting a repaint)
```

```
            if (!canvas.isHardwareAccelerated())
                invalidate();
        }

        // decide which adornments to draw
        int extras = DRAW_EXTRAS_NONE;
        if (mFindIsUp) {
            extras = DRAW_EXTRAS_FIND;
        } else if (mSelectingText && !USE_JAVA_TEXT_SELECTION) {
            extras = DRAW_EXTRAS_SELECTION;
            nativeSetSelectionPointer(mNativeClass,
                    mDrawSelectionPointer,
                    mZoomManager.getInvScale(), mSelectX, mSelectY - getTitleHeight());
        } else if (drawCursorRing) {
            extras = DRAW_EXTRAS_CURSOR_RING;
        }
        if (DebugFlags.WEB_VIEW) {
            Log.v(LOGTAG, "mFindIsUp=" + mFindIsUp
                    + " mSelectingText=" + mSelectingText
                    + " nativePageShouldHandleShiftAndArrows()="
                    + nativePageShouldHandleShiftAndArrows()
                    + " animateZoom=" + animateZoom
                    + " extras=" + extras);
        }

        if (canvas.isHardwareAccelerated()) {
            int functor = nativeGetDrawGLFunction(mNativeClass,
                    mGLViewportEmpty ? null : mGLRectViewport, mGLViewportEmpty ? null :
    mViewRectViewport, getScale(), extras);
            ((HardwareCanvas) canvas).callDrawGLFunction(functor);

            if (mHardwareAccelSkia != getSettings().getHardwareAccelSkiaEnabled()) {
                mHardwareAccelSkia = getSettings().getHardwareAccelSkiaEnabled();
                nativeUseHardwareAccelSkia(mHardwareAccelSkia);
            }

        } else {
            DrawFilter df = null;
            if (mZoomManager.isZoomAnimating() || UIAnimationsRunning) {
```

```
                df = mZoomFilter;
            } else if (animateScroll) {
                df = mScrollFilter;
            }
            canvas.setDrawFilter(df);
            // XXX: Revisit splitting content.  Right now it causes a
            // synchronization problem with layers.
            int content = nativeDraw(canvas, color, extras, false);
            canvas.setDrawFilter(null);
            if (!mBlockWebkitViewMessages && content != 0) {
                mWebViewCore.sendMessage(EventHub.SPLIT_PICTURE_SET, content, 0);
            }
        }

        canvas.restoreToCount(saveCount);
        if (mSelectingText && USE_JAVA_TEXT_SELECTION) {
            drawTextSelectionHandles(canvas);
        }

        if (extras == DRAW_EXTRAS_CURSOR_RING) {
            if (mTouchMode == TOUCH_SHORTPRESS_START_MODE) {
                mTouchMode = TOUCH_SHORTPRESS_MODE;
            }
        }
        if (mFocusSizeChanged) {
            mFocusSizeChanged = false;
            // If we are zooming, this will get handled above, when the zoom
            // finishes.  We also do not need to do this unless the WebTextView
            // is showing. With hardware acceleration, the pageSwapCallback()
            // updates the WebTextView position in sync with page swapping
            if (!canvas.isHardwareAccelerated() && !animateZoom && inEditingMode()) {
                didUpdateWebTextViewDimensions(ANYWHERE);
            }
        }
    }

    private void drawTextSelectionHandles(Canvas canvas) {
        if (mTextSelectionPaint == null) {
            mTextSelectionPaint = new Paint();
```

```
            mTextSelectionPaint.setColor(HIGHLIGHT_COLOR);
        }
        mTextSelectionRegion.setEmpty();
        nativeGetTextSelectionRegion(mTextSelectionRegion);
        Rect r = new Rect();
        RegionIterator iter = new RegionIterator(mTextSelectionRegion);
        int start_x = -1;
        int start_y = -1;
        int end_x = -1;
        int end_y = -1;
        while (iter.next(r)) {
            r = new Rect(
                    contentToViewDimension(r.left),
                    contentToViewDimension(r.top),
                    contentToViewDimension(r.right),
                    contentToViewDimension(r.bottom));
            // Regions are in order. First one is where selection starts,
            // last one is where it ends
            if (start_x < 0 || start_y < 0) {
                start_x = r.left;
                start_y = r.bottom;
            }
            end_x = r.right;
            end_y = r.bottom;
            canvas.drawRect(r, mTextSelectionPaint);
        }
        if (mSelectHandleLeft == null) {
            mSelectHandleLeft = mContext.getResources().getDrawable(
                    com.android.internal.R.drawable.text_select_handle_left);
        }
        // Magic formula copied from TextView
        start_x -= (mSelectHandleLeft.getIntrinsicWidth() * 3) / 4;
        mSelectHandleLeft.setBounds(start_x, start_y,
                start_x + mSelectHandleLeft.getIntrinsicWidth(),
                start_y + mSelectHandleLeft.getIntrinsicHeight());
        if (mSelectHandleRight == null) {
            mSelectHandleRight = mContext.getResources().getDrawable(
                    com.android.internal.R.drawable.text_select_handle_right);
        }
```

```
            end_x -= mSelectHandleRight.getIntrinsicWidth() / 4;
            mSelectHandleRight.setBounds(end_x, end_y,
                    end_x + mSelectHandleRight.getIntrinsicWidth(),
                    end_y + mSelectHandleRight.getIntrinsicHeight());
            mSelectHandleLeft.draw(canvas);
            mSelectHandleRight.draw(canvas);
        }

        // draw history
        private boolean mDrawHistory = false;
        private Picture mHistoryPicture = null;
        private int mHistoryWidth = 0;
        private int mHistoryHeight = 0;

        // Only check the flag, can be called from WebCore thread
        boolean drawHistory() {
            return mDrawHistory;
        }

        int getHistoryPictureWidth() {
            return (mHistoryPicture != null) ? mHistoryPicture.getWidth() : 0;
        }

        // Should only be called in UI thread
        void switchOutDrawHistory() {
            if (null == mWebViewCore) return; // CallbackProxy may trigger this
            if (mDrawHistory && (getProgress() == 100 || nativeHasContent())) {
                mDrawHistory = false;
                mHistoryPicture = null;
                invalidate();
                int oldScrollX = mScrollX;
                int oldScrollY = mScrollY;
                mScrollX = pinLocX(mScrollX);
                mScrollY = pinLocY(mScrollY);
                if (oldScrollX != mScrollX || oldScrollY != mScrollY) {
                    onScrollChanged(mScrollX, mScrollY, oldScrollX, oldScrollY);
                } else {
                    sendOurVisibleRect();
                }
```

```
            }
        }

        WebViewCore.CursorData cursorData() {
            WebViewCore.CursorData result = cursorDataNoPosition();
            Point position = nativeCursorPosition();
            result.mX = position.x;
            result.mY = position.y;
            return result;
        }

        WebViewCore.CursorData cursorDataNoPosition() {
            WebViewCore.CursorData result = new WebViewCore.CursorData();
            result.mMoveGeneration = nativeMoveGeneration();
            result.mFrame = nativeCursorFramePointer();
            return result;
        }

        /**
         *  Delete text from start to end in the focused textfield. If there is no
         *  focus, or if start == end, silently fail.  If start and end are out of
         *  order, swap them.
         *  @param  start   Beginning of selection to delete.
         *  @param  end     End of selection to delete.
         */
        /* package */ void deleteSelection(int start, int end) {
            mTextGeneration++;
            WebViewCore.TextSelectionData data
                    = new WebViewCore.TextSelectionData(start, end);
            mWebViewCore.sendMessage(EventHub.DELETE_SELECTION, mTextGeneration, 0,
                    data);
        }

        /**
         *  Set the selection to (start, end) in the focused textfield. If start and
         *  end are out of order, swap them.
         *  @param  start   Beginning of selection.
         *  @param  end     End of selection.
         */
```

```
    /* package */ void setSelection(int start, int end) {
        if (mWebViewCore != null) {
            mWebViewCore.sendMessage(EventHub.SET_SELECTION, start, end);
        }
    }

    @Override
    public InputConnection onCreateInputConnection(EditorInfo outAttrs) {
      InputConnection connection = super.onCreateInputConnection(outAttrs);
      outAttrs.imeOptions |= EditorInfo.IME_FLAG_NO_FULLSCREEN;
      return connection;
    }

    /**
     * Called in response to a message from webkit telling us that the soft
     * keyboard should be launched.
     */
    private void displaySoftKeyboard(boolean isTextView) {
        InputMethodManager imm = (InputMethodManager)
                getContext().getSystemService(Context.INPUT_METHOD_SERVICE);

        // bring it back to the default level scale so that user can enter text
        boolean zoom = mZoomManager.getScale() < mZoomManager.getDefaultScale();
        if (zoom) {
            mZoomManager.setZoomCenter(mLastTouchX, mLastTouchY);
            mZoomManager.setZoomScale(mZoomManager.getDefaultScale(), false);
        }
        if (isTextView) {
            rebuildWebTextView();
            if (inEditingMode()) {
                imm.showSoftInput(mWebTextView, 0, mWebTextView.getResultReceiver());
                if (zoom) {
                    didUpdateWebTextViewDimensions(INTERSECTS_SCREEN);
                }
                return;
            }
        }
        // Used by plugins and contentEditable.
        // Also used if the navigation cache is out of date, and
```

```
            // does not recognize that a textfield is in focus.  In that
            // case, use WebView as the targeted view.
            // see http://b/issue?id=2457459
            imm.showSoftInput(this, 0);
        }

        // Called by WebKit to instruct the UI to hide the keyboard
        private void hideSoftKeyboard() {
            InputMethodManager imm = InputMethodManager.peekInstance();
            if (imm != null && (imm.isActive(this)
                    || (inEditingMode() && imm.isActive(mWebTextView)))) {
                imm.hideSoftInputFromWindow(this.getWindowToken(), 0);
            }
        }

        /*
         * This method checks the current focus and cursor and potentially rebuilds
         * mWebTextView to have the appropriate properties, such as password,
         * multiline, and what text it contains.  It also removes it if necessary.
         */
        /* package */ void rebuildWebTextView() {
            // If the WebView does not have focus, do nothing until it gains focus.
            if (!hasFocus() && (null == mWebTextView || !mWebTextView.hasFocus())) {
                return;
            }
            boolean alreadyThere = inEditingMode();
            // inEditingMode can only return true if mWebTextView is non-null,
            // so we can safely call remove() if (alreadyThere)
            if (0 == mNativeClass || !nativeFocusCandidateIsTextInput()) {
                if (alreadyThere) {
                    mWebTextView.remove();
                }
                return;
            }
            // At this point, we know we have found an input field, so go ahead
            // and create the WebTextView if necessary.
            if (mWebTextView == null) {
                mWebTextView = new WebTextView(mContext, WebView.this, mAutoFillData.getQueryId()
    );
```

```
            // Initialize our generation number.
            mTextGeneration = 0;
        }
        mWebTextView.updateTextSize();
        updateWebTextViewPosition();
        String text = nativeFocusCandidateText();
        int nodePointer = nativeFocusCandidatePointer();
        // This needs to be called before setType, which may call
        // requestFormData, and it needs to have the correct nodePointer.
        mWebTextView.setNodePointer(nodePointer);
        mWebTextView.setType(nativeFocusCandidateType());
        // Gravity needs to be set after setType
        mWebTextView.setGravityForRtl(nativeFocusCandidateIsRtlText());
        if (null == text) {
            if (DebugFlags.WEB_VIEW) {
                Log.v(LOGTAG, "rebuildWebTextView null == text");
            }
            text = "";
        }
        mWebTextView.setTextAndKeepSelection(text);
        InputMethodManager imm = InputMethodManager.peekInstance();
        if (imm != null && imm.isActive(mWebTextView)) {
            imm.restartInput(mWebTextView);
            mWebTextView.clearComposingText();
        }
        if (isFocused()) {
            mWebTextView.requestFocus();
        }
    }

    private void updateWebTextViewPosition() {
        Rect visibleRect = new Rect();
        calcOurContentVisibleRect(visibleRect);
        // Note that sendOurVisibleRect calls viewToContent, so the coordinates
        // should be in content coordinates.
        Rect bounds = nativeFocusCandidateNodeBounds();
        Rect vBox = contentToViewRect(bounds);
        mWebTextView.setRect(vBox.left, vBox.top, vBox.width(), vBox.height());
        if (!Rect.intersects(bounds, visibleRect)) {
```

```
                revealSelection();
            }
            updateWebTextViewPadding();
        }

        /**
         * Update the padding of mWebTextView based on the native textfield/textarea
         */
        void updateWebTextViewPadding() {
            Rect paddingRect = nativeFocusCandidatePaddingRect();
            if (paddingRect != null) {
                // Use contentToViewDimension since these are the dimensions of
                // the padding.
                mWebTextView.setPadding(
                        contentToViewDimension(paddingRect.left),
                        contentToViewDimension(paddingRect.top),
                        contentToViewDimension(paddingRect.right),
                        contentToViewDimension(paddingRect.bottom));
            }
        }

        /**
         * Tell webkit to put the cursor on screen.
         */
        /* package */ void revealSelection() {
            if (mWebViewCore != null) {
                mWebViewCore.sendMessage(EventHub.REVEAL_SELECTION);
            }
        }

        /**
         * Called by WebTextView to find saved form data associated with the
         * textfield
         * @param name Name of the textfield.
         * @param nodePointer Pointer to the node of the textfield, so it can be
         *          compared to the currently focused textfield when the data is
         *          retrieved.
         * @param autoFillable true if WebKit has determined this field is part of
         *          a form that can be auto filled.
```

```
     * @param autoComplete true if the attribute "autocomplete" is set to true
     *          on the textfield.
     */
    /* package */ void requestFormData(String name, int nodePointer,
            boolean autoFillable, boolean autoComplete) {
        if (mWebViewCore.getSettings().getSaveFormData()) {
            Message update = mPrivateHandler.obtainMessage(REQUEST_FORM_DATA);
            update.arg1 = nodePointer;
            RequestFormData updater = new RequestFormData(name, getUrl(),
                    update, autoFillable, autoComplete);
            Thread t = new Thread(updater);
            t.start();
        }
    }

    /**
     * Pass a message to find out the <label> associated with the <input>
     * identified by nodePointer
     * @param framePointer Pointer to the frame containing the <input> node
     * @param nodePointer Pointer to the node for which a <label> is desired.
     */
    /* package */ void requestLabel(int framePointer, int nodePointer) {
        mWebViewCore.sendMessage(EventHub.REQUEST_LABEL, framePointer,
                nodePointer);
    }

    /*
     * This class requests an Adapter for the WebTextView which shows past
     * entries stored in the database.  It is a Runnable so that it can be done
     * in its own thread, without slowing down the UI.
     */
    private class RequestFormData implements Runnable {
        private String mName;
        private String mUrl;
        private Message mUpdateMessage;
        private boolean mAutoFillable;
        private boolean mAutoComplete;
        private WebSettings mWebSettings;

```

```
        public RequestFormData(String name, String url, Message msg,
                boolean autoFillable, boolean autoComplete) {
            mName = name;
            mUrl = WebTextView.urlForAutoCompleteData(url);
            mUpdateMessage = msg;
            mAutoFillable = autoFillable;
            mAutoComplete = autoComplete;
            mWebSettings = getSettings();
        }

        public void run() {
            ArrayList<String> pastEntries = new ArrayList<String>();

            if (mAutoFillable) {
                // Note that code inside the adapter click handler in WebTextView depends
                // on the AutoFill item being at the top of the drop down list. If you change
                // the order, make sure to do it there too!
                if (mWebSettings != null && mWebSettings.getAutoFillProfile() != null) {
                    pastEntries.add(getResources().getText(
                            com.android.internal.R.string.autofill_this_form).toString() +
                            " " +
                            mAutoFillData.getPreviewString());
                    mWebTextView.setAutoFillProfileIsSet(true);
                } else {
                    // There is no autofill profile set up yet, so add an option that
                    // will invite the user to set their profile up.
                    pastEntries.add(getResources().getText(
                            com.android.internal.R.string.setup_autofill).toString());
                    mWebTextView.setAutoFillProfileIsSet(false);
                }
            }

            if (mAutoComplete) {
                pastEntries.addAll(mDatabase.getFormData(mUrl, mName));
            }

            if (pastEntries.size() > 0) {
                AutoCompleteAdapter adapter = new
                        AutoCompleteAdapter(mContext, pastEntries);
```

```
                    mUpdateMessage.obj = adapter;
                    mUpdateMessage.sendToTarget();
                }
            }
        }

        /**
         * Dump the display tree to "/sdcard/displayTree.txt"
         *
         * @hide debug only
         */
        public void dumpDisplayTree() {
            nativeDumpDisplayTree(getUrl());
        }

        /**
         * Dump the dom tree to adb shell if "toFile" is False, otherwise dump it to
         * "/sdcard/domTree.txt"
         *
         * @hide debug only
         */
        public void dumpDomTree(boolean toFile) {
            mWebViewCore.sendMessage(EventHub.DUMP_DOMTREE, toFile ? 1 : 0, 0);
        }

        /**
         * Dump the render tree to adb shell if "toFile" is False, otherwise dump it
         * to "/sdcard/renderTree.txt"
         *
         * @hide debug only
         */
        public void dumpRenderTree(boolean toFile) {
            mWebViewCore.sendMessage(EventHub.DUMP_RENDERTREE, toFile ? 1 : 0, 0);
        }

        /**
         * Called by DRT on UI thread, need to proxy to WebCore thread.
         *
         * @hide debug only
```

```
     */
    public void useMockDeviceOrientation() {
        mWebViewCore.sendMessage(EventHub.USE_MOCK_DEVICE_ORIENTATION);
    }

    /**
     * Called by DRT on WebCore thread.
     *
     * @hide debug only
     */
    public void setMockDeviceOrientation(boolean canProvideAlpha, double alpha,
            boolean canProvideBeta, double beta, boolean canProvideGamma, double gamma) {
        mWebViewCore.setMockDeviceOrientation(canProvideAlpha, alpha, canProvideBeta, beta,
                canProvideGamma, gamma);
    }

    /**
     * Dump the V8 counters to standard output.
     * Note that you need a build with V8 and WEBCORE_INSTRUMENTATION set to
     * true. Otherwise, this will do nothing.
     *
     * @hide debug only
     */
    public void dumpV8Counters() {
        mWebViewCore.sendMessage(EventHub.DUMP_V8COUNTERS);
    }

    // This is used to determine long press with the center key.  Does not
    // affect long press with the trackball/touch.
    private boolean mGotCenterDown = false;

    @Override
    public boolean onKeyMultiple(int keyCode, int repeatCount, KeyEvent event) {
        if (mBlockWebkitViewMessages) {
            return false;
        }
        // send complex characters to webkit for use by JS and plugins
        if (keyCode == KeyEvent.KEYCODE_UNKNOWN && event.getCharacters() != null) {
            // pass the key to DOM
```

```
                mWebViewCore.sendMessage(EventHub.KEY_DOWN, event);
                mWebViewCore.sendMessage(EventHub.KEY_UP, event);
                // return true as DOM handles the key
                return true;
            }
            return false;
        }

        private boolean isEnterActionKey(int keyCode) {
            return keyCode == KeyEvent.KEYCODE_DPAD_CENTER
                    || keyCode == KeyEvent.KEYCODE_ENTER
                    || keyCode == KeyEvent.KEYCODE_NUMPAD_ENTER;
        }

        @Override
        public boolean onKeyDown(int keyCode, KeyEvent event) {
            if (DebugFlags.WEB_VIEW) {
                Log.v(LOGTAG, "keyDown at " + System.currentTimeMillis()
                        + "keyCode=" + keyCode
                        + ", " + event + ", unicode=" + event.getUnicodeChar());
            }
            if (mBlockWebkitViewMessages) {
                return false;
            }

            // don't implement accelerator keys here; defer to host application
            if (event.isCtrlPressed()) {
                return false;
            }

            if (mNativeClass == 0) {
                return false;
            }

            // do this hack up front, so it always works, regardless of touch-mode
            if (AUTO_REDRAW_HACK && (keyCode == KeyEvent.KEYCODE_CALL)) {
                mAutoRedraw = !mAutoRedraw;
                if (mAutoRedraw) {
                    invalidate();
```

```
            }
            return true;
        }

        // Bubble up the key event if
        // 1. it is a system key; or
        // 2. the host application wants to handle it;
        if (event.isSystem()
                || mCallbackProxy.uiOverrideKeyEvent(event)) {
            return false;
        }

        // accessibility support
        if (accessibilityScriptInjected()) {
            if (AccessibilityManager.getInstance(mContext).isEnabled()) {
                // if an accessibility script is injected we delegate to it the key handling.
                // this script is a screen reader which is a fully fledged solution for blind
                // users to navigate in and interact with web pages.
                mWebViewCore.sendMessage(EventHub.KEY_DOWN, event);
                return true;
            } else {
                // Clean up if accessibility was disabled after loading the current URL.
                mAccessibilityScriptInjected = false;
            }
        } else if (mAccessibilityInjector != null) {
            if (AccessibilityManager.getInstance(mContext).isEnabled()) {
                if (mAccessibilityInjector.onKeyEvent(event)) {
                    // if an accessibility injector is present (no JavaScript enabled or the
 site
                    // opts out injecting our JavaScript screen reader) we let it decide
 whether
                    // to act on and consume the event.
                    return true;
                }
            } else {
                // Clean up if accessibility was disabled after loading the current URL.
                mAccessibilityInjector = null;
            }
        }
```

```
        if (keyCode == KeyEvent.KEYCODE_PAGE_UP) {
            if (event.hasNoModifiers()) {
                pageUp(false);
                return true;
            } else if (event.hasModifiers(KeyEvent.META_ALT_ON)) {
                pageUp(true);
                return true;
            }
        }

        if (keyCode == KeyEvent.KEYCODE_PAGE_DOWN) {
            if (event.hasNoModifiers()) {
                pageDown(false);
                return true;
            } else if (event.hasModifiers(KeyEvent.META_ALT_ON)) {
                pageDown(true);
                return true;
            }
        }

        if (keyCode == KeyEvent.KEYCODE_MOVE_HOME && event.hasNoModifiers()) {
            pageUp(true);
            return true;
        }

        if (keyCode == KeyEvent.KEYCODE_MOVE_END && event.hasNoModifiers()) {
            pageDown(true);
            return true;
        }

        if (keyCode >= KeyEvent.KEYCODE_DPAD_UP
                && keyCode <= KeyEvent.KEYCODE_DPAD_RIGHT) {
            switchOutDrawHistory();
            if (nativePageShouldHandleShiftAndArrows()) {
                letPageHandleNavKey(keyCode, event.getEventTime(), true, event.getMetaState()
    );
                return true;
            }
```

```
            if (event.hasModifiers(KeyEvent.META_ALT_ON)) {
                switch (keyCode) {
                    case KeyEvent.KEYCODE_DPAD_UP:
                        pageUp(true);
                        return true;
                    case KeyEvent.KEYCODE_DPAD_DOWN:
                        pageDown(true);
                        return true;
                    case KeyEvent.KEYCODE_DPAD_LEFT:
                        nativeClearCursor(); // start next trackball movement from page edge
                        return pinScrollTo(0, mScrollY, true, 0);
                    case KeyEvent.KEYCODE_DPAD_RIGHT:
                        nativeClearCursor(); // start next trackball movement from page edge
                        return pinScrollTo(mContentWidth, mScrollY, true, 0);
                }
            }
            if (mSelectingText) {
                int xRate = keyCode == KeyEvent.KEYCODE_DPAD_LEFT
                    ? -1 : keyCode == KeyEvent.KEYCODE_DPAD_RIGHT ? 1 : 0;
                int yRate = keyCode == KeyEvent.KEYCODE_DPAD_UP ?
                    -1 : keyCode == KeyEvent.KEYCODE_DPAD_DOWN ? 1 : 0;
                int multiplier = event.getRepeatCount() + 1;
                moveSelection(xRate * multiplier, yRate * multiplier);
                return true;
            }
            if (navHandledKey(keyCode, 1, false, event.getEventTime())) {
                playSoundEffect(keyCodeToSoundsEffect(keyCode));
                return true;
            }
            // Bubble up the key event as WebView doesn't handle it
            return false;
        }

        if (keyCode == KeyEvent.KEYCODE_DPAD_CENTER) {
            switchOutDrawHistory();
            boolean wantsKeyEvents = nativeCursorNodePointer() == 0
                || nativeCursorWantsKeyEvents();
            if (event.getRepeatCount() == 0) {
                if (mSelectingText) {
```

```
                    return true; // discard press if copy in progress
                }
                mGotCenterDown = true;
                mPrivateHandler.sendMessageDelayed(mPrivateHandler
                        .obtainMessage(LONG_PRESS_CENTER), LONG_PRESS_TIMEOUT);
                // Already checked mNativeClass, so we do not need to check it
                // again.
                recordButtons(null, hasFocus() && hasWindowFocus(), true, true);
                if (!wantsKeyEvents) return true;
            }
            // Bubble up the key event as WebView doesn't handle it
            if (!wantsKeyEvents) return false;
        }

        if (getSettings().getNavDump()) {
            switch (keyCode) {
                case KeyEvent.KEYCODE_4:
                    dumpDisplayTree();
                    break;
                case KeyEvent.KEYCODE_5:
                case KeyEvent.KEYCODE_6:
                    dumpDomTree(keyCode == KeyEvent.KEYCODE_5);
                    break;
                case KeyEvent.KEYCODE_7:
                case KeyEvent.KEYCODE_8:
                    dumpRenderTree(keyCode == KeyEvent.KEYCODE_7);
                    break;
                case KeyEvent.KEYCODE_9:
                    nativeInstrumentReport();
                    return true;
            }
        }

        if (nativeCursorIsTextInput()) {
            // This message will put the node in focus, for the DOM's notion
            // of focus.
            mWebViewCore.sendMessage(EventHub.FAKE_CLICK, nativeCursorFramePointer(),
                    nativeCursorNodePointer());
            // This will bring up the WebTextView and put it in focus, for
```

```
                // our view system's notion of focus
                rebuildWebTextView();
                // Now we need to pass the event to it
                if (inEditingMode()) {
                    mWebTextView.setDefaultSelection();
                    return mWebTextView.dispatchKeyEvent(event);
                }
            } else if (nativeHasFocusNode()) {
                // In this case, the cursor is not on a text input, but the focus
                // might be.  Check it, and if so, hand over to the WebTextView.
                rebuildWebTextView();
                if (inEditingMode()) {
                    mWebTextView.setDefaultSelection();
                    return mWebTextView.dispatchKeyEvent(event);
                }
            }

            // TODO: should we pass all the keys to DOM or check the meta tag
            if (nativeCursorWantsKeyEvents() || true) {
                // pass the key to DOM
                mWebViewCore.sendMessage(EventHub.KEY_DOWN, event);
                // return true as DOM handles the key
                return true;
            }

            // Bubble up the key event as WebView doesn't handle it
            return false;
        }

        @Override
        public boolean onKeyUp(int keyCode, KeyEvent event) {
            if (DebugFlags.WEB_VIEW) {
                Log.v(LOGTAG, "keyUp at " + System.currentTimeMillis()
                        + ", " + event + ", unicode=" + event.getUnicodeChar());
            }
            if (mBlockWebkitViewMessages) {
                return false;
            }

```

```
        if (mNativeClass == 0) {
            return false;
        }

        // special CALL handling when cursor node's href is "tel:XXX"
        if (keyCode == KeyEvent.KEYCODE_CALL && nativeHasCursorNode()) {
            String text = nativeCursorText();
            if (!nativeCursorIsTextInput() && text != null
                    && text.startsWith(SCHEME_TEL)) {
                Intent intent = new Intent(Intent.ACTION_DIAL, Uri.parse(text));
                getContext().startActivity(intent);
                return true;
            }
        }

        // Bubble up the key event if
        // 1. it is a system key; or
        // 2. the host application wants to handle it;
        if (event.isSystem()
                || mCallbackProxy.uiOverrideKeyEvent(event)) {
            return false;
        }

        // accessibility support
        if (accessibilityScriptInjected()) {
            if (AccessibilityManager.getInstance(mContext).isEnabled()) {
                // if an accessibility script is injected we delegate to it the key handling.
                // this script is a screen reader which is a fully fledged solution for blind
                // users to navigate in and interact with web pages.
                mWebViewCore.sendMessage(EventHub.KEY_UP, event);
                return true;
            } else {
                // Clean up if accessibility was disabled after loading the current URL.
                mAccessibilityScriptInjected = false;
            }
        } else if (mAccessibilityInjector != null) {
            if (AccessibilityManager.getInstance(mContext).isEnabled()) {
                if (mAccessibilityInjector.onKeyEvent(event)) {
                    // if an accessibility injector is present (no JavaScript enabled or the
```

```
site
                    // opts out injecting our JavaScript screen reader) we let it decide
whether to
                    // act on and consume the event.
                    return true;
                }
            } else {
                // Clean up if accessibility was disabled after loading the current URL.
                mAccessibilityInjector = null;
            }
        }

        if (keyCode >= KeyEvent.KEYCODE_DPAD_UP
                && keyCode <= KeyEvent.KEYCODE_DPAD_RIGHT) {
            if (nativePageShouldHandleShiftAndArrows()) {
                letPageHandleNavKey(keyCode, event.getEventTime(), false, event.getMetaState
());
                return true;
            }
            // always handle the navigation keys in the UI thread
            // Bubble up the key event as WebView doesn't handle it
            return false;
        }

        if (isEnterActionKey(keyCode)) {
            // remove the long press message first
            mPrivateHandler.removeMessages(LONG_PRESS_CENTER);
            mGotCenterDown = false;

            if (mSelectingText) {
                if (mExtendSelection) {
                    copySelection();
                    selectionDone();
                } else {
                    mExtendSelection = true;
                    nativeSetExtendSelection();
                    invalidate(); // draw the i-beam instead of the arrow
                }
                return true; // discard press if copy in progress
```

```
            }

            // perform the single click
            Rect visibleRect = sendOurVisibleRect();
            // Note that sendOurVisibleRect calls viewToContent, so the
            // coordinates should be in content coordinates.
            if (!nativeCursorIntersects(visibleRect)) {
                return false;
            }
            WebViewCore.CursorData data = cursorData();
            mWebViewCore.sendMessage(EventHub.SET_MOVE_MOUSE, data);
            playSoundEffect(SoundEffectConstants.CLICK);
            if (nativeCursorIsTextInput()) {
                rebuildWebTextView();
                centerKeyPressOnTextField();
                if (inEditingMode()) {
                    mWebTextView.setDefaultSelection();
                }
                return true;
            }
            clearTextEntry();
            nativeShowCursorTimed();
            if (mCallbackProxy.uiOverrideUrlLoading(nativeCursorText())) {
                return true;
            }
            if (nativeCursorNodePointer() != 0 && !nativeCursorWantsKeyEvents()) {
                mWebViewCore.sendMessage(EventHub.CLICK, data.mFrame,
                        nativeCursorNodePointer());
                return true;
            }
        }

        // TODO: should we pass all the keys to DOM or check the meta tag
        if (nativeCursorWantsKeyEvents() || true) {
            // pass the key to DOM
            mWebViewCore.sendMessage(EventHub.KEY_UP, event);
            // return true as DOM handles the key
            return true;
        }
```

```

            // Bubble up the key event as WebView doesn't handle it
            return false;
        }

        /*
         * Enter selecting text mode, and see if CAB should be shown.
         * Returns true if the WebView is now in
         * selecting text mode (including if it was already in that mode, and this
         * method did nothing).
         */
        private boolean setUpSelect(boolean selectWord, int x, int y) {
            if (0 == mNativeClass) return false; // client isn't initialized
            if (inFullScreenMode()) return false;
            if (mSelectingText) return true;
            nativeResetSelection();
            if (selectWord && !nativeWordSelection(x, y)) {
                selectionDone();
                return false;
            }
            mSelectCallback = new SelectActionModeCallback();
            mSelectCallback.setWebView(this);
            if (startActionMode(mSelectCallback) == null) {
                // There is no ActionMode, so do not allow the user to modify a
                // selection.
                selectionDone();
                return false;
            }
            mExtendSelection = false;
            mSelectingText = mDrawSelectionPointer = true;
            // don't let the picture change during text selection
            WebViewCore.pauseUpdatePicture(mWebViewCore);
            if (nativeHasCursorNode()) {
                Rect rect = nativeCursorNodeBounds();
                mSelectX = contentToViewX(rect.left);
                mSelectY = contentToViewY(rect.top);
            } else if (mLastTouchY > getVisibleTitleHeightImpl()) {
                mSelectX = mScrollX + mLastTouchX;
                mSelectY = mScrollY + mLastTouchY;
```

```
        } else {
            mSelectX = mScrollX + getViewWidth() / 2;
            mSelectY = mScrollY + getViewHeightWithTitle() / 2;
        }
        nativeHideCursor();
        mMinAutoScrollX = 0;
        mMaxAutoScrollX = getViewWidth();
        mMinAutoScrollY = 0;
        mMaxAutoScrollY = getViewHeightWithTitle();
        mScrollingLayer = nativeScrollableLayer(viewToContentX(mSelectX),
                viewToContentY(mSelectY), mScrollingLayerRect,
                mScrollingLayerBounds);
        if (mScrollingLayer != 0) {
            if (mScrollingLayerRect.left != mScrollingLayerRect.right) {
                mMinAutoScrollX = Math.max(mMinAutoScrollX,
                        contentToViewX(mScrollingLayerBounds.left));
                mMaxAutoScrollX = Math.min(mMaxAutoScrollX,
                        contentToViewX(mScrollingLayerBounds.right));
            }
            if (mScrollingLayerRect.top != mScrollingLayerRect.bottom) {
                mMinAutoScrollY = Math.max(mMinAutoScrollY,
                        contentToViewY(mScrollingLayerBounds.top));
                mMaxAutoScrollY = Math.min(mMaxAutoScrollY,
                        contentToViewY(mScrollingLayerBounds.bottom));
            }
        }
        mMinAutoScrollX += SELECT_SCROLL;
        mMaxAutoScrollX -= SELECT_SCROLL;
        mMinAutoScrollY += SELECT_SCROLL;
        mMaxAutoScrollY -= SELECT_SCROLL;
        return true;
    }

    /**
     * Use this method to put the WebView into text selection mode.
     * Do not rely on this functionality; it will be deprecated in the future.
     * @deprecated This method is now obsolete.
     */
    @Deprecated
```

```
    public void emulateShiftHeld() {
        checkThread();
        setUpSelect(false, 0, 0);
    }

    /**
     * Select all of the text in this WebView.
     *
     * @hide pending API council approval.
     */
    public void selectAll() {
        if (0 == mNativeClass) return; // client isn't initialized
        if (inFullScreenMode()) return;
        if (!mSelectingText) {
            // retrieve a point somewhere within the text
            Point select = nativeSelectableText();
            if (!selectText(select.x, select.y)) return;
        }
        nativeSelectAll();
        mDrawSelectionPointer = false;
        mExtendSelection = true;
        invalidate();
    }

    /**
     * Called when the selection has been removed.
     */
    void selectionDone() {
        if (mSelectingText) {
            mSelectingText = false;
            // finish is idempotent, so this is fine even if selectionDone was
            // called by mSelectCallback.onDestroyActionMode
            mSelectCallback.finish();
            mSelectCallback = null;
            WebViewCore.resumePriority();
            WebViewCore.resumeUpdatePicture(mWebViewCore);
            invalidate(); // redraw without selection
            mAutoScrollX = 0;
            mAutoScrollY = 0;
```

```
                mSentAutoScrollMessage = false;
            }
        }

        /**
         * Copy the selection to the clipboard
         *
         * @hide pending API council approval.
         */
        public boolean copySelection() {
            boolean copiedSomething = false;
            String selection = getSelection();
            if (selection != null && selection != "") {
                if (DebugFlags.WEB_VIEW) {
                    Log.v(LOGTAG, "copySelection \"" + selection + "\"");
                }
                Toast.makeText(mContext
                        , com.android.internal.R.string.text_copied
                        , Toast.LENGTH_SHORT).show();
                copiedSomething = true;
                ClipboardManager cm = (ClipboardManager)getContext()
                        .getSystemService(Context.CLIPBOARD_SERVICE);
                cm.setText(selection);
            }
            invalidate(); // remove selection region and pointer
            return copiedSomething;
        }

        /**
         * @hide pending API Council approval.
         */
        public SearchBox getSearchBox() {
            if ((mWebViewCore == null) || (mWebViewCore.getBrowserFrame() == null)) {
                return null;
            }
            return mWebViewCore.getBrowserFrame().getSearchBox();
        }

        /**
```

```
     * Returns the currently highlighted text as a string.
     */
    String getSelection() {
        if (mNativeClass == 0) return "";
        return nativeGetSelection();
    }

    @Override
    protected void onAttachedToWindow() {
        super.onAttachedToWindow();
        if (hasWindowFocus()) setActive(true);
        final ViewTreeObserver treeObserver = getViewTreeObserver();
        if (mGlobalLayoutListener == null) {
            mGlobalLayoutListener = new InnerGlobalLayoutListener();
            treeObserver.addOnGlobalLayoutListener(mGlobalLayoutListener);
        }
        if (mScrollChangedListener == null) {
            mScrollChangedListener = new InnerScrollChangedListener();
            treeObserver.addOnScrollChangedListener(mScrollChangedListener);
        }

        addAccessibilityApisToJavaScript();

        mTouchEventQueue.reset();
    }

    @Override
    protected void onDetachedFromWindow() {
        clearHelpers();
        mZoomManager.dismissZoomPicker();
        if (hasWindowFocus()) setActive(false);

        final ViewTreeObserver treeObserver = getViewTreeObserver();
        if (mGlobalLayoutListener != null) {
            treeObserver.removeGlobalOnLayoutListener(mGlobalLayoutListener);
            mGlobalLayoutListener = null;
        }
        if (mScrollChangedListener != null) {
            treeObserver.removeOnScrollChangedListener(mScrollChangedListener);
```

```
                mScrollChangedListener = null;
            }

            removeAccessibilityApisFromJavaScript();

            super.onDetachedFromWindow();
        }

        @Override
        protected void onVisibilityChanged(View changedView, int visibility) {
            super.onVisibilityChanged(changedView, visibility);
            // The zoomManager may be null if the webview is created from XML that
            // specifies the view's visibility param as not visible (see http://b/2794841)
            if (visibility != View.VISIBLE && mZoomManager != null) {
                mZoomManager.dismissZoomPicker();
            }
        }

        /**
         * @deprecated WebView no longer needs to implement
         * ViewGroup.OnHierarchyChangeListener.  This method does nothing now.
         */
        @Deprecated
        public void onChildViewAdded(View parent, View child) {}

        /**
         * @deprecated WebView no longer needs to implement
         * ViewGroup.OnHierarchyChangeListener.  This method does nothing now.
         */
        @Deprecated
        public void onChildViewRemoved(View p, View child) {}

        /**
         * @deprecated WebView should not have implemented
         * ViewTreeObserver.OnGlobalFocusChangeListener. This method does nothing now.
         */
        @Deprecated
        public void onGlobalFocusChanged(View oldFocus, View newFocus) {
        }
```

```

    void setActive(boolean active) {
        if (active) {
            if (hasFocus()) {
                // If our window regained focus, and we have focus, then begin
                // drawing the cursor ring
                mDrawCursorRing = true;
                setFocusControllerActive(true);
                if (mNativeClass != 0) {
                    recordButtons(null, true, false, true);
                }
            } else {
                if (!inEditingMode()) {
                    // If our window gained focus, but we do not have it, do not
                    // draw the cursor ring.
                    mDrawCursorRing = false;
                    setFocusControllerActive(false);
                }
                // We do not call recordButtons here because we assume
                // that when we lost focus, or window focus, it got called with
                // false for the first parameter
            }
        } else {
            if (!mZoomManager.isZoomPickerVisible()) {
                /*
                 * The external zoom controls come in their own window, so our
                 * window loses focus. Our policy is to not draw the cursor ring
                 * if our window is not focused, but this is an exception since
                 * the user can still navigate the web page with the zoom
                 * controls showing.
                 */
                mDrawCursorRing = false;
            }
            mKeysPressed.clear();
            mPrivateHandler.removeMessages(SWITCH_TO_LONGPRESS);
            mTouchMode = TOUCH_DONE_MODE;
            if (mNativeClass != 0) {
                recordButtons(null, false, false, true);
            }
```

```
                setFocusControllerActive(false);
            }
            invalidate();
        }

        // To avoid drawing the cursor ring, and remove the TextView when our window
        // loses focus.
        @Override
        public void onWindowFocusChanged(boolean hasWindowFocus) {
            setActive(hasWindowFocus);
            if (hasWindowFocus) {
                JWebCoreJavaBridge.setActiveWebView(this);
                if (mPictureUpdatePausedForFocusChange) {
                    WebViewCore.resumeUpdatePicture(mWebViewCore);
                    mPictureUpdatePausedForFocusChange = false;
                }
            } else {
                JWebCoreJavaBridge.removeActiveWebView(this);
                final WebSettings settings = getSettings();
                if (settings != null && settings.enableSmoothTransition() &&
                        mWebViewCore != null && !WebViewCore.isUpdatePicturePaused(mWebViewCore))
    {
                    WebViewCore.pauseUpdatePicture(mWebViewCore);
                    mPictureUpdatePausedForFocusChange = true;
                }
            }
            super.onWindowFocusChanged(hasWindowFocus);
        }

        /*
         * Pass a message to WebCore Thread, telling the WebCore::Page's
         * FocusController to be  "inactive" so that it will
         * not draw the blinking cursor.  It gets set to "active" to draw the cursor
         * in WebViewCore.cpp, when the WebCore thread receives key events/clicks.
         */
        /* package */ void setFocusControllerActive(boolean active) {
            if (mWebViewCore == null) return;
            mWebViewCore.sendMessage(EventHub.SET_ACTIVE, active ? 1 : 0, 0);
            // Need to send this message after the document regains focus.
```

```
        if (active && mListBoxMessage != null) {
            mWebViewCore.sendMessage(mListBoxMessage);
            mListBoxMessage = null;
        }
    }

    @Override
    protected void onFocusChanged(boolean focused, int direction,
            Rect previouslyFocusedRect) {
        if (DebugFlags.WEB_VIEW) {
            Log.v(LOGTAG, "MT focusChanged " + focused + ", " + direction);
        }
        if (focused) {
            // When we regain focus, if we have window focus, resume drawing
            // the cursor ring
            if (hasWindowFocus()) {
                mDrawCursorRing = true;
                if (mNativeClass != 0) {
                    recordButtons(null, true, false, true);
                }
                setFocusControllerActive(true);
            //} else {
                // The WebView has gained focus while we do not have
                // windowfocus.  When our window lost focus, we should have
                // called recordButtons(false...)
            }
        } else {
            // When we lost focus, unless focus went to the TextView (which is
            // true if we are in editing mode), stop drawing the cursor ring.
            if (!inEditingMode()) {
                mDrawCursorRing = false;
                if (mNativeClass != 0) {
                    recordButtons(null, false, false, true);
                }
                setFocusControllerActive(false);
            }
            mKeysPressed.clear();
        }

```

```
        super.onFocusChanged(focused, direction, previouslyFocusedRect);
    }

    void setGLRectViewport() {
        // Use the getGlobalVisibleRect() to get the intersection among the parents
        // visible == false means we're clipped - send a null rect down to indicate that
        // we should not draw
        boolean visible = getGlobalVisibleRect(mGLRectViewport);
        if (visible) {
            // Then need to invert the Y axis, just for GL
            View rootView = getRootView();
            int rootViewHeight = rootView.getHeight();
            mViewRectViewport.set(mGLRectViewport);
            int savedWebViewBottom = mGLRectViewport.bottom;
            mGLRectViewport.bottom = rootViewHeight - mGLRectViewport.top - getVisibleTitleHeightImpl();
            mGLRectViewport.top = rootViewHeight - savedWebViewBottom;
            mGLViewportEmpty = false;
        } else {
            mGLViewportEmpty = true;
        }
        nativeUpdateDrawGLFunction(mGLViewportEmpty ? null : mGLRectViewport,
                mGLViewportEmpty ? null : mViewRectViewport);
    }

    /**
     * @hide
     */
    @Override
    protected boolean setFrame(int left, int top, int right, int bottom) {
        boolean changed = super.setFrame(left, top, right, bottom);
        if (!changed && mHeightCanMeasure) {
            // When mHeightCanMeasure is true, we will set mLastHeightSent to 0
            // in WebViewCore after we get the first layout. We do call
            // requestLayout() when we get contentSizeChanged(). But the View
            // system won't call onSizeChanged if the dimension is not changed.
            // In this case, we need to call sendViewSizeZoom() explicitly to
            // notify the WebKit about the new dimensions.
            sendViewSizeZoom(false);
```

```
        }
        setGLRectViewport();
        return changed;
    }

    @Override
    protected void onSizeChanged(int w, int h, int ow, int oh) {
        super.onSizeChanged(w, h, ow, oh);

        // adjust the max viewport width depending on the view dimensions. This
        // is to ensure the scaling is not going insane. So do not shrink it if
        // the view size is temporarily smaller, e.g. when soft keyboard is up.
        int newMaxViewportWidth = (int) (Math.max(w, h) / mZoomManager.getDefaultMinZoomScale
());
        if (newMaxViewportWidth > sMaxViewportWidth) {
            sMaxViewportWidth = newMaxViewportWidth;
        }

        mZoomManager.onSizeChanged(w, h, ow, oh);

        if (mLoadedPicture != null && mDelaySetPicture == null) {
            // Size changes normally result in a new picture
            // Re-set the loaded picture to simulate that
            // However, do not update the base layer as that hasn't changed
            setNewPicture(mLoadedPicture, false);
        }
    }

    @Override
    protected void onScrollChanged(int l, int t, int oldl, int oldt) {
        super.onScrollChanged(l, t, oldl, oldt);
        if (!mInOverScrollMode) {
            sendOurVisibleRect();
            // update WebKit if visible title bar height changed. The logic is same
            // as getVisibleTitleHeightImpl.
            int titleHeight = getTitleHeight();
            if (Math.max(titleHeight - t, 0) != Math.max(titleHeight - oldt, 0)) {
                sendViewSizeZoom(false);
            }
```

```
            }
        }

        @Override
        public boolean dispatchKeyEvent(KeyEvent event) {
            switch (event.getAction()) {
                case KeyEvent.ACTION_DOWN:
                    mKeysPressed.add(Integer.valueOf(event.getKeyCode()));
                    break;
                case KeyEvent.ACTION_MULTIPLE:
                    // Always accept the action.
                    break;
                case KeyEvent.ACTION_UP:
                    int location = mKeysPressed.indexOf(Integer.valueOf(event.getKeyCode()));
                    if (location == -1) {
                        // We did not receive the key down for this key, so do not
                        // handle the key up.
                        return false;
                    } else {
                        // We did receive the key down.  Handle the key up, and
                        // remove it from our pressed keys.
                        mKeysPressed.remove(location);
                    }
                    break;
                default:
                    // Accept the action.  This should not happen, unless a new
                    // action is added to KeyEvent.
                    break;
            }
            if (inEditingMode() && mWebTextView.isFocused()) {
                // Ensure that the WebTextView gets the event, even if it does
                // not currently have a bounds.
                return mWebTextView.dispatchKeyEvent(event);
            } else {
                return super.dispatchKeyEvent(event);
            }
        }

        /*
```

```
     * Here is the snap align logic:
     * 1. If it starts nearly horizontally or vertically, snap align;
     * 2. If there is a dramitic direction change, let it go;
     *
     * Adjustable parameters. Angle is the radians on a unit circle, limited
     * to quadrant 1. Values range from 0f (horizontal) to PI/2 (vertical)
     */
    private static final float HSLOPE_TO_START_SNAP = .25f;
    private static final float HSLOPE_TO_BREAK_SNAP = .4f;
    private static final float VSLOPE_TO_START_SNAP = 1.25f;
    private static final float VSLOPE_TO_BREAK_SNAP = .95f;
    /*
     *  These values are used to influence the average angle when entering
     *  snap mode. If is is the first movement entering snap, we set the average
     *  to the appropriate ideal. If the user is entering into snap after the
     *  first movement, then we average the average angle with these values.
     */
    private static final float ANGLE_VERT = 2f;
    private static final float ANGLE_HORIZ = 0f;
    /*
     *  The modified moving average weight.
     *  Formula: MAV[t]=MAV[t-1] + (P[t]-MAV[t-1])/n
     */
    private static final float MMA_WEIGHT_N = 5;

    private boolean hitFocusedPlugin(int contentX, int contentY) {
        if (DebugFlags.WEB_VIEW) {
            Log.v(LOGTAG, "nativeFocusIsPlugin()=" + nativeFocusIsPlugin());
            Rect r = nativeFocusNodeBounds();
            Log.v(LOGTAG, "nativeFocusNodeBounds()=(" + r.left + ", " + r.top
                    + ", " + r.right + ", " + r.bottom + ")");
        }
        return nativeFocusIsPlugin()
                && nativeFocusNodeBounds().contains(contentX, contentY);
    }

    private boolean shouldForwardTouchEvent() {
        if (mFullScreenHolder != null) return true;
        if (mBlockWebkitViewMessages) return false;
```

```
        return mForwardTouchEvents
                && !mSelectingText
                && mPreventDefault != PREVENT_DEFAULT_IGNORE
                && mPreventDefault != PREVENT_DEFAULT_NO;
    }

    private boolean inFullScreenMode() {
        return mFullScreenHolder != null;
    }

    private void dismissFullScreenMode() {
        if (inFullScreenMode()) {
            mFullScreenHolder.hide();
            mFullScreenHolder = null;
        }
    }

    void onPinchToZoomAnimationStart() {
        // cancel the single touch handling
        cancelTouch();
        onZoomAnimationStart();
    }

    void onPinchToZoomAnimationEnd(ScaleGestureDetector detector) {
        onZoomAnimationEnd();
        // start a drag, TOUCH_PINCH_DRAG, can't use TOUCH_INIT_MODE as
        // it may trigger the unwanted click, can't use TOUCH_DRAG_MODE
        // as it may trigger the unwanted fling.
        mTouchMode = TOUCH_PINCH_DRAG;
        mConfirmMove = true;
        startTouch(detector.getFocusX(), detector.getFocusY(), mLastTouchTime);
    }

    // See if there is a layer at x, y and switch to TOUCH_DRAG_LAYER_MODE if a
    // layer is found.
    private void startScrollingLayer(float x, float y) {
        int contentX = viewToContentX((int) x + mScrollX);
        int contentY = viewToContentY((int) y + mScrollY);
        mScrollingLayer = nativeScrollableLayer(contentX, contentY,
```

```
                    mScrollingLayerRect, mScrollingLayerBounds);
            if (mScrollingLayer != 0) {
                mTouchMode = TOUCH_DRAG_LAYER_MODE;
            }
        }

        // 1/(density * density) used to compute the distance between points.
        // Computed in init().
        private float DRAG_LAYER_INVERSE_DENSITY_SQUARED;

        // The distance between two points reported in onTouchEvent scaled by the
        // density of the screen.
        private static final int DRAG_LAYER_FINGER_DISTANCE = 20000;

        @Override
        public boolean onHoverEvent(MotionEvent event) {
            if (mNativeClass == 0) {
                return false;
            }
            WebViewCore.CursorData data = cursorDataNoPosition();
            data.mX = viewToContentX((int) event.getX() + mScrollX);
            data.mY = viewToContentY((int) event.getY() + mScrollY);
            mWebViewCore.sendMessage(EventHub.SET_MOVE_MOUSE, data);
            return true;
        }

        @Override
        public boolean onTouchEvent(MotionEvent ev) {
            if (mNativeClass == 0 || (!isClickable() && !isLongClickable())) {
                return false;
            }

            if (DebugFlags.WEB_VIEW) {
                Log.v(LOGTAG, ev + " at " + ev.getEventTime()
                    + " mTouchMode=" + mTouchMode
                    + " numPointers=" + ev.getPointerCount());
            }

            // If WebKit wasn't interested in this multitouch gesture, enqueue
```

```
        // the event for handling directly rather than making the round trip
        // to WebKit and back.
        if (ev.getPointerCount() > 1 && mPreventDefault != PREVENT_DEFAULT_NO) {
            passMultiTouchToWebKit(ev, mTouchEventQueue.nextTouchSequence());
        } else {
            mTouchEventQueue.enqueueTouchEvent(ev);
        }

        // Since all events are handled asynchronously, we always want the gesture stream.
        return true;
    }

    private float calculateDragAngle(int dx, int dy) {
        dx = Math.abs(dx);
        dy = Math.abs(dy);
        return (float) Math.atan2(dy, dx);
    }

    /*
     * Common code for single touch and multi-touch.
     * (x, y) denotes current focus point, which is the touch point for single touch
     * and the middle point for multi-touch.
     */
    private boolean handleTouchEventCommon(MotionEvent ev, int action, int x, int y) {
        long eventTime = ev.getEventTime();

        // Due to the touch screen edge effect, a touch closer to the edge
        // always snapped to the edge. As getViewWidth() can be different from
        // getWidth() due to the scrollbar, adjusting the point to match
        // getViewWidth(). Same applied to the height.
        x = Math.min(x, getViewWidth() - 1);
        y = Math.min(y, getViewHeightWithTitle() - 1);

        int deltaX = mLastTouchX - x;
        int deltaY = mLastTouchY - y;
        int contentX = viewToContentX(x + mScrollX);
        int contentY = viewToContentY(y + mScrollY);

        switch (action) {
```

```
        case MotionEvent.ACTION_DOWN: {
            mPreventDefault = PREVENT_DEFAULT_NO;
            mConfirmMove = false;
            mInitialHitTestResult = null;
            if (!mScroller.isFinished()) {
                // stop the current scroll animation, but if this is
                // the start of a fling, allow it to add to the current
                // fling's velocity
                mScroller.abortAnimation();
                mTouchMode = TOUCH_DRAG_START_MODE;
                mConfirmMove = true;
                mPrivateHandler.removeMessages(RESUME_WEBCORE_PRIORITY);
            } else if (mPrivateHandler.hasMessages(RELEASE_SINGLE_TAP)) {
                mPrivateHandler.removeMessages(RELEASE_SINGLE_TAP);
                if (USE_WEBKIT_RINGS || getSettings().supportTouchOnly()) {
                    removeTouchHighlight();
                }
                if (deltaX * deltaX + deltaY * deltaY < mDoubleTapSlopSquare) {
                    mTouchMode = TOUCH_DOUBLE_TAP_MODE;
                } else {
                    // commit the short press action for the previous tap
                    doShortPress();
                    mTouchMode = TOUCH_INIT_MODE;
                    mDeferTouchProcess = !mBlockWebkitViewMessages
                            && (!inFullScreenMode() && mForwardTouchEvents)
                            ? hitFocusedPlugin(contentX, contentY)
                            : false;
                }
            } else { // the normal case
                mTouchMode = TOUCH_INIT_MODE;
                mDeferTouchProcess = !mBlockWebkitViewMessages
                        && (!inFullScreenMode() && mForwardTouchEvents)
                        ? hitFocusedPlugin(contentX, contentY)
                        : false;
                if (!mBlockWebkitViewMessages) {
                    mWebViewCore.sendMessage(
                            EventHub.UPDATE_FRAME_CACHE_IF_LOADING);
                }
                if (USE_WEBKIT_RINGS || getSettings().supportTouchOnly()) {
```

```
                TouchHighlightData data = new TouchHighlightData();
                data.mX = contentX;
                data.mY = contentY;
                data.mNativeLayerRect = new Rect();
                data.mNativeLayer = nativeScrollableLayer(
                        contentX, contentY, data.mNativeLayerRect, null);
                data.mSlop = viewToContentDimension(mNavSlop);
                mTouchHighlightRegion.setEmpty();
                if (!mBlockWebkitViewMessages) {
                    mTouchHighlightRequested = System.currentTimeMillis();
                    mWebViewCore.sendMessageAtFrontOfQueue(
                            EventHub.GET_TOUCH_HIGHLIGHT_RECTS, data);
                }
                if (DEBUG_TOUCH_HIGHLIGHT) {
                    if (getSettings().getNavDump()) {
                        mTouchHighlightX = (int) x + mScrollX;
                        mTouchHighlightY = (int) y + mScrollY;
                        mPrivateHandler.postDelayed(new Runnable() {
                            public void run() {
                                mTouchHighlightX = mTouchHighlightY = 0;
                                invalidate();
                            }
                        }, TOUCH_HIGHLIGHT_ELAPSE_TIME);
                    }
                }
            }
            if (mLogEvent && eventTime - mLastTouchUpTime < 1000) {
                EventLog.writeEvent(EventLogTags.BROWSER_DOUBLE_TAP_DURATION,
                        (eventTime - mLastTouchUpTime), eventTime);
            }
            if (mSelectingText) {
                mDrawSelectionPointer = false;
                mSelectionStarted = nativeStartSelection(contentX, contentY);
                if (DebugFlags.WEB_VIEW) {
                    Log.v(LOGTAG, "select=" + contentX + "," + contentY);
                }
                invalidate();
            }
        }
```

```
                // Trigger the link
                if (!mSelectingText && (mTouchMode == TOUCH_INIT_MODE
                        || mTouchMode == TOUCH_DOUBLE_TAP_MODE)) {
                    mPrivateHandler.sendEmptyMessageDelayed(
                            SWITCH_TO_SHORTPRESS, TAP_TIMEOUT);
                    mPrivateHandler.sendEmptyMessageDelayed(
                            SWITCH_TO_LONGPRESS, LONG_PRESS_TIMEOUT);
                    if (inFullScreenMode() || mDeferTouchProcess) {
                        mPreventDefault = PREVENT_DEFAULT_YES;
                    } else if (!mBlockWebkitViewMessages && mForwardTouchEvents) {
                        mPreventDefault = PREVENT_DEFAULT_MAYBE_YES;
                    } else {
                        mPreventDefault = PREVENT_DEFAULT_NO;
                    }
                    // pass the touch events from UI thread to WebCore thread
                    if (shouldForwardTouchEvent()) {
                        TouchEventData ted = new TouchEventData();
                        ted.mAction = action;
                        ted.mIds = new int[1];
                        ted.mIds[0] = ev.getPointerId(0);
                        ted.mPoints = new Point[1];
                        ted.mPoints[0] = new Point(contentX, contentY);
                        ted.mPointsInView = new Point[1];
                        ted.mPointsInView[0] = new Point(x, y);
                        ted.mMetaState = ev.getMetaState();
                        ted.mReprocess = mDeferTouchProcess;
                        ted.mNativeLayer = nativeScrollableLayer(
                                contentX, contentY, ted.mNativeLayerRect, null);
                        ted.mSequence = mTouchEventQueue.nextTouchSequence();
                        mTouchEventQueue.preQueueTouchEventData(ted);
                        mWebViewCore.sendMessage(EventHub.TOUCH_EVENT, ted);
                        if (mDeferTouchProcess) {
                            // still needs to set them for compute deltaX/Y
                            mLastTouchX = x;
                            mLastTouchY = y;
                            break;
                        }
                        if (!inFullScreenMode()) {
                            mPrivateHandler.removeMessages(PREVENT_DEFAULT_TIMEOUT);
```

```
                        mPrivateHandler.sendMessageDelayed(mPrivateHandler
                                .obtainMessage(PREVENT_DEFAULT_TIMEOUT,
                                        action, 0), TAP_TIMEOUT);
                    }
                }
            }
            startTouch(x, y, eventTime);
            break;
        }
        case MotionEvent.ACTION_MOVE: {
            boolean firstMove = false;
            if (!mConfirmMove && (deltaX * deltaX + deltaY * deltaY)
                    >= mTouchSlopSquare) {
                mPrivateHandler.removeMessages(SWITCH_TO_SHORTPRESS);
                mPrivateHandler.removeMessages(SWITCH_TO_LONGPRESS);
                mConfirmMove = true;
                firstMove = true;
                if (mTouchMode == TOUCH_DOUBLE_TAP_MODE) {
                    mTouchMode = TOUCH_INIT_MODE;
                }
                if (USE_WEBKIT_RINGS || getSettings().supportTouchOnly()) {
                    removeTouchHighlight();
                }
            }
            // pass the touch events from UI thread to WebCore thread
            if (shouldForwardTouchEvent() && mConfirmMove && (firstMove
                    || eventTime - mLastSentTouchTime > mCurrentTouchInterval)) {
                TouchEventData ted = new TouchEventData();
                ted.mAction = action;
                ted.mIds = new int[1];
                ted.mIds[0] = ev.getPointerId(0);
                ted.mPoints = new Point[1];
                ted.mPoints[0] = new Point(contentX, contentY);
                ted.mPointsInView = new Point[1];
                ted.mPointsInView[0] = new Point(x, y);
                ted.mMetaState = ev.getMetaState();
                ted.mReprocess = mDeferTouchProcess;
                ted.mNativeLayer = mScrollingLayer;
                ted.mNativeLayerRect.set(mScrollingLayerRect);
```

```
                ted.mSequence = mTouchEventQueue.nextTouchSequence();
                mTouchEventQueue.preQueueTouchEventData(ted);
                mWebViewCore.sendMessage(EventHub.TOUCH_EVENT, ted);
                mLastSentTouchTime = eventTime;
                if (mDeferTouchProcess) {
                    break;
                }
                if (firstMove && !inFullScreenMode()) {
                    mPrivateHandler.sendMessageDelayed(mPrivateHandler
                            .obtainMessage(PREVENT_DEFAULT_TIMEOUT,
                                    action, 0), TAP_TIMEOUT);
                }
            }
            if (mTouchMode == TOUCH_DONE_MODE
                    || mPreventDefault == PREVENT_DEFAULT_YES) {
                // no dragging during scroll zoom animation, or when prevent
                // default is yes
                break;
            }
            if (mVelocityTracker == null) {
                Log.e(LOGTAG, "Got null mVelocityTracker when "
                        + "mPreventDefault = " + mPreventDefault
                        + " mDeferTouchProcess = " + mDeferTouchProcess
                        + " mTouchMode = " + mTouchMode);
            } else {
                mVelocityTracker.addMovement(ev);
            }
            if (mSelectingText && mSelectionStarted) {
                if (DebugFlags.WEB_VIEW) {
                    Log.v(LOGTAG, "extend=" + contentX + "," + contentY);
                }
                ViewParent parent = getParent();
                if (parent != null) {
                    parent.requestDisallowInterceptTouchEvent(true);
                }
                mAutoScrollX = x <= mMinAutoScrollX ? -SELECT_SCROLL
                        : x >= mMaxAutoScrollX ? SELECT_SCROLL : 0;
                mAutoScrollY = y <= mMinAutoScrollY ? -SELECT_SCROLL
                        : y >= mMaxAutoScrollY ? SELECT_SCROLL : 0;
```

```
                if ((mAutoScrollX != 0 || mAutoScrollY != 0)
                        && !mSentAutoScrollMessage) {
                    mSentAutoScrollMessage = true;
                    mPrivateHandler.sendEmptyMessageDelayed(
                            SCROLL_SELECT_TEXT, SELECT_SCROLL_INTERVAL);
                }
                if (deltaX != 0 || deltaY != 0) {
                    nativeExtendSelection(contentX, contentY);
                    invalidate();
                }
                break;
            }

            if (mTouchMode != TOUCH_DRAG_MODE &&
                    mTouchMode != TOUCH_DRAG_LAYER_MODE) {

                if (!mConfirmMove) {
                    break;
                }

                if (mPreventDefault == PREVENT_DEFAULT_MAYBE_YES
                        || mPreventDefault == PREVENT_DEFAULT_NO_FROM_TOUCH_DOWN) {
                    // track mLastTouchTime as we may need to do fling at
                    // ACTION_UP
                    mLastTouchTime = eventTime;
                    break;
                }

                // Only lock dragging to one axis if we don't have a scale in progress.
                // Scaling implies free-roaming movement. Note this is only ever a
    question
                // if mZoomManager.supportsPanDuringZoom() is true.
                final ScaleGestureDetector detector =
                  mZoomManager.getMultiTouchGestureDetector();
                mAverageAngle = calculateDragAngle(deltaX, deltaY);
                if (detector == null || !detector.isInProgress()) {
                    // if it starts nearly horizontal or vertical, enforce it
                    if (mAverageAngle < HSLOPE_TO_START_SNAP) {
                        mSnapScrollMode = SNAP_X;
```

```
                    mSnapPositive = deltaX > 0;
                    mAverageAngle = ANGLE_HORIZ;
                } else if (mAverageAngle > VSLOPE_TO_START_SNAP) {
                    mSnapScrollMode = SNAP_Y;
                    mSnapPositive = deltaY > 0;
                    mAverageAngle = ANGLE_VERT;
                }
            }

            mTouchMode = TOUCH_DRAG_MODE;
            mLastTouchX = x;
            mLastTouchY = y;
            deltaX = 0;
            deltaY = 0;

            startScrollingLayer(x, y);
            startDrag();
        }

        // do pan
        boolean done = false;
        boolean keepScrollBarsVisible = false;
        if (deltaX == 0 && deltaY == 0) {
            keepScrollBarsVisible = done = true;
        } else {
            mAverageAngle +=
                (calculateDragAngle(deltaX, deltaY) - mAverageAngle)
                / MMA_WEIGHT_N;
            if (mSnapScrollMode != SNAP_NONE) {
                if (mSnapScrollMode == SNAP_Y) {
                    // radical change means getting out of snap mode
                    if (mAverageAngle < VSLOPE_TO_BREAK_SNAP) {
                        mSnapScrollMode = SNAP_NONE;
                    }
                }
                if (mSnapScrollMode == SNAP_X) {
                    // radical change means getting out of snap mode
                    if (mAverageAngle > HSLOPE_TO_BREAK_SNAP) {
                        mSnapScrollMode = SNAP_NONE;
```

```
                    }
                }
            } else {
                if (mAverageAngle < HSLOPE_TO_START_SNAP) {
                    mSnapScrollMode = SNAP_X;
                    mSnapPositive = deltaX > 0;
                    mAverageAngle = (mAverageAngle + ANGLE_HORIZ) / 2;
                } else if (mAverageAngle > VSLOPE_TO_START_SNAP) {
                    mSnapScrollMode = SNAP_Y;
                    mSnapPositive = deltaY > 0;
                    mAverageAngle = (mAverageAngle + ANGLE_VERT) / 2;
                }
            }
            if (mSnapScrollMode != SNAP_NONE) {
                if ((mSnapScrollMode & SNAP_X) == SNAP_X) {
                    deltaY = 0;
                } else {
                    deltaX = 0;
                }
            }
            mLastTouchX = x;
            mLastTouchY = y;
            if ((deltaX | deltaY) != 0) {
                mHeldMotionless = MOTIONLESS_FALSE;
            }
            mLastTouchTime = eventTime;
        }

        doDrag(deltaX, deltaY);

        // Turn off scrollbars when dragging a layer.
        if (keepScrollBarsVisible &&
                mTouchMode != TOUCH_DRAG_LAYER_MODE) {
            if (mHeldMotionless != MOTIONLESS_TRUE) {
                mHeldMotionless = MOTIONLESS_TRUE;
                invalidate();
            }
            // keep the scrollbar on the screen even there is no scroll
            awakenScrollBars(ViewConfiguration.getScrollDefaultDelay(),
```

```
                                false);
                        // return false to indicate that we can't pan out of the
                        // view space
                        return !done;
                    }
                    break;
                }
                case MotionEvent.ACTION_UP: {
                    if (!isFocused()) requestFocus();
                    // pass the touch events from UI thread to WebCore thread
                    if (shouldForwardTouchEvent()) {
                        TouchEventData ted = new TouchEventData();
                        ted.mIds = new int[1];
                        ted.mIds[0] = ev.getPointerId(0);
                        ted.mAction = action;
                        ted.mPoints = new Point[1];
                        ted.mPoints[0] = new Point(contentX, contentY);
                        ted.mPointsInView = new Point[1];
                        ted.mPointsInView[0] = new Point(x, y);
                        ted.mMetaState = ev.getMetaState();
                        ted.mReprocess = mDeferTouchProcess;
                        ted.mNativeLayer = mScrollingLayer;
                        ted.mNativeLayerRect.set(mScrollingLayerRect);
                        ted.mSequence = mTouchEventQueue.nextTouchSequence();
                        mTouchEventQueue.preQueueTouchEventData(ted);
                        mWebViewCore.sendMessage(EventHub.TOUCH_EVENT, ted);
                    }
                    mLastTouchUpTime = eventTime;
                    if (mSentAutoScrollMessage) {
                        mAutoScrollX = mAutoScrollY = 0;
                    }
                    switch (mTouchMode) {
                        case TOUCH_DOUBLE_TAP_MODE: // double tap
                            mPrivateHandler.removeMessages(SWITCH_TO_SHORTPRESS);
                            mPrivateHandler.removeMessages(SWITCH_TO_LONGPRESS);
                            if (inFullScreenMode() || mDeferTouchProcess) {
                                TouchEventData ted = new TouchEventData();
                                ted.mIds = new int[1];
                                ted.mIds[0] = ev.getPointerId(0);
```

```
        ted.mAction = WebViewCore.ACTION_DOUBLETAP;
        ted.mPoints = new Point[1];
        ted.mPoints[0] = new Point(contentX, contentY);
        ted.mPointsInView = new Point[1];
        ted.mPointsInView[0] = new Point(x, y);
        ted.mMetaState = ev.getMetaState();
        ted.mReprocess = mDeferTouchProcess;
        ted.mNativeLayer = nativeScrollableLayer(
                contentX, contentY,
                ted.mNativeLayerRect, null);
        ted.mSequence = mTouchEventQueue.nextTouchSequence();
        mTouchEventQueue.preQueueTouchEventData(ted);
        mWebViewCore.sendMessage(EventHub.TOUCH_EVENT, ted);
    } else if (mPreventDefault != PREVENT_DEFAULT_YES){
        mZoomManager.handleDoubleTap(mLastTouchX, mLastTouchY);
        mTouchMode = TOUCH_DONE_MODE;
    }
    break;
case TOUCH_INIT_MODE: // tap
case TOUCH_SHORTPRESS_START_MODE:
case TOUCH_SHORTPRESS_MODE:
    mPrivateHandler.removeMessages(SWITCH_TO_SHORTPRESS);
    mPrivateHandler.removeMessages(SWITCH_TO_LONGPRESS);
    if (mConfirmMove) {
        Log.w(LOGTAG, "Miss a drag as we are waiting for" +
                " WebCore's response for touch down.");
        if (mPreventDefault != PREVENT_DEFAULT_YES
                && (computeMaxScrollX() > 0
                        || computeMaxScrollY() > 0)) {
            // If the user has performed a very quick touch
            // sequence it is possible that we may get here
            // before WebCore has had a chance to process the events.
            // In this case, any call to preventDefault in the
            // JS touch handler will not have been executed yet.
            // Hence we will see both the UI (now) and WebCore
            // (when context switches) handling the event,
            // regardless of whether the web developer actually
            // doeses preventDefault in their touch handler. This
            // is the nature of our asynchronous touch model.
```

```
                    // we will not rewrite drag code here, but we
                    // will try fling if it applies.
                    WebViewCore.reducePriority();
                    // to get better performance, pause updating the
                    // picture
                    WebViewCore.pauseUpdatePicture(mWebViewCore);
                    // fall through to TOUCH_DRAG_MODE
                } else {
                    // WebKit may consume the touch event and modify
                    // DOM. drawContentPicture() will be called with
                    // animateSroll as true for better performance.
                    // Force redraw in high-quality.
                    invalidate();
                    break;
                }
            } else {
                if (mSelectingText) {
                    // tapping on selection or controls does nothing
                    if (!nativeHitSelection(contentX, contentY)) {
                        selectionDone();
                    }
                    break;
                }
                // only trigger double tap if the WebView is
                // scalable
                if (mTouchMode == TOUCH_INIT_MODE
                        && (canZoomIn() || canZoomOut())) {
                    mPrivateHandler.sendEmptyMessageDelayed(
                            RELEASE_SINGLE_TAP, ViewConfiguration
                                    .getDoubleTapTimeout());
                } else {
                    doShortPress();
                }
                break;
            }
        case TOUCH_DRAG_MODE:
        case TOUCH_DRAG_LAYER_MODE:
            mPrivateHandler.removeMessages(DRAG_HELD_MOTIONLESS);
```

```
                mPrivateHandler.removeMessages(AWAKEN_SCROLL_BARS);
                // if the user waits a while w/o moving before the
                // up, we don't want to do a fling
                if (eventTime - mLastTouchTime <= MIN_FLING_TIME) {
                    if (mVelocityTracker == null) {
                        Log.e(LOGTAG, "Got null mVelocityTracker when "
                                + "mPreventDefault = "
                                + mPreventDefault
                                + " mDeferTouchProcess = "
                                + mDeferTouchProcess);
                    } else {
                        mVelocityTracker.addMovement(ev);
                    }
                    // set to MOTIONLESS_IGNORE so that it won't keep
                    // removing and sending message in
                    // drawCoreAndCursorRing()
                    mHeldMotionless = MOTIONLESS_IGNORE;
                    doFling();
                    break;
                } else {
                    if (mScroller.springBack(mScrollX, mScrollY, 0,
                            computeMaxScrollX(), 0,
                            computeMaxScrollY())) {
                        invalidate();
                    }
                }
                // redraw in high-quality, as we're done dragging
                mHeldMotionless = MOTIONLESS_TRUE;
                invalidate();
                // fall through
            case TOUCH_DRAG_START_MODE:
                // TOUCH_DRAG_START_MODE should not happen for the real
                // device as we almost certain will get a MOVE. But this
                // is possible on emulator.
                mLastVelocity = 0;
                WebViewCore.resumePriority();
                if (!mSelectingText) {
                    WebViewCore.resumeUpdatePicture(mWebViewCore);
                }
```

```
                        break;
                    }
                    stopTouch();
                    break;
                }
                case MotionEvent.ACTION_CANCEL: {
                    if (mTouchMode == TOUCH_DRAG_MODE) {
                        mScroller.springBack(mScrollX, mScrollY, 0,
                                computeMaxScrollX(), 0, computeMaxScrollY());
                        invalidate();
                    }
                    cancelWebCoreTouchEvent(contentX, contentY, false);
                    cancelTouch();
                    break;
                }
            }
            return true;
        }

        private void passMultiTouchToWebKit(MotionEvent ev, long sequence) {
            TouchEventData ted = new TouchEventData();
            ted.mAction = ev.getActionMasked();
            final int count = ev.getPointerCount();
            ted.mIds = new int[count];
            ted.mPoints = new Point[count];
            ted.mPointsInView = new Point[count];
            for (int c = 0; c < count; c++) {
                ted.mIds[c] = ev.getPointerId(c);
                int x = viewToContentX((int) ev.getX(c) + mScrollX);
                int y = viewToContentY((int) ev.getY(c) + mScrollY);
                ted.mPoints[c] = new Point(x, y);
                ted.mPointsInView[c] = new Point((int) ev.getX(c), (int) ev.getY(c));
            }
            if (ted.mAction == MotionEvent.ACTION_POINTER_DOWN
                || ted.mAction == MotionEvent.ACTION_POINTER_UP) {
                ted.mActionIndex = ev.getActionIndex();
            }
            ted.mMetaState = ev.getMetaState();
            ted.mReprocess = true;
```

```
            ted.mMotionEvent = MotionEvent.obtain(ev);
            ted.mSequence = sequence;
            mTouchEventQueue.preQueueTouchEventData(ted);
            mWebViewCore.sendMessage(EventHub.TOUCH_EVENT, ted);
            cancelLongPress();
            mPrivateHandler.removeMessages(SWITCH_TO_LONGPRESS);
        }

        void handleMultiTouchInWebView(MotionEvent ev) {
            if (DebugFlags.WEB_VIEW) {
                Log.v(LOGTAG, "multi-touch: " + ev + " at " + ev.getEventTime()
                    + " mTouchMode=" + mTouchMode
                    + " numPointers=" + ev.getPointerCount()
                    + " scrolloffset=(" + mScrollX + "," + mScrollY + ")");
            }

            final ScaleGestureDetector detector =
                mZoomManager.getMultiTouchGestureDetector();

            // A few apps use WebView but don't instantiate gesture detector.
            // We don't need to support multi touch for them.
            if (detector == null) return;

            float x = ev.getX();
            float y = ev.getY();

            if (mPreventDefault != PREVENT_DEFAULT_YES) {
                detector.onTouchEvent(ev);

                if (detector.isInProgress()) {
                    if (DebugFlags.WEB_VIEW) {
                        Log.v(LOGTAG, "detector is in progress");
                    }
                    mLastTouchTime = ev.getEventTime();
                    x = detector.getFocusX();
                    y = detector.getFocusY();

                    cancelLongPress();
                    mPrivateHandler.removeMessages(SWITCH_TO_LONGPRESS);
```

```
                if (!mZoomManager.supportsPanDuringZoom()) {
                    return;
                }
                mTouchMode = TOUCH_DRAG_MODE;
                if (mVelocityTracker == null) {
                    mVelocityTracker = VelocityTracker.obtain();
                }
            }
        }

        int action = ev.getActionMasked();
        if (action == MotionEvent.ACTION_POINTER_DOWN) {
            cancelTouch();
            action = MotionEvent.ACTION_DOWN;
        } else if (action == MotionEvent.ACTION_POINTER_UP && ev.getPointerCount() >= 2) {
            // set mLastTouchX/Y to the remaining points for multi-touch.
            mLastTouchX = Math.round(x);
            mLastTouchY = Math.round(y);
        } else if (action == MotionEvent.ACTION_MOVE) {
            // negative x or y indicate it is on the edge, skip it.
            if (x < 0 || y < 0) {
                return;
            }
        }

        handleTouchEventCommon(ev, action, Math.round(x), Math.round(y));
    }

    private void cancelWebCoreTouchEvent(int x, int y, boolean removeEvents) {
        if (shouldForwardTouchEvent()) {
            if (removeEvents) {
                mWebViewCore.removeMessages(EventHub.TOUCH_EVENT);
            }
            TouchEventData ted = new TouchEventData();
            ted.mIds = new int[1];
            ted.mIds[0] = 0;
            ted.mPoints = new Point[1];
            ted.mPoints[0] = new Point(x, y);
            ted.mPointsInView = new Point[1];
```

```
            int viewX = contentToViewX(x) - mScrollX;
            int viewY = contentToViewY(y) - mScrollY;
            ted.mPointsInView[0] = new Point(viewX, viewY);
            ted.mAction = MotionEvent.ACTION_CANCEL;
            ted.mNativeLayer = nativeScrollableLayer(
                    x, y, ted.mNativeLayerRect, null);
            ted.mSequence = mTouchEventQueue.nextTouchSequence();
            mWebViewCore.sendMessage(EventHub.TOUCH_EVENT, ted);
            mPreventDefault = PREVENT_DEFAULT_IGNORE;

            if (removeEvents) {
                // Mark this after sending the message above; we should
                // be willing to ignore the cancel event that we just sent.
                mTouchEventQueue.ignoreCurrentlyMissingEvents();
            }
        }
    }

    private void startTouch(float x, float y, long eventTime) {
        // Remember where the motion event started
        mStartTouchX = mLastTouchX = Math.round(x);
        mStartTouchY = mLastTouchY = Math.round(y);
        mLastTouchTime = eventTime;
        mVelocityTracker = VelocityTracker.obtain();
        mSnapScrollMode = SNAP_NONE;
        mPrivateHandler.sendEmptyMessageDelayed(UPDATE_SELECTION,
                ViewConfiguration.getTapTimeout());
    }

    private void startDrag() {
        WebViewCore.reducePriority();
        // to get better performance, pause updating the picture
        WebViewCore.pauseUpdatePicture(mWebViewCore);
        nativeSetIsScrolling(true);

        if (!mDragFromTextInput) {
            nativeHideCursor();
        }

```

```
            if (mHorizontalScrollBarMode != SCROLLBAR_ALWAYSOFF
                    || mVerticalScrollBarMode != SCROLLBAR_ALWAYSOFF) {
                mZoomManager.invokeZoomPicker();
            }
        }

        private void doDrag(int deltaX, int deltaY) {
            if ((deltaX | deltaY) != 0) {
                int oldX = mScrollX;
                int oldY = mScrollY;
                int rangeX = computeMaxScrollX();
                int rangeY = computeMaxScrollY();
                int overscrollDistance = mOverscrollDistance;

                // Check for the original scrolling layer in case we change
                // directions.  mTouchMode might be TOUCH_DRAG_MODE if we have
                // reached the edge of a layer but mScrollingLayer will be non-zero
                // if we initiated the drag on a layer.
                if (mScrollingLayer != 0) {
                    final int contentX = viewToContentDimension(deltaX);
                    final int contentY = viewToContentDimension(deltaY);

                    // Check the scrolling bounds to see if we will actually do any
                    // scrolling.  The rectangle is in document coordinates.
                    final int maxX = mScrollingLayerRect.right;
                    final int maxY = mScrollingLayerRect.bottom;
                    final int resultX = Math.max(0,
                            Math.min(mScrollingLayerRect.left + contentX, maxX));
                    final int resultY = Math.max(0,
                            Math.min(mScrollingLayerRect.top + contentY, maxY));

                    if (resultX != mScrollingLayerRect.left ||
                            resultY != mScrollingLayerRect.top) {
                        // In case we switched to dragging the page.
                        mTouchMode = TOUCH_DRAG_LAYER_MODE;
                        deltaX = contentX;
                        deltaY = contentY;
                        oldX = mScrollingLayerRect.left;
                        oldY = mScrollingLayerRect.top;
```

```
                    rangeX = maxX;
                    rangeY = maxY;
                } else {
                    // Scroll the main page if we are not going to scroll the
                    // layer.  This does not reset mScrollingLayer in case the
                    // user changes directions and the layer can scroll the
                    // other way.
                    mTouchMode = TOUCH_DRAG_MODE;
                }
            }

            if (mOverScrollGlow != null) {
                mOverScrollGlow.setOverScrollDeltas(deltaX, deltaY);
            }

            overScrollBy(deltaX, deltaY, oldX, oldY,
                    rangeX, rangeY,
                    mOverscrollDistance, mOverscrollDistance, true);
            if (mOverScrollGlow != null && mOverScrollGlow.isAnimating()) {
                invalidate();
            }
        }
        mZoomManager.keepZoomPickerVisible();
    }

    private void stopTouch() {
        if (mScroller.isFinished() && !mSelectingText
                && (mTouchMode == TOUCH_DRAG_MODE || mTouchMode == TOUCH_DRAG_LAYER_MODE)) {
            WebViewCore.resumePriority();
            WebViewCore.resumeUpdatePicture(mWebViewCore);
            nativeSetIsScrolling(false);
        }

        // we also use mVelocityTracker == null to tell us that we are
        // not "moving around", so we can take the slower/prettier
        // mode in the drawing code
        if (mVelocityTracker != null) {
            mVelocityTracker.recycle();
            mVelocityTracker = null;
```

```
        }

        // Release any pulled glows
        if (mOverScrollGlow != null) {
            mOverScrollGlow.releaseAll();
        }
    }

    private void cancelTouch() {
        // we also use mVelocityTracker == null to tell us that we are
        // not "moving around", so we can take the slower/prettier
        // mode in the drawing code
        if (mVelocityTracker != null) {
            mVelocityTracker.recycle();
            mVelocityTracker = null;
        }

        if ((mTouchMode == TOUCH_DRAG_MODE
                || mTouchMode == TOUCH_DRAG_LAYER_MODE) && !mSelectingText) {
            WebViewCore.resumePriority();
            WebViewCore.resumeUpdatePicture(mWebViewCore);
            nativeSetIsScrolling(false);
        }
        mPrivateHandler.removeMessages(SWITCH_TO_SHORTPRESS);
        mPrivateHandler.removeMessages(SWITCH_TO_LONGPRESS);
        mPrivateHandler.removeMessages(DRAG_HELD_MOTIONLESS);
        mPrivateHandler.removeMessages(AWAKEN_SCROLL_BARS);
        if (USE_WEBKIT_RINGS || getSettings().supportTouchOnly()) {
            removeTouchHighlight();
        }
        mHeldMotionless = MOTIONLESS_TRUE;
        mTouchMode = TOUCH_DONE_MODE;
        nativeHideCursor();
    }

    @Override
    public boolean onGenericMotionEvent(MotionEvent event) {
        if ((event.getSource() & InputDevice.SOURCE_CLASS_POINTER) != 0) {
            switch (event.getAction()) {
```

```
                case MotionEvent.ACTION_SCROLL: {
                    final float vscroll;
                    final float hscroll;
                    if ((event.getMetaState() & KeyEvent.META_SHIFT_ON) != 0) {
                        vscroll = 0;
                        hscroll = event.getAxisValue(MotionEvent.AXIS_VSCROLL);
                    } else {
                        vscroll = -event.getAxisValue(MotionEvent.AXIS_VSCROLL);
                        hscroll = event.getAxisValue(MotionEvent.AXIS_HSCROLL);
                    }
                    if (hscroll != 0 || vscroll != 0) {
                        final int vdelta = (int) (vscroll * getVerticalScrollFactor());
                        final int hdelta = (int) (hscroll * getHorizontalScrollFactor());
                        if (pinScrollBy(hdelta, vdelta, false, 0)) {
                            return true;
                        }
                    }
                }
            }
        }
        return super.onGenericMotionEvent(event);
    }

    private long mTrackballFirstTime = 0;
    private long mTrackballLastTime = 0;
    private float mTrackballRemainsX = 0.0f;
    private float mTrackballRemainsY = 0.0f;
    private int mTrackballXMove = 0;
    private int mTrackballYMove = 0;
    private boolean mSelectingText = false;
    private boolean mSelectionStarted = false;
    private boolean mExtendSelection = false;
    private boolean mDrawSelectionPointer = false;
    private static final int TRACKBALL_KEY_TIMEOUT = 1000;
    private static final int TRACKBALL_TIMEOUT = 200;
    private static final int TRACKBALL_WAIT = 100;
    private static final int TRACKBALL_SCALE = 400;
    private static final int TRACKBALL_SCROLL_COUNT = 5;
    private static final int TRACKBALL_MOVE_COUNT = 10;
```

```
    private static final int TRACKBALL_MULTIPLIER = 3;
    private static final int SELECT_CURSOR_OFFSET = 16;
    private static final int SELECT_SCROLL = 5;
    private int mSelectX = 0;
    private int mSelectY = 0;
    private boolean mFocusSizeChanged = false;
    private boolean mTrackballDown = false;
    private long mTrackballUpTime = 0;
    private long mLastCursorTime = 0;
    private Rect mLastCursorBounds;

    // Set by default; BrowserActivity clears to interpret trackball data
    // directly for movement. Currently, the framework only passes
    // arrow key events, not trackball events, from one child to the next
    private boolean mMapTrackballToArrowKeys = true;

    private DrawData mDelaySetPicture;
    private DrawData mLoadedPicture;

    public void setMapTrackballToArrowKeys(boolean setMap) {
        checkThread();
        mMapTrackballToArrowKeys = setMap;
    }

    void resetTrackballTime() {
        mTrackballLastTime = 0;
    }

    @Override
    public boolean onTrackballEvent(MotionEvent ev) {
        long time = ev.getEventTime();
        if ((ev.getMetaState() & KeyEvent.META_ALT_ON) != 0) {
            if (ev.getY() > 0) pageDown(true);
            if (ev.getY() < 0) pageUp(true);
            return true;
        }
        if (ev.getAction() == MotionEvent.ACTION_DOWN) {
            if (mSelectingText) {
                return true; // discard press if copy in progress
```

```
            }
            mTrackballDown = true;
            if (mNativeClass == 0) {
                return false;
            }
            recordButtons(null, hasFocus() && hasWindowFocus(), true, true);
            if (time - mLastCursorTime <= TRACKBALL_TIMEOUT
                    && !mLastCursorBounds.equals(nativeGetCursorRingBounds())) {
                nativeSelectBestAt(mLastCursorBounds);
            }
            if (DebugFlags.WEB_VIEW) {
                Log.v(LOGTAG, "onTrackballEvent down ev=" + ev
                        + " time=" + time
                        + " mLastCursorTime=" + mLastCursorTime);
            }
            if (isInTouchMode()) requestFocusFromTouch();
            return false; // let common code in onKeyDown at it
        }
        if (ev.getAction() == MotionEvent.ACTION_UP) {
            // LONG_PRESS_CENTER is set in common onKeyDown
            mPrivateHandler.removeMessages(LONG_PRESS_CENTER);
            mTrackballDown = false;
            mTrackballUpTime = time;
            if (mSelectingText) {
                if (mExtendSelection) {
                    copySelection();
                    selectionDone();
                } else {
                    mExtendSelection = true;
                    nativeSetExtendSelection();
                    invalidate(); // draw the i-beam instead of the arrow
                }
                return true; // discard press if copy in progress
            }
            if (DebugFlags.WEB_VIEW) {
                Log.v(LOGTAG, "onTrackballEvent up ev=" + ev
                        + " time=" + time
                );
            }
```

```
            return false; // let common code in onKeyUp at it
        }
        if ((mMapTrackballToArrowKeys && (ev.getMetaState() & KeyEvent.META_SHIFT_ON) == 0) |
|
                AccessibilityManager.getInstance(mContext).isEnabled()) {
            if (DebugFlags.WEB_VIEW) Log.v(LOGTAG, "onTrackballEvent gmail quit");
            return false;
        }
        if (mTrackballDown) {
            if (DebugFlags.WEB_VIEW) Log.v(LOGTAG, "onTrackballEvent down quit");
            return true; // discard move if trackball is down
        }
        if (time - mTrackballUpTime < TRACKBALL_TIMEOUT) {
            if (DebugFlags.WEB_VIEW) Log.v(LOGTAG, "onTrackballEvent up timeout quit");
            return true;
        }
        // TODO: alternatively we can do panning as touch does
        switchOutDrawHistory();
        if (time - mTrackballLastTime > TRACKBALL_TIMEOUT) {
            if (DebugFlags.WEB_VIEW) {
                Log.v(LOGTAG, "onTrackballEvent time="
                        + time + " last=" + mTrackballLastTime);
            }
            mTrackballFirstTime = time;
            mTrackballXMove = mTrackballYMove = 0;
        }
        mTrackballLastTime = time;
        if (DebugFlags.WEB_VIEW) {
            Log.v(LOGTAG, "onTrackballEvent ev=" + ev + " time=" + time);
        }
        mTrackballRemainsX += ev.getX();
        mTrackballRemainsY += ev.getY();
        doTrackball(time, ev.getMetaState());
        return true;
    }

    void moveSelection(float xRate, float yRate) {
        if (mNativeClass == 0)
            return;
```

```
        int width = getViewWidth();
        int height = getViewHeight();
        mSelectX += xRate;
        mSelectY += yRate;
        int maxX = width + mScrollX;
        int maxY = height + mScrollY;
        mSelectX = Math.min(maxX, Math.max(mScrollX - SELECT_CURSOR_OFFSET
                , mSelectX));
        mSelectY = Math.min(maxY, Math.max(mScrollY - SELECT_CURSOR_OFFSET
                , mSelectY));
        if (DebugFlags.WEB_VIEW) {
            Log.v(LOGTAG, "moveSelection"
                    + " mSelectX=" + mSelectX
                    + " mSelectY=" + mSelectY
                    + " mScrollX=" + mScrollX
                    + " mScrollY=" + mScrollY
                    + " xRate=" + xRate
                    + " yRate=" + yRate
                    );
        }
        nativeMoveSelection(viewToContentX(mSelectX), viewToContentY(mSelectY));
        int scrollX = mSelectX < mScrollX ? -SELECT_CURSOR_OFFSET
                : mSelectX > maxX - SELECT_CURSOR_OFFSET ? SELECT_CURSOR_OFFSET
                : 0;
        int scrollY = mSelectY < mScrollY ? -SELECT_CURSOR_OFFSET
                : mSelectY > maxY - SELECT_CURSOR_OFFSET ? SELECT_CURSOR_OFFSET
                : 0;
        pinScrollBy(scrollX, scrollY, true, 0);
        Rect select = new Rect(mSelectX, mSelectY, mSelectX + 1, mSelectY + 1);
        requestRectangleOnScreen(select);
        invalidate();
    }

    private int scaleTrackballX(float xRate, int width) {
        int xMove = (int) (xRate / TRACKBALL_SCALE * width);
        int nextXMove = xMove;
        if (xMove > 0) {
            if (xMove > mTrackballXMove) {
                xMove -= mTrackballXMove;
```

```
            }
        } else if (xMove < mTrackballXMove) {
            xMove -= mTrackballXMove;
        }
        mTrackballXMove = nextXMove;
        return xMove;
    }

    private int scaleTrackballY(float yRate, int height) {
        int yMove = (int) (yRate / TRACKBALL_SCALE * height);
        int nextYMove = yMove;
        if (yMove > 0) {
            if (yMove > mTrackballYMove) {
                yMove -= mTrackballYMove;
            }
        } else if (yMove < mTrackballYMove) {
            yMove -= mTrackballYMove;
        }
        mTrackballYMove = nextYMove;
        return yMove;
    }

    private int keyCodeToSoundsEffect(int keyCode) {
        switch(keyCode) {
            case KeyEvent.KEYCODE_DPAD_UP:
                return SoundEffectConstants.NAVIGATION_UP;
            case KeyEvent.KEYCODE_DPAD_RIGHT:
                return SoundEffectConstants.NAVIGATION_RIGHT;
            case KeyEvent.KEYCODE_DPAD_DOWN:
                return SoundEffectConstants.NAVIGATION_DOWN;
            case KeyEvent.KEYCODE_DPAD_LEFT:
                return SoundEffectConstants.NAVIGATION_LEFT;
        }
        throw new IllegalArgumentException("keyCode must be one of " +
                "{KEYCODE_DPAD_UP, KEYCODE_DPAD_RIGHT, KEYCODE_DPAD_DOWN, " +
                "KEYCODE_DPAD_LEFT}.");
    }

    private void doTrackball(long time, int metaState) {
```

```
        int elapsed = (int) (mTrackballLastTime - mTrackballFirstTime);
        if (elapsed == 0) {
            elapsed = TRACKBALL_TIMEOUT;
        }
        float xRate = mTrackballRemainsX * 1000 / elapsed;
        float yRate = mTrackballRemainsY * 1000 / elapsed;
        int viewWidth = getViewWidth();
        int viewHeight = getViewHeight();
        if (mSelectingText) {
            if (!mDrawSelectionPointer) {
                // The last selection was made by touch, disabling drawing the
                // selection pointer. Allow the trackball to adjust the
                // position of the touch control.
                mSelectX = contentToViewX(nativeSelectionX());
                mSelectY = contentToViewY(nativeSelectionY());
                mDrawSelectionPointer = mExtendSelection = true;
                nativeSetExtendSelection();
            }
            moveSelection(scaleTrackballX(xRate, viewWidth),
                    scaleTrackballY(yRate, viewHeight));
            mTrackballRemainsX = mTrackballRemainsY = 0;
            return;
        }
        float ax = Math.abs(xRate);
        float ay = Math.abs(yRate);
        float maxA = Math.max(ax, ay);
        if (DebugFlags.WEB_VIEW) {
            Log.v(LOGTAG, "doTrackball elapsed=" + elapsed
                    + " xRate=" + xRate
                    + " yRate=" + yRate
                    + " mTrackballRemainsX=" + mTrackballRemainsX
                    + " mTrackballRemainsY=" + mTrackballRemainsY);
        }
        int width = mContentWidth - viewWidth;
        int height = mContentHeight - viewHeight;
        if (width < 0) width = 0;
        if (height < 0) height = 0;
        ax = Math.abs(mTrackballRemainsX * TRACKBALL_MULTIPLIER);
        ay = Math.abs(mTrackballRemainsY * TRACKBALL_MULTIPLIER);
```

```
        maxA = Math.max(ax, ay);
        int count = Math.max(0, (int) maxA);
        int oldScrollX = mScrollX;
        int oldScrollY = mScrollY;
        if (count > 0) {
            int selectKeyCode = ax < ay ? mTrackballRemainsY < 0 ?
                    KeyEvent.KEYCODE_DPAD_UP : KeyEvent.KEYCODE_DPAD_DOWN :
                    mTrackballRemainsX < 0 ? KeyEvent.KEYCODE_DPAD_LEFT :
                    KeyEvent.KEYCODE_DPAD_RIGHT;
            count = Math.min(count, TRACKBALL_MOVE_COUNT);
            if (DebugFlags.WEB_VIEW) {
                Log.v(LOGTAG, "doTrackball keyCode=" + selectKeyCode
                        + " count=" + count
                        + " mTrackballRemainsX=" + mTrackballRemainsX
                        + " mTrackballRemainsY=" + mTrackballRemainsY);
            }
            if (mNativeClass != 0 && nativePageShouldHandleShiftAndArrows()) {
                for (int i = 0; i < count; i++) {
                    letPageHandleNavKey(selectKeyCode, time, true, metaState);
                }
                letPageHandleNavKey(selectKeyCode, time, false, metaState);
            } else if (navHandledKey(selectKeyCode, count, false, time)) {
                playSoundEffect(keyCodeToSoundsEffect(selectKeyCode));
            }
            mTrackballRemainsX = mTrackballRemainsY = 0;
        }
        if (count >= TRACKBALL_SCROLL_COUNT) {
            int xMove = scaleTrackballX(xRate, width);
            int yMove = scaleTrackballY(yRate, height);
            if (DebugFlags.WEB_VIEW) {
                Log.v(LOGTAG, "doTrackball pinScrollBy"
                        + " count=" + count
                        + " xMove=" + xMove + " yMove=" + yMove
                        + " mScrollX-oldScrollX=" + (mScrollX-oldScrollX)
                        + " mScrollY-oldScrollY=" + (mScrollY-oldScrollY)
                        );
            }
            if (Math.abs(mScrollX - oldScrollX) > Math.abs(xMove)) {
                xMove = 0;
```

```
                }
                if (Math.abs(mScrollY - oldScrollY) > Math.abs(yMove)) {
                    yMove = 0;
                }
                if (xMove != 0 || yMove != 0) {
                    pinScrollBy(xMove, yMove, true, 0);
                }
            }
        }

        /**
         * Compute the maximum horizontal scroll position. Used by {@link OverScrollGlow}.
         * @return Maximum horizontal scroll position within real content
         */
        int computeMaxScrollX() {
            return Math.max(computeRealHorizontalScrollRange() - getViewWidth(), 0);
        }

        /**
         * Compute the maximum vertical scroll position. Used by {@link OverScrollGlow}.
         * @return Maximum vertical scroll position within real content
         */
        int computeMaxScrollY() {
            return Math.max(computeRealVerticalScrollRange() + getTitleHeight()
                    - getViewHeightWithTitle(), 0);
        }

        boolean updateScrollCoordinates(int x, int y) {
            int oldX = mScrollX;
            int oldY = mScrollY;
            mScrollX = x;
            mScrollY = y;
            if (oldX != mScrollX || oldY != mScrollY) {
                onScrollChanged(mScrollX, mScrollY, oldX, oldY);
                return true;
            } else {
                return false;
            }
        }
```

```
    public void flingScroll(int vx, int vy) {
        checkThread();
        mScroller.fling(mScrollX, mScrollY, vx, vy, 0, computeMaxScrollX(), 0,
                computeMaxScrollY(), mOverflingDistance, mOverflingDistance);
        invalidate();
    }

    private void doFling() {
        if (mVelocityTracker == null) {
            return;
        }
        int maxX = computeMaxScrollX();
        int maxY = computeMaxScrollY();

        mVelocityTracker.computeCurrentVelocity(1000, mMaximumFling);
        int vx = (int) mVelocityTracker.getXVelocity();
        int vy = (int) mVelocityTracker.getYVelocity();

        int scrollX = mScrollX;
        int scrollY = mScrollY;
        int overscrollDistance = mOverscrollDistance;
        int overflingDistance = mOverflingDistance;

        // Use the layer's scroll data if applicable.
        if (mTouchMode == TOUCH_DRAG_LAYER_MODE) {
            scrollX = mScrollingLayerRect.left;
            scrollY = mScrollingLayerRect.top;
            maxX = mScrollingLayerRect.right;
            maxY = mScrollingLayerRect.bottom;
            // No overscrolling for layers.
            overscrollDistance = overflingDistance = 0;
        }

        if (mSnapScrollMode != SNAP_NONE) {
            if ((mSnapScrollMode & SNAP_X) == SNAP_X) {
                vy = 0;
            } else {
                vx = 0;
```

```
                }
            }
            if ((maxX == 0 && vy == 0) || (maxY == 0 && vx == 0)) {
                WebViewCore.resumePriority();
                if (!mSelectingText) {
                    WebViewCore.resumeUpdatePicture(mWebViewCore);
                }
                if (mScroller.springBack(scrollX, scrollY, 0, maxX, 0, maxY)) {
                    invalidate();
                }
                return;
            }
            float currentVelocity = mScroller.getCurrVelocity();
            float velocity = (float) Math.hypot(vx, vy);
            if (mLastVelocity > 0 && currentVelocity > 0 && velocity
                    > mLastVelocity * MINIMUM_VELOCITY_RATIO_FOR_ACCELERATION) {
                float deltaR = (float) (Math.abs(Math.atan2(mLastVelY, mLastVelX)
                        - Math.atan2(vy, vx)));
                final float circle = (float) (Math.PI) * 2.0f;
                if (deltaR > circle * 0.9f || deltaR < circle * 0.1f) {
                    vx += currentVelocity * mLastVelX / mLastVelocity;
                    vy += currentVelocity * mLastVelY / mLastVelocity;
                    velocity = (float) Math.hypot(vx, vy);
                    if (DebugFlags.WEB_VIEW) {
                        Log.v(LOGTAG, "doFling vx= " + vx + " vy=" + vy);
                    }
                } else if (DebugFlags.WEB_VIEW) {
                    Log.v(LOGTAG, "doFling missed " + deltaR / circle);
                }
            } else if (DebugFlags.WEB_VIEW) {
                Log.v(LOGTAG, "doFling start last=" + mLastVelocity
                        + " current=" + currentVelocity
                        + " vx=" + vx + " vy=" + vy
                        + " maxX=" + maxX + " maxY=" + maxY
                        + " scrollX=" + scrollX + " scrollY=" + scrollY
                        + " layer=" + mScrollingLayer);
            }

            // Allow sloppy flings without overscrolling at the edges.
```

```
        if ((scrollX == 0 || scrollX == maxX) && Math.abs(vx) < Math.abs(vy)) {
            vx = 0;
        }
        if ((scrollY == 0 || scrollY == maxY) && Math.abs(vy) < Math.abs(vx)) {
            vy = 0;
        }

        if (overscrollDistance < overflingDistance) {
            if ((vx > 0 && scrollX == -overscrollDistance) ||
                    (vx < 0 && scrollX == maxX + overscrollDistance)) {
                vx = 0;
            }
            if ((vy > 0 && scrollY == -overscrollDistance) ||
                    (vy < 0 && scrollY == maxY + overscrollDistance)) {
                vy = 0;
            }
        }

        mLastVelX = vx;
        mLastVelY = vy;
        mLastVelocity = velocity;

        // no horizontal overscroll if the content just fits
        mScroller.fling(scrollX, scrollY, -vx, -vy, 0, maxX, 0, maxY,
                maxX == 0 ? 0 : overflingDistance, overflingDistance);
        // Duration is calculated based on velocity. With range boundaries and overscroll
        // we may not know how long the final animation will take. (Hence the deprecation
        // warning on the call below.) It's not a big deal for scroll bars but if webcore
        // resumes during this effect we will take a performance hit. See computeScroll;
        // we resume webcore there when the animation is finished.
        final int time = mScroller.getDuration();

        // Suppress scrollbars for layer scrolling.
        if (mTouchMode != TOUCH_DRAG_LAYER_MODE) {
            awakenScrollBars(time);
        }

        invalidate();
    }
```

```java

    /**
     * Returns a view containing zoom controls i.e. +/- buttons. The caller is
     * in charge of installing this view to the view hierarchy. This view will
     * become visible when the user starts scrolling via touch and fade away if
     * the user does not interact with it.
     * <p/>
     * API version 3 introduces a built-in zoom mechanism that is shown
     * automatically by the MapView. This is the preferred approach for
     * showing the zoom UI.
     *
     * @deprecated The built-in zoom mechanism is preferred, see
     *             {@link WebSettings#setBuiltInZoomControls(boolean)}.
     */
    @Deprecated
    public View getZoomControls() {
        checkThread();
        if (!getSettings().supportZoom()) {
            Log.w(LOGTAG, "This WebView doesn't support zoom.");
            return null;
        }
        return mZoomManager.getExternalZoomPicker();
    }

    void dismissZoomControl() {
        mZoomManager.dismissZoomPicker();
    }

    float getDefaultZoomScale() {
        return mZoomManager.getDefaultScale();
    }

    /**
     * Return the overview scale of the WebView
     * @return The overview scale.
     */
    float getZoomOverviewScale() {
        return mZoomManager.getZoomOverviewScale();
    }
```

```

    /**
     * @return TRUE if the WebView can be zoomed in.
     */
    public boolean canZoomIn() {
        checkThread();
        return mZoomManager.canZoomIn();
    }

    /**
     * @return TRUE if the WebView can be zoomed out.
     */
    public boolean canZoomOut() {
        checkThread();
        return mZoomManager.canZoomOut();
    }

    /**
     * Perform zoom in in the webview
     * @return TRUE if zoom in succeeds. FALSE if no zoom changes.
     */
    public boolean zoomIn() {
        checkThread();
        return mZoomManager.zoomIn();
    }

    /**
     * Perform zoom out in the webview
     * @return TRUE if zoom out succeeds. FALSE if no zoom changes.
     */
    public boolean zoomOut() {
        checkThread();
        return mZoomManager.zoomOut();
    }

    /**
     * This selects the best clickable target at mLastTouchX and mLastTouchY
     * and calls showCursorTimed on the native side
     */
```

```
    private void updateSelection() {
        if (mNativeClass == 0) {
            return;
        }
        mPrivateHandler.removeMessages(UPDATE_SELECTION);
        // mLastTouchX and mLastTouchY are the point in the current viewport
        int contentX = viewToContentX(mLastTouchX + mScrollX);
        int contentY = viewToContentY(mLastTouchY + mScrollY);
        int slop = viewToContentDimension(mNavSlop);
        Rect rect = new Rect(contentX - slop, contentY - slop,
                contentX + slop, contentY + slop);
        nativeSelectBestAt(rect);
        mInitialHitTestResult = hitTestResult(null);
    }

    /**
     * Scroll the focused text field to match the WebTextView
     * @param xPercent New x position of the WebTextView from 0 to 1.
     */
    /*package*/ void scrollFocusedTextInputX(float xPercent) {
        if (!inEditingMode() || mWebViewCore == null) {
            return;
        }
        mWebViewCore.sendMessage(EventHub.SCROLL_TEXT_INPUT, 0,
                new Float(xPercent));
    }

    /**
     * Scroll the focused textarea vertically to match the WebTextView
     * @param y New y position of the WebTextView in view coordinates
     */
    /* package */ void scrollFocusedTextInputY(int y) {
        if (!inEditingMode() || mWebViewCore == null) {
            return;
        }
        mWebViewCore.sendMessage(EventHub.SCROLL_TEXT_INPUT, 0, viewToContentDimension(y));
    }

    /**
```

```
     * Set our starting point and time for a drag from the WebTextView.
     */
    /*package*/ void initiateTextFieldDrag(float x, float y, long eventTime) {
        if (!inEditingMode()) {
            return;
        }
        mLastTouchX = Math.round(x + mWebTextView.getLeft() - mScrollX);
        mLastTouchY = Math.round(y + mWebTextView.getTop() - mScrollY);
        mLastTouchTime = eventTime;
        if (!mScroller.isFinished()) {
            abortAnimation();
            mPrivateHandler.removeMessages(RESUME_WEBCORE_PRIORITY);
        }
        mSnapScrollMode = SNAP_NONE;
        mVelocityTracker = VelocityTracker.obtain();
        mTouchMode = TOUCH_DRAG_START_MODE;
    }

    /**
     * Given a motion event from the WebTextView, set its location to our
     * coordinates, and handle the event.
     */
    /*package*/ boolean textFieldDrag(MotionEvent event) {
        if (!inEditingMode()) {
            return false;
        }
        mDragFromTextInput = true;
        event.offsetLocation((float) (mWebTextView.getLeft() - mScrollX),
                (float) (mWebTextView.getTop() - mScrollY));
        boolean result = onTouchEvent(event);
        mDragFromTextInput = false;
        return result;
    }

    /**
     * Due a touch up from a WebTextView.  This will be handled by webkit to
     * change the selection.
     * @param event MotionEvent in the WebTextView's coordinates.
     */
```

```
    /*package*/ void touchUpOnTextField(MotionEvent event) {
        if (!inEditingMode()) {
            return;
        }
        int x = viewToContentX((int) event.getX() + mWebTextView.getLeft());
        int y = viewToContentY((int) event.getY() + mWebTextView.getTop());
        int slop = viewToContentDimension(mNavSlop);
        nativeMotionUp(x, y, slop);
    }

    /**
     * Called when pressing the center key or trackball on a textfield.
     */
    /*package*/ void centerKeyPressOnTextField() {
        mWebViewCore.sendMessage(EventHub.CLICK, nativeCursorFramePointer(),
                    nativeCursorNodePointer());
    }

    private void doShortPress() {
        if (mNativeClass == 0) {
            return;
        }
        if (mPreventDefault == PREVENT_DEFAULT_YES) {
            return;
        }
        mTouchMode = TOUCH_DONE_MODE;
        updateSelection();
        switchOutDrawHistory();
        // mLastTouchX and mLastTouchY are the point in the current viewport
        int contentX = viewToContentX(mLastTouchX + mScrollX);
        int contentY = viewToContentY(mLastTouchY + mScrollY);
        int slop = viewToContentDimension(mNavSlop);
        if (USE_WEBKIT_RINGS && !mTouchHighlightRegion.isEmpty()) {
            // set mTouchHighlightRequested to 0 to cause an immediate
            // drawing of the touch rings
            mTouchHighlightRequested = 0;
            invalidate(mTouchHighlightRegion.getBounds());
            mPrivateHandler.postDelayed(new Runnable() {
                @Override
```

```
                    public void run() {
                        removeTouchHighlight();
                    }
                }, ViewConfiguration.getPressedStateDuration());
            }
            if (getSettings().supportTouchOnly()) {
                removeTouchHighlight();
                WebViewCore.TouchUpData touchUpData = new WebViewCore.TouchUpData();
                // use "0" as generation id to inform WebKit to use the same x/y as
                // it used when processing GET_TOUCH_HIGHLIGHT_RECTS
                touchUpData.mMoveGeneration = 0;
                mWebViewCore.sendMessage(EventHub.TOUCH_UP, touchUpData);
            } else if (nativePointInNavCache(contentX, contentY, slop)) {
                WebViewCore.MotionUpData motionUpData = new WebViewCore
                        .MotionUpData();
                motionUpData.mFrame = nativeCacheHitFramePointer();
                motionUpData.mNode = nativeCacheHitNodePointer();
                motionUpData.mBounds = nativeCacheHitNodeBounds();
                motionUpData.mX = contentX;
                motionUpData.mY = contentY;
                mWebViewCore.sendMessageAtFrontOfQueue(EventHub.VALID_NODE_BOUNDS,
                        motionUpData);
            } else {
                doMotionUp(contentX, contentY);
            }
        }

        private void doMotionUp(int contentX, int contentY) {
            int slop = viewToContentDimension(mNavSlop);
            if (nativeMotionUp(contentX, contentY, slop) && mLogEvent) {
                EventLog.writeEvent(EventLogTags.BROWSER_SNAP_CENTER);
            }
            if (nativeHasCursorNode() && !nativeCursorIsTextInput()) {
                playSoundEffect(SoundEffectConstants.CLICK);
            }
        }

        void sendPluginDrawMsg() {
            mWebViewCore.sendMessage(EventHub.PLUGIN_SURFACE_READY);
```

```
    }

    /**
     * Returns plugin bounds if x/y in content coordinates corresponds to a
     * plugin. Otherwise a NULL rectangle is returned.
     */
    Rect getPluginBounds(int x, int y) {
        int slop = viewToContentDimension(mNavSlop);
        if (nativePointInNavCache(x, y, slop) && nativeCacheHitIsPlugin()) {
            return nativeCacheHitNodeBounds();
        } else {
            return null;
        }
    }

    /*
     * Return true if the rect (e.g. plugin) is fully visible and maximized
     * inside the WebView.
     */
    boolean isRectFitOnScreen(Rect rect) {
        final int rectWidth = rect.width();
        final int rectHeight = rect.height();
        final int viewWidth = getViewWidth();
        final int viewHeight = getViewHeightWithTitle();
        float scale = Math.min((float) viewWidth / rectWidth, (float) viewHeight / rectHeight
);
        scale = mZoomManager.computeScaleWithLimits(scale);
        return !mZoomManager.willScaleTriggerZoom(scale)
                && contentToViewX(rect.left) >= mScrollX
                && contentToViewX(rect.right) <= mScrollX + viewWidth
                && contentToViewY(rect.top) >= mScrollY
                && contentToViewY(rect.bottom) <= mScrollY + viewHeight;
    }

    /*
     * Maximize and center the rectangle, specified in the document coordinate
     * space, inside the WebView. If the zoom doesn't need to be changed, do an
     * animated scroll to center it. If the zoom needs to be changed, find the
     * zoom center and do a smooth zoom transition. The rect is in document
```

```
     * coordinates
     */
    void centerFitRect(Rect rect) {
        final int rectWidth = rect.width();
        final int rectHeight = rect.height();
        final int viewWidth = getViewWidth();
        final int viewHeight = getViewHeightWithTitle();
        float scale = Math.min((float) viewWidth / rectWidth, (float) viewHeight
                / rectHeight);
        scale = mZoomManager.computeScaleWithLimits(scale);
        if (!mZoomManager.willScaleTriggerZoom(scale)) {
            pinScrollTo(contentToViewX(rect.left + rectWidth / 2) - viewWidth / 2,
                    contentToViewY(rect.top + rectHeight / 2) - viewHeight / 2,
                    true, 0);
        } else {
            float actualScale = mZoomManager.getScale();
            float oldScreenX = rect.left * actualScale - mScrollX;
            float rectViewX = rect.left * scale;
            float rectViewWidth = rectWidth * scale;
            float newMaxWidth = mContentWidth * scale;
            float newScreenX = (viewWidth - rectViewWidth) / 2;
            // pin the newX to the WebView
            if (newScreenX > rectViewX) {
                newScreenX = rectViewX;
            } else if (newScreenX > (newMaxWidth - rectViewX - rectViewWidth)) {
                newScreenX = viewWidth - (newMaxWidth - rectViewX);
            }
            float zoomCenterX = (oldScreenX * scale - newScreenX * actualScale)
                    / (scale - actualScale);
            float oldScreenY = rect.top * actualScale + getTitleHeight()
                    - mScrollY;
            float rectViewY = rect.top * scale + getTitleHeight();
            float rectViewHeight = rectHeight * scale;
            float newMaxHeight = mContentHeight * scale + getTitleHeight();
            float newScreenY = (viewHeight - rectViewHeight) / 2;
            // pin the newY to the WebView
            if (newScreenY > rectViewY) {
                newScreenY = rectViewY;
            } else if (newScreenY > (newMaxHeight - rectViewY - rectViewHeight)) {
```

```
                newScreenY = viewHeight - (newMaxHeight - rectViewY);
            }
            float zoomCenterY = (oldScreenY * scale - newScreenY * actualScale)
                    / (scale - actualScale);
            mZoomManager.setZoomCenter(zoomCenterX, zoomCenterY);
            mZoomManager.startZoomAnimation(scale, false);
        }
    }

    // Called by JNI to handle a touch on a node representing an email address,
    // address, or phone number
    private void overrideLoading(String url) {
        mCallbackProxy.uiOverrideUrlLoading(url);
    }

    @Override
    public boolean requestFocus(int direction, Rect previouslyFocusedRect) {
        // FIXME: If a subwindow is showing find, and the user touches the
        // background window, it can steal focus.
        if (mFindIsUp) return false;
        boolean result = false;
        if (inEditingMode()) {
            result = mWebTextView.requestFocus(direction,
                    previouslyFocusedRect);
        } else {
            result = super.requestFocus(direction, previouslyFocusedRect);
            if (mWebViewCore.getSettings().getNeedInitialFocus() && !isInTouchMode()) {
                // For cases such as GMail, where we gain focus from a direction,
                // we want to move to the first available link.
                // FIXME: If there are no visible links, we may not want to
                int fakeKeyDirection = 0;
                switch(direction) {
                    case View.FOCUS_UP:
                        fakeKeyDirection = KeyEvent.KEYCODE_DPAD_UP;
                        break;
                    case View.FOCUS_DOWN:
                        fakeKeyDirection = KeyEvent.KEYCODE_DPAD_DOWN;
                        break;
                    case View.FOCUS_LEFT:
```

```
                        fakeKeyDirection = KeyEvent.KEYCODE_DPAD_LEFT;
                        break;
                    case View.FOCUS_RIGHT:
                        fakeKeyDirection = KeyEvent.KEYCODE_DPAD_RIGHT;
                        break;
                    default:
                        return result;
                }
                if (mNativeClass != 0 && !nativeHasCursorNode()) {
                    navHandledKey(fakeKeyDirection, 1, true, 0);
                }
            }
        }
        return result;
    }

    @Override
    protected void onMeasure(int widthMeasureSpec, int heightMeasureSpec) {
        super.onMeasure(widthMeasureSpec, heightMeasureSpec);

        int heightMode = MeasureSpec.getMode(heightMeasureSpec);
        int heightSize = MeasureSpec.getSize(heightMeasureSpec);
        int widthMode = MeasureSpec.getMode(widthMeasureSpec);
        int widthSize = MeasureSpec.getSize(widthMeasureSpec);

        int measuredHeight = heightSize;
        int measuredWidth = widthSize;

        // Grab the content size from WebViewCore.
        int contentHeight = contentToViewDimension(mContentHeight);
        int contentWidth = contentToViewDimension(mContentWidth);

//         Log.d(LOGTAG, "------- measure " + heightMode);

        if (heightMode != MeasureSpec.EXACTLY) {
            mHeightCanMeasure = true;
            measuredHeight = contentHeight;
            if (heightMode == MeasureSpec.AT_MOST) {
                // If we are larger than the AT_MOST height, then our height can
```

```
                // no longer be measured and we should scroll internally.
                if (measuredHeight > heightSize) {
                    measuredHeight = heightSize;
                    mHeightCanMeasure = false;
                    measuredHeight |= MEASURED_STATE_TOO_SMALL;
                }
            }
        } else {
            mHeightCanMeasure = false;
        }
        if (mNativeClass != 0) {
            nativeSetHeightCanMeasure(mHeightCanMeasure);
        }
        // For the width, always use the given size unless unspecified.
        if (widthMode == MeasureSpec.UNSPECIFIED) {
            mWidthCanMeasure = true;
            measuredWidth = contentWidth;
        } else {
            if (measuredWidth < contentWidth) {
                measuredWidth |= MEASURED_STATE_TOO_SMALL;
            }
            mWidthCanMeasure = false;
        }

        synchronized (this) {
            setMeasuredDimension(measuredWidth, measuredHeight);
        }
    }

    @Override
    public boolean requestChildRectangleOnScreen(View child,
                                                 Rect rect,
                                                 boolean immediate) {
        if (mNativeClass == 0) {
            return false;
        }
        // don't scroll while in zoom animation. When it is done, we will adjust
        // the necessary components (e.g., WebTextView if it is in editing mode)
        if (mZoomManager.isFixedLengthAnimationInProgress()) {
```

```
                return false;
            }

            rect.offset(child.getLeft() - child.getScrollX(),
                    child.getTop() - child.getScrollY());

            Rect content = new Rect(viewToContentX(mScrollX),
                    viewToContentY(mScrollY),
                    viewToContentX(mScrollX + getWidth()
                    - getVerticalScrollbarWidth()),
                    viewToContentY(mScrollY + getViewHeightWithTitle()));
            content = nativeSubtractLayers(content);
            int screenTop = contentToViewY(content.top);
            int screenBottom = contentToViewY(content.bottom);
            int height = screenBottom - screenTop;
            int scrollYDelta = 0;

            if (rect.bottom > screenBottom) {
                int oneThirdOfScreenHeight = height / 3;
                if (rect.height() > 2 * oneThirdOfScreenHeight) {
                    // If the rectangle is too tall to fit in the bottom two thirds
                    // of the screen, place it at the top.
                    scrollYDelta = rect.top - screenTop;
                } else {
                    // If the rectangle will still fit on screen, we want its
                    // top to be in the top third of the screen.
                    scrollYDelta = rect.top - (screenTop + oneThirdOfScreenHeight);
                }
            } else if (rect.top < screenTop) {
                scrollYDelta = rect.top - screenTop;
            }

            int screenLeft = contentToViewX(content.left);
            int screenRight = contentToViewX(content.right);
            int width = screenRight - screenLeft;
            int scrollXDelta = 0;

            if (rect.right > screenRight && rect.left > screenLeft) {
                if (rect.width() > width) {
```

Case 5:12-cv-00630-LHK Document 19 Filed 02/08/12 Page 368 of 436

```
                    scrollXDelta += (rect.left - screenLeft);
                } else {
                    scrollXDelta += (rect.right - screenRight);
                }
            } else if (rect.left < screenLeft) {
                scrollXDelta -= (screenLeft - rect.left);
            }

            if ((scrollYDelta | scrollXDelta) != 0) {
                return pinScrollBy(scrollXDelta, scrollYDelta, !immediate, 0);
            }

            return false;
        }

        /* package */ void replaceTextfieldText(int oldStart, int oldEnd,
                String replace, int newStart, int newEnd) {
            WebViewCore.ReplaceTextData arg = new WebViewCore.ReplaceTextData();
            arg.mReplace = replace;
            arg.mNewStart = newStart;
            arg.mNewEnd = newEnd;
            mTextGeneration++;
            arg.mTextGeneration = mTextGeneration;
            mWebViewCore.sendMessage(EventHub.REPLACE_TEXT, oldStart, oldEnd, arg);
        }

        /* package */ void passToJavaScript(String currentText, KeyEvent event) {
            // check if mWebViewCore has been destroyed
            if (mWebViewCore == null) {
                return;
            }
            WebViewCore.JSKeyData arg = new WebViewCore.JSKeyData();
            arg.mEvent = event;
            arg.mCurrentText = currentText;
            // Increase our text generation number, and pass it to webcore thread
            mTextGeneration++;
            mWebViewCore.sendMessage(EventHub.PASS_TO_JS, mTextGeneration, 0, arg);
            // WebKit's document state is not saved until about to leave the page.
            // To make sure the host application, like Browser, has the up to date
```

```
            // document state when it goes to background, we force to save the
            // document state.
            mWebViewCore.removeMessages(EventHub.SAVE_DOCUMENT_STATE);
            mWebViewCore.sendMessageDelayed(EventHub.SAVE_DOCUMENT_STATE,
                    cursorData(), 1000);
        }

        /**
         * @hide
         */
        public synchronized WebViewCore getWebViewCore() {
            return mWebViewCore;
        }

        /**
         * Used only by TouchEventQueue to store pending touch events.
         */
        private static class QueuedTouch {
            long mSequence;
            MotionEvent mEvent; // Optional
            TouchEventData mTed; // Optional

            QueuedTouch mNext;

            public QueuedTouch set(TouchEventData ted) {
                mSequence = ted.mSequence;
                mTed = ted;
                mEvent = null;
                mNext = null;
                return this;
            }

            public QueuedTouch set(MotionEvent ev, long sequence) {
                mEvent = MotionEvent.obtain(ev);
                mSequence = sequence;
                mTed = null;
                mNext = null;
                return this;
            }
```

```

        public QueuedTouch add(QueuedTouch other) {
            if (other.mSequence < mSequence) {
                other.mNext = this;
                return other;
            }

            QueuedTouch insertAt = this;
            while (insertAt.mNext != null && insertAt.mNext.mSequence < other.mSequence) {
                insertAt = insertAt.mNext;
            }
            other.mNext = insertAt.mNext;
            insertAt.mNext = other;
            return this;
        }
    }

    /**
     * WebView handles touch events asynchronously since some events must be passed to WebKit
     * for potentially slower processing. TouchEventQueue serializes touch events regardless
     * of which path they take to ensure that no events are ever processed out of order
     * by WebView.
     */
    private class TouchEventQueue {
        private long mNextTouchSequence = Long.MIN_VALUE + 1;
        private long mLastHandledTouchSequence = Long.MIN_VALUE;
        private long mIgnoreUntilSequence = Long.MIN_VALUE + 1;

        // Events waiting to be processed.
        private QueuedTouch mTouchEventQueue;

        // Known events that are waiting on a response before being enqueued.
        private QueuedTouch mPreQueue;

        // Pool of QueuedTouch objects saved for later use.
        private QueuedTouch mQueuedTouchRecycleBin;
        private int mQueuedTouchRecycleCount;

        private long mLastEventTime = Long.MAX_VALUE;
```

```
        private static final int MAX_RECYCLED_QUEUED_TOUCH = 15;

        // milliseconds until we abandon hope of getting all of a previous gesture
        private static final int QUEUED_GESTURE_TIMEOUT = 1000;

        private QueuedTouch obtainQueuedTouch() {
            if (mQueuedTouchRecycleBin != null) {
                QueuedTouch result = mQueuedTouchRecycleBin;
                mQueuedTouchRecycleBin = result.mNext;
                mQueuedTouchRecycleCount--;
                return result;
            }
            return new QueuedTouch();
        }

        /**
         * Allow events with any currently missing sequence numbers to be skipped in
processing.
         */
        public void ignoreCurrentlyMissingEvents() {
            mIgnoreUntilSequence = mNextTouchSequence;

            // Run any events we have available and complete, pre-queued or otherwise.
            runQueuedAndPreQueuedEvents();
        }

        private void runQueuedAndPreQueuedEvents() {
            QueuedTouch qd = mPreQueue;
            boolean fromPreQueue = true;
            while (qd != null && qd.mSequence == mLastHandledTouchSequence + 1) {
                handleQueuedTouch(qd);
                QueuedTouch recycleMe = qd;
                if (fromPreQueue) {
                    mPreQueue = qd.mNext;
                } else {
                    mTouchEventQueue = qd.mNext;
                }
                recycleQueuedTouch(recycleMe);
                mLastHandledTouchSequence++;
```

```
                long nextPre = mPreQueue != null ? mPreQueue.mSequence : Long.MAX_VALUE;
                long nextQueued = mTouchEventQueue != null ?
                        mTouchEventQueue.mSequence : Long.MAX_VALUE;
                fromPreQueue = nextPre < nextQueued;
                qd = fromPreQueue ? mPreQueue : mTouchEventQueue;
            }
        }

        /**
         * Add a TouchEventData to the pre-queue.
         *
         * An event in the pre-queue is an event that we know about that
         * has been sent to webkit, but that we haven't received back and
         * enqueued into the normal touch queue yet. If webkit ever times
         * out and we need to ignore currently missing events, we'll run
         * events from the pre-queue to patch the holes.
         *
         * @param ted TouchEventData to pre-queue
         */
        public void preQueueTouchEventData(TouchEventData ted) {
            QueuedTouch newTouch = obtainQueuedTouch().set(ted);
            if (mPreQueue == null) {
                mPreQueue = newTouch;
            } else {
                QueuedTouch insertionPoint = mPreQueue;
                while (insertionPoint.mNext != null &&
                        insertionPoint.mNext.mSequence < newTouch.mSequence) {
                    insertionPoint = insertionPoint.mNext;
                }
                newTouch.mNext = insertionPoint.mNext;
                insertionPoint.mNext = newTouch;
            }
        }

        private void recycleQueuedTouch(QueuedTouch qd) {
            if (mQueuedTouchRecycleCount < MAX_RECYCLED_QUEUED_TOUCH) {
                qd.mNext = mQueuedTouchRecycleBin;
                mQueuedTouchRecycleBin = qd;
```

```
                mQueuedTouchRecycleCount++;
            }
        }

        /**
         * Reset the touch event queue. This will dump any pending events
         * and reset the sequence numbering.
         */
        public void reset() {
            mNextTouchSequence = Long.MIN_VALUE + 1;
            mLastHandledTouchSequence = Long.MIN_VALUE;
            mIgnoreUntilSequence = Long.MIN_VALUE + 1;
            while (mTouchEventQueue != null) {
                QueuedTouch recycleMe = mTouchEventQueue;
                mTouchEventQueue = mTouchEventQueue.mNext;
                recycleQueuedTouch(recycleMe);
            }
            while (mPreQueue != null) {
                QueuedTouch recycleMe = mPreQueue;
                mPreQueue = mPreQueue.mNext;
                recycleQueuedTouch(recycleMe);
            }
        }

        /**
         * Return the next valid sequence number for tagging incoming touch events.
         * @return The next touch event sequence number
         */
        public long nextTouchSequence() {
            return mNextTouchSequence++;
        }

        /**
         * Enqueue a touch event in the form of TouchEventData.
         * The sequence number will be read from the mSequence field of the argument.
         *
         * If the touch event's sequence number is the next in line to be processed, it will
         * be handled before this method returns. Any subsequent events that have already
         * been queued will also be processed in their proper order.
```

```
     *
     * @param ted Touch data to be processed in order.
     * @return true if the event was processed before returning, false if it was just enqueued.
     */
    public boolean enqueueTouchEvent(TouchEventData ted) {
        // Remove from the pre-queue if present
        QueuedTouch preQueue = mPreQueue;
        if (preQueue != null) {
            // On exiting this block, preQueue is set to the pre-queued QueuedTouch object
            // if it was present in the pre-queue, and removed from the pre-queue itself.
            if (preQueue.mSequence == ted.mSequence) {
                mPreQueue = preQueue.mNext;
            } else {
                QueuedTouch prev = preQueue;
                preQueue = null;
                while (prev.mNext != null) {
                    if (prev.mNext.mSequence == ted.mSequence) {
                        preQueue = prev.mNext;
                        prev.mNext = preQueue.mNext;
                        break;
                    } else {
                        prev = prev.mNext;
                    }
                }
            }
        }

        if (ted.mSequence < mLastHandledTouchSequence) {
            // Stale event and we already moved on; drop it. (Should not be common.)
            Log.w(LOGTAG, "Stale touch event " + MotionEvent.actionToString(ted.mAction) +
                    " received from webcore; ignoring");
            return false;
        }

        if (dropStaleGestures(ted.mMotionEvent, ted.mSequence)) {
            return false;
```

```
            }

            // dropStaleGestures above might have fast-forwarded us to
            // an event we have already.
            runNextQueuedEvents();

            if (mLastHandledTouchSequence + 1 == ted.mSequence) {
                if (preQueue != null) {
                    recycleQueuedTouch(preQueue);
                    preQueue = null;
                }
                handleQueuedTouchEventData(ted);

                mLastHandledTouchSequence++;

                // Do we have any more? Run them if so.
                runNextQueuedEvents();
            } else {
                // Reuse the pre-queued object if we had it.
                QueuedTouch qd = preQueue != null ? preQueue : obtainQueuedTouch().set(ted);
                mTouchEventQueue = mTouchEventQueue == null ? qd : mTouchEventQueue.add(qd);
            }
            return true;
        }

        /**
         * Enqueue a touch event in the form of a MotionEvent from the framework.
         *
         * If the touch event's sequence number is the next in line to be processed, it will
         * be handled before this method returns. Any subsequent events that have already
         * been queued will also be processed in their proper order.
         *
         * @param ev MotionEvent to be processed in order
         */
        public void enqueueTouchEvent(MotionEvent ev) {
            final long sequence = nextTouchSequence();

            if (dropStaleGestures(ev, sequence)) {
                return;
```

```
            }

            // dropStaleGestures above might have fast-forwarded us to
            // an event we have already.
            runNextQueuedEvents();

            if (mLastHandledTouchSequence + 1 == sequence) {
                handleQueuedMotionEvent(ev);

                mLastHandledTouchSequence++;

                // Do we have any more? Run them if so.
                runNextQueuedEvents();
            } else {
                QueuedTouch qd = obtainQueuedTouch().set(ev, sequence);
                mTouchEventQueue = mTouchEventQueue == null ? qd : mTouchEventQueue.add(qd);
            }
        }

        private void runNextQueuedEvents() {
            QueuedTouch qd = mTouchEventQueue;
            while (qd != null && qd.mSequence == mLastHandledTouchSequence + 1) {
                handleQueuedTouch(qd);
                QueuedTouch recycleMe = qd;
                qd = qd.mNext;
                recycleQueuedTouch(recycleMe);
                mLastHandledTouchSequence++;
            }
            mTouchEventQueue = qd;
        }

        private boolean dropStaleGestures(MotionEvent ev, long sequence) {
            if (ev != null && ev.getAction() == MotionEvent.ACTION_MOVE && !mConfirmMove) {
                // This is to make sure that we don't attempt to process a tap
                // or long press when webkit takes too long to get back to us.
                // The movement will be properly confirmed when we process the
                // enqueued event later.
                final int dx = Math.round(ev.getX()) - mLastTouchX;
                final int dy = Math.round(ev.getY()) - mLastTouchY;
```

```
                if (dx * dx + dy * dy > mTouchSlopSquare) {
                    mPrivateHandler.removeMessages(SWITCH_TO_SHORTPRESS);
                    mPrivateHandler.removeMessages(SWITCH_TO_LONGPRESS);
                }
            }

            if (mTouchEventQueue == null) {
                return sequence <= mLastHandledTouchSequence;
            }

            // If we have a new down event and it's been a while since the last event
            // we saw, catch up as best we can and keep going.
            if (ev != null && ev.getAction() == MotionEvent.ACTION_DOWN) {
                long eventTime = ev.getEventTime();
                long lastHandledEventTime = mLastEventTime;
                if (eventTime > lastHandledEventTime + QUEUED_GESTURE_TIMEOUT) {
                    Log.w(LOGTAG, "Got ACTION_DOWN but still waiting on stale event. " +
                            "Catching up.");
                    runQueuedAndPreQueuedEvents();

                    // Drop leftovers that we truly don't have.
                    QueuedTouch qd = mTouchEventQueue;
                    while (qd != null && qd.mSequence < sequence) {
                        QueuedTouch recycleMe = qd;
                        qd = qd.mNext;
                        recycleQueuedTouch(recycleMe);
                    }
                    mTouchEventQueue = qd;
                    mLastHandledTouchSequence = sequence - 1;
                }
            }

            if (mIgnoreUntilSequence - 1 > mLastHandledTouchSequence) {
                QueuedTouch qd = mTouchEventQueue;
                while (qd != null && qd.mSequence < mIgnoreUntilSequence) {
                    QueuedTouch recycleMe = qd;
                    qd = qd.mNext;
                    recycleQueuedTouch(recycleMe);
                }
```

```
                mTouchEventQueue = qd;
                mLastHandledTouchSequence = mIgnoreUntilSequence - 1;
            }

            if (mPreQueue != null) {
                // Drop stale prequeued events
                QueuedTouch qd = mPreQueue;
                while (qd != null && qd.mSequence < mIgnoreUntilSequence) {
                    QueuedTouch recycleMe = qd;
                    qd = qd.mNext;
                    recycleQueuedTouch(recycleMe);
                }
                mPreQueue = qd;
            }

            return sequence <= mLastHandledTouchSequence;
        }

        private void handleQueuedTouch(QueuedTouch qt) {
            if (qt.mTed != null) {
                handleQueuedTouchEventData(qt.mTed);
            } else {
                handleQueuedMotionEvent(qt.mEvent);
                qt.mEvent.recycle();
            }
        }

        private void handleQueuedMotionEvent(MotionEvent ev) {
            mLastEventTime = ev.getEventTime();
            int action = ev.getActionMasked();
            if (ev.getPointerCount() > 1) {  // Multi-touch
                handleMultiTouchInWebView(ev);
            } else {
                final ScaleGestureDetector detector = mZoomManager.
 getMultiTouchGestureDetector();
                if (detector != null && mPreventDefault != PREVENT_DEFAULT_YES) {
                    // ScaleGestureDetector needs a consistent event stream to operate
 properly.
                    // It won't take any action with fewer than two pointers, but it needs to
```

```
                // update internal bookkeeping state.
                detector.onTouchEvent(ev);
            }

            handleTouchEventCommon(ev, action, Math.round(ev.getX()), Math.round(ev.getY
    ()));
        }
    }

    private void handleQueuedTouchEventData(TouchEventData ted) {
        if (ted.mMotionEvent != null) {
            mLastEventTime = ted.mMotionEvent.getEventTime();
        }
        if (!ted.mReprocess) {
            if (ted.mAction == MotionEvent.ACTION_DOWN
                    && mPreventDefault == PREVENT_DEFAULT_MAYBE_YES) {
                // if prevent default is called from WebCore, UI
                // will not handle the rest of the touch events any
                // more.
                mPreventDefault = ted.mNativeResult ? PREVENT_DEFAULT_YES
                        : PREVENT_DEFAULT_NO_FROM_TOUCH_DOWN;
            } else if (ted.mAction == MotionEvent.ACTION_MOVE
                    && mPreventDefault == PREVENT_DEFAULT_NO_FROM_TOUCH_DOWN) {
                // the return for the first ACTION_MOVE will decide
                // whether UI will handle touch or not. Currently no
                // support for alternating prevent default
                mPreventDefault = ted.mNativeResult ? PREVENT_DEFAULT_YES
                        : PREVENT_DEFAULT_NO;
            }
            if (mPreventDefault == PREVENT_DEFAULT_YES) {
                mTouchHighlightRegion.setEmpty();
            }
        } else {
            if (ted.mPoints.length > 1) {  // multi-touch
                if (!ted.mNativeResult && mPreventDefault != PREVENT_DEFAULT_YES) {
                    mPreventDefault = PREVENT_DEFAULT_NO;
                    handleMultiTouchInWebView(ted.mMotionEvent);
                } else {
                    mPreventDefault = PREVENT_DEFAULT_YES;
```

```
                }
                return;
            }

            // prevent default is not called in WebCore, so the
            // message needs to be reprocessed in UI
            if (!ted.mNativeResult) {
                // Following is for single touch.
                switch (ted.mAction) {
                    case MotionEvent.ACTION_DOWN:
                        mLastDeferTouchX = ted.mPointsInView[0].x;
                        mLastDeferTouchY = ted.mPointsInView[0].y;
                        mDeferTouchMode = TOUCH_INIT_MODE;
                        break;
                    case MotionEvent.ACTION_MOVE: {
                        // no snapping in defer process
                        int x = ted.mPointsInView[0].x;
                        int y = ted.mPointsInView[0].y;

                        if (mDeferTouchMode != TOUCH_DRAG_MODE) {
                            mDeferTouchMode = TOUCH_DRAG_MODE;
                            mLastDeferTouchX = x;
                            mLastDeferTouchY = y;
                            startScrollingLayer(x, y);
                            startDrag();
                        }
                        int deltaX = pinLocX((int) (mScrollX
                                + mLastDeferTouchX - x))
                                - mScrollX;
                        int deltaY = pinLocY((int) (mScrollY
                                + mLastDeferTouchY - y))
                                - mScrollY;
                        doDrag(deltaX, deltaY);
                        if (deltaX != 0) mLastDeferTouchX = x;
                        if (deltaY != 0) mLastDeferTouchY = y;
                        break;
                    }
                    case MotionEvent.ACTION_UP:
                    case MotionEvent.ACTION_CANCEL:
```

```
                                if (mDeferTouchMode == TOUCH_DRAG_MODE) {
                                    // no fling in defer process
                                    mScroller.springBack(mScrollX, mScrollY, 0,
                                            computeMaxScrollX(), 0,
                                            computeMaxScrollY());
                                    invalidate();
                                    WebViewCore.resumePriority();
                                    WebViewCore.resumeUpdatePicture(mWebViewCore);
                                }
                                mDeferTouchMode = TOUCH_DONE_MODE;
                                break;
                            case WebViewCore.ACTION_DOUBLETAP:
                                // doDoubleTap() needs mLastTouchX/Y as anchor
                                mLastDeferTouchX = ted.mPointsInView[0].x;
                                mLastDeferTouchY = ted.mPointsInView[0].y;
                                mZoomManager.handleDoubleTap(mLastTouchX, mLastTouchY);
                                mDeferTouchMode = TOUCH_DONE_MODE;
                                break;
                            case WebViewCore.ACTION_LONGPRESS:
                                HitTestResult hitTest = getHitTestResult();
                                if (hitTest != null && hitTest.mType
                                        != HitTestResult.UNKNOWN_TYPE) {
                                    performLongClick();
                                }
                                mDeferTouchMode = TOUCH_DONE_MODE;
                                break;
                        }
                    }
                }
            }
        }

        //-------------------------------------------------------------------------
        // Methods can be called from a separate thread, like WebViewCore
        // If it needs to call the View system, it has to send message.
        //-------------------------------------------------------------------------

        /**
         * General handler to receive message coming from webkit thread
```

```
    */
    class PrivateHandler extends Handler {
        @Override
        public void handleMessage(Message msg) {
            // exclude INVAL_RECT_MSG_ID since it is frequently output
            if (DebugFlags.WEB_VIEW && msg.what != INVAL_RECT_MSG_ID) {
                if (msg.what >= FIRST_PRIVATE_MSG_ID
                        && msg.what <= LAST_PRIVATE_MSG_ID) {
                    Log.v(LOGTAG, HandlerPrivateDebugString[msg.what
                            - FIRST_PRIVATE_MSG_ID]);
                } else if (msg.what >= FIRST_PACKAGE_MSG_ID
                        && msg.what <= LAST_PACKAGE_MSG_ID) {
                    Log.v(LOGTAG, HandlerPackageDebugString[msg.what
                            - FIRST_PACKAGE_MSG_ID]);
                } else {
                    Log.v(LOGTAG, Integer.toString(msg.what));
                }
            }
            if (mWebViewCore == null) {
                // after WebView's destroy() is called, skip handling messages.
                return;
            }
            if (mBlockWebkitViewMessages
                    && msg.what != WEBCORE_INITIALIZED_MSG_ID) {
                // Blocking messages from webkit
                return;
            }
            switch (msg.what) {
                case REMEMBER_PASSWORD: {
                    mDatabase.setUsernamePassword(
                            msg.getData().getString("host"),
                            msg.getData().getString("username"),
                            msg.getData().getString("password"));
                    ((Message) msg.obj).sendToTarget();
                    break;
                }
                case NEVER_REMEMBER_PASSWORD: {
                    mDatabase.setUsernamePassword(
                            msg.getData().getString("host"), null, null);
```

```
                ((Message) msg.obj).sendToTarget();
                break;
            }
            case PREVENT_DEFAULT_TIMEOUT: {
                // if timeout happens, cancel it so that it won't block UI
                // to continue handling touch events
                if ((msg.arg1 == MotionEvent.ACTION_DOWN
                        && mPreventDefault == PREVENT_DEFAULT_MAYBE_YES)
                        || (msg.arg1 == MotionEvent.ACTION_MOVE
                        && mPreventDefault == PREVENT_DEFAULT_NO_FROM_TOUCH_DOWN)) {
                    cancelWebCoreTouchEvent(
                            viewToContentX(mLastTouchX + mScrollX),
                            viewToContentY(mLastTouchY + mScrollY),
                            true);
                }
                break;
            }
            case SCROLL_SELECT_TEXT: {
                if (mAutoScrollX == 0 && mAutoScrollY == 0) {
                    mSentAutoScrollMessage = false;
                    break;
                }
                if (mScrollingLayer == 0) {
                    pinScrollBy(mAutoScrollX, mAutoScrollY, true, 0);
                } else {
                    mScrollingLayerRect.left += mAutoScrollX;
                    mScrollingLayerRect.top += mAutoScrollY;
                    nativeScrollLayer(mScrollingLayer,
                            mScrollingLayerRect.left,
                            mScrollingLayerRect.top);
                    invalidate();
                }
                sendEmptyMessageDelayed(
                        SCROLL_SELECT_TEXT, SELECT_SCROLL_INTERVAL);
                break;
            }
            case UPDATE_SELECTION: {
                if (mTouchMode == TOUCH_INIT_MODE
                        || mTouchMode == TOUCH_SHORTPRESS_MODE
```

```
                        || mTouchMode == TOUCH_SHORTPRESS_START_MODE) {
                    updateSelection();
                }
                break;
            }
            case SWITCH_TO_SHORTPRESS: {
                mInitialHitTestResult = null; // set by updateSelection()
                if (mTouchMode == TOUCH_INIT_MODE) {
                    if (!getSettings().supportTouchOnly()
                            && mPreventDefault != PREVENT_DEFAULT_YES) {
                        mTouchMode = TOUCH_SHORTPRESS_START_MODE;
                        updateSelection();
                    } else {
                        // set to TOUCH_SHORTPRESS_MODE so that it won't
                        // trigger double tap any more
                        mTouchMode = TOUCH_SHORTPRESS_MODE;
                    }
                } else if (mTouchMode == TOUCH_DOUBLE_TAP_MODE) {
                    mTouchMode = TOUCH_DONE_MODE;
                }
                break;
            }
            case SWITCH_TO_LONGPRESS: {
                if (USE_WEBKIT_RINGS || getSettings().supportTouchOnly()) {
                    removeTouchHighlight();
                }
                if (inFullScreenMode() || mDeferTouchProcess) {
                    TouchEventData ted = new TouchEventData();
                    ted.mAction = WebViewCore.ACTION_LONGPRESS;
                    ted.mIds = new int[1];
                    ted.mIds[0] = 0;
                    ted.mPoints = new Point[1];
                    ted.mPoints[0] = new Point(viewToContentX(mLastTouchX + mScrollX),
                                               viewToContentY(mLastTouchY + mScrollY));
                    ted.mPointsInView = new Point[1];
                    ted.mPointsInView[0] = new Point(mLastTouchX, mLastTouchY);
                    // metaState for long press is tricky. Should it be the
                    // state when the press started or when the press was
                    // released? Or some intermediary key state? For
```

```
                    // simplicity for now, we don't set it.
                    ted.mMetaState = 0;
                    ted.mReprocess = mDeferTouchProcess;
                    ted.mNativeLayer = nativeScrollableLayer(
                            ted.mPoints[0].x, ted.mPoints[0].y,
                            ted.mNativeLayerRect, null);
                    ted.mSequence = mTouchEventQueue.nextTouchSequence();
                    mTouchEventQueue.preQueueTouchEventData(ted);
                    mWebViewCore.sendMessage(EventHub.TOUCH_EVENT, ted);
                } else if (mPreventDefault != PREVENT_DEFAULT_YES) {
                    mTouchMode = TOUCH_DONE_MODE;
                    performLongClick();
                }
                break;
            }
            case RELEASE_SINGLE_TAP: {
                doShortPress();
                break;
            }
            case SCROLL_TO_MSG_ID: {
                // arg1 = animate, arg2 = onlyIfImeIsShowing
                // obj = Point(x, y)
                if (msg.arg2 == 1) {
                    // This scroll is intended to bring the textfield into
                    // view, but is only necessary if the IME is showing
                    InputMethodManager imm = InputMethodManager.peekInstance();
                    if (imm == null || !imm.isAcceptingText()
                            || (!imm.isActive(WebView.this) && (!inEditingMode()
                            || !imm.isActive(mWebTextView)))) {
                        break;
                    }
                }
                final Point p = (Point) msg.obj;
                if (msg.arg1 == 1) {
                    spawnContentScrollTo(p.x, p.y);
                } else {
                    setContentScrollTo(p.x, p.y);
                }
                break;
```

```
            }
            case UPDATE_ZOOM_RANGE: {
                WebViewCore.ViewState viewState = (WebViewCore.ViewState) msg.obj;
                // mScrollX contains the new minPrefWidth
                mZoomManager.updateZoomRange(viewState, getViewWidth(), viewState.mScrollX);
                break;
            }
            case REPLACE_BASE_CONTENT: {
                nativeReplaceBaseContent(msg.arg1);
                break;
            }
            case NEW_PICTURE_MSG_ID: {
                // called for new content
                final WebViewCore.DrawData draw = (WebViewCore.DrawData) msg.obj;
                setNewPicture(draw, true);
                break;
            }
            case WEBCORE_INITIALIZED_MSG_ID:
                // nativeCreate sets mNativeClass to a non-zero value
                String drawableDir = BrowserFrame.getRawResFilename(
                        BrowserFrame.DRAWABLEDIR, mContext);
                nativeCreate(msg.arg1, drawableDir);
                if (mDelaySetPicture != null) {
                    setNewPicture(mDelaySetPicture, true);
                    mDelaySetPicture = null;
                }
                break;
            case UPDATE_TEXTFIELD_TEXT_MSG_ID:
                // Make sure that the textfield is currently focused
                // and representing the same node as the pointer.
                if (inEditingMode() &&
                        mWebTextView.isSameTextField(msg.arg1)) {
                    if (msg.arg2 == mTextGeneration) {
                        String text = (String) msg.obj;
                        if (null == text) {
                            text = "";
                        }
                        mWebTextView.setTextAndKeepSelection(text);
```

```
                }
            }
            break;
        case REQUEST_KEYBOARD_WITH_SELECTION_MSG_ID:
            displaySoftKeyboard(true);
            // fall through to UPDATE_TEXT_SELECTION_MSG_ID
        case UPDATE_TEXT_SELECTION_MSG_ID:
            updateTextSelectionFromMessage(msg.arg1, msg.arg2,
                    (WebViewCore.TextSelectionData) msg.obj);
            break;
        case FORM_DID_BLUR:
            if (inEditingMode()
                    && mWebTextView.isSameTextField(msg.arg1)) {
                hideSoftKeyboard();
            }
            break;
        case RETURN_LABEL:
            if (inEditingMode()
                    && mWebTextView.isSameTextField(msg.arg1)) {
                mWebTextView.setHint((String) msg.obj);
                InputMethodManager imm
                        = InputMethodManager.peekInstance();
                // The hint is propagated to the IME in
                // onCreateInputConnection.  If the IME is already
                // active, restart it so that its hint text is updated.
                if (imm != null && imm.isActive(mWebTextView)) {
                    imm.restartInput(mWebTextView);
                }
            }
            break;
        case UNHANDLED_NAV_KEY:
            navHandledKey(msg.arg1, 1, false, 0);
            break;
        case UPDATE_TEXT_ENTRY_MSG_ID:
            // this is sent after finishing resize in WebViewCore. Make
            // sure the text edit box is still on the  screen.
            if (inEditingMode() && nativeCursorIsTextInput()) {
                updateWebTextViewPosition();
            }
```

```
                break;
            case CLEAR_TEXT_ENTRY:
                clearTextEntry();
                break;
            case INVAL_RECT_MSG_ID: {
                Rect r = (Rect)msg.obj;
                if (r == null) {
                    invalidate();
                } else {
                    // we need to scale r from content into view coords,
                    // which viewInvalidate() does for us
                    viewInvalidate(r.left, r.top, r.right, r.bottom);
                }
                break;
            }
            case REQUEST_FORM_DATA:
                AutoCompleteAdapter adapter = (AutoCompleteAdapter) msg.obj;
                if (mWebTextView.isSameTextField(msg.arg1)) {
                    mWebTextView.setAdapterCustom(adapter);
                }
                break;
            case RESUME_WEBCORE_PRIORITY:
                WebViewCore.resumePriority();
                WebViewCore.resumeUpdatePicture(mWebViewCore);
                break;

            case LONG_PRESS_CENTER:
                // as this is shared by keydown and trackballdown, reset all
                // the states
                mGotCenterDown = false;
                mTrackballDown = false;
                performLongClick();
                break;

            case WEBCORE_NEED_TOUCH_EVENTS:
                mForwardTouchEvents = (msg.arg1 != 0);
                break;

            case PREVENT_TOUCH_ID:
```

```
                if (inFullScreenMode()) {
                    break;
                }
                TouchEventData ted = (TouchEventData) msg.obj;

                if (mTouchEventQueue.enqueueTouchEvent(ted)) {
                    // WebCore is responding to us; remove pending timeout.
                    // It will be re-posted when needed.
                    removeMessages(PREVENT_DEFAULT_TIMEOUT);
                }
                break;

            case REQUEST_KEYBOARD:
                if (msg.arg1 == 0) {
                    hideSoftKeyboard();
                } else {
                    displaySoftKeyboard(false);
                }
                break;

            case FIND_AGAIN:
                // Ignore if find has been dismissed.
                if (mFindIsUp && mFindCallback != null) {
                    mFindCallback.findAll();
                }
                break;

            case DRAG_HELD_MOTIONLESS:
                mHeldMotionless = MOTIONLESS_TRUE;
                invalidate();
                // fall through to keep scrollbars awake

            case AWAKEN_SCROLL_BARS:
                if (mTouchMode == TOUCH_DRAG_MODE
                        && mHeldMotionless == MOTIONLESS_TRUE) {
                    awakenScrollBars(ViewConfiguration
                            .getScrollDefaultDelay(), false);
                    mPrivateHandler.sendMessageDelayed(mPrivateHandler
                            .obtainMessage(AWAKEN_SCROLL_BARS),
```

```
                                ViewConfiguration.getScrollDefaultDelay());
                    }
                    break;

                case DO_MOTION_UP:
                    doMotionUp(msg.arg1, msg.arg2);
                    break;

                case SCREEN_ON:
                    setKeepScreenOn(msg.arg1 == 1);
                    break;

                case ENTER_FULLSCREEN_VIDEO:
                    int layerId = msg.arg1;

                    String url = (String) msg.obj;
                    if (mHTML5VideoViewProxy != null) {
                        mHTML5VideoViewProxy.enterFullScreenVideo(layerId, url);
                    }
                    break;

                case SHOW_FULLSCREEN: {
                    View view = (View) msg.obj;
                    int orientation = msg.arg1;
                    int npp = msg.arg2;

                    if (inFullScreenMode()) {
                        Log.w(LOGTAG, "Should not have another full screen.");
                        dismissFullScreenMode();
                    }
                    mFullScreenHolder = new PluginFullScreenHolder(WebView.this, orientation,
  npp);
                    mFullScreenHolder.setContentView(view);
                    mFullScreenHolder.show();

                    break;
                }
                case HIDE_FULLSCREEN:
                    dismissFullScreenMode();
```

```
            break;

        case DOM_FOCUS_CHANGED:
            if (inEditingMode()) {
                nativeClearCursor();
                rebuildWebTextView();
            }
            break;

        case SHOW_RECT_MSG_ID: {
            WebViewCore.ShowRectData data = (WebViewCore.ShowRectData) msg.obj;
            int x = mScrollX;
            int left = contentToViewX(data.mLeft);
            int width = contentToViewDimension(data.mWidth);
            int maxWidth = contentToViewDimension(data.mContentWidth);
            int viewWidth = getViewWidth();
            if (width < viewWidth) {
                // center align
                x += left + width / 2 - mScrollX - viewWidth / 2;
            } else {
                x += (int) (left + data.mXPercentInDoc * width
                        - mScrollX - data.mXPercentInView * viewWidth);
            }
            if (DebugFlags.WEB_VIEW) {
                Log.v(LOGTAG, "showRectMsg=(left=" + left + ",width=" +
                      width + ",maxWidth=" + maxWidth +
                      ",viewWidth=" + viewWidth + ",x="
                      + x + ",xPercentInDoc=" + data.mXPercentInDoc +
                      ",xPercentInView=" + data.mXPercentInView+ ")");
            }
            // use the passing content width to cap x as the current
            // mContentWidth may not be updated yet
            x = Math.max(0,
                    (Math.min(maxWidth, x + viewWidth)) - viewWidth);
            int top = contentToViewY(data.mTop);
            int height = contentToViewDimension(data.mHeight);
            int maxHeight = contentToViewDimension(data.mContentHeight);
            int viewHeight = getViewHeight();
            int y = (int) (top + data.mYPercentInDoc * height -
```

```
                                data.mYPercentInView * viewHeight);
                if (DebugFlags.WEB_VIEW) {
                    Log.v(LOGTAG, "showRectMsg=(top=" + top + ",height=" +
                            height + ",maxHeight=" + maxHeight +
                            ",viewHeight=" + viewHeight + ",y="
                            + y + ",yPercentInDoc=" + data.mYPercentInDoc +
                            ",yPercentInView=" + data.mYPercentInView+ ")");
                }
                // use the passing content height to cap y as the current
                // mContentHeight may not be updated yet
                y = Math.max(0,
                        (Math.min(maxHeight, y + viewHeight) - viewHeight));
                // We need to take into account the visible title height
                // when scrolling since y is an absolute view position.
                y = Math.max(0, y - getVisibleTitleHeightImpl());
                scrollTo(x, y);
                }
                break;

            case CENTER_FIT_RECT:
                centerFitRect((Rect)msg.obj);
                break;

            case SET_SCROLLBAR_MODES:
                mHorizontalScrollBarMode = msg.arg1;
                mVerticalScrollBarMode = msg.arg2;
                break;

            case SELECTION_STRING_CHANGED:
                if (mAccessibilityInjector != null) {
                    String selectionString = (String) msg.obj;
                    mAccessibilityInjector.onSelectionStringChange(selectionString);
                }
                break;

            case SET_TOUCH_HIGHLIGHT_RECTS:
                @SuppressWarnings("unchecked")
                ArrayList<Rect> rects = (ArrayList<Rect>) msg.obj;
                setTouchHighlightRects(rects);
```

```
                    break;

                case SAVE_WEBARCHIVE_FINISHED:
                    SaveWebArchiveMessage saveMessage = (SaveWebArchiveMessage)msg.obj;
                    if (saveMessage.mCallback != null) {
                        saveMessage.mCallback.onReceiveValue(saveMessage.mResultFile);
                    }
                    break;

                case SET_AUTOFILLABLE:
                    mAutoFillData = (WebViewCore.AutoFillData) msg.obj;
                    if (mWebTextView != null) {
                        mWebTextView.setAutoFillable(mAutoFillData.getQueryId());
                        rebuildWebTextView();
                    }
                    break;

                case AUTOFILL_COMPLETE:
                    if (mWebTextView != null) {
                        // Clear the WebTextView adapter when AutoFill finishes
                        // so that the drop down gets cleared.
                        mWebTextView.setAdapterCustom(null);
                    }
                    break;

                case SELECT_AT:
                    nativeSelectAt(msg.arg1, msg.arg2);
                    break;

                default:
                    super.handleMessage(msg);
                    break;
            }
        }
    }

    private void setTouchHighlightRects(ArrayList<Rect> rects) {
        invalidate(mTouchHighlightRegion.getBounds());
        mTouchHighlightRegion.setEmpty();
```

```
        if (rects != null) {
            for (Rect rect : rects) {
                Rect viewRect = contentToViewRect(rect);
                // some sites, like stories in nytimes.com, set
                // mouse event handler in the top div. It is not
                // user friendly to highlight the div if it covers
                // more than half of the screen.
                if (viewRect.width() < getWidth() >> 1
                        || viewRect.height() < getHeight() >> 1) {
                    mTouchHighlightRegion.union(viewRect);
                } else {
                    Log.w(LOGTAG, "Skip the huge selection rect:"
                            + viewRect);
                }
            }
            invalidate(mTouchHighlightRegion.getBounds());
        }
    }

    /** @hide Called by JNI when pages are swapped (only occurs with hardware
     * acceleration) */
    protected void pageSwapCallback() {
        if (inEditingMode()) {
            didUpdateWebTextViewDimensions(ANYWHERE);
        }
    }

    void setNewPicture(final WebViewCore.DrawData draw, boolean updateBaseLayer) {
        if (mNativeClass == 0) {
            if (mDelaySetPicture != null) {
                throw new IllegalStateException("Tried to setNewPicture with"
                        + " a delay picture already set! (memory leak)");
            }
            // Not initialized yet, delay set
            mDelaySetPicture = draw;
            return;
        }
        WebViewCore.ViewState viewState = draw.mViewState;
        boolean isPictureAfterFirstLayout = viewState != null;
```

```
        if (updateBaseLayer) {
            // Request a callback on pageSwap (to reposition the webtextview)
            boolean registerPageSwapCallback =
                !mZoomManager.isFixedLengthAnimationInProgress() && inEditingMode();

            setBaseLayer(draw.mBaseLayer, draw.mInvalRegion,
                    getSettings().getShowVisualIndicator(),
                    isPictureAfterFirstLayout, registerPageSwapCallback);
        }
        final Point viewSize = draw.mViewSize;
        if (isPictureAfterFirstLayout) {
            // Reset the last sent data here since dealing with new page.
            mLastWidthSent = 0;
            mZoomManager.onFirstLayout(draw);
            if (!mDrawHistory) {
                // Do not send the scroll event for this particular
                // scroll message.  Note that a scroll event may
                // still be fired if the user scrolls before the
                // message can be handled.
                mSendScrollEvent = false;
                setContentScrollTo(viewState.mScrollX, viewState.mScrollY);
                mSendScrollEvent = true;

                // As we are on a new page, remove the WebTextView. This
                // is necessary for page loads driven by webkit, and in
                // particular when the user was on a password field, so
                // the WebTextView was visible.
                clearTextEntry();
            }
        }

        // We update the layout (i.e. request a layout from the
        // view system) if the last view size that we sent to
        // WebCore matches the view size of the picture we just
        // received in the fixed dimension.
        final boolean updateLayout = viewSize.x == mLastWidthSent
                && viewSize.y == mLastHeightSent;
        // Don't send scroll event for picture coming from webkit,
```

```
            // since the new picture may cause a scroll event to override
            // the saved history scroll position.
            mSendScrollEvent = false;
            recordNewContentSize(draw.mContentSize.x,
                    draw.mContentSize.y, updateLayout);
            mSendScrollEvent = true;
            if (DebugFlags.WEB_VIEW) {
                Rect b = draw.mInvalRegion.getBounds();
                Log.v(LOGTAG, "NEW_PICTURE_MSG_ID {" +
                        b.left+","+b.top+","+b.right+","+b.bottom+"}");
            }
            invalidateContentRect(draw.mInvalRegion.getBounds());

            if (mPictureListener != null) {
                mPictureListener.onNewPicture(WebView.this, capturePicture());
            }

            // update the zoom information based on the new picture
            mZoomManager.onNewPicture(draw);

            if (draw.mFocusSizeChanged && inEditingMode()) {
                mFocusSizeChanged = true;
            }
            if (isPictureAfterFirstLayout) {
                mViewManager.postReadyToDrawAll();
            }
        }

        /**
         * Used when receiving messages for REQUEST_KEYBOARD_WITH_SELECTION_MSG_ID
         * and UPDATE_TEXT_SELECTION_MSG_ID.  Update the selection of WebTextView.
         */
        private void updateTextSelectionFromMessage(int nodePointer,
                int textGeneration, WebViewCore.TextSelectionData data) {
            if (inEditingMode()
                    && mWebTextView.isSameTextField(nodePointer)
                    && textGeneration == mTextGeneration) {
                mWebTextView.setSelectionFromWebKit(data.mStart, data.mEnd);
            }
```

```
    }

    // Class used to use a dropdown for a <select> element
    private class InvokeListBox implements Runnable {
        // Whether the listbox allows multiple selection.
        private boolean     mMultiple;
        // Passed in to a list with multiple selection to tell
        // which items are selected.
        private int[]       mSelectedArray;
        // Passed in to a list with single selection to tell
        // where the initial selection is.
        private int         mSelection;

        private Container[] mContainers;

        // Need these to provide stable ids to my ArrayAdapter,
        // which normally does not have stable ids. (Bug 1250098)
        private class Container extends Object {
            /**
             * Possible values for mEnabled.  Keep in sync with OptionStatus in
             * WebViewCore.cpp
             */
            final static int OPTGROUP = -1;
            final static int OPTION_DISABLED = 0;
            final static int OPTION_ENABLED = 1;

            String  mString;
            int     mEnabled;
            int     mId;

            @Override
            public String toString() {
                return mString;
            }
        }

        /**
         *  Subclass ArrayAdapter so we can disable OptionGroupLabels,
         *  and allow filtering.
```

```
         */
        private class MyArrayListAdapter extends ArrayAdapter<Container> {
            public MyArrayListAdapter() {
                super(mContext,
                        mMultiple ? com.android.internal.R.layout.select_dialog_multichoice :
                        com.android.internal.R.layout.webview_select_singlechoice,
                        mContainers);
            }

            @Override
            public View getView(int position, View convertView,
                    ViewGroup parent) {
                // Always pass in null so that we will get a new CheckedTextView
                // Otherwise, an item which was previously used as an <optgroup>
                // element (i.e. has no check), could get used as an <option>
                // element, which needs a checkbox/radio, but it would not have
                // one.
                convertView = super.getView(position, null, parent);
                Container c = item(position);
                if (c != null && Container.OPTION_ENABLED != c.mEnabled) {
                    // ListView does not draw dividers between disabled and
                    // enabled elements.  Use a LinearLayout to provide dividers
                    LinearLayout layout = new LinearLayout(mContext);
                    layout.setOrientation(LinearLayout.VERTICAL);
                    if (position > 0) {
                        View dividerTop = new View(mContext);
                        dividerTop.setBackgroundResource(
                                android.R.drawable.divider_horizontal_bright);
                        layout.addView(dividerTop);
                    }

                    if (Container.OPTGROUP == c.mEnabled) {
                        // Currently select_dialog_multichoice uses CheckedTextViews.
                        // If that changes, the class cast will no longer be valid.
                        if (mMultiple) {
                            Assert.assertTrue(convertView instanceof CheckedTextView);
                            ((CheckedTextView) convertView).setCheckMarkDrawable(null);
                        }
                    } else {
```

```
                // c.mEnabled == Container.OPTION_DISABLED
                // Draw the disabled element in a disabled state.
                convertView.setEnabled(false);
            }

            layout.addView(convertView);
            if (position < getCount() - 1) {
                View dividerBottom = new View(mContext);
                dividerBottom.setBackgroundResource(
                        android.R.drawable.divider_horizontal_bright);
                layout.addView(dividerBottom);
            }
            return layout;
        }
        return convertView;
    }

    @Override
    public boolean hasStableIds() {
        // AdapterView's onChanged method uses this to determine whether
        // to restore the old state.  Return false so that the old (out
        // of date) state does not replace the new, valid state.
        return false;
    }

    private Container item(int position) {
        if (position < 0 || position >= getCount()) {
            return null;
        }
        return (Container) getItem(position);
    }

    @Override
    public long getItemId(int position) {
        Container item = item(position);
        if (item == null) {
            return -1;
        }
        return item.mId;
```

```
            }

            @Override
            public boolean areAllItemsEnabled() {
                return false;
            }

            @Override
            public boolean isEnabled(int position) {
                Container item = item(position);
                if (item == null) {
                    return false;
                }
                return Container.OPTION_ENABLED == item.mEnabled;
            }
        }

        private InvokeListBox(String[] array, int[] enabled, int[] selected) {
            mMultiple = true;
            mSelectedArray = selected;

            int length = array.length;
            mContainers = new Container[length];
            for (int i = 0; i < length; i++) {
                mContainers[i] = new Container();
                mContainers[i].mString = array[i];
                mContainers[i].mEnabled = enabled[i];
                mContainers[i].mId = i;
            }
        }

        private InvokeListBox(String[] array, int[] enabled, int selection) {
            mSelection = selection;
            mMultiple = false;

            int length = array.length;
            mContainers = new Container[length];
            for (int i = 0; i < length; i++) {
                mContainers[i] = new Container();
```

```
                mContainers[i].mString = array[i];
                mContainers[i].mEnabled = enabled[i];
                mContainers[i].mId = i;
            }
        }

        /*
         * Whenever the data set changes due to filtering, this class ensures
         * that the checked item remains checked.
         */
        private class SingleDataSetObserver extends DataSetObserver {
            private long        mCheckedId;
            private ListView    mListView;
            private Adapter     mAdapter;

            /*
             * Create a new observer.
             * @param id The ID of the item to keep checked.
             * @param l ListView for getting and clearing the checked states
             * @param a Adapter for getting the IDs
             */
            public SingleDataSetObserver(long id, ListView l, Adapter a) {
                mCheckedId = id;
                mListView = l;
                mAdapter = a;
            }

            @Override
            public void onChanged() {
                // The filter may have changed which item is checked.  Find the
                // item that the ListView thinks is checked.
                int position = mListView.getCheckedItemPosition();
                long id = mAdapter.getItemId(position);
                if (mCheckedId != id) {
                    // Clear the ListView's idea of the checked item, since
                    // it is incorrect
                    mListView.clearChoices();
                    // Search for mCheckedId.  If it is in the filtered list,
                    // mark it as checked
```

```
                    int count = mAdapter.getCount();
                    for (int i = 0; i < count; i++) {
                        if (mAdapter.getItemId(i) == mCheckedId) {
                            mListView.setItemChecked(i, true);
                            break;
                        }
                    }
                }
            }
        }

        public void run() {
            final ListView listView = (ListView) LayoutInflater.from(mContext)
                    .inflate(com.android.internal.R.layout.select_dialog, null);
            final MyArrayListAdapter adapter = new MyArrayListAdapter();
            AlertDialog.Builder b = new AlertDialog.Builder(mContext)
                    .setView(listView).setCancelable(true)
                    .setInverseBackgroundForced(true);

            if (mMultiple) {
                b.setPositiveButton(android.R.string.ok, new DialogInterface.OnClickListener
() {
                    public void onClick(DialogInterface dialog, int which) {
                        mWebViewCore.sendMessage(
                                EventHub.LISTBOX_CHOICES,
                                adapter.getCount(), 0,
                                listView.getCheckedItemPositions());
                    }});
                b.setNegativeButton(android.R.string.cancel,
                        new DialogInterface.OnClickListener() {
                    public void onClick(DialogInterface dialog, int which) {
                        mWebViewCore.sendMessage(
                                EventHub.SINGLE_LISTBOX_CHOICE, -2, 0);
                }});
            }
            mListBoxDialog = b.create();
            listView.setAdapter(adapter);
            listView.setFocusableInTouchMode(true);
            // There is a bug (1250103) where the checks in a ListView with
```

```
            // multiple items selected are associated with the positions, not
            // the ids, so the items do not properly retain their checks when
            // filtered.  Do not allow filtering on multiple lists until
            // that bug is fixed.

            listView.setTextFilterEnabled(!mMultiple);
            if (mMultiple) {
                listView.setChoiceMode(ListView.CHOICE_MODE_MULTIPLE);
                int length = mSelectedArray.length;
                for (int i = 0; i < length; i++) {
                    listView.setItemChecked(mSelectedArray[i], true);
                }
            } else {
                listView.setOnItemClickListener(new OnItemClickListener() {
                    public void onItemClick(AdapterView<?> parent, View v,
                            int position, long id) {
                        // Rather than sending the message right away, send it
                        // after the page regains focus.
                        mListBoxMessage = Message.obtain(null,
                                EventHub.SINGLE_LISTBOX_CHOICE, (int) id, 0);
                        mListBoxDialog.dismiss();
                        mListBoxDialog = null;
                    }
                });
                if (mSelection != -1) {
                    listView.setSelection(mSelection);
                    listView.setChoiceMode(ListView.CHOICE_MODE_SINGLE);
                    listView.setItemChecked(mSelection, true);
                    DataSetObserver observer = new SingleDataSetObserver(
                            adapter.getItemId(mSelection), listView, adapter);
                    adapter.registerDataSetObserver(observer);
                }
            }
            mListBoxDialog.setOnCancelListener(new DialogInterface.OnCancelListener() {
                public void onCancel(DialogInterface dialog) {
                    mWebViewCore.sendMessage(
                                EventHub.SINGLE_LISTBOX_CHOICE, -2, 0);
                    mListBoxDialog = null;
                }
```

```
                });
                mListBoxDialog.show();
            }
        }

        private Message mListBoxMessage;

        /*
         * Request a dropdown menu for a listbox with multiple selection.
         *
         * @param array Labels for the listbox.
         * @param enabledArray  State for each element in the list.  See static
         *      integers in Container class.
         * @param selectedArray Which positions are initally selected.
         */
        void requestListBox(String[] array, int[] enabledArray, int[]
                selectedArray) {
            mPrivateHandler.post(
                    new InvokeListBox(array, enabledArray, selectedArray));
        }

        /*
         * Request a dropdown menu for a listbox with single selection or a single
         * <select> element.
         *
         * @param array Labels for the listbox.
         * @param enabledArray  State for each element in the list.  See static
         *      integers in Container class.
         * @param selection Which position is initally selected.
         */
        void requestListBox(String[] array, int[] enabledArray, int selection) {
            mPrivateHandler.post(
                    new InvokeListBox(array, enabledArray, selection));
        }

        // called by JNI
        private void sendMoveFocus(int frame, int node) {
            mWebViewCore.sendMessage(EventHub.SET_MOVE_FOCUS,
                    new WebViewCore.CursorData(frame, node, 0, 0));
```

```
    }

    // called by JNI
    private void sendMoveMouse(int frame, int node, int x, int y) {
        mWebViewCore.sendMessage(EventHub.SET_MOVE_MOUSE,
                new WebViewCore.CursorData(frame, node, x, y));
    }

    /*
     * Send a mouse move event to the webcore thread.
     *
     * @param removeFocus Pass true to remove the WebTextView, if present.
     * @param stopPaintingCaret Stop drawing the blinking caret if true.
     * called by JNI
     */
    @SuppressWarnings("unused")
    private void sendMoveMouseIfLatest(boolean removeFocus, boolean stopPaintingCaret) {
        if (removeFocus) {
            clearTextEntry();
        }
        mWebViewCore.sendMessage(EventHub.SET_MOVE_MOUSE_IF_LATEST,
                stopPaintingCaret ? 1 : 0, 0,
                cursorData());
    }

    /**
     * Called by JNI to send a message to the webcore thread that the user
     * touched the webpage.
     * @param touchGeneration Generation number of the touch, to ignore touches
     *      after a new one has been generated.
     * @param frame Pointer to the frame holding the node that was touched.
     * @param node Pointer to the node touched.
     * @param x x-position of the touch.
     * @param y y-position of the touch.
     */
    private void sendMotionUp(int touchGeneration,
            int frame, int node, int x, int y) {
        WebViewCore.TouchUpData touchUpData = new WebViewCore.TouchUpData();
        touchUpData.mMoveGeneration = touchGeneration;
```

```
            touchUpData.mFrame = frame;
            touchUpData.mNode = node;
            touchUpData.mX = x;
            touchUpData.mY = y;
            touchUpData.mNativeLayer = nativeScrollableLayer(
                    x, y, touchUpData.mNativeLayerRect, null);
            mWebViewCore.sendMessage(EventHub.TOUCH_UP, touchUpData);
        }

        private int getScaledMaxXScroll() {
            int width;
            if (mHeightCanMeasure == false) {
                width = getViewWidth() / 4;
            } else {
                Rect visRect = new Rect();
                calcOurVisibleRect(visRect);
                width = visRect.width() / 2;
            }
            // FIXME the divisor should be retrieved from somewhere
            return viewToContentX(width);
        }

        private int getScaledMaxYScroll() {
            int height;
            if (mHeightCanMeasure == false) {
                height = getViewHeight() / 4;
            } else {
                Rect visRect = new Rect();
                calcOurVisibleRect(visRect);
                height = visRect.height() / 2;
            }
            // FIXME the divisor should be retrieved from somewhere
            // the closest thing today is hard-coded into ScrollView.java
            // (from ScrollView.java, line 363)   int maxJump = height/2;
            return Math.round(height * mZoomManager.getInvScale());
        }

        /**
```

```
     * Called by JNI to invalidate view
     */
    private void viewInvalidate() {
        invalidate();
    }

    /**
     * Pass the key directly to the page.  This assumes that
     * nativePageShouldHandleShiftAndArrows() returned true.
     */
    private void letPageHandleNavKey(int keyCode, long time, boolean down, int metaState) {
        int keyEventAction;
        int eventHubAction;
        if (down) {
            keyEventAction = KeyEvent.ACTION_DOWN;
            eventHubAction = EventHub.KEY_DOWN;
            playSoundEffect(keyCodeToSoundsEffect(keyCode));
        } else {
            keyEventAction = KeyEvent.ACTION_UP;
            eventHubAction = EventHub.KEY_UP;
        }

        KeyEvent event = new KeyEvent(time, time, keyEventAction, keyCode,
                1, (metaState & KeyEvent.META_SHIFT_ON)
                | (metaState & KeyEvent.META_ALT_ON)
                | (metaState & KeyEvent.META_SYM_ON)
                , KeyCharacterMap.VIRTUAL_KEYBOARD, 0, 0);
        mWebViewCore.sendMessage(eventHubAction, event);
    }

    // return true if the key was handled
    private boolean navHandledKey(int keyCode, int count, boolean noScroll,
            long time) {
        if (mNativeClass == 0) {
            return false;
        }
        mInitialHitTestResult = null;
        mLastCursorTime = time;
        mLastCursorBounds = nativeGetCursorRingBounds();
```

```
        boolean keyHandled
                = nativeMoveCursor(keyCode, count, noScroll) == false;
        if (DebugFlags.WEB_VIEW) {
            Log.v(LOGTAG, "navHandledKey mLastCursorBounds=" + mLastCursorBounds
                    + " mLastCursorTime=" + mLastCursorTime
                    + " handled=" + keyHandled);
        }
        if (keyHandled == false) {
            return keyHandled;
        }
        Rect contentCursorRingBounds = nativeGetCursorRingBounds();
        if (contentCursorRingBounds.isEmpty()) return keyHandled;
        Rect viewCursorRingBounds = contentToViewRect(contentCursorRingBounds);
        // set last touch so that context menu related functions will work
        mLastTouchX = (viewCursorRingBounds.left + viewCursorRingBounds.right) / 2;
        mLastTouchY = (viewCursorRingBounds.top + viewCursorRingBounds.bottom) / 2;
        if (mHeightCanMeasure == false) {
            return keyHandled;
        }
        Rect visRect = new Rect();
        calcOurVisibleRect(visRect);
        Rect outset = new Rect(visRect);
        int maxXScroll = visRect.width() / 2;
        int maxYScroll = visRect.height() / 2;
        outset.inset(-maxXScroll, -maxYScroll);
        if (Rect.intersects(outset, viewCursorRingBounds) == false) {
            return keyHandled;
        }
        // FIXME: Necessary because ScrollView/ListView do not scroll left/right
        int maxH = Math.min(viewCursorRingBounds.right - visRect.right,
                maxXScroll);
        if (maxH > 0) {
            pinScrollBy(maxH, 0, true, 0);
        } else {
            maxH = Math.max(viewCursorRingBounds.left - visRect.left,
                    -maxXScroll);
            if (maxH < 0) {
                pinScrollBy(maxH, 0, true, 0);
            }
```

```
        }
        if (mLastCursorBounds.isEmpty()) return keyHandled;
        if (mLastCursorBounds.equals(contentCursorRingBounds)) {
            return keyHandled;
        }
        if (DebugFlags.WEB_VIEW) {
            Log.v(LOGTAG, "navHandledKey contentCursorRingBounds="
                    + contentCursorRingBounds);
        }
        requestRectangleOnScreen(viewCursorRingBounds);
        return keyHandled;
    }

    /**
     * @return Whether accessibility script has been injected.
     */
    private boolean accessibilityScriptInjected() {
        // TODO: Maybe the injected script should announce its presence in
        // the page meta-tag so the nativePageShouldHandleShiftAndArrows
        // will check that as one of the conditions it looks for
        return mAccessibilityScriptInjected;
    }

    /**
     * Set the background color. It's white by default. Pass
     * zero to make the view transparent.
     * @param color   the ARGB color described by Color.java
     */
    @Override
    public void setBackgroundColor(int color) {
        mBackgroundColor = color;
        mWebViewCore.sendMessage(EventHub.SET_BACKGROUND_COLOR, color);
    }

    /**
     * @deprecated This method is now obsolete.
     */
    @Deprecated
    public void debugDump() {
```

```
        checkThread();
        nativeDebugDump();
        mWebViewCore.sendMessage(EventHub.DUMP_NAVTREE);
    }

    /**
     * Draw the HTML page into the specified canvas. This call ignores any
     * view-specific zoom, scroll offset, or other changes. It does not draw
     * any view-specific chrome, such as progress or URL bars.
     *
     * @hide only needs to be accessible to Browser and testing
     */
    public void drawPage(Canvas canvas) {
        nativeDraw(canvas, 0, 0, false);
    }

    /**
     * Enable the communication b/t the webView and VideoViewProxy
     *
     * @hide only used by the Browser
     */
    public void setHTML5VideoViewProxy(HTML5VideoViewProxy proxy) {
        mHTML5VideoViewProxy = proxy;
    }

    /**
     * Set the time to wait between passing touches to WebCore. See also the
     * TOUCH_SENT_INTERVAL member for further discussion.
     *
     * @hide This is only used by the DRT test application.
     */
    public void setTouchInterval(int interval) {
        mCurrentTouchInterval = interval;
    }

    /**
     *  Update our cache with updatedText.
     *  @param updatedText  The new text to put in our cache.
     *  @hide
```

```
     */
    protected void updateCachedTextfield(String updatedText) {
        // Also place our generation number so that when we look at the cache
        // we recognize that it is up to date.
        nativeUpdateCachedTextfield(updatedText, mTextGeneration);
    }

    /*package*/ void autoFillForm(int autoFillQueryId) {
        mWebViewCore.sendMessage(EventHub.AUTOFILL_FORM, autoFillQueryId, /* unused */0);
    }

    /* package */ ViewManager getViewManager() {
        return mViewManager;
    }

    private static void checkThread() {
        if (Looper.myLooper() != Looper.getMainLooper()) {
            Throwable throwable = new Throwable(
                    "Warning: A WebView method was called on thread '" +
                    Thread.currentThread().getName() + "'. " +
                    "All WebView methods must be called on the UI thread. " +
                    "Future versions of WebView may not support use on other threads.");
            Log.w(LOGTAG, Log.getStackTraceString(throwable));
            StrictMode.onWebViewMethodCalledOnWrongThread(throwable);
        }
    }

    /** @hide send content invalidate */
    protected void contentInvalidateAll() {
        if (mWebViewCore != null && !mBlockWebkitViewMessages) {
            mWebViewCore.sendMessage(EventHub.CONTENT_INVALIDATE_ALL);
        }
    }

    /** @hide call pageSwapCallback upon next page swap */
    protected void registerPageSwapCallback() {
        nativeRegisterPageSwapCallback();
    }

```

```
    /**
     * Begin collecting per-tile profiling data
     *
     * @hide only used by profiling tests
     */
    public void tileProfilingStart() {
        nativeTileProfilingStart();
    }
    /**
     * Return per-tile profiling data
     *
     * @hide only used by profiling tests
     */
    public float tileProfilingStop() {
        return nativeTileProfilingStop();
    }

    /** @hide only used by profiling tests */
    public void tileProfilingClear() {
        nativeTileProfilingClear();
    }
    /** @hide only used by profiling tests */
    public int tileProfilingNumFrames() {
        return nativeTileProfilingNumFrames();
    }
    /** @hide only used by profiling tests */
    public int tileProfilingNumTilesInFrame(int frame) {
        return nativeTileProfilingNumTilesInFrame(frame);
    }
    /** @hide only used by profiling tests */
    public int tileProfilingGetInt(int frame, int tile, String key) {
        return nativeTileProfilingGetInt(frame, tile, key);
    }
    /** @hide only used by profiling tests */
    public float tileProfilingGetFloat(int frame, int tile, String key) {
        return nativeTileProfilingGetFloat(frame, tile, key);
    }

    /**
```

```
     * Helper method to deal with differences between hardware and software rendering
     */
    private void recordButtons(Canvas canvas, boolean focus, boolean pressed,
            boolean inval) {
        boolean isHardwareAccel = canvas != null
                ? canvas.isHardwareAccelerated()
                : isHardwareAccelerated();
        if (isHardwareAccel) {
            // We never want to change button state if we are hardware accelerated,
            // but we DO want to invalidate as necessary so that the GL ring
            // can be drawn
            nativeRecordButtons(mNativeClass, false, false, inval);
        } else {
            nativeRecordButtons(mNativeClass, focus, pressed, inval);
        }
    }

    private native int nativeCacheHitFramePointer();
    private native boolean  nativeCacheHitIsPlugin();
    private native Rect nativeCacheHitNodeBounds();
    private native int nativeCacheHitNodePointer();
    /* package */ native void nativeClearCursor();
    private native void     nativeCreate(int ptr, String drawableDir);
    private native int      nativeCursorFramePointer();
    private native Rect     nativeCursorNodeBounds();
    private native int nativeCursorNodePointer();
    private native boolean  nativeCursorIntersects(Rect visibleRect);
    private native boolean  nativeCursorIsAnchor();
    private native boolean  nativeCursorIsTextInput();
    private native Point    nativeCursorPosition();
    private native String   nativeCursorText();
    /**
     * Returns true if the native cursor node says it wants to handle key events
     * (ala plugins). This can only be called if mNativeClass is non-zero!
     */
    private native boolean  nativeCursorWantsKeyEvents();
    private native void     nativeDebugDump();
    private native void     nativeDestroy();

```

```
/**
 * Draw the picture set with a background color and extra. If
 * "splitIfNeeded" is true and the return value is not 0, the return value
 * MUST be passed to WebViewCore with SPLIT_PICTURE_SET message so that the
 * native allocation can be freed.
 */
private native int nativeDraw(Canvas canvas, int color, int extra,
        boolean splitIfNeeded);
private native void     nativeDumpDisplayTree(String urlOrNull);
private native boolean  nativeEvaluateLayersAnimations(int nativeInstance);
private native int      nativeGetDrawGLFunction(int nativeInstance, Rect rect,
        Rect viewRect, float scale, int extras);
private native void     nativeUpdateDrawGLFunction(Rect rect, Rect viewRect);
private native void     nativeExtendSelection(int x, int y);
private native int      nativeFindAll(String findLower, String findUpper,
        boolean sameAsLastSearch);
private native void     nativeFindNext(boolean forward);
/* package */ native int      nativeFocusCandidateFramePointer();
/* package */ native boolean  nativeFocusCandidateHasNextTextfield();
/* package */ native boolean  nativeFocusCandidateIsPassword();
private native boolean  nativeFocusCandidateIsRtlText();
private native boolean  nativeFocusCandidateIsTextInput();
/* package */ native int      nativeFocusCandidateMaxLength();
/* package */ native boolean  nativeFocusCandidateIsAutoComplete();
/* package */ native boolean  nativeFocusCandidateIsSpellcheck();
/* package */ native String   nativeFocusCandidateName();
private native Rect     nativeFocusCandidateNodeBounds();
/**
 * @return A Rect with left, top, right, bottom set to the corresponding
 * padding values in the focus candidate, if it is a textfield/textarea with
 * a style.  Otherwise return null.  This is not actually a rectangle; Rect
 * is being used to pass four integers.
 */
private native Rect     nativeFocusCandidatePaddingRect();
/* package */ native int      nativeFocusCandidatePointer();
private native String   nativeFocusCandidateText();
/* package */ native float    nativeFocusCandidateTextSize();
/* package */ native int nativeFocusCandidateLineHeight();
/**
```

```
     * Returns an integer corresponding to WebView.cpp::type.
     * See WebTextView.setType()
     */
    private native int      nativeFocusCandidateType();
    private native boolean  nativeFocusIsPlugin();
    private native Rect     nativeFocusNodeBounds();
    /* package */ native int nativeFocusNodePointer();
    private native Rect     nativeGetCursorRingBounds();
    private native String   nativeGetSelection();
    private native boolean  nativeHasCursorNode();
    private native boolean  nativeHasFocusNode();
    private native void     nativeHideCursor();
    private native boolean  nativeHitSelection(int x, int y);
    private native String   nativeImageURI(int x, int y);
    private native void     nativeInstrumentReport();
    private native Rect     nativeLayerBounds(int layer);
    /* package */ native boolean nativeMoveCursorToNextTextInput();
    // return true if the page has been scrolled
    private native boolean  nativeMotionUp(int x, int y, int slop);
    // returns false if it handled the key
    private native boolean  nativeMoveCursor(int keyCode, int count,
            boolean noScroll);
    private native int      nativeMoveGeneration();
    private native void     nativeMoveSelection(int x, int y);
    /**
     * @return true if the page should get the shift and arrow keys, rather
     * than select text/navigation.
     *
     * If the focus is a plugin, or if the focus and cursor match and are
     * a contentEditable element, then the page should handle these keys.
     */
    private native boolean  nativePageShouldHandleShiftAndArrows();
    private native boolean  nativePointInNavCache(int x, int y, int slop);
    // Like many other of our native methods, you must make sure that
    // mNativeClass is not null before calling this method.
    private native void     nativeRecordButtons(int nativeInstance,
            boolean focused, boolean pressed, boolean invalidate);
    private native void     nativeResetSelection();
    private native Point    nativeSelectableText();
```

```
    private native void     nativeSelectAll();
    private native void     nativeSelectBestAt(Rect rect);
    private native void     nativeSelectAt(int x, int y);
    private native int      nativeSelectionX();
    private native int      nativeSelectionY();
    private native int      nativeFindIndex();
    private native void     nativeSetExtendSelection();
    private native void     nativeSetFindIsEmpty();
    private native void     nativeSetFindIsUp(boolean isUp);
    private native void     nativeSetHeightCanMeasure(boolean measure);
    private native void     nativeSetBaseLayer(int layer, Region invalRegion,
            boolean showVisualIndicator, boolean isPictureAfterFirstLayout,
            boolean registerPageSwapCallback);
    private native int      nativeGetBaseLayer();
    private native void     nativeShowCursorTimed();
    private native void     nativeReplaceBaseContent(int content);
    private native void     nativeCopyBaseContentToPicture(Picture pict);
    private native boolean  nativeHasContent();
    private native void     nativeSetSelectionPointer(int nativeInstance,
            boolean set, float scale, int x, int y);
    private native boolean  nativeStartSelection(int x, int y);
    private native void     nativeStopGL();
    private native Rect     nativeSubtractLayers(Rect content);
    private native int      nativeTextGeneration();
    private native void     nativeRegisterPageSwapCallback();
    private native void     nativeTileProfilingStart();
    private native float    nativeTileProfilingStop();
    private native void     nativeTileProfilingClear();
    private native int      nativeTileProfilingNumFrames();
    private native int      nativeTileProfilingNumTilesInFrame(int frame);
    private native int      nativeTileProfilingGetInt(int frame, int tile, String key);
    private native float    nativeTileProfilingGetFloat(int frame, int tile, String key);
    // Never call this version except by updateCachedTextfield(String) -
    // we always want to pass in our generation number.
    private native void     nativeUpdateCachedTextfield(String updatedText,
            int generation);
    private native boolean  nativeWordSelection(int x, int y);
    // return NO_LEFTEDGE means failure.
    static final int NO_LEFTEDGE = -1;
```

```
    native int nativeGetBlockLeftEdge(int x, int y, float scale);

    private native void     nativeUseHardwareAccelSkia(boolean enabled);

    // Returns a pointer to the scrollable LayerAndroid at the given point.
    private native int      nativeScrollableLayer(int x, int y, Rect scrollRect,
            Rect scrollBounds);
    /**
     * Scroll the specified layer.
     * @param layer Id of the layer to scroll, as determined by nativeScrollableLayer.
     * @param newX Destination x position to which to scroll.
     * @param newY Destination y position to which to scroll.
     * @return True if the layer is successfully scrolled.
     */
    private native boolean  nativeScrollLayer(int layer, int newX, int newY);
    private native void     nativeSetIsScrolling(boolean isScrolling);
    private native int      nativeGetBackgroundColor();
    native boolean  nativeSetProperty(String key, String value);
    native String   nativeGetProperty(String key);
    private native void     nativeGetTextSelectionRegion(Region region);
    /**
     * See {@link ComponentCallbacks2} for the trim levels and descriptions
     */
    private static native void     nativeOnTrimMemory(int level);
}
```

```
/*
 * Copyright (C) 2006 The Android Open Source Project
 *
 * Licensed under the Apache License, Version 2.0 (the "License");
 * you may not use this file except in compliance with the License.
 * You may obtain a copy of the License at
 *
 *      http://www.apache.org/licenses/LICENSE-2.0
 *
 * Unless required by applicable law or agreed to in writing, software
 * distributed under the License is distributed on an "AS IS" BASIS,
 * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
 * See the License for the specific language governing permissions and
 * limitations under the License.
 */

package com.android.internal.view.menu;

import com.android.internal.view.menu.MenuView.ItemView;

import android.content.ActivityNotFoundException;
import android.content.Context;
import android.content.Intent;
import android.graphics.drawable.Drawable;
import android.util.Log;
import android.view.ActionProvider;
import android.view.ContextMenu.ContextMenuInfo;
import android.view.LayoutInflater;
import android.view.MenuItem;
import android.view.SubMenu;
import android.view.View;
import android.view.ViewDebug;
import android.widget.LinearLayout;

/**
 * @hide
 */
public final class MenuItemImpl implements MenuItem {
    private static final String TAG = "MenuItemImpl";
```

```
    private static final int SHOW_AS_ACTION_MASK = SHOW_AS_ACTION_NEVER |
            SHOW_AS_ACTION_IF_ROOM |
            SHOW_AS_ACTION_ALWAYS;

    private final int mId;
    private final int mGroup;
    private final int mCategoryOrder;
    private final int mOrdering;
    private CharSequence mTitle;
    private CharSequence mTitleCondensed;
    private Intent mIntent;
    private char mShortcutNumericChar;
    private char mShortcutAlphabeticChar;

    /** The icon's drawable which is only created as needed */
    private Drawable mIconDrawable;
    /**
     * The icon's resource ID which is used to get the Drawable when it is
     * needed (if the Drawable isn't already obtained--only one of the two is
     * needed).
     */
    private int mIconResId = NO_ICON;

    /** The menu to which this item belongs */
    private MenuBuilder mMenu;
    /** If this item should launch a sub menu, this is the sub menu to launch */
    private SubMenuBuilder mSubMenu;

    private Runnable mItemCallback;
    private MenuItem.OnMenuItemClickListener mClickListener;

    private int mFlags = ENABLED;
    private static final int CHECKABLE      = 0x00000001;
    private static final int CHECKED        = 0x00000002;
    private static final int EXCLUSIVE      = 0x00000004;
    private static final int HIDDEN         = 0x00000008;
    private static final int ENABLED        = 0x00000010;
    private static final int IS_ACTION      = 0x00000020;
```

```java

    private int mShowAsAction = SHOW_AS_ACTION_NEVER;

    private View mActionView;
    private ActionProvider mActionProvider;
    private OnActionExpandListener mOnActionExpandListener;
    private boolean mIsActionViewExpanded = false;

    /** Used for the icon resource ID if this item does not have an icon */
    static final int NO_ICON = 0;

    /**
     * Current use case is for context menu: Extra information linked to the
     * View that added this item to the context menu.
     */
    private ContextMenuInfo mMenuInfo;

    private static String sPrependShortcutLabel;
    private static String sEnterShortcutLabel;
    private static String sDeleteShortcutLabel;
    private static String sSpaceShortcutLabel;

    /**
     * Instantiates this menu item.
     *
     * @param menu
     * @param group Item ordering grouping control. The item will be added after
     *            all other items whose order is <= this number, and before any
     *            that are larger than it. This can also be used to define
     *            groups of items for batch state changes. Normally use 0.
     * @param id Unique item ID. Use 0 if you do not need a unique ID.
     * @param categoryOrder The ordering for this item.
     * @param title The text to display for the item.
     */
    MenuItemImpl(MenuBuilder menu, int group, int id, int categoryOrder, int ordering,
            CharSequence title, int showAsAction) {

        if (sPrependShortcutLabel == null) {
```

```
                // This is instantiated from the UI thread, so no chance of sync issues
                sPrependShortcutLabel = menu.getContext().getResources().getString(
                        com.android.internal.R.string.prepend_shortcut_label);
                sEnterShortcutLabel = menu.getContext().getResources().getString(
                        com.android.internal.R.string.menu_enter_shortcut_label);
                sDeleteShortcutLabel = menu.getContext().getResources().getString(
                        com.android.internal.R.string.menu_delete_shortcut_label);
                sSpaceShortcutLabel = menu.getContext().getResources().getString(
                        com.android.internal.R.string.menu_space_shortcut_label);
            }

            mMenu = menu;
            mId = id;
            mGroup = group;
            mCategoryOrder = categoryOrder;
            mOrdering = ordering;
            mTitle = title;
            mShowAsAction = showAsAction;
        }

        /**
         * Invokes the item by calling various listeners or callbacks.
         *
         * @return true if the invocation was handled, false otherwise
         */
        public boolean invoke() {
            if (mClickListener != null &&
                mClickListener.onMenuItemClick(this)) {
                return true;
            }

            if (mMenu.dispatchMenuItemSelected(mMenu.getRootMenu(), this)) {
                return true;
            }

            if (mItemCallback != null) {
                mItemCallback.run();
                return true;
            }
```

```

        if (mIntent != null) {
            try {
                mMenu.getContext().startActivity(mIntent);
                return true;
            } catch (ActivityNotFoundException e) {
                Log.e(TAG, "Can't find activity to handle intent; ignoring", e);
            }
        }

        if (mActionProvider != null && mActionProvider.onPerformDefaultAction()) {
            return true;
        }

        return false;
    }

    public boolean isEnabled() {
        return (mFlags & ENABLED) != 0;
    }

    public MenuItem setEnabled(boolean enabled) {
        if (enabled) {
            mFlags |= ENABLED;
        } else {
            mFlags &= ~ENABLED;
        }

        mMenu.onItemsChanged(false);

        return this;
    }

    public int getGroupId() {
        return mGroup;
    }

    @ViewDebug.CapturedViewProperty
    public int getItemId() {
```

```
            return mId;
        }

        public int getOrder() {
            return mCategoryOrder;
        }

        public int getOrdering() {
            return mOrdering;
        }

        public Intent getIntent() {
            return mIntent;
        }

        public MenuItem setIntent(Intent intent) {
            mIntent = intent;
            return this;
        }

        Runnable getCallback() {
            return mItemCallback;
        }

        public MenuItem setCallback(Runnable callback) {
            mItemCallback = callback;
            return this;
        }

        public char getAlphabeticShortcut() {
            return mShortcutAlphabeticChar;
        }

        public MenuItem setAlphabeticShortcut(char alphaChar) {
            if (mShortcutAlphabeticChar == alphaChar) return this;

            mShortcutAlphabeticChar = Character.toLowerCase(alphaChar);

            mMenu.onItemsChanged(false);
```

```

            return this;
        }

        public char getNumericShortcut() {
            return mShortcutNumericChar;
        }

        public MenuItem setNumericShortcut(char numericChar) {
            if (mShortcutNumericChar == numericChar) return this;

            mShortcutNumericChar = numericChar;

            mMenu.onItemsChanged(false);

            return this;
        }

        public MenuItem setShortcut(char numericChar, char alphaChar) {
            mShortcutNumericChar = numericChar;
            mShortcutAlphabeticChar = Character.toLowerCase(alphaChar);

            mMenu.onItemsChanged(false);

            return this;
        }

        /**
         * @return The active shortcut (based on QWERTY-mode of the menu).
         */
        char getShortcut() {
            return (mMenu.isQwertyMode() ? mShortcutAlphabeticChar : mShortcutNumericChar);
        }

        /**
         * @return The label to show for the shortcut. This includes the chording
         *         key (for example 'Menu+a'). Also, any non-human readable
         *         characters should be human readable (for example 'Menu+enter').
         */
```

```
    String getShortcutLabel() {

        char shortcut = getShortcut();
        if (shortcut == 0) {
            return "";
        }

        StringBuilder sb = new StringBuilder(sPrependShortcutLabel);
        switch (shortcut) {

            case '\n':
                sb.append(sEnterShortcutLabel);
                break;

            case '\b':
                sb.append(sDeleteShortcutLabel);
                break;

            case ' ':
                sb.append(sSpaceShortcutLabel);
                break;

            default:
                sb.append(shortcut);
                break;
        }

        return sb.toString();
    }

    /**
     * @return Whether this menu item should be showing shortcuts (depends on
     *         whether the menu should show shortcuts and whether this item has
     *         a shortcut defined)
     */
    boolean shouldShowShortcut() {
        // Show shortcuts if the menu is supposed to show shortcuts AND this item has a
shortcut
        return mMenu.isShortcutsVisible() && (getShortcut() != 0);
```

```
    }

    public SubMenu getSubMenu() {
        return mSubMenu;
    }

    public boolean hasSubMenu() {
        return mSubMenu != null;
    }

    void setSubMenu(SubMenuBuilder subMenu) {
        mSubMenu = subMenu;

        subMenu.setHeaderTitle(getTitle());
    }

    @ViewDebug.CapturedViewProperty
    public CharSequence getTitle() {
        return mTitle;
    }

    /**
     * Gets the title for a particular {@link ItemView}
     *
     * @param itemView The ItemView that is receiving the title
     * @return Either the title or condensed title based on what the ItemView
     *         prefers
     */
    CharSequence getTitleForItemView(MenuView.ItemView itemView) {
        return ((itemView != null) && itemView.prefersCondensedTitle())
                ? getTitleCondensed()
                : getTitle();
    }

    public MenuItem setTitle(CharSequence title) {
        mTitle = title;

        mMenu.onItemsChanged(false);

```

```
        if (mSubMenu != null) {
            mSubMenu.setHeaderTitle(title);
        }

        return this;
    }

    public MenuItem setTitle(int title) {
        return setTitle(mMenu.getContext().getString(title));
    }

    public CharSequence getTitleCondensed() {
        return mTitleCondensed != null ? mTitleCondensed : mTitle;
    }

    public MenuItem setTitleCondensed(CharSequence title) {
        mTitleCondensed = title;

        // Could use getTitle() in the loop below, but just cache what it would do here
        if (title == null) {
            title = mTitle;
        }

        mMenu.onItemsChanged(false);

        return this;
    }

    public Drawable getIcon() {
        if (mIconDrawable != null) {
            return mIconDrawable;
        }

        if (mIconResId != NO_ICON) {
            return mMenu.getResources().getDrawable(mIconResId);
        }

        return null;
    }
```

```

    public MenuItem setIcon(Drawable icon) {
        mIconResId = NO_ICON;
        mIconDrawable = icon;
        mMenu.onItemsChanged(false);

        return this;
    }

    public MenuItem setIcon(int iconResId) {
        mIconDrawable = null;
        mIconResId = iconResId;

        // If we have a view, we need to push the Drawable to them
        mMenu.onItemsChanged(false);

        return this;
    }

    public boolean isCheckable() {
        return (mFlags & CHECKABLE) == CHECKABLE;
    }

    public MenuItem setCheckable(boolean checkable) {
        final int oldFlags = mFlags;
        mFlags = (mFlags & ~CHECKABLE) | (checkable ? CHECKABLE : 0);
        if (oldFlags != mFlags) {
            mMenu.onItemsChanged(false);
        }

        return this;
    }

    public void setExclusiveCheckable(boolean exclusive) {
        mFlags = (mFlags & ~EXCLUSIVE) | (exclusive ? EXCLUSIVE : 0);
    }

    public boolean isExclusiveCheckable() {
        return (mFlags & EXCLUSIVE) != 0;
```

```
    }

    public boolean isChecked() {
        return (mFlags & CHECKED) == CHECKED;
    }

    public MenuItem setChecked(boolean checked) {
        if ((mFlags & EXCLUSIVE) != 0) {
            // Call the method on the Menu since it knows about the others in this
            // exclusive checkable group
            mMenu.setExclusiveItemChecked(this);
        } else {
            setCheckedInt(checked);
        }

        return this;
    }

    void setCheckedInt(boolean checked) {
        final int oldFlags = mFlags;
        mFlags = (mFlags & ~CHECKED) | (checked ? CHECKED : 0);
        if (oldFlags != mFlags) {
            mMenu.onItemsChanged(false);
        }
    }

    public boolean isVisible() {
        return (mFlags & HIDDEN) == 0;
    }

    /**
     * Changes the visibility of the item. This method DOES NOT notify the
     * parent menu of a change in this item, so this should only be called from
     * methods that will eventually trigger this change.  If unsure, use {@link #setVisible
(boolean)}
     * instead.
     *
     * @param shown Whether to show (true) or hide (false).
     * @return Whether the item's shown state was changed
```

```
     */
    boolean setVisibleInt(boolean shown) {
        final int oldFlags = mFlags;
        mFlags = (mFlags & ~HIDDEN) | (shown ? 0 : HIDDEN);
        return oldFlags != mFlags;
    }

    public MenuItem setVisible(boolean shown) {
        // Try to set the shown state to the given state. If the shown state was changed
        // (i.e. the previous state isn't the same as given state), notify the parent menu
that
        // the shown state has changed for this item
        if (setVisibleInt(shown)) mMenu.onItemVisibleChanged(this);

        return this;
    }

   public MenuItem setOnMenuItemClickListener(MenuItem.OnMenuItemClickListener clickListener)
{
        mClickListener = clickListener;
        return this;
    }

    @Override
    public String toString() {
        return mTitle.toString();
    }

    void setMenuInfo(ContextMenuInfo menuInfo) {
        mMenuInfo = menuInfo;
    }

    public ContextMenuInfo getMenuInfo() {
        return mMenuInfo;
    }

    public void actionFormatChanged() {
        mMenu.onItemActionRequestChanged(this);
    }
```

```

    /**
     * @return Whether the menu should show icons for menu items.
     */
    public boolean shouldShowIcon() {
        return mMenu.getOptionalIconsVisible();
    }

    public boolean isActionButton() {
        return (mFlags & IS_ACTION) == IS_ACTION;
    }

    public boolean requestsActionButton() {
        return (mShowAsAction & SHOW_AS_ACTION_IF_ROOM) == SHOW_AS_ACTION_IF_ROOM;
    }

    public boolean requiresActionButton() {
        return (mShowAsAction & SHOW_AS_ACTION_ALWAYS) == SHOW_AS_ACTION_ALWAYS;
    }

    public void setIsActionButton(boolean isActionButton) {
        if (isActionButton) {
            mFlags |= IS_ACTION;
        } else {
            mFlags &= ~IS_ACTION;
        }
    }

    public boolean showsTextAsAction() {
        return (mShowAsAction & SHOW_AS_ACTION_WITH_TEXT) == SHOW_AS_ACTION_WITH_TEXT;
    }

    public void setShowAsAction(int actionEnum) {
        switch (actionEnum & SHOW_AS_ACTION_MASK) {
            case SHOW_AS_ACTION_ALWAYS:
            case SHOW_AS_ACTION_IF_ROOM:
            case SHOW_AS_ACTION_NEVER:
                // Looks good!
                break;
```

```
                default:
                    // Mutually exclusive options selected!
                    throw new IllegalArgumentException("SHOW_AS_ACTION_ALWAYS,
SHOW_AS_ACTION_IF_ROOM,"
                            + " and SHOW_AS_ACTION_NEVER are mutually exclusive.");
            }
            mShowAsAction = actionEnum;
            mMenu.onItemActionRequestChanged(this);
        }

        public MenuItem setActionView(View view) {
            mActionView = view;
            mActionProvider = null;
            if (view != null && view.getId() == View.NO_ID && mId > 0) {
                view.setId(mId);
            }
            mMenu.onItemActionRequestChanged(this);
            return this;
        }

        public MenuItem setActionView(int resId) {
            final Context context = mMenu.getContext();
            final LayoutInflater inflater = LayoutInflater.from(context);
            setActionView(inflater.inflate(resId, new LinearLayout(context), false));
            return this;
        }

        public View getActionView() {
            if (mActionView != null) {
                return mActionView;
            } else if (mActionProvider != null) {
                mActionView = mActionProvider.onCreateActionView();
                return mActionView;
            } else {
                return null;
            }
        }
```

```
    public ActionProvider getActionProvider() {
        return mActionProvider;
    }

    public MenuItem setActionProvider(ActionProvider actionProvider) {
        mActionView = null;
        mActionProvider = actionProvider;
        mMenu.onItemsChanged(true); // Measurement can be changed
        return this;
    }

    @Override
    public MenuItem setShowAsActionFlags(int actionEnum) {
        setShowAsAction(actionEnum);
        return this;
    }

    @Override
    public boolean expandActionView() {
        if ((mShowAsAction & SHOW_AS_ACTION_COLLAPSE_ACTION_VIEW) == 0 || mActionView == null
) {
            return false;
        }

        if (mOnActionExpandListener == null ||
                mOnActionExpandListener.onMenuItemActionExpand(this)) {
            return mMenu.expandItemActionView(this);
        }

        return false;
    }

    @Override
    public boolean collapseActionView() {
        if ((mShowAsAction & SHOW_AS_ACTION_COLLAPSE_ACTION_VIEW) == 0) {
            return false;
        }
        if (mActionView == null) {
            // We're already collapsed if we have no action view.
```

```
                return true;
            }

            if (mOnActionExpandListener == null ||
                    mOnActionExpandListener.onMenuItemActionCollapse(this)) {
                return mMenu.collapseItemActionView(this);
            }

            return false;
        }

        @Override
        public MenuItem setOnActionExpandListener(OnActionExpandListener listener) {
            mOnActionExpandListener = listener;
            return this;
        }

        public boolean hasCollapsibleActionView() {
            return (mShowAsAction & SHOW_AS_ACTION_COLLAPSE_ACTION_VIEW) != 0 && mActionView !=
    null;
        }

        public void setActionViewExpanded(boolean isExpanded) {
            mIsActionViewExpanded = isExpanded;
            mMenu.onItemsChanged(false);
        }

        public boolean isActionViewExpanded() {
            return mIsActionViewExpanded;
        }
    }
```