ORIGINAL

1   JOSH A. KREVITT (CA SBN 208552)     MICHAEL A. JACOBS (CA SBN 111664)
    jkrevitt@gibsondunn.com                 mjacobs@mofo.com
2   H. MARK LYON (CA SBN 162061)      RICHARD S.J. HUNG (CA SBN 197425)
    mlyon@gibsondunn.com                  rhung@mofo.com
3   GIBSON, DUNN & CRUTCHER LLP     MORRISON & FOERSTER LLP
    1881 Page Mill Road                     425 Market Street
4   Palo Alto, CA 94304-1211           San Francisco, California 94105-2482
    Telephone: (650) 849-5300          Telephone: (415) 268-7000
5   Facsimile: (650) 849-5333           Facsimile: (415) 268-7522

Filed

FEB 8 2012

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-**CV12-00630 LHK** |
| Plaintiff, | |
| v. | **EXPERT DECLARATION OF DR .TODD C. MOWRY CONCERNING U.S. PATENT NO. 5,946,647** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | HRL |
| | **Hearing:** |
| Defendants. | Date:<br>Time:<br>Place:<br>Judge: |

**PART 3 OF 7**

EXPERT DECLARATION OF DR .TODD C.
MOWRY CONCERNING U.S. PATENT NO.
5,946,647 – CASE NO. 12-cv-

Gibson, Dunn &
Crutcher LLP

20

```
1:  /*
2:  * Copyright (C) 2008 The Android Open Source Project
3:  *
4:  * Licensed under the Apache License, Version 2.0 (the "License");
5:  * you may not use this file except in compliance with the License.
6:  * You may obtain a copy of the License at
7:  *
8:  *      http://www.apache.org/licenses/LICENSE-2.0
9:  *
10: * Unless required by applicable law or agreed to in writing, software
11: * distributed under the License is distributed on an "AS IS" BASIS,
12: * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
13: * See the License for the specific language governing permissions and
14: * limitations under the License.
15: */
16:
17: package android.view;
18:
19: import android.app.Activity;
20: import android.content.Intent;
21: import android.graphics.drawable.Drawable;
22: import android.view.ContextMenu.ContextMenuInfo;
23: import android.view.View.OnCreateContextMenuListener;
24:
25: /**
26: * Interface for direct access to a previously created menu item.
27: * <p>
28: * An Item is returned by calling one of the {@link android.view.Menu#add}
29: * methods.
30: * <p>
31: * For a feature set of specific menu types, see {@link Menu}.
32: *
33: * <div class="special reference">
34: * <h3>Developer Guides</h3>
35: * <p>For information about creating menus, read the
36: * <a href="{@docRoot}guide/topics/ui/menus.html">Menus</a> developer guide.</p>
37: * </div>
38: */
39: public interface MenuItem {
```

```
40:    /*
41:     * These should be kept in sync with attrs.xml enum constants for showAsAction
42:     */
43:    /** Never show this item as a button in an Action Bar. */
44:    public static final int SHOW_AS_ACTION_NEVER = 0;
45:    /** Show this item as a button in an Action Bar if the system decides there is room for
it. */
46:    public static final int SHOW_AS_ACTION_IF_ROOM = 1;
47:    /**
48:     * Always show this item as a button in an Action Bar.
49:     * Use sparingly! If too many items are set to always show in the Action Bar it can
50:     * crowd the Action Bar and degrade the user experience on devices with smaller screens.
51:     * A good rule of thumb is to have no more than 2 items set to always show at a time.
52:     */
53:    public static final int SHOW_AS_ACTION_ALWAYS = 2;
54:
55:    /**
56:     * When this item is in the action bar, always show it with a text label even if
57:     * it also has an icon specified.
58:     */
59:    public static final int SHOW_AS_ACTION_WITH_TEXT = 4;
60:
61:    /**
62:     * This item's action view collapses to a normal menu item.
63:     * When expanded, the action view temporarily takes over
64:     * a larger segment of its container.
65:     */
66:    public static final int SHOW_AS_ACTION_COLLAPSE_ACTION_VIEW = 8;
67:
68:    /**
69:     * Interface definition for a callback to be invoked when a menu item is
70:     * clicked.
71:     *
72:     * @see Activity#onContextItemSelected(MenuItem)
73:     * @see Activity#onOptionsItemSelected(MenuItem)
74:     */
75:    public interface OnMenuItemClickListener {
76:        /**
77:         * Called when a menu item has been invoked.  This is the first code
```

```
78:     * that is executed; if it returns true, no other callbacks will be
79:     * executed.
80:     *
81:     * @param item The menu item that was invoked.
82:     *
83:     * @return Return true to consume this click and prevent others from
84:     *         executing.
85:     */
86:    public boolean onMenuItemClick(MenuItem item);
87: }
88:
89: /**
90:  * Interface definition for a callback to be invoked when a menu item
91:  * marked with {@link MenuItem#SHOW_AS_ACTION_COLLAPSE_ACTION_VIEW} is
92:  * expanded or collapsed.
93:  *
94:  * @see MenuItem#expandActionView()
95:  * @see MenuItem#collapseActionView()
96:  * @see MenuItem#setShowAsActionFlags(int)
97:  */
98: public interface OnActionExpandListener {
99:     /**
100:      * Called when a menu item with {@link MenuItem#SHOW_AS_ACTION_COLLAPSE_ACTION_VIEW}
101:      * is expanded.
102:      * @param item Item that was expanded
103:      * @return true if the item should expand, false if expansion should be suppressed.
104:      */
105:     public boolean onMenuItemActionExpand(MenuItem item);
106:
107:     /**
108:      * Called when a menu item with {@link MenuItem#SHOW_AS_ACTION_COLLAPSE_ACTION_VIEW}
109:      * is collapsed.
110:      * @param item Item that was collapsed
111:      * @return true if the item should collapse, false if collapsing should be suppressed
112:      */
113:     public boolean onMenuItemActionCollapse(MenuItem item);
114: }
115:
```

MenuItem.java

```
116:
117:    /**
118:     * Return the identifier for this menu item.  The identifier can not
119:     * be changed after the menu is created.
120:     *
121:     * @return The menu item's identifier.
122:     */
123:    public int getItemId();
124:
125:    /**
126:     * Return the group identifier that this menu item is part of.  The group
127:     * identifier can not be changed after the menu is created.
128:     *
129:     * @return The menu item's group identifier.
130:     */
131:    public int getGroupId();
132:
133:    /**
134:     * Return the category and order within the category of this item.  This
135:     * item will be shown before all items (within its category) that have
136:     * order greater than this value.
137:     * <p>
138:     * An order integer contains the item's category (the upper bits of the
139:     * integer; set by or/add the category with the order within the
140:     * category) and the ordering of the item within that category (the
141:     * lower bits).  Example categories are {@link Menu#CATEGORY_SYSTEM},
142:     * {@link Menu#CATEGORY_SECONDARY}, {@link Menu#CATEGORY_ALTERNATIVE},
143:     * {@link Menu#CATEGORY_CONTAINER}.  See {@link Menu} for a full list.
144:     *
145:     * @return The order of this item.
146:     */
147:    public int getOrder();
148:
149:    /**
150:     * Change the title associated with this item.
151:     *
152:     * @param title The new text to be displayed.
153:     * @return This Item so additional setters can be called.
154:     */
155:    public MenuItem setTitle(CharSequence title);
```

MenuItem.java

```
155:
156:    /**
157:     * Change the title associated with this item.
158:     * <p>
159:     * Some menu types do not sufficient space to show the full title, and
160:     * instead a condensed title is preferred. See {@link Menu} for more
161:     * information.
162:     *
163:     * @param title The resource id of the new text to be displayed.
164:     * @return This Item so additional setters can be called.
165:     * @see #setTitleCondensed(CharSequence)
166:     */
167:
168:    public MenuItem setTitle(int title);
169:
170:    /**
171:     * Retrieve the current title of the item.
172:     *
173:     * @return The title.
174:     */
175:    public CharSequence getTitle();
176:
177:    /**
178:     * Change the condensed title associated with this item. The condensed
179:     * title is used in situations where the normal title may be too long to
180:     * be displayed.
181:     *
182:     * @param title The new text to be displayed as the condensed title.
183:     * @return This Item so additional setters can be called.
184:     */
185:    public MenuItem setTitleCondensed(CharSequence title);
186:
187:    /**
188:     * Retrieve the current condensed title of the item. If a condensed
189:     * title was never set, it will return the normal title.
190:     *
191:     * @return The condensed title, if it exists.
192:     *         Otherwise the normal title.
193:     */
```

MenuItem.java

12/1/11 10:43 PM

```
194:
195:    public CharSequence getTitleCondensed();
196:
197:    /**
198:     * Change the icon associated with this item. This icon will not always be
199:     * shown, so the title should be sufficient in describing this item. See
200:     * {@link Menu} for the menu types that support icons.
201:     *
202:     * @param icon The new icon (as a Drawable) to be displayed.
203:     * @return This Item so additional setters can be called.
204:     */
205:    public MenuItem setIcon(Drawable icon);
206:
207:    /**
208:     * Change the icon associated with this item. This icon will not always be
209:     * shown, so the title should be sufficient in describing this item. See
210:     * {@link Menu} for the menu types that support icons.
211:     * <p>
212:     * This method will set the resource ID of the icon which will be used to
213:     * lazily get the Drawable when this item is being shown.
214:     *
215:     * @param iconRes The new icon (as a resource ID) to be displayed.
216:     * @return This Item so additional setters can be called.
217:     */
218:    public MenuItem setIcon(int iconRes);
219:
220:    /**
221:     * Returns the icon for this item as a Drawable (getting it from resources if it hasn't
       been
222:     * loaded before).
223:     *
224:     * @return The icon as a Drawable.
225:     */
226:    public Drawable getIcon();
227:
228:    /**
229:     * Change the Intent associated with this item.  By default there is no
230:     * Intent associated with a menu item. If you set one, and nothing
231:     * else handles the item, then the default behavior will be to call
232:     * {@link android.content.Context#startActivity} with the given Intent.
```

12/11/11 10:43 PM

MenuItem.java

```
232:    *
233:    * <p>Note that setIntent() can not be used with the versions of
234:    * {@link Menu#add} that take a Runnable, because {@link Runnable#run}
235:    * does not return a value so there is no way to tell if it handled the
236:    * item. In this case it is assumed that the Runnable always handles
237:    * the item, and the intent will never be started.
238:    *
239:    * @see #getIntent
240:    * @param intent The Intent to associated with the item. This Intent
241:    *               object is <em>not</em> copied, so be careful not to
242:    *               modify it later.
243:    * @return This Item so additional setters can be called.
244:    */
245:    public MenuItem setIntent(Intent intent);
246:
247:    /**
248:    * Return the Intent associated with this item. This returns a
249:    * reference to the Intent which you can change as desired to modify
250:    * what the Item is holding.
251:    *
252:    * @see #setIntent
253:    * @return Returns the last value supplied to {@link #setIntent}, or
254:    *         null.
255:    */
256:    public Intent getIntent();
257:
258:    /**
259:    * Change both the numeric and alphabetic shortcut associated with this
260:    * item. Note that the shortcut will be triggered when the key that
261:    * generates the given character is pressed alone or along with with the alt
262:    * key. Also note that case is not significant and that alphabetic shortcut
263:    * characters will be displayed in lower case.
264:    * <p>
265:    * See {@link Menu} for the menu types that support shortcuts.
266:    *
267:    * @param numericChar The numeric shortcut key. This is the shortcut when
268:    *              using a numeric (e.g., 12-key) keyboard.
269:    * @param alphaChar The alphabetic shortcut key. This is the shortcut when
270:    *              using a keyboard with alphabetic keys.
```

MenuItem.java

```
271:    * @return This Item so additional setters can be called.
272:    */
273:    public MenuItem setShortcut(char numericChar, char alphaChar);
274:
275:    /**
276:    * Change the numeric shortcut associated with this item.
277:    * <p>
278:    * See {@link Menu} for the menu types that support shortcuts.
279:    *
280:    * @param numericChar The numeric shortcut key. This is the shortcut when
281:    *                    using a 12-key (numeric) keyboard.
282:    * @return This Item so additional setters can be called.
283:    */
284:    public MenuItem setNumericShortcut(char numericChar);
285:
286:    /**
287:    * Return the char for this menu item's numeric (12-key) shortcut.
288:    *
289:    * @return Numeric character to use as a shortcut.
290:    */
291:    public char getNumericShortcut();
292:
293:    /**
294:    * Change the alphabetic shortcut associated with this item. The shortcut
295:    * will be triggered when the key that generates the given character is
296:    * pressed alone or along with with the alt key. Case is not significant and
297:    * shortcut characters will be displayed in lower case. Note that menu items
298:    * with the characters 'b' or '\n' as shortcuts will get triggered by the
299:    * Delete key or Carriage Return key, respectively.
300:    * <p>
301:    * See {@link Menu} for the menu types that support shortcuts.
302:    *
303:    * @param alphaChar The alphabetic shortcut key. This is the shortcut when
304:    *                  using a keyboard with alphabetic keys.
305:    * @return This Item so additional setters can be called.
306:    */
307:    public MenuItem setAlphabeticShortcut(char alphaChar);
308:
309:    /**
```

```
310:          * Return the char for this menu item's alphabetic shortcut.
311:          *
312:          * @return Alphabetic character to use as a shortcut.
313:          */
314:         public char getAlphabeticShortcut();
315:
316:         /**
317:          * Control whether this item can display a check mark. Setting this does
318:          * not actually display a check mark (see {@link #setChecked} for that);
319:          * rather, it ensures there is room in the item in which to display a
320:          * check mark.
321:          * <p>
322:          * See {@link Menu} for the menu types that support check marks.
323:          *
324:          * @param checkable Set to true to allow a check mark, false to
325:          *                  disallow. The default is false.
326:          * @see #setChecked
327:          * @see #isCheckable
328:          * @see Menu#setGroupCheckable
329:          * @return This Item so additional setters can be called.
330:          */
331:         public MenuItem setCheckable(boolean checkable);
332:
333:         /**
334:          * Return whether the item can currently display a check mark.
335:          *
336:          * @return If a check mark can be displayed, returns true.
337:          *
338:          * @see #setCheckable
339:          */
340:         public boolean isCheckable();
341:
342:         /**
343:          * Control whether this item is shown with a check mark.  Note that you
344:          * must first have enabled checking with {@link #setCheckable} or else
345:          * the check mark will not appear.  If this item is a member of a group that contains
346:          * mutually-exclusive items (set via {@link Menu#setGroupCheckable(int, boolean, boolean)
347:          * },
                * the other items in the group will be unchecked.
```

MenuItem.java

12/1/11 10:43 PM

```
348:    * <p>
349:    * See {@link Menu} for the menu types that support check marks.
350:    *
351:    * @see #setCheckable
352:    * @see #isChecked
353:    * @see Menu#setGroupCheckable
354:    * @param checked Set to true to display a check mark, false to hide
355:    *                it. The default value is false.
356:    * @return This Item so additional setters can be called.
357:    */
358:   public MenuItem setChecked(boolean checked);
359:
360:   /**
361:    * Return whether the item is currently displaying a check mark.
362:    *
363:    * @return If a check mark is displayed, returns true.
364:    *
365:    * @see #setChecked
366:    */
367:   public boolean isChecked();
368:
369:   /**
370:    * Sets the visibility of the menu item. Even if a menu item is not visible,
371:    * it may still be invoked via its shortcut (to completely disable an item,
372:    * set it to invisible and {@link #setEnabled(boolean) disabled}).
373:    *
374:    * @param visible If true then the item will be visible; if false it is
375:    *                hidden.
376:    * @return This Item so additional setters can be called.
377:    */
378:   public MenuItem setVisible(boolean visible);
379:
380:   /**
381:    * Return the visibility of the menu item.
382:    *
383:    * @return If true the item is visible; else it is hidden.
384:    */
385:   public boolean isVisible();
386:
```

12/11/11 10:43 PM

MenuItem.java

```
387:    /**
388:     * Sets whether the menu item is enabled. Disabling a menu item will not
389:     * allow it to be invoked via its shortcut. The menu item will still be
390:     * visible.
391:     *
392:     * @param enabled If true then the item will be invokable; if false it is
393:     *        won't be invokable.
394:     * @return This Item so additional setters can be called.
395:     */
396:    public MenuItem setEnabled(boolean enabled);
397:
398:    /**
399:     * Return the enabled state of the menu item.
400:     *
401:     * @return If true the item is enabled and hence invokable; else it is not.
402:     */
403:    public boolean isEnabled();
404:
405:    /**
406:     * Check whether this item has an associated sub-menu.  I.e. it is a
407:     * sub-menu of another menu.
408:     *
409:     * @return If true this item has a menu; else it is a
410:     *        normal item.
411:     */
412:    public boolean hasSubMenu();
413:
414:    /**
415:     * Get the sub-menu to be invoked when this item is selected, if it has
416:     * one. See {@link #hasSubMenu()}.
417:     *
418:     * @return The associated menu if there is one, else null
419:     */
420:    public SubMenu getSubMenu();
421:
422:    /**
423:     * Set a custom listener for invocation of this menu item. In most
424:     * situations, it is more efficient and easier to use
425:     * {@link Activity#onOptionsItemSelected(MenuItem)} or
```

MenuItem.java

```
426:         * {@link Activity#onContextItemSelected(MenuItem)}.
427:         *
428:         * @param menuItemClickListener The object to receive invokations.
429:         * @return This Item so additional setters can be called.
430:         * @see Activity#onOptionsItemSelected(MenuItem)
431:         * @see Activity#onContextItemSelected(MenuItem)
432:         */
433:        public MenuItem setOnMenuItemClickListener(MenuItem.OnMenuItemClickListener
     menuItemClickListener);
434:
435:        /**
436:         * Gets the extra information linked to this menu item.  This extra
437:         * information is set by the View that added this menu item to the
438:         * menu.
439:         *
440:         * @see OnCreateContextMenuListener
441:         * @return The extra information linked to the View that added this
442:         *         menu item to the menu. This can be null.
443:         */
444:        public ContextMenuInfo getMenuInfo();
445:
446:        /**
447:         * Sets how this item should display in the presence of an Action Bar.
448:         * The parameter actionEnum is a flag set. One of {@link #SHOW_AS_ACTION_ALWAYS},
449:         * {@link #SHOW_AS_ACTION_IF_ROOM}, or {@link #SHOW_AS_ACTION_NEVER} should
450:         * be used, and you may optionally OR the value with {@link #SHOW_AS_ACTION_WITH_TEXT}.
451:         * SHOW_AS_ACTION_WITH_TEXT requests that when the item is shown as an action,
452:         * it should be shown with a text label.
453:         *
454:         * @param actionEnum How the item should display. One of
455:         * {@link #SHOW_AS_ACTION_ALWAYS}, {@link #SHOW_AS_ACTION_IF_ROOM}, or
456:         * {@link #SHOW_AS_ACTION_NEVER}. SHOW_AS_ACTION_NEVER is the default.
457:         *
458:         * @see android.app.ActionBar
459:         * @see #setActionView(View)
460:         */
461:        public void setShowAsAction(int actionEnum);
462:
463:        /**
```

```
464:     * Sets how this item should display in the presence of an Action Bar.
465:     * The parameter actionEnum is a flag set. One of {@link #SHOW_AS_ACTION_ALWAYS},
466:     * {@link #SHOW_AS_ACTION_IF_ROOM}, or {@link #SHOW_AS_ACTION_NEVER} should
467:     * be used, and you may optionally OR the value with {@link #SHOW_AS_ACTION_WITH_TEXT}.
468:     * SHOW_AS_ACTION_WITH_TEXT requests that when the item is shown as an action,
469:     * it should be shown with a text label.
470:     *
471:     * <p>Note: This method differs from {@link #setShowAsAction(int)} only in that it
472:     * returns the current MenuItem instance for call chaining.
473:     *
474:     * @param actionEnum How the item should display. One of
475:     * {@link #SHOW_AS_ACTION_ALWAYS}, {@link #SHOW_AS_ACTION_IF_ROOM}, or
476:     * {@link #SHOW_AS_ACTION_NEVER}. SHOW_AS_ACTION_NEVER is the default.
477:     *
478:     * @see android.app.ActionBar
479:     * @see #setActionView(View)
480:     * @return This MenuItem instance for call chaining.
481:     */
482:    public MenuItem setShowAsActionFlags(int actionEnum);
483:
484:    /**
485:     * Set an action view for this menu item. An action view will be displayed in place
486:     * of an automatically generated menu item element in the UI when this item is shown
487:     * as an action within a parent.
488:     * <p>
489:     * <strong>Note:</strong> Setting an action view overrides the action provider
490:     *             set via {@link #setActionProvider(ActionProvider)}.
491:     * </p>
492:     *
493:     * @param view View to use for presenting this item to the user.
494:     * @return This Item so additional setters can be called.
495:     *
496:     * @see #setShowAsAction(int)
497:     */
498:    public MenuItem setActionView(View view);
499:
501:    /**
502:     * Set an action view for this menu item. An action view will be displayed in place
        * of an automatically generated menu item element in the UI when this item is shown
```

```
503:     * as an action within a parent.
504:     * <p>
505:     * <strong>Note:</strong> Setting an action view overrides the action provider
506:     *             set via {@link #setActionProvider(ActionProvider)}.
507:     * </p>
508:     *
509:     * @param resId Layout resource to use for presenting this item to the user.
510:     * @return This Item so additional setters can be called.
511:     *
512:     * @see #setShowAsAction(int)
513:     */
514:    public MenuItem setActionView(int resId);
515:
516:    /**
517:     * Returns the currently set action view for this menu item.
518:     *
519:     * @return This item's action view
520:     *
521:     * @see #setActionView(View)
522:     * @see #setShowAsAction(int)
523:     */
524:    public View getActionView();
525:
526:    /**
527:     * Sets the {@link ActionProvider} responsible for creating an action view if
528:     * the item is placed on the action bar. The provider also provides a default
529:     * action invoked if the item is placed in the overflow menu.
530:     * <p>
531:     * <strong>Note:</strong> Setting an action provider overrides the action view
532:     *             set via {@link #setActionView(int)} or {@link #setActionView(View)}.
533:     * </p>
534:     *
535:     * @param actionProvider The action provider.
536:     * @return This Item so additional setters can be called.
537:     *
538:     * @see ActionProvider
539:     */
540:    public MenuItem setActionProvider(ActionProvider actionProvider);
541:
```

```
542:    /**
543:     * Gets the {@link ActionProvider}.
544:     *
545:     * @return The action provider.
546:     *
547:     * @see ActionProvider
548:     * @see #setActionProvider(ActionProvider)
549:     */
550:    public ActionProvider getActionProvider();
551:
552:    /**
553:     * Expand the action view associated with this menu item.
554:     * The menu item must have an action view set, as well as
555:     * the showAsAction flag {@link #SHOW_AS_ACTION_COLLAPSE_ACTION_VIEW}.
556:     * If a listener has been set using {@link #setOnActionExpandListener
(OnActionExpandListener)}
557:     * it will have its {@link OnActionExpandListener#onMenuItemActionExpand(MenuItem)}
558:     * method invoked. The listener may return false from this method to prevent expanding
559:     * the action view.
560:     *
561:     * @return true if the action view was expanded, false otherwise.
562:     */
563:    public boolean expandActionView();
564:
565:    /**
566:     * Collapse the action view associated with this menu item.
567:     * The menu item must have an action view set, as well as the showAsAction flag
568:     * {@link #SHOW_AS_ACTION_COLLAPSE_ACTION_VIEW}. If a listener has been set using
569:     * {@link #setOnActionExpandListener(OnActionExpandListener)} it will have its
570:     * {@link OnActionExpandListener#onMenuItemActionCollapse(MenuItem)} method invoked.
571:     * The listener may return false from this method to prevent collapsing the action view.
572:     *
573:     * @return true if the action view was collapsed, false otherwise.
574:     */
575:    public boolean collapseActionView();
576:
577:    /**
578:     * Returns true if this menu item's action view has been expanded.
579:     *
```

```
580:        * @return true if the item's action view is expanded, false otherwise.
581:        *
582:        * @see #expandActionView()
583:        * @see #collapseActionView()
584:        * @see #SHOW_AS_ACTION_COLLAPSE_ACTION_VIEW
585:        * @see OnActionExpandListener
586:        */
587:       public boolean isActionViewExpanded();
588:
589:       /**
590:        * Set an {@link OnActionExpandListener} on this menu item to be notified when
591:        * the associated action view is expanded or collapsed. The menu item must
592:        * be configured to expand or collapse its action view using the flag
593:        * {@link #SHOW_AS_ACTION_COLLAPSE_ACTION_VIEW}.
594:        *
595:        * @param listener Listener that will respond to expand/collapse events
596:        * @return This menu item instance for call chaining
597:        */
598:       public MenuItem setOnActionExpandListener(OnActionExpandListener listener);
599:   }
```

HTMLAnchorElement.cpp

```
1: /*
2:  * Copyright (C) 1999 Lars Knoll (knoll@kde.org)
3:  *           (C) 1999 Antti Koivisto (koivisto@kde.org)
4:  *           (C) 2000 Simon Hausmann <hausmann@kde.org>
5:  * Copyright (C) 2003, 2006, 2007, 2008, 2009, 2010 Apple Inc. All rights reserved.
6:  *           (C) 2006 Graham Dennis (graham.dennis@gmail.com)
7:  *
8:  * This library is free software; you can redistribute it and/or
9:  * modify it under the terms of the GNU Library General Public
10:  * License as published by the Free Software Foundation; either
11:  * version 2 of the License, or (at your option) any later version.
12:  *
13:  * This library is distributed in the hope that it will be useful,
14:  * but WITHOUT ANY WARRANTY; without even the implied warranty of
15:  * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the GNU
16:  * Library General Public License for more details.
17:  *
18:  * You should have received a copy of the GNU Library General Public License
19:  * along with this library; see the file COPYING.LIB.  If not, write to
20:  * the Free Software Foundation, Inc., 51 Franklin Street, Fifth Floor,
21:  * Boston, MA 02110-1301, USA.
22:  */
23:
24: #include "config.h"
25: #include "HTMLAnchorElement.h"
26:
27: #include "Attribute.h"
28: #include "EventNames.h"
29: #include "Frame.h"
30: #include "FrameLoaderTypes.h"
31: #include "HTMLImageElement.h"
32: #include "HTMLNames.h"
33: #include "HTMLParserIdioms.h"
34: #include "KeyboardEvent.h"
35: #include "MouseEvent.h"
36: #include "Page.h"
37: #include "PingLoader.h"
38: #include "RenderImage.h"
39: #include "ResourceHandle.h"
```

```
40:  #include "Settings.h"
41:  #include "UserGestureIndicator.h"
42:
43:  namespace WebCore {
44:
45:  using namespace HTMLNames;
46:
47:  HTMLAnchorElement::HTMLAnchorElement(const QualifiedName& tagName, Document* document)
48:      : HTMLElement(tagName, document)
49:      , m_wasShiftKeyDownOnMouseDown(false)
50:      , m_linkRelations(0)
51:  {
52:  }
53:
54:  PassRefPtr<HTMLAnchorElement> HTMLAnchorElement::create(Document* document)
55:  {
56:      return adoptRef(new HTMLAnchorElement(aTag, document));
57:  }
58:
59:  PassRefPtr<HTMLAnchorElement> HTMLAnchorElement::create(const QualifiedName& tagName,
     Document* document)
60:  {
61:      return adoptRef(new HTMLAnchorElement(tagName, document));
62:  }
63:
64:  // This function does not allow leading spaces before the port number.
65:  static unsigned parsePortFromStringPosition(const String& value, unsigned portStart, unsigned
     & portEnd)
66:  {
67:      portEnd = portStart;
68:      while (isASCIIDigit(value[portEnd]))
69:          ++portEnd;
70:      return value.substring(portStart, portEnd - portStart).toUInt();
71:  }
72:
73:  bool HTMLAnchorElement::supportsFocus() const
74:  {
75:      if (rendererIsEditable())
76:          return HTMLElement::supportsFocus();
```

```
77:        // If not a link we should still be able to focus the element if it has tabIndex.
78:        return isLink() || HTMLElement::supportsFocus();
79:    }
80:
81:    bool HTMLAnchorElement::isMouseFocusable() const
82:    {
83:        // Anchor elements should be mouse focusable, https://bugs.webkit.org/show_bug.cgi?id=
26856
84:    #if !PLATFORM(GTK) && !PLATFORM(QT) && !PLATFORM(EFL)
85:        if (isLink())
86:            // Only allow links with tabIndex or contentEditable to be mouse focusable.
87:            return HTMLElement::supportsFocus();
88:    #endif
89:
90:        // Allow tab index etc to control focus.
91:        return HTMLElement::isMouseFocusable();
92:    }
93:
94:    bool HTMLAnchorElement::isKeyboardFocusable(KeyboardEvent* event) const
95:    {
96:        if (!isLink())
97:            return HTMLElement::isKeyboardFocusable(event);
98:
99:        if (!isFocusable())
100:           return false;
101:
102:       if (!document()->frame())
103:           return false;
104:
105:       if (!document()->frame()->eventHandler()->tabsToLinks(event))
106:           return false;
107:
108:       return hasNonEmptyBoundingBox();
109:   }
110:
111:   static void appendServerMapMousePosition(String& url, Event* event)
112:   {
113:       if (!event->isMouseEvent())
114:           return;
```

```
115:    ASSERT(event->target());
116:    Node* target = event->target()->toNode();
117:    ASSERT(target);
118:    if (!target->hasTagName(imgTag))
119:        return;
120:
121:
122:    HTMLImageElement* imageElement = static_cast<HTMLImageElement*>(event->target()->toNode()
);
123:    if (!imageElement || !imageElement->isServerMap())
124:        return;
125:
126:    RenderImage* renderer = toRenderImage(imageElement->renderer());
127:    if (!renderer)
128:        return;
129:
130:    // FIXME: This should probably pass true for useTransforms.
131:    FloatPoint absolutePosition = renderer->absoluteToLocal(FloatPoint(static_cast<MouseEvent
*>(event)->pageX(), static_cast<MouseEvent*>(event)->pageY()));
132:    int x = absolutePosition.x();
133:    int y = absolutePosition.y();
134:    url += "?";
135:    url += String::number(x);
136:    url += ",";
137:    url += String::number(y);
138: }
139:
140: void HTMLAnchorElement::defaultEventHandler(Event* event)
141: {
142:    if (isLink()) {
143:        if (focused() && isEnterKeyKeydownEvent(event) && treatLinkAsLiveForEventType
(NonMouseEvent)) {
144:            event->setDefaultHandled();
145:            dispatchSimulatedClick(event);
146:            return;
147:        }
148:
149:        if (isLinkClick(event) && treatLinkAsLiveForEventType(eventType(event))) {
150:            String url = stripLeadingAndTrailingHTMLSpaces(getAttribute(hrefAttr));
```

```cpp
151:             appendServerMapMousePosition(url, event);
152:         handleLinkClick(event, document(), url, getAttribute(targetAttr), hasRel
(RelationNoReferrer));
153:         sendPings(document()->completeURL(url));
154:         return;
155:     }
156:
157:     if (rendererIsEditable()) {
158:         // This keeps track of the editable block that the selection was in (if it was in
one) just before the link was clicked
159:         // for the LiveWhenNotFocused editable link behavior
160:         if (event->type() == eventNames().mousedownEvent && event->isMouseEvent() &&
static_cast<MouseEvent*>(event)->button() != RightButton && document()->frame() && document()->
frame()->selection()) {
161:             m_rootEditableElementForSelectionOnMouseDown = document()->frame()->selection
()->rootEditableElement();
162:             m_wasShiftKeyDownOnMouseDown = static_cast<MouseEvent*>(event)->shiftKey();
163:         } else if (event->type() == eventNames().mouseoverEvent) {
164:             // These are cleared on mouseover and not mouseout because their values are
needed for drag events,
165:             // but drag events happen after mouse out events.
166:             m_rootEditableElementForSelectionOnMouseDown = 0;
167:             m_wasShiftKeyDownOnMouseDown = false;
168:         }
169:     }
170: }
171:
172: HTMLElement::defaultEventHandler(event);
173: }
174:
175: void HTMLAnchorElement::setActive(bool down, bool pause)
176: {
177:     if (rendererIsEditable()) {
178:         EditableLinkBehavior editableLinkBehavior = EditableLinkDefaultBehavior;
179:         if (Settings* settings = document()->settings())
180:             editableLinkBehavior = settings->editableLinkBehavior();
181:
182:         switch (editableLinkBehavior) {
183:             default:
```

```
184:                case EditableLinkDefaultBehavior:
185:                case EditableLinkAlwaysLive:
186:                    break;
187:
188:                case EditableLinkNeverLive:
189:                    return;
190:
191:                    // Don't set the link to be active if the current selection is in the same
                    editable block as this link
192:                case EditableLinkLiveWhenNotFocused:
193:                    if (down && document()->frame() && document()->frame()->selection()->
                    rootEditableElement() == rootEditableElement())
194:
195:                        return;
196:                    break;
197:
198:                case EditableLinkOnlyLiveWithShiftKey:
199:                    return;
200:                }
201:            }
202:        }
203:
204:    ContainerNode::setActive(down, pause);
205:    }
206:
207:    void HTMLAnchorElement::parseMappedAttribute(Attribute* attr)
208:    {
209:        if (attr->name() == hrefAttr) {
210:            bool wasLink = isLink();
211:            setIsLink(!attr->isNull());
212:            if (wasLink != isLink())
213:                setNeedsStyleRecalc();
214:            if (isLink()) {
215:                String parsedURL = stripLeadingAndTrailingHTMLSpaces(attr->value());
216:                if (document()->isDNSPrefetchEnabled()) {
217:                    if (protocolIs(parsedURL, "http") || protocolIs(parsedURL, "https") ||
                    parsedURL.startsWith("//"))
218:                        ResourceHandle::prepareForURL(document()->completeURL(parsedURL));
219:                }
```

```
220:             if (document()->page() && !document()->page()->javaScriptURLsAreAllowed() &&
       protocolIsJavaScript(parsedURL)) {
221:             clearIsLink();
222:             attr->setValue(nullAtom);
223:         }
224:     }
225:     } else if (attr->name() == nameAttr ||
226:             attr->name() == titleAttr) {
227:         // Do nothing.
228:     } else if (attr->name() == relAttr)
229:         setRel(attr->value());
230:     else
231:         HTMLElement::parseMappedAttribute(attr);
232: }
233:
234: void HTMLAnchorElement::accessKeyAction(bool sendToAnyElement)
235: {
236:     // send the mouse button events if the caller specified sendToAnyElement
237:     dispatchSimulatedClick(0, sendToAnyElement);
238: }
239:
240: bool HTMLAnchorElement::isURLAttribute(Attribute *attr) const
241: {
242:     return attr->name() == hrefAttr;
243: }
244:
245: bool HTMLAnchorElement::canStartSelection() const
246: {
247:     // FIXME: We probably want this same behavior in SVGAElement too
248:     if (!isLink())
249:         return HTMLElement::canStartSelection();
250:     return rendererIsEditable();
251: }
252:
253: bool HTMLAnchorElement::draggable() const
254: {
255:     // Should be draggable if we have an href attribute.
256:     const AtomicString& value = getAttribute(draggableAttr);
257:     if (equalIgnoringCase(value, "true"))
```

```
258:       return true;
259:   if (equalIgnoringCase(value, "false"))
260:       return false;
261:   return hasAttribute(hrefAttr);
262: }
263:
264: KURL HTMLAnchorElement::href() const
265: {
266:   return document()->completeURL(stripLeadingAndTrailingHTMLSpaces(getAttribute(hrefAttr)))
267: }
268:
269: void HTMLAnchorElement::setHref(const AtomicString& value)
270: {
271:   setAttribute(hrefAttr, value);
272: }
273:
274: bool HTMLAnchorElement::hasRel(uint32_t relation) const
275: {
276:   return m_linkRelations & relation;
277: }
278:
279: void HTMLAnchorElement::setRel(const String& value)
280: {
281:   m_linkRelations = 0;
282:   SpaceSplitString newLinkRelations(value, true);
283:   // FIXME: Add link relations as they are implemented
284:   if (newLinkRelations.contains("noreferrer"))
285:       m_linkRelations |= RelationNoReferrer;
286: }
287:
288: const AtomicString& HTMLAnchorElement::name() const
289: {
290:   return getAttribute(nameAttr);
291: }
292:
293: short HTMLAnchorElement::tabIndex() const
294: {
295:   // Skip the supportsFocus check in HTMLElement.
```

```
296:        return Element::tabIndex();
297:    }
298:
299:    String HTMLAnchorElement::target() const
300:    {
301:        return getAttribute(targetAttr);
302:    }
303:
304:    String HTMLAnchorElement::hash() const
305:    {
306:        String fragmentIdentifier = href().fragmentIdentifier();
307:        return fragmentIdentifier.isEmpty() ? "" : "#" + fragmentIdentifier;
308:    }
309:
310:    void HTMLAnchorElement::setHash(const String& value)
311:    {
312:        KURL url = href();
313:        if (value[0] == '#')
314:            url.setFragmentIdentifier(value.substring(1));
315:        else
316:            url.setFragmentIdentifier(value);
317:        setHref(url.string());
318:    }
319:
320:    String HTMLAnchorElement::host() const
321:    {
322:        const KURL& url = href();
323:        if (url.hostEnd() == url.pathStart())
324:            return url.host();
325:        if (isDefaultPortForProtocol(url.port(), url.protocol()))
326:            return url.host();
327:        return url.host() + ":" + String::number(url.port());
328:    }
329:
330:    void HTMLAnchorElement::setHost(const String& value)
331:    {
332:        if (value.isEmpty())
333:            return;
334:        KURL url = href();
```

```
335:        if (!url.canSetHostOrPort())
336:            return;
337:
338:        size_t separator = value.find(':');
339:        if (!separator)
340:            return;
341:
342:        if (separator == notFound)
343:            url.setHostAndPort(value);
344:        else {
345:            unsigned portEnd;
346:            unsigned port = parsePortFromStringPosition(value, separator + 1, portEnd);
347:            if (!port) {
348:                // http://dev.w3.org/html5/spec/infrastructure.html#url-decomposition-idl-
349:                // specifically goes against RFC 3986 (p3.2) and
350:                // requires setting the port to "0" if it is set to empty string.
351:                url.setHostAndPort(value.substring(0, separator + 1) + "0");
352:            } else {
353:                if (isDefaultPortForProtocol(port, url.protocol()))
354:                    url.setHostAndPort(value.substring(0, separator));
355:                else
356:                    url.setHostAndPort(value.substring(0, portEnd));
357:            }
358:        }
359:        setHref(url.string());
360:    }
361:
362:    String HTMLAnchorElement::hostname() const
363:    {
364:        return href().host();
365:    }
366:
367:    void HTMLAnchorElement::setHostname(const String& value)
368:    {
369:        // Before setting new value:
370:        // Remove all leading U+002F SOLIDUS ("/") characters.
371:        unsigned i = 0;
372:        unsigned hostLength = value.length();
```

```
373:        while (value[i] == '/')
374:            i++;
375:
376:        if (i == hostLength)
377:            return;
378:
379:    KURL url = href();
380:    if (!url.canSetHostOrPort())
381:        return;
382:
383:    url.setHost(value.substring(i));
384:    setHref(url.string());
385: }
386:
387: String HTMLAnchorElement::pathname() const
388: {
389:    return href().path();
390: }
391:
392: void HTMLAnchorElement::setPathname(const String& value)
393: {
394:    KURL url = href();
395:    if (!url.canSetPathname())
396:        return;
397:
398:    if (value[0] == '/')
399:        url.setPath(value);
400:    else
401:        url.setPath("/" + value);
402:
403:    setHref(url.string());
404: }
405:
406: String HTMLAnchorElement::port() const
407: {
408:    return String::number(href().port());
409: }
410:
411: void HTMLAnchorElement::setPort(const String& value)
```

```
412:  {
413:      KURL url = href();
414:      if (!url.canSetHostOrPort())
415:          return;
416:
417:      // http://dev.w3.org/html5/spec/infrastructure.html#url-decomposition-idl-attributes
418:      // specifically goes against RFC 3986 (p3.2) and
419:      // requires setting the port to "0" if it is set to empty string.
420:      unsigned port = value.toUInt();
421:      if (isDefaultPortForProtocol(port, url.protocol()))
422:          url.removePort();
423:      else
424:          url.setPort(port);
425:
426:      setHref(url.string());
427:  }
428:
429:  String HTMLAnchorElement::protocol() const
430:  {
431:      return href().protocol() + ":";
432:  }
433:
434:  void HTMLAnchorElement::setProtocol(const String& value)
435:  {
436:      KURL url = href();
437:      url.setProtocol(value);
438:      setHref(url.string());
439:  }
440:
441:  String HTMLAnchorElement::search() const
442:  {
443:      String query = href().query();
444:      return query.isEmpty() ? "" : "?" + query;
445:  }
446:
447:  String HTMLAnchorElement::origin() const
448:  {
449:      RefPtr<SecurityOrigin> origin = SecurityOrigin::create(href());
450:      return origin->toString();
```

```
451:    }
452:
453:    String HTMLAnchorElement::getParameter(const String& name) const
454:    {
455:        ParsedURLParameters parameters;
456:        href().copyParsedQueryTo(parameters);
457:        return parameters.get(name);
458:    }
459:
460:    void HTMLAnchorElement::setSearch(const String& value)
461:    {
462:        KURL url = href();
463:        String newSearch = (value[0] == '?') ? value.substring(1) : value;
464:        // Make sure that '#' in the query does not leak to the hash.
465:        url.setQuery(newSearch.replace('#', "%23"));
466:
467:        setHref(url.string());
468:    }
469:
470:    String HTMLAnchorElement::text() const
471:    {
472:        return innerText();
473:    }
474:
475:    String HTMLAnchorElement::toString() const
476:    {
477:        return href().string();
478:    }
479:
480:    bool HTMLAnchorElement::isLiveLink() const
481:    {
482:        return isLink() && treatLinkAsLiveForEventType(m_wasShiftKeyDownOnMouseDown ?
MouseEventWithShiftKey : MouseEventWithoutShiftKey);
483:    }
484:
485:    void HTMLAnchorElement::sendPings(const KURL& destinationURL)
486:    {
487:        if (!hasAttribute(pingAttr) || !document()->settings()->hyperlinkAuditingEnabled())
488:            return;
```

```
489:
490:        SpaceSplitString pingURLs(getAttribute(pingAttr), true);
491:        for (unsigned i = 0; i < pingURLs.size(); i++)
492:            PingLoader::sendPing(document()->frame(), document()->completeURL(pingURLs[i]),
destinationURL);
493:    }
494:
495:    HTMLAnchorElement::EventType HTMLAnchorElement::eventType(Event* event)
496:    {
497:        if (!event->isMouseEvent())
498:            return NonMouseEvent;
499:        return static_cast<MouseEvent*>(event)->shiftKey() ? MouseEventWithShiftKey :
MouseEventWithoutShiftKey;
500:    }
501:
502:    bool HTMLAnchorElement::treatLinkAsLiveForEventType(EventType eventType) const
503:    {
504:        if (!rendererIsEditable())
505:            return true;
506:
507:        Settings* settings = document()->settings();
508:        if (!settings)
509:            return true;
510:
511:        switch (settings->editableLinkBehavior()) {
512:        case EditableLinkDefaultBehavior:
513:        case EditableLinkAlwaysLive:
514:            return true;
515:
516:        case EditableLinkNeverLive:
517:            return false;
518:
519:        // If the selection prior to clicking on this link resided in the same editable block as
this link,
520:        // and the shift key isn't pressed, we don't want to follow the link.
521:        case EditableLinkLiveWhenNotFocused:
522:            return eventType == MouseEventWithShiftKey || (eventType == MouseEventWithoutShiftKey
&& m_rootEditableElementForSelectionOnMouseDown != rootEditableElement()));
523:
```

```
524:        case EditableLinkOnlyLiveWithShiftKey:
525:            return eventType == MouseEventWithShiftKey;
526:        }
527:
528:        ASSERT_NOT_REACHED();
529:        return false;
530:    }
531:
532:    bool isEnterKeyKeydownEvent(Event* event)
533:    {
534:        return event->type() == eventNames().keydownEvent && event->isKeyboardEvent() &&
        static_cast<KeyboardEvent*>(event)->keyIdentifier() == "Enter";
535:    }
536:
537:    bool isMiddleMouseButtonEvent(Event* event)
538:    {
539:        return event->isMouseEvent() && static_cast<MouseEvent*>(event)->button() == MiddleButton
        ;
540:    }
541:
542:    bool isLinkClick(Event* event)
543:    {
544:        return event->type() == eventNames().clickEvent && (!event->isMouseEvent() || static_cast
        <MouseEvent*>(event)->button() != RightButton);
545:    }
546:
547:    void handleLinkClick(Event* event, Document* document, const String& url, const String&
        target, bool hideReferrer)
548:    {
549:        event->setDefaultHandled();
550:
551:        Frame* frame = document->frame();
552:        if (!frame)
553:            return;
554:        frame->loader()->urlSelected(document->completeURL(url), target, event, false, false,
        hideReferrer ? NoReferrer : SendReferrer);
555:    }
556:
557:    }
```

View.java

12/1/11 10:44 PM

```
1:  /*
2:   * Copyright (C) 2006 The Android Open Source Project
3:   *
4:   * Licensed under the Apache License, Version 2.0 (the "License");
5:   * you may not use this file except in compliance with the License.
6:   * You may obtain a copy of the License at
7:   *
8:   *      http://www.apache.org/licenses/LICENSE-2.0
9:   *
10:  * Unless required by applicable law or agreed to in writing, software
11:  * distributed under the License is distributed on an "AS IS" BASIS,
12:  * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
13:  * See the License for the specific language governing permissions and
14:  * limitations under the License.
15:  */
16:
17:  package android.view;
18:
19:  import android.content.ClipData;
20:  import android.content.Context;
21:  import android.content.res.Configuration;
22:  import android.content.res.Resources;
23:  import android.content.res.TypedArray;
24:  import android.graphics.Bitmap;
25:  import android.graphics.Camera;
26:  import android.graphics.Canvas;
27:  import android.graphics.Interpolator;
28:  import android.graphics.LinearGradient;
29:  import android.graphics.Matrix;
30:  import android.graphics.Paint;
31:  import android.graphics.PixelFormat;
32:  import android.graphics.Point;
33:  import android.graphics.PorterDuff;
34:  import android.graphics.PorterDuffXfermode;
35:  import android.graphics.Rect;
36:  import android.graphics.RectF;
37:  import android.graphics.Region;
38:  import android.graphics.Shader;
39:  import android.graphics.drawable.ColorDrawable;
```

```
40: import android.graphics.drawable.Drawable;
41: import android.os.Handler;
42: import android.os.IBinder;
43: import android.os.Message;
44: import android.os.Parcel;
45: import android.os.Parcelable;
46: import android.os.RemoteException;
47: import android.os.SystemClock;
48: import android.text.TextUtils;
49: import android.util.AttributeSet;
50: import android.util.FloatProperty;
51: import android.util.LocaleUtil;
52: import android.util.Log;
53: import android.util.Pool;
54: import android.util.Poolable;
55: import android.util.PoolableManager;
56: import android.util.Pools;
57: import android.util.Property;
58: import android.util.SparseArray;
59: import android.util.TypedValue;
60: import android.view.ContextMenu.ContextMenuInfo;
61: import android.view.accessibility.AccessibilityEvent;
62: import android.view.accessibility.AccessibilityEventSource;
63: import android.view.accessibility.AccessibilityManager;
64: import android.view.accessibility.AccessibilityNodeInfo;
65: import android.view.animation.Animation;
66: import android.view.animation.AnimationUtils;
67: import android.view.inputmethod.EditorInfo;
68: import android.view.inputmethod.InputConnection;
69: import android.view.inputmethod.InputMethodManager;
70: import android.widget.ScrollBarDrawable;
71:
72: import static android.os.Build.VERSION_CODES.*;
73:
74: import com.android.internal.R;
75: import com.android.internal.util.Predicate;
76: import com.android.internal.view.menu.MenuBuilder;
77:
78: import java.lang.ref.WeakReference;
```

```
79:   import java.lang.reflect.InvocationTargetException;
80:   import java.lang.reflect.Method;
81:   import java.util.ArrayList;
82:   import java.util.Arrays;
83:   import java.util.Locale;
84:   import java.util.concurrent.CopyOnWriteArrayList;
85:
86:   /**
87:    * <p>
88:    * This class represents the basic building block for user interface components. A View
89:    * occupies a rectangular area on the screen and is responsible for drawing and
90:    * event handling. View is the base class for <em>widgets</em>, which are
91:    * used to create interactive UI components (buttons, text fields, etc.). The
92:    * {@link android.view.ViewGroup} subclass is the base class for <em>layouts</em>, which
93:    * are invisible containers that hold other Views (or other ViewGroups) and define
94:    * their layout properties.
95:    * </p>
96:    *
97:    * <div class="special reference">
98:    * <h3>Developer Guides</h3>
99:    * <p>For information about using this class to develop your application's user interface,
100:   * read the <a href="{@docRoot}guide/topics/ui/index.html">User Interface</a> developer guide
.
101:   * </div>
102:   *
103:   * <a name="Using"></a>
104:   * <h3>Using Views</h3>
105:   * <p>
106:   * All of the views in a window are arranged in a single tree. You can add views
107:   * either from code or by specifying a tree of views in one or more XML layout
108:   * files. There are many specialized subclasses of views that act as controls or
109:   * are capable of displaying text, images, or other content.
110:   * </p>
111:   * <p>
112:   * Once you have created a tree of views, there are typically a few types of
113:   * common operations you may wish to perform:
114:   * <ul>
115:   * <li><strong>Set properties:</strong> for example setting the text of a
116:   * {@link android.widget.TextView}. The available properties and the methods
```

View.java

```
117:  * that set them will vary among the different subclasses of views. Note that
118:  * properties that are known at build time can be set in the XML layout
119:  * files.</li>
120:  * <li><strong>Set focus:</strong> The framework will handled moving focus in
121:  * response to user input. To force focus to a specific view, call
122:  * {@link #requestFocus}.</li>
123:  * <li><strong>Set up listeners:</strong> Views allow clients to set listeners
124:  * that will be notified when something interesting happens to the view. For
125:  * example, all views will let you set a listener to be notified when the view
126:  * gains or loses focus. You can register such a listener using
127:  * {@link #setOnFocusChangeListener(android.view.View.OnFocusChangeListener)}.
128:  * Other view subclasses offer more specialized listeners. For example, a Button
129:  * exposes a listener to notify clients when the button is clicked.</li>
130:  * <li><strong>Set visibility:</strong> You can hide or show views using
131:  * {@link #setVisibility(int)}.</li>
132:  * </ul>
133:  * </p>
134:  * <p><em>
135:  * Note: The Android framework is responsible for measuring, laying out and
136:  * drawing views. You should not call methods that perform these actions on
137:  * views yourself unless you are actually implementing a
138:  * {@link android.view.ViewGroup}.
139:  * </em></p>
140:  *
141:  * <a name="Lifecycle"></a>
142:  * <h3>Implementing a Custom View</h3>
143:  *
144:  * <p>
145:  * To implement a custom view, you will usually begin by providing overrides for
146:  * some of the standard methods that the framework calls on all views. You do
147:  * not need to override all of these methods. In fact, you can start by just
148:  * overriding {@link #onDraw(android.graphics.Canvas)}.
149:  * <table border="2" width="85%" align="center" cellpadding="5">
150:  *     <thead>
151:  *         <tr><th>Category</th> <th>Methods</th> <th>Description</th></tr>
152:  *     </thead>
153:  *
154:  *     <tbody>
155:  *     <tr>
```

View.java

```
156:  *     <td rowspan="2">Creation</td>
157:  *     <td>Constructors</td>
158:  *     <td>There is a form of the constructor that are called when the view
159:  *     is created from code and a form that is called when the view is
160:  *     inflated from a layout file. The second form should parse and apply
161:  *     any attributes defined in the layout file.
162:  *     </td>
163:  *   </tr>
164:  *   <tr>
165:  *     <td><code>{@link #onFinishInflate()}</code></td>
166:  *     <td>Called after a view and all of its children has been inflated
167:  *     from XML.</td>
168:  *   </tr>
169:  *
170:  *   <tr>
171:  *     <td rowspan="3">Layout</td>
172:  *     <td><code>{@link #onMeasure(int, int)}</code></td>
173:  *     <td>Called to determine the size requirements for this view and all
174:  *     of its children.
175:  *     </td>
176:  *   </tr>
177:  *   <tr>
178:  *     <td><code>{@link #onLayout(boolean, int, int, int, int)}</code></td>
179:  *     <td>Called when this view should assign a size and position to all
180:  *     of its children.
181:  *     </td>
182:  *   </tr>
183:  *   <tr>
184:  *     <td><code>{@link #onSizeChanged(int, int, int, int)}</code></td>
185:  *     <td>Called when the size of this view has changed.
186:  *     </td>
187:  *   </tr>
188:  *
189:  *   <tr>
190:  *     <td>Drawing</td>
191:  *     <td><code>{@link #onDraw(android.graphics.Canvas)}</code></td>
192:  *     <td>Called when the view should render its content.
193:  *     </td>
194:  *   </tr>
```

View.java

```
195:    *  <tr>
196:    *    <td rowspan="4">Event processing</td>
197:    *    <td><code>{@link #onKeyDown(int, KeyEvent)}</code></td>
198:    *    <td>Called when a new key event occurs.
199:    *    </td>
200:    *  </tr>
201:    *  <tr>
202:    *    <td><code>{@link #onKeyUp(int, KeyEvent)}</code></td>
203:    *    <td>Called when a key up event occurs.
204:    *    </td>
205:    *  </tr>
206:    *  <tr>
207:    *    <td><code>{@link #onTrackballEvent(MotionEvent)}</code></td>
208:    *    <td>Called when a trackball motion event occurs.
209:    *    </td>
210:    *  </tr>
211:    *  <tr>
212:    *    <td><code>{@link #onTouchEvent(MotionEvent)}</code></td>
213:    *    <td>Called when a touch screen motion event occurs.
214:    *    </td>
215:    *  </tr>
216:    *  <tr>
217:    *    <td rowspan="2">Focus</td>
218:    *    <td><code>{@link #onFocusChanged(boolean, int, android.graphics.Rect)}</code></td>
219:    *    <td>Called when the view gains or loses focus.
220:    *    </td>
221:    *  </tr>
222:    *  <tr>
223:    *    <td><code>{@link #onWindowFocusChanged(boolean)}</code></td>
224:    *    <td>Called when the window containing the view gains or loses focus.
225:    *    </td>
226:    *  </tr>
227:    *  <tr>
228:    *    <td rowspan="3">Attaching</td>
229:    *    <td><code>{@link #onAttachedToWindow()}</code></td>
```

View.java

```
234:  *          <td>Called when the view is attached to a window.
235:  *          </td>
236:  *       </tr>
237:  *
238:  *       <tr>
239:  *          <td><code>{@link #onDetachedFromWindow}</code></td>
240:  *          <td>Called when the view is detached from its window.
241:  *          </td>
242:  *       </tr>
243:  *
244:  *       <tr>
245:  *          <td><code>{@link #onWindowVisibilityChanged(int)}</code></td>
246:  *          <td>Called when the visibility of the window containing the view
247:  *          has changed.
248:  *          </td>
249:  *       </tr>
250:  *    </tbody>
251:  *    </table>
252:  *    </p>
253:  *
254:  *    <a name="IDs"></a>
255:  *    <h3>IDs</h3>
256:  *    Views may have an integer id associated with them. These ids are typically
257:  *    assigned in the layout XML files, and are used to find specific views within
258:  *    the view tree. A common pattern is to:
259:  *    <ul>
260:  *    <li>Define a Button in the layout file and assign it a unique ID.
261:  *    <pre>
262:  *    &lt;Button
263:  *       android:id="@+id/my_button"
264:  *       android:layout_width="wrap_content"
265:  *       android:layout_height="wrap_content"
266:  *       android:text="@string/my_button_text"/&gt;
267:  *    </pre></li>
268:  *    <li>From the onCreate method of an Activity, find the Button
269:  *    <pre class="prettyprint">
270:  *       Button myButton = (Button) findViewById(R.id.my_button);
271:  *    </pre></li>
272:  *
```

View.java

```
273:  *  </ul>
274:  * <p>
275:  * View IDs need not be unique throughout the tree, but it is good practice to
276:  * ensure that they are at least unique within the part of the tree you are
277:  * searching.
278:  * </p>
279:  *
280:  * <a name="Position"></a>
281:  * <h3>Position</h3>
282:  * <p>
283:  * The geometry of a view is that of a rectangle. A view has a location,
284:  * expressed as a pair of <em>left</em> and <em>top</em> coordinates, and
285:  * two dimensions, expressed as a width and a height. The unit for location
286:  * and dimensions is the pixel.
287:  * </p>
288:  *
289:  * <p>
290:  * It is possible to retrieve the location of a view by invoking the methods
291:  * {@link #getLeft()} and {@link #getTop()}. The former returns the left, or X,
292:  * coordinate of the rectangle representing the view. The latter returns the
293:  * top, or Y, coordinate of the rectangle representing the view. These methods
294:  * both return the location of the view relative to its parent. For instance,
295:  * when getLeft() returns 20, that means the view is located 20 pixels to the
296:  * right of the left edge of its direct parent.
297:  * </p>
298:  *
299:  * <p>
300:  * In addition, several convenience methods are offered to avoid unnecessary
301:  * computations, namely {@link #getRight()} and {@link #getBottom()}.
302:  * These methods return the coordinates of the right and bottom edges of the
303:  * rectangle representing the view. For instance, calling {@link #getRight()}
304:  * is similar to the following computation: <code>getLeft() + getWidth()</code>
305:  * (see <a href="#SizePaddingMargins">Size</a> for more information about the width.)
306:  * </p>
307:  *
308:  * <a name="SizePaddingMargins"></a>
309:  * <h3>Size, padding and margins</h3>
310:  * <p>
311:  * The size of a view is expressed with a width and a height. A view actually
```

```
312:    *  possess two pairs of width and height values.
313:    *  </p>
314:    *
315:    *  <p>
316:    *  The first pair is known as <em>measured width</em> and
317:    *  <em>measured height</em>. These dimensions define how big a view wants to be
318:    *  within its parent (see <a href="#Layout">Layout</a> for more details.) The
319:    *  measured dimensions can be obtained by calling {@link #getMeasuredWidth()}
320:    *  and {@link #getMeasuredHeight()}.
321:    *  </p>
322:    *
323:    *  <p>
324:    *  The second pair is simply known as <em>width</em> and <em>height</em>, or
325:    *  sometimes <em>drawing width</em> and <em>drawing height</em>. These
326:    *  dimensions define the actual size of the view on screen, at drawing time and
327:    *  after layout. These values may, but do not have to, be different from the
328:    *  measured width and height. The width and height can be obtained by calling
329:    *  {@link #getWidth()} and {@link #getHeight()}.
330:    *  </p>
331:    *
332:    *  <p>
333:    *  To measure its dimensions, a view takes into account its padding. The padding
334:    *  is expressed in pixels for the left, top, right and bottom parts of the view.
335:    *  Padding can be used to offset the content of the view by a specific amount of
336:    *  pixels. For instance, a left padding of 2 will push the view's content by
337:    *  2 pixels to the right of the left edge. Padding can be set using the
338:    *  {@link #setPadding(int, int, int, int)} method and queried by calling
339:    *  {@link #getPaddingLeft()}, {@link #getPaddingTop()},
340:    *  {@link #getPaddingRight()}, {@link #getPaddingBottom()}.
341:    *  </p>
342:    *
343:    *  <p>
344:    *  Even though a view can define a padding, it does not provide any support for
345:    *  margins. However, view groups provide such a support. Refer to
346:    *  {@link android.view.ViewGroup} and
347:    *  {@link android.view.ViewGroup.MarginLayoutParams} for further information.
348:    *  </p>
349:    *
350:    *  <a name="Layout"></a>
```

```
351:    *   <h3>Layout</h3>
352:    *   <p>
353:    *   Layout is a two pass process: a measure pass and a layout pass. The measuring
354:    *   pass is implemented in {@link #measure(int, int)} and is a top-down traversal
355:    *   of the view tree. Each view pushes dimension specifications down the tree
356:    *   during the recursion. At the end of the measure pass, every view has stored
357:    *   its measurements. The second pass happens in
358:    *   {@link #layout(int,int,int,int)} and is also top-down. During
359:    *   this pass each parent is responsible for positioning all of its children
360:    *   using the sizes computed in the measure pass.
361:    *   </p>
362:    *
363:    *   <p>
364:    *   When a view's measure() method returns, its {@link #getMeasuredWidth()} and
365:    *   {@link #getMeasuredHeight()} values must be set, along with those for all of
366:    *   that view's descendants. A view's measured width and measured height values
367:    *   must respect the constraints imposed by the view's parents. This guarantees
368:    *   that at the end of the measure pass, all parents accept all of their
369:    *   children's measurements. A parent view may call measure() more than once on
370:    *   its children. For example, the parent may measure each child once with
371:    *   unspecified dimensions to find out how big they want to be, then call
372:    *   measure() on them again with actual numbers if the sum of all the children's
373:    *   unconstrained sizes is too big or too small.
374:    *   </p>
375:    *
376:    *   <p>
377:    *   The measure pass uses two classes to communicate dimensions. The
378:    *   {@link MeasureSpec} class is used by views to tell their parents how they
379:    *   want to be measured and positioned. The base LayoutParams class just
380:    *   describes how big the view wants to be for both width and height. For each
381:    *   dimension, it can specify one of:
382:    *   <ul>
383:    *   <li> an exact number
384:    *   <li>MATCH_PARENT, which means the view wants to be as big as its parent
385:    *   (minus padding)
386:    *   <li> WRAP_CONTENT, which means that the view wants to be just big enough to
387:    *   enclose its content (plus padding).
388:    *   </ul>
389:    *   There are subclasses of LayoutParams for different subclasses of ViewGroup.
```

```
390:    * For example, AbsoluteLayout has its own subclass of LayoutParams which adds
391:    * an X and Y value.
392:    * </p>
393:    *
394:    * <p>
395:    * MeasureSpecs are used to push requirements down the tree from parent to
396:    * child. A MeasureSpec can be in one of three modes:
397:    * <ul>
398:    * <li>UNSPECIFIED: This is used by a parent to determine the desired dimension
399:    * of a child view. For example, a LinearLayout may call measure() on its child
400:    * with the height set to UNSPECIFIED and a width of EXACTLY 240 to find out how
401:    * tall the child view wants to be given a width of 240 pixels.
402:    * <li>EXACTLY: This is used by the parent to impose an exact size on the
403:    * child. The child must use this size, and guarantee that all of its
404:    * descendants will fit within this size.
405:    * <li>AT_MOST: This is used by the parent to impose a maximum size on the
406:    * child. The child must gurantee that it and all of its descendants will fit
407:    * within this size.
408:    * </ul>
409:    * </p>
410:    *
411:    * <p>
412:    * To intiate a layout, call {@link #requestLayout}. This method is typically
413:    * called by a view on itself when it believes that is can no longer fit within
414:    * its current bounds.
415:    * </p>
416:    *
417:    * <a name="Drawing"></a>
418:    * <h3>Drawing</h3>
419:    * <p>
420:    * Drawing is handled by walking the tree and rendering each view that
421:    * intersects the invalid region. Because the tree is traversed in-order,
422:    * this means that parents will draw before (i.e., behind) their children, with
423:    * siblings drawn in the order they appear in the tree.
424:    * If you set a background drawable for a View, then the View will draw it for you
425:    * before calling back to its <code>onDraw()</code> method.
426:    * </p>
427:    *
428:    * <p>
```

```java
429:  * Note that the framework will not draw views that are not in the invalid region.
430:  * </p>
431:  *
432:  * <p>
433:  * To force a view to draw, call {@link #invalidate()}.
434:  * </p>
435:  *
436:  * <a name="EventHandlingThreading"></a>
437:  * <h3>Event Handling and Threading</h3>
438:  * <p>
439:  * The basic cycle of a view is as follows:
440:  * <ol>
441:  * <li>An event comes in and is dispatched to the appropriate view. The view
442:  * handles the event and notifies any listeners.</li>
443:  * <li>If in the course of processing the event, the view's bounds may need
444:  * to be changed, the view will call {@link #requestLayout()}.</li>
445:  * <li>Similarly, if in the course of processing the event the view's appearance
446:  * may need to be changed, the view will call {@link #invalidate()}.</li>
447:  * <li>If either {@link #requestLayout()} or {@link #invalidate()} were called,
448:  * the framework will take care of measuring, laying out, and drawing the tree
449:  * as appropriate.</li>
450:  * </ol>
451:  * </p>
452:  *
453:  * <p><em>Note: The entire view tree is single threaded. You must always be on
454:  * the UI thread when calling any method on any view.</em></p>
455:  * If you are doing work on other threads and want to update the state of a view
456:  * from that thread, you should use a {@link Handler}.
457:  * </p>
458:  *
459:  * <a name="FocusHandling"></a>
460:  * <h3>Focus Handling</h3>
461:  * <p>
462:  * The framework will handle routine focus movement in response to user input.
463:  * This includes changing the focus as views are removed or hidden, or as new
464:  * views become available. Views indicate their willingness to take focus
465:  * through the {@link #isFocusable} method. To change whether a view can take
466:  * focus, call {@link #setFocusable(boolean)}. When in touch mode (see notes below)
467:  * views indicate whether they still would like focus via {@link #isFocusableInTouchMode}
```

```
468:  * and can change this via {@link #setFocusableInTouchMode(boolean)}.
469:  * </p>
470:  * <p>
471:  * Focus movement is based on an algorithm which finds the nearest neighbor in a
472:  * given direction. In rare cases, the default algorithm may not match the
473:  * intended behavior of the developer. In these situations, you can provide
474:  * explicit overrides by using these XML attributes in the layout file:
475:  * <pre>
476:  * nextFocusDown
477:  * nextFocusLeft
478:  * nextFocusRight
479:  * nextFocusUp
480:  * </pre>
481:  * </p>
482:  *
483:  *
484:  * <p>
485:  * To get a particular view to take focus, call {@link #requestFocus()}.
486:  * </p>
487:  *
488:  * <a name="TouchMode"></a>
489:  * <h3>Touch Mode</h3>
490:  * <p>
491:  * When a user is navigating a user interface via directional keys such as a D-pad, it is
492:  * necessary to give focus to actionable items such as buttons so the user can see
493:  * what will take input. If the device has touch capabilities, however, and the user
494:  * begins interacting with the interface by touching it, it is no longer necessary to
495:  * always highlight, or give focus to, a particular view. This motivates a mode
496:  * for interaction named 'touch mode'.
497:  * </p>
498:  * <p>
499:  * For a touch capable device, once the user touches the screen, the device
500:  * will enter touch mode. From this point onward, only views for which
501:  * {@link #isFocusableInTouchMode} is true will be focusable, such as text editing widgets.
502:  * Other views that are touchable, like buttons, will not take focus when touched; they will
503:  * only fire the on click listeners.
504:  * </p>
505:  * <p>
506:  * Any time a user hits a directional key, such as a D-pad direction, the view device will
```

```
507:  * exit touch mode, and find a view to take focus, so that the user may resume interacting
508:  * with the user interface without touching the screen again.
509:  * </p>
510:  * <p>
511:  * The touch mode state is maintained across {@link android.app.Activity}s.  Call
512:  * {@link #isInTouchMode} to see whether the device is currently in touch mode.
513:  * </p>
514:  *
515:  * <a name="Scrolling"></a>
516:  * <h3>Scrolling</h3>
517:  * <p>
518:  * The framework provides basic support for views that wish to internally
519:  * scroll their content. This includes keeping track of the X and Y scroll
520:  * offset as well as mechanisms for drawing scrollbars. See
521:  * {@link #scrollBy(int, int)}, {@link #scrollTo(int, int)}, and
522:  * {@link #awakenScrollBars()} for more details.
523:  * </p>
524:  *
525:  * <a name="Tags"></a>
526:  * <h3>Tags</h3>
527:  * <p>
528:  * Unlike IDs, tags are not used to identify views. Tags are essentially an
529:  * extra piece of information that can be associated with a view. They are most
530:  * often used as a convenience to store data related to views in the views
531:  * themselves rather than by putting them in a separate structure.
532:  * </p>
533:  *
534:  * <a name="Animation"></a>
535:  * <h3>Animation</h3>
536:  * <p>
537:  * You can attach an {@link Animation} object to a view using
538:  * {@link #setAnimation(Animation)} or
539:  * {@link #startAnimation(Animation)}. The animation can alter the scale,
540:  * rotation, translation and alpha of a view over time. If the animation is
541:  * attached to a view that has children, the animation will affect the entire
542:  * subtree rooted by that node. When an animation is started, the framework will
543:  * take care of redrawing the appropriate views until the animation completes.
544:  * </p>
545:  * <p>
```

```
546:      * Starting with Android 3.0, the preferred way of animating views is to use the
547:      * {@link android.animation} package APIs.
548:      * </p>
549:      *
550:      * <a name="Security"></a>
551:      * <h3>Security</h3>
552:      * <p>
553:      * Sometimes it is essential that an application be able to verify that an action
554:      * is being performed with the full knowledge and consent of the user, such as
555:      * granting a permission request, making a purchase or clicking on an advertisement.
556:      * Unfortunately, a malicious application could try to spoof the user into
557:      * performing these actions, unaware, by concealing the intended purpose of the view.
558:      * As a remedy, the framework offers a touch filtering mechanism that can be used to
559:      * improve the security of views that provide access to sensitive functionality.
560:      * </p><p>
561:      * To enable touch filtering, call {@link #setFilterTouchesWhenObscured(boolean)} or set the
562:      * android:filterTouchesWhenObscured layout attribute to true.  When enabled, the framework
563:      * will discard touches that are received whenever the view's window is obscured by
564:      * another visible window.  As a result, the view will not receive touches whenever a
565:      * toast, dialog or other window appears above the view's window.
566:      * </p><p>
567:      * For more fine-grained control over security, consider overriding the
568:      * {@link #onFilterTouchEventForSecurity(MotionEvent)} method to implement your own
569:      * security policy. See also {@link MotionEvent#FLAG_WINDOW_IS_OBSCURED}.
570:      * </p>
571:      *
572:      * @attr ref android.R.styleable#View_alpha
573:      * @attr ref android.R.styleable#View_background
574:      * @attr ref android.R.styleable#View_clickable
575:      * @attr ref android.R.styleable#View_contentDescription
576:      * @attr ref android.R.styleable#View_drawingCacheQuality
577:      * @attr ref android.R.styleable#View_duplicateParentState
578:      * @attr ref android.R.styleable#View_id
579:      * @attr ref android.R.styleable#View_requiresFadingEdge
580:      * @attr ref android.R.styleable#View_fadingEdgeLength
581:      * @attr ref android.R.styleable#View_filterTouchesWhenObscured
582:      * @attr ref android.R.styleable#View_fitsSystemWindows
583:      * @attr ref android.R.styleable#View_isScrollContainer
584:      * @attr ref android.R.styleable#View_focusable
```

View.java

```
585:    * @attr ref android.R.styleable#View_focusableInTouchMode
586:    * @attr ref android.R.styleable#View_hapticFeedbackEnabled
587:    * @attr ref android.R.styleable#View_keepScreenOn
588:    * @attr ref android.R.styleable#View_layerType
589:    * @attr ref android.R.styleable#View_longClickable
590:    * @attr ref android.R.styleable#View_minHeight
591:    * @attr ref android.R.styleable#View_minWidth
592:    * @attr ref android.R.styleable#View_nextFocusDown
593:    * @attr ref android.R.styleable#View_nextFocusLeft
594:    * @attr ref android.R.styleable#View_nextFocusRight
595:    * @attr ref android.R.styleable#View_nextFocusUp
596:    * @attr ref android.R.styleable#View_onClick
597:    * @attr ref android.R.styleable#View_padding
598:    * @attr ref android.R.styleable#View_paddingBottom
599:    * @attr ref android.R.styleable#View_paddingLeft
600:    * @attr ref android.R.styleable#View_paddingRight
601:    * @attr ref android.R.styleable#View_paddingTop
602:    * @attr ref android.R.styleable#View_saveEnabled
603:    * @attr ref android.R.styleable#View_rotation
604:    * @attr ref android.R.styleable#View_rotationX
605:    * @attr ref android.R.styleable#View_rotationY
606:    * @attr ref android.R.styleable#View_scaleX
607:    * @attr ref android.R.styleable#View_scaleY
608:    * @attr ref android.R.styleable#View_scrollX
609:    * @attr ref android.R.styleable#View_scrollY
610:    * @attr ref android.R.styleable#View_scrollbarSize
611:    * @attr ref android.R.styleable#View_scrollbarStyle
612:    * @attr ref android.R.styleable#View_scrollbars
613:    * @attr ref android.R.styleable#View_scrollbarDefaultDelayBeforeFade
614:    * @attr ref android.R.styleable#View_scrollbarFadeDuration
615:    * @attr ref android.R.styleable#View_scrollbarTrackHorizontal
616:    * @attr ref android.R.styleable#View_scrollbarThumbHorizontal
617:    * @attr ref android.R.styleable#View_scrollbarThumbVertical
618:    * @attr ref android.R.styleable#View_scrollbarTrackVertical
619:    * @attr ref android.R.styleable#View_scrollbarAlwaysDrawHorizontalTrack
620:    * @attr ref android.R.styleable#View_scrollbarAlwaysDrawVerticalTrack
621:    * @attr ref android.R.styleable#View_soundEffectsEnabled
622:    * @attr ref android.R.styleable#View_tag
623:    * @attr ref android.R.styleable#View_transformPivotX
```

```
624:     * @attr ref android.R.styleable#View_transformPivotY
625:     * @attr ref android.R.styleable#View_translationX
626:     * @attr ref android.R.styleable#View_translationY
627:     * @attr ref android.R.styleable#View_visibility
628:     *
629:     * @see android.view.ViewGroup
630:     */
631:    public class View implements Drawable.Callback, Drawable.Callback2, KeyEvent.Callback,
632:            AccessibilityEventSource {
633:        private static final boolean DBG = false;
634:
635:        /**
636:         * The logging tag used by this class with android.util.Log.
637:         */
638:        protected static final String VIEW_LOG_TAG = "View";
639:
640:        /**
641:         * Used to mark a View that has no ID.
642:         */
643:        public static final int NO_ID = -1;
644:
645:        /**
646:         * This view does not want keystrokes. Use with TAKES_FOCUS_MASK when
647:         * calling setFlags.
648:         */
649:        private static final int NOT_FOCUSABLE = 0x00000000;
650:
651:        /**
652:         * This view wants keystrokes. Use with TAKES_FOCUS_MASK when calling
653:         * setFlags.
654:         */
655:        private static final int FOCUSABLE = 0x00000001;
656:
657:        /**
658:         * Mask for use with setFlags indicating bits used for focus.
659:         */
660:        private static final int FOCUSABLE_MASK = 0x00000001;
661:
662:        /**
```

View.java

```
663:     * This view will adjust its padding to fit sytem windows (e.g. status bar)
664:     */
665:    private static final int FITS_SYSTEM_WINDOWS = 0x00000002;
666:
667:    /**
668:     * This view is visible.
669:     * Use with {@link #setVisibility} and <a href="#attr_android:visibility">{@code
670:     * android:visibility}.
671:     */
672:    public static final int VISIBLE = 0x00000000;
673:
674:    /**
675:     * This view is invisible, but it still takes up space for layout purposes.
676:     * Use with {@link #setVisibility} and <a href="#attr_android:visibility">{@code
677:     * android:visibility}.
678:     */
679:    public static final int INVISIBLE = 0x00000004;
680:
681:    /**
682:     * This view is invisible, and it doesn't take any space for layout
683:     * purposes. Use with {@link #setVisibility} and <a href="#attr_android:visibility">
{@code
684:     * android:visibility}.
685:     */
686:    public static final int GONE = 0x00000008;
687:
688:    /**
689:     * Mask for use with setFlags indicating bits used for visibility.
690:     * {@hide}
691:     */
692:    static final int VISIBILITY_MASK = 0x0000000C;
693:
694:    private static final int[] VISIBILITY_FLAGS = {VISIBLE, INVISIBLE, GONE};
695:
696:    /**
697:     * This view is enabled. Intrepretation varies by subclass.
698:     * Use with ENABLED_MASK when calling setFlags.
699:     * {@hide}
700:     */
```

```
701:    static final int ENABLED = 0x00000000;
702:
703:    /**
704:     * This view is disabled. Intrepretation varies by subclass.
705:     * Use with ENABLED_MASK when calling setFlags.
706:     * {@hide}
707:     */
708:    static final int DISABLED = 0x00000020;
709:
710:    /**
711:     * Mask for use with setFlags indicating bits used for indicating whether
712:     * this view is enabled
713:     * {@hide}
714:     */
715:    static final int ENABLED_MASK = 0x00000020;
716:
717:    /**
718:     * This view won't draw. {@link #onDraw(android.graphics.Canvas)} won't be
719:     * called and further optimizations will be performed. It is okay to have
720:     * this flag set and a background. Use with DRAW_MASK when calling setFlags.
721:     * {@hide}
722:     */
723:    static final int WILL_NOT_DRAW = 0x00000080;
724:
725:    /**
726:     * Mask for use with setFlags indicating bits used for indicating whether
727:     * this view is will draw
728:     * {@hide}
729:     */
730:    static final int DRAW_MASK = 0x00000080;
731:
732:    /**
733:     * <p>This view doesn't show scrollbars.</p>
734:     * {@hide}
735:     */
736:    static final int SCROLLBARS_NONE = 0x00000000;
737:
738:    /**
739:     * <p>This view shows horizontal scrollbars.</p>
```

```
740:      * {@hide}
741:      */
742:     static final int SCROLLBARS_HORIZONTAL = 0x00000100;
743:
744:     /**
745:      * <p>This view shows vertical scrollbars.</p>
746:      * {@hide}
747:      */
748:     static final int SCROLLBARS_VERTICAL = 0x00000200;
749:
750:     /**
751:      * <p>Mask for use with setFlags indicating bits used for indicating which
752:      * scrollbars are enabled.</p>
753:      * {@hide}
754:      */
755:     static final int SCROLLBARS_MASK = 0x00000300;
756:
757:     /**
758:      * Indicates that the view should filter touches when its window is obscured.
759:      * Refer to the class comments for more information about this security feature.
760:      * {@hide}
761:      */
762:     static final int FILTER_TOUCHES_WHEN_OBSCURED = 0x00000400;
763:
764:     // note flag value 0x00000800 is now available for next flags...
765:
766:     /**
767:      * <p>This view doesn't show fading edges.</p>
768:      * {@hide}
769:      */
770:     static final int FADING_EDGE_NONE = 0x00000000;
771:
772:     /**
773:      * <p>This view shows horizontal fading edges.</p>
774:      * {@hide}
775:      */
776:     static final int FADING_EDGE_HORIZONTAL = 0x00001000;
777:
778:     /**
```

View.java

```
779:      * <p>This view shows vertical fading edges.</p>
780:      * {@hide}
781:      */
782:     static final int FADING_EDGE_VERTICAL = 0x00002000;
783:
784:     /**
785:      * <p>Mask for use with setFlags indicating bits used for indicating which
786:      * fading edges are enabled.</p>
787:      * {@hide}
788:      */
789:     static final int FADING_EDGE_MASK = 0x00003000;
790:
791:     /**
792:      * <p>Indicates this view can be clicked. When clickable, a View reacts
793:      * to clicks by notifying the OnClickListener.<p>
794:      * {@hide}
795:      */
796:     static final int CLICKABLE = 0x00004000;
797:
798:     /**
799:      * <p>Indicates this view is caching its drawing into a bitmap.</p>
800:      * {@hide}
801:      */
802:     static final int DRAWING_CACHE_ENABLED = 0x00008000;
803:
804:     /**
805:      * <p>Indicates that no icicle should be saved for this view.<p>
806:      * {@hide}
807:      */
808:     static final int SAVE_DISABLED = 0x000010000;
809:
810:     /**
811:      * <p>Mask for use with setFlags indicating bits used for the saveEnabled
812:      * property.</p>
813:      * {@hide}
814:      */
815:     static final int SAVE_DISABLED_MASK = 0x000010000;
816:
817:     /**
```

View.java

```
818:     * <p>Indicates that no drawing cache should ever be created for this view.<p>
819:     * {@hide}
820:     */
821:    static final int WILL_NOT_CACHE_DRAWING = 0x000020000;
822:
823:    /**
824:     * <p>Indicates this view can take / keep focus when int touch mode.</p>
825:     * {@hide}
826:     */
827:    static final int FOCUSABLE_IN_TOUCH_MODE = 0x000040000;
828:
829:    /**
830:     * <p>Enables low quality mode for the drawing cache.</p>
831:     */
832:    public static final int DRAWING_CACHE_QUALITY_LOW = 0x00080000;
833:
834:    /**
835:     * <p>Enables high quality mode for the drawing cache.</p>
836:     */
837:    public static final int DRAWING_CACHE_QUALITY_HIGH = 0x00100000;
838:
839:    /**
840:     * <p>Enables automatic quality mode for the drawing cache.</p>
841:     */
842:    public static final int DRAWING_CACHE_QUALITY_AUTO = 0x00000000;
843:
844:    private static final int[] DRAWING_CACHE_QUALITY_FLAGS = {
845:            DRAWING_CACHE_QUALITY_AUTO, DRAWING_CACHE_QUALITY_LOW, DRAWING_CACHE_QUALITY_HIGH
846:    };
847:
848:    /**
849:     * <p>Mask for use with setFlags indicating bits used for the cache
850:     * quality property.</p>
851:     * {@hide}
852:     */
853:    static final int DRAWING_CACHE_QUALITY_MASK = 0x00180000;
854:
855:    /**
856:     * <p>
```

```
857:    * Indicates this view can be long clicked. When long clicked, a View
858:    * reacts to long clicks by notifying the OnLongClickListener or showing a
859:    * context menu.
860:    * </p>
861:    * {@hide}
862:    */
863:   static final int LONG_CLICKABLE = 0x00200000;
864:
865:   /**
866:    * <p>Indicates that this view gets its drawable states from its direct parent
867:    * and ignores its original internal states.</p>
868:    *
869:    * @hide
870:    */
871:   static final int DUPLICATE_PARENT_STATE = 0x00400000;
872:
873:   /**
874:    * The scrollbar style to display the scrollbars inside the content area,
875:    * without increasing the padding. The scrollbars will be overlaid with
876:    * translucency on the view's content.
877:    */
878:   public static final int SCROLLBARS_INSIDE_OVERLAY = 0;
879:
880:   /**
881:    * The scrollbar style to display the scrollbars inside the padded area,
882:    * increasing the padding of the view. The scrollbars will not overlap the
883:    * content area of the view.
884:    */
885:   public static final int SCROLLBARS_INSIDE_INSET = 0x01000000;
886:
887:   /**
888:    * The scrollbar style to display the scrollbars at the edge of the view,
889:    * without increasing the padding. The scrollbars will be overlaid with
890:    * translucency.
891:    */
892:   public static final int SCROLLBARS_OUTSIDE_OVERLAY = 0x02000000;
893:
894:   /**
895:    * The scrollbar style to display the scrollbars at the edge of the view,
```

View.java

```
896:      * increasing the padding of the view. The scrollbars will only overlap the
897:      * background, if any.
898:      */
899:     public static final int SCROLLBARS_OUTSIDE_INSET = 0x03000000;
900:
901:     /**
902:      * Mask to check if the scrollbar style is overlay or inset.
903:      * {@hide}
904:      */
905:     static final int SCROLLBARS_INSET_MASK = 0x01000000;
906:
907:     /**
908:      * Mask to check if the scrollbar style is inside or outside.
909:      * {@hide}
910:      */
911:     static final int SCROLLBARS_OUTSIDE_MASK = 0x02000000;
912:
913:     /**
914:      * Mask for scrollbar style.
915:      * {@hide}
916:      */
917:     static final int SCROLLBARS_STYLE_MASK = 0x03000000;
918:
919:     /**
920:      * View flag indicating that the screen should remain on while the
921:      * window containing this view is visible to the user. This effectively
922:      * takes care of automatically setting the WindowManager's
923:      * {@link WindowManager.LayoutParams#FLAG_KEEP_SCREEN_ON}.
924:      */
925:     public static final int KEEP_SCREEN_ON = 0x04000000;
926:
927:     /**
928:      * View flag indicating whether this view should have sound effects enabled
929:      * for events such as clicking and touching.
930:      */
931:     public static final int SOUND_EFFECTS_ENABLED = 0x08000000;
932:
933:     /**
934:      * View flag indicating whether this view should have haptic feedback
```

```
View.java

935:      * enabled for events such as long presses.
936:      */
937:     public static final int HAPTIC_FEEDBACK_ENABLED = 0x10000000;
938:
939:     /**
940:      * <p>Indicates that the view hierarchy should stop saving state when
941:      * it reaches this view. If state saving is initiated immediately at
942:      * the view, it will be allowed.
943:      * {@hide}
944:      */
945:     static final int PARENT_SAVE_DISABLED = 0x20000000;
946:
947:     /**
948:      * <p>Mask for use with setFlags indicating bits used for PARENT_SAVE_DISABLED.</p>
949:      * {@hide}
950:      */
951:     static final int PARENT_SAVE_DISABLED_MASK = 0x20000000;
952:
953:     /**
954:      * Horizontal direction of this view is from Left to Right.
955:      * Use with {@link #setLayoutDirection}.
956:      * {@hide}
957:      */
958:     public static final int LAYOUT_DIRECTION_LTR = 0x00000000;
959:
960:     /**
961:      * Horizontal direction of this view is from Right to Left.
962:      * Use with {@link #setLayoutDirection}.
963:      * {@hide}
964:      */
965:     public static final int LAYOUT_DIRECTION_RTL = 0x40000000;
966:
967:     /**
968:      * Horizontal direction of this view is inherited from its parent.
969:      * Use with {@link #setLayoutDirection}.
970:      * {@hide}
971:      */
972:     public static final int LAYOUT_DIRECTION_INHERIT = 0x80000000;
973:
```

```
974:    /**
975:     * Horizontal direction of this view is from deduced from the default language
976:     * script for the locale. Use with {@link #setLayoutDirection}.
977:     * {@hide}
978:     */
979:    public static final int LAYOUT_DIRECTION_LOCALE = 0xC0000000;
980:
981:    /**
982:     * Mask for use with setFlags indicating bits used for horizontalDirection.
983:     * {@hide}
984:     */
985:    static final int LAYOUT_DIRECTION_MASK = 0xC0000000;
986:
987:    /*
988:     * Array of horizontal direction flags for mapping attribute "horizontalDirection" to
correct
989:     * flag value.
990:     * {@hide}
991:     */
992:    private static final int[] LAYOUT_DIRECTION_FLAGS = {LAYOUT_DIRECTION_LTR,
993:            LAYOUT_DIRECTION_RTL, LAYOUT_DIRECTION_INHERIT, LAYOUT_DIRECTION_LOCALE};
994:
995:    /**
996:     * Default horizontalDirection.
997:     * {@hide}
998:     */
999:    private static final int LAYOUT_DIRECTION_DEFAULT = LAYOUT_DIRECTION_INHERIT;
1000:
1001:    /**
1002:     * View flag indicating whether {@link #addFocusables(ArrayList, int, int)}
1003:     * should add all focusable Views regardless if they are focusable in touch mode.
1004:     */
1005:    public static final int FOCUSABLES_ALL = 0x00000000;
1006:
1007:    /**
1008:     * View flag indicating whether {@link #addFocusables(ArrayList, int, int)}
1009:     * should add only Views focusable in touch mode.
1010:     */
1011:    public static final int FOCUSABLES_TOUCH_MODE = 0x00000001;
```

```
1012:
1013:        /**
1014:         * Use with {@link #focusSearch(int)}. Move focus to the previous selectable
1015:         * item.
1016:         */
1017:        public static final int FOCUS_BACKWARD = 0x00000001;
1018:
1019:        /**
1020:         * Use with {@link #focusSearch(int)}. Move focus to the next selectable
1021:         * item.
1022:         */
1023:        public static final int FOCUS_FORWARD = 0x00000002;
1024:
1025:        /**
1026:         * Use with {@link #focusSearch(int)}. Move focus to the left.
1027:         */
1028:        public static final int FOCUS_LEFT = 0x00000011;
1029:
1030:        /**
1031:         * Use with {@link #focusSearch(int)}. Move focus up.
1032:         */
1033:        public static final int FOCUS_UP = 0x00000021;
1034:
1035:        /**
1036:         * Use with {@link #focusSearch(int)}. Move focus to the right.
1037:         */
1038:        public static final int FOCUS_RIGHT = 0x00000042;
1039:
1040:        /**
1041:         * Use with {@link #focusSearch(int)}. Move focus down.
1042:         */
1043:        public static final int FOCUS_DOWN = 0x00000082;
1044:
1045:        /**
1046:         * Bits of {@link #getMeasuredWidthAndState()} and
1047:         * {@link #getMeasuredWidthAndState()} that provide the actual measured size.
1048:         */
1049:        public static final int MEASURED_SIZE_MASK = 0x00ffffff;
1050:
```

```
1051:    /**
1052:     * Bits of {@link #getMeasuredWidthAndState()} and
1053:     * {@link #getMeasuredWidthAndState()} that provide the additional state bits.
1054:     */
1055:    public static final int MEASURED_STATE_MASK = 0xff000000;
1056:
1057:    /**
1058:     * Bit shift of {@link #MEASURED_STATE_MASK} to get to the height bits
1059:     * for functions that combine both width and height into a single int,
1060:     * such as {@link #getMeasuredState()} and the childState argument of
1061:     * {@link #resolveSizeAndState(int, int, int)}.
1062:     */
1063:    public static final int MEASURED_HEIGHT_STATE_SHIFT = 16;
1064:
1065:    /**
1066:     * Bit of {@link #getMeasuredWidthAndState()} and
1067:     * {@link #getMeasuredWidthAndState()} that indicates the measured size
1068:     * is smaller that the space the view would like to have.
1069:     */
1070:    public static final int MEASURED_STATE_TOO_SMALL = 0x01000000;
1071:
1072:    /**
1073:     * Base View state sets
1074:     */
1075:    // Singles
1076:    /**
1077:     * Indicates the view has no states set. States are used with
1078:     * {@link android.graphics.drawable.Drawable} to change the drawing of the
1079:     * view depending on its state.
1080:     *
1081:     * @see android.graphics.drawable.Drawable
1082:     * @see #getDrawableState()
1083:     */
1084:    protected static final int[] EMPTY_STATE_SET;
1085:    /**
1086:     * Indicates the view is enabled. States are used with
1087:     * {@link android.graphics.drawable.Drawable} to change the drawing of the
1088:     * view depending on its state.
1089:     *
```

View.java

```
1090:          * @see android.graphics.drawable.Drawable
1091:          * @see #getDrawableState()
1092:          */
1093:         protected static final int[] ENABLED_STATE_SET;
1094:         /**
1095:          * Indicates the view is focused. States are used with
1096:          * {@link android.graphics.drawable.Drawable} to change the drawing of the
1097:          * view depending on its state.
1098:          *
1099:          * @see android.graphics.drawable.Drawable
1100:          * @see #getDrawableState()
1101:          */
1102:         protected static final int[] FOCUSED_STATE_SET;
1103:         /**
1104:          * Indicates the view is selected. States are used with
1105:          * {@link android.graphics.drawable.Drawable} to change the drawing of the
1106:          * view depending on its state.
1107:          *
1108:          * @see android.graphics.drawable.Drawable
1109:          * @see #getDrawableState()
1110:          */
1111:         protected static final int[] SELECTED_STATE_SET;
1112:         /**
1113:          * Indicates the view is pressed. States are used with
1114:          * {@link android.graphics.drawable.Drawable} to change the drawing of the
1115:          * view depending on its state.
1116:          *
1117:          * @see android.graphics.drawable.Drawable
1118:          * @see #getDrawableState()
1119:          * @hide
1120:          */
1121:         protected static final int[] PRESSED_STATE_SET;
1122:         /**
1123:          * Indicates the view's window has focus. States are used with
1124:          * {@link android.graphics.drawable.Drawable} to change the drawing of the
1125:          * view depending on its state.
1126:          *
1127:          * @see android.graphics.drawable.Drawable
1128:          * @see #getDrawableState()
```

View.java

```
1129:       */
1130:      protected static final int[] WINDOW_FOCUSED_STATE_SET;
1131:      // Doubles
1132:      /**
1133:       * Indicates the view is enabled and has the focus.
1134:       *
1135:       * @see #ENABLED_STATE_SET
1136:       * @see #FOCUSED_STATE_SET
1137:       */
1138:      protected static final int[] ENABLED_FOCUSED_STATE_SET;
1139:      /**
1140:       * Indicates the view is enabled and selected.
1141:       *
1142:       * @see #ENABLED_STATE_SET
1143:       * @see #SELECTED_STATE_SET
1144:       */
1145:      protected static final int[] ENABLED_SELECTED_STATE_SET;
1146:      /**
1147:       * Indicates the view is enabled and that its window has focus.
1148:       *
1149:       * @see #ENABLED_STATE_SET
1150:       * @see #WINDOW_FOCUSED_STATE_SET
1151:       */
1152:      protected static final int[] ENABLED_WINDOW_FOCUSED_STATE_SET;
1153:      /**
1154:       * Indicates the view is focused and selected.
1155:       *
1156:       * @see #FOCUSED_STATE_SET
1157:       * @see #SELECTED_STATE_SET
1158:       */
1159:      protected static final int[] FOCUSED_SELECTED_STATE_SET;
1160:      /**
1161:       * Indicates the view has the focus and that its window has the focus.
1162:       *
1163:       * @see #FOCUSED_STATE_SET
1164:       * @see #WINDOW_FOCUSED_STATE_SET
1165:       */
1166:      protected static final int[] FOCUSED_WINDOW_FOCUSED_STATE_SET;
1167:      /**
```

View.java

```
1168:          * Indicates the view is selected and that its window has the focus.
1169:          *
1170:          * @see #SELECTED_STATE_SET
1171:          * @see #WINDOW_FOCUSED_STATE_SET
1172:          */
1173:         protected static final int[] SELECTED_WINDOW_FOCUSED_STATE_SET;
1174:         // Triples
1175:         /**
1176:          * Indicates the view is enabled, focused and selected.
1177:          *
1178:          * @see #ENABLED_STATE_SET
1179:          * @see #FOCUSED_STATE_SET
1180:          * @see #SELECTED_STATE_SET
1181:          */
1182:         protected static final int[] ENABLED_FOCUSED_SELECTED_STATE_SET;
1183:         /**
1184:          * Indicates the view is enabled, focused and its window has the focus.
1185:          *
1186:          * @see #ENABLED_STATE_SET
1187:          * @see #FOCUSED_STATE_SET
1188:          * @see #WINDOW_FOCUSED_STATE_SET
1189:          */
1190:         protected static final int[] ENABLED_FOCUSED_WINDOW_FOCUSED_STATE_SET;
1191:         /**
1192:          * Indicates the view is enabled, selected and its window has the focus.
1193:          *
1194:          * @see #ENABLED_STATE_SET
1195:          * @see #SELECTED_STATE_SET
1196:          * @see #WINDOW_FOCUSED_STATE_SET
1197:          */
1198:         protected static final int[] ENABLED_SELECTED_WINDOW_FOCUSED_STATE_SET;
1199:         /**
1200:          * Indicates the view is focused, selected and its window has the focus.
1201:          *
1202:          * @see #FOCUSED_STATE_SET
1203:          * @see #SELECTED_STATE_SET
1204:          * @see #WINDOW_FOCUSED_STATE_SET
1205:          */
1206:         protected static final int[] FOCUSED_SELECTED_WINDOW_FOCUSED_STATE_SET;
```

```
1207:    /**
1208:     * Indicates the view is enabled, focused, selected and its window
1209:     * has the focus.
1210:     *
1211:     * @see #ENABLED_STATE_SET
1212:     * @see #FOCUSED_STATE_SET
1213:     * @see #SELECTED_STATE_SET
1214:     * @see #WINDOW_FOCUSED_STATE_SET
1215:     */
1216:    protected static final int[] ENABLED_FOCUSED_SELECTED_WINDOW_FOCUSED_STATE_SET;
1217:    /**
1218:     * Indicates the view is pressed and its window has the focus.
1219:     *
1220:     * @see #PRESSED_STATE_SET
1221:     * @see #WINDOW_FOCUSED_STATE_SET
1222:     */
1223:    protected static final int[] PRESSED_WINDOW_FOCUSED_STATE_SET;
1224:    /**
1225:     * Indicates the view is pressed and selected.
1226:     *
1227:     * @see #PRESSED_STATE_SET
1228:     * @see #SELECTED_STATE_SET
1229:     */
1230:    protected static final int[] PRESSED_SELECTED_STATE_SET;
1231:    /**
1232:     * Indicates the view is pressed, selected and its window has the focus.
1233:     *
1234:     * @see #PRESSED_STATE_SET
1235:     * @see #SELECTED_STATE_SET
1236:     * @see #WINDOW_FOCUSED_STATE_SET
1237:     */
1238:    protected static final int[] PRESSED_SELECTED_WINDOW_FOCUSED_STATE_SET;
1239:    /**
1240:     * Indicates the view is pressed and focused.
1241:     *
1242:     * @see #PRESSED_STATE_SET
1243:     * @see #FOCUSED_STATE_SET
1244:     */
1245:    protected static final int[] PRESSED_FOCUSED_STATE_SET;
```

```
1246:    /**
1247:     * Indicates the view is pressed, focused and its window has the focus.
1248:     *
1249:     * @see #PRESSED_STATE_SET
1250:     * @see #FOCUSED_STATE_SET
1251:     * @see #WINDOW_FOCUSED_STATE_SET
1252:     */
1253:    protected static final int[] PRESSED_FOCUSED_WINDOW_FOCUSED_STATE_SET;
1254:    /**
1255:     * Indicates the view is pressed, focused and selected.
1256:     *
1257:     * @see #PRESSED_STATE_SET
1258:     * @see #SELECTED_STATE_SET
1259:     * @see #FOCUSED_STATE_SET
1260:     */
1261:    protected static final int[] PRESSED_FOCUSED_SELECTED_STATE_SET;
1262:    /**
1263:     * Indicates the view is pressed, focused, selected and its window has the focus.
1264:     *
1265:     * @see #PRESSED_STATE_SET
1266:     * @see #FOCUSED_STATE_SET
1267:     * @see #SELECTED_STATE_SET
1268:     * @see #WINDOW_FOCUSED_STATE_SET
1269:     */
1270:    protected static final int[] PRESSED_FOCUSED_SELECTED_WINDOW_FOCUSED_STATE_SET;
1271:    /**
1272:     * Indicates the view is pressed and enabled.
1273:     *
1274:     * @see #PRESSED_STATE_SET
1275:     * @see #ENABLED_STATE_SET
1276:     */
1277:    protected static final int[] PRESSED_ENABLED_STATE_SET;
1278:    /**
1279:     * Indicates the view is pressed, enabled and its window has the focus.
1280:     *
1281:     * @see #PRESSED_STATE_SET
1282:     * @see #ENABLED_STATE_SET
1283:     * @see #WINDOW_FOCUSED_STATE_SET
1284:     */
```

View.java

```
1285:    protected static final int[] PRESSED_ENABLED_WINDOW_FOCUSED_STATE_SET;
1286:    /**
1287:     * Indicates the view is pressed, enabled and selected.
1288:     *
1289:     * @see #PRESSED_STATE_SET
1290:     * @see #ENABLED_STATE_SET
1291:     * @see #SELECTED_STATE_SET
1292:     */
1293:    protected static final int[] PRESSED_ENABLED_SELECTED_STATE_SET;
1294:    /**
1295:     * Indicates the view is pressed, enabled, selected and its window has the
1296:     * focus.
1297:     *
1298:     * @see #PRESSED_STATE_SET
1299:     * @see #ENABLED_STATE_SET
1300:     * @see #SELECTED_STATE_SET
1301:     * @see #WINDOW_FOCUSED_STATE_SET
1302:     */
1303:    protected static final int[] PRESSED_ENABLED_SELECTED_WINDOW_FOCUSED_STATE_SET;
1304:    /**
1305:     * Indicates the view is pressed, enabled and focused.
1306:     *
1307:     * @see #PRESSED_STATE_SET
1308:     * @see #ENABLED_STATE_SET
1309:     * @see #FOCUSED_STATE_SET
1310:     */
1311:    protected static final int[] PRESSED_ENABLED_FOCUSED_STATE_SET;
1312:    /**
1313:     * Indicates the view is pressed, enabled, focused and its window has the
1314:     * focus.
1315:     *
1316:     * @see #PRESSED_STATE_SET
1317:     * @see #ENABLED_STATE_SET
1318:     * @see #FOCUSED_STATE_SET
1319:     * @see #WINDOW_FOCUSED_STATE_SET
1320:     */
1321:    protected static final int[] PRESSED_ENABLED_FOCUSED_WINDOW_FOCUSED_STATE_SET;
1322:    /**
1323:     * Indicates the view is pressed, enabled, focused and selected.
```

```
1324:      *  @see #PRESSED_STATE_SET
1325:      *  @see #ENABLED_STATE_SET
1326:      *  @see #SELECTED_STATE_SET
1327:      *  @see #FOCUSED_STATE_SET
1328:      */
1329:     protected static final int[] PRESSED_ENABLED_FOCUSED_SELECTED_STATE_SET;
1330:     /**
1331:      *  Indicates the view is pressed, enabled, focused, selected and its window
1332:      *  has the focus.
1333:      *
1334:      *  @see #PRESSED_STATE_SET
1335:      *  @see #ENABLED_STATE_SET
1336:      *  @see #SELECTED_STATE_SET
1337:      *  @see #FOCUSED_STATE_SET
1338:      *  @see #WINDOW_FOCUSED_STATE_SET
1339:      */
1340:     protected static final int[] PRESSED_ENABLED_FOCUSED_SELECTED_WINDOW_FOCUSED_STATE_SET;
1341:
1342:
1343:     /**
1344:      *  The order here is very important to {@link #getDrawableState()}
1345:      */
1346:     private static final int[][] VIEW_STATE_SETS;
1347:
1348:     static final int VIEW_STATE_WINDOW_FOCUSED = 1;
1349:     static final int VIEW_STATE_SELECTED = 1 << 1;
1350:     static final int VIEW_STATE_FOCUSED = 1 << 2;
1351:     static final int VIEW_STATE_ENABLED = 1 << 3;
1352:     static final int VIEW_STATE_PRESSED = 1 << 4;
1353:     static final int VIEW_STATE_ACTIVATED = 1 << 5;
1354:     static final int VIEW_STATE_ACCELERATED = 1 << 6;
1355:     static final int VIEW_STATE_HOVERED = 1 << 7;
1356:     static final int VIEW_STATE_DRAG_CAN_ACCEPT = 1 << 8;
1357:     static final int VIEW_STATE_DRAG_HOVERED = 1 << 9;
1358:
1359:     static final int[] VIEW_STATE_IDS = new int[] {
1360:         R.attr.state_window_focused,    VIEW_STATE_WINDOW_FOCUSED,
1361:         R.attr.state_selected,          VIEW_STATE_SELECTED,
1362:         R.attr.state_focused,           VIEW_STATE_FOCUSED,
```

View.java

```
1363:                R.attr.state_enabled,              VIEW_STATE_ENABLED,
1364:                R.attr.state_pressed,              VIEW_STATE_PRESSED,
1365:                R.attr.state_activated,            VIEW_STATE_ACTIVATED,
1366:                R.attr.state_accelerated,          VIEW_STATE_ACCELERATED,
1367:                R.attr.state_hovered,              VIEW_STATE_HOVERED,
1368:                R.attr.state_drag_can_accept,      VIEW_STATE_DRAG_CAN_ACCEPT,
1369:                R.attr.state_drag_hovered,         VIEW_STATE_DRAG_HOVERED,
1370:        };
1371:
1372:        static {
1373:            if ((VIEW_STATE_IDS.length/2) != R.styleable.ViewDrawableStates.length) {
1374:                throw new IllegalStateException(
1375:                        "VIEW_STATE_IDs array length does not match ViewDrawableStates style
      array");
1376:            }
1377:            int[] orderedIds = new int[VIEW_STATE_IDS.length];
1378:            for (int i = 0; i < R.styleable.ViewDrawableStates.length; i++) {
1379:                int viewState = R.styleable.ViewDrawableStates[i];
1380:                for (int j = 0; j<VIEW_STATE_IDS.length; j += 2) {
1381:                    if (VIEW_STATE_IDS[j] == viewState) {
1382:                        orderedIds[i * 2] = viewState;
1383:                        orderedIds[i * 2 + 1] = VIEW_STATE_IDS[j + 1];
1384:                    }
1385:                }
1386:            }
1387:            final int NUM_BITS = VIEW_STATE_IDS.length / 2;
1388:            VIEW_STATE_SETS = new int[1 << NUM_BITS][];
1389:            for (int i = 0; i < VIEW_STATE_SETS.length; i++) {
1390:                int numBits = Integer.bitCount(i);
1391:                int[] set = new int[numBits];
1392:                int pos = 0;
1393:                for (int j = 0; j < orderedIds.length; j += 2) {
1394:                    if ((i & orderedIds[j+1]) != 0) {
1395:                        set[pos++] = orderedIds[j];
1396:                    }
1397:                }
1398:                VIEW_STATE_SETS[i] = set;
1399:            }
1400:
```

12/1/11 10:44 PM

View.java

```
1401:    EMPTY_STATE_SET = VIEW_STATE_SETS[0];
1402:    WINDOW_FOCUSED_STATE_SET = VIEW_STATE_SETS[VIEW_STATE_WINDOW_FOCUSED];
1403:    SELECTED_STATE_SET = VIEW_STATE_SETS[VIEW_STATE_SELECTED];
1404:    SELECTED_WINDOW_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1405:        VIEW_STATE_WINDOW_FOCUSED | VIEW_STATE_SELECTED];
1406:    FOCUSED_STATE_SET = VIEW_STATE_SETS[VIEW_STATE_FOCUSED];
1407:    FOCUSED_WINDOW_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1408:        VIEW_STATE_WINDOW_FOCUSED | VIEW_STATE_FOCUSED];
1409:    FOCUSED_SELECTED_STATE_SET = VIEW_STATE_SETS[
1410:        VIEW_STATE_SELECTED | VIEW_STATE_FOCUSED];
1411:    FOCUSED_SELECTED_WINDOW_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1412:        VIEW_STATE_WINDOW_FOCUSED | VIEW_STATE_SELECTED
1413:        | VIEW_STATE_FOCUSED];
1414:    ENABLED_STATE_SET = VIEW_STATE_SETS[VIEW_STATE_ENABLED];
1415:    ENABLED_WINDOW_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1416:        VIEW_STATE_WINDOW_FOCUSED | VIEW_STATE_ENABLED];
1417:    ENABLED_SELECTED_STATE_SET = VIEW_STATE_SETS[
1418:        VIEW_STATE_SELECTED | VIEW_STATE_ENABLED];
1419:    ENABLED_SELECTED_WINDOW_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1420:        VIEW_STATE_WINDOW_FOCUSED | VIEW_STATE_SELECTED
1421:        | VIEW_STATE_ENABLED];
1422:    ENABLED_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1423:        VIEW_STATE_FOCUSED | VIEW_STATE_ENABLED];
1424:    ENABLED_FOCUSED_WINDOW_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1425:        VIEW_STATE_WINDOW_FOCUSED | VIEW_STATE_FOCUSED
1426:        | VIEW_STATE_ENABLED];
1427:    ENABLED_FOCUSED_SELECTED_STATE_SET = VIEW_STATE_SETS[
1428:        VIEW_STATE_SELECTED | VIEW_STATE_FOCUSED
1429:        | VIEW_STATE_ENABLED];
1430:    ENABLED_FOCUSED_SELECTED_WINDOW_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1431:        VIEW_STATE_WINDOW_FOCUSED | VIEW_STATE_SELECTED
1432:        | VIEW_STATE_FOCUSED| VIEW_STATE_ENABLED];
1433:
1434:    PRESSED_STATE_SET = VIEW_STATE_SETS[VIEW_STATE_PRESSED];
1435:    PRESSED_WINDOW_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1436:        VIEW_STATE_WINDOW_FOCUSED | VIEW_STATE_PRESSED];
1437:    PRESSED_SELECTED_STATE_SET = VIEW_STATE_SETS[
1438:        VIEW_STATE_SELECTED | VIEW_STATE_PRESSED];
1439:    PRESSED_SELECTED_WINDOW_FOCUSED_STATE_SET = VIEW_STATE_SETS[
```

View.java

```
1440:            VIEW_STATE_WINDOW_FOCUSED | VIEW_STATE_SELECTED
1441:            | VIEW_STATE_PRESSED];
1442:    PRESSED_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1443:            VIEW_STATE_FOCUSED | VIEW_STATE_PRESSED];
1444:    PRESSED_FOCUSED_WINDOW_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1445:            VIEW_STATE_WINDOW_FOCUSED | VIEW_STATE_FOCUSED
1446:            | VIEW_STATE_PRESSED];
1447:    PRESSED_FOCUSED_SELECTED_STATE_SET = VIEW_STATE_SETS[
1448:            VIEW_STATE_SELECTED | VIEW_STATE_FOCUSED
1449:            | VIEW_STATE_PRESSED];
1450:    PRESSED_FOCUSED_SELECTED_WINDOW_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1451:            VIEW_STATE_WINDOW_FOCUSED | VIEW_STATE_SELECTED
1452:            | VIEW_STATE_FOCUSED | VIEW_STATE_PRESSED];
1453:    PRESSED_ENABLED_STATE_SET = VIEW_STATE_SETS[
1454:            VIEW_STATE_ENABLED | VIEW_STATE_PRESSED];
1455:    PRESSED_ENABLED_WINDOW_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1456:            VIEW_STATE_WINDOW_FOCUSED | VIEW_STATE_ENABLED
1457:            | VIEW_STATE_PRESSED];
1458:    PRESSED_ENABLED_SELECTED_STATE_SET = VIEW_STATE_SETS[
1459:            VIEW_STATE_SELECTED | VIEW_STATE_ENABLED
1460:            | VIEW_STATE_PRESSED];
1461:    PRESSED_ENABLED_SELECTED_WINDOW_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1462:            VIEW_STATE_WINDOW_FOCUSED | VIEW_STATE_SELECTED
1463:            | VIEW_STATE_ENABLED | VIEW_STATE_PRESSED];
1464:    PRESSED_ENABLED_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1465:            VIEW_STATE_FOCUSED | VIEW_STATE_ENABLED
1466:            | VIEW_STATE_PRESSED];
1467:    PRESSED_ENABLED_FOCUSED_WINDOW_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1468:            VIEW_STATE_WINDOW_FOCUSED | VIEW_STATE_FOCUSED
1469:            | VIEW_STATE_ENABLED | VIEW_STATE_PRESSED];
1470:    PRESSED_ENABLED_FOCUSED_SELECTED_STATE_SET = VIEW_STATE_SETS[
1471:            VIEW_STATE_SELECTED | VIEW_STATE_FOCUSED
1472:            | VIEW_STATE_ENABLED | VIEW_STATE_PRESSED];
1473:    PRESSED_ENABLED_FOCUSED_SELECTED_WINDOW_FOCUSED_STATE_SET = VIEW_STATE_SETS[
1474:            VIEW_STATE_WINDOW_FOCUSED | VIEW_STATE_SELECTED
1475:            | VIEW_STATE_FOCUSED | VIEW_STATE_ENABLED
1476:            | VIEW_STATE_PRESSED];
1477:    }
1478:
```

```
1479:     /**
1480:      * Accessibility event types that are dispatched for text population.
1481:      */
1482:     private static final int POPULATING_ACCESSIBILITY_EVENT_TYPES =
1483:         AccessibilityEvent.TYPE_VIEW_CLICKED
1484:         | AccessibilityEvent.TYPE_VIEW_LONG_CLICKED
1485:         | AccessibilityEvent.TYPE_VIEW_SELECTED
1486:         | AccessibilityEvent.TYPE_VIEW_FOCUSED
1487:         | AccessibilityEvent.TYPE_WINDOW_STATE_CHANGED
1488:         | AccessibilityEvent.TYPE_VIEW_HOVER_ENTER
1489:         | AccessibilityEvent.TYPE_VIEW_HOVER_EXIT
1490:         | AccessibilityEvent.TYPE_VIEW_TEXT_CHANGED;
1491:
1492:     /**
1493:      * Temporary Rect currently for use in setBackground().  This will probably
1494:      * be extended in the future to hold our own class with more than just
1495:      * a Rect. :)
1496:      */
1497:     static final ThreadLocal<Rect> sThreadLocal = new ThreadLocal<Rect>();
1498:
1499:     /**
1500:      * Map used to store views' tags.
1501:      */
1502:     private SparseArray<Object> mKeyedTags;
1503:
1504:     /**
1505:      * The next available accessiblity id.
1506:      */
1507:     private static int sNextAccessibilityViewId;
1508:
1509:     /**
1510:      * The animation currently associated with this view.
1511:      * @hide
1512:      */
1513:     protected Animation mCurrentAnimation = null;
1514:
1515:     /**
1516:      * Width as measured during measure pass.
1517:      * {@hide}
```

View.java

```
1518:        */
1519:       @ViewDebug.ExportedProperty(category = "measurement")
1520:       int mMeasuredWidth;
1521:
1522:       /**
1523:        * Height as measured during measure pass.
1524:        * {@hide}
1525:        */
1526:       @ViewDebug.ExportedProperty(category = "measurement")
1527:       int mMeasuredHeight;
1528:
1529:       /**
1530:        * Flag to indicate that this view was marked INVALIDATED, or had its display list
1531:        * invalidated, prior to the current drawing iteration. If true, the view must re-draw
1532:        * its display list. This flag, used only when hw accelerated, allows us to clear the
1533:        * flag while retaining this information until it's needed (at getDisplayList() time and
1534:        * in drawChild(), when we decide to draw a view's children's display lists into our own)
1535:        *
1536:        * {@hide}
1537:        */
1538:       boolean mRecreateDisplayList = false;
1539:
1540:       /**
1541:        * The view's identifier.
1542:        * {@hide}
1543:        *
1544:        * @see #setId(int)
1545:        * @see #getId()
1546:        */
1547:       @ViewDebug.ExportedProperty(resolveId = true)
1548:       int mID = NO_ID;
1549:
1550:       /**
1551:        * The stable ID of this view for accessibility porposes.
1552:        */
1553:       int mAccessibilityViewId = NO_ID;
1554:
1555:       /**
```

View.java

```
1556:    * The view's tag.
1557:    * {@hide}
1558:    *
1559:    * @see #setTag(Object)
1560:    * @see #getTag()
1561:    */
1562:   protected Object mTag;
1563:
1564:   // for mPrivateFlags:
1565:   /** {@hide} */
1566:   static final int WANTS_FOCUS            = 0x00000001;
1567:   /** {@hide} */
1568:   static final int FOCUSED                = 0x00000002;
1569:   /** {@hide} */
1570:   static final int SELECTED               = 0x00000004;
1571:   /** {@hide} */
1572:   static final int IS_ROOT_NAMESPACE      = 0x00000008;
1573:   /** {@hide} */
1574:   static final int HAS_BOUNDS             = 0x00000010;
1575:   /** {@hide} */
1576:   static final int DRAWN                  = 0x00000020;
1577:   /**
1578:    * When this flag is set, this view is running an animation on behalf of its
1579:    * children and should therefore not cancel invalidate requests, even if they
1580:    * lie outside of this view's bounds.
1581:    *
1582:    * {@hide}
1583:    */
1584:   static final int DRAW_ANIMATION         = 0x00000040;
1585:   /** {@hide} */
1586:   static final int SKIP_DRAW              = 0x00000080;
1587:   /** {@hide} */
1588:   static final int ONLY_DRAWS_BACKGROUND  = 0x00000100;
1589:   /** {@hide} */
1590:   static final int REQUEST_TRANSPARENT_REGIONS = 0x00000200;
1591:   /** {@hide} */
1592:   static final int DRAWABLE_STATE_DIRTY   = 0x00000400;
1593:   /** {@hide} */
1594:   static final int MEASURED_DIMENSION_SET = 0x00000800;
```

View.java

```
1595:    /** {@hide} */
1596:    static final int FORCE_LAYOUT                    = 0x00001000;
1597:    /** {@hide} */
1598:    static final int LAYOUT_REQUIRED                 = 0x00002000;
1599:
1600:    private static final int PRESSED                 = 0x00004000;
1601:
1602:    /** {@hide} */
1603:    static final int DRAWING_CACHE_VALID             = 0x00008000;
1604:    /**
1605:     * Flag used to indicate that this view should be drawn once more (and only once
1606:     * more) after its animation has completed.
1607:     * {@hide}
1608:     */
1609:    static final int ANIMATION_STARTED               = 0x00010000;
1610:
1611:    private static final int SAVE_STATE_CALLED       = 0x00020000;
1612:
1613:    /**
1614:     * Indicates that the View returned true when onSetAlpha() was called and that
1615:     * the alpha must be restored.
1616:     * {@hide}
1617:     */
1618:    static final int ALPHA_SET                       = 0x00040000;
1619:
1620:    /**
1621:     * Set by {@link #setScrollContainer(boolean)}.
1622:     */
1623:    static final int SCROLL_CONTAINER                = 0x00080000;
1624:
1625:    /**
1626:     * Set by {@link #setScrollContainer(boolean)}.
1627:     */
1628:    static final int SCROLL_CONTAINER_ADDED          = 0x00100000;
1629:
1630:    /**
1631:     * View flag indicating whether this view was invalidated (fully or partially.)
1632:     *
1633:     * @hide
```

View.java

```
1634:     */
1635:    static final int DIRTY                          = 0x00200000;
1636:
1637:    /**
1638:     * View flag indicating whether this view was invalidated by an opaque
1639:     * invalidate request.
1640:     *
1641:     * @hide
1642:     */
1643:    static final int DIRTY_OPAQUE                    = 0x00400000;
1644:
1645:    /**
1646:     * Mask for {@link #DIRTY} and {@link #DIRTY_OPAQUE}.
1647:     *
1648:     * @hide
1649:     */
1650:    static final int DIRTY_MASK                      = 0x00600000;
1651:
1652:    /**
1653:     * Indicates whether the background is opaque.
1654:     *
1655:     * @hide
1656:     */
1657:    static final int OPAQUE_BACKGROUND              = 0x00800000;
1658:
1659:    /**
1660:     * Indicates whether the scrollbars are opaque.
1661:     *
1662:     * @hide
1663:     */
1664:    static final int OPAQUE_SCROLLBARS              = 0x01000000;
1665:
1666:    /**
1667:     * Indicates whether the view is opaque.
1668:     *
1669:     * @hide
1670:     */
1671:    static final int OPAQUE_MASK                     = 0x01800000;
1672:
```

View.java

```
1673:    /**
1674:     * Indicates a prepressed state;
1675:     * the short time between ACTION_DOWN and recognizing
1676:     * a 'real' press. Prepressed is used to recognize quick taps
1677:     * even when they are shorter than ViewConfiguration.getTapTimeout().
1678:     *
1679:     * @hide
1680:     */
1681:    private static final int PREPRESSED        = 0x02000000;
1682:
1683:    /**
1684:     * Indicates whether the view is temporarily detached.
1685:     *
1686:     * @hide
1687:     */
1688:    static final int CANCEL_NEXT_UP_EVENT = 0x04000000;
1689:
1690:    /**
1691:     * Indicates that we should awaken scroll bars once attached
1692:     *
1693:     * @hide
1694:     */
1695:    private static final int AWAKEN_SCROLL_BARS_ON_ATTACH = 0x08000000;
1696:
1697:    /**
1698:     * Indicates that the view has received HOVER_ENTER.  Cleared on HOVER_EXIT.
1699:     * @hide
1700:     */
1701:    private static final int HOVERED        = 0x10000000;
1702:
1703:    /**
1704:     * Indicates that pivotX or pivotY were explicitly set and we should not assume the
     center
1705:     * for transform operations
1706:     *
1707:     * @hide
1708:     */
1709:    private static final int PIVOT_EXPLICITLY_SET = 0x20000000;
1710:
```

View.java

```
1711:    /** {@hide} */
1712:    static final int ACTIVATED                     = 0x40000000;
1713:
1714:    /**
1715:     * Indicates that this view was specifically invalidated, not just dirtied because some
1716:     * child view was invalidated. The flag is used to determine when we need to recreate
1717:     * a view's display list (as opposed to just returning a reference to its existing
1718:     * display list).
1719:     *
1720:     * @hide
1721:     */
1722:    static final int INVALIDATED                    = 0x80000000;
1723:
1724:    /* Masks for mPrivateFlags2 */
1725:
1726:    /**
1727:     * Indicates that this view has reported that it can accept the current drag's content.
1728:     * Cleared when the drag operation concludes.
1729:     * @hide
1730:     */
1731:    static final int DRAG_CAN_ACCEPT                 = 0x00000001;
1732:
1733:    /**
1734:     * Indicates that this view is currently directly under the drag location in a
1735:     * drag-and-drop operation involving content that it can accept.  Cleared when
1736:     * the drag exits the view, or when the drag operation concludes.
1737:     * @hide
1738:     */
1739:    static final int DRAG_HOVERED                    = 0x00000002;
1740:
1741:    /**
1742:     * Indicates whether the view layout direction has been resolved and drawn to the
1743:     * right-to-left direction.
1744:     *
1745:     * @hide
1746:     */
1747:    static final int LAYOUT_DIRECTION_RESOLVED_RTL = 0x00000004;
1748:
1749:    /**
```

View.java

```
1750:      * Indicates whether the view layout direction has been resolved.
1751:      *
1752:      * @hide
1753:      */
1754:     static final int LAYOUT_DIRECTION_RESOLVED = 0x00000008;
1755:
1756:
1757:     /* End of masks for mPrivateFlags2 */
1758:
1759:     static final int DRAG_MASK = DRAG_CAN_ACCEPT | DRAG_HOVERED;
1760:
1761:     /**
1762:      * Always allow a user to over-scroll this view, provided it is a
1763:      * view that can scroll.
1764:      *
1765:      * @see #getOverScrollMode()
1766:      * @see #setOverScrollMode(int)
1767:      */
1768:     public static final int OVER_SCROLL_ALWAYS = 0;
1769:
1770:     /**
1771:      * Allow a user to over-scroll this view only if the content is large
1772:      * enough to meaningfully scroll, provided it is a view that can scroll.
1773:      *
1774:      * @see #getOverScrollMode()
1775:      * @see #setOverScrollMode(int)
1776:      */
1777:     public static final int OVER_SCROLL_IF_CONTENT_SCROLLS = 1;
1778:
1779:     /**
1780:      * Never allow a user to over-scroll this view.
1781:      *
1782:      * @see #getOverScrollMode()
1783:      * @see #setOverScrollMode(int)
1784:      */
1785:     public static final int OVER_SCROLL_NEVER = 2;
1786:
1787:     /**
1788:      * View has requested the system UI (status bar) to be visible (the default).
```

View.java

```
1789:     *
1790:     * @see #setSystemUiVisibility(int)
1791:     */
1792:    public static final int SYSTEM_UI_FLAG_VISIBLE = 0;
1793:
1794:    /**
1795:     * View has requested the system UI to enter an unobtrusive "low profile" mode.
1796:     *
1797:     * This is for use in games, book readers, video players, or any other "immersive"
application
1798:     * where the usual system chrome is deemed too distracting.
1799:     *
1800:     * In low profile mode, the status bar and/or navigation icons may dim.
1801:     *
1802:     * @see #setSystemUiVisibility(int)
1803:     */
1804:    public static final int SYSTEM_UI_FLAG_LOW_PROFILE = 0x00000001;
1805:
1806:    /**
1807:     * View has requested that the system navigation be temporarily hidden.
1808:     *
1809:     * This is an even less obtrusive state than that called for by
1810:     * {@link #SYSTEM_UI_FLAG_LOW_PROFILE}; on devices that draw essential navigation
controls
1811:     * (Home, Back, and the like) on screen, <code>SYSTEM_UI_FLAG_HIDE_NAVIGATION</code> will
cause
1812:     * those to disappear. This is useful (in conjunction with the
1813:     * {@link android.view.WindowManager.LayoutParams#FLAG_FULLSCREEN FLAG_FULLSCREEN} and
1814:     * {@link android.view.WindowManager.LayoutParams#FLAG_LAYOUT_IN_SCREEN
FLAG_LAYOUT_IN_SCREEN}
1815:     * window flags) for displaying content using every last pixel on the display.
1816:     *
1817:     * There is a limitation: because navigation controls are so important, the least user
1818:     * interaction will cause them to reappear immediately.
1819:     *
1820:     * @see #setSystemUiVisibility(int)
1821:     */
1822:    public static final int SYSTEM_UI_FLAG_HIDE_NAVIGATION = 0x00000002;
1823:
```

```
1824:    /**
1825:     * @deprecated Use {@link #SYSTEM_UI_FLAG_LOW_PROFILE} instead.
1826:     */
1827:    public static final int STATUS_BAR_HIDDEN = SYSTEM_UI_FLAG_LOW_PROFILE;
1828:
1829:    /**
1830:     * @deprecated Use {@link #SYSTEM_UI_FLAG_VISIBLE} instead.
1831:     */
1832:    public static final int STATUS_BAR_VISIBLE = SYSTEM_UI_FLAG_VISIBLE;
1833:
1834:    /**
1835:     * @hide
1836:     *
1837:     * NOTE: This flag may only be used in subtreeSystemUiVisibility. It is masked
1838:     * out of the public fields to keep the undefined bits out of the developer's way.
1839:     *
1840:     * Flag to make the status bar not expandable.  Unless you also
1841:     * set {@link #STATUS_BAR_DISABLE_NOTIFICATION_ICONS}, new notifications will continue to
show.
1842:     */
1843:    public static final int STATUS_BAR_DISABLE_EXPAND = 0x00010000;
1844:
1845:    /**
1846:     * @hide
1847:     *
1848:     * NOTE: This flag may only be used in subtreeSystemUiVisibility. It is masked
1849:     * out of the public fields to keep the undefined bits out of the developer's way.
1850:     *
1851:     * Flag to hide notification icons and scrolling ticker text.
1852:     */
1853:    public static final int STATUS_BAR_DISABLE_NOTIFICATION_ICONS = 0x00020000;
1854:
1855:    /**
1856:     * @hide
1857:     *
1858:     * NOTE: This flag may only be used in subtreeSystemUiVisibility. It is masked
1859:     * out of the public fields to keep the undefined bits out of the developer's way.
1860:     *
1861:     * Flag to disable incoming notification alerts.  This will not block
```

```
1862:      * icons, but it will block sound, vibrating and other visual or aural notifications.
1863:      */
1864:     public static final int STATUS_BAR_DISABLE_NOTIFICATION_ALERTS = 0x00040000;
1865:
1866:     /**
1867:      * @hide
1868:      *
1869:      * NOTE: This flag may only be used in subtreeSystemUiVisibility. It is masked
1870:      * out of the public fields to keep the undefined bits out of the developer's way.
1871:      *
1872:      * Flag to hide only the scrolling ticker.  Note that
1873:      * {@link #STATUS_BAR_DISABLE_NOTIFICATION_ICONS} implies
1874:      * {@link #STATUS_BAR_DISABLE_NOTIFICATION_TICKER}.
1875:      */
1876:     public static final int STATUS_BAR_DISABLE_NOTIFICATION_TICKER = 0x00080000;
1877:
1878:     /**
1879:      * @hide
1880:      *
1881:      * NOTE: This flag may only be used in subtreeSystemUiVisibility. It is masked
1882:      * out of the public fields to keep the undefined bits out of the developer's way.
1883:      *
1884:      * Flag to hide the center system info area.
1885:      */
1886:     public static final int STATUS_BAR_DISABLE_SYSTEM_INFO = 0x00100000;
1887:
1888:     /**
1889:      * @hide
1890:      *
1891:      * NOTE: This flag may only be used in subtreeSystemUiVisibility. It is masked
1892:      * out of the public fields to keep the undefined bits out of the developer's way.
1893:      *
1894:      * Flag to hide only the home button.  Don't use this
1895:      * unless you're a special part of the system UI (i.e., setup wizard, keyguard).
1896:      */
1897:     public static final int STATUS_BAR_DISABLE_HOME = 0x00200000;
1898:
1899:     /**
1900:      * @hide
```

View.java

```
1901:     *
1902:     * NOTE: This flag may only be used in subtreeSystemUiVisibility. It is masked
1903:     * out of the public fields to keep the undefined bits out of the developer's way.
1904:     *
1905:     * Flag to hide only the back button. Don't use this
1906:     * unless you're a special part of the system UI (i.e., setup wizard, keyguard).
1907:     */
1908:    public static final int STATUS_BAR_DISABLE_BACK = 0x00400000;
1909:
1910:    /**
1911:     * @hide
1912:     *
1913:     * NOTE: This flag may only be used in subtreeSystemUiVisibility. It is masked
1914:     * out of the public fields to keep the undefined bits out of the developer's way.
1915:     *
1916:     * Flag to hide only the clock. You might use this if your activity has
1917:     * its own clock making the status bar's clock redundant.
1918:     */
1919:    public static final int STATUS_BAR_DISABLE_CLOCK = 0x00800000;
1920:
1921:    /**
1922:     * @hide
1923:     *
1924:     * NOTE: This flag may only be used in subtreeSystemUiVisibility. It is masked
1925:     * out of the public fields to keep the undefined bits out of the developer's way.
1926:     *
1927:     * Flag to hide only the recent apps button. Don't use this
1928:     * unless you're a special part of the system UI (i.e., setup wizard, keyguard).
1929:     */
1930:    public static final int STATUS_BAR_DISABLE_RECENT = 0x01000000;
1931:
1932:    /**
1933:     * @hide
1934:     *
1935:     * NOTE: This flag may only be used in subtreeSystemUiVisibility, etc. etc.
1936:     *
1937:     * This hides HOME and RECENT and is provided for compatibility with interim
    implementations.
1938:     */
```

View.java

```
1939:        @Deprecated
1940:        public static final int STATUS_BAR_DISABLE_NAVIGATION =
1941:                    STATUS_BAR_DISABLE_HOME | STATUS_BAR_DISABLE_RECENT;
1942:
1943:        /**
1944:         * @hide
1945:         */
1946:        public static final int PUBLIC_STATUS_BAR_VISIBILITY_MASK = 0x0000FFFF;
1947:
1948:        /**
1949:         * These are the system UI flags that can be cleared by events outside
1950:         * of an application.  Currently this is just the ability to tap on the
1951:         * screen while hiding the navigation bar to have it return.
1952:         * @hide
1953:         */
1954:        public static final int SYSTEM_UI_CLEARABLE_FLAGS =
1955:                    SYSTEM_UI_FLAG_LOW_PROFILE | SYSTEM_UI_FLAG_HIDE_NAVIGATION;
1956:
1957:        /**
1958:         * Find views that render the specified text.
1959:         *
1960:         * @see #findViewsWithText(ArrayList, CharSequence, int)
1961:         */
1962:        public static final int FIND_VIEWS_WITH_TEXT = 0x00000001;
1963:
1964:        /**
1965:         * Find find views that contain the specified content description.
1966:         *
1967:         * @see #findViewsWithText(ArrayList, CharSequence, int)
1968:         */
1969:        public static final int FIND_VIEWS_WITH_CONTENT_DESCRIPTION = 0x00000002;
1970:
1971:        /**
1972:         * Controls the over-scroll mode for this view.
1973:         * See {@link #overScrollBy(int, int, int, int, int, int, int, int, boolean)},
1974:         * {@link #OVER_SCROLL_ALWAYS}, {@link #OVER_SCROLL_IF_CONTENT_SCROLLS},
1975:         * and {@link #OVER_SCROLL_NEVER}.
1976:         */
1977:        private int mOverScrollMode;
```

```
1978:
1979:    /**
1980:     * The parent this view is attached to.
1981:     * {@hide}
1982:     *
1983:     * @see #getParent()
1984:     */
1985:    protected ViewParent mParent;
1986:
1987:    /**
1988:     * {@hide}
1989:     */
1990:    AttachInfo mAttachInfo;
1991:
1992:    /**
1993:     * {@hide}
1994:     */
1995:    @ViewDebug.ExportedProperty(flagMapping = {
1996:        @ViewDebug.FlagToString(mask = FORCE_LAYOUT, equals = FORCE_LAYOUT,
1997:                name = "FORCE_LAYOUT"),
1998:        @ViewDebug.FlagToString(mask = LAYOUT_REQUIRED, equals = LAYOUT_REQUIRED,
1999:                name = "LAYOUT_REQUIRED"),
2000:        @ViewDebug.FlagToString(mask = DRAWING_CACHE_VALID, equals = DRAWING_CACHE_VALID,
2001:                name = "DRAWING_CACHE_INVALID", outputIf = false),
2002:        @ViewDebug.FlagToString(mask = DRAWN, equals = DRAWN, name = "DRAWN", outputIf = true
2003:                ),
        false),
2004:        @ViewDebug.FlagToString(mask = DRAWN, equals = DRAWN, name = "NOT_DRAWN", outputIf =
        @ViewDebug.FlagToString(mask = DIRTY_MASK, equals = DIRTY_OPAQUE, name =
"DIRTY_OPAQUE"),
2005:        @ViewDebug.FlagToString(mask = DIRTY_MASK, equals = DIRTY, name = "DIRTY"))
2006:    })
2007:    int mPrivateFlags;
2008:    int mPrivateFlags2;
2009:
2010:    /**
2011:     * This view's request for the visibility of the status bar.
2012:     * @hide
2013:     */
```

View.java

```
2014:     @ViewDebug.ExportedProperty(flagMapping = {
2015:         @ViewDebug.FlagToString(mask = SYSTEM_UI_FLAG_LOW_PROFILE,
2016:                 equals = SYSTEM_UI_FLAG_LOW_PROFILE,
2017:                 name = "SYSTEM_UI_FLAG_LOW_PROFILE", outputIf = true),
2018:         @ViewDebug.FlagToString(mask = SYSTEM_UI_FLAG_HIDE_NAVIGATION,
2019:                 equals = SYSTEM_UI_FLAG_HIDE_NAVIGATION,
2020:                 name = "SYSTEM_UI_FLAG_HIDE_NAVIGATION", outputIf = true),
2021:         @ViewDebug.FlagToString(mask = PUBLIC_STATUS_BAR_VISIBILITY_MASK,
2022:                 equals = SYSTEM_UI_FLAG_VISIBLE,
2023:                 name = "SYSTEM_UI_FLAG_VISIBLE", outputIf = true)
2024:     })
2025:     int mSystemUiVisibility;
2026:
2027:     /**
2028:      * Count of how many windows this view has been attached to.
2029:      */
2030:     int mWindowAttachCount;
2031:
2032:     /**
2033:      * The layout parameters associated with this view and used by the parent
2034:      * {@link android.view.ViewGroup} to determine how this view should be
2035:      * laid out.
2036:      * {@hide}
2037:      */
2038:     protected ViewGroup.LayoutParams mLayoutParams;
2039:
2040:     /**
2041:      * The view flags hold various views states.
2042:      * {@hide}
2043:      */
2044:     @ViewDebug.ExportedProperty
2045:     int mViewFlags;
2046:
2047:     static class TransformationInfo {
2048:         /**
2049:          * The transform matrix for the View. This transform is calculated internally
2050:          * based on the rotation, scaleX, and scaleY properties. The identity matrix
2051:          * is used by default. Do *not* use this variable directly; instead call
2052:          * getMatrix(), which will automatically recalculate the matrix if necessary
```

View.java

```
2053:     * to get the correct matrix based on the latest rotation and scale properties.
2054:     */
2055:    private final Matrix mMatrix = new Matrix();
2056:
2057:    /**
2058:     * The transform matrix for the View. This transform is calculated internally
2059:     * based on the rotation, scaleX, and scaleY properties. The identity matrix
2060:     * is used by default. Do *not* use this variable directly; instead call
2061:     * getInverseMatrix(), which will automatically recalculate the matrix if necessary
2062:     * to get the correct matrix based on the latest rotation and scale properties.
2063:     */
2064:    private Matrix mInverseMatrix;
2065:
2066:    /**
2067:     * An internal variable that tracks whether we need to recalculate the
2068:     * transform matrix, based on whether the rotation or scaleX/Y properties
2069:     * have changed since the matrix was last calculated.
2070:     */
2071:    boolean mMatrixDirty = false;
2072:
2073:    /**
2074:     * An internal variable that tracks whether we need to recalculate the
2075:     * transform matrix, based on whether the rotation or scaleX/Y properties
2076:     * have changed since the matrix was last calculated.
2077:     */
2078:    private boolean mInverseMatrixDirty = true;
2079:
2080:    /**
2081:     * A variable that tracks whether we need to recalculate the
2082:     * transform matrix, based on whether the rotation or scaleX/Y properties
2083:     * have changed since the matrix was last calculated. This variable
2084:     * is only valid after a call to updateMatrix() or to a function that
2085:     * calls it such as getMatrix(), hasIdentityMatrix() and getInverseMatrix().
2086:     */
2087:    private boolean mMatrixIsIdentity = true;
2088:
2089:    /**
2090:     * The Camera object is used to compute a 3D matrix when rotationX or rotationY are
          set.
```

View.java

```
2091:         */
2092:         private Camera mCamera = null;
2093:
2094:         /**
2095:          * This matrix is used when computing the matrix for 3D rotations.
2096:          */
2097:         private Matrix matrix3D = null;
2098:
2099:         /**
2100:          * These prev values are used to recalculate a centered pivot point when necessary. The
2101:          * pivot point is only used in matrix operations (when rotation, scale, or translation are
2102:          * set), so thes values are only used then as well.
2103:          */
2104:         private int mPrevWidth = -1;
2105:         private int mPrevHeight = -1;
2106:
2107:         /**
2108:          * The degrees rotation around the vertical axis through the pivot point.
2109:          */
2110:         @ViewDebug.ExportedProperty
2111:         float mRotationY = 0f;
2112:
2113:         /**
2114:          * The degrees rotation around the horizontal axis through the pivot point.
2115:          */
2116:         @ViewDebug.ExportedProperty
2117:         float mRotationX = 0f;
2118:
2119:         /**
2120:          * The degrees rotation around the pivot point.
2121:          */
2122:         @ViewDebug.ExportedProperty
2123:         float mRotation = 0f;
2124:
2125:         /**
2126:          * The amount of translation of the object away from its left property (post-layout).
2127:          */
```

View.java

```
2128:    @ViewDebug.ExportedProperty
2129:    float mTranslationX = 0f;
2130:
2131:    /**
2132:     * The amount of translation of the object away from its top property (post-layout).
2133:     */
2134:    @ViewDebug.ExportedProperty
2135:    float mTranslationY = 0f;
2136:
2137:    /**
2138:     * The amount of scale in the x direction around the pivot point. A
2139:     * value of 1 means no scaling is applied.
2140:     */
2141:    @ViewDebug.ExportedProperty
2142:    float mScaleX = 1f;
2143:
2144:    /**
2145:     * The amount of scale in the y direction around the pivot point. A
2146:     * value of 1 means no scaling is applied.
2147:     */
2148:    @ViewDebug.ExportedProperty
2149:    float mScaleY = 1f;
2150:
2151:    /**
2152:     * The amount of scale in the x direction around the pivot point. A
2153:     * value of 1 means no scaling is applied.
2154:     */
2155:    @ViewDebug.ExportedProperty
2156:    float mPivotX = 0f;
2157:
2158:    /**
2159:     * The amount of scale in the y direction around the pivot point. A
2160:     * value of 1 means no scaling is applied.
2161:     */
2162:    @ViewDebug.ExportedProperty
2163:    float mPivotY = 0f;
2164:
2165:    /**
2166:     * The opacity of the View. This is a value from 0 to 1, where 0 means
```

```
2167:          * completely transparent and 1 means completely opaque.
2168:          */
2169:         @ViewDebug.ExportedProperty
2170:         float mAlpha = 1f;
2171:
2172:
2173:         TransformationInfo mTransformationInfo;
2174:
2175:         private boolean mLastIsOpaque;
2176:
2177:         /**
2178:          * Convenience value to check for float values that are close enough to zero to be
considered
2179:          * zero.
2180:          */
2181:         private static final float NONZERO_EPSILON = .001f;
2182:
2183:         /**
2184:          * The distance in pixels from the left edge of this view's parent
2185:          * to the left edge of this view.
2186:          * {@hide}
2187:          */
2188:         @ViewDebug.ExportedProperty(category = "layout")
2189:         protected int mLeft;
2190:         /**
2191:          * The distance in pixels from the left edge of this view's parent
2192:          * to the right edge of this view.
2193:          * {@hide}
2194:          */
2195:         @ViewDebug.ExportedProperty(category = "layout")
2196:         protected int mRight;
2197:         /**
2198:          * The distance in pixels from the top edge of this view's parent
2199:          * to the top edge of this view.
2200:          * {@hide}
2201:          */
2202:         @ViewDebug.ExportedProperty(category = "layout")
2203:         protected int mTop;
2204:         /**
```

View.java

```
2205:     * The distance in pixels from the top edge of this view's parent
2206:     * to the bottom edge of this view.
2207:     * {@hide}
2208:     */
2209:    @ViewDebug.ExportedProperty(category = "layout")
2210:    protected int mBottom;
2211:
2212:    /**
2213:     * The offset, in pixels, by which the content of this view is scrolled
2214:     * horizontally.
2215:     * {@hide}
2216:     */
2217:    @ViewDebug.ExportedProperty(category = "scrolling")
2218:    protected int mScrollX;
2219:    /**
2220:     * The offset, in pixels, by which the content of this view is scrolled
2221:     * vertically.
2222:     * {@hide}
2223:     */
2224:    @ViewDebug.ExportedProperty(category = "scrolling")
2225:    protected int mScrollY;
2226:
2227:    /**
2228:     * The left padding in pixels, that is the distance in pixels between the
2229:     * left edge of this view and the left edge of its content.
2230:     * {@hide}
2231:     */
2232:    @ViewDebug.ExportedProperty(category = "padding")
2233:    protected int mPaddingLeft;
2234:    /**
2235:     * The right padding in pixels, that is the distance in pixels between the
2236:     * right edge of this view and the right edge of its content.
2237:     * {@hide}
2238:     */
2239:    @ViewDebug.ExportedProperty(category = "padding")
2240:    protected int mPaddingRight;
2241:    /**
2242:     * The top padding in pixels, that is the distance in pixels between the
2243:     * top edge of this view and the top edge of its content.
```

```
2244:        * {@hide}
2245:        */
2246:       @ViewDebug.ExportedProperty(category = "padding")
2247:       protected int mPaddingTop;
2248:       /**
2249:        * The bottom padding in pixels, that is the distance in pixels between the
2250:        * bottom edge of this view and the bottom edge of its content.
2251:        * {@hide}
2252:        */
2253:       @ViewDebug.ExportedProperty(category = "padding")
2254:       protected int mPaddingBottom;
2255:
2256:       /**
2257:        * Briefly describes the view and is primarily used for accessibility support.
2258:        */
2259:       private CharSequence mContentDescription;
2260:
2261:       /**
2262:        * Cache the paddingRight set by the user to append to the scrollbar's size.
2263:        *
2264:        * @hide
2265:        */
2266:       @ViewDebug.ExportedProperty(category = "padding")
2267:       protected int mUserPaddingRight;
2268:
2269:       /**
2270:        * Cache the paddingBottom set by the user to append to the scrollbar's size.
2271:        *
2272:        * @hide
2273:        */
2274:       @ViewDebug.ExportedProperty(category = "padding")
2275:       protected int mUserPaddingBottom;
2276:
2277:       /**
2278:        * Cache the paddingLeft set by the user to append to the scrollbar's size.
2279:        *
2280:        * @hide
2281:        */
2282:       @ViewDebug.ExportedProperty(category = "padding")
```

```
2283:    protected int mUserPaddingLeft;
2284:
2285:    /**
2286:     * Cache if the user padding is relative.
2287:     *
2288:     */
2289:    @ViewDebug.ExportedProperty(category = "padding")
2290:    boolean mUserPaddingRelative;
2291:
2292:    /**
2293:     * Cache the paddingStart set by the user to append to the scrollbar's size.
2294:     *
2295:     */
2296:    @ViewDebug.ExportedProperty(category = "padding")
2297:    int mUserPaddingStart;
2298:
2299:    /**
2300:     * Cache the paddingEnd set by the user to append to the scrollbar's size.
2301:     *
2302:     */
2303:    @ViewDebug.ExportedProperty(category = "padding")
2304:    int mUserPaddingEnd;
2305:
2306:    /**
2307:     * @hide
2308:     */
2309:    int mOldWidthMeasureSpec = Integer.MIN_VALUE;
2310:    /**
2311:     * @hide
2312:     */
2313:    int mOldHeightMeasureSpec = Integer.MIN_VALUE;
2314:
2315:    private Drawable mBGDrawable;
2316:
2317:    private int mBackgroundResource;
2318:    private boolean mBackgroundSizeChanged;
2319:
2320:    /**
2321:     * Listener used to dispatch focus change events.
```

```
2322:     * This field should be made private, so it is hidden from the SDK.
2323:     * {@hide}
2324:     */
2325:    protected OnFocusChangeListener mOnFocusChangeListener;
2326:
2327:    /**
2328:     * Listeners for layout change events.
2329:     */
2330:    private ArrayList<OnLayoutChangeListener> mOnLayoutChangeListeners;
2331:
2332:    /**
2333:     * Listeners for attach events.
2334:     */
2335:    private CopyOnWriteArrayList<OnAttachStateChangeListener> mOnAttachStateChangeListeners;
2336:
2337:    /**
2338:     * Listener used to dispatch click events.
2339:     * This field should be made private, so it is hidden from the SDK.
2340:     * {@hide}
2341:     */
2342:    protected OnClickListener mOnClickListener;
2343:
2344:    /**
2345:     * Listener used to dispatch long click events.
2346:     * This field should be made private, so it is hidden from the SDK.
2347:     * {@hide}
2348:     */
2349:    protected OnLongClickListener mOnLongClickListener;
2350:
2351:    /**
2352:     * Listener used to build the context menu.
2353:     * This field should be made private, so it is hidden from the SDK.
2354:     * {@hide}
2355:     */
2356:    protected OnCreateContextMenuListener mOnCreateContextMenuListener;
2357:
2358:    private OnKeyListener mOnKeyListener;
2359:
2360:    private OnTouchListener mOnTouchListener;
```

```
2361:    private OnHoverListener mOnHoverListener;
2362:
2363:    private OnGenericMotionListener mOnGenericMotionListener;
2364:
2365:    private OnDragListener mOnDragListener;
2366:
2367:    private OnSystemUiVisibilityChangeListener mOnSystemUiVisibilityChangeListener;
2368:
2369:    /**
2370:     * The application environment this view lives in.
2371:     * This field should be made private, so it is hidden from the SDK.
2372:     * {@hide}
2373:     */
2374:    protected Context mContext;
2375:
2376:    private final Resources mResources;
2377:
2378:    private ScrollabilityCache mScrollCache;
2379:
2380:    private int[] mDrawableState = null;
2381:
2382:    /**
2383:     * Set to true when drawing cache is enabled and cannot be created.
2384:     *
2385:     * @hide
2386:     */
2387:    public boolean mCachingFailed;
2388:
2389:    private Bitmap mDrawingCache;
2390:    private Bitmap mUnscaledDrawingCache;
2391:    private HardwareLayer mHardwareLayer;
2392:    DisplayList mDisplayList;
2393:
2394:    /**
2395:     * When this view has focus and the next focus is {@link #FOCUS_LEFT},
2396:     * the user may specify which view to go to next.
2397:     */
2398:    private int mNextFocusLeftId = View.NO_ID;
2399:
```

```
2400:    /**
2401:     * When this view has focus and the next focus is {@link #FOCUS_RIGHT},
2402:     * the user may specify which view to go to next.
2403:     */
2404:    private int mNextFocusRightId = View.NO_ID;
2405:
2406:
2407:    /**
2408:     * When this view has focus and the next focus is {@link #FOCUS_UP},
2409:     * the user may specify which view to go to next.
2410:     */
2411:    private int mNextFocusUpId = View.NO_ID;
2412:
2413:    /**
2414:     * When this view has focus and the next focus is {@link #FOCUS_DOWN},
2415:     * the user may specify which view to go to next.
2416:     */
2417:    private int mNextFocusDownId = View.NO_ID;
2418:
2419:    /**
2420:     * When this view has focus and the next focus is {@link #FOCUS_FORWARD},
2421:     * the user may specify which view to go to next.
2422:     */
2423:    int mNextFocusForwardId = View.NO_ID;
2424:
2425:    private CheckForLongPress mPendingCheckForLongPress;
2426:    private CheckForTap mPendingCheckForTap = null;
2427:    private PerformClick mPerformClick;
2428:    private SendViewScrolledAccessibilityEvent mSendViewScrolledAccessibilityEvent;
2429:
2430:    private UnsetPressedState mUnsetPressedState;
2431:
2432:    /**
2433:     * Whether the long press's action has been invoked.  The tap's action is invoked on the
2434:     * up event while a long press is invoked as soon as the long press duration is reached, so
      action
2435:     * a long press could be performed before the tap is checked, in which case the tap's
2436:     * should not be invoked.
```

```
2437:      */
2438:     private boolean mHasPerformedLongPress;
2439:
2440:     /**
2441:      * The minimum height of the view. We'll try our best to have the height
2442:      * of this view to at least this amount.
2443:      */
2444:     @ViewDebug.ExportedProperty(category = "measurement")
2445:     private int mMinHeight;
2446:
2447:     /**
2448:      * The minimum width of the view. We'll try our best to have the width
2449:      * of this view to at least this amount.
2450:      */
2451:     @ViewDebug.ExportedProperty(category = "measurement")
2452:     private int mMinWidth;
2453:
2454:     /**
2455:      * The delegate to handle touch events that are physically in this view
2456:      * but should be handled by another view.
2457:      */
2458:     private TouchDelegate mTouchDelegate = null;
2459:
2460:     /**
2461:      * Solid color to use as a background when creating the drawing cache. Enables
2462:      * the cache to use 16 bit bitmaps instead of 32 bit.
2463:      */
2464:     private int mDrawingCacheBackgroundColor = 0;
2465:
2466:     /**
2467:      * Special tree observer used when mAttachInfo is null.
2468:      */
2469:     private ViewTreeObserver mFloatingTreeObserver;
2470:
2471:     /**
2472:      * Cache the touch slop from the context that created the view.
2473:      */
2474:     private int mTouchSlop;
2475:
```

```
2476:     /**
2477:      * Object that handles automatic animation of view properties.
2478:      */
2479:     private ViewPropertyAnimator mAnimator = null;
2480:
2481:     /**
2482:      * Flag indicating that a drag can cross window boundaries.  When
2483:      * {@link #startDrag(ClipData, DragShadowBuilder, Object, int)} is called
2484:      * with this flag set, all visible applications will be able to participate
2485:      * in the drag operation and receive the dragged content.
2486:      *
2487:      * @hide
2488:      */
2489:     public static final int DRAG_FLAG_GLOBAL = 1;
2490:
2491:     /**
2492:      * Vertical scroll factor cached by {@link #getVerticalScrollFactor}.
2493:      */
2494:     private float mVerticalScrollFactor;
2495:
2496:     /**
2497:      * Position of the vertical scroll bar.
2498:      */
2499:     private int mVerticalScrollbarPosition;
2500:
2501:     /**
2502:      * Position the scroll bar at the default position as determined by the system.
2503:      */
2504:     public static final int SCROLLBAR_POSITION_DEFAULT = 0;
2505:
2506:     /**
2507:      * Position the scroll bar along the left edge.
2508:      */
2509:     public static final int SCROLLBAR_POSITION_LEFT = 1;
2510:
2511:     /**
2512:      * Position the scroll bar along the right edge.
2513:      */
2514:     public static final int SCROLLBAR_POSITION_RIGHT = 2;
```

```
2515:
2516:    /**
2517:     * Indicates that the view does not have a layer.
2518:     *
2519:     * @see #getLayerType()
2520:     * @see #setLayerType(int, android.graphics.Paint)
2521:     * @see #LAYER_TYPE_SOFTWARE
2522:     * @see #LAYER_TYPE_HARDWARE
2523:     */
2524:    public static final int LAYER_TYPE_NONE = 0;
2525:
2526:    /**
2527:     * <p>Indicates that the view has a software layer. A software layer is backed
2528:     * by a bitmap and causes the view to be rendered using Android's software
2529:     * rendering pipeline, even if hardware acceleration is enabled.</p>
2530:     *
2531:     * <p>Software layers have various usages:</p>
2532:     * <p>When the application is not using hardware acceleration, a software layer
2533:     * is useful to apply a specific color filter and/or blending mode and/or
2534:     * translucency to a view and all its children.</p>
2535:     * <p>When the application is using hardware acceleration, a software layer
2536:     * is useful to render drawing primitives not supported by the hardware
2537:     * accelerated pipeline. It can also be used to cache a complex view tree
2538:     * into a texture and reduce the complexity of drawing operations. For instance,
2539:     * when animating a complex view tree with a translation, a software layer can
2540:     * be used to render the view tree only once.</p>
2541:     * <p>Software layers should be avoided when the affected view tree updates
2542:     * often. Every update will require to re-render the software layer, which can
2543:     * potentially be slow (particularly when hardware acceleration is turned on
2544:     * since the layer will have to be uploaded into a hardware texture after every
2545:     * update.)</p>
2546:     *
2547:     * @see #getLayerType()
2548:     * @see #setLayerType(int, android.graphics.Paint)
2549:     * @see #LAYER_TYPE_NONE
2550:     * @see #LAYER_TYPE_HARDWARE
2551:     */
2552:    public static final int LAYER_TYPE_SOFTWARE = 1;
2553:
```

```
2554:   /**
2555:    * <p>Indicates that the view has a hardware layer. A hardware layer is backed
2556:    * by a hardware specific texture (generally Frame Buffer Objects or FBO on
2557:    * OpenGL hardware) and causes the view to be rendered using Android's hardware
2558:    * rendering pipeline, but only if hardware acceleration is turned on for the
2559:    * view hierarchy. When hardware acceleration is turned off, hardware layers
2560:    * behave exactly as {@link #LAYER_TYPE_SOFTWARE software layers}.</p>
2561:    *
2562:    * <p>A hardware layer is useful to apply a specific color filter and/or
2563:    * blending mode and/or translucency to a view and all its children.</p>
2564:    * <p>A hardware layer can be used to cache a complex view tree into a
2565:    * texture and reduce the complexity of drawing operations. For instance,
2566:    * when animating a complex view tree with a translation, a hardware layer can
2567:    * be used to render the view tree only once.</p>
2568:    * <p>A hardware layer can also be used to increase the rendering quality when
2569:    * rotation transformations are applied on a view. It can also be used to
2570:    * prevent potential clipping issues when applying 3D transforms on a view.</p>
2571:    *
2572:    * @see #getLayerType()
2573:    * @see #setLayerType(int, android.graphics.Paint)
2574:    * @see #LAYER_TYPE_NONE
2575:    * @see #LAYER_TYPE_SOFTWARE
2576:    */
2577:   public static final int LAYER_TYPE_HARDWARE = 2;
2578:
2579:   @ViewDebug.ExportedProperty(category = "drawing", mapping = {
2580:       @ViewDebug.IntToString(from = LAYER_TYPE_NONE, to = "NONE"),
2581:       @ViewDebug.IntToString(from = LAYER_TYPE_SOFTWARE, to = "SOFTWARE"),
2582:       @ViewDebug.IntToString(from = LAYER_TYPE_HARDWARE, to = "HARDWARE")
2583:   })
2584:   int mLayerType = LAYER_TYPE_NONE;
2585:   Paint mLayerPaint;
2586:   Rect mLocalDirtyRect;
2587:
2588:   /**
2589:    * Set to true when the view is sending hover accessibility events because it
2590:    * is the innermost hovered view.
2591:    */
2592:   private boolean mSendingHoverAccessibilityEvents;
```

```
2593:
2594:    /**
2595:     * Delegate for injecting accessibility functionality.
2596:     */
2597:    AccessibilityDelegate mAccessibilityDelegate;
2598:
2599:    /**
2600:     * Text direction is inherited thru {@link ViewGroup}
2601:     * @hide
2602:     */
2603:    public static final int TEXT_DIRECTION_INHERIT = 0;
2604:
2605:    /**
2606:     * Text direction is using "first strong algorithm". The first strong directional
            character
2607:     * determines the paragraph direction. If there is no strong directional character, the
2608:     * paragraph direction is the view's resolved ayout direction.
2609:     *
2610:     * @hide
2611:     */
2612:    public static final int TEXT_DIRECTION_FIRST_STRONG = 1;
2613:
2614:    /**
2615:     * Text direction is using "any-RTL" algorithm. The paragraph direction is RTL if it
            contains
2616:     * any strong RTL character, otherwise it is LTR if it contains any strong LTR characters
            .
2617:     * If there are neither, the paragraph direction is the view's resolved layout direction.
2618:     *
2619:     * @hide
2620:     */
2621:    public static final int TEXT_DIRECTION_ANY_RTL = 2;
2622:
2623:    /**
2624:     * Text direction is forced to LTR.
2625:     *
2626:     * @hide
2627:     */
2628:    public static final int TEXT_DIRECTION_LTR = 3;
```

View.java

```
2629:
2630:    /**
2631:     * Text direction is forced to RTL.
2632:     *
2633:     * @hide
2634:     */
2635:    public static final int TEXT_DIRECTION_RTL = 4;
2636:
2637:    /**
2638:     * Default text direction is inherited
2639:     *
2640:     * @hide
2641:     */
2642:    protected static int DEFAULT_TEXT_DIRECTION = TEXT_DIRECTION_INHERIT;
2643:
2644:    /**
2645:     * The text direction that has been defined by {@link #setTextDirection(int)}.
2646:     *
2647:     * {@hide}
2648:     */
2649:    @ViewDebug.ExportedProperty(category = "text", mapping = {
2650:        @ViewDebug.IntToString(from = TEXT_DIRECTION_INHERIT, to = "INHERIT"),
2651:        @ViewDebug.IntToString(from = TEXT_DIRECTION_FIRST_STRONG, to = "FIRST_STRONG"),
2652:        @ViewDebug.IntToString(from = TEXT_DIRECTION_ANY_RTL, to = "ANY_RTL"),
2653:        @ViewDebug.IntToString(from = TEXT_DIRECTION_LTR, to = "LTR"),
2654:        @ViewDebug.IntToString(from = TEXT_DIRECTION_RTL, to = "RTL")
2655:    })
2656:    private int mTextDirection = DEFAULT_TEXT_DIRECTION;
2657:
2658:    /**
2659:     * The resolved text direction.  This needs resolution if the value is
2660:     * TEXT_DIRECTION_INHERIT.  The resolution matches mTextDirection if that is
2661:     * not TEXT_DIRECTION_INHERIT, otherwise resolution proceeds up the parent
2662:     * chain of the view.
2663:     *
2664:     * {@hide}
2665:     */
2666:    @ViewDebug.ExportedProperty(category = "text", mapping = {
2667:        @ViewDebug.IntToString(from = TEXT_DIRECTION_INHERIT, to = "INHERIT"),
```

View.java

```
2668:                @ViewDebug.IntToString(from = TEXT_DIRECTION_FIRST_STRONG, to = "FIRST_STRONG"),
2669:                @ViewDebug.IntToString(from = TEXT_DIRECTION_ANY_RTL, to = "ANY_RTL"),
2670:                @ViewDebug.IntToString(from = TEXT_DIRECTION_LTR, to = "LTR"),
2671:                @ViewDebug.IntToString(from = TEXT_DIRECTION_RTL, to = "RTL")
2672:        })
2673:    private int mResolvedTextDirection = TEXT_DIRECTION_INHERIT;
2674:
2675:    /**
2676:     * Consistency verifier for debugging purposes.
2677:     * @hide
2678:     */
2679:    protected final InputEventConsistencyVerifier mInputEventConsistencyVerifier =
2680:            InputEventConsistencyVerifier.isInstrumentationEnabled() ?
2681:                    new InputEventConsistencyVerifier(this, 0) : null;
2682:
2683:    /**
2684:     * Simple constructor to use when creating a view from code.
2685:     *
2686:     * @param context The Context the view is running in, through which it can
2687:     *        access the current theme, resources, etc.
2688:     */
2689:    public View(Context context) {
2690:        mContext = context;
2691:        mResources = context != null ? context.getResources() : null;
2692:        mViewFlags = SOUND_EFFECTS_ENABLED | HAPTIC_FEEDBACK_ENABLED |
LAYOUT_DIRECTION_INHERIT;
2693:        mTouchSlop = ViewConfiguration.get(context).getScaledTouchSlop();
2694:        setOverScrollMode(OVER_SCROLL_IF_CONTENT_SCROLLS);
2695:        mUserPaddingStart = -1;
2696:        mUserPaddingEnd = -1;
2697:        mUserPaddingRelative = false;
2698:    }
2699:
2700:    /**
2701:     * Constructor that is called when inflating a view from XML. This is called
2702:     * when a view is being constructed from an XML file, supplying attributes
2703:     * that were specified in the XML file. This version uses a default style of
2704:     * 0, so the only attribute values applied are those in the Context's Theme
2705:     * and the given AttributeSet.
```

```
2706:    *  <p>
2707:    *  The method onFinishInflate() will be called after all children have been
2708:    *  added.
2709:    *
2710:    *
2711:    *  @param context The Context the view is running in, through which it can
2712:    *       access the current theme, resources, etc.
2713:    *  @param attrs The attributes of the XML tag that is inflating the view.
2714:    *  @see #View(Context, AttributeSet, int)
2715:    */
2716:    public View(Context context, AttributeSet attrs) {
2717:        this(context, attrs, 0);
2718:    }
2719:
2720:    /**
2721:    *  Perform inflation from XML and apply a class-specific base style. This
2722:    *  constructor of View allows subclasses to use their own base style when
2723:    *  they are inflating. For example, a Button class's constructor would call
2724:    *  this version of the super class constructor and supply
2725:    *  <code>R.attr.buttonStyle</code> for <var>defStyle</var>; this allows
2726:    *  the theme's button style to modify all of the base view attributes (in
2727:    *  particular its background) as well as the Button class's attributes.
2728:    *
2729:    *  @param context The Context the view is running in, through which it can
2730:    *       access the current theme, resources, etc.
2731:    *  @param attrs The attributes of the XML tag that is inflating the view.
2732:    *  @param defStyle The default style to apply to this view. If 0, no style
2733:    *       will be applied (beyond what is included in the theme). This may
2734:    *       either be an attribute resource, whose value will be retrieved
2735:    *       from the current theme, or an explicit style resource.
2736:    *  @see #View(Context, AttributeSet)
2737:    */
2738:    public View(Context context, AttributeSet attrs, int defStyle) {
2739:        this(context);
2740:
2741:        TypedArray a = context.obtainStyledAttributes(attrs, com.android.internal.R.styleable
                .View,
2742:                defStyle, 0);
2743:
```

```
2744:        Drawable background = null;
2745:
2746:        int leftPadding = -1;
2747:        int topPadding = -1;
2748:        int rightPadding = -1;
2749:        int bottomPadding = -1;
2750:        int startPadding = -1;
2751:        int endPadding = -1;
2752:
2753:        int padding = -1;
2754:
2755:        int viewFlagValues = 0;
2756:        int viewFlagMasks = 0;
2757:
2758:        boolean setScrollContainer = false;
2759:
2760:        int x = 0;
2761:        int y = 0;
2762:
2763:        float tx = 0;
2764:        float ty = 0;
2765:        float rotation = 0;
2766:        float rotationX = 0;
2767:        float rotationY = 0;
2768:        float sx = 1f;
2769:        float sy = 1f;
2770:        boolean transformSet = false;
2771:
2772:        int scrollbarStyle = SCROLLBARS_INSIDE_OVERLAY;
2773:
2774:        int overScrollMode = mOverScrollMode;
2775:        final int N = a.getIndexCount();
2776:        for (int i = 0; i < N; i++) {
2777:            int attr = a.getIndex(i);
2778:            switch (attr) {
2779:                case com.android.internal.R.styleable.View_background:
2780:                    background = a.getDrawable(attr);
2781:                    break;
2782:                case com.android.internal.R.styleable.View_padding:
```

View.java

```
2783:                padding = a.getDimensionPixelSize(attr, -1);
2784:                break;
2785:            case com.android.internal.R.styleable.View_paddingLeft:
2786:                leftPadding = a.getDimensionPixelSize(attr, -1);
2787:                break;
2788:            case com.android.internal.R.styleable.View_paddingTop:
2789:                topPadding = a.getDimensionPixelSize(attr, -1);
2790:                break;
2791:            case com.android.internal.R.styleable.View_paddingRight:
2792:                rightPadding = a.getDimensionPixelSize(attr, -1);
2793:                break;
2794:            case com.android.internal.R.styleable.View_paddingBottom:
2795:                bottomPadding = a.getDimensionPixelSize(attr, -1);
2796:                break;
2797:            case com.android.internal.R.styleable.View_paddingStart:
2798:                startPadding = a.getDimensionPixelSize(attr, -1);
2799:                break;
2800:            case com.android.internal.R.styleable.View_paddingEnd:
2801:                endPadding = a.getDimensionPixelSize(attr, -1);
2802:                break;
2803:            case com.android.internal.R.styleable.View_scrollX:
2804:                x = a.getDimensionPixelOffset(attr, 0);
2805:                break;
2806:            case com.android.internal.R.styleable.View_scrollY:
2807:                y = a.getDimensionPixelOffset(attr, 0);
2808:                break;
2809:            case com.android.internal.R.styleable.View_alpha:
2810:                setAlpha(a.getFloat(attr, 1f));
2811:                break;
2812:            case com.android.internal.R.styleable.View_transformPivotX:
2813:                setPivotX(a.getDimensionPixelOffset(attr, 0));
2814:                break;
2815:            case com.android.internal.R.styleable.View_transformPivotY:
2816:                setPivotY(a.getDimensionPixelOffset(attr, 0));
2817:                break;
2818:            case com.android.internal.R.styleable.View_translationX:
2819:                tx = a.getDimensionPixelOffset(attr, 0);
2820:                transformSet = true;
2821:                break;
```

View.java

12/1/11 10:44 PM

```
2822:        case com.android.internal.R.styleable.View_translationY:
2823:            ty = a.getDimensionPixelOffset(attr, 0);
2824:            transformSet = true;
2825:            break;
2826:        case com.android.internal.R.styleable.View_rotation:
2827:            rotation = a.getFloat(attr, 0);
2828:            transformSet = true;
2829:            break;
2830:        case com.android.internal.R.styleable.View_rotationX:
2831:            rotationX = a.getFloat(attr, 0);
2832:            transformSet = true;
2833:            break;
2834:        case com.android.internal.R.styleable.View_rotationY:
2835:            rotationY = a.getFloat(attr, 0);
2836:            transformSet = true;
2837:            break;
2838:        case com.android.internal.R.styleable.View_scaleX:
2839:            sx = a.getFloat(attr, 1f);
2840:            transformSet = true;
2841:            break;
2842:        case com.android.internal.R.styleable.View_scaleY:
2843:            sy = a.getFloat(attr, 1f);
2844:            transformSet = true;
2845:            break;
2846:        case com.android.internal.R.styleable.View_id:
2847:            mID = a.getResourceId(attr, NO_ID);
2848:            break;
2849:        case com.android.internal.R.styleable.View_tag:
2850:            mTag = a.getText(attr);
2851:            break;
2852:        case com.android.internal.R.styleable.View_fitsSystemWindows:
2853:            if (a.getBoolean(attr, false)) {
2854:                viewFlagValues |= FITS_SYSTEM_WINDOWS;
2855:                viewFlagMasks |= FITS_SYSTEM_WINDOWS;
2856:            }
2857:            break;
2858:        case com.android.internal.R.styleable.View_focusable:
2859:            if (a.getBoolean(attr, false)) {
2860:                viewFlagValues |= FOCUSABLE;
```

View.java

```
2861:                        viewFlagMasks |= FOCUSABLE_MASK;
2862:                    }
2863:                    break;
2864:                case com.android.internal.R.styleable.View_focusableInTouchMode:
2865:                    if (a.getBoolean(attr, false)) {
2866:                        viewFlagValues |= FOCUSABLE_IN_TOUCH_MODE | FOCUSABLE;
2867:                        viewFlagMasks |= FOCUSABLE_IN_TOUCH_MODE | FOCUSABLE_MASK;
2868:                    }
2869:                    break;
2870:                case com.android.internal.R.styleable.View_clickable:
2871:                    if (a.getBoolean(attr, false)) {
2872:                        viewFlagValues |= CLICKABLE;
2873:                        viewFlagMasks |= CLICKABLE;
2874:                    }
2875:                    break;
2876:                case com.android.internal.R.styleable.View_longClickable:
2877:                    if (a.getBoolean(attr, false)) {
2878:                        viewFlagValues |= LONG_CLICKABLE;
2879:                        viewFlagMasks |= LONG_CLICKABLE;
2880:                    }
2881:                    break;
2882:                case com.android.internal.R.styleable.View_saveEnabled:
2883:                    if (!a.getBoolean(attr, true)) {
2884:                        viewFlagValues |= SAVE_DISABLED;
2885:                        viewFlagMasks |= SAVE_DISABLED_MASK;
2886:                    }
2887:                    break;
2888:                case com.android.internal.R.styleable.View_duplicateParentState:
2889:                    if (a.getBoolean(attr, false)) {
2890:                        viewFlagValues |= DUPLICATE_PARENT_STATE;
2891:                        viewFlagMasks |= DUPLICATE_PARENT_STATE;
2892:                    }
2893:                    break;
2894:                case com.android.internal.R.styleable.View_visibility:
2895:                    final int visibility = a.getInt(attr, 0);
2896:                    if (visibility != 0) {
2897:                        viewFlagValues |= VISIBILITY_FLAGS[visibility];
2898:                        viewFlagMasks |= VISIBILITY_MASK;
2899:                    }
```

View.java

```
2900:            break;
2901:        case com.android.internal.R.styleable.View_layoutDirection:
2902:            // Clear any HORIZONTAL_DIRECTION flag already set
2903:            viewFlagValues &= ~LAYOUT_DIRECTION_MASK;
2904:            // Set the HORIZONTAL_DIRECTION flags depending on the value of the

attribute

2905:            final int layoutDirection = a.getInt(attr, -1);
2906:            if (layoutDirection != -1) {
2907:                viewFlagValues |= LAYOUT_DIRECTION_FLAGS[layoutDirection];
2908:            } else {
2909:                // Set to default (LAYOUT_DIRECTION_INHERIT)
2910:                viewFlagValues |= LAYOUT_DIRECTION_DEFAULT;
2911:            }
2912:            viewFlagMasks |= LAYOUT_DIRECTION_MASK;
2913:            break;
2914:        case com.android.internal.R.styleable.View_drawingCacheQuality:
2915:            final int cacheQuality = a.getInt(attr, 0);
2916:            if (cacheQuality != 0) {
2917:                viewFlagValues |= DRAWING_CACHE_QUALITY_FLAGS[cacheQuality];
2918:                viewFlagMasks |= DRAWING_CACHE_QUALITY_MASK;
2919:            }
2920:            break;
2921:        case com.android.internal.R.styleable.View_contentDescription:
2922:            mContentDescription = a.getString(attr);
2923:            break;
2924:        case com.android.internal.R.styleable.View_soundEffectsEnabled:
2925:            if (!a.getBoolean(attr, true)) {
2926:                viewFlagValues &= ~SOUND_EFFECTS_ENABLED;
2927:                viewFlagMasks |= SOUND_EFFECTS_ENABLED;
2928:            }
2929:            break;
2930:        case com.android.internal.R.styleable.View_hapticFeedbackEnabled:
2931:            if (!a.getBoolean(attr, true)) {
2932:                viewFlagValues &= ~HAPTIC_FEEDBACK_ENABLED;
2933:                viewFlagMasks |= HAPTIC_FEEDBACK_ENABLED;
2934:            }
2935:            break;
2936:        case R.styleable.View_scrollbars:
2937:            final int scrollbars = a.getInt(attr, SCROLLBARS_NONE);
```

```
2938:            if (scrollbars != SCROLLBARS_NONE) {
2939:                viewFlagValues |= scrollbars;
2940:                viewFlagMasks |= SCROLLBARS_MASK;
2941:                initializeScrollbars(a);
2942:            }
2943:            break;
2944:        //noinspection deprecation
2945:        case R.styleable.View_fadingEdge:
2946:            if (context.getApplicationInfo().targetSdkVersion >= ICE_CREAM_SANDWICH)
{
2947:                // Ignore the attribute starting with ICS
2948:                break;
2949:            }
2950:            // With builds < ICS, fall through and apply fading edges
2951:        case R.styleable.View_requiresFadingEdge:
2952:            final int fadingEdge = a.getInt(attr, FADING_EDGE_NONE);
2953:            if (fadingEdge != FADING_EDGE_NONE) {
2954:                viewFlagValues |= fadingEdge;
2955:                viewFlagMasks |= FADING_EDGE_MASK;
2956:                initializeFadingEdge(a);
2957:            }
2958:            break;
2959:        case R.styleable.View_scrollbarStyle:
2960:            scrollbarStyle = a.getInt(attr, SCROLLBARS_INSIDE_OVERLAY);
2961:            if (scrollbarStyle != SCROLLBARS_INSIDE_OVERLAY) {
2962:                viewFlagValues |= scrollbarStyle & SCROLLBARS_STYLE_MASK;
2963:                viewFlagMasks |= SCROLLBARS_STYLE_MASK;
2964:            }
2965:            break;
2966:        case R.styleable.View_isScrollContainer:
2967:            setScrollContainer = true;
2968:            if (a.getBoolean(attr, false)) {
2969:                setScrollContainer(true);
2970:            }
2971:            break;
2972:        case com.android.internal.R.styleable.View_keepScreenOn:
2973:            if (a.getBoolean(attr, false)) {
2974:                viewFlagValues |= KEEP_SCREEN_ON;
2975:                viewFlagMasks |= KEEP_SCREEN_ON;
```

View.java

```
2976:                }
2977:                break;
2978:            case R.styleable.View_filterTouchesWhenObscured:
2979:                if (a.getBoolean(attr, false)) {
2980:                    viewFlagValues |= FILTER_TOUCHES_WHEN_OBSCURED;
2981:                    viewFlagMasks |= FILTER_TOUCHES_WHEN_OBSCURED;
2982:                }
2983:                break;
2984:            case R.styleable.View_nextFocusLeft:
2985:                mNextFocusLeftId = a.getResourceId(attr, View.NO_ID);
2986:                break;
2987:            case R.styleable.View_nextFocusRight:
2988:                mNextFocusRightId = a.getResourceId(attr, View.NO_ID);
2989:                break;
2990:            case R.styleable.View_nextFocusUp:
2991:                mNextFocusUpId = a.getResourceId(attr, View.NO_ID);
2992:                break;
2993:            case R.styleable.View_nextFocusDown:
2994:                mNextFocusDownId = a.getResourceId(attr, View.NO_ID);
2995:                break;
2996:            case R.styleable.View_nextFocusForward:
2997:                mNextFocusForwardId = a.getResourceId(attr, View.NO_ID);
2998:                break;
2999:            case R.styleable.View_minWidth:
3000:                mMinWidth = a.getDimensionPixelSize(attr, 0);
3001:                break;
3002:            case R.styleable.View_minHeight:
3003:                mMinHeight = a.getDimensionPixelSize(attr, 0);
3004:                break;
3005:            case R.styleable.View_onClick:
3006:                if (context.isRestricted()) {
3007:                    throw new IllegalStateException("The android:onClick attribute cannot "
3008:                            + "be used within a restricted context");
3009:                }
3010:
3011:                final String handlerName = a.getString(attr);
3012:                if (handlerName != null) {
3013:                    setOnClickListener(new OnClickListener() {
```

```
3014:        private Method mHandler;
3015:
3016:        public void onClick(View v) {
3017:            if (mHandler == null) {
3018:                try {
3019:                    mHandler = getContext().getClass().getMethod
               (handlerName,
3020:                            View.class);
3021:                } catch (NoSuchMethodException e) {
3022:                    int id = getId();
3023:                    String idText = id == NO_ID ? "" : " with id "
3024:                            + getContext().getResources().
               getResourceEntryName(
3025:                            id) + """;
3026:                    throw new IllegalStateException("Could not find a
               method " +
3027:                            handlerName + "(View) in the activity "
3028:                            + getContext().getClass() + " for onClick
               handler"
3029:                            + " on view " + View.this.getClass() + idText
               , e);
3030:                }
3031:            }
3032:
3033:            try {
3034:                mHandler.invoke(getContext(), View.this);
3035:            } catch (IllegalAccessException e) {
3036:                throw new IllegalStateException("Could not execute non "
3037:                        + "public method of the activity", e);
3038:            } catch (InvocationTargetException e) {
3039:                throw new IllegalStateException("Could not execute "
3040:                        + "method of the activity", e);
3041:            }
3042:        }
3043:    });
3044:    break;
3045: case R.styleable.View_overScrollMode:
3046:    overScrollMode = a.getInt(attr, OVER_SCROLL_IF_CONTENT_SCROLLS);
3047:
```

View.java

```
3048:                break;
3049:            case R.styleable.View_verticalScrollbarPosition:
3050:                mVerticalScrollbarPosition = a.getInt(attr, SCROLLBAR_POSITION_DEFAULT);
3051:                break;
3052:            case R.styleable.View_layerType:
3053:                setLayerType(a.getInt(attr, LAYER_TYPE_NONE), null);
3054:                break;
3055:            case R.styleable.View_textDirection:
3056:                mTextDirection = a.getInt(attr, DEFAULT_TEXT_DIRECTION);
3057:                break;
3058:            }
3059:        }
3060:
3061:        a.recycle();
3062:
3063:        setOverScrollMode(overScrollMode);
3064:
3065:        if (background != null) {
3066:            setBackgroundDrawable(background);
3067:        }
3068:
3069:        mUserPaddingRelative = (startPadding >= 0 || endPadding >= 0);
3070:
3071:        // Cache user padding as we cannot fully resolve padding here (we dont have yet the
resolved
3072:        // layout direction). Those cached values will be used later during padding
resolution.
3073:        mUserPaddingStart = startPadding;
3074:        mUserPaddingEnd = endPadding;
3075:
3076:        if (padding >= 0) {
3077:            leftPadding = padding;
3078:            topPadding = padding;
3079:            rightPadding = padding;
3080:            bottomPadding = padding;
3081:        }
3082:
3083:        // If the user specified the padding (either with android:padding or
3084:        // android:paddingLeft/Top/Right/Bottom), use this padding, otherwise
```

View.java

```
3085:            // use the default padding or the padding from the background drawable
3086:            // (stored at this point in mPadding*)
3087:            setPadding(leftPadding >= 0 ? leftPadding : mPaddingLeft,
3088:                    topPadding >= 0 ? topPadding : mPaddingTop,
3089:                    rightPadding >= 0 ? rightPadding : mPaddingRight,
3090:                    bottomPadding >= 0 ? bottomPadding : mPaddingBottom);
3091:
3092:            if (viewFlagMasks != 0) {
3093:                setFlags(viewFlagValues, viewFlagMasks);
3094:            }
3095:
3096:            // Needs to be called after mViewFlags is set
3097:            if (scrollbarStyle != SCROLLBARS_INSIDE_OVERLAY) {
3098:                recomputePadding();
3099:            }
3100:
3101:            if (x != 0 || y != 0) {
3102:                scrollTo(x, y);
3103:            }
3104:
3105:            if (transformSet) {
3106:                setTranslationX(tx);
3107:                setTranslationY(ty);
3108:                setRotation(rotation);
3109:                setRotationX(rotationX);
3110:                setRotationY(rotationY);
3111:                setScaleX(sx);
3112:                setScaleY(sy);
3113:            }
3114:
3115:            if (!setScrollContainer && (viewFlagValues&SCROLLBARS_VERTICAL) != 0) {
3116:                setScrollContainer(true);
3117:            }
3118:
3119:            computeOpaqueFlags();
3120:        }
3121:
3122:        /**
3123:         * Non-public constructor for use in testing
```

View.java

```
3124:         */
3125:        View() {
3126:            mResources = null;
3127:        }
3128:
3129:        /**
3130:         * <p>
3131:         * Initializes the fading edges from a given set of styled attributes. This
3132:         * method should be called by subclasses that need fading edges and when an
3133:         * instance of these subclasses is created programmatically rather than
3134:         * being inflated from XML. This method is automatically called when the XML
3135:         * is inflated.
3136:         * </p>
3137:         *
3138:         * @param a the styled attributes set to initialize the fading edges from
3139:         */
3140:        protected void initializeFadingEdge(TypedArray a) {
3141:            initScrollCache();
3142:
3143:            mScrollCache.fadingEdgeLength = a.getDimensionPixelSize(
3144:                    R.styleable.View_fadingEdgeLength,
3145:                    ViewConfiguration.get(mContext).getScaledFadingEdgeLength());
3146:        }
3147:
3148:        /**
3149:         * Returns the size of the vertical faded edges used to indicate that more
3150:         * content in this view is visible.
3151:         *
3152:         * @return The size in pixels of the vertical faded edge or 0 if vertical
3153:         *         faded edges are not enabled for this view.
3154:         * @attr ref android.R.styleable#View_fadingEdgeLength
3155:         */
3156:        public int getVerticalFadingEdgeLength() {
3157:            if (isVerticalFadingEdgeEnabled()) {
3158:                ScrollabilityCache cache = mScrollCache;
3159:                if (cache != null) {
3160:                    return cache.fadingEdgeLength;
3161:                }
3162:            }
```

```
3163:            return 0;
3164:
3165:        }
3166:        /**
3167:         * Set the size of the faded edge used to indicate that more content in this
3168:         * view is available.  Will not change whether the fading edge is enabled; use
3169:         * {@link #setVerticalFadingEdgeEnabled(boolean)} or
3170:         * {@link #setHorizontalFadingEdgeEnabled(boolean)} to enable the fading edge
3171:         * for the vertical or horizontal fading edges.
3172:         *
3173:         * @param length The size in pixels of the faded edge used to indicate that more
3174:         *        content in this view is visible.
3175:         */
3176:        public void setFadingEdgeLength(int length) {
3177:            initScrollCache();
3178:            mScrollCache.fadingEdgeLength = length;
3179:        }
3180:
3181:        /**
3182:         * Returns the size of the horizontal faded edges used to indicate that more
3183:         * content in this view is visible.
3184:         *
3185:         * @return The size in pixels of the horizontal faded edge or 0 if horizontal
3186:         *         faded edges are not enabled for this view.
3187:         * @attr ref android.R.styleable#View_fadingEdgeLength
3188:         */
3189:        public int getHorizontalFadingEdgeLength() {
3190:            if (isHorizontalFadingEdgeEnabled()) {
3191:                ScrollabilityCache cache = mScrollCache;
3192:                if (cache != null) {
3193:                    return cache.fadingEdgeLength;
3194:                }
3195:            }
3196:            return 0;
3197:        }
3198:
3199:        /**
3200:         * Returns the width of the vertical scrollbar.
3201:         *
```

View.java

```
3202:     * @return The width in pixels of the vertical scrollbar or 0 if there
3203:     *         is no vertical scrollbar.
3204:     */
3205:    public int getVerticalScrollbarWidth() {
3206:        ScrollabilityCache cache = mScrollCache;
3207:        if (cache != null) {
3208:            ScrollBarDrawable scrollBar = cache.scrollBar;
3209:            if (scrollBar != null) {
3210:                int size = scrollBar.getSize(true);
3211:                if (size <= 0) {
3212:                    size = cache.scrollBarSize;
3213:                }
3214:                return size;
3215:            }
3216:            return 0;
3217:        }
3218:        return 0;
3219:    }
3220:
3221:    /**
3222:     * Returns the height of the horizontal scrollbar.
3223:     *
3224:     * @return The height in pixels of the horizontal scrollbar or 0 if
3225:     *         there is no horizontal scrollbar.
3226:     */
3227:    protected int getHorizontalScrollbarHeight() {
3228:        ScrollabilityCache cache = mScrollCache;
3229:        if (cache != null) {
3230:            ScrollBarDrawable scrollBar = cache.scrollBar;
3231:            if (scrollBar != null) {
3232:                int size = scrollBar.getSize(false);
3233:                if (size <= 0) {
3234:                    size = cache.scrollBarSize;
3235:                }
3236:                return size;
3237:            }
3238:            return 0;
3239:        }
3240:        return 0;
```

View.java

```
3241:    }
3242:
3243:    /**
3244:     * <p>
3245:     * Initializes the scrollbars from a given set of styled attributes. This
3246:     * method should be called by subclasses that need scrollbars and when an
3247:     * instance of these subclasses is created programmatically rather than
3248:     * being inflated from XML. This method is automatically called when the XML
3249:     * is inflated.
3250:     * </p>
3251:     *
3252:     * @param a the styled attributes set to initialize the scrollbars from
3253:     */
3254:    protected void initializeScrollbars(TypedArray a) {
3255:        initScrollCache();
3256:
3257:        final ScrollabilityCache scrollabilityCache = mScrollCache;
3258:
3259:        if (scrollabilityCache.scrollBar == null) {
3260:            scrollabilityCache.scrollBar = new ScrollBarDrawable();
3261:        }
3262:
3263:        final boolean fadeScrollbars = a.getBoolean(R.styleable.View_fadeScrollbars, true);
3264:
3265:        if (!fadeScrollbars) {
3266:            scrollabilityCache.state = ScrollabilityCache.ON;
3267:        }
3268:        scrollabilityCache.fadeScrollBars = fadeScrollbars;
3269:
3270:
3271:        scrollabilityCache.scrollBarFadeDuration = a.getInt(
3272:                R.styleable.View_scrollbarFadeDuration, ViewConfiguration
3273:                        .getScrollBarFadeDuration());
3274:        scrollabilityCache.scrollBarDefaultDelayBeforeFade = a.getInt(
3275:                R.styleable.View_scrollbarDefaultDelayBeforeFade,
3276:                ViewConfiguration.getScrollDefaultDelay());
3277:
3278:
3279:        scrollabilityCache.scrollBarSize = a.getDimensionPixelSize(
```

View.java

```
3280:                    com.android.internal.R.styleable.View_scrollbarSize,
3281:                    ViewConfiguration.get(mContext).getScaledScrollBarSize());
3282:
3283:            Drawable track = a.getDrawable(R.styleable.View_scrollbarTrackHorizontal);
3284:            scrollabilityCache.scrollBar.setHorizontalTrackDrawable(track);
3285:
3286:            Drawable thumb = a.getDrawable(R.styleable.View_scrollbarThumbHorizontal);
3287:            if (thumb != null) {
3288:                scrollabilityCache.scrollBar.setHorizontalThumbDrawable(thumb);
3289:            }
3290:
3291:            boolean alwaysDraw = a.getBoolean(R.styleable.View_scrollbarAlwaysDrawHorizontalTrack,
3292:                    false);
3293:            if (alwaysDraw) {
3294:                scrollabilityCache.scrollBar.setAlwaysDrawHorizontalTrack(true);
3295:            }
3296:
3297:            track = a.getDrawable(R.styleable.View_scrollbarTrackVertical);
3298:            scrollabilityCache.scrollBar.setVerticalTrackDrawable(track);
3299:
3300:            thumb = a.getDrawable(R.styleable.View_scrollbarThumbVertical);
3301:            if (thumb != null) {
3302:                scrollabilityCache.scrollBar.setVerticalThumbDrawable(thumb);
3303:            }
3304:
3305:            alwaysDraw = a.getBoolean(R.styleable.View_scrollbarAlwaysDrawVerticalTrack,
3306:                    false);
3307:            if (alwaysDraw) {
3308:                scrollabilityCache.scrollBar.setAlwaysDrawVerticalTrack(true);
3309:            }
3310:
3311:            // Re-apply user/background padding so that scrollbar(s) get added
3312:            resolvePadding();
3313:        }
3314:
3315:        /**
3316:         * <p>
3317:         * Initalizes the scrollability cache if necessary.
```

```
3318:     * </p>
3319:     */
3320:    private void initScrollCache() {
3321:        if (mScrollCache == null) {
3322:            mScrollCache = new ScrollabilityCache(ViewConfiguration.get(mContext), this);
3323:        }
3324:    }
3325:
3326:    /**
3327:     * Set the position of the vertical scroll bar. Should be one of
3328:     * {@link #SCROLLBAR_POSITION_DEFAULT}, {@link #SCROLLBAR_POSITION_LEFT} or
3329:     * {@link #SCROLLBAR_POSITION_RIGHT}.
3330:     *
3331:     * @param position Where the vertical scroll bar should be positioned.
3332:     */
3333:    public void setVerticalScrollbarPosition(int position) {
3334:        if (mVerticalScrollbarPosition != position) {
3335:            mVerticalScrollbarPosition = position;
3336:            computeOpaqueFlags();
3337:            resolvePadding();
3338:        }
3339:    }
3340:
3341:    /**
3342:     * @return The position where the vertical scroll bar will show, if applicable.
3343:     * @see #setVerticalScrollbarPosition(int)
3344:     */
3345:    public int getVerticalScrollbarPosition() {
3346:        return mVerticalScrollbarPosition;
3347:    }
3348:
3349:    /**
3350:     * Register a callback to be invoked when focus of this view changed.
3351:     *
3352:     * @param l The callback that will run.
3353:     */
3354:    public void setOnFocusChangeListener(OnFocusChangeListener l) {
3355:        mOnFocusChangeListener = l;
3356:    }
```

View.java

```
3357:
3358:    /**
3359:     * Add a listener that will be called when the bounds of the view change due to
3360:     * layout processing.
3361:     *
3362:     * @param listener The listener that will be called when layout bounds change.
3363:     */
3364:    public void addOnLayoutChangeListener(OnLayoutChangeListener listener) {
3365:        if (mOnLayoutChangeListeners == null) {
3366:            mOnLayoutChangeListeners = new ArrayList<OnLayoutChangeListener>();
3367:        }
3368:        if (!mOnLayoutChangeListeners.contains(listener)) {
3369:            mOnLayoutChangeListeners.add(listener);
3370:        }
3371:    }
3372:
3373:    /**
3374:     * Remove a listener for layout changes.
3375:     *
3376:     * @param listener The listener for layout bounds change.
3377:     */
3378:    public void removeOnLayoutChangeListener(OnLayoutChangeListener listener) {
3379:        if (mOnLayoutChangeListeners == null) {
3380:            return;
3381:        }
3382:        mOnLayoutChangeListeners.remove(listener);
3383:    }
3384:
3385:    /**
3386:     * Add a listener for attach state changes.
3387:     *
3388:     * This listener will be called whenever this view is attached or detached
3389:     * from a window. Remove the listener using
3390:     * {@link #removeOnAttachStateChangeListener(OnAttachStateChangeListener)}.
3391:     *
3392:     * @param listener Listener to attach
3393:     * @see #removeOnAttachStateChangeListener(OnAttachStateChangeListener)
3394:     */
3395:    public void addOnAttachStateChangeListener(OnAttachStateChangeListener listener) {
```

```
3396:        if (mOnAttachStateChangeListeners == null) {
3397:            mOnAttachStateChangeListeners = new CopyOnWriteArrayList<
            OnAttachStateChangeListener>();
3398:        }
3399:        mOnAttachStateChangeListeners.add(listener);
3400:    }
3401:
3402:    /**
3403:     * Remove a listener for attach state changes. The listener will receive no further
3404:     * notification of window attach/detach events.
3405:     *
3406:     * @param listener Listener to remove
3407:     * @see #addOnAttachStateChangeListener(OnAttachStateChangeListener)
3408:     */
3409:    public void removeOnAttachStateChangeListener(OnAttachStateChangeListener listener) {
3410:        if (mOnAttachStateChangeListeners == null) {
3411:            return;
3412:        }
3413:        mOnAttachStateChangeListeners.remove(listener);
3414:    }
3415:
3416:    /**
3417:     * Returns the focus-change callback registered for this view.
3418:     *
3419:     * @return The callback, or null if one is not registered.
3420:     */
3421:    public OnFocusChangeListener getOnFocusChangeListener() {
3422:        return mOnFocusChangeListener;
3423:    }
3424:
3425:    /**
3426:     * Register a callback to be invoked when this view is clicked. If this view is not
3427:     * clickable, it becomes clickable.
3428:     *
3429:     * @param l The callback that will run
3430:     *
3431:     * @see #setClickable(boolean)
3432:     */
3433:    public void setOnClickListener(OnClickListener l) {
```

View.java

```
3434:        if (!isClickable()) {
3435:            setClickable(true);
3436:        }
3437:        mOnClickListener = l;
3438:
3439:    }
3440:
3441:    /**
         * Register a callback to be invoked when this view is clicked and held. If this view is not
3442:     * long clickable, it becomes long clickable.
3443:     *
3444:     * @param l The callback that will run
3445:     *
3446:     * @see #setLongClickable(boolean)
3447:     */
3448:    public void setOnLongClickListener(OnLongClickListener l) {
3449:        if (!isLongClickable()) {
3450:            setLongClickable(true);
3451:        }
3452:        mOnLongClickListener = l;
3453:    }
3454:
3455:    /**
         * Register a callback to be invoked when the context menu for this view is
3456:     * being built. If this view is not long clickable, it becomes long clickable.
3457:     *
3458:     * @param l The callback that will run
3459:     *
3460:     */
3461:    public void setOnCreateContextMenuListener(OnCreateContextMenuListener l) {
3462:        if (!isLongClickable()) {
3463:            setLongClickable(true);
3464:        }
3465:        mOnCreateContextMenuListener = l;
3466:    }
3467:
3468:    /**
3469:     * Call this view's OnClickListener, if it is defined.
3470:     *
3471:     *
```

View.java

```
3472:       * @return True there was an assigned OnClickListener that was called, false
3473:       *         otherwise is returned.
3474:       */
3475:      public boolean performClick() {
3476:          sendAccessibilityEvent(AccessibilityEvent.TYPE_VIEW_CLICKED);
3477:
3478:          if (mOnClickListener != null) {
3479:              playSoundEffect(SoundEffectConstants.CLICK);
3480:              mOnClickListener.onClick(this);
3481:              return true;
3482:          }
3483:
3484:          return false;
3485:      }
3486:
3487:      /**
3488:       * Call this view's OnLongClickListener, if it is defined. Invokes the context menu if
       the
3489:       * OnLongClickListener did not consume the event.
3490:       *
3491:       * @return True if one of the above receivers consumed the event, false otherwise.
3492:       */
3493:      public boolean performLongClick() {
3494:          sendAccessibilityEvent(AccessibilityEvent.TYPE_VIEW_LONG_CLICKED);
3495:
3496:          boolean handled = false;
3497:          if (mOnLongClickListener != null) {
3498:              handled = mOnLongClickListener.onLongClick(View.this);
3499:          }
3500:          if (!handled) {
3501:              handled = showContextMenu();
3502:          }
3503:          if (handled) {
3504:              performHapticFeedback(HapticFeedbackConstants.LONG_PRESS);
3505:          }
3506:          return handled;
3507:      }
3508:
3509:      /**
```

View.java

```
3510:      * Performs button-related actions during a touch down event.
3511:      *
3512:      * @param event The event.
3513:      * @return True if the down was consumed.
3514:      *
3515:      * @hide
3516:      */
3517:     protected boolean performButtonActionOnTouchDown(MotionEvent event) {
3518:         if ((event.getButtonState() & MotionEvent.BUTTON_SECONDARY) != 0) {
3519:             if (showContextMenu(event.getX(), event.getY(), event.getMetaState())) {
3520:                 return true;
3521:             }
3522:         }
3523:         return false;
3524:     }
3525:
3526:     /**
3527:      * Bring up the context menu for this view.
3528:      *
3529:      * @return Whether a context menu was displayed.
3530:      */
3531:     public boolean showContextMenu() {
3532:         return getParent().showContextMenuForChild(this);
3533:     }
3534:
3535:     /**
3536:      * Bring up the context menu for this view, referring to the item under the specified
            point.
3537:      *
3538:      * @param x The referenced x coordinate.
3539:      * @param y The referenced y coordinate.
3540:      * @param metaState The keyboard modifiers that were pressed.
3541:      * @return Whether a context menu was displayed.
3542:      *
3543:      * @hide
3544:      */
3545:     public boolean showContextMenu(float x, float y, int metaState) {
3546:         return showContextMenu();
3547:     }
```

View.java

```
3548:
3549:     /**
3550:      * Start an action mode.
3551:      *
3552:      * @param callback Callback that will control the lifecycle of the action mode
3553:      * @return The new action mode if it is started, null otherwise
3554:      *
3555:      * @see ActionMode
3556:      */
3557:     public ActionMode startActionMode(ActionMode.Callback callback) {
3558:         return getParent().startActionModeForChild(this, callback);
3559:     }
3560:
3561:     /**
3562:      * Register a callback to be invoked when a key is pressed in this view.
3563:      * @param l the key listener to attach to this view
3564:      */
3565:     public void setOnKeyListener(OnKeyListener l) {
3566:         mOnKeyListener = l;
3567:     }
3568:
3569:     /**
3570:      * Register a callback to be invoked when a touch event is sent to this view.
3571:      * @param l the touch listener to attach to this view
3572:      */
3573:     public void setOnTouchListener(OnTouchListener l) {
3574:         mOnTouchListener = l;
3575:     }
3576:
3577:     /**
3578:      * Register a callback to be invoked when a generic motion event is sent to this view.
3579:      * @param l the generic motion listener to attach to this view
3580:      */
3581:     public void setOnGenericMotionListener(OnGenericMotionListener l) {
3582:         mOnGenericMotionListener = l;
3583:     }
3584:
3585:     /**
3586:      * Register a callback to be invoked when a hover event is sent to this view.
```

```
3587:      * @param l the hover listener to attach to this view
3588:      */
3589:     public void setOnHoverListener(OnHoverListener l) {
3590:         mOnHoverListener = l;
3591:     }
3592:
3593:     /**
3594:      * Register a drag event listener callback object for this View. The parameter is
3595:      * an implementation of {@link android.view.View.OnDragListener}. To send a drag event to
           a
3596:      * View, the system calls the
3597:      * {@link android.view.View.OnDragListener#onDrag(View,DragEvent)} method.
3598:      * @param l An implementation of {@link android.view.View.OnDragListener}.
3599:      */
3600:     public void setOnDragListener(OnDragListener l) {
3601:         mOnDragListener = l;
3602:     }
3603:
3604:     /**
3605:      * Give this view focus. This will cause
3606:      * {@link #onFocusChanged(boolean, int, android.graphics.Rect)} to be called.
3607:      *
3608:      * Note: this does not check whether this {@link View} should get focus, it just
3609:      * gives it focus no matter what.  It should only be called internally by framework
3610:      * code that knows what it is doing, namely {@link #requestFocus(int, Rect)}..
3611:      *
3612:      * @param direction values are {@link View#FOCUS_UP}, {@link View#FOCUS_DOWN},
3613:      *        {@link View#FOCUS_LEFT} or {@link View#FOCUS_RIGHT}. This is the direction
           which
3614:      *        focus moved when requestFocus() is called. It may not always
3615:      *        apply, in which case use the default View.FOCUS_DOWN.
3616:      * @param previouslyFocusedRect The rectangle of the view that had focus
3617:      *        prior in this View's coordinate system.
3618:      */
3619:     void handleFocusGainInternal(int direction, Rect previouslyFocusedRect) {
3620:         if (DBG) {
3621:             System.out.println(this + " requestFocus()");
3622:         }
3623:
```

View.java

```
3624:            if ((mPrivateFlags & FOCUSED) == 0) {
3625:                mPrivateFlags |= FOCUSED;
3626:
3627:                if (mParent != null) {
3628:                    mParent.requestChildFocus(this, this);
3629:                }
3630:
3631:                onFocusChanged(true, direction, previouslyFocusedRect);
3632:                refreshDrawableState();
3633:            }
3634:        }
3635:
3636:    /**
3637:     * Request that a rectangle of this view be visible on the screen,
3638:     * scrolling if necessary just enough.
3639:     *
3640:     * <p>A View should call this if it maintains some notion of which part
3641:     * of its content is interesting. For example, a text editing view
3642:     * should call this when its cursor moves.
3643:     *
3644:     * @param rectangle The rectangle.
3645:     * @return Whether any parent scrolled.
3646:     */
3647:    public boolean requestRectangleOnScreen(Rect rectangle) {
3648:        return requestRectangleOnScreen(rectangle, false);
3649:    }
3650:
3651:    /**
3652:     * Request that a rectangle of this view be visible on the screen,
3653:     * scrolling if necessary just enough.
3654:     *
3655:     * <p>A View should call this if it maintains some notion of which part
3656:     * of its content is interesting. For example, a text editing view
3657:     * should call this when its cursor moves.
3658:     *
3659:     * <p>When <code>immediate</code> is set to true, scrolling will not be
3660:     * animated.
3661:     *
3662:     * @param rectangle The rectangle.
```

View.java

```
3663:      * @param immediate True to forbid animated scrolling, false otherwise
3664:      * @return Whether any parent scrolled.
3665:      */
3666:     public boolean requestRectangleOnScreen(Rect rectangle, boolean immediate) {
3667:         View child = this;
3668:         ViewParent parent = mParent;
3669:         boolean scrolled = false;
3670:         while (parent != null) {
3671:             scrolled |= parent.requestChildRectangleOnScreen(child,
3672:                     rectangle, immediate);
3673:
3674:             // offset rect so next call has the rectangle in the
3675:             // coordinate system of its direct child.
3676:             rectangle.offset(child.getLeft(), child.getTop());
3677:             rectangle.offset(-child.getScrollX(), -child.getScrollY());
3678:
3679:             if (!(parent instanceof View)) {
3680:                 break;
3681:             }
3682:
3683:             child = (View) parent;
3684:             parent = child.getParent();
3685:         }
3686:         return scrolled;
3687:     }
3688:
3689:     /**
3690:      * Called when this view wants to give up focus. This will cause
3691:      * {@link #onFocusChanged(boolean, int, android.graphics.Rect)} to be called.
3692:      */
3693:     public void clearFocus() {
3694:         if (DBG) {
3695:             System.out.println(this + " clearFocus()");
3696:         }
3697:
3698:         if ((mPrivateFlags & FOCUSED) != 0) {
3699:             mPrivateFlags &= ~FOCUSED;
3700:
3701:             if (mParent != null) {
```

View.java

```
3702:            mParent.clearChildFocus(this);
3703:        }
3704:
3705:        onFocusChanged(false, 0, null);
3706:        refreshDrawableState();
3707:    }
3708:
3709:    }
3710:    /**
3711:     * Called to clear the focus of a view that is about to be removed.
3712:     * Doesn't call clearChildFocus, which prevents this view from taking
3713:     * focus again before it has been removed from the parent
3714:     */
3715:    void clearFocusForRemoval() {
3716:        if ((mPrivateFlags & FOCUSED) != 0) {
3717:            mPrivateFlags &= ~FOCUSED;
3718:
3719:            onFocusChanged(false, 0, null);
3720:            refreshDrawableState();
3721:        }
3722:    }
3723:
3724:    /**
3725:     * Called internally by the view system when a new view is getting focus.
3726:     * This is what clears the old focus.
3727:     */
3728:    void unFocus() {
3729:        if (DBG) {
3730:            System.out.println(this + " unFocus()");
3731:        }
3732:
3733:        if ((mPrivateFlags & FOCUSED) != 0) {
3734:            mPrivateFlags &= ~FOCUSED;
3735:
3736:            onFocusChanged(false, 0, null);
3737:            refreshDrawableState();
3738:        }
3739:    }
3740:
```

View.java

```
3741:    /**
3742:     * Returns true if this view has focus iteself, or is the ancestor of the
3743:     * view that has focus.
3744:     *
3745:     * @return True if this view has or contains focus, false otherwise.
3746:     */
3747:    @ViewDebug.ExportedProperty(category = "focus")
3748:    public boolean hasFocus() {
3749:        return (mPrivateFlags & FOCUSED) != 0;
3750:    }
3751:
3752:    /**
3753:     * Returns true if this view is focusable or if it contains a reachable View
3754:     * for which {@link #hasFocusable()} returns true. A "reachable hasFocusable()"
3755:     * is a View whose parents do not block descendants focus.
3756:     *
3757:     * Only {@link #VISIBLE} views are considered focusable.
3758:     *
3759:     * @return True if the view is focusable or if the view contains a focusable
3760:     *         View, false otherwise.
3761:     *
3762:     * @see ViewGroup#FOCUS_BLOCK_DESCENDANTS
3763:     */
3764:    public boolean hasFocusable() {
3765:        return (mViewFlags & VISIBILITY_MASK) == VISIBLE && isFocusable();
3766:    }
3767:
3768:    /**
3769:     * Called by the view system when the focus state of this view changes.
3770:     * When the focus change event is caused by directional navigation, direction
3771:     * and previouslyFocusedRect provide insight into where the focus is coming from.
3772:     * When overriding, be sure to call up through to the super class so that
3773:     * the standard focus handling will occur.
3774:     *
3775:     * @param gainFocus True if the View has focus; false otherwise.
3776:     * @param direction The direction focus has moved when requestFocus()
3777:     *                  is called to give this view focus. Values are
3778:     *                  {@link #FOCUS_UP}, {@link #FOCUS_DOWN}, {@link #FOCUS_LEFT},
3779:     *                  {@link #FOCUS_RIGHT}, {@link #FOCUS_FORWARD}, or {@link #
```

```
          FOCUS_BACKWARD}.
3780:     *          It may not always apply, in which case use the default.
3781:     * @param previouslyFocusedRect The rectangle, in this view's coordinate
3782:     *          system, of the previously focused view.  If applicable, this will be
3783:     *          passed in as finer grained information about where the focus is coming
3784:     *          from (in addition to direction).  Will be <code>null</code> otherwise.
3785:     */
3786:     protected void onFocusChanged(boolean gainFocus, int direction, Rect
          previouslyFocusedRect) {
3787:         if (gainFocus) {
3788:             sendAccessibilityEvent(AccessibilityEvent.TYPE_VIEW_FOCUSED);
3789:         }
3790:
3791:         InputMethodManager imm = InputMethodManager.peekInstance();
3792:         if (!gainFocus) {
3793:             if (isPressed()) {
3794:                 setPressed(false);
3795:             }
3796:             if (imm != null && mAttachInfo != null
3797:                     && mAttachInfo.mHasWindowFocus) {
3798:                 imm.focusOut(this);
3799:             }
3800:             onFocusLost();
3801:         } else if (imm != null && mAttachInfo != null
3802:                 && mAttachInfo.mHasWindowFocus) {
3803:             imm.focusIn(this);
3804:         }
3805:
3806:         invalidate(true);
3807:         if (mOnFocusChangeListener != null) {
3808:             mOnFocusChangeListener.onFocusChange(this, gainFocus);
3809:         }
3810:
3811:         if (mAttachInfo != null) {
3812:             mAttachInfo.mKeyDispatchState.reset(this);
3813:         }
3814:     }
3815:
3816:     /**
```

```
3817:     * Sends an accessibility event of the given type. If accessibility is
3818:     * not enabled this method has no effect. The default implementation calls
3819:     * {@link #onInitializeAccessibilityEvent(AccessibilityEvent)} first
3820:     * to populate information about the event source (this View), then calls
3821:     * {@link #dispatchPopulateAccessibilityEvent(AccessibilityEvent)} to
3822:     * populate the text content of the event source including its descendants,
3823:     * and last calls
3824:     * {@link ViewParent#requestSendAccessibilityEvent(View, AccessibilityEvent)}
3825:     * on its parent to resuest sending of the event to interested parties.
3826:     * <p>
3827:     * If an {@link AccessibilityDelegate} has been specified via calling
3828:     * {@link #setAccessibilityDelegate(AccessibilityDelegate)} its
3829:     * {@link AccessibilityDelegate#sendAccessibilityEvent(View, int)} is
3830:     * responsible for handling this call.
3831:     * </p>
3832:     *
3833:     * @param eventType The type of the event to send, as defined by several types from
3834:     * {@link android.view.accessibility.AccessibilityEvent}, such as
3835:     * {@link android.view.accessibility.AccessibilityEvent#TYPE_VIEW_CLICKED} or
3836:     * {@link android.view.accessibility.AccessibilityEvent#TYPE_VIEW_HOVER_ENTER}.
3837:     *
3838:     * @see #onInitializeAccessibilityEvent(AccessibilityEvent)
3839:     * @see #dispatchPopulateAccessibilityEvent(AccessibilityEvent)
3840:     * @see ViewParent#requestSendAccessibilityEvent(View, AccessibilityEvent)
3841:     * @see AccessibilityDelegate
3842:     */
3843:    public void sendAccessibilityEvent(int eventType) {
3844:        if (mAccessibilityDelegate != null) {
3845:            mAccessibilityDelegate.sendAccessibilityEvent(this, eventType);
3846:        } else {
3847:            sendAccessibilityEventInternal(eventType);
3848:        }
3849:    }
3850:
3851:    /**
3852:     * @see #sendAccessibilityEvent(int)
3853:     *
3854:     * Note: Called from the default {@link AccessibilityDelegate}.
3855:     */
```

```
3856:   void sendAccessibilityEventInternal(int eventType) {
3857:       if (AccessibilityManager.getInstance(mContext).isEnabled()) {
3858:           sendAccessibilityEventUnchecked(AccessibilityEvent.obtain(eventType));
3859:       }
3860:   }
3861:
3862:   /**
3863:    * This method behaves exactly as {@link #sendAccessibilityEvent(int)} but
3864:    * takes as an argument an empty {@link AccessibilityEvent} and does not
3865:    * perform a check whether accessibility is enabled.
3866:    * <p>
3867:    * If an {@link AccessibilityDelegate} has been specified via calling
3868:    * {@link #setAccessibilityDelegate(AccessibilityDelegate)} its
3869:    * {@link AccessibilityDelegate#sendAccessibilityEventUnchecked(View, AccessibilityEvent)
3870:    * is responsible for handling this call.
3871:    * </p>
3872:    *
3873:    * @param event The event to send.
3874:    *
3875:    * @see #sendAccessibilityEvent(int)
3876:    */
3877:   public void sendAccessibilityEventUnchecked(AccessibilityEvent event) {
3878:       if (mAccessibilityDelegate != null) {
3879:           mAccessibilityDelegate.sendAccessibilityEventUnchecked(this, event);
3880:       } else {
3881:           sendAccessibilityEventUncheckedInternal(event);
3882:       }
3883:   }
3884:
3885:   /**
3886:    * @see #sendAccessibilityEventUnchecked(AccessibilityEvent)
3887:    *
3888:    * Note: Called from the default {@link AccessibilityDelegate}.
3889:    */
3890:   void sendAccessibilityEventUncheckedInternal(AccessibilityEvent event) {
3891:       if (!isShown()) {
3892:           return;
3893:       }
```

View.java

View.java

```
3894:        onInitializeAccessibilityEvent(event);
3895:        // Only a subset of accessibility events populates text content.
3896:        if ((event.getEventType() & POPULATING_ACCESSIBILITY_EVENT_TYPES) != 0) {
3897:            dispatchPopulateAccessibilityEvent(event);
3898:        }
3899:        // In the beginning we called #isShown(), so we know that getParent() is not null.
3900:        getParent().requestSendAccessibilityEvent(this, event);
3901:    }
3902:
3903:    /**
3904:     * Dispatches an {@link AccessibilityEvent} to the {@link View} first and then
3905:     * to its children for adding their text content to the event. Note that the
3906:     * event text is populated in a separate dispatch path since we add to the
3907:     * event not only the text of the source but also the text of all its descendants.
3908:     * A typical implementation will call
3909:     * {@link #onPopulateAccessibilityEvent(AccessibilityEvent)} on the this view
3910:     * and then call the {@link #dispatchPopulateAccessibilityEvent(AccessibilityEvent)}
3911:     * on each child. Override this method if custom population of the event text
3912:     * content is required.
3913:     * <p>
3914:     * If an {@link AccessibilityDelegate} has been specified via calling
3915:     * {@link #setAccessibilityDelegate(AccessibilityDelegate)} its
3916:     * {@link AccessibilityDelegate#dispatchPopulateAccessibilityEvent(View,
AccessibilityEvent)}
3917:     * is responsible for handling this call.
3918:     * </p>
3919:     * <p>
3920:     * <em>Note:</em> Accessibility events of certain types are not dispatched for
3921:     * populating the event text via this method. For details refer to {@link
AccessibilityEvent}.
3922:     * </p>
3923:     *
3924:     * @param event The event.
3925:     *
3926:     * @return True if the event population was completed.
3927:     */
3928:    public boolean dispatchPopulateAccessibilityEvent(AccessibilityEvent event) {
3929:        if (mAccessibilityDelegate != null) {
3930:            return mAccessibilityDelegate.dispatchPopulateAccessibilityEvent(this, event);
```

```
3931:         } else {
3932:             return dispatchPopulateAccessibilityEventInternal(event);
3933:         }
3934:     }
3935:
3936:     /**
3937:      * @see #dispatchPopulateAccessibilityEvent(AccessibilityEvent)
3938:      *
3939:      * Note: Called from the default {@link AccessibilityDelegate}.
3940:      */
3941:     boolean dispatchPopulateAccessibilityEventInternal(AccessibilityEvent event) {
3942:         onPopulateAccessibilityEvent(event);
3943:         return false;
3944:     }
3945:
3946:     /**
3947:      * Called from {@link #dispatchPopulateAccessibilityEvent(AccessibilityEvent)}
3948:      * giving a chance to this View to populate the accessibility event with its
3949:      * text content. While this method is free to modify event
3950:      * attributes other than text content, doing so should normally be performed in
3951:      * {@link #onInitializeAccessibilityEvent(AccessibilityEvent)}.
3952:      * <p>
3953:      * Example: Adding formatted date string to an accessibility event in addition
3954:      *          to the text added by the super implementation:
3955:      * <pre> public void onPopulateAccessibilityEvent(AccessibilityEvent event) {
3956:      *     super.onPopulateAccessibilityEvent(event);
3957:      *     final int flags = DateUtils.FORMAT_SHOW_DATE | DateUtils.FORMAT_SHOW_WEEKDAY;
3958:      *     String selectedDateUtterance = DateUtils.formatDateTime(mContext,
3959:      *         mCurrentDate.getTimeInMillis(), flags);
3960:      *     event.getText().add(selectedDateUtterance);
3961:      * }</pre>
3962:      * <p>
3963:      * If an {@link AccessibilityDelegate} has been specified via calling
3964:      * {@link #setAccessibilityDelegate(AccessibilityDelegate)} its
3965:      * {@link AccessibilityDelegate#onPopulateAccessibilityEvent(View, AccessibilityEvent)}
3966:      * is responsible for handling this call.
3967:      * </p>
3968:      * <p class="note"><strong>Note:</strong> Always call the super implementation before
       adding
```

```
3969:     * information to the event, in case the default implementation has basic information to
   add.
3970:     * </p>
3971:     *
3972:     * @param event The accessibility event which to populate.
3973:     *
3974:     * @see #sendAccessibilityEvent(int)
3975:     * @see #dispatchPopulateAccessibilityEvent(AccessibilityEvent)
3976:     */
3977:    public void onPopulateAccessibilityEvent(AccessibilityEvent event) {
3978:        if (mAccessibilityDelegate != null) {
3979:            mAccessibilityDelegate.onPopulateAccessibilityEvent(this, event);
3980:        } else {
3981:            onPopulateAccessibilityEventInternal(event);
3982:        }
3983:    }
3984:
3985:    /**
3986:     * @see #onPopulateAccessibilityEvent(AccessibilityEvent)
3987:     *
3988:     * Note: Called from the default {@link AccessibilityDelegate}.
3989:     */
3990:    void onPopulateAccessibilityEventInternal(AccessibilityEvent event) {
3991:
3992:    }
3993:
3994:    /**
3995:     * Initializes an {@link AccessibilityEvent} with information about
3996:     * this View which is the event source. In other words, the source of
3997:     * an accessibility event is the view whose state change triggered firing
3998:     * the event.
3999:     * <p>
4000:     * Example: Setting the password property of an event in addition
4001:     *          to properties set by the super implementation:
4002:     * <pre> public void onInitializeAccessibilityEvent(AccessibilityEvent event) {
4003:     *     super.onInitializeAccessibilityEvent(event);
4004:     *     event.setPassword(true);
4005:     * }</pre>
4006:     * <p>
```

```
4007:     * If an {@link AccessibilityDelegate} has been specified via calling
4008:     * {@link #setAccessibilityDelegate(AccessibilityDelegate)} its
4009:     * {@link AccessibilityDelegate#onInitializeAccessibilityEvent(View, AccessibilityEvent)}
4010:     * is responsible for handling this call.
4011:     * </p>
4012:     * <p class="note"><strong>Note:</strong> Always call the super implementation before
          adding
4013:     * information to the event, in case the default implementation has basic information to
          add.
4014:     * </p>
4015:     * @param event The event to initialize.
4016:     *
4017:     * @see #sendAccessibilityEvent(int)
4018:     * @see #dispatchPopulateAccessibilityEvent(AccessibilityEvent)
4019:     */
4020:    public void onInitializeAccessibilityEvent(AccessibilityEvent event) {
4021:        if (mAccessibilityDelegate != null) {
4022:            mAccessibilityDelegate.onInitializeAccessibilityEvent(this, event);
4023:        } else {
4024:            onInitializeAccessibilityEventInternal(event);
4025:        }
4026:    }
4027:
4028:    /**
4029:     * @see #onInitializeAccessibilityEvent(AccessibilityEvent)
4030:     *
4031:     * Note: Called from the default {@link AccessibilityDelegate}.
4032:     */
4033:    void onInitializeAccessibilityEventInternal(AccessibilityEvent event) {
4034:        event.setSource(this);
4035:        event.setClassName(getClass().getName());
4036:        event.setPackageName(getContext().getPackageName());
4037:        event.setEnabled(isEnabled());
4038:        event.setContentDescription(mContentDescription);
4039:
4040:        if (event.getEventType() == AccessibilityEvent.TYPE_VIEW_FOCUSED && mAttachInfo !=
          null) {
4041:            ArrayList<View> focusablesTempList = mAttachInfo.mFocusablesTempList;
4042:            getRootView().addFocusables(focusablesTempList, View.FOCUS_FORWARD,
```

View.java

```
4043:            FOCUSABLES_ALL);
4044:        event.setItemCount(focusablesTempList.size());
4045:        event.setCurrentItemIndex(focusablesTempList.indexOf(this));
4046:        focusablesTempList.clear();
4047:    }
4048:
4049:    }
4050:    /**
4051:     * Returns an {@link AccessibilityNodeInfo} representing this view from the
4052:     * point of view of an {@link android.accessibilityservice.AccessibilityService}.
4053:     * This method is responsible for obtaining an accessibility node info from a
4054:     * pool of reusable instances and calling
4055:     * {@link #onInitializeAccessibilityNodeInfo(AccessibilityNodeInfo)} on this view to
4056:     * initialize the former.
4057:     * <p>
4058:     * Note: The client is responsible for recycling the obtained instance by calling
4059:     * {@link AccessibilityNodeInfo#recycle()} to minimize object creation.
4060:     * </p>
4061:     * @return A populated {@link AccessibilityNodeInfo}.
4062:     *
4063:     * @see AccessibilityNodeInfo
4064:     */
4065:    public AccessibilityNodeInfo createAccessibilityNodeInfo() {
4066:        AccessibilityNodeInfo info = AccessibilityNodeInfo.obtain(this);
4067:        onInitializeAccessibilityNodeInfo(info);
4068:        return info;
4069:    }
4070:
4071:    /**
4072:     * Initializes an {@link AccessibilityNodeInfo} with information about this view.
4073:     * The base implementation sets:
4074:     * <ul>
4075:     *   <li>{@link AccessibilityNodeInfo#setParent(View)},</li>
4076:     *   <li>{@link AccessibilityNodeInfo#setBoundsInParent(Rect)},</li>
4077:     *   <li>{@link AccessibilityNodeInfo#setBoundsInScreen(Rect)},</li>
4078:     *   <li>{@link AccessibilityNodeInfo#setPackageName(CharSequence)},</li>
4079:     *   <li>{@link AccessibilityNodeInfo#setClassName(CharSequence)},</li>
4080:     *   <li>{@link AccessibilityNodeInfo#setContentDescription(CharSequence)},</li>
4081:     *   <li>{@link AccessibilityNodeInfo#setEnabled(boolean)},</li>
```

```
4082:   *         <li>{@link AccessibilityNodeInfo#setClickable(boolean)},</li>
4083:   *         <li>{@link AccessibilityNodeInfo#setFocusable(boolean)},</li>
4084:   *         <li>{@link AccessibilityNodeInfo#setFocused(boolean)},</li>
4085:   *         <li>{@link AccessibilityNodeInfo#setLongClickable(boolean)},</li>
4086:   *         <li>{@link AccessibilityNodeInfo#setSelected(boolean)},</li>
4087:   *     </ul>
4088:   * <p>
4089:   * Subclasses should override this method, call the super implementation,
4090:   * and set additional attributes.
4091:   * </p>
4092:   * <p>
4093:   * If an {@link AccessibilityDelegate} has been specified via calling
4094:   * {@link #setAccessibilityDelegate(AccessibilityDelegate)} its
4095:   * {@link AccessibilityDelegate#onInitializeAccessibilityNodeInfo(View,
AccessibilityNodeInfo)}
4096:   * is responsible for handling this call.
4097:   * </p>
4098:   *
4099:   * @param info The instance to initialize.
4100:   */
4101:  public void onInitializeAccessibilityNodeInfo(AccessibilityNodeInfo info) {
4102:      if (mAccessibilityDelegate != null) {
4103:          mAccessibilityDelegate.onInitializeAccessibilityNodeInfo(this, info);
4104:      } else {
4105:          onInitializeAccessibilityNodeInfoInternal(info);
4106:      }
4107:  }
4108:
4109:  /**
4110:   * @see #onInitializeAccessibilityNodeInfo(AccessibilityNodeInfo)
4111:   *
4112:   * Note: Called from the default {@link AccessibilityDelegate}.
4113:   */
4114:  void onInitializeAccessibilityNodeInfoInternal(AccessibilityNodeInfo info) {
4115:      Rect bounds = mAttachInfo.mTmpInvalRect;
4116:      getDrawingRect(bounds);
4117:      info.setBoundsInParent(bounds);
4118:
4119:      int[] locationOnScreen = mAttachInfo.mInvalidateChildLocation;
```

View.java

```
4120:            getLocationOnScreen(locationOnScreen);
4121:            bounds.offsetTo(0, 0);
4122:            bounds.offset(locationOnScreen[0], locationOnScreen[1]);
4123:            info.setBoundsInScreen(bounds);
4124:
4125:            ViewParent parent = getParent();
4126:            if (parent instanceof View) {
4127:                View parentView = (View) parent;
4128:                info.setParent(parentView);
4129:            }
4130:
4131:            info.setPackageName(mContext.getPackageName());
4132:            info.setClassName(getClass().getName());
4133:            info.setContentDescription(getContentDescription());
4134:
4135:            info.setEnabled(isEnabled());
4136:            info.setClickable(isClickable());
4137:            info.setFocusable(isFocusable());
4138:            info.setFocused(isFocused());
4139:            info.setSelected(isSelected());
4140:            info.setLongClickable(isLongClickable());
4141:
4142:            // TODO: These make sense only if we are in an AdapterView but all
4143:            // views can be selected. Maybe from accessiblity perspective
4144:            // we should report as selectable view in an AdapterView.
4145:            info.addAction(AccessibilityNodeInfo.ACTION_SELECT);
4146:            info.addAction(AccessibilityNodeInfo.ACTION_CLEAR_SELECTION);
4147:
4148:            if (isFocusable()) {
4149:                if (isFocused()) {
4150:                    info.addAction(AccessibilityNodeInfo.ACTION_CLEAR_FOCUS);
4151:                } else {
4152:                    info.addAction(AccessibilityNodeInfo.ACTION_FOCUS);
4153:                }
4154:            }
4155:        }
4156:
4157:        /**
4158:         * Sets a delegate for implementing accessibility support via compositon as
```

```
4159:    * opposed to inheritance. The delegate's primary use is for implementing
4160:    * backwards compatible widgets. For more details see {@link AccessibilityDelegate}.
4161:    *
4162:    * @param delegate The delegate instance.
4163:    *
4164:    * @see AccessibilityDelegate
4165:    */
4166:   public void setAccessibilityDelegate(AccessibilityDelegate delegate) {
4167:       mAccessibilityDelegate = delegate;
4168:   }
4169:
4170:   /**
4171:    * Gets the unique identifier of this view on the screen for accessibility purposes.
4172:    * If this {@link View} is not attached to any window, {@value #NO_ID} is returned.
4173:    *
4174:    * @return The view accessibility id.
4175:    *
4176:    * @hide
4177:    */
4178:   public int getAccessibilityViewId() {
4179:       if (mAccessibilityViewId == NO_ID) {
4180:           mAccessibilityViewId = sNextAccessibilityViewId++;
4181:       }
4182:       return mAccessibilityViewId;
4183:   }
4184:
4185:   /**
4186:    * Gets the unique identifier of the window in which this View reseides.
4187:    *
4188:    * @return The window accessibility id.
4189:    *
4190:    * @hide
4191:    */
4192:   public int getAccessibilityWindowId() {
4193:       return mAttachInfo != null ? mAttachInfo.mAccessibilityWindowId : NO_ID;
4194:   }
4195:
4196:   /**
4197:    * Gets the {@link View} description. It briefly describes the view and is
```

View.java

```
4198:      * primarily used for accessibility support. Set this property to enable
4199:      * better accessibility support for your application. This is especially
4200:      * true for views that do not have textual representation (For example,
4201:      * ImageButton).
4202:      *
4203:      * @return The content descriptiopn.
4204:      *
4205:      * @attr ref android.R.styleable#View_contentDescription
4206:      */
4207:     public CharSequence getContentDescription() {
4208:         return mContentDescription;
4209:     }
4210:
4211:     /**
4212:      * Sets the {@link View} description. It briefly describes the view and is
4213:      * primarily used for accessibility support. Set this property to enable
4214:      * better accessibility support for your application. This is especially
4215:      * true for views that do not have textual representation (For example,
4216:      * ImageButton).
4217:      *
4218:      * @param contentDescription The content description.
4219:      *
4220:      * @attr ref android.R.styleable#View_contentDescription
4221:      */
4222:     public void setContentDescription(CharSequence contentDescription) {
4223:         mContentDescription = contentDescription;
4224:     }
4225:
4226:     /**
4227:      * Invoked whenever this view loses focus, either by losing window focus or by losing
4228:      * focus within its window. This method can be used to clear any state tied to the
4229:      * focus. For instance, if a button is held pressed with the trackball and the window
4230:      * loses focus, this method can be used to cancel the press.
4231:      *
4232:      * Subclasses of View overriding this method should always call super.onFocusLost().
4233:      *
4234:      * @see #onFocusChanged(boolean, int, android.graphics.Rect)
4235:      * @see #onWindowFocusChanged(boolean)
4236:      *
```

View.java

```
4237:          * @hide pending API council approval
4238:          */
4239:         protected void onFocusLost() {
4240:             resetPressedState();
4241:         }
4242:
4243:         private void resetPressedState() {
4244:             if ((mViewFlags & ENABLED_MASK) == DISABLED) {
4245:                 return;
4246:             }
4247:
4248:             if (isPressed()) {
4249:                 setPressed(false);
4250:
4251:                 if (!mHasPerformedLongPress) {
4252:                     removeLongPressCallback();
4253:                 }
4254:             }
4255:         }
4256:
4257:         /**
4258:          * Returns true if this view has focus
4259:          *
4260:          * @return True if this view has focus, false otherwise.
4261:          */
4262:         @ViewDebug.ExportedProperty(category = "focus")
4263:         public boolean isFocused() {
4264:             return (mPrivateFlags & FOCUSED) != 0;
4265:         }
4266:
4267:         /**
4268:          * Find the view in the hierarchy rooted at this view that currently has
4269:          * focus.
4270:          *
4271:          * @return The view that currently has focus, or null if no focused view can
4272:          * be found.
4273:          */
4274:         public View findFocus() {
4275:             return (mPrivateFlags & FOCUSED) != 0 ? this : null;
```

```
4276:    }
4277:
4278:    /**
4279:     * Change whether this view is one of the set of scrollable containers in
4280:     * its window. This will be used to determine whether the window can
4281:     * resize or must pan when a soft input area is open -- scrollable
4282:     * containers allow the window to use resize mode since the container
4283:     * will appropriately shrink.
4284:     */
4285:    public void setScrollContainer(boolean isScrollContainer) {
4286:        if (isScrollContainer) {
4287:            if (mAttachInfo != null && (mPrivateFlags&SCROLL_CONTAINER_ADDED) == 0) {
4288:                mAttachInfo.mScrollContainers.add(this);
4289:                mPrivateFlags |= SCROLL_CONTAINER_ADDED;
4290:            }
4291:            mPrivateFlags |= SCROLL_CONTAINER;
4292:        } else {
4293:            if ((mPrivateFlags&SCROLL_CONTAINER_ADDED) != 0) {
4294:                mAttachInfo.mScrollContainers.remove(this);
4295:            }
4296:            mPrivateFlags &= ~(SCROLL_CONTAINER|SCROLL_CONTAINER_ADDED);
4297:        }
4298:    }
4299:
4300:    /**
4301:     * Returns the quality of the drawing cache.
4302:     *
4303:     * @return One of {@link #DRAWING_CACHE_QUALITY_AUTO},
4304:     *         {@link #DRAWING_CACHE_QUALITY_LOW}, or {@link #DRAWING_CACHE_QUALITY_HIGH}
4305:     *
4306:     * @see #setDrawingCacheQuality(int)
4307:     * @see #setDrawingCacheEnabled(boolean)
4308:     * @see #isDrawingCacheEnabled()
4309:     *
4310:     * @attr ref android.R.styleable#View_drawingCacheQuality
4311:     */
4312:    public int getDrawingCacheQuality() {
4313:        return mViewFlags & DRAWING_CACHE_QUALITY_MASK;
4314:    }
```

```
4315:
4316:    /**
4317:     * Set the drawing cache quality of this view. This value is used only when the
4318:     * drawing cache is enabled
4319:     *
4320:     * @param quality One of {@link #DRAWING_CACHE_QUALITY_AUTO},
4321:     *        {@link #DRAWING_CACHE_QUALITY_LOW}, or {@link #DRAWING_CACHE_QUALITY_HIGH}
4322:     *
4323:     * @see #getDrawingCacheQuality()
4324:     * @see #setDrawingCacheEnabled(boolean)
4325:     * @see #isDrawingCacheEnabled()
4326:     *
4327:     * @attr ref android.R.styleable#View_drawingCacheQuality
4328:     */
4329:    public void setDrawingCacheQuality(int quality) {
4330:        setFlags(quality, DRAWING_CACHE_QUALITY_MASK);
4331:    }
4332:
4333:    /**
4334:     * Returns whether the screen should remain on, corresponding to the current
4335:     * value of {@link #KEEP_SCREEN_ON}.
4336:     *
4337:     * @return Returns true if {@link #KEEP_SCREEN_ON} is set.
4338:     *
4339:     * @see #setKeepScreenOn(boolean)
4340:     *
4341:     * @attr ref android.R.styleable#View_keepScreenOn
4342:     */
4343:    public boolean getKeepScreenOn() {
4344:        return (mViewFlags & KEEP_SCREEN_ON) != 0;
4345:    }
4346:
4347:    /**
4348:     * Controls whether the screen should remain on, modifying the
4349:     * value of {@link #KEEP_SCREEN_ON}.
4350:     *
4351:     * @param keepScreenOn Supply true to set {@link #KEEP_SCREEN_ON}.
4352:     *
4353:     * @see #getKeepScreenOn()
```

View.java

```
4354:        *
4355:        * @attr ref android.R.styleable#View_keepScreenOn
4356:        */
4357:       public void setKeepScreenOn(boolean keepScreenOn) {
4358:           setFlags(keepScreenOn ? KEEP_SCREEN_ON : 0, KEEP_SCREEN_ON);
4359:       }
4360:
4361:       /**
4362:        * Gets the id of the view to use when the next focus is {@link #FOCUS_LEFT}.
4363:        * @return The next focus ID, or {@link #NO_ID} if the framework should decide
                   automatically.
4364:        *
4365:        * @attr ref android.R.styleable#View_nextFocusLeft
4366:        */
4367:       public int getNextFocusLeftId() {
4368:           return mNextFocusLeftId;
4369:       }
4370:
4371:       /**
4372:        * Sets the id of the view to use when the next focus is {@link #FOCUS_LEFT}.
4373:        * @param nextFocusLeftId The next focus ID, or {@link #NO_ID} if the framework should
4374:        * decide automatically.
4375:        *
4376:        * @attr ref android.R.styleable#View_nextFocusLeft
4377:        */
4378:       public void setNextFocusLeftId(int nextFocusLeftId) {
4379:           mNextFocusLeftId = nextFocusLeftId;
4380:       }
4381:
4382:       /**
4383:        * Gets the id of the view to use when the next focus is {@link #FOCUS_RIGHT}.
4384:        * @return The next focus ID, or {@link #NO_ID} if the framework should decide
                   automatically.
4385:        *
4386:        * @attr ref android.R.styleable#View_nextFocusRight
4387:        */
4388:       public int getNextFocusRightId() {
4389:           return mNextFocusRightId;
4390:       }
```

View.java

```
4391:
4392:     /**
4393:      * Sets the id of the view to use when the next focus is {@link #FOCUS_RIGHT}.
4394:      * @param nextFocusRightId The next focus ID, or {@link #NO_ID} if the framework should
4395:      * decide automatically.
4396:      *
4397:      * @attr ref android.R.styleable#View_nextFocusRight
4398:      */
4399:     public void setNextFocusRightId(int nextFocusRightId) {
4400:         mNextFocusRightId = nextFocusRightId;
4401:     }
4402:
4403:     /**
4404:      * Gets the id of the view to use when the next focus is {@link #FOCUS_UP}.
4405:      * @return The next focus ID, or {@link #NO_ID} if the framework should decide
4406: automatically.
4406:      *
4407:      * @attr ref android.R.styleable#View_nextFocusUp
4408:      */
4409:     public int getNextFocusUpId() {
4410:         return mNextFocusUpId;
4411:     }
4412:
4413:     /**
4414:      * Sets the id of the view to use when the next focus is {@link #FOCUS_UP}.
4415:      * @param nextFocusUpId The next focus ID, or {@link #NO_ID} if the framework should
4416:      * decide automatically.
4417:      *
4418:      * @attr ref android.R.styleable#View_nextFocusUp
4419:      */
4420:     public void setNextFocusUpId(int nextFocusUpId) {
4421:         mNextFocusUpId = nextFocusUpId;
4422:     }
4423:
4424:     /**
4425:      * Gets the id of the view to use when the next focus is {@link #FOCUS_DOWN}.
4426:      * @return The next focus ID, or {@link #NO_ID} if the framework should decide
4426: automatically.
4427:      *
```

View.java

```
4428:     * @attr ref android.R.styleable#View_nextFocusDown
4429:     */
4430:    public int getNextFocusDownId() {
4431:        return mNextFocusDownId;
4432:    }
4433:
4434:    /**
4435:     * Sets the id of the view to use when the next focus is {@link #FOCUS_DOWN}.
4436:     * @param nextFocusDownId The next focus ID, or {@link #NO_ID} if the framework should
4437:     * decide automatically.
4438:     *
4439:     * @attr ref android.R.styleable#View_nextFocusDown
4440:     */
4441:    public void setNextFocusDownId(int nextFocusDownId) {
4442:        mNextFocusDownId = nextFocusDownId;
4443:    }
4444:
4445:    /**
4446:     * Gets the id of the view to use when the next focus is {@link #FOCUS_FORWARD}.
4447:     * @return The next focus ID, or {@link #NO_ID} if the framework should decide
          automatically.
4448:     *
4449:     * @attr ref android.R.styleable#View_nextFocusForward
4450:     */
4451:    public int getNextFocusForwardId() {
4452:        return mNextFocusForwardId;
4453:    }
4454:
4455:    /**
4456:     * Sets the id of the view to use when the next focus is {@link #FOCUS_FORWARD}.
4457:     * @param nextFocusForwardId The next focus ID, or {@link #NO_ID} if the framework should
4458:     * decide automatically.
4459:     *
4460:     * @attr ref android.R.styleable#View_nextFocusForward
4461:     */
4462:    public void setNextFocusForwardId(int nextFocusForwardId) {
4463:        mNextFocusForwardId = nextFocusForwardId;
4464:    }
4465:
```

View.java

```
4466:    /**
4467:     * Returns the visibility of this view and all of its ancestors
4468:     *
4469:     * @return True if this view and all of its ancestors are {@link #VISIBLE}
4470:     */
4471:    public boolean isShown() {
4472:        View current = this;
4473:        //noinspection ConstantConditions
4474:        do {
4475:            if ((current.mViewFlags & VISIBILITY_MASK) != VISIBLE) {
4476:                return false;
4477:            }
4478:            ViewParent parent = current.mParent;
4479:            if (parent == null) {
4480:                return false; // We are not attached to the view root
4481:            }
4482:            if (!(parent instanceof View)) {
4483:                return true;
4484:            }
4485:            current = (View) parent;
4486:        } while (current != null);
4487:
4488:        return false;
4489:    }
4490:
4491:    /**
4492:     * Apply the insets for system windows to this view, if the FITS_SYSTEM_WINDOWS flag
4493:     * is set
4494:     *
4495:     * @param insets Insets for system windows
4496:     *
4497:     * @return True if this view applied the insets, false otherwise
4498:     */
4499:    protected boolean fitSystemWindows(Rect insets) {
4500:        if ((mViewFlags & FITS_SYSTEM_WINDOWS) == FITS_SYSTEM_WINDOWS) {
4501:            mPaddingLeft = insets.left;
4502:            mPaddingTop = insets.top;
4503:            mPaddingRight = insets.right;
4504:            mPaddingBottom = insets.bottom;
```

View.java

```java
4505:        requestLayout();
4506:        return true;
4507:    }
4508:
4509:    return false;
4510:
4511: }
4511:
4512: /**
4513:  * Set whether or not this view should account for system screen decorations
4514:  * such as the status bar and inset its content. This allows this view to be
4515:  * positioned in absolute screen coordinates and remain visible to the user.
4516:  *
4517:  * <p>This should only be used by top-level window decor views.
4518:  *
4519:  * @param fitSystemWindows true to inset content for system screen decorations, false for
4520:  *                         default behavior.
4521:  *
4522:  * @attr ref android.R.styleable#View_fitsSystemWindows
4523:  */
4524: public void setFitsSystemWindows(boolean fitSystemWindows) {
4525:     setFlags(fitSystemWindows ? FITS_SYSTEM_WINDOWS : 0, FITS_SYSTEM_WINDOWS);
4526: }
4527:
4528: /**
4529:  * Check for the FITS_SYSTEM_WINDOWS flag. If this method returns true, this view
4530:  * will account for system screen decorations such as the status bar and inset its
4531:  * content. This allows the view to be positioned in absolute screen coordinates
4532:  * and remain visible to the user.
4533:  *
4534:  * @return true if this view will adjust its content bounds for system screen decorations
4535:  *
4536:  * @attr ref android.R.styleable#View_fitsSystemWindows
4537:  */
4538: public boolean fitsSystemWindows() {
4539:     return (mViewFlags & FITS_SYSTEM_WINDOWS) == FITS_SYSTEM_WINDOWS;
4540: }
4541:
4542: /**
4543:  * Returns the visibility status for this view.
```

```
4543:      *
4544:      * @return One of {@link #VISIBLE}, {@link #INVISIBLE}, or {@link #GONE}.
4545:      * @attr ref android.R.styleable#View_visibility
4546:      */
4547:     @ViewDebug.ExportedProperty(mapping = {
4548:         @ViewDebug.IntToString(from = VISIBLE,   to = "VISIBLE"),
4549:         @ViewDebug.IntToString(from = INVISIBLE, to = "INVISIBLE"),
4550:         @ViewDebug.IntToString(from = GONE,      to = "GONE")
4551:     })
4552:     public int getVisibility() {
4553:         return mViewFlags & VISIBILITY_MASK;
4554:     }
4555:
4556:     /**
4557:      * Set the enabled state of this view.
4558:      *
4559:      * @param visibility One of {@link #VISIBLE}, {@link #INVISIBLE}, or {@link #GONE}.
4560:      * @attr ref android.R.styleable#View_visibility
4561:      */
4562:     @RemotableViewMethod
4563:     public void setVisibility(int visibility) {
4564:         setFlags(visibility, VISIBILITY_MASK);
4565:         if (mBGDrawable != null) mBGDrawable.setVisible(visibility == VISIBLE, false);
4566:     }
4567:
4568:     /**
4569:      * Returns the enabled status for this view. The interpretation of the
4570:      * enabled state varies by subclass.
4571:      *
4572:      * @return True if this view is enabled, false otherwise.
4573:      */
4574:     @ViewDebug.ExportedProperty
4575:     public boolean isEnabled() {
4576:         return (mViewFlags & ENABLED_MASK) == ENABLED;
4577:     }
4578:
4579:     /**
4580:      * Set the enabled state of this view. The interpretation of the enabled
4581:      * state varies by subclass.
```

View.java

```java
4582:      *
4583:      * @param enabled True if this view is enabled, false otherwise.
4584:      */
4585:     @RemotableViewMethod
4586:     public void setEnabled(boolean enabled) {
4587:         if (enabled == isEnabled()) return;
4588:
4589:         setFlags(enabled ? ENABLED : DISABLED, ENABLED_MASK);
4590:
4591:         /*
4592:          * The View most likely has to change its appearance, so refresh
4593:          * the drawable state.
4594:          */
4595:         refreshDrawableState();
4596:
4597:         // Invalidate too, since the default behavior for views is to be
4598:         // be drawn at 50% alpha rather than to change the drawable.
4599:         invalidate(true);
4600:     }
4601:
4602:     /**
4603:      * Set whether this view can receive the focus.
4604:      *
4605:      * Setting this to false will also ensure that this view is not focusable
4606:      * in touch mode.
4607:      *
4608:      * @param focusable If true, this view can receive the focus.
4609:      *
4610:      * @see #setFocusableInTouchMode(boolean)
4611:      * @attr ref android.R.styleable#View_focusable
4612:      */
4613:     public void setFocusable(boolean focusable) {
4614:         if (!focusable) {
4615:             setFlags(0, FOCUSABLE_IN_TOUCH_MODE);
4616:         }
4617:         setFlags(focusable ? FOCUSABLE : NOT_FOCUSABLE, FOCUSABLE_MASK);
4618:     }
4619:
4620:     /**
```

View.java

```
4621:         * Set whether this view can receive focus while in touch mode.
4622:         *
4623:         * Setting this to true will also ensure that this view is focusable.
4624:         *
4625:         * @param focusableInTouchMode If true, this view can receive the focus while
4626:         *        in touch mode.
4627:         *
4628:         * @see #setFocusable(boolean)
4629:         * @attr ref android.R.styleable#View_focusableInTouchMode
4630:         */
4631:        public void setFocusableInTouchMode(boolean focusableInTouchMode) {
4632:            // Focusable in touch mode should always be set before the focusable flag
4633:            // otherwise, setting the focusable flag will trigger a focusableViewAvailable()
4634:            // which, in touch mode, will not successfully request focus on this view
4635:            // because the focusable in touch mode flag is not set
4636:            setFlags(focusableInTouchMode ? FOCUSABLE_IN_TOUCH_MODE : 0, FOCUSABLE_IN_TOUCH_MODE)
4637:            ;
4638:            if (focusableInTouchMode) {
4639:                setFlags(FOCUSABLE, FOCUSABLE_MASK);
4640:            }
4641:        }
4642:
4643:        /**
4644:         * Set whether this view should have sound effects enabled for events such as
4645:         * clicking and touching.
4646:         *
4647:         * <p>You may wish to disable sound effects for a view if you already play sounds,
4648:         * for instance, a dial key that plays dtmf tones.
4649:         *
4650:         * @param soundEffectsEnabled whether sound effects are enabled for this view.
4651:         * @see #isSoundEffectsEnabled()
4652:         * @see #playSoundEffect(int)
4653:         * @attr ref android.R.styleable#View_soundEffectsEnabled
4654:         */
4655:        public void setSoundEffectsEnabled(boolean soundEffectsEnabled) {
4656:            setFlags(soundEffectsEnabled ? SOUND_EFFECTS_ENABLED: 0, SOUND_EFFECTS_ENABLED);
4657:        }
4658:        /**
```

View.java

```
4659:      * @return whether this view should have sound effects enabled for events such as
4660:      *         clicking and touching.
4661:      *
4662:      * @see #setSoundEffectsEnabled(boolean)
4663:      * @see #playSoundEffect(int)
4664:      * @attr ref android.R.styleable#View_soundEffectsEnabled
4665:      */
4666:     @ViewDebug.ExportedProperty
4667:     public boolean isSoundEffectsEnabled() {
4668:         return SOUND_EFFECTS_ENABLED == (mViewFlags & SOUND_EFFECTS_ENABLED);
4669:     }
4670:
4671:     /**
4672:      * Set whether this view should have haptic feedback for events such as
4673:      * long presses.
4674:      *
4675:      * <p>You may wish to disable haptic feedback if your view already controls
4676:      * its own haptic feedback.
4677:      *
4678:      * @param hapticFeedbackEnabled whether haptic feedback enabled for this view.
4679:      * @see #isHapticFeedbackEnabled()
4680:      * @see #performHapticFeedback(int)
4681:      * @attr ref android.R.styleable#View_hapticFeedbackEnabled
4682:      */
4683:     public void setHapticFeedbackEnabled(boolean hapticFeedbackEnabled) {
4684:         setFlags(hapticFeedbackEnabled ? HAPTIC_FEEDBACK_ENABLED : 0, HAPTIC_FEEDBACK_ENABLED);
4685:     }
4686:
4687:     /**
4688:      * @return whether this view should have haptic feedback enabled for events
4689:      * long presses.
4690:      *
4691:      * @see #setHapticFeedbackEnabled(boolean)
4692:      * @see #performHapticFeedback(int)
4693:      * @attr ref android.R.styleable#View_hapticFeedbackEnabled
4694:      */
4695:     @ViewDebug.ExportedProperty
4696:     public boolean isHapticFeedbackEnabled() {
```

View.java

```
4697:            return HAPTIC_FEEDBACK_ENABLED == (mViewFlags & HAPTIC_FEEDBACK_ENABLED);
4698:        }
4699:
4700:        /**
4701:         * Returns the layout direction for this view.
4702:         *
4703:         * @return One of {@link #LAYOUT_DIRECTION_LTR},
4704:         *    {@link #LAYOUT_DIRECTION_RTL},
4705:         *    {@link #LAYOUT_DIRECTION_INHERIT} or
4706:         *    {@link #LAYOUT_DIRECTION_LOCALE}.
4707:         * @attr ref android.R.styleable#View_layoutDirection
4708:         *
4709:         * @hide
4710:         */
4711:        @ViewDebug.ExportedProperty(category = "layout", mapping = {
4712:            @ViewDebug.IntToString(from = LAYOUT_DIRECTION_LTR,     to = "LTR"),
4713:            @ViewDebug.IntToString(from = LAYOUT_DIRECTION_RTL,     to = "RTL"),
4714:            @ViewDebug.IntToString(from = LAYOUT_DIRECTION_INHERIT, to = "INHERIT"),
4715:            @ViewDebug.IntToString(from = LAYOUT_DIRECTION_LOCALE,  to = "LOCALE")
4716:        })
4717:        public int getLayoutDirection() {
4718:            return mViewFlags & LAYOUT_DIRECTION_MASK;
4719:        }
4720:
4721:        /**
4722:         * Set the layout direction for this view. This will propagate a reset of layout
direction
4723:         * resolution to the view's children and resolve layout direction for this view.
4724:         *
4725:         * @param layoutDirection One of {@link #LAYOUT_DIRECTION_LTR},
4726:         *    {@link #LAYOUT_DIRECTION_RTL},
4727:         *    {@link #LAYOUT_DIRECTION_INHERIT} or
4728:         *    {@link #LAYOUT_DIRECTION_LOCALE}.
4729:         *
4730:         * @attr ref android.R.styleable#View_layoutDirection
4731:         *
4732:         * @hide
4733:         */
4734:        @RemotableViewMethod
```

```
4735:    public void setLayoutDirection(int layoutDirection) {
4736:        if (getLayoutDirection() != layoutDirection) {
4737:            resetResolvedLayoutDirection();
4738:            // Setting the flag will also request a layout.
4739:            setFlags(layoutDirection, LAYOUT_DIRECTION_MASK);
4740:        }
4741:    }
4742:
4743:    /**
4744:     * Returns the resolved layout direction for this view.
4745:     *
4746:     * @return {@link #LAYOUT_DIRECTION_RTL} if the layout direction is RTL or returns
4747:     * {@link #LAYOUT_DIRECTION_LTR} id the layout direction is not RTL.
4748:     *
4749:     * @hide
4750:     */
4751:    @ViewDebug.ExportedProperty(category = "layout", mapping = {
4752:        @ViewDebug.IntToString(from = LAYOUT_DIRECTION_LTR,     to = "RESOLVED_DIRECTION_LTR"),
4753:        @ViewDebug.IntToString(from = LAYOUT_DIRECTION_RTL,     to = "RESOLVED_DIRECTION_RTL")
4754:    })
4755:    public int getResolvedLayoutDirection() {
4756:        resolveLayoutDirectionIfNeeded();
4757:        return ((mPrivateFlags2 & LAYOUT_DIRECTION_RESOLVED_RTL) ==
LAYOUT_DIRECTION_RESOLVED_RTL) ?
4758:                LAYOUT_DIRECTION_RTL : LAYOUT_DIRECTION_LTR;
4759:    }
4760:
4761:    /**
4762:     * <p>Indicates whether or not this view's layout is right-to-left. This is resolved from
4763:     * layout attribute and/or the inherited value from the parent.</p>
4764:     *
4765:     * @return true if the layout is right-to-left.
4766:     *
4767:     * @hide
4768:     */
4769:    @ViewDebug.ExportedProperty(category = "layout")
4770:    public boolean isLayoutRtl() {
```

```
4771:             return (getResolvedLayoutDirection() == LAYOUT_DIRECTION_RTL);
4772:     }
4773:
4774:     /**
4775:      * If this view doesn't do any drawing on its own, set this flag to
4776:      * allow further optimizations. By default, this flag is not set on
4777:      * View, but could be set on some View subclasses such as ViewGroup.
4778:      *
4779:      * Typically, if you override {@link #onDraw(android.graphics.Canvas)}
4780:      * you should clear this flag.
4781:      *
4782:      * @param willNotDraw whether or not this View draw on its own
4783:      */
4784:     public void setWillNotDraw(boolean willNotDraw) {
4785:         setFlags(willNotDraw ? WILL_NOT_DRAW : 0, DRAW_MASK);
4786:     }
4787:
4788:     /**
4789:      * Returns whether or not this View draws on its own.
4790:      *
4791:      * @return true if this view has nothing to draw, false otherwise
4792:      */
4793:     @ViewDebug.ExportedProperty(category = "drawing")
4794:     public boolean willNotDraw() {
4795:         return (mViewFlags & DRAW_MASK) == WILL_NOT_DRAW;
4796:     }
4797:
4798:     /**
4799:      * When a View's drawing cache is enabled, drawing is redirected to an
4800:      * offscreen bitmap. Some views, like an ImageView, must be able to
4801:      * bypass this mechanism if they already draw a single bitmap, to avoid
4802:      * unnecessary usage of the memory.
4803:      *
4804:      * @param willNotCacheDrawing true if this view does not cache its
4805:      *                            drawing, false otherwise
4806:      */
4807:     public void setWillNotCacheDrawing(boolean willNotCacheDrawing) {
4808:         setFlags(willNotCacheDrawing ? WILL_NOT_CACHE_DRAWING : 0, WILL_NOT_CACHE_DRAWING);
4809:     }
```

View.java

```
4810:  /**
4811:   * Returns whether or not this View can cache its drawing or not.
4812:   *
4813:   * @return true if this view does not cache its drawing, false otherwise
4814:   */
4815:  @ViewDebug.ExportedProperty(category = "drawing")
4816:  public boolean willNotCacheDrawing() {
4817:      return (mViewFlags & WILL_NOT_CACHE_DRAWING) == WILL_NOT_CACHE_DRAWING;
4818:  }
4819:
4820:  /**
4821:   * Indicates whether this view reacts to click events or not.
4822:   *
4823:   * @return true if the view is clickable, false otherwise
4824:   *
4825:   * @see #setClickable(boolean)
4826:   * @attr ref android.R.styleable#View_clickable
4827:   */
4828:  @ViewDebug.ExportedProperty
4829:  public boolean isClickable() {
4830:      return (mViewFlags & CLICKABLE) == CLICKABLE;
4831:  }
4832:
4833:  /**
4834:   * Enables or disables click events for this view. When a view
4835:   * is clickable it will change its state to "pressed" on every click.
4836:   * Subclasses should set the view clickable to visually react to
4837:   * user's clicks.
4838:   *
4839:   * @param clickable true to make the view clickable, false otherwise
4840:   *
4841:   * @see #isClickable()
4842:   * @attr ref android.R.styleable#View_clickable
4843:   */
4844:  public void setClickable(boolean clickable) {
4845:      setFlags(clickable ? CLICKABLE : 0, CLICKABLE);
4846:  }
4847:
4848:
```

```
4849:    /**
4850:     * Indicates whether this view reacts to long click events or not.
4851:     *
4852:     * @return true if the view is long clickable, false otherwise
4853:     *
4854:     * @see #setLongClickable(boolean)
4855:     * @attr ref android.R.styleable#View_longClickable
4856:     */
4857:    public boolean isLongClickable() {
4858:        return (mViewFlags & LONG_CLICKABLE) == LONG_CLICKABLE;
4859:    }
4860:
4861:    /**
4862:     * Enables or disables long click events for this view. When a view is long
4863:     * clickable it reacts to the user holding down the button for a longer
4864:     * duration than a tap. This event can either launch the listener or a
4865:     * context menu.
4866:     *
4867:     * @param longClickable true to make the view long clickable, false otherwise
4868:     * @see #isLongClickable()
4869:     * @attr ref android.R.styleable#View_longClickable
4870:     */
4871:    public void setLongClickable(boolean longClickable) {
4872:        setFlags(longClickable ? LONG_CLICKABLE : 0, LONG_CLICKABLE);
4873:    }
4874:
4875:    /**
4876:     * Sets the pressed state for this view.
4877:     *
4878:     * @see #isClickable()
4879:     * @see #setClickable(boolean)
4880:     *
4881:     * @param pressed Pass true to set the View's internal state to "pressed", or false to
                       reverts the View's internal state from a previously set "pressed" state.
4882:     *
4883:     */
4884:    public void setPressed(boolean pressed) {
4885:        if (pressed) {
4886:            mPrivateFlags |= PRESSED;
```

View.java

```
4887:        } else {
4888:            mPrivateFlags &= ~PRESSED;
4889:        }
4890:        refreshDrawableState();
4891:        dispatchSetPressed(pressed);
4892:    }
4893:
4894:    /**
4895:     * Dispatch setPressed to all of this View's children.
4896:     *
4897:     * @see #setPressed(boolean)
4898:     *
4899:     * @param pressed The new pressed state
4900:     */
4901:    protected void dispatchSetPressed(boolean pressed) {
4902:    }
4903:
4904:    /**
4905:     * Indicates whether the view is currently in pressed state. Unless
4906:     * {@link #setPressed(boolean)} is explicitly called, only clickable views can enter
4907:     * the pressed state.
4908:     *
4909:     * @see #setPressed(boolean)
4910:     * @see #isClickable()
4911:     * @see #setClickable(boolean)
4912:     *
4913:     * @return true if the view is currently pressed, false otherwise
4914:     */
4915:    public boolean isPressed() {
4916:        return (mPrivateFlags & PRESSED) == PRESSED;
4917:    }
4918:
4919:    /**
4920:     * Indicates whether this view will save its state (that is,
4921:     * whether its {@link #onSaveInstanceState} method will be called).
4922:     *
4923:     * @return Returns true if the view state saving is enabled, else false.
4924:     *
4925:     * @see #setSaveEnabled(boolean)
```

```
4926:     * @attr ref android.R.styleable#View_saveEnabled
4927:     */
4928:    public boolean isSaveEnabled() {
4929:        return (mViewFlags & SAVE_DISABLED_MASK) != SAVE_DISABLED;
4930:    }
4931:
4932:    /**
4933:     * Controls whether the saving of this view's state is
4934:     * enabled (that is, whether its {@link #onSaveInstanceState} method
4935:     * will be called). Note that even if freezing is enabled, the
4936:     * view still must have an id assigned to it (via {@link #setId(int)})
4937:     * for its state to be saved. This flag can only disable the
4938:     * saving of this view; any child views may still have their state saved.
4939:     *
4940:     * @param enabled Set to false to <em>disable</em> state saving, or true
4941:     * (the default) to allow it.
4942:     *
4943:     * @see #isSaveEnabled()
4944:     * @see #setId(int)
4945:     * @see #onSaveInstanceState()
4946:     * @attr ref android.R.styleable#View_saveEnabled
4947:     */
4948:    public void setSaveEnabled(boolean enabled) {
4949:        setFlags(enabled ? 0 : SAVE_DISABLED, SAVE_DISABLED_MASK);
4950:    }
4951:
4952:    /**
4953:     * Gets whether the framework should discard touches when the view's
4954:     * window is obscured by another visible window.
4955:     * Refer to the {@link View} security documentation for more details.
4956:     *
4957:     * @return True if touch filtering is enabled.
4958:     *
4959:     * @see #setFilterTouchesWhenObscured(boolean)
4960:     * @attr ref android.R.styleable#View_filterTouchesWhenObscured
4961:     */
4962:    @ViewDebug.ExportedProperty
4963:    public boolean getFilterTouchesWhenObscured() {
4964:        return (mViewFlags & FILTER_TOUCHES_WHEN_OBSCURED) != 0;
```

View.java

```
4965:  }
4966:
4967:  /**
4968:   * Sets whether the framework should discard touches when the view's
4969:   * window is obscured by another visible window.
4970:   * Refer to the {@link View} security documentation for more details.
4971:   *
4972:   * @param enabled True if touch filtering should be enabled.
4973:   *
4974:   * @see #getFilterTouchesWhenObscured
4975:   * @attr ref android.R.styleable#View_filterTouchesWhenObscured
4976:   */
4977:  public void setFilterTouchesWhenObscured(boolean enabled) {
4978:      setFlags(enabled ? 0 : FILTER_TOUCHES_WHEN_OBSCURED,
4979:              FILTER_TOUCHES_WHEN_OBSCURED);
4980:  }
4981:
4982:  /**
4983:   * Indicates whether the entire hierarchy under this view will save its
4984:   * state when a state saving traversal occurs from its parent.  The default
4985:   * is true; if false, these views will not be saved unless
4986:   * {@link #saveHierarchyState(SparseArray)} is called directly on this view.
4987:   *
4988:   * @return Returns true if the view state saving from parent is enabled, else false.
4989:   *
4990:   * @see #setSaveFromParentEnabled(boolean)
4991:   */
4992:  public boolean isSaveFromParentEnabled() {
4993:      return (mViewFlags & PARENT_SAVE_DISABLED_MASK) != PARENT_SAVE_DISABLED;
4994:  }
4995:
4996:  /**
4997:   * Controls whether the entire hierarchy under this view will save its
4998:   * state when a state saving traversal occurs from its parent.  The default
4999:   * is true; if false, these views will not be saved unless
5000:   * {@link #saveHierarchyState(SparseArray)} is called directly on this view.
5001:   *
5002:   * @param enabled Set to false to <em>disable</em> state saving, or true
5003:   * (the default) to allow it.
```

View.java

```
5004:      *
5005:      * @see #isSaveFromParentEnabled()
5006:      * @see #setId(int)
5007:      * @see #onSaveInstanceState()
5008:      */
5009:     public void setSaveFromParentEnabled(boolean enabled) {
5010:         setFlags(enabled ? 0 : PARENT_SAVE_DISABLED, PARENT_SAVE_DISABLED_MASK);
5011:     }
5012:
5013:
5014:     /**
5015:      * Returns whether this View is able to take focus.
5016:      *
5017:      * @return True if this view can take focus, or false otherwise.
5018:      * @attr ref android.R.styleable#View_focusable
5019:      */
5020:     @ViewDebug.ExportedProperty(category = "focus")
5021:     public final boolean isFocusable() {
5022:         return FOCUSABLE == (mViewFlags & FOCUSABLE_MASK);
5023:     }
5024:
5025:     /**
5026:      * When a view is focusable, it may not want to take focus when in touch mode.
5027:      * For example, a button would like focus when the user is navigating via a D-pad
5028:      * so that the user can click on it, but once the user starts touching the screen,
5029:      * the button shouldn't take focus
5030:      * @return Whether the view is focusable in touch mode.
5031:      * @attr ref android.R.styleable#View_focusableInTouchMode
5032:      */
5033:     @ViewDebug.ExportedProperty
5034:     public final boolean isFocusableInTouchMode() {
5035:         return FOCUSABLE_IN_TOUCH_MODE == (mViewFlags & FOCUSABLE_IN_TOUCH_MODE);
5036:     }
5037:
5038:     /**
5039:      * Find the nearest view in the specified direction that can take focus.
5040:      * This does not actually give focus to that view.
5041:      *
5042:      * @param direction One of FOCUS_UP, FOCUS_DOWN, FOCUS_LEFT, and FOCUS_RIGHT
```

View.java

```
5043:        *
5044:        * @return The nearest focusable in the specified direction, or null if none
5045:        *         can be found.
5046:        */
5047:       public View focusSearch(int direction) {
5048:           if (mParent != null) {
5049:               return mParent.focusSearch(this, direction);
5050:           } else {
5051:               return null;
5052:           }
5053:       }
5054:
5055:       /**
5056:        * This method is the last chance for the focused view and its ancestors to
5057:        * respond to an arrow key. This is called when the focused view did not
5058:        * consume the key internally, nor could the view system find a new view in
5059:        * the requested direction to give focus to.
5060:        *
5061:        * @param focused The currently focused view.
5062:        * @param direction The direction focus wants to move. One of FOCUS_UP,
5063:        *        FOCUS_DOWN, FOCUS_LEFT, and FOCUS_RIGHT.
5064:        * @return True if the this view consumed this unhandled move.
5065:        */
5066:       public boolean dispatchUnhandledMove(View focused, int direction) {
5067:           return false;
5068:       }
5069:
5070:       /**
5071:        * If a user manually specified the next view id for a particular direction,
5072:        * use the root to look up the view.
5073:        * @param root The root view of the hierarchy containing this view.
5074:        * @param direction One of FOCUS_UP, FOCUS_DOWN, FOCUS_LEFT, FOCUS_RIGHT, FOCUS_FORWARD,
5075:        *        or FOCUS_BACKWARD.
5076:        * @return The user specified next view, or null if there is none.
5077:        */
5078:       View findUserSetNextFocus(View root, int direction) {
5079:           switch (direction) {
5080:               case FOCUS_LEFT:
5081:                   if (mNextFocusLeftId == View.NO_ID) return null;
```

View.java

```java
5082:            return findViewInsideOutShouldExist(root, mNextFocusLeftId);
5083:        case FOCUS_RIGHT:
5084:            if (mNextFocusRightId == View.NO_ID) return null;
5085:            return findViewInsideOutShouldExist(root, mNextFocusRightId);
5086:        case FOCUS_UP:
5087:            if (mNextFocusUpId == View.NO_ID) return null;
5088:            return findViewInsideOutShouldExist(root, mNextFocusUpId);
5089:        case FOCUS_DOWN:
5090:            if (mNextFocusDownId == View.NO_ID) return null;
5091:            return findViewInsideOutShouldExist(root, mNextFocusDownId);
5092:        case FOCUS_FORWARD:
5093:            if (mNextFocusForwardId == View.NO_ID) return null;
5094:            return findViewInsideOutShouldExist(root, mNextFocusForwardId);
5095:        case FOCUS_BACKWARD: {
5096:            final int id = mID;
5097:            return root.findViewByPredicateInsideOut(this, new Predicate<View>() {
5098:                @Override
5099:                public boolean apply(View t) {
5100:                    return t.mNextFocusForwardId == id;
5101:                }
5102:            });
5103:        }
5104:        }
5105:        return null;
5106:    }
5107:
5108:    private View findViewInsideOutShouldExist(View root, final int childViewId) {
5109:        View result = root.findViewByPredicateInsideOut(this, new Predicate<View>() {
5110:            @Override
5111:            public boolean apply(View t) {
5112:                return t.mID == childViewId;
5113:            }
5114:        });
5115:        if (result == null) {
5116:            Log.w(VIEW_LOG_TAG, "couldn't find next focus view specified "
5117:                    + "by user for id " + childViewId);
5118:        }
5119:        return result;
5120:    }
```

```
5121:      }
5122:
5123:      /**
5124:       * Find and return all focusable views that are descendants of this view,
5125:       * possibly including this view if it is focusable itself.
5126:       *
5127:       * @param direction The direction of the focus
5128:       * @return A list of focusable views
5129:       */
5130:      public ArrayList<View> getFocusables(int direction) {
5131:          ArrayList<View> result = new ArrayList<View>(24);
5132:          addFocusables(result, direction);
5133:          return result;
5134:      }
5135:
5136:      /**
5137:       * Add any focusable views that are descendants of this view (possibly
5138:       * including this view if it is focusable itself) to views.  If we are in touch mode,
5139:       * only add views that are also focusable in touch mode.
5140:       *
5141:       * @param views Focusable views found so far
5142:       * @param direction The direction of the focus
5143:       */
5144:      public void addFocusables(ArrayList<View> views, int direction) {
5145:          addFocusables(views, direction, FOCUSABLES_TOUCH_MODE);
5146:      }
5147:
5148:      /**
5149:       * Adds any focusable views that are descendants of this view (possibly
5150:       * including this view if it is focusable itself) to views. This method
5151:       * adds all focusable views regardless if we are in touch mode or
5152:       * only views focusable in touch mode if we are in touch mode depending on
5153:       * the focusable mode parameter.
5154:       *
5155:       * @param views Focusable views found so far or null if all we are interested is
5156:       *        the number of focusables.
5157:       * @param direction The direction of the focus.
5158:       * @param focusableMode The type of focusables to be added.
5159:       *
```

View.java

```java
5160:       * @see #FOCUSABLES_ALL
5161:       * @see #FOCUSABLES_TOUCH_MODE
5162:       */
5163:      public void addFocusables(ArrayList<View> views, int direction, int focusableMode) {
5164:          if (!isFocusable()) {
5165:              return;
5166:          }
5167:
5168:          if ((focusableMode & FOCUSABLES_TOUCH_MODE) == FOCUSABLES_TOUCH_MODE &&
5169:                  isInTouchMode() && !isFocusableInTouchMode()) {
5170:              return;
5171:          }
5172:
5173:          if (views != null) {
5174:              views.add(this);
5175:          }
5176:      }
5177:
5178:      /**
5179:       * Finds the Views that contain given text. The containment is case insensitive.
5180:       * The search is performed by either the text that the View renders or the content
5181:       * description that describes the view for accessibility purposes and the view does
5182:       * not render or both. Clients can specify how the search is to be performed via
5183:       * passing the {@link #FIND_VIEWS_WITH_TEXT} and
5184:       * {@link #FIND_VIEWS_WITH_CONTENT_DESCRIPTION} flags.
5185:       *
5186:       * @param outViews The output list of matching Views.
5187:       * @param searched The text to match against.
5188:       *
5189:       * @see #FIND_VIEWS_WITH_TEXT
5190:       * @see #FIND_VIEWS_WITH_CONTENT_DESCRIPTION
5191:       * @see #setContentDescription(CharSequence)
5192:       */
5193:      public void findViewsWithText(ArrayList<View> outViews, CharSequence searched, int flags) {
5194:          if ((flags & FIND_VIEWS_WITH_CONTENT_DESCRIPTION) != 0 && !TextUtils.isEmpty(searched
5195:                  && !TextUtils.isEmpty(mContentDescription)) {
5196:              String searchedLowerCase = searched.toString().toLowerCase();
```

```
5197:            String contentDescriptionLowerCase = mContentDescription.toString().toLowerCase()
             ;
5198:            if (contentDescriptionLowerCase.contains(searchedLowerCase)) {
5199:                outViews.add(this);
5200:            }
5201:        }
5202:    }
5203:
5204:    /**
5205:     * Find and return all touchable views that are descendants of this view,
5206:     * possibly including this view if it is touchable itself.
5207:     *
5208:     * @return A list of touchable views
5209:     */
5210:    public ArrayList<View> getTouchables() {
5211:        ArrayList<View> result = new ArrayList<View>();
5212:        addTouchables(result);
5213:        return result;
5214:    }
5215:
5216:    /**
5217:     * Add any touchable views that are descendants of this view (possibly
5218:     * including this view if it is touchable itself) to views.
5219:     *
5220:     * @param views Touchable views found so far
5221:     */
5222:    public void addTouchables(ArrayList<View> views) {
5223:        final int viewFlags = mViewFlags;
5224:
5225:        if (((viewFlags & CLICKABLE) == CLICKABLE || (viewFlags & LONG_CLICKABLE) ==
LONG_CLICKABLE)
5226:                && (viewFlags & ENABLED_MASK) == ENABLED) {
5227:            views.add(this);
5228:        }
5229:    }
5230:
5231:    /**
5232:     * Call this to try to give focus to a specific view or to one of its
5233:     * descendants.
```

```
5234:       *             returns
5235:       * A view will not actually take focus if it is not focusable ({@link #isFocusable}
5236:       *
5237:       * false), or if it is focusable and it is not focusable in touch mode
5238:       * ({@link #isFocusableInTouchMode}) while the device is in touch mode.
5239:       *
5240:       * See also {@link #focusSearch(int)}, which is what you call to say that you
5241:       * have focus, and you want your parent to look for the next one.
5242:       *
5243:       * This is equivalent to calling {@link #requestFocus(int, Rect)} with arguments
5244:       * {@link #FOCUS_DOWN} and <code>null</code>.
5245:       *
5246:       * @return Whether this view or one of its descendants actually took focus.
5247:       */
5248:      public final boolean requestFocus() {
5249:          return requestFocus(View.FOCUS_DOWN);
5250:      }
5251:
5252:      /**
5253:       * Call this to try to give focus to a specific view or to one of its
5254:       * descendants and give it a hint about what direction focus is heading.
5255:       *
5256:       * A view will not actually take focus if it is not focusable ({@link #isFocusable}
5257:       * returns
5258:       * false), or if it is focusable and it is not focusable in touch mode
5259:       * ({@link #isFocusableInTouchMode}) while the device is in touch mode.
5260:       *
5261:       * See also {@link #focusSearch(int)}, which is what you call to say that you
5262:       * have focus, and you want your parent to look for the next one.
5263:       *
5264:       * This is equivalent to calling {@link #requestFocus(int, Rect)} with
5265:       * <code>null</code> set for the previously focused rectangle.
5266:       *
5267:       * @param direction One of FOCUS_UP, FOCUS_DOWN, FOCUS_LEFT, and FOCUS_RIGHT
5268:       * @return Whether this view or one of its descendants actually took focus.
5269:       */
5270:      public final boolean requestFocus(int direction) {
           return requestFocus(direction, null);
```

```
View.java

5271:        }
5272:
5273:    /**
5274:     * Call this to try to give focus to a specific view or to one of its descendants
5275:     * and give it hints about the direction and a specific rectangle that the focus
5276:     * is coming from.  The rectangle can help give larger views a finer grained hint
5277:     * about where focus is coming from, and therefore, where to show selection, or
5278:     * forward focus change internally.
5279:     *
5280:     * A view will not actually take focus if it is not focusable ({@link #isFocusable}
returns
5281:     * false), or if it is focusable and it is not focusable in touch mode
5282:     * ({@link #isFocusableInTouchMode}) while the device is in touch mode.
5283:     *
5284:     * A View will not take focus if it is not visible.
5285:     *
5286:     * A View will not take focus if one of its parents has
5287:     * {@link android.view.ViewGroup#getDescendantFocusability()} equal to
5288:     * {@link ViewGroup#FOCUS_BLOCK_DESCENDANTS}.
5289:     *
5290:     * See also {@link #focusSearch(int)}, which is what you call to say that you
5291:     * have focus, and you want your parent to look for the next one.
5292:     *
5293:     * You may wish to override this method if your custom {@link View} has an internal
5294:     * {@link View} that it wishes to forward the request to.
5295:     *
5296:     * @param direction One of FOCUS_UP, FOCUS_DOWN, FOCUS_LEFT, and FOCUS_RIGHT
5297:     * @param previouslyFocusedRect The rectangle (in this View's coordinate system)
5298:     *        to give a finer grained hint about where focus is coming from.  May be null
5299:     *        if there is no hint.
5300:     * @return Whether this view or one of its descendants actually took focus.
5301:     */
5302:    public boolean requestFocus(int direction, Rect previouslyFocusedRect) {
5303:        // need to be focusable
5304:        if ((mViewFlags & FOCUSABLE_MASK) != FOCUSABLE ||
5305:                (mViewFlags & VISIBILITY_MASK) != VISIBLE) {
5306:            return false;
5307:        }
5308:
```

```
5309:            // need to be focusable in touch mode if in touch mode
5310:            if (isInTouchMode() &&
5311:                (FOCUSABLE_IN_TOUCH_MODE != (mViewFlags & FOCUSABLE_IN_TOUCH_MODE))) {
5312:                return false;
5313:            }
5314:
5315:            // need to not have any parents blocking us
5316:            if (hasAncestorThatBlocksDescendantFocus()) {
5317:                return false;
5318:            }
5319:
5320:            handleFocusGainInternal(direction, previouslyFocusedRect);
5321:            return true;
5322:        }
5323:
5324:        /** Gets the ViewAncestor, or null if not attached. */
5325:        /*package*/ ViewRootImpl getViewRootImpl() {
5326:            View root = getRootView();
5327:            return root != null ? (ViewRootImpl)root.getParent() : null;
5328:        }
5329:
5330:        /**
5331:         * Call this to try to give focus to a specific view or to one of its descendants. This
             is a
5332:         * special variant of {@link #requestFocus() } that will allow views that are not
             focuable in
5333:         * touch mode to request focus when they are touched.
5334:         *
5335:         * @return Whether this view or one of its descendants actually took focus.
5336:         *
5337:         * @see #isInTouchMode()
5338:         *
5339:         */
5340:        public final boolean requestFocusFromTouch() {
5341:            // Leave touch mode if we need to
5342:            if (isInTouchMode()) {
5343:                ViewRootImpl viewRoot = getViewRootImpl();
5344:                if (viewRoot != null) {
5345:                    viewRoot.ensureTouchMode(false);
```

```
5346:            }
5347:        }
5348:        return requestFocus(View.FOCUS_DOWN);
5349:    }
5350:
5351:    /**
5352:     * @return Whether any ancestor of this view blocks descendant focus.
5353:     */
5354:    private boolean hasAncestorThatBlocksDescendantFocus() {
5355:        ViewParent ancestor = mParent;
5356:        while (ancestor instanceof ViewGroup) {
5357:            final ViewGroup vgAncestor = (ViewGroup) ancestor;
5358:            if (vgAncestor.getDescendantFocusability() == ViewGroup.FOCUS_BLOCK_DESCENDANTS)
       {
5359:                return true;
5360:            } else {
5361:                ancestor = vgAncestor.getParent();
5362:            }
5363:        }
5364:        return false;
5365:    }
5366:
5367:    /**
5368:     * @hide
5369:     */
5370:    public void dispatchStartTemporaryDetach() {
5371:        onStartTemporaryDetach();
5372:    }
5373:
5374:    /**
5375:     * This is called when a container is going to temporarily detach a child, with
5376:     * {@link ViewGroup#detachViewFromParent(View) ViewGroup.detachViewFromParent}.
5377:     * It will either be followed by {@link #onFinishTemporaryDetach()} or
5378:     * {@link #onDetachedFromWindow()} when the container is done.
5379:     */
5380:    public void onStartTemporaryDetach() {
5381:        removeUnsetPressCallback();
5382:        mPrivateFlags |= CANCEL_NEXT_UP_EVENT;
5383:    }
```

View.java

12/1/11 10:44 PM

```
5384:     /**
5385:      * @hide
5386:      */
5387:     public void dispatchFinishTemporaryDetach() {
5388:         onFinishTemporaryDetach();
5389:     }
5390:
5391:     /**
5392:      * Called after {@link #onStartTemporaryDetach} when the container is done
5393:      * changing the view.
5394:      */
5395:     public void onFinishTemporaryDetach() {
5396:     }
5397:
5398:     /**
5399:      * Return the global {@link KeyEvent.DispatcherState KeyEvent.DispatcherState}
5400:      * for this view's window.  Returns null if the view is not currently attached
5401:      * to the window. Normally you will not need to use this directly, but
5402:      * just use the standard high-level event callbacks like
5403:      * {@link #onKeyDown(int, KeyEvent)}.
5404:      */
5405:     public KeyEvent.DispatcherState getKeyDispatcherState() {
5406:         return mAttachInfo != null ? mAttachInfo.mKeyDispatchState : null;
5407:     }
5408:
5409:     /**
5410:      * Dispatch a key event before it is processed by any input method
5411:      * associated with the view hierarchy. This can be used to intercept
5412:      * key events in special situations before the IME consumes them; a
5413:      * typical example would be handling the BACK key to update the application's
5414:      * UI instead of allowing the IME to see it and close itself.
5415:      *
5416:      * @param event The key event to be dispatched.
5417:      * @return True if the event was handled, false otherwise.
5418:      */
5419:     public boolean dispatchKeyEventPreIme(KeyEvent event) {
5420:         return onKeyPreIme(event.getKeyCode(), event);
5421:     }
5422:
```

View.java

```
5423:    /**
5424:     * Dispatch a key event to the next view on the focus path. This path runs
5425:     * from the top of the view tree down to the currently focused view. If this
5426:     * view has focus, it will dispatch to itself. Otherwise it will dispatch
5427:     * the next node down the focus path. This method also fires any key
5428:     * listeners.
5429:     *
5430:     * @param event The key event to be dispatched.
5431:     * @return True if the event was handled, false otherwise.
5432:     */
5433:    public boolean dispatchKeyEvent(KeyEvent event) {
5434:        if (mInputEventConsistencyVerifier != null) {
5435:            mInputEventConsistencyVerifier.onKeyEvent(event, 0);
5436:        }
5437:
5438:        // Give any attached key listener a first crack at the event.
5439:        //noinspection SimplifiableIfStatement
5440:        if (mOnKeyListener != null && (mViewFlags & ENABLED_MASK) == ENABLED
5441:                && mOnKeyListener.onKey(this, event.getKeyCode(), event)) {
5442:            return true;
5443:        }
5444:
5445:        if (event.dispatch(this, mAttachInfo != null
5446:                ? mAttachInfo.mKeyDispatchState : null, this)) {
5447:            return true;
5448:        }
5449:
5450:        if (mInputEventConsistencyVerifier != null) {
5451:            mInputEventConsistencyVerifier.onUnhandledEvent(event, 0);
5452:        }
5453:        return false;
5454:    }
5455:
5456:    /**
5457:     * Dispatches a key shortcut event.
5458:     *
5459:     * @param event The key event to be dispatched.
5460:     * @return True if the event was handled by the view, false otherwise.
5461:     */
```

View.java

```
5462:      */
5463:     public boolean dispatchKeyShortcutEvent(KeyEvent event) {
5464:         return onKeyShortcut(event.getKeyCode(), event);
5465:     }
5466:
5467:     /**
5468:      * Pass the touch screen motion event down to the target view, or this
5469:      * view if it is the target.
5470:      *
5471:      * @param event The motion event to be dispatched.
5472:      * @return True if the event was handled by the view, false otherwise.
5473:      */
5474:     public boolean dispatchTouchEvent(MotionEvent event) {
5475:         if (mInputEventConsistencyVerifier != null) {
5476:             mInputEventConsistencyVerifier.onTouchEvent(event, 0);
5477:         }
5478:
5479:         if (onFilterTouchEventForSecurity(event)) {
5480:             //noinspection SimplifiableIfStatement
5481:             if (mOnTouchListener != null && (mViewFlags & ENABLED_MASK) == ENABLED &&
5482:                     mOnTouchListener.onTouch(this, event)) {
5483:                 return true;
5484:             }
5485:
5486:             if (onTouchEvent(event)) {
5487:                 return true;
5488:             }
5489:         }
5490:
5491:         if (mInputEventConsistencyVerifier != null) {
5492:             mInputEventConsistencyVerifier.onUnhandledEvent(event, 0);
5493:         }
5494:         return false;
5495:     }
5496:
5497:     /**
5498:      * Filter the touch event to apply security policies.
5499:      *
5500:      * @param event The motion event to be filtered.
```

```
5501:      * @return True if the event should be dispatched, false if the event should be dropped.
5502:      *
5503:      * @see #getFilterTouchesWhenObscured
5504:      */
5505:     public boolean onFilterTouchEventForSecurity(MotionEvent event) {
5506:         //noinspection RedundantIfStatement
5507:         if ((mViewFlags & FILTER_TOUCHES_WHEN_OBSCURED) != 0
5508:                 && (event.getFlags() & MotionEvent.FLAG_WINDOW_IS_OBSCURED) != 0) {
5509:             // Window is obscured, drop this touch.
5510:             return false;
5511:         }
5512:         return true;
5513:     }
5514:
5515:     /**
5516:      * Pass a trackball motion event down to the focused view.
5517:      *
5518:      * @param event The motion event to be dispatched.
5519:      * @return True if the event was handled by the view, false otherwise.
5520:      */
5521:     public boolean dispatchTrackballEvent(MotionEvent event) {
5522:         if (mInputEventConsistencyVerifier != null) {
5523:             mInputEventConsistencyVerifier.onTrackballEvent(event, 0);
5524:         }
5525:
5526:         return onTrackballEvent(event);
5527:     }
5528:
5529:     /**
5530:      * Dispatch a generic motion event.
5531:      * <p>
5532:      * Generic motion events with source class {@link InputDevice#SOURCE_CLASS_POINTER}
5533:      * are delivered to the view under the pointer.  All other generic motion events are
5534:      * delivered to the focused view.  Hover events are handled specially and are delivered
5535:      * to {@link #onHoverEvent(MotionEvent)}.
5536:      * </p>
5537:      *
5538:      * @param event The motion event to be dispatched.
5539:      * @return True if the event was handled by the view, false otherwise.
```

View.java

```
5540:      */
5541:      public boolean dispatchGenericMotionEvent(MotionEvent event) {
5542:          if (mInputEventConsistencyVerifier != null) {
5543:              mInputEventConsistencyVerifier.onGenericMotionEvent(event, 0);
5544:          }
5545:
5546:          final int source = event.getSource();
5547:          if ((source & InputDevice.SOURCE_CLASS_POINTER) != 0) {
5548:              final int action = event.getAction();
5549:              if (action == MotionEvent.ACTION_HOVER_ENTER
5550:                      || action == MotionEvent.ACTION_HOVER_MOVE
5551:                      || action == MotionEvent.ACTION_HOVER_EXIT) {
5552:                  if (dispatchHoverEvent(event)) {
5553:                      return true;
5554:                  }
5555:              } else if (dispatchGenericPointerEvent(event)) {
5556:                  return true;
5557:              }
5558:          } else if (dispatchGenericFocusedEvent(event)) {
5559:              return true;
5560:          }
5561:
5562:          if (dispatchGenericMotionEventInternal(event)) {
5563:              return true;
5564:          }
5565:
5566:          if (mInputEventConsistencyVerifier != null) {
5567:              mInputEventConsistencyVerifier.onUnhandledEvent(event, 0);
5568:          }
5569:          return false;
5570:      }
5571:
5572:      private boolean dispatchGenericMotionEventInternal(MotionEvent event) {
5573:          //noinspection SimplifiableIfStatement
5574:          if (mOnGenericMotionListener != null && (mViewFlags & ENABLED_MASK) == ENABLED
5575:                  && mOnGenericMotionListener.onGenericMotion(this, event)) {
5576:              return true;
5577:          }
5578:
```

View.java

```
5579:            if (onGenericMotionEvent(event)) {
5580:                return true;
5581:            }
5582:
5583:            if (mInputEventConsistencyVerifier != null) {
5584:                mInputEventConsistencyVerifier.onUnhandledEvent(event, 0);
5585:            }
5586:            return false;
5587:        }
5588:
5589:        /**
5590:         * Dispatch a hover event.
5591:         * <p>
5592:         * Do not call this method directly.
5593:         * Call {@link #dispatchGenericMotionEvent(MotionEvent)} instead.
5594:         * </p>
5595:         *
5596:         * @param event The motion event to be dispatched.
5597:         * @return True if the event was handled by the view, false otherwise.
5598:         */
5599:        protected boolean dispatchHoverEvent(MotionEvent event) {
5600:            //noinspection SimplifiableIfStatement
5601:            if (mOnHoverListener != null && (mViewFlags & ENABLED_MASK) == ENABLED
5602:                    && mOnHoverListener.onHover(this, event)) {
5603:                return true;
5604:            }
5605:
5606:            return onHoverEvent(event);
5607:        }
5608:
5609:        /**
5610:         * Returns true if the view has a child to which it has recently sent
5611:         * {@link MotionEvent#ACTION_HOVER_ENTER}. If this view is hovered and
5612:         * it does not have a hovered child, then it must be the innermost hovered view.
5613:         * @hide
5614:         */
5615:        protected boolean hasHoveredChild() {
5616:            return false;
5617:        }
```

```
5618:
5619:     /**
5620:      * Dispatch a generic motion event to the view under the first pointer.
5621:      * <p>
5622:      * Do not call this method directly.
5623:      * Call {@link #dispatchGenericMotionEvent(MotionEvent)} instead.
5624:      * </p>
5625:      *
5626:      * @param event The motion event to be dispatched.
5627:      * @return True if the event was handled by the view, false otherwise.
5628:      */
5629:     protected boolean dispatchGenericPointerEvent(MotionEvent event) {
5630:         return false;
5631:     }
5632:
5633:     /**
5634:      * Dispatch a generic motion event to the currently focused view.
5635:      * <p>
5636:      * Do not call this method directly.
5637:      * Call {@link #dispatchGenericMotionEvent(MotionEvent)} instead.
5638:      * </p>
5639:      *
5640:      * @param event The motion event to be dispatched.
5641:      * @return True if the event was handled by the view, false otherwise.
5642:      */
5643:     protected boolean dispatchGenericFocusedEvent(MotionEvent event) {
5644:         return false;
5645:     }
5646:
5647:     /**
5648:      * Dispatch a pointer event.
5649:      * <p>
5650:      * Dispatches touch related pointer events to {@link #onTouchEvent(MotionEvent)} and all
5651:      * other events to {@link #onGenericMotionEvent(MotionEvent)}.  This separation of
       concerns
5652:      * reinforces the invariant that {@link #onTouchEvent(MotionEvent)} is really about
       touches
5653:      * and should not be expected to handle other pointing device features.
5654:      * </p>
```

```
5655:      * @param event The motion event to be dispatched.
5656:      * @return True if the event was handled by the view, false otherwise.
5657:      * @hide
5658:      */
5659:     public final boolean dispatchPointerEvent(MotionEvent event) {
5660:         if (event.isTouchEvent()) {
5661:             return dispatchTouchEvent(event);
5662:         } else {
5663:             return dispatchGenericMotionEvent(event);
5664:         }
5665:     }
5666:
5667:     /**
5668:      * Called when the window containing this view gains or loses window focus.
5669:      * ViewGroups should override to route to their children.
5670:      *
5671:      * @param hasFocus True if the window containing this view now has focus,
5672:      *                 false otherwise.
5673:      */
5674:     public void dispatchWindowFocusChanged(boolean hasFocus) {
5675:         onWindowFocusChanged(hasFocus);
5676:     }
5677:
5678:     /**
5679:      * Called when the window containing this view gains or loses focus.  Note
5680:      * that this is separate from view focus: to receive key events, both
5681:      * your view and its window must have focus.  If a window is displayed
5682:      * on top of yours that takes input focus, then your own window will lose
5683:      * focus but the view focus will remain unchanged.
5684:      *
5685:      * @param hasWindowFocus True if the window containing this view now has
5686:      *                       focus, false otherwise.
5687:      */
5688:     public void onWindowFocusChanged(boolean hasWindowFocus) {
5689:         InputMethodManager imm = InputMethodManager.peekInstance();
5690:         if (!hasWindowFocus) {
5691:             if (isPressed()) {
5692:                 setPressed(false);
5693:
```

```
5694:            }
5695:            if (imm != null && (mPrivateFlags & FOCUSED) != 0) {
5696:                imm.focusOut(this);
5697:            }
5698:            removeLongPressCallback();
5699:            removeTapCallback();
5700:            onFocusLost();
5701:        } else if (imm != null && (mPrivateFlags & FOCUSED) != 0) {
5702:            imm.focusIn(this);
5703:        }
5704:        refreshDrawableState();
5705:    }
5706:
5707:    /**
5708:     * Returns true if this view is in a window that currently has window focus.
5709:     * Note that this is not the same as the view itself having focus.
5710:     *
5711:     * @return True if this view is in a window that currently has window focus.
5712:     */
5713:    public boolean hasWindowFocus() {
5714:        return mAttachInfo != null && mAttachInfo.mHasWindowFocus;
5715:    }
5716:
5717:    /**
5718:     * Dispatch a view visibility change down the view hierarchy.
5719:     * ViewGroups should override to route to their children.
5720:     * @param changedView The view whose visibility changed. Could be 'this' or
5721:     * an ancestor view.
5722:     * @param visibility The new visibility of changedView: {@link #VISIBLE},
5723:     * {@link #INVISIBLE} or {@link #GONE}.
5724:     */
5725:    protected void dispatchVisibilityChanged(View changedView, int visibility) {
5726:        onVisibilityChanged(changedView, visibility);
5727:    }
5728:
5729:    /**
5730:     * Called when the visibility of the view or an ancestor of the view is changed.
5731:     * @param changedView The view whose visibility changed. Could be 'this' or
5732:     * an ancestor view.
```

```
5733:      * @param visibility The new visibility of changedView: {@link #VISIBLE},
5734:      * {@link #INVISIBLE} or {@link #GONE}.
5735:      */
5736:     protected void onVisibilityChanged(View changedView, int visibility) {
5737:         if (visibility == VISIBLE) {
5738:             if (mAttachInfo != null) {
5739:                 initialAwakenScrollBars();
5740:             } else {
5741:                 mPrivateFlags |= AWAKEN_SCROLL_BARS_ON_ATTACH;
5742:             }
5743:         }
5744:     }
5745:
5746:     /**
5747:      * Dispatch a hint about whether this view is displayed. For instance, when
5748:      * a View moves out of the screen, it might receives a display hint indicating
5749:      * the view is not displayed. Applications should not <em>rely</em> on this hint
5750:      * as there is no guarantee that they will receive one.
5751:      *
5752:      * @param hint A hint about whether or not this view is displayed:
5753:      * {@link #VISIBLE} or {@link #INVISIBLE}.
5754:      */
5755:     public void dispatchDisplayHint(int hint) {
5756:         onDisplayHint(hint);
5757:     }
5758:
5759:     /**
5760:      * Gives this view a hint about whether is displayed or not. For instance, when
5761:      * a View moves out of the screen, it might receives a display hint indicating
5762:      * the view is not displayed. Applications should not <em>rely</em> on this hint
5763:      * as there is no guarantee that they will receive one.
5764:      *
5765:      * @param hint A hint about whether or not this view is displayed:
5766:      * {@link #VISIBLE} or {@link #INVISIBLE}.
5767:      */
5768:     protected void onDisplayHint(int hint) {
5769:     }
5770:
5771:     /**
```

```
5772:      * Dispatch a window visibility change down the view hierarchy.
5773:      * ViewGroups should override to route to their children.
5774:      *
5775:      * @param visibility The new visibility of the window.
5776:      *
5777:      * @see #onWindowVisibilityChanged(int)
5778:      */
5779:     public void dispatchWindowVisibilityChanged(int visibility) {
5780:         onWindowVisibilityChanged(visibility);
5781:     }
5782:
5783:     /**
5784:      * Called when the window containing has change its visibility
5785:      * (between {@link #GONE}, {@link #INVISIBLE}, and {@link #VISIBLE}).  Note
5786:      * that this tells you whether or not your window is being made visible
5787:      * to the window manager; this does <em>not</em> tell you whether or not
5788:      * your window is obscured by other windows on the screen, even if it
5789:      * is itself visible.
5790:      *
5791:      * @param visibility The new visibility of the window.
5792:      */
5793:     protected void onWindowVisibilityChanged(int visibility) {
5794:         if (visibility == VISIBLE) {
5795:             initialAwakenScrollBars();
5796:         }
5797:     }
5798:
5799:     /**
5800:      * Returns the current visibility of the window this view is attached to
5801:      * (either {@link #GONE}, {@link #INVISIBLE}, or {@link #VISIBLE}).
5802:      *
5803:      * @return Returns the current visibility of the view's window.
5804:      */
5805:     public int getWindowVisibility() {
5806:         return mAttachInfo != null ? mAttachInfo.mWindowVisibility : GONE;
5807:     }
5808:
5809:     /**
5810:      * Retrieve the overall visible display size in which the window this view is
```

View.java

```
5811:      * attached to has been positioned in.  This takes into account screen
5812:      * decorations above the window, for both cases where the window itself
5813:      * is being position inside of them or the window is being placed under
5814:      * then and covered insets are used for the window to position its content
5815:      * inside.  In effect, this tells you the available area where content can
5816:      * be placed and remain visible to users.
5817:      *
5818:      * <p>This function requires an IPC back to the window manager to retrieve
5819:      * the requested information, so should not be used in performance critical
5820:      * code like drawing.
5821:      *
5822:      * @param outRect Filled in with the visible display frame.  If the view
5823:      * is not attached to a window, this is simply the raw display size.
5824:      */
5825:     public void getWindowVisibleDisplayFrame(Rect outRect) {
5826:         if (mAttachInfo != null) {
5827:             try {
5828:                 mAttachInfo.mSession.getDisplayFrame(mAttachInfo.mWindow, outRect);
5829:             } catch (RemoteException e) {
5830:                 return;
5831:             }
5832:             // XXX This is really broken, and probably all needs to be done
5833:             // in the window manager, and we need to know more about whether
5834:             // we want the area behind or in front of the IME.
5835:             final Rect insets = mAttachInfo.mVisibleInsets;
5836:             outRect.left += insets.left;
5837:             outRect.top += insets.top;
5838:             outRect.right -= insets.right;
5839:             outRect.bottom -= insets.bottom;
5840:             return;
5841:         }
5842:         Display d = WindowManagerImpl.getDefault().getDefaultDisplay();
5843:         d.getRectSize(outRect);
5844:     }
5845:
5846:     /**
5847:      * Dispatch a notification about a resource configuration change down
5848:      * the view hierarchy.
5849:      * ViewGroups should override to route to their children.
```

```
5850:      *
5851:      * @param newConfig The new resource configuration.
5852:      *
5853:      * @see #onConfigurationChanged(android.content.res.Configuration)
5854:      */
5855:     public void dispatchConfigurationChanged(Configuration newConfig) {
5856:         onConfigurationChanged(newConfig);
5857:     }
5858:
5859:     /**
5860:      * Called when the current configuration of the resources being used
5861:      * by the application have changed.  You can use this to decide when
5862:      * to reload resources that can changed based on orientation and other
5863:      * configuration characterstics.  You only need to use this if you are
5864:      * not relying on the normal {@link android.app.Activity} mechanism of
5865:      * recreating the activity instance upon a configuration change.
5866:      *
5867:      * @param newConfig The new resource configuration.
5868:      */
5869:     protected void onConfigurationChanged(Configuration newConfig) {
5870:     }
5871:
5872:     /**
5873:      * Private function to aggregate all per-view attributes in to the view
5874:      * root.
5875:      */
5876:     void dispatchCollectViewAttributes(int visibility) {
5877:         performCollectViewAttributes(visibility);
5878:     }
5879:
5880:     void performCollectViewAttributes(int visibility) {
5881:         if ((visibility & VISIBILITY_MASK) == VISIBLE && mAttachInfo != null) {
5882:             if ((mViewFlags & KEEP_SCREEN_ON) == KEEP_SCREEN_ON) {
5883:                 mAttachInfo.mKeepScreenOn = true;
5884:             }
5885:             mAttachInfo.mSystemUiVisibility |= mSystemUiVisibility;
5886:             if (mOnSystemUiVisibilityChangeListener != null) {
5887:                 mAttachInfo.mHasSystemUiListeners = true;
5888:             }
```

```
5889:        }
5890:    }
5891:
5892:    void needGlobalAttributesUpdate(boolean force) {
5893:        final AttachInfo ai = mAttachInfo;
5894:        if (ai != null) {
5895:            if (force || ai.mKeepScreenOn || (ai.mSystemUiVisibility != 0)
5896:                    || ai.mHasSystemUiListeners) {
5897:                ai.mRecomputeGlobalAttributes = true;
5898:            }
5899:        }
5900:    }
5901:
5902:    /**
5903:     * Returns whether the device is currently in touch mode.  Touch mode is entered
5904:     * once the user begins interacting with the device by touch, and affects various
5905:     * things like whether focus is always visible to the user.
5906:     *
5907:     * @return Whether the device is in touch mode.
5908:     */
5909:    @ViewDebug.ExportedProperty
5910:    public boolean isInTouchMode() {
5911:        if (mAttachInfo != null) {
5912:            return mAttachInfo.mInTouchMode;
5913:        } else {
5914:            return ViewRootImpl.isInTouchMode();
5915:        }
5916:    }
5917:
5918:    /**
5919:     * Returns the context the view is running in, through which it can
5920:     * access the current theme, resources, etc.
5921:     *
5922:     * @return The view's Context.
5923:     */
5924:    @ViewDebug.CapturedViewProperty
5925:    public final Context getContext() {
5926:        return mContext;
5927:    }
```

```
5928:
5929:    /**
5930:     * Handle a key event before it is processed by any input method
5931:     * associated with the view hierarchy.  This can be used to intercept
5932:     * key events in special situations before the IME consumes them; a
5933:     * typical example would be handling the BACK key to update the application's
5934:     * UI instead of allowing the IME to see it and close itself.
5935:     *
5936:     * @param keyCode The value in event.getKeyCode().
5937:     * @param event Description of the key event.
5938:     * @return If you handled the event, return true. If you want to allow the
5939:     *         event to be handled by the next receiver, return false.
5940:     */
5941:    public boolean onKeyPreIme(int keyCode, KeyEvent event) {
5942:        return false;
5943:    }
5944:
5945:    /**
5946:     * Default implementation of {@link KeyEvent.Callback#onKeyDown(int, KeyEvent)
5947:     * KeyEvent.Callback.onKeyDown()}: perform press of the view
5948:     * when {@link KeyEvent#KEYCODE_DPAD_CENTER} or {@link KeyEvent#KEYCODE_ENTER}
5949:     * is released, if the view is enabled and clickable.
5950:     *
5951:     * @param keyCode A key code that represents the button pressed, from
5952:     *                {@link android.view.KeyEvent}.
5953:     * @param event  The KeyEvent object that defines the button action.
5954:     */
5955:    public boolean onKeyDown(int keyCode, KeyEvent event) {
5956:        boolean result = false;
5957:
5958:        switch (keyCode) {
5959:            case KeyEvent.KEYCODE_DPAD_CENTER:
5960:            case KeyEvent.KEYCODE_ENTER: {
5961:                if ((mViewFlags & ENABLED_MASK) == DISABLED) {
5962:                    return true;
5963:                }
5964:                // Long clickable items don't necessarily have to be clickable
5965:                if (((mViewFlags & CLICKABLE) == CLICKABLE ||
5966:                        (mViewFlags & LONG_CLICKABLE) == LONG_CLICKABLE) &&
```

```
5967:                    (event.getRepeatCount() == 0)) {
5968:                setPressed(true);
5969:                checkForLongClick(0);
5970:                return true;
5971:            }
5972:            break;
5973:        }
5974:    }
5975:    return result;
5976: }
5977:
5978: /**
5979:  * Default implementation of {@link KeyEvent.Callback#onKeyLongPress(int, KeyEvent)
5980:  * KeyEvent.Callback.onKeyLongPress()}: always returns false (doesn't handle
5981:  * the event).
5982:  */
5983: public boolean onKeyLongPress(int keyCode, KeyEvent event) {
5984:     return false;
5985: }
5986:
5987: /**
5988:  * Default implementation of {@link KeyEvent.Callback#onKeyUp(int, KeyEvent)
5989:  * KeyEvent.Callback.onKeyUp()}: perform clicking of the view
5990:  * when {@link KeyEvent#KEYCODE_DPAD_CENTER} or
5991:  * {@link KeyEvent#KEYCODE_ENTER} is released.
5992:  *
5993:  * @param keyCode A key code that represents the button pressed, from
5994:  *                {@link android.view.KeyEvent}.
5995:  * @param event  The KeyEvent object that defines the button action.
5996:  */
5997: public boolean onKeyUp(int keyCode, KeyEvent event) {
5998:     boolean result = false;
5999:
6000:     switch (keyCode) {
6001:         case KeyEvent.KEYCODE_DPAD_CENTER:
6002:         case KeyEvent.KEYCODE_ENTER: {
6003:             if ((mViewFlags & ENABLED_MASK) == DISABLED) {
6004:                 return true;
6005:             }
```

View.java

```
6006:            if ((mViewFlags & CLICKABLE) == CLICKABLE && isPressed()) {
6007:                setPressed(false);
6008:
6009:                if (!mHasPerformedLongPress) {
6010:                    // This is a tap, so remove the longpress check
6011:                    removeLongPressCallback();
6012:
6013:                    result = performClick();
6014:                }
6015:            }
6016:            break;
6017:        }
6018:    }
6019:    return result;
6020:}
6021:
6022:/**
6023: * Default implementation of {@link KeyEvent.Callback#onKeyMultiple(int, int, KeyEvent)
6024: * KeyEvent.Callback.onKeyMultiple()}: always returns false (doesn't handle
6025: * the event).
6026: *
6027: * @param keyCode    A key code that represents the button pressed, from
6028: *                   {@link android.view.KeyEvent}.
6029: * @param repeatCount The number of times the action was made.
6030: * @param event      The KeyEvent object that defines the button action.
6031: */
6032:public boolean onKeyMultiple(int keyCode, int repeatCount, KeyEvent event) {
6033:    return false;
6034:}
6035:
6036:/**
6037: * Called on the focused view when a key shortcut event is not handled.
6038: * Override this method to implement local key shortcuts for the View.
6039: * Key shortcuts can also be implemented by setting the
6040: * {@link MenuItem#setShortcut(char, char) shortcut} property of menu items.
6041: *
6042: * @param keyCode The value in event.getKeyCode().
6043: * @param event  Description of the key event.
6044: * @return If you handled the event, return true. If you want to allow the
```

View.java

```
6045:    *        event to be handled by the next receiver, return false.
6046:    */
6047:   public boolean onKeyShortcut(int keyCode, KeyEvent event) {
6048:       return false;
6049:   }
6050:
6051:   /**
6052:    * Check whether the called view is a text editor, in which case it
6053:    * would make sense to automatically display a soft input window for
6054:    * it. Subclasses should override this if they implement
6055:    * {@link #onCreateInputConnection(EditorInfo)} to return true if
6056:    * a call on that method would return a non-null InputConnection, and
6057:    * they are really a first-class editor that the user would normally
6058:    * start typing on when the go into a window containing your view.
6059:    *
6060:    * <p>The default implementation always returns false.  This does
6061:    * <em>not</em> mean that its {@link #onCreateInputConnection(EditorInfo)}
6062:    * will not be called or the user can not otherwise perform edits on your
6063:    * view; it is just a hint to the system that this is not the primary
6064:    * purpose of this view.
6065:    *
6066:    * @return Returns true if this view is a text editor, else false.
6067:    */
6068:   public boolean onCheckIsTextEditor() {
6069:       return false;
6070:   }
6071:
6072:   /**
6073:    * Create a new InputConnection for an InputMethod to interact
6074:    * with the view.  The default implementation returns null, since it doesn't
6075:    * support input methods.  You can override this to implement such support.
6076:    * This is only needed for views that take focus and text input.
6077:    *
6078:    * <p>When implementing this, you probably also want to implement
6079:    * {@link #onCheckIsTextEditor()} to indicate you will return a
6080:    * non-null InputConnection.
6081:    *
6082:    * @param outAttrs Fill in with attribute information about the connection.
6083:    */
```

View.java

```
6084:    public InputConnection onCreateInputConnection(EditorInfo outAttrs) {
6085:        return null;
6086:    }
6087:
6088:    /**
6089:     * Called by the {@link android.view.inputmethod.InputMethodManager}
6090:     * when a view who is not the current
6091:     * input connection target is trying to make a call on the manager. The
6092:     * default implementation returns false; you can override this to return
6093:     * true for certain views if you are performing InputConnection proxying
6094:     * to them.
6095:     * @param view The View that is making the InputMethodManager call.
6096:     * @return Return true to allow the call, false to reject.
6097:     */
6098:    public boolean checkInputConnectionProxy(View view) {
6099:        return false;
6100:    }
6101:
6102:    /**
6103:     * Show the context menu for this view. It is not safe to hold on to the
6104:     * menu after returning from this method.
6105:     *
6106:     * You should normally not overload this method. Overload
6107:     * {@link #onCreateContextMenu(ContextMenu)} or define an
6108:     * {@link OnCreateContextMenuListener} to add items to the context menu.
6109:     *
6110:     * @param menu The context menu to populate
6111:     */
6112:    public void createContextMenu(ContextMenu menu) {
6113:        ContextMenuInfo menuInfo = getContextMenuInfo();
6114:
6115:        // Sets the current menu info so all items added to menu will have
6116:        // my extra info set.
6117:        ((MenuBuilder)menu).setCurrentMenuInfo(menuInfo);
6118:
6119:        onCreateContextMenu(menu);
6120:        if (mOnCreateContextMenuListener != null) {
6121:            mOnCreateContextMenuListener.onCreateContextMenu(menu, this, menuInfo);
6122:        }
```

View.java

```
6123:              // Clear the extra information so subsequent items that aren't mine don't
6124:              // have my extra info.
6125:              ((MenuBuilder)menu).setCurrentMenuInfo(null);
6126:
6127:              if (mParent != null) {
6128:                  mParent.createContextMenu(menu);
6129:              }
6130:          }
6131:
6132:      /**
6133:       * Views should implement this if they have extra information to associate
6134:       * with the context menu. The return result is supplied as a parameter to
6135:       * the {@link OnCreateContextMenuListener#onCreateContextMenu(ContextMenu, View,
6136: ContextMenuInfo)} callback.
6137:       *
6138:       * @return Extra information about the item for which the context menu
6139:       *         should be shown. This information will vary across different
6140:       *         subclasses of View.
6141:       */
6142:      protected ContextMenuInfo getContextMenuInfo() {
6143:          return null;
6144:      }
6145:
6146:      /**
6147:       * Views should implement this if the view itself is going to add items to
6148:       * the context menu.
6149:       *
6150:       * @param menu the context menu to populate
6151:       */
6152:      protected void onCreateContextMenu(ContextMenu menu) {
6153:      }
6154:
6155:      /**
6156:       * Implement this method to handle trackball motion events.  The
6157:       * <em>relative</em> movement of the trackball since the last event
6158:       * can be retrieve with {@link MotionEvent#getX MotionEvent.getX()} and
6159:       * {@link MotionEvent#getY MotionEvent.getY()}.  These are normalized so
6160:
```

```
6161:      * that a movement of 1 corresponds to the user pressing one DPAD key (so
6162:      * they will often be fractional values, representing the more fine-grained
6163:      * movement information available from a trackball).
6164:      *
6165:      * @param event The motion event.
6166:      * @return True if the event was handled, false otherwise.
6167:      */
6168:     public boolean onTrackballEvent(MotionEvent event) {
6169:         return false;
6170:     }
6171:
6172:     /**
6173:      * Implement this method to handle generic motion events.
6174:      * <p>
6175:      * Generic motion events describe joystick movements, mouse hovers, track pad
6176:      * touches, scroll wheel movements and other input events.  The
6177:      * {@link MotionEvent#getSource() source} of the motion event specifies
6178:      * the class of input that was received.  Implementations of this method
6179:      * must examine the bits in the source before processing the event.
6180:      * The following code example shows how this is done.
6181:      * </p><p>
6182:      * Generic motion events with source class {@link InputDevice#SOURCE_CLASS_POINTER}
6183:      * are delivered to the view under the pointer.  All other generic motion events are
6184:      * delivered to the focused view.
6185:      * </p>
6186:      * <pre> public boolean onGenericMotionEvent(MotionEvent event) {
6187:      *     if ((event.getSource() &amp; InputDevice.SOURCE_CLASS_JOYSTICK) != 0) {
6188:      *         if (event.getAction() == MotionEvent.ACTION_MOVE) {
6189:      *             // process the joystick movement...
6190:      *             return true;
6191:      *         }
6192:      *     if ((event.getSource() &amp; InputDevice.SOURCE_CLASS_POINTER) != 0) {
6193:      *         switch (event.getAction()) {
6194:      *             case MotionEvent.ACTION_HOVER_MOVE:
6195:      *                 // process the mouse hover movement...
6196:      *                 return true;
6197:      *             case MotionEvent.ACTION_SCROLL:
6198:      *                 // process the scroll wheel movement...
6199:      *
```

```
6200:            return true;
6201:        }
6202:    }
6203:    return super.onGenericMotionEvent(event);
6204: }</pre>
6205: *
6206: * @param event The generic motion event being processed.
6207: * @return True if the event was handled, false otherwise.
6208: */
6209: public boolean onGenericMotionEvent(MotionEvent event) {
6210:     return false;
6211: }
6212:
6213: /**
6214:  * Implement this method to handle hover events.
6215:  * <p>
6216:  * This method is called whenever a pointer is hovering into, over, or out of the
6217:  * bounds of a view and the view is not currently being touched.
6218:  * Hover events are represented as pointer events with action
6219:  * {@link MotionEvent#ACTION_HOVER_ENTER}, {@link MotionEvent#ACTION_HOVER_MOVE},
6220:  * or {@link MotionEvent#ACTION_HOVER_EXIT}.
6221:  * </p>
6222:  * <ul>
6223:  * <li>The view receives a hover event with action {@link MotionEvent#ACTION_HOVER_ENTER}
6224:  * when the pointer enters the bounds of the view.</li>
6225:  * <li>The view receives a hover event with action {@link MotionEvent#ACTION_HOVER_MOVE}
6226:  * when the pointer has already entered the bounds of the view and has moved.</li>
6227:  * <li>The view receives a hover event with action {@link MotionEvent#ACTION_HOVER_EXIT}
6228:  * when the pointer has exited the bounds of the view or when the pointer is
6229:  * about to go down due to a button click, tap, or similar user action that
6230:  * causes the view to be touched.</li>
6231:  * </ul>
6232:  * <p>
6233:  * The view should implement this method to return true to indicate that it is
6234:  * handling the hover event, such as by changing its drawable state.
6235:  * </p><p>
6236:  * The default implementation calls {@link #setHovered} to update the hovered state
6237:  * of the view when a hover enter or hover exit event is received, if the view
6238:  * is enabled and is clickable.  The default implementation also sends hover
```

```
6239:      * accessibility events.
6240:      * </p>
6241:      *
6242:      * @param event The motion event that describes the hover.
6243:      * @return True if the view handled the hover event.
6244:      *
6245:      * @see #isHovered
6246:      * @see #setHovered
6247:      * @see #onHoverChanged
6248:      */
6249:     public boolean onHoverEvent(MotionEvent event) {
6250:         // The root view may receive hover (or touch) events that are outside the bounds of
6251:         // the window.  This code ensures that we only send accessibility events for
6252:         // hovers that are actually within the bounds of the root view.
6253:         final int action = event.getAction();
6254:         if (!mSendingHoverAccessibilityEvents) {
6255:             if ((action == MotionEvent.ACTION_HOVER_ENTER
6256:                     || action == MotionEvent.ACTION_HOVER_MOVE)
6257:                     && !hasHoveredChild()
6258:                     && pointInView(event.getX(), event.getY())) {
6259:                 mSendingHoverAccessibilityEvents = true;
6260:                 sendAccessibilityEvent(AccessibilityEvent.TYPE_VIEW_HOVER_ENTER);
6261:             }
6262:         } else {
6263:             if (action == MotionEvent.ACTION_HOVER_EXIT
6264:                     || (action == MotionEvent.ACTION_HOVER_MOVE
6265:                             && !pointInView(event.getX(), event.getY()))) {
6266:                 mSendingHoverAccessibilityEvents = false;
6267:                 sendAccessibilityEvent(AccessibilityEvent.TYPE_VIEW_HOVER_EXIT);
6268:             }
6269:         }
6270:         if (isHoverable()) {
6271:             switch (action) {
6272:                 case MotionEvent.ACTION_HOVER_ENTER:
6273:                     setHovered(true);
6274:                     break;
6275:                 case MotionEvent.ACTION_HOVER_EXIT:
6276:                     setHovered(false);
6277:```

```
6278:                break;
6279:
6280:            }
6281:            // Dispatch the event to onGenericMotionEvent before returning true.
6282:            // This is to provide compatibility with existing applications that
6283:            // handled HOVER_MOVE events in onGenericMotionEvent and that would
6284:            // break because of the new default handling for hoverable views
6285:            // in onHoverEvent.
6286:            // Note that onGenericMotionEvent will be called by default when
6287:            // onHoverEvent returns false (refer to dispatchGenericMotionEvent).
6288:            dispatchGenericMotionEventInternal(event);
6289:            return true;
6290:        }
6291:        return false;
6292:    }
6293:
6294:    /**
6295:     * Returns true if the view should handle {@link #onHoverEvent}
6296:     * by calling {@link #setHovered} to change its hovered state.
6297:     *
6298:     * @return True if the view is hoverable.
6299:     */
6300:    private boolean isHoverable() {
6301:        final int viewFlags = mViewFlags;
6302:        //noinspection SimplifiableIfStatement
6303:        if ((viewFlags & ENABLED_MASK) == DISABLED) {
6304:            return false;
6305:        }
6306:
6307:        return (viewFlags & CLICKABLE) == CLICKABLE
6308:            || (viewFlags & LONG_CLICKABLE) == LONG_CLICKABLE;
6309:    }
6310:
6311:    /**
6312:     * Returns true if the view is currently hovered.
6313:     *
6314:     * @return True if the view is currently hovered.
6315:     *
6316:     * @see #setHovered
```

```
6317:       * @see #onHoverChanged
6318:       */
6319:      @ViewDebug.ExportedProperty
6320:      public boolean isHovered() {
6321:          return (mPrivateFlags & HOVERED)  != 0;
6322:      }
6323:
6324:      /**
6325:       * Sets whether the view is currently hovered.
6326:       * <p>
6327:       * Calling this method also changes the drawable state of the view.  This
6328:       * enables the view to react to hover by using different drawable resources
6329:       * to change its appearance.
6330:       * </p><p>
6331:       * The {@link #onHoverChanged} method is called when the hovered state changes.
6332:       * </p>
6333:       *
6334:       * @param hovered True if the view is hovered.
6335:       *
6336:       * @see #isHovered
6337:       * @see #onHoverChanged
6338:       */
6339:      public void setHovered(boolean hovered) {
6340:          if (hovered) {
6341:              if ((mPrivateFlags & HOVERED) == 0) {
6342:                  mPrivateFlags |= HOVERED;
6343:                  refreshDrawableState();
6344:                  onHoverChanged(true);
6345:              }
6346:          } else {
6347:              if ((mPrivateFlags & HOVERED) != 0) {
6348:                  mPrivateFlags &= ~HOVERED;
6349:                  refreshDrawableState();
6350:                  onHoverChanged(false);
6351:              }
6352:          }
6353:      }
6354:
6355:      /**
```

```
6356:      * Implement this method to handle hover state changes.
6357:      * <p>
6358:      * This method is called whenever the hover state changes as a result of a
6359:      * call to {@link #setHovered}.
6360:      * </p>
6361:      *
6362:      * @param hovered The current hover state, as returned by {@link #isHovered}.
6363:      *
6364:      * @see #isHovered
6365:      * @see #setHovered
6366:      */
6367:     public void onHoverChanged(boolean hovered) {
6368:     }
6369:
6370:     /**
6371:      * Implement this method to handle touch screen motion events.
6372:      *
6373:      * @param event The motion event.
6374:      * @return True if the event was handled, false otherwise.
6375:      */
6376:     public boolean onTouchEvent(MotionEvent event) {
6377:         final int viewFlags = mViewFlags;
6378:
6379:         if ((viewFlags & ENABLED_MASK) == DISABLED) {
6380:             if (event.getAction() == MotionEvent.ACTION_UP && (mPrivateFlags & PRESSED) != 0)
6381:                 mPrivateFlags &= ~PRESSED;
6382:                 refreshDrawableState();
6383:             }
6384:             // A disabled view that is clickable still consumes the touch
6385:             // events, it just doesn't respond to them.
6386:             return (((viewFlags & CLICKABLE) == CLICKABLE ||
6387:                     (viewFlags & LONG_CLICKABLE) == LONG_CLICKABLE);
6388:         }
6389:
6390:         if (mTouchDelegate != null) {
6391:             if (mTouchDelegate.onTouchEvent(event)) {
6392:                 return true;
6393:             }
```

View.java

```
6394:        }
6395:
6396:        if (((viewFlags & CLICKABLE) == CLICKABLE ||
6397:              (viewFlags & LONG_CLICKABLE) == LONG_CLICKABLE)) {
6398:            switch (event.getAction()) {
6399:                case MotionEvent.ACTION_UP:
6400:                    boolean prepressed = (mPrivateFlags & PREPRESSED) != 0;
6401:                    if ((mPrivateFlags & PRESSED) != 0 || prepressed) {
6402:                        // take focus if we don't have it already and we should in
6403:                        // touch mode.
6404:                        boolean focusTaken = false;
6405:                        if (isFocusable() && isFocusableInTouchMode() && !isFocused()) {
6406:                            focusTaken = requestFocus();
6407:                        }
6408:
6409:                        if (prepressed) {
6410:                            // The button is being released before we actually
6411:                            // showed it as pressed.  Make it show the pressed
6412:                            // state now (before scheduling the click) to ensure
6413:                            // the user sees it.
6414:                            mPrivateFlags |= PRESSED;
6415:                            refreshDrawableState();
6416:                        }
6417:
6418:                        if (!mHasPerformedLongPress) {
6419:                            // This is a tap, so remove the longpress check
6420:                            removeLongPressCallback();
6421:
6422:                            // Only perform take click actions if we were in the pressed
state
6423:                            if (!focusTaken) {
6424:                                // Use a Runnable and post this rather than calling
6425:                                // performClick directly. This lets other visual state
6426:                                // of the view update before click actions start.
6427:                                if (mPerformClick == null) {
6428:                                    mPerformClick = new PerformClick();
6429:                                }
6430:                                if (!post(mPerformClick)) {
6431:                                    performClick();
```

View.java

```
6432:                   }
6433:
6434:               }
6435:
6436:               if (mUnsetPressedState == null) {
6437:                   mUnsetPressedState = new UnsetPressedState();
6438:               }
6439:
6440:               if (prepressed) {
6441:                   postDelayed(mUnsetPressedState,
6442:                           ViewConfiguration.getPressedStateDuration());
6443:               } else if (!post(mUnsetPressedState)) {
6444:                   // If the post failed, unpress right now
6445:                   mUnsetPressedState.run();
6446:               }
6447:               removeTapCallback();
6448:           }
6449:           break;
6450:
6451:       case MotionEvent.ACTION_DOWN:
6452:           mHasPerformedLongPress = false;
6453:
6454:           if (performButtonActionOnTouchDown(event)) {
6455:               break;
6456:           }
6457:
6458:           // Walk up the hierarchy to determine if we're inside a scrolling
container.
6459:           boolean isInScrollingContainer = isInScrollingContainer();
6460:
6461:           // For views inside a scrolling container, delay the pressed feedback for
6462:           // a short period in case this is a scroll.
6463:           if (isInScrollingContainer) {
6464:               mPrivateFlags |= PREPRESSED;
6465:               if (mPendingCheckForTap == null) {
6466:                   mPendingCheckForTap = new CheckForTap();
6467:               }
6468:               postDelayed(mPendingCheckForTap, ViewConfiguration.getTapTimeout());
6469:           } else {
```

```
6470:                        // Not inside a scrolling container, so show the feedback right away
6471:                        mPrivateFlags |= PRESSED;
6472:                        refreshDrawableState();
6473:                        checkForLongClick(0);
6474:                    }
6475:                    break;
6476:
6477:                case MotionEvent.ACTION_CANCEL:
6478:                    mPrivateFlags &= ~PRESSED;
6479:                    refreshDrawableState();
6480:                    removeTapCallback();
6481:                    break;
6482:
6483:                case MotionEvent.ACTION_MOVE:
6484:                    final int x = (int) event.getX();
6485:                    final int y = (int) event.getY();
6486:
6487:                    // Be lenient about moving outside of buttons
6488:                    if (!pointInView(x, y, mTouchSlop)) {
6489:                        // Outside button
6490:                        removeTapCallback();
6491:                        if ((mPrivateFlags & PRESSED) != 0) {
6492:                            // Remove any future long press/tap checks
6493:                            removeLongPressCallback();
6494:
6495:                            // Need to switch from pressed to not pressed
6496:                            mPrivateFlags &= ~PRESSED;
6497:                            refreshDrawableState();
6498:                        }
6499:                    }
6500:                    break;
6501:            }
6502:            return true;
6503:        }
6504:
6505:        return false;
6506:    }
6507:
6508:    /**
```

View.java

```
6509:        * @hide
6510:        */
6511:       public boolean isInScrollingContainer() {
6512:           ViewParent p = getParent();
6513:           while (p != null && p instanceof ViewGroup) {
6514:               if (((ViewGroup) p).shouldDelayChildPressedState()) {
6515:                   return true;
6516:               }
6517:               p = p.getParent();
6518:           }
6519:           return false;
6520:       }
6521:
6522:       /**
6523:        * Remove the longpress detection timer.
6524:        */
6525:       private void removeLongPressCallback() {
6526:           if (mPendingCheckForLongPress != null) {
6527:               removeCallbacks(mPendingCheckForLongPress);
6528:           }
6529:       }
6530:
6531:       /**
6532:        * Remove the pending click action
6533:        */
6534:       private void removePerformClickCallback() {
6535:           if (mPerformClick != null) {
6536:               removeCallbacks(mPerformClick);
6537:           }
6538:       }
6539:
6540:       /**
6541:        * Remove the prepress detection timer.
6542:        */
6543:       private void removeUnsetPressCallback() {
6544:           if ((mPrivateFlags & PRESSED) != 0 && mUnsetPressedState != null) {
6545:               setPressed(false);
6546:               removeCallbacks(mUnsetPressedState);
6547:           }
```

```
6548:        }
6549:
6550:        /**
6551:         * Remove the tap detection timer.
6552:         */
6553:        private void removeTapCallback() {
6554:            if (mPendingCheckForTap != null) {
6555:                mPrivateFlags &= ~PREPRESSED;
6556:                removeCallbacks(mPendingCheckForTap);
6557:            }
6558:        }
6559:
6560:        /**
6561:         * Cancels a pending long press.  Your subclass can use this if you
6562:         * want the context menu to come up if the user presses and holds
6563:         * at the same place, but you don't want it to come up if they press
6564:         * and then move around enough to cause scrolling.
6565:         */
6566:        public void cancelLongPress() {
6567:            removeLongPressCallback();
6568:
6569:            /*
6570:             * The prepressed state handled by the tap callback is a display
6571:             * construct, but the tap callback will post a long press callback
6572:             * less its own timeout. Remove it here.
6573:             */
6574:            removeTapCallback();
6575:        }
6576:
6577:        /**
6578:         * Remove the pending callback for sending a
6579:         * {@link AccessibilityEvent#TYPE_VIEW_SCROLLED} accessibility event.
6580:         */
6581:        private void removeSendViewScrolledAccessibilityEventCallback() {
6582:            if (mSendViewScrolledAccessibilityEvent != null) {
6583:                removeCallbacks(mSendViewScrolledAccessibilityEvent);
6584:            }
6585:        }
6586:
```

View.java

```
6587:    /**
6588:     * Sets the TouchDelegate for this View.
6589:     */
6590:    public void setTouchDelegate(TouchDelegate delegate) {
6591:        mTouchDelegate = delegate;
6592:    }
6593:
6594:    /**
6595:     * Gets the TouchDelegate for this View.
6596:     */
6597:    public TouchDelegate getTouchDelegate() {
6598:        return mTouchDelegate;
6599:    }
6600:
6601:    /**
6602:     * Set flags controlling behavior of this view.
6603:     *
6604:     * @param flags Constant indicating the value which should be set
6605:     * @param mask Constant indicating the bit range that should be changed
6606:     */
6607:    void setFlags(int flags, int mask) {
6608:        int old = mViewFlags;
6609:        mViewFlags = (mViewFlags &~mask) | (flags & mask);
6610:
6611:        int changed = mViewFlags ^ old;
6612:        if (changed == 0) {
6613:            return;
6614:        }
6615:        int privateFlags = mPrivateFlags;
6616:
6617:        /* Check if the FOCUSABLE bit has changed */
6618:        if (((changed & FOCUSABLE_MASK) != 0) &&
6619:                ((privateFlags & HAS_BOUNDS) !=0)) {
6620:            if (((old & FOCUSABLE_MASK) == FOCUSABLE)
6621:                    && ((privateFlags & FOCUSED) != 0)) {
6622:                /* Give up focus if we are no longer focusable */
6623:                clearFocus();
6624:            } else if (((old & FOCUSABLE_MASK) == NOT_FOCUSABLE)
6625:                    && ((privateFlags & FOCUSED) == 0)) {
```

View.java

```
6626:            /*
6627:             * Tell the view system that we are now available to take focus
6628:             * if no one else already has it.
6629:             */
6630:            if (mParent != null) mParent.focusableViewAvailable(this);
6631:
6632:        }
6633:
6634:        if ((flags & VISIBILITY_MASK) == VISIBLE) {
6635:            if ((changed & VISIBILITY_MASK) != 0) {
6636:                /*
6637:                 * If this view is becoming visible, invalidate it in case it changed while
6638:                 * it was not visible. Marking it drawn ensures that the invalidation will
6639:                 * go through.
6640:                 */
6641:                mPrivateFlags |= DRAWN;
6642:                invalidate(true);
6643:
6644:                needGlobalAttributesUpdate(true);
6645:
6646:                // a view becoming visible is worth notifying the parent
6647:                // about in case nothing has focus. even if this specific view
6648:                // isn't focusable, it may contain something that is, so let
6649:                // the root view try to give this focus if nothing else does.
6650:                if ((mParent != null) && (mBottom > mTop) && (mRight > mLeft)) {
6651:                    mParent.focusableViewAvailable(this);
6652:                }
6653:            }
6654:        }
6655:
6656:        /* Check if the GONE bit has changed */
6657:        if ((changed & GONE) != 0) {
6658:            needGlobalAttributesUpdate(false);
6659:            requestLayout();
6660:
6661:            if (((mViewFlags & VISIBILITY_MASK) == GONE)) {
6662:                if (hasFocus()) clearFocus();
6663:                destroyDrawingCache();
6664:                if (mParent instanceof View) {
```

```
6665:                // GONE views noop invalidation, so invalidate the parent
6666:                ((View) mParent).invalidate(true);
6667:            }
6668:            // Mark the view drawn to ensure that it gets invalidated properly the next
6669:            // time it is visible and gets invalidated
6670:            mPrivateFlags |= DRAWN;
6671:
6672:            if (mAttachInfo != null) {
6673:                mAttachInfo.mViewVisibilityChanged = true;
6674:            }
6675:        }
6676:
6677:        /* Check if the VISIBLE bit has changed */
6678:        if ((changed & INVISIBLE) != 0) {
6679:            needGlobalAttributesUpdate(false);
6680:            /*
6681:             * If this view is becoming invisible, set the DRAWN flag so that
6682:             * the next invalidate() will not be skipped.
6683:             */
6684:            mPrivateFlags |= DRAWN;
6685:
6686:            if (((mViewFlags & VISIBILITY_MASK) == INVISIBLE) && hasFocus()) {
6687:                // root view becoming invisible shouldn't clear focus
6688:                if (getRootView() != this) {
6689:                    clearFocus();
6690:                }
6691:            }
6692:            if (mAttachInfo != null) {
6693:                mAttachInfo.mViewVisibilityChanged = true;
6694:            }
6695:        }
6696:
6697:        if ((changed & VISIBILITY_MASK) != 0) {
6698:            if (mParent instanceof ViewGroup) {
6699:                ((ViewGroup) mParent).onChildVisibilityChanged(this, (flags & VISIBILITY_MASK
                 ));
6700:                ((View) mParent).invalidate(true);
6701:            } else if (mParent != null) {
6702:                mParent.invalidateChild(this, null);
```

View.java

```
6703:            }
6704:            dispatchVisibilityChanged(this, (flags & VISIBILITY_MASK));
6705:        }
6706:
6707:        if ((changed & WILL_NOT_CACHE_DRAWING) != 0) {
6708:            destroyDrawingCache();
6709:        }
6710:
6711:        if ((changed & DRAWING_CACHE_ENABLED) != 0) {
6712:            destroyDrawingCache();
6713:            mPrivateFlags &= ~DRAWING_CACHE_VALID;
6714:            invalidateParentCaches();
6715:        }
6716:
6717:        if ((changed & DRAWING_CACHE_QUALITY_MASK) != 0) {
6718:            destroyDrawingCache();
6719:            mPrivateFlags &= ~DRAWING_CACHE_VALID;
6720:        }
6721:
6722:        if ((changed & DRAW_MASK) != 0) {
6723:            if ((mViewFlags & WILL_NOT_DRAW) != 0) {
6724:                if (mBGDrawable != null) {
6725:                    mPrivateFlags &= ~SKIP_DRAW;
6726:                    mPrivateFlags |= ONLY_DRAWS_BACKGROUND;
6727:                } else {
6728:                    mPrivateFlags |= SKIP_DRAW;
6729:                }
6730:            } else {
6731:                mPrivateFlags &= ~SKIP_DRAW;
6732:            }
6733:            requestLayout();
6734:            invalidate(true);
6735:        }
6736:
6737:        if ((changed & KEEP_SCREEN_ON) != 0) {
6738:            if (mParent != null && mAttachInfo != null && !mAttachInfo.
mRecomputeGlobalAttributes) {
6739:                mParent.recomputeViewAttributes(this);
6740:            }
```

```
6741:            }
6742:
6743:            if ((changed & LAYOUT_DIRECTION_MASK) != 0) {
6744:                requestLayout();
6745:            }
6746:
6747:        }
6748:        /**
6749:         * Change the view's z order in the tree, so it's on top of other sibling
6750:         * views
6751:         */
6752:        public void bringToFront() {
6753:            if (mParent != null) {
6754:                mParent.bringChildToFront(this);
6755:            }
6756:        }
6757:
6758:        /**
6759:         * This is called in response to an internal scroll in this view (i.e., the
6760:         * view scrolled its own contents). This is typically as a result of
6761:         * {@link #scrollBy(int, int)} or {@link #scrollTo(int, int)} having been
6762:         * called.
6763:         *
6764:         * @param l Current horizontal scroll origin.
6765:         * @param t Current vertical scroll origin.
6766:         * @param oldl Previous horizontal scroll origin.
6767:         * @param oldt Previous vertical scroll origin.
6768:         */
6769:        protected void onScrollChanged(int l, int t, int oldl, int oldt) {
6770:            if (AccessibilityManager.getInstance(mContext).isEnabled()) {
6771:                postSendViewScrolledAccessibilityEventCallback();
6772:            }
6773:
6774:            mBackgroundSizeChanged = true;
6775:
6776:            final AttachInfo ai = mAttachInfo;
6777:            if (ai != null) {
6778:                ai.mViewScrollChanged = true;
6779:            }
```

View.java

```
6780:  }
6781:
6782:  /**
6783:   * Interface definition for a callback to be invoked when the layout bounds of a view
6784:   * changes due to layout processing.
6785:   */
6786:  public interface OnLayoutChangeListener {
6787:      /**
6788:       * Called when the focus state of a view has changed.
6789:       *
6790:       * @param v The view whose state has changed.
6791:       * @param left The new value of the view's left property.
6792:       * @param top The new value of the view's top property.
6793:       * @param right The new value of the view's right property.
6794:       * @param bottom The new value of the view's bottom property.
6795:       * @param oldLeft The previous value of the view's left property.
6796:       * @param oldTop The previous value of the view's top property.
6797:       * @param oldRight The previous value of the view's right property.
6798:       * @param oldBottom The previous value of the view's bottom property.
6799:       */
6800:      void onLayoutChange(View v, int left, int top, int right, int bottom,
6801:          int oldLeft, int oldTop, int oldRight, int oldBottom);
6802:  }
6803:
6804:  /**
6805:   * This is called during layout when the size of this view has changed. If
6806:   * you were just added to the view hierarchy, you're called with the old
6807:   * values of 0.
6808:   *
6809:   * @param w Current width of this view.
6810:   * @param h Current height of this view.
6811:   * @param oldw Old width of this view.
6812:   * @param oldh Old height of this view.
6813:   */
6814:  protected void onSizeChanged(int w, int h, int oldw, int oldh) {
6815:  }
6816:
6817:  /**
6818:   * Called by draw to draw the child views. This may be overridden
```

12/1/11 10:44 PM

View.java

```
6819:          * by derived classes to gain control just before its children are drawn
6820:          * (but after its own view has been drawn).
6821:          * @param canvas the canvas on which to draw the view
6822:          */
6823:         protected void dispatchDraw(Canvas canvas) {
6824:         }
6825:
6826:         /**
6827:          * Gets the parent of this view. Note that the parent is a
6828:          * ViewParent and not necessarily a View.
6829:          *
6830:          * @return Parent of this view.
6831:          */
6832:         public final ViewParent getParent() {
6833:             return mParent;
6834:         }
6835:
6836:         /**
6837:          * Set the horizontal scrolled position of your view. This will cause a call to
6838:          * {@link #onScrollChanged(int, int, int, int)} and the view will be
6839:          * invalidated.
6840:          * @param value the x position to scroll to
6841:          */
6842:         public void setScrollX(int value) {
6843:             scrollTo(value, mScrollY);
6844:         }
6845:
6846:         /**
6847:          * Set the vertical scrolled position of your view. This will cause a call to
6848:          * {@link #onScrollChanged(int, int, int, int)} and the view will be
6849:          * invalidated.
6850:          * @param value the y position to scroll to
6851:          */
6852:         public void setScrollY(int value) {
6853:             scrollTo(mScrollX, value);
6854:         }
6855:
6856:         /**
6857:          * Return the scrolled left position of this view. This is the left edge of
```

View.java

```
6858:      * the displayed part of your view. You do not need to draw any pixels
6859:      * farther left, since those are outside of the frame of your view on
6860:      * screen.
6861:      *
6862:      * @return The left edge of the displayed part of your view, in pixels.
6863:      */
6864:     public final int getScrollX() {
6865:         return mScrollX;
6866:     }
6867:
6868:     /**
6869:      * Return the scrolled top position of this view. This is the top edge of
6870:      * the displayed part of your view. You do not need to draw any pixels above
6871:      * it, since those are outside of the frame of your view on screen.
6872:      *
6873:      * @return The top edge of the displayed part of your view, in pixels.
6874:      */
6875:     public final int getScrollY() {
6876:         return mScrollY;
6877:     }
6878:
6879:     /**
6880:      * Return the width of the your view.
6881:      *
6882:      * @return The width of your view, in pixels.
6883:      */
6884:     @ViewDebug.ExportedProperty(category = "layout")
6885:     public final int getWidth() {
6886:         return mRight - mLeft;
6887:     }
6888:
6889:     /**
6890:      * Return the height of your view.
6891:      *
6892:      * @return The height of your view, in pixels.
6893:      */
6894:     @ViewDebug.ExportedProperty(category = "layout")
6895:     public final int getHeight() {
6896:         return mBottom - mTop;
```

View.java

```
6897:     }
6898:
6899:     /**
6900:      * Return the visible drawing bounds of your view. Fills in the output
6901:      * rectangle with the values from getScrollX(), getScrollY(),
6902:      * getWidth(), and getHeight().
6903:      *
6904:      * @param outRect The (scrolled) drawing bounds of the view.
6905:      */
6906:     public void getDrawingRect(Rect outRect) {
6907:         outRect.left = mScrollX;
6908:         outRect.top = mScrollY;
6909:         outRect.right = mScrollX + (mRight - mLeft);
6910:         outRect.bottom = mScrollY + (mBottom - mTop);
6911:     }
6912:
6913:     /**
6914:      * Like {@link #getMeasuredWidthAndState()}, but only returns the
6915:      * raw width component (that is the result is masked by
6916:      * {@link #MEASURED_SIZE_MASK}).
6917:      *
6918:      * @return The raw measured width of this view.
6919:      */
6920:     public final int getMeasuredWidth() {
6921:         return mMeasuredWidth & MEASURED_SIZE_MASK;
6922:     }
6923:
6924:     /**
6925:      * Return the full width measurement information for this view as computed
6926:      * by the most recent call to {@link #measure(int, int)}.  This result is a bit mask
6927:      * as defined by {@link #MEASURED_SIZE_MASK} and {@link #MEASURED_STATE_TOO_SMALL}.
6928:      * This should be used during measurement and layout calculations only. Use
6929:      * {@link #getWidth()} to see how wide a view is after layout.
6930:      *
6931:      * @return The measured width of this view as a bit mask.
6932:      */
6933:     public final int getMeasuredWidthAndState() {
6934:         return mMeasuredWidth;
6935:     }
```

```
6936:    /**
6937:     * Like {@link #getMeasuredHeightAndState()}, but only returns the
6938:     * raw width component (that is the result is masked by
6939:     * {@link #MEASURED_SIZE_MASK}).
6940:     *
6941:     * @return The raw measured height of this view.
6942:     */
6943:    public final int getMeasuredHeight() {
6944:        return mMeasuredHeight & MEASURED_SIZE_MASK;
6945:    }
6946:
6947:    /**
6948:     * Return the full height measurement information for this view as computed
6949:     * by the most recent call to {@link #measure(int, int)}.  This result is a bit mask
6950:     * as defined by {@link #MEASURED_SIZE_MASK} and {@link #MEASURED_STATE_TOO_SMALL}.
6951:     * This should be used during measurement and layout calculations only. Use
6952:     * {@link #getHeight()} to see how wide a view is after layout.
6953:     *
6954:     * @return The measured width of this view as a bit mask.
6955:     */
6956:    public final int getMeasuredHeightAndState() {
6957:        return mMeasuredHeight;
6958:    }
6959:
6960:    /**
6961:     * Return only the state bits of {@link #getMeasuredWidthAndState()}
6962:     * and {@link #getMeasuredHeightAndState()}, combined into one integer.
6963:     * The width component is in the regular bits {@link #MEASURED_STATE_MASK}
6964:     * and the height component is at the shifted bits
6965:     * {@link #MEASURED_HEIGHT_STATE_SHIFT}>>{@link #MEASURED_STATE_MASK}.
6966:     */
6967:    public final int getMeasuredState() {
6968:        return (mMeasuredWidth&MEASURED_STATE_MASK)
6969:                | ((mMeasuredHeight>>MEASURED_HEIGHT_STATE_SHIFT)
6970:                        & (MEASURED_STATE_MASK>>MEASURED_HEIGHT_STATE_SHIFT));
6971:    }
6972:
6973:    /**
6974:```

```
6975:      * The transform matrix of this view, which is calculated based on the current
6976:      * roation, scale, and pivot properties.
6977:      *
6978:      * @see #getRotation()
6979:      * @see #getScaleX()
6980:      * @see #getScaleY()
6981:      * @see #getPivotX()
6982:      * @see #getPivotY()
6983:      * @return The current transform matrix for the view
6984:      */
6985:     public Matrix getMatrix() {
6986:         if (mTransformationInfo != null) {
6987:             updateMatrix();
6988:             return mTransformationInfo.mMatrix;
6989:         }
6990:         return Matrix.IDENTITY_MATRIX;
6991:     }
6992:
6993:     /**
6994:      * Utility function to determine if the value is far enough away from zero to be
6995:      * considered non-zero.
6996:      * @param value A floating point value to check for zero-ness
6997:      * @return whether the passed-in value is far enough away from zero to be considered non-
         zero
6998:      */
6999:     private static boolean nonzero(float value) {
7000:         return (value < -NONZERO_EPSILON || value > NONZERO_EPSILON);
7001:     }
7002:
7003:     /**
7004:      * Returns true if the transform matrix is the identity matrix.
7005:      * Recomputes the matrix if necessary.
7006:      *
7007:      * @return True if the transform matrix is the identity matrix, false otherwise.
7008:      */
7009:     final boolean hasIdentityMatrix() {
7010:         if (mTransformationInfo != null) {
7011:             updateMatrix();
7012:             return mTransformationInfo.mMatrixIsIdentity;
```

```
7013:            }
7014:            return true;
7015:        }
7016:
7017:        void ensureTransformationInfo() {
7018:            if (mTransformationInfo == null) {
7019:                mTransformationInfo = new TransformationInfo();
7020:            }
7021:        }
7022:
7023:        /**
7024:         * Recomputes the transform matrix if necessary.
7025:         */
7026:        private void updateMatrix() {
7027:            final TransformationInfo info = mTransformationInfo;
7028:            if (info == null) {
7029:                return;
7030:            }
7031:            if (info.mMatrixDirty) {
7032:                // transform-related properties have changed since the last time someone
7033:                // asked for the matrix; recalculate it with the current values
7034:
7035:                // Figure out if we need to update the pivot point
7036:                if ((mPrivateFlags & PIVOT_EXPLICITLY_SET) == 0) {
7037:                    if ((mRight - mLeft) != info.mPrevWidth || (mBottom - mTop) != info.
mPrevHeight) {
7038:                        info.mPrevWidth = mRight - mLeft;
7039:                        info.mPrevHeight = mBottom - mTop;
7040:                        info.mPivotX = info.mPrevWidth / 2f;
7041:                        info.mPivotY = info.mPrevHeight / 2f;
7042:                    }
7043:                }
7044:                info.mMatrix.reset();
7045:                if (!Nonzero(info.mRotationX) && !nonzero(info.mRotationY)) {
7046:                    info.mMatrix.setTranslate(info.mTranslationX, info.mTranslationY);
7047:                    info.mMatrix.preRotate(info.mRotation, info.mPivotX, info.mPivotY);
7048:                    info.mMatrix.preScale(info.mScaleX, info.mScaleY, info.mPivotX, info.mPivotY)
;
7049:                } else {
```

```
7050:            if (info.mCamera == null) {
7051:                info.mCamera = new Camera();
7052:                info.matrix3D = new Matrix();
7053:            }
7054:            info.mCamera.save();
7055:            info.mMatrix.preScale(info.mScaleX, info.mScaleY, info.mPivotX, info.mPivotY)
7056:            info.mCamera.rotate(info.mRotationX, info.mRotationY, -info.mRotation);
7057:            info.mCamera.getMatrix(info.matrix3D);
7058:            info.matrix3D.preTranslate(-info.mPivotX, -info.mPivotY);
7059:            info.matrix3D.postTranslate(info.mPivotX + info.mTranslationX,
7060:                    info.mPivotY + info.mTranslationY);
7061:            info.mMatrix.postConcat(info.matrix3D);
7062:            info.mCamera.restore();
7063:        }
7064:        info.mMatrixDirty = false;
7065:        info.mMatrixIsIdentity = info.mMatrix.isIdentity();
7066:        info.mInverseMatrixDirty = true;
7067:    }
7068:
7069: }
7070: /**
7071:  * Utility method to retrieve the inverse of the current mMatrix property.
7072:  * We cache the matrix to avoid recalculating it when transform properties
7073:  * have not changed.
7074:  *
7075:  * @return The inverse of the current matrix of this view.
7076:  */
7077: final Matrix getInverseMatrix() {
7078:     final TransformationInfo info = mTransformationInfo;
7079:     if (info != null) {
7080:         updateMatrix();
7081:         if (info.mInverseMatrixDirty) {
7082:             if (info.mInverseMatrix == null) {
7083:                 info.mInverseMatrix = new Matrix();
7084:             }
7085:             info.mMatrix.invert(info.mInverseMatrix);
7086:             info.mInverseMatrixDirty = false;
7087:         }
```

View.java

```
7088:            return info.mInverseMatrix;
7089:        }
7090:        return Matrix.IDENTITY_MATRIX;
7091:    }
7092:
7093:    /**
7094:     * <p>Sets the distance along the Z axis (orthogonal to the X/Y plane on which
7095:     * views are drawn) from the camera to this view. The camera's distance
7096:     * affects 3D transformations, for instance rotations around the X and Y
7097:     * axis. If the rotationX or rotationY properties are changed and this view is
7098:     * large (more than half the size of the screen), it is recommended to always
7099:     * use a camera distance that's greater than the height (X axis rotation) or
7100:     * the width (Y axis rotation) of this view.</p>
7101:     *
7102:     * <p>The distance of the camera from the view plane can have an affect on the
7103:     * perspective distortion of the view when it is rotated around the x or y axis.
7104:     * For example, a large distance will result in a large viewing angle, and there
7105:     * will not be much perspective distortion of the view as it rotates. A short
7106:     * distance may cause much more perspective distortion upon rotation, and can
7107:     * also result in some drawing artifacts if the rotated view ends up partially
7108:     * behind the camera (which is why the recommendation is to use a distance at
7109:     * least as far as the size of the view, if the view is to be rotated.)</p>
7110:     *
7111:     * <p>The distance is expressed in "depth pixels." The default distance depends
7112:     * on the screen density. For instance, on a medium density display, the
7113:     * default distance is 1280. On a high density display, the default distance
7114:     * is 1920.</p>
7115:     *
7116:     * <p>If you want to specify a distance that leads to visually consistent
7117:     * results across various densities, use the following formula:</p>
7118:     * <pre>
7119:     * float scale = context.getResources().getDisplayMetrics().density;
7120:     * view.setCameraDistance(distance * scale);
7121:     * </pre>
7122:     *
7123:     * <p>The density scale factor of a high density display is 1.5,
7124:     * and 1920 = 1280 * 1.5.</p>
7125:     *
7126:     * @param distance The distance in "depth pixels", if negative the opposite
```

View.java

```
7127:       *       value is used
7128:       *
7129:       * @see #setRotationX(float)
7130:       * @see #setRotationY(float)
7131:       */
7132:      public void setCameraDistance(float distance) {
7133:          invalidateParentCaches();
7134:          invalidate(false);
7135:
7136:          ensureTransformationInfo();
7137:          final float dpi = mResources.getDisplayMetrics().densityDpi;
7138:          final TransformationInfo info = mTransformationInfo;
7139:          if (info.mCamera == null) {
7140:              info.mCamera = new Camera();
7141:              info.matrix3D = new Matrix();
7142:          }
7143:
7144:          info.mCamera.setLocation(0.0f, 0.0f, -Math.abs(distance) / dpi);
7145:          info.mMatrixDirty = true;
7146:
7147:          invalidate(false);
7148:      }
7149:
7150:      /**
7151:       * The degrees that the view is rotated around the pivot point.
7152:       *
7153:       * @see #setRotation(float)
7154:       * @see #getPivotX()
7155:       * @see #getPivotY()
7156:       *
7157:       * @return The degrees of rotation.
7158:       */
7159:      public float getRotation() {
7160:          return mTransformationInfo != null ? mTransformationInfo.mRotation : 0;
7161:      }
7162:
7163:      /**
7164:       * Sets the degrees that the view is rotated around the pivot point. Increasing values
7165:       * result in clockwise rotation.
```

View.java

```
7166:      *
7167:      * @param rotation The degrees of rotation.
7168:      *
7169:      * @see #getRotation()
7170:      * @see #getPivotX()
7171:      * @see #getPivotY()
7172:      * @see #setRotationX(float)
7173:      * @see #setRotationY(float)
7174:      *
7175:      * @attr ref android.R.styleable#View_rotation
7176:      */
7177:     public void setRotation(float rotation) {
7178:         ensureTransformationInfo();
7179:         final TransformationInfo info = mTransformationInfo;
7180:         if (info.mRotation != rotation) {
7181:             invalidateParentCaches();
7182:             // Double-invalidation is necessary to capture view's old and new areas
7183:             invalidate(false);
7184:             info.mRotation = rotation;
7185:             info.mMatrixDirty = true;
7186:             mPrivateFlags |= DRAWN; // force another invalidation with the new orientation
7187:             invalidate(false);
7188:         }
7189:     }
7190:
7191:     /**
7192:      * The degrees that the view is rotated around the vertical axis through the pivot point.
7193:      *
7194:      * @see #getPivotX()
7195:      * @see #getPivotY()
7196:      * @see #setRotationY(float)
7197:      *
7198:      * @return The degrees of Y rotation.
7199:      */
7200:     public float getRotationY() {
7201:         return mTransformationInfo != null ? mTransformationInfo.mRotationY : 0;
7202:     }
7203:
7204:     /**
```

```
7205:          * Sets the degrees that the view is rotated around the vertical axis through the pivot
       point.
7206:          * Increasing values result in counter-clockwise rotation from the viewpoint of looking
7207:          * down the y axis.
7208:          *
7209:          * When rotating large views, it is recommended to adjust the camera distance
7210:          * accordingly. Refer to {@link #setCameraDistance(float)} for more information.
7211:          *
7212:          * @param rotationY The degrees of Y rotation.
7213:          *
7214:          * @see #getRotationY()
7215:          * @see #getPivotX()
7216:          * @see #getPivotY()
7217:          * @see #setRotation(float)
7218:          * @see #setRotationX(float)
7219:          * @see #setCameraDistance(float)
7220:          *
7221:          * @attr ref android.R.styleable#View_rotationY
7222:          */
7223:         public void setRotationY(float rotationY) {
7224:             ensureTransformationInfo();
7225:             final TransformationInfo info = mTransformationInfo;
7226:             if (info.mRotationY != rotationY) {
7227:                 invalidateParentCaches();
7228:                 // Double-invalidation is necessary to capture view's old and new areas
7229:                 invalidate(false);
7230:                 info.mRotationY = rotationY;
7231:                 info.mMatrixDirty = true;
7232:                 mPrivateFlags |= DRAWN; // force another invalidation with the new orientation
7233:                 invalidate(false);
7234:             }
7235:         }
7236:
7237:         /**
7238:          * The degrees that the view is rotated around the horizontal axis through the pivot
       point.
7239:          *
7240:          * @see #getPivotX()
7241:          * @see #getPivotY()
```

```
7242:     * @see #setRotationX(float)
7243:     *
7244:     * @return The degrees of X rotation.
7245:     */
7246:    public float getRotationX() {
7247:        return mTransformationInfo != null ? mTransformationInfo.mRotationX : 0;
7248:    }
7249:
7250:    /**
7251:     * Sets the degrees that the view is rotated around the horizontal axis through the pivot
point.
7252:     * Increasing values result in clockwise rotation from the viewpoint of looking down the
7253:     * x axis.
7254:     *
7255:     * When rotating large views, it is recommended to adjust the camera distance
7256:     * accordingly. Refer to {@link #setCameraDistance(float)} for more information.
7257:     *
7258:     * @param rotationX The degrees of X rotation.
7259:     *
7260:     * @see #getRotationX()
7261:     * @see #getPivotX()
7262:     * @see #getPivotY()
7263:     * @see #setRotation(float)
7264:     * @see #setRotationY(float)
7265:     * @see #setCameraDistance(float)
7266:     *
7267:     * @attr ref android.R.styleable#View_rotationX
7268:     */
7269:    public void setRotationX(float rotationX) {
7270:        ensureTransformationInfo();
7271:        final TransformationInfo info = mTransformationInfo;
7272:        if (info.mRotationX != rotationX) {
7273:            invalidateParentCaches();
7274:            // Double-invalidation is necessary to capture view's old and new areas
7275:            invalidate(false);
7276:            info.mRotationX = rotationX;
7277:            info.mMatrixDirty = true;
7278:            mPrivateFlags |= DRAWN; // force another invalidation with the new orientation
7279:            invalidate(false);
```

```
7280:           }
7281:       }
7282:
7283:       /**
7284:        * The amount that the view is scaled in x around the pivot point, as a proportion of
7285:        * the view's unscaled width. A value of 1, the default, means that no scaling is applied
7286:        *
7287:        * <p>By default, this is 1.0f.
7288:        *
7289:        * @see #getPivotX()
7290:        * @see #getPivotY()
7291:        * @return The scaling factor.
7292:        */
7293:       public float getScaleX() {
7294:           return mTransformationInfo != null ? mTransformationInfo.mScaleX : 1;
7295:       }
7296:
7297:       /**
7298:        * Sets the amount that the view is scaled in x around the pivot point, as a proportion
7299:        * the view's unscaled width. A value of 1 means that no scaling is applied.
7300:        *
7301:        * @param scaleX The scaling factor.
7302:        * @see #getPivotX()
7303:        * @see #getPivotY()
7304:        *
7305:        * @attr ref android.R.styleable#View_scaleX
7306:        */
7307:       public void setScaleX(float scaleX) {
7308:           ensureTransformationInfo();
7309:           final TransformationInfo info = mTransformationInfo;
7310:           if (info.mScaleX != scaleX) {
7311:               invalidateParentCaches();
7312:               // Double-invalidation is necessary to capture view's old and new areas
7313:               invalidate(false);
7314:               info.mScaleX = scaleX;
7315:               info.mMatrixDirty = true;
7316:               mPrivateFlags |= DRAWN; // force another invalidation with the new orientation
```

```
7317:            invalidate(false);
7318:        }
7319:    }
7320:
7321:    /**
7322:     * The amount that the view is scaled in y around the pivot point, as a proportion of
7323:     * the view's unscaled height. A value of 1, the default, means that no scaling is
applied.
7324:     *
7325:     * <p>By default, this is 1.0f.
7326:     *
7327:     * @see #getPivotX()
7328:     * @see #getPivotY()
7329:     * @return The scaling factor.
7330:     */
7331:    public float getScaleY() {
7332:        return mTransformationInfo != null ? mTransformationInfo.mScaleY : 1;
7333:    }
7334:
7335:    /**
7336:     * Sets the amount that the view is scaled in Y around the pivot point, as a proportion
of
7337:     * the view's unscaled width. A value of 1 means that no scaling is applied.
7338:     *
7339:     * @param scaleY The scaling factor.
7340:     * @see #getPivotX()
7341:     * @see #getPivotY()
7342:     *
7343:     * @attr ref android.R.styleable#View_scaleY
7344:     */
7345:    public void setScaleY(float scaleY) {
7346:        ensureTransformationInfo();
7347:        final TransformationInfo info = mTransformationInfo;
7348:        if (info.mScaleY != scaleY) {
7349:            invalidateParentCaches();
7350:            // Double-invalidation is necessary to capture view's old and new areas
7351:            invalidate(false);
7352:            info.mScaleY = scaleY;
7353:            info.mMatrixDirty = true;
```

```
7354:            mPrivateFlags |= DRAWN; // force another invalidation with the new orientation
7355:            invalidate(false);
7356:        }
7357:    }
7358:
7359:    /**
7360:     * The x location of the point around which the view is {@link #setRotation(float)
       rotated}
7361:     * and {@link #setScaleX(float) scaled}.
7362:     *
7363:     * @see #getRotation()
7364:     * @see #getScaleX()
7365:     * @see #getScaleY()
7366:     * @see #getPivotY()
7367:     * @return The x location of the pivot point.
7368:     */
7369:    public float getPivotX() {
7370:        return mTransformationInfo != null ? mTransformationInfo.mPivotX : 0;
7371:    }
7372:
7373:    /**
7374:     * Sets the x location of the point around which the view is
7375:     * {@link #setRotation(float) rotated} and {@link #setScaleX(float) scaled}.
7376:     * By default, the pivot point is centered on the object.
7377:     * Setting this property disables this behavior and causes the view to use only the
7378:     * explicitly set pivotX and pivotY values.
7379:     *
7380:     * @param pivotX The x location of the pivot point.
7381:     * @see #getRotation()
7382:     * @see #getScaleX()
7383:     * @see #getScaleY()
7384:     * @see #getPivotY()
7385:     *
7386:     * @attr ref android.R.styleable#View_transformPivotX
7387:     */
7388:    public void setPivotX(float pivotX) {
7389:        ensureTransformationInfo();
7390:        mPrivateFlags |= PIVOT_EXPLICITLY_SET;
7391:        final TransformationInfo info = mTransformationInfo;
```

View.java

```
7392:            if (info.mPivotX != pivotX) {
7393:                invalidateParentCaches();
7394:                // Double-invalidation is necessary to capture view's old and new areas
7395:                invalidate(false);
7396:                info.mPivotX = pivotX;
7397:                info.mMatrixDirty = true;
7398:                mPrivateFlags |= DRAWN; // force another invalidation with the new orientation
7399:                invalidate(false);
7400:            }
7401:        }
7402:    }
7403:
7404:    /**
       * The y location of the point around which the view is {@link #setRotation(float)
rotated}.
7405:     * and {@link #setScaleY(float) scaled}.
7406:     *
7407:     * @see #getRotation()
7408:     * @see #getScaleX()
7409:     * @see #getScaleY()
7410:     * @see #getPivotY()
7411:     * @return The y location of the pivot point.
7412:     */
7413:    public float getPivotY() {
7414:        return mTransformationInfo != null ? mTransformationInfo.mPivotY : 0;
7415:    }
7416:
7417:    /**
7418:     * Sets the y location of the point around which the view is {@link #setRotation(float)
rotated}.
7419:     * and {@link #setScaleY(float) scaled}. By default, the pivot point is centered on the
object.
7420:     * Setting this property disables this behavior and causes the view to use only the
7421:     * explicitly set pivotX and pivotY values.
7422:     *
7423:     * @param pivotY The y location of the pivot point.
7424:     * @see #getRotation()
7425:     * @see #getScaleX()
7426:     * @see #getScaleY()
7427:     * @see #getPivotY()
```

View.java

```
7428:      *
7429:      * @attr ref android.R.styleable#View_transformPivotY
7430:      */
7431:     public void setPivotY(float pivotY) {
7432:         ensureTransformationInfo();
7433:         mPrivateFlags |= PIVOT_EXPLICITLY_SET;
7434:         final TransformationInfo info = mTransformationInfo;
7435:         if (info.mPivotY != pivotY) {
7436:             invalidateParentCaches();
7437:             // Double-invalidation is necessary to capture view's old and new areas
7438:             invalidate(false);
7439:             info.mPivotY = pivotY;
7440:             info.mMatrixDirty = true;
7441:             mPrivateFlags |= DRAWN; // force another invalidation with the new orientation
7442:             invalidate(false);
7443:         }
7444:     }
7445:
7446:     /**
7447:      * The opacity of the view. This is a value from 0 to 1, where 0 means the view is
7448:      * completely transparent and 1 means the view is completely opaque.
7449:      *
7450:      * <p>By default this is 1.0f.
7451:      * @return The opacity of the view.
7452:      */
7453:     public float getAlpha() {
7454:         return mTransformationInfo != null ? mTransformationInfo.mAlpha : 1;
7455:     }
7456:
7457:     /**
7458:      * <p>Sets the opacity of the view. This is a value from 0 to 1, where 0 means the view
7459: is
7460:      * completely transparent and 1 means the view is completely opaque.</p>
7461:      *
7462:      * <p>If this view overrides {@link #onSetAlpha(int)} to return true, then this view is
7463:      * responsible for applying the opacity itself. Otherwise, calling this method is
7464:      * equivalent to calling {@link #setLayerType(int, android.graphics.Paint)} and
7465:      * setting a hardware layer.</p>
       *
```

View.java

```
7466:      * @param alpha The opacity of the view.
7467:      *
7468:      * @see #setLayerType(int, android.graphics.Paint)
7469:      *
7470:      * @attr ref android.R.styleable#View_alpha
7471:      */
7472:     public void setAlpha(float alpha) {
7473:         ensureTransformationInfo();
7474:         mTransformationInfo.mAlpha = alpha;
7475:         invalidateParentCaches();
7476:         if (onSetAlpha((int) (alpha * 255))) {
7477:             mPrivateFlags |= ALPHA_SET;
7478:             // subclass is handling alpha - don't optimize rendering cache invalidation
7479:             invalidate(true);
7480:         } else {
7481:             mPrivateFlags &= ~ALPHA_SET;
7482:             invalidate(false);
7483:         }
7484:     }
7485:
7486:     /**
7487:      * Faster version of setAlpha() which performs the same steps except there are
7488:      * no calls to invalidate(). The caller of this function should perform proper
         invalidation
7489:      * on the parent and this object. The return value indicates whether the subclass handles
7490:      * alpha (the return value for onSetAlpha()).
7491:      *
7492:      * @param alpha The new value for the alpha property
7493:      * @return true if the View subclass handles alpha (the return value for onSetAlpha())
7494:      */
7495:     boolean setAlphaNoInvalidation(float alpha) {
7496:         ensureTransformationInfo();
7497:         mTransformationInfo.mAlpha = alpha;
7498:         boolean subclassHandlesAlpha = onSetAlpha((int) (alpha * 255));
7499:         if (subclassHandlesAlpha) {
7500:             mPrivateFlags |= ALPHA_SET;
7501:         } else {
7502:             mPrivateFlags &= ~ALPHA_SET;
7503:         }
```

View.java

```
7504:        return subclassHandlesAlpha;
7505:    }
7506:
7507:    /**
7508:     * Top position of this view relative to its parent.
7509:     *
7510:     * @return The top of this view, in pixels.
7511:     */
7512:    @ViewDebug.CapturedViewProperty
7513:    public final int getTop() {
7514:        return mTop;
7515:    }
7516:
7517:    /**
7518:     * Sets the top position of this view relative to its parent. This method is meant to be
           called
7519:     * by the layout system and should not generally be called otherwise, because the
           property
7520:     * may be changed at any time by the layout.
7521:     *
7522:     * @param top The top of this view, in pixels.
7523:     */
7524:    public final void setTop(int top) {
7525:        if (top != mTop) {
7526:            updateMatrix();
7527:            final boolean matrixIsIdentity = mTransformationInfo == null
7528:                    || mTransformationInfo.mMatrixIsIdentity;
7529:            if (matrixIsIdentity) {
7530:                if (mAttachInfo != null) {
7531:                    int minTop;
7532:                    int yLoc;
7533:                    if (top < mTop) {
7534:                        minTop = top;
7535:                        yLoc = top - mTop;
7536:                    } else {
7537:                        minTop = mTop;
7538:                        yLoc = 0;
7539:                    }
7540:                    invalidate(0, yLoc, mRight - mLeft, mBottom - minTop);
```

```
7541:                }
7542:            } else {
7543:                // Double-invalidation is necessary to capture view's old and new areas
7544:                invalidate(true);
7545:            }
7546:
7547:            int width = mRight - mLeft;
7548:            int oldHeight = mBottom - mTop;
7549:
7550:            mTop = top;
7551:
7552:            onSizeChanged(width, mBottom - mTop, width, oldHeight);
7553:
7554:            if (!matrixIsIdentity) {
7555:                if ((mPrivateFlags & PIVOT_EXPLICITLY_SET) == 0) {
7556:                    // A change in dimension means an auto-centered pivot point changes, too
7557:                    mTransformationInfo.mMatrixDirty = true;
7558:                }
7559:                mPrivateFlags |= DRAWN; // force another invalidation with the new
           orientation
7560:                invalidate(true);
7561:            }
7562:            mBackgroundSizeChanged = true;
7563:            invalidateParentIfNeeded();
7564:        }
7565:    }
7566:
7567:    /**
7568:     * Bottom position of this view relative to its parent.
7569:     *
7570:     * @return The bottom of this view, in pixels.
7571:     */
7572:    @ViewDebug.CapturedViewProperty
7573:    public final int getBottom() {
7574:        return mBottom;
7575:    }
7576:
7577:    /**
7578:     * True if this view has changed since the last time being drawn.
```

```
7579:          *
7580:          * @return The dirty state of this view.
7581:          */
7582:         public boolean isDirty() {
7583:             return (mPrivateFlags & DIRTY_MASK) != 0;
7584:         }
7585:
7586:         /**
7587:          * Sets the bottom position of this view relative to its parent. This method is meant to
7588:          be
7589:          * called by the layout system and should not generally be called otherwise, because the
7590:          * property may be changed at any time by the layout.
7591:          *
7592:          * @param bottom The bottom of this view, in pixels.
7593:          */
7594:         public final void setBottom(int bottom) {
7595:             if (bottom != mBottom) {
7596:                 updateMatrix();
7597:                 final boolean matrixIsIdentity = mTransformationInfo == null
7598:                         || mTransformationInfo.mMatrixIsIdentity;
7599:                 if (matrixIsIdentity) {
7600:                     if (mAttachInfo != null) {
7601:                         int maxBottom;
7602:                         if (bottom < mBottom) {
7603:                             maxBottom = mBottom;
7604:                         } else {
7605:                             maxBottom = bottom;
7606:                         }
7607:                         invalidate(0, 0, mRight - mLeft, maxBottom - mTop);
7608:                     }
7609:                 } else {
7610:                     // Double-invalidation is necessary to capture view's old and new areas
7611:                     invalidate(true);
7612:                 }
7613:
7614:                 int width = mRight - mLeft;
7615:                 int oldHeight = mBottom - mTop;
7616:
7617:                 mBottom = bottom;
```

View.java

```
7617:            onSizeChanged(width, mBottom - mTop, width, oldHeight);
7618:
7619:
7620:        if (!matrixIsIdentity) {
7621:            if ((mPrivateFlags & PIVOT_EXPLICITLY_SET) == 0) {
7622:                // A change in dimension means an auto-centered pivot point changes, too
7623:                mTransformationInfo.mMatrixDirty = true;
7624:            }
7625:            mPrivateFlags |= DRAWN; // force another invalidation with the new
orientation
7626:            invalidate(true);
7627:        }
7628:        mBackgroundSizeChanged = true;
7629:        invalidateParentIfNeeded();
7630:    }
7631:    }
7632:
7633:    /**
7634:     * Left position of this view relative to its parent.
7635:     *
7636:     * @return The left edge of this view, in pixels.
7637:     */
7638:    @ViewDebug.CapturedViewProperty
7639:    public final int getLeft() {
7640:        return mLeft;
7641:    }
7642:
7643:    /**
7644:     * Sets the left position of this view relative to its parent. This method is meant to be
called
7645:     * by the layout system and should not generally be called otherwise, because the
property
7646:     * may be changed at any time by the layout.
7647:     *
7648:     * @param left The bottom of this view, in pixels.
7649:     */
7650:    public final void setLeft(int left) {
7651:        if (left != mLeft) {
7652:            updateMatrix();
```

View.java

```
7653:            final boolean matrixIsIdentity = mTransformationInfo == null
7654:                    || mTransformationInfo.mMatrixIsIdentity;
7655:            if (matrixIsIdentity) {
7656:                if (mAttachInfo != null) {
7657:                    int minLeft;
7658:                    int xLoc;
7659:                    if (left < mLeft) {
7660:                        minLeft = left;
7661:                        xLoc = left - mLeft;
7662:                    } else {
7663:                        minLeft = mLeft;
7664:                        xLoc = 0;
7665:                    }
7666:                    invalidate(xLoc, 0, mRight - minLeft, mBottom - mTop);
7667:                }
7668:            } else {
7669:                // Double-invalidation is necessary to capture view's old and new areas
7670:                invalidate(true);
7671:            }
7672:
7673:            int oldWidth = mRight - mLeft;
7674:            int height = mBottom - mTop;
7675:
7676:            mLeft = left;
7677:
7678:            onSizeChanged(mRight - mLeft, height, oldWidth, height);
7679:
7680:            if (!matrixIsIdentity) {
7681:                if ((mPrivateFlags & PIVOT_EXPLICITLY_SET) == 0) {
7682:                    // A change in dimension means an auto-centered pivot point changes, too
7683:                    mTransformationInfo.mMatrixDirty = true;
7684:                }
7685:                mPrivateFlags |= DRAWN; // force another invalidation with the new
        orientation
7686:                invalidate(true);
7687:            }
7688:            mBackgroundSizeChanged = true;
7689:            invalidateParentIfNeeded();
7690:        }
```

```
7691:      }
7692:
7693:      /**
7694:       * Right position of this view relative to its parent.
7695:       *
7696:       * @return The right edge of this view, in pixels.
7697:       */
7698:      @ViewDebug.CapturedViewProperty
7699:      public final int getRight() {
7700:          return mRight;
7701:      }
7702:
7703:      /**
7704:       * Sets the right position of this view relative to its parent. This method is meant to
be called
7705:       * by the layout system and should not generally be called otherwise, because the
property
7706:       * may be changed at any time by the layout.
7707:       *
7708:       * @param right The bottom of this view, in pixels.
7709:       */
7710:      public final void setRight(int right) {
7711:          if (right != mRight) {
7712:              updateMatrix();
7713:              final boolean matrixIsIdentity = mTransformationInfo == null
7714:                      || mTransformationInfo.mMatrixIsIdentity;
7715:              if (matrixIsIdentity) {
7716:                  if (mAttachInfo != null) {
7717:                      int maxRight;
7718:                      if (right < mRight) {
7719:                          maxRight = mRight;
7720:                      } else {
7721:                          maxRight = right;
7722:                      }
7723:                      invalidate(0, 0, maxRight - mLeft, mBottom - mTop);
7724:                  } else {
7725:                      // Double-invalidation is necessary to capture view's old and new areas
7726:                      invalidate(true);
7727:
```

View.java

```
7728:                }
7729:
7730:                int oldWidth = mRight - mLeft;
7731:                int height = mBottom - mTop;
7732:
7733:                mRight = right;
7734:
7735:                onSizeChanged(mRight - mLeft, height, oldWidth, height);
7736:
7737:                if (!matrixIsIdentity) {
7738:                    if ((mPrivateFlags & PIVOT_EXPLICITLY_SET) == 0) {
7739:                        // A change in dimension means an auto-centered pivot point changes, too
7740:                        mTransformationInfo.mMatrixDirty = true;
7741:                    }
7742:                    mPrivateFlags |= DRAWN; // force another invalidation with the new
orientation
7743:                    invalidate(true);
7744:                }
7745:                mBackgroundSizeChanged = true;
7746:                invalidateParentIfNeeded();
7747:            }
7748:        }
7749:
7750:    /**
7751:     * The visual x position of this view, in pixels. This is equivalent to the
7752:     * {@link #setTranslationX(float) translationX} property plus the current
7753:     * {@link #getLeft() left} property.
7754:     *
7755:     * @return The visual x position of this view, in pixels.
7756:     */
7757:    public float getX() {
7758:        return mLeft + (mTransformationInfo != null ? mTransformationInfo.mTranslationX : 0);
7759:    }
7760:
7761:    /**
7762:     * Sets the visual x position of this view, in pixels. This is equivalent to setting the
7763:     * {@link #setTranslationX(float) translationX} property to be the difference between
7764:     * the x value passed in and the current {@link #getLeft() left} property.
7765:     *
```

```
7766:      * @param x The visual x position of this view, in pixels.
7767:      */
7768:     public void setX(float x) {
7769:         setTranslationX(x - mLeft);
7770:     }
7771:
7772:     /**
7773:      * The visual y position of this view, in pixels. This is equivalent to the
7774:      * {@link #setTranslationY(float) translationY} property plus the current
7775:      * {@link #getTop() top} property.
7776:      *
7777:      * @return The visual y position of this view, in pixels.
7778:      */
7779:     public float getY() {
7780:         return mTop + (mTransformationInfo != null ? mTransformationInfo.mTranslationY : 0);
7781:     }
7782:
7783:     /**
7784:      * Sets the visual y position of this view, in pixels. This is equivalent to setting the
7785:      * {@link #setTranslationY(float) translationY} property to be the difference between
7786:      * the y value passed in and the current {@link #getTop() top} property.
7787:      *
7788:      * @param y The visual y position of this view, in pixels.
7789:      */
7790:     public void setY(float y) {
7791:         setTranslationY(y - mTop);
7792:     }
7793:
7794:
7795:     /**
7796:      * The horizontal location of this view relative to its {@link #getLeft() left} position.
7797:      * This position is post-layout, in addition to wherever the object's
7798:      * layout placed it.
7799:      *
7800:      * @return The horizontal position of this view relative to its left position, in pixels.
7801:      */
7802:     public float getTranslationX() {
7803:         return mTransformationInfo != null ? mTransformationInfo.mTranslationX : 0;
7804:     }
```

View.java

```
7805:    /**
7806:     * Sets the horizontal location of this view relative to its {@link #getLeft() left}
7807:     * position.
7808:     * This effectively positions the object post-layout, in addition to wherever the object's
7809:     * layout placed it.
7810:     *
7811:     * @param translationX The horizontal position of this view relative to its left position
7812:     * in pixels.
7813:     *
7814:     * @attr ref android.R.styleable#View_translationX
7815:     */
7816:    public void setTranslationX(float translationX) {
7817:        ensureTransformationInfo();
7818:        final TransformationInfo info = mTransformationInfo;
7819:        if (info.mTranslationX != translationX) {
7820:            invalidateParentCaches();
7821:            // Double-invalidation is necessary to capture view's old and new areas
7822:            invalidate(false);
7823:            info.mTranslationX = translationX;
7824:            info.mMatrixDirty = true;
7825:            mPrivateFlags |= DRAWN; // force another invalidation with the new orientation
7826:            invalidate(false);
7827:        }
7828:    }
7829:
7830:    /**
7831:     * The horizontal location of this view relative to its {@link #getTop() top} position.
7832:     * This position is post-layout, in addition to wherever the object's
7833:     * layout placed it.
7834:     *
7835:     * @return The vertical position of this view relative to its top position,
7836:     * in pixels.
7837:     */
7838:    public float getTranslationY() {
7839:        return mTransformationInfo != null ? mTransformationInfo.mTranslationY : 0;
7840:    }
```

View.java

```
7841:    /**
7842:     * Sets the vertical location of this view relative to its {@link #getTop() top} position
7843:     * This effectively positions the object post-layout, in addition to wherever the object
7844:     .   s
7845:     * layout placed it.
7846:     *
7847:     * @param translationY The vertical position of this view relative to its top position,
7848:     * in pixels.
7849:     *
7850:     * @attr ref android.R.styleable#View_translationY
7851:     */
7852:    public void setTranslationY(float translationY) {
7853:        ensureTransformationInfo();
7854:        final TransformationInfo info = mTransformationInfo;
7855:        if (info.mTranslationY != translationY) {
7856:            invalidateParentCaches();
7857:            // Double-invalidation is necessary to capture view's old and new areas
7858:            invalidate(false);
7859:            info.mTranslationY = translationY;
7860:            info.mMatrixDirty = true;
7861:            mPrivateFlags |= DRAWN; // force another invalidation with the new orientation
7862:            invalidate(false);
7863:        }
7864:    }
7865:
7866:    /**
7867:     * @hide
7868:     */
7869:    public void setFastTranslationX(float x) {
7870:        ensureTransformationInfo();
7871:        final TransformationInfo info = mTransformationInfo;
7872:        info.mTranslationX = x;
7873:        info.mMatrixDirty = true;
7874:    }
7875:
7876:    /**
7877:     * @hide
```

View.java

```
7878:        */
7879:        public void setFastTranslationY(float y) {
7880:            ensureTransformationInfo();
7881:            final TransformationInfo info = mTransformationInfo;
7882:            info.mTranslationY = y;
7883:            info.mMatrixDirty = true;
7884:        }
7885:
7886:        /**
7887:         * @hide
7888:         */
7889:        public void setFastX(float x) {
7890:            ensureTransformationInfo();
7891:            final TransformationInfo info = mTransformationInfo;
7892:            info.mTranslationX = x - mLeft;
7893:            info.mMatrixDirty = true;
7894:        }
7895:
7896:        /**
7897:         * @hide
7898:         */
7899:        public void setFastY(float y) {
7900:            ensureTransformationInfo();
7901:            final TransformationInfo info = mTransformationInfo;
7902:            info.mTranslationY = y - mTop;
7903:            info.mMatrixDirty = true;
7904:        }
7905:
7906:        /**
7907:         * @hide
7908:         */
7909:        public void setFastScaleX(float x) {
7910:            ensureTransformationInfo();
7911:            final TransformationInfo info = mTransformationInfo;
7912:            info.mScaleX = x;
7913:            info.mMatrixDirty = true;
7914:        }
7915:
7916:        /**
```

```
7917:     * @hide
7918:     */
7919:    public void setFastScaleY(float y) {
7920:        ensureTransformationInfo();
7921:        final TransformationInfo info = mTransformationInfo;
7922:        info.mScaleY = y;
7923:        info.mMatrixDirty = true;
7924:    }
7925:
7926:    /**
7927:     * @hide
7928:     */
7929:    public void setFastAlpha(float alpha) {
7930:        ensureTransformationInfo();
7931:        mTransformationInfo.mAlpha = alpha;
7932:    }
7933:
7934:    /**
7935:     * @hide
7936:     */
7937:    public void setFastRotationY(float y) {
7938:        ensureTransformationInfo();
7939:        final TransformationInfo info = mTransformationInfo;
7940:        info.mRotationY = y;
7941:        info.mMatrixDirty = true;
7942:    }
7943:
7944:    /**
7945:     * Hit rectangle in parent's coordinates
7946:     *
7947:     * @param outRect The hit rectangle of the view.
7948:     */
7949:    public void getHitRect(Rect outRect) {
7950:        updateMatrix();
7951:        final TransformationInfo info = mTransformationInfo;
7952:        if (info == null || info.mMatrixIsIdentity || mAttachInfo == null) {
7953:            outRect.set(mLeft, mTop, mRight, mBottom);
7954:        } else {
7955:            final RectF tmpRect = mAttachInfo.mTmpTransformRect;
```

```
7956:            tmpRect.set(-info.mPivotX, -info.mPivotY,
7957:                    getWidth() - info.mPivotX, getHeight() - info.mPivotY);
7958:            info.mMatrix.mapRect(tmpRect);
7959:            outRect.set((int) tmpRect.left + mLeft, (int) tmpRect.top + mTop,
7960:                    (int) tmpRect.right + mLeft, (int) tmpRect.bottom + mTop);
7961:        }
7962:    }
7963:
7964:    /**
7965:     * Determines whether the given point, in local coordinates is inside the view.
7966:     */
7967:    /*package*/ final boolean pointInView(float localX, float localY) {
7968:        return localX >= 0 && localX < (mRight - mLeft)
7969:                && localY >= 0 && localY < (mBottom - mTop);
7970:    }
7971:
7972:    /**
7973:     * Utility method to determine whether the given point, in local coordinates,
7974:     * is inside the view, where the area of the view is expanded by the slop factor.
7975:     * This method is called while processing touch-move events to determine if the event
7976:     * is still within the view.
7977:     */
7978:    private boolean pointInView(float localX, float localY, float slop) {
7979:        return localX >= -slop && localY >= -slop && localX < ((mRight - mLeft) + slop) &&
7980:                localY < ((mBottom - mTop) + slop);
7981:    }
7982:
7983:    /**
7984:     * When a view has focus and the user navigates away from it, the next view is searched
                                                                                                  for
7985:     * starting from the rectange filled in by this method.
7986:     *
7987:     * By default, the rectange is the {@link #getDrawingRect(android.graphics.Rect)}
7988:     * of the view. However, if your view maintains some idea of internal selection,
7989:     * such as a cursor, or a selected row or column, you should override this method and
7990:     * fill in a more specific rectangle.
7991:     *
7992:     * @param r The rectangle to fill in, in this view's coordinates.
7993:     */
```

View.java

```
7994:    public void getFocusedRect(Rect r) {
7995:        getDrawingRect(r);
7996:    }
7997:
7998:    /**
7999:     * If some part of this view is not clipped by any of its parents, then
8000:     * return that area in r in global (root) coordinates. To convert r to local
8001:     * coordinates, offset it by -globalOffset (e.g. r.offset(-globalOffset.x,
8002:     * -globalOffset.y)) If the view is completely clipped or translated out,
8003:     * return false.
8004:     *
8005:     * @param r If true is returned, r holds the global coordinates of the
8006:     *           visible portion of this view.
8007:     * @param globalOffset If true is returned, globalOffset holds the dx,dy
8008:     *           between this view and its root. globalOfffet may be null.
8009:     * @return true if r is non-empty (i.e. part of the view is visible at the
8010:     *           root level.
8011:     */
8012:    public boolean getGlobalVisibleRect(Rect r, Point globalOffset) {
8013:        int width = mRight - mLeft;
8014:        int height = mBottom - mTop;
8015:        if (width > 0 && height > 0) {
8016:            r.set(0, 0, width, height);
8017:            if (globalOffset != null) {
8018:                globalOffset.set(-mScrollX, -mScrollY);
8019:            }
8020:            return mParent == null || mParent.getChildVisibleRect(this, r, globalOffset);
8021:        }
8022:        return false;
8023:    }
8024:
8025:    public final boolean getGlobalVisibleRect(Rect r) {
8026:        return getGlobalVisibleRect(r, null);
8027:    }
8028:
8029:    public final boolean getLocalVisibleRect(Rect r) {
8030:        Point offset = new Point();
8031:        if (getGlobalVisibleRect(r, offset)) {
8032:            r.offset(-offset.x, -offset.y); // make r local
```

View.java

```
8033:            return true;
8034:        }
8035:        return false;
8036:    }
8037:
8038:    /**
8039:     * Offset this view's vertical location by the specified number of pixels.
8040:     *
8041:     * @param offset the number of pixels to offset the view by
8042:     */
8043:    public void offsetTopAndBottom(int offset) {
8044:        if (offset != 0) {
8045:            updateMatrix();
8046:            final boolean matrixIsIdentity = mTransformationInfo == null
8047:                    || mTransformationInfo.mMatrixIsIdentity;
8048:            if (matrixIsIdentity) {
8049:                final ViewParent p = mParent;
8050:                if (p != null && mAttachInfo != null) {
8051:                    final Rect r = mAttachInfo.mTmpInvalRect;
8052:                    int minTop;
8053:                    int maxBottom;
8054:                    int yLoc;
8055:                    if (offset < 0) {
8056:                        minTop = mTop + offset;
8057:                        maxBottom = mBottom;
8058:                        yLoc = offset;
8059:                    } else {
8060:                        minTop = mTop;
8061:                        maxBottom = mBottom + offset;
8062:                        yLoc = 0;
8063:                    }
8064:                    r.set(0, yLoc, mRight - mLeft, maxBottom - minTop);
8065:                    p.invalidateChild(this, r);
8066:                }
8067:            } else {
8068:                invalidate(false);
8069:            }
8070:
8071:            mTop += offset;
```

```
8072:            mBottom += offset;
8073:
8074:            if (!matrixIsIdentity) {
8075:                mPrivateFlags |= DRAWN; // force another invalidation with the new
           orientation
8076:                invalidate(false);
8077:            }
8078:            invalidateParentIfNeeded();
8079:        }
8080:    }
8081:
8082:    /**
8083:     * Offset this view's horizontal location by the specified amount of pixels.
8084:     *
8085:     * @param offset the numer of pixels to offset the view by
8086:     */
8087:    public void offsetLeftAndRight(int offset) {
8088:        if (offset != 0) {
8089:            updateMatrix();
8090:            final boolean matrixIsIdentity = mTransformationInfo == null
8091:                    || mTransformationInfo.mMatrixIsIdentity;
8092:            if (matrixIsIdentity) {
8093:                final ViewParent p = mParent;
8094:                if (p != null && mAttachInfo != null) {
8095:                    final Rect r = mAttachInfo.mTmpInvalRect;
8096:                    int minLeft;
8097:                    int maxRight;
8098:                    if (offset < 0) {
8099:                        minLeft = mLeft + offset;
8100:                        maxRight = mRight;
8101:                    } else {
8102:                        minLeft = mLeft;
8103:                        maxRight = mRight + offset;
8104:                    }
8105:                    r.set(0, 0, maxRight - minLeft, mBottom - mTop);
8106:                    p.invalidateChild(this, r);
8107:                }
8108:            } else {
8109:                invalidate(false);
```

View.java

```
8110:        }
8111:
8112:        mLeft += offset;
8113:        mRight += offset;
8114:
8115:        if (!matrixIsIdentity) {
8116:            mPrivateFlags |= DRAWN; // force another invalidation with the new
orientation
8117:            invalidate(false);
8118:        }
8119:        invalidateParentIfNeeded();
8120:    }
8121:
8122:    }
8123:    /**
8124:     * Get the LayoutParams associated with this view. All views should have
8125:     * layout parameters. These supply parameters to the <i>parent</i> of this
8126:     * view specifying how it should be arranged. There are many subclasses of
8127:     * ViewGroup.LayoutParams, and these correspond to the different subclasses
8128:     * of ViewGroup that are responsible for arranging their children.
8129:     *
8130:     * This method may return null if this View is not attached to a parent
8131:     * ViewGroup or {@link #setLayoutParams(android.view.ViewGroup.LayoutParams)}
8132:     * was not invoked successfully. When a View is attached to a parent
8133:     * ViewGroup, this method must not return null.
8134:     *
8135:     * @return The LayoutParams associated with this view, or null if no
8136:     *          parameters have been set yet
8137:     */
8138:    @ViewDebug.ExportedProperty(deepExport = true, prefix = "layout_")
8139:    public ViewGroup.LayoutParams getLayoutParams() {
8140:        return mLayoutParams;
8141:    }
8142:
8143:    /**
8144:     * Set the layout parameters associated with this view. These supply
8145:     * parameters to the <i>parent</i> of this view specifying how it should be
8146:     * arranged. There are many subclasses of ViewGroup.LayoutParams, and these
8147:     * correspond to the different subclasses of ViewGroup that are responsible
```

View.java

```
8148:        * for arranging their children.
8149:        *
8150:        * @param params The layout parameters for this view, cannot be null
8151:        */
8152:       public void setLayoutParams(ViewGroup.LayoutParams params) {
8153:           if (params == null) {
8154:               throw new NullPointerException("Layout parameters cannot be null");
8155:           }
8156:           mLayoutParams = params;
8157:           requestLayout();
8158:       }
8159:
8160:       /**
8161:        * Set the scrolled position of your view. This will cause a call to
8162:        * {@link #onScrollChanged(int, int, int, int)} and the view will be
8163:        * invalidated.
8164:        * @param x the x position to scroll to
8165:        * @param y the y position to scroll to
8166:        */
8167:       public void scrollTo(int x, int y) {
8168:           if (mScrollX != x || mScrollY != y) {
8169:               int oldX = mScrollX;
8170:               int oldY = mScrollY;
8171:               mScrollX = x;
8172:               mScrollY = y;
8173:               invalidateParentCaches();
8174:               onScrollChanged(mScrollX, mScrollY, oldX, oldY);
8175:               if (!awakenScrollBars()) {
8176:                   invalidate(true);
8177:               }
8178:           }
8179:       }
8180:
8181:       /**
8182:        * Move the scrolled position of your view. This will cause a call to
8183:        * {@link #onScrollChanged(int, int, int, int)} and the view will be
8184:        * invalidated.
8185:        * @param x the amount of pixels to scroll by horizontally
8186:        * @param y the amount of pixels to scroll by vertically
```

View.java

```
8187:        */
8188:       public void scrollBy(int x, int y) {
8189:           scrollTo(mScrollX + x, mScrollY + y);
8190:       }
8191:
8192:       /**
8193:        * <p>Trigger the scrollbars to draw. When invoked this method starts an
8194:        * animation to fade the scrollbars out after a default delay. If a subclass
8195:        * provides animated scrolling, the start delay should equal the duration
8196:        * of the scrolling animation.</p>
8197:        *
8198:        * <p>The animation starts only if at least one of the scrollbars is
8199:        * enabled, as specified by {@link #isHorizontalScrollBarEnabled()} and
8200:        * {@link #isVerticalScrollBarEnabled()}. When the animation is started,
8201:        * this method returns true, and false otherwise. If the animation is
8202:        * started, this method calls {@link #invalidate()}; in that case the
8203:        * caller should not call {@link #invalidate()}.</p>
8204:        *
8205:        * <p>This method should be invoked every time a subclass directly updates
8206:        * the scroll parameters.</p>
8207:        *
8208:        * <p>This method is automatically invoked by {@link #scrollBy(int, int)}
8209:        * and {@link #scrollTo(int, int)}.</p>
8210:        *
8211:        * @return true if the animation is played, false otherwise
8212:        *
8213:        * @see #awakenScrollBars(int)
8214:        * @see #scrollBy(int, int)
8215:        * @see #scrollTo(int, int)
8216:        * @see #isHorizontalScrollBarEnabled()
8217:        * @see #isVerticalScrollBarEnabled()
8218:        * @see #setHorizontalScrollBarEnabled(boolean)
8219:        * @see #setVerticalScrollBarEnabled(boolean)
8220:        */
8221:       protected boolean awakenScrollBars() {
8222:           return mScrollCache != null &&
8223:               awakenScrollBars(mScrollCache.scrollBarDefaultDelayBeforeFade, true);
8224:       }
8225:
```

```
8226:    /**
8227:     * Trigger the scrollbars to draw.
8228:     * This method differs from awakenScrollBars() only in its default duration.
8229:     * initialAwakenScrollBars() will show the scroll bars for longer than
8230:     * usual to give the user more of a chance to notice them.
8231:     *
8232:     * @return true if the animation is played, false otherwise.
8233:     */
8234:    private boolean initialAwakenScrollBars() {
8235:        return mScrollCache != null &&
8236:               awakenScrollBars(mScrollCache.scrollBarDefaultDelayBeforeFade * 4, true);
8237:    }
8238:
8239:    /**
8240:     * <p>
8241:     * Trigger the scrollbars to draw. When invoked this method starts an
8242:     * animation to fade the scrollbars out after a fixed delay. If a subclass
8243:     * provides animated scrolling, the start delay should equal the duration of
8244:     * the scrolling animation.
8245:     * </p>
8246:     *
8247:     * <p>
8248:     * The animation starts only if at least one of the scrollbars is enabled,
8249:     * as specified by {@link #isHorizontalScrollBarEnabled()} and
8250:     * {@link #isVerticalScrollBarEnabled()}. When the animation is started,
8251:     * this method returns true, and false otherwise. If the animation is
8252:     * started, this method calls {@link #invalidate()}; in that case the caller
8253:     * should not call {@link #invalidate()}.
8254:     * </p>
8255:     *
8256:     * <p>
8257:     * This method should be invoked everytime a subclass directly updates the
8258:     * scroll parameters.
8259:     * </p>
8260:     *
8261:     * @param startDelay the delay, in milliseconds, after which the animation
8262:     *        should start; when the delay is 0, the animation starts
8263:     *        immediately
8264:     * @return true if the animation is played, false otherwise
```

View.java

```
8265:      *   @see #scrollBy(int, int)
8266:      *   @see #scrollTo(int, int)
8267:      *   @see #isHorizontalScrollBarEnabled()
8268:      *   @see #isVerticalScrollBarEnabled()
8269:      *   @see #setHorizontalScrollBarEnabled(boolean)
8270:      *   @see #setVerticalScrollBarEnabled(boolean)
8271:      */
8272:     protected boolean awakenScrollBars(int startDelay) {
8273:         return awakenScrollBars(startDelay, true);
8274:     }
8275:
8276:     /**
8277:      * <p>
8278:      * Trigger the scrollbars to draw. When invoked this method starts an
8279:      * animation to fade the scrollbars out after a fixed delay. If a subclass
8280:      * provides animated scrolling, the start delay should equal the duration of
8281:      * the scrolling animation.
8282:      * </p>
8283:      *
8284:      * <p>
8285:      * The animation starts only if at least one of the scrollbars is enabled,
8286:      * as specified by {@link #isHorizontalScrollBarEnabled()} and
8287:      * {@link #isVerticalScrollBarEnabled()}. When the animation is started,
8288:      * this method returns true, and false otherwise. If the animation is
8289:      * started, this method calls {@link #invalidate()} if the invalidate parameter
8290:      * is set to true; in that case the caller
8291:      * should not call {@link #invalidate()}.
8292:      * </p>
8293:      *
8294:      * <p>
8295:      * This method should be invoked everytime a subclass directly updates the
8296:      * scroll parameters.
8297:      * </p>
8298:      *
8299:      * @param startDelay the delay, in milliseconds, after which the animation
8300:      *        should start; when the delay is 0, the animation starts
8301:      *        immediately
8302:      *
8303:      *
```

```
8304:     * @param invalidate Wheter this method should call invalidate
8305:     *
8306:     * @return true if the animation is played, false otherwise
8307:     *
8308:     * @see #scrollBy(int, int)
8309:     * @see #scrollTo(int, int)
8310:     * @see #isHorizontalScrollBarEnabled()
8311:     * @see #isVerticalScrollBarEnabled()
8312:     * @see #setHorizontalScrollBarEnabled(boolean)
8313:     * @see #setVerticalScrollBarEnabled(boolean)
8314:     */
8315:    protected boolean awakenScrollBars(int startDelay, boolean invalidate) {
8316:        final ScrollabilityCache scrollCache = mScrollCache;
8317:
8318:        if (scrollCache == null || !scrollCache.fadeScrollBars) {
8319:            return false;
8320:        }
8321:
8322:        if (scrollCache.scrollBar == null) {
8323:            scrollCache.scrollBar = new ScrollBarDrawable();
8324:        }
8325:
8326:        if (isHorizontalScrollBarEnabled() || isVerticalScrollBarEnabled()) {
8327:
8328:            if (invalidate) {
8329:                // Invalidate to show the scrollbars
8330:                invalidate(true);
8331:            }
8332:
8333:            if (scrollCache.state == ScrollabilityCache.OFF) {
8334:                // FIXME: this is copied from WindowManagerService.
8335:                // We should get this value from the system when it
8336:                // is possible to do so.
8337:                final int KEY_REPEAT_FIRST_DELAY = 750;
8338:                startDelay = Math.max(KEY_REPEAT_FIRST_DELAY, startDelay);
8339:            }
8340:
8341:            // Tell mScrollCache when we should start fading. This may
8342:            // extend the fade start time if one was already scheduled
```

12/1/11 10:44 PM

View.java

```
8343:            long fadeStartTime = AnimationUtils.currentAnimationTimeMillis() + startDelay;
8344:            scrollCache.fadeStartTime = fadeStartTime;
8345:            scrollCache.state = ScrollabilityCache.ON;
8346:
8347:            // Schedule our fader to run, unscheduling any old ones first
8348:            if (mAttachInfo != null) {
8349:                mAttachInfo.mHandler.removeCallbacks(scrollCache);
8350:                mAttachInfo.mHandler.postAtTime(scrollCache, fadeStartTime);
8351:            }
8352:
8353:            return true;
8354:        }
8355:
8356:        return false;
8357:    }
8358:
8359:    /**
8360:     * Do not invalidate views which are not visible and which are not running an animation. They
8361:     * will not get drawn and they should not set dirty flags as if they will be drawn
8362:     */
8363:    private boolean skipInvalidate() {
8364:        return (mViewFlags & VISIBILITY_MASK) != VISIBLE && mCurrentAnimation == null &&
8365:                (!(mParent instanceof ViewGroup) ||
8366:                        !((ViewGroup) mParent).isViewTransitioning(this));
8367:    }
8368:    /**
8369:     * Mark the area defined by dirty as needing to be drawn. If the view is
8370:     * visible, {@link #onDraw(android.graphics.Canvas)} will be called at some point
8371:     * in the future. This must be called from a UI thread. To call from a non-UI
8372:     * thread, call {@link #postInvalidate()}.
8373:     *
8374:     * WARNING: This method is destructive to dirty.
8375:     * @param dirty the rectangle representing the bounds of the dirty region
8376:     */
8377:    public void invalidate(Rect dirty) {
8378:        if (ViewDebug.TRACE_HIERARCHY) {
8379:            ViewDebug.trace(this, ViewDebug.HierarchyTraceType.INVALIDATE);
8380:        }
```

View.java

```
8381:        if (skipInvalidate()) {
8382:            return;
8383:        }
8384:        if ((mPrivateFlags & (DRAWN | HAS_BOUNDS)) == (DRAWN | HAS_BOUNDS) ||
8385:                (mPrivateFlags & DRAWING_CACHE_VALID) == DRAWING_CACHE_VALID ||
8386:                (mPrivateFlags & INVALIDATED) != INVALIDATED) {
8387:            mPrivateFlags &= ~DRAWING_CACHE_VALID;
8388:            mPrivateFlags |= INVALIDATED;
8389:            mPrivateFlags |= DIRTY;
8390:            final ViewParent p = mParent;
8391:            final AttachInfo ai = mAttachInfo;
8392:            //noinspection PointlessBooleanExpression,ConstantConditions
8393:            if (!HardwareRenderer.RENDER_DIRTY_REGIONS) {
8394:                if (p != null && ai != null && ai.mHardwareAccelerated) {
8395:                    // fast-track for GL-enabled applications; just invalidate the whole
8396:                    // hierarchy
8397:                    // with a null dirty rect, which tells the ViewAncestor to redraw
8398:                    // everything
8399:                    p.invalidateChild(this, null);
8400:                    return;
8401:                }
8402:            }
8403:            if (p != null && ai != null) {
8404:                final int scrollX = mScrollX;
8405:                final int scrollY = mScrollY;
8406:                final Rect r = ai.mTmpInvalRect;
8407:                r.set(dirty.left - scrollX, dirty.top - scrollY,
8408:                        dirty.right - scrollX, dirty.bottom - scrollY);
8409:                mParent.invalidateChild(this, r);
8410:            }
8411:        }
8412:    }
8413:
8414:    /**
8415:     * Mark the area defined by the rect (l,t,r,b) as needing to be drawn.
8416:     * The coordinates of the dirty rect are relative to the view.
8417:     * If the view is visible, {@link #onDraw(android.graphics.Canvas)}
8418:     * will be called at some point in the future. This must be called from
```

```
8418:       * a UI thread. To call from a non-UI thread, call {@link #postInvalidate()}.
8419:       * @param l the left position of the dirty region
8420:       * @param t the top position of the dirty region
8421:       * @param r the right position of the dirty region
8422:       * @param b the bottom position of the dirty region
8423:       */
8424:      public void invalidate(int l, int t, int r, int b) {
8425:          if (ViewDebug.TRACE_HIERARCHY) {
8426:              ViewDebug.trace(this, ViewDebug.HierarchyTraceType.INVALIDATE);
8427:          }
8428:
8429:          if (skipInvalidate()) {
8430:              return;
8431:          }
8432:          if ((mPrivateFlags & (DRAWN | HAS_BOUNDS)) == (DRAWN | HAS_BOUNDS) ||
8433:                  (mPrivateFlags & DRAWING_CACHE_VALID) == DRAWING_CACHE_VALID ||
8434:                  (mPrivateFlags & INVALIDATED) != INVALIDATED) {
8435:              mPrivateFlags &= ~DRAWING_CACHE_VALID;
8436:              mPrivateFlags |= INVALIDATED;
8437:              mPrivateFlags |= DIRTY;
8438:              final ViewParent p = mParent;
8439:              final AttachInfo ai = mAttachInfo;
8440:              //noinspection PointlessBooleanExpression,ConstantConditions
8441:              if (!HardwareRenderer.RENDER_DIRTY_REGIONS) {
8442:                  if (p != null && ai != null && ai.mHardwareAccelerated) {
8443:                      // fast-track for GL-enabled applications; just invalidate the whole
hierarchy
8444:                      // with a null dirty rect, which tells the ViewAncestor to redraw
everything
8445:                      p.invalidateChild(this, null);
8446:                      return;
8447:                  }
8448:              }
8449:              if (p != null && ai != null && l < r && t < b) {
8450:                  final int scrollX = mScrollX;
8451:                  final int scrollY = mScrollY;
8452:                  final Rect tmpr = ai.mTmpInvalRect;
8453:                  tmpr.set(l - scrollX, t - scrollY, r - scrollX, b - scrollY);
8454:                  p.invalidateChild(this, tmpr);
```

View.java

```
8455:              }
8456:          }
8457:      }
8458:
8459:      /**
8460:       * Invalidate the whole view. If the view is visible,
8461:       * {@link #onDraw(android.graphics.Canvas)} will be called at some point in
8462:       * the future. This must be called from a UI thread. To call from a non-UI thread,
8463:       * call {@link #postInvalidate()}.
8464:       */
8465:      public void invalidate() {
8466:          invalidate(true);
8467:      }
8468:
8469:      /**
8470:       * This is where the invalidate() work actually happens. A full invalidate()
8471:       * causes the drawing cache to be invalidated, but this function can be called with
8472:       * invalidateCache set to false to skip that invalidation step for cases that do not
8473:       * need it (for example, a component that remains at the same dimensions with the same
8474:       * content).
8475:       *
8476:       * @param invalidateCache Whether the drawing cache for this view should be invalidated as
8477:       * well. This is usually true for a full invalidate, but may be set to false if the
8478:       * View's contents or dimensions have not changed.
8479:       */
8480:      void invalidate(boolean invalidateCache) {
8481:          if (ViewDebug.TRACE_HIERARCHY) {
8482:              ViewDebug.trace(this, ViewDebug.HierarchyTraceType.INVALIDATE);
8483:          }
8484:
8485:          if (skipInvalidate()) {
8486:              return;
8487:          }
8488:          if ((mPrivateFlags & (DRAWN | HAS_BOUNDS)) == (DRAWN | HAS_BOUNDS) ||
8489:                  (invalidateCache && (mPrivateFlags & DRAWING_CACHE_VALID) ==
8490:                  DRAWING_CACHE_VALID) ||
8491:                  (mPrivateFlags & INVALIDATED) != INVALIDATED || isOpaque() != mLastIsOpaque)
8492:                  {
```

View.java

```
8455:              }
8456:          }
8457:      }
8458:
8459:      /**
8460:       * Invalidate the whole view. If the view is visible,
8461:       * {@link #onDraw(android.graphics.Canvas)} will be called at some point in
8462:       * the future. This must be called from a UI thread. To call from a non-UI thread,
8463:       * call {@link #postInvalidate()}.
8464:       */
8465:      public void invalidate() {
8466:          invalidate(true);
8467:      }
8468:
8469:      /**
8470:       * This is where the invalidate() work actually happens. A full invalidate()
8471:       * causes the drawing cache to be invalidated, but this function can be called with
8472:       * invalidateCache set to false to skip that invalidation step for cases that do not
8473:       * need it (for example, a component that remains at the same dimensions with the same
8474:       * content).
8475:       *
8476:       * @param invalidateCache Whether the drawing cache for this view should be invalidated
8477:       * as
8478:       * well. This is usually true for a full invalidate, but may be set to false if the
8479:       * View's contents or dimensions have not changed.
8480:       */
8481:      void invalidate(boolean invalidateCache) {
8482:          if (ViewDebug.TRACE_HIERARCHY) {
8483:              ViewDebug.trace(this, ViewDebug.HierarchyTraceType.INVALIDATE);
8484:          }
8485:
8486:          if (skipInvalidate()) {
8487:              return;
8488:          }
8489:          if ((mPrivateFlags & (DRAWN | HAS_BOUNDS)) == (DRAWN | HAS_BOUNDS) ||
8490:                  (invalidateCache && (mPrivateFlags & DRAWING_CACHE_VALID) ==
8491:                  DRAWING_CACHE_VALID) ||
8492:                  (mPrivateFlags & INVALIDATED) != INVALIDATED || isOpaque() != mLastIsOpaque)
8493:                  {
```

View.java

```
8491:            mLastIsOpaque = isOpaque();
8492:            mPrivateFlags &= ~DRAWN;
8493:            mPrivateFlags |= DIRTY;
8494:            if (invalidateCache) {
8495:                mPrivateFlags |= INVALIDATED;
8496:                mPrivateFlags &= ~DRAWING_CACHE_VALID;
8497:            }
8498:            final AttachInfo ai = mAttachInfo;
8499:            final ViewParent p = mParent;
8500:            //noinspection PointlessBooleanExpression,ConstantConditions
8501:            if (!HardwareRenderer.RENDER_DIRTY_REGIONS) {
8502:                if (p != null && ai != null && ai.mHardwareAccelerated) {
8503:                    // fast-track for GL-enabled applications; just invalidate the whole
         hierarchy
8504:                    // with a null dirty rect, which tells the ViewAncestor to redraw
         everything
8505:                    p.invalidateChild(this, null);
8506:                    return;
8507:                }
8508:            }
8509:
8510:            if (p != null && ai != null) {
8511:                final Rect r = ai.mTmpInvalRect;
8512:                r.set(0, 0, mRight - mLeft, mBottom - mTop);
8513:                // Don't call invalidate -- we don't want to internally scroll
8514:                // our own bounds
8515:                p.invalidateChild(this, r);
8516:            }
8517:        }
8518:    }
8519:
8520:    /**
8521:     * @hide
8522:     */
8523:    public void fastInvalidate() {
8524:        if (skipInvalidate()) {
8525:            return;
8526:        }
8527:        if ((mPrivateFlags & (DRAWN | HAS_BOUNDS)) == (DRAWN | HAS_BOUNDS) ||
```

View.java

```
8528:            (mPrivateFlags & DRAWING_CACHE_VALID) == DRAWING_CACHE_VALID ||
8529:            (mPrivateFlags & INVALIDATED) != INVALIDATED) {
8530:        if (mParent instanceof View) {
8531:            ((View) mParent).mPrivateFlags |= INVALIDATED;
8532:        }
8533:
8534:        mPrivateFlags &= ~DRAWN;
8535:        mPrivateFlags |= DIRTY;
8536:        mPrivateFlags |= INVALIDATED;
8537:        mPrivateFlags &= ~DRAWING_CACHE_VALID;
8538:        if (mParent != null && mAttachInfo != null) {
8539:            if (mAttachInfo.mHardwareAccelerated) {
8540:                mParent.invalidateChild(this, null);
8541:            } else {
8542:                final Rect r = mAttachInfo.mTmpInvalRect;
8543:                r.set(0, 0, mRight - mLeft, mBottom - mTop);
8544:                // Don't call invalidate -- we don't want to internally scroll
8545:                // our own bounds
8546:                mParent.invalidateChild(this, r);
8547:            }
8548:        }
8549:    }
8550:
8551: /**
8552:  * Used to indicate that the parent of this view should clear its caches. This
functionality
8553:  * is used to force the parent to rebuild its display list (when hardware-accelerated),
8554:  * which is necessary when various parent-managed properties of the view change, such as
8555:  * alpha, translationX/Y, scrollX/Y, scaleX/Y, and rotation/X/Y. This method only
8556:  * clears the parent caches and does not causes an invalidate event.
8557:  *
8558:  * @hide
8559:  */
8560: protected void invalidateParentCaches() {
8561:     if (mParent instanceof View) {
8562:         ((View) mParent).mPrivateFlags |= INVALIDATED;
8563:     }
8564: }
8565:
```

```
8566:     /**
8567:      * Used to indicate that the parent of this view should be invalidated. This
          functionality
8568:      * is used to force the parent to rebuild its display list (when hardware-accelerated),
8569:      * which is necessary when various parent-managed properties of the view change, such as
8570:      * alpha, translationX/Y, scrollX/Y, scaleX/Y, and rotation/X/Y. This method will
          propagate
8571:      * an invalidation event to the parent.
8572:      *
8573:      * @hide
8574:      */
8575:     protected void invalidateParentIfNeeded() {
8576:         if (isHardwareAccelerated() && mParent instanceof View) {
8577:             ((View) mParent).invalidate(true);
8578:         }
8579:     }
8580:
8581:     /**
8582:      * Indicates whether this View is opaque. An opaque View guarantees that it will
8583:      * draw all the pixels overlapping its bounds using a fully opaque color.
8584:      *
8585:      * Subclasses of View should override this method whenever possible to indicate
8586:      * whether an instance is opaque. Opaque Views are treated in a special way by
8587:      * the View hierarchy, possibly allowing it to perform optimizations during
8588:      * invalidate/draw passes.
8589:      *
8590:      * @return True if this View is guaranteed to be fully opaque, false otherwise.
8591:      */
8592:     @ViewDebug.ExportedProperty(category = "drawing")
8593:     public boolean isOpaque() {
8594:         return (mPrivateFlags & OPAQUE_MASK) == OPAQUE_MASK &&
8595:                 ((mTransformationInfo != null ? mTransformationInfo.mAlpha : 1)
8596:                         >= 1.0f - ViewConfiguration.ALPHA_THRESHOLD);
8597:     }
8598:
8599:     /**
8600:      * @hide
8601:      */
8602:     protected void computeOpaqueFlags() {
```

View.java

```
8603:        // Opaque if:
8604:        //   - Has a background
8605:        //   - Background is opaque
8606:        //   - Doesn't have scrollbars or scrollbars are inside overlay
8607:
8608:        if (mBGDrawable != null && mBGDrawable.getOpacity() == PixelFormat.OPAQUE) {
8609:            mPrivateFlags |= OPAQUE_BACKGROUND;
8610:        } else {
8611:            mPrivateFlags &= ~OPAQUE_BACKGROUND;
8612:        }
8613:
8614:        final int flags = mViewFlags;
8615:        if (((flags & SCROLLBARS_VERTICAL) == 0 && (flags & SCROLLBARS_HORIZONTAL) == 0) ||
8616:                (flags & SCROLLBARS_STYLE_MASK) == SCROLLBARS_INSIDE_OVERLAY) {
8617:            mPrivateFlags |= OPAQUE_SCROLLBARS;
8618:        } else {
8619:            mPrivateFlags &= ~OPAQUE_SCROLLBARS;
8620:        }
8621:    }
8622:
8623:    /**
8624:     * @hide
8625:     */
8626:    protected boolean hasOpaqueScrollbars() {
8627:        return (mPrivateFlags & OPAQUE_SCROLLBARS) == OPAQUE_SCROLLBARS;
8628:    }
8629:
8630:    /**
8631:     * @return A handler associated with the thread running the View. This
8632:     * handler can be used to pump events in the UI events queue.
8633:     */
8634:    public Handler getHandler() {
8635:        if (mAttachInfo != null) {
8636:            return mAttachInfo.mHandler;
8637:        }
8638:        return null;
8639:    }
8640:
8641:    /**
```

```
8642:     *  <p>Causes the Runnable to be added to the message queue.
8643:     *  The runnable will be run on the user interface thread.</p>
8644:     *
8645:     *  <p>This method can be invoked from outside of the UI thread
8646:     *  only when this View is attached to a window.</p>
8647:     *
8648:     *  @param action The Runnable that will be executed.
8649:     *
8650:     *  @return Returns true if the Runnable was successfully placed in to the
8651:     *          message queue.  Returns false on failure, usually because the
8652:     *          looper processing the message queue is exiting.
8653:     */
8654:    public boolean post(Runnable action) {
8655:        Handler handler;
8656:        AttachInfo attachInfo = mAttachInfo;
8657:        if (attachInfo != null) {
8658:            handler = attachInfo.mHandler;
8659:        } else {
8660:            // Assume that post will succeed later
8661:            ViewRootImpl.getRunQueue().post(action);
8662:            return true;
8663:        }
8664:
8665:        return handler.post(action);
8666:    }
8667:
8668:    /**
8669:     *  <p>Causes the Runnable to be added to the message queue, to be run
8670:     *  after the specified amount of time elapses.
8671:     *  The runnable will be run on the user interface thread.</p>
8672:     *
8673:     *  <p>This method can be invoked from outside of the UI thread
8674:     *  only when this View is attached to a window.</p>
8675:     *
8676:     *  @param action The Runnable that will be executed.
8677:     *  @param delayMillis The delay (in milliseconds) until the Runnable
8678:     *          will be executed.
8679:     *
8680:     *  @return Returns true if the Runnable was successfully placed in to the
```

View.java

```
8681:        *     message queue. Returns false on failure, usually because the
8682:        *     looper processing the message queue is exiting. Note that a
8683:        *     result of true does not mean the Runnable will be processed --
8684:        *     if the looper is quit before the delivery time of the message
8685:        *     occurs then the message will be dropped.
8686:        */
8687:       public boolean postDelayed(Runnable action, long delayMillis) {
8688:           Handler handler;
8689:           AttachInfo attachInfo = mAttachInfo;
8690:           if (attachInfo != null) {
8691:               handler = attachInfo.mHandler;
8692:           } else {
8693:               // Assume that post will succeed later
8694:               ViewRootImpl.getRunQueue().postDelayed(action, delayMillis);
8695:               return true;
8696:           }
8697:
8698:           return handler.postDelayed(action, delayMillis);
8699:       }
8700:
8701:       /**
8702:        * <p>Removes the specified Runnable from the message queue.</p>
8703:        *
8704:        * <p>This method can be invoked from outside of the UI thread
8705:        * only when this View is attached to a window.</p>
8706:        *
8707:        * @param action The Runnable to remove from the message handling queue
8708:        *
8709:        * @return true if this view could ask the Handler to remove the Runnable,
8710:        *         false otherwise. When the returned value is true, the Runnable
8711:        *         may or may not have been actually removed from the message queue
8712:        *         (for instance, if the Runnable was not in the queue already.)
8713:        */
8714:       public boolean removeCallbacks(Runnable action) {
8715:           Handler handler;
8716:           AttachInfo attachInfo = mAttachInfo;
8717:           if (attachInfo != null) {
8718:               handler = attachInfo.mHandler;
8719:           } else {
```

View.java

```
8720:            // Assume that post will succeed later
8721:            ViewRootImpl.getRunQueue().removeCallbacks(action);
8722:            return true;
8723:        }
8724:
8725:        handler.removeCallbacks(action);
8726:        return true;
8727:    }
8728:
8729:    /**
8730:     * <p>Cause an invalidate to happen on a subsequent cycle through the event loop.
8731:     * Use this to invalidate the View from a non-UI thread.</p>
8732:     *
8733:     * <p>This method can be invoked from outside of the UI thread
8734:     * only when this View is attached to a window.</p>
8735:     *
8736:     * @see #invalidate()
8737:     */
8738:    public void postInvalidate() {
8739:        postInvalidateDelayed(0);
8740:    }
8741:
8742:    /**
8743:     * <p>Cause an invalidate of the specified area to happen on a subsequent cycle
8744:     * through the event loop. Use this to invalidate the View from a non-UI thread.</p>
8745:     *
8746:     * <p>This method can be invoked from outside of the UI thread
8747:     * only when this View is attached to a window.</p>
8748:     *
8749:     * @param left The left coordinate of the rectangle to invalidate.
8750:     * @param top The top coordinate of the rectangle to invalidate.
8751:     * @param right The right coordinate of the rectangle to invalidate.
8752:     * @param bottom The bottom coordinate of the rectangle to invalidate.
8753:     *
8754:     * @see #invalidate(int, int, int, int)
8755:     * @see #invalidate(Rect)
8756:     */
8757:    public void postInvalidate(int left, int top, int right, int bottom) {
8758:        postInvalidateDelayed(0, left, top, right, bottom);
```

View.java

```
8759:      }
8760:
8761:      /**
8762:       * <p>Cause an invalidate to happen on a subsequent cycle through the event
8763:       * loop. Waits for the specified amount of time.</p>
8764:       *
8765:       * <p>This method can be invoked from outside of the UI thread
8766:       * only when this View is attached to a window.</p>
8767:       *
8768:       * @param delayMilliseconds the duration in milliseconds to delay the
8769:       *        invalidation by
8770:       */
8771:      public void postInvalidateDelayed(long delayMilliseconds) {
8772:          // We try only with the AttachInfo because there's no point in invalidating
8773:          // if we are not attached to our window
8774:          AttachInfo attachInfo = mAttachInfo;
8775:          if (attachInfo != null) {
8776:              Message msg = Message.obtain();
8777:              msg.what = AttachInfo.INVALIDATE_MSG;
8778:              msg.obj = this;
8779:              attachInfo.mHandler.sendMessageDelayed(msg, delayMilliseconds);
8780:          }
8781:      }
8782:
8783:      /**
8784:       * <p>Cause an invalidate of the specified area to happen on a subsequent cycle
8785:       * through the event loop. Waits for the specified amount of time.</p>
8786:       *
8787:       * <p>This method can be invoked from outside of the UI thread
8788:       * only when this View is attached to a window.</p>
8789:       *
8790:       * @param delayMilliseconds the duration in milliseconds to delay the
8791:       *        invalidation by
8792:       * @param left The left coordinate of the rectangle to invalidate.
8793:       * @param top The top coordinate of the rectangle to invalidate.
8794:       * @param right The right coordinate of the rectangle to invalidate.
8795:       * @param bottom The bottom coordinate of the rectangle to invalidate.
8796:       */
8797:      public void postInvalidateDelayed(long delayMilliseconds, int left, int top,
```

View.java

```
8798:            int right, int bottom) {
8799:
8800:        // We try only with the AttachInfo because there's no point in invalidating
8801:        // if we are not attached to our window
8802:        AttachInfo attachInfo = mAttachInfo;
8803:        if (attachInfo != null) {
8804:            final AttachInfo.InvalidateInfo info = AttachInfo.InvalidateInfo.acquire();
8805:            info.target = this;
8806:            info.left = left;
8807:            info.top = top;
8808:            info.right = right;
8809:            info.bottom = bottom;
8810:
8811:            final Message msg = Message.obtain();
8812:            msg.what = AttachInfo.INVALIDATE_RECT_MSG;
8813:            msg.obj = info;
8814:            attachInfo.mHandler.sendMessageDelayed(msg, delayMilliseconds);
8815:        }
8816:    }
8817:
8818:    /**
8819:     * Post a callback to send a {@link AccessibilityEvent#TYPE_VIEW_SCROLLED} event.
8820:     * This event is sent at most once every
8821:     * {@link ViewConfiguration#getSendRecurringAccessibilityEventsInterval()}.
8822:     */
8823:    private void postSendViewScrolledAccessibilityEventCallback() {
8824:        if (mSendViewScrolledAccessibilityEvent == null) {
8825:            mSendViewScrolledAccessibilityEvent = new SendViewScrolledAccessibilityEvent();
8826:        }
8827:        if (!mSendViewScrolledAccessibilityEvent.mIsPending) {
8828:            mSendViewScrolledAccessibilityEvent.mIsPending = true;
8829:            postDelayed(mSendViewScrolledAccessibilityEvent,
8830:                    ViewConfiguration.getSendRecurringAccessibilityEventsInterval());
8831:        }
8832:    }
8833:
8834:    /**
8835:     * Called by a parent to request that a child update its values for mScrollX
8836:     * and mScrollY if necessary. This will typically be done if the child is
```

View.java

```
8837:        * animating a scroll using a {@link android.widget.Scroller Scroller}
8838:        * object.
8839:        */
8840:       public void computeScroll() {
8841:       }
8842:
8843:       /**
8844:        * <p>Indicate whether the horizontal edges are faded when the view is
8845:        * scrolled horizontally.</p>
8846:        *
8847:        * @return true if the horizontal edges should are faded on scroll, false
8848:        *         otherwise
8849:        *
8850:        * @see #setHorizontalFadingEdgeEnabled(boolean)
8851:        * @attr ref android.R.styleable#View_requiresFadingEdge
8852:        */
8853:       public boolean isHorizontalFadingEdgeEnabled() {
8854:           return (mViewFlags & FADING_EDGE_HORIZONTAL) == FADING_EDGE_HORIZONTAL;
8855:       }
8856:
8857:       /**
8858:        * <p>Define whether the horizontal edges should be faded when this view
8859:        * is scrolled horizontally.</p>
8860:        *
8861:        * @param horizontalFadingEdgeEnabled true if the horizontal edges should
8862:        *                                    be faded when the view is scrolled
8863:        *                                    horizontally
8864:        *
8865:        * @see #isHorizontalFadingEdgeEnabled()
8866:        * @attr ref android.R.styleable#View_requiresFadingEdge
8867:        */
8868:       public void setHorizontalFadingEdgeEnabled(boolean horizontalFadingEdgeEnabled) {
8869:           if (isHorizontalFadingEdgeEnabled() != horizontalFadingEdgeEnabled) {
8870:               if (horizontalFadingEdgeEnabled) {
8871:                   initScrollCache();
8872:               }
8873:
8874:               mViewFlags ^= FADING_EDGE_HORIZONTAL;
8875:           }
```

```
View.java
8876:    }
8877:
8878:    /**
8879:     * <p>Indicate whether the vertical edges are faded when the view is
8880:     * scrolled horizontally.</p>
8881:     *
8882:     * @return true if the vertical edges should are faded on scroll, false
8883:     *         otherwise
8884:     *
8885:     * @see #setVerticalFadingEdgeEnabled(boolean)
8886:     * @attr ref android.R.styleable#View_requiresFadingEdge
8887:     */
8888:    public boolean isVerticalFadingEdgeEnabled() {
8889:        return (mViewFlags & FADING_EDGE_VERTICAL) == FADING_EDGE_VERTICAL;
8890:    }
8891:
8892:    /**
8893:     * <p>Define whether the vertical edges should be faded when this view
8894:     * is scrolled vertically.</p>
8895:     *
8896:     * @param verticalFadingEdgeEnabled true if the vertical edges should
8897:     *                                  be faded when the view is scrolled
8898:     *                                  vertically
8899:     *
8900:     * @see #isVerticalFadingEdgeEnabled()
8901:     * @attr ref android.R.styleable#View_requiresFadingEdge
8902:     */
8903:    public void setVerticalFadingEdgeEnabled(boolean verticalFadingEdgeEnabled) {
8904:        if (isVerticalFadingEdgeEnabled() != verticalFadingEdgeEnabled) {
8905:            if (verticalFadingEdgeEnabled) {
8906:                initScrollCache();
8907:            }
8908:
8909:            mViewFlags ^= FADING_EDGE_VERTICAL;
8910:        }
8911:    }
8912:
8913:    /**
8914:     * Returns the strength, or intensity, of the top faded edge. The strength is
```

View.java

```
8915:       * a value between 0.0 (no fade) and 1.0 (full fade). The default implementation
8916:       * returns 0.0 or 1.0 but no value in between.
8917:       *
8918:       * Subclasses should override this method to provide a smoother fade transition
8919:       * when scrolling occurs.
8920:       *
8921:       * @return the intensity of the top fade as a float between 0.0f and 1.0f
8922:       */
8923:      protected float getTopFadingEdgeStrength() {
8924:          return computeVerticalScrollOffset() > 0 ? 1.0f : 0.0f;
8925:      }
8926:
8927:      /**
8928:       * Returns the strength, or intensity, of the bottom faded edge. The strength is
8929:       * a value between 0.0 (no fade) and 1.0 (full fade). The default implementation
8930:       * returns 0.0 or 1.0 but no value in between.
8931:       *
8932:       * Subclasses should override this method to provide a smoother fade transition
8933:       * when scrolling occurs.
8934:       *
8935:       * @return the intensity of the bottom fade as a float between 0.0f and 1.0f
8936:       */
8937:      protected float getBottomFadingEdgeStrength() {
8938:          return computeVerticalScrollOffset() + computeVerticalScrollExtent() <
8939:                  computeVerticalScrollRange() ? 1.0f : 0.0f;
8940:      }
8941:
8942:      /**
8943:       * Returns the strength, or intensity, of the left faded edge. The strength is
8944:       * a value between 0.0 (no fade) and 1.0 (full fade). The default implementation
8945:       * returns 0.0 or 1.0 but no value in between.
8946:       *
8947:       * Subclasses should override this method to provide a smoother fade transition
8948:       * when scrolling occurs.
8949:       *
8950:       * @return the intensity of the left fade as a float between 0.0f and 1.0f
8951:       */
8952:      protected float getLeftFadingEdgeStrength() {
8953:          return computeHorizontalScrollOffset() > 0 ? 1.0f : 0.0f;
```

View.java

```
8954:      }
8955:
8956:      /**
8957:       * Returns the strength, or intensity, of the right faded edge. The strength is
8958:       * a value between 0.0 (no fade) and 1.0 (full fade). The default implementation
8959:       * returns 0.0 or 1.0 but no value in between.
8960:       *
8961:       * Subclasses should override this method to provide a smoother fade transition
8962:       * when scrolling occurs.
8963:       *
8964:       * @return the intensity of the right fade as a float between 0.0f and 1.0f
8965:       */
8966:      protected float getRightFadingEdgeStrength() {
8967:          return computeHorizontalScrollOffset() + computeHorizontalScrollExtent() <
8968:                  computeHorizontalScrollRange() ? 1.0f : 0.0f;
8969:      }
8970:
8971:      /**
8972:       * <p>Indicate whether the horizontal scrollbar should be drawn or not. The
8973:       * scrollbar is not drawn by default.</p>
8974:       *
8975:       * @return true if the horizontal scrollbar should be painted, false
8976:       *         otherwise
8977:       *
8978:       * @see #setHorizontalScrollBarEnabled(boolean)
8979:       */
8980:      public boolean isHorizontalScrollBarEnabled() {
8981:          return (mViewFlags & SCROLLBARS_HORIZONTAL) == SCROLLBARS_HORIZONTAL;
8982:      }
8983:
8984:      /**
8985:       * <p>Define whether the horizontal scrollbar should be drawn or not. The
8986:       * scrollbar is not drawn by default.</p>
8987:       *
8988:       * @param horizontalScrollBarEnabled true if the horizontal scrollbar should
8989:       *        be painted
8990:       *
8991:       * @see #isHorizontalScrollBarEnabled()
8992:       */
```

View.java

```
8993:    public void setHorizontalScrollBarEnabled(boolean horizontalScrollBarEnabled) {
8994:        if (isHorizontalScrollBarEnabled() != horizontalScrollBarEnabled) {
8995:            mViewFlags ^= SCROLLBARS_HORIZONTAL;
8996:            computeOpaqueFlags();
8997:            resolvePadding();
8998:        }
8999:    }
9000:
9001:    /**
9002:     * <p>Indicate whether the vertical scrollbar should be drawn or not. The
9003:     * scrollbar is not drawn by default.</p>
9004:     *
9005:     * @return true if the vertical scrollbar should be painted, false
9006:     *         otherwise
9007:     *
9008:     * @see #setVerticalScrollBarEnabled(boolean)
9009:     */
9010:    public boolean isVerticalScrollBarEnabled() {
9011:        return (mViewFlags & SCROLLBARS_VERTICAL) == SCROLLBARS_VERTICAL;
9012:    }
9013:
9014:    /**
9015:     * <p>Define whether the vertical scrollbar should be drawn or not. The
9016:     * scrollbar is not drawn by default.</p>
9017:     *
9018:     * @param verticalScrollBarEnabled true if the vertical scrollbar should
9019:     *                                 be painted
9020:     *
9021:     * @see #isVerticalScrollBarEnabled()
9022:     */
9023:    public void setVerticalScrollBarEnabled(boolean verticalScrollBarEnabled) {
9024:        if (isVerticalScrollBarEnabled() != verticalScrollBarEnabled) {
9025:            mViewFlags ^= SCROLLBARS_VERTICAL;
9026:            computeOpaqueFlags();
9027:            resolvePadding();
9028:        }
9029:    }
9030:
9031:    /**
```

```
9032:      * @hide
9033:      */
9034:     protected void recomputePadding() {
9035:         setPadding(mUserPaddingLeft, mPaddingTop, mUserPaddingRight, mUserPaddingBottom);
9036:     }
9037:
9038:     /**
9039:      * Define whether scrollbars will fade when the view is not scrolling.
9040:      *
9041:      * @param fadeScrollbars wheter to enable fading
9042:      *
9043:      */
9044:     public void setScrollbarFadingEnabled(boolean fadeScrollbars) {
9045:         initScrollCache();
9046:         final ScrollabilityCache scrollabilityCache = mScrollCache;
9047:         scrollabilityCache.fadeScrollBars = fadeScrollbars;
9048:         if (fadeScrollbars) {
9049:             scrollabilityCache.state = ScrollabilityCache.OFF;
9050:         } else {
9051:             scrollabilityCache.state = ScrollabilityCache.ON;
9052:         }
9053:     }
9054:
9055:     /**
9056:      *
9057:      * Returns true if scrollbars will fade when this view is not scrolling
9058:      *
9059:      * @return true if scrollbar fading is enabled
9060:      */
9061:     public boolean isScrollbarFadingEnabled() {
9062:         return mScrollCache != null && mScrollCache.fadeScrollBars;
9063:     }
9064:
9065:     /**
9066:      * <p>Specify the style of the scrollbars. The scrollbars can be overlaid or
9067:      * inset. When inset, they add to the padding of the view. And the scrollbars
9068:      * can be drawn inside the padding area or on the edge of the view. For example,
9069:      * if a view has a background drawable and you want to draw the scrollbars
9070:      * inside the padding specified by the drawable, you can use
```

```
9071:     * SCROLLBARS_INSIDE_OVERLAY or SCROLLBARS_INSIDE_INSET. If you want them to
9072:     * appear at the edge of the view, ignoring the padding, then you can use
9073:     * SCROLLBARS_OUTSIDE_OVERLAY or SCROLLBARS_OUTSIDE_INSET.</p>
9074:     * @param style the style of the scrollbars. Should be one of
9075:     * SCROLLBARS_INSIDE_OVERLAY, SCROLLBARS_INSIDE_INSET,
9076:     * SCROLLBARS_OUTSIDE_OVERLAY or SCROLLBARS_OUTSIDE_INSET.
9077:     * @see #SCROLLBARS_INSIDE_OVERLAY
9078:     * @see #SCROLLBARS_INSIDE_INSET
9079:     * @see #SCROLLBARS_OUTSIDE_OVERLAY
9080:     * @see #SCROLLBARS_OUTSIDE_INSET
9081:     */
9082:    public void setScrollBarStyle(int style) {
9083:        if (style != (mViewFlags & SCROLLBARS_STYLE_MASK)) {
9084:            mViewFlags = (mViewFlags & ~SCROLLBARS_STYLE_MASK) | (style &
SCROLLBARS_STYLE_MASK);
9085:            computeOpaqueFlags();
9086:            resolvePadding();
9087:        }
9088:    }
9089:
9090:    /**
9091:     * <p>Returns the current scrollbar style.</p>
9092:     * @return the current scrollbar style
9093:     * @see #SCROLLBARS_INSIDE_OVERLAY
9094:     * @see #SCROLLBARS_INSIDE_INSET
9095:     * @see #SCROLLBARS_OUTSIDE_OVERLAY
9096:     * @see #SCROLLBARS_OUTSIDE_INSET
9097:     */
9098:    @ViewDebug.ExportedProperty(mapping = {
9099:        @ViewDebug.IntToString(from = SCROLLBARS_INSIDE_OVERLAY, to = "INSIDE_OVERLAY"),
9100:        @ViewDebug.IntToString(from = SCROLLBARS_INSIDE_INSET, to = "INSIDE_INSET"),
9101:        @ViewDebug.IntToString(from = SCROLLBARS_OUTSIDE_OVERLAY, to = "OUTSIDE_OVERLAY")
9102:        @ViewDebug.IntToString(from = SCROLLBARS_OUTSIDE_INSET, to = "OUTSIDE_INSET")
9103:    })
9104:    public int getScrollBarStyle() {
9105:        return mViewFlags & SCROLLBARS_STYLE_MASK;
9106:    }
9107:
```

View.java

```
9108:    /**
9109:     * <p>Compute the horizontal range that the horizontal scrollbar
9110:     * represents.</p>
9111:     *
9112:     * <p>The range is expressed in arbitrary units that must be the same as the
9113:     * units used by {@link #computeHorizontalScrollExtent()} and
9114:     * {@link #computeHorizontalScrollOffset()}.</p>
9115:     *
9116:     * <p>The default range is the drawing width of this view.</p>
9117:     *
9118:     * @return the total horizontal range represented by the horizontal
9119:     *         scrollbar
9120:     *
9121:     * @see #computeHorizontalScrollExtent()
9122:     * @see #computeHorizontalScrollOffset()
9123:     * @see android.widget.ScrollBarDrawable
9124:     */
9125:    protected int computeHorizontalScrollRange() {
9126:        return getWidth();
9127:    }
9128:
9129:    /**
9130:     * <p>Compute the horizontal offset of the horizontal scrollbar's thumb
9131:     * within the horizontal range. This value is used to compute the position
9132:     * of the thumb within the scrollbar's track.</p>
9133:     *
9134:     * <p>The range is expressed in arbitrary units that must be the same as the
9135:     * units used by {@link #computeHorizontalScrollRange()} and
9136:     * {@link #computeHorizontalScrollExtent()}.</p>
9137:     *
9138:     * <p>The default offset is the scroll offset of this view.</p>
9139:     *
9140:     * @return the horizontal offset of the scrollbar's thumb
9141:     *
9142:     * @see #computeHorizontalScrollRange()
9143:     * @see #computeHorizontalScrollExtent()
9144:     * @see android.widget.ScrollBarDrawable
9145:     */
9146:    protected int computeHorizontalScrollOffset() {
```

View.java

```
9147:        return mScrollX;
9148:    }
9149:
9150:    /**
9151:     * <p>Compute the horizontal extent of the horizontal scrollbar's thumb
9152:     * within the horizontal range. This value is used to compute the length
9153:     * of the thumb within the scrollbar's track.</p>
9154:     *
9155:     * <p>The range is expressed in arbitrary units that must be the same as the
9156:     * units used by {@link #computeHorizontalScrollRange()} and
9157:     * {@link #computeHorizontalScrollOffset()}.</p>
9158:     *
9159:     * <p>The default extent is the drawing width of this view.</p>
9160:     *
9161:     * @return the horizontal extent of the scrollbar's thumb
9162:     *
9163:     * @see #computeHorizontalScrollRange()
9164:     * @see #computeHorizontalScrollOffset()
9165:     * @see android.widget.ScrollBarDrawable
9166:     */
9167:    protected int computeHorizontalScrollExtent() {
9168:        return getWidth();
9169:    }
9170:
9171:    /**
9172:     * <p>Compute the vertical range that the vertical scrollbar represents.</p>
9173:     *
9174:     * <p>The range is expressed in arbitrary units that must be the same as the
9175:     * units used by {@link #computeVerticalScrollExtent()} and
9176:     * {@link #computeVerticalScrollOffset()}.</p>
9177:     *
9178:     * @return the total vertical range represented by the vertical scrollbar
9179:     *
9180:     * <p>The default range is the drawing height of this view.</p>
9181:     *
9182:     * @see #computeVerticalScrollExtent()
9183:     * @see #computeVerticalScrollOffset()
9184:     * @see android.widget.ScrollBarDrawable
9185:     */
```

View.java

```
9186:    protected int computeVerticalScrollRange() {
9187:        return getHeight();
9188:    }
9189:
9190:    /**
9191:     * <p>Compute the vertical offset of the vertical scrollbar's thumb
9192:     * within the horizontal range. This value is used to compute the position
9193:     * of the thumb within the scrollbar's track.</p>
9194:     *
9195:     * <p>The range is expressed in arbitrary units that must be the same as the
9196:     * units used by {@link #computeVerticalScrollRange()} and
9197:     * {@link #computeVerticalScrollExtent()}.</p>
9198:     *
9199:     * <p>The default offset is the scroll offset of this view.</p>
9200:     *
9201:     * @return the vertical offset of the scrollbar's thumb
9202:     *
9203:     * @see #computeVerticalScrollRange()
9204:     * @see #computeVerticalScrollExtent()
9205:     * @see android.widget.ScrollBarDrawable
9206:     */
9207:    protected int computeVerticalScrollOffset() {
9208:        return mScrollY;
9209:    }
9210:
9211:    /**
9212:     * <p>Compute the vertical extent of the horizontal scrollbar's thumb
9213:     * within the vertical range. This value is used to compute the length
9214:     * of the thumb within the scrollbar's track.</p>
9215:     *
9216:     * <p>The range is expressed in arbitrary units that must be the same as the
9217:     * units used by {@link #computeVerticalScrollRange()} and
9218:     * {@link #computeVerticalScrollOffset()}.</p>
9219:     *
9220:     * <p>The default extent is the drawing height of this view.</p>
9221:     *
9222:     * @return the vertical extent of the scrollbar's thumb
9223:     *
9224:     * @see #computeVerticalScrollRange()
```

```
9225:     * @see #computeVerticalScrollOffset()
9226:     * @see android.widget.ScrollBarDrawable
9227:     */
9228:    protected int computeVerticalScrollExtent() {
9229:        return getHeight();
9230:    }
9231:
9232:    /**
9233:     * Check if this view can be scrolled horizontally in a certain direction.
9234:     *
9235:     * @param direction Negative to check scrolling left, positive to check scrolling right.
9236:     * @return true if this view can be scrolled in the specified direction, false otherwise.
9237:     */
9238:    public boolean canScrollHorizontally(int direction) {
9239:        final int offset = computeHorizontalScrollOffset();
9240:        final int range = computeHorizontalScrollRange() - computeHorizontalScrollExtent();
9241:        if (range == 0) return false;
9242:        if (direction < 0) {
9243:            return offset > 0;
9244:        } else {
9245:            return offset < range - 1;
9246:        }
9247:    }
9248:
9249:    /**
9250:     * Check if this view can be scrolled vertically in a certain direction.
9251:     *
9252:     * @param direction Negative to check scrolling up, positive to check scrolling down.
9253:     * @return true if this view can be scrolled in the specified direction, false otherwise.
9254:     */
9255:    public boolean canScrollVertically(int direction) {
9256:        final int offset = computeVerticalScrollOffset();
9257:        final int range = computeVerticalScrollRange() - computeVerticalScrollExtent();
9258:        if (range == 0) return false;
9259:        if (direction < 0) {
9260:            return offset > 0;
9261:        } else {
9262:            return offset < range - 1;
9263:        }
```

```
9264:    }
9265:
9266:    /**
9267:     * <p>Request the drawing of the horizontal and the vertical scrollbar. The
9268:     * scrollbars are painted only if they have been awakened first.</p>
9269:     *
9270:     * @param canvas the canvas on which to draw the scrollbars
9271:     *
9272:     * @see #awakenScrollBars(int)
9273:     */
9274:    protected final void onDrawScrollBars(Canvas canvas) {
9275:        // scrollbars are drawn only when the animation is running
9276:        final ScrollabilityCache cache = mScrollCache;
9277:        if (cache != null) {
9278:
9279:            int state = cache.state;
9280:
9281:            if (state == ScrollabilityCache.OFF) {
9282:                return;
9283:            }
9284:
9285:            boolean invalidate = false;
9286:
9287:            if (state == ScrollabilityCache.FADING) {
9288:                // We're fading -- get our fade interpolation
9289:                if (cache.interpolatorValues == null) {
9290:                    cache.interpolatorValues = new float[1];
9291:                }
9292:
9293:                float[] values = cache.interpolatorValues;
9294:
9295:                // Stops the animation if we're done
9296:                if (cache.scrollBarInterpolator.timeToValues(values) ==
9297:                        Interpolator.Result.FREEZE_END) {
9298:                    cache.state = ScrollabilityCache.OFF;
9299:                } else {
9300:                    cache.scrollBar.setAlpha(Math.round(values[0]));
9301:                }
9302:
```

```
9303:            // This will make the scroll bars inval themselves after
9304:            // drawing. We only want this when we're fading so that
9305:            // we prevent excessive redraws
9306:            invalidate = true;
9307:        } else {
9308:            // We're just on -- but we may have been fading before so
9309:            // reset alpha
9310:            cache.scrollBar.setAlpha(255);
9311:        }
9312:
9313:    }
9314:
9315:    final int viewFlags = mViewFlags;
9316:
9317:    final boolean drawHorizontalScrollBar =
9318:            (viewFlags & SCROLLBARS_HORIZONTAL) == SCROLLBARS_HORIZONTAL;
9319:    final boolean drawVerticalScrollBar =
9320:            (viewFlags & SCROLLBARS_VERTICAL) == SCROLLBARS_VERTICAL
9321:            && !isVerticalScrollBarHidden();
9322:
9323:    if (drawVerticalScrollBar || drawHorizontalScrollBar) {
9324:        final int width = mRight - mLeft;
9325:        final int height = mBottom - mTop;
9326:
9327:        final ScrollBarDrawable scrollBar = cache.scrollBar;
9328:
9329:        final int scrollX = mScrollX;
9330:        final int scrollY = mScrollY;
9331:        final int inside = (viewFlags & SCROLLBARS_OUTSIDE_MASK) == 0 ? ~0 : 0;
9332:
9333:        int left, top, right, bottom;
9334:
9335:        if (drawHorizontalScrollBar) {
9336:            int size = scrollBar.getSize(false);
9337:            if (size <= 0) {
9338:                size = cache.scrollBarSize;
9339:            }
9340:
9341:            scrollBar.setParameters(computeHorizontalScrollRange(),
                    computeHorizontalScrollOffset(),
```

```
9342:                        computeHorizontalScrollExtent(), false);
9343:        final int verticalScrollBarGap = drawVerticalScrollBar ?
9344:                        getVerticalScrollbarWidth() : 0;
9345:        top = scrollY + height - size - (mUserPaddingBottom & inside);
9346:        left = scrollX + (mPaddingLeft & inside);
9347:        right = scrollX + width - (mUserPaddingRight & inside) -
                verticalScrollBarGap;
9348:        bottom = top + size;
9349:        onDrawHorizontalScrollBar(canvas, scrollBar, left, top, right, bottom);
9350:        if (invalidate) {
9351:            invalidate(left, top, right, bottom);
9352:        }
9353:    }
9354:
9355:    if (drawVerticalScrollBar) {
9356:        int size = scrollBar.getSize(true);
9357:        if (size <= 0) {
9358:            size = cache.scrollBarSize;
9359:        }
9360:
9361:        scrollBar.setParameters(computeVerticalScrollRange(),
9362:                        computeVerticalScrollOffset(),
9363:                        computeVerticalScrollExtent(), true);
9364:        switch (mVerticalScrollbarPosition) {
9365:            default:
9366:            case SCROLLBAR_POSITION_DEFAULT:
9367:            case SCROLLBAR_POSITION_RIGHT:
9368:                left = scrollX + width - size - (mUserPaddingRight & inside);
9369:                break;
9370:            case SCROLLBAR_POSITION_LEFT:
9371:                left = scrollX + (mUserPaddingLeft & inside);
9372:                break;
9373:        }
9374:        top = scrollY + (mPaddingTop & inside);
9375:        right = left + size;
9376:        bottom = scrollY + height - (mUserPaddingBottom & inside);
9377:        onDrawVerticalScrollBar(canvas, scrollBar, left, top, right, bottom);
9378:        if (invalidate) {
9379:            invalidate(left, top, right, bottom);
```

View.java

```
9380:                 }
9381:             }
9382:
9383:         }
9384:
9385:     }
9386:
9387:     /**
9388:      * Override this if the vertical scrollbar needs to be hidden in a subclass, like when
9389:      * FastScroller is visible.
9390:      * @return whether to temporarily hide the vertical scrollbar
9391:      * @hide
9392:      */
9393:     protected boolean isVerticalScrollBarHidden() {
9394:         return false;
9395:     }
9396:
9397:     /**
9398:      * <p>Draw the horizontal scrollbar if
9399:      * {@link #isHorizontalScrollBarEnabled()} returns true.</p>
9400:      *
9401:      * @param canvas the canvas on which to draw the scrollbar
9402:      * @param scrollBar the scrollbar's drawable
9403:      *
9404:      * @see #isHorizontalScrollBarEnabled()
9405:      * @see #computeHorizontalScrollRange()
9406:      * @see #computeHorizontalScrollExtent()
9407:      * @see #computeHorizontalScrollOffset()
9408:      * @see android.widget.ScrollBarDrawable
9409:      * @hide
9410:      */
9411:     protected void onDrawHorizontalScrollBar(Canvas canvas, Drawable scrollBar,
9412:             int l, int t, int r, int b) {
9413:         scrollBar.setBounds(l, t, r, b);
9414:         scrollBar.draw(canvas);
9415:     }
9416:
9417:     /**
9418:      * <p>Draw the vertical scrollbar if {@link #isVerticalScrollBarEnabled()}
9419:      * returns true.</p>
```

View.java

```
9419:        *
9420:        * @param canvas the canvas on which to draw the scrollbar
9421:        * @param scrollBar the scrollbar's drawable
9422:        *
9423:        * @see #isVerticalScrollBarEnabled()
9424:        * @see #computeVerticalScrollRange()
9425:        * @see #computeVerticalScrollExtent()
9426:        * @see #computeVerticalScrollOffset()
9427:        * @see android.widget.ScrollBarDrawable
9428:        * @hide
9429:        */
9430:       protected void onDrawVerticalScrollBar(Canvas canvas, Drawable scrollBar,
9431:               int l, int t, int r, int b) {
9432:           scrollBar.setBounds(l, t, r, b);
9433:           scrollBar.draw(canvas);
9434:       }
9435:
9436:       /**
9437:        * Implement this to do your drawing.
9438:        *
9439:        * @param canvas the canvas on which the background will be drawn
9440:        */
9441:       protected void onDraw(Canvas canvas) {
9442:       }
9443:
9444:       /*
9445:        * Caller is responsible for calling requestLayout if necessary.
9446:        * (This allows addViewInLayout to not request a new layout.)
9447:        */
9448:       void assignParent(ViewParent parent) {
9449:           if (mParent == null) {
9450:               mParent = parent;
9451:           } else if (parent == null) {
9452:               mParent = null;
9453:           } else {
9454:               throw new RuntimeException("view " + this + " being added, but"
9455:                       + " it already has a parent");
9456:           }
9457:       }
```

```
9458:
9459:    /**
9460:     * This is called when the view is attached to a window. At this point it
9461:     * has a Surface and will start drawing. Note that this function is
9462:     * guaranteed to be called before {@link #onDraw(android.graphics.Canvas)},
9463:     * however it may be called any time before the first onDraw -- including
9464:     * before or after {@link #onMeasure(int, int)}.
9465:     *
9466:     * @see #onDetachedFromWindow()
9467:     */
9468:    protected void onAttachedToWindow() {
9469:        if ((mPrivateFlags & REQUEST_TRANSPARENT_REGIONS) != 0) {
9470:            mParent.requestTransparentRegion(this);
9471:        }
9472:        if ((mPrivateFlags & AWAKEN_SCROLL_BARS_ON_ATTACH) != 0) {
9473:            initialAwakenScrollBars();
9474:            mPrivateFlags &= ~AWAKEN_SCROLL_BARS_ON_ATTACH;
9475:        }
9476:        jumpDrawablesToCurrentState();
9477:        // Order is important here: LayoutDirection MUST be resolved before Padding
9478:        // and TextDirection
9479:        resolveLayoutDirectionIfNeeded();
9480:        resolvePadding();
9481:        resolveTextDirection();
9482:        if (isFocused()) {
9483:            InputMethodManager imm = InputMethodManager.peekInstance();
9484:            imm.focusIn(this);
9485:        }
9486:    }
9487:
9488:    /**
9489:     * Resolve and cache the layout direction. LTR is set initially. This is implicitly
supposing
9490:     * that the parent directionality can and will be resolved before its children.
9491:     */
9492:    private void resolveLayoutDirectionIfNeeded() {
9493:        // Do not resolve if it is not needed
9494:        if ((mPrivateFlags2 & LAYOUT_DIRECTION_RESOLVED) == LAYOUT_DIRECTION_RESOLVED) return
;
```

View.java

```
9495:            // Clear any previous layout direction resolution
9496:            mPrivateFlags2 &= ~LAYOUT_DIRECTION_RESOLVED_RTL;
9497:
9498:
9499:            // Reset also TextDirection as a change into LayoutDirection may impact the selected
9500:            // TextDirectionHeuristic
9501:            resetResolvedTextDirection();
9502:
9503:            // Set resolved depending on layout direction
9504:            switch (getLayoutDirection()) {
9505:                case LAYOUT_DIRECTION_INHERIT:
9506:                    // We cannot do the resolution if there is no parent
9507:                    if (mParent == null) return;
9508:
9509:                    // If this is root view, no need to look at parent's layout dir.
9510:                    if (mParent instanceof ViewGroup) {
9511:                        ViewGroup viewGroup = ((ViewGroup) mParent);
9512:
9513:                        // Check if the parent view group can resolve
9514:                        if (! viewGroup.canResolveLayoutDirection()) {
9515:                            return;
9516:                        }
9517:                        if (viewGroup.getResolvedLayoutDirection() == LAYOUT_DIRECTION_RTL) {
9518:                            mPrivateFlags2 |= LAYOUT_DIRECTION_RESOLVED_RTL;
9519:                        }
9520:                    }
9521:                    break;
9522:                case LAYOUT_DIRECTION_RTL:
9523:                    mPrivateFlags2 |= LAYOUT_DIRECTION_RESOLVED_RTL;
9524:                    break;
9525:                case LAYOUT_DIRECTION_LOCALE:
9526:                    if(isLayoutDirectionRtl(Locale.getDefault())) {
9527:                        mPrivateFlags2 |= LAYOUT_DIRECTION_RESOLVED_RTL;
9528:                    }
9529:                    break;
9530:                default:
9531:                    // Nothing to do, LTR by default
9532:            }
9533:        }
```

View.java

```
9534:            // Set to resolved
9535:            mPrivateFlags2 |= LAYOUT_DIRECTION_RESOLVED;
9536:        }
9537:
9538:        /**
9539:         * @hide
9540:         */
9541:        protected void resolvePadding() {
9542:            // If the user specified the absolute padding (either with android:padding or
9543:            // android:paddingLeft/Top/Right/Bottom), use this padding, otherwise
9544:            // use the default padding or the padding from the background drawable
9545:            // (stored at this point in mPadding*)
9546:            switch (getResolvedLayoutDirection()) {
9547:                case LAYOUT_DIRECTION_RTL:
9548:                    // Start user padding override Right user padding. Otherwise, if Right user
9549:                    // padding is not defined, use the default Right padding. If Right user
padding
9550:                    // is defined, just use it.
9551:                    if (mUserPaddingStart >= 0) {
9552:                        mUserPaddingRight = mUserPaddingStart;
9553:                    } else if (mUserPaddingRight < 0) {
9554:                        mUserPaddingRight = mPaddingRight;
9555:                    }
9556:                    if (mUserPaddingEnd >= 0) {
9557:                        mUserPaddingLeft = mUserPaddingEnd;
9558:                    } else if (mUserPaddingLeft < 0) {
9559:                        mUserPaddingLeft = mPaddingLeft;
9560:                    }
9561:                    break;
9562:                case LAYOUT_DIRECTION_LTR:
9563:                default:
9564:                    // Start user padding override Left user padding. Otherwise, if Left user
9565:                    // padding is not defined, use the default left padding. If Left user padding
9566:                    // is defined, just use it.
9567:                    if (mUserPaddingStart >= 0) {
9568:                        mUserPaddingLeft = mUserPaddingStart;
9569:                    } else if (mUserPaddingLeft < 0) {
9570:                        mUserPaddingLeft = mPaddingLeft;
9571:                    }
```

```
9572:              if (mUserPaddingEnd >= 0) {
9573:                  mUserPaddingRight = mUserPaddingEnd;
9574:              } else if (mUserPaddingRight < 0) {
9575:                  mUserPaddingRight = mPaddingRight;
9576:              }
9577:          }
9578:
9579:          mUserPaddingBottom = (mUserPaddingBottom >= 0) ? mUserPaddingBottom : mPaddingBottom;
9580:
9581:          recomputePadding();
9582:      }
9583:
9584:      /**
9585:       * Return true if layout direction resolution can be done
9586:       *
9587:       * @hide
9588:       */
9589:      protected boolean canResolveLayoutDirection() {
9590:          switch (getLayoutDirection()) {
9591:              case LAYOUT_DIRECTION_INHERIT:
9592:                  return (mParent != null);
9593:              default:
9594:                  return true;
9595:          }
9596:      }
9597:
9598:      /**
9599:       * Reset the resolved layout direction.
9600:       *
9601:       * Subclasses need to override this method to clear cached information that depends on
the
9602:       * resolved layout direction, or to inform child views that inherit their layout
direction.
9603:       * Overrides must also call the superclass implementation at the start of their
implementation.
9604:       *
9605:       * @hide
9606:       */
9607:      protected void resetResolvedLayoutDirection() {
```

```
9608:            // Reset the current View resolution
9609:            mPrivateFlags2 &= ~LAYOUT_DIRECTION_RESOLVED;
9610:        }
9611:
9612:        /**
9613:         * Check if a Locale is corresponding to a RTL script.
9614:         *
9615:         * @param locale Locale to check
9616:         * @return true if a Locale is corresponding to a RTL script.
9617:         *
9618:         * @hide
9619:         */
9620:        protected static boolean isLayoutDirectionRtl(Locale locale) {
9621:            return (LocaleUtil.TEXT_LAYOUT_DIRECTION_RTL_DO_NOT_USE ==
9622:                    LocaleUtil.getLayoutDirectionFromLocale(locale));
9623:        }
9624:
9625:        /**
9626:         * This is called when the view is detached from a window.  At this point it
9627:         * no longer has a surface for drawing.
9628:         *
9629:         * @see #onAttachedToWindow()
9630:         */
9631:        protected void onDetachedFromWindow() {
9632:            mPrivateFlags &= ~CANCEL_NEXT_UP_EVENT;
9633:
9634:            removeUnsetPressCallback();
9635:            removeLongPressCallback();
9636:            removePerformClickCallback();
9637:            removeSendViewScrolledAccessibilityEventCallback();
9638:
9639:            destroyDrawingCache();
9640:
9641:            destroyLayer();
9642:
9643:            if (mDisplayList != null) {
9644:                mDisplayList.invalidate();
9645:            }
9646:        }
```

```
9647:            if (mAttachInfo != null) {
9648:                mAttachInfo.mHandler.removeMessages(AttachInfo.INVALIDATE_MSG, this);
9649:            }
9650:
9651:            mCurrentAnimation = null;
9652:
9653:            resetResolvedLayoutDirection();
9654:            resetResolvedTextDirection();
9655:        }
9656:
9657:        /**
9658:         * @return The number of times this view has been attached to a window
9659:         */
9660:        protected int getWindowAttachCount() {
9661:            return mWindowAttachCount;
9662:        }
9663:
9664:        /**
9665:         * Retrieve a unique token identifying the window this view is attached to.
9666:         * @return Return the window's token for use in
9667:         * {@link WindowManager.LayoutParams#token WindowManager.LayoutParams.token}.
9668:         */
9669:        public IBinder getWindowToken() {
9670:            return mAttachInfo != null ? mAttachInfo.mWindowToken : null;
9671:        }
9672:
9673:        /**
9674:         * Retrieve a unique token identifying the top-level "real" window of
9675:         * the window that this view is attached to.  That is, this is like
9676:         * {@link #getWindowToken}, except if the window this view in is a panel
9677:         * window (attached to another containing window), then the token of
9678:         * the containing window is returned instead.
9679:         *
9680:         * @return Returns the associated window token, either
9681:         * {@link #getWindowToken()} or the containing window's token.
9682:         */
9683:        public IBinder getApplicationWindowToken() {
9684:            AttachInfo ai = mAttachInfo;
9685:            if (ai != null) {
```

View.java

```
9686:        IBinder appWindowToken = ai.mPanelParentWindowToken;
9687:        if (appWindowToken == null) {
9688:            appWindowToken = ai.mWindowToken;
9689:        }
9690:        return appWindowToken;
9691:    }
9692:    return null;
9693: }
9694:
9695: /**
9696:  * Retrieve private session object this view hierarchy is using to
9697:  * communicate with the window manager.
9698:  * @return the session object to communicate with the window manager
9699:  */
9700: /*package*/ IWindowSession getWindowSession() {
9701:     return mAttachInfo != null ? mAttachInfo.mSession : null;
9702: }
9703: }
9704: /**
9705:  * @param info the {@link android.view.View.AttachInfo} to associated with
9706:  *        this view
9707:  */
9708: void dispatchAttachedToWindow(AttachInfo info, int visibility) {
9709:     //System.out.println("Attached! " + this);
9710:     mAttachInfo = info;
9711:     mWindowAttachCount++;
9712:     // We will need to evaluate the drawable state at least once.
9713:     mPrivateFlags |= DRAWABLE_STATE_DIRTY;
9714:     if (mFloatingTreeObserver != null) {
9715:         info.mTreeObserver.merge(mFloatingTreeObserver);
9716:         mFloatingTreeObserver = null;
9717:     }
9718:     if ((mPrivateFlags&SCROLL_CONTAINER) != 0) {
9719:         mAttachInfo.mScrollContainers.add(this);
9720:         mPrivateFlags |= SCROLL_CONTAINER_ADDED;
9721:     }
9722:     performCollectViewAttributes(visibility);
9723:     onAttachedToWindow();
9724:
```

View.java

```
9725:        final CopyOnWriteArrayList<OnAttachStateChangeListener> listeners =
9726:                mOnAttachStateChangeListeners;
9727:        if (listeners != null && listeners.size() > 0) {
9728:            // NOTE: because of the use of CopyOnWriteArrayList, we *must* use an iterator to
9729:            // perform the dispatching. The iterator is a safe guard against listeners that
9730:            // could mutate the list by calling the various add/remove methods. This prevents
9731:            // the array from being modified while we iterate it.
9732:            for (OnAttachStateChangeListener listener : listeners) {
9733:                listener.onViewAttachedToWindow(this);
9734:            }
9735:        }
9736:
9737:        int vis = info.mWindowVisibility;
9738:        if (vis != GONE) {
9739:            onWindowVisibilityChanged(vis);
9740:        }
9741:        if ((mPrivateFlags&DRAWABLE_STATE_DIRTY) != 0) {
9742:            // If nobody has evaluated the drawable state yet, then do it now.
9743:            refreshDrawableState();
9744:        }
9745:    }
9746:
9747:    void dispatchDetachedFromWindow() {
9748:        AttachInfo info = mAttachInfo;
9749:        if (info != null) {
9750:            int vis = info.mWindowVisibility;
9751:            if (vis != GONE) {
9752:                onWindowVisibilityChanged(GONE);
9753:            }
9754:        }
9755:
9756:        onDetachedFromWindow();
9757:
9758:        final CopyOnWriteArrayList<OnAttachStateChangeListener> listeners =
9759:                mOnAttachStateChangeListeners;
9760:        if (listeners != null && listeners.size() > 0) {
9761:            // NOTE: because of the use of CopyOnWriteArrayList, we *must* use an iterator to
9762:            // perform the dispatching. The iterator is a safe guard against listeners that
9763:            // could mutate the list by calling the various add/remove methods. This prevents
```

View.java

```
9764:            // the array from being modified while we iterate it.
9765:            for (OnAttachStateChangeListener listener : listeners) {
9766:                listener.onViewDetachedFromWindow(this);
9767:            }
9768:        }
9769:
9770:        if ((mPrivateFlags & SCROLL_CONTAINER_ADDED) != 0) {
9771:            mAttachInfo.mScrollContainers.remove(this);
9772:            mPrivateFlags &= ~SCROLL_CONTAINER_ADDED;
9773:        }
9774:
9775:        mAttachInfo = null;
9776:    }
9777:
9778:    /**
9779:     * Store this view hierarchy's frozen state into the given container.
9780:     *
9781:     * @param container The SparseArray in which to save the view's state.
9782:     *
9783:     * @see #restoreHierarchyState(android.util.SparseArray)
9784:     * @see #dispatchSaveInstanceState(android.util.SparseArray)
9785:     * @see #onSaveInstanceState()
9786:     */
9787:    public void saveHierarchyState(SparseArray<Parcelable> container) {
9788:        dispatchSaveInstanceState(container);
9789:    }
9790:
9791:    /**
9792:     * Called by {@link #saveHierarchyState(android.util.SparseArray)} to store the state for
9793:     * this view and its children. May be overridden to modify how freezing happens to a
9794:     * view's children; for example, some views may want to not store state for their
children.
9795:     *
9796:     * @param container The SparseArray in which to save the view's state.
9797:     *
9798:     * @see #dispatchRestoreInstanceState(android.util.SparseArray)
9799:     * @see #saveHierarchyState(android.util.SparseArray)
9800:     * @see #onSaveInstanceState()
9801:     */
```

```
9802:    protected void dispatchSaveInstanceState(SparseArray<Parcelable> container) {
9803:        if (mID != NO_ID && (mViewFlags & SAVE_DISABLED_MASK) == 0) {
9804:            mPrivateFlags &= ~SAVE_STATE_CALLED;
9805:            Parcelable state = onSaveInstanceState();
9806:            if ((mPrivateFlags & SAVE_STATE_CALLED) == 0) {
9807:                throw new IllegalStateException(
9808:                        "Derived class did not call super.onSaveInstanceState()");
9809:            }
9810:            if (state != null) {
9811:                // Log.i("View", "Freezing #" + Integer.toHexString(mID)
9812:                // + ": " + state);
9813:                container.put(mID, state);
9814:            }
9815:        }
9816:    }
9817:
9818:    /**
9819:     * Hook allowing a view to generate a representation of its internal state
9820:     * that can later be used to create a new instance with that same state.
9821:     * This state should only contain information that is not persistent or can
9822:     * not be reconstructed later. For example, you will never store your
9823:     * current position on screen because that will be computed again when a
9824:     * new instance of the view is placed in its view hierarchy.
9825:     * <p>
9826:     * Some examples of things you may store here: the current cursor position
9827:     * in a text view (but usually not the text itself since that is stored in a
9828:     * content provider or other persistent storage), the currently selected
9829:     * item in a list view.
9830:     *
9831:     * @return Returns a Parcelable object containing the view's current dynamic
9832:     *         state, or null if there is nothing interesting to save. The
9833:     *         default implementation returns null.
9834:     * @see #onRestoreInstanceState(android.os.Parcelable)
9835:     * @see #saveHierarchyState(android.util.SparseArray)
9836:     * @see #dispatchSaveInstanceState(android.util.SparseArray)
9837:     * @see #setSaveEnabled(boolean)
9838:     */
9839:    protected Parcelable onSaveInstanceState() {
9840:        mPrivateFlags |= SAVE_STATE_CALLED;
```

```
9841:            return BaseSavedState.EMPTY_STATE;
9842:    }
9843:
9844:    /**
9845:     * Restore this view hierarchy's frozen state from the given container.
9846:     *
9847:     * @param container The SparseArray which holds previously frozen states.
9848:     *
9849:     * @see #saveHierarchyState(android.util.SparseArray)
9850:     * @see #dispatchRestoreInstanceState(android.util.SparseArray)
9851:     * @see #onRestoreInstanceState(android.os.Parcelable)
9852:     */
9853:    public void restoreHierarchyState(SparseArray<Parcelable> container) {
9854:        dispatchRestoreInstanceState(container);
9855:    }
9856:
9857:    /**
9858:     * Called by {@link #restoreHierarchyState(android.util.SparseArray)} to retrieve the
9859:     * state for this view and its children. May be overridden to modify how restoring
9860:     * happens to a view's children; for example, some views may want to not store state
9861:     * for their children.
9862:     *
9863:     * @param container The SparseArray which holds previously saved state.
9864:     *
9865:     * @see #dispatchSaveInstanceState(android.util.SparseArray)
9866:     * @see #restoreHierarchyState(android.util.SparseArray)
9867:     * @see #onRestoreInstanceState(android.os.Parcelable)
9868:     */
9869:    protected void dispatchRestoreInstanceState(SparseArray<Parcelable> container) {
9870:        if (mID != NO_ID) {
9871:            Parcelable state = container.get(mID);
9872:            if (state != null) {
9873:                // Log.i("View", "Restoreing #" + Integer.toHexString(mID)
9874:                //         + ": " + state);
9875:                mPrivateFlags &= ~SAVE_STATE_CALLED;
9876:                onRestoreInstanceState(state);
9877:                if ((mPrivateFlags & SAVE_STATE_CALLED) == 0) {
9878:                    throw new IllegalStateException(
9879:                            "Derived class did not call super.onRestoreInstanceState()");
```

View.java

```
9880:        }
9881:
9882:    }
9883:
9884:    }
9885:    /**
9886:     * Hook allowing a view to re-apply a representation of its internal state that had
previously
9887:     * been generated by {@link #onSaveInstanceState}. This function will never be called
with a
9888:     * null state.
9889:     *
9890:     * @param state The frozen state that had previously been returned by
9891:     * {@link #onSaveInstanceState}.
9892:     *
9893:     * @see #onSaveInstanceState()
9894:     * @see #restoreHierarchyState(android.util.SparseArray)
9895:     * @see #dispatchRestoreInstanceState(android.util.SparseArray)
9896:     */
9897:    protected void onRestoreInstanceState(Parcelable state) {
9898:        mPrivateFlags |= SAVE_STATE_CALLED;
9899:        if (state != BaseSavedState.EMPTY_STATE && state != null) {
9900:            throw new IllegalArgumentException("Wrong state class, expecting View State but "
9901:                    + "received " + state.getClass().toString() + " instead. This usually
happens "
9902:                    + "when two views of different type have the same id in the same
hierarchy. "
9903:                    + "This view's id is " + ViewDebug.resolveId(mContext, getId()) + ". Make
sure "
9904:                    + "other views do not use the same id.");
9905:        }
9906:    }
9907:
9908:    /**
9909:     * <p>Return the time at which the drawing of the view hierarchy started.</p>
9910:     *
9911:     * @return the drawing start time in milliseconds
9912:     */
9913:    public long getDrawingTime() {
```

12/1/11 10:44 PM

```
9914:        return mAttachInfo != null ? mAttachInfo.mDrawingTime : 0;
9915:    }
9916:
9917:    /**
9918:     * <p>Enables or disables the duplication of the parent's state into this view. When
9919:     * duplication is enabled, this view gets its drawable state from its parent rather
9920:     * than from its own internal properties.</p>
9921:     *
9922:     * <p>Note: in the current implementation, setting this property to true after the
9923:     * view was added to a ViewGroup might have no effect at all. This property should
9924:     * always be used from XML or set to true before adding this view to a ViewGroup.</p>
9925:     *
9926:     * <p>Note: if this view's parent addStateFromChildren property is enabled and this
9927:     * property is enabled, an exception will be thrown.</p>
9928:     *
9929:     * <p>Note: if the child view uses and updates additionnal states which are unknown to
        the
9930:     * parent, these states should not be affected by this method.</p>
9931:     *
9932:     * @param enabled True to enable duplication of the parent's drawable state, false
9933:     *                to disable it.
9934:     *
9935:     * @see #getDrawableState()
9936:     * @see #isDuplicateParentStateEnabled()
9937:     */
9938:    public void setDuplicateParentStateEnabled(boolean enabled) {
9939:        setFlags(enabled ? DUPLICATE_PARENT_STATE : 0, DUPLICATE_PARENT_STATE);
9940:    }
9941:
9942:    /**
9943:     * <p>Indicates whether this duplicates its drawable state from its parent.</p>
9944:     *
9945:     * @return True if this view's drawable state is duplicated from the parent,
9946:     *              false otherwise
9947:     *
9948:     * @see #getDrawableState()
9949:     * @see #setDuplicateParentStateEnabled(boolean)
9950:     */
9951:    public boolean isDuplicateParentStateEnabled() {
```

```
9952:        return (mViewFlags & DUPLICATE_PARENT_STATE) == DUPLICATE_PARENT_STATE;
9953:    }
9954:
9955:    /**
9956:     * <p>Specifies the type of layer backing this view. The layer can be
9957:     * {@link #LAYER_TYPE_NONE disabled}, {@link #LAYER_TYPE_SOFTWARE software} or
9958:     * {@link #LAYER_TYPE_HARDWARE hardware}.</p>
9959:     *
9960:     * <p>A layer is associated with an optional {@link android.graphics.Paint}
9961:     * instance that controls how the layer is composed on screen. The following
9962:     * properties of the paint are taken into account when composing the layer:</p>
9963:     * <ul>
9964:     * <li>{@link android.graphics.Paint#getAlpha() Translucency (alpha)}</li>
9965:     * <li>{@link android.graphics.Paint#getXfermode() Blending mode}</li>
9966:     * <li>{@link android.graphics.Paint#getColorFilter() Color filter}</li>
9967:     * </ul>
9968:     *
9969:     * <p>If this view has an alpha value set to < 1.0 by calling
9970:     * {@link #setAlpha(float)}, the alpha value of the layer's paint is replaced by
9971:     * this view's alpha value. Calling {@link #setAlpha(float)} is therefore
9972:     * equivalent to setting a hardware layer on this view and providing a paint with
9973:     * the desired alpha value.<p>
9974:     *
9975:     * <p>Refer to the documentation of {@link #LAYER_TYPE_NONE disabled},
9976:     * {@link #LAYER_TYPE_SOFTWARE software} and {@link #LAYER_TYPE_HARDWARE hardware}
9977:     * for more information on when and how to use layers.</p>
9978:     *
9979:     * @param layerType The ype of layer to use with this view, must be one of
9980:     *        {@link #LAYER_TYPE_NONE}, {@link #LAYER_TYPE_SOFTWARE} or
9981:     *        {@link #LAYER_TYPE_HARDWARE}
9982:     * @param paint The paint used to compose the layer. This argument is optional
9983:     *        and can be null. It is ignored when the layer type is
9984:     *        {@link #LAYER_TYPE_NONE}
9985:     *
9986:     * @see #getLayerType()
9987:     * @see #LAYER_TYPE_NONE
9988:     * @see #LAYER_TYPE_SOFTWARE
9989:     * @see #LAYER_TYPE_HARDWARE
9990:     * @see #setAlpha(float)
```

```
9991:        *
9992:        * @attr ref android.R.styleable#View_layerType
9993:        */
9994:       public void setLayerType(int layerType, Paint paint) {
9995:           if (layerType < LAYER_TYPE_NONE || layerType > LAYER_TYPE_HARDWARE) {
9996:               throw new IllegalArgumentException("Layer type can only be one of: " +
LAYER_TYPE_NONE, "       + "LAYER_TYPE_SOFTWARE or LAYER_TYPE_HARDWARE");
9997:           }
9998:
9999:
10000:          if (layerType == mLayerType) {
10001:              if (layerType != LAYER_TYPE_NONE && paint != mLayerPaint) {
10002:                  mLayerPaint = paint == null ? new Paint() : paint;
10003:                  invalidateParentCaches();
10004:                  invalidate(true);
10005:              }
10006:              return;
10007:          }
10008:
10009:          // Destroy any previous software drawing cache if needed
10010:          switch (mLayerType) {
10011:              case LAYER_TYPE_HARDWARE:
10012:                  destroyLayer();
10013:                  // fall through - unaccelerated views may use software layer mechanism
instead
10014:              case LAYER_TYPE_SOFTWARE:
10015:                  destroyDrawingCache();
10016:                  break;
10017:              default:
10018:                  break;
10019:          }
10020:
10021:          mLayerType = layerType;
10022:          final boolean layerDisabled = mLayerType == LAYER_TYPE_NONE;
10023:          mLayerPaint = layerDisabled ? null : (paint == null ? new Paint() : paint);
10024:          mLocalDirtyRect = layerDisabled ? null : new Rect();
10025:
10026:          invalidateParentCaches();
10027:          invalidate(true);
```

View.java

```
10028:    }
10029:
10030:    /**
10031:     * Indicates whether this view has a static layer. A view with layer type
10032:     * {@link #LAYER_TYPE_NONE} is a static layer. Other types of layers are
10033:     * dynamic.
10034:     */
10035:    boolean hasStaticLayer() {
10036:        return mLayerType == LAYER_TYPE_NONE;
10037:    }
10038:
10039:    /**
10040:     * Indicates what type of layer is currently associated with this view. By default
10041:     * a view does not have a layer, and the layer type is {@link #LAYER_TYPE_NONE}.
10042:     * Refer to the documentation of {@link #setLayerType(int, android.graphics.Paint)}
10043:     * for more information on the different types of layers.
10044:     *
10045:     * @return {@link #LAYER_TYPE_NONE}, {@link #LAYER_TYPE_SOFTWARE} or
10046:     *         {@link #LAYER_TYPE_HARDWARE}
10047:     *
10048:     * @see #setLayerType(int, android.graphics.Paint)
10049:     * @see #buildLayer()
10050:     * @see #LAYER_TYPE_NONE
10051:     * @see #LAYER_TYPE_SOFTWARE
10052:     * @see #LAYER_TYPE_HARDWARE
10053:     */
10054:    public int getLayerType() {
10055:        return mLayerType;
10056:    }
10057:
10058:    /**
10059:     * Forces this view's layer to be created and this view to be rendered
10060:     * into its layer. If this view's layer type is set to {@link #LAYER_TYPE_NONE},
10061:     * invoking this method will have no effect.
10062:     *
10063:     * This method can for instance be used to render a view into its layer before
10064:     * starting an animation. If this view is complex, rendering into the layer
10065:     * before starting the animation will avoid skipping frames.
10066:     *
```

View.java

```
10067:      * @throws IllegalStateException If this view is not attached to a window
10068:      *
10069:      * @see #setLayerType(int, android.graphics.Paint)
10070:      */
10071:     public void buildLayer() {
10072:         if (mLayerType == LAYER_TYPE_NONE) return;
10073:
10074:         if (mAttachInfo == null) {
10075:             throw new IllegalStateException("This view must be attached to a window first");
10076:         }
10077:
10078:         switch (mLayerType) {
10079:             case LAYER_TYPE_HARDWARE:
10080:                 getHardwareLayer();
10081:                 break;
10082:             case LAYER_TYPE_SOFTWARE:
10083:                 buildDrawingCache(true);
10084:                 break;
10085:         }
10086:     }
10087:
10088:     /**
10089:      * <p>Returns a hardware layer that can be used to draw this view again
10090:      * without executing its draw method.</p>
10091:      *
10092:      * @return A HardwareLayer ready to render, or null if an error occurred.
10093:      */
10094:     HardwareLayer getHardwareLayer() {
10095:         if (mAttachInfo == null || mAttachInfo.mHardwareRenderer == null ||
10096:                 !mAttachInfo.mHardwareRenderer.isEnabled()) {
10097:             return null;
10098:         }
10099:
10100:         final int width = mRight - mLeft;
10101:         final int height = mBottom - mTop;
10102:
10103:         if (width == 0 || height == 0) {
10104:             return null;
10105:         }
```

View.java

```
10106:
10107:    if ((mPrivateFlags & DRAWING_CACHE_VALID) == 0 || mHardwareLayer == null) {
10108:        if (mHardwareLayer == null) {
10109:            mHardwareLayer = mAttachInfo.mHardwareRenderer.createHardwareLayer(
10110:                    width, height, isOpaque());
10111:            mLocalDirtyRect.setEmpty();
10112:        } else if (mHardwareLayer.getWidth() != width || mHardwareLayer.getHeight() !=
height) {
10113:            mHardwareLayer.resize(width, height);
10114:            mLocalDirtyRect.setEmpty();
10115:        }
10116:
10117:        HardwareCanvas currentCanvas = mAttachInfo.mHardwareCanvas;
10118:        final HardwareCanvas canvas = mHardwareLayer.start(currentCanvas);
10119:        mAttachInfo.mHardwareCanvas = canvas;
10120:        try {
10121:            canvas.setViewport(width, height);
10122:            canvas.onPreDraw(mLocalDirtyRect);
10123:            mLocalDirtyRect.setEmpty();
10124:
10125:            final int restoreCount = canvas.save();
10126:
10127:            computeScroll();
10128:            canvas.translate(-mScrollX, -mScrollY);
10129:
10130:            mPrivateFlags |= DRAWN | DRAWING_CACHE_VALID;
10131:
10132:            // Fast path for layouts with no backgrounds
10133:            if ((mPrivateFlags & SKIP_DRAW) == SKIP_DRAW) {
10134:                mPrivateFlags &= ~DIRTY_MASK;
10135:                dispatchDraw(canvas);
10136:            } else {
10137:                draw(canvas);
10138:            }
10139:
10140:            canvas.restoreToCount(restoreCount);
10141:        } finally {
10142:            canvas.onPostDraw();
10143:            mHardwareLayer.end(currentCanvas);
```

View.java

```
10144:                mAttachInfo.mHardwareCanvas = currentCanvas;
10145:            }
10146:        }
10147:
10148:        return mHardwareLayer;
10149:    }
10150:
10151:    /**
10152:     * Destroys this View's hardware layer if possible.
10153:     *
10154:     * @return True if the layer was destroyed, false otherwise.
10155:     *
10156:     * @see #setLayerType(int, android.graphics.Paint)
10157:     * @see #LAYER_TYPE_HARDWARE
10158:     */
10159:    boolean destroyLayer() {
10160:        if (mHardwareLayer != null) {
10161:            mHardwareLayer.destroy();
10162:            mHardwareLayer = null;
10163:            return true;
10164:        }
10165:        return false;
10166:    }
10167:
10168:    /**
10169:     * <p>Enables or disables the drawing cache. When the drawing cache is enabled, the next
           call
           when
10170:     * to {@link #getDrawingCache()} or {@link #buildDrawingCache()} will draw the view in a
10171:     * bitmap. Calling {@link #draw(android.graphics.Canvas)} will not draw from the cache
10172:     * the cache is enabled. To benefit from the cache, you must request the drawing cache by
10173:     * calling {@link #getDrawingCache()} and draw it on screen if the returned bitmap is not
10174:     * null.</p>
10175:     *
10176:     * <p>Enabling the drawing cache is similar to
10177:     * {@link #setLayerType(int, android.graphics.Paint) setting a layer} when hardware
10178:     * acceleration is turned off. When hardware acceleration is turned on, enabling the
10179:     * drawing cache has no effect on rendering because the system uses a different mechanism
10180:     * for acceleration which ignores the flag. If you want to use a Bitmap for the view,
```

```
View.java
      even
10181:               Paint)}
10182:       *  when hardware acceleration is enabled, see {@link #setLayerType(int, android.graphics.
10183:       *  for information on how to enable software and hardware layers.</p>
10184:       *
10185:       *  <p>This API can be used to manually generate
10186:       *  a bitmap copy of this view, by setting the flag to <code>true</code> and calling
10187:       *  {@link #getDrawingCache()}.</p>
10188:       *
10189:       *  @param enabled true to enable the drawing cache, false otherwise
10190:       *
10191:       *  @see #isDrawingCacheEnabled()
10192:       *  @see #getDrawingCache()
10193:       *  @see #buildDrawingCache()
10194:       *  @see #setLayerType(int, android.graphics.Paint)
10195:       */
10196:      public void setDrawingCacheEnabled(boolean enabled) {
10197:          mCachingFailed = false;
10198:          setFlags(enabled ? DRAWING_CACHE_ENABLED : 0, DRAWING_CACHE_ENABLED);
10199:      }
10200:
10201:      /**
10202:       *  <p>Indicates whether the drawing cache is enabled for this view.</p>
10203:       *
10204:       *  @return true if the drawing cache is enabled
10205:       *
10206:       *  @see #setDrawingCacheEnabled(boolean)
10207:       *  @see #getDrawingCache()
10208:       */
10209:      @ViewDebug.ExportedProperty(category = "drawing")
10210:      public boolean isDrawingCacheEnabled() {
10211:          return (mViewFlags & DRAWING_CACHE_ENABLED) == DRAWING_CACHE_ENABLED;
10212:      }
10213:
10214:      /**
10215:       *  Debugging utility which recursively outputs the dirty state of a view and its
10216:       *  descendants.
10217:       *
                *  @hide
```

View.java

```
10218:     */
10219:    @SuppressWarnings({"UnusedDeclaration"})
10220:    public void outputDirtyFlags(String indent, boolean clear, int clearMask) {
10221:        Log.d("View", indent + this + "
DIRTY_MASK) +                            DIRTY("  + (mPrivateFlags & View.
10222:            ") DRAWN(" + (mPrivateFlags & DRAWN) + ")" + " CACHE_VALID(" +
10223:            (mPrivateFlags & View.DRAWING_CACHE_VALID) +
10224:            ") INVALIDATED(" + (mPrivateFlags & INVALIDATED) + ")");
10225:        if (clear) {
10226:            mPrivateFlags &= clearMask;
10227:        }
10228:        if (this instanceof ViewGroup) {
10229:            ViewGroup parent = (ViewGroup) this;
10230:            final int count = parent.getChildCount();
10231:            for (int i = 0; i < count; i++) {
10232:                final View child = parent.getChildAt(i);
10233:                child.outputDirtyFlags(indent + "  ", clear, clearMask);
10234:            }
10235:        }
10236:    }
10237:
10238:    /**
10239:     * This method is used by ViewGroup to cause its children to restore or recreate their
10240:     * display lists. It is called by getDisplayList() when the parent ViewGroup does not
                need
10241:     * to recreate its own display list, which would happen if it went through the normal
10242:     * draw/dispatchDraw mechanisms.
10243:     *
10244:     * @hide
10245:     */
10246:    protected void dispatchGetDisplayList() {}
10247:
10248:    /**
10249:     * A view that is not attached or hardware accelerated cannot create a display list.
10250:     * This method checks these conditions and returns the appropriate result.
10251:     *
10252:     * @return true if view has the ability to create a display list, false otherwise.
10253:     *
10254:     * @hide
```

View.java

```
10255:      */
10256:     public boolean canHaveDisplayList() {
10257:         return !(mAttachInfo == null || mAttachInfo.mHardwareRenderer == null);
10258:     }
10259:
10260:     /**
10261:      * <p>Returns a display list that can be used to draw this view again
10262:      * without executing its draw method.</p>
10263:      *
10264:      * @return A DisplayList ready to replay, or null if caching is not enabled.
10265:      *
10266:      * @hide
10267:      */
10268:     public DisplayList getDisplayList() {
10269:         if (!canHaveDisplayList()) {
10270:             return null;
10271:         }
10272:
10273:         if (((mPrivateFlags & DRAWING_CACHE_VALID) == 0 ||
10274:                 mDisplayList == null || !mDisplayList.isValid() ||
10275:                 mRecreateDisplayList)) {
10276:             // Don't need to recreate the display list, just need to tell our
10277:             // children to restore/recreate theirs
10278:             if (mDisplayList != null && mDisplayList.isValid() &&
10279:                     !mRecreateDisplayList) {
10280:                 mPrivateFlags |= DRAWN | DRAWING_CACHE_VALID;
10281:                 mPrivateFlags &= ~DIRTY_MASK;
10282:                 dispatchGetDisplayList();
10283:
10284:                 return mDisplayList;
10285:             }
10286:
10287:             // If we got here, we're recreating it. Mark it as such to ensure that
10288:             // we copy in child display lists into ours in drawChild()
10289:             mRecreateDisplayList = true;
10290:             if (mDisplayList == null) {
10291:                 mDisplayList = mAttachInfo.mHardwareRenderer.createDisplayList();
10292:                 // If we're creating a new display list, make sure our parent gets
                    invalidated
```

View.java

```
10293:              // since they will need to recreate their display list to account for this
10294:              // new child display list.
10295:              invalidateParentCaches();
10296:          }
10297:
10298:          final HardwareCanvas canvas = mDisplayList.start();
10299:          int restoreCount = 0;
10300:          try {
10301:              int width = mRight - mLeft;
10302:              int height = mBottom - mTop;
10303:
10304:              canvas.setViewport(width, height);
10305:              // The dirty rect should always be null for a display list
10306:              canvas.onPreDraw(null);
10307:
10308:              computeScroll();
10309:
10310:              restoreCount = canvas.save();
10311:              canvas.translate(-mScrollX, -mScrollY);
10312:              mPrivateFlags |= DRAWN | DRAWING_CACHE_VALID;
10313:              mPrivateFlags &= ~DIRTY_MASK;
10314:
10315:              // Fast path for layouts with no backgrounds
10316:              if ((mPrivateFlags & SKIP_DRAW) == SKIP_DRAW) {
10317:                  dispatchDraw(canvas);
10318:              } else {
10319:                  draw(canvas);
10320:              }
10321:          } finally {
10322:              canvas.restoreToCount(restoreCount);
10323:              canvas.onPostDraw();
10324:
10325:              mDisplayList.end();
10326:          }
10327:      } else {
10328:          mPrivateFlags |= DRAWN | DRAWING_CACHE_VALID;
10329:          mPrivateFlags &= ~DIRTY_MASK;
10330:      }
10331:
```

```
10332:            return mDisplayList;
10333:        }
10334:
10335:        /**
10336:         * <p>Calling this method is equivalent to calling <code>getDrawingCache(false)</code>.</
                 p>
10337:         *
10338:         * @return A non-scaled bitmap representing this view or null if cache is disabled.
10339:         *
10340:         * @see #getDrawingCache(boolean)
10341:         */
10342:        public Bitmap getDrawingCache() {
10343:            return getDrawingCache(false);
10344:        }
10345:
10346:        /**
10347:         * <p>Returns the bitmap in which this view drawing is cached. The returned bitmap
10348:         * is null when caching is disabled. If caching is enabled and the cache is not ready,
10349:         * this method will create it. Calling {@link #draw(android.graphics.Canvas)} will not
10350:         * draw from the cache when the cache is enabled. To benefit from the cache, you must
10351:         * request the drawing cache by calling this method and draw it on screen if the
10352:         * returned bitmap is not null.</p>
10353:         *
10354:         * <p>Note about auto scaling in compatibility mode: When auto scaling is not enabled,
10355:         * this method will create a bitmap of the same size as this view. Because this bitmap
10356:         * will be drawn scaled by the parent ViewGroup, the result on screen might show
10357:         * scaling artifacts. To avoid such artifacts, you should call this method by setting
10358:         * the auto scaling to true. Doing so, however, will generate a bitmap of a different
10359:         * size than the view. This implies that your application must be able to handle this
10360:         * size.</p>
10361:         *
10362:         * @param autoScale Indicates whether the generated bitmap should be scaled based on
10363:         *        the current density of the screen when the application is in compatibility
10364:         *        mode.
10365:         *
10366:         * @return A bitmap representing this view or null if cache is disabled.
10367:         *
10368:         * @see #setDrawingCacheEnabled(boolean)
10369:         * @see #isDrawingCacheEnabled()
```

View.java

```
10370:      * @see #buildDrawingCache(boolean)
10371:      * @see #destroyDrawingCache()
10372:      */
10373:     public Bitmap getDrawingCache(boolean autoScale) {
10374:         if ((mViewFlags & WILL_NOT_CACHE_DRAWING) == WILL_NOT_CACHE_DRAWING) {
10375:             return null;
10376:         }
10377:         if ((mViewFlags & DRAWING_CACHE_ENABLED) == DRAWING_CACHE_ENABLED) {
10378:             buildDrawingCache(autoScale);
10379:         }
10380:         return autoScale ? mDrawingCache : mUnscaledDrawingCache;
10381:     }
10382:
10383:     /**
10384:      * <p>Frees the resources used by the drawing cache. If you call
10385:      * {@link #buildDrawingCache()} manually without calling
10386:      * {@link #setDrawingCacheEnabled(boolean) setDrawingCacheEnabled(true)}, you
10387:      * should cleanup the cache with this method afterwards.</p>
10388:      *
10389:      * @see #setDrawingCacheEnabled(boolean)
10390:      * @see #buildDrawingCache()
10391:      * @see #getDrawingCache()
10392:      */
10393:     public void destroyDrawingCache() {
10394:         if (mDrawingCache != null) {
10395:             mDrawingCache.recycle();
10396:             mDrawingCache = null;
10397:         }
10398:         if (mUnscaledDrawingCache != null) {
10399:             mUnscaledDrawingCache.recycle();
10400:             mUnscaledDrawingCache = null;
10401:         }
10402:     }
10403:
10404:     /**
10405:      * Setting a solid background color for the drawing cache's bitmaps will improve
10406:      * performance and memory usage. Note, though that this should only be used if this
10407:      * view will always be drawn on top of a solid color.
10408:      *
```

View.java

```
10409:      * @param color The background color to use for the drawing cache's bitmap
10410:      *
10411:      * @see #setDrawingCacheEnabled(boolean)
10412:      * @see #buildDrawingCache()
10413:      * @see #getDrawingCache()
10414:      */
10415:     public void setDrawingCacheBackgroundColor(int color) {
10416:         if (color != mDrawingCacheBackgroundColor) {
10417:             mDrawingCacheBackgroundColor = color;
10418:             mPrivateFlags &= ~DRAWING_CACHE_VALID;
10419:         }
10420:     }
10421:
10422:     /**
10423:      * @see #setDrawingCacheBackgroundColor(int)
10424:      *
10425:      * @return The background color to used for the drawing cache's bitmap
10426:      */
10427:     public int getDrawingCacheBackgroundColor() {
10428:         return mDrawingCacheBackgroundColor;
10429:     }
10430:
10431:     /**
10432:      * <p>Calling this method is equivalent to calling <code>buildDrawingCache(false)</code>.
</p>
10433:      *
10434:      * @see #buildDrawingCache(boolean)
10435:      */
10436:     public void buildDrawingCache() {
10437:         buildDrawingCache(false);
10438:     }
10439:
10440:     /**
10441:      * <p>Forces the drawing cache to be built if the drawing cache is invalid.</p>
10442:      *
10443:      * <p>If you call {@link #buildDrawingCache()} manually without calling
10444:      * {@link #setDrawingCacheEnabled(boolean) setDrawingCacheEnabled(true)}, you
10445:      * should cleanup the cache by calling {@link #destroyDrawingCache()} afterwards.</p>
10446:      *
```

```
10447:        * <p>Note about auto scaling in compatibility mode: When auto scaling is not enabled,
10448:        * this method will create a bitmap of the same size as this view. Because this bitmap
10449:        * will be drawn scaled by the parent ViewGroup, the result on screen might show
10450:        * scaling artifacts. To avoid such artifacts, you should call this method by setting
10451:        * the auto scaling to true. Doing so, however, will generate a bitmap of a different
10452:        * size than the view. This implies that your application must be able to handle this
10453:        * size.</p>
10454:        *
10455:        * <p>You should avoid calling this method when hardware acceleration is enabled. If
10456:        * you do not need the drawing cache bitmap, calling this method will increase memory
10457:        * usage and cause the view to be rendered in software once, thus negatively impacting
10458:        * performance.</p>
10459:        *
10460:        * @see #getDrawingCache()
10461:        * @see #destroyDrawingCache()
10462:        */
10463:       public void buildDrawingCache(boolean autoScale) {
10464:           if ((mPrivateFlags & DRAWING_CACHE_VALID) == 0 || (autoScale ?
10465:                   mDrawingCache == null : mUnscaledDrawingCache == null)) {
10466:               mCachingFailed = false;
10467:
10468:               if (ViewDebug.TRACE_HIERARCHY) {
10469:                   ViewDebug.trace(this, ViewDebug.HierarchyTraceType.BUILD_CACHE);
10470:               }
10471:
10472:               int width = mRight - mLeft;
10473:               int height = mBottom - mTop;
10474:
10475:               final AttachInfo attachInfo = mAttachInfo;
10476:               final boolean scalingRequired = attachInfo != null && attachInfo.mScalingRequired
10477:                       ;
10478:               if (autoScale && scalingRequired) {
10479:                   width = (int) ((width * attachInfo.mApplicationScale) + 0.5f);
10480:                   height = (int) ((height * attachInfo.mApplicationScale) + 0.5f);
10481:               }
10482:
10483:               final int drawingCacheBackgroundColor = mDrawingCacheBackgroundColor;
10484:               final boolean opaque = drawingCacheBackgroundColor != 0 || isOpaque();
```

View.java

```
10485:          final boolean use32BitDrawingCache =  attachInfo != null && attachInfo.
        mUse32BitDrawingCache;
10486:
10487:        if (width <= 0 || height <= 0 ||
10488:                // Projected bitmap size in bytes
10489:                (width * height * (opaque && !use32BitCache ? 2 : 4) >
10490:                        ViewConfiguration.get(mContext).getScaledMaximumDrawingCacheSize
        ())) {
10491:            destroyDrawingCache();
10492:            mCachingFailed = true;
10493:            return;
10494:        }
10495:
10496:        boolean clear = true;
10497:        Bitmap bitmap = autoScale ? mDrawingCache : mUnscaledDrawingCache;
10498:
10499:        if (bitmap == null || bitmap.getWidth() != width || bitmap.getHeight() != height)
        {
10500:            Bitmap.Config quality;
10501:            if (!opaque) {
10502:                // Never pick ARGB_4444 because it looks awful
10503:                // Keep the DRAWING_CACHE_QUALITY_LOW flag just in case
10504:                switch (mViewFlags & DRAWING_CACHE_QUALITY_MASK) {
10505:                    case DRAWING_CACHE_QUALITY_AUTO:
10506:                        quality = Bitmap.Config.ARGB_8888;
10507:                        break;
10508:                    case DRAWING_CACHE_QUALITY_LOW:
10509:                        quality = Bitmap.Config.ARGB_8888;
10510:                        break;
10511:                    case DRAWING_CACHE_QUALITY_HIGH:
10512:                        quality = Bitmap.Config.ARGB_8888;
10513:                        break;
10514:                    default:
10515:                        quality = Bitmap.Config.ARGB_8888;
10516:                        break;
10517:                }
10518:            } else {
10519:                // Optimization for translucent windows
10520:                // If the window is translucent, use a 32 bits bitmap to benefit from
```

View.java

```
       memcpy()
10521:         quality = use32BitCache ? Bitmap.Config.ARGB_8888 : Bitmap.Config.RGB_565
10522:         ;
10523:    }
10524:
10525:    // Try to cleanup memory
10526:    if (bitmap != null) bitmap.recycle();
10527:
10528:    try {
10529:        bitmap = Bitmap.createBitmap(width, height, quality);
10530:        bitmap.setDensity(getResources().getDisplayMetrics().densityDpi);
10531:        if (autoScale) {
10532:            mDrawingCache = bitmap;
10533:        } else {
10534:            mUnscaledDrawingCache = bitmap;
10535:        }
10536:        if (opaque && use32BitCache) bitmap.setHasAlpha(false);
10537:    } catch (OutOfMemoryError e) {
10538:        // If there is not enough memory to create the bitmap cache, just
10539:        // ignore the issue as bitmap caches are not required to draw the
10540:        // view hierarchy
10541:        if (autoScale) {
10542:            mDrawingCache = null;
10543:        } else {
10544:            mUnscaledDrawingCache = null;
10545:        }
10546:        mCachingFailed = true;
10547:        return;
10548:    }
10549:
10550:    clear = drawingCacheBackgroundColor != 0;
10551:
10552:    Canvas canvas;
10553:    if (attachInfo != null) {
10554:        canvas = attachInfo.mCanvas;
10555:        if (canvas == null) {
10556:            canvas = new Canvas();
10557:        }
```

View.java

```
10558:        canvas.setBitmap(bitmap);
10559:        // Temporarily clobber the cached Canvas in case one of our children
10560:        // is also using a drawing cache. Without this, the children would
10561:        // steal the canvas by attaching their own bitmap to it and bad, bad
10562:        // thing would happen (invisible views, corrupted drawings, etc.)
10563:        attachInfo.mCanvas = null;
10564:    } else {
10565:        // This case should hopefully never or seldom happen
10566:        canvas = new Canvas(bitmap);
10567:    }
10568:
10569:    if (clear) {
10570:        bitmap.eraseColor(drawingCacheBackgroundColor);
10571:    }
10572:
10573:    computeScroll();
10574:    final int restoreCount = canvas.save();
10575:
10576:    if (autoScale && scalingRequired) {
10577:        final float scale = attachInfo.mApplicationScale;
10578:        canvas.scale(scale, scale);
10579:    }
10580:
10581:    canvas.translate(-mScrollX, -mScrollY);
10582:
10583:    mPrivateFlags |= DRAWN;
10584:    if (mAttachInfo == null || !mAttachInfo.mHardwareAccelerated ||
10585:            mLayerType != LAYER_TYPE_NONE) {
10586:        mPrivateFlags |= DRAWING_CACHE_VALID;
10587:    }
10588:
10589:    // Fast path for layouts with no backgrounds
10590:    if ((mPrivateFlags & SKIP_DRAW) == SKIP_DRAW) {
10591:        if (ViewDebug.TRACE_HIERARCHY) {
10592:            ViewDebug.trace(this, ViewDebug.HierarchyTraceType.DRAW);
10593:        }
10594:        mPrivateFlags &= ~DIRTY_MASK;
10595:        dispatchDraw(canvas);
10596:    } else {
```

```
10597:            draw(canvas);
10598:
10599:        }
10600:        canvas.restoreToCount(restoreCount);
10601:        canvas.setBitmap(null);
10602:
10603:        if (attachInfo != null) {
10604:            // Restore the cached Canvas for our siblings
10605:            attachInfo.mCanvas = canvas;
10606:
10607:        }
10608:
10609:    }
10610:    /**
10611:     * Create a snapshot of the view into a bitmap.  We should probably make
10612:     * some form of this public, but should think about the API.
10613:     */
10614:    Bitmap createSnapshot(Bitmap.Config quality, int backgroundColor, boolean skipChildren) {
10615:        int width = mRight - mLeft;
10616:        int height = mBottom - mTop;
10617:
10618:        final AttachInfo attachInfo = mAttachInfo;
10619:        final float scale = attachInfo != null ? attachInfo.mApplicationScale : 1.0f;
10620:        width = (int) ((width * scale) + 0.5f);
10621:        height = (int) ((height * scale) + 0.5f);
10622:
10623:        Bitmap bitmap = Bitmap.createBitmap(width > 0 ? width : 1, height > 0 ? height : 1,
           quality);
10624:        if (bitmap == null) {
10625:            throw new OutOfMemoryError();
10626:        }
10627:
10628:        Resources resources = getResources();
10629:        if (resources != null) {
10630:            bitmap.setDensity(resources.getDisplayMetrics().densityDpi);
10631:        }
10632:
10633:        Canvas canvas;
10634:        if (attachInfo != null) {
```

View.java

```
10635:            canvas = attachInfo.mCanvas;
10636:            if (canvas == null) {
10637:                canvas = new Canvas();
10638:            }
10639:            canvas.setBitmap(bitmap);
10640:            // Temporarily clobber the cached Canvas in case one of our children
10641:            // is also using a drawing cache. Without this, the children would
10642:            // steal the canvas by attaching their own bitmap to it and bad, bad
10643:            // things would happen (invisible views, corrupted drawings, etc.)
10644:            attachInfo.mCanvas = null;
10645:        } else {
10646:            // This case should hopefully never or seldom happen
10647:            canvas = new Canvas(bitmap);
10648:        }
10649:
10650:        if ((backgroundColor & 0xff000000) != 0) {
10651:            bitmap.eraseColor(backgroundColor);
10652:        }
10653:
10654:        computeScroll();
10655:        final int restoreCount = canvas.save();
10656:        canvas.scale(scale, scale);
10657:        canvas.translate(-mScrollX, -mScrollY);
10658:
10659:        // Temporarily remove the dirty mask
10660:        int flags = mPrivateFlags;
10661:        mPrivateFlags &= ~DIRTY_MASK;
10662:
10663:        // Fast path for layouts with no backgrounds
10664:        if ((mPrivateFlags & SKIP_DRAW) == SKIP_DRAW) {
10665:            dispatchDraw(canvas);
10666:        } else {
10667:            draw(canvas);
10668:        }
10669:
10670:        mPrivateFlags = flags;
10671:
10672:        canvas.restoreToCount(restoreCount);
10673:        canvas.setBitmap(null);
```

```
10674:          if (attachInfo != null) {
10675:              // Restore the cached Canvas for our siblings
10676:              attachInfo.mCanvas = canvas;
10677:          }
10678:
10679:
10680:          return bitmap;
10681:
10682:      }
10683:      /**
10684:       * Indicates whether this View is currently in edit mode. A View is usually
10685:       * in edit mode when displayed within a developer tool. For instance, if
10686:       * this View is being drawn by a visual user interface builder, this method
10687:       * should return true.
10688:       *
10689:       * Subclasses should check the return value of this method to provide
10690:       * different behaviors if their normal behavior might interfere with the
10691:       * host environment. For instance: the class spawns a thread in its
10692:       * constructor, the drawing code relies on device-specific features, etc.
10693:       *
10694:       * This method is usually checked in the drawing code of custom widgets.
10695:       *
10696:       * @return True if this View is in edit mode, false otherwise.
10697:       */
10698:      public boolean isInEditMode() {
10699:          return false;
10700:      }
10701:
10702:      /**
10703:       * If the View draws content inside its padding and enables fading edges,
10704:       * it needs to support padding offsets. Padding offsets are added to the
10705:       * fading edges to extend the length of the fade so that it covers pixels
10706:       * drawn inside the padding.
10707:       *
10708:       * Subclasses of this class should override this method if they need
10709:       * to draw content inside the padding.
10710:       *
10711:       * @return True if padding offset must be applied, false otherwise.
10712:       *
```

```
10713:      * @see #getLeftPaddingOffset()
10714:      * @see #getRightPaddingOffset()
10715:      * @see #getTopPaddingOffset()
10716:      * @see #getBottomPaddingOffset()
10717:      *
10718:      * @since CURRENT
10719:      */
10720:     protected boolean isPaddingOffsetRequired() {
10721:         return false;
10722:     }
10723:
10724:     /**
10725:      * Amount by which to extend the left fading region. Called only when
10726:      * {@link #isPaddingOffsetRequired()} returns true.
10727:      *
10728:      * @return The left padding offset in pixels.
10729:      *
10730:      * @see #isPaddingOffsetRequired()
10731:      *
10732:      * @since CURRENT
10733:      */
10734:     protected int getLeftPaddingOffset() {
10735:         return 0;
10736:     }
10737:
10738:     /**
10739:      * Amount by which to extend the right fading region. Called only when
10740:      * {@link #isPaddingOffsetRequired()} returns true.
10741:      *
10742:      * @return The right padding offset in pixels.
10743:      *
10744:      * @see #isPaddingOffsetRequired()
10745:      *
10746:      * @since CURRENT
10747:      */
10748:     protected int getRightPaddingOffset() {
10749:         return 0;
10750:     }
10751:
```

View.java

```
10752:    /**
10753:     * Amount by which to extend the top fading region. Called only when
10754:     * {@link #isPaddingOffsetRequired()} returns true.
10755:     *
10756:     * @return The top padding offset in pixels.
10757:     *
10758:     * @see #isPaddingOffsetRequired()
10759:     *
10760:     * @since CURRENT
10761:     */
10762:    protected int getTopPaddingOffset() {
10763:        return 0;
10764:    }
10765:
10766:    /**
10767:     * Amount by which to extend the bottom fading region. Called only when
10768:     * {@link #isPaddingOffsetRequired()} returns true.
10769:     *
10770:     * @return The bottom padding offset in pixels.
10771:     *
10772:     * @see #isPaddingOffsetRequired()
10773:     *
10774:     * @since CURRENT
10775:     */
10776:    protected int getBottomPaddingOffset() {
10777:        return 0;
10778:    }
10779:
10780:    /**
10781:     * @hide
10782:     * @param offsetRequired
10783:     */
10784:    protected int getFadeTop(boolean offsetRequired) {
10785:        int top = mPaddingTop;
10786:        if (offsetRequired) top += getTopPaddingOffset();
10787:        return top;
10788:    }
10789:
10790:    /**
```

```
10791:      * @hide
10792:      * @param offsetRequired
10793:      */
10794:     protected int getFadeHeight(boolean offsetRequired) {
10795:         int padding = mPaddingTop;
10796:         if (offsetRequired) padding += getTopPaddingOffset();
10797:         return mBottom - mTop - mPaddingBottom - padding;
10798:     }
10799:
10800:     /**
10801:      * <p>Indicates whether this view is attached to an hardware accelerated
10802:      * window or not.</p>
10803:      *
10804:      * <p>Even if this method returns true, it does not mean that every call
10805:      * to {@link #draw(android.graphics.Canvas)} will be made with an hardware
10806:      * accelerated {@link android.graphics.Canvas}. For instance, if this view
10807:      * is drawn onto an offscren {@link android.graphics.Bitmap} and its
10808:      * window is hardware accelerated,
10809:      * {@link android.graphics.Canvas#isHardwareAccelerated()} will likely
10810:      * return false, and this method will return true.</p>
10811:      *
10812:      * @return True if the view is attached to a window and the window is
10813:      *         hardware accelerated; false in any other case.
10814:      */
10815:     public boolean isHardwareAccelerated() {
10816:         return mAttachInfo != null && mAttachInfo.mHardwareAccelerated;
10817:     }
10818:
10819:     /**
10820:      * Manually render this view (and all of its children) to the given Canvas.
10821:      * The view must have already done a full layout before this function is
10822:      * called.  When implementing a view, implement
10823:      * {@link #onDraw(android.graphics.Canvas)} instead of overriding this method.
10824:      * If you do need to override this method, call the superclass version.
10825:      *
10826:      * @param canvas The Canvas to which the View is rendered.
10827:      */
10828:     public void draw(Canvas canvas) {
10829:         if (ViewDebug.TRACE_HIERARCHY) {
```

View.java

```
10830:            ViewDebug.trace(this, ViewDebug.HierarchyTraceType.DRAW);
10831:        }
10832:
10833:        final int privateFlags = mPrivateFlags;
10834:        final boolean dirtyOpaque = (privateFlags & DIRTY_MASK) == DIRTY_OPAQUE &&
10835:                (mAttachInfo == null || !mAttachInfo.mIgnoreDirtyState);
10836:        mPrivateFlags = (privateFlags & ~DIRTY_MASK) | DRAWN;
10837:
10838:        /*
10839:         * Draw traversal performs several drawing steps which must be executed
10840:         * in the appropriate order:
10841:         *
10842:         *      1. Draw the background
10843:         *      2. If necessary, save the canvas' layers to prepare for fading
10844:         *      3. Draw view's content
10845:         *      4. Draw children
10846:         *      5. If necessary, draw the fading edges and restore layers
10847:         *      6. Draw decorations (scrollbars for instance)
10848:         */
10849:
10850:        // Step 1, draw the background, if needed
10851:        int saveCount;
10852:
10853:        if (!dirtyOpaque) {
10854:            final Drawable background = mBGDrawable;
10855:            if (background != null) {
10856:                final int scrollX = mScrollX;
10857:                final int scrollY = mScrollY;
10858:
10859:                if (mBackgroundSizeChanged) {
10860:                    background.setBounds(0, 0, mRight - mLeft, mBottom - mTop);
10861:                    mBackgroundSizeChanged = false;
10862:                }
10863:
10864:                if ((scrollX | scrollY) == 0) {
10865:                    background.draw(canvas);
10866:                } else {
10867:                    canvas.translate(scrollX, scrollY);
10868:                    background.draw(canvas);
```

View.java

```
10869:            canvas.translate(-scrollX, -scrollY);
10870:        }
10871:    }
10872: }
10873:
10874: // skip step 2 & 5 if possible (common case)
10875: final int viewFlags = mViewFlags;
10876: boolean horizontalEdges = (viewFlags & FADING_EDGE_HORIZONTAL) != 0;
10877: boolean verticalEdges = (viewFlags & FADING_EDGE_VERTICAL) != 0;
10878: if (!verticalEdges && !horizontalEdges) {
10879:     // Step 3, draw the content
10880:     if (!dirtyOpaque) onDraw(canvas);
10881:
10882:     // Step 4, draw the children
10883:     dispatchDraw(canvas);
10884:
10885:     // Step 6, draw decorations (scrollbars)
10886:     onDrawScrollBars(canvas);
10887:
10888:     // we're done...
10889:     return;
10890: }
10891:
10892: /*
10893:  * Here we do the full fledged routine...
10894:  * (this is an uncommon case where speed matters less,
10895:  * this is why we repeat some of the tests that have been
10896:  * done above)
10897:  */
10898:
10899: boolean drawTop = false;
10900: boolean drawBottom = false;
10901: boolean drawLeft = false;
10902: boolean drawRight = false;
10903:
10904: float topFadeStrength = 0.0f;
10905: float bottomFadeStrength = 0.0f;
10906: float leftFadeStrength = 0.0f;
10907: float rightFadeStrength = 0.0f;
```

View.java

```
10908::
10909::        // Step 2, save the canvas' layers
10910::        int paddingLeft = mPaddingLeft;
10911::
10912::        final boolean offsetRequired = isPaddingOffsetRequired();
10913::        if (offsetRequired) {
10914::            paddingLeft += getLeftPaddingOffset();
10915::        }
10916::
10917::        int left = mScrollX + paddingLeft;
10918::        int right = left + mRight - mLeft - mPaddingRight - paddingLeft;
10919::        int top = mScrollY + getFadeTop(offsetRequired);
10920::        int bottom = top + getFadeHeight(offsetRequired);
10921::
10922::        if (offsetRequired) {
10923::            right += getRightPaddingOffset();
10924::            bottom += getBottomPaddingOffset();
10925::        }
10926::
10927::        final ScrollabilityCache scrollabilityCache = mScrollCache;
10928::        final float fadeHeight = scrollabilityCache.fadingEdgeLength;
10929::        int length = (int) fadeHeight;
10930::
10931::        // clip the fade length if top and bottom fades overlap
10932::        // overlapping fades produce odd-looking artifacts
10933::        if (verticalEdges && (top + length > bottom - length)) {
10934::            length = (bottom - top) / 2;
10935::        }
10936::
10937::        // also clip horizontal fades if necessary
10938::        if (horizontalEdges && (left + length > right - length)) {
10939::            length = (right - left) / 2;
10940::        }
10941::
10942::        if (verticalEdges) {
10943::            topFadeStrength = Math.max(0.0f, Math.min(1.0f, getTopFadingEdgeStrength()));
10944::            drawTop = topFadeStrength * fadeHeight > 1.0f;
10945::            bottomFadeStrength = Math.max(0.0f, Math.min(1.0f, getBottomFadingEdgeStrength()));
         };
```

```
10946:            drawBottom = bottomFadeStrength * fadeHeight > 1.0f;
10947:        }
10948:
10949:        if (horizontalEdges) {
10950:            leftFadeStrength = Math.max(0.0f, Math.min(1.0f, getLeftFadingEdgeStrength()));
10951:            drawLeft = leftFadeStrength * fadeHeight > 1.0f;
10952:            rightFadeStrength = Math.max(0.0f, Math.min(1.0f, getRightFadingEdgeStrength()));
10953:            drawRight = rightFadeStrength * fadeHeight > 1.0f;
10954:        }
10955:
10956:        saveCount = canvas.getSaveCount();
10957:
10958:        int solidColor = getSolidColor();
10959:        if (solidColor == 0) {
10960:            final int flags = Canvas.HAS_ALPHA_LAYER_SAVE_FLAG;
10961:
10962:            if (drawTop) {
10963:                canvas.saveLayer(left, top, right, top + length, null, flags);
10964:            }
10965:
10966:            if (drawBottom) {
10967:                canvas.saveLayer(left, bottom - length, right, bottom, null, flags);
10968:            }
10969:
10970:            if (drawLeft) {
10971:                canvas.saveLayer(left, top, left + length, bottom, null, flags);
10972:            }
10973:
10974:            if (drawRight) {
10975:                canvas.saveLayer(right - length, top, right, bottom, null, flags);
10976:            }
10977:        } else {
10978:            scrollabilityCache.setFadeColor(solidColor);
10979:        }
10980:
10981:        // Step 3, draw the content
10982:        if (!dirtyOpaque) onDraw(canvas);
10983:
10984:        // Step 4, draw the children
```

```
10985:    dispatchDraw(canvas);
10986:
10987:    // Step 5, draw the fade effect and restore layers
10988:    final Paint p = scrollabilityCache.paint;
10989:    final Matrix matrix = scrollabilityCache.matrix;
10990:    final Shader fade = scrollabilityCache.shader;
10991:
10992:    if (drawTop) {
10993:        matrix.setScale(1, fadeHeight * topFadeStrength);
10994:        matrix.postTranslate(left, top);
10995:        fade.setLocalMatrix(matrix);
10996:        canvas.drawRect(left, top, right, top + length, p);
10997:    }
10998:
10999:    if (drawBottom) {
11000:        matrix.setScale(1, fadeHeight * bottomFadeStrength);
11001:        matrix.postRotate(180);
11002:        matrix.postTranslate(left, bottom);
11003:        fade.setLocalMatrix(matrix);
11004:        canvas.drawRect(left, bottom - length, right, bottom, p);
11005:    }
11006:
11007:    if (drawLeft) {
11008:        matrix.setScale(1, fadeHeight * leftFadeStrength);
11009:        matrix.postRotate(-90);
11010:        matrix.postTranslate(left, top);
11011:        fade.setLocalMatrix(matrix);
11012:        canvas.drawRect(left, top, left + length, bottom, p);
11013:    }
11014:
11015:    if (drawRight) {
11016:        matrix.setScale(1, fadeHeight * rightFadeStrength);
11017:        matrix.postRotate(90);
11018:        matrix.postTranslate(right, top);
11019:        fade.setLocalMatrix(matrix);
11020:        canvas.drawRect(right - length, top, right, bottom, p);
11021:    }
11022:
11023:    canvas.restoreToCount(saveCount);
```

```
11024:            // Step 6, draw decorations (scrollbars)
11025:            onDrawScrollBars(canvas);
11026:
11027:        }
11028:
11029:        /**
11030:         * Override this if your view is known to always be drawn on top of a solid color
                  background,
11031:         * and needs to draw fading edges. Returning a non-zero color enables the view system to
11032:         * optimize the drawing of the fading edges. If you do return a non-zero color, the alpha
11033:         * should be set to 0xFF.
11034:         *
11035:         * @see #setVerticalFadingEdgeEnabled(boolean)
11036:         * @see #setHorizontalFadingEdgeEnabled(boolean)
11037:         *
11038:         * @return The known solid color background for this view, or 0 if the color may vary
11039:         */
11040:        @ViewDebug.ExportedProperty(category = "drawing")
11041:        public int getSolidColor() {
11042:            return 0;
11043:        }
11044:
11045:        /**
11046:         * Build a human readable string representation of the specified view flags.
11047:         *
11048:         * @param flags the view flags to convert to a string
11049:         * @return a String representing the supplied flags
11050:         */
11051:        private static String printFlags(int flags) {
11052:            String output = "";
11053:            int numFlags = 0;
11054:            if ((flags & FOCUSABLE_MASK) == FOCUSABLE) {
11055:                output += "TAKES_FOCUS";
11056:                numFlags++;
11057:            }
11058:
11059:            switch (flags & VISIBILITY_MASK) {
11060:                case INVISIBLE:
11061:                    if (numFlags > 0) {
```

View.java

```
11062:                output += " ";
11063:              }
11064:              output += "INVISIBLE";
11065:              // USELESS HERE numFlags++;
11066:              break;
11067:          case GONE:
11068:              if (numFlags > 0) {
11069:                output += " ";
11070:              }
11071:              output += "GONE";
11072:              // USELESS HERE numFlags++;
11073:              break;
11074:          default:
11075:              break;
11076:          }
11077:          return output;
11078:      }
11079:
11080:      /**
11081:       * Build a human readable string representation of the specified private
11082:       * view flags.
11083:       *
11084:       * @param privateFlags the private view flags to convert to a string
11085:       * @return a String representing the supplied flags
11086:       */
11087:      private static String printPrivateFlags(int privateFlags) {
11088:          String output = "";
11089:          int numFlags = 0;
11090:
11091:          if ((privateFlags & WANTS_FOCUS) == WANTS_FOCUS) {
11092:              output += "WANTS_FOCUS";
11093:              numFlags++;
11094:          }
11095:
11096:          if ((privateFlags & FOCUSED) == FOCUSED) {
11097:              if (numFlags > 0) {
11098:                output += " ";
11099:              }
11100:              output += "FOCUSED";
```

View.java

```
11101:                numFlags++;
11102:            }
11103:
11104:            if ((privateFlags & SELECTED) == SELECTED) {
11105:                if (numFlags > 0) {
11106:                    output += " ";
11107:                }
11108:                output += "SELECTED";
11109:                numFlags++;
11110:            }
11111:
11112:            if ((privateFlags & IS_ROOT_NAMESPACE) == IS_ROOT_NAMESPACE) {
11113:                if (numFlags > 0) {
11114:                    output += " ";
11115:                }
11116:                output += "IS_ROOT_NAMESPACE";
11117:                numFlags++;
11118:            }
11119:
11120:            if ((privateFlags & HAS_BOUNDS) == HAS_BOUNDS) {
11121:                if (numFlags > 0) {
11122:                    output += " ";
11123:                }
11124:                output += "HAS_BOUNDS";
11125:                numFlags++;
11126:            }
11127:
11128:            if ((privateFlags & DRAWN) == DRAWN) {
11129:                if (numFlags > 0) {
11130:                    output += " ";
11131:                }
11132:                output += "DRAWN";
11133:                // USELESS HERE numFlags++;
11134:            }
11135:            return output;
11136:        }
11137:
11138:        /**
11139:         * <p>Indicates whether or not this view's layout will be requested during
```

```
11140:      * the next hierarchy layout pass.</p>
11141:      *
11142:      * @return true if the layout will be forced during next layout pass
11143:      */
11144:     public boolean isLayoutRequested() {
11145:         return (mPrivateFlags & FORCE_LAYOUT) == FORCE_LAYOUT;
11146:     }
11147:
11148:     /**
11149:      * Assign a size and position to a view and all of its
11150:      * descendants
11151:      *
11152:      * <p>This is the second phase of the layout mechanism.
11153:      * (The first is measuring). In this phase, each parent calls
11154:      * layout on all of its children to position them.
11155:      * This is typically done using the child measurements
11156:      * that were stored in the measure pass().</p>
11157:      *
11158:      * <p>Derived classes should not override this method.
11159:      * Derived classes with children should override
11160:      * onLayout. In that method, they should
11161:      * call layout on each of their children.</p>
11162:      *
11163:      * @param l Left position, relative to parent
11164:      * @param t Top position, relative to parent
11165:      * @param r Right position, relative to parent
11166:      * @param b Bottom position, relative to parent
11167:      */
11168:     @SuppressWarnings({"unchecked"})
11169:     public void layout(int l, int t, int r, int b) {
11170:         int oldL = mLeft;
11171:         int oldT = mTop;
11172:         int oldB = mBottom;
11173:         int oldR = mRight;
11174:         boolean changed = setFrame(l, t, r, b);
11175:         if (changed || (mPrivateFlags & LAYOUT_REQUIRED) == LAYOUT_REQUIRED) {
11176:             if (ViewDebug.TRACE_HIERARCHY) {
11177:                 ViewDebug.trace(this, ViewDebug.HierarchyTraceType.ON_LAYOUT);
11178:             }
```

View.java

```
11179:                    onLayout(changed, l, t, r, b);
11180:                    mPrivateFlags &= ~LAYOUT_REQUIRED;
11181:
11182:
11183:                    if (mOnLayoutChangeListeners != null) {
11184:                        ArrayList<OnLayoutChangeListener> listenersCopy =
11185:                                (ArrayList<OnLayoutChangeListener>) mOnLayoutChangeListeners.clone();
11186:                        int numListeners = listenersCopy.size();
11187:                        for (int i = 0; i < numListeners; ++i) {
11188:                            listenersCopy.get(i).onLayoutChange(this, l, t, r, b, oldL, oldT, oldR,
                            oldB);
11189:                        }
11190:                    }
11191:                }
11192:                mPrivateFlags &= ~FORCE_LAYOUT;
11193:            }
11194:
11195:    /**
11196:     * Called from layout when this view should
11197:     * assign a size and position to each of its children.
11198:     *
11199:     * Derived classes with children should override
11200:     * this method and call layout on each of
11201:     * their children.
11202:     * @param changed This is a new size or position for this view
11203:     * @param left Left position, relative to parent
11204:     * @param top Top position, relative to parent
11205:     * @param right Right position, relative to parent
11206:     * @param bottom Bottom position, relative to parent
11207:     */
11208:    protected void onLayout(boolean changed, int left, int top, int right, int bottom) {
11209:    }
11210:
11211:    /**
11212:     * Assign a size and position to this view.
11213:     *
11214:     * This is called from layout.
11215:     *
11216:     * @param left Left position, relative to parent
```

```
11217:     * @param top Top position, relative to parent
11218:     * @param right Right position, relative to parent
11219:     * @param bottom Bottom position, relative to parent
11220:     * @return true if the new size and position are different than the
11221:     *          previous ones
11222:     * {@hide}
11223:     */
11224:    protected boolean setFrame(int left, int top, int right, int bottom) {
11225:        boolean changed = false;
11226:
11227:        if (DBG) {
11228:            Log.d("view", this + " View.setFrame(" + left + "," + top + ","
11229:                    + right + "," + bottom + ")");
11230:        }
11231:
11232:        if (mLeft != left || mRight != right || mTop != top || mBottom != bottom) {
11233:            changed = true;
11234:
11235:            // Remember our drawn bit
11236:            int drawn = mPrivateFlags & DRAWN;
11237:
11238:            int oldWidth = mRight - mLeft;
11239:            int oldHeight = mBottom - mTop;
11240:            int newWidth = right - left;
11241:            int newHeight = bottom - top;
11242:            boolean sizeChanged = (newWidth != oldWidth) || (newHeight != oldHeight);
11243:
11244:            // Invalidate our old position
11245:            invalidate(sizeChanged);
11246:
11247:            mLeft = left;
11248:            mTop = top;
11249:            mRight = right;
11250:            mBottom = bottom;
11251:
11252:            mPrivateFlags |= HAS_BOUNDS;
11253:
11254:
11255:            if (sizeChanged) {
```

```
11256:            if ((mPrivateFlags & PIVOT_EXPLICITLY_SET) == 0) {
11257:                // A change in dimension means an auto-centered pivot point changes, too
11258:                if (mTransformationInfo != null) {
11259:                    mTransformationInfo.mMatrixDirty = true;
11260:                }
11261:            }
11262:            onSizeChanged(newWidth, newHeight, oldWidth, oldHeight);
11263:        }
11264:
11265:        if ((mViewFlags & VISIBILITY_MASK) == VISIBLE) {
11266:            // If we are visible, force the DRAWN bit to on so that
11267:            // this invalidate will go through (at least to our parent).
11268:            // This is because someone may have invalidated this view
11269:            // before this call to setFrame came in, thereby clearing
11270:            // the DRAWN bit.
11271:            mPrivateFlags |= DRAWN;
11272:            invalidate(sizeChanged);
11273:            // parent display list may need to be recreated based on a change in the
       bounds
11274:            // of any child
11275:            invalidateParentCaches();
11276:        }
11277:
11278:        // Reset drawn bit to original value (invalidate turns it off)
11279:        mPrivateFlags |= drawn;
11280:
11281:        mBackgroundSizeChanged = true;
11282:    }
11283:    return changed;
11284: }
11285:
11286: /**
11287:  * Finalize inflating a view from XML.  This is called as the last phase
11288:  * of inflation, after all child views have been added.
11289:  *
11290:  * <p>Even if the subclass overrides onFinishInflate, they should always be
11291:  * sure to call the super method, so that we get called.
11292:  */
11293: protected void onFinishInflate() {
```

View.java

```
11294:     }
11295:
11296:     /**
11297:      * Returns the resources associated with this view.
11298:      *
11299:      * @return Resources object.
11300:      */
11301:     public Resources getResources() {
11302:         return mResources;
11303:     }
11304:
11305:     /**
11306:      * Invalidates the specified Drawable.
11307:      *
11308:      * @param drawable the drawable to invalidate
11309:      */
11310:     public void invalidateDrawable(Drawable drawable) {
11311:         if (verifyDrawable(drawable)) {
11312:             final Rect dirty = drawable.getBounds();
11313:             final int scrollX = mScrollX;
11314:             final int scrollY = mScrollY;
11315:
11316:             invalidate(dirty.left + scrollX, dirty.top + scrollY,
11317:                     dirty.right + scrollX, dirty.bottom + scrollY);
11318:         }
11319:     }
11320:
11321:     /**
11322:      * Schedules an action on a drawable to occur at a specified time.
11323:      *
11324:      * @param who the recipient of the action
11325:      * @param what the action to run on the drawable
11326:      * @param when the time at which the action must occur. Uses the
11327:      *        {@link SystemClock#uptimeMillis} timebase.
11328:      */
11329:     public void scheduleDrawable(Drawable who, Runnable what, long when) {
11330:         if (verifyDrawable(who) && what != null && mAttachInfo != null) {
11331:             mAttachInfo.mHandler.postAtTime(what, who, when);
11332:         }
```

```
11333:      }
11334:
11335:      /**
11336:       * Cancels a scheduled action on a drawable.
11337:       *
11338:       * @param who the recipient of the action
11339:       * @param what the action to cancel
11340:       */
11341:      public void unscheduleDrawable(Drawable who, Runnable what) {
11342:          if (verifyDrawable(who) && what != null && mAttachInfo != null) {
11343:              mAttachInfo.mHandler.removeCallbacks(what, who);
11344:          }
11345:      }
11346:
11347:      /**
11348:       * Unschedule any events associated with the given Drawable.  This can be
11349:       * used when selecting a new Drawable into a view, so that the previous
11350:       * one is completely unscheduled.
11351:       *
11352:       * @param who The Drawable to unschedule.
11353:       *
11354:       * @see #drawableStateChanged
11355:       */
11356:      public void unscheduleDrawable(Drawable who) {
11357:          if (mAttachInfo != null) {
11358:              mAttachInfo.mHandler.removeCallbacksAndMessages(who);
11359:          }
11360:      }
11361:
11362:      /**
11363:       * Return the layout direction of a given Drawable.
11364:       *
11365:       * @param who the Drawable to query
11366:       *
11367:       * @hide
11368:       */
11369:      public int getResolvedLayoutDirection(Drawable who) {
11370:          return (who == mBGDrawable) ? getResolvedLayoutDirection() : LAYOUT_DIRECTION_DEFAULT
            ;
```

```
View.java
11371:  }
11372:
11373:
11374:  /**
11375:   * If your view subclass is displaying its own Drawable objects, it should
11376:   * override this function and return true for any Drawable it is
11377:   * displaying.  This allows animations for those drawables to be
11378:   * scheduled.
11379:   *
11380:   * <p>Be sure to call through to the super class when overriding this
11381:   * function.
11382:   *
11383:   * @param who The Drawable to verify.  Return true if it is one you are
11384:   *            displaying, else return the result of calling through to the
11385:   *            super class.
11386:   *
11387:   * @return boolean If true than the Drawable is being displayed in the
11388:   *                 view; else false and it is not allowed to animate.
11389:   *
11390:   * @see #unscheduleDrawable(android.graphics.drawable.Drawable)
11391:   * @see #drawableStateChanged()
11392:   */
11393:  protected boolean verifyDrawable(Drawable who) {
11394:      return who == mBGDrawable;
11395:  }
11396:
11397:  /**
11398:   * This function is called whenever the state of the view changes in such
11399:   * a way that it impacts the state of drawables being shown.
11400:   *
11401:   * <p>Be sure to call through to the superclass when overriding this
11402:   * function.
11403:   *
11404:   * @see Drawable#setState(int[])
11405:   */
11406:  protected void drawableStateChanged() {
11407:      Drawable d = mBGDrawable;
11408:      if (d != null && d.isStateful()) {
11409:          d.setState(getDrawableState());
       }
```

View.java

```
11410:  }
11411:
11412:  /**
11413:   * Call this to force a view to update its drawable state. This will cause
11414:   * drawableStateChanged to be called on this view. Views that are interested
11415:   * in the new state should call getDrawableState.
11416:   *
11417:   * @see #drawableStateChanged
11418:   * @see #getDrawableState
11419:   */
11420:  public void refreshDrawableState() {
11421:      mPrivateFlags |= DRAWABLE_STATE_DIRTY;
11422:      drawableStateChanged();
11423:
11424:      ViewParent parent = mParent;
11425:      if (parent != null) {
11426:          parent.childDrawableStateChanged(this);
11427:      }
11428:  }
11429:
11430:  /**
11431:   * Return an array of resource IDs of the drawable states representing the
11432:   * current state of the view.
11433:   *
11434:   * @return The current drawable state
11435:   *
11436:   * @see Drawable#setState(int[])
11437:   * @see #drawableStateChanged()
11438:   * @see #onCreateDrawableState(int)
11439:   */
11440:  public final int[] getDrawableState() {
11441:      if ((mDrawableState != null) && ((mPrivateFlags & DRAWABLE_STATE_DIRTY) == 0)) {
11442:          return mDrawableState;
11443:      } else {
11444:          mDrawableState = onCreateDrawableState(0);
11445:          mPrivateFlags &= ~DRAWABLE_STATE_DIRTY;
11446:          return mDrawableState;
11447:      }
11448:  }
```

View.java

```
11449:
11450:     /**
11451:      * Generate the new {@link android.graphics.drawable.Drawable} state for
11452:      * this view. This is called by the view
11453:      * system when the cached Drawable state is determined to be invalid.  To
11454:      * retrieve the current state, you should use {@link #getDrawableState}.
11455:      *
11456:      * @param extraSpace if non-zero, this is the number of extra entries you
11457:      * would like in the returned array in which you can place your own
11458:      * states.
11459:      *
11460:      * @return Returns an array holding the current {@link Drawable} state of
11461:      * the view.
11462:      *
11463:      * @see #mergeDrawableStates(int[], int[])
11464:      */
11465:     protected int[] onCreateDrawableState(int extraSpace) {
11466:         if ((mViewFlags & DUPLICATE_PARENT_STATE) == DUPLICATE_PARENT_STATE &&
11467:                 mParent instanceof View) {
11468:             return ((View) mParent).onCreateDrawableState(extraSpace);
11469:         }
11470:
11471:         int[] drawableState;
11472:
11473:         int privateFlags = mPrivateFlags;
11474:
11475:         int viewStateIndex = 0;
11476:         if ((privateFlags & PRESSED) != 0) viewStateIndex |= VIEW_STATE_PRESSED;
11477:         if ((mViewFlags & ENABLED_MASK) == ENABLED) viewStateIndex |= VIEW_STATE_ENABLED;
11478:         if (isFocused()) viewStateIndex |= VIEW_STATE_FOCUSED;
11479:         if ((privateFlags & SELECTED) != 0) viewStateIndex |= VIEW_STATE_SELECTED;
11480:         if (hasWindowFocus()) viewStateIndex |= VIEW_STATE_WINDOW_FOCUSED;
11481:         if ((privateFlags & ACTIVATED) != 0) viewStateIndex |= VIEW_STATE_ACTIVATED;
11482:         if (mAttachInfo != null && mAttachInfo.mHardwareAccelerationRequested &&
11483:                 HardwareRenderer.isAvailable()) {
11484:             // This is set if HW acceleration is requested, even if the current
11485:             // process doesn't allow it. This is just to allow app preview
11486:             // windows to better match their app.
11487:             viewStateIndex |= VIEW_STATE_ACCELERATED;
```

View.java

```
11488:        }
11489:        if ((privateFlags & HOVERED) != 0) viewStateIndex |= VIEW_STATE_HOVERED;
11490:
11491:        final int privateFlags2 = mPrivateFlags2;
11492:        if ((privateFlags2 & DRAG_CAN_ACCEPT) != 0) viewStateIndex |=
VIEW_STATE_DRAG_CAN_ACCEPT;
11493:        if ((privateFlags2 & DRAG_HOVERED) != 0) viewStateIndex |= VIEW_STATE_DRAG_HOVERED;
11494:
11495:        drawableState = VIEW_STATE_SETS[viewStateIndex];
11496:
11497:        //noinspection ConstantIfStatement
11498:        if (false) {
11499:            Log.i("View", "drawableStateIndex=" + viewStateIndex);
11500:            Log.i("View", toString()
11501:                    + " pressed=" + ((privateFlags & PRESSED) != 0)
11502:                    + " en=" + ((mViewFlags & ENABLED_MASK) == ENABLED)
11503:                    + " fo=" + hasFocus()
11504:                    + " sl=" + ((privateFlags & SELECTED) != 0)
11505:                    + " wf=" + hasWindowFocus()
11506:                    + ": " + Arrays.toString(drawableState));
11507:        }
11508:
11509:        if (extraSpace == 0) {
11510:            return drawableState;
11511:        }
11512:
11513:        final int[] fullState;
11514:        if (drawableState != null) {
11515:            fullState = new int[drawableState.length + extraSpace];
11516:            System.arraycopy(drawableState, 0, fullState, 0, drawableState.length);
11517:        } else {
11518:            fullState = new int[extraSpace];
11519:        }
11520:
11521:        return fullState;
11522:    }
11523:
11524:    /**
11525:     * Merge your own state values in <var>additionalState</var> into the base
```

```
View.java
11526:     * state values <var>baseState</var> that were returned by
11527:     * {@link #onCreateDrawableState(int)}.
11528:     *
11529:     * @param baseState The base state values returned by
11530:     * {@link #onCreateDrawableState(int)}, which will be modified to also hold your
11531:     * own additional state values.
11532:     *
11533:     * @param additionalState The additional state values you would like
11534:     * added to <var>baseState</var>; this array is not modified.
11535:     *
11536:     * @return As a convenience, the <var>baseState</var> array you originally
11537:     * passed into the function is returned.
11538:     *
11539:     * @see #onCreateDrawableState(int)
11540:     */
11541:    protected static int[] mergeDrawableStates(int[] baseState, int[] additionalState) {
11542:        final int N = baseState.length;
11543:        int i = N - 1;
11544:        while (i >= 0 && baseState[i] == 0) {
11545:            i--;
11546:        }
11547:        System.arraycopy(additionalState, 0, baseState, i + 1, additionalState.length);
11548:        return baseState;
11549:    }
11550:
11551:    /**
11552:     * Call {@link Drawable#jumpToCurrentState() Drawable.jumpToCurrentState()}
11553:     * on all Drawable objects associated with this view.
11554:     */
11555:    public void jumpDrawablesToCurrentState() {
11556:        if (mBGDrawable != null) {
11557:            mBGDrawable.jumpToCurrentState();
11558:        }
11559:    }
11560:
11561:    /**
11562:     * Sets the background color for this view.
11563:     * @param color the color of the background
11564:     */
```

View.java

```
11565:    @RemotableViewMethod
11566:    public void setBackgroundColor(int color) {
11567:        if (mBGDrawable instanceof ColorDrawable) {
11568:            ((ColorDrawable) mBGDrawable).setColor(color);
11569:        } else {
11570:            setBackgroundDrawable(new ColorDrawable(color));
11571:        }
11572:    }
11573:
11574:    /**
11575:     * Set the background to a given resource. The resource should refer to
11576:     * a Drawable object or 0 to remove the background.
11577:     * @param resid The identifier of the resource.
11578:     * @attr ref android.R.styleable#View_background
11579:     */
11580:    @RemotableViewMethod
11581:    public void setBackgroundResource(int resid) {
11582:        if (resid != 0 && resid == mBackgroundResource) {
11583:            return;
11584:        }
11585:
11586:        Drawable d= null;
11587:        if (resid != 0) {
11588:            d = mResources.getDrawable(resid);
11589:        }
11590:        setBackgroundDrawable(d);
11591:
11592:        mBackgroundResource = resid;
11593:    }
11594:
11595:    /**
11596:     * Set the background to a given Drawable, or remove the background. If the
11597:     * background has padding, this View's padding is set to the background's
11598:     * padding. However, when a background is removed, this View's padding isn't
11599:     * touched. If setting the padding is desired, please use
11600:     * {@link #setPadding(int, int, int, int)}.
11601:     *
11602:     * @param d The Drawable to use as the background, or null to remove the
11603:     *        background
```

View.java

```
11604:      */
11605:     public void setBackgroundDrawable(Drawable d) {
11606:         if (d == mBGDrawable) {
11607:             return;
11608:         }
11609:
11610:         boolean requestLayout = false;
11611:
11612:         mBackgroundResource = 0;
11613:
11614:         /*
11615:          * Regardless of whether we're setting a new background or not, we want
11616:          * to clear the previous drawable.
11617:          */
11618:         if (mBGDrawable != null) {
11619:             mBGDrawable.setCallback(null);
11620:             unscheduleDrawable(mBGDrawable);
11621:         }
11622:
11623:         if (d != null) {
11624:             Rect padding = sThreadLocal.get();
11625:             if (padding == null) {
11626:                 padding = new Rect();
11627:                 sThreadLocal.set(padding);
11628:             }
11629:             if (d.getPadding(padding)) {
11630:                 switch (d.getResolvedLayoutDirectionSelf()) {
11631:                     case LAYOUT_DIRECTION_RTL:
11632:                         setPadding(padding.right, padding.top, padding.left, padding.bottom);
11633:                         break;
11634:                     case LAYOUT_DIRECTION_LTR:
11635:                     default:
11636:                         setPadding(padding.left, padding.top, padding.right, padding.bottom);
11637:                 }
11638:             }
11639:
11640:             // Compare the minimum sizes of the old Drawable and the new.  If there isn't an
        old or
11641:             // if it has a different minimum size, we should layout again
```

```
11642:        if (mBGDrawable == null || mBGDrawable.getMinimumHeight() != d.getMinimumHeight()
11643:                ||
11644:                mBGDrawable.getMinimumWidth() != d.getMinimumWidth()) {
11645:            requestLayout = true;
11646:        }
11647:        d.setCallback(this);
11648:        if (d.isStateful()) {
11649:            d.setState(getDrawableState());
11650:        }
11651:        d.setVisible(getVisibility() == VISIBLE, false);
11652:        mBGDrawable = d;
11653:
11654:        if ((mPrivateFlags & SKIP_DRAW) != 0) {
11655:            mPrivateFlags &=~ SKIP_DRAW;
11656:            mPrivateFlags |= ONLY_DRAWS_BACKGROUND;
11657:            requestLayout = true;
11658:        }
11659:    } else {
11660:        /* Remove the background */
11661:        mBGDrawable = null;
11662:
11663:        if ((mPrivateFlags & ONLY_DRAWS_BACKGROUND) != 0) {
11664:            /*
11665:             * This view ONLY drew the background before and we're removing
11666:             * the background, so now it won't draw anything
11667:             * (hence we SKIP_DRAW)
11668:             */
11669:            mPrivateFlags &=~ ONLY_DRAWS_BACKGROUND;
11670:            mPrivateFlags |= SKIP_DRAW;
11671:        }
11672:    }
11673:    /*
11674:     * When the background is set, we try to apply its padding to this
11675:     * View. When the background is removed, we don't touch this View's
11676:     * padding. This is noted in the Javadocs. Hence, we don't need to
11677:     * requestLayout(), the invalidate() below is sufficient.
11678:     */
11679:
```

View.java

```
11680:        // The old background's minimum size could have affected this
11681:        // View's layout, so let's requestLayout
11682:        requestLayout = true;
11683:    }
11684:
11685:    computeOpaqueFlags();
11686:
11687:    if (requestLayout) {
11688:        requestLayout();
11689:    }
11690:
11691:    mBackgroundSizeChanged = true;
11692:    invalidate(true);
11693:    }
11694:
11695:    /**
11696:     * Gets the background drawable
11697:     * @return The drawable used as the background for this view, if any.
11698:     */
11699:    public Drawable getBackground() {
11700:        return mBGDrawable;
11701:    }
11702:
11703:    /**
11704:     * Sets the padding. The view may add on the space required to display
11705:     * the scrollbars, depending on the style and visibility of the scrollbars.
11706:     * So the values returned from {@link #getPaddingLeft}, {@link #getPaddingTop},
11707:     * {@link #getPaddingRight} and {@link #getPaddingBottom} may be different
11708:     * from the values set in this call.
11709:     *
11710:     * @attr ref android.R.styleable#View_padding
11711:     * @attr ref android.R.styleable#View_paddingBottom
11712:     * @attr ref android.R.styleable#View_paddingLeft
11713:     * @attr ref android.R.styleable#View_paddingRight
11714:     * @attr ref android.R.styleable#View_paddingTop
11715:     * @param left the left padding in pixels
11716:     * @param top the top padding in pixels
11717:     * @param right the right padding in pixels
11718:     * @param bottom the bottom padding in pixels
```

```
11719:     */
11720:    public void setPadding(int left, int top, int right, int bottom) {
11721:        boolean changed = false;
11722:
11723:        mUserPaddingRelative = false;
11724:
11725:        mUserPaddingLeft = left;
11726:        mUserPaddingRight = right;
11727:        mUserPaddingBottom = bottom;
11728:
11729:        final int viewFlags = mViewFlags;
11730:
11731:        // Common case is there are no scroll bars.
11732:        if ((viewFlags & (SCROLLBARS_VERTICAL|SCROLLBARS_HORIZONTAL)) != 0) {
11733:            if ((viewFlags & SCROLLBARS_VERTICAL) != 0) {
11734:                final int offset = (viewFlags & SCROLLBARS_INSET_MASK) == 0
11735:                        ? 0 : getVerticalScrollbarWidth();
11736:                switch (mVerticalScrollbarPosition) {
11737:                    case SCROLLBAR_POSITION_DEFAULT:
11738:                        if (getResolvedLayoutDirection() == LAYOUT_DIRECTION_RTL) {
11739:                            left += offset;
11740:                        } else {
11741:                            right += offset;
11742:                        }
11743:                        break;
11744:                    case SCROLLBAR_POSITION_RIGHT:
11745:                        right += offset;
11746:                        break;
11747:                    case SCROLLBAR_POSITION_LEFT:
11748:                        left += offset;
11749:                        break;
11750:                }
11751:            }
11752:            if ((viewFlags & SCROLLBARS_HORIZONTAL) != 0) {
11753:                bottom += (viewFlags & SCROLLBARS_INSET_MASK) == 0
11754:                        ? 0 : getHorizontalScrollbarHeight();
11755:            }
11756:        }
11757:
```

View.java

```
11758:            if (mPaddingLeft != left) {
11759:                changed = true;
11760:                mPaddingLeft = left;
11761:            }
11762:            if (mPaddingTop != top) {
11763:                changed = true;
11764:                mPaddingTop = top;
11765:            }
11766:            if (mPaddingRight != right) {
11767:                changed = true;
11768:                mPaddingRight = right;
11769:            }
11770:            if (mPaddingBottom != bottom) {
11771:                changed = true;
11772:                mPaddingBottom = bottom;
11773:            }
11774:
11775:            if (changed) {
11776:                requestLayout();
11777:            }
11778:        }
11779:
11780:        /**
11781:         * Sets the relative padding. The view may add on the space required to display
11782:         * the scrollbars, depending on the style and visibility of the scrollbars.
11783:         * So the values returned from {@link #getPaddingStart}, {@link #getPaddingTop},
11784:         * {@link #getPaddingEnd} and {@link #getPaddingBottom} may be different
11785:         * from the values set in this call.
11786:         *
11787:         * @attr ref android.R.styleable#View_padding
11788:         * @attr ref android.R.styleable#View_paddingBottom
11789:         * @attr ref android.R.styleable#View_paddingStart
11790:         * @attr ref android.R.styleable#View_paddingEnd
11791:         * @attr ref android.R.styleable#View_paddingTop
11792:         * @param start the start padding in pixels
11793:         * @param top the top padding in pixels
11794:         * @param end the end padding in pixels
11795:         * @param bottom the bottom padding in pixels
11796:         *
```

```
11797:        * @hide
11798:        */
11799:       public void setPaddingRelative(int start, int top, int end, int bottom) {
11800:           mUserPaddingRelative = true;
11801:
11802:           mUserPaddingStart = start;
11803:           mUserPaddingEnd = end;
11804:
11805:           switch(getResolvedLayoutDirection()) {
11806:               case LAYOUT_DIRECTION_RTL:
11807:                   setPadding(end, top, start, bottom);
11808:                   break;
11809:               case LAYOUT_DIRECTION_LTR:
11810:               default:
11811:                   setPadding(start, top, end, bottom);
11812:           }
11813:       }
11814:
11815:       /**
11816:        * Returns the top padding of this view.
11817:        *
11818:        * @return the top padding in pixels
11819:        */
11820:       public int getPaddingTop() {
11821:           return mPaddingTop;
11822:       }
11823:
11824:       /**
11825:        * Returns the bottom padding of this view. If there are inset and enabled
11826:        * scrollbars, this value may include the space required to display the
11827:        * scrollbars as well.
11828:        *
11829:        * @return the bottom padding in pixels
11830:        */
11831:       public int getPaddingBottom() {
11832:           return mPaddingBottom;
11833:       }
11834:
11835:       /**
```

```
11836:        * Returns the left padding of this view. If there are inset and enabled
11837:        * scrollbars, this value may include the space required to display the
11838:        * scrollbars as well.
11839:        *
11840:        * @return the left padding in pixels
11841:        */
11842:       public int getPaddingLeft() {
11843:           return mPaddingLeft;
11844:       }
11845:
11846:       /**
11847:        * Returns the start padding of this view. If there are inset and enabled
11848:        * scrollbars, this value may include the space required to display the
11849:        * scrollbars as well.
11850:        *
11851:        * @return the start padding in pixels
11852:        *
11853:        * @hide
11854:        */
11855:       public int getPaddingStart() {
11856:           return (getResolvedLayoutDirection() == LAYOUT_DIRECTION_RTL) ?
11857:                   mPaddingRight : mPaddingLeft;
11858:       }
11859:
11860:       /**
11861:        * Returns the right padding of this view. If there are inset and enabled
11862:        * scrollbars, this value may include the space required to display the
11863:        * scrollbars as well.
11864:        *
11865:        * @return the right padding in pixels
11866:        */
11867:       public int getPaddingRight() {
11868:           return mPaddingRight;
11869:       }
11870:
11871:       /**
11872:        * Returns the end padding of this view. If there are inset and enabled
11873:        * scrollbars, this value may include the space required to display the
11874:        * scrollbars as well.
```

```java
11875:        *
11876:        * @return the end padding in pixels
11877:        *
11878:        * @hide
11879:        */
11880:       public int getPaddingEnd() {
11881:           return (getResolvedLayoutDirection() == LAYOUT_DIRECTION_RTL) ?
11882:                   mPaddingLeft : mPaddingRight;
11883:       }
11884:
11885:       /**
11886:        * Return if the padding as been set thru relative values
11887:        * {@link #setPaddingRelative(int, int, int, int)} or thru
11888:        * @attr ref android.R.styleable#View_paddingStart or
11889:        * @attr ref android.R.styleable#View_paddingEnd
11890:        *
11891:        * @return true if the padding is relative or false if it is not.
11892:        *
11893:        * @hide
11894:        */
11895:       public boolean isPaddingRelative() {
11896:           return mUserPaddingRelative;
11897:       }
11898:
11899:       /**
11900:        * Changes the selection state of this view. A view can be selected or not.
11901:        * Note that selection is not the same as focus. Views are typically
11902:        * selected in the context of an AdapterView like ListView or GridView;
11903:        * the selected view is the view that is highlighted.
11904:        *
11905:        * @param selected true if the view must be selected, false otherwise
11906:        */
11907:       public void setSelected(boolean selected) {
11908:           if (((mPrivateFlags & SELECTED) != 0) != selected) {
11909:               mPrivateFlags = (mPrivateFlags & ~SELECTED) | (selected ? SELECTED : 0);
11910:               if (!selected) resetPressedState();
11911:               invalidate(true);
11912:               refreshDrawableState();
11913:               dispatchSetSelected(selected);
```

View.java

```
11914:        }
11915:    }
11916:
11917:    /**
11918:     * Dispatch setSelected to all of this View's children.
11919:     *
11920:     * @see #setSelected(boolean)
11921:     *
11922:     * @param selected The new selected state
11923:     */
11924:    protected void dispatchSetSelected(boolean selected) {
11925:    }
11926:
11927:    /**
11928:     * Indicates the selection state of this view.
11929:     *
11930:     * @return true if the view is selected, false otherwise
11931:     */
11932:    @ViewDebug.ExportedProperty
11933:    public boolean isSelected() {
11934:        return (mPrivateFlags & SELECTED) != 0;
11935:    }
11936:
11937:    /**
11938:     * Changes the activated state of this view. A view can be activated or not.
11939:     * Note that activation is not the same as selection.  Selection is
11940:     * a transient property, representing the view (hierarchy) the user is
11941:     * currently interacting with.  Activation is a longer-term state that the
11942:     * user can move views in and out of.  For example, in a list view with
11943:     * single or multiple selection enabled, the views in the current selection
11944:     * set are activated.  (Um, yeah, we are deeply sorry about the terminology
11945:     * here.)  The activated state is propagated down to children of the view it
11946:     * is set on.
11947:     *
11948:     * @param activated true if the view must be activated, false otherwise
11949:     */
11950:    public void setActivated(boolean activated) {
11951:        if (((mPrivateFlags & ACTIVATED) != 0) != activated) {
11952:            mPrivateFlags = (mPrivateFlags & ~ACTIVATED) | (activated ? ACTIVATED : 0);
```

```
11953:        invalidate(true);
11954:        refreshDrawableState();
11955:        dispatchSetActivated(activated);
11956:    }
11957:
11958:    }
11959:
11960:    /**
11961:     * Dispatch setActivated to all of this View's children.
11962:     *
11963:     * @see #setActivated(boolean)
11964:     *
11965:     * @param activated The new activated state
11966:     */
11967:    protected void dispatchSetActivated(boolean activated) {
11968:    }
11969:
11970:    /**
11971:     * Indicates the activation state of this view.
11972:     *
11973:     * @return true if the view is activated, false otherwise
11974:     */
11975:    @ViewDebug.ExportedProperty
11976:    public boolean isActivated() {
11977:        return (mPrivateFlags & ACTIVATED) != 0;
11978:    }
11979:
11980:    /**
11981:     * Returns the ViewTreeObserver for this view's hierarchy. The view tree
11982:     * observer can be used to get notifications when global events, like
11983:     * layout, happen.
11984:     *
11985:     * The returned ViewTreeObserver observer is not guaranteed to remain
11986:     * valid for the lifetime of this View. If the caller of this method keeps
11987:     * a long-lived reference to ViewTreeObserver, it should always check for
11988:     * the return value of {@link ViewTreeObserver#isAlive()}.
11989:     *
11990:     * @return The ViewTreeObserver for this view's hierarchy.
11991:     */
11991:    public ViewTreeObserver getViewTreeObserver() {
```

```
11992:            if (mAttachInfo != null) {
11993:                return mAttachInfo.mTreeObserver;
11994:            }
11995:            if (mFloatingTreeObserver == null) {
11996:                mFloatingTreeObserver = new ViewTreeObserver();
11997:            }
11998:            return mFloatingTreeObserver;
11999:
12000:        }
12001:        /**
12002:         * <p>Finds the topmost view in the current view hierarchy.</p>
12003:         *
12004:         * @return the topmost view containing this view
12005:         */
12006:        public View getRootView() {
12007:            if (mAttachInfo != null) {
12008:                final View v = mAttachInfo.mRootView;
12009:                if (v != null) {
12010:                    return v;
12011:                }
12012:            }
12013:
12014:            View parent = this;
12015:
12016:            while (parent.mParent != null && parent.mParent instanceof View) {
12017:                parent = (View) parent.mParent;
12018:            }
12019:
12020:            return parent;
12021:
12022:        }
12023:        /**
12024:         * <p>Computes the coordinates of this view on the screen. The argument
12025:         * must be an array of two integers. After the method returns, the array
12026:         * contains the x and y location in that order.</p>
12027:         *
12028:         * @param location an array of two integers in which to hold the coordinates
12029:         */
12030:        public void getLocationOnScreen(int[] location) {
```

```
12031:            getLocationInWindow(location);
12032:
12033:            final AttachInfo info = mAttachInfo;
12034:            if (info != null) {
12035:                location[0] += info.mWindowLeft;
12036:                location[1] += info.mWindowTop;
12037:            }
12038:        }
12039:
12040:        /**
12041:         * <p>Computes the coordinates of this view in its window. The argument
12042:         * must be an array of two integers. After the method returns, the array
12043:         * contains the x and y location in that order.</p>
12044:         *
12045:         * @param location an array of two integers in which to hold the coordinates
12046:         */
12047:        public void getLocationInWindow(int[] location) {
12048:            if (location == null || location.length < 2) {
12049:                throw new IllegalArgumentException("location must be an array of "
12050:                        + "two integers");
12051:            }
12052:
12053:            location[0] = mLeft;
12054:            location[1] = mTop;
12055:            if (mTransformationInfo != null) {
12056:                location[0] += (int) (mTransformationInfo.mTranslationX + 0.5f);
12057:                location[1] += (int) (mTransformationInfo.mTranslationY + 0.5f);
12058:            }
12059:
12060:            ViewParent viewParent = mParent;
12061:            while (viewParent instanceof View) {
12062:                final View view = (View)viewParent;
12063:                location[0] += view.mLeft - view.mScrollX;
12064:                location[1] += view.mTop - view.mScrollY;
12065:                if (view.mTransformationInfo != null) {
12066:                    location[0] += (int) (view.mTransformationInfo.mTranslationX + 0.5f);
12067:                    location[1] += (int) (view.mTransformationInfo.mTranslationY + 0.5f);
12068:                }
12069:                viewParent = view.mParent;
```

View.java

```
12070:        }
12071:
12072:        if (viewParent instanceof ViewRootImpl) {
12073:            // *cough*
12074:            final ViewRootImpl vr = (ViewRootImpl)viewParent;
12075:            location[1] -= vr.mCurScrollY;
12076:        }
12077:
12078:    }
12079:
12080:    /**
12081:     * {@hide}
12082:     * @param id the id of the view to be found
12083:     * @return the view of the specified id, null if cannot be found
12084:     */
12085:    protected View findViewTraversal(int id) {
12086:        if (id == mID) {
12087:            return this;
12088:        }
12089:        return null;
12090:    }
12091:
12092:    /**
12093:     * {@hide}
12094:     * @param tag the tag of the view to be found
12095:     * @return the view of specified tag, null if cannot be found
12096:     */
12097:    protected View findViewWithTagTraversal(Object tag) {
12098:        if (tag != null && tag.equals(mTag)) {
12099:            return this;
12100:        }
12101:        return null;
12102:    }
12103:
12104:    /**
12105:     * {@hide}
12106:     * @param predicate The predicate to evaluate.
12107:     * @param childToSkip If not null, ignores this child during the recursive traversal.
12108:     * @return The first view that matches the predicate or null.
12109:     */
```

```
12209:    protected View findViewByPredicateTraversal(Predicate<View> predicate, View childToSkip)
12210:    {
12111:        if (predicate.apply(this)) {
12111:            return this;
12112:        }
12113:
12114:        return null;
12115:    }
12116:
12116:    /**
12117:     * Look for a child view with the given id.  If this view has the given
12118:     * id, return this view.
12119:     *
12120:     * @param id The id to search for.
12121:     * @return The view that has the given id in the hierarchy or null
12122:     */
12123:    public final View findViewById(int id) {
12124:        if (id < 0) {
12125:            return null;
12126:        }
12127:        return findViewTraversal(id);
12128:    }
12129:
12130:    /**
12131:     * Finds a view by its unuque and stable accessibility id.
12132:     *
12133:     * @param accessibilityId The searched accessibility id.
12134:     * @return The found view.
12135:     */
12136:    final View findViewByAccessibilityId(int accessibilityId) {
12137:        if (accessibilityId < 0) {
12138:            return null;
12139:        }
12140:        return findViewByAccessibilityIdTraversal(accessibilityId);
12141:    }
12142:
12143:    /**
12144:     * Performs the traversal to find a view by its unuque and stable accessibility id.
12145:     *
12146:     * <strong>Note:</strong>This method does not stop at the root namespace
```

```
12147:     * boundary since the user can touch the screen at an arbitrary location
12148:     * potentially crossing the root namespace bounday which will send an
12149:     * accessibility event to accessibility services and they should be able
12150:     * to obtain the event source. Also accessibility ids are guaranteed to be
12151:     * unique in the window.
12152:     *
12153:     * @param accessibilityId The accessibility id.
12154:     * @return The found view.
12155:     */
12156:    View findViewByAccessibilityIdTraversal(int accessibilityId) {
12157:        if (getAccessibilityViewId() == accessibilityId) {
12158:            return this;
12159:        }
12160:        return null;
12161:    }
12162:
12163:    /**
12164:     * Look for a child view with the given tag.  If this view has the given
12165:     * tag, return this view.
12166:     *
12167:     * @param tag The tag to search for, using "tag.equals(getTag())".
12168:     * @return The View that has the given tag in the hierarchy or null
12169:     */
12170:    public final View findViewWithTag(Object tag) {
12171:        if (tag == null) {
12172:            return null;
12173:        }
12174:        return findViewWithTagTraversal(tag);
12175:    }
12176:
12177:    /**
12178:     * {@hide}
12179:     * Look for a child view that matches the specified predicate.
12180:     * If this view matches the predicate, return this view.
12181:     *
12182:     * @param predicate The predicate to evaluate.
12183:     * @return The first view that matches the predicate or null.
12184:     */
12185:    public final View findViewByPredicate(Predicate<View> predicate) {
```

```
12186:          return findViewByPredicateTraversal(predicate, null);
12187:      }
12188:
12189:      /**
12190:       * {@hide}
12191:       * Look for a child view that matches the specified predicate,
12192:       * starting with the specified view and its descendents and then
12193:       * recusively searching the ancestors and siblings of that view
12194:       * until this view is reached.
12195:       *
12196:       * This method is useful in cases where the predicate does not match
12197:       * a single unique view (perhaps multiple views use the same id)
12198:       * and we are trying to find the view that is "closest" in scope to the
12199:       * starting view.
12200:       *
12201:       * @param start The view to start from.
12202:       * @param predicate The predicate to evaluate.
12203:       * @return The first view that matches the predicate or null.
12204:       */
12205:      public final View findViewByPredicateInsideOut(View start, Predicate<View> predicate) {
12206:          View childToSkip = null;
12207:          for (;;) {
12208:              View view = start.findViewByPredicateTraversal(predicate, childToSkip);
12209:              if (view != null || start == this) {
12210:                  return view;
12211:              }
12212:
12213:              ViewParent parent = start.getParent();
12214:              if (parent == null || !(parent instanceof View)) {
12215:                  return null;
12216:              }
12217:
12218:              childToSkip = start;
12219:              start = (View) parent;
12220:          }
12221:      }
12222:
12223:      /**
12224:       * Sets the identifier for this view. The identifier does not have to be
```

```
12225:          * unique in this view's hierarchy. The identifier should be a positive
12226:          * number.
12227:          *
12228:          * @see #NO_ID
12229:          * @see #getId()
12230:          * @see #findViewById(int)
12231:          *
12232:          * @param id a number used to identify the view
12233:          *
12234:          * @attr ref android.R.styleable#View_id
12235:          */
12236:         public void setId(int id) {
12237:             mID = id;
12238:         }
12239:
12240:         /**
12241:          * {@hide}
12242:          *
12243:          * @param isRoot true if the view belongs to the root namespace, false
12244:          *        otherwise
12245:          */
12246:         public void setIsRootNamespace(boolean isRoot) {
12247:             if (isRoot) {
12248:                 mPrivateFlags |= IS_ROOT_NAMESPACE;
12249:             } else {
12250:                 mPrivateFlags &= ~IS_ROOT_NAMESPACE;
12251:             }
12252:         }
12253:
12254:         /**
12255:          * {@hide}
12256:          *
12257:          * @return true if the view belongs to the root namespace, false otherwise
12258:          */
12259:         public boolean isRootNamespace() {
12260:             return (mPrivateFlags&IS_ROOT_NAMESPACE) != 0;
12261:         }
12262:
12263:         /**
```

View.java

```
12264:          * Returns this view's identifier.
12265:          *
12266:          * @return a positive integer used to identify the view or {@link #NO_ID}
12267:          *         if the view has no ID
12268:          *
12269:          * @see #setId(int)
12270:          * @see #findViewById(int)
12271:          * @attr ref android.R.styleable#View_id
12272:          */
12273:         @ViewDebug.CapturedViewProperty
12274:         public int getId() {
12275:             return mID;
12276:         }
12277:
12278:         /**
12279:          * Returns this view's tag.
12280:          *
12281:          * @return the Object stored in this view as a tag
12282:          *
12283:          * @see #setTag(Object)
12284:          * @see #getTag(int)
12285:          */
12286:         @ViewDebug.ExportedProperty
12287:         public Object getTag() {
12288:             return mTag;
12289:         }
12290:
12291:         /**
12292:          * Sets the tag associated with this view. A tag can be used to mark
12293:          * a view in its hierarchy and does not have to be unique within the
12294:          * hierarchy. Tags can also be used to store data within a view without
12295:          * resorting to another data structure.
12296:          *
12297:          * @param tag an Object to tag the view with
12298:          *
12299:          * @see #getTag()
12300:          * @see #setTag(int, Object)
12301:          */
12302:         public void setTag(final Object tag) {
```

View.java

```
12303:            mTag = tag;
12304:        }
12305:
12306:        /**
12307:         * Returns the tag associated with this view and the specified key.
12308:         *
12309:         * @param key The key identifying the tag
12310:         *
12311:         * @return the Object stored in this view as a tag
12312:         *
12313:         * @see #setTag(int, Object)
12314:         * @see #getTag()
12315:         */
12316:        public Object getTag(int key) {
12317:            if (mKeyedTags != null) return mKeyedTags.get(key);
12318:            return null;
12319:        }
12320:
12321:        /**
12322:         * Sets a tag associated with this view and a key. A tag can be used
12323:         * to mark a view in its hierarchy and does not have to be unique within
12324:         * the hierarchy. Tags can also be used to store data within a view
12325:         * without resorting to another data structure.
12326:         *
12327:         * The specified key should be an id declared in the resources of the
12328:         * application to ensure it is unique (see the <a
12329:         * href={@docRoot}guide/topics/resources/more-resources.html#Id">ID resource type</a>).
12330:         * Keys identified as belonging to
12331:         * the Android framework or not associated with any package will cause
12332:         * an {@link IllegalArgumentException} to be thrown.
12333:         *
12334:         * @param key The key identifying the tag
12335:         * @param tag An Object to tag the view with
12336:         *
12337:         * @throws IllegalArgumentException If they specified key is not valid
12338:         *
12339:         * @see #setTag(Object)
12340:         * @see #getTag(int)
12341:         */
```

```
12242:    public void setTag(int key, final Object tag) {
12343:        // If the package id is 0x00 or 0x01, it's either an undefined package
12344:        // or a framework id
12345:        if ((key >>> 24) < 2) {
12346:            throw new IllegalArgumentException("The key must be an application-specific "
12347:                    + "resource id.");
12348:        }
12349:
12350:        setKeyedTag(key, tag);
12351:    }
12352:
12353:    /**
12354:     * Variation of {@link #setTag(int, Object)} that enforces the key to be a
12355:     * framework id.
12356:     *
12357:     * @hide
12358:     */
12359:    public void setTagInternal(int key, Object tag) {
12360:        if ((key >>> 24) != 0x1) {
12361:            throw new IllegalArgumentException("The key must be a framework-specific "
12362:                    + "resource id.");
12363:        }
12364:
12365:        setKeyedTag(key, tag);
12366:    }
12367:
12368:    private void setKeyedTag(int key, Object tag) {
12369:        if (mKeyedTags == null) {
12370:            mKeyedTags = new SparseArray<Object>();
12371:        }
12372:
12373:        mKeyedTags.put(key, tag);
12374:    }
12375:
12376:    /**
12377:     * @param consistency The type of consistency. See ViewDebug for more information.
12378:     *
12379:     * @hide
12380:     */
```

View.java

```
12381:        protected boolean dispatchConsistencyCheck(int consistency) {
12382:            return onConsistencyCheck(consistency);
12383:        }
12384:
12385:        /**
12386:         * Method that subclasses should implement to check their consistency. The type of
12387:         * consistency check is indicated by the bit field passed as a parameter.
12388:         *
12389:         * @param consistency The type of consistency. See ViewDebug for more information.
12390:         *
12391:         * @throws IllegalStateException if the view is in an inconsistent state.
12392:         *
12393:         * @hide
12394:         */
12395:        protected boolean onConsistencyCheck(int consistency) {
12396:            boolean result = true;
12397:
12398:            final boolean checkLayout = (consistency & ViewDebug.CONSISTENCY_LAYOUT) != 0;
12399:            final boolean checkDrawing = (consistency & ViewDebug.CONSISTENCY_DRAWING) != 0;
12400:
12401:            if (checkLayout) {
12402:                if (getParent() == null) {
12403:                    result = false;
12404:                    android.util.Log.d(ViewDebug.CONSISTENCY_LOG_TAG,
12405:                            "View " + this + " does not have a parent.");
12406:                }
12407:
12408:                if (mAttachInfo == null) {
12409:                    result = false;
12410:                    android.util.Log.d(ViewDebug.CONSISTENCY_LOG_TAG,
12411:                            "View " + this + " is not attached to a window.");
12412:                }
12413:            }
12414:
12415:            if (checkDrawing) {
12416:                // Do not check the DIRTY/DRAWN flags because views can call invalidate()
12417:                // from their draw() method
12418:
12419:                if ((mPrivateFlags & DRAWN) != DRAWN &&
```

View.java

```
12420:            (mPrivateFlags & DRAWING_CACHE_VALID)  == DRAWING_CACHE_VALID) {
12421:            result = false;
12422:            android.util.Log.d(ViewDebug.CONSISTENCY_LOG_TAG,
12423:                    "View " + this + " was invalidated but its drawing cache is valid.");
12424:        }
12425:
12426:
12427:        return result;
12428:    }
12429:
12430:    /**
12431:     * Prints information about this view in the log output, with the tag
12432:     * {@link #VIEW_LOG_TAG}.
12433:     *
12434:     * @hide
12435:     */
12436:    public void debug() {
12437:        debug(0);
12438:    }
12439:
12440:    /**
12441:     * Prints information about this view in the log output, with the tag
12442:     * {@link #VIEW_LOG_TAG}. Each line in the output is preceded with an
12443:     * indentation defined by the <code>depth</code>.
12444:     *
12445:     * @param depth the indentation level
12446:     *
12447:     * @hide
12448:     */
12449:    protected void debug(int depth) {
12450:        String output = debugIndent(depth - 1);
12451:
12452:        output += "+ " + this;
12453:        int id = getId();
12454:        if (id != -1) {
12455:            output += " (id=" + id + ")";
12456:        }
12457:        Object tag = getTag();
12458:        if (tag != null) {
```

```
12459:        output += " (tag=" + tag + ")";
12460:    }
12461:    Log.d(VIEW_LOG_TAG, output);
12462:
12463:    if ((mPrivateFlags & FOCUSED) != 0) {
12464:        output = debugIndent(depth) + " FOCUSED";
12465:        Log.d(VIEW_LOG_TAG, output);
12466:    }
12467:
12468:    output = debugIndent(depth);
12469:    output += "frame={" + mLeft + ", " + mTop + ", " + mRight
12470:            + ", " + mBottom + "} scroll={" + mScrollX + ", " + mScrollY
12471:            + "} ";
12472:    Log.d(VIEW_LOG_TAG, output);
12473:
12474:    if (mPaddingLeft != 0 || mPaddingTop != 0 || mPaddingRight != 0
12475:            || mPaddingBottom != 0) {
12476:        output = debugIndent(depth);
12477:        output += "padding={" + mPaddingLeft + ", " + mPaddingTop
12478:                + ", " + mPaddingRight + ", " + mPaddingBottom + "};";
12479:        Log.d(VIEW_LOG_TAG, output);
12480:    }
12481:
12482:    output = debugIndent(depth);
12483:    output += "mMeasureWidth=" + mMeasuredWidth +
12484:            " mMeasureHeight=" + mMeasuredHeight;
12485:    Log.d(VIEW_LOG_TAG, output);
12486:
12487:    output = debugIndent(depth);
12488:    if (mLayoutParams == null) {
12489:        output += "BAD! no layout params";
12490:    } else {
12491:        output = mLayoutParams.debug(output);
12492:    }
12493:    Log.d(VIEW_LOG_TAG, output);
12494:
12495:    output = debugIndent(depth);
12496:    output += "flags={";
12497:    output += View.printFlags(mViewFlags);
```

```
12498:        output += "}";
12499:        Log.d(VIEW_LOG_TAG, output);
12500:
12501:        output = debugIndent(depth);
12502:        output += "privateFlags={";
12503:        output += View.printPrivateFlags(mPrivateFlags);
12504:        output += "}";
12505:        Log.d(VIEW_LOG_TAG, output);
12506:    }
12507:
12508:    /**
12509:     * Creates an string of whitespaces used for indentation.
12510:     *
12511:     * @param depth the indentation level
12512:     * @return a String containing (depth * 2 + 3) * 2 white spaces
12513:     *
12514:     * @hide
12515:     */
12516:    protected static String debugIndent(int depth) {
12517:        StringBuilder spaces = new StringBuilder((depth * 2 + 3) * 2);
12518:        for (int i = 0; i < (depth * 2) + 3; i++) {
12519:            spaces.append(' ').append(' ');
12520:        }
12521:        return spaces.toString();
12522:    }
12523:
12524:    /**
12525:     * <p>Return the offset of the widget's text baseline from the widget's top
12526:     * boundary. If this widget does not support baseline alignment, this
12527:     * method returns -1. </p>
12528:     *
12529:     * @return the offset of the baseline within the widget's bounds or -1
12530:     *         if baseline alignment is not supported
12531:     */
12532:    @ViewDebug.ExportedProperty(category = "layout")
12533:    public int getBaseline() {
12534:        return -1;
12535:    }
12536:
```

```
12537:    /**
12538:     * Call this when something has changed which has invalidated the
12539:     * layout of this view. This will schedule a layout pass of the view
12540:     * tree.
12541:     */
12542:    public void requestLayout() {
12543:        if (ViewDebug.TRACE_HIERARCHY) {
12544:            ViewDebug.trace(this, ViewDebug.HierarchyTraceType.REQUEST_LAYOUT);
12545:        }
12546:
12547:        mPrivateFlags |= FORCE_LAYOUT;
12548:        mPrivateFlags |= INVALIDATED;
12549:
12550:        if (mParent != null) {
12551:            if (mLayoutParams != null) {
12552:                mLayoutParams.resolveWithDirection(getResolvedLayoutDirection());
12553:            }
12554:            if (!mParent.isLayoutRequested()) {
12555:                mParent.requestLayout();
12556:            }
12557:        }
12558:    }
12559:
12560:    /**
12561:     * Forces this view to be laid out during the next layout pass.
12562:     * This method does not call requestLayout() or forceLayout()
12563:     * on the parent.
12564:     */
12565:    public void forceLayout() {
12566:        mPrivateFlags |= FORCE_LAYOUT;
12567:        mPrivateFlags |= INVALIDATED;
12568:    }
12569:
12570:    /**
12571:     * <p>
12572:     * This is called to find out how big a view should be. The parent
12573:     * supplies constraint information in the width and height parameters.
12574:     * </p>
12575:     *
```

View.java

```
12576:         * <p>
12577:         * The actual mesurement work of a view is performed in
12578:         * {@link #onMeasure(int, int)}, called by this method. Therefore, only
12579:         * {@link #onMeasure(int, int)} can and must be overriden by subclasses.
12580:         * </p>
12581:         *
12582:         *
12583:         * @param widthMeasureSpec Horizontal space requirements as imposed by the
12584:         *        parent
12585:         * @param heightMeasureSpec Vertical space requirements as imposed by the
12586:         *        parent
12587:         *
12588:         * @see #onMeasure(int, int)
12589:         */
12590:        public final void measure(int widthMeasureSpec, int heightMeasureSpec) {
12591:            if ((mPrivateFlags & FORCE_LAYOUT) == FORCE_LAYOUT ||
12592:                    widthMeasureSpec != mOldWidthMeasureSpec ||
12593:                    heightMeasureSpec != mOldHeightMeasureSpec) {
12594:
12595:                // first clears the measured dimension flag
12596:                mPrivateFlags &= ~MEASURED_DIMENSION_SET;
12597:
12598:                if (ViewDebug.TRACE_HIERARCHY) {
12599:                    ViewDebug.trace(this, ViewDebug.HierarchyTraceType.ON_MEASURE);
12600:                }
12601:
12602:                // measure ourselves, this should set the measured dimension flag back
12603:                onMeasure(widthMeasureSpec, heightMeasureSpec);
12604:
12605:                // flag not set, setMeasuredDimension() was not invoked, we raise
12606:                // an exception to warn the developer
12607:                if ((mPrivateFlags & MEASURED_DIMENSION_SET) != MEASURED_DIMENSION_SET) {
12608:                    throw new IllegalStateException("onMeasure() did not set the"
12609:                            + " measured dimension by calling"
12610:                            + " setMeasuredDimension()");
12611:                }
12612:
12613:                mPrivateFlags |= LAYOUT_REQUIRED;
12614:            }
```

```
12615:            mOldWidthMeasureSpec = widthMeasureSpec;
12616:            mOldHeightMeasureSpec = heightMeasureSpec;
12617:        }
12618:    }
12619:
12620:    /**
12621:     * <p>
12622:     * Measure the view and its content to determine the measured width and the
12623:     * measured height. This method is invoked by {@link #measure(int, int)} and
12624:     * should be overriden by subclasses to provide accurate and efficient
12625:     * measurement of their contents.
12626:     * </p>
12627:     *
12628:     * <p>
12629:     * <strong>CONTRACT:</strong> When overriding this method, you
12630:     * <em>must</em> call {@link #setMeasuredDimension(int, int)} to store the
12631:     * measured width and height of this view. Failure to do so will trigger an
12632:     * <code>IllegalStateException</code>, thrown by
12633:     * {@link #measure(int, int)}. Calling the superclass'
12634:     * {@link #onMeasure(int, int)} is a valid use.
12635:     * </p>
12636:     *
12637:     * <p>
12638:     * The base class implementation of measure defaults to the background size,
12639:     * unless a larger size is allowed by the MeasureSpec. Subclasses should
12640:     * override {@link #onMeasure(int, int)} to provide better measurements of
12641:     * their content.
12642:     * </p>
12643:     *
12644:     * <p>
12645:     * If this method is overridden, it is the subclass's responsibility to make
12646:     * sure the measured height and width are at least the view's minimum height
12647:     * and width ({@link #getSuggestedMinimumHeight()} and
12648:     * {@link #getSuggestedMinimumWidth()}).
12649:     * </p>
12650:     *
12651:     * @param widthMeasureSpec horizontal space requirements as imposed by the parent.
12652:     *                         The requirements are encoded with
12653:     *                         {@link android.view.View.MeasureSpec}.
```

```
View.java
12654:      * @param heightMeasureSpec vertical space requirements as imposed by the parent.
12655:      *                          The requirements are encoded with
12656:      *                          {@link android.view.View.MeasureSpec}.
12657:      *
12658:      * @see #getMeasuredWidth()
12659:      * @see #getMeasuredHeight()
12660:      * @see #setMeasuredDimension(int, int)
12661:      * @see #getSuggestedMinimumHeight()
12662:      * @see #getSuggestedMinimumWidth()
12663:      * @see android.view.View.MeasureSpec#getMode(int)
12664:      * @see android.view.View.MeasureSpec#getSize(int)
12665:      */
12666:     protected void onMeasure(int widthMeasureSpec, int heightMeasureSpec) {
12667:         setMeasuredDimension(getDefaultSize(getSuggestedMinimumWidth(), widthMeasureSpec),
12668:                 getDefaultSize(getSuggestedMinimumHeight(), heightMeasureSpec));
12669:     }
12670:
12671:     /**
12672:      * <p>This mehod must be called by {@link #onMeasure(int, int)} to store the
12673:      * measured width and measured height. Failing to do so will trigger an
12674:      * exception at measurement time.</p>
12675:      *
12676:      * @param measuredWidth The measured width of this view.  May be a complex
12677:      * bit mask as defined by {@link #MEASURED_SIZE_MASK} and
12678:      * {@link #MEASURED_STATE_TOO_SMALL}.
12679:      * @param measuredHeight The measured height of this view.  May be a complex
12680:      * bit mask as defined by {@link #MEASURED_SIZE_MASK} and
12681:      * {@link #MEASURED_STATE_TOO_SMALL}.
12682:      */
12683:     protected final void setMeasuredDimension(int measuredWidth, int measuredHeight) {
12684:         mMeasuredWidth = measuredWidth;
12685:         mMeasuredHeight = measuredHeight;
12686:
12687:         mPrivateFlags |= MEASURED_DIMENSION_SET;
12688:     }
12689:
12690:     /**
12691:      * Merge two states as returned by {@link #getMeasuredState()}.
12692:      * @param curState The current state as returned from a view or the result
```

```
12693:      * of combining multiple views.
12694:      * @param newState The new view state to combine.
12695:      * @return Returns a new integer reflecting the combination of the two
12696:      * states.
12697:      */
12698:     public static int combineMeasuredStates(int curState, int newState) {
12699:         return curState | newState;
12700:     }
12701:
12702:     /**
12703:      * Version of {@link #resolveSizeAndState(int, int, int)}
12704:      * returning only the {@link #MEASURED_SIZE_MASK} bits of the result.
12705:      */
12706:     public static int resolveSize(int size, int measureSpec) {
12707:         return resolveSizeAndState(size, measureSpec, 0) & MEASURED_SIZE_MASK;
12708:     }
12709:
12710:     /**
12711:      * Utility to reconcile a desired size and state, with constraints imposed
12712:      * by a MeasureSpec. Will take the desired size, unless a different size
12713:      * is imposed by the constraints. The returned value is a compound integer,
12714:      * with the resolved size in the {@link #MEASURED_SIZE_MASK} bits and
12715:      * optionally the bit {@link #MEASURED_STATE_TOO_SMALL} set if the resulting
12716:      * size is smaller than the size the view wants to be.
12717:      *
12718:      * @param size How big the view wants to be
12719:      * @param measureSpec Constraints imposed by the parent
12720:      * @return Size information bit mask as defined by
12721:      * {@link #MEASURED_SIZE_MASK} and {@link #MEASURED_STATE_TOO_SMALL}.
12722:      */
12723:     public static int resolveSizeAndState(int size, int measureSpec, int childMeasuredState)
            {
12724:         int result = size;
12725:         int specMode = MeasureSpec.getMode(measureSpec);
12726:         int specSize = MeasureSpec.getSize(measureSpec);
12727:         switch (specMode) {
12728:         case MeasureSpec.UNSPECIFIED:
12729:             result = size;
12730:             break;
```

View.java

```java
12731:            case MeasureSpec.AT_MOST:
12732:                if (specSize < size) {
12733:                    result = specSize | MEASURED_STATE_TOO_SMALL;
12734:                } else {
12735:                    result = size;
12736:                }
12737:                break;
12738:            case MeasureSpec.EXACTLY:
12739:                result = specSize;
12740:                break;
12741:            }
12742:            return result | (childMeasuredState&MEASURED_STATE_MASK);
12743:        }
12744:
12745:        /**
12746:         * Utility to return a default size. Uses the supplied size if the
12747:         * MeasureSpec imposed no constraints. Will get larger if allowed
12748:         * by the MeasureSpec.
12749:         *
12750:         * @param size Default size for this view
12751:         * @param measureSpec Constraints imposed by the parent
12752:         * @return The size this view should be.
12753:         */
12754:        public static int getDefaultSize(int size, int measureSpec) {
12755:            int result = size;
12756:            int specMode = MeasureSpec.getMode(measureSpec);
12757:            int specSize = MeasureSpec.getSize(measureSpec);
12758:
12759:            switch (specMode) {
12760:            case MeasureSpec.UNSPECIFIED:
12761:                result = size;
12762:                break;
12763:            case MeasureSpec.AT_MOST:
12764:            case MeasureSpec.EXACTLY:
12765:                result = specSize;
12766:                break;
12767:            }
12768:            return result;
12769:        }
```

```
12770:
12771:    /**
12772:     * Returns the suggested minimum height that the view should use. This
12773:     * returns the maximum of the view's minimum height
12774:     * and the background's minimum height
12775:     * ({@link android.graphics.drawable.Drawable#getMinimumHeight()}).
12776:     * <p>
12777:     * When being used in {@link #onMeasure(int, int)}, the caller should still
12778:     * ensure the returned height is within the requirements of the parent.
12779:     *
12780:     * @return The suggested minimum height of the view.
12781:     */
12782:    protected int getSuggestedMinimumHeight() {
12783:        int suggestedMinHeight = mMinHeight;
12784:
12785:        if (mBGDrawable != null) {
12786:            final int bgMinHeight = mBGDrawable.getMinimumHeight();
12787:            if (suggestedMinHeight < bgMinHeight) {
12788:                suggestedMinHeight = bgMinHeight;
12789:            }
12790:        }
12791:
12792:        return suggestedMinHeight;
12793:    }
12794:
12795:    /**
12796:     * Returns the suggested minimum width that the view should use. This
12797:     * returns the maximum of the view's minimum width)
12798:     * and the background's minimum width
12799:     *  ({@link android.graphics.drawable.Drawable#getMinimumWidth()}).
12800:     * <p>
12801:     * When being used in {@link #onMeasure(int, int)}, the caller should still
12802:     * ensure the returned width is within the requirements of the parent.
12803:     *
12804:     * @return The suggested minimum width of the view.
12805:     */
12806:    protected int getSuggestedMinimumWidth() {
12807:        int suggestedMinWidth = mMinWidth;
12808:
```

```
12809:        if (mBGDrawable != null) {
12810:            final int bgMinWidth = mBGDrawable.getMinimumWidth();
12811:            if (suggestedMinWidth < bgMinWidth) {
12812:                suggestedMinWidth = bgMinWidth;
12813:            }
12814:        }
12815:
12816:        return suggestedMinWidth;
12817:    }
12818:
12819:    /**
12820:     * Sets the minimum height of the view. It is not guaranteed the view will
12821:     * be able to achieve this minimum height (for example, if its parent layout
12822:     * constrains it with less available height).
12823:     *
12824:     * @param minHeight The minimum height the view will try to be.
12825:     */
12826:    public void setMinimumHeight(int minHeight) {
12827:        mMinHeight = minHeight;
12828:    }
12829:
12830:    /**
12831:     * Sets the minimum width of the view. It is not guaranteed the view will
12832:     * be able to achieve this minimum width (for example, if its parent layout
12833:     * constrains it with less available width).
12834:     *
12835:     * @param minWidth The minimum width the view will try to be.
12836:     */
12837:    public void setMinimumWidth(int minWidth) {
12838:        mMinWidth = minWidth;
12839:    }
12840:
12841:    /**
12842:     * Get the animation currently associated with this view.
12843:     *
12844:     * @return The animation that is currently playing or
12845:     *         scheduled to play for this view.
12846:     */
12847:    public Animation getAnimation() {
```

```
12848:        return mCurrentAnimation;
12849:    }
12850:
12851:    /**
12852:     * Start the specified animation now.
12853:     *
12854:     * @param animation the animation to start now
12855:     */
12856:    public void startAnimation(Animation animation) {
12857:        animation.setStartTime(Animation.START_ON_FIRST_FRAME);
12858:        setAnimation(animation);
12859:        invalidateParentCaches();
12860:        invalidate(true);
12861:    }
12862:
12863:    /**
12864:     * Cancels any animations for this view.
12865:     */
12866:    public void clearAnimation() {
12867:        if (mCurrentAnimation != null) {
12868:            mCurrentAnimation.detach();
12869:        }
12870:        mCurrentAnimation = null;
12871:        invalidateParentIfNeeded();
12872:    }
12873:
12874:    /**
12875:     * Sets the next animation to play for this view.
12876:     * If you want the animation to play immediately, use
12877:     * startAnimation. This method provides allows fine-grained
12878:     * control over the start time and invalidation, but you
12879:     * must make sure that 1) the animation has a start time set, and
12880:     * 2) the view will be invalidated when the animation is supposed to
12881:     * start.
12882:     *
12883:     * @param animation The next animation, or null.
12884:     */
12885:    public void setAnimation(Animation animation) {
12886:        mCurrentAnimation = animation;
```

View.java

```
12887:            if (animation != null) {
12888:                animation.reset();
12889:            }
12890:        }
12891:
12892:        /**
12893:         * Invoked by a parent ViewGroup to notify the start of the animation
12894:         * currently associated with this view. If you override this method,
12895:         * always call super.onAnimationStart();
12896:         *
12897:         * @see #setAnimation(android.view.animation.Animation)
12898:         * @see #getAnimation()
12899:         */
12900:        protected void onAnimationStart() {
12901:            mPrivateFlags |= ANIMATION_STARTED;
12902:        }
12903:
12904:        /**
12905:         * Invoked by a parent ViewGroup to notify the end of the animation
12906:         * currently associated with this view. If you override this method,
12907:         * always call super.onAnimationEnd();
12908:         *
12909:         * @see #setAnimation(android.view.animation.Animation)
12910:         * @see #getAnimation()
12911:         */
12912:        protected void onAnimationEnd() {
12913:            mPrivateFlags &= ~ANIMATION_STARTED;
12914:        }
12915:
12916:        /**
12917:         * Invoked if there is a Transform that involves alpha. Subclass that can
12918:         * draw themselves with the specified alpha should return true, and then
12919:         * respect that alpha when their onDraw() is called. If this returns false
12920:         * then the view may be redirected to draw into an offscreen buffer to
12921:         * fulfill the request, which will look fine, but may be slower than if the
12922:         * subclass handles it internally. The default implementation returns false.
12923:         *
12924:         * @param alpha The alpha (0..255) to apply to the view's drawing
12925:         * @return true if the view can draw with the specified alpha.
```

```
12926:        */
12927:       protected boolean onSetAlpha(int alpha) {
12928:           return false;
12929:       }
12930:
12931:       /**
12932:        * This is used by the RootView to perform an optimization when
12933:        * the view hierarchy contains one or several SurfaceView.
12934:        * SurfaceView is always considered transparent, but its children are not,
12935:        * therefore all View objects remove themselves from the global transparent
12936:        * region (passed as a parameter to this function).
12937:        *
12938:        * @param region The transparent region for this ViewAncestor (window).
12939:        *
12940:        * @return Returns true if the effective visibility of the view at this
12941:        * point is opaque, regardless of the transparent region; returns false
12942:        * if it is possible for underlying windows to be seen behind the view.
12943:        *
12944:        * {@hide}
12945:        */
12946:       public boolean gatherTransparentRegion(Region region) {
12947:           final AttachInfo attachInfo = mAttachInfo;
12948:           if (region != null && attachInfo != null) {
12949:               final int pflags = mPrivateFlags;
12950:               if ((pflags & SKIP_DRAW) == 0) {
12951:                   // The SKIP_DRAW flag IS NOT set, so this view draws. We need to
12952:                   // remove it from the transparent region.
12953:                   final int[] location = attachInfo.mTransparentLocation;
12954:                   getLocationInWindow(location);
12955:                   region.op(location[0], location[1], location[0] + mRight - mLeft,
12956:                           location[1] + mBottom - mTop, Region.Op.DIFFERENCE);
12957:               } else if ((pflags & ONLY_DRAWS_BACKGROUND) != 0 && mBGDrawable != null) {
12958:                   // The ONLY_DRAWS_BACKGROUND flag IS set and the background drawable
12959:                   // exists, so we remove the background drawable's non-transparent
12960:                   // parts from this transparent region.
12961:                   applyDrawableToTransparentRegion(mBGDrawable, region);
12962:               }
12963:           }
12964:           return true;
```

```
12965:    }
12966:
12967:    /**
12968:     * Play a sound effect for this view.
12969:     *
12970:     * <p>The framework will play sound effects for some built in actions, such as
12971:     * clicking, but you may wish to play these effects in your widget,
12972:     * for instance, for internal navigation.
12973:     *
12974:     * <p>The sound effect will only be played if sound effects are enabled by the user, and
12975:     * {@link #isSoundEffectsEnabled()} is true.
12976:     *
12977:     * @param soundConstant One of the constants defined in {@link SoundEffectConstants}
12978:     */
12979:    public void playSoundEffect(int soundConstant) {
12980:        if (mAttachInfo == null || mAttachInfo.mRootCallbacks == null || !
              isSoundEffectsEnabled()) {
12981:            return;
12982:        }
12983:        mAttachInfo.mRootCallbacks.playSoundEffect(soundConstant);
12984:    }
12985:
12986:    /**
12987:     * BZZZTT!!1!
12988:     *
12989:     * <p>Provide haptic feedback to the user for this view.
12990:     *
12991:     * <p>The framework will provide haptic feedback for some built in actions,
12992:     * such as long presses, but you may wish to provide feedback for your
12993:     * own widget.
12994:     *
12995:     * <p>The feedback will only be performed if
12996:     * {@link #isHapticFeedbackEnabled()} is true.
12997:     *
12998:     * @param feedbackConstant One of the constants defined in
12999:     * {@link HapticFeedbackConstants}
13000:     */
13001:    public boolean performHapticFeedback(int feedbackConstant) {
13002:        return performHapticFeedback(feedbackConstant, 0);
```

View.java

```
13003:    }
13004:
13005:    /**
13006:     * BZZZTT!!1!
13007:     *
13008:     * <p>Like {@link #performHapticFeedback(int)}, with additional options.
13009:     *
13010:     * @param feedbackConstant One of the constants defined in
13011:     * {@link HapticFeedbackConstants}
13012:     * @param flags Additional flags as per {@link HapticFeedbackConstants}.
13013:     */
13014:    public boolean performHapticFeedback(int feedbackConstant, int flags) {
13015:        if (mAttachInfo == null) {
13016:            return false;
13017:        }
13018:        //noinspection SimplifiableIfStatement
13019:        if ((flags & HapticFeedbackConstants.FLAG_IGNORE_VIEW_SETTING) == 0
13020:                && !isHapticFeedbackEnabled()) {
13021:            return false;
13022:        }
13023:        return mAttachInfo.mRootCallbacks.performHapticFeedback(feedbackConstant,
13024:                (flags & HapticFeedbackConstants.FLAG_IGNORE_GLOBAL_SETTING) != 0);
13025:    }
13026:
13027:    /**
13028:     * Request that the visibility of the status bar be changed.
13029:     * @param visibility  Bitwise-or of flags {@link #SYSTEM_UI_FLAG_LOW_PROFILE} or
13030:     * {@link #SYSTEM_UI_FLAG_HIDE_NAVIGATION}.
13031:     */
13032:    public void setSystemUiVisibility(int visibility) {
13033:        if (visibility != mSystemUiVisibility) {
13034:            mSystemUiVisibility = visibility;
13035:            if (mParent != null && mAttachInfo != null && !mAttachInfo.
mRecomputeGlobalAttributes) {
13036:                mParent.recomputeViewAttributes(this);
13037:            }
13038:        }
13039:    }
13040:
```

```
View.java

13041:    /**
13042:     * Returns the status bar visibility that this view has requested.
13043:     * @return  Bitwise-or of flags {@link #SYSTEM_UI_FLAG_LOW_PROFILE} or
13044:     * {@link #SYSTEM_UI_FLAG_HIDE_NAVIGATION}.
13045:     */
13046:    public int getSystemUiVisibility() {
13047:        return mSystemUiVisibility;
13048:    }
13049:
13050:    /**
13051:     * Set a listener to receive callbacks when the visibility of the system bar changes.
13052:     * @param l  The {@link OnSystemUiVisibilityChangeListener} to receive callbacks.
13053:     */
13054:    public void setOnSystemUiVisibilityChangeListener(OnSystemUiVisibilityChangeListener l) {
13055:        mOnSystemUiVisibilityChangeListener = l;
13056:        if (mParent != null && mAttachInfo != null && !mAttachInfo.mRecomputeGlobalAttributes
13057:                ) {
13058:            mParent.recomputeViewAttributes(this);
13059:        }
13060:    }
13061:
13062:    /**
13063:     * Dispatch callbacks to {@link #setOnSystemUiVisibilityChangeListener} down
13064:     * the view hierarchy.
13065:     */
13066:    public void dispatchSystemUiVisibilityChanged(int visibility) {
13067:        if (mOnSystemUiVisibilityChangeListener != null) {
13068:            mOnSystemUiVisibilityChangeListener.onSystemUiVisibilityChange(
13069:                    visibility & PUBLIC_STATUS_BAR_VISIBILITY_MASK);
13070:        }
13071:    }
13072:
13073:    void updateLocalSystemUiVisibility(int localValue, int localChanges) {
13074:        int val = (mSystemUiVisibility&~localChanges) | (localValue&localChanges);
13075:        if (val != mSystemUiVisibility) {
13076:            setSystemUiVisibility(val);
13077:        }
13078:    }
```

View.java

```
13079:        /**
13080:         * Creates an image that the system displays during the drag and drop
13081:         * operation. This is called a &quot;drag shadow&quot;. The default implementation
13082:         * for a DragShadowBuilder based on a View returns an image that has exactly the same
13083:         * appearance as the given View. The default also positions the center of the drag shadow
13084:         * directly under the touch point. If no View is provided (the constructor with no
        parameters
13085:         * is used), and {@link #onProvideShadowMetrics(Point,Point) onProvideShadowMetrics()}}
        and
13086:         * {@link #onDrawShadow(Canvas) onDrawShadow()} are not overriden, then the
13087:         * default is an invisible drag shadow.
13088:         * <p>
13089:         * You are not required to use the View you provide to the constructor as the basis of
        the
13090:         * drag shadow. The {@link #onDrawShadow(Canvas) onDrawShadow()} method allows you to
        draw
13091:         * anything you want as the drag shadow.
13092:         * </p>
13093:         * <p>
13094:         * You pass a DragShadowBuilder object to the system when you start the drag. The system
13095:         * calls {@link #onProvideShadowMetrics(Point,Point) onProvideShadowMetrics()} to get
        the
13096:         * size and position of the drag shadow. It uses this data to construct a
13097:         * {@link android.graphics.Canvas} object, then it calls {@link #onDrawShadow(Canvas)
        onDrawShadow()}.
13098:         * so that your application can draw the shadow image in the Canvas.
13099:         * </p>
13100:         *
13101:         * <div class="special reference">
13102:         * <h3>Developer Guides</h3>
13103:         * <p>For a guide to implementing drag and drop features, read the
13104:         * <a href="{@docRoot}guide/topics/ui/drag-drop.html">Drag and Drop</a> developer guide.<
        /p>
13105:         * </div>
13106:         */
13107:        public static class DragShadowBuilder {
13108:            private final WeakReference<View> mView;
13109:
13110:            /**
```

View.java

```
13111:          * Constructs a shadow image builder based on a View. By default, the resulting drag
13112:          * shadow will have the same appearance and dimensions as the View, with the touch
        point
13113:          * over the center of the View.
13114:          * @param view A View. Any View in scope can be used.
13115:          */
13116:         public DragShadowBuilder(View view) {
13117:             mView = new WeakReference<View>(view);
13118:         }
13119:
13120:         /**
13121:          * Construct a shadow builder object with no associated View.  This
13122:          * constructor variant is only useful when the {@link #onProvideShadowMetrics(Point,
        Point)}
13123:          * and {@link #onDrawShadow(Canvas)} methods are also overridden in order
13124:          * to supply the drag shadow's dimensions and appearance without
13125:          * reference to any View object. If they are not overridden, then the result is an
13126:          * invisible drag shadow.
13127:          */
13128:         public DragShadowBuilder() {
13129:             mView = new WeakReference<View>(null);
13130:         }
13131:
13132:         /**
13133:          * Returns the View object that had been passed to the
13134:          * {@link #View.DragShadowBuilder(View)}
13135:          * constructor.  If that View parameter was {@code null} or if the
13136:          * {@link #View.DragShadowBuilder()}
13137:          * constructor was used to instantiate the builder object, this method will return
13138:          * null.
13139:          *
13140:          * @return The View object associate with this builder object.
13141:          */
13142:         @SuppressWarnings({"JavadocReference"})
13143:         final public View getView() {
13144:             return mView.get();
13145:         }
13146:
13147:         /**
```

```
13148:     * Provides the metrics for the shadow image. These include the dimensions of
13149:     * the shadow image, and the point within that shadow that should
13150:     * be centered under the touch location while dragging.
13151:     * <p>
13152:     * The default implementation sets the dimensions of the shadow to be the
13153:     * same as the dimensions of the View itself and centers the shadow under
13154:     * the touch point.
13155:     * </p>
13156:     *
13157:     * @param shadowSize A {@link android.graphics.Point} containing the width and height
13158:     * of the shadow image. Your application must set {@link android.graphics.Point#x} to
the
13159:     * desired width and must set {@link android.graphics.Point#y} to the desired height
of the
13160:     * image.
13161:     *
13162:     * @param shadowTouchPoint A {@link android.graphics.Point} for the position within
the
13163:     * shadow image that should be underneath the touch point during the drag and drop
13164:     * operation. Your application must set {@link android.graphics.Point#x} to the
13165:     * X coordinate and {@link android.graphics.Point#y} to the Y coordinate of this
position.
13166:     */
13167:    public void onProvideShadowMetrics(Point shadowSize, Point shadowTouchPoint) {
13168:        final View view = mView.get();
13169:        if (view != null) {
13170:            shadowSize.set(view.getWidth(), view.getHeight());
13171:            shadowTouchPoint.set(shadowSize.x / 2, shadowSize.y / 2);
13172:        } else {
13173:            Log.e(View.VIEW_LOG_TAG, "Asked for drag thumb metrics but no view");
13174:        }
13175:    }
13176:
13177:    /**
13178:     * Draws the shadow image. The system creates the {@link android.graphics.Canvas}
object
13179:     * based on the dimensions it received from the
13180:     * {@link #onProvideShadowMetrics(Point, Point)} callback.
13181:     *
```

```
13182:        * @param canvas A {@link android.graphics.Canvas} object in which to draw the shadow
        image.
13183:        */
13184:       public void onDrawShadow(Canvas canvas) {
13185:           final View view = mView.get();
13186:           if (view != null) {
13187:               view.draw(canvas);
13188:           } else {
13189:               Log.e(View.VIEW_LOG_TAG, "Asked to draw drag shadow but no view");
13190:           }
13191:       }
13192:   }
13193:
13194:   /**
13195:    * Starts a drag and drop operation. When your application calls this method, it passes a
13196:    * {@link android.view.View.DragShadowBuilder} object to the system. The
13197:    * system calls this object's {@link DragShadowBuilder#onProvideShadowMetrics(Point,
        Point)}
13198:    * to get metrics for the drag shadow, and then calls the object's
13199:    * {@link DragShadowBuilder#onDrawShadow(Canvas)} to draw the drag shadow itself.
13200:    * <p>
13201:    * Once the system has the drag shadow, it begins the drag and drop operation by sending
13202:    * drag events to all the View objects in your application that are currently visible.
        It does
13203:    * this either by calling the View object's drag listener (an implementation of
13204:    * {@link android.view.View.OnDragListener#onDrag(View,DragEvent) onDrag()} or by
        calling the
13205:    * View object's {@link android.view.View#onDragEvent(DragEvent) onDragEvent()} method.
13206:    * Both are passed a {@link android.view.DragEvent} object that has a
13207:    * {@link android.view.DragEvent#getAction()} value of
13208:    * {@link android.view.DragEvent#ACTION_DRAG_STARTED}.
13209:    * </p>
13210:    * <p>
13211:    * Your application can invoke startDrag() on any attached View object. The View object
        does not
13212:    * need to be the one used in {@link android.view.View.DragShadowBuilder}, nor does it
        need to
13213:    * be related to the View the user selected for dragging.
13214:    * </p>
```

```
13215:     * @param data A {@link android.content.ClipData} object pointing to the data to be
13216:     * transferred by the drag and drop operation.
13217:     * @param shadowBuilder A {@link android.view.View.DragShadowBuilder} object for building
           the
13218:     * drag shadow.
13219:     * @param myLocalState An {@link java.lang.Object} containing local data about the drag
           and
13220:     * drop operation. This Object is put into every DragEvent object sent by the system
           during the
13221:     * current drag.
13222:     * <p>
13223:     * myLocalState is a lightweight mechanism for the sending information from the dragged
           View
13224:     * to the target Views. For example, it can contain flags that differentiate between a
13225:     * a copy operation and a move operation.
13226:     * </p>
13227:     * @param flags Flags that control the drag and drop operation. No flags are currently
           defined,
13228:     * so the parameter should be set to 0.
13229:     * @return {@code true} if the method completes successfully, or
13230:     * {@code false} if it fails anywhere. Returning {@code false} means the system was
           unable to
13231:     * do a drag, and so no drag operation is in progress.
13232:     */
13233:    public final boolean startDrag(ClipData data, DragShadowBuilder shadowBuilder,
13234:            Object myLocalState, int flags) {
13235:        if (ViewDebug.DEBUG_DRAG) {
13236:            Log.d(VIEW_LOG_TAG, "startDrag: data=" + data + " flags=" + flags);
13237:        }
13238:        boolean okay = false;
13239:
13240:        Point shadowSize = new Point();
13241:        Point shadowTouchPoint = new Point();
13242:        shadowBuilder.onProvideShadowMetrics(shadowSize, shadowTouchPoint);
13243:
13244:        if ((shadowSize.x < 0) || (shadowSize.y < 0) ||
13245:                (shadowTouchPoint.x < 0) || (shadowTouchPoint.y < 0)) {
13246:            throw new IllegalStateException("Drag shadow dimensions must not be negative");
13247:        }
```

```
13248:        if (ViewDebug.DEBUG_DRAG) {
13249:            Log.d(VIEW_LOG_TAG, "drag shadow: width=" + shadowSize.x + " height=" +
13250:    shadowSize.y
13251:                + " shadowX=" + shadowTouchPoint.x + " shadowY=" + shadowTouchPoint.y);
13252:        }
13253:        Surface surface = new Surface();
13254:        try {
13255:            IBinder token = mAttachInfo.mSession.prepareDrag(mAttachInfo.mWindow,
13256:                    flags, shadowSize.x, shadowSize.y, surface);
13257:            if (ViewDebug.DEBUG_DRAG) Log.d(VIEW_LOG_TAG, "prepareDrag returned token=" +
13258:    token
13259:                + " surface=" + surface);
13260:            if (token != null) {
13261:                Canvas canvas = surface.lockCanvas(null);
13262:                try {
13263:                    canvas.drawColor(0, PorterDuff.Mode.CLEAR);
13264:                    shadowBuilder.onDrawShadow(canvas);
13265:                } finally {
13266:                    surface.unlockCanvasAndPost(canvas);
13267:                }
13268:
13269:                final ViewRootImpl root = getViewRootImpl();
13270:
13271:                // Cache the local state object for delivery with DragEvents
13272:                root.setLocalDragState(myLocalState);
13273:
13274:                // repurpose 'shadowSize' for the last touch point
13275:                root.getLastTouchPoint(shadowSize);
13276:
13277:                okay = mAttachInfo.mSession.performDrag(mAttachInfo.mWindow, token,
13278:                        shadowSize.x, shadowSize.y,
13279:                        shadowTouchPoint.x, shadowTouchPoint.y, data);
13280:                if (ViewDebug.DEBUG_DRAG) Log.d(VIEW_LOG_TAG, "performDrag returned " + okay)
13281:    ;
13282:                // Off and running!  Release our local surface instance; the drag
13283:                // shadow surface is now managed by the system process.
                    surface.release();
```

```
13284:              }
13285:          } catch (Exception e) {
13286:              Log.e(VIEW_LOG_TAG, "Unable to initiate drag", e);
13287:              surface.destroy();
13288:          }
13289:
13290:          return okay;
13291:
13292:      }
13293:
13294:      /**
13295:       * Handles drag events sent by the system following a call to
             * {@link android.view.View#startDrag(ClipData,DragShadowBuilder,Object,int) startDrag()}
         .
13296:       * <p>
13297:       * When the system calls this method, it passes a
13298:       * {@link android.view.DragEvent} object. A call to
13299:       * {@link android.view.DragEvent#getAction()} returns one of the action type constants
defined
drop
13300:       * in DragEvent. The method uses these to determine what is happening in the drag and
13301:       * operation.
13302:       * @param event The {@link android.view.DragEvent} sent by the system.
13303:       * The {@link android.view.DragEvent#getAction()} method returns an action type constant
defined
13304:       * in DragEvent, indicating the type of drag event represented by this object.
13305:       * @return {@code true} if the method was successful, otherwise {@code false}.
13306:       * <p>
13307:       * The method should return {@code true} in response to an action type of
13308:       * {@link android.view.DragEvent#ACTION_DRAG_STARTED} to receive drag events for the
current
13309:       * operation.
13310:       * </p>
13311:       * <p>
13312:       * The method should also return {@code true} in response to an action type of
13313:       * {@link android.view.DragEvent#ACTION_DROP} if it consumed the drop, or
13314:       * {@code false} if it didn't.
13315:       * </p>
13316:       */
13317:      public boolean onDragEvent(DragEvent event) {
```

```
13318:          * return false;
13319:      }
13320:
13321:     /**
13322:      * Detects if this View is enabled and has a drag event listener.
13323:      * If both are true, then it calls the drag event listener with the
13324:      * {@link android.view.DragEvent} it received. If the drag event listener returns
13325:      * {@code true}, then dispatchDragEvent() returns {@code true}.
13326:      * <p>
13327:      * For all other cases, the method calls the
13328:      * {@link android.view.View#onDragEvent(DragEvent) onDragEvent()} drag event handler
13329:      * method and returns its result.
13330:      * </p>
13331:      * <p>
13332:      * This ensures that a drag event is always consumed, even if the View does not have a
                drag
13333:      * event listener. However, if the View has a listener and the listener returns true,
                then
13334:      * onDragEvent() is not called.
13335:      * </p>
13336:      */
13337:     public boolean dispatchDragEvent(DragEvent event) {
13338:         //noinspection SimplifiableIfStatement
13339:         if (mOnDragListener != null && (mViewFlags & ENABLED_MASK) == ENABLED
13340:                 && mOnDragListener.onDrag(this, event)) {
13341:             return true;
13342:         }
13343:         return onDragEvent(event);
13344:     }
13345:
13346:     boolean canAcceptDrag() {
13347:         return (mPrivateFlags2 & DRAG_CAN_ACCEPT) != 0;
13348:     }
13349:
13350:     /**
13351:      * This needs to be a better API (NOT ON VIEW) before it is exposed.  If
13352:      * it is ever exposed at all.
13353:      * @hide
13354:      */
```

```
13355:     public void onCloseSystemDialogs(String reason) {
13356:     }
13357:
13358:     /**
13359:      * Given a Drawable whose bounds have been set to draw into this view,
13360:      * update a Region being computed for
13361:      * {@link #gatherTransparentRegion(android.graphics.Region)} so
13362:      * that any non-transparent parts of the Drawable are removed from the
13363:      * given transparent region.
13364:      *
13365:      * @param dr The Drawable whose transparency is to be applied to the region.
13366:      * @param region A Region holding the current transparency information,
13367:      * where any parts of the region that are set are considered to be
13368:      * transparent. On return, this region will be modified to have the
13369:      * transparency information reduced by the corresponding parts of the
13370:      * Drawable that are not transparent.
13371:      * {@hide}
13372:      */
13373:     public void applyDrawableToTransparentRegion(Drawable dr, Region region) {
13374:         if (DBG) {
13375:             Log.i("View", "Getting transparent region for: " + this);
13376:         }
13377:         final Region r = dr.getTransparentRegion();
13378:         final Rect db = dr.getBounds();
13379:         final AttachInfo attachInfo = mAttachInfo;
13380:         if (r != null && attachInfo != null) {
13381:             final int w = getRight()-getLeft();
13382:             final int h = getBottom()-getTop();
13383:             if (db.left > 0) {
13384:                 //Log.i("VIEW", "Drawable left " + db.left + " > view 0");
13385:                 r.op(0, 0, db.left, h, Region.Op.UNION);
13386:             }
13387:             if (db.right < w) {
13388:                 //Log.i("VIEW", "Drawable right " + db.right + " < view " + w);
13389:                 r.op(db.right, 0, w, h, Region.Op.UNION);
13390:             }
13391:             if (db.top > 0) {
13392:                 //Log.i("VIEW", "Drawable top " + db.top + " > view 0");
13393:                 r.op(0, 0, w, db.top, Region.Op.UNION);
```

```
13394:             }
13395:             if (db.bottom < h) {
13396:                 //Log.i("VIEW", "Drawable bottom " + db.bottom + " < view " + h);
13397:                 r.op(0, db.bottom, w, h, Region.Op.UNION);
13398:             }
13399:             final int[] location = attachInfo.mTransparentLocation;
13400:             getLocationInWindow(location);
13401:             r.translate(location[0], location[1]);
13402:             region.op(r, Region.Op.INTERSECT);
13403:         } else {
13404:             region.op(db, Region.Op.DIFFERENCE);
13405:         }
13406:     }
13407:
13408:     private void checkForLongClick(int delayOffset) {
13409:         if ((mViewFlags & LONG_CLICKABLE) == LONG_CLICKABLE) {
13410:             mHasPerformedLongPress = false;
13411:
13412:             if (mPendingCheckForLongPress == null) {
13413:                 mPendingCheckForLongPress = new CheckForLongPress();
13414:             }
13415:             mPendingCheckForLongPress.rememberWindowAttachCount();
13416:             postDelayed(mPendingCheckForLongPress,
13417:                     ViewConfiguration.getLongPressTimeout() - delayOffset);
13418:         }
13419:     }
13420:
13421:     /**
13422:      * Inflate a view from an XML resource.  This convenience method wraps the {@link
13423:      * LayoutInflater} class, which provides a full range of options for view inflation.
13424:      *
13425:      * @param context The Context object for your activity or application.
13426:      * @param resource The resource ID to inflate
13427:      * @param root A view group that will be the parent.  Used to properly inflate the
13428:      * layout_* parameters.
13429:      * @see LayoutInflater
13430:      */
13431:     public static View inflate(Context context, int resource, ViewGroup root) {
13432:         LayoutInflater factory = LayoutInflater.from(context);
```

```
13433:            return factory.inflate(resource, root);
13434:        }
13435:
13436:        /**
13437:         * Scroll the view with standard behavior for scrolling beyond the normal
13438:         * content boundaries. Views that call this method should override
13439:         * {@link #onOverScrolled(int, int, boolean, boolean)} to respond to the
13440:         * results of an over-scroll operation.
13441:         *
13442:         * Views can use this method to handle any touch or fling-based scrolling.
13443:         *
13444:         * @param deltaX Change in X in pixels
13445:         * @param deltaY Change in Y in pixels
13446:         * @param scrollX Current X scroll value in pixels before applying deltaX
13447:         * @param scrollY Current Y scroll value in pixels before applying deltaY
13448:         * @param scrollRangeX Maximum content scroll range along the X axis
13449:         * @param scrollRangeY Maximum content scroll range along the Y axis
13450:         * @param maxOverScrollX Number of pixels to overscroll by in either direction
13451:         *        along the X axis.
13452:         * @param maxOverScrollY Number of pixels to overscroll by in either direction
13453:         *        along the Y axis.
13454:         * @param isTouchEvent true if this scroll operation is the result of a touch event.
13455:         * @return true if scrolling was clamped to an over-scroll boundary along either
13456:         *         axis, false otherwise.
13457:         */
13458:        @SuppressWarnings({"UnusedParameters"})
13459:        protected boolean overScrollBy(int deltaX, int deltaY,
13460:                int scrollX, int scrollY,
13461:                int scrollRangeX, int scrollRangeY,
13462:                int maxOverScrollX, int maxOverScrollY,
13463:                boolean isTouchEvent) {
13464:            final int overScrollMode = mOverScrollMode;
13465:            final boolean canScrollHorizontal =
13466:                    computeHorizontalScrollRange() > computeHorizontalScrollExtent();
13467:            final boolean canScrollVertical =
13468:                    computeVerticalScrollRange() > computeVerticalScrollExtent();
13469:            final boolean overScrollHorizontal = overScrollMode == OVER_SCROLL_ALWAYS ||
13470:                    (overScrollMode == OVER_SCROLL_IF_CONTENT_SCROLLS && canScrollHorizontal);
13471:            final boolean overScrollVertical = overScrollMode == OVER_SCROLL_ALWAYS ||
```

View.java

```
13472:                    (overScrollMode == OVER_SCROLL_IF_CONTENT_SCROLLS && canScrollVertical);
13473:
13474:            int newScrollX = scrollX + deltaX;
13475:            if (!overScrollHorizontal) {
13476:                maxOverScrollX = 0;
13477:            }
13478:
13479:            int newScrollY = scrollY + deltaY;
13480:            if (!overScrollVertical) {
13481:                maxOverScrollY = 0;
13482:            }
13483:
13484:            // Clamp values if at the limits and record
13485:            final int left = -maxOverScrollX;
13486:            final int right = maxOverScrollX + scrollRangeX;
13487:            final int top = -maxOverScrollY;
13488:            final int bottom = maxOverScrollY + scrollRangeY;
13489:
13490:            boolean clampedX = false;
13491:            if (newScrollX > right) {
13492:                newScrollX = right;
13493:                clampedX = true;
13494:            } else if (newScrollX < left) {
13495:                newScrollX = left;
13496:                clampedX = true;
13497:            }
13498:
13499:            boolean clampedY = false;
13500:            if (newScrollY > bottom) {
13501:                newScrollY = bottom;
13502:                clampedY = true;
13503:            } else if (newScrollY < top) {
13504:                newScrollY = top;
13505:                clampedY = true;
13506:            }
13507:
13508:            onOverScrolled(newScrollX, newScrollY, clampedX, clampedY);
13509:
13510:            return clampedX || clampedY;
```

```java
13511:    }
13512:
13513:    /**
13514:     * Called by {@link #overScrollBy(int, int, int, int, int, int, int, int, boolean)} to
13515:     * respond to the results of an over-scroll operation.
13516:     *
13517:     * @param scrollX New X scroll value in pixels
13518:     * @param scrollY New Y scroll value in pixels
13519:     * @param clampedX True if scrollX was clamped to an over-scroll boundary
13520:     * @param clampedY True if scrollY was clamped to an over-scroll boundary
13521:     */
13522:    protected void onOverScrolled(int scrollX, int scrollY,
13523:            boolean clampedX, boolean clampedY) {
13524:        // Intentionally empty.
13525:    }
13526:
13527:    /**
13528:     * Returns the over-scroll mode for this view. The result will be
13529:     * one of {@link #OVER_SCROLL_ALWAYS} (default), {@link #OVER_SCROLL_IF_CONTENT_SCROLLS}
13530:     * (allow over-scrolling only if the view content is larger than the container),
13531:     * or {@link #OVER_SCROLL_NEVER}.
13532:     *
13533:     * @return This view's over-scroll mode.
13534:     */
13535:    public int getOverScrollMode() {
13536:        return mOverScrollMode;
13537:    }
13538:
13539:    /**
13540:     * Set the over-scroll mode for this view. Valid over-scroll modes are
13541:     * {@link #OVER_SCROLL_ALWAYS} (default), {@link #OVER_SCROLL_IF_CONTENT_SCROLLS}
13542:     * (allow over-scrolling only if the view content is larger than the container),
13543:     * or {@link #OVER_SCROLL_NEVER}.
13544:     *
13545:     * Setting the over-scroll mode of a view will have an effect only if the
13546:     * view is capable of scrolling.
13547:     *
13548:     * @param overScrollMode The new over-scroll mode for this view.
13549:     */
```

View.java

```
13550:    public void setOverScrollMode(int overScrollMode) {
13551:        if (overScrollMode != OVER_SCROLL_ALWAYS &&
13552:                overScrollMode != OVER_SCROLL_IF_CONTENT_SCROLLS &&
13553:                overScrollMode != OVER_SCROLL_NEVER) {
13554:            throw new IllegalArgumentException("Invalid overscroll mode " + overScrollMode);
13555:        }
13556:        mOverScrollMode = overScrollMode;
13557:    }
13558:
13559:    /**
13560:     * Gets a scale factor that determines the distance the view should scroll
13561:     * vertically in response to {@link MotionEvent#ACTION_SCROLL}.
13562:     * @return The vertical scroll scale factor.
13563:     * @hide
13564:     */
13565:    protected float getVerticalScrollFactor() {
13566:        if (mVerticalScrollFactor == 0) {
13567:            TypedValue outValue = new TypedValue();
13568:            if (!mContext.getTheme().resolveAttribute(
13569:                    com.android.internal.R.attr.listPreferredItemHeight, outValue, true)) {
13570:                throw new IllegalStateException(
13571:                        "Expected theme to define listPreferredItemHeight.");
13572:            }
13573:            mVerticalScrollFactor = outValue.getDimension(
13574:                    mContext.getResources().getDisplayMetrics());
13575:        }
13576:        return mVerticalScrollFactor;
13577:    }
13578:
13579:    /**
13580:     * Gets a scale factor that determines the distance the view should scroll
13581:     * horizontally in response to {@link MotionEvent#ACTION_SCROLL}.
13582:     * @return The horizontal scroll scale factor.
13583:     * @hide
13584:     */
13585:    protected float getHorizontalScrollFactor() {
13586:        // TODO: Should use something else.
13587:        return getVerticalScrollFactor();
13588:    }
```

```
13589:
13590:    /**
13591:     * Return the value specifying the text direction or policy that was set with
13592:     * {@link #setTextDirection(int)}.
13593:     *
13594:     * @return the defined text direction. It can be one of:
13595:     *
13596:     * {@link #TEXT_DIRECTION_INHERIT},
13597:     * {@link #TEXT_DIRECTION_FIRST_STRONG}
13598:     * {@link #TEXT_DIRECTION_ANY_RTL},
13599:     * {@link #TEXT_DIRECTION_LTR},
13600:     * {@link #TEXT_DIRECTION_RTL},
13601:     *
13602:     * @hide
13603:     */
13604:    public int getTextDirection() {
13605:        return mTextDirection;
13606:    }
13607:
13608:    /**
13609:     * Set the text direction.
13610:     *
13611:     * @param textDirection the direction to set. Should be one of:
13612:     *
13613:     * {@link #TEXT_DIRECTION_INHERIT},
13614:     * {@link #TEXT_DIRECTION_FIRST_STRONG}
13615:     * {@link #TEXT_DIRECTION_ANY_RTL},
13616:     * {@link #TEXT_DIRECTION_LTR},
13617:     * {@link #TEXT_DIRECTION_RTL},
13618:     *
13619:     * @hide
13620:     */
13621:    public void setTextDirection(int textDirection) {
13622:        if (textDirection != mTextDirection) {
13623:            mTextDirection = textDirection;
13624:            resetResolvedTextDirection();
13625:            requestLayout();
13626:        }
13627:    }
```

```
13628:
13629:    /**
13630:     * Return the resolved text direction.
13631:     *
13632:     * @return the resolved text direction. Return one of:
13633:     *
13634:     * {@link #TEXT_DIRECTION_FIRST_STRONG}
13635:     * {@link #TEXT_DIRECTION_ANY_RTL},
13636:     * {@link #TEXT_DIRECTION_LTR},
13637:     * {@link #TEXT_DIRECTION_RTL},
13638:     *
13639:     * @hide
13640:     */
13641:    public int getResolvedTextDirection() {
13642:        if (mResolvedTextDirection == TEXT_DIRECTION_INHERIT) {
13643:            resolveTextDirection();
13644:        }
13645:        return mResolvedTextDirection;
13646:    }
13647:
13648:    /**
13649:     * Resolve the text direction.
13650:     *
13651:     * @hide
13652:     */
13653:    protected void resolveTextDirection() {
13654:        if (mTextDirection != TEXT_DIRECTION_INHERIT) {
13655:            mResolvedTextDirection = mTextDirection;
13656:            return;
13657:        }
13658:        if (mParent != null && mParent instanceof ViewGroup) {
13659:            mResolvedTextDirection = ((ViewGroup) mParent).getResolvedTextDirection();
13660:            return;
13661:        }
13662:        mResolvedTextDirection = TEXT_DIRECTION_FIRST_STRONG;
13663:    }
13664:
13665:    /**
13666:     * Reset resolved text direction. Will be resolved during a call to
```

View.java

```
           getResolvedTextDirection().
13667:     *
13668:     * @hide
13669:     */
13670:    protected void resetResolvedTextDirection() {
13671:        mResolvedTextDirection = TEXT_DIRECTION_INHERIT;
13672:    }
13673:
13674:    //
13675:    // Properties
13676:    //
13677:    /**
13678:     * A Property wrapper around the <code>alpha</code> functionality handled by the
13679:     * {@link View#setAlpha(float)} and {@link View#getAlpha()} methods.
13680:     */
13681:    public static Property<View, Float> ALPHA = new FloatProperty<View>("alpha") {
13682:        @Override
13683:        public void setValue(View object, float value) {
13684:            object.setAlpha(value);
13685:        }
13686:
13687:        @Override
13688:        public Float get(View object) {
13689:            return object.getAlpha();
13690:        }
13691:    };
13692:
13693:    /**
13694:     * A Property wrapper around the <code>translationX</code> functionality handled by the
13695:     * {@link View#setTranslationX(float)} and {@link View#getTranslationX()} methods.
13696:     */
13697:    public static Property<View, Float> TRANSLATION_X = new FloatProperty<View>(
           "translationX") {
13698:        @Override
13699:        public void setValue(View object, float value) {
13700:            object.setTranslationX(value);
13701:        }
13702:
13703:        @Override
```

```
13704:        public Float get(View object) {
13705:            return object.getTranslationX();
13706:        }
13707:    };
13708:
13709:    /**
13710:     * A Property wrapper around the <code>translationY</code> functionality handled by the
13711:     * {@link View#setTranslationY(float)} and {@link View#getTranslationY()} methods.
13712:     */
13713:    public static Property<View, Float> TRANSLATION_Y = new FloatProperty<View>(
"translationY") {
13714:        @Override
13715:        public void setValue(View object, float value) {
13716:            object.setTranslationY(value);
13717:        }
13718:
13719:        @Override
13720:        public Float get(View object) {
13721:            return object.getTranslationY();
13722:        }
13723:    };
13724:
13725:    /**
13726:     * A Property wrapper around the <code>x</code> functionality handled by the
13727:     * {@link View#setX(float)} and {@link View#getX()} methods.
13728:     */
13729:    public static Property<View, Float> X = new FloatProperty<View>("x") {
13730:        @Override
13731:        public void setValue(View object, float value) {
13732:            object.setX(value);
13733:        }
13734:
13735:        @Override
13736:        public Float get(View object) {
13737:            return object.getX();
13738:        }
13739:    };
13740:
13741:    /**
```

```
13742:      * A Property wrapper around the <code>y</code> functionality handled by the
13743:      * {@link View#setY(float)} and {@link View#getY()} methods.
13744:      */
13745:     public static Property<View, Float> Y = new FloatProperty<View>("y") {
13746:         @Override
13747:         public void setValue(View object, float value) {
13748:             object.setY(value);
13749:         }
13750:
13751:         @Override
13752:         public Float get(View object) {
13753:             return object.getY();
13754:         }
13755:     };
13756:
13757:     /**
13758:      * A Property wrapper around the <code>rotation</code> functionality handled by the
13759:      * {@link View#setRotation(float)} and {@link View#getRotation()} methods.
13760:      */
13761:     public static Property<View, Float> ROTATION = new FloatProperty<View>("rotation") {
13762:         @Override
13763:         public void setValue(View object, float value) {
13764:             object.setRotation(value);
13765:         }
13766:
13767:         @Override
13768:         public Float get(View object) {
13769:             return object.getRotation();
13770:         }
13771:     };
13772:
13773:     /**
13774:      * A Property wrapper around the <code>rotationX</code> functionality handled by the
13775:      * {@link View#setRotationX(float)} and {@link View#getRotationX()} methods.
13776:      */
13777:     public static Property<View, Float> ROTATION_X = new FloatProperty<View>("rotationX") {
13778:         @Override
13779:         public void setValue(View object, float value) {
13780:             object.setRotationX(value);
```

```
13781:                }
13782:
13783:                @Override
13784:                public Float get(View object) {
13785:                    return object.getRotationX();
13786:                }
13787:            };
13788:
13789:            /**
13790:             * A Property wrapper around the <code>rotationY</code> functionality handled by the
13791:             * {@link View#setRotationY(float)} and {@link View#getRotationY()} methods.
13792:             */
13793:            public static Property<View, Float> ROTATION_Y = new FloatProperty<View>("rotationY") {
13794:                @Override
13795:                public void setValue(View object, float value) {
13796:                    object.setRotationY(value);
13797:                }
13798:
13799:                @Override
13800:                public Float get(View object) {
13801:                    return object.getRotationY();
13802:                }
13803:            };
13804:
13805:            /**
13806:             * A Property wrapper around the <code>scaleX</code> functionality handled by the
13807:             * {@link View#setScaleX(float)} and {@link View#getScaleX()} methods.
13808:             */
13809:            public static Property<View, Float> SCALE_X = new FloatProperty<View>("scaleX") {
13810:                @Override
13811:                public void setValue(View object, float value) {
13812:                    object.setScaleX(value);
13813:                }
13814:
13815:                @Override
13816:                public Float get(View object) {
13817:                    return object.getScaleX();
13818:                }
13819:            };
```

```
View.java

13820:
13821:     /**
13822:      * A Property wrapper around the <code>scaleY</code> functionality handled by the
13823:      * {@link View#setScaleY(float)} and {@link View#getScaleY()} methods.
13824:      */
13825:     public static Property<View, Float> SCALE_Y = new FloatProperty<View>("scaleY") {
13826:         @Override
13827:         public void setValue(View object, float value) {
13828:             object.setScaleY(value);
13829:         }
13830:
13831:         @Override
13832:         public Float get(View object) {
13833:             return object.getScaleY();
13834:         }
13835:     };
13836:
13837:     /**
13838:      * A MeasureSpec encapsulates the layout requirements passed from parent to child.
13839:      * Each MeasureSpec represents a requirement for either the width or the height.
13840:      * A MeasureSpec is comprised of a size and a mode. There are three possible
13841:      * modes:
13842:      * <dl>
13843:      * <dt>UNSPECIFIED</dt>
13844:      * <dd>
13845:      * The parent has not imposed any constraint on the child. It can be whatever size
13846:      * it wants.
13847:      * </dd>
13848:      *
13849:      * <dt>EXACTLY</dt>
13850:      * <dd>
13851:      * The parent has determined an exact size for the child. The child is going to be
13852:      * given those bounds regardless of how big it wants to be.
13853:      * </dd>
13854:      *
13855:      * <dt>AT_MOST</dt>
13856:      * <dd>
13857:      * The child can be as large as it wants up to the specified size.
13858:      * </dd>
```

View.java

```
13859:        * </dl>
13860:        *
13861:        * MeasureSpecs are implemented as ints to reduce object allocation. This class
13862:        * is provided to pack and unpack the &lt;size, mode&gt; tuple into the int.
13863:        */
13864:       public static class MeasureSpec {
13865:           private static final int MODE_SHIFT = 30;
13866:           private static final int MODE_MASK  = 0x3 << MODE_SHIFT;
13867:
13868:           /**
13869:            * Measure specification mode: The parent has not imposed any constraint
13870:            * on the child. It can be whatever size it wants.
13871:            */
13872:           public static final int UNSPECIFIED = 0 << MODE_SHIFT;
13873:
13874:           /**
13875:            * Measure specification mode: The parent has determined an exact size
13876:            * for the child. The child is going to be given those bounds regardless
13877:            * of how big it wants to be.
13878:            */
13879:           public static final int EXACTLY     = 1 << MODE_SHIFT;
13880:
13881:           /**
13882:            * Measure specification mode: The child can be as large as it wants up
13883:            * to the specified size.
13884:            */
13885:           public static final int AT_MOST     = 2 << MODE_SHIFT;
13886:
13887:           /**
13888:            * Creates a measure specification based on the supplied size and mode.
13889:            *
13890:            * The mode must always be one of the following:
13891:            * <ul>
13892:            * <li>{@link android.view.View.MeasureSpec#UNSPECIFIED}</li>
13893:            * <li>{@link android.view.View.MeasureSpec#EXACTLY}</li>
13894:            * <li>{@link android.view.View.MeasureSpec#AT_MOST}</li>
13895:            * </ul>
13896:            *
13897:            * @param size the size of the measure specification
```

View.java

```
13898:        * @param mode the mode of the measure specification
13899:        * @return the measure specification based on size and mode
13900:        */
13901:       public static int makeMeasureSpec(int size, int mode) {
13902:           return size + mode;
13903:       }
13904:
13905:       /**
13906:        * Extracts the mode from the supplied measure specification.
13907:        *
13908:        * @param measureSpec the measure specification to extract the mode from
13909:        * @return {@link android.view.View.MeasureSpec#UNSPECIFIED},
13910:        *         {@link android.view.View.MeasureSpec#AT_MOST} or
13911:        *         {@link android.view.View.MeasureSpec#EXACTLY}
13912:        */
13913:       public static int getMode(int measureSpec) {
13914:           return (measureSpec & MODE_MASK);
13915:       }
13916:
13917:       /**
13918:        * Extracts the size from the supplied measure specification.
13919:        *
13920:        * @param measureSpec the measure specification to extract the size from
13921:        * @return the size in pixels defined in the supplied measure specification
13922:        */
13923:       public static int getSize(int measureSpec) {
13924:           return (measureSpec & ~MODE_MASK);
13925:       }
13926:
13927:       /**
13928:        * Returns a String representation of the specified measure
13929:        * specification.
13930:        *
13931:        * @param measureSpec the measure specification to convert to a String
13932:        * @return a String with the following format: "MeasureSpec: MODE SIZE"
13933:        */
13934:       public static String toString(int measureSpec) {
13935:           int mode = getMode(measureSpec);
13936:           int size = getSize(measureSpec);
```

```
13937:                StringBuilder sb = new StringBuilder("MeasureSpec: ");
13938:
13939:                if (mode == UNSPECIFIED)
13940:                    sb.append("UNSPECIFIED ");
13941:                else if (mode == EXACTLY)
13942:                    sb.append("EXACTLY ");
13943:                else if (mode == AT_MOST)
13944:                    sb.append("AT_MOST ");
13945:                else
13946:                    sb.append(mode).append(" ");
13947:
13948:                sb.append(size);
13949:                return sb.toString();
13950:            }
13951:        }
13952:
13953:
13954:        class CheckForLongPress implements Runnable {
13955:
13956:            private int mOriginalWindowAttachCount;
13957:
13958:            public void run() {
13959:                if (isPressed() && (mParent != null)
13960:                        && mOriginalWindowAttachCount == mWindowAttachCount) {
13961:                    if (performLongClick()) {
13962:                        mHasPerformedLongPress = true;
13963:                    }
13964:                }
13965:            }
13966:
13967:            public void rememberWindowAttachCount() {
13968:                mOriginalWindowAttachCount = mWindowAttachCount;
13969:            }
13970:        }
13971:
13972:        private final class CheckForTap implements Runnable {
13973:            public void run() {
13974:                mPrivateFlags &= ~PREPRESSED;
13975:                mPrivateFlags |= PRESSED;
```

```
13976:            refreshDrawableState();
13977:            checkForLongClick(ViewConfiguration.getTapTimeout());
13978:        }
13979:    }
13980:
13981:    private final class PerformClick implements Runnable {
13982:        public void run() {
13983:            performClick();
13984:        }
13985:    }
13986:
13987:    /** @hide */
13988:    public void hackTurnOffWindowResizeAnim(boolean off) {
13989:        mAttachInfo.mTurnOffWindowResizeAnim = off;
13990:    }
13991:
13992:    /**
13993:     * This method returns a ViewPropertyAnimator object, which can be used to animate
13994:     * specific properties on this View.
13995:     *
13996:     * @return ViewPropertyAnimator The ViewPropertyAnimator associated with this View.
13997:     */
13998:    public ViewPropertyAnimator animate() {
13999:        if (mAnimator == null) {
14000:            mAnimator = new ViewPropertyAnimator(this);
14001:        }
14002:        return mAnimator;
14003:    }
14004:
14005:    /**
14006:     * Interface definition for a callback to be invoked when a key event is
14007:     * dispatched to this view. The callback will be invoked before the key
14008:     * event is given to the view.
14009:     */
14010:    public interface OnKeyListener {
14011:        /**
14012:         * Called when a key is dispatched to a view. This allows listeners to
14013:         * get a chance to respond before the target view.
14014:         *
```

```
14015:          * @param v The view the key has been dispatched to.
14016:          * @param keyCode The code for the physical key that was pressed
14017:          * @param event The KeyEvent object containing full information about
14018:          *        the event.
14019:          * @return True if the listener has consumed the event, false otherwise.
14020:          */
14021:         boolean onKey(View v, int keyCode, KeyEvent event);
14022:     }
14023:
14024:     /**
14025:      * Interface definition for a callback to be invoked when a touch event is
14026:      * dispatched to this view. The callback will be invoked before the touch
14027:      * event is given to the view.
14028:      */
14029:     public interface OnTouchListener {
14030:         /**
14031:          * Called when a touch event is dispatched to a view. This allows listeners to
14032:          * get a chance to respond before the target view.
14033:          *
14034:          * @param v The view the touch event has been dispatched to.
14035:          * @param event The MotionEvent object containing full information about
14036:          *        the event.
14037:          * @return True if the listener has consumed the event, false otherwise.
14038:          */
14039:         boolean onTouch(View v, MotionEvent event);
14040:     }
14041:
14042:     /**
14043:      * Interface definition for a callback to be invoked when a hover event is
14044:      * dispatched to this view. The callback will be invoked before the hover
14045:      * event is given to the view.
14046:      */
14047:     public interface OnHoverListener {
14048:         /**
14049:          * Called when a hover event is dispatched to a view. This allows listeners to
14050:          * get a chance to respond before the target view.
14051:          *
14052:          * @param v The view the hover event has been dispatched to.
14053:          * @param event The MotionEvent object containing full information about
```

View.java

```
14054:          *           the event.
14055:          * @return True if the listener has consumed the event, false otherwise.
14056:          */
14057:         boolean onHover(View v, MotionEvent event);
14058:
14059:     }
14060:
14061:     /**
14062:      * Interface definition for a callback to be invoked when a generic motion event is
14063:      * dispatched to this view. The callback will be invoked before the generic motion
14064:      * event is given to the view.
14065:      */
14066:     public interface OnGenericMotionListener {
14067:         /**
14068:          * Called when a generic motion event is dispatched to a view. This allows listeners
to
14069:          * get a chance to respond before the target view.
14070:          *
14071:          * @param v The view the generic motion event has been dispatched to.
14072:          * @param event The MotionEvent object containing full information about
14073:          *           the event.
14074:          * @return True if the listener has consumed the event, false otherwise.
14075:          */
14076:         boolean onGenericMotion(View v, MotionEvent event);
14077:
14078:     }
14079:
14080:     /**
14081:      * Interface definition for a callback to be invoked when a view has been clicked and
held.
14082:      */
14083:     public interface OnLongClickListener {
14084:         /**
14085:          * Called when a view has been clicked and held.
14086:          *
14087:          * @param v The view that was clicked and held.
14088:          *
14089:          * @return true if the callback consumed the long click, false otherwise.
14090:          */
```
         boolean onLongClick(View v);

     }

View.java

```
14091:    /**
14092:     * Interface definition for a callback to be invoked when a drag is being dispatched
14093:     * to this view. The callback will be invoked before the hosting view's own
14094:     * onDrag(event) method. If the listener wants to fall back to the hosting view's
14095:     * onDrag(event) behavior, it should return 'false' from this callback.
14096:     *
14097:     * <div class="special reference">
14098:     * <h3>Developer Guides</h3>
14099:     * <p>For a guide to implementing drag and drop features, read the
14100:     * <a href="{@docRoot}guide/topics/ui/drag-drop.html">Drag and Drop</a> developer guide.</
14101: p>
14102:     * </div>
14103:     */
14104:    public interface OnDragListener {
14105:        /**
14106:         * Called when a drag event is dispatched to a view. This allows listeners
14107:         * to get a chance to override base View behavior.
14108:         *
14109:         * @param v The View that received the drag event.
14110:         * @param event The {@link android.view.DragEvent} object for the drag event.
14111:         * @return {@code true} if the drag event was handled successfully, or {@code false}
14112:         * if the drag event was not handled. Note that {@code false} will trigger the View
14113:         * to call its {@link #onDragEvent(DragEvent) onDragEvent()} handler.
14114:         */
14115:        boolean onDrag(View v, DragEvent event);
14116:
14117:    }
14118:    /**
14119:     * Interface definition for a callback to be invoked when the focus state of
14120:     * a view changed.
14121:     */
14122:    public interface OnFocusChangeListener {
14123:        /**
14124:         * Called when the focus state of a view has changed.
14125:         *
14126:         * @param v The view whose state has changed.
14127:         * @param hasFocus The new focus state of v.
14128:         */
```

View.java

```
14129:        void onFocusChange(View v, boolean hasFocus);
14130:
14131:    }
14132:
14133:    /**
14134:     * Interface definition for a callback to be invoked when a view is clicked.
14135:     */
14136:    public interface OnClickListener {
14137:        /**
14138:         * Called when a view has been clicked.
14139:         *
14140:         * @param v The view that was clicked.
14141:         */
14142:        void onClick(View v);
14143:    }
14144:
14145:    /**
14146:     * Interface definition for a callback to be invoked when the context menu
14147:     * for this view is being built.
14148:     */
14149:    public interface OnCreateContextMenuListener {
14150:        /**
14151:         * Called when the context menu for this view is being built. It is not
14152:         * safe to hold onto the menu after this method returns.
14153:         *
14154:         * @param menu The context menu that is being built
14155:         * @param v The view for which the context menu is being built
14156:         * @param menuInfo Extra information about the item for which the
14157:         *            context menu should be shown. This information will vary
14158:         *            depending on the class of v.
14159:         */
14160:        void onCreateContextMenu(ContextMenu menu, View v, ContextMenuInfo menuInfo);
14161:    }
14162:
14163:    /**
14164:     * Interface definition for a callback to be invoked when the status bar changes
14165:     * visibility.  This reports <strong>global</strong> changes to the system UI
14166:     * state, not just what the application is requesting.
14167:     *
14168:     * @see View#setOnSystemUiVisibilityChangeListener(android.view.View.
```

View.java

```
            OnSystemUiVisibilityChangeListener)
14168:      */
14169:     public interface OnSystemUiVisibilityChangeListener {
14170:         /**
14171:          * Called when the status bar changes visibility because of a call to
14172:          * {@link View#setSystemUiVisibility(int)}.
14173:          *
14174:          * @param visibility  Bitwise-or of flags {@link #SYSTEM_UI_FLAG_LOW_PROFILE} or
14175:          * {@link #SYSTEM_UI_FLAG_HIDE_NAVIGATION}. This tells you the
14176:          * <strong>global</strong> state of the UI visibility flags, not what your
14177:          * app is currently applying.
14178:          */
14179:         public void onSystemUiVisibilityChange(int visibility);
14180:     }
14181:
14182:     /**
14183:      * Interface definition for a callback to be invoked when this view is attached
14184:      * or detached from its window.
14185:      */
14186:     public interface OnAttachStateChangeListener {
14187:         /**
14188:          * Called when the view is attached to a window.
14189:          * @param v The view that was attached
14190:          */
14191:         public void onViewAttachedToWindow(View v);
14192:         /**
14193:          * Called when the view is detached from a window.
14194:          * @param v The view that was detached
14195:          */
14196:         public void onViewDetachedFromWindow(View v);
14197:     }
14198:
14199:     private final class UnsetPressedState implements Runnable {
14200:         public void run() {
14201:             setPressed(false);
14202:         }
14203:     }
14204:
14205:     /**
```

View.java

```
14206:      * Base class for derived classes that want to save and restore their own
14207:      * state in {@link android.view.View#onSaveInstanceState()}.
14208:      */
14209:     public static class BaseSavedState extends AbsSavedState {
14210:         /**
14211:          * Constructor used when reading from a parcel. Reads the state of the superclass.
14212:          *
14213:          * @param source
14214:          */
14215:         public BaseSavedState(Parcel source) {
14216:             super(source);
14217:         }
14218:
14219:         /**
14220:          * Constructor called by derived classes when creating their SavedState objects
14221:          *
14222:          * @param superState The state of the superclass of this view
14223:          */
14224:         public BaseSavedState(Parcelable superState) {
14225:             super(superState);
14226:         }
14227:
14228:         public static final Parcelable.Creator<BaseSavedState> CREATOR =
14229:                 new Parcelable.Creator<BaseSavedState>() {
14230:             public BaseSavedState createFromParcel(Parcel in) {
14231:                 return new BaseSavedState(in);
14232:             }
14233:
14234:             public BaseSavedState[] newArray(int size) {
14235:                 return new BaseSavedState[size];
14236:             }
14237:         };
14238:     }
14239:
14240:     /**
14241:      * A set of information given to a view when it is attached to its parent
14242:      * window.
14243:      */
14244:     static class AttachInfo {
```

```
14245:    interface Callbacks {
14246:        void playSoundEffect(int effectId);
14247:        boolean performHapticFeedback(int effectId, boolean always);
14248:    }
14249:
14250:    /**
14251:     * InvalidateInfo is used to post invalidate(int, int, int, int) messages
14252:     * to a Handler. This class contains the target (View) to invalidate and
14253:     * the coordinates of the dirty rectangle.
14254:     *
14255:     * For performance purposes, this class also implements a pool of up to
14256:     * POOL_LIMIT objects that get reused. This reduces memory allocations
14257:     * whenever possible.
14258:     */
14259:    static class InvalidateInfo implements Poolable<InvalidateInfo> {
14260:        private static final int POOL_LIMIT = 10;
14261:        private static final Pool<InvalidateInfo> sPool = Pools.synchronizedPool(
14262:                Pools.finitePool(new PoolableManager<InvalidateInfo>() {
14263:                    public InvalidateInfo newInstance() {
14264:                        return new InvalidateInfo();
14265:                    }
14266:
14267:                    public void onAcquired(InvalidateInfo element) {
14268:                    }
14269:
14270:                    public void onReleased(InvalidateInfo element) {
14271:                        element.target = null;
14272:                    }
14273:                }, POOL_LIMIT)
14274:        );
14275:
14276:        private InvalidateInfo mNext;
14277:        private boolean mIsPooled;
14278:
14279:        View target;
14280:
14281:        int left;
14282:        int top;
14283:        int right;
```

View.java

```
14284:        int bottom;
14285:
14286:        public void setNextPoolable(InvalidateInfo element) {
14287:            mNext = element;
14288:        }
14289:
14290:        public InvalidateInfo getNextPoolable() {
14291:            return mNext;
14292:        }
14293:
14294:        static InvalidateInfo acquire() {
14295:            return sPool.acquire();
14296:        };
14297:
14298:        void release() {
14299:            sPool.release(this);
14300:        }
14301:
14302:        public boolean isPooled() {
14303:            return mIsPooled;
14304:        }
14305:
14306:        public void setPooled(boolean isPooled) {
14307:            mIsPooled = isPooled;
14308:        }
14309:    }
14310:
14311:    final IWindowSession mSession;
14312:
14313:    final IWindow mWindow;
14314:
14315:    final IBinder mWindowToken;
14316:
14317:    final Callbacks mRootCallbacks;
14318:
14319:    HardwareCanvas mHardwareCanvas;
14320:
14321:    /**
14322:     * The top view of the hierarchy.
```

12/1/11 10:44 PM

View.java

```
14323:        */
14324:       View mRootView;
14325:
14326:       IBinder mPanelParentWindowToken;
14327:       Surface mSurface;
14328:
14329:       boolean mHardwareAccelerated;
14330:       boolean mHardwareAccelerationRequested;
14331:       HardwareRenderer mHardwareRenderer;
14332:
14333:       /**
14334:        * Scale factor used by the compatibility mode
14335:        */
14336:       float mApplicationScale;
14337:
14338:       /**
14339:        * Indicates whether the application is in compatibility mode
14340:        */
14341:       boolean mScalingRequired;
14342:
14343:       /**
14344:        * If set, ViewAncestor doesn't use its lame animation for when the window resizes.
14345:        */
14346:       boolean mTurnOffWindowResizeAnim;
14347:
14348:       /**
14349:        * Left position of this view's window
14350:        */
14351:       int mWindowLeft;
14352:
14353:       /**
14354:        * Top position of this view's window
14355:        */
14356:       int mWindowTop;
14357:
14358:       /**
14359:        * Indicates whether views need to use 32-bit drawing caches
14360:        */
14361:       boolean mUse32BitDrawingCache;
```

```
14362:
14363:    /**
14364:     * For windows that are full-screen but using insets to layout inside
14365:     * of the screen decorations, these are the current insets for the
14366:     * content of the window.
14367:     */
14368:    final Rect mContentInsets = new Rect();
14369:
14370:    /**
14371:     * For windows that are full-screen but using insets to layout inside
14372:     * of the screen decorations, these are the current insets for the
14373:     * actual visible parts of the window.
14374:     */
14375:    final Rect mVisibleInsets = new Rect();
14376:
14377:    /**
14378:     * The internal insets given by this window.  This value is
14379:     * supplied by the client (through
14380:     * {@link ViewTreeObserver.OnComputeInternalInsetsListener}) and will
14381:     * be given to the window manager when changed to be used in laying
14382:     * out windows behind it.
14383:     */
14384:    final ViewTreeObserver.InternalInsetsInfo mGivenInternalInsets
14385:            = new ViewTreeObserver.InternalInsetsInfo();
14386:
14387:    /**
14388:     * All views in the window's hierarchy that serve as scroll containers,
14389:     * used to determine if the window can be resized or must be panned
14390:     * to adjust for a soft input area.
14391:     */
14392:    final ArrayList<View> mScrollContainers = new ArrayList<View>();
14393:
14394:    final KeyEvent.DispatcherState mKeyDispatchState
14395:            = new KeyEvent.DispatcherState();
14396:
14397:    /**
14398:     * Indicates whether the view's window currently has the focus.
14399:     */
14400:    boolean mHasWindowFocus;
```

```
14401:
14402:    /**
14403:     * The current visibility of the window.
14404:     */
14405:    int mWindowVisibility;
14406:
14407:    /**
14408:     * Indicates the time at which drawing started to occur.
14409:     */
14410:    long mDrawingTime;
14411:
14412:    /**
14413:     * Indicates whether or not ignoring the DIRTY_MASK flags.
14414:     */
14415:    boolean mIgnoreDirtyState;
14416:
14417:    /**
14418:     * This flag tracks when the mIgnoreDirtyState flag is set during draw(),
14419:     * to avoid clearing that flag prematurely.
14420:     */
14421:    boolean mSetIgnoreDirtyState = false;
14422:
14423:    /**
14424:     * Indicates whether the view's window is currently in touch mode.
14425:     */
14426:    boolean mInTouchMode;
14427:
14428:    /**
14429:     * Indicates that ViewAncestor should trigger a global layout change
14430:     * the next time it performs a traversal
14431:     */
14432:    boolean mRecomputeGlobalAttributes;
14433:
14434:    /**
14435:     * Always report new attributes at next traversal.
14436:     */
14437:    boolean mForceReportNewAttributes;
14438:
14439:    /**
```

```
14440:       * Set during a traveral if any views want to keep the screen on.
14441:       */
14442:      boolean mKeepScreenOn;
14443:
14444:      /**
14445:       * Bitwise-or of all of the values that views have passed to setSystemUiVisibility().
14446:       */
14447:      int mSystemUiVisibility;
14448:
14449:      /**
14450:       * True if a view in this hierarchy has an OnSystemUiVisibilityChangeListener
14451:       * attached.
14452:       */
14453:      boolean mHasSystemUiListeners;
14454:
14455:      /**
14456:       * Set if the visibility of any views has changed.
14457:       */
14458:      boolean mViewVisibilityChanged;
14459:
14460:      /**
14461:       * Set to true if a view has been scrolled.
14462:       */
14463:      boolean mViewScrollChanged;
14464:
14465:      /**
14466:       * Global to the view hierarchy used as a temporary for dealing with
14467:       * x/y points in the transparent region computations.
14468:       */
14469:      final int[] mTransparentLocation = new int[2];
14470:
14471:      /**
14472:       * Global to the view hierarchy used as a temporary for dealing with
14473:       * x/y points in the ViewGroup.invalidateChild implementation.
14474:       */
14475:      final int[] mInvalidateChildLocation = new int[2];
14476:
14477:
14478:      /**
```

View.java

```
14479:     * Global to the view hierarchy used as a temporary for dealing with
14480:     * x/y location when view is transformed.
14481:     */
14482:    final float[] mTmpTransformLocation = new float[2];
14483:
14484:    /**
14485:     * The view tree observer used to dispatch global events like
14486:     * layout, pre-draw, touch mode change, etc.
14487:     */
14488:    final ViewTreeObserver mTreeObserver = new ViewTreeObserver();
14489:
14490:    /**
14491:     * A Canvas used by the view hierarchy to perform bitmap caching.
14492:     */
14493:    Canvas mCanvas;
14494:
14495:    /**
14496:     * A Handler supplied by a view's {@link android.view.ViewRootImpl}. This
14497:     * handler can be used to pump events in the UI events queue.
14498:     */
14499:    final Handler mHandler;
14500:
14501:    /**
14502:     * Identifier for messages requesting the view to be invalidated.
14503:     * Such messages should be sent to {@link #mHandler}.
14504:     */
14505:    static final int INVALIDATE_MSG = 0x1;
14506:
14507:    /**
14508:     * Identifier for messages requesting the view to invalidate a region.
14509:     * Such messages should be sent to {@link #mHandler}.
14510:     */
14511:    static final int INVALIDATE_RECT_MSG = 0x2;
14512:
14513:    /**
14514:     * Temporary for use in computing invalidate rectangles while
14515:     * calling up the hierarchy.
14516:     */
14517:    final Rect mTmpInvalRect = new Rect();
```

```
14518:
14519:    /**
14520:     * Temporary for use in computing hit areas with transformed views
14521:     */
14522:    final RectF mTmpTransformRect = new RectF();
14523:
14524:    /**
14525:     * Temporary list for use in collecting focusable descendents of a view.
14526:     */
14527:    final ArrayList<View> mFocusablesTempList = new ArrayList<View>(24);
14528:
14529:    /**
14530:     * The id of the window for accessibility purposes.
14531:     */
14532:    int mAccessibilityWindowId = View.NO_ID;
14533:
14534:    /**
14535:     * Creates a new set of attachment information with the specified
14536:     * events handler and thread.
14537:     *
14538:     * @param handler the events handler the view must use
14539:     */
14540:    AttachInfo(IWindowSession session, IWindow window,
14541:            Handler handler, Callbacks effectPlayer) {
14542:        mSession = session;
14543:        mWindow = window;
14544:        mWindowToken = window.asBinder();
14545:        mHandler = handler;
14546:        mRootCallbacks = effectPlayer;
14547:    }
14548:    }
14549:
14550:    /**
14551:     * <p>ScrollabilityCache holds various fields used by a View when scrolling
14552:     * is supported. This avoids keeping too many unused fields in most
14553:     * instances of View.</p>
14554:     */
14555:    private static class ScrollabilityCache implements Runnable {
14556:
```

View.java

```
14557:    /**
14558:     * Scrollbars are not visible
14559:     */
14560:    public static final int OFF = 0;
14561:
14562:    /**
14563:     * Scrollbars are visible
14564:     */
14565:    public static final int ON = 1;
14566:
14567:    /**
14568:     * Scrollbars are fading away
14569:     */
14570:    public static final int FADING = 2;
14571:
14572:    public boolean fadeScrollBars;
14573:
14574:    public int fadingEdgeLength;
14575:    public int scrollBarDefaultDelayBeforeFade;
14576:    public int scrollBarFadeDuration;
14577:
14578:    public int scrollBarSize;
14579:    public ScrollBarDrawable scrollBar;
14580:    public float[] interpolatorValues;
14581:    public View host;
14582:
14583:    public final Paint paint;
14584:    public final Matrix matrix;
14585:    public Shader shader;
14586:
14587:    public final Interpolator scrollBarInterpolator = new Interpolator(1, 2);
14588:
14589:    private static final float[] OPAQUE = { 255 };
14590:    private static final float[] TRANSPARENT = { 0.0f };
14591:
14592:    /**
14593:     * When fading should start. This time moves into the future every time
14594:     * a new scroll happens. Measured based on SystemClock.uptimeMillis()
14595:     */
```

```java
14596:     public long fadeStartTime;
14597:
14598:
14599:     /**
14600:      * The current state of the scrollbars: ON, OFF, or FADING
14601:      */
14602:     public int state = OFF;
14603:
14604:     private int mLastColor;
14605:
14606:     public ScrollabilityCache(ViewConfiguration configuration, View host) {
14607:         fadingEdgeLength = configuration.getScaledFadingEdgeLength();
14608:         scrollBarSize = configuration.getScaledScrollBarSize();
14609:         scrollBarDefaultDelayBeforeFade = ViewConfiguration.getScrollDefaultDelay();
14610:         scrollBarFadeDuration = ViewConfiguration.getScrollBarFadeDuration();
14611:
14612:         paint = new Paint();
14613:         matrix = new Matrix();
14614:         // use a height of 1, and then wack the matrix each time we
14615:         // actually use it.
14616:         shader = new LinearGradient(0, 0, 0, 1, 0xFF000000, 0, Shader.TileMode.CLAMP);
14617:
14618:         paint.setShader(shader);
14619:         paint.setXfermode(new PorterDuffXfermode(PorterDuff.Mode.DST_OUT));
14620:         this.host = host;
14621:     }
14622:
14623:     public void setFadeColor(int color) {
14624:         if (color != 0 && color != mLastColor) {
14625:             mLastColor = color;
14626:             color |= 0xFF000000;
14627:
14628:             shader = new LinearGradient(0, 0, 0, 1, color | 0xFF000000,
14629:                     color & 0x00FFFFFF, Shader.TileMode.CLAMP);
14630:
14631:             paint.setShader(shader);
14632:             // Restore the default transfer mode (src_over)
14633:             paint.setXfermode(null);
14634:         }
```

View.java

```
14635:                        }
14636:
14637:            public void run() {
14638:                long now = AnimationUtils.currentAnimationTimeMillis();
14639:                if (now >= fadeStartTime) {
14640:
14641:                    // the animation fades the scrollbars out by changing
14642:                    // the opacity (alpha) from fully opaque to fully
14643:                    // transparent
14644:                    int nextFrame = (int) now;
14645:                    int framesCount = 0;
14646:
14647:                    Interpolator interpolator = scrollBarInterpolator;
14648:
14649:                    // Start opaque
14650:                    interpolator.setKeyFrame(framesCount++, nextFrame, OPAQUE);
14651:
14652:                    // End transparent
14653:                    nextFrame += scrollBarFadeDuration;
14654:                    interpolator.setKeyFrame(framesCount, nextFrame, TRANSPARENT);
14655:
14656:                    state = FADING;
14657:
14658:                    // Kick off the fade animation
14659:                    host.invalidate(true);
14660:                }
14661:            }
14662:        }
14663:
14664:        /**
14665:         * Resuable callback for sending
14666:         * {@link AccessibilityEvent#TYPE_VIEW_SCROLLED} accessibility event.
14667:         */
14668:        private class SendViewScrolledAccessibilityEvent implements Runnable {
14669:            public volatile boolean mIsPending;
14670:
14671:            public void run() {
14672:                sendAccessibilityEvent(AccessibilityEvent.TYPE_VIEW_SCROLLED);
14673:                mIsPending = false;
```

```
View.java
14674:        }
14675:    }
14676:
14677:    /**
14678:     * <p>
14679:     * This class represents a delegate that can be registered in a {@link View}
14680:     * to enhance accessibility support via composition rather via inheritance.
14681:     * It is specifically targeted to widget developers that extend basic View
14682:     * classes i.e. classes in package android.view, that would like their
14683:     * applications to be backwards compatible.
14684:     * </p>
14685:     * <p>
14686:     * A scenario in which a developer would like to use an accessibility delegate
14687:     * is overriding a method introduced in a later API version then the minimal API
14688:     * version supported by the application. For example, the method
14689:     * {@link View#onInitializeAccessibilityNodeInfo(AccessibilityNodeInfo)} is not available
14690:     * in API version 4 when the accessibility APIs were first introduced. If a
14691:     * developer would like his application to run on API version 4 devices (assuming
14692:     * all other APIs used by the application are version 4 or lower) and take advantage
14693:     * of this method, instead of overriding the method which would break the application's
14694:     * backwards compatibility, he can override the corresponding method in this
14695:     * delegate and register the delegate in the target View if the API version of
14696:     * the system is high enough i.e. the API version is same or higher to the API
14697:     * version that introduced
14698:     * {@link View#onInitializeAccessibilityNodeInfo(AccessibilityNodeInfo)}.
14699:     * </p>
14700:     * <p>
14701:     * Here is an example implementation:
14702:     * </p>
14703:     * <code><pre><p>
14704:     * if (Build.VERSION.SDK_INT >= 14) {
14705:     *     // If the API version is equal of higher than the version in
14706:     *     // which onInitializeAccessibilityNodeInfo was introduced we
14707:     *     // register a delegate with a customized implementation.
14708:     *     View view = findViewById(R.id.view_id);
14709:     *     view.setAccessibilityDelegate(new AccessibilityDelegate() {
14710:     *         public void onInitializeAccessibilityNodeInfo(View host,
14711:     *                 AccessibilityNodeInfo info) {
14712:     *             // Let the default implementation populate the info.
```

View.java

```
14713:     *         super.onInitializeAccessibilityNodeInfo(host, info);
14714:     *         // Set some other information.
14715:     *         info.setEnabled(host.isEnabled());
14716:     *     }
14717:     * }});
14718:     * }
14719:     * </code></pre></p>
14720:     * <p>
14721:     * This delegate contains methods that correspond to the accessibility methods
14722:     * in View. If a delegate has been specified the implementation in View hands
14723:     * off handling to the corresponding method in this delegate. The default
14724:     * implementation the delegate methods behaves exactly as the corresponding
14725:     * method in View for the case of no accessibility delegate been set. Hence,
14726:     * to customize the behavior of a View method, clients can override only the
14727:     * corresponding delegate method without altering the behavior of the rest
14728:     * accessibility related methods of the host view.
14729:     * </p>
14730:     */
14731: public static class AccessibilityDelegate {
14732:
14733:     /**
14734:      * Sends an accessibility event of the given type. If accessibility is not
14735:      * enabled this method has no effect.
14736:      * <p>
14737:      * The default implementation behaves as {@link View#sendAccessibilityEvent(int)
14738:      * View#sendAccessibilityEvent(int)} for the case of no accessibility delegate
14739:      * been set.
14740:      * </p>
14741:      *
14742:      * @param host The View hosting the delegate.
14743:      * @param eventType The type of the event to send.
14744:      *
14745:      * @see View#sendAccessibilityEvent(int) View#sendAccessibilityEvent(int)
14746:      */
14747:     public void sendAccessibilityEvent(View host, int eventType) {
14748:         host.sendAccessibilityEventInternal(eventType);
14749:     }
14750:
14751:     /**
```

```
14752:      * Sends an accessibility event. This method behaves exactly as
14753:      * {@link #sendAccessibilityEvent(View, int)} but takes as an argument an
14754:      * empty {@link AccessibilityEvent} and does not perform a check whether
14755:      * accessibility is enabled.
14756:      * <p>
14757:      * The default implementation behaves as
14758:      * {@link View#sendAccessibilityEventUnchecked(AccessibilityEvent)
14759:      *  View#sendAccessibilityEventUnchecked(AccessibilityEvent)} for
14760:      * the case of no accessibility delegate been set.
14761:      * </p>
14762:      *
14763:      * @param host The View hosting the delegate.
14764:      * @param event The event to send.
14765:      *
14766:      * @see View#sendAccessibilityEventUnchecked(AccessibilityEvent)
14767:      *      View#sendAccessibilityEventUnchecked(AccessibilityEvent)
14768:      */
14769:     public void sendAccessibilityEventUnchecked(View host, AccessibilityEvent event) {
14770:         host.sendAccessibilityEventUncheckedInternal(event);
14771:     }
14772:
14773:     /**
14774:      * Dispatches an {@link AccessibilityEvent} to the host {@link View} first and then
14775:      * to its children for adding their text content to the event.
14776:      * <p>
14777:      * The default implementation behaves as
14778:      * {@link View#dispatchPopulateAccessibilityEvent(AccessibilityEvent)
14779:      *  View#dispatchPopulateAccessibilityEvent(AccessibilityEvent)} for
14780:      * the case of no accessibility delegate been set.
14781:      * </p>
14782:      *
14783:      * @param host The View hosting the delegate.
14784:      * @param event The event.
14785:      * @return True if the event population was completed.
14786:      *
14787:      * @see View#dispatchPopulateAccessibilityEvent(AccessibilityEvent)
14788:      *      View#dispatchPopulateAccessibilityEvent(AccessibilityEvent)
14789:      */
14790:     public boolean dispatchPopulateAccessibilityEvent(View host, AccessibilityEvent event
```

View.java

```
        ) {
14791:            return host.dispatchPopulateAccessibilityEventInternal(event);
14792:        }
14793:
14794:        /**
14795:         * Gives a chance to the host View to populate the accessibility event with its
14796:         * text content.
14797:         * <p>
14798:         * The default implementation behaves as
14799:         * {@link View#onPopulateAccessibilityEvent(AccessibilityEvent)
14800:         *   View#onPopulateAccessibilityEvent(AccessibilityEvent)} for
14801:         * the case of no accessibility delegate been set.
14802:         * </p>
14803:         *
14804:         * @param host The View hosting the delegate.
14805:         * @param event The accessibility event which to populate.
14806:         *
14807:         * @see View#onPopulateAccessibilityEvent(AccessibilityEvent)
14808:         *   View#onPopulateAccessibilityEvent(AccessibilityEvent)
14809:         */
14810:        public void onPopulateAccessibilityEvent(View host, AccessibilityEvent event) {
14811:            host.onPopulateAccessibilityEventInternal(event);
14812:        }
14813:
14814:        /**
14815:         * Initializes an {@link AccessibilityEvent} with information about the
14816:         * the host View which is the event source.
14817:         * <p>
14818:         * The default implementation behaves as
14819:         * {@link View#onInitializeAccessibilityEvent(AccessibilityEvent)
14820:         *   View#onInitializeAccessibilityEvent(AccessibilityEvent)} for
14821:         * the case of no accessibility delegate been set.
14822:         * </p>
14823:         *
14824:         * @param host The View hosting the delegate.
14825:         * @param event The event to initialize.
14826:         *
14827:         * @see View#onInitializeAccessibilityEvent(AccessibilityEvent)
14828:         *   View#onInitializeAccessibilityEvent(AccessibilityEvent)
```

```
View.java

14829:          */
14830:         public void onInitializeAccessibilityEvent(View host, AccessibilityEvent event) {
14831:             host.onInitializeAccessibilityEventInternal(event);
14832:         }
14833:
14834:         /**
14835:          * Initializes an {@link AccessibilityNodeInfo} with information about the host view.
14836:          * <p>
14837:          * The default implementation behaves as
14838:          * {@link View#onInitializeAccessibilityNodeInfo(AccessibilityNodeInfo)
14839:          * View#onInitializeAccessibilityNodeInfo(AccessibilityNodeInfo)} for
14840:          * the case of no accessibility delegate been set.
14841:          * </p>
14842:          *
14843:          * @param host The View hosting the delegate.
14844:          * @param info The instance to initialize.
14845:          *
14846:          * @see View#onInitializeAccessibilityNodeInfo(AccessibilityNodeInfo)
14847:          * View#onInitializeAccessibilityNodeInfo(AccessibilityNodeInfo)
14848:          */
14849:         public void onInitializeAccessibilityNodeInfo(View host, AccessibilityNodeInfo info)
             {
14850:             host.onInitializeAccessibilityNodeInfoInternal(info);
14851:         }
14852:
14853:         /**
14854:          * Called when a child of the host View has requested sending an
14855:          * {@link AccessibilityEvent} and gives an opportunity to the parent (the host)
14856:          * to augment the event.
14857:          * <p>
14858:          * The default implementation behaves as
14859:          * {@link ViewGroup#onRequestSendAccessibilityEvent(View, AccessibilityEvent)
14860:          * ViewGroup#onRequestSendAccessibilityEvent(View, AccessibilityEvent)} for
14861:          * the case of no accessibility delegate been set.
14862:          * </p>
14863:          *
14864:          * @param host The View hosting the delegate.
14865:          * @param child The child which requests sending the event.
14866:          * @param event The event to be sent.
```

12/1/11 10:44 PM

View.java

```
14867:        * @return True if the event should be sent
14868:        *
14869:        * @see ViewGroup#onRequestSendAccessibilityEvent(View, AccessibilityEvent)
14870:        *     ViewGroup#onRequestSendAccessibilityEvent(View, AccessibilityEvent)
14871:        */
14872:       public boolean onRequestSendAccessibilityEvent(ViewGroup host, View child,
14873:               AccessibilityEvent event) {
14874:           return host.onRequestSendAccessibilityEventInternal(child, event);
14875:       }
14876:   }
14877: }
```