ORIGINAL

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

Filed
FEB 8 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CV 12-00630<br>CASE NO. 12-cv- LHK<br><br>**EXPERT DECLARATION OF DR .TODD C. MOWRY CONCERNING U.S. PATENT NO. 5,946,647**<br><br>HRL<br><br>**Hearing:**<br>Date:<br>Time:<br>Place:<br>Judge: |

**PART 4 OF 7**

21

```java
/*
 *
 * Licensed under the Apache License, Version 2.0 (the "License");
 * you may not use this file except in compliance with the License.
 * You may obtain a copy of the License at
 *
 *      http://www.apache.org/licenses/LICENSE-2.0
 *
 * Unless required by applicable law or agreed to in writing, software
 * distributed under the License is distributed on an "AS IS" BASIS,
 * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
 * See the License for the specific language governing permissions and
 * limitations under the License.
 */

package com.android.internal.policy.impl;

import static android.view.View.MeasureSpec.AT_MOST;
import static android.view.View.MeasureSpec.EXACTLY;
import static android.view.View.MeasureSpec.getMode;
import static android.view.ViewGroup.LayoutParams.MATCH_PARENT;
import static android.view.ViewGroup.LayoutParams.WRAP_CONTENT;
import static android.view.WindowManager.LayoutParams.FLAG_FULLSCREEN;
import static android.view.WindowManager.LayoutParams.FLAG_LAYOUT_INSET_DECOR;
import static android.view.WindowManager.LayoutParams.FLAG_LAYOUT_IN_SCREEN;
import static android.view.WindowManager.LayoutParams.FLAG_SHOW_WALLPAPER;
import static android.view.WindowManager.LayoutParams.FLAG_SPLIT_TOUCH;

import com.android.internal.view.RootViewSurfaceTaker;
import com.android.internal.view.StandaloneActionMode;
import com.android.internal.view.menu.ContextMenuBuilder;
import com.android.internal.view.menu.IconMenuPresenter;
import com.android.internal.view.menu.ListMenuPresenter;
import com.android.internal.view.menu.MenuBuilder;
import com.android.internal.view.menu.MenuDialogHelper;
import com.android.internal.view.menu.MenuPresenter;
import com.android.internal.view.menu.MenuView;
import com.android.internal.widget.ActionBarContainer;
import com.android.internal.widget.ActionBarContextView;
```

```
import com.android.internal.widget.ActionBarView;

import android.app.KeyguardManager;
import android.content.Context;
import android.content.pm.ActivityInfo;
import android.content.res.Configuration;
import android.content.res.Resources;
import android.content.res.TypedArray;
import android.graphics.Canvas;
import android.graphics.PixelFormat;
import android.graphics.Rect;
import android.graphics.drawable.Drawable;
import android.media.AudioManager;
import android.net.Uri;
import android.os.Bundle;
import android.os.Handler;
import android.os.Parcel;
import android.os.Parcelable;
import android.os.RemoteException;
import android.os.ServiceManager;
import android.util.AndroidRuntimeException;
import android.util.DisplayMetrics;
import android.util.EventLog;
import android.util.Log;
import android.util.SparseArray;
import android.util.TypedValue;
import android.view.ActionMode;
import android.view.ContextThemeWrapper;
import android.view.Gravity;
import android.view.IRotationWatcher;
import android.view.IWindowManager;
import android.view.InputQueue;
import android.view.KeyCharacterMap;
import android.view.KeyEvent;
import android.view.LayoutInflater;
import android.view.Menu;
import android.view.MenuItem;
import android.view.MotionEvent;
import android.view.SurfaceHolder;
```

```
import android.view.View;
import android.view.ViewGroup;
import android.view.ViewManager;
import android.view.ViewStub;
import android.view.Window;
import android.view.WindowManager;
import android.view.accessibility.AccessibilityEvent;
import android.view.accessibility.AccessibilityManager;
import android.view.animation.Animation;
import android.view.animation.AnimationUtils;
import android.widget.FrameLayout;
import android.widget.ImageView;
import android.widget.PopupWindow;
import android.widget.ProgressBar;
import android.widget.TextView;

import java.lang.ref.WeakReference;
import java.util.ArrayList;

/**
 * Android-specific Window.
 * <p>
 * todo: need to pull the generic functionality out into a base class
 * in android.widget.
 */
public class PhoneWindow extends Window implements MenuBuilder.Callback {

    private final static String TAG = "PhoneWindow";

    private final static boolean SWEEP_OPEN_MENU = false;

    /**
     * Simple callback used by the context menu and its submenus. The options
     * menu submenus do not use this (their behavior is more complex).
     */
    final DialogMenuCallback mContextMenuCallback = new DialogMenuCallback
(FEATURE_CONTEXT_MENU);

    final TypedValue mMinWidthMajor = new TypedValue();
```

```
    final TypedValue mMinWidthMinor = new TypedValue();

    // This is the top-level view of the window, containing the window decor.
    private DecorView mDecor;

    // This is the view in which the window contents are placed. It is either
    // mDecor itself, or a child of mDecor where the contents go.
    private ViewGroup mContentParent;

    SurfaceHolder.Callback2 mTakeSurfaceCallback;

    InputQueue.Callback mTakeInputQueueCallback;

    private boolean mIsFloating;

    private LayoutInflater mLayoutInflater;

    private TextView mTitleView;

    private ActionBarView mActionBar;
    private ActionMenuPresenterCallback mActionMenuPresenterCallback;
    private PanelMenuPresenterCallback mPanelMenuPresenterCallback;

    private DrawableFeatureState[] mDrawables;

    private PanelFeatureState[] mPanels;

    /**
     * The panel that is prepared or opened (the most recent one if there are
     * multiple panels). Shortcuts will go to this panel. It gets set in
     * {@link #preparePanel} and cleared in {@link #closePanel}.
     */
    private PanelFeatureState mPreparedPanel;

    /**
     * The keycode that is currently held down (as a modifier) for chording. If
     * this is 0, there is no key held down.
     */
    private int mPanelChordingKey;
```

```java

    private ImageView mLeftIconView;

    private ImageView mRightIconView;

    private ProgressBar mCircularProgressBar;

    private ProgressBar mHorizontalProgressBar;

    private int mBackgroundResource = 0;

    private Drawable mBackgroundDrawable;

    private int mFrameResource = 0;

    private int mTextColor = 0;

    private CharSequence mTitle = null;

    private int mTitleColor = 0;

    private boolean mAlwaysReadCloseOnTouchAttr = false;

    private ContextMenuBuilder mContextMenu;
    private MenuDialogHelper mContextMenuHelper;
    private boolean mClosingActionMenu;

    private int mVolumeControlStreamType = AudioManager.USE_DEFAULT_STREAM_TYPE;

    private AudioManager mAudioManager;
    private KeyguardManager mKeyguardManager;

    private int mUiOptions = 0;

    static class WindowManagerHolder {
        static final IWindowManager sWindowManager = IWindowManager.Stub.asInterface(
                ServiceManager.getService("window"));
    }

```

```
    static final RotationWatcher sRotationWatcher = new RotationWatcher();

    public PhoneWindow(Context context) {
        super(context);
        mLayoutInflater = LayoutInflater.from(context);
    }

    @Override
    public final void setContainer(Window container) {
        super.setContainer(container);
    }

    @Override
    public boolean requestFeature(int featureId) {
        if (mContentParent != null) {
            throw new AndroidRuntimeException("requestFeature() must be called before adding content");
        }
        final int features = getFeatures();
        if ((features != DEFAULT_FEATURES) && (featureId == FEATURE_CUSTOM_TITLE)) {

            /* Another feature is enabled and the user is trying to enable the custom title feature */
            throw new AndroidRuntimeException("You cannot combine custom titles with other title features");
        }
        if (((features & (1 << FEATURE_CUSTOM_TITLE)) != 0) &&
                (featureId != FEATURE_CUSTOM_TITLE) && (featureId != FEATURE_ACTION_MODE_OVERLAY)) {

            /* Custom title feature is enabled and the user is trying to enable another feature */
            throw new AndroidRuntimeException("You cannot combine custom titles with other title features");
        }
        if ((features & (1 << FEATURE_NO_TITLE)) != 0 && featureId == FEATURE_ACTION_BAR) {
            return false; // Ignore. No title dominates.
        }
        if ((features & (1 << FEATURE_ACTION_BAR)) != 0 && featureId == FEATURE_NO_TITLE) {
```

```
            // Remove the action bar feature if we have no title. No title dominates.
            removeFeature(FEATURE_ACTION_BAR);
        }
        return super.requestFeature(featureId);
    }

    @Override
    public void setUiOptions(int uiOptions) {
        mUiOptions = uiOptions;
    }

    @Override
    public void setUiOptions(int uiOptions, int mask) {
        mUiOptions = (mUiOptions & ~mask) | (uiOptions & mask);
    }

    @Override
    public void setContentView(int layoutResID) {
        if (mContentParent == null) {
            installDecor();
        } else {
            mContentParent.removeAllViews();
        }
        mLayoutInflater.inflate(layoutResID, mContentParent);
        final Callback cb = getCallback();
        if (cb != null && !isDestroyed()) {
            cb.onContentChanged();
        }
    }

    @Override
    public void setContentView(View view) {
        setContentView(view, new ViewGroup.LayoutParams(MATCH_PARENT, MATCH_PARENT));
    }

    @Override
    public void setContentView(View view, ViewGroup.LayoutParams params) {
        if (mContentParent == null) {
            installDecor();
```

```
            } else {
                mContentParent.removeAllViews();
            }
            mContentParent.addView(view, params);
            final Callback cb = getCallback();
            if (cb != null && !isDestroyed()) {
                cb.onContentChanged();
            }
        }

        @Override
        public void addContentView(View view, ViewGroup.LayoutParams params) {
            if (mContentParent == null) {
                installDecor();
            }
            mContentParent.addView(view, params);
            final Callback cb = getCallback();
            if (cb != null && !isDestroyed()) {
                cb.onContentChanged();
            }
        }

        @Override
        public View getCurrentFocus() {
            return mDecor != null ? mDecor.findFocus() : null;
        }

        @Override
        public void takeSurface(SurfaceHolder.Callback2 callback) {
            mTakeSurfaceCallback = callback;
        }

        public void takeInputQueue(InputQueue.Callback callback) {
            mTakeInputQueueCallback = callback;
        }

        @Override
        public boolean isFloating() {
            return mIsFloating;
```

```
    }

    /**
     * Return a LayoutInflater instance that can be used to inflate XML view layout
     * resources for use in this Window.
     *
     * @return LayoutInflater The shared LayoutInflater.
     */
    @Override
    public LayoutInflater getLayoutInflater() {
        return mLayoutInflater;
    }

    @Override
    public void setTitle(CharSequence title) {
        if (mTitleView != null) {
            mTitleView.setText(title);
        } else if (mActionBar != null) {
            mActionBar.setWindowTitle(title);
        }
        mTitle = title;
    }

    @Override
    public void setTitleColor(int textColor) {
        if (mTitleView != null) {
            mTitleView.setTextColor(textColor);
        }
        mTitleColor = textColor;
    }

    /**
     * Prepares the panel to either be opened or chorded. This creates the Menu
     * instance for the panel and populates it via the Activity callbacks.
     *
     * @param st The panel state to prepare.
     * @param event The event that triggered the preparing of the panel.
     * @return Whether the panel was prepared. If the panel should not be shown,
     *         returns false.
```

```
     */
    public final boolean preparePanel(PanelFeatureState st, KeyEvent event) {
        if (isDestroyed()) {
            return false;
        }

        // Already prepared (isPrepared will be reset to false later)
        if (st.isPrepared) {
            return true;
        }

        if ((mPreparedPanel != null) && (mPreparedPanel != st)) {
            // Another Panel is prepared and possibly open, so close it
            closePanel(mPreparedPanel, false);
        }

        final Callback cb = getCallback();

        if (cb != null) {
            st.createdPanelView = cb.onCreatePanelView(st.featureId);
        }

        if (st.createdPanelView == null) {
            // Init the panel state's menu--return false if init failed
            if (st.menu == null || st.refreshMenuContent) {
                if (st.menu == null) {
                    if (!initializePanelMenu(st) || (st.menu == null)) {
                        return false;
                    }
                }

                if (mActionBar != null) {
                    if (mActionMenuPresenterCallback == null) {
                        mActionMenuPresenterCallback = new ActionMenuPresenterCallback();
                    }
                    mActionBar.setMenu(st.menu, mActionMenuPresenterCallback);
                }

                // Call callback, and return if it doesn't want to display menu.
```

```
                // Creating the panel menu will involve a lot of manipulation;
                // don't dispatch change events to presenters until we're done.
                st.menu.stopDispatchingItemsChanged();
                if ((cb == null) || !cb.onCreatePanelMenu(st.featureId, st.menu)) {
                    // Ditch the menu created above
                    st.setMenu(null);

                    if (mActionBar != null) {
                        // Don't show it in the action bar either
                        mActionBar.setMenu(null, mActionMenuPresenterCallback);
                    }

                    return false;
                }

                st.refreshMenuContent = false;
            }

            // Callback and return if the callback does not want to show the menu

            // Preparing the panel menu can involve a lot of manipulation;
            // don't dispatch change events to presenters until we're done.
            st.menu.stopDispatchingItemsChanged();

            // Restore action view state before we prepare. This gives apps
            // an opportunity to override frozen/restored state in onPrepare.
            if (st.frozenActionViewState != null) {
                st.menu.restoreActionViewStates(st.frozenActionViewState);
                st.frozenActionViewState = null;
            }

            if (!cb.onPreparePanel(st.featureId, st.createdPanelView, st.menu)) {
                if (mActionBar != null) {
                    // The app didn't want to show the menu for now but it still exists.
                    // Clear it out of the action bar.
                    mActionBar.setMenu(null, mActionMenuPresenterCallback);
                }
                st.menu.startDispatchingItemsChanged();
```

```
                    return false;
                }

                // Set the proper keymap
                KeyCharacterMap kmap = KeyCharacterMap.load(
                        event != null ? event.getDeviceId() : KeyCharacterMap.VIRTUAL_KEYBOARD);
                st.qwertyMode = kmap.getKeyboardType() != KeyCharacterMap.NUMERIC;
                st.menu.setQwertyMode(st.qwertyMode);
                st.menu.startDispatchingItemsChanged();
            }

            // Set other state
            st.isPrepared = true;
            st.isHandled = false;
            mPreparedPanel = st;

            return true;
        }

        @Override
        public void onConfigurationChanged(Configuration newConfig) {
            // Action bars handle their own menu state
            if (mActionBar == null) {
                PanelFeatureState st = getPanelState(FEATURE_OPTIONS_PANEL, false);
                if ((st != null) && (st.menu != null)) {
                    if (st.isOpen) {
                        // Freeze state
                        final Bundle state = new Bundle();
                        if (st.iconMenuPresenter != null) {
                            st.iconMenuPresenter.saveHierarchyState(state);
                        }
                        if (st.listMenuPresenter != null) {
                            st.listMenuPresenter.saveHierarchyState(state);
                        }

                        // Remove the menu views since they need to be recreated
                        // according to the new configuration
                        clearMenuViews(st);

```

```
                    // Re-open the same menu
                    reopenMenu(false);

                    // Restore state
                    if (st.iconMenuPresenter != null) {
                        st.iconMenuPresenter.restoreHierarchyState(state);
                    }
                    if (st.listMenuPresenter != null) {
                        st.listMenuPresenter.restoreHierarchyState(state);
                    }

                } else {
                    // Clear menu views so on next menu opening, it will use
                    // the proper layout
                    clearMenuViews(st);
                }
            }
        }
    }

    private static void clearMenuViews(PanelFeatureState st) {
        // This can be called on config changes, so we should make sure
        // the views will be reconstructed based on the new orientation, etc.

        // Allow the callback to create a new panel view
        st.createdPanelView = null;

        // Causes the decor view to be recreated
        st.refreshDecorView = true;

        st.clearMenuPresenters();
    }

    @Override
    public final void openPanel(int featureId, KeyEvent event) {
        if (featureId == FEATURE_OPTIONS_PANEL && mActionBar != null &&
                mActionBar.isOverflowReserved()) {
            if (mActionBar.getVisibility() == View.VISIBLE) {
                mActionBar.showOverflowMenu();
```

```
            }
        } else {
            openPanel(getPanelState(featureId, true), event);
        }
    }

    private void openPanel(PanelFeatureState st, KeyEvent event) {
        // System.out.println("Open panel: isOpen=" + st.isOpen);

        // Already open, return
        if (st.isOpen || isDestroyed()) {
            return;
        }

        // Don't open an options panel for honeycomb apps on xlarge devices.
        // (The app should be using an action bar for menu items.)
        if (st.featureId == FEATURE_OPTIONS_PANEL) {
            Context context = getContext();
            Configuration config = context.getResources().getConfiguration();
            boolean isXLarge = (config.screenLayout & Configuration.SCREENLAYOUT_SIZE_MASK) =
=
                    Configuration.SCREENLAYOUT_SIZE_XLARGE;
            boolean isHoneycombApp = context.getApplicationInfo().targetSdkVersion >=
                    android.os.Build.VERSION_CODES.HONEYCOMB;

            if (isXLarge && isHoneycombApp) {
                return;
            }
        }

        Callback cb = getCallback();
        if ((cb != null) && (!cb.onMenuOpened(st.featureId, st.menu))) {
            // Callback doesn't want the menu to open, reset any state
            closePanel(st, true);
            return;
        }

        final WindowManager wm = getWindowManager();
        if (wm == null) {
```

```
                return;
            }

            // Prepare panel (should have been done before, but just in case)
            if (!preparePanel(st, event)) {
                return;
            }

            int width = WRAP_CONTENT;
            if (st.decorView == null || st.refreshDecorView) {
                if (st.decorView == null) {
                    // Initialize the panel decor, this will populate st.decorView
                    if (!initializePanelDecor(st) || (st.decorView == null))
                        return;
                } else if (st.refreshDecorView && (st.decorView.getChildCount() > 0)) {
                    // Decor needs refreshing, so remove its views
                    st.decorView.removeAllViews();
                }

                // This will populate st.shownPanelView
                if (!initializePanelContent(st) || !st.hasPanelItems()) {
                    return;
                }

                ViewGroup.LayoutParams lp = st.shownPanelView.getLayoutParams();
                if (lp == null) {
                    lp = new ViewGroup.LayoutParams(WRAP_CONTENT, WRAP_CONTENT);
                }

                int backgroundResId;
                if (lp.width == ViewGroup.LayoutParams.MATCH_PARENT) {
                    // If the contents is fill parent for the width, set the
                    // corresponding background
                    backgroundResId = st.fullBackground;
                    width = MATCH_PARENT;
                } else {
                    // Otherwise, set the normal panel background
                    backgroundResId = st.background;
                }
```

```
                st.decorView.setWindowBackground(getContext().getResources().getDrawable(
                        backgroundResId));

                st.decorView.addView(st.shownPanelView, lp);

                /*
                 * Give focus to the view, if it or one of its children does not
                 * already have it.
                 */
                if (!st.shownPanelView.hasFocus()) {
                    st.shownPanelView.requestFocus();
                }
            } else if (!st.isInListMode()) {
                width = MATCH_PARENT;
            } else if (st.createdPanelView != null) {
                // If we already had a panel view, carry width=MATCH_PARENT through
                // as we did above when it was created.
                ViewGroup.LayoutParams lp = st.createdPanelView.getLayoutParams();
                if (lp != null && lp.width == ViewGroup.LayoutParams.MATCH_PARENT) {
                    width = MATCH_PARENT;
                }
            }

            st.isOpen = true;
            st.isHandled = false;

            WindowManager.LayoutParams lp = new WindowManager.LayoutParams(
                    width, WRAP_CONTENT,
                    st.x, st.y, WindowManager.LayoutParams.TYPE_APPLICATION_ATTACHED_DIALOG,
                    WindowManager.LayoutParams.FLAG_DITHER
                    | WindowManager.LayoutParams.FLAG_ALT_FOCUSABLE_IM
                    | WindowManager.LayoutParams.FLAG_SPLIT_TOUCH,
                    st.decorView.mDefaultOpacity);

            if (st.isCompact) {
                lp.gravity = getOptionsPanelGravity();
                sRotationWatcher.addWindow(this);
            } else {
```

```
                lp.gravity = st.gravity;
            }

            lp.windowAnimations = st.windowAnimations;

            wm.addView(st.decorView, lp);
            // Log.v(TAG, "Adding main menu to window manager.");
        }

        @Override
        public final void closePanel(int featureId) {
            if (featureId == FEATURE_OPTIONS_PANEL && mActionBar != null &&
                    mActionBar.isOverflowReserved()) {
                mActionBar.hideOverflowMenu();
            } else if (featureId == FEATURE_CONTEXT_MENU) {
                closeContextMenu();
            } else {
                closePanel(getPanelState(featureId, true), true);
            }
        }

        /**
         * Closes the given panel.
         *
         * @param st The panel to be closed.
         * @param doCallback Whether to notify the callback that the panel was
         *            closed. If the panel is in the process of re-opening or
         *            opening another panel (e.g., menu opening a sub menu), the
         *            callback should not happen and this variable should be false.
         *            In addition, this method internally will only perform the
         *            callback if the panel is open.
         */
        public final void closePanel(PanelFeatureState st, boolean doCallback) {
            // System.out.println("Close panel: isOpen=" + st.isOpen);
            if (doCallback && st.featureId == FEATURE_OPTIONS_PANEL &&
                    mActionBar != null && mActionBar.isOverflowMenuShowing()) {
                checkCloseActionMenu(st.menu);
                return;
            }
```

```

        final ViewManager wm = getWindowManager();
        if ((wm != null) && st.isOpen) {
            if (st.decorView != null) {
                wm.removeView(st.decorView);
                // Log.v(TAG, "Removing main menu from window manager.");
                if (st.isCompact) {
                    sRotationWatcher.removeWindow(this);
                }
            }

            if (doCallback) {
                callOnPanelClosed(st.featureId, st, null);
            }
        }

        st.isPrepared = false;
        st.isHandled = false;
        st.isOpen = false;

        // This view is no longer shown, so null it out
        st.shownPanelView = null;

        if (st.isInExpandedMode) {
            // Next time the menu opens, it should not be in expanded mode, so
            // force a refresh of the decor
            st.refreshDecorView = true;
            st.isInExpandedMode = false;
        }

        if (mPreparedPanel == st) {
            mPreparedPanel = null;
            mPanelChordingKey = 0;
        }
    }

    void checkCloseActionMenu(Menu menu) {
        if (mClosingActionMenu) {
            return;
```

```
        }

        mClosingActionMenu = true;
        mActionBar.dismissPopupMenus();
        Callback cb = getCallback();
        if (cb != null && !isDestroyed()) {
            cb.onPanelClosed(FEATURE_ACTION_BAR, menu);
        }
        mClosingActionMenu = false;
    }

    @Override
    public final void togglePanel(int featureId, KeyEvent event) {
        PanelFeatureState st = getPanelState(featureId, true);
        if (st.isOpen) {
            closePanel(st, true);
        } else {
            openPanel(st, event);
        }
    }

    @Override
    public void invalidatePanelMenu(int featureId) {
        PanelFeatureState st = getPanelState(featureId, true);
        Bundle savedActionViewStates = null;
        if (st.menu != null) {
            savedActionViewStates = new Bundle();
            st.menu.saveActionViewStates(savedActionViewStates);
            if (savedActionViewStates.size() > 0) {
                st.frozenActionViewState = savedActionViewStates;
            }
            // This will be started again when the panel is prepared.
            st.menu.stopDispatchingItemsChanged();
            st.menu.clear();
        }
        st.refreshMenuContent = true;
        st.refreshDecorView = true;

        // Prepare the options panel if we have an action bar
```

```
            if ((featureId == FEATURE_ACTION_BAR || featureId == FEATURE_OPTIONS_PANEL)
                    && mActionBar != null) {
                st = getPanelState(Window.FEATURE_OPTIONS_PANEL, false);
                if (st != null) {
                    st.isPrepared = false;
                    preparePanel(st, null);
                }
            }
        }

        /**
         * Called when the panel key is pushed down.
         * @param featureId The feature ID of the relevant panel (defaults to
    FEATURE_OPTIONS_PANEL}.
         * @param event The key event.
         * @return Whether the key was handled.
         */
        public final boolean onKeyDownPanel(int featureId, KeyEvent event) {
            final int keyCode = event.getKeyCode();

            if (event.getRepeatCount() == 0) {
                // The panel key was pushed, so set the chording key
                mPanelChordingKey = keyCode;

                PanelFeatureState st = getPanelState(featureId, true);
                if (!st.isOpen) {
                    return preparePanel(st, event);
                }
            }

            return false;
        }

        /**
         * Called when the panel key is released.
         * @param featureId The feature ID of the relevant panel (defaults to
    FEATURE_OPTIONS_PANEL}.
         * @param event The key event.
         */
```

```
    public final void onKeyUpPanel(int featureId, KeyEvent event) {
        // The panel key was released, so clear the chording key
        if (mPanelChordingKey != 0) {
            mPanelChordingKey = 0;

            if (event.isCanceled() || (mDecor != null && mDecor.mActionMode != null)) {
                return;
            }

            boolean playSoundEffect = false;
            final PanelFeatureState st = getPanelState(featureId, true);
            if (featureId == FEATURE_OPTIONS_PANEL && mActionBar != null &&
                    mActionBar.isOverflowReserved()) {
                if (mActionBar.getVisibility() == View.VISIBLE) {
                    if (!mActionBar.isOverflowMenuShowing()) {
                        if (!isDestroyed() && preparePanel(st, event)) {
                            playSoundEffect = mActionBar.showOverflowMenu();
                        }
                    } else {
                        playSoundEffect = mActionBar.hideOverflowMenu();
                    }
                }
            } else {
                if (st.isOpen || st.isHandled) {

                    // Play the sound effect if the user closed an open menu (and not if
                    // they just released a menu shortcut)
                    playSoundEffect = st.isOpen;

                    // Close menu
                    closePanel(st, true);

                } else if (st.isPrepared) {
                    boolean show = true;
                    if (st.refreshMenuContent) {
                        // Something may have invalidated the menu since we prepared it.
                        // Re-prepare it to refresh.
                        st.isPrepared = false;
                        show = preparePanel(st, event);
```

```
                    }

                    if (show) {
                        // Write 'menu opened' to event log
                        EventLog.writeEvent(50001, 0);

                        // Show menu
                        openPanel(st, event);

                        playSoundEffect = true;
                    }
                }
            }

            if (playSoundEffect) {
                AudioManager audioManager = (AudioManager) getContext().getSystemService(
                        Context.AUDIO_SERVICE);
                if (audioManager != null) {
                    audioManager.playSoundEffect(AudioManager.FX_KEY_CLICK);
                } else {
                    Log.w(TAG, "Couldn't get audio manager");
                }
            }
        }
    }

    @Override
    public final void closeAllPanels() {
        final ViewManager wm = getWindowManager();
        if (wm == null) {
            return;
        }

        final PanelFeatureState[] panels = mPanels;
        final int N = panels != null ? panels.length : 0;
        for (int i = 0; i < N; i++) {
            final PanelFeatureState panel = panels[i];
            if (panel != null) {
                closePanel(panel, true);
```

```
                }
            }

            closeContextMenu();
        }

        /**
         * Closes the context menu. This notifies the menu logic of the close, along
         * with dismissing it from the UI.
         */
        private synchronized void closeContextMenu() {
            if (mContextMenu != null) {
                mContextMenu.close();
                dismissContextMenu();
            }
        }

        /**
         * Dismisses just the context menu UI. To close the context menu, use
         * {@link #closeContextMenu()}.
         */
        private synchronized void dismissContextMenu() {
            mContextMenu = null;

            if (mContextMenuHelper != null) {
                mContextMenuHelper.dismiss();
                mContextMenuHelper = null;
            }
        }

        @Override
        public boolean performPanelShortcut(int featureId, int keyCode, KeyEvent event, int flags
    ) {
            return performPanelShortcut(getPanelState(featureId, true), keyCode, event, flags);
        }

        private boolean performPanelShortcut(PanelFeatureState st, int keyCode, KeyEvent event,
                int flags) {
            if (event.isSystem() || (st == null)) {
```

```
                return false;
            }

            boolean handled = false;

            // Only try to perform menu shortcuts if preparePanel returned true (possible false
            // return value from application not wanting to show the menu).
            if ((st.isPrepared || preparePanel(st, event)) && st.menu != null) {
                // The menu is prepared now, perform the shortcut on it
                handled = st.menu.performShortcut(keyCode, event, flags);
            }

            if (handled) {
                // Mark as handled
                st.isHandled = true;

                // Only close down the menu if we don't have an action bar keeping it open.
                if ((flags & Menu.FLAG_PERFORM_NO_CLOSE) == 0 && mActionBar == null) {
                    closePanel(st, true);
                }
            }

            return handled;
        }

        @Override
        public boolean performPanelIdentifierAction(int featureId, int id, int flags) {

            PanelFeatureState st = getPanelState(featureId, true);
            if (!preparePanel(st, new KeyEvent(KeyEvent.ACTION_DOWN, KeyEvent.KEYCODE_MENU))) {
                return false;
            }
            if (st.menu == null) {
                return false;
            }

            boolean res = st.menu.performIdentifierAction(id, flags);

            // Only close down the menu if we don't have an action bar keeping it open.
```

```java
            if (mActionBar == null) {
                closePanel(st, true);
            }

            return res;
        }

        public PanelFeatureState findMenuPanel(Menu menu) {
            final PanelFeatureState[] panels = mPanels;
            final int N = panels != null ? panels.length : 0;
            for (int i = 0; i < N; i++) {
                final PanelFeatureState panel = panels[i];
                if (panel != null && panel.menu == menu) {
                    return panel;
                }
            }
            return null;
        }

        public boolean onMenuItemSelected(MenuBuilder menu, MenuItem item) {
            final Callback cb = getCallback();
            if (cb != null && !isDestroyed()) {
                final PanelFeatureState panel = findMenuPanel(menu.getRootMenu());
                if (panel != null) {
                    return cb.onMenuItemSelected(panel.featureId, item);
                }
            }
            return false;
        }

        public void onMenuModeChange(MenuBuilder menu) {
            reopenMenu(true);
        }

        private void reopenMenu(boolean toggleMenuMode) {
            if (mActionBar != null && mActionBar.isOverflowReserved()) {
                final Callback cb = getCallback();
                if (!mActionBar.isOverflowMenuShowing() || !toggleMenuMode) {
                    if (cb != null && !isDestroyed() && mActionBar.getVisibility() == View.
```

```
VISIBLE) {
                    final PanelFeatureState st = getPanelState(FEATURE_OPTIONS_PANEL, true);
                    if (cb.onPreparePanel(FEATURE_OPTIONS_PANEL, st.createdPanelView, st.menu
)) {
                        cb.onMenuOpened(FEATURE_ACTION_BAR, st.menu);
                        mActionBar.showOverflowMenu();
                    }
                }
            } else {
                mActionBar.hideOverflowMenu();
                if (cb != null && !isDestroyed()) {
                    final PanelFeatureState st = getPanelState(FEATURE_OPTIONS_PANEL, true);
                    cb.onPanelClosed(FEATURE_ACTION_BAR, st.menu);
                }
            }
            return;
        }

        PanelFeatureState st = getPanelState(FEATURE_OPTIONS_PANEL, true);

        // Save the future expanded mode state since closePanel will reset it
        boolean newExpandedMode = toggleMenuMode ? !st.isInExpandedMode : st.isInExpandedMode
;

        st.refreshDecorView = true;
        closePanel(st, false);

        // Set the expanded mode state
        st.isInExpandedMode = newExpandedMode;

        openPanel(st, null);
    }

    /**
     * Initializes the menu associated with the given panel feature state. You
     * must at the very least set PanelFeatureState.menu to the Menu to be
     * associated with the given panel state. The default implementation creates
     * a new menu for the panel state.
     *
```

```
     * @param st The panel whose menu is being initialized.
     * @return Whether the initialization was successful.
     */
    protected boolean initializePanelMenu(final PanelFeatureState st) {
        Context context = getContext();

        // If we have an action bar, initialize the menu with a context themed for it.
        if ((st.featureId == FEATURE_OPTIONS_PANEL || st.featureId == FEATURE_ACTION_BAR) &&
                mActionBar != null) {
            TypedValue outValue = new TypedValue();
            Resources.Theme currentTheme = context.getTheme();
            currentTheme.resolveAttribute(com.android.internal.R.attr.actionBarWidgetTheme,
                    outValue, true);
            final int targetThemeRes = outValue.resourceId;

            if (targetThemeRes != 0 && context.getThemeResId() != targetThemeRes) {
                context = new ContextThemeWrapper(context, targetThemeRes);
            }
        }

        final MenuBuilder menu = new MenuBuilder(context);

        menu.setCallback(this);
        st.setMenu(menu);

        return true;
    }

    /**
     * Perform initial setup of a panel. This should at the very least set the
     * style information in the PanelFeatureState and must set
     * PanelFeatureState.decor to the panel's window decor view.
     *
     * @param st The panel being initialized.
     */
    protected boolean initializePanelDecor(PanelFeatureState st) {
        st.decorView = new DecorView(getContext(), st.featureId);
        st.gravity = Gravity.CENTER | Gravity.BOTTOM;
        st.setStyle(getContext());
```

```java

            return true;
        }

        /**
         * Determine the gravity value for the options panel. This can
         * differ in compact mode.
         *
         * @return gravity value to use for the panel window
         */
        private int getOptionsPanelGravity() {
            try {
                return WindowManagerHolder.sWindowManager.getPreferredOptionsPanelGravity();
            } catch (RemoteException ex) {
                Log.e(TAG, "Couldn't getOptionsPanelGravity; using default", ex);
                return Gravity.CENTER | Gravity.BOTTOM;
            }
        }

        void onOptionsPanelRotationChanged() {
            final PanelFeatureState st = getPanelState(FEATURE_OPTIONS_PANEL, false);
            if (st == null) return;

            final WindowManager.LayoutParams lp = st.decorView != null ?
                    (WindowManager.LayoutParams) st.decorView.getLayoutParams() : null;
            if (lp != null) {
                lp.gravity = getOptionsPanelGravity();
                final ViewManager wm = getWindowManager();
                if (wm != null) {
                    wm.updateViewLayout(st.decorView, lp);
                }
            }
        }

        /**
         * Initializes the panel associated with the panel feature state. You must
         * at the very least set PanelFeatureState.panel to the View implementing
         * its contents. The default implementation gets the panel from the menu.
         *
```

```
     * @param st The panel state being initialized.
     * @return Whether the initialization was successful.
     */
    protected boolean initializePanelContent(PanelFeatureState st) {
        if (st.createdPanelView != null) {
            st.shownPanelView = st.createdPanelView;
            return true;
        }

        if (st.menu == null) {
            return false;
        }

        if (mPanelMenuPresenterCallback == null) {
            mPanelMenuPresenterCallback = new PanelMenuPresenterCallback();
        }

        MenuView menuView = st.isInListMode()
                ? st.getListMenuView(getContext(), mPanelMenuPresenterCallback)
                : st.getIconMenuView(getContext(), mPanelMenuPresenterCallback);

        st.shownPanelView = (View) menuView;

        if (st.shownPanelView != null) {
            // Use the menu View's default animations if it has any
            final int defaultAnimations = menuView.getWindowAnimations();
            if (defaultAnimations != 0) {
                st.windowAnimations = defaultAnimations;
            }
            return true;
        } else {
            return false;
        }
    }

    @Override
    public boolean performContextMenuIdentifierAction(int id, int flags) {
        return (mContextMenu != null) ? mContextMenu.performIdentifierAction(id, flags) :
false;
```

```
    }

    @Override
    public final void setBackgroundDrawable(Drawable drawable) {
        if (drawable != mBackgroundDrawable || mBackgroundResource != 0) {
            mBackgroundResource = 0;
            mBackgroundDrawable = drawable;
            if (mDecor != null) {
                mDecor.setWindowBackground(drawable);
            }
        }
    }

    @Override
    public final void setFeatureDrawableResource(int featureId, int resId) {
        if (resId != 0) {
            DrawableFeatureState st = getDrawableState(featureId, true);
            if (st.resid != resId) {
                st.resid = resId;
                st.uri = null;
                st.local = getContext().getResources().getDrawable(resId);
                updateDrawable(featureId, st, false);
            }
        } else {
            setFeatureDrawable(featureId, null);
        }
    }

    @Override
    public final void setFeatureDrawableUri(int featureId, Uri uri) {
        if (uri != null) {
            DrawableFeatureState st = getDrawableState(featureId, true);
            if (st.uri == null || !st.uri.equals(uri)) {
                st.resid = 0;
                st.uri = uri;
                st.local = loadImageURI(uri);
                updateDrawable(featureId, st, false);
            }
        } else {
```

```
                setFeatureDrawable(featureId, null);
            }
        }

        @Override
        public final void setFeatureDrawable(int featureId, Drawable drawable) {
            DrawableFeatureState st = getDrawableState(featureId, true);
            st.resid = 0;
            st.uri = null;
            if (st.local != drawable) {
                st.local = drawable;
                updateDrawable(featureId, st, false);
            }
        }

        @Override
        public void setFeatureDrawableAlpha(int featureId, int alpha) {
            DrawableFeatureState st = getDrawableState(featureId, true);
            if (st.alpha != alpha) {
                st.alpha = alpha;
                updateDrawable(featureId, st, false);
            }
        }

        protected final void setFeatureDefaultDrawable(int featureId, Drawable drawable) {
            DrawableFeatureState st = getDrawableState(featureId, true);
            if (st.def != drawable) {
                st.def = drawable;
                updateDrawable(featureId, st, false);
            }
        }

        @Override
        public final void setFeatureInt(int featureId, int value) {
            // XXX Should do more management (as with drawable features) to
            // deal with interactions between multiple window policies.
            updateInt(featureId, value, false);
        }

```

```
    /**
     * Update the state of a drawable feature. This should be called, for every
     * drawable feature supported, as part of onActive(), to make sure that the
     * contents of a containing window is properly updated.
     *
     * @see #onActive
     * @param featureId The desired drawable feature to change.
     * @param fromActive Always true when called from onActive().
     */
    protected final void updateDrawable(int featureId, boolean fromActive) {
        final DrawableFeatureState st = getDrawableState(featureId, false);
        if (st != null) {
            updateDrawable(featureId, st, fromActive);
        }
    }

    /**
     * Called when a Drawable feature changes, for the window to update its
     * graphics.
     *
     * @param featureId The feature being changed.
     * @param drawable The new Drawable to show, or null if none.
     * @param alpha The new alpha blending of the Drawable.
     */
    protected void onDrawableChanged(int featureId, Drawable drawable, int alpha) {
        ImageView view;
        if (featureId == FEATURE_LEFT_ICON) {
            view = getLeftIconView();
        } else if (featureId == FEATURE_RIGHT_ICON) {
            view = getRightIconView();
        } else {
            return;
        }

        if (drawable != null) {
            drawable.setAlpha(alpha);
            view.setImageDrawable(drawable);
            view.setVisibility(View.VISIBLE);
        } else {
```

```
                view.setVisibility(View.GONE);
            }
        }

        /**
         * Called when an int feature changes, for the window to update its
         * graphics.
         *
         * @param featureId The feature being changed.
         * @param value The new integer value.
         */
        protected void onIntChanged(int featureId, int value) {
            if (featureId == FEATURE_PROGRESS || featureId == FEATURE_INDETERMINATE_PROGRESS) {
                updateProgressBars(value);
            } else if (featureId == FEATURE_CUSTOM_TITLE) {
                FrameLayout titleContainer = (FrameLayout) findViewById(com.android.internal.R.id
    .title_container);
                if (titleContainer != null) {
                    mLayoutInflater.inflate(value, titleContainer);
                }
            }
        }

        /**
         * Updates the progress bars that are shown in the title bar.
         *
         * @param value Can be one of {@link Window#PROGRESS_VISIBILITY_ON},
         *            {@link Window#PROGRESS_VISIBILITY_OFF},
         *            {@link Window#PROGRESS_INDETERMINATE_ON},
         *            {@link Window#PROGRESS_INDETERMINATE_OFF}, or a value
         *            starting at {@link Window#PROGRESS_START} through
         *            {@link Window#PROGRESS_END} for setting the default
         *            progress (if {@link Window#PROGRESS_END} is given,
         *            the progress bar widgets in the title will be hidden after an
         *            animation), a value between
         *            {@link Window#PROGRESS_SECONDARY_START} -
         *            {@link Window#PROGRESS_SECONDARY_END} for the
         *            secondary progress (if
         *            {@link Window#PROGRESS_SECONDARY_END} is given, the
```

```
     *              progress bar widgets will still be shown with the secondary
     *              progress bar will be completely filled in.)
     */
    private void updateProgressBars(int value) {
        ProgressBar circularProgressBar = getCircularProgressBar(true);
        ProgressBar horizontalProgressBar = getHorizontalProgressBar(true);

        final int features = getLocalFeatures();
        if (value == PROGRESS_VISIBILITY_ON) {
            if ((features & (1 << FEATURE_PROGRESS)) != 0) {
                int level = horizontalProgressBar.getProgress();
                int visibility = (horizontalProgressBar.isIndeterminate() || level < 10000) ?
                        View.VISIBLE : View.INVISIBLE;
                horizontalProgressBar.setVisibility(visibility);
            }
            if ((features & (1 << FEATURE_INDETERMINATE_PROGRESS)) != 0) {
                circularProgressBar.setVisibility(View.VISIBLE);
            }
        } else if (value == PROGRESS_VISIBILITY_OFF) {
            if ((features & (1 << FEATURE_PROGRESS)) != 0) {
                horizontalProgressBar.setVisibility(View.GONE);
            }
            if ((features & (1 << FEATURE_INDETERMINATE_PROGRESS)) != 0) {
                circularProgressBar.setVisibility(View.GONE);
            }
        } else if (value == PROGRESS_INDETERMINATE_ON) {
            horizontalProgressBar.setIndeterminate(true);
        } else if (value == PROGRESS_INDETERMINATE_OFF) {
            horizontalProgressBar.setIndeterminate(false);
        } else if (PROGRESS_START <= value && value <= PROGRESS_END) {
            // We want to set the progress value before testing for visibility
            // so that when the progress bar becomes visible again, it has the
            // correct level.
            horizontalProgressBar.setProgress(value - PROGRESS_START);

            if (value < PROGRESS_END) {
                showProgressBars(horizontalProgressBar, circularProgressBar);
            } else {
                hideProgressBars(horizontalProgressBar, circularProgressBar);
```

```
            }
        } else if (PROGRESS_SECONDARY_START <= value && value <= PROGRESS_SECONDARY_END) {
            horizontalProgressBar.setSecondaryProgress(value - PROGRESS_SECONDARY_START);

            showProgressBars(horizontalProgressBar, circularProgressBar);
        }

    }

    private void showProgressBars(ProgressBar horizontalProgressBar, ProgressBar
  spinnyProgressBar) {
        final int features = getLocalFeatures();
        if ((features & (1 << FEATURE_INDETERMINATE_PROGRESS)) != 0 &&
                spinnyProgressBar.getVisibility() == View.INVISIBLE) {
            spinnyProgressBar.setVisibility(View.VISIBLE);
        }
        // Only show the progress bars if the primary progress is not complete
        if ((features & (1 << FEATURE_PROGRESS)) != 0 &&
                horizontalProgressBar.getProgress() < 10000) {
            horizontalProgressBar.setVisibility(View.VISIBLE);
        }
    }

    private void hideProgressBars(ProgressBar horizontalProgressBar, ProgressBar
  spinnyProgressBar) {
        final int features = getLocalFeatures();
        Animation anim = AnimationUtils.loadAnimation(getContext(), com.android.internal.R.
  anim.fade_out);
        anim.setDuration(1000);
        if ((features & (1 << FEATURE_INDETERMINATE_PROGRESS)) != 0 &&
                spinnyProgressBar.getVisibility() == View.VISIBLE) {
            spinnyProgressBar.startAnimation(anim);
            spinnyProgressBar.setVisibility(View.INVISIBLE);
        }
        if ((features & (1 << FEATURE_PROGRESS)) != 0 &&
                horizontalProgressBar.getVisibility() == View.VISIBLE) {
            horizontalProgressBar.startAnimation(anim);
            horizontalProgressBar.setVisibility(View.INVISIBLE);
        }
```

```
    }

    /**
     * Request that key events come to this activity. Use this if your activity
     * has no views with focus, but the activity still wants a chance to process
     * key events.
     */
    @Override
    public void takeKeyEvents(boolean get) {
        mDecor.setFocusable(get);
    }

    @Override
    public boolean superDispatchKeyEvent(KeyEvent event) {
        return mDecor.superDispatchKeyEvent(event);
    }

    @Override
    public boolean superDispatchKeyShortcutEvent(KeyEvent event) {
        return mDecor.superDispatchKeyShortcutEvent(event);
    }

    @Override
    public boolean superDispatchTouchEvent(MotionEvent event) {
        return mDecor.superDispatchTouchEvent(event);
    }

    @Override
    public boolean superDispatchTrackballEvent(MotionEvent event) {
        return mDecor.superDispatchTrackballEvent(event);
    }

    @Override
    public boolean superDispatchGenericMotionEvent(MotionEvent event) {
        return mDecor.superDispatchGenericMotionEvent(event);
    }

    /**
     * A key was pressed down and not handled by anything else in the window.
```

```
     *
     * @see #onKeyUp
     * @see android.view.KeyEvent
     */
    protected boolean onKeyDown(int featureId, int keyCode, KeyEvent event) {
        /* ****************************************************************************
         * HOW TO DECIDE WHERE YOUR KEY HANDLING GOES.
         *
         * If your key handling must happen before the app gets a crack at the event,
         * it goes in PhoneWindowManager.
         *
         * If your key handling should happen in all windows, and does not depend on
         * the state of the current application, other than that the current
         * application can override the behavior by handling the event itself, it
         * should go in PhoneFallbackEventHandler.
         *
         * Only if your handling depends on the window, and the fact that it has
         * a DecorView, should it go here.
         * ****************************************************************************/

        final KeyEvent.DispatcherState dispatcher =
                mDecor != null ? mDecor.getKeyDispatcherState() : null;
        //Log.i(TAG, "Key down: repeat=" + event.getRepeatCount()
        //        + " flags=0x" + Integer.toHexString(event.getFlags()));

        switch (keyCode) {
            case KeyEvent.KEYCODE_VOLUME_UP:
            case KeyEvent.KEYCODE_VOLUME_DOWN:
            case KeyEvent.KEYCODE_VOLUME_MUTE: {
                // Similar code is in PhoneFallbackEventHandler in case the window
                // doesn't have one of these.  In this case, we execute it here and
                // eat the event instead, because we have mVolumeControlStreamType
                // and they don't.
                getAudioManager().handleKeyDown(keyCode, mVolumeControlStreamType);
                return true;
            }

            case KeyEvent.KEYCODE_MENU: {
                onKeyDownPanel((featureId < 0) ? FEATURE_OPTIONS_PANEL : featureId, event);
```

```
                    return true;
                }

                case KeyEvent.KEYCODE_BACK: {
                    if (event.getRepeatCount() > 0) break;
                    if (featureId < 0) break;
                    // Currently don't do anything with long press.
                    if (dispatcher != null) {
                        dispatcher.startTracking(event, this);
                    }
                    return true;
                }

            }

            return false;
        }

        private KeyguardManager getKeyguardManager() {
            if (mKeyguardManager == null) {
                mKeyguardManager = (KeyguardManager) getContext().getSystemService(
                        Context.KEYGUARD_SERVICE);
            }
            return mKeyguardManager;
        }

        AudioManager getAudioManager() {
            if (mAudioManager == null) {
                mAudioManager = (AudioManager)getContext().getSystemService(Context.AUDIO_SERVICE
    );
            }
            return mAudioManager;
        }

        /**
         * A key was released and not handled by anything else in the window.
         *
         * @see #onKeyDown
         * @see android.view.KeyEvent
```

```
     */
    protected boolean onKeyUp(int featureId, int keyCode, KeyEvent event) {
        final KeyEvent.DispatcherState dispatcher =
                mDecor != null ? mDecor.getKeyDispatcherState() : null;
        if (dispatcher != null) {
            dispatcher.handleUpEvent(event);
        }
        //Log.i(TAG, "Key up: repeat=" + event.getRepeatCount()
        //        + " flags=0x" + Integer.toHexString(event.getFlags()));

        switch (keyCode) {
            case KeyEvent.KEYCODE_VOLUME_UP:
            case KeyEvent.KEYCODE_VOLUME_DOWN:
            case KeyEvent.KEYCODE_VOLUME_MUTE: {
                // Similar code is in PhoneFallbackEventHandler in case the window
                // doesn't have one of these.  In this case, we execute it here and
                // eat the event instead, because we have mVolumeControlStreamType
                // and they don't.
                getAudioManager().handleKeyUp(keyCode, mVolumeControlStreamType);
                return true;
            }

            case KeyEvent.KEYCODE_MENU: {
                onKeyUpPanel(featureId < 0 ? FEATURE_OPTIONS_PANEL : featureId,
                        event);
                return true;
            }

            case KeyEvent.KEYCODE_BACK: {
                if (featureId < 0) break;
                if (event.isTracking() && !event.isCanceled()) {
                    if (featureId == FEATURE_OPTIONS_PANEL) {
                        PanelFeatureState st = getPanelState(featureId, false);
                        if (st != null && st.isInExpandedMode) {
                            // If the user is in an expanded menu and hits back, it
                            // should go back to the icon menu
                            reopenMenu(true);
                            return true;
                        }
```

```
                    }
                    closePanel(featureId);
                    return true;
                }
                break;
            }

            case KeyEvent.KEYCODE_SEARCH: {
                /*
                 * Do this in onKeyUp since the Search key is also used for
                 * chording quick launch shortcuts.
                 */
                if (getKeyguardManager().inKeyguardRestrictedInputMode()) {
                    break;
                }
                if (event.isTracking() && !event.isCanceled()) {
                    launchDefaultSearch();
                }
                return true;
            }
        }

        return false;
    }

    @Override
    protected void onActive() {
    }

    @Override
    public final View getDecorView() {
        if (mDecor == null) {
            installDecor();
        }
        return mDecor;
    }

    @Override
    public final View peekDecorView() {
```

```
            return mDecor;
        }

        static private final String FOCUSED_ID_TAG = "android:focusedViewId";
        static private final String VIEWS_TAG = "android:views";
        static private final String PANELS_TAG = "android:Panels";
        static private final String ACTION_BAR_TAG = "android:ActionBar";

        /** {@inheritDoc} */
        @Override
        public Bundle saveHierarchyState() {
            Bundle outState = new Bundle();
            if (mContentParent == null) {
                return outState;
            }

            SparseArray<Parcelable> states = new SparseArray<Parcelable>();
            mContentParent.saveHierarchyState(states);
            outState.putSparseParcelableArray(VIEWS_TAG, states);

            // save the focused view id
            View focusedView = mContentParent.findFocus();
            if (focusedView != null) {
                if (focusedView.getId() != View.NO_ID) {
                    outState.putInt(FOCUSED_ID_TAG, focusedView.getId());
                } else {
                    if (false) {
                        Log.d(TAG, "couldn't save which view has focus because the focused view "
                                + focusedView + " has no id.");
                    }
                }
            }

            // save the panels
            SparseArray<Parcelable> panelStates = new SparseArray<Parcelable>();
            savePanelState(panelStates);
            if (panelStates.size() > 0) {
                outState.putSparseParcelableArray(PANELS_TAG, panelStates);
            }
```

```java

        if (mActionBar != null) {
            SparseArray<Parcelable> actionBarStates = new SparseArray<Parcelable>();
            mActionBar.saveHierarchyState(actionBarStates);
            outState.putSparseParcelableArray(ACTION_BAR_TAG, actionBarStates);
        }

        return outState;
    }

    /** {@inheritDoc} */
    @Override
    public void restoreHierarchyState(Bundle savedInstanceState) {
        if (mContentParent == null) {
            return;
        }

        SparseArray<Parcelable> savedStates
                = savedInstanceState.getSparseParcelableArray(VIEWS_TAG);
        if (savedStates != null) {
            mContentParent.restoreHierarchyState(savedStates);
        }

        // restore the focused view
        int focusedViewId = savedInstanceState.getInt(FOCUSED_ID_TAG, View.NO_ID);
        if (focusedViewId != View.NO_ID) {
            View needsFocus = mContentParent.findViewById(focusedViewId);
            if (needsFocus != null) {
                needsFocus.requestFocus();
            } else {
                Log.w(TAG,
                        "Previously focused view reported id " + focusedViewId
                                + " during save, but can't be found during restore.");
            }
        }

        // restore the panels
        SparseArray<Parcelable> panelStates = savedInstanceState.getSparseParcelableArray
    (PANELS_TAG);
```

```
            if (panelStates != null) {
                restorePanelState(panelStates);
            }

            if (mActionBar != null) {
                SparseArray<Parcelable> actionBarStates =
                        savedInstanceState.getSparseParcelableArray(ACTION_BAR_TAG);
                mActionBar.restoreHierarchyState(actionBarStates);
            }
        }

        /**
         * Invoked when the panels should freeze their state.
         *
         * @param icicles Save state into this. This is usually indexed by the
         *            featureId. This will be given to {@link #restorePanelState} in the
         *            future.
         */
        private void savePanelState(SparseArray<Parcelable> icicles) {
            PanelFeatureState[] panels = mPanels;
            if (panels == null) {
                return;
            }

            for (int curFeatureId = panels.length - 1; curFeatureId >= 0; curFeatureId--) {
                if (panels[curFeatureId] != null) {
                    icicles.put(curFeatureId, panels[curFeatureId].onSaveInstanceState());
                }
            }
        }

        /**
         * Invoked when the panels should thaw their state from a previously frozen state.
         *
         * @param icicles The state saved by {@link #savePanelState} that needs to be thawed.
         */
        private void restorePanelState(SparseArray<Parcelable> icicles) {
            PanelFeatureState st;
            for (int curFeatureId = icicles.size() - 1; curFeatureId >= 0; curFeatureId--) {
```

```
                st = getPanelState(curFeatureId, false /* required */);
                if (st == null) {
                    // The panel must not have been required, and is currently not around, skip
    it
                    continue;
                }

                st.onRestoreInstanceState(icicles.get(curFeatureId));
                invalidatePanelMenu(curFeatureId);
            }

            /*
             * Implementation note: call openPanelsAfterRestore later to actually open the
             * restored panels.
             */
        }

        /**
         * Opens the panels that have had their state restored. This should be
         * called sometime after {@link #restorePanelState} when it is safe to add
         * to the window manager.
         */
        private void openPanelsAfterRestore() {
            PanelFeatureState[] panels = mPanels;

            if (panels == null) {
                return;
            }

            PanelFeatureState st;
            for (int i = panels.length - 1; i >= 0; i--) {
                st = panels[i];
                // We restore the panel if it was last open; we skip it if it
                // now is open, to avoid a race condition if the user immediately
                // opens it when we are resuming.
                if (st != null) {
                    st.applyFrozenState();
                    if (!st.isOpen && st.wasLastOpen) {
                        st.isInExpandedMode = st.wasLastExpanded;
```

```
                    openPanel(st, null);
                }
            }
        }
    }

    private class PanelMenuPresenterCallback implements MenuPresenter.Callback {
        @Override
        public void onCloseMenu(MenuBuilder menu, boolean allMenusAreClosing) {
            final Menu parentMenu = menu.getRootMenu();
            final boolean isSubMenu = parentMenu != menu;
            final PanelFeatureState panel = findMenuPanel(isSubMenu ? parentMenu : menu);
            if (panel != null) {
                if (isSubMenu) {
                    callOnPanelClosed(panel.featureId, panel, parentMenu);
                    closePanel(panel, true);
                } else {
                    // Close the panel and only do the callback if the menu is being
                    // closed completely, not if opening a sub menu
                    closePanel(panel, allMenusAreClosing);
                }
            }
        }

        @Override
        public boolean onOpenSubMenu(MenuBuilder subMenu) {
            if (subMenu == null && hasFeature(FEATURE_ACTION_BAR)) {
                Callback cb = getCallback();
                if (cb != null && !isDestroyed()) {
                    cb.onMenuOpened(FEATURE_ACTION_BAR, subMenu);
                }
            }

            return true;
        }
    }

    private final class ActionMenuPresenterCallback implements MenuPresenter.Callback {
        @Override
```

```java
        public boolean onOpenSubMenu(MenuBuilder subMenu) {
            Callback cb = getCallback();
            if (cb != null) {
                cb.onMenuOpened(FEATURE_ACTION_BAR, subMenu);
                return true;
            }
            return false;
        }

        @Override
        public void onCloseMenu(MenuBuilder menu, boolean allMenusAreClosing) {
            checkCloseActionMenu(menu);
        }
    }

    private final class DecorView extends FrameLayout implements RootViewSurfaceTaker {
        /* package */int mDefaultOpacity = PixelFormat.OPAQUE;

        /** The feature ID of the panel, or -1 if this is the application's DecorView */
        private final int mFeatureId;

        private final Rect mDrawingBounds = new Rect();

        private final Rect mBackgroundPadding = new Rect();

        private final Rect mFramePadding = new Rect();

        private final Rect mFrameOffsets = new Rect();

        private boolean mChanging;

        private Drawable mMenuBackground;
        private boolean mWatchingForMenu;
        private int mDownY;

        private ActionMode mActionMode;
        private ActionBarContextView mActionModeView;
        private PopupWindow mActionModePopup;
        private Runnable mShowActionModePopup;
```

```
        public DecorView(Context context, int featureId) {
            super(context);
            mFeatureId = featureId;
        }

        @Override
        public boolean dispatchKeyEvent(KeyEvent event) {
            final int keyCode = event.getKeyCode();
            final int action = event.getAction();
            final boolean isDown = action == KeyEvent.ACTION_DOWN;

            if (isDown && (event.getRepeatCount() == 0)) {
                // First handle chording of panel key: if a panel key is held
                // but not released, try to execute a shortcut in it.
                if ((mPanelChordingKey > 0) && (mPanelChordingKey != keyCode)) {
                    boolean handled = dispatchKeyShortcutEvent(event);
                    if (handled) {
                        return true;
                    }
                }

                // If a panel is open, perform a shortcut on it without the
                // chorded panel key
                if ((mPreparedPanel != null) && mPreparedPanel.isOpen) {
                    if (performPanelShortcut(mPreparedPanel, keyCode, event, 0)) {
                        return true;
                    }
                }
            }

            if (!isDestroyed()) {
                final Callback cb = getCallback();
                final boolean handled = cb != null && mFeatureId < 0 ? cb.dispatchKeyEvent
  (event)
                        : super.dispatchKeyEvent(event);
                if (handled) {
                    return true;
                }
```

```
            }

            return isDown ? PhoneWindow.this.onKeyDown(mFeatureId, event.getKeyCode(), event)
                    : PhoneWindow.this.onKeyUp(mFeatureId, event.getKeyCode(), event);
        }

        @Override
        public boolean dispatchKeyShortcutEvent(KeyEvent ev) {
            // Perform the shortcut (mPreparedPanel can be null since
            // global shortcuts (such as search) don't rely on a
            // prepared panel or menu).
            boolean handled = performPanelShortcut(mPreparedPanel, ev.getKeyCode(), ev,
                    Menu.FLAG_PERFORM_NO_CLOSE);
            if (handled) {
                if (mPreparedPanel != null) {
                    mPreparedPanel.isHandled = true;
                }
                return true;
            }

            // Shortcut not handled by the panel.  Dispatch to the view hierarchy.
            final Callback cb = getCallback();
            return cb != null && !isDestroyed() && mFeatureId < 0 ? cb.
    dispatchKeyShortcutEvent(ev)
                    : super.dispatchKeyShortcutEvent(ev);
        }

        @Override
        public boolean dispatchTouchEvent(MotionEvent ev) {
            final Callback cb = getCallback();
            return cb != null && !isDestroyed() && mFeatureId < 0 ? cb.dispatchTouchEvent(ev)
                    : super.dispatchTouchEvent(ev);
        }

        @Override
        public boolean dispatchTrackballEvent(MotionEvent ev) {
            final Callback cb = getCallback();
            return cb != null && !isDestroyed() && mFeatureId < 0 ? cb.dispatchTrackballEvent
    (ev)
```

```
                        : super.dispatchTrackballEvent(ev);
        }

        @Override
        public boolean dispatchGenericMotionEvent(MotionEvent ev) {
            final Callback cb = getCallback();
            return cb != null && !isDestroyed() && mFeatureId < 0 ? cb.
    dispatchGenericMotionEvent(ev)
                        : super.dispatchGenericMotionEvent(ev);
        }

        public boolean superDispatchKeyEvent(KeyEvent event) {
            if (super.dispatchKeyEvent(event)) {
                return true;
            }

            // Not handled by the view hierarchy, does the action bar want it
            // to cancel out of something special?
            if (event.getKeyCode() == KeyEvent.KEYCODE_BACK) {
                final int action = event.getAction();
                // Back cancels action modes first.
                if (mActionMode != null) {
                    if (action == KeyEvent.ACTION_UP) {
                        mActionMode.finish();
                    }
                    return true;
                }

                // Next collapse any expanded action views.
                if (mActionBar != null && mActionBar.hasExpandedActionView()) {
                    if (action == KeyEvent.ACTION_UP) {
                        mActionBar.collapseActionView();
                    }
                    return true;
                }
            }

            return false;
        }
```

```java

    public boolean superDispatchKeyShortcutEvent(KeyEvent event) {
        return super.dispatchKeyShortcutEvent(event);
    }

    public boolean superDispatchTouchEvent(MotionEvent event) {
        return super.dispatchTouchEvent(event);
    }

    public boolean superDispatchTrackballEvent(MotionEvent event) {
        return super.dispatchTrackballEvent(event);
    }

    public boolean superDispatchGenericMotionEvent(MotionEvent event) {
        return super.dispatchGenericMotionEvent(event);
    }

    @Override
    public boolean onTouchEvent(MotionEvent event) {
        return onInterceptTouchEvent(event);
    }

    private boolean isOutOfBounds(int x, int y) {
        return x < -5 || y < -5 || x > (getWidth() + 5)
                || y > (getHeight() + 5);
    }

    @Override
    public boolean onInterceptTouchEvent(MotionEvent event) {
        int action = event.getAction();
        if (mFeatureId >= 0) {
            if (action == MotionEvent.ACTION_DOWN) {
                int x = (int)event.getX();
                int y = (int)event.getY();
                if (isOutOfBounds(x, y)) {
                    closePanel(mFeatureId);
                    return true;
                }
            }
```

```
        }

        if (!SWEEP_OPEN_MENU) {
            return false;
        }

        if (mFeatureId >= 0) {
            if (action == MotionEvent.ACTION_DOWN) {
                Log.i(TAG, "Watchiing!");
                mWatchingForMenu = true;
                mDownY = (int) event.getY();
                return false;
            }

            if (!mWatchingForMenu) {
                return false;
            }

            int y = (int)event.getY();
            if (action == MotionEvent.ACTION_MOVE) {
                if (y > (mDownY+30)) {
                    Log.i(TAG, "Closing!");
                    closePanel(mFeatureId);
                    mWatchingForMenu = false;
                    return true;
                }
            } else if (action == MotionEvent.ACTION_UP) {
                mWatchingForMenu = false;
            }

            return false;
        }

        //Log.i(TAG, "Intercept: action=" + action + " y=" + event.getY()
        //        + " (in " + getHeight() + ")");

        if (action == MotionEvent.ACTION_DOWN) {
            int y = (int)event.getY();
            if (y >= (getHeight()-5) && !hasChildren()) {
```

```
                Log.i(TAG, "Watchiing!");
                mWatchingForMenu = true;
            }
            return false;
        }

        if (!mWatchingForMenu) {
            return false;
        }

        int y = (int)event.getY();
        if (action == MotionEvent.ACTION_MOVE) {
            if (y < (getHeight()-30)) {
                Log.i(TAG, "Opening!");
                openPanel(FEATURE_OPTIONS_PANEL, new KeyEvent(
                        KeyEvent.ACTION_DOWN, KeyEvent.KEYCODE_MENU));
                mWatchingForMenu = false;
                return true;
            }
        } else if (action == MotionEvent.ACTION_UP) {
            mWatchingForMenu = false;
        }

        return false;
    }

    @Override
    public void sendAccessibilityEvent(int eventType) {
        if (!AccessibilityManager.getInstance(mContext).isEnabled()) {
            return;
        }

        // if we are showing a feature that should be announced and one child
        // make this child the event source since this is the feature itself
        // otherwise the callback will take over and announce its client
        if ((mFeatureId == FEATURE_OPTIONS_PANEL ||
                mFeatureId == FEATURE_CONTEXT_MENU ||
                mFeatureId == FEATURE_PROGRESS ||
                mFeatureId == FEATURE_INDETERMINATE_PROGRESS)
```

```
                    && getChildCount() == 1) {
                getChildAt(0).sendAccessibilityEvent(eventType);
            } else {
                super.sendAccessibilityEvent(eventType);
            }
        }

        @Override
        public boolean dispatchPopulateAccessibilityEvent(AccessibilityEvent event) {
            final Callback cb = getCallback();
            if (cb != null && !isDestroyed()) {
                if (cb.dispatchPopulateAccessibilityEvent(event)) {
                    return true;
                }
            }
            return super.dispatchPopulateAccessibilityEvent(event);
        }

        @Override
        protected boolean setFrame(int l, int t, int r, int b) {
            boolean changed = super.setFrame(l, t, r, b);
            if (changed) {
                final Rect drawingBounds = mDrawingBounds;
                getDrawingRect(drawingBounds);

                Drawable fg = getForeground();
                if (fg != null) {
                    final Rect frameOffsets = mFrameOffsets;
                    drawingBounds.left += frameOffsets.left;
                    drawingBounds.top += frameOffsets.top;
                    drawingBounds.right -= frameOffsets.right;
                    drawingBounds.bottom -= frameOffsets.bottom;
                    fg.setBounds(drawingBounds);
                    final Rect framePadding = mFramePadding;
                    drawingBounds.left += framePadding.left - frameOffsets.left;
                    drawingBounds.top += framePadding.top - frameOffsets.top;
                    drawingBounds.right -= framePadding.right - frameOffsets.right;
                    drawingBounds.bottom -= framePadding.bottom - frameOffsets.bottom;
                }
```

```
                Drawable bg = getBackground();
                if (bg != null) {
                    bg.setBounds(drawingBounds);
                }

                if (SWEEP_OPEN_MENU) {
                    if (mMenuBackground == null && mFeatureId < 0
                            && getAttributes().height
                            == WindowManager.LayoutParams.MATCH_PARENT) {
                        mMenuBackground = getContext().getResources().getDrawable(
                                com.android.internal.R.drawable.menu_background);
                    }
                    if (mMenuBackground != null) {
                        mMenuBackground.setBounds(drawingBounds.left,
                                drawingBounds.bottom-6, drawingBounds.right,
                                drawingBounds.bottom+20);
                    }
                }
            }
            return changed;
        }

        @Override
        protected void onMeasure(int widthMeasureSpec, int heightMeasureSpec) {
            final DisplayMetrics metrics = getContext().getResources().getDisplayMetrics();
            final boolean isPortrait = metrics.widthPixels < metrics.heightPixels;

            final int widthMode = getMode(widthMeasureSpec);

            super.onMeasure(widthMeasureSpec, heightMeasureSpec);

            int width = getMeasuredWidth();
            boolean measure = false;

            widthMeasureSpec = MeasureSpec.makeMeasureSpec(width, EXACTLY);

            final TypedValue tv = isPortrait ? mMinWidthMinor : mMinWidthMajor;

```

```
            if (widthMode == AT_MOST && tv.type != TypedValue.TYPE_NULL) {
                final int min;
                if (tv.type == TypedValue.TYPE_DIMENSION) {
                    min = (int)tv.getDimension(metrics);
                } else if (tv.type == TypedValue.TYPE_FRACTION) {
                    min = (int)tv.getFraction(metrics.widthPixels, metrics.widthPixels);
                } else {
                    min = 0;
                }

                if (width < min) {
                    widthMeasureSpec = MeasureSpec.makeMeasureSpec(min, EXACTLY);
                    measure = true;
                }
            }

            // TODO: Support height?

            if (measure) {
                super.onMeasure(widthMeasureSpec, heightMeasureSpec);
            }
        }

        @Override
        public void draw(Canvas canvas) {
            super.draw(canvas);

            if (mMenuBackground != null) {
                mMenuBackground.draw(canvas);
            }
        }

        @Override
        public boolean showContextMenuForChild(View originalView) {
            // Reuse the context menu builder
            if (mContextMenu == null) {
                mContextMenu = new ContextMenuBuilder(getContext());
                mContextMenu.setCallback(mContextMenuCallback);
```

```
            } else {
                mContextMenu.clearAll();
            }

            final MenuDialogHelper helper = mContextMenu.show(originalView,
                    originalView.getWindowToken());
            if (helper != null) {
                helper.setPresenterCallback(mContextMenuCallback);
            }
            mContextMenuHelper = helper;
            return helper != null;
        }

        @Override
        public ActionMode startActionModeForChild(View originalView,
                ActionMode.Callback callback) {
            // originalView can be used here to be sure that we don't obscure
            // relevant content with the context mode UI.
            return startActionMode(callback);
        }

        @Override
        public ActionMode startActionMode(ActionMode.Callback callback) {
            if (mActionMode != null) {
                mActionMode.finish();
            }

            final ActionMode.Callback wrappedCallback = new ActionModeCallbackWrapper
    (callback);
            ActionMode mode = null;
            if (getCallback() != null && !isDestroyed()) {
                try {
                    mode = getCallback().onWindowStartingActionMode(wrappedCallback);
                } catch (AbstractMethodError ame) {
                    // Older apps might not implement this callback method.
                }
            }
            if (mode != null) {
                mActionMode = mode;
```

```
} else {
    if (mActionModeView == null) {
        if (isFloating()) {
            mActionModeView = new ActionBarContextView(mContext);
            mActionModePopup = new PopupWindow(mContext, null,
                    com.android.internal.R.attr.actionModePopupWindowStyle);
            mActionModePopup.setLayoutInScreenEnabled(true);
            mActionModePopup.setLayoutInsetDecor(true);
            mActionModePopup.setWindowLayoutType(
                    WindowManager.LayoutParams.TYPE_APPLICATION);
            mActionModePopup.setContentView(mActionModeView);
            mActionModePopup.setWidth(MATCH_PARENT);

            TypedValue heightValue = new TypedValue();
            mContext.getTheme().resolveAttribute(
                    com.android.internal.R.attr.actionBarSize, heightValue, true);
            final int height = TypedValue.complexToDimensionPixelSize(heightValue.data,
                    mContext.getResources().getDisplayMetrics());
            mActionModeView.setContentHeight(height);
            mActionModePopup.setHeight(WRAP_CONTENT);
            mShowActionModePopup = new Runnable() {
                public void run() {
                    mActionModePopup.showAtLocation(
                            mActionModeView.getApplicationWindowToken(),
                            Gravity.TOP | Gravity.FILL_HORIZONTAL, 0, 0);
                }
            };
        } else {
            ViewStub stub = (ViewStub) findViewById(
                    com.android.internal.R.id.action_mode_bar_stub);
            if (stub != null) {
                mActionModeView = (ActionBarContextView) stub.inflate();
            }
        }
    }

    if (mActionModeView != null) {
```

```
                    mActionModeView.killMode();
                    mode = new StandaloneActionMode(getContext(), mActionModeView,
wrappedCallback,
                            mActionModePopup == null);
                    if (callback.onCreateActionMode(mode, mode.getMenu())) {
                        mode.invalidate();
                        mActionModeView.initForMode(mode);
                        mActionModeView.setVisibility(View.VISIBLE);
                        mActionMode = mode;
                        if (mActionModePopup != null) {
                            post(mShowActionModePopup);
                        }
                        mActionModeView.sendAccessibilityEvent(
                                AccessibilityEvent.TYPE_WINDOW_STATE_CHANGED);
                    } else {
                        mActionMode = null;
                    }
                }
            }
            if (mActionMode != null && getCallback() != null && !isDestroyed()) {
                try {
                    getCallback().onActionModeStarted(mActionMode);
                } catch (AbstractMethodError ame) {
                    // Older apps might not implement this callback method.
                }
            }
            return mActionMode;
        }

        public void startChanging() {
            mChanging = true;
        }

        public void finishChanging() {
            mChanging = false;
            drawableChanged();
        }

        public void setWindowBackground(Drawable drawable) {
```

```
            if (getBackground() != drawable) {
                setBackgroundDrawable(drawable);
                if (drawable != null) {
                    drawable.getPadding(mBackgroundPadding);
                } else {
                    mBackgroundPadding.setEmpty();
                }
                drawableChanged();
            }
        }

        @Override
        public void setBackgroundDrawable(Drawable d) {
            super.setBackgroundDrawable(d);
            if (getWindowToken() != null) {
                updateWindowResizeState();
            }
        }

        public void setWindowFrame(Drawable drawable) {
            if (getForeground() != drawable) {
                setForeground(drawable);
                if (drawable != null) {
                    drawable.getPadding(mFramePadding);
                } else {
                    mFramePadding.setEmpty();
                }
                drawableChanged();
            }
        }

        @Override
        protected boolean fitSystemWindows(Rect insets) {
            mFrameOffsets.set(insets);
            if (getForeground() != null) {
                drawableChanged();
            }
            return super.fitSystemWindows(insets);
        }
```

```
    private void drawableChanged() {
        if (mChanging) {
            return;
        }

        setPadding(mFramePadding.left + mBackgroundPadding.left, mFramePadding.top
                + mBackgroundPadding.top, mFramePadding.right + mBackgroundPadding.right,
                mFramePadding.bottom + mBackgroundPadding.bottom);
        requestLayout();
        invalidate();

        int opacity = PixelFormat.OPAQUE;

        // Note: if there is no background, we will assume opaque. The
        // common case seems to be that an application sets there to be
        // no background so it can draw everything itself. For that,
        // we would like to assume OPAQUE and let the app force it to
        // the slower TRANSLUCENT mode if that is really what it wants.
        Drawable bg = getBackground();
        Drawable fg = getForeground();
        if (bg != null) {
            if (fg == null) {
                opacity = bg.getOpacity();
            } else if (mFramePadding.left <= 0 && mFramePadding.top <= 0
                    && mFramePadding.right <= 0 && mFramePadding.bottom <= 0) {
                // If the frame padding is zero, then we can be opaque
                // if either the frame -or- the background is opaque.
                int fop = fg.getOpacity();
                int bop = bg.getOpacity();
                if (false)
                    Log.v(TAG, "Background opacity: " + bop + ", Frame opacity: " + fop);
                if (fop == PixelFormat.OPAQUE || bop == PixelFormat.OPAQUE) {
                    opacity = PixelFormat.OPAQUE;
                } else if (fop == PixelFormat.UNKNOWN) {
                    opacity = bop;
                } else if (bop == PixelFormat.UNKNOWN) {
                    opacity = fop;
                } else {
```

```
                    opacity = Drawable.resolveOpacity(fop, bop);
                }
            } else {
                // For now we have to assume translucent if there is a
                // frame with padding... there is no way to tell if the
                // frame and background together will draw all pixels.
                if (false)
                    Log.v(TAG, "Padding: " + mFramePadding);
                opacity = PixelFormat.TRANSLUCENT;
            }
        }

        if (false)
            Log.v(TAG, "Background: " + bg + ", Frame: " + fg);
        if (false)
            Log.v(TAG, "Selected default opacity: " + opacity);

        mDefaultOpacity = opacity;
        if (mFeatureId < 0) {
            setDefaultWindowFormat(opacity);
        }
    }

    @Override
    public void onWindowFocusChanged(boolean hasWindowFocus) {
        super.onWindowFocusChanged(hasWindowFocus);

        // If the user is chording a menu shortcut, release the chord since
        // this window lost focus
        if (!hasWindowFocus && mPanelChordingKey != 0) {
            closePanel(FEATURE_OPTIONS_PANEL);
        }

        final Callback cb = getCallback();
        if (cb != null && !isDestroyed() && mFeatureId < 0) {
            cb.onWindowFocusChanged(hasWindowFocus);
        }
    }

```

```
    void updateWindowResizeState() {
        Drawable bg = getBackground();
        hackTurnOffWindowResizeAnim(bg == null || bg.getOpacity()
                != PixelFormat.OPAQUE);
    }

    @Override
    protected void onAttachedToWindow() {
        super.onAttachedToWindow();

        updateWindowResizeState();

        final Callback cb = getCallback();
        if (cb != null && !isDestroyed() && mFeatureId < 0) {
            cb.onAttachedToWindow();
        }

        if (mFeatureId == -1) {
            /*
             * The main window has been attached, try to restore any panels
             * that may have been open before. This is called in cases where
             * an activity is being killed for configuration change and the
             * menu was open. When the activity is recreated, the menu
             * should be shown again.
             */
            openPanelsAfterRestore();
        }
    }

    @Override
    protected void onDetachedFromWindow() {
        super.onDetachedFromWindow();

        final Callback cb = getCallback();
        if (cb != null && mFeatureId < 0) {
            cb.onDetachedFromWindow();
        }

        if (mActionBar != null) {
```

```
                mActionBar.dismissPopupMenus();
            }

            if (mActionModePopup != null) {
                removeCallbacks(mShowActionModePopup);
                if (mActionModePopup.isShowing()) {
                    mActionModePopup.dismiss();
                }
                mActionModePopup = null;
            }

            PanelFeatureState st = getPanelState(FEATURE_OPTIONS_PANEL, false);
            if (st != null && st.menu != null && mFeatureId < 0) {
                st.menu.close();
            }
        }

        @Override
        public void onCloseSystemDialogs(String reason) {
            if (mFeatureId >= 0) {
                closeAllPanels();
            }
        }

        public android.view.SurfaceHolder.Callback2 willYouTakeTheSurface() {
            return mFeatureId < 0 ? mTakeSurfaceCallback : null;
        }

        public InputQueue.Callback willYouTakeTheInputQueue() {
            return mFeatureId < 0 ? mTakeInputQueueCallback : null;
        }

        public void setSurfaceType(int type) {
            PhoneWindow.this.setType(type);
        }

        public void setSurfaceFormat(int format) {
            PhoneWindow.this.setFormat(format);
        }
```

```

        public void setSurfaceKeepScreenOn(boolean keepOn) {
            if (keepOn) PhoneWindow.this.addFlags(WindowManager.LayoutParams.
    FLAG_KEEP_SCREEN_ON);
            else PhoneWindow.this.clearFlags(WindowManager.LayoutParams.FLAG_KEEP_SCREEN_ON);
        }

        /**
         * Clears out internal reference when the action mode is destroyed.
         */
        private class ActionModeCallbackWrapper implements ActionMode.Callback {
            private ActionMode.Callback mWrapped;

            public ActionModeCallbackWrapper(ActionMode.Callback wrapped) {
                mWrapped = wrapped;
            }

            public boolean onCreateActionMode(ActionMode mode, Menu menu) {
                return mWrapped.onCreateActionMode(mode, menu);
            }

            public boolean onPrepareActionMode(ActionMode mode, Menu menu) {
                return mWrapped.onPrepareActionMode(mode, menu);
            }

            public boolean onActionItemClicked(ActionMode mode, MenuItem item) {
                return mWrapped.onActionItemClicked(mode, item);
            }

            public void onDestroyActionMode(ActionMode mode) {
                mWrapped.onDestroyActionMode(mode);
                if (mActionModePopup != null) {
                    removeCallbacks(mShowActionModePopup);
                    mActionModePopup.dismiss();
                } else if (mActionModeView != null) {
                    mActionModeView.setVisibility(GONE);
                }
                if (mActionModeView != null) {
                    mActionModeView.removeAllViews();
```

```
                }
                if (getCallback() != null && !isDestroyed()) {
                    try {
                        getCallback().onActionModeFinished(mActionMode);
                    } catch (AbstractMethodError ame) {
                        // Older apps might not implement this callback method.
                    }
                }
                mActionMode = null;
            }
        }
    }

    protected DecorView generateDecor() {
        return new DecorView(getContext(), -1);
    }

    protected void setFeatureFromAttrs(int featureId, TypedArray attrs,
            int drawableAttr, int alphaAttr) {
        Drawable d = attrs.getDrawable(drawableAttr);
        if (d != null) {
            requestFeature(featureId);
            setFeatureDefaultDrawable(featureId, d);
        }
        if ((getFeatures() & (1 << featureId)) != 0) {
            int alpha = attrs.getInt(alphaAttr, -1);
            if (alpha >= 0) {
                setFeatureDrawableAlpha(featureId, alpha);
            }
        }
    }

    protected ViewGroup generateLayout(DecorView decor) {
        // Apply data from current theme.

        TypedArray a = getWindowStyle();

        if (false) {
            System.out.println("From style:");
```

```
            String s = "Attrs:";
            for (int i = 0; i < com.android.internal.R.styleable.Window.length; i++) {
                s = s + " " + Integer.toHexString(com.android.internal.R.styleable.Window[i])
    + "="
                        + a.getString(i);
            }
            System.out.println(s);
        }

        mIsFloating = a.getBoolean(com.android.internal.R.styleable.Window_windowIsFloating,
    false);
        int flagsToUpdate = (FLAG_LAYOUT_IN_SCREEN|FLAG_LAYOUT_INSET_DECOR)
                & (~getForcedWindowFlags());
        if (mIsFloating) {
            setLayout(WRAP_CONTENT, WRAP_CONTENT);
            setFlags(0, flagsToUpdate);
        } else {
            setFlags(FLAG_LAYOUT_IN_SCREEN|FLAG_LAYOUT_INSET_DECOR, flagsToUpdate);
        }

        if (a.getBoolean(com.android.internal.R.styleable.Window_windowNoTitle, false)) {
            requestFeature(FEATURE_NO_TITLE);
        } else if (a.getBoolean(com.android.internal.R.styleable.Window_windowActionBar,
    false)) {
            // Don't allow an action bar if there is no title.
            requestFeature(FEATURE_ACTION_BAR);
        }

        if (a.getBoolean(com.android.internal.R.styleable.Window_windowActionBarOverlay,
    false)) {
            requestFeature(FEATURE_ACTION_BAR_OVERLAY);
        }

        if (a.getBoolean(com.android.internal.R.styleable.Window_windowActionModeOverlay,
    false)) {
            requestFeature(FEATURE_ACTION_MODE_OVERLAY);
        }

        if (a.getBoolean(com.android.internal.R.styleable.Window_windowFullscreen, false)) {
```

```
            setFlags(FLAG_FULLSCREEN, FLAG_FULLSCREEN&(~getForcedWindowFlags()));
        }

        if (a.getBoolean(com.android.internal.R.styleable.Window_windowShowWallpaper, false))
    {
            setFlags(FLAG_SHOW_WALLPAPER, FLAG_SHOW_WALLPAPER&(~getForcedWindowFlags()));
        }

        if (a.getBoolean(com.android.internal.R.styleable.Window_windowEnableSplitTouch,
                getContext().getApplicationInfo().targetSdkVersion
                        >= android.os.Build.VERSION_CODES.HONEYCOMB)) {
            setFlags(FLAG_SPLIT_TOUCH, FLAG_SPLIT_TOUCH&(~getForcedWindowFlags()));
        }

        a.getValue(com.android.internal.R.styleable.Window_windowMinWidthMajor,
    mMinWidthMajor);
        a.getValue(com.android.internal.R.styleable.Window_windowMinWidthMinor,
    mMinWidthMinor);

        final Context context = getContext();
        final int targetSdk = context.getApplicationInfo().targetSdkVersion;
        final boolean targetPreHoneycomb = targetSdk < android.os.Build.VERSION_CODES.
    HONEYCOMB;
        final boolean targetPreIcs = targetSdk < android.os.Build.VERSION_CODES.
    ICE_CREAM_SANDWICH;
        final boolean targetHcNeedsOptions = context.getResources().getBoolean(
                com.android.internal.R.bool.target_honeycomb_needs_options_menu);
        final boolean noActionBar = !hasFeature(FEATURE_ACTION_BAR) || hasFeature
    (FEATURE_NO_TITLE);

        if (targetPreHoneycomb || (targetPreIcs && targetHcNeedsOptions && noActionBar)) {
            addFlags(WindowManager.LayoutParams.FLAG_NEEDS_MENU_KEY);
        }

        if (mAlwaysReadCloseOnTouchAttr || getContext().getApplicationInfo().targetSdkVersion
                >= android.os.Build.VERSION_CODES.HONEYCOMB) {
            if (a.getBoolean(
                    com.android.internal.R.styleable.Window_windowCloseOnTouchOutside,
                    false)) {
```

```
                setCloseOnTouchOutsideIfNotSet(true);
            }
        }

        WindowManager.LayoutParams params = getAttributes();

        if (!hasSoftInputMode()) {
            params.softInputMode = a.getInt(
                    com.android.internal.R.styleable.Window_windowSoftInputMode,
                    params.softInputMode);
        }

        if (a.getBoolean(com.android.internal.R.styleable.Window_backgroundDimEnabled,
                mIsFloating)) {
            /* All dialogs should have the window dimmed */
            if ((getForcedWindowFlags()&WindowManager.LayoutParams.FLAG_DIM_BEHIND) == 0) {
                params.flags |= WindowManager.LayoutParams.FLAG_DIM_BEHIND;
            }
            if (!haveDimAmount()) {
                params.dimAmount = a.getFloat(
                        android.R.styleable.Window_backgroundDimAmount, 0.5f);
            }
        }

        if (params.windowAnimations == 0) {
            params.windowAnimations = a.getResourceId(
                    com.android.internal.R.styleable.Window_windowAnimationStyle, 0);
        }

        // The rest are only done if this window is not embedded; otherwise,
        // the values are inherited from our container.
        if (getContainer() == null) {
            if (mBackgroundDrawable == null) {
                if (mBackgroundResource == 0) {
                    mBackgroundResource = a.getResourceId(
                            com.android.internal.R.styleable.Window_windowBackground, 0);
                }
                if (mFrameResource == 0) {
                    mFrameResource = a.getResourceId(com.android.internal.R.styleable.
```

```
    Window_windowFrame, 0);
                    }
                    if (false) {
                        System.out.println("Background: "
                                + Integer.toHexString(mBackgroundResource) + " Frame: "
                                + Integer.toHexString(mFrameResource));
                    }
                }
                mTextColor = a.getColor(com.android.internal.R.styleable.Window_textColor,
    0xFF000000);
            }

            // Inflate the window decor.

            int layoutResource;
            int features = getLocalFeatures();
            // System.out.println("Features: 0x" + Integer.toHexString(features));
            if ((features & ((1 << FEATURE_LEFT_ICON) | (1 << FEATURE_RIGHT_ICON))) != 0) {
                if (mIsFloating) {
                    TypedValue res = new TypedValue();
                    getContext().getTheme().resolveAttribute(
                            com.android.internal.R.attr.dialogTitleIconsDecorLayout, res, true);
                    layoutResource = res.resourceId;
                } else {
                    layoutResource = com.android.internal.R.layout.screen_title_icons;
                }
                // XXX Remove this once action bar supports these features.
                removeFeature(FEATURE_ACTION_BAR);
                // System.out.println("Title Icons!");
            } else if ((features & ((1 << FEATURE_PROGRESS) | (1 <<
    FEATURE_INDETERMINATE_PROGRESS))) != 0
                    && (features & (1 << FEATURE_ACTION_BAR)) == 0) {
                // Special case for a window with only a progress bar (and title).
                // XXX Need to have a no-title version of embedded windows.
                layoutResource = com.android.internal.R.layout.screen_progress;
                // System.out.println("Progress!");
            } else if ((features & (1 << FEATURE_CUSTOM_TITLE)) != 0) {
                // Special case for a window with a custom title.
                // If the window is floating, we need a dialog layout
```

```
            if (mIsFloating) {
                TypedValue res = new TypedValue();
                getContext().getTheme().resolveAttribute(
                        com.android.internal.R.attr.dialogCustomTitleDecorLayout, res, true);
                layoutResource = res.resourceId;
            } else {
                layoutResource = com.android.internal.R.layout.screen_custom_title;
            }
            // XXX Remove this once action bar supports these features.
            removeFeature(FEATURE_ACTION_BAR);
        } else if ((features & (1 << FEATURE_NO_TITLE)) == 0) {
            // If no other features and not embedded, only need a title.
            // If the window is floating, we need a dialog layout
            if (mIsFloating) {
                TypedValue res = new TypedValue();
                getContext().getTheme().resolveAttribute(
                        com.android.internal.R.attr.dialogTitleDecorLayout, res, true);
                layoutResource = res.resourceId;
            } else if ((features & (1 << FEATURE_ACTION_BAR)) != 0) {
                if ((features & (1 << FEATURE_ACTION_BAR_OVERLAY)) != 0) {
                    layoutResource = com.android.internal.R.layout.screen_action_bar_overlay;
                } else {
                    layoutResource = com.android.internal.R.layout.screen_action_bar;
                }
            } else {
                layoutResource = com.android.internal.R.layout.screen_title;
            }
            // System.out.println("Title!");
        } else if ((features & (1 << FEATURE_ACTION_MODE_OVERLAY)) != 0) {
            layoutResource = com.android.internal.R.layout.screen_simple_overlay_action_mode;
        } else {
            // Embedded, so no decoration is needed.
            layoutResource = com.android.internal.R.layout.screen_simple;
            // System.out.println("Simple!");
        }

        mDecor.startChanging();

        View in = mLayoutInflater.inflate(layoutResource, null);
```

```
        decor.addView(in, new ViewGroup.LayoutParams(MATCH_PARENT, MATCH_PARENT));

        ViewGroup contentParent = (ViewGroup)findViewById(ID_ANDROID_CONTENT);
        if (contentParent == null) {
            throw new RuntimeException("Window couldn't find content container view");
        }

        if ((features & (1 << FEATURE_INDETERMINATE_PROGRESS)) != 0) {
            ProgressBar progress = getCircularProgressBar(false);
            if (progress != null) {
                progress.setIndeterminate(true);
            }
        }

        // Remaining setup -- of background and title -- that only applies
        // to top-level windows.
        if (getContainer() == null) {
            Drawable drawable = mBackgroundDrawable;
            if (mBackgroundResource != 0) {
                drawable = getContext().getResources().getDrawable(mBackgroundResource);
            }
            mDecor.setWindowBackground(drawable);
            drawable = null;
            if (mFrameResource != 0) {
                drawable = getContext().getResources().getDrawable(mFrameResource);
            }
            mDecor.setWindowFrame(drawable);

            // System.out.println("Text=" + Integer.toHexString(mTextColor) +
            // " Sel=" + Integer.toHexString(mTextSelectedColor) +
            // " Title=" + Integer.toHexString(mTitleColor));

            if (mTitleColor == 0) {
                mTitleColor = mTextColor;
            }

            if (mTitle != null) {
                setTitle(mTitle);
            }
```

```
                setTitleColor(mTitleColor);
            }

            mDecor.finishChanging();

            return contentParent;
        }

        /** @hide */
        public void alwaysReadCloseOnTouchAttr() {
            mAlwaysReadCloseOnTouchAttr = true;
        }

        private void installDecor() {
            if (mDecor == null) {
                mDecor = generateDecor();
                mDecor.setDescendantFocusability(ViewGroup.FOCUS_AFTER_DESCENDANTS);
                mDecor.setIsRootNamespace(true);
            }
            if (mContentParent == null) {
                mContentParent = generateLayout(mDecor);

                mTitleView = (TextView)findViewById(com.android.internal.R.id.title);
                if (mTitleView != null) {
                    if ((getLocalFeatures() & (1 << FEATURE_NO_TITLE)) != 0) {
                        View titleContainer = findViewById(com.android.internal.R.id.
    title_container);
                        if (titleContainer != null) {
                            titleContainer.setVisibility(View.GONE);
                        } else {
                            mTitleView.setVisibility(View.GONE);
                        }
                        if (mContentParent instanceof FrameLayout) {
                            ((FrameLayout)mContentParent).setForeground(null);
                        }
                    } else {
                        mTitleView.setText(mTitle);
                    }
                } else {
```

```
        mActionBar = (ActionBarView) findViewById(com.android.internal.R.id.
action_bar);
        if (mActionBar != null) {
            mActionBar.setWindowCallback(getCallback());
            if (mActionBar.getTitle() == null) {
                mActionBar.setWindowTitle(mTitle);
            }
            final int localFeatures = getLocalFeatures();
            if ((localFeatures & (1 << FEATURE_PROGRESS)) != 0) {
                mActionBar.initProgress();
            }
            if ((localFeatures & (1 << FEATURE_INDETERMINATE_PROGRESS)) != 0) {
                mActionBar.initIndeterminateProgress();
            }

            boolean splitActionBar = false;
            final boolean splitWhenNarrow =
                    (mUiOptions & ActivityInfo.UIOPTION_SPLIT_ACTION_BAR_WHEN_NARROW)
!= 0;
            if (splitWhenNarrow) {
                splitActionBar = getContext().getResources().getBoolean(
                        com.android.internal.R.bool.split_action_bar_is_narrow);
            } else {
                splitActionBar = getWindowStyle().getBoolean(
                        com.android.internal.R.styleable.Window_windowSplitActionBar,
false);
            }
            final ActionBarContainer splitView = (ActionBarContainer) findViewById(
                    com.android.internal.R.id.split_action_bar);
            if (splitView != null) {
                mActionBar.setSplitView(splitView);
                mActionBar.setSplitActionBar(splitActionBar);
                mActionBar.setSplitWhenNarrow(splitWhenNarrow);

                final ActionBarContextView cab = (ActionBarContextView) findViewById(
                        com.android.internal.R.id.action_context_bar);
                cab.setSplitView(splitView);
                cab.setSplitActionBar(splitActionBar);
                cab.setSplitWhenNarrow(splitWhenNarrow);
```

```
                } else if (splitActionBar) {
                    Log.e(TAG, "Requested split action bar with " +
                            "incompatible window decor! Ignoring request.");
                }

                // Post the panel invalidate for later; avoid application
onCreateOptionsMenu
                // being called in the middle of onCreate or similar.
                mDecor.post(new Runnable() {
                    public void run() {
                        // Invalidate if the panel menu hasn't been created before this.
                        PanelFeatureState st = getPanelState(FEATURE_OPTIONS_PANEL, false
);

                        if (!isDestroyed() && (st == null || st.menu == null)) {
                            invalidatePanelMenu(FEATURE_ACTION_BAR);
                        }
                    }
                });
            }
        }
    }
}

    private Drawable loadImageURI(Uri uri) {
        try {
            return Drawable.createFromStream(
                    getContext().getContentResolver().openInputStream(uri), null);
        } catch (Exception e) {
            Log.w(TAG, "Unable to open content: " + uri);
        }
        return null;
    }

    private DrawableFeatureState getDrawableState(int featureId, boolean required) {
        if ((getFeatures() & (1 << featureId)) == 0) {
            if (!required) {
                return null;
            }
            throw new RuntimeException("The feature has not been requested");
```

```
        }

        DrawableFeatureState[] ar;
        if ((ar = mDrawables) == null || ar.length <= featureId) {
            DrawableFeatureState[] nar = new DrawableFeatureState[featureId + 1];
            if (ar != null) {
                System.arraycopy(ar, 0, nar, 0, ar.length);
            }
            mDrawables = ar = nar;
        }

        DrawableFeatureState st = ar[featureId];
        if (st == null) {
            ar[featureId] = st = new DrawableFeatureState(featureId);
        }
        return st;
    }

    /**
     * Gets a panel's state based on its feature ID.
     *
     * @param featureId The feature ID of the panel.
     * @param required Whether the panel is required (if it is required and it
     *            isn't in our features, this throws an exception).
     * @return The panel state.
     */
    private PanelFeatureState getPanelState(int featureId, boolean required) {
        return getPanelState(featureId, required, null);
    }

    /**
     * Gets a panel's state based on its feature ID.
     *
     * @param featureId The feature ID of the panel.
     * @param required Whether the panel is required (if it is required and it
     *            isn't in our features, this throws an exception).
     * @param convertPanelState Optional: If the panel state does not exist, use
     *            this as the panel state.
     * @return The panel state.
```

```java
         */
        private PanelFeatureState getPanelState(int featureId, boolean required,
                PanelFeatureState convertPanelState) {
            if ((getFeatures() & (1 << featureId)) == 0) {
                if (!required) {
                    return null;
                }
                throw new RuntimeException("The feature has not been requested");
            }

            PanelFeatureState[] ar;
            if ((ar = mPanels) == null || ar.length <= featureId) {
                PanelFeatureState[] nar = new PanelFeatureState[featureId + 1];
                if (ar != null) {
                    System.arraycopy(ar, 0, nar, 0, ar.length);
                }
                mPanels = ar = nar;
            }

            PanelFeatureState st = ar[featureId];
            if (st == null) {
                ar[featureId] = st = (convertPanelState != null)
                        ? convertPanelState
                        : new PanelFeatureState(featureId);
            }
            return st;
        }

        @Override
        public final void setChildDrawable(int featureId, Drawable drawable) {
            DrawableFeatureState st = getDrawableState(featureId, true);
            st.child = drawable;
            updateDrawable(featureId, st, false);
        }

        @Override
        public final void setChildInt(int featureId, int value) {
            updateInt(featureId, value, false);
        }
```

```java

    @Override
    public boolean isShortcutKey(int keyCode, KeyEvent event) {
        PanelFeatureState st = getPanelState(FEATURE_OPTIONS_PANEL, true);
        return st.menu != null && st.menu.isShortcutKey(keyCode, event);
    }

    private void updateDrawable(int featureId, DrawableFeatureState st, boolean fromResume) {
        // Do nothing if the decor is not yet installed... an update will
        // need to be forced when we eventually become active.
        if (mContentParent == null) {
            return;
        }

        final int featureMask = 1 << featureId;

        if ((getFeatures() & featureMask) == 0 && !fromResume) {
            return;
        }

        Drawable drawable = null;
        if (st != null) {
            drawable = st.child;
            if (drawable == null)
                drawable = st.local;
            if (drawable == null)
                drawable = st.def;
        }
        if ((getLocalFeatures() & featureMask) == 0) {
            if (getContainer() != null) {
                if (isActive() || fromResume) {
                    getContainer().setChildDrawable(featureId, drawable);
                }
            }
        } else if (st != null && (st.cur != drawable || st.curAlpha != st.alpha)) {
            // System.out.println("Drawable changed: old=" + st.cur
            // + ", new=" + drawable);
            st.cur = drawable;
            st.curAlpha = st.alpha;
```

```
                onDrawableChanged(featureId, drawable, st.alpha);
            }
        }

        private void updateInt(int featureId, int value, boolean fromResume) {

            // Do nothing if the decor is not yet installed... an update will
            // need to be forced when we eventually become active.
            if (mContentParent == null) {
                return;
            }

            final int featureMask = 1 << featureId;

            if ((getFeatures() & featureMask) == 0 && !fromResume) {
                return;
            }

            if ((getLocalFeatures() & featureMask) == 0) {
                if (getContainer() != null) {
                    getContainer().setChildInt(featureId, value);
                }
            } else {
                onIntChanged(featureId, value);
            }
        }

        private ImageView getLeftIconView() {
            if (mLeftIconView != null) {
                return mLeftIconView;
            }
            if (mContentParent == null) {
                installDecor();
            }
            return (mLeftIconView = (ImageView)findViewById(com.android.internal.R.id.left_icon))
;
        }

        private ProgressBar getCircularProgressBar(boolean shouldInstallDecor) {
```

```
        if (mCircularProgressBar != null) {
            return mCircularProgressBar;
        }
        if (mContentParent == null && shouldInstallDecor) {
            installDecor();
        }
        mCircularProgressBar = (ProgressBar) findViewById(com.android.internal.R.id.
    progress_circular);
        if (mCircularProgressBar != null) {
            mCircularProgressBar.setVisibility(View.INVISIBLE);
        }
        return mCircularProgressBar;
    }

    private ProgressBar getHorizontalProgressBar(boolean shouldInstallDecor) {
        if (mHorizontalProgressBar != null) {
            return mHorizontalProgressBar;
        }
        if (mContentParent == null && shouldInstallDecor) {
            installDecor();
        }
        mHorizontalProgressBar = (ProgressBar) findViewById(com.android.internal.R.id.
    progress_horizontal);
        if (mHorizontalProgressBar != null) {
            mHorizontalProgressBar.setVisibility(View.INVISIBLE);
        }
        return mHorizontalProgressBar;
    }

    private ImageView getRightIconView() {
        if (mRightIconView != null) {
            return mRightIconView;
        }
        if (mContentParent == null) {
            installDecor();
        }
        return (mRightIconView = (ImageView)findViewById(com.android.internal.R.id.right_icon
    ));
    }
```

```java

    /**
     * Helper method for calling the {@link Callback#onPanelClosed(int, Menu)}
     * callback. This method will grab whatever extra state is needed for the
     * callback that isn't given in the parameters. If the panel is not open,
     * this will not perform the callback.
     *
     * @param featureId Feature ID of the panel that was closed. Must be given.
     * @param panel Panel that was closed. Optional but useful if there is no
     *            menu given.
     * @param menu The menu that was closed. Optional, but give if you have.
     */
    private void callOnPanelClosed(int featureId, PanelFeatureState panel, Menu menu) {
        final Callback cb = getCallback();
        if (cb == null)
            return;

        // Try to get a menu
        if (menu == null) {
            // Need a panel to grab the menu, so try to get that
            if (panel == null) {
                if ((featureId >= 0) && (featureId < mPanels.length)) {
                    panel = mPanels[featureId];
                }
            }

            if (panel != null) {
                // menu still may be null, which is okay--we tried our best
                menu = panel.menu;
            }
        }

        // If the panel is not open, do not callback
        if ((panel != null) && (!panel.isOpen))
            return;

        if (!isDestroyed()) {
            cb.onPanelClosed(featureId, menu);
        }
```

```
    }

    /**
     * Helper method for adding launch-search to most applications. Opens the
     * search window using default settings.
     *
     * @return true if search window opened
     */
    private boolean launchDefaultSearch() {
        final Callback cb = getCallback();
        if (cb == null || isDestroyed()) {
            return false;
        } else {
            sendCloseSystemWindows("search");
            return cb.onSearchRequested();
        }
    }

    @Override
    public void setVolumeControlStream(int streamType) {
        mVolumeControlStreamType = streamType;
    }

    @Override
    public int getVolumeControlStream() {
        return mVolumeControlStreamType;
    }

    private static final class DrawableFeatureState {
        DrawableFeatureState(int _featureId) {
            featureId = _featureId;
        }

        final int featureId;

        int resid;

        Uri uri;

```

```
            Drawable local;

            Drawable child;

            Drawable def;

            Drawable cur;

            int alpha = 255;

            int curAlpha = 255;
        }

        private static final class PanelFeatureState {

            /** Feature ID for this panel. */
            int featureId;

            // Information pulled from the style for this panel.

            int background;

            /** The background when the panel spans the entire available width. */
            int fullBackground;

            int gravity;

            int x;

            int y;

            int windowAnimations;

            /** Dynamic state of the panel. */
            DecorView decorView;

            /** The panel that was returned by onCreatePanelView(). */
            View createdPanelView;

```

```
        /** The panel that we are actually showing. */
        View shownPanelView;

        /** Use {@link #setMenu} to set this. */
        MenuBuilder menu;

        IconMenuPresenter iconMenuPresenter;
        ListMenuPresenter listMenuPresenter;

        /** true if this menu will show in single-list compact mode */
        boolean isCompact;

        /** Theme resource ID for list elements of the panel menu */
        int listPresenterTheme;

        /**
         * Whether the panel has been prepared (see
         * {@link PhoneWindow#preparePanel}).
         */
        boolean isPrepared;

        /**
         * Whether an item's action has been performed. This happens in obvious
         * scenarios (user clicks on menu item), but can also happen with
         * chording menu+(shortcut key).
         */
        boolean isHandled;

        boolean isOpen;

        /**
         * True if the menu is in expanded mode, false if the menu is in icon
         * mode
         */
        boolean isInExpandedMode;

        public boolean qwertyMode;

        boolean refreshDecorView;
```

```
        boolean refreshMenuContent;

        boolean wasLastOpen;

        boolean wasLastExpanded;

        /**
         * Contains the state of the menu when told to freeze.
         */
        Bundle frozenMenuState;

        /**
         * Contains the state of associated action views when told to freeze.
         * These are saved across invalidations.
         */
        Bundle frozenActionViewState;

        PanelFeatureState(int featureId) {
            this.featureId = featureId;

            refreshDecorView = false;
        }

        public boolean isInListMode() {
            return isInExpandedMode || isCompact;
        }

        public boolean hasPanelItems() {
            if (shownPanelView == null) return false;
            if (createdPanelView != null) return true;

            if (isCompact || isInExpandedMode) {
                return listMenuPresenter.getAdapter().getCount() > 0;
            } else {
                return ((ViewGroup) shownPanelView).getChildCount() > 0;
            }
        }

```

```
        /**
         * Unregister and free attached MenuPresenters. They will be recreated as needed.
         */
        public void clearMenuPresenters() {
            if (menu != null) {
                menu.removeMenuPresenter(iconMenuPresenter);
                menu.removeMenuPresenter(listMenuPresenter);
            }
            iconMenuPresenter = null;
            listMenuPresenter = null;
        }

        void setStyle(Context context) {
            TypedArray a = context.obtainStyledAttributes(com.android.internal.R.styleable.
    Theme);
            background = a.getResourceId(
                    com.android.internal.R.styleable.Theme_panelBackground, 0);
            fullBackground = a.getResourceId(
                    com.android.internal.R.styleable.Theme_panelFullBackground, 0);
            windowAnimations = a.getResourceId(
                    com.android.internal.R.styleable.Theme_windowAnimationStyle, 0);
            isCompact = a.getBoolean(
                    com.android.internal.R.styleable.Theme_panelMenuIsCompact, false);
            listPresenterTheme = a.getResourceId(
                    com.android.internal.R.styleable.Theme_panelMenuListTheme,
                    com.android.internal.R.style.Theme_ExpandedMenu);
            a.recycle();
        }

        void setMenu(MenuBuilder menu) {
            if (menu == this.menu) return;

            if (this.menu != null) {
                this.menu.removeMenuPresenter(iconMenuPresenter);
                this.menu.removeMenuPresenter(listMenuPresenter);
            }
            this.menu = menu;
            if (menu != null) {
                if (iconMenuPresenter != null) menu.addMenuPresenter(iconMenuPresenter);
```

```
                if (listMenuPresenter != null) menu.addMenuPresenter(listMenuPresenter);
            }
        }

        MenuView getListMenuView(Context context, MenuPresenter.Callback cb) {
            if (menu == null) return null;

            if (!isCompact) {
                getIconMenuView(context, cb); // Need this initialized to know where our
offset goes
            }

            if (listMenuPresenter == null) {
                listMenuPresenter = new ListMenuPresenter(
                        com.android.internal.R.layout.list_menu_item_layout,
listPresenterTheme);
                listMenuPresenter.setCallback(cb);
                listMenuPresenter.setId(com.android.internal.R.id.list_menu_presenter);
                menu.addMenuPresenter(listMenuPresenter);
            }

            if (iconMenuPresenter != null) {
                listMenuPresenter.setItemIndexOffset(
                        iconMenuPresenter.getNumActualItemsShown());
            }
            MenuView result = listMenuPresenter.getMenuView(decorView);

            return result;
        }

        MenuView getIconMenuView(Context context, MenuPresenter.Callback cb) {
            if (menu == null) return null;

            if (iconMenuPresenter == null) {
                iconMenuPresenter = new IconMenuPresenter(context);
                iconMenuPresenter.setCallback(cb);
                iconMenuPresenter.setId(com.android.internal.R.id.icon_menu_presenter);
                menu.addMenuPresenter(iconMenuPresenter);
            }
```

```java

            MenuView result = iconMenuPresenter.getMenuView(decorView);

            return result;
        }

        Parcelable onSaveInstanceState() {
            SavedState savedState = new SavedState();
            savedState.featureId = featureId;
            savedState.isOpen = isOpen;
            savedState.isInExpandedMode = isInExpandedMode;

            if (menu != null) {
                savedState.menuState = new Bundle();
                menu.savePresenterStates(savedState.menuState);
            }

            return savedState;
        }

        void onRestoreInstanceState(Parcelable state) {
            SavedState savedState = (SavedState) state;
            featureId = savedState.featureId;
            wasLastOpen = savedState.isOpen;
            wasLastExpanded = savedState.isInExpandedMode;
            frozenMenuState = savedState.menuState;

            /*
             * A LocalActivityManager keeps the same instance of this class around.
             * The first time the menu is being shown after restoring, the
             * Activity.onCreateOptionsMenu should be called. But, if it is the
             * same instance then menu != null and we won't call that method.
             * We clear any cached views here. The caller should invalidatePanelMenu.
             */
            createdPanelView = null;
            shownPanelView = null;
            decorView = null;
        }

```

```
        void applyFrozenState() {
            if (menu != null && frozenMenuState != null) {
                menu.restorePresenterStates(frozenMenuState);
                frozenMenuState = null;
            }
        }

        private static class SavedState implements Parcelable {
            int featureId;
            boolean isOpen;
            boolean isInExpandedMode;
            Bundle menuState;

            public int describeContents() {
                return 0;
            }

            public void writeToParcel(Parcel dest, int flags) {
                dest.writeInt(featureId);
                dest.writeInt(isOpen ? 1 : 0);
                dest.writeInt(isInExpandedMode ? 1 : 0);

                if (isOpen) {
                    dest.writeBundle(menuState);
                }
            }

            private static SavedState readFromParcel(Parcel source) {
                SavedState savedState = new SavedState();
                savedState.featureId = source.readInt();
                savedState.isOpen = source.readInt() == 1;
                savedState.isInExpandedMode = source.readInt() == 1;

                if (savedState.isOpen) {
                    savedState.menuState = source.readBundle();
                }

                return savedState;
            }
```

```
            public static final Parcelable.Creator<SavedState> CREATOR
                    = new Parcelable.Creator<SavedState>() {
                public SavedState createFromParcel(Parcel in) {
                    return readFromParcel(in);
                }

                public SavedState[] newArray(int size) {
                    return new SavedState[size];
                }
            };
        }

    }

    static class RotationWatcher extends IRotationWatcher.Stub {
        private Handler mHandler;
        private final Runnable mRotationChanged = new Runnable() {
            public void run() {
                dispatchRotationChanged();
            }
        };
        private final ArrayList<WeakReference<PhoneWindow>> mWindows =
                new ArrayList<WeakReference<PhoneWindow>>();
        private boolean mIsWatching;

        @Override
        public void onRotationChanged(int rotation) throws RemoteException {
            mHandler.post(mRotationChanged);
        }

        public void addWindow(PhoneWindow phoneWindow) {
            synchronized (mWindows) {
                if (!mIsWatching) {
                    try {
                        WindowManagerHolder.sWindowManager.watchRotation(this);
                        mHandler = new Handler();
                        mIsWatching = true;
                    } catch (RemoteException ex) {
```

```
                    Log.e(TAG, "Couldn't start watching for device rotation", ex);
                }
            }
            mWindows.add(new WeakReference<PhoneWindow>(phoneWindow));
        }
    }

    public void removeWindow(PhoneWindow phoneWindow) {
        synchronized (mWindows) {
            int i = 0;
            while (i < mWindows.size()) {
                final WeakReference<PhoneWindow> ref = mWindows.get(i);
                final PhoneWindow win = ref.get();
                if (win == null || win == phoneWindow) {
                    mWindows.remove(i);
                } else {
                    i++;
                }
            }
        }
    }

    void dispatchRotationChanged() {
        synchronized (mWindows) {
            int i = 0;
            while (i < mWindows.size()) {
                final WeakReference<PhoneWindow> ref = mWindows.get(i);
                final PhoneWindow win = ref.get();
                if (win != null) {
                    win.onOptionsPanelRotationChanged();
                    i++;
                } else {
                    mWindows.remove(i);
                }
            }
        }
    }
}
```

```
    /**
     * Simple implementation of MenuBuilder.Callback that:
     * <li> Opens a submenu when selected.
     * <li> Calls back to the callback's onMenuItemSelected when an item is
     * selected.
     */
    private final class DialogMenuCallback implements MenuBuilder.Callback, MenuPresenter.
Callback {
        private int mFeatureId;
        private MenuDialogHelper mSubMenuHelper;

        public DialogMenuCallback(int featureId) {
            mFeatureId = featureId;
        }

        public void onCloseMenu(MenuBuilder menu, boolean allMenusAreClosing) {
            if (menu.getRootMenu() != menu) {
                onCloseSubMenu(menu);
            }

            if (allMenusAreClosing) {
                Callback callback = getCallback();
                if (callback != null && !isDestroyed()) {
                    callback.onPanelClosed(mFeatureId, menu);
                }

                if (menu == mContextMenu) {
                    dismissContextMenu();
                }

                // Dismiss the submenu, if it is showing
                if (mSubMenuHelper != null) {
                    mSubMenuHelper.dismiss();
                    mSubMenuHelper = null;
                }
            }
        }

        public void onCloseSubMenu(MenuBuilder menu) {
```

```
                Callback callback = getCallback();
                if (callback != null && !isDestroyed()) {
                    callback.onPanelClosed(mFeatureId, menu.getRootMenu());
                }
            }

            public boolean onMenuItemSelected(MenuBuilder menu, MenuItem item) {
                Callback callback = getCallback();
                return (callback != null && !isDestroyed())
                        && callback.onMenuItemSelected(mFeatureId, item);
            }

            public void onMenuModeChange(MenuBuilder menu) {
            }

            public boolean onOpenSubMenu(MenuBuilder subMenu) {
                if (subMenu == null) return false;

                // Set a simple callback for the submenu
                subMenu.setCallback(this);

                // The window manager will give us a valid window token
                mSubMenuHelper = new MenuDialogHelper(subMenu);
                mSubMenuHelper.show(null);

                return true;
            }
        }

        void sendCloseSystemWindows() {
            PhoneWindowManager.sendCloseSystemWindows(getContext(), null);
        }

        void sendCloseSystemWindows(String reason) {
            PhoneWindowManager.sendCloseSystemWindows(getContext(), reason);
        }
    }
```

```java
/*
 * Copyright (C) 2006 The Android Open Source Project
 *
 * Licensed under the Apache License, Version 2.0 (the "License");
 * you may not use this file except in compliance with the License.
 * You may obtain a copy of the License at
 *
 *      http://www.apache.org/licenses/LICENSE-2.0
 *
 * Unless required by applicable law or agreed to in writing, software
 * distributed under the License is distributed on an "AS IS" BASIS,
 * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
 * See the License for the specific language governing permissions and
 * limitations under the License.
 */

package com.android.internal.view.menu;

import android.content.Context;
import android.graphics.drawable.Drawable;
import android.os.IBinder;
import android.util.EventLog;
import android.view.ContextMenu;
import android.view.View;

/**
 * Implementation of the {@link android.view.ContextMenu} interface.
 * <p>
 * Most clients of the menu framework will never need to touch this
 * class.  However, if the client has a window that
 * is not a content view of a Dialog or Activity (for example, the
 * view was added directly to the window manager) and needs to show
 * context menus, it will use this class.
 * <p>
 * To use this class, instantiate it via {@link #ContextMenuBuilder(Context)},
 * and optionally populate it with any of your custom items.  Finally,
 * call {@link #show(View, IBinder)} which will populate the menu
 * with a view's context menu items and show the context menu.
 */
```

```java
public class ContextMenuBuilder extends MenuBuilder implements ContextMenu {

    public ContextMenuBuilder(Context context) {
        super(context);
    }

    public ContextMenu setHeaderIcon(Drawable icon) {
        return (ContextMenu) super.setHeaderIconInt(icon);
    }

    public ContextMenu setHeaderIcon(int iconRes) {
        return (ContextMenu) super.setHeaderIconInt(iconRes);
    }

    public ContextMenu setHeaderTitle(CharSequence title) {
        return (ContextMenu) super.setHeaderTitleInt(title);
    }

    public ContextMenu setHeaderTitle(int titleRes) {
        return (ContextMenu) super.setHeaderTitleInt(titleRes);
    }

    public ContextMenu setHeaderView(View view) {
        return (ContextMenu) super.setHeaderViewInt(view);
    }

    /**
     * Shows this context menu, allowing the optional original view (and its
     * ancestors) to add items.
     *
     * @param originalView Optional, the original view that triggered the
     *        context menu.
     * @param token Optional, the window token that should be set on the context
     *        menu's window.
     * @return If the context menu was shown, the {@link MenuDialogHelper} for
     *         dismissing it. Otherwise, null.
     */
    public MenuDialogHelper show(View originalView, IBinder token) {
        if (originalView != null) {
```

```
                // Let relevant views and their populate context listeners populate
                // the context menu
                originalView.createContextMenu(this);
            }

            if (getVisibleItems().size() > 0) {
                EventLog.writeEvent(50001, 1);

                MenuDialogHelper helper = new MenuDialogHelper(this);
                helper.show(token);

                return helper;
            }

            return null;
        }

    }
```

```
/*
 * Copyright (C) 2006 The Android Open Source Project
 *
 * Licensed under the Apache License, Version 2.0 (the "License");
 * you may not use this file except in compliance with the License.
 * You may obtain a copy of the License at
 *
 *      http://www.apache.org/licenses/LICENSE-2.0
 *
 * Unless required by applicable law or agreed to in writing, software
 * distributed under the License is distributed on an "AS IS" BASIS,
 * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
 * See the License for the specific language governing permissions and
 * limitations under the License.
 */

package com.android.internal.view.menu;

import android.app.AlertDialog;
import android.app.Dialog;
import android.content.DialogInterface;
import android.os.IBinder;
import android.view.KeyEvent;
import android.view.View;
import android.view.Window;
import android.view.WindowManager;

/**
 * Helper for menus that appear as Dialogs (context and submenus).
 *
 * @hide
 */
public class MenuDialogHelper implements DialogInterface.OnKeyListener,
        DialogInterface.OnClickListener,
        DialogInterface.OnDismissListener,
        MenuPresenter.Callback {
    private MenuBuilder mMenu;
    private AlertDialog mDialog;
    ListMenuPresenter mPresenter;
```

```java
    private MenuPresenter.Callback mPresenterCallback;

    public MenuDialogHelper(MenuBuilder menu) {
        mMenu = menu;
    }

    /**
     * Shows menu as a dialog.
     *
     * @param windowToken Optional token to assign to the window.
     */
    public void show(IBinder windowToken) {
        // Many references to mMenu, create local reference
        final MenuBuilder menu = mMenu;

        // Get the builder for the dialog
        final AlertDialog.Builder builder = new AlertDialog.Builder(menu.getContext());

        mPresenter = new ListMenuPresenter(builder.getContext(),
                com.android.internal.R.layout.list_menu_item_layout);

        mPresenter.setCallback(this);
        mMenu.addMenuPresenter(mPresenter);
        builder.setAdapter(mPresenter.getAdapter(), this);

        // Set the title
        final View headerView = menu.getHeaderView();
        if (headerView != null) {
            // Menu's client has given a custom header view, use it
            builder.setCustomTitle(headerView);
        } else {
            // Otherwise use the (text) title and icon
            builder.setIcon(menu.getHeaderIcon()).setTitle(menu.getHeaderTitle());
        }

        // Set the key listener
        builder.setOnKeyListener(this);

        // Show the menu
```

```
        mDialog = builder.create();
        mDialog.setOnDismissListener(this);

        WindowManager.LayoutParams lp = mDialog.getWindow().getAttributes();
        lp.type = WindowManager.LayoutParams.TYPE_APPLICATION_ATTACHED_DIALOG;
        if (windowToken != null) {
            lp.token = windowToken;
        }
        lp.flags |= WindowManager.LayoutParams.FLAG_ALT_FOCUSABLE_IM;

        mDialog.show();
    }

    public boolean onKey(DialogInterface dialog, int keyCode, KeyEvent event) {
        if (keyCode == KeyEvent.KEYCODE_MENU || keyCode == KeyEvent.KEYCODE_BACK) {
            if (event.getAction() == KeyEvent.ACTION_DOWN
                    && event.getRepeatCount() == 0) {
                Window win = mDialog.getWindow();
                if (win != null) {
                    View decor = win.getDecorView();
                    if (decor != null) {
                        KeyEvent.DispatcherState ds = decor.getKeyDispatcherState();
                        if (ds != null) {
                            ds.startTracking(event, this);
                            return true;
                        }
                    }
                }
            } else if (event.getAction() == KeyEvent.ACTION_UP && !event.isCanceled()) {
                Window win = mDialog.getWindow();
                if (win != null) {
                    View decor = win.getDecorView();
                    if (decor != null) {
                        KeyEvent.DispatcherState ds = decor.getKeyDispatcherState();
                        if (ds != null && ds.isTracking(event)) {
                            mMenu.close(true);
                            dialog.dismiss();
                            return true;
                        }
```

```
                    }
                }
            }
        }

        // Menu shortcut matching
        return mMenu.performShortcut(keyCode, event, 0);

    }

    public void setPresenterCallback(MenuPresenter.Callback cb) {
        mPresenterCallback = cb;
    }

    /**
     * Dismisses the menu's dialog.
     *
     * @see Dialog#dismiss()
     */
    public void dismiss() {
        if (mDialog != null) {
            mDialog.dismiss();
        }
    }

    @Override
    public void onDismiss(DialogInterface dialog) {
        mPresenter.onCloseMenu(mMenu, true);
    }

    @Override
    public void onCloseMenu(MenuBuilder menu, boolean allMenusAreClosing) {
        if (allMenusAreClosing || menu == mMenu) {
            dismiss();
        }
        if (mPresenterCallback != null) {
            mPresenterCallback.onCloseMenu(menu, allMenusAreClosing);
        }
    }
```

```java

    @Override
    public boolean onOpenSubMenu(MenuBuilder subMenu) {
        if (mPresenterCallback != null) {
            return mPresenterCallback.onOpenSubMenu(subMenu);
        }
        return false;
    }

    public void onClick(DialogInterface dialog, int which) {
        mMenu.performItemAction((MenuItemImpl) mPresenter.getAdapter().getItem(which), 0);
    }
}
```

```java
/*
 * Copyright (C) 2006 The Android Open Source Project
 *
 * Licensed under the Apache License, Version 2.0 (the "License");
 * you may not use this file except in compliance with the License.
 * You may obtain a copy of the License at
 *
 *      http://www.apache.org/licenses/LICENSE-2.0
 *
 * Unless required by applicable law or agreed to in writing, software
 * distributed under the License is distributed on an "AS IS" BASIS,
 * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
 * See the License for the specific language governing permissions and
 * limitations under the License.
 */

package android.content;

import android.content.pm.ApplicationInfo;
import android.content.pm.PackageManager;
import android.content.res.AssetManager;
import android.content.res.Resources;
import android.content.res.TypedArray;
import android.database.DatabaseErrorHandler;
import android.database.sqlite.SQLiteDatabase;
import android.database.sqlite.SQLiteDatabase.CursorFactory;
import android.graphics.Bitmap;
import android.graphics.drawable.Drawable;
import android.media.MediaScannerConnection.OnScanCompletedListener;
import android.net.Uri;
import android.os.Bundle;
import android.os.Handler;
import android.os.Looper;
import android.util.AttributeSet;

import java.io.File;
import java.io.FileInputStream;
import java.io.FileNotFoundException;
import java.io.FileOutputStream;
```

```java
import java.io.IOException;
import java.io.InputStream;

/**
 * Interface to global information about an application environment.  This is
 * an abstract class whose implementation is provided by
 * the Android system.  It
 * allows access to application-specific resources and classes, as well as
 * up-calls for application-level operations such as launching activities,
 * broadcasting and receiving intents, etc.
 */
public abstract class Context {
    /**
     * File creation mode: the default mode, where the created file can only
     * be accessed by the calling application (or all applications sharing the
     * same user ID).
     * @see #MODE_WORLD_READABLE
     * @see #MODE_WORLD_WRITEABLE
     */
    public static final int MODE_PRIVATE = 0x0000;
    /**
     * File creation mode: allow all other applications to have read access
     * to the created file.
     * @see #MODE_PRIVATE
     * @see #MODE_WORLD_WRITEABLE
     */
    public static final int MODE_WORLD_READABLE = 0x0001;
    /**
     * File creation mode: allow all other applications to have write access
     * to the created file.
     * @see #MODE_PRIVATE
     * @see #MODE_WORLD_READABLE
     */
    public static final int MODE_WORLD_WRITEABLE = 0x0002;
    /**
     * File creation mode: for use with {@link #openFileOutput}, if the file
     * already exists then write data to the end of the existing file
     * instead of erasing it.
     * @see #openFileOutput
```

```
     */
    public static final int MODE_APPEND = 0x8000;

    /**
     * SharedPreference loading flag: when set, the file on disk will
     * be checked for modification even if the shared preferences
     * instance is already loaded in this process.  This behavior is
     * sometimes desired in cases where the application has multiple
     * processes, all writing to the same SharedPreferences file.
     * Generally there are better forms of communication between
     * processes, though.
     *
     * <p>This was the legacy (but undocumented) behavior in and
     * before Gingerbread (Android 2.3) and this flag is implied when
     * targetting such releases.  For applications targetting SDK
     * versions <em>greater than</em> Android 2.3, this flag must be
     * explicitly set if desired.
     *
     * @see #getSharedPreferences
     */
    public static final int MODE_MULTI_PROCESS = 0x0004;

    /**
     * Flag for {@link #bindService}: automatically create the service as long
     * as the binding exists.  Note that while this will create the service,
     * its {@link android.app.Service#onStartCommand}
     * method will still only be called due to an
     * explicit call to {@link #startService}.  Even without that, though,
     * this still provides you with access to the service object while the
     * service is created.
     *
     * <p>Note that prior to {@link android.os.Build.VERSION_CODES#ICE_CREAM_SANDWICH},
     * not supplying this flag would also impact how important the system
     * consider's the target service's process to be.  When set, the only way
     * for it to be raised was by binding from a service in which case it will
     * only be important when that activity is in the foreground.  Now to
     * achieve this behavior you must explicitly supply the new flag
     * {@link #BIND_ADJUST_WITH_ACTIVITY}.  For compatibility, old applications
     * that don't specify {@link #BIND_AUTO_CREATE} will automatically have
```

```
     * the flags {@link #BIND_WAIVE_PRIORITY} and
     * {@link #BIND_ADJUST_WITH_ACTIVITY} set for them in order to achieve
     * the same result.
     */
    public static final int BIND_AUTO_CREATE = 0x0001;

    /**
     * Flag for {@link #bindService}: include debugging help for mismatched
     * calls to unbind.  When this flag is set, the callstack of the following
     * {@link #unbindService} call is retained, to be printed if a later
     * incorrect unbind call is made.  Note that doing this requires retaining
     * information about the binding that was made for the lifetime of the app,
     * resulting in a leak -- this should only be used for debugging.
     */
    public static final int BIND_DEBUG_UNBIND = 0x0002;

    /**
     * Flag for {@link #bindService}: don't allow this binding to raise
     * the target service's process to the foreground scheduling priority.
     * It will still be raised to at least the same memory priority
     * as the client (so that its process will not be killable in any
     * situation where the client is not killable), but for CPU scheduling
     * purposes it may be left in the background.  This only has an impact
     * in the situation where the binding client is a foreground process
     * and the target service is in a background process.
     */
    public static final int BIND_NOT_FOREGROUND = 0x0004;

    /**
     * Flag for {@link #bindService}: indicates that the client application
     * binding to this service considers the service to be more important than
     * the app itself.  When set, the platform will try to have the out of
     * memory kill the app before it kills the service it is bound to, though
     * this is not guaranteed to be the case.
     */
    public static final int BIND_ABOVE_CLIENT = 0x0008;

    /**
     * Flag for {@link #bindService}: allow the process hosting the bound
```

```
     * service to go through its normal memory management.  It will be
     * treated more like a running service, allowing the system to
     * (temporarily) expunge the process if low on memory or for some other
     * whim it may have, and being more aggressive about making it a candidate
     * to be killed (and restarted) if running for a long time.
     */
    public static final int BIND_ALLOW_OOM_MANAGEMENT = 0x0010;

    /**
     * Flag for {@link #bindService}: don't impact the scheduling or
     * memory management priority of the target service's hosting process.
     * Allows the service's process to be managed on the background LRU list
     * just like a regular application process in the background.
     */
    public static final int BIND_WAIVE_PRIORITY = 0x0020;

    /**
     * Flag for {@link #bindService}: this service is very important to
     * the client, so should be brought to the foreground process level
     * when the client is.  Normally a process can only be raised to the
     * visibility level by a client, even if that client is in the foreground.
     */
    public static final int BIND_IMPORTANT = 0x0040;

    /**
     * Flag for {@link #bindService}: If binding from an activity, allow the
     * target service's process importance to be raised based on whether the
     * activity is visible to the user, regardless whether another flag is
     * used to reduce the amount that the client process's overall importance
     * is used to impact it.
     */
    public static final int BIND_ADJUST_WITH_ACTIVITY = 0x0040;

    /** Return an AssetManager instance for your application's package. */
    public abstract AssetManager getAssets();

    /** Return a Resources instance for your application's package. */
    public abstract Resources getResources();

```

```
    /** Return PackageManager instance to find global package information. */
    public abstract PackageManager getPackageManager();

    /** Return a ContentResolver instance for your application's package. */
    public abstract ContentResolver getContentResolver();

    /**
     * Return the Looper for the main thread of the current process.  This is
     * the thread used to dispatch calls to application components (activities,
     * services, etc).
     */
    public abstract Looper getMainLooper();

    /**
     * Return the context of the single, global Application object of the
     * current process.  This generally should only be used if you need a
     * Context whose lifecycle is separate from the current context, that is
     * tied to the lifetime of the process rather than the current component.
     *
     * <p>Consider for example how this interacts with
     * {@link #registerReceiver(BroadcastReceiver, IntentFilter)}:
     * <ul>
     * <li> <p>If used from an Activity context, the receiver is being registered
     * within that activity.  This means that you are expected to unregister
     * before the activity is done being destroyed; in fact if you do not do
     * so, the framework will clean up your leaked registration as it removes
     * the activity and log an error.  Thus, if you use the Activity context
     * to register a receiver that is static (global to the process, not
     * associated with an Activity instance) then that registration will be
     * removed on you at whatever point the activity you used is destroyed.
     * <li> <p>If used from the Context returned here, the receiver is being
     * registered with the global state associated with your application.  Thus
     * it will never be unregistered for you.  This is necessary if the receiver
     * is associated with static data, not a particular component.  However
     * using the ApplicationContext elsewhere can easily lead to serious leaks
     * if you forget to unregister, unbind, etc.
     * </ul>
     */
    public abstract Context getApplicationContext();
```

```
    /**
     * Add a new {@link ComponentCallbacks} to the base application of the
     * Context, which will be called at the same times as the ComponentCallbacks
     * methods of activities and other components are called.  Note that you
     * <em>must</em> be sure to use {@link #unregisterComponentCallbacks} when
     * appropriate in the future; this will not be removed for you.
     *
     * @param callback The interface to call.  This can be either a
     * {@link ComponentCallbacks} or {@link ComponentCallbacks2} interface.
     */
    public void registerComponentCallbacks(ComponentCallbacks callback) {
        getApplicationContext().registerComponentCallbacks(callback);
    }

    /**
     * Remove a {@link ComponentCallbacks} objec that was previously registered
     * with {@link #registerComponentCallbacks(ComponentCallbacks)}.
     */
    public void unregisterComponentCallbacks(ComponentCallbacks callback) {
        getApplicationContext().unregisterComponentCallbacks(callback);
    }

    /**
     * Return a localized, styled CharSequence from the application's package's
     * default string table.
     *
     * @param resId Resource id for the CharSequence text
     */
    public final CharSequence getText(int resId) {
        return getResources().getText(resId);
    }

    /**
     * Return a localized string from the application's package's
     * default string table.
     *
     * @param resId Resource id for the string
     */
```

```
    public final String getString(int resId) {
        return getResources().getString(resId);
    }

    /**
     * Return a localized formatted string from the application's package's
     * default string table, substituting the format arguments as defined in
     * {@link java.util.Formatter} and {@link java.lang.String#format}.
     *
     * @param resId Resource id for the format string
     * @param formatArgs The format arguments that will be used for substitution.
     */

    public final String getString(int resId, Object... formatArgs) {
        return getResources().getString(resId, formatArgs);
    }

     /**
     * Set the base theme for this context.  Note that this should be called
     * before any views are instantiated in the Context (for example before
     * calling {@link android.app.Activity#setContentView} or
     * {@link android.view.LayoutInflater#inflate}).
     *
     * @param resid The style resource describing the theme.
     */
    public abstract void setTheme(int resid);

    /** @hide Needed for some internal implementation...  not public because
     * you can't assume this actually means anything. */
    public int getThemeResId() {
        return 0;
    }

    /**
     * Return the Theme object associated with this Context.
     */
    public abstract Resources.Theme getTheme();

    /**
```

```
     * Retrieve styled attribute information in this Context's theme.  See
     * {@link Resources.Theme#obtainStyledAttributes(int[])}
     * for more information.
     *
     * @see Resources.Theme#obtainStyledAttributes(int[])
     */
    public final TypedArray obtainStyledAttributes(
            int[] attrs) {
        return getTheme().obtainStyledAttributes(attrs);
    }

    /**
     * Retrieve styled attribute information in this Context's theme.  See
     * {@link Resources.Theme#obtainStyledAttributes(int, int[])}
     * for more information.
     *
     * @see Resources.Theme#obtainStyledAttributes(int, int[])
     */
    public final TypedArray obtainStyledAttributes(
            int resid, int[] attrs) throws Resources.NotFoundException {
        return getTheme().obtainStyledAttributes(resid, attrs);
    }

    /**
     * Retrieve styled attribute information in this Context's theme.  See
     * {@link Resources.Theme#obtainStyledAttributes(AttributeSet, int[], int, int)}
     * for more information.
     *
     * @see Resources.Theme#obtainStyledAttributes(AttributeSet, int[], int, int)
     */
    public final TypedArray obtainStyledAttributes(
            AttributeSet set, int[] attrs) {
        return getTheme().obtainStyledAttributes(set, attrs, 0, 0);
    }

    /**
     * Retrieve styled attribute information in this Context's theme.  See
     * {@link Resources.Theme#obtainStyledAttributes(AttributeSet, int[], int, int)}
     * for more information.
```

```
     *
     * @see Resources.Theme#obtainStyledAttributes(AttributeSet, int[], int, int)
     */
    public final TypedArray obtainStyledAttributes(
            AttributeSet set, int[] attrs, int defStyleAttr, int defStyleRes) {
        return getTheme().obtainStyledAttributes(
            set, attrs, defStyleAttr, defStyleRes);
    }

    /**
     * Return a class loader you can use to retrieve classes in this package.
     */
    public abstract ClassLoader getClassLoader();

    /** Return the name of this application's package. */
    public abstract String getPackageName();

    /** Return the full application info for this context's package. */
    public abstract ApplicationInfo getApplicationInfo();

    /**
     * Return the full path to this context's primary Android package.
     * The Android package is a ZIP file which contains the application's
     * primary resources.
     *
     * <p>Note: this is not generally useful for applications, since they should
     * not be directly accessing the file system.
     *
     * @return String Path to the resources.
     */
    public abstract String getPackageResourcePath();

    /**
     * Return the full path to this context's primary Android package.
     * The Android package is a ZIP file which contains application's
     * primary code and assets.
     *
     * <p>Note: this is not generally useful for applications, since they should
     * not be directly accessing the file system.
```

Case 5:12-cv-00630-LHK Document 21 Filed 02/08/12 Page 115 of 391

```
     *
     * @return String Path to the code and assets.
     */
    public abstract String getPackageCodePath();

    /**
     * {@hide}
     * Return the full path to the shared prefs file for the given prefs group name.
     *
     * <p>Note: this is not generally useful for applications, since they should
     * not be directly accessing the file system.
     */
    public abstract File getSharedPrefsFile(String name);

    /**
     * Retrieve and hold the contents of the preferences file 'name', returning
     * a SharedPreferences through which you can retrieve and modify its
     * values.  Only one instance of the SharedPreferences object is returned
     * to any callers for the same name, meaning they will see each other's
     * edits as soon as they are made.
     *
     * @param name Desired preferences file. If a preferences file by this name
     * does not exist, it will be created when you retrieve an
     * editor (SharedPreferences.edit()) and then commit changes (Editor.commit()).
     * @param mode Operating mode.  Use 0 or {@link #MODE_PRIVATE} for the
     * default operation, {@link #MODE_WORLD_READABLE}
     * and {@link #MODE_WORLD_WRITEABLE} to control permissions.  The bit
     * {@link #MODE_MULTI_PROCESS} can also be used if multiple processes
     * are mutating the same SharedPreferences file.  {@link #MODE_MULTI_PROCESS}
     * is always on in apps targetting Gingerbread (Android 2.3) and below, and
     * off by default in later versions.
     *
     * @return Returns the single SharedPreferences instance that can be used
     *         to retrieve and modify the preference values.
     *
     * @see #MODE_PRIVATE
     * @see #MODE_WORLD_READABLE
     * @see #MODE_WORLD_WRITEABLE
     * @see #MODE_MULTI_PROCESS
```

```
     */
    public abstract SharedPreferences getSharedPreferences(String name,
            int mode);

    /**
     * Open a private file associated with this Context's application package
     * for reading.
     *
     * @param name The name of the file to open; can not contain path
     *             separators.
     *
     * @return FileInputStream Resulting input stream.
     *
     * @see #openFileOutput
     * @see #fileList
     * @see #deleteFile
     * @see java.io.FileInputStream#FileInputStream(String)
     */
    public abstract FileInputStream openFileInput(String name)
        throws FileNotFoundException;

    /**
     * Open a private file associated with this Context's application package
     * for writing.  Creates the file if it doesn't already exist.
     *
     * @param name The name of the file to open; can not contain path
     *             separators.
     * @param mode Operating mode.  Use 0 or {@link #MODE_PRIVATE} for the
     * default operation, {@link #MODE_APPEND} to append to an existing file,
     * {@link #MODE_WORLD_READABLE} and {@link #MODE_WORLD_WRITEABLE} to control
     * permissions.
     *
     * @return FileOutputStream Resulting output stream.
     *
     * @see #MODE_APPEND
     * @see #MODE_PRIVATE
     * @see #MODE_WORLD_READABLE
     * @see #MODE_WORLD_WRITEABLE
     * @see #openFileInput
```

```
     * @see #fileList
     * @see #deleteFile
     * @see java.io.FileOutputStream#FileOutputStream(String)
     */
    public abstract FileOutputStream openFileOutput(String name, int mode)
        throws FileNotFoundException;

    /**
     * Delete the given private file associated with this Context's
     * application package.
     *
     * @param name The name of the file to delete; can not contain path
     *             separators.
     *
     * @return True if the file was successfully deleted; else
     *         false.
     *
     * @see #openFileInput
     * @see #openFileOutput
     * @see #fileList
     * @see java.io.File#delete()
     */
    public abstract boolean deleteFile(String name);

    /**
     * Returns the absolute path on the filesystem where a file created with
     * {@link #openFileOutput} is stored.
     *
     * @param name The name of the file for which you would like to get
     *          its path.
     *
     * @return Returns an absolute path to the given file.
     *
     * @see #openFileOutput
     * @see #getFilesDir
     * @see #getDir
     */
    public abstract File getFileStreamPath(String name);

```

```
    /**
     * Returns the absolute path to the directory on the filesystem where
     * files created with {@link #openFileOutput} are stored.
     *
     * @return Returns the path of the directory holding application files.
     *
     * @see #openFileOutput
     * @see #getFileStreamPath
     * @see #getDir
     */
    public abstract File getFilesDir();

    /**
     * Returns the absolute path to the directory on the external filesystem
     * (that is somewhere on {@link android.os.Environment#getExternalStorageDirectory()
     * Environment.getExternalStorageDirectory()}) where the application can
     * place persistent files it owns.  These files are private to the
     * applications, and not typically visible to the user as media.
     *
     * <p>This is like {@link #getFilesDir()} in that these
     * files will be deleted when the application is uninstalled, however there
     * are some important differences:
     *
     * <ul>
     * <li>External files are not always available: they will disappear if the
     * user mounts the external storage on a computer or removes it.  See the
     * APIs on {@link android.os.Environment} for information in the storage state.
     * <li>There is no security enforced with these files.  All applications
     * can read and write files placed here.
     * </ul>
     *
     * <p>Here is an example of typical code to manipulate a file in
     * an application's private storage:</p>
     *
     * {@sample development/samples/ApiDemos/src/com/example/android/apis/content/
ExternalStorage.java
     * private_file}
     *
     * <p>If you supply a non-null <var>type</var> to this function, the returned
```

```
     * file will be a path to a sub-directory of the given type.  Though these files
     * are not automatically scanned by the media scanner, you can explicitly
     * add them to the media database with
     * {@link android.media.MediaScannerConnection#scanFile(Context, String[], String[],
     *      OnScanCompletedListener) MediaScannerConnection.scanFile}.
     * Note that this is not the same as
     * {@link android.os.Environment#getExternalStoragePublicDirectory
     * Environment.getExternalStoragePublicDirectory()}, which provides
     * directories of media shared by all applications.  The
     * directories returned here are
     * owned by the application, and their contents will be removed when the
     * application is uninstalled.  Unlike
     * {@link android.os.Environment#getExternalStoragePublicDirectory
     * Environment.getExternalStoragePublicDirectory()}, the directory
     * returned here will be automatically created for you.
     *
     * <p>Here is an example of typical code to manipulate a picture in
     * an application's private storage and add it to the media database:</p>
     *
     * {@sample development/samples/ApiDemos/src/com/example/android/apis/content/
ExternalStorage.java
     * private_picture}
     *
     * @param type The type of files directory to return.  May be null for
     * the root of the files directory or one of
     * the following Environment constants for a subdirectory:
     * {@link android.os.Environment#DIRECTORY_MUSIC},
     * {@link android.os.Environment#DIRECTORY_PODCASTS},
     * {@link android.os.Environment#DIRECTORY_RINGTONES},
     * {@link android.os.Environment#DIRECTORY_ALARMS},
     * {@link android.os.Environment#DIRECTORY_NOTIFICATIONS},
     * {@link android.os.Environment#DIRECTORY_PICTURES}, or
     * {@link android.os.Environment#DIRECTORY_MOVIES}.
     *
     * @return Returns the path of the directory holding application files
     * on external storage.  Returns null if external storage is not currently
     * mounted so it could not ensure the path exists; you will need to call
     * this method again when it is available.
     *
```

```
     * @see #getFilesDir
     * @see android.os.Environment#getExternalStoragePublicDirectory
     */
    public abstract File getExternalFilesDir(String type);

    /**
     * Return the directory where this application's OBB files (if there
     * are any) can be found.  Note if the application does not have any OBB
     * files, this directory may not exist.
     */
    public abstract File getObbDir();

    /**
     * Returns the absolute path to the application specific cache directory
     * on the filesystem. These files will be ones that get deleted first when the
     * device runs low on storage.
     * There is no guarantee when these files will be deleted.
     *
     * <strong>Note: you should not <em>rely</em> on the system deleting these
     * files for you; you should always have a reasonable maximum, such as 1 MB,
     * for the amount of space you consume with cache files, and prune those
     * files when exceeding that space.</strong>
     *
     * @return Returns the path of the directory holding application cache files.
     *
     * @see #openFileOutput
     * @see #getFileStreamPath
     * @see #getDir
     */
    public abstract File getCacheDir();

    /**
     * Returns the absolute path to the directory on the external filesystem
     * (that is somewhere on {@link android.os.Environment#getExternalStorageDirectory()
     * Environment.getExternalStorageDirectory()} where the application can
     * place cache files it owns.
     *
     * <p>This is like {@link #getCacheDir()} in that these
     * files will be deleted when the application is uninstalled, however there
```

```
     * are some important differences:
     *
     * <ul>
     * <li>The platform does not monitor the space available in external storage,
     * and thus will not automatically delete these files.  Note that you should
     * be managing the maximum space you will use for these anyway, just like
     * with {@link #getCacheDir()}.
     * <li>External files are not always available: they will disappear if the
     * user mounts the external storage on a computer or removes it.  See the
     * APIs on {@link android.os.Environment} for information in the storage state.
     * <li>There is no security enforced with these files.  All applications
     * can read and write files placed here.
     * </ul>
     *
     * @return Returns the path of the directory holding application cache files
     * on external storage.  Returns null if external storage is not currently
     * mounted so it could not ensure the path exists; you will need to call
     * this method again when it is available.
     *
     * @see #getCacheDir
     */
    public abstract File getExternalCacheDir();

    /**
     * Returns an array of strings naming the private files associated with
     * this Context's application package.
     *
     * @return Array of strings naming the private files.
     *
     * @see #openFileInput
     * @see #openFileOutput
     * @see #deleteFile
     */
    public abstract String[] fileList();

    /**
     * Retrieve, creating if needed, a new directory in which the application
     * can place its own custom data files.  You can use the returned File
     * object to create and access files in this directory.  Note that files
```

```
     * created through a File object will only be accessible by your own
     * application; you can only set the mode of the entire directory, not
     * of individual files.
     *
     * @param name Name of the directory to retrieve.  This is a directory
     * that is created as part of your application data.
     * @param mode Operating mode.  Use 0 or {@link #MODE_PRIVATE} for the
     * default operation, {@link #MODE_WORLD_READABLE} and
     * {@link #MODE_WORLD_WRITEABLE} to control permissions.
     *
     * @return Returns a File object for the requested directory.  The directory
     * will have been created if it does not already exist.
     *
     * @see #openFileOutput(String, int)
     */
    public abstract File getDir(String name, int mode);

    /**
     * Open a new private SQLiteDatabase associated with this Context's
     * application package.  Create the database file if it doesn't exist.
     *
     * @param name The name (unique in the application package) of the database.
     * @param mode Operating mode.  Use 0 or {@link #MODE_PRIVATE} for the
     *     default operation, {@link #MODE_WORLD_READABLE}
     *     and {@link #MODE_WORLD_WRITEABLE} to control permissions.
     * @param factory An optional factory class that is called to instantiate a
     *     cursor when query is called.
     *
     * @return The contents of a newly created database with the given name.
     * @throws android.database.sqlite.SQLiteException if the database file could not be
opened.
     *
     * @see #MODE_PRIVATE
     * @see #MODE_WORLD_READABLE
     * @see #MODE_WORLD_WRITEABLE
     * @see #deleteDatabase
     */
    public abstract SQLiteDatabase openOrCreateDatabase(String name,
            int mode, CursorFactory factory);
```

```java

    /**
     * Open a new private SQLiteDatabase associated with this Context's
     * application package.  Creates the database file if it doesn't exist.
     *
     * <p>Accepts input param: a concrete instance of {@link DatabaseErrorHandler} to be
     * used to handle corruption when sqlite reports database corruption.</p>
     *
     * @param name The name (unique in the application package) of the database.
     * @param mode Operating mode.  Use 0 or {@link #MODE_PRIVATE} for the
     *     default operation, {@link #MODE_WORLD_READABLE}
     *     and {@link #MODE_WORLD_WRITEABLE} to control permissions.
     * @param factory An optional factory class that is called to instantiate a
     *     cursor when query is called.
     * @param errorHandler the {@link DatabaseErrorHandler} to be used when sqlite reports database
     * corruption. if null, {@link android.database.DefaultDatabaseErrorHandler} is assumed.
     * @return The contents of a newly created database with the given name.
     * @throws android.database.sqlite.SQLiteException if the database file could not be opened.
     *
     * @see #MODE_PRIVATE
     * @see #MODE_WORLD_READABLE
     * @see #MODE_WORLD_WRITEABLE
     * @see #deleteDatabase
     */
    public abstract SQLiteDatabase openOrCreateDatabase(String name,
            int mode, CursorFactory factory, DatabaseErrorHandler errorHandler);

    /**
     * Delete an existing private SQLiteDatabase associated with this Context's
     * application package.
     *
     * @param name The name (unique in the application package) of the
     *             database.
     *
     * @return True if the database was successfully deleted; else false.
     *
     * @see #openOrCreateDatabase
```

```
     */
    public abstract boolean deleteDatabase(String name);

    /**
     * Returns the absolute path on the filesystem where a database created with
     * {@link #openOrCreateDatabase} is stored.
     *
     * @param name The name of the database for which you would like to get
     *          its path.
     *
     * @return Returns an absolute path to the given database.
     *
     * @see #openOrCreateDatabase
     */
    public abstract File getDatabasePath(String name);

    /**
     * Returns an array of strings naming the private databases associated with
     * this Context's application package.
     *
     * @return Array of strings naming the private databases.
     *
     * @see #openOrCreateDatabase
     * @see #deleteDatabase
     */
    public abstract String[] databaseList();

    /**
     * @deprecated Use {@link android.app.WallpaperManager#getDrawable
     * WallpaperManager.get()} instead.
     */
    @Deprecated
    public abstract Drawable getWallpaper();

    /**
     * @deprecated Use {@link android.app.WallpaperManager#peekDrawable
     * WallpaperManager.peek()} instead.
     */
    @Deprecated
```

```
    public abstract Drawable peekWallpaper();

    /**
     * @deprecated Use {@link android.app.WallpaperManager#getDesiredMinimumWidth()
     * WallpaperManager.getDesiredMinimumWidth()} instead.
     */
    @Deprecated
    public abstract int getWallpaperDesiredMinimumWidth();

    /**
     * @deprecated Use {@link android.app.WallpaperManager#getDesiredMinimumHeight()
     * WallpaperManager.getDesiredMinimumHeight()} instead.
     */
    @Deprecated
    public abstract int getWallpaperDesiredMinimumHeight();

    /**
     * @deprecated Use {@link android.app.WallpaperManager#setBitmap(Bitmap)
     * WallpaperManager.set()} instead.
     */
    @Deprecated
    public abstract void setWallpaper(Bitmap bitmap) throws IOException;

    /**
     * @deprecated Use {@link android.app.WallpaperManager#setStream(InputStream)
     * WallpaperManager.set()} instead.
     */
    @Deprecated
    public abstract void setWallpaper(InputStream data) throws IOException;

    /**
     * @deprecated Use {@link android.app.WallpaperManager#clear
     * WallpaperManager.clear()} instead.
     */
    @Deprecated
    public abstract void clearWallpaper() throws IOException;

    /**
     * Launch a new activity.  You will not receive any information about when
```

```
     * the activity exits.
     *
     * <p>Note that if this method is being called from outside of an
     * {@link android.app.Activity} Context, then the Intent must include
     * the {@link Intent#FLAG_ACTIVITY_NEW_TASK} launch flag.  This is because,
     * without being started from an existing Activity, there is no existing
     * task in which to place the new activity and thus it needs to be placed
     * in its own separate task.
     *
     * <p>This method throws {@link ActivityNotFoundException}
     * if there was no Activity found to run the given Intent.
     *
     * @param intent The description of the activity to start.
     *
     * @throws ActivityNotFoundException
     *
     * @see PackageManager#resolveActivity
     */
    public abstract void startActivity(Intent intent);

    /**
     * Launch multiple new activities.  This is generally the same as calling
     * {@link #startActivity(Intent)} for the first Intent in the array,
     * that activity during its creation calling {@link #startActivity(Intent)}
     * for the second entry, etc.  Note that unlike that approach, generally
     * none of the activities except the last in the array will be created
     * at this point, but rather will be created when the user first visits
     * them (due to pressing back from the activity on top).
     *
     * <p>This method throws {@link ActivityNotFoundException}
     * if there was no Activity found for <em>any</em> given Intent.  In this
     * case the state of the activity stack is undefined (some Intents in the
     * list may be on it, some not), so you probably want to avoid such situations.
     *
     * @param intents An array of Intents to be started.
     *
     * @throws ActivityNotFoundException
     *
     * @see PackageManager#resolveActivity
```

```
     */
    public abstract void startActivities(Intent[] intents);

    /**
     * Like {@link #startActivity(Intent)}, but taking a IntentSender
     * to start.  If the IntentSender is for an activity, that activity will be started
     * as if you had called the regular {@link #startActivity(Intent)}
     * here; otherwise, its associated action will be executed (such as
     * sending a broadcast) as if you had called
     * {@link IntentSender#sendIntent IntentSender.sendIntent} on it.
     *
     * @param intent The IntentSender to launch.
     * @param fillInIntent If non-null, this will be provided as the
     * intent parameter to {@link IntentSender#sendIntent}.
     * @param flagsMask Intent flags in the original IntentSender that you
     * would like to change.
     * @param flagsValues Desired values for any bits set in
     * <var>flagsMask</var>
     * @param extraFlags Always set to 0.
     */
    public abstract void startIntentSender(IntentSender intent,
            Intent fillInIntent, int flagsMask, int flagsValues, int extraFlags)
            throws IntentSender.SendIntentException;

    /**
     * Broadcast the given intent to all interested BroadcastReceivers.  This
     * call is asynchronous; it returns immediately, and you will continue
     * executing while the receivers are run.  No results are propagated from
     * receivers and receivers can not abort the broadcast. If you want
     * to allow receivers to propagate results or abort the broadcast, you must
     * send an ordered broadcast using
     * {@link #sendOrderedBroadcast(Intent, String)}.
     *
     * <p>See {@link BroadcastReceiver} for more information on Intent broadcasts.
     *
     * @param intent The Intent to broadcast; all receivers matching this
     *               Intent will receive the broadcast.
     *
     * @see android.content.BroadcastReceiver
```

```
     * @see #registerReceiver
     * @see #sendBroadcast(Intent, String)
     * @see #sendOrderedBroadcast(Intent, String)
     * @see #sendOrderedBroadcast(Intent, String, BroadcastReceiver, Handler, int, String, Bundle)
     */
    public abstract void sendBroadcast(Intent intent);

    /**
     * Broadcast the given intent to all interested BroadcastReceivers, allowing
     * an optional required permission to be enforced.  This
     * call is asynchronous; it returns immediately, and you will continue
     * executing while the receivers are run.  No results are propagated from
     * receivers and receivers can not abort the broadcast. If you want
     * to allow receivers to propagate results or abort the broadcast, you must
     * send an ordered broadcast using
     * {@link #sendOrderedBroadcast(Intent, String)}.
     *
     * <p>See {@link BroadcastReceiver} for more information on Intent broadcasts.
     *
     * @param intent The Intent to broadcast; all receivers matching this
     *               Intent will receive the broadcast.
     * @param receiverPermission (optional) String naming a permission that
     *               a receiver must hold in order to receive your broadcast.
     *               If null, no permission is required.
     *
     * @see android.content.BroadcastReceiver
     * @see #registerReceiver
     * @see #sendBroadcast(Intent)
     * @see #sendOrderedBroadcast(Intent, String)
     * @see #sendOrderedBroadcast(Intent, String, BroadcastReceiver, Handler, int, String, Bundle)
     */
    public abstract void sendBroadcast(Intent intent,
            String receiverPermission);

    /**
     * Broadcast the given intent to all interested BroadcastReceivers, delivering
     * them one at a time to allow more preferred receivers to consume the
```

```
     * broadcast before it is delivered to less preferred receivers.  This
     * call is asynchronous; it returns immediately, and you will continue
     * executing while the receivers are run.
     *
     * <p>See {@link BroadcastReceiver} for more information on Intent broadcasts.
     *
     * @param intent The Intent to broadcast; all receivers matching this
     *               Intent will receive the broadcast.
     * @param receiverPermission (optional) String naming a permissions that
     *               a receiver must hold in order to receive your broadcast.
     *               If null, no permission is required.
     *
     * @see android.content.BroadcastReceiver
     * @see #registerReceiver
     * @see #sendBroadcast(Intent)
     * @see #sendOrderedBroadcast(Intent, String, BroadcastReceiver, Handler, int, String, Bundle)
     */
    public abstract void sendOrderedBroadcast(Intent intent,
            String receiverPermission);

    /**
     * Version of {@link #sendBroadcast(Intent)} that allows you to
     * receive data back from the broadcast.  This is accomplished by
     * supplying your own BroadcastReceiver when calling, which will be
     * treated as a final receiver at the end of the broadcast -- its
     * {@link BroadcastReceiver#onReceive} method will be called with
     * the result values collected from the other receivers.  The broadcast will
     * be serialized in the same way as calling
     * {@link #sendOrderedBroadcast(Intent, String)}.
     *
     * <p>Like {@link #sendBroadcast(Intent)}, this method is
     * asynchronous; it will return before
     * resultReceiver.onReceive() is called.
     *
     * <p>See {@link BroadcastReceiver} for more information on Intent broadcasts.
     *
     * @param intent The Intent to broadcast; all receivers matching this
     *               Intent will receive the broadcast.
```

```
     * @param receiverPermission String naming a permissions that
     *               a receiver must hold in order to receive your broadcast.
     *               If null, no permission is required.
     * @param resultReceiver Your own BroadcastReceiver to treat as the final
     *                       receiver of the broadcast.
     * @param scheduler A custom Handler with which to schedule the
     *                  resultReceiver callback; if null it will be
     *                  scheduled in the Context's main thread.
     * @param initialCode An initial value for the result code.  Often
     *                    Activity.RESULT_OK.
     * @param initialData An initial value for the result data.  Often
     *                    null.
     * @param initialExtras An initial value for the result extras.  Often
     *                      null.
     *
     * @see #sendBroadcast(Intent)
     * @see #sendBroadcast(Intent, String)
     * @see #sendOrderedBroadcast(Intent, String)
     * @see #sendStickyBroadcast(Intent)
     * @see #sendStickyOrderedBroadcast(Intent, BroadcastReceiver, Handler, int, String,
Bundle)
     * @see android.content.BroadcastReceiver
     * @see #registerReceiver
     * @see android.app.Activity#RESULT_OK
     */
    public abstract void sendOrderedBroadcast(Intent intent,
            String receiverPermission, BroadcastReceiver resultReceiver,
            Handler scheduler, int initialCode, String initialData,
            Bundle initialExtras);

    /**
     * Perform a {@link #sendBroadcast(Intent)} that is "sticky," meaning the
     * Intent you are sending stays around after the broadcast is complete,
     * so that others can quickly retrieve that data through the return
     * value of {@link #registerReceiver(BroadcastReceiver, IntentFilter)}.  In
     * all other ways, this behaves the same as
     * {@link #sendBroadcast(Intent)}.
     *
     * <p>You must hold the {@link android.Manifest.permission#BROADCAST_STICKY}
```

```
         * permission in order to use this API.  If you do not hold that
         * permission, {@link SecurityException} will be thrown.
         *
         * @param intent The Intent to broadcast; all receivers matching this
         * Intent will receive the broadcast, and the Intent will be held to
         * be re-broadcast to future receivers.
         *
         * @see #sendBroadcast(Intent)
         * @see #sendStickyOrderedBroadcast(Intent, BroadcastReceiver, Handler, int, String,
    Bundle)
         */
        public abstract void sendStickyBroadcast(Intent intent);

        /**
         * Version of {@link #sendStickyBroadcast} that allows you to
         * receive data back from the broadcast.  This is accomplished by
         * supplying your own BroadcastReceiver when calling, which will be
         * treated as a final receiver at the end of the broadcast -- its
         * {@link BroadcastReceiver#onReceive} method will be called with
         * the result values collected from the other receivers.  The broadcast will
         * be serialized in the same way as calling
         * {@link #sendOrderedBroadcast(Intent, String)}.
         *
         * <p>Like {@link #sendBroadcast(Intent)}, this method is
         * asynchronous; it will return before
         * resultReceiver.onReceive() is called.  Note that the sticky data
         * stored is only the data you initially supply to the broadcast, not
         * the result of any changes made by the receivers.
         *
         * <p>See {@link BroadcastReceiver} for more information on Intent broadcasts.
         *
         * @param intent The Intent to broadcast; all receivers matching this
         *               Intent will receive the broadcast.
         * @param resultReceiver Your own BroadcastReceiver to treat as the final
         *                       receiver of the broadcast.
         * @param scheduler A custom Handler with which to schedule the
         *                  resultReceiver callback; if null it will be
         *                  scheduled in the Context's main thread.
         * @param initialCode An initial value for the result code.  Often
```

```
     *                         Activity.RESULT_OK.
     * @param initialData An initial value for the result data.  Often
     *                         null.
     * @param initialExtras An initial value for the result extras.  Often
     *                         null.
     *
     * @see #sendBroadcast(Intent)
     * @see #sendBroadcast(Intent, String)
     * @see #sendOrderedBroadcast(Intent, String)
     * @see #sendStickyBroadcast(Intent)
     * @see android.content.BroadcastReceiver
     * @see #registerReceiver
     * @see android.app.Activity#RESULT_OK
     */
    public abstract void sendStickyOrderedBroadcast(Intent intent,
            BroadcastReceiver resultReceiver,
            Handler scheduler, int initialCode, String initialData,
            Bundle initialExtras);

    /**
     * Remove the data previously sent with {@link #sendStickyBroadcast},
     * so that it is as if the sticky broadcast had never happened.
     *
     * <p>You must hold the {@link android.Manifest.permission#BROADCAST_STICKY}
     * permission in order to use this API.  If you do not hold that
     * permission, {@link SecurityException} will be thrown.
     *
     * @param intent The Intent that was previously broadcast.
     *
     * @see #sendStickyBroadcast
     */
    public abstract void removeStickyBroadcast(Intent intent);

    /**
     * Register a BroadcastReceiver to be run in the main activity thread.  The
     * <var>receiver</var> will be called with any broadcast Intent that
     * matches <var>filter</var>, in the main application thread.
     *
```

```
     * <p>The system may broadcast Intents that are "sticky" -- these stay
     * around after the broadcast as finished, to be sent to any later
     * registrations. If your IntentFilter matches one of these sticky
     * Intents, that Intent will be returned by this function
     * <strong>and</strong> sent to your <var>receiver</var> as if it had just
     * been broadcast.
     *
     * <p>There may be multiple sticky Intents that match <var>filter</var>,
     * in which case each of these will be sent to <var>receiver</var>.  In
     * this case, only one of these can be returned directly by the function;
     * which of these that is returned is arbitrarily decided by the system.
     *
     * <p>If you know the Intent your are registering for is sticky, you can
     * supply null for your <var>receiver</var>.  In this case, no receiver is
     * registered -- the function simply returns the sticky Intent that
     * matches <var>filter</var>.  In the case of multiple matches, the same
     * rules as described above apply.
     *
     * <p>See {@link BroadcastReceiver} for more information on Intent broadcasts.
     *
     * <p>As of {@link android.os.Build.VERSION_CODES#ICE_CREAM_SANDWICH}, receivers
     * registered with this method will correctly respect the
     * {@link Intent#setPackage(String)} specified for an Intent being broadcast.
     * Prior to that, it would be ignored and delivered to all matching registered
     * receivers.  Be careful if using this for security.</p>
     *
     * <p class="note">Note: this method <em>cannot be called from a
     * {@link BroadcastReceiver} component;</em> that is, from a BroadcastReceiver
     * that is declared in an application's manifest.  It is okay, however, to call
     * this method from another BroadcastReceiver that has itself been registered
     * at run time with {@link #registerReceiver}, since the lifetime of such a
     * registered BroadcastReceiver is tied to the object that registered it.</p>
     *
     * @param receiver The BroadcastReceiver to handle the broadcast.
     * @param filter Selects the Intent broadcasts to be received.
     *
     * @return The first sticky intent found that matches <var>filter</var>,
     *         or null if there are none.
     *
```

```
     * @see #registerReceiver(BroadcastReceiver, IntentFilter, String, Handler)
     * @see #sendBroadcast
     * @see #unregisterReceiver
     */
    public abstract Intent registerReceiver(BroadcastReceiver receiver,
                                            IntentFilter filter);

    /**
     * Register to receive intent broadcasts, to run in the context of
     * <var>scheduler</var>.  See
     * {@link #registerReceiver(BroadcastReceiver, IntentFilter)} for more
     * information.  This allows you to enforce permissions on who can
     * broadcast intents to your receiver, or have the receiver run in
     * a different thread than the main application thread.
     *
     * <p>See {@link BroadcastReceiver} for more information on Intent broadcasts.
     *
     * <p>As of {@link android.os.Build.VERSION_CODES#ICE_CREAM_SANDWICH}, receivers
     * registered with this method will correctly respect the
     * {@link Intent#setPackage(String)} specified for an Intent being broadcast.
     * Prior to that, it would be ignored and delivered to all matching registered
     * receivers.  Be careful if using this for security.</p>
     *
     * @param receiver The BroadcastReceiver to handle the broadcast.
     * @param filter Selects the Intent broadcasts to be received.
     * @param broadcastPermission String naming a permissions that a
     *      broadcaster must hold in order to send an Intent to you.  If null,
     *      no permission is required.
     * @param scheduler Handler identifying the thread that will receive
     *      the Intent.  If null, the main thread of the process will be used.
     *
     * @return The first sticky intent found that matches <var>filter</var>,
     *         or null if there are none.
     *
     * @see #registerReceiver(BroadcastReceiver, IntentFilter)
     * @see #sendBroadcast
     * @see #unregisterReceiver
     */
    public abstract Intent registerReceiver(BroadcastReceiver receiver,
```

```
                                               IntentFilter filter,
                                               String broadcastPermission,
                                               Handler scheduler);

    /**
     * Unregister a previously registered BroadcastReceiver.  <em>All</em>
     * filters that have been registered for this BroadcastReceiver will be
     * removed.
     *
     * @param receiver The BroadcastReceiver to unregister.
     *
     * @see #registerReceiver
     */
    public abstract void unregisterReceiver(BroadcastReceiver receiver);

    /**
     * Request that a given application service be started.  The Intent
     * can either contain the complete class name of a specific service
     * implementation to start, or an abstract definition through the
     * action and other fields of the kind of service to start.  If this service
     * is not already running, it will be instantiated and started (creating a
     * process for it if needed); if it is running then it remains running.
     *
     * <p>Every call to this method will result in a corresponding call to
     * the target service's {@link android.app.Service#onStartCommand} method,
     * with the <var>intent</var> given here.  This provides a convenient way
     * to submit jobs to a service without having to bind and call on to its
     * interface.
     *
     * <p>Using startService() overrides the default service lifetime that is
     * managed by {@link #bindService}: it requires the service to remain
     * running until {@link #stopService} is called, regardless of whether
     * any clients are connected to it.  Note that calls to startService()
     * are not nesting: no matter how many times you call startService(),
     * a single call to {@link #stopService} will stop it.
     *
     * <p>The system attempts to keep running services around as much as
     * possible.  The only time they should be stopped is if the current
     * foreground application is using so many resources that the service needs
```

```
     * to be killed.  If any errors happen in the service's process, it will
     * automatically be restarted.
     *
     * <p>This function will throw {@link SecurityException} if you do not
     * have permission to start the given service.
     *
     * @param service Identifies the service to be started.  The Intent may
     *      specify either an explicit component name to start, or a logical
     *      description (action, category, etc) to match an
     *      {@link IntentFilter} published by a service.  Additional values
     *      may be included in the Intent extras to supply arguments along with
     *      this specific start call.
     *
     * @return If the service is being started or is already running, the
     * {@link ComponentName} of the actual service that was started is
     * returned; else if the service does not exist null is returned.
     *
     * @throws SecurityException
     *
     * @see #stopService
     * @see #bindService
     */
    public abstract ComponentName startService(Intent service);

    /**
     * Request that a given application service be stopped.  If the service is
     * not running, nothing happens.  Otherwise it is stopped.  Note that calls
     * to startService() are not counted -- this stops the service no matter
     * how many times it was started.
     *
     * <p>Note that if a stopped service still has {@link ServiceConnection}
     * objects bound to it with the {@link #BIND_AUTO_CREATE} set, it will
     * not be destroyed until all of these bindings are removed.  See
     * the {@link android.app.Service} documentation for more details on a
     * service's lifecycle.
     *
     * <p>This function will throw {@link SecurityException} if you do not
     * have permission to stop the given service.
     *
```

```
     * @param service Description of the service to be stopped.  The Intent may
     *      specify either an explicit component name to start, or a logical
     *      description (action, category, etc) to match an
     *      {@link IntentFilter} published by a service.
     *
     * @return If there is a service matching the given Intent that is already
     * running, then it is stopped and true is returned; else false is returned.
     *
     * @throws SecurityException
     *
     * @see #startService
     */
    public abstract boolean stopService(Intent service);

    /**
     * Connect to an application service, creating it if needed.  This defines
     * a dependency between your application and the service.  The given
     * <var>conn</var> will receive the service object when its created and be
     * told if it dies and restarts.  The service will be considered required
     * by the system only for as long as the calling context exists.  For
     * example, if this Context is an Activity that is stopped, the service will
     * not be required to continue running until the Activity is resumed.
     *
     * <p>This function will throw {@link SecurityException} if you do not
     * have permission to bind to the given service.
     *
     * <p class="note">Note: this method <em>can not be called from an
     * {@link BroadcastReceiver} component</em>.  A pattern you can use to
     * communicate from an BroadcastReceiver to a Service is to call
     * {@link #startService} with the arguments containing the command to be
     * sent, with the service calling its
     * {@link android.app.Service#stopSelf(int)} method when done executing
     * that command.  See the API demo App/Service/Service Start Arguments
     * Controller for an illustration of this.  It is okay, however, to use
     * this method from an BroadcastReceiver that has been registered with
     * {@link #registerReceiver}, since the lifetime of this BroadcastReceiver
     * is tied to another object (the one that registered it).</p>
     *
     * @param service Identifies the service to connect to.  The Intent may
```

```
     *      specify either an explicit component name, or a logical
     *      description (action, category, etc) to match an
     *      {@link IntentFilter} published by a service.
     * @param conn Receives information as the service is started and stopped.
     * @param flags Operation options for the binding.  May be 0,
     *          {@link #BIND_AUTO_CREATE}, {@link #BIND_DEBUG_UNBIND},
     *          {@link #BIND_NOT_FOREGROUND}, {@link #BIND_ABOVE_CLIENT},
     *          {@link #BIND_ALLOW_OOM_MANAGEMENT}, or
     *          {@link #BIND_WAIVE_PRIORITY}.
     * @return If you have successfully bound to the service, true is returned;
     *         false is returned if the connection is not made so you will not
     *         receive the service object.
     *
     * @throws SecurityException
     *
     * @see #unbindService
     * @see #startService
     * @see #BIND_AUTO_CREATE
     * @see #BIND_DEBUG_UNBIND
     * @see #BIND_NOT_FOREGROUND
     */
    public abstract boolean bindService(Intent service, ServiceConnection conn,
            int flags);

    /**
     * Disconnect from an application service.  You will no longer receive
     * calls as the service is restarted, and the service is now allowed to
     * stop at any time.
     *
     * @param conn The connection interface previously supplied to
     *             bindService().
     *
     * @see #bindService
     */
    public abstract void unbindService(ServiceConnection conn);

    /**
     * Start executing an {@link android.app.Instrumentation} class.  The given
     * Instrumentation component will be run by killing its target application
```

```
     * (if currently running), starting the target process, instantiating the
     * instrumentation component, and then letting it drive the application.
     *
     * <p>This function is not synchronous -- it returns as soon as the
     * instrumentation has started and while it is running.
     *
     * <p>Instrumentation is normally only allowed to run against a package
     * that is either unsigned or signed with a signature that the
     * the instrumentation package is also signed with (ensuring the target
     * trusts the instrumentation).
     *
     * @param className Name of the Instrumentation component to be run.
     * @param profileFile Optional path to write profiling data as the
     * instrumentation runs, or null for no profiling.
     * @param arguments Additional optional arguments to pass to the
     * instrumentation, or null.
     *
     * @return Returns true if the instrumentation was successfully started,
     * else false if it could not be found.
     */
    public abstract boolean startInstrumentation(ComponentName className,
            String profileFile, Bundle arguments);

    /**
     * Return the handle to a system-level service by name. The class of the
     * returned object varies by the requested name. Currently available names
     * are:
     *
     * <dl>
     *  <dt> {@link #WINDOW_SERVICE} ("window")
     *  <dd> The top-level window manager in which you can place custom
     *  windows.  The returned object is a {@link android.view.WindowManager}.
     *  <dt> {@link #LAYOUT_INFLATER_SERVICE} ("layout_inflater")
     *  <dd> A {@link android.view.LayoutInflater} for inflating layout resources
     *  in this context.
     *  <dt> {@link #ACTIVITY_SERVICE} ("activity")
     *  <dd> A {@link android.app.ActivityManager} for interacting with the
     *  global activity state of the system.
     *  <dt> {@link #POWER_SERVICE} ("power")
```

```
     * <dd> A {@link android.os.PowerManager} for controlling power
     * management.
     * <dt> {@link #ALARM_SERVICE} ("alarm")
     * <dd> A {@link android.app.AlarmManager} for receiving intents at the
     * time of your choosing.
     * <dt> {@link #NOTIFICATION_SERVICE} ("notification")
     * <dd> A {@link android.app.NotificationManager} for informing the user
     *  of background events.
     * <dt> {@link #KEYGUARD_SERVICE} ("keyguard")
     * <dd> A {@link android.app.KeyguardManager} for controlling keyguard.
     * <dt> {@link #LOCATION_SERVICE} ("location")
     * <dd> A {@link android.location.LocationManager} for controlling location
     *   (e.g., GPS) updates.
     * <dt> {@link #SEARCH_SERVICE} ("search")
     * <dd> A {@link android.app.SearchManager} for handling search.
     * <dt> {@link #VIBRATOR_SERVICE} ("vibrator")
     * <dd> A {@link android.os.Vibrator} for interacting with the vibrator
     * hardware.
     * <dt> {@link #CONNECTIVITY_SERVICE} ("connection")
     * <dd> A {@link android.net.ConnectivityManager ConnectivityManager} for
     * handling management of network connections.
     * <dt> {@link #WIFI_SERVICE} ("wifi")
     * <dd> A {@link android.net.wifi.WifiManager WifiManager} for management of
     * Wi-Fi connectivity.
     * <dt> {@link #INPUT_METHOD_SERVICE} ("input_method")
     * <dd> An {@link android.view.inputmethod.InputMethodManager InputMethodManager}
     * for management of input methods.
     * <dt> {@link #UI_MODE_SERVICE} ("uimode")
     * <dd> An {@link android.app.UiModeManager} for controlling UI modes.
     * <dt> {@link #DOWNLOAD_SERVICE} ("download")
     * <dd> A {@link android.app.DownloadManager} for requesting HTTP downloads
     * </dl>
     *
     * <p>Note:  System services obtained via this API may be closely associated with
     * the Context in which they are obtained from.  In general, do not share the
     * service objects between various different contexts (Activities, Applications,
     * Services, Providers, etc.)
     *
     * @param name The name of the desired service.
```

```
     *
     * @return The service or null if the name does not exist.
     *
     * @see #WINDOW_SERVICE
     * @see android.view.WindowManager
     * @see #LAYOUT_INFLATER_SERVICE
     * @see android.view.LayoutInflater
     * @see #ACTIVITY_SERVICE
     * @see android.app.ActivityManager
     * @see #POWER_SERVICE
     * @see android.os.PowerManager
     * @see #ALARM_SERVICE
     * @see android.app.AlarmManager
     * @see #NOTIFICATION_SERVICE
     * @see android.app.NotificationManager
     * @see #KEYGUARD_SERVICE
     * @see android.app.KeyguardManager
     * @see #LOCATION_SERVICE
     * @see android.location.LocationManager
     * @see #SEARCH_SERVICE
     * @see android.app.SearchManager
     * @see #SENSOR_SERVICE
     * @see android.hardware.SensorManager
     * @see #STORAGE_SERVICE
     * @see android.os.storage.StorageManager
     * @see #VIBRATOR_SERVICE
     * @see android.os.Vibrator
     * @see #CONNECTIVITY_SERVICE
     * @see android.net.ConnectivityManager
     * @see #WIFI_SERVICE
     * @see android.net.wifi.WifiManager
     * @see #AUDIO_SERVICE
     * @see android.media.AudioManager
     * @see #TELEPHONY_SERVICE
     * @see android.telephony.TelephonyManager
     * @see #INPUT_METHOD_SERVICE
     * @see android.view.inputmethod.InputMethodManager
     * @see #UI_MODE_SERVICE
     * @see android.app.UiModeManager
```

```
     * @see #DOWNLOAD_SERVICE
     * @see android.app.DownloadManager
     */
    public abstract Object getSystemService(String name);

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.os.PowerManager} for controlling power management,
     * including "wake locks," which let you keep the device on while
     * you're running long tasks.
     */
    public static final String POWER_SERVICE = "power";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.view.WindowManager} for accessing the system's window
     * manager.
     *
     * @see #getSystemService
     * @see android.view.WindowManager
     */
    public static final String WINDOW_SERVICE = "window";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.view.LayoutInflater} for inflating layout resources in this
     * context.
     *
     * @see #getSystemService
     * @see android.view.LayoutInflater
     */
    public static final String LAYOUT_INFLATER_SERVICE = "layout_inflater";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.accounts.AccountManager} for receiving intents at a
     * time of your choosing.
     *
     * @see #getSystemService
```

```
     * @see android.accounts.AccountManager
     */
    public static final String ACCOUNT_SERVICE = "account";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.app.ActivityManager} for interacting with the global
     * system state.
     *
     * @see #getSystemService
     * @see android.app.ActivityManager
     */
    public static final String ACTIVITY_SERVICE = "activity";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.app.AlarmManager} for receiving intents at a
     * time of your choosing.
     *
     * @see #getSystemService
     * @see android.app.AlarmManager
     */
    public static final String ALARM_SERVICE = "alarm";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.app.NotificationManager} for informing the user of
     * background events.
     *
     * @see #getSystemService
     * @see android.app.NotificationManager
     */
    public static final String NOTIFICATION_SERVICE = "notification";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.view.accessibility.AccessibilityManager} for giving the user
     * feedback for UI events through the registered event listeners.
     *
```

```
     * @see #getSystemService
     * @see android.view.accessibility.AccessibilityManager
     */
    public static final String ACCESSIBILITY_SERVICE = "accessibility";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.app.NotificationManager} for controlling keyguard.
     *
     * @see #getSystemService
     * @see android.app.KeyguardManager
     */
    public static final String KEYGUARD_SERVICE = "keyguard";

    /**
     * Use with {@link #getSystemService} to retrieve a {@link
     * android.location.LocationManager} for controlling location
     * updates.
     *
     * @see #getSystemService
     * @see android.location.LocationManager
     */
    public static final String LOCATION_SERVICE = "location";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.location.CountryDetector} for detecting the country that
     * the user is in.
     *
     * @hide
     */
    public static final String COUNTRY_DETECTOR = "country_detector";

    /**
     * Use with {@link #getSystemService} to retrieve a {@link
     * android.app.SearchManager} for handling searches.
     *
     * @see #getSystemService
     * @see android.app.SearchManager
```

```
     */
    public static final String SEARCH_SERVICE = "search";

    /**
     * Use with {@link #getSystemService} to retrieve a {@link
     * android.hardware.SensorManager} for accessing sensors.
     *
     * @see #getSystemService
     * @see android.hardware.SensorManager
     */
    public static final String SENSOR_SERVICE = "sensor";

    /**
     * Use with {@link #getSystemService} to retrieve a {@link
     * android.os.storage.StorageManager} for accessing system storage
     * functions.
     *
     * @see #getSystemService
     * @see android.os.storage.StorageManager
     */
    public static final String STORAGE_SERVICE = "storage";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * com.android.server.WallpaperService for accessing wallpapers.
     *
     * @see #getSystemService
     */
    public static final String WALLPAPER_SERVICE = "wallpaper";

    /**
     * Use with {@link #getSystemService} to retrieve a {@link
     * android.os.Vibrator} for interacting with the vibration hardware.
     *
     * @see #getSystemService
     * @see android.os.Vibrator
     */
    public static final String VIBRATOR_SERVICE = "vibrator";

```

```
    /**
     * Use with {@link #getSystemService} to retrieve a {@link
     * android.app.StatusBarManager} for interacting with the status bar.
     *
     * @see #getSystemService
     * @see android.app.StatusBarManager
     * @hide
     */
    public static final String STATUS_BAR_SERVICE = "statusbar";

    /**
     * Use with {@link #getSystemService} to retrieve a {@link
     * android.net.ConnectivityManager} for handling management of
     * network connections.
     *
     * @see #getSystemService
     * @see android.net.ConnectivityManager
     */
    public static final String CONNECTIVITY_SERVICE = "connectivity";

    /**
     * Use with {@link #getSystemService} to retrieve a {@link
     * android.net.ThrottleManager} for handling management of
     * throttling.
     *
     * @hide
     * @see #getSystemService
     * @see android.net.ThrottleManager
     */
    public static final String THROTTLE_SERVICE = "throttle";

    /**
     * Use with {@link #getSystemService} to retrieve a {@link
     * android.net.NetworkManagementService} for handling management of
     * system network services
     *
     * @hide
     * @see #getSystemService
     * @see android.net.NetworkManagementService
```

```
     */
    public static final String NETWORKMANAGEMENT_SERVICE = "network_management";

    /** {@hide} */
    public static final String NETWORK_STATS_SERVICE = "netstats";
    /** {@hide} */
    public static final String NETWORK_POLICY_SERVICE = "netpolicy";

    /**
     * Use with {@link #getSystemService} to retrieve a {@link
     * android.net.wifi.WifiManager} for handling management of
     * Wi-Fi access.
     *
     * @see #getSystemService
     * @see android.net.wifi.WifiManager
     */
    public static final String WIFI_SERVICE = "wifi";

    /**
     * Use with {@link #getSystemService} to retrieve a {@link
     * android.net.wifi.p2p.WifiP2pManager} for handling management of
     * Wi-Fi peer-to-peer connections.
     *
     * @see #getSystemService
     * @see android.net.wifi.p2p.WifiP2pManager
     */
    public static final String WIFI_P2P_SERVICE = "wifip2p";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.media.AudioManager} for handling management of volume,
     * ringer modes and audio routing.
     *
     * @see #getSystemService
     * @see android.media.AudioManager
     */
    public static final String AUDIO_SERVICE = "audio";

    /**
```

```
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.telephony.TelephonyManager} for handling management the
     * telephony features of the device.
     *
     * @see #getSystemService
     * @see android.telephony.TelephonyManager
     */
    public static final String TELEPHONY_SERVICE = "phone";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.text.ClipboardManager} for accessing and modifying
     * the contents of the global clipboard.
     *
     * @see #getSystemService
     * @see android.text.ClipboardManager
     */
    public static final String CLIPBOARD_SERVICE = "clipboard";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.view.inputmethod.InputMethodManager} for accessing input
     * methods.
     *
     * @see #getSystemService
     */
    public static final String INPUT_METHOD_SERVICE = "input_method";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.view.textservice.TextServicesManager} for accessing
     * text services.
     *
     * @see #getSystemService
     */
    public static final String TEXT_SERVICES_MANAGER_SERVICE = "textservices";

    /**
     * Use with {@link #getSystemService} to retrieve a
```

```
     * {@link android.appwidget.AppWidgetManager} for accessing AppWidgets.
     *
     * @hide
     * @see #getSystemService
     */
    public static final String APPWIDGET_SERVICE = "appwidget";

    /**
     * Use with {@link #getSystemService} to retrieve an
     * {@link android.app.backup.IBackupManager IBackupManager} for communicating
     * with the backup mechanism.
     * @hide
     *
     * @see #getSystemService
     */
    public static final String BACKUP_SERVICE = "backup";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.os.DropBoxManager} instance for recording
     * diagnostic logs.
     * @see #getSystemService
     */
    public static final String DROPBOX_SERVICE = "dropbox";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.app.admin.DevicePolicyManager} for working with global
     * device policy management.
     *
     * @see #getSystemService
     */
    public static final String DEVICE_POLICY_SERVICE = "device_policy";

    /**
     * Use with {@link #getSystemService} to retrieve a
     * {@link android.app.UiModeManager} for controlling UI modes.
     *
     * @see #getSystemService
```

```
    */
   public static final String UI_MODE_SERVICE = "uimode";

   /**
    * Use with {@link #getSystemService} to retrieve a
    * {@link android.app.DownloadManager} for requesting HTTP downloads.
    *
    * @see #getSystemService
    */
   public static final String DOWNLOAD_SERVICE = "download";

   /**
    * Use with {@link #getSystemService} to retrieve a
    * {@link android.nfc.NfcManager} for using NFC.
    *
    * @see #getSystemService
    */
   public static final String NFC_SERVICE = "nfc";

   /**
    * Use with {@link #getSystemService} to retrieve a
    * {@link android.net.sip.SipManager} for accessing the SIP related service.
    *
    * @see #getSystemService
    */
   /** @hide */
   public static final String SIP_SERVICE = "sip";

   /**
    * Use with {@link #getSystemService} to retrieve a {@link
    * android.hardware.usb.UsbManager} for access to USB devices (as a USB host)
    * and for controlling this device's behavior as a USB device.
    *
    * @see #getSystemService
    * @see android.harware.usb.UsbManager
    */
   public static final String USB_SERVICE = "usb";

   /**
```

```
     * Determine whether the given permission is allowed for a particular
     * process and user ID running in the system.
     *
     * @param permission The name of the permission being checked.
     * @param pid The process ID being checked against.  Must be > 0.
     * @param uid The user ID being checked against.  A uid of 0 is the root
     * user, which will pass every permission check.
     *
     * @return Returns {@link PackageManager#PERMISSION_GRANTED} if the given
     * pid/uid is allowed that permission, or
     * {@link PackageManager#PERMISSION_DENIED} if it is not.
     *
     * @see PackageManager#checkPermission(String, String)
     * @see #checkCallingPermission
     */
    public abstract int checkPermission(String permission, int pid, int uid);

    /**
     * Determine whether the calling process of an IPC you are handling has been
     * granted a particular permission.  This is basically the same as calling
     * {@link #checkPermission(String, int, int)} with the pid and uid returned
     * by {@link android.os.Binder#getCallingPid} and
     * {@link android.os.Binder#getCallingUid}.  One important difference
     * is that if you are not currently processing an IPC, this function
     * will always fail.  This is done to protect against accidentally
     * leaking permissions; you can use {@link #checkCallingOrSelfPermission}
     * to avoid this protection.
     *
     * @param permission The name of the permission being checked.
     *
     * @return Returns {@link PackageManager#PERMISSION_GRANTED} if the calling
     * pid/uid is allowed that permission, or
     * {@link PackageManager#PERMISSION_DENIED} if it is not.
     *
     * @see PackageManager#checkPermission(String, String)
     * @see #checkPermission
     * @see #checkCallingOrSelfPermission
     */
    public abstract int checkCallingPermission(String permission);
```

```

    /**
     * Determine whether the calling process of an IPC <em>or you</em> have been
     * granted a particular permission.  This is the same as
     * {@link #checkCallingPermission}, except it grants your own permissions
     * if you are not currently processing an IPC.  Use with care!
     *
     * @param permission The name of the permission being checked.
     *
     * @return Returns {@link PackageManager#PERMISSION_GRANTED} if the calling
     * pid/uid is allowed that permission, or
     * {@link PackageManager#PERMISSION_DENIED} if it is not.
     *
     * @see PackageManager#checkPermission(String, String)
     * @see #checkPermission
     * @see #checkCallingPermission
     */
    public abstract int checkCallingOrSelfPermission(String permission);

    /**
     * If the given permission is not allowed for a particular process
     * and user ID running in the system, throw a {@link SecurityException}.
     *
     * @param permission The name of the permission being checked.
     * @param pid The process ID being checked against.  Must be &gt; 0.
     * @param uid The user ID being checked against.  A uid of 0 is the root
     * user, which will pass every permission check.
     * @param message A message to include in the exception if it is thrown.
     *
     * @see #checkPermission(String, int, int)
     */
    public abstract void enforcePermission(
            String permission, int pid, int uid, String message);

    /**
     * If the calling process of an IPC you are handling has not been
     * granted a particular permission, throw a {@link
     * SecurityException}.  This is basically the same as calling
     * {@link #enforcePermission(String, int, int, String)} with the
```

```
     * pid and uid returned by {@link android.os.Binder#getCallingPid}
     * and {@link android.os.Binder#getCallingUid}.  One important
     * difference is that if you are not currently processing an IPC,
     * this function will always throw the SecurityException.  This is
     * done to protect against accidentally leaking permissions; you
     * can use {@link #enforceCallingOrSelfPermission} to avoid this
     * protection.
     *
     * @param permission The name of the permission being checked.
     * @param message A message to include in the exception if it is thrown.
     *
     * @see #checkCallingPermission(String)
     */
    public abstract void enforceCallingPermission(
            String permission, String message);

    /**
     * If neither you nor the calling process of an IPC you are
     * handling has been granted a particular permission, throw a
     * {@link SecurityException}.  This is the same as {@link
     * #enforceCallingPermission}, except it grants your own
     * permissions if you are not currently processing an IPC.  Use
     * with care!
     *
     * @param permission The name of the permission being checked.
     * @param message A message to include in the exception if it is thrown.
     *
     * @see #checkCallingOrSelfPermission(String)
     */
    public abstract void enforceCallingOrSelfPermission(
            String permission, String message);

    /**
     * Grant permission to access a specific Uri to another package, regardless
     * of whether that package has general permission to access the Uri's
     * content provider.  This can be used to grant specific, temporary
     * permissions, typically in response to user interaction (such as the
     * user opening an attachment that you would like someone else to
     * display).
```

```
     *
     * <p>Normally you should use {@link Intent#FLAG_GRANT_READ_URI_PERMISSION
     * Intent.FLAG_GRANT_READ_URI_PERMISSION} or
     * {@link Intent#FLAG_GRANT_WRITE_URI_PERMISSION
     * Intent.FLAG_GRANT_WRITE_URI_PERMISSION} with the Intent being used to
     * start an activity instead of this function directly.  If you use this
     * function directly, you should be sure to call
     * {@link #revokeUriPermission} when the target should no longer be allowed
     * to access it.
     *
     * <p>To succeed, the content provider owning the Uri must have set the
     * {@link android.R.styleable#AndroidManifestProvider_grantUriPermissions
     * grantUriPermissions} attribute in its manifest or included the
     * {@link android.R.styleable#AndroidManifestGrantUriPermission
     * &lt;grant-uri-permissions&gt;} tag.
     *
     * @param toPackage The package you would like to allow to access the Uri.
     * @param uri The Uri you would like to grant access to.
     * @param modeFlags The desired access modes.  Any combination of
     * {@link Intent#FLAG_GRANT_READ_URI_PERMISSION
     * Intent.FLAG_GRANT_READ_URI_PERMISSION} or
     * {@link Intent#FLAG_GRANT_WRITE_URI_PERMISSION
     * Intent.FLAG_GRANT_WRITE_URI_PERMISSION}.
     *
     * @see #revokeUriPermission
     */
    public abstract void grantUriPermission(String toPackage, Uri uri,
            int modeFlags);

    /**
     * Remove all permissions to access a particular content provider Uri
     * that were previously added with {@link #grantUriPermission}.  The given
     * Uri will match all previously granted Uris that are the same or a
     * sub-path of the given Uri.  That is, revoking "content://foo/one" will
     * revoke both "content://foo/target" and "content://foo/target/sub", but not
     * "content://foo".
     *
     * @param uri The Uri you would like to revoke access to.
     * @param modeFlags The desired access modes.  Any combination of
```

```
     * {@link Intent#FLAG_GRANT_READ_URI_PERMISSION
     * Intent.FLAG_GRANT_READ_URI_PERMISSION} or
     * {@link Intent#FLAG_GRANT_WRITE_URI_PERMISSION
     * Intent.FLAG_GRANT_WRITE_URI_PERMISSION}.
     *
     * @see #grantUriPermission
     */
    public abstract void revokeUriPermission(Uri uri, int modeFlags);

    /**
     * Determine whether a particular process and user ID has been granted
     * permission to access a specific URI.  This only checks for permissions
     * that have been explicitly granted -- if the given process/uid has
     * more general access to the URI's content provider then this check will
     * always fail.
     *
     * @param uri The uri that is being checked.
     * @param pid The process ID being checked against.  Must be &gt; 0.
     * @param uid The user ID being checked against.  A uid of 0 is the root
     * user, which will pass every permission check.
     * @param modeFlags The type of access to grant.  May be one or both of
     * {@link Intent#FLAG_GRANT_READ_URI_PERMISSION Intent.FLAG_GRANT_READ_URI_PERMISSION} or
     * {@link Intent#FLAG_GRANT_WRITE_URI_PERMISSION Intent.FLAG_GRANT_WRITE_URI_PERMISSION}.
     *
     * @return Returns {@link PackageManager#PERMISSION_GRANTED} if the given
     * pid/uid is allowed to access that uri, or
     * {@link PackageManager#PERMISSION_DENIED} if it is not.
     *
     * @see #checkCallingUriPermission
     */
    public abstract int checkUriPermission(Uri uri, int pid, int uid, int modeFlags);

    /**
     * Determine whether the calling process and user ID has been
     * granted permission to access a specific URI.  This is basically
     * the same as calling {@link #checkUriPermission(Uri, int, int,
     * int)} with the pid and uid returned by {@link
     * android.os.Binder#getCallingPid} and {@link
     * android.os.Binder#getCallingUid}.  One important difference is
```

```
     * that if you are not currently processing an IPC, this function
     * will always fail.
     *
     * @param uri The uri that is being checked.
     * @param modeFlags The type of access to grant.  May be one or both of
     * {@link Intent#FLAG_GRANT_READ_URI_PERMISSION Intent.FLAG_GRANT_READ_URI_PERMISSION} or
     * {@link Intent#FLAG_GRANT_WRITE_URI_PERMISSION Intent.FLAG_GRANT_WRITE_URI_PERMISSION}.
     *
     * @return Returns {@link PackageManager#PERMISSION_GRANTED} if the caller
     * is allowed to access that uri, or
     * {@link PackageManager#PERMISSION_DENIED} if it is not.
     *
     * @see #checkUriPermission(Uri, int, int, int)
     */
    public abstract int checkCallingUriPermission(Uri uri, int modeFlags);

    /**
     * Determine whether the calling process of an IPC <em>or you</em> has been granted
     * permission to access a specific URI.  This is the same as
     * {@link #checkCallingUriPermission}, except it grants your own permissions
     * if you are not currently processing an IPC.  Use with care!
     *
     * @param uri The uri that is being checked.
     * @param modeFlags The type of access to grant.  May be one or both of
     * {@link Intent#FLAG_GRANT_READ_URI_PERMISSION Intent.FLAG_GRANT_READ_URI_PERMISSION} or
     * {@link Intent#FLAG_GRANT_WRITE_URI_PERMISSION Intent.FLAG_GRANT_WRITE_URI_PERMISSION}.
     *
     * @return Returns {@link PackageManager#PERMISSION_GRANTED} if the caller
     * is allowed to access that uri, or
     * {@link PackageManager#PERMISSION_DENIED} if it is not.
     *
     * @see #checkCallingUriPermission
     */
    public abstract int checkCallingOrSelfUriPermission(Uri uri, int modeFlags);

    /**
     * Check both a Uri and normal permission.  This allows you to perform
     * both {@link #checkPermission} and {@link #checkUriPermission} in one
     * call.
```

```
     *
     * @param uri The Uri whose permission is to be checked, or null to not
     * do this check.
     * @param readPermission The permission that provides overall read access,
     * or null to not do this check.
     * @param writePermission The permission that provides overall write
     * acess, or null to not do this check.
     * @param pid The process ID being checked against.  Must be &gt; 0.
     * @param uid The user ID being checked against.  A uid of 0 is the root
     * user, which will pass every permission check.
     * @param modeFlags The type of access to grant.  May be one or both of
     * {@link Intent#FLAG_GRANT_READ_URI_PERMISSION Intent.FLAG_GRANT_READ_URI_PERMISSION} or
     * {@link Intent#FLAG_GRANT_WRITE_URI_PERMISSION Intent.FLAG_GRANT_WRITE_URI_PERMISSION}.
     *
     * @return Returns {@link PackageManager#PERMISSION_GRANTED} if the caller
     * is allowed to access that uri or holds one of the given permissions, or
     * {@link PackageManager#PERMISSION_DENIED} if it is not.
     */
    public abstract int checkUriPermission(Uri uri, String readPermission,
            String writePermission, int pid, int uid, int modeFlags);

    /**
     * If a particular process and user ID has not been granted
     * permission to access a specific URI, throw {@link
     * SecurityException}.  This only checks for permissions that have
     * been explicitly granted -- if the given process/uid has more
     * general access to the URI's content provider then this check
     * will always fail.
     *
     * @param uri The uri that is being checked.
     * @param pid The process ID being checked against.  Must be &gt; 0.
     * @param uid The user ID being checked against.  A uid of 0 is the root
     * user, which will pass every permission check.
     * @param modeFlags The type of access to grant.  May be one or both of
     * {@link Intent#FLAG_GRANT_READ_URI_PERMISSION Intent.FLAG_GRANT_READ_URI_PERMISSION} or
     * {@link Intent#FLAG_GRANT_WRITE_URI_PERMISSION Intent.FLAG_GRANT_WRITE_URI_PERMISSION}.
     * @param message A message to include in the exception if it is thrown.
     *
     * @see #checkUriPermission(Uri, int, int, int)
```

```
     */
    public abstract void enforceUriPermission(
            Uri uri, int pid, int uid, int modeFlags, String message);

    /**
     * If the calling process and user ID has not been granted
     * permission to access a specific URI, throw {@link
     * SecurityException}.  This is basically the same as calling
     * {@link #enforceUriPermission(Uri, int, int, int, String)} with
     * the pid and uid returned by {@link
     * android.os.Binder#getCallingPid} and {@link
     * android.os.Binder#getCallingUid}.  One important difference is
     * that if you are not currently processing an IPC, this function
     * will always throw a SecurityException.
     *
     * @param uri The uri that is being checked.
     * @param modeFlags The type of access to grant.  May be one or both of
     * {@link Intent#FLAG_GRANT_READ_URI_PERMISSION Intent.FLAG_GRANT_READ_URI_PERMISSION} or
     * {@link Intent#FLAG_GRANT_WRITE_URI_PERMISSION Intent.FLAG_GRANT_WRITE_URI_PERMISSION}.
     * @param message A message to include in the exception if it is thrown.
     *
     * @see #checkCallingUriPermission(Uri, int)
     */
    public abstract void enforceCallingUriPermission(
            Uri uri, int modeFlags, String message);

    /**
     * If the calling process of an IPC <em>or you</em> has not been
     * granted permission to access a specific URI, throw {@link
     * SecurityException}.  This is the same as {@link
     * #enforceCallingUriPermission}, except it grants your own
     * permissions if you are not currently processing an IPC.  Use
     * with care!
     *
     * @param uri The uri that is being checked.
     * @param modeFlags The type of access to grant.  May be one or both of
     * {@link Intent#FLAG_GRANT_READ_URI_PERMISSION Intent.FLAG_GRANT_READ_URI_PERMISSION} or
     * {@link Intent#FLAG_GRANT_WRITE_URI_PERMISSION Intent.FLAG_GRANT_WRITE_URI_PERMISSION}.
     * @param message A message to include in the exception if it is thrown.
```

```
     *
     * @see #checkCallingOrSelfUriPermission(Uri, int)
     */
    public abstract void enforceCallingOrSelfUriPermission(
            Uri uri, int modeFlags, String message);

    /**
     * Enforce both a Uri and normal permission.  This allows you to perform
     * both {@link #enforcePermission} and {@link #enforceUriPermission} in one
     * call.
     *
     * @param uri The Uri whose permission is to be checked, or null to not
     * do this check.
     * @param readPermission The permission that provides overall read access,
     * or null to not do this check.
     * @param writePermission The permission that provides overall write
     * acess, or null to not do this check.
     * @param pid The process ID being checked against.  Must be &gt; 0.
     * @param uid The user ID being checked against.  A uid of 0 is the root
     * user, which will pass every permission check.
     * @param modeFlags The type of access to grant.  May be one or both of
     * {@link Intent#FLAG_GRANT_READ_URI_PERMISSION Intent.FLAG_GRANT_READ_URI_PERMISSION} or
     * {@link Intent#FLAG_GRANT_WRITE_URI_PERMISSION Intent.FLAG_GRANT_WRITE_URI_PERMISSION}.
     * @param message A message to include in the exception if it is thrown.
     *
     * @see #checkUriPermission(Uri, String, String, int, int, int)
     */
    public abstract void enforceUriPermission(
            Uri uri, String readPermission, String writePermission,
            int pid, int uid, int modeFlags, String message);

    /**
     * Flag for use with {@link #createPackageContext}: include the application
     * code with the context.  This means loading code into the caller's
     * process, so that {@link #getClassLoader()} can be used to instantiate
     * the application's classes.  Setting this flags imposes security
     * restrictions on what application context you can access; if the
     * requested application can not be safely loaded into your process,
     * java.lang.SecurityException will be thrown.  If this flag is not set,
```

```
     * there will be no restrictions on the packages that can be loaded,
     * but {@link #getClassLoader} will always return the default system
     * class loader.
     */
    public static final int CONTEXT_INCLUDE_CODE = 0x00000001;

    /**
     * Flag for use with {@link #createPackageContext}: ignore any security
     * restrictions on the Context being requested, allowing it to always
     * be loaded.  For use with {@link #CONTEXT_INCLUDE_CODE} to allow code
     * to be loaded into a process even when it isn't safe to do so.  Use
     * with extreme care!
     */
    public static final int CONTEXT_IGNORE_SECURITY = 0x00000002;

    /**
     * Flag for use with {@link #createPackageContext}: a restricted context may
     * disable specific features. For instance, a View associated with a restricted
     * context would ignore particular XML attributes.
     */
    public static final int CONTEXT_RESTRICTED = 0x00000004;

    /**
     * Return a new Context object for the given application name.  This
     * Context is the same as what the named application gets when it is
     * launched, containing the same resources and class loader.  Each call to
     * this method returns a new instance of a Context object; Context objects
     * are not shared, however they share common state (Resources, ClassLoader,
     * etc) so the Context instance itself is fairly lightweight.
     *
     * <p>Throws {@link PackageManager.NameNotFoundException} if there is no
     * application with the given package name.
     *
     * <p>Throws {@link java.lang.SecurityException} if the Context requested
     * can not be loaded into the caller's process for security reasons (see
     * {@link #CONTEXT_INCLUDE_CODE} for more information}.
     *
     * @param packageName Name of the application's package.
     * @param flags Option flags, one of {@link #CONTEXT_INCLUDE_CODE}
```

```
     *                 or {@link #CONTEXT_IGNORE_SECURITY}.
     *
     * @return A Context for the application.
     *
     * @throws java.lang.SecurityException
     * @throws PackageManager.NameNotFoundException if there is no application with
     * the given package name
     */
    public abstract Context createPackageContext(String packageName,
            int flags) throws PackageManager.NameNotFoundException;

    /**
     * Indicates whether this Context is restricted.
     *
     * @return True if this Context is restricted, false otherwise.
     *
     * @see #CONTEXT_RESTRICTED
     */
    public boolean isRestricted() {
        return false;
    }
}
```

```
/*
 * Copyright (C) 2006 The Android Open Source Project
 *
 * Licensed under the Apache License, Version 2.0 (the "License");
 * you may not use this file except in compliance with the License.
 * You may obtain a copy of the License at
 *
 *      http://www.apache.org/licenses/LICENSE-2.0
 *
 * Unless required by applicable law or agreed to in writing, software
 * distributed under the License is distributed on an "AS IS" BASIS,
 * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
 * See the License for the specific language governing permissions and
 * limitations under the License.
 */

package android.content;

import org.xmlpull.v1.XmlPullParser;
import org.xmlpull.v1.XmlPullParserException;

import android.annotation.SdkConstant;
import android.annotation.SdkConstant.SdkConstantType;
import android.content.pm.ActivityInfo;
import android.content.pm.PackageManager;
import android.content.pm.ResolveInfo;
import android.content.res.Resources;
import android.content.res.TypedArray;
import android.graphics.Rect;
import android.net.Uri;
import android.os.Bundle;
import android.os.IBinder;
import android.os.Parcel;
import android.os.Parcelable;
import android.util.AttributeSet;
import android.util.Log;

import com.android.internal.util.XmlUtils;

```

```
import java.io.IOException;
import java.io.Serializable;
import java.net.URISyntaxException;
import java.util.ArrayList;
import java.util.HashSet;
import java.util.Iterator;
import java.util.Set;

/**
 * An intent is an abstract description of an operation to be performed.  It
 * can be used with {@link Context#startActivity(Intent) startActivity} to
 * launch an {@link android.app.Activity},
 * {@link android.content.Context#sendBroadcast(Intent) broadcastIntent} to
 * send it to any interested {@link BroadcastReceiver BroadcastReceiver} components,
 * and {@link android.content.Context#startService} or
 * {@link android.content.Context#bindService} to communicate with a
 * background {@link android.app.Service}.
 *
 * <p>An Intent provides a facility for performing late runtime binding between the code in
 * different applications. Its most significant use is in the launching of activities, where
it
 * can be thought of as the glue between activities. It is basically a passive data structure
 * holding an abstract description of an action to be performed.</p>
 *
 * <div class="special reference">
 * <h3>Developer Guides</h3>
 * <p>For information about how to create and resolve intents, read the
 * <a href="{@docRoot}guide/topics/intents/intents-filters.html">Intents and Intent Filters</
a>
 * developer guide.</p>
 * </div>
 *
 * <a name="IntentStructure"></a>
 * <h3>Intent Structure</h3>
 * <p>The primary pieces of information in an intent are:</p>
 *
 * <ul>
 *   <li> <p><b>action</b> -- The general action to be performed, such as
 *     {@link #ACTION_VIEW}, {@link #ACTION_EDIT}, {@link #ACTION_MAIN},
```

```
 *     etc.</p>
 *   </li>
 *   <li> <p><b>data</b> -- The data to operate on, such as a person record
 *     in the contacts database, expressed as a {@link android.net.Uri}.</p>
 *   </li>
 * </ul>
 *
 *
 * <p>Some examples of action/data pairs are:</p>
 *
 * <ul>
 *   <li> <p><b>{@link #ACTION_VIEW} <i>content://contacts/people/1</i></b> -- Display
 *     information about the person whose identifier is "1".</p>
 *   </li>
 *   <li> <p><b>{@link #ACTION_DIAL} <i>content://contacts/people/1</i></b> -- Display
 *     the phone dialer with the person filled in.</p>
 *   </li>
 *   <li> <p><b>{@link #ACTION_VIEW} <i>tel:123</i></b> -- Display
 *     the phone dialer with the given number filled in.  Note how the
 *     VIEW action does what what is considered the most reasonable thing for
 *     a particular URI.</p>
 *   </li>
 *   <li> <p><b>{@link #ACTION_DIAL} <i>tel:123</i></b> -- Display
 *     the phone dialer with the given number filled in.</p>
 *   </li>
 *   <li> <p><b>{@link #ACTION_EDIT} <i>content://contacts/people/1</i></b> -- Edit
 *     information about the person whose identifier is "1".</p>
 *   </li>
 *   <li> <p><b>{@link #ACTION_VIEW} <i>content://contacts/people/</i></b> -- Display
 *     a list of people, which the user can browse through.  This example is a
 *     typical top-level entry into the Contacts application, showing you the
 *     list of people. Selecting a particular person to view would result in a
 *     new intent { <b>{@link #ACTION_VIEW} <i>content://contacts/N</i></b> }
 *     being used to start an activity to display that person.</p>
 *   </li>
 * </ul>
 *
 * <p>In addition to these primary attributes, there are a number of secondary
 * attributes that you can also include with an intent:</p>
```

```
 *
 * <ul>
 *    <li> <p><b>category</b> -- Gives additional information about the action
 *        to execute.  For example, {@link #CATEGORY_LAUNCHER} means it should
 *        appear in the Launcher as a top-level application, while
 *        {@link #CATEGORY_ALTERNATIVE} means it should be included in a list
 *        of alternative actions the user can perform on a piece of data.</p>
 *    <li> <p><b>type</b> -- Specifies an explicit type (a MIME type) of the
 *        intent data.  Normally the type is inferred from the data itself.
 *        By setting this attribute, you disable that evaluation and force
 *        an explicit type.</p>
 *    <li> <p><b>component</b> -- Specifies an explicit name of a component
 *        class to use for the intent.  Normally this is determined by looking
 *        at the other information in the intent (the action, data/type, and
 *        categories) and matching that with a component that can handle it.
 *        If this attribute is set then none of the evaluation is performed,
 *        and this component is used exactly as is.  By specifying this attribute,
 *        all of the other Intent attributes become optional.</p>
 *    <li> <p><b>extras</b> -- This is a {@link Bundle} of any additional information.
 *        This can be used to provide extended information to the component.
 *        For example, if we have a action to send an e-mail message, we could
 *        also include extra pieces of data here to supply a subject, body,
 *        etc.</p>
 * </ul>
 *
 * <p>Here are some examples of other operations you can specify as intents
 * using these additional parameters:</p>
 *
 * <ul>
 *   <li> <p><b>{@link #ACTION_MAIN} with category {@link #CATEGORY_HOME}</b> --
 *     Launch the home screen.</p>
 *   </li>
 *   <li> <p><b>{@link #ACTION_GET_CONTENT} with MIME type
 *     <i>{@link android.provider.Contacts.Phones#CONTENT_URI
 *     vnd.android.cursor.item/phone}</i></b>
 *     -- Display the list of people's phone numbers, allowing the user to
 *     browse through them and pick one and return it to the parent activity.</p>
 *   </li>
 *   <li> <p><b>{@link #ACTION_GET_CONTENT} with MIME type
```

```
 *     <i>*{@literal /}*</i> and category {@link #CATEGORY_OPENABLE}</b>
 *     -- Display all pickers for data that can be opened with
 *     {@link ContentResolver#openInputStream(Uri) ContentResolver.openInputStream()},
 *     allowing the user to pick one of them and then some data inside of it
 *     and returning the resulting URI to the caller.  This can be used,
 *     for example, in an e-mail application to allow the user to pick some
 *     data to include as an attachment.</p>
 *   </li>
 * </ul>
 *
 * <p>There are a variety of standard Intent action and category constants
 * defined in the Intent class, but applications can also define their own.
 * These strings use java style scoping, to ensure they are unique -- for
 * example, the standard {@link #ACTION_VIEW} is called
 * "android.intent.action.VIEW".</p>
 *
 * <p>Put together, the set of actions, data types, categories, and extra data
 * defines a language for the system allowing for the expression of phrases
 * such as "call john smith's cell".  As applications are added to the system,
 * they can extend this language by adding new actions, types, and categories, or
 * they can modify the behavior of existing phrases by supplying their own
 * activities that handle them.</p>
 *
 * <a name="IntentResolution"></a>
 * <h3>Intent Resolution</h3>
 *
 * <p>There are two primary forms of intents you will use.
 *
 * <ul>
 *     <li> <p><b>Explicit Intents</b> have specified a component (via
 *     {@link #setComponent} or {@link #setClass}), which provides the exact
 *     class to be run.  Often these will not include any other information,
 *     simply being a way for an application to launch various internal
 *     activities it has as the user interacts with the application.
 *
 *     <li> <p><b>Implicit Intents</b> have not specified a component;
 *     instead, they must include enough information for the system to
 *     determine which of the available components is best to run for that
 *     intent.
```

```
     * </ul>
     *
     * <p>When using implicit intents, given such an arbitrary intent we need to
     * know what to do with it. This is handled by the process of <em>Intent
     * resolution</em>, which maps an Intent to an {@link android.app.Activity},
     * {@link BroadcastReceiver}, or {@link android.app.Service} (or sometimes two or
     * more activities/receivers) that can handle it.</p>
     *
     * <p>The intent resolution mechanism basically revolves around matching an
     * Intent against all of the &lt;intent-filter&gt; descriptions in the
     * installed application packages.  (Plus, in the case of broadcasts, any {@link
BroadcastReceiver}
     * objects explicitly registered with {@link Context#registerReceiver}.)  More
     * details on this can be found in the documentation on the {@link
     * IntentFilter} class.</p>
     *
     * <p>There are three pieces of information in the Intent that are used for
     * resolution: the action, type, and category.  Using this information, a query
     * is done on the {@link PackageManager} for a component that can handle the
     * intent. The appropriate component is determined based on the intent
     * information supplied in the <code>AndroidManifest.xml</code> file as
     * follows:</p>
     *
     * <ul>
     *     <li> <p>The <b>action</b>, if given, must be listed by the component as
     *         one it handles.</p>
     *     <li> <p>The <b>type</b> is retrieved from the Intent's data, if not
     *         already supplied in the Intent.  Like the action, if a type is
     *         included in the intent (either explicitly or implicitly in its
     *         data), then this must be listed by the component as one it handles.</p>
     *     <li> For data that is not a <code>content:</code> URI and where no explicit
     *         type is included in the Intent, instead the <b>scheme</b> of the
     *         intent data (such as <code>http:</code> or <code>mailto:</code>) is
     *         considered. Again like the action, if we are matching a scheme it
     *         must be listed by the component as one it can handle.
     *     <li> <p>The <b>categories</b>, if supplied, must <em>all</em> be listed
     *         by the activity as categories it handles.  That is, if you include
     *         the categories {@link #CATEGORY_LAUNCHER} and
     *         {@link #CATEGORY_ALTERNATIVE}, then you will only resolve to components
```

```
 *         with an intent that lists <em>both</em> of those categories.
 *         Activities will very often need to support the
 *         {@link #CATEGORY_DEFAULT} so that they can be found by
 *         {@link Context#startActivity Context.startActivity()}.</p>
 * </ul>
 *
 * <p>For example, consider the Note Pad sample application that
 * allows user to browse through a list of notes data and view details about
 * individual items.  Text in italics indicate places were you would replace a
 * name with one specific to your own package.</p>
 *
 * <pre> &lt;manifest xmlns:android="http://schemas.android.com/apk/res/android"
 *       package="<i>com.android.notepad</i>"&gt;
 *     &lt;application android:icon="@drawable/app_notes"
 *             android:label="@string/app_name"&gt;
 *
 *         &lt;provider class=".NotePadProvider"
 *                 android:authorities="<i>com.google.provider.NotePad</i>" /&gt;
 *
 *         &lt;activity class=".NotesList" android:label="@string/title_notes_list"&gt;
 *             &lt;intent-filter&gt;
 *                 &lt;action android:name="android.intent.action.MAIN" /&gt;
 *                 &lt;category android:name="android.intent.category.LAUNCHER" /&gt;
 *             &lt;/intent-filter&gt;
 *             &lt;intent-filter&gt;
 *                 &lt;action android:name="android.intent.action.VIEW" /&gt;
 *                 &lt;action android:name="android.intent.action.EDIT" /&gt;
 *                 &lt;action android:name="android.intent.action.PICK" /&gt;
 *                 &lt;category android:name="android.intent.category.DEFAULT" /&gt;
 *                 &lt;data android:mimeType="vnd.android.cursor.dir/<i>vnd.google.note</i>"
/&gt;
 *             &lt;/intent-filter&gt;
 *             &lt;intent-filter&gt;
 *                 &lt;action android:name="android.intent.action.GET_CONTENT" /&gt;
 *                 &lt;category android:name="android.intent.category.DEFAULT" /&gt;
 *                 &lt;data android:mimeType="vnd.android.cursor.item/<i>vnd.google.note</i>"
/&gt;
 *             &lt;/intent-filter&gt;
 *         &lt;/activity&gt;
```

```
 *          with an intent that lists <em>both</em> of those categories.
 *          Activities will very often need to support the
 *          {@link #CATEGORY_DEFAULT} so that they can be found by
 *          {@link Context#startActivity Context.startActivity()}.</p>
 * </ul>
 *
 * <p>For example, consider the Note Pad sample application that
 * allows user to browse through a list of notes data and view details about
 * individual items.  Text in italics indicate places were you would replace a
 * name with one specific to your own package.</p>
 *
 * <pre> &lt;manifest xmlns:android="http://schemas.android.com/apk/res/android"
 *       package="<i>com.android.notepad</i>"&gt;
 *     &lt;application android:icon="@drawable/app_notes"
 *             android:label="@string/app_name"&gt;
 *
 *         &lt;provider class=".NotePadProvider"
 *                 android:authorities="<i>com.google.provider.NotePad</i>" /&gt;
 *
 *         &lt;activity class=".NotesList" android:label="@string/title_notes_list"&gt;
 *             &lt;intent-filter&gt;
 *                 &lt;action android:name="android.intent.action.MAIN" /&gt;
 *                 &lt;category android:name="android.intent.category.LAUNCHER" /&gt;
 *             &lt;/intent-filter&gt;
 *             &lt;intent-filter&gt;
 *                 &lt;action android:name="android.intent.action.VIEW" /&gt;
 *                 &lt;action android:name="android.intent.action.EDIT" /&gt;
 *                 &lt;action android:name="android.intent.action.PICK" /&gt;
 *                 &lt;category android:name="android.intent.category.DEFAULT" /&gt;
 *                 &lt;data android:mimeType="vnd.android.cursor.dir/<i>vnd.google.note</i>"
/&gt;
 *             &lt;/intent-filter&gt;
 *             &lt;intent-filter&gt;
 *                 &lt;action android:name="android.intent.action.GET_CONTENT" /&gt;
 *                 &lt;category android:name="android.intent.category.DEFAULT" /&gt;
 *                 &lt;data android:mimeType="vnd.android.cursor.item/<i>vnd.google.note</i>"
/&gt;
 *             &lt;/intent-filter&gt;
 *         &lt;/activity&gt;
```

```
 *
 *         &lt;activity class=".NoteEditor" android:label="@string/title_note"&gt;
 *             &lt;intent-filter android:label="@string/resolve_edit"&gt;
 *                 &lt;action android:name="android.intent.action.VIEW" /&gt;
 *                 &lt;action android:name="android.intent.action.EDIT" /&gt;
 *                 &lt;category android:name="android.intent.category.DEFAULT" /&gt;
 *                 &lt;data android:mimeType="vnd.android.cursor.item/<i>vnd.google.note</i>" /&gt;
 *             &lt;/intent-filter&gt;
 *
 *             &lt;intent-filter&gt;
 *                 &lt;action android:name="android.intent.action.INSERT" /&gt;
 *                 &lt;category android:name="android.intent.category.DEFAULT" /&gt;
 *                 &lt;data android:mimeType="vnd.android.cursor.dir/<i>vnd.google.note</i>" /&gt;
 *             &lt;/intent-filter&gt;
 *
 *         &lt;/activity&gt;
 *
 *         &lt;activity class=".TitleEditor" android:label="@string/title_edit_title"
 *                 android:theme="@android:style/Theme.Dialog"&gt;
 *             &lt;intent-filter android:label="@string/resolve_title"&gt;
 *                 &lt;action android:name="<i>com.android.notepad.action.EDIT_TITLE</i>" /&gt;
 *                 &lt;category android:name="android.intent.category.DEFAULT" /&gt;
 *                 &lt;category android:name="android.intent.category.ALTERNATIVE" /&gt;
 *                 &lt;category android:name="android.intent.category.SELECTED_ALTERNATIVE" /&gt;
 *                 &lt;data android:mimeType="vnd.android.cursor.item/<i>vnd.google.note</i>" /&gt;
 *             &lt;/intent-filter&gt;
 *         &lt;/activity&gt;
 *
 *     &lt;/application&gt;
 * &lt;/manifest&gt;</pre>
 *
 * <p>The first activity,
 * <code>com.android.notepad.NotesList</code>, serves as our main
 * entry into the app.  It can do three things as described by its three intent
```

```
 * templates:
 * <ol>
 * <li><pre>
 * &lt;intent-filter&gt;
 *     &lt;action android:name="{@link #ACTION_MAIN android.intent.action.MAIN}" /&gt;
 *     &lt;category android:name="{@link #CATEGORY_LAUNCHER android.intent.category.LAUNCHER
}" /&gt;
 * &lt;/intent-filter&gt;</pre>
 * <p>This provides a top-level entry into the NotePad application: the standard
 * MAIN action is a main entry point (not requiring any other information in
 * the Intent), and the LAUNCHER category says that this entry point should be
 * listed in the application launcher.</p>
 * <li><pre>
 * &lt;intent-filter&gt;
 *     &lt;action android:name="{@link #ACTION_VIEW android.intent.action.VIEW}" /&gt;
 *     &lt;action android:name="{@link #ACTION_EDIT android.intent.action.EDIT}" /&gt;
 *     &lt;action android:name="{@link #ACTION_PICK android.intent.action.PICK}" /&gt;
 *     &lt;category android:name="{@link #CATEGORY_DEFAULT android.intent.category.DEFAULT}"
/&gt;
 *     &lt;data mimeType:name="vnd.android.cursor.dir/<i>vnd.google.note</i>" /&gt;
 * &lt;/intent-filter&gt;</pre>
 * <p>This declares the things that the activity can do on a directory of
 * notes.  The type being supported is given with the &lt;type&gt; tag, where
 * <code>vnd.android.cursor.dir/vnd.google.note</code> is a URI from which
 * a Cursor of zero or more items (<code>vnd.android.cursor.dir</code>) can
 * be retrieved which holds our note pad data (<code>vnd.google.note</code>).
 * The activity allows the user to view or edit the directory of data (via
 * the VIEW and EDIT actions), or to pick a particular note and return it
 * to the caller (via the PICK action).  Note also the DEFAULT category
 * supplied here: this is <em>required</em> for the
 * {@link Context#startActivity Context.startActivity} method to resolve your
 * activity when its component name is not explicitly specified.</p>
 * <li><pre>
 * &lt;intent-filter&gt;
 *     &lt;action android:name="{@link #ACTION_GET_CONTENT android.intent.action.GET_CONTENT
}" /&gt;
 *     &lt;category android:name="{@link #CATEGORY_DEFAULT android.intent.category.DEFAULT}"
/&gt;
 *     &lt;data android:mimeType="vnd.android.cursor.item/<i>vnd.google.note</i>" /&gt;
```

```
* &lt;/intent-filter&gt;</pre>
* <p>This filter describes the ability return to the caller a note selected by
* the user without needing to know where it came from.  The data type
* <code>vnd.android.cursor.item/vnd.google.note</code> is a URI from which
* a Cursor of exactly one (<code>vnd.android.cursor.item</code>) item can
* be retrieved which contains our note pad data (<code>vnd.google.note</code>).
* The GET_CONTENT action is similar to the PICK action, where the activity
* will return to its caller a piece of data selected by the user.  Here,
* however, the caller specifies the type of data they desire instead of
* the type of data the user will be picking from.</p>
* </ol>
*
* <p>Given these capabilities, the following intents will resolve to the
* NotesList activity:</p>
*
* <ul>
*     <li> <p><b>{ action=android.app.action.MAIN }</b> matches all of the
*         activities that can be used as top-level entry points into an
*         application.</p>
*     <li> <p><b>{ action=android.app.action.MAIN,
*         category=android.app.category.LAUNCHER }</b> is the actual intent
*         used by the Launcher to populate its top-level list.</p>
*     <li> <p><b>{ action=android.intent.action.VIEW
*          data=content://com.google.provider.NotePad/notes }</b>
*         displays a list of all the notes under
*         "content://com.google.provider.NotePad/notes", which
*         the user can browse through and see the details on.</p>
*     <li> <p><b>{ action=android.app.action.PICK
*          data=content://com.google.provider.NotePad/notes }</b>
*         provides a list of the notes under
*         "content://com.google.provider.NotePad/notes", from which
*         the user can pick a note whose data URL is returned back to the caller.</p>
*     <li> <p><b>{ action=android.app.action.GET_CONTENT
*          type=vnd.android.cursor.item/vnd.google.note }</b>
*         is similar to the pick action, but allows the caller to specify the
*         kind of data they want back so that the system can find the appropriate
*         activity to pick something of that data type.</p>
* </ul>
*
```

```
 * <p>The second activity,
 * <code>com.android.notepad.NoteEditor</code>, shows the user a single
 * note entry and allows them to edit it.  It can do two things as described
 * by its two intent templates:
 * <ol>
 * <li><pre>
 * &lt;intent-filter android:label="@string/resolve_edit"&gt;
 *     &lt;action android:name="{@link #ACTION_VIEW android.intent.action.VIEW}" /&gt;
 *     &lt;action android:name="{@link #ACTION_EDIT android.intent.action.EDIT}" /&gt;
 *     &lt;category android:name="{@link #CATEGORY_DEFAULT android.intent.category.DEFAULT}"
 /&gt;
 *     &lt;data android:mimeType="vnd.android.cursor.item/<i>vnd.google.note</i>" /&gt;
 * &lt;/intent-filter&gt;</pre>
 * <p>The first, primary, purpose of this activity is to let the user interact
 * with a single note, as decribed by the MIME type
 * <code>vnd.android.cursor.item/vnd.google.note</code>.  The activity can
 * either VIEW a note or allow the user to EDIT it.  Again we support the
 * DEFAULT category to allow the activity to be launched without explicitly
 * specifying its component.</p>
 * <li><pre>
 * &lt;intent-filter&gt;
 *     &lt;action android:name="{@link #ACTION_INSERT android.intent.action.INSERT}" /&gt;
 *     &lt;category android:name="{@link #CATEGORY_DEFAULT android.intent.category.DEFAULT}"
 /&gt;
 *     &lt;data android:mimeType="vnd.android.cursor.dir/<i>vnd.google.note</i>" /&gt;
 * &lt;/intent-filter&gt;</pre>
 * <p>The secondary use of this activity is to insert a new note entry into
 * an existing directory of notes.  This is used when the user creates a new
 * note: the INSERT action is executed on the directory of notes, causing
 * this activity to run and have the user create the new note data which
 * it then adds to the content provider.</p>
 * </ol>
 *
 * <p>Given these capabilities, the following intents will resolve to the
 * NoteEditor activity:</p>
 *
 * <ul>
 *     <li> <p><b>{ action=android.intent.action.VIEW
 *          data=content://com.google.provider.NotePad/notes/<var>{ID}</var> }</b>
```

```
 *         shows the user the content of note <var>{ID}</var>.</p>
 *     <li> <p><b>{ action=android.app.action.EDIT
 *          data=content://com.google.provider.NotePad/notes/<var>{ID}</var> }</b>
 *         allows the user to edit the content of note <var>{ID}</var>.</p>
 *     <li> <p><b>{ action=android.app.action.INSERT
 *          data=content://com.google.provider.NotePad/notes }</b>
 *         creates a new, empty note in the notes list at
 *         "content://com.google.provider.NotePad/notes"
 *         and allows the user to edit it.  If they keep their changes, the URI
 *         of the newly created note is returned to the caller.</p>
 * </ul>
 *
 * <p>The last activity,
 * <code>com.android.notepad.TitleEditor</code>, allows the user to
 * edit the title of a note.  This could be implemented as a class that the
 * application directly invokes (by explicitly setting its component in
 * the Intent), but here we show a way you can publish alternative
 * operations on existing data:</p>
 *
 * <pre>
 * &lt;intent-filter android:label="@string/resolve_title"&gt;
 *     &lt;action android:name="<i>com.android.notepad.action.EDIT_TITLE</i>" /&gt;
 *     &lt;category android:name="{@link #CATEGORY_DEFAULT android.intent.category.DEFAULT}"
/&gt;
 *     &lt;category android:name="{@link #CATEGORY_ALTERNATIVE android.intent.category.
ALTERNATIVE}" /&gt;
 *     &lt;category android:name="{@link #CATEGORY_SELECTED_ALTERNATIVE android.intent.
category.SELECTED_ALTERNATIVE}" /&gt;
 *     &lt;data android:mimeType="vnd.android.cursor.item/<i>vnd.google.note</i>" /&gt;
 * &lt;/intent-filter&gt;</pre>
 *
 * <p>In the single intent template here, we
 * have created our own private action called
 * <code>com.android.notepad.action.EDIT_TITLE</code> which means to
 * edit the title of a note.  It must be invoked on a specific note
 * (data type <code>vnd.android.cursor.item/vnd.google.note</code>) like the previous
 * view and edit actions, but here displays and edits the title contained
 * in the note data.
 *
```

```
 * <p>In addition to supporting the default category as usual, our title editor
 * also supports two other standard categories: ALTERNATIVE and
 * SELECTED_ALTERNATIVE.  Implementing
 * these categories allows others to find the special action it provides
 * without directly knowing about it, through the
 * {@link android.content.pm.PackageManager#queryIntentActivityOptions} method, or
 * more often to build dynamic menu items with
 * {@link android.view.Menu#addIntentOptions}.  Note that in the intent
 * template here was also supply an explicit name for the template
 * (via <code>android:label="@string/resolve_title"</code>) to better control
 * what the user sees when presented with this activity as an alternative
 * action to the data they are viewing.
 *
 * <p>Given these capabilities, the following intent will resolve to the
 * TitleEditor activity:</p>
 *
 * <ul>
 *     <li> <p><b>{ action=com.android.notepad.action.EDIT_TITLE
 *          data=content://com.google.provider.NotePad/notes/<var>{ID}</var> }</b>
 *         displays and allows the user to edit the title associated
 *         with note <var>{ID}</var>.</p>
 * </ul>
 *
 * <h3>Standard Activity Actions</h3>
 *
 * <p>These are the current standard actions that Intent defines for launching
 * activities (usually through {@link Context#startActivity}.  The most
 * important, and by far most frequently used, are {@link #ACTION_MAIN} and
 * {@link #ACTION_EDIT}.
 *
 * <ul>
 *     <li> {@link #ACTION_MAIN}
 *     <li> {@link #ACTION_VIEW}
 *     <li> {@link #ACTION_ATTACH_DATA}
 *     <li> {@link #ACTION_EDIT}
 *     <li> {@link #ACTION_PICK}
 *     <li> {@link #ACTION_CHOOSER}
 *     <li> {@link #ACTION_GET_CONTENT}
 *     <li> {@link #ACTION_DIAL}
```

```
 *     <li> {@link #ACTION_CALL}
 *     <li> {@link #ACTION_SEND}
 *     <li> {@link #ACTION_SENDTO}
 *     <li> {@link #ACTION_ANSWER}
 *     <li> {@link #ACTION_INSERT}
 *     <li> {@link #ACTION_DELETE}
 *     <li> {@link #ACTION_RUN}
 *     <li> {@link #ACTION_SYNC}
 *     <li> {@link #ACTION_PICK_ACTIVITY}
 *     <li> {@link #ACTION_SEARCH}
 *     <li> {@link #ACTION_WEB_SEARCH}
 *     <li> {@link #ACTION_FACTORY_TEST}
 * </ul>
 *
 * <h3>Standard Broadcast Actions</h3>
 *
 * <p>These are the current standard actions that Intent defines for receiving
 * broadcasts (usually through {@link Context#registerReceiver} or a
 * &lt;receiver&gt; tag in a manifest).
 *
 * <ul>
 *     <li> {@link #ACTION_TIME_TICK}
 *     <li> {@link #ACTION_TIME_CHANGED}
 *     <li> {@link #ACTION_TIMEZONE_CHANGED}
 *     <li> {@link #ACTION_BOOT_COMPLETED}
 *     <li> {@link #ACTION_PACKAGE_ADDED}
 *     <li> {@link #ACTION_PACKAGE_CHANGED}
 *     <li> {@link #ACTION_PACKAGE_REMOVED}
 *     <li> {@link #ACTION_PACKAGE_RESTARTED}
 *     <li> {@link #ACTION_PACKAGE_DATA_CLEARED}
 *     <li> {@link #ACTION_UID_REMOVED}
 *     <li> {@link #ACTION_BATTERY_CHANGED}
 *     <li> {@link #ACTION_POWER_CONNECTED}
 *     <li> {@link #ACTION_POWER_DISCONNECTED}
 *     <li> {@link #ACTION_SHUTDOWN}
 * </ul>
 *
 * <h3>Standard Categories</h3>
 *
```

```
 * <p>These are the current standard categories that can be used to further
 * clarify an Intent via {@link #addCategory}.
 *
 * <ul>
 *     <li> {@link #CATEGORY_DEFAULT}
 *     <li> {@link #CATEGORY_BROWSABLE}
 *     <li> {@link #CATEGORY_TAB}
 *     <li> {@link #CATEGORY_ALTERNATIVE}
 *     <li> {@link #CATEGORY_SELECTED_ALTERNATIVE}
 *     <li> {@link #CATEGORY_LAUNCHER}
 *     <li> {@link #CATEGORY_INFO}
 *     <li> {@link #CATEGORY_HOME}
 *     <li> {@link #CATEGORY_PREFERENCE}
 *     <li> {@link #CATEGORY_TEST}
 *     <li> {@link #CATEGORY_CAR_DOCK}
 *     <li> {@link #CATEGORY_DESK_DOCK}
 *     <li> {@link #CATEGORY_LE_DESK_DOCK}
 *     <li> {@link #CATEGORY_HE_DESK_DOCK}
 *     <li> {@link #CATEGORY_CAR_MODE}
 *     <li> {@link #CATEGORY_APP_MARKET}
 * </ul>
 *
 * <h3>Standard Extra Data</h3>
 *
 * <p>These are the current standard fields that can be used as extra data via
 * {@link #putExtra}.
 *
 * <ul>
 *     <li> {@link #EXTRA_ALARM_COUNT}
 *     <li> {@link #EXTRA_BCC}
 *     <li> {@link #EXTRA_CC}
 *     <li> {@link #EXTRA_CHANGED_COMPONENT_NAME}
 *     <li> {@link #EXTRA_DATA_REMOVED}
 *     <li> {@link #EXTRA_DOCK_STATE}
 *     <li> {@link #EXTRA_DOCK_STATE_HE_DESK}
 *     <li> {@link #EXTRA_DOCK_STATE_LE_DESK}
 *     <li> {@link #EXTRA_DOCK_STATE_CAR}
 *     <li> {@link #EXTRA_DOCK_STATE_DESK}
 *     <li> {@link #EXTRA_DOCK_STATE_UNDOCKED}
```

```
 *     <li> {@link #EXTRA_DONT_KILL_APP}
 *     <li> {@link #EXTRA_EMAIL}
 *     <li> {@link #EXTRA_INITIAL_INTENTS}
 *     <li> {@link #EXTRA_INTENT}
 *     <li> {@link #EXTRA_KEY_EVENT}
 *     <li> {@link #EXTRA_PHONE_NUMBER}
 *     <li> {@link #EXTRA_REMOTE_INTENT_TOKEN}
 *     <li> {@link #EXTRA_REPLACING}
 *     <li> {@link #EXTRA_SHORTCUT_ICON}
 *     <li> {@link #EXTRA_SHORTCUT_ICON_RESOURCE}
 *     <li> {@link #EXTRA_SHORTCUT_INTENT}
 *     <li> {@link #EXTRA_STREAM}
 *     <li> {@link #EXTRA_SHORTCUT_NAME}
 *     <li> {@link #EXTRA_SUBJECT}
 *     <li> {@link #EXTRA_TEMPLATE}
 *     <li> {@link #EXTRA_TEXT}
 *     <li> {@link #EXTRA_TITLE}
 *     <li> {@link #EXTRA_UID}
 * </ul>
 *
 * <h3>Flags</h3>
 *
 * <p>These are the possible flags that can be used in the Intent via
 * {@link #setFlags} and {@link #addFlags}.  See {@link #setFlags} for a list
 * of all possible flags.
 */
public class Intent implements Parcelable, Cloneable {
    // ---------------------------------------------------------------------
    // ---------------------------------------------------------------------
    // Standard intent activity actions (see action variable).

    /**
     *  Activity Action: Start as a main entry point, does not expect to
     *  receive data.
     *  <p>Input: nothing
     *  <p>Output: nothing
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_MAIN = "android.intent.action.MAIN";
```

```java

    /**
     * Activity Action: Display the data to the user.  This is the most common
     * action performed on data -- it is the generic action you can use on
     * a piece of data to get the most reasonable thing to occur.  For example,
     * when used on a contacts entry it will view the entry; when used on a
     * mailto: URI it will bring up a compose window filled with the information
     * supplied by the URI; when used with a tel: URI it will invoke the
     * dialer.
     * <p>Input: {@link #getData} is URI from which to retrieve data.
     * <p>Output: nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_VIEW = "android.intent.action.VIEW";

    /**
     * A synonym for {@link #ACTION_VIEW}, the "standard" action that is
     * performed on a piece of data.
     */
    public static final String ACTION_DEFAULT = ACTION_VIEW;

    /**
     * Used to indicate that some piece of data should be attached to some other
     * place.  For example, image data could be attached to a contact.  It is up
     * to the recipient to decide where the data should be attached; the intent
     * does not specify the ultimate destination.
     * <p>Input: {@link #getData} is URI of data to be attached.
     * <p>Output: nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_ATTACH_DATA = "android.intent.action.ATTACH_DATA";

    /**
     * Activity Action: Provide explicit editable access to the given data.
     * <p>Input: {@link #getData} is URI of data to be edited.
     * <p>Output: nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_EDIT = "android.intent.action.EDIT";
```

```

    /**
     * Activity Action: Pick an existing item, or insert a new item, and then edit it.
     * <p>Input: {@link #getType} is the desired MIME type of the item to create or edit.
     * The extras can contain type specific data to pass through to the editing/creating
     * activity.
     * <p>Output: The URI of the item that was picked.  This must be a content:
     * URI so that any receiver can access it.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_INSERT_OR_EDIT = "android.intent.action.INSERT_OR_EDIT"
;

    /**
     * Activity Action: Pick an item from the data, returning what was selected.
     * <p>Input: {@link #getData} is URI containing a directory of data
     * (vnd.android.cursor.dir/*) from which to pick an item.
     * <p>Output: The URI of the item that was picked.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_PICK = "android.intent.action.PICK";

    /**
     * Activity Action: Creates a shortcut.
     * <p>Input: Nothing.</p>
     * <p>Output: An Intent representing the shortcut. The intent must contain three
     * extras: SHORTCUT_INTENT (value: Intent), SHORTCUT_NAME (value: String),
     * and SHORTCUT_ICON (value: Bitmap) or SHORTCUT_ICON_RESOURCE
     * (value: ShortcutIconResource).</p>
     *
     * @see #EXTRA_SHORTCUT_INTENT
     * @see #EXTRA_SHORTCUT_NAME
     * @see #EXTRA_SHORTCUT_ICON
     * @see #EXTRA_SHORTCUT_ICON_RESOURCE
     * @see android.content.Intent.ShortcutIconResource
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_CREATE_SHORTCUT = "android.intent.action.
CREATE_SHORTCUT";
```

```

    /**
     * The name of the extra used to define the Intent of a shortcut.
     *
     * @see #ACTION_CREATE_SHORTCUT
     */
    public static final String EXTRA_SHORTCUT_INTENT = "android.intent.extra.shortcut.INTENT"
;
    /**
     * The name of the extra used to define the name of a shortcut.
     *
     * @see #ACTION_CREATE_SHORTCUT
     */
    public static final String EXTRA_SHORTCUT_NAME = "android.intent.extra.shortcut.NAME";
    /**
     * The name of the extra used to define the icon, as a Bitmap, of a shortcut.
     *
     * @see #ACTION_CREATE_SHORTCUT
     */
    public static final String EXTRA_SHORTCUT_ICON = "android.intent.extra.shortcut.ICON";
    /**
     * The name of the extra used to define the icon, as a ShortcutIconResource, of a
shortcut.
     *
     * @see #ACTION_CREATE_SHORTCUT
     * @see android.content.Intent.ShortcutIconResource
     */
    public static final String EXTRA_SHORTCUT_ICON_RESOURCE =
            "android.intent.extra.shortcut.ICON_RESOURCE";

    /**
     * Represents a shortcut/live folder icon resource.
     *
     * @see Intent#ACTION_CREATE_SHORTCUT
     * @see Intent#EXTRA_SHORTCUT_ICON_RESOURCE
     * @see android.provider.LiveFolders#ACTION_CREATE_LIVE_FOLDER
     * @see android.provider.LiveFolders#EXTRA_LIVE_FOLDER_ICON
     */
    public static class ShortcutIconResource implements Parcelable {
```

```
        /**
         * The package name of the application containing the icon.
         */
        public String packageName;

        /**
         * The resource name of the icon, including package, name and type.
         */
        public String resourceName;

        /**
         * Creates a new ShortcutIconResource for the specified context and resource
         * identifier.
         *
         * @param context The context of the application.
         * @param resourceId The resource idenfitier for the icon.
         * @return A new ShortcutIconResource with the specified's context package name
         *         and icon resource idenfitier.
         */
        public static ShortcutIconResource fromContext(Context context, int resourceId) {
            ShortcutIconResource icon = new ShortcutIconResource();
            icon.packageName = context.getPackageName();
            icon.resourceName = context.getResources().getResourceName(resourceId);
            return icon;
        }

        /**
         * Used to read a ShortcutIconResource from a Parcel.
         */
        public static final Parcelable.Creator<ShortcutIconResource> CREATOR =
            new Parcelable.Creator<ShortcutIconResource>() {

                public ShortcutIconResource createFromParcel(Parcel source) {
                    ShortcutIconResource icon = new ShortcutIconResource();
                    icon.packageName = source.readString();
                    icon.resourceName = source.readString();
                    return icon;
                }

```

```
                public ShortcutIconResource[] newArray(int size) {
                    return new ShortcutIconResource[size];
                }
            };

        /**
         * No special parcel contents.
         */
        public int describeContents() {
            return 0;
        }

        public void writeToParcel(Parcel dest, int flags) {
            dest.writeString(packageName);
            dest.writeString(resourceName);
        }

        @Override
        public String toString() {
            return resourceName;
        }
    }

    /**
     * Activity Action: Display an activity chooser, allowing the user to pick
     * what they want to before proceeding.  This can be used as an alternative
     * to the standard activity picker that is displayed by the system when
     * you try to start an activity with multiple possible matches, with these
     * differences in behavior:
     * <ul>
     * <li>You can specify the title that will appear in the activity chooser.
     * <li>The user does not have the option to make one of the matching
     * activities a preferred activity, and all possible activities will
     * always be shown even if one of them is currently marked as the
     * preferred activity.
     * </ul>
     * <p>
     * This action should be used when the user will naturally expect to
     * select an activity in order to proceed.  An example if when not to use
```

```
     * it is when the user clicks on a "mailto:" link.  They would naturally
     * expect to go directly to their mail app, so startActivity() should be
     * called directly: it will
     * either launch the current preferred app, or put up a dialog allowing the
     * user to pick an app to use and optionally marking that as preferred.
     * <p>
     * In contrast, if the user is selecting a menu item to send a picture
     * they are viewing to someone else, there are many different things they
     * may want to do at this point: send it through e-mail, upload it to a
     * web service, etc.  In this case the CHOOSER action should be used, to
     * always present to the user a list of the things they can do, with a
     * nice title given by the caller such as "Send this photo with:".
     * <p>
     * As a convenience, an Intent of this form can be created with the
     * {@link #createChooser} function.
     * <p>Input: No data should be specified.  get*Extra must have
     * a {@link #EXTRA_INTENT} field containing the Intent being executed,
     * and can optionally have a {@link #EXTRA_TITLE} field containing the
     * title text to display in the chooser.
     * <p>Output: Depends on the protocol of {@link #EXTRA_INTENT}.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_CHOOSER = "android.intent.action.CHOOSER";

    /**
     * Convenience function for creating a {@link #ACTION_CHOOSER} Intent.
     *
     * @param target The Intent that the user will be selecting an activity
     * to perform.
     * @param title Optional title that will be displayed in the chooser.
     * @return Return a new Intent object that you can hand to
     * {@link Context#startActivity(Intent) Context.startActivity()} and
     * related methods.
     */
    public static Intent createChooser(Intent target, CharSequence title) {
        Intent intent = new Intent(ACTION_CHOOSER);
        intent.putExtra(EXTRA_INTENT, target);
        if (title != null) {
            intent.putExtra(EXTRA_TITLE, title);
```

```
        }
        return intent;
    }
    /**
     * Activity Action: Allow the user to select a particular kind of data and
     * return it.  This is different than {@link #ACTION_PICK} in that here we
     * just say what kind of data is desired, not a URI of existing data from
     * which the user can pick.  A ACTION_GET_CONTENT could allow the user to
     * create the data as it runs (for example taking a picture or recording a
     * sound), let them browser over the web and download the desired data,
     * etc.
     * <p>
     * There are two main ways to use this action: if you want an specific kind
     * of data, such as a person contact, you set the MIME type to the kind of
     * data you want and launch it with {@link Context#startActivity(Intent)}.
     * The system will then launch the best application to select that kind
     * of data for you.
     * <p>
     * You may also be interested in any of a set of types of content the user
     * can pick.  For example, an e-mail application that wants to allow the
     * user to add an attachment to an e-mail message can use this action to
     * bring up a list of all of the types of content the user can attach.
     * <p>
     * In this case, you should wrap the GET_CONTENT intent with a chooser
     * (through {@link #createChooser}), which will give the proper interface
     * for the user to pick how to send your data and allow you to specify
     * a prompt indicating what they are doing.  You will usually specify a
     * broad MIME type (such as image/* or {@literal *}/*), resulting in a
     * broad range of content types the user can select from.
     * <p>
     * When using such a broad GET_CONTENT action, it is often desireable to
     * only pick from data that can be represented as a stream.  This is
     * accomplished by requiring the {@link #CATEGORY_OPENABLE} in the Intent.
     * <p>
     * Callers can optionally specify {@link #EXTRA_LOCAL_ONLY} to request that
     * the launched content chooser only return results representing data that
     * is locally available on the device.  For example, if this extra is set
     * to true then an image picker should not show any pictures that are available
     * from a remote server but not already on the local device (thus requiring
```

```
     * they be downloaded when opened).
     * <p>
     * Input: {@link #getType} is the desired MIME type to retrieve.  Note
     * that no URI is supplied in the intent, as there are no constraints on
     * where the returned data originally comes from.  You may also include the
     * {@link #CATEGORY_OPENABLE} if you can only accept data that can be
     * opened as a stream.  You may use {@link #EXTRA_LOCAL_ONLY} to limit content
     * selection to local data.
     * <p>
     * Output: The URI of the item that was picked.  This must be a content:
     * URI so that any receiver can access it.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_GET_CONTENT = "android.intent.action.GET_CONTENT";
    /**
     * Activity Action: Dial a number as specified by the data.  This shows a
     * UI with the number being dialed, allowing the user to explicitly
     * initiate the call.
     * <p>Input: If nothing, an empty dialer is started; else {@link #getData}
     * is URI of a phone number to be dialed or a tel: URI of an explicit phone
     * number.
     * <p>Output: nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_DIAL = "android.intent.action.DIAL";
    /**
     * Activity Action: Perform a call to someone specified by the data.
     * <p>Input: If nothing, an empty dialer is started; else {@link #getData}
     * is URI of a phone number to be dialed or a tel: URI of an explicit phone
     * number.
     * <p>Output: nothing.
     *
     * <p>Note: there will be restrictions on which applications can initiate a
     * call; most applications should use the {@link #ACTION_DIAL}.
     * <p>Note: this Intent <strong>cannot</strong> be used to call emergency
     * numbers.  Applications can <strong>dial</strong> emergency numbers using
     * {@link #ACTION_DIAL}, however.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
```

```
    public static final String ACTION_CALL = "android.intent.action.CALL";
    /**
     * Activity Action: Perform a call to an emergency number specified by the
     * data.
     * <p>Input: {@link #getData} is URI of a phone number to be dialed or a
     * tel: URI of an explicit phone number.
     * <p>Output: nothing.
     * @hide
     */
    public static final String ACTION_CALL_EMERGENCY = "android.intent.action.CALL_EMERGENCY"
;
    /**
     * Activity action: Perform a call to any number (emergency or not)
     * specified by the data.
     * <p>Input: {@link #getData} is URI of a phone number to be dialed or a
     * tel: URI of an explicit phone number.
     * <p>Output: nothing.
     * @hide
     */
    public static final String ACTION_CALL_PRIVILEGED = "android.intent.action.
CALL_PRIVILEGED";
    /**
     * Activity Action: Send a message to someone specified by the data.
     * <p>Input: {@link #getData} is URI describing the target.
     * <p>Output: nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_SENDTO = "android.intent.action.SENDTO";
    /**
     * Activity Action: Deliver some data to someone else.  Who the data is
     * being delivered to is not specified; it is up to the receiver of this
     * action to ask the user where the data should be sent.
     * <p>
     * When launching a SEND intent, you should usually wrap it in a chooser
     * (through {@link #createChooser}), which will give the proper interface
     * for the user to pick how to send your data and allow you to specify
     * a prompt indicating what they are doing.
     * <p>
     * Input: {@link #getType} is the MIME type of the data being sent.
```

```
     * get*Extra can have either a {@link #EXTRA_TEXT}
     * or {@link #EXTRA_STREAM} field, containing the data to be sent.  If
     * using EXTRA_TEXT, the MIME type should be "text/plain"; otherwise it
     * should be the MIME type of the data in EXTRA_STREAM.  Use {@literal *}/*
     * if the MIME type is unknown (this will only allow senders that can
     * handle generic data streams).
     * <p>
     * Optional standard extras, which may be interpreted by some recipients as
     * appropriate, are: {@link #EXTRA_EMAIL}, {@link #EXTRA_CC},
     * {@link #EXTRA_BCC}, {@link #EXTRA_SUBJECT}.
     * <p>
     * Output: nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_SEND = "android.intent.action.SEND";
    /**
     * Activity Action: Deliver multiple data to someone else.
     * <p>
     * Like ACTION_SEND, except the data is multiple.
     * <p>
     * Input: {@link #getType} is the MIME type of the data being sent.
     * get*ArrayListExtra can have either a {@link #EXTRA_TEXT} or {@link
     * #EXTRA_STREAM} field, containing the data to be sent.
     * <p>
     * Multiple types are supported, and receivers should handle mixed types
     * whenever possible. The right way for the receiver to check them is to
     * use the content resolver on each URI. The intent sender should try to
     * put the most concrete mime type in the intent type, but it can fall
     * back to {@literal <type>/*} or {@literal *}/* as needed.
     * <p>
     * e.g. if you are sending image/jpg and image/jpg, the intent's type can
     * be image/jpg, but if you are sending image/jpg and image/png, then the
     * intent's type should be image/*.
     * <p>
     * Optional standard extras, which may be interpreted by some recipients as
     * appropriate, are: {@link #EXTRA_EMAIL}, {@link #EXTRA_CC},
     * {@link #EXTRA_BCC}, {@link #EXTRA_SUBJECT}.
     * <p>
     * Output: nothing.
```

```
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_SEND_MULTIPLE = "android.intent.action.SEND_MULTIPLE";
    /**
     * Activity Action: Handle an incoming phone call.
     * <p>Input: nothing.
     * <p>Output: nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_ANSWER = "android.intent.action.ANSWER";
    /**
     * Activity Action: Insert an empty item into the given container.
     * <p>Input: {@link #getData} is URI of the directory (vnd.android.cursor.dir/*)
     * in which to place the data.
     * <p>Output: URI of the new data that was created.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_INSERT = "android.intent.action.INSERT";
    /**
     * Activity Action: Create a new item in the given container, initializing it
     * from the current contents of the clipboard.
     * <p>Input: {@link #getData} is URI of the directory (vnd.android.cursor.dir/*)
     * in which to place the data.
     * <p>Output: URI of the new data that was created.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_PASTE = "android.intent.action.PASTE";
    /**
     * Activity Action: Delete the given data from its container.
     * <p>Input: {@link #getData} is URI of data to be deleted.
     * <p>Output: nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_DELETE = "android.intent.action.DELETE";
    /**
     * Activity Action: Run the data, whatever that means.
     * <p>Input: ?  (Note: this is currently specific to the test harness.)
     * <p>Output: nothing.
     */
```

```
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_RUN = "android.intent.action.RUN";
    /**
     * Activity Action: Perform a data synchronization.
     * <p>Input: ?
     * <p>Output: ?
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_SYNC = "android.intent.action.SYNC";
    /**
     * Activity Action: Pick an activity given an intent, returning the class
     * selected.
     * <p>Input: get*Extra field {@link #EXTRA_INTENT} is an Intent
     * used with {@link PackageManager#queryIntentActivities} to determine the
     * set of activities from which to pick.
     * <p>Output: Class name of the activity that was selected.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_PICK_ACTIVITY = "android.intent.action.PICK_ACTIVITY";
    /**
     * Activity Action: Perform a search.
     * <p>Input: {@link android.app.SearchManager#QUERY getStringExtra(SearchManager.QUERY)}
     * is the text to search for.  If empty, simply
     * enter your search results Activity with the search UI activated.
     * <p>Output: nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_SEARCH = "android.intent.action.SEARCH";
    /**
     * Activity Action: Start the platform-defined tutorial
     * <p>Input: {@link android.app.SearchManager#QUERY getStringExtra(SearchManager.QUERY)}
     * is the text to search for.  If empty, simply
     * enter your search results Activity with the search UI activated.
     * <p>Output: nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_SYSTEM_TUTORIAL = "android.intent.action.
SYSTEM_TUTORIAL";
    /**
```

```
     * Activity Action: Perform a web search.
     * <p>
     * Input: {@link android.app.SearchManager#QUERY
     * getStringExtra(SearchManager.QUERY)} is the text to search for. If it is
     * a url starts with http or https, the site will be opened. If it is plain
     * text, Google search will be applied.
     * <p>
     * Output: nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_WEB_SEARCH = "android.intent.action.WEB_SEARCH";
    /**
     * Activity Action: List all available applications
     * <p>Input: Nothing.
     * <p>Output: nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_ALL_APPS = "android.intent.action.ALL_APPS";
    /**
     * Activity Action: Show settings for choosing wallpaper
     * <p>Input: Nothing.
     * <p>Output: Nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_SET_WALLPAPER = "android.intent.action.SET_WALLPAPER";

    /**
     * Activity Action: Show activity for reporting a bug.
     * <p>Input: Nothing.
     * <p>Output: Nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_BUG_REPORT = "android.intent.action.BUG_REPORT";

    /**
     *  Activity Action: Main entry point for factory tests.  Only used when
     *  the device is booting in factory test node.  The implementing package
     *  must be installed in the system image.
     *  <p>Input: nothing
```

```
     *  <p>Output: nothing
     */
    public static final String ACTION_FACTORY_TEST = "android.intent.action.FACTORY_TEST";

    /**
     * Activity Action: The user pressed the "call" button to go to the dialer
     * or other appropriate UI for placing a call.
     * <p>Input: Nothing.
     * <p>Output: Nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_CALL_BUTTON = "android.intent.action.CALL_BUTTON";

    /**
     * Activity Action: Start Voice Command.
     * <p>Input: Nothing.
     * <p>Output: Nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_VOICE_COMMAND = "android.intent.action.VOICE_COMMAND";

    /**
     * Activity Action: Start action associated with long pressing on the
     * search key.
     * <p>Input: Nothing.
     * <p>Output: Nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_SEARCH_LONG_PRESS = "android.intent.action.
SEARCH_LONG_PRESS";

    /**
     * Activity Action: The user pressed the "Report" button in the crash/ANR dialog.
     * This intent is delivered to the package which installed the application, usually
     * the Market.
     * <p>Input: No data is specified. The bug report is passed in using
     * an {@link #EXTRA_BUG_REPORT} field.
     * <p>Output: Nothing.
     *
```

```
     * @see #EXTRA_BUG_REPORT
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_APP_ERROR = "android.intent.action.APP_ERROR";

    /**
     * Activity Action: Show power usage information to the user.
     * <p>Input: Nothing.
     * <p>Output: Nothing.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_POWER_USAGE_SUMMARY = "android.intent.action.
POWER_USAGE_SUMMARY";

    /**
     * Activity Action: Setup wizard to launch after a platform update.  This
     * activity should have a string meta-data field associated with it,
     * {@link #METADATA_SETUP_VERSION}, which defines the current version of
     * the platform for setup.  The activity will be launched only if
     * {@link android.provider.Settings.Secure#LAST_SETUP_SHOWN} is not the
     * same value.
     * <p>Input: Nothing.
     * <p>Output: Nothing.
     * @hide
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_UPGRADE_SETUP = "android.intent.action.UPGRADE_SETUP";

    /**
     * Activity Action: Show settings for managing network data usage of a
     * specific application. Applications should define an activity that offers
     * options to control data usage.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_MANAGE_NETWORK_USAGE =
            "android.intent.action.MANAGE_NETWORK_USAGE";

    /**
     * Activity Action: Launch application installer.
```

```
     * <p>
     * Input: The data must be a content: or file: URI at which the application
     * can be retrieved.  You can optionally supply
     * {@link #EXTRA_INSTALLER_PACKAGE_NAME}, {@link #EXTRA_NOT_UNKNOWN_SOURCE},
     * {@link #EXTRA_ALLOW_REPLACE}, and {@link #EXTRA_RETURN_RESULT}.
     * <p>
     * Output: If {@link #EXTRA_RETURN_RESULT}, returns whether the install
     * succeeded.
     *
     * @see #EXTRA_INSTALLER_PACKAGE_NAME
     * @see #EXTRA_NOT_UNKNOWN_SOURCE
     * @see #EXTRA_RETURN_RESULT
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_INSTALL_PACKAGE = "android.intent.action.
INSTALL_PACKAGE";

    /**
     * Used as a string extra field with {@link #ACTION_INSTALL_PACKAGE} to install a
     * package.  Specifies the installer package name; this package will receive the
     * {@link #ACTION_APP_ERROR} intent.
     */
    public static final String EXTRA_INSTALLER_PACKAGE_NAME
            = "android.intent.extra.INSTALLER_PACKAGE_NAME";

    /**
     * Used as a boolean extra field with {@link #ACTION_INSTALL_PACKAGE} to install a
     * package.  Specifies that the application being installed should not be
     * treated as coming from an unknown source, but as coming from the app
     * invoking the Intent.  For this to work you must start the installer with
     * startActivityForResult().
     */
    public static final String EXTRA_NOT_UNKNOWN_SOURCE
            = "android.intent.extra.NOT_UNKNOWN_SOURCE";

    /**
     * Used as a boolean extra field with {@link #ACTION_INSTALL_PACKAGE} to install a
     * package.  Tells the installer UI to skip the confirmation with the user
     * if the .apk is replacing an existing one.
```

```
     */
    public static final String EXTRA_ALLOW_REPLACE
            = "android.intent.extra.ALLOW_REPLACE";

    /**
     * Used as a boolean extra field with {@link #ACTION_INSTALL_PACKAGE} or
     * {@link #ACTION_UNINSTALL_PACKAGE}.  Specifies that the installer UI should
     * return to the application the result code of the install/uninstall.  The returned
 result
     * code will be {@link android.app.Activity#RESULT_OK} on success or
     * {@link android.app.Activity#RESULT_FIRST_USER} on failure.
     */
    public static final String EXTRA_RETURN_RESULT
            = "android.intent.extra.RETURN_RESULT";

    /**
     * Package manager install result code.  @hide because result codes are not
     * yet ready to be exposed.
     */
    public static final String EXTRA_INSTALL_RESULT
            = "android.intent.extra.INSTALL_RESULT";

    /**
     * Activity Action: Launch application uninstaller.
     * <p>
     * Input: The data must be a package: URI whose scheme specific part is
     * the package name of the current installed package to be uninstalled.
     * You can optionally supply {@link #EXTRA_RETURN_RESULT}.
     * <p>
     * Output: If {@link #EXTRA_RETURN_RESULT}, returns whether the install
     * succeeded.
     */
    @SdkConstant(SdkConstantType.ACTIVITY_INTENT_ACTION)
    public static final String ACTION_UNINSTALL_PACKAGE = "android.intent.action.
 UNINSTALL_PACKAGE";

    /**
     * A string associated with a {@link #ACTION_UPGRADE_SETUP} activity
     * describing the last run version of the platform that was setup.
```

```
     * @hide
     */
    public static final String METADATA_SETUP_VERSION = "android.SETUP_VERSION";

    // ---------------------------------------------------------------------
    // ---------------------------------------------------------------------
    // Standard intent broadcast actions (see action variable).

    /**
     * Broadcast Action: Sent after the screen turns off.
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_SCREEN_OFF = "android.intent.action.SCREEN_OFF";
    /**
     * Broadcast Action: Sent after the screen turns on.
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_SCREEN_ON = "android.intent.action.SCREEN_ON";

    /**
     * Broadcast Action: Sent when the user is present after device wakes up (e.g when the
     * keyguard is gone).
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_USER_PRESENT = "android.intent.action.USER_PRESENT";

    /**
     * Broadcast Action: The current time has changed.  Sent every
     * minute.  You can <em>not</em> receive this through components declared
     * in manifests, only by exlicitly registering for it with
```

```
     * {@link Context#registerReceiver(BroadcastReceiver, IntentFilter)
     * Context.registerReceiver()}.
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_TIME_TICK = "android.intent.action.TIME_TICK";
    /**
     * Broadcast Action: The time was set.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_TIME_CHANGED = "android.intent.action.TIME_SET";
    /**
     * Broadcast Action: The date has changed.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_DATE_CHANGED = "android.intent.action.DATE_CHANGED";
    /**
     * Broadcast Action: The timezone has changed. The intent will have the following extra
 values:</p>
     * <ul>
     *   <li><em>time-zone</em> - The java.util.TimeZone.getID() value identifying the new
 time zone.</li>
     * </ul>
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_TIMEZONE_CHANGED = "android.intent.action.
 TIMEZONE_CHANGED";
    /**
     * Clear DNS Cache Action: This is broadcast when networks have changed and old
     * DNS entries should be tossed.
     * @hide
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_CLEAR_DNS_CACHE = "android.intent.action.
```

```
CLEAR_DNS_CACHE";
    /**
     * Alarm Changed Action: This is broadcast when the AlarmClock
     * application's alarm is set or unset.  It is used by the
     * AlarmClock application and the StatusBar service.
     * @hide
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_ALARM_CHANGED = "android.intent.action.ALARM_CHANGED";
    /**
     * Sync State Changed Action: This is broadcast when the sync starts or stops or when one has
     * been failing for a long time.  It is used by the SyncManager and the StatusBar service.
     * @hide
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_SYNC_STATE_CHANGED
            = "android.intent.action.SYNC_STATE_CHANGED";
    /**
     * Broadcast Action: This is broadcast once, after the system has finished
     * booting.  It can be used to perform application-specific initialization,
     * such as installing alarms.  You must hold the
     * {@link android.Manifest.permission#RECEIVE_BOOT_COMPLETED} permission
     * in order to receive this broadcast.
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_BOOT_COMPLETED = "android.intent.action.BOOT_COMPLETED";
    /**
     * Broadcast Action: This is broadcast when a user action should request a
     * temporary system dialog to dismiss.  Some examples of temporary system
     * dialogs are the notification window-shade and the recent tasks dialog.
     */
    public static final String ACTION_CLOSE_SYSTEM_DIALOGS = "android.intent.action.CLOSE_SYSTEM_DIALOGS";
```

```
    /**
     * Broadcast Action: Trigger the download and eventual installation
     * of a package.
     * <p>Input: {@link #getData} is the URI of the package file to download.
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     *
     * @deprecated This constant has never been used.
     */
    @Deprecated
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_PACKAGE_INSTALL = "android.intent.action.
PACKAGE_INSTALL";
    /**
     * Broadcast Action: A new application package has been installed on the
     * device. The data contains the name of the package.  Note that the
     * newly installed package does <em>not</em> receive this broadcast.
     * <p>My include the following extras:
     * <ul>
     * <li> {@link #EXTRA_UID} containing the integer uid assigned to the new package.
     * <li> {@link #EXTRA_REPLACING} is set to true if this is following
     * an {@link #ACTION_PACKAGE_REMOVED} broadcast for the same package.
     * </ul>
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_PACKAGE_ADDED = "android.intent.action.PACKAGE_ADDED";
    /**
     * Broadcast Action: A new version of an application package has been
     * installed, replacing an existing version that was previously installed.
     * The data contains the name of the package.
     * <p>My include the following extras:
     * <ul>
     * <li> {@link #EXTRA_UID} containing the integer uid assigned to the new package.
     * </ul>
     *
```

```
         * <p class="note">This is a protected intent that can only be sent
         * by the system.
         */
        @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
        public static final String ACTION_PACKAGE_REPLACED = "android.intent.action.
    PACKAGE_REPLACED";
        /**
         * Broadcast Action: A new version of your application has been installed
         * over an existing one.  This is only sent to the application that was
         * replaced.  It does not contain any additional data; to receive it, just
         * use an intent filter for this action.
         *
         * <p class="note">This is a protected intent that can only be sent
         * by the system.
         */
        @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
        public static final String ACTION_MY_PACKAGE_REPLACED = "android.intent.action.
    MY_PACKAGE_REPLACED";
        /**
         * Broadcast Action: An existing application package has been removed from
         * the device.  The data contains the name of the package.  The package
         * that is being installed does <em>not</em> receive this Intent.
         * <ul>
         * <li> {@link #EXTRA_UID} containing the integer uid previously assigned
         * to the package.
         * <li> {@link #EXTRA_DATA_REMOVED} is set to true if the entire
         * application -- data and code -- is being removed.
         * <li> {@link #EXTRA_REPLACING} is set to true if this will be followed
         * by an {@link #ACTION_PACKAGE_ADDED} broadcast for the same package.
         * </ul>
         *
         * <p class="note">This is a protected intent that can only be sent
         * by the system.
         */
        @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
        public static final String ACTION_PACKAGE_REMOVED = "android.intent.action.
    PACKAGE_REMOVED";
        /**
         * Broadcast Action: An existing application package has been completely
```

```
     * removed from the device.  The data contains the name of the package.
     * This is like {@link #ACTION_PACKAGE_REMOVED}, but only set when
     * {@link #EXTRA_DATA_REMOVED} is true and
     * {@link #EXTRA_REPLACING} is false of that broadcast.
     *
     * <ul>
     * <li> {@link #EXTRA_UID} containing the integer uid previously assigned
     * to the package.
     * </ul>
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_PACKAGE_FULLY_REMOVED
            = "android.intent.action.PACKAGE_FULLY_REMOVED";
    /**
     * Broadcast Action: An existing application package has been changed (e.g.
     * a component has been enabled or disabled).  The data contains the name of
     * the package.
     * <ul>
     * <li> {@link #EXTRA_UID} containing the integer uid assigned to the package.
     * <li> {@link #EXTRA_CHANGED_COMPONENT_NAME_LIST} containing the class name
     * of the changed components.
     * <li> {@link #EXTRA_DONT_KILL_APP} containing boolean field to override the
     * default action of restarting the application.
     * </ul>
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_PACKAGE_CHANGED = "android.intent.action.
PACKAGE_CHANGED";
    /**
     * @hide
     * Broadcast Action: Ask system services if there is any reason to
     * restart the given package.  The data contains the name of the
     * package.
```

```
     * <ul>
     * <li> {@link #EXTRA_UID} containing the integer uid assigned to the package.
     * <li> {@link #EXTRA_PACKAGES} String array of all packages to check.
     * </ul>
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_QUERY_PACKAGE_RESTART = "android.intent.action.
QUERY_PACKAGE_RESTART";
    /**
     * Broadcast Action: The user has restarted a package, and all of its
     * processes have been killed.  All runtime state
     * associated with it (processes, alarms, notifications, etc) should
     * be removed.  Note that the restarted package does <em>not</em>
     * receive this broadcast.
     * The data contains the name of the package.
     * <ul>
     * <li> {@link #EXTRA_UID} containing the integer uid assigned to the package.
     * </ul>
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_PACKAGE_RESTARTED = "android.intent.action.
PACKAGE_RESTARTED";
    /**
     * Broadcast Action: The user has cleared the data of a package.  This should
     * be preceded by {@link #ACTION_PACKAGE_RESTARTED}, after which all of
     * its persistent data is erased and this broadcast sent.
     * Note that the cleared package does <em>not</em>
     * receive this broadcast. The data contains the name of the package.
     * <ul>
     * <li> {@link #EXTRA_UID} containing the integer uid assigned to the package.
     * </ul>
     *
     * <p class="note">This is a protected intent that can only be sent
```

```
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_PACKAGE_DATA_CLEARED = "android.intent.action.
PACKAGE_DATA_CLEARED";
    /**
     * Broadcast Action: A user ID has been removed from the system.  The user
     * ID number is stored in the extra data under {@link #EXTRA_UID}.
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_UID_REMOVED = "android.intent.action.UID_REMOVED";

    /**
     * Broadcast Action: Sent to the installer package of an application
     * when that application is first launched (that is the first time it
     * is moved out of the stopped state).  The data contains the name of the package.
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_PACKAGE_FIRST_LAUNCH = "android.intent.action.
PACKAGE_FIRST_LAUNCH";

    /**
     * Broadcast Action: Sent to the system package verifier when a package
     * needs to be verified. The data contains the package URI.
     * <p class="note">
     * This is a protected intent that can only be sent by the system.
     * </p>
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_PACKAGE_NEEDS_VERIFICATION = "android.intent.action.
PACKAGE_NEEDS_VERIFICATION";

    /**
```

```
     * Broadcast Action: Resources for a set of packages (which were
     * previously unavailable) are currently
     * available since the media on which they exist is available.
     * The extra data {@link #EXTRA_CHANGED_PACKAGE_LIST} contains a
     * list of packages whose availability changed.
     * The extra data {@link #EXTRA_CHANGED_UID_LIST} contains a
     * list of uids of packages whose availability changed.
     * Note that the
     * packages in this list do <em>not</em> receive this broadcast.
     * The specified set of packages are now available on the system.
     * <p>Includes the following extras:
     * <ul>
     * <li> {@link #EXTRA_CHANGED_PACKAGE_LIST} is the set of packages
     * whose resources(were previously unavailable) are currently available.
     * {@link #EXTRA_CHANGED_UID_LIST} is the set of uids of the
     * packages whose resources(were previously unavailable)
     * are  currently available.
     * </ul>
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_EXTERNAL_APPLICATIONS_AVAILABLE =
        "android.intent.action.EXTERNAL_APPLICATIONS_AVAILABLE";

    /**
     * Broadcast Action: Resources for a set of packages are currently
     * unavailable since the media on which they exist is unavailable.
     * The extra data {@link #EXTRA_CHANGED_PACKAGE_LIST} contains a
     * list of packages whose availability changed.
     * The extra data {@link #EXTRA_CHANGED_UID_LIST} contains a
     * list of uids of packages whose availability changed.
     * The specified set of packages can no longer be
     * launched and are practically unavailable on the system.
     * <p>Inclues the following extras:
     * <ul>
     * <li> {@link #EXTRA_CHANGED_PACKAGE_LIST} is the set of packages
     * whose resources are no longer available.
```

```
     * {@link #EXTRA_CHANGED_UID_LIST} is the set of packages
     * whose resources are no longer available.
     * </ul>
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_EXTERNAL_APPLICATIONS_UNAVAILABLE =
        "android.intent.action.EXTERNAL_APPLICATIONS_UNAVAILABLE";

    /**
     * Broadcast Action:  The current system wallpaper has changed.  See
     * {@link android.app.WallpaperManager} for retrieving the new wallpaper.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_WALLPAPER_CHANGED = "android.intent.action.
WALLPAPER_CHANGED";
    /**
     * Broadcast Action: The current device {@link android.content.res.Configuration}
     * (orientation, locale, etc) has changed.  When such a change happens, the
     * UIs (view hierarchy) will need to be rebuilt based on this new
     * information; for the most part, applications don't need to worry about
     * this, because the system will take care of stopping and restarting the
     * application to make sure it sees the new changes.  Some system code that
     * can not be restarted will need to watch for this action and handle it
     * appropriately.
     *
     * <p class="note">
     * You can <em>not</em> receive this through components declared
     * in manifests, only by explicitly registering for it with
     * {@link Context#registerReceiver(BroadcastReceiver, IntentFilter)
     * Context.registerReceiver()}.
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     *
     * @see android.content.res.Configuration
     */
```

```
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_CONFIGURATION_CHANGED = "android.intent.action.
CONFIGURATION_CHANGED";
    /**
     * Broadcast Action: The current device's locale has changed.
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_LOCALE_CHANGED = "android.intent.action.LOCALE_CHANGED"
;
    /**
     * Broadcast Action:  This is a <em>sticky broadcast</em> containing the
     * charging state, level, and other information about the battery.
     * See {@link android.os.BatteryManager} for documentation on the
     * contents of the Intent.
     *
     * <p class="note">
     * You can <em>not</em> receive this through components declared
     * in manifests, only by explicitly registering for it with
     * {@link Context#registerReceiver(BroadcastReceiver, IntentFilter)
     * Context.registerReceiver()}.  See {@link #ACTION_BATTERY_LOW},
     * {@link #ACTION_BATTERY_OKAY}, {@link #ACTION_POWER_CONNECTED},
     * and {@link #ACTION_POWER_DISCONNECTED} for distinct battery-related
     * broadcasts that are sent and can be received through manifest
     * receivers.
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_BATTERY_CHANGED = "android.intent.action.
BATTERY_CHANGED";
    /**
     * Broadcast Action:  Indicates low battery condition on the device.
     * This broadcast corresponds to the "Low battery warning" system dialog.
     *
     * <p class="note">This is a protected intent that can only be sent
```

```
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_BATTERY_LOW = "android.intent.action.BATTERY_LOW";
    /**
     * Broadcast Action:  Indicates the battery is now okay after being low.
     * This will be sent after {@link #ACTION_BATTERY_LOW} once the battery has
     * gone back up to an okay state.
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_BATTERY_OKAY = "android.intent.action.BATTERY_OKAY";
    /**
     * Broadcast Action:  External power has been connected to the device.
     * This is intended for applications that wish to register specifically to this
 notification.
     * Unlike ACTION_BATTERY_CHANGED, applications will be woken for this and so do not have
 to
     * stay active to receive this notification.  This action can be used to implement
 actions
     * that wait until power is available to trigger.
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_POWER_CONNECTED = "android.intent.action.
 ACTION_POWER_CONNECTED";
    /**
     * Broadcast Action:  External power has been removed from the device.
     * This is intended for applications that wish to register specifically to this
 notification.
     * Unlike ACTION_BATTERY_CHANGED, applications will be woken for this and so do not have
 to
     * stay active to receive this notification.  This action can be used to implement
 actions
     * that wait until power is available to trigger.
```

```
         *
         * <p class="note">This is a protected intent that can only be sent
         * by the system.
         */
        @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
        public static final String ACTION_POWER_DISCONNECTED =
                "android.intent.action.ACTION_POWER_DISCONNECTED";
        /**
         * Broadcast Action:  Device is shutting down.
         * This is broadcast when the device is being shut down (completely turned
         * off, not sleeping).  Once the broadcast is complete, the final shutdown
         * will proceed and all unsaved data lost.  Apps will not normally need
         * to handle this, since the foreground activity will be paused as well.
         *
         * <p class="note">This is a protected intent that can only be sent
         * by the system.
         */
        @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
        public static final String ACTION_SHUTDOWN = "android.intent.action.ACTION_SHUTDOWN";
        /**
         * Activity Action:  Start this activity to request system shutdown.
         * The optional boolean extra field {@link #EXTRA_KEY_CONFIRM} can be set to true
         * to request confirmation from the user before shutting down.
         *
         * <p class="note">This is a protected intent that can only be sent
         * by the system.
         *
         * {@hide}
         */
        public static final String ACTION_REQUEST_SHUTDOWN = "android.intent.action.
    ACTION_REQUEST_SHUTDOWN";
        /**
         * Broadcast Action:  A sticky broadcast that indicates low memory
         * condition on the device
         *
         * <p class="note">This is a protected intent that can only be sent
         * by the system.
         */
        @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
```

```
    public static final String ACTION_DEVICE_STORAGE_LOW = "android.intent.action.
DEVICE_STORAGE_LOW";
    /**
     * Broadcast Action:  Indicates low memory condition on the device no longer exists
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_DEVICE_STORAGE_OK = "android.intent.action.
DEVICE_STORAGE_OK";
    /**
     * Broadcast Action:  A sticky broadcast that indicates a memory full
     * condition on the device. This is intended for activities that want
     * to be able to fill the data partition completely, leaving only
     * enough free space to prevent system-wide SQLite failures.
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     *
     * {@hide}
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_DEVICE_STORAGE_FULL = "android.intent.action.
DEVICE_STORAGE_FULL";
    /**
     * Broadcast Action:  Indicates memory full condition on the device
     * no longer exists.
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     *
     * {@hide}
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_DEVICE_STORAGE_NOT_FULL = "android.intent.action.
DEVICE_STORAGE_NOT_FULL";
    /**
     * Broadcast Action:  Indicates low memory condition notification acknowledged by user
```

```
         * and package management should be started.
         * This is triggered by the user from the ACTION_DEVICE_STORAGE_LOW
         * notification.
         */
        @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
        public static final String ACTION_MANAGE_PACKAGE_STORAGE = "android.intent.action.
    MANAGE_PACKAGE_STORAGE";
        /**
         * Broadcast Action:  The device has entered USB Mass Storage mode.
         * This is used mainly for the USB Settings panel.
         * Apps should listen for ACTION_MEDIA_MOUNTED and ACTION_MEDIA_UNMOUNTED broadcasts to
    be notified
         * when the SD card file system is mounted or unmounted
         * @deprecated replaced by android.os.storage.StorageEventListener
         */
        @Deprecated
        public static final String ACTION_UMS_CONNECTED = "android.intent.action.UMS_CONNECTED";

        /**
         * Broadcast Action:  The device has exited USB Mass Storage mode.
         * This is used mainly for the USB Settings panel.
         * Apps should listen for ACTION_MEDIA_MOUNTED and ACTION_MEDIA_UNMOUNTED broadcasts to
    be notified
         * when the SD card file system is mounted or unmounted
         * @deprecated replaced by android.os.storage.StorageEventListener
         */
        @Deprecated
        public static final String ACTION_UMS_DISCONNECTED = "android.intent.action.
    UMS_DISCONNECTED";

        /**
         * Broadcast Action:  External media has been removed.
         * The path to the mount point for the removed media is contained in the Intent.mData
    field.
         */
        @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
        public static final String ACTION_MEDIA_REMOVED = "android.intent.action.MEDIA_REMOVED";

        /**
```

```
     * Broadcast Action:  External media is present, but not mounted at its mount point.
     * The path to the mount point for the removed media is contained in the Intent.mData
field.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_MEDIA_UNMOUNTED = "android.intent.action.
MEDIA_UNMOUNTED";

    /**
     * Broadcast Action:  External media is present, and being disk-checked
     * The path to the mount point for the checking media is contained in the Intent.mData
field.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_MEDIA_CHECKING = "android.intent.action.MEDIA_CHECKING"
;

    /**
     * Broadcast Action:  External media is present, but is using an incompatible fs (or is
blank)
     * The path to the mount point for the checking media is contained in the Intent.mData
field.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_MEDIA_NOFS = "android.intent.action.MEDIA_NOFS";

    /**
     * Broadcast Action:  External media is present and mounted at its mount point.
     * The path to the mount point for the removed media is contained in the Intent.mData
field.
     * The Intent contains an extra with name "read-only" and Boolean value to indicate if
the
     * media was mounted read only.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_MEDIA_MOUNTED = "android.intent.action.MEDIA_MOUNTED";

    /**
     * Broadcast Action:  External media is unmounted because it is being shared via USB mass
```

```
storage.
     * The path to the mount point for the shared media is contained in the Intent.mData field.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_MEDIA_SHARED = "android.intent.action.MEDIA_SHARED";

    /**
     * Broadcast Action:  External media is no longer being shared via USB mass storage.
     * The path to the mount point for the previously shared media is contained in the Intent.mData field.
     *
     * @hide
     */
    public static final String ACTION_MEDIA_UNSHARED = "android.intent.action.MEDIA_UNSHARED";

    /**
     * Broadcast Action:  External media was removed from SD card slot, but mount point was not unmounted.
     * The path to the mount point for the removed media is contained in the Intent.mData field.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_MEDIA_BAD_REMOVAL = "android.intent.action.MEDIA_BAD_REMOVAL";

    /**
     * Broadcast Action:  External media is present but cannot be mounted.
     * The path to the mount point for the removed media is contained in the Intent.mData field.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_MEDIA_UNMOUNTABLE = "android.intent.action.MEDIA_UNMOUNTABLE";

   /**
     * Broadcast Action:  User has expressed the desire to remove the external storage media.
     * Applications should close all files they have open within the mount point when they
```

```
receive this intent.
         * The path to the mount point for the media to be ejected is contained in the Intent.
mData field.
         */
        @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
        public static final String ACTION_MEDIA_EJECT = "android.intent.action.MEDIA_EJECT";

        /**
         * Broadcast Action:  The media scanner has started scanning a directory.
         * The path to the directory being scanned is contained in the Intent.mData field.
         */
        @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
        public static final String ACTION_MEDIA_SCANNER_STARTED = "android.intent.action.
MEDIA_SCANNER_STARTED";

        /**
         * Broadcast Action:  The media scanner has finished scanning a directory.
         * The path to the scanned directory is contained in the Intent.mData field.
         */
        @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
        public static final String ACTION_MEDIA_SCANNER_FINISHED = "android.intent.action.
MEDIA_SCANNER_FINISHED";

        /**
         * Broadcast Action:  Request the media scanner to scan a file and add it to the media
database.
         * The path to the file is contained in the Intent.mData field.
         */
        @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
        public static final String ACTION_MEDIA_SCANNER_SCAN_FILE = "android.intent.action.
MEDIA_SCANNER_SCAN_FILE";

        /**
         * Broadcast Action:  The "Media Button" was pressed.  Includes a single
         * extra field, {@link #EXTRA_KEY_EVENT}, containing the key event that
         * caused the broadcast.
         */
        @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
        public static final String ACTION_MEDIA_BUTTON = "android.intent.action.MEDIA_BUTTON";
```

```

    /**
     * Broadcast Action:  The "Camera Button" was pressed.  Includes a single
     * extra field, {@link #EXTRA_KEY_EVENT}, containing the key event that
     * caused the broadcast.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_CAMERA_BUTTON = "android.intent.action.CAMERA_BUTTON";

    // *** NOTE: @todo(*) The following really should go into a more domain-specific
    // location; they are not general-purpose actions.

    /**
     * Broadcast Action: An GTalk connection has been established.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_GTALK_SERVICE_CONNECTED =
            "android.intent.action.GTALK_CONNECTED";

    /**
     * Broadcast Action: An GTalk connection has been disconnected.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_GTALK_SERVICE_DISCONNECTED =
            "android.intent.action.GTALK_DISCONNECTED";

    /**
     * Broadcast Action: An input method has been changed.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_INPUT_METHOD_CHANGED =
            "android.intent.action.INPUT_METHOD_CHANGED";

    /**
     * <p>Broadcast Action: The user has switched the phone into or out of Airplane Mode. One or
     * more radios have been turned off or on. The intent will have the following extra value:</p>
     * <ul>
```

```
     *   <li><em>state</em> - A boolean value indicating whether Airplane Mode is on. If true,
     *   then cell radio and possibly other radios such as bluetooth or WiFi may have also been
     *   turned off</li>
     * </ul>
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_AIRPLANE_MODE_CHANGED = "android.intent.action.AIRPLANE_MODE";

    /**
     * Broadcast Action: Some content providers have parts of their namespace
     * where they publish new events or items that the user may be especially
     * interested in. For these things, they may broadcast this action when the
     * set of interesting items change.
     *
     * For example, GmailProvider sends this notification when the set of unread
     * mail in the inbox changes.
     *
     * <p>The data of the intent identifies which part of which provider
     * changed. When queried through the content resolver, the data URI will
     * return the data set in question.
     *
     * <p>The intent will have the following extra values:
     * <ul>
     *   <li><em>count</em> - The number of items in the data set. This is the
     *       same as the number of items in the cursor returned by querying the
     *       data URI. </li>
     * </ul>
     *
     * This intent will be sent at boot (if the count is non-zero) and when the
     * data set changes. It is possible for the data set to change without the
     * count changing (for example, if a new unread message arrives in the same
     * sync operation in which a message is archived). The phone should still
     * ring/vibrate/etc as normal in this case.
```

```
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_PROVIDER_CHANGED =
            "android.intent.action.PROVIDER_CHANGED";

    /**
     * Broadcast Action: Wired Headset plugged in or unplugged.
     *
     * <p>The intent will have the following extra values:
     * <ul>
     *   <li><em>state</em> - 0 for unplugged, 1 for plugged. </li>
     *   <li><em>name</em> - Headset type, human readable string </li>
     *   <li><em>microphone</em> - 1 if headset has a microphone, 0 otherwise </li>
     * </ul>
     * </ul>
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_HEADSET_PLUG =
            "android.intent.action.HEADSET_PLUG";

    /**
     * Broadcast Action: An analog audio speaker/headset plugged in or unplugged.
     *
     * <p>The intent will have the following extra values:
     * <ul>
     *   <li><em>state</em> - 0 for unplugged, 1 for plugged. </li>
     *   <li><em>name</em> - Headset type, human readable string </li>
     * </ul>
     * </ul>
     * @hide
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_USB_ANLG_HEADSET_PLUG =
            "android.intent.action.USB_ANLG_HEADSET_PLUG";

    /**
     * Broadcast Action: A digital audio speaker/headset plugged in or unplugged.
     *
     * <p>The intent will have the following extra values:
```

```
     * <ul>
     *   <li><em>state</em> - 0 for unplugged, 1 for plugged. </li>
     *   <li><em>name</em> - Headset type, human readable string </li>
     * </ul>
     * </ul>
     * @hide
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_USB_DGTL_HEADSET_PLUG =
            "android.intent.action.USB_DGTL_HEADSET_PLUG";

    /**
     * Broadcast Action: A HMDI cable was plugged or unplugged
     *
     * <p>The intent will have the following extra values:
     * <ul>
     *   <li><em>state</em> - 0 for unplugged, 1 for plugged. </li>
     *   <li><em>name</em> - HDMI cable, human readable string </li>
     * </ul>
     * </ul>
     * @hide
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_HDMI_AUDIO_PLUG =
            "android.intent.action.HDMI_AUDIO_PLUG";

    /**
     * <p>Broadcast Action: The user has switched on advanced settings in the settings app:</
p>
     * <ul>
     *   <li><em>state</em> - A boolean value indicating whether the settings is on or off.</
li>
     * </ul>
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     *
     * @hide
     */
```

```
    //@SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_ADVANCED_SETTINGS_CHANGED
            = "android.intent.action.ADVANCED_SETTINGS";

    /**
     * Broadcast Action: An outgoing call is about to be placed.
     *
     * <p>The Intent will have the following extra value:
     * <ul>
     *   <li><em>{@link android.content.Intent#EXTRA_PHONE_NUMBER}</em> -
     *       the phone number originally intended to be dialed.</li>
     * </ul>
     * <p>Once the broadcast is finished, the resultData is used as the actual
     * number to call.  If  <code>null</code>, no call will be placed.</p>
     * <p>It is perfectly acceptable for multiple receivers to process the
     * outgoing call in turn: for example, a parental control application
     * might verify that the user is authorized to place the call at that
     * time, then a number-rewriting application might add an area code if
     * one was not specified.</p>
     * <p>For consistency, any receiver whose purpose is to prohibit phone
     * calls should have a priority of 0, to ensure it will see the final
     * phone number to be dialed.
     * Any receiver whose purpose is to rewrite phone numbers to be called
     * should have a positive priority.
     * Negative priorities are reserved for the system for this broadcast;
     * using them may cause problems.</p>
     * <p>Any BroadcastReceiver receiving this Intent <em>must not</em>
     * abort the broadcast.</p>
     * <p>Emergency calls cannot be intercepted using this mechanism, and
     * other calls cannot be modified to call emergency numbers using this
     * mechanism.
     * <p>You must hold the
     * {@link android.Manifest.permission#PROCESS_OUTGOING_CALLS}
     * permission to receive this Intent.</p>
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
```

```
    public static final String ACTION_NEW_OUTGOING_CALL =
            "android.intent.action.NEW_OUTGOING_CALL";

    /**
     * Broadcast Action: Have the device reboot.  This is only for use by
     * system code.
     *
     * <p class="note">This is a protected intent that can only be sent
     * by the system.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_REBOOT =
            "android.intent.action.REBOOT";

    /**
     * Broadcast Action:  A sticky broadcast for changes in the physical
     * docking state of the device.
     *
     * <p>The intent will have the following extra values:
     * <ul>
     *   <li><em>{@link #EXTRA_DOCK_STATE}</em> - the current dock
     *       state, indicating which dock the device is physically in.</li>
     * </ul>
     * <p>This is intended for monitoring the current physical dock state.
     * See {@link android.app.UiModeManager} for the normal API dealing with
     * dock mode changes.
     */
    @SdkConstant(SdkConstantType.BROADCAST_INTENT_ACTION)
    public static final String ACTION_DOCK_EVENT =
            "android.intent.action.DOCK_EVENT";

    /**
     * Broadcast Action: a remote intent is to be broadcasted.
     *
     * A remote intent is used for remote RPC between devices. The remote intent
     * is serialized and sent from one device to another device. The receiving
     * device parses the remote intent and broadcasts it. Note that anyone can
     * broadcast a remote intent. However, if the intent receiver of the remote intent
     * does not trust intent broadcasts from arbitrary intent senders, it should require
```

```
     * the sender to hold certain permissions so only trusted sender's broadcast will be
     * let through.
     * @hide
     */
    public static final String ACTION_REMOTE_INTENT =
            "com.google.android.c2dm.intent.RECEIVE";

    /**
     * Broadcast Action: hook for permforming cleanup after a system update.
     *
     * The broadcast is sent when the system is booting, before the
     * BOOT_COMPLETED broadcast.  It is only sent to receivers in the system
     * image.  A receiver for this should do its work and then disable itself
     * so that it does not get run again at the next boot.
     * @hide
     */
    public static final String ACTION_PRE_BOOT_COMPLETED =
            "android.intent.action.PRE_BOOT_COMPLETED";

    // ---------------------------------------------------------------------
    // ---------------------------------------------------------------------
    // Standard intent categories (see addCategory()).

    /**
     * Set if the activity should be an option for the default action
     * (center press) to perform on a piece of data.  Setting this will
     * hide from the user any activities without it set when performing an
     * action on some data.  Note that this is normal -not- set in the
     * Intent when initiating an action -- it is for use in intent filters
     * specified in packages.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_DEFAULT = "android.intent.category.DEFAULT";
    /**
     * Activities that can be safely invoked from a browser must support this
     * category.  For example, if the user is viewing a web page or an e-mail
     * and clicks on a link in the text, the Intent generated execute that
     * link will require the BROWSABLE category, so that only activities
     * supporting this category will be considered as possible actions.  By
```

```
     * supporting this category, you are promising that there is nothing
     * damaging (without user intervention) that can happen by invoking any
     * matching Intent.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_BROWSABLE = "android.intent.category.BROWSABLE";
    /**
     * Set if the activity should be considered as an alternative action to
     * the data the user is currently viewing.  See also
     * {@link #CATEGORY_SELECTED_ALTERNATIVE} for an alternative action that
     * applies to the selection in a list of items.
     *
     * <p>Supporting this category means that you would like your activity to be
     * displayed in the set of alternative things the user can do, usually as
     * part of the current activity's options menu.  You will usually want to
     * include a specific label in the &lt;intent-filter&gt; of this action
     * describing to the user what it does.
     *
     * <p>The action of IntentFilter with this category is important in that it
     * describes the specific action the target will perform.  This generally
     * should not be a generic action (such as {@link #ACTION_VIEW}, but rather
     * a specific name such as "com.android.camera.action.CROP.  Only one
     * alternative of any particular action will be shown to the user, so using
     * a specific action like this makes sure that your alternative will be
     * displayed while also allowing other applications to provide their own
     * overrides of that particular action.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_ALTERNATIVE = "android.intent.category.ALTERNATIVE";
    /**
     * Set if the activity should be considered as an alternative selection
     * action to the data the user has currently selected.  This is like
     * {@link #CATEGORY_ALTERNATIVE}, but is used in activities showing a list
     * of items from which the user can select, giving them alternatives to the
     * default action that will be performed on it.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_SELECTED_ALTERNATIVE = "android.intent.category.
SELECTED_ALTERNATIVE";
```

```
    /**
     * Intended to be used as a tab inside of an containing TabActivity.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_TAB = "android.intent.category.TAB";
    /**
     * Should be displayed in the top-level launcher.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_LAUNCHER = "android.intent.category.LAUNCHER";
    /**
     * Provides information about the package it is in; typically used if
     * a package does not contain a {@link #CATEGORY_LAUNCHER} to provide
     * a front-door to the user without having to be shown in the all apps list.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_INFO = "android.intent.category.INFO";
    /**
     * This is the home activity, that is the first activity that is displayed
     * when the device boots.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_HOME = "android.intent.category.HOME";
    /**
     * This activity is a preference panel.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_PREFERENCE = "android.intent.category.PREFERENCE";
    /**
     * This activity is a development preference panel.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_DEVELOPMENT_PREFERENCE = "android.intent.category.
DEVELOPMENT_PREFERENCE";
    /**
     * Capable of running inside a parent activity container.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_EMBED = "android.intent.category.EMBED";
```

```
    /**
     * This activity allows the user to browse and download new applications.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_APP_MARKET = "android.intent.category.APP_MARKET";
    /**
     * This activity may be exercised by the monkey or other automated test tools.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_MONKEY = "android.intent.category.MONKEY";
    /**
     * To be used as a test (not part of the normal user experience).
     */
    public static final String CATEGORY_TEST = "android.intent.category.TEST";
    /**
     * To be used as a unit test (run through the Test Harness).
     */
    public static final String CATEGORY_UNIT_TEST = "android.intent.category.UNIT_TEST";
    /**
     * To be used as an sample code example (not part of the normal user
     * experience).
     */
    public static final String CATEGORY_SAMPLE_CODE = "android.intent.category.SAMPLE_CODE";
    /**
     * Used to indicate that a GET_CONTENT intent only wants URIs that can be opened with
     * ContentResolver.openInputStream. Openable URIs must support the columns in
OpenableColumns
     * when queried, though it is allowable for those columns to be blank.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_OPENABLE = "android.intent.category.OPENABLE";

    /**
     * To be used as code under test for framework instrumentation tests.
     */
    public static final String CATEGORY_FRAMEWORK_INSTRUMENTATION_TEST =
            "android.intent.category.FRAMEWORK_INSTRUMENTATION_TEST";
    /**
     * An activity to run when device is inserted into a car dock.
```

```
     * Used with {@link #ACTION_MAIN} to launch an activity.  For more
     * information, see {@link android.app.UiModeManager}.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_CAR_DOCK = "android.intent.category.CAR_DOCK";
    /**
     * An activity to run when device is inserted into a car dock.
     * Used with {@link #ACTION_MAIN} to launch an activity.  For more
     * information, see {@link android.app.UiModeManager}.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_DESK_DOCK = "android.intent.category.DESK_DOCK";
    /**
     * An activity to run when device is inserted into a analog (low end) dock.
     * Used with {@link #ACTION_MAIN} to launch an activity.  For more
     * information, see {@link android.app.UiModeManager}.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_LE_DESK_DOCK = "android.intent.category.LE_DESK_DOCK";

    /**
     * An activity to run when device is inserted into a digital (high end) dock.
     * Used with {@link #ACTION_MAIN} to launch an activity.  For more
     * information, see {@link android.app.UiModeManager}.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_HE_DESK_DOCK = "android.intent.category.HE_DESK_DOCK";

    /**
     * Used to indicate that the activity can be used in a car environment.
     */
    @SdkConstant(SdkConstantType.INTENT_CATEGORY)
    public static final String CATEGORY_CAR_MODE = "android.intent.category.CAR_MODE";

    // ----------------------------------------------------------------------
    // ----------------------------------------------------------------------
    // Standard extra data keys.
```

```
    /**
     * The initial data to place in a newly created record.  Use with
     * {@link #ACTION_INSERT}.  The data here is a Map containing the same
     * fields as would be given to the underlying ContentProvider.insert()
     * call.
     */
    public static final String EXTRA_TEMPLATE = "android.intent.extra.TEMPLATE";

    /**
     * A constant CharSequence that is associated with the Intent, used with
     * {@link #ACTION_SEND} to supply the literal data to be sent.  Note that
     * this may be a styled CharSequence, so you must use
     * {@link Bundle#getCharSequence(String) Bundle.getCharSequence()} to
     * retrieve it.
     */
    public static final String EXTRA_TEXT = "android.intent.extra.TEXT";

    /**
     * A content: URI holding a stream of data associated with the Intent,
     * used with {@link #ACTION_SEND} to supply the data being sent.
     */
    public static final String EXTRA_STREAM = "android.intent.extra.STREAM";

    /**
     * A String[] holding e-mail addresses that should be delivered to.
     */
    public static final String EXTRA_EMAIL       = "android.intent.extra.EMAIL";

    /**
     * A String[] holding e-mail addresses that should be carbon copied.
     */
    public static final String EXTRA_CC       = "android.intent.extra.CC";

    /**
     * A String[] holding e-mail addresses that should be blind carbon copied.
     */
    public static final String EXTRA_BCC      = "android.intent.extra.BCC";

```

```
    /**
     * A constant string holding the desired subject line of a message.
     */
    public static final String EXTRA_SUBJECT  = "android.intent.extra.SUBJECT";

    /**
     * An Intent describing the choices you would like shown with
     * {@link #ACTION_PICK_ACTIVITY}.
     */
    public static final String EXTRA_INTENT = "android.intent.extra.INTENT";

    /**
     * A CharSequence dialog title to provide to the user when used with a
     * {@link #ACTION_CHOOSER}.
     */
    public static final String EXTRA_TITLE = "android.intent.extra.TITLE";

    /**
     * A Parcelable[] of {@link Intent} or
     * {@link android.content.pm.LabeledIntent} objects as set with
     * {@link #putExtra(String, Parcelable[])} of additional activities to place
     * a the front of the list of choices, when shown to the user with a
     * {@link #ACTION_CHOOSER}.
     */
    public static final String EXTRA_INITIAL_INTENTS = "android.intent.extra.INITIAL_INTENTS"
;

    /**
     * A {@link android.view.KeyEvent} object containing the event that
     * triggered the creation of the Intent it is in.
     */
    public static final String EXTRA_KEY_EVENT = "android.intent.extra.KEY_EVENT";

    /**
     * Set to true in {@link #ACTION_REQUEST_SHUTDOWN} to request confirmation from the user
     * before shutting down.
     *
     * {@hide}
     */
```

```
    public static final String EXTRA_KEY_CONFIRM = "android.intent.extra.KEY_CONFIRM";

    /**
     * Used as an boolean extra field in {@link android.content.Intent#ACTION_PACKAGE_REMOVED
} or
     * {@link android.content.Intent#ACTION_PACKAGE_CHANGED} intents to override the default
action
     * of restarting the application.
     */
    public static final String EXTRA_DONT_KILL_APP = "android.intent.extra.DONT_KILL_APP";

    /**
     * A String holding the phone number originally entered in
     * {@link android.content.Intent#ACTION_NEW_OUTGOING_CALL}, or the actual
     * number to call in a {@link android.content.Intent#ACTION_CALL}.
     */
    public static final String EXTRA_PHONE_NUMBER = "android.intent.extra.PHONE_NUMBER";

    /**
     * Used as an int extra field in {@link android.content.Intent#ACTION_UID_REMOVED}
     * intents to supply the uid the package had been assigned.  Also an optional
     * extra in {@link android.content.Intent#ACTION_PACKAGE_REMOVED} or
     * {@link android.content.Intent#ACTION_PACKAGE_CHANGED} for the same
     * purpose.
     */
    public static final String EXTRA_UID = "android.intent.extra.UID";

    /**
     * @hide String array of package names.
     */
    public static final String EXTRA_PACKAGES = "android.intent.extra.PACKAGES";

    /**
     * Used as a boolean extra field in {@link android.content.Intent#ACTION_PACKAGE_REMOVED}
     * intents to indicate whether this represents a full uninstall (removing
     * both the code and its data) or a partial uninstall (leaving its data,
     * implying that this is an update).
     */
    public static final String EXTRA_DATA_REMOVED = "android.intent.extra.DATA_REMOVED";
```

```
    /**
     * Used as a boolean extra field in {@link android.content.Intent#ACTION_PACKAGE_REMOVED}
     * intents to indicate that this is a replacement of the package, so this
     * broadcast will immediately be followed by an add broadcast for a
     * different version of the same package.
     */
    public static final String EXTRA_REPLACING = "android.intent.extra.REPLACING";

    /**
     * Used as an int extra field in {@link android.app.AlarmManager} intents
     * to tell the application being invoked how many pending alarms are being
     * delievered with the intent.  For one-shot alarms this will always be 1.
     * For recurring alarms, this might be greater than 1 if the device was
     * asleep or powered off at the time an earlier alarm would have been
     * delivered.
     */
    public static final String EXTRA_ALARM_COUNT = "android.intent.extra.ALARM_COUNT";

    /**
     * Used as an int extra field in {@link android.content.Intent#ACTION_DOCK_EVENT}
     * intents to request the dock state.  Possible values are
     * {@link android.content.Intent#EXTRA_DOCK_STATE_UNDOCKED},
     * {@link android.content.Intent#EXTRA_DOCK_STATE_DESK}, or
     * {@link android.content.Intent#EXTRA_DOCK_STATE_CAR}, or
     * {@link android.content.Intent#EXTRA_DOCK_STATE_LE_DESK}, or
     * {@link android.content.Intent#EXTRA_DOCK_STATE_HE_DESK}.
     */
    public static final String EXTRA_DOCK_STATE = "android.intent.extra.DOCK_STATE";

    /**
     * Used as an int value for {@link android.content.Intent#EXTRA_DOCK_STATE}
     * to represent that the phone is not in any dock.
     */
    public static final int EXTRA_DOCK_STATE_UNDOCKED = 0;

    /**
     * Used as an int value for {@link android.content.Intent#EXTRA_DOCK_STATE}
     * to represent that the phone is in a desk dock.
```

```
     */
    public static final int EXTRA_DOCK_STATE_DESK = 1;

    /**
     * Used as an int value for {@link android.content.Intent#EXTRA_DOCK_STATE}
     * to represent that the phone is in a car dock.
     */
    public static final int EXTRA_DOCK_STATE_CAR = 2;

    /**
     * Used as an int value for {@link android.content.Intent#EXTRA_DOCK_STATE}
     * to represent that the phone is in a analog (low end) dock.
     */
    public static final int EXTRA_DOCK_STATE_LE_DESK = 3;

    /**
     * Used as an int value for {@link android.content.Intent#EXTRA_DOCK_STATE}
     * to represent that the phone is in a digital (high end) dock.
     */
    public static final int EXTRA_DOCK_STATE_HE_DESK = 4;

    /**
     * Boolean that can be supplied as meta-data with a dock activity, to
     * indicate that the dock should take over the home key when it is active.
     */
    public static final String METADATA_DOCK_HOME = "android.dock_home";

    /**
     * Used as a parcelable extra field in {@link #ACTION_APP_ERROR}, containing
     * the bug report.
     */
    public static final String EXTRA_BUG_REPORT = "android.intent.extra.BUG_REPORT";

    /**
     * Used in the extra field in the remote intent. It's astring token passed with the
     * remote intent.
     */
    public static final String EXTRA_REMOTE_INTENT_TOKEN =
            "android.intent.extra.remote_intent_token";
```

```
    /**
     * @deprecated See {@link #EXTRA_CHANGED_COMPONENT_NAME_LIST}; this field
     * will contain only the first name in the list.
     */
    @Deprecated public static final String EXTRA_CHANGED_COMPONENT_NAME =
            "android.intent.extra.changed_component_name";

    /**
     * This field is part of {@link android.content.Intent#ACTION_PACKAGE_CHANGED},
     * and contains a string array of all of the components that have changed.
     */
    public static final String EXTRA_CHANGED_COMPONENT_NAME_LIST =
            "android.intent.extra.changed_component_name_list";

    /**
     * This field is part of
     * {@link android.content.Intent#ACTION_EXTERNAL_APPLICATIONS_AVAILABLE},
     * {@link android.content.Intent#ACTION_EXTERNAL_APPLICATIONS_UNAVAILABLE}
     * and contains a string array of all of the components that have changed.
     */
    public static final String EXTRA_CHANGED_PACKAGE_LIST =
            "android.intent.extra.changed_package_list";

    /**
     * This field is part of
     * {@link android.content.Intent#ACTION_EXTERNAL_APPLICATIONS_AVAILABLE},
     * {@link android.content.Intent#ACTION_EXTERNAL_APPLICATIONS_UNAVAILABLE}
     * and contains an integer array of uids of all of the components
     * that have changed.
     */
    public static final String EXTRA_CHANGED_UID_LIST =
            "android.intent.extra.changed_uid_list";

    /**
     * @hide
     * Magic extra system code can use when binding, to give a label for
     * who it is that has bound to a service.  This is an integer giving
     * a framework string resource that can be displayed to the user.
```

```
     */
    public static final String EXTRA_CLIENT_LABEL =
            "android.intent.extra.client_label";

    /**
     * @hide
     * Magic extra system code can use when binding, to give a PendingIntent object
     * that can be launched for the user to disable the system's use of this
     * service.
     */
    public static final String EXTRA_CLIENT_INTENT =
            "android.intent.extra.client_intent";

    /**
     * Used to indicate that a {@link #ACTION_GET_CONTENT} intent should only return
     * data that is on the local device.  This is a boolean extra; the default
     * is false.  If true, an implementation of ACTION_GET_CONTENT should only allow
     * the user to select media that is already on the device, not requiring it
     * be downloaded from a remote service when opened.  Another way to look
     * at it is that such content should generally have a "_data" column to the
     * path of the content on local external storage.
     */
    public static final String EXTRA_LOCAL_ONLY =
        "android.intent.extra.LOCAL_ONLY";

    // ---------------------------------------------------------------------
    // ---------------------------------------------------------------------
    // Intent flags (see mFlags variable).

    /**
     * If set, the recipient of this Intent will be granted permission to
     * perform read operations on the Uri in the Intent's data.
     */
    public static final int FLAG_GRANT_READ_URI_PERMISSION = 0x00000001;
    /**
     * If set, the recipient of this Intent will be granted permission to
     * perform write operations on the Uri in the Intent's data.
     */
    public static final int FLAG_GRANT_WRITE_URI_PERMISSION = 0x00000002;
```

```
    /**
     * Can be set by the caller to indicate that this Intent is coming from
     * a background operation, not from direct user interaction.
     */
    public static final int FLAG_FROM_BACKGROUND = 0x00000004;
    /**
     * A flag you can enable for debugging: when set, log messages will be
     * printed during the resolution of this intent to show you what has
     * been found to create the final resolved list.
     */
    public static final int FLAG_DEBUG_LOG_RESOLUTION = 0x00000008;
    /**
     * If set, this intent will not match any components in packages that
     * are currently stopped.  If this is not set, then the default behavior
     * is to include such applications in the result.
     */
    public static final int FLAG_EXCLUDE_STOPPED_PACKAGES = 0x00000010;
    /**
     * If set, this intent will always match any components in packages that
     * are currently stopped.  This is the default behavior when
     * {@link #FLAG_EXCLUDE_STOPPED_PACKAGES} is not set.  If both of these
     * flags are set, this one wins (it allows overriding of exclude for
     * places where the framework may automatically set the exclude flag).
     */
    public static final int FLAG_INCLUDE_STOPPED_PACKAGES = 0x00000020;

    /**
     * If set, the new activity is not kept in the history stack.  As soon as
     * the user navigates away from it, the activity is finished.  This may also
     * be set with the {@link android.R.styleable#AndroidManifestActivity_noHistory
     * noHistory} attribute.
     */
    public static final int FLAG_ACTIVITY_NO_HISTORY = 0x40000000;
    /**
     * If set, the activity will not be launched if it is already running
     * at the top of the history stack.
     */
    public static final int FLAG_ACTIVITY_SINGLE_TOP = 0x20000000;
    /**
```

```
     * If set, this activity will become the start of a new task on this
     * history stack.  A task (from the activity that started it to the
     * next task activity) defines an atomic group of activities that the
     * user can move to.  Tasks can be moved to the foreground and background;
     * all of the activities inside of a particular task always remain in
     * the same order.  See
     * <a href="{@docRoot}guide/topics/fundamentals/tasks-and-back-stack.html">Tasks and Back
     * Stack</a> for more information about tasks.
     *
     * <p>This flag is generally used by activities that want
     * to present a "launcher" style behavior: they give the user a list of
     * separate things that can be done, which otherwise run completely
     * independently of the activity launching them.
     *
     * <p>When using this flag, if a task is already running for the activity
     * you are now starting, then a new activity will not be started; instead,
     * the current task will simply be brought to the front of the screen with
     * the state it was last in.  See {@link #FLAG_ACTIVITY_MULTIPLE_TASK} for a flag
     * to disable this behavior.
     *
     * <p>This flag can not be used when the caller is requesting a result from
     * the activity being launched.
     */
    public static final int FLAG_ACTIVITY_NEW_TASK = 0x10000000;
    /**
     * <strong>Do not use this flag unless you are implementing your own
     * top-level application launcher.</strong>  Used in conjunction with
     * {@link #FLAG_ACTIVITY_NEW_TASK} to disable the
     * behavior of bringing an existing task to the foreground.  When set,
     * a new task is <em>always</em> started to host the Activity for the
     * Intent, regardless of whether there is already an existing task running
     * the same thing.
     *
     * <p><strong>Because the default system does not include graphical task management,
     * you should not use this flag unless you provide some way for a user to
     * return back to the tasks you have launched.</strong>
     *
     * <p>This flag is ignored if
     * {@link #FLAG_ACTIVITY_NEW_TASK} is not set.
```

```
     *
     * <p>See
     * <a href="{@docRoot}guide/topics/fundamentals/tasks-and-back-stack.html">Tasks and Back
     * Stack</a> for more information about tasks.
     */
    public static final int FLAG_ACTIVITY_MULTIPLE_TASK = 0x08000000;
    /**
     * If set, and the activity being launched is already running in the
     * current task, then instead of launching a new instance of that activity,
     * all of the other activities on top of it will be closed and this Intent
     * will be delivered to the (now on top) old activity as a new Intent.
     *
     * <p>For example, consider a task consisting of the activities: A, B, C, D.
     * If D calls startActivity() with an Intent that resolves to the component
     * of activity B, then C and D will be finished and B receive the given
     * Intent, resulting in the stack now being: A, B.
     *
     * <p>The currently running instance of activity B in the above example will
     * either receive the new intent you are starting here in its
     * onNewIntent() method, or be itself finished and restarted with the
     * new intent.  If it has declared its launch mode to be "multiple" (the
     * default) and you have not set {@link #FLAG_ACTIVITY_SINGLE_TOP} in
     * the same intent, then it will be finished and re-created; for all other
     * launch modes or if {@link #FLAG_ACTIVITY_SINGLE_TOP} is set then this
     * Intent will be delivered to the current instance's onNewIntent().
     *
     * <p>This launch mode can also be used to good effect in conjunction with
     * {@link #FLAG_ACTIVITY_NEW_TASK}: if used to start the root activity
     * of a task, it will bring any currently running instance of that task
     * to the foreground, and then clear it to its root state.  This is
     * especially useful, for example, when launching an activity from the
     * notification manager.
     *
     * <p>See
     * <a href="{@docRoot}guide/topics/fundamentals/tasks-and-back-stack.html">Tasks and Back
     * Stack</a> for more information about tasks.
     */
    public static final int FLAG_ACTIVITY_CLEAR_TOP = 0x04000000;
    /**
```

```
     * If set and this intent is being used to launch a new activity from an
     * existing one, then the reply target of the existing activity will be
     * transfered to the new activity.  This way the new activity can call
     * {@link android.app.Activity#setResult} and have that result sent back to
     * the reply target of the original activity.
     */
    public static final int FLAG_ACTIVITY_FORWARD_RESULT = 0x02000000;
    /**
     * If set and this intent is being used to launch a new activity from an
     * existing one, the current activity will not be counted as the top
     * activity for deciding whether the new intent should be delivered to
     * the top instead of starting a new one.  The previous activity will
     * be used as the top, with the assumption being that the current activity
     * will finish itself immediately.
     */
    public static final int FLAG_ACTIVITY_PREVIOUS_IS_TOP = 0x01000000;
    /**
     * If set, the new activity is not kept in the list of recently launched
     * activities.
     */
    public static final int FLAG_ACTIVITY_EXCLUDE_FROM_RECENTS = 0x00800000;
    /**
     * This flag is not normally set by application code, but set for you by
     * the system as described in the
     * {@link android.R.styleable#AndroidManifestActivity_launchMode
     * launchMode} documentation for the singleTask mode.
     */
    public static final int FLAG_ACTIVITY_BROUGHT_TO_FRONT = 0x00400000;
    /**
     * If set, and this activity is either being started in a new task or
     * bringing to the top an existing task, then it will be launched as
     * the front door of the task.  This will result in the application of
     * any affinities needed to have that task in the proper state (either
     * moving activities to or from it), or simply resetting that task to
     * its initial state if needed.
     */
    public static final int FLAG_ACTIVITY_RESET_TASK_IF_NEEDED = 0x00200000;
    /**
     * This flag is not normally set by application code, but set for you by
```

```
     * the system if this activity is being launched from history
     * (longpress home key).
     */
    public static final int FLAG_ACTIVITY_LAUNCHED_FROM_HISTORY = 0x00100000;
    /**
     * If set, this marks a point in the task's activity stack that should
     * be cleared when the task is reset.  That is, the next time the task
     * is brought to the foreground with
     * {@link #FLAG_ACTIVITY_RESET_TASK_IF_NEEDED} (typically as a result of
     * the user re-launching it from home), this activity and all on top of
     * it will be finished so that the user does not return to them, but
     * instead returns to whatever activity preceeded it.
     *
     * <p>This is useful for cases where you have a logical break in your
     * application.  For example, an e-mail application may have a command
     * to view an attachment, which launches an image view activity to
     * display it.  This activity should be part of the e-mail application's
     * task, since it is a part of the task the user is involved in.  However,
     * if the user leaves that task, and later selects the e-mail app from
     * home, we may like them to return to the conversation they were
     * viewing, not the picture attachment, since that is confusing.  By
     * setting this flag when launching the image viewer, that viewer and
     * any activities it starts will be removed the next time the user returns
     * to mail.
     */
    public static final int FLAG_ACTIVITY_CLEAR_WHEN_TASK_RESET = 0x00080000;
    /**
     * If set, this flag will prevent the normal {@link android.app.Activity#onUserLeaveHint}
     * callback from occurring on the current frontmost activity before it is
     * paused as the newly-started activity is brought to the front.
     *
     * <p>Typically, an activity can rely on that callback to indicate that an
     * explicit user action has caused their activity to be moved out of the
     * foreground. The callback marks an appropriate point in the activity's
     * lifecycle for it to dismiss any notifications that it intends to display
     * "until the user has seen them," such as a blinking LED.
     *
     * <p>If an activity is ever started via any non-user-driven events such as
     * phone-call receipt or an alarm handler, this flag should be passed to {@link
```

```
     * Context#startActivity Context.startActivity}, ensuring that the pausing
     * activity does not think the user has acknowledged its notification.
     */
    public static final int FLAG_ACTIVITY_NO_USER_ACTION = 0x00040000;
    /**
     * If set in an Intent passed to {@link Context#startActivity Context.startActivity()},
     * this flag will cause the launched activity to be brought to the front of its
     * task's history stack if it is already running.
     *
     * <p>For example, consider a task consisting of four activities: A, B, C, D.
     * If D calls startActivity() with an Intent that resolves to the component
     * of activity B, then B will be brought to the front of the history stack,
     * with this resulting order:  A, C, D, B.
     *
     * This flag will be ignored if {@link #FLAG_ACTIVITY_CLEAR_TOP} is also
     * specified.
     */
    public static final int FLAG_ACTIVITY_REORDER_TO_FRONT = 0X00020000;
    /**
     * If set in an Intent passed to {@link Context#startActivity Context.startActivity()},
     * this flag will prevent the system from applying an activity transition
     * animation to go to the next activity state.  This doesn't mean an
     * animation will never run -- if another activity change happens that doesn't
     * specify this flag before the activity started here is displayed, then
     * that transition will be used.  This flag can be put to good use
     * when you are going to do a series of activity operations but the
     * animation seen by the user shouldn't be driven by the first activity
     * change but rather a later one.
     */
    public static final int FLAG_ACTIVITY_NO_ANIMATION = 0X00010000;
    /**
     * If set in an Intent passed to {@link Context#startActivity Context.startActivity()},
     * this flag will cause any existing task that would be associated with the
     * activity to be cleared before the activity is started.  That is, the activity
     * becomes the new root of an otherwise empty task, and any old activities
     * are finished.  This can only be used in conjunction with {@link #
FLAG_ACTIVITY_NEW_TASK}.
     */
    public static final int FLAG_ACTIVITY_CLEAR_TASK = 0X00008000;
```

```
    /**
     * If set in an Intent passed to {@link Context#startActivity Context.startActivity()},
     * this flag will cause a newly launching task to be placed on top of the current
     * home activity task (if there is one).  That is, pressing back from the task
     * will always return the user to home even if that was not the last activity they
     * saw.   This can only be used in conjunction with {@link #FLAG_ACTIVITY_NEW_TASK}.
     */
    public static final int FLAG_ACTIVITY_TASK_ON_HOME = 0X00004000;
    /**
     * If set, when sending a broadcast only registered receivers will be
     * called -- no BroadcastReceiver components will be launched.
     */
    public static final int FLAG_RECEIVER_REGISTERED_ONLY = 0x40000000;
    /**
     * If set, when sending a broadcast the new broadcast will replace
     * any existing pending broadcast that matches it.  Matching is defined
     * by {@link Intent#filterEquals(Intent) Intent.filterEquals} returning
     * true for the intents of the two broadcasts.  When a match is found,
     * the new broadcast (and receivers associated with it) will replace the
     * existing one in the pending broadcast list, remaining at the same
     * position in the list.
     *
     * <p>This flag is most typically used with sticky broadcasts, which
     * only care about delivering the most recent values of the broadcast
     * to their receivers.
     */
    public static final int FLAG_RECEIVER_REPLACE_PENDING = 0x20000000;
    /**
     * If set, when sending a broadcast <i>before boot has completed</i> only
     * registered receivers will be called -- no BroadcastReceiver components
     * will be launched.  Sticky intent state will be recorded properly even
     * if no receivers wind up being called.  If {@link #FLAG_RECEIVER_REGISTERED_ONLY}
     * is specified in the broadcast intent, this flag is unnecessary.
     *
     * <p>This flag is only for use by system sevices as a convenience to
     * avoid having to implement a more complex mechanism around detection
     * of boot completion.
     *
     * @hide
```

```
     */
    public static final int FLAG_RECEIVER_REGISTERED_ONLY_BEFORE_BOOT = 0x10000000;
    /**
     * Set when this broadcast is for a boot upgrade, a special mode that
     * allows the broadcast to be sent before the system is ready and launches
     * the app process with no providers running in it.
     * @hide
     */
    public static final int FLAG_RECEIVER_BOOT_UPGRADE = 0x08000000;

    /**
     * @hide Flags that can't be changed with PendingIntent.
     */
    public static final int IMMUTABLE_FLAGS =
            FLAG_GRANT_READ_URI_PERMISSION
            | FLAG_GRANT_WRITE_URI_PERMISSION;

    // ---------------------------------------------------------------------
    // ---------------------------------------------------------------------
    // toUri() and parseUri() options.

    /**
     * Flag for use with {@link #toUri} and {@link #parseUri}: the URI string
     * always has the "intent:" scheme.  This syntax can be used when you want
     * to later disambiguate between URIs that are intended to describe an
     * Intent vs. all others that should be treated as raw URIs.  When used
     * with {@link #parseUri}, any other scheme will result in a generic
     * VIEW action for that raw URI.
     */
    public static final int URI_INTENT_SCHEME = 1<<0;

    // ---------------------------------------------------------------------

    private String mAction;
    private Uri mData;
    private String mType;
    private String mPackage;
    private ComponentName mComponent;
    private int mFlags;
```

```
    private HashSet<String> mCategories;
    private Bundle mExtras;
    private Rect mSourceBounds;

    // ---------------------------------------------------------------------

    /**
     * Create an empty intent.
     */
    public Intent() {
    }

    /**
     * Copy constructor.
     */
    public Intent(Intent o) {
        this.mAction = o.mAction;
        this.mData = o.mData;
        this.mType = o.mType;
        this.mPackage = o.mPackage;
        this.mComponent = o.mComponent;
        this.mFlags = o.mFlags;
        if (o.mCategories != null) {
            this.mCategories = new HashSet<String>(o.mCategories);
        }
        if (o.mExtras != null) {
            this.mExtras = new Bundle(o.mExtras);
        }
        if (o.mSourceBounds != null) {
            this.mSourceBounds = new Rect(o.mSourceBounds);
        }
    }

    @Override
    public Object clone() {
        return new Intent(this);
    }

    private Intent(Intent o, boolean all) {
```

```
            this.mAction = o.mAction;
            this.mData = o.mData;
            this.mType = o.mType;
            this.mPackage = o.mPackage;
            this.mComponent = o.mComponent;
            if (o.mCategories != null) {
                this.mCategories = new HashSet<String>(o.mCategories);
            }
        }

        /**
         * Make a clone of only the parts of the Intent that are relevant for
         * filter matching: the action, data, type, component, and categories.
         */
        public Intent cloneFilter() {
            return new Intent(this, false);
        }

        /**
         * Create an intent with a given action.  All other fields (data, type,
         * class) are null.  Note that the action <em>must</em> be in a
         * namespace because Intents are used globally in the system -- for
         * example the system VIEW action is android.intent.action.VIEW; an
         * application's custom action would be something like
         * com.google.app.myapp.CUSTOM_ACTION.
         *
         * @param action The Intent action, such as ACTION_VIEW.
         */
        public Intent(String action) {
            setAction(action);
        }

        /**
         * Create an intent with a given action and for a given data url.  Note
         * that the action <em>must</em> be in a namespace because Intents are
         * used globally in the system -- for example the system VIEW action is
         * android.intent.action.VIEW; an application's custom action would be
         * something like com.google.app.myapp.CUSTOM_ACTION.
         *
```

```
     * <p><em>Note: scheme and host name matching in the Android framework is
     * case-sensitive, unlike the formal RFC.  As a result,
     * you should always ensure that you write your Uri with these elements
     * using lower case letters, and normalize any Uris you receive from
     * outside of Android to ensure the scheme and host is lower case.</em></p>
     *
     * @param action The Intent action, such as ACTION_VIEW.
     * @param uri The Intent data URI.
     */
    public Intent(String action, Uri uri) {
        setAction(action);
        mData = uri;
    }

    /**
     * Create an intent for a specific component.  All other fields (action, data,
     * type, class) are null, though they can be modified later with explicit
     * calls.  This provides a convenient way to create an intent that is
     * intended to execute a hard-coded class name, rather than relying on the
     * system to find an appropriate class for you; see {@link #setComponent}
     * for more information on the repercussions of this.
     *
     * @param packageContext A Context of the application package implementing
     * this class.
     * @param cls The component class that is to be used for the intent.
     *
     * @see #setClass
     * @see #setComponent
     * @see #Intent(String, android.net.Uri , Context, Class)
     */
    public Intent(Context packageContext, Class<?> cls) {
        mComponent = new ComponentName(packageContext, cls);
    }

    /**
     * Create an intent for a specific component with a specified action and data.
     * This is equivalent using {@link #Intent(String, android.net.Uri)} to
     * construct the Intent and then calling {@link #setClass} to set its
     * class.
```

```
     *
     * <p><em>Note: scheme and host name matching in the Android framework is
     * case-sensitive, unlike the formal RFC.  As a result,
     * you should always ensure that you write your Uri with these elements
     * using lower case letters, and normalize any Uris you receive from
     * outside of Android to ensure the scheme and host is lower case.</em></p>
     *
     * @param action The Intent action, such as ACTION_VIEW.
     * @param uri The Intent data URI.
     * @param packageContext A Context of the application package implementing
     * this class.
     * @param cls The component class that is to be used for the intent.
     *
     * @see #Intent(String, android.net.Uri)
     * @see #Intent(Context, Class)
     * @see #setClass
     * @see #setComponent
     */
    public Intent(String action, Uri uri,
            Context packageContext, Class<?> cls) {
        setAction(action);
        mData = uri;
        mComponent = new ComponentName(packageContext, cls);
    }

    /**
     * Create an intent to launch the main (root) activity of a task.  This
     * is the Intent that is started when the application's is launched from
     * Home.  For anything else that wants to launch an application in the
     * same way, it is important that they use an Intent structured the same
     * way, and can use this function to ensure this is the case.
     *
     * <p>The returned Intent has the given Activity component as its explicit
     * component, {@link #ACTION_MAIN} as its action, and includes the
     * category {@link #CATEGORY_LAUNCHER}.  This does <em>not</em> have
     * {@link #FLAG_ACTIVITY_NEW_TASK} set, though typically you will want
     * to do that through {@link #addFlags(int)} on the returned Intent.
     *
     * @param mainActivity The main activity component that this Intent will
```

```
     * launch.
     * @return Returns a newly created Intent that can be used to launch the
     * activity as a main application entry.
     *
     * @see #setClass
     * @see #setComponent
     */
    public static Intent makeMainActivity(ComponentName mainActivity) {
        Intent intent = new Intent(ACTION_MAIN);
        intent.setComponent(mainActivity);
        intent.addCategory(CATEGORY_LAUNCHER);
        return intent;
    }

    /**
     * Make an Intent that can be used to re-launch an application's task
     * in its base state.  This is like {@link #makeMainActivity(ComponentName)},
     * but also sets the flags {@link #FLAG_ACTIVITY_NEW_TASK} and
     * {@link #FLAG_ACTIVITY_CLEAR_TASK}.
     *
     * @param mainActivity The activity component that is the root of the
     * task; this is the activity that has been published in the application's
     * manifest as the main launcher icon.
     *
     * @return Returns a newly created Intent that can be used to relaunch the
     * activity's task in its root state.
     */
    public static Intent makeRestartActivityTask(ComponentName mainActivity) {
        Intent intent = makeMainActivity(mainActivity);
        intent.addFlags(Intent.FLAG_ACTIVITY_NEW_TASK
                | Intent.FLAG_ACTIVITY_CLEAR_TASK);
        return intent;
    }

    /**
     * Call {@link #parseUri} with 0 flags.
     * @deprecated Use {@link #parseUri} instead.
     */
    @Deprecated
```

```java
    public static Intent getIntent(String uri) throws URISyntaxException {
        return parseUri(uri, 0);
    }

    /**
     * Create an intent from a URI.  This URI may encode the action,
     * category, and other intent fields, if it was returned by
     * {@link #toUri}.  If the Intent was not generate by toUri(), its data
     * will be the entire URI and its action will be ACTION_VIEW.
     *
     * <p>The URI given here must not be relative -- that is, it must include
     * the scheme and full path.
     *
     * @param uri The URI to turn into an Intent.
     * @param flags Additional processing flags.  Either 0 or
     * {@link #URI_INTENT_SCHEME}.
     *
     * @return Intent The newly created Intent object.
     *
     * @throws URISyntaxException Throws URISyntaxError if the basic URI syntax
     * it bad (as parsed by the Uri class) or the Intent data within the
     * URI is invalid.
     *
     * @see #toUri
     */
    public static Intent parseUri(String uri, int flags) throws URISyntaxException {
        int i = 0;
        try {
            // Validate intent scheme for if requested.
            if ((flags&URI_INTENT_SCHEME) != 0) {
                if (!uri.startsWith("intent:")) {
                    Intent intent = new Intent(ACTION_VIEW);
                    try {
                        intent.setData(Uri.parse(uri));
                    } catch (IllegalArgumentException e) {
                        throw new URISyntaxException(uri, e.getMessage());
                    }
                    return intent;
                }
```

```
        }

        // simple case
        i = uri.lastIndexOf("#");
        if (i == -1) return new Intent(ACTION_VIEW, Uri.parse(uri));

        // old format Intent URI
        if (!uri.startsWith("#Intent;", i)) return getIntentOld(uri);

        // new format
        Intent intent = new Intent(ACTION_VIEW);

        // fetch data part, if present
        String data = i >= 0 ? uri.substring(0, i) : null;
        String scheme = null;
        i += "#Intent;".length();

        // loop over contents of Intent, all name=value;
        while (!uri.startsWith("end", i)) {
            int eq = uri.indexOf('=', i);
            int semi = uri.indexOf(';', eq);
            String value = Uri.decode(uri.substring(eq + 1, semi));

            // action
            if (uri.startsWith("action=", i)) {
                intent.setAction(value);
            }

            // categories
            else if (uri.startsWith("category=", i)) {
                intent.addCategory(value);
            }

            // type
            else if (uri.startsWith("type=", i)) {
                intent.mType = value;
            }

            // launch flags
```

```
            else if (uri.startsWith("launchFlags=", i)) {
                intent.mFlags = Integer.decode(value).intValue();
            }

            // package
            else if (uri.startsWith("package=", i)) {
                intent.mPackage = value;
            }

            // component
            else if (uri.startsWith("component=", i)) {
                intent.mComponent = ComponentName.unflattenFromString(value);
            }

            // scheme
            else if (uri.startsWith("scheme=", i)) {
                scheme = value;
            }

            // source bounds
            else if (uri.startsWith("sourceBounds=", i)) {
                intent.mSourceBounds = Rect.unflattenFromString(value);
            }

            // extra
            else {
                String key = Uri.decode(uri.substring(i + 2, eq));
                // create Bundle if it doesn't already exist
                if (intent.mExtras == null) intent.mExtras = new Bundle();
                Bundle b = intent.mExtras;
                // add EXTRA
                if      (uri.startsWith("S.", i)) b.putString(key, value);
                else if (uri.startsWith("B.", i)) b.putBoolean(key, Boolean.parseBoolean
    (value));
                else if (uri.startsWith("b.", i)) b.putByte(key, Byte.parseByte(value));
                else if (uri.startsWith("c.", i)) b.putChar(key, value.charAt(0));
                else if (uri.startsWith("d.", i)) b.putDouble(key, Double.parseDouble
    (value));
                else if (uri.startsWith("f.", i)) b.putFloat(key, Float.parseFloat(value)
```

```
);
                    else if (uri.startsWith("i.", i)) b.putInt(key, Integer.parseInt(value));
                    else if (uri.startsWith("l.", i)) b.putLong(key, Long.parseLong(value));
                    else if (uri.startsWith("s.", i)) b.putShort(key, Short.parseShort(value)
);
                    else throw new URISyntaxException(uri, "unknown EXTRA type", i);
                }

                // move to the next item
                i = semi + 1;
            }

            if (data != null) {
                if (data.startsWith("intent:")) {
                    data = data.substring(7);
                    if (scheme != null) {
                        data = scheme + ':' + data;
                    }
                }

                if (data.length() > 0) {
                    try {
                        intent.mData = Uri.parse(data);
                    } catch (IllegalArgumentException e) {
                        throw new URISyntaxException(uri, e.getMessage());
                    }
                }
            }

            return intent;

        } catch (IndexOutOfBoundsException e) {
            throw new URISyntaxException(uri, "illegal Intent URI format", i);
        }
    }

    public static Intent getIntentOld(String uri) throws URISyntaxException {
        Intent intent;

```

```
        int i = uri.lastIndexOf('#');
        if (i >= 0) {
            String action = null;
            final int intentFragmentStart = i;
            boolean isIntentFragment = false;

            i++;

            if (uri.regionMatches(i, "action(", 0, 7)) {
                isIntentFragment = true;
                i += 7;
                int j = uri.indexOf(')', i);
                action = uri.substring(i, j);
                i = j + 1;
            }

            intent = new Intent(action);

            if (uri.regionMatches(i, "categories(", 0, 11)) {
                isIntentFragment = true;
                i += 11;
                int j = uri.indexOf(')', i);
                while (i < j) {
                    int sep = uri.indexOf('!', i);
                    if (sep < 0) sep = j;
                    if (i < sep) {
                        intent.addCategory(uri.substring(i, sep));
                    }
                    i = sep + 1;
                }
                i = j + 1;
            }

            if (uri.regionMatches(i, "type(", 0, 5)) {
                isIntentFragment = true;
                i += 5;
                int j = uri.indexOf(')', i);
                intent.mType = uri.substring(i, j);
                i = j + 1;
```

```
            }

            if (uri.regionMatches(i, "launchFlags(", 0, 12)) {
                isIntentFragment = true;
                i += 12;
                int j = uri.indexOf(')', i);
                intent.mFlags = Integer.decode(uri.substring(i, j)).intValue();
                i = j + 1;
            }

            if (uri.regionMatches(i, "component(", 0, 10)) {
                isIntentFragment = true;
                i += 10;
                int j = uri.indexOf(')', i);
                int sep = uri.indexOf('!', i);
                if (sep >= 0 && sep < j) {
                    String pkg = uri.substring(i, sep);
                    String cls = uri.substring(sep + 1, j);
                    intent.mComponent = new ComponentName(pkg, cls);
                }
                i = j + 1;
            }

            if (uri.regionMatches(i, "extras(", 0, 7)) {
                isIntentFragment = true;
                i += 7;

                final int closeParen = uri.indexOf(')', i);
                if (closeParen == -1) throw new URISyntaxException(uri,
                        "EXTRA missing trailing ')'", i);

                while (i < closeParen) {
                    // fetch the key value
                    int j = uri.indexOf('=', i);
                    if (j <= i + 1 || i >= closeParen) {
                        throw new URISyntaxException(uri, "EXTRA missing '='", i);
                    }
                    char type = uri.charAt(i);
                    i++;
```

```
                String key = uri.substring(i, j);
                i = j + 1;

                // get type-value
                j = uri.indexOf('!', i);
                if (j == -1 || j >= closeParen) j = closeParen;
                if (i >= j) throw new URISyntaxException(uri, "EXTRA missing '!'", i);
                String value = uri.substring(i, j);
                i = j;

                // create Bundle if it doesn't already exist
                if (intent.mExtras == null) intent.mExtras = new Bundle();

                // add item to bundle
                try {
                    switch (type) {
                        case 'S':
                            intent.mExtras.putString(key, Uri.decode(value));
                            break;
                        case 'B':
                            intent.mExtras.putBoolean(key, Boolean.parseBoolean(value));
                            break;
                        case 'b':
                            intent.mExtras.putByte(key, Byte.parseByte(value));
                            break;
                        case 'c':
                            intent.mExtras.putChar(key, Uri.decode(value).charAt(0));
                            break;
                        case 'd':
                            intent.mExtras.putDouble(key, Double.parseDouble(value));
                            break;
                        case 'f':
                            intent.mExtras.putFloat(key, Float.parseFloat(value));
                            break;
                        case 'i':
                            intent.mExtras.putInt(key, Integer.parseInt(value));
                            break;
                        case 'l':
                            intent.mExtras.putLong(key, Long.parseLong(value));
```

```
                            break;
                        case 's':
                            intent.mExtras.putShort(key, Short.parseShort(value));
                            break;
                        default:
                            throw new URISyntaxException(uri, "EXTRA has unknown type", i
);
                    }
                } catch (NumberFormatException e) {
                    throw new URISyntaxException(uri, "EXTRA value can't be parsed", i);
                }

                char ch = uri.charAt(i);
                if (ch == ')') break;
                if (ch != '!') throw new URISyntaxException(uri, "EXTRA missing '!'", i);
                i++;
            }
        }

        if (isIntentFragment) {
            intent.mData = Uri.parse(uri.substring(0, intentFragmentStart));
        } else {
            intent.mData = Uri.parse(uri);
        }

        if (intent.mAction == null) {
            // By default, if no action is specified, then use VIEW.
            intent.mAction = ACTION_VIEW;
        }

    } else {
        intent = new Intent(ACTION_VIEW, Uri.parse(uri));
    }

    return intent;
}

/**
 * Retrieve the general action to be performed, such as
```

```
     * {@link #ACTION_VIEW}.  The action describes the general way the rest of
     * the information in the intent should be interpreted -- most importantly,
     * what to do with the data returned by {@link #getData}.
     *
     * @return The action of this intent or null if none is specified.
     *
     * @see #setAction
     */
    public String getAction() {
        return mAction;
    }

    /**
     * Retrieve data this intent is operating on.  This URI specifies the name
     * of the data; often it uses the content: scheme, specifying data in a
     * content provider.  Other schemes may be handled by specific activities,
     * such as http: by the web browser.
     *
     * @return The URI of the data this intent is targeting or null.
     *
     * @see #getScheme
     * @see #setData
     */
    public Uri getData() {
        return mData;
    }

    /**
     * The same as {@link #getData()}, but returns the URI as an encoded
     * String.
     */
    public String getDataString() {
        return mData != null ? mData.toString() : null;
    }

    /**
     * Return the scheme portion of the intent's data.  If the data is null or
     * does not include a scheme, null is returned.  Otherwise, the scheme
     * prefix without the final ':' is returned, i.e. "http".
```

```
     *
     * <p>This is the same as calling getData().getScheme() (and checking for
     * null data).
     *
     * @return The scheme of this intent.
     *
     * @see #getData
     */
    public String getScheme() {
        return mData != null ? mData.getScheme() : null;
    }

    /**
     * Retrieve any explicit MIME type included in the intent.  This is usually
     * null, as the type is determined by the intent data.
     *
     * @return If a type was manually set, it is returned; else null is
     *         returned.
     *
     * @see #resolveType(ContentResolver)
     * @see #setType
     */
    public String getType() {
        return mType;
    }

    /**
     * Return the MIME data type of this intent.  If the type field is
     * explicitly set, that is simply returned.  Otherwise, if the data is set,
     * the type of that data is returned.  If neither fields are set, a null is
     * returned.
     *
     * @return The MIME type of this intent.
     *
     * @see #getType
     * @see #resolveType(ContentResolver)
     */
    public String resolveType(Context context) {
        return resolveType(context.getContentResolver());
```

```
    }

    /**
     * Return the MIME data type of this intent.  If the type field is
     * explicitly set, that is simply returned.  Otherwise, if the data is set,
     * the type of that data is returned.  If neither fields are set, a null is
     * returned.
     *
     * @param resolver A ContentResolver that can be used to determine the MIME
     *                 type of the intent's data.
     *
     * @return The MIME type of this intent.
     *
     * @see #getType
     * @see #resolveType(Context)
     */
    public String resolveType(ContentResolver resolver) {
        if (mType != null) {
            return mType;
        }
        if (mData != null) {
            if ("content".equals(mData.getScheme())) {
                return resolver.getType(mData);
            }
        }
        return null;
    }

    /**
     * Return the MIME data type of this intent, only if it will be needed for
     * intent resolution.  This is not generally useful for application code;
     * it is used by the frameworks for communicating with back-end system
     * services.
     *
     * @param resolver A ContentResolver that can be used to determine the MIME
     *                 type of the intent's data.
     *
     * @return The MIME type of this intent, or null if it is unknown or not
     *         needed.
```

```
     */
    public String resolveTypeIfNeeded(ContentResolver resolver) {
        if (mComponent != null) {
            return mType;
        }
        return resolveType(resolver);
    }

    /**
     * Check if an category exists in the intent.
     *
     * @param category The category to check.
     *
     * @return boolean True if the intent contains the category, else false.
     *
     * @see #getCategories
     * @see #addCategory
     */
    public boolean hasCategory(String category) {
        return mCategories != null && mCategories.contains(category);
    }

    /**
     * Return the set of all categories in the intent.  If there are no categories,
     * returns NULL.
     *
     * @return Set The set of categories you can examine.  Do not modify!
     *
     * @see #hasCategory
     * @see #addCategory
     */
    public Set<String> getCategories() {
        return mCategories;
    }

    /**
     * Sets the ClassLoader that will be used when unmarshalling
     * any Parcelable values from the extras of this Intent.
     *
```

```
     * @param loader a ClassLoader, or null to use the default loader
     * at the time of unmarshalling.
     */
    public void setExtrasClassLoader(ClassLoader loader) {
        if (mExtras != null) {
            mExtras.setClassLoader(loader);
        }
    }

    /**
     * Returns true if an extra value is associated with the given name.
     * @param name the extra's name
     * @return true if the given extra is present.
     */
    public boolean hasExtra(String name) {
        return mExtras != null && mExtras.containsKey(name);
    }

    /**
     * Returns true if the Intent's extras contain a parcelled file descriptor.
     * @return true if the Intent contains a parcelled file descriptor.
     */
    public boolean hasFileDescriptors() {
        return mExtras != null && mExtras.hasFileDescriptors();
    }

    /** @hide */
    public void setAllowFds(boolean allowFds) {
        if (mExtras != null) {
            mExtras.setAllowFds(allowFds);
        }
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
```

```
     * or null if none was found.
     *
     * @deprecated
     * @hide
     */
    @Deprecated
    public Object getExtra(String name) {
        return getExtra(name, null);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     * @param defaultValue the value to be returned if no value of the desired
     * type is stored with the given name.
     *
     * @return the value of an item that previously added with putExtra()
     * or the default value if none was found.
     *
     * @see #putExtra(String, boolean)
     */
    public boolean getBooleanExtra(String name, boolean defaultValue) {
        return mExtras == null ? defaultValue :
            mExtras.getBoolean(name, defaultValue);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     * @param defaultValue the value to be returned if no value of the desired
     * type is stored with the given name.
     *
     * @return the value of an item that previously added with putExtra()
     * or the default value if none was found.
     *
     * @see #putExtra(String, byte)
     */
```

```
    public byte getByteExtra(String name, byte defaultValue) {
        return mExtras == null ? defaultValue :
            mExtras.getByte(name, defaultValue);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     * @param defaultValue the value to be returned if no value of the desired
     * type is stored with the given name.
     *
     * @return the value of an item that previously added with putExtra()
     * or the default value if none was found.
     *
     * @see #putExtra(String, short)
     */
    public short getShortExtra(String name, short defaultValue) {
        return mExtras == null ? defaultValue :
            mExtras.getShort(name, defaultValue);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     * @param defaultValue the value to be returned if no value of the desired
     * type is stored with the given name.
     *
     * @return the value of an item that previously added with putExtra()
     * or the default value if none was found.
     *
     * @see #putExtra(String, char)
     */
    public char getCharExtra(String name, char defaultValue) {
        return mExtras == null ? defaultValue :
            mExtras.getChar(name, defaultValue);
    }
```

```
    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     * @param defaultValue the value to be returned if no value of the desired
     * type is stored with the given name.
     *
     * @return the value of an item that previously added with putExtra()
     * or the default value if none was found.
     *
     * @see #putExtra(String, int)
     */
    public int getIntExtra(String name, int defaultValue) {
        return mExtras == null ? defaultValue :
            mExtras.getInt(name, defaultValue);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     * @param defaultValue the value to be returned if no value of the desired
     * type is stored with the given name.
     *
     * @return the value of an item that previously added with putExtra()
     * or the default value if none was found.
     *
     * @see #putExtra(String, long)
     */
    public long getLongExtra(String name, long defaultValue) {
        return mExtras == null ? defaultValue :
            mExtras.getLong(name, defaultValue);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     * @param defaultValue the value to be returned if no value of the desired
```

```
     * type is stored with the given name.
     *
     * @return the value of an item that previously added with putExtra(),
     * or the default value if no such item is present
     *
     * @see #putExtra(String, float)
     */
    public float getFloatExtra(String name, float defaultValue) {
        return mExtras == null ? defaultValue :
            mExtras.getFloat(name, defaultValue);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     * @param defaultValue the value to be returned if no value of the desired
     * type is stored with the given name.
     *
     * @return the value of an item that previously added with putExtra()
     * or the default value if none was found.
     *
     * @see #putExtra(String, double)
     */
    public double getDoubleExtra(String name, double defaultValue) {
        return mExtras == null ? defaultValue :
            mExtras.getDouble(name, defaultValue);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no String value was found.
     *
     * @see #putExtra(String, String)
     */
```

```
    public String getStringExtra(String name) {
        return mExtras == null ? null : mExtras.getString(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no CharSequence value was found.
     *
     * @see #putExtra(String, CharSequence)
     */
    public CharSequence getCharSequenceExtra(String name) {
        return mExtras == null ? null : mExtras.getCharSequence(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no Parcelable value was found.
     *
     * @see #putExtra(String, Parcelable)
     */
    public <T extends Parcelable> T getParcelableExtra(String name) {
        return mExtras == null ? null : mExtras.<T>getParcelable(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no Parcelable[] value was found.
```

```
     *
     * @see #putExtra(String, Parcelable[])
     */
    public Parcelable[] getParcelableArrayExtra(String name) {
        return mExtras == null ? null : mExtras.getParcelableArray(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no ArrayList<Parcelable> value was found.
     *
     * @see #putParcelableArrayListExtra(String, ArrayList)
     */
    public <T extends Parcelable> ArrayList<T> getParcelableArrayListExtra(String name) {
        return mExtras == null ? null : mExtras.<T>getParcelableArrayList(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no Serializable value was found.
     *
     * @see #putExtra(String, Serializable)
     */
    public Serializable getSerializableExtra(String name) {
        return mExtras == null ? null : mExtras.getSerializable(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
```

```
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no ArrayList<Integer> value was found.
     *
     * @see #putIntegerArrayListExtra(String, ArrayList)
     */
    public ArrayList<Integer> getIntegerArrayListExtra(String name) {
        return mExtras == null ? null : mExtras.getIntegerArrayList(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no ArrayList<String> value was found.
     *
     * @see #putStringArrayListExtra(String, ArrayList)
     */
    public ArrayList<String> getStringArrayListExtra(String name) {
        return mExtras == null ? null : mExtras.getStringArrayList(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no ArrayList<CharSequence> value was found.
     *
     * @see #putCharSequenceArrayListExtra(String, ArrayList)
     */
    public ArrayList<CharSequence> getCharSequenceArrayListExtra(String name) {
        return mExtras == null ? null : mExtras.getCharSequenceArrayList(name);
    }

    /**
```

```
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no boolean array value was found.
     *
     * @see #putExtra(String, boolean[])
     */
    public boolean[] getBooleanArrayExtra(String name) {
        return mExtras == null ? null : mExtras.getBooleanArray(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no byte array value was found.
     *
     * @see #putExtra(String, byte[])
     */
    public byte[] getByteArrayExtra(String name) {
        return mExtras == null ? null : mExtras.getByteArray(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no short array value was found.
     *
     * @see #putExtra(String, short[])
     */
    public short[] getShortArrayExtra(String name) {
        return mExtras == null ? null : mExtras.getShortArray(name);
```

```
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no char array value was found.
     *
     * @see #putExtra(String, char[])
     */
    public char[] getCharArrayExtra(String name) {
        return mExtras == null ? null : mExtras.getCharArray(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no int array value was found.
     *
     * @see #putExtra(String, int[])
     */
    public int[] getIntArrayExtra(String name) {
        return mExtras == null ? null : mExtras.getIntArray(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no long array value was found.
     *
     * @see #putExtra(String, long[])
```

```
     */
    public long[] getLongArrayExtra(String name) {
        return mExtras == null ? null : mExtras.getLongArray(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no float array value was found.
     *
     * @see #putExtra(String, float[])
     */
    public float[] getFloatArrayExtra(String name) {
        return mExtras == null ? null : mExtras.getFloatArray(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no double array value was found.
     *
     * @see #putExtra(String, double[])
     */
    public double[] getDoubleArrayExtra(String name) {
        return mExtras == null ? null : mExtras.getDoubleArray(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
```

```
     * or null if no String array value was found.
     *
     * @see #putExtra(String, String[])
     */
    public String[] getStringArrayExtra(String name) {
        return mExtras == null ? null : mExtras.getStringArray(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no CharSequence array value was found.
     *
     * @see #putExtra(String, CharSequence[])
     */
    public CharSequence[] getCharSequenceArrayExtra(String name) {
        return mExtras == null ? null : mExtras.getCharSequenceArray(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no Bundle value was found.
     *
     * @see #putExtra(String, Bundle)
     */
    public Bundle getBundleExtra(String name) {
        return mExtras == null ? null : mExtras.getBundle(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
```

```
     * @param name The name of the desired item.
     *
     * @return the value of an item that previously added with putExtra()
     * or null if no IBinder value was found.
     *
     * @see #putExtra(String, IBinder)
     *
     * @deprecated
     * @hide
     */
    @Deprecated
    public IBinder getIBinderExtra(String name) {
        return mExtras == null ? null : mExtras.getIBinder(name);
    }

    /**
     * Retrieve extended data from the intent.
     *
     * @param name The name of the desired item.
     * @param defaultValue The default value to return in case no item is
     * associated with the key 'name'
     *
     * @return the value of an item that previously added with putExtra()
     * or defaultValue if none was found.
     *
     * @see #putExtra
     *
     * @deprecated
     * @hide
     */
    @Deprecated
    public Object getExtra(String name, Object defaultValue) {
        Object result = defaultValue;
        if (mExtras != null) {
            Object result2 = mExtras.get(name);
            if (result2 != null) {
                result = result2;
            }
        }
```

```

        return result;
    }

    /**
     * Retrieves a map of extended data from the intent.
     *
     * @return the map of all extras previously added with putExtra(),
     * or null if none have been added.
     */
    public Bundle getExtras() {
        return (mExtras != null)
                ? new Bundle(mExtras)
                : null;
    }

    /**
     * Retrieve any special flags associated with this intent.  You will
     * normally just set them with {@link #setFlags} and let the system
     * take the appropriate action with them.
     *
     * @return int The currently set flags.
     *
     * @see #setFlags
     */
    public int getFlags() {
        return mFlags;
    }

    /** @hide */
    public boolean isExcludingStopped() {
        return (mFlags&(FLAG_EXCLUDE_STOPPED_PACKAGES|FLAG_INCLUDE_STOPPED_PACKAGES))
                == FLAG_EXCLUDE_STOPPED_PACKAGES;
    }

    /**
     * Retrieve the application package name this Intent is limited to.  When
     * resolving an Intent, if non-null this limits the resolution to only
     * components in the given application package.
```

```
     *
     * @return The name of the application package for the Intent.
     *
     * @see #resolveActivity
     * @see #setPackage
     */
    public String getPackage() {
        return mPackage;
    }

    /**
     * Retrieve the concrete component associated with the intent.  When receiving
     * an intent, this is the component that was found to best handle it (that is,
     * yourself) and will always be non-null; in all other cases it will be
     * null unless explicitly set.
     *
     * @return The name of the application component to handle the intent.
     *
     * @see #resolveActivity
     * @see #setComponent
     */
    public ComponentName getComponent() {
        return mComponent;
    }

    /**
     * Get the bounds of the sender of this intent, in screen coordinates.  This can be
     * used as a hint to the receiver for animations and the like.  Null means that there
     * is no source bounds.
     */
    public Rect getSourceBounds() {
        return mSourceBounds;
    }

    /**
     * Return the Activity component that should be used to handle this intent.
     * The appropriate component is determined based on the information in the
     * intent, evaluated as follows:
     *
```

```
     * <p>If {@link #getComponent} returns an explicit class, that is returned
     * without any further consideration.
     *
     * <p>The activity must handle the {@link Intent#CATEGORY_DEFAULT} Intent
     * category to be considered.
     *
     * <p>If {@link #getAction} is non-NULL, the activity must handle this
     * action.
     *
     * <p>If {@link #resolveType} returns non-NULL, the activity must handle
     * this type.
     *
     * <p>If {@link #addCategory} has added any categories, the activity must
     * handle ALL of the categories specified.
     *
     * <p>If {@link #getPackage} is non-NULL, only activity components in
     * that application package will be considered.
     *
     * <p>If there are no activities that satisfy all of these conditions, a
     * null string is returned.
     *
     * <p>If multiple activities are found to satisfy the intent, the one with
     * the highest priority will be used.  If there are multiple activities
     * with the same priority, the system will either pick the best activity
     * based on user preference, or resolve to a system class that will allow
     * the user to pick an activity and forward from there.
     *
     * <p>This method is implemented simply by calling
     * {@link PackageManager#resolveActivity} with the "defaultOnly" parameter
     * true.</p>
     * <p> This API is called for you as part of starting an activity from an
     * intent.  You do not normally need to call it yourself.</p>
     *
     * @param pm The package manager with which to resolve the Intent.
     *
     * @return Name of the component implementing an activity that can
     *         display the intent.
     *
     * @see #setComponent
```

```
     * @see #getComponent
     * @see #resolveActivityInfo
     */
    public ComponentName resolveActivity(PackageManager pm) {
        if (mComponent != null) {
            return mComponent;
        }

        ResolveInfo info = pm.resolveActivity(
            this, PackageManager.MATCH_DEFAULT_ONLY);
        if (info != null) {
            return new ComponentName(
                    info.activityInfo.applicationInfo.packageName,
                    info.activityInfo.name);
        }

        return null;
    }

    /**
     * Resolve the Intent into an {@link ActivityInfo}
     * describing the activity that should execute the intent.  Resolution
     * follows the same rules as described for {@link #resolveActivity}, but
     * you get back the completely information about the resolved activity
     * instead of just its class name.
     *
     * @param pm The package manager with which to resolve the Intent.
     * @param flags Addition information to retrieve as per
     * {@link PackageManager#getActivityInfo(ComponentName, int)
     * PackageManager.getActivityInfo()}.
     *
     * @return PackageManager.ActivityInfo
     *
     * @see #resolveActivity
     */
    public ActivityInfo resolveActivityInfo(PackageManager pm, int flags) {
        ActivityInfo ai = null;
        if (mComponent != null) {
            try {
```

```java
                ai = pm.getActivityInfo(mComponent, flags);
            } catch (PackageManager.NameNotFoundException e) {
                // ignore
            }
        } else {
            ResolveInfo info = pm.resolveActivity(
                this, PackageManager.MATCH_DEFAULT_ONLY | flags);
            if (info != null) {
                ai = info.activityInfo;
            }
        }

        return ai;
    }

    /**
     * Set the general action to be performed.
     *
     * @param action An action name, such as ACTION_VIEW.  Application-specific
     *               actions should be prefixed with the vendor's package name.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #getAction
     */
    public Intent setAction(String action) {
        mAction = action != null ? action.intern() : null;
        return this;
    }

    /**
     * Set the data this intent is operating on.  This method automatically
     * clears any type that was previously set by {@link #setType}.
     *
     * <p><em>Note: scheme and host name matching in the Android framework is
     * case-sensitive, unlike the formal RFC.  As a result,
     * you should always ensure that you write your Uri with these elements
     * using lower case letters, and normalize any Uris you receive from
```

```
     * outside of Android to ensure the scheme and host is lower case.</em></p>
     *
     * @param data The URI of the data this intent is now targeting.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #getData
     * @see #setType
     * @see #setDataAndType
     */
    public Intent setData(Uri data) {
        mData = data;
        mType = null;
        return this;
    }

    /**
     * Set an explicit MIME data type.  This is used to create intents that
     * only specify a type and not data, for example to indicate the type of
     * data to return.  This method automatically clears any data that was
     * previously set by {@link #setData}.
     *
     * <p><em>Note: MIME type matching in the Android framework is
     * case-sensitive, unlike formal RFC MIME types.  As a result,
     * you should always write your MIME types with lower case letters,
     * and any MIME types you receive from outside of Android should be
     * converted to lower case before supplying them here.</em></p>
     *
     * @param type The MIME type of the data being handled by this intent.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #getType
     * @see #setData
     * @see #setDataAndType
     */
    public Intent setType(String type) {
```

```
            mData = null;
            mType = type;
            return this;
        }

        /**
         * (Usually optional) Set the data for the intent along with an explicit
         * MIME data type.  This method should very rarely be used -- it allows you
         * to override the MIME type that would ordinarily be inferred from the
         * data with your own type given here.
         *
         * <p><em>Note: MIME type, Uri scheme, and host name matching in the
         * Android framework is case-sensitive, unlike the formal RFC definitions.
         * As a result, you should always write these elements with lower case letters,
         * and normalize any MIME types or Uris you receive from
         * outside of Android to ensure these elements are lower case before
         * supplying them here.</em></p>
         *
         * @param data The URI of the data this intent is now targeting.
         * @param type The MIME type of the data being handled by this intent.
         *
         * @return Returns the same Intent object, for chaining multiple calls
         * into a single statement.
         *
         * @see #setData
         * @see #setType
         */
        public Intent setDataAndType(Uri data, String type) {
            mData = data;
            mType = type;
            return this;
        }

        /**
         * Add a new category to the intent.  Categories provide additional detail
         * about the action the intent is perform.  When resolving an intent, only
         * activities that provide <em>all</em> of the requested categories will be
         * used.
         *
```

```
     * @param category The desired category.  This can be either one of the
     *               predefined Intent categories, or a custom category in your own
     *               namespace.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #hasCategory
     * @see #removeCategory
     */
    public Intent addCategory(String category) {
        if (mCategories == null) {
            mCategories = new HashSet<String>();
        }
        mCategories.add(category.intern());
        return this;
    }

    /**
     * Remove an category from an intent.
     *
     * @param category The category to remove.
     *
     * @see #addCategory
     */
    public void removeCategory(String category) {
        if (mCategories != null) {
            mCategories.remove(category);
            if (mCategories.size() == 0) {
                mCategories = null;
            }
        }
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
```

```
     * @param name The name of the extra data, with package prefix.
     * @param value The boolean data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getBooleanExtra(String, boolean)
     */
    public Intent putExtra(String name, boolean value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putBoolean(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The byte data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getByteExtra(String, byte)
     */
    public Intent putExtra(String name, byte value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putByte(name, value);
        return this;
```

```
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The char data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getCharExtra(String, char)
     */
    public Intent putExtra(String name, char value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putChar(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The short data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getShortExtra(String, short)
```

```
     */
    public Intent putExtra(String name, short value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putShort(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The integer data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getIntExtra(String, int)
     */
    public Intent putExtra(String name, int value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putInt(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The long data value.
```

```
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getLongExtra(String, long)
     */
    public Intent putExtra(String name, long value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putLong(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The float data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getFloatExtra(String, float)
     */
    public Intent putExtra(String name, float value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putFloat(name, value);
        return this;
    }

```

```
    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The double data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getDoubleExtra(String, double)
     */
    public Intent putExtra(String name, double value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putDouble(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The String data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getStringExtra(String)
     */
    public Intent putExtra(String name, String value) {
```

```
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putString(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The CharSequence data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getCharSequenceExtra(String)
     */
    public Intent putExtra(String name, CharSequence value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putCharSequence(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The Parcelable data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
```

```
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getParcelableExtra(String)
     */
    public Intent putExtra(String name, Parcelable value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putParcelable(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The Parcelable[] data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getParcelableArrayExtra(String)
     */
    public Intent putExtra(String name, Parcelable[] value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putParcelableArray(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
```

```
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The ArrayList<Parcelable> data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getParcelableArrayListExtra(String)
     */
    public Intent putParcelableArrayListExtra(String name, ArrayList<? extends Parcelable>
value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putParcelableArrayList(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The ArrayList<Integer> data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getIntegerArrayListExtra(String)
     */
    public Intent putIntegerArrayListExtra(String name, ArrayList<Integer> value) {
        if (mExtras == null) {
```

```
            mExtras = new Bundle();
        }
        mExtras.putIntegerArrayList(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The ArrayList<String> data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getStringArrayListExtra(String)
     */
    public Intent putStringArrayListExtra(String name, ArrayList<String> value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putStringArrayList(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The ArrayList<CharSequence> data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
```

```
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getCharSequenceArrayListExtra(String)
     */
    public Intent putCharSequenceArrayListExtra(String name, ArrayList<CharSequence> value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putCharSequenceArrayList(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The Serializable data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getSerializableExtra(String)
     */
    public Intent putExtra(String name, Serializable value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putSerializable(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
```

```
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The boolean array data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getBooleanArrayExtra(String)
     */
    public Intent putExtra(String name, boolean[] value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putBooleanArray(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The byte array data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getByteArrayExtra(String)
     */
    public Intent putExtra(String name, byte[] value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
```

```
            mExtras.putByteArray(name, value);
            return this;
        }

        /**
         * Add extended data to the intent.  The name must include a package
         * prefix, for example the app com.android.contacts would use names
         * like "com.android.contacts.ShowAll".
         *
         * @param name The name of the extra data, with package prefix.
         * @param value The short array data value.
         *
         * @return Returns the same Intent object, for chaining multiple calls
         * into a single statement.
         *
         * @see #putExtras
         * @see #removeExtra
         * @see #getShortArrayExtra(String)
         */
        public Intent putExtra(String name, short[] value) {
            if (mExtras == null) {
                mExtras = new Bundle();
            }
            mExtras.putShortArray(name, value);
            return this;
        }

        /**
         * Add extended data to the intent.  The name must include a package
         * prefix, for example the app com.android.contacts would use names
         * like "com.android.contacts.ShowAll".
         *
         * @param name The name of the extra data, with package prefix.
         * @param value The char array data value.
         *
         * @return Returns the same Intent object, for chaining multiple calls
         * into a single statement.
         *
         * @see #putExtras
```

```
     * @see #removeExtra
     * @see #getCharArrayExtra(String)
     */
    public Intent putExtra(String name, char[] value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putCharArray(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The int array data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getIntArrayExtra(String)
     */
    public Intent putExtra(String name, int[] value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putIntArray(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
```

```
     * @param name The name of the extra data, with package prefix.
     * @param value The byte array data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getLongArrayExtra(String)
     */
    public Intent putExtra(String name, long[] value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putLongArray(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The float array data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getFloatArrayExtra(String)
     */
    public Intent putExtra(String name, float[] value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putFloatArray(name, value);
        return this;
```

```
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The double array data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getDoubleArrayExtra(String)
     */
    public Intent putExtra(String name, double[] value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putDoubleArray(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The String array data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getStringArrayExtra(String)
```

```
     */
    public Intent putExtra(String name, String[] value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putStringArray(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The CharSequence array data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getCharSequenceArrayExtra(String)
     */
    public Intent putExtra(String name, CharSequence[] value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putCharSequenceArray(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The Bundle data value.
```

```
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getBundleExtra(String)
     */
    public Intent putExtra(String name, Bundle value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
        mExtras.putBundle(name, value);
        return this;
    }

    /**
     * Add extended data to the intent.  The name must include a package
     * prefix, for example the app com.android.contacts would use names
     * like "com.android.contacts.ShowAll".
     *
     * @param name The name of the extra data, with package prefix.
     * @param value The IBinder data value.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #putExtras
     * @see #removeExtra
     * @see #getIBinderExtra(String)
     *
     * @deprecated
     * @hide
     */
    @Deprecated
    public Intent putExtra(String name, IBinder value) {
        if (mExtras == null) {
            mExtras = new Bundle();
        }
```

```
            mExtras.putIBinder(name, value);
            return this;
        }

        /**
         * Copy all extras in 'src' in to this intent.
         *
         * @param src Contains the extras to copy.
         *
         * @see #putExtra
         */
        public Intent putExtras(Intent src) {
            if (src.mExtras != null) {
                if (mExtras == null) {
                    mExtras = new Bundle(src.mExtras);
                } else {
                    mExtras.putAll(src.mExtras);
                }
            }
            return this;
        }

        /**
         * Add a set of extended data to the intent.  The keys must include a package
         * prefix, for example the app com.android.contacts would use names
         * like "com.android.contacts.ShowAll".
         *
         * @param extras The Bundle of extras to add to this intent.
         *
         * @see #putExtra
         * @see #removeExtra
         */
        public Intent putExtras(Bundle extras) {
            if (mExtras == null) {
                mExtras = new Bundle();
            }
            mExtras.putAll(extras);
            return this;
        }
```

```

    /**
     * Completely replace the extras in the Intent with the extras in the
     * given Intent.
     *
     * @param src The exact extras contained in this Intent are copied
     * into the target intent, replacing any that were previously there.
     */
    public Intent replaceExtras(Intent src) {
        mExtras = src.mExtras != null ? new Bundle(src.mExtras) : null;
        return this;
    }

    /**
     * Completely replace the extras in the Intent with the given Bundle of
     * extras.
     *
     * @param extras The new set of extras in the Intent, or null to erase
     * all extras.
     */
    public Intent replaceExtras(Bundle extras) {
        mExtras = extras != null ? new Bundle(extras) : null;
        return this;
    }

    /**
     * Remove extended data from the intent.
     *
     * @see #putExtra
     */
    public void removeExtra(String name) {
        if (mExtras != null) {
            mExtras.remove(name);
            if (mExtras.size() == 0) {
                mExtras = null;
            }
        }
    }

```

```
    /**
     * Set special flags controlling how this intent is handled.  Most values
     * here depend on the type of component being executed by the Intent,
     * specifically the FLAG_ACTIVITY_* flags are all for use with
     * {@link Context#startActivity Context.startActivity()} and the
     * FLAG_RECEIVER_* flags are all for use with
     * {@link Context#sendBroadcast(Intent) Context.sendBroadcast()}.
     *
     * <p>See the
     * <a href="{@docRoot}guide/topics/fundamentals/tasks-and-back-stack.html">Tasks and Back
     * Stack</a> documentation for important information on how some of these options impact
     * the behavior of your application.
     *
     * @param flags The desired flags.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #getFlags
     * @see #addFlags
     *
     * @see #FLAG_GRANT_READ_URI_PERMISSION
     * @see #FLAG_GRANT_WRITE_URI_PERMISSION
     * @see #FLAG_DEBUG_LOG_RESOLUTION
     * @see #FLAG_FROM_BACKGROUND
     * @see #FLAG_ACTIVITY_BROUGHT_TO_FRONT
     * @see #FLAG_ACTIVITY_CLEAR_TASK
     * @see #FLAG_ACTIVITY_CLEAR_TOP
     * @see #FLAG_ACTIVITY_CLEAR_WHEN_TASK_RESET
     * @see #FLAG_ACTIVITY_EXCLUDE_FROM_RECENTS
     * @see #FLAG_ACTIVITY_FORWARD_RESULT
     * @see #FLAG_ACTIVITY_LAUNCHED_FROM_HISTORY
     * @see #FLAG_ACTIVITY_MULTIPLE_TASK
     * @see #FLAG_ACTIVITY_NEW_TASK
     * @see #FLAG_ACTIVITY_NO_ANIMATION
     * @see #FLAG_ACTIVITY_NO_HISTORY
     * @see #FLAG_ACTIVITY_NO_USER_ACTION
     * @see #FLAG_ACTIVITY_PREVIOUS_IS_TOP
     * @see #FLAG_ACTIVITY_RESET_TASK_IF_NEEDED
```

```
     * @see #FLAG_ACTIVITY_REORDER_TO_FRONT
     * @see #FLAG_ACTIVITY_SINGLE_TOP
     * @see #FLAG_ACTIVITY_TASK_ON_HOME
     * @see #FLAG_RECEIVER_REGISTERED_ONLY
     */
    public Intent setFlags(int flags) {
        mFlags = flags;
        return this;
    }

    /**
     * Add additional flags to the intent (or with existing flags
     * value).
     *
     * @param flags The new flags to set.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #setFlags
     */
    public Intent addFlags(int flags) {
        mFlags |= flags;
        return this;
    }

    /**
     * (Usually optional) Set an explicit application package name that limits
     * the components this Intent will resolve to.  If left to the default
     * value of null, all components in all applications will considered.
     * If non-null, the Intent can only match the components in the given
     * application package.
     *
     * @param packageName The name of the application package to handle the
     * intent, or null to allow any application package.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
```

```
     * @see #getPackage
     * @see #resolveActivity
     */
    public Intent setPackage(String packageName) {
        mPackage = packageName;
        return this;
    }

    /**
     * (Usually optional) Explicitly set the component to handle the intent.
     * If left with the default value of null, the system will determine the
     * appropriate class to use based on the other fields (action, data,
     * type, categories) in the Intent.  If this class is defined, the
     * specified class will always be used regardless of the other fields.  You
     * should only set this value when you know you absolutely want a specific
     * class to be used; otherwise it is better to let the system find the
     * appropriate class so that you will respect the installed applications
     * and user preferences.
     *
     * @param component The name of the application component to handle the
     * intent, or null to let the system find one for you.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #setClass
     * @see #setClassName(Context, String)
     * @see #setClassName(String, String)
     * @see #getComponent
     * @see #resolveActivity
     */
    public Intent setComponent(ComponentName component) {
        mComponent = component;
        return this;
    }

    /**
     * Convenience for calling {@link #setComponent} with an
     * explicit class name.
```

```
     *
     * @param packageContext A Context of the application package implementing
     * this class.
     * @param className The name of a class inside of the application package
     * that will be used as the component for this Intent.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #setComponent
     * @see #setClass
     */
    public Intent setClassName(Context packageContext, String className) {
        mComponent = new ComponentName(packageContext, className);
        return this;
    }

    /**
     * Convenience for calling {@link #setComponent} with an
     * explicit application package name and class name.
     *
     * @param packageName The name of the package implementing the desired
     * component.
     * @param className The name of a class inside of the application package
     * that will be used as the component for this Intent.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #setComponent
     * @see #setClass
     */
    public Intent setClassName(String packageName, String className) {
        mComponent = new ComponentName(packageName, className);
        return this;
    }

    /**
     * Convenience for calling {@link #setComponent(ComponentName)} with the
```

```
     * name returned by a {@link Class} object.
     *
     * @param packageContext A Context of the application package implementing
     * this class.
     * @param cls The class name to set, equivalent to
     *            <code>setClassName(context, cls.getName())</code>.
     *
     * @return Returns the same Intent object, for chaining multiple calls
     * into a single statement.
     *
     * @see #setComponent
     */
    public Intent setClass(Context packageContext, Class<?> cls) {
        mComponent = new ComponentName(packageContext, cls);
        return this;
    }

    /**
     * Set the bounds of the sender of this intent, in screen coordinates.  This can be
     * used as a hint to the receiver for animations and the like.  Null means that there
     * is no source bounds.
     */
    public void setSourceBounds(Rect r) {
        if (r != null) {
            mSourceBounds = new Rect(r);
        } else {
            mSourceBounds = null;
        }
    }

    /**
     * Use with {@link #fillIn} to allow the current action value to be
     * overwritten, even if it is already set.
     */
    public static final int FILL_IN_ACTION = 1<<0;

    /**
     * Use with {@link #fillIn} to allow the current data or type value
     * overwritten, even if it is already set.
```

```
     */
    public static final int FILL_IN_DATA = 1<<1;

    /**
     * Use with {@link #fillIn} to allow the current categories to be
     * overwritten, even if they are already set.
     */
    public static final int FILL_IN_CATEGORIES = 1<<2;

    /**
     * Use with {@link #fillIn} to allow the current component value to be
     * overwritten, even if it is already set.
     */
    public static final int FILL_IN_COMPONENT = 1<<3;

    /**
     * Use with {@link #fillIn} to allow the current package value to be
     * overwritten, even if it is already set.
     */
    public static final int FILL_IN_PACKAGE = 1<<4;

    /**
     * Use with {@link #fillIn} to allow the current package value to be
     * overwritten, even if it is already set.
     */
    public static final int FILL_IN_SOURCE_BOUNDS = 1<<5;

    /**
     * Copy the contents of <var>other</var> in to this object, but only
     * where fields are not defined by this object.  For purposes of a field
     * being defined, the following pieces of data in the Intent are
     * considered to be separate fields:
     *
     * <ul>
     * <li> action, as set by {@link #setAction}.
     * <li> data URI and MIME type, as set by {@link #setData(Uri)},
     * {@link #setType(String)}, or {@link #setDataAndType(Uri, String)}.
     * <li> categories, as set by {@link #addCategory}.
     * <li> package, as set by {@link #setPackage}.
```

```
     * <li> component, as set by {@link #setComponent(ComponentName)} or
     * related methods.
     * <li> source bounds, as set by {@link #setSourceBounds}
     * <li> each top-level name in the associated extras.
     * </ul>
     *
     * <p>In addition, you can use the {@link #FILL_IN_ACTION},
     * {@link #FILL_IN_DATA}, {@link #FILL_IN_CATEGORIES}, {@link #FILL_IN_PACKAGE},
     * and {@link #FILL_IN_COMPONENT} to override the restriction where the
     * corresponding field will not be replaced if it is already set.
     *
     * <p>Note: The component field will only be copied if {@link #FILL_IN_COMPONENT} is
explicitly
     * specified.
     *
     * <p>For example, consider Intent A with {data="foo", categories="bar"}
     * and Intent B with {action="gotit", data-type="some/thing",
     * categories="one","two"}.
     *
     * <p>Calling A.fillIn(B, Intent.FILL_IN_DATA) will result in A now
     * containing: {action="gotit", data-type="some/thing",
     * categories="bar"}.
     *
     * @param other Another Intent whose values are to be used to fill in
     * the current one.
     * @param flags Options to control which fields can be filled in.
     *
     * @return Returns a bit mask of {@link #FILL_IN_ACTION},
     * {@link #FILL_IN_DATA}, {@link #FILL_IN_CATEGORIES}, {@link #FILL_IN_PACKAGE},
     * and {@link #FILL_IN_COMPONENT} indicating which fields were changed.
     */
    public int fillIn(Intent other, int flags) {
        int changes = 0;
        if (other.mAction != null
                && (mAction == null || (flags&FILL_IN_ACTION) != 0)) {
            mAction = other.mAction;
            changes |= FILL_IN_ACTION;
        }
        if ((other.mData != null || other.mType != null)
```

```
                && ((mData == null && mType == null)
                        || (flags&FILL_IN_DATA) != 0)) {
            mData = other.mData;
            mType = other.mType;
            changes |= FILL_IN_DATA;
        }
        if (other.mCategories != null
                && (mCategories == null || (flags&FILL_IN_CATEGORIES) != 0)) {
            if (other.mCategories != null) {
                mCategories = new HashSet<String>(other.mCategories);
            }
            changes |= FILL_IN_CATEGORIES;
        }
        if (other.mPackage != null
                && (mPackage == null || (flags&FILL_IN_PACKAGE) != 0)) {
            mPackage = other.mPackage;
            changes |= FILL_IN_PACKAGE;
        }
        // Component is special: it can -only- be set if explicitly allowed,
        // since otherwise the sender could force the intent somewhere the
        // originator didn't intend.
        if (other.mComponent != null && (flags&FILL_IN_COMPONENT) != 0) {
            mComponent = other.mComponent;
            changes |= FILL_IN_COMPONENT;
        }
        mFlags |= other.mFlags;
        if (other.mSourceBounds != null
                && (mSourceBounds == null || (flags&FILL_IN_SOURCE_BOUNDS) != 0)) {
            mSourceBounds = new Rect(other.mSourceBounds);
            changes |= FILL_IN_SOURCE_BOUNDS;
        }
        if (mExtras == null) {
            if (other.mExtras != null) {
                mExtras = new Bundle(other.mExtras);
            }
        } else if (other.mExtras != null) {
            try {
                Bundle newb = new Bundle(other.mExtras);
                newb.putAll(mExtras);
```

```
                mExtras = newb;
            } catch (RuntimeException e) {
                // Modifying the extras can cause us to unparcel the contents
                // of the bundle, and if we do this in the system process that
                // may fail.  We really should handle this (i.e., the Bundle
                // impl shouldn't be on top of a plain map), but for now just
                // ignore it and keep the original contents. :(
                Log.w("Intent", "Failure filling in extras", e);
            }
        }
        return changes;
    }

    /**
     * Wrapper class holding an Intent and implementing comparisons on it for
     * the purpose of filtering.  The class implements its
     * {@link #equals equals()} and {@link #hashCode hashCode()} methods as
     * simple calls to {@link Intent#filterEquals(Intent)}  filterEquals()} and
     * {@link android.content.Intent#filterHashCode()}  filterHashCode()}
     * on the wrapped Intent.
     */
    public static final class FilterComparison {
        private final Intent mIntent;
        private final int mHashCode;

        public FilterComparison(Intent intent) {
            mIntent = intent;
            mHashCode = intent.filterHashCode();
        }

        /**
         * Return the Intent that this FilterComparison represents.
         * @return Returns the Intent held by the FilterComparison.  Do
         * not modify!
         */
        public Intent getIntent() {
            return mIntent;
        }

```

```
        @Override
        public boolean equals(Object obj) {
            if (obj instanceof FilterComparison) {
                Intent other = ((FilterComparison)obj).mIntent;
                return mIntent.filterEquals(other);
            }
            return false;
        }

        @Override
        public int hashCode() {
            return mHashCode;
        }
    }

    /**
     * Determine if two intents are the same for the purposes of intent
     * resolution (filtering). That is, if their action, data, type,
     * class, and categories are the same.  This does <em>not</em> compare
     * any extra data included in the intents.
     *
     * @param other The other Intent to compare against.
     *
     * @return Returns true if action, data, type, class, and categories
     *         are the same.
     */
    public boolean filterEquals(Intent other) {
        if (other == null) {
            return false;
        }
        if (mAction != other.mAction) {
            if (mAction != null) {
                if (!mAction.equals(other.mAction)) {
                    return false;
                }
            } else {
                if (!other.mAction.equals(mAction)) {
                    return false;
                }
```

```
            }
        }
        if (mData != other.mData) {
            if (mData != null) {
                if (!mData.equals(other.mData)) {
                    return false;
                }
            } else {
                if (!other.mData.equals(mData)) {
                    return false;
                }
            }
        }
        if (mType != other.mType) {
            if (mType != null) {
                if (!mType.equals(other.mType)) {
                    return false;
                }
            } else {
                if (!other.mType.equals(mType)) {
                    return false;
                }
            }
        }
        if (mPackage != other.mPackage) {
            if (mPackage != null) {
                if (!mPackage.equals(other.mPackage)) {
                    return false;
                }
            } else {
                if (!other.mPackage.equals(mPackage)) {
                    return false;
                }
            }
        }
        if (mComponent != other.mComponent) {
            if (mComponent != null) {
                if (!mComponent.equals(other.mComponent)) {
                    return false;
```

```
                }
            } else {
                if (!other.mComponent.equals(mComponent)) {
                    return false;
                }
            }
        }
        if (mCategories != other.mCategories) {
            if (mCategories != null) {
                if (!mCategories.equals(other.mCategories)) {
                    return false;
                }
            } else {
                if (!other.mCategories.equals(mCategories)) {
                    return false;
                }
            }
        }

        return true;
    }

    /**
     * Generate hash code that matches semantics of filterEquals().
     *
     * @return Returns the hash value of the action, data, type, class, and
     *         categories.
     *
     * @see #filterEquals
     */
    public int filterHashCode() {
        int code = 0;
        if (mAction != null) {
            code += mAction.hashCode();
        }
        if (mData != null) {
            code += mData.hashCode();
        }
        if (mType != null) {
```

```
            code += mType.hashCode();
        }
        if (mPackage != null) {
            code += mPackage.hashCode();
        }
        if (mComponent != null) {
            code += mComponent.hashCode();
        }
        if (mCategories != null) {
            code += mCategories.hashCode();
        }
        return code;
    }

    @Override
    public String toString() {
        StringBuilder b = new StringBuilder(128);

        b.append("Intent { ");
        toShortString(b, true, true, true);
        b.append(" }");

        return b.toString();
    }

    /** @hide */
    public String toInsecureString() {
        StringBuilder b = new StringBuilder(128);

        b.append("Intent { ");
        toShortString(b, false, true, true);
        b.append(" }");

        return b.toString();
    }

    /** @hide */
    public String toShortString(boolean secure, boolean comp, boolean extras) {
        StringBuilder b = new StringBuilder(128);
```

```
        toShortString(b, secure, comp, extras);
        return b.toString();
    }

    /** @hide */
    public void toShortString(StringBuilder b, boolean secure, boolean comp, boolean extras)
 {
        boolean first = true;
        if (mAction != null) {
            b.append("act=").append(mAction);
            first = false;
        }
        if (mCategories != null) {
            if (!first) {
                b.append(' ');
            }
            first = false;
            b.append("cat=[");
            Iterator<String> i = mCategories.iterator();
            boolean didone = false;
            while (i.hasNext()) {
                if (didone) b.append(",");
                didone = true;
                b.append(i.next());
            }
            b.append("]");
        }
        if (mData != null) {
            if (!first) {
                b.append(' ');
            }
            first = false;
            b.append("dat=");
            if (secure) {
                b.append(mData.toSafeString());
            } else {
                b.append(mData);
            }
        }
```

```
        if (mType != null) {
            if (!first) {
                b.append(' ');
            }
            first = false;
            b.append("typ=").append(mType);
        }
        if (mFlags != 0) {
            if (!first) {
                b.append(' ');
            }
            first = false;
            b.append("flg=0x").append(Integer.toHexString(mFlags));
        }
        if (mPackage != null) {
            if (!first) {
                b.append(' ');
            }
            first = false;
            b.append("pkg=").append(mPackage);
        }
        if (comp && mComponent != null) {
            if (!first) {
                b.append(' ');
            }
            first = false;
            b.append("cmp=").append(mComponent.flattenToShortString());
        }
        if (mSourceBounds != null) {
            if (!first) {
                b.append(' ');
            }
            first = false;
            b.append("bnds=").append(mSourceBounds.toShortString());
        }
        if (extras && mExtras != null) {
            if (!first) {
                b.append(' ');
            }
```

```
                first = false;
                b.append("(has extras)");
            }
        }

        /**
         * Call {@link #toUri} with 0 flags.
         * @deprecated Use {@link #toUri} instead.
         */
        @Deprecated
        public String toURI() {
            return toUri(0);
        }

        /**
         * Convert this Intent into a String holding a URI representation of it.
         * The returned URI string has been properly URI encoded, so it can be
         * used with {@link Uri#parse Uri.parse(String)}.  The URI contains the
         * Intent's data as the base URI, with an additional fragment describing
         * the action, categories, type, flags, package, component, and extras.
         *
         * <p>You can convert the returned string back to an Intent with
         * {@link #getIntent}.
         *
         * @param flags Additional operating flags.  Either 0 or
         * {@link #URI_INTENT_SCHEME}.
         *
         * @return Returns a URI encoding URI string describing the entire contents
         * of the Intent.
         */
        public String toUri(int flags) {
            StringBuilder uri = new StringBuilder(128);
            String scheme = null;
            if (mData != null) {
                String data = mData.toString();
                if ((flags&URI_INTENT_SCHEME) != 0) {
                    final int N = data.length();
                    for (int i=0; i<N; i++) {
                        char c = data.charAt(i);
```

```
                    if ((c >= 'a' && c <= 'z') || (c >= 'A' && c <= 'Z')
                            || c == '.' || c == '-') {
                        continue;
                    }
                    if (c == ':' && i > 0) {
                        // Valid scheme.
                        scheme = data.substring(0, i);
                        uri.append("intent:");
                        data = data.substring(i+1);
                        break;
                    }

                    // No scheme.
                    break;
                }
            }
            uri.append(data);

        } else if ((flags&URI_INTENT_SCHEME) != 0) {
            uri.append("intent:");
        }

        uri.append("#Intent;");

        if (scheme != null) {
            uri.append("scheme=").append(scheme).append(';');
        }
        if (mAction != null) {
            uri.append("action=").append(Uri.encode(mAction)).append(';');
        }
        if (mCategories != null) {
            for (String category : mCategories) {
                uri.append("category=").append(Uri.encode(category)).append(';');
            }
        }
        if (mType != null) {
            uri.append("type=").append(Uri.encode(mType, "/")).append(';');
        }
        if (mFlags != 0) {
```

```
            uri.append("launchFlags=0x").append(Integer.toHexString(mFlags)).append(';');
        }
        if (mPackage != null) {
            uri.append("package=").append(Uri.encode(mPackage)).append(';');
        }
        if (mComponent != null) {
            uri.append("component=").append(Uri.encode(
                    mComponent.flattenToShortString(), "/")).append(';');
        }
        if (mSourceBounds != null) {
            uri.append("sourceBounds=")
                    .append(Uri.encode(mSourceBounds.flattenToString()))
                    .append(';');
        }
        if (mExtras != null) {
            for (String key : mExtras.keySet()) {
                final Object value = mExtras.get(key);
                char entryType =
                        value instanceof String    ? 'S' :
                        value instanceof Boolean   ? 'B' :
                        value instanceof Byte      ? 'b' :
                        value instanceof Character ? 'c' :
                        value instanceof Double    ? 'd' :
                        value instanceof Float     ? 'f' :
                        value instanceof Integer   ? 'i' :
                        value instanceof Long      ? 'l' :
                        value instanceof Short     ? 's' :
                        '\0';

                if (entryType != '\0') {
                    uri.append(entryType);
                    uri.append('.');
                    uri.append(Uri.encode(key));
                    uri.append('=');
                    uri.append(Uri.encode(value.toString()));
                    uri.append(';');
                }
            }
        }
```

```

        uri.append("end");

        return uri.toString();
    }

    public int describeContents() {
        return (mExtras != null) ? mExtras.describeContents() : 0;
    }

    public void writeToParcel(Parcel out, int flags) {
        out.writeString(mAction);
        Uri.writeToParcel(out, mData);
        out.writeString(mType);
        out.writeInt(mFlags);
        out.writeString(mPackage);
        ComponentName.writeToParcel(mComponent, out);

        if (mSourceBounds != null) {
            out.writeInt(1);
            mSourceBounds.writeToParcel(out, flags);
        } else {
            out.writeInt(0);
        }

        if (mCategories != null) {
            out.writeInt(mCategories.size());
            for (String category : mCategories) {
                out.writeString(category);
            }
        } else {
            out.writeInt(0);
        }

        out.writeBundle(mExtras);
    }

    public static final Parcelable.Creator<Intent> CREATOR
            = new Parcelable.Creator<Intent>() {
```

```
            public Intent createFromParcel(Parcel in) {
                return new Intent(in);
            }
            public Intent[] newArray(int size) {
                return new Intent[size];
            }
        };

        /** @hide */
        protected Intent(Parcel in) {
            readFromParcel(in);
        }

        public void readFromParcel(Parcel in) {
            setAction(in.readString());
            mData = Uri.CREATOR.createFromParcel(in);
            mType = in.readString();
            mFlags = in.readInt();
            mPackage = in.readString();
            mComponent = ComponentName.readFromParcel(in);

            if (in.readInt() != 0) {
                mSourceBounds = Rect.CREATOR.createFromParcel(in);
            }

            int N = in.readInt();
            if (N > 0) {
                mCategories = new HashSet<String>();
                int i;
                for (i=0; i<N; i++) {
                    mCategories.add(in.readString().intern());
                }
            } else {
                mCategories = null;
            }

            mExtras = in.readBundle();
        }

```

```
    /**
     * Parses the "intent" element (and its children) from XML and instantiates
     * an Intent object.  The given XML parser should be located at the tag
     * where parsing should start (often named "intent"), from which the
     * basic action, data, type, and package and class name will be
     * retrieved.  The function will then parse in to any child elements,
     * looking for <category android:name="xxx"> tags to add categories and
     * <extra android:name="xxx" android:value="yyy"> to attach extra data
     * to the intent.
     *
     * @param resources The Resources to use when inflating resources.
     * @param parser The XML parser pointing at an "intent" tag.
     * @param attrs The AttributeSet interface for retrieving extended
     * attribute data at the current <var>parser</var> location.
     * @return An Intent object matching the XML data.
     * @throws XmlPullParserException If there was an XML parsing error.
     * @throws IOException If there was an I/O error.
     */
    public static Intent parseIntent(Resources resources, XmlPullParser parser, AttributeSet
attrs)
            throws XmlPullParserException, IOException {
        Intent intent = new Intent();

        TypedArray sa = resources.obtainAttributes(attrs,
                com.android.internal.R.styleable.Intent);

        intent.setAction(sa.getString(com.android.internal.R.styleable.Intent_action));

        String data = sa.getString(com.android.internal.R.styleable.Intent_data);
        String mimeType = sa.getString(com.android.internal.R.styleable.Intent_mimeType);
        intent.setDataAndType(data != null ? Uri.parse(data) : null, mimeType);

        String packageName = sa.getString(com.android.internal.R.styleable.
Intent_targetPackage);
        String className = sa.getString(com.android.internal.R.styleable.Intent_targetClass);
        if (packageName != null && className != null) {
            intent.setComponent(new ComponentName(packageName, className));
        }

```

```
            sa.recycle();

            int outerDepth = parser.getDepth();
            int type;
            while ((type=parser.next()) != XmlPullParser.END_DOCUMENT
                   && (type != XmlPullParser.END_TAG || parser.getDepth() > outerDepth)) {
                if (type == XmlPullParser.END_TAG || type == XmlPullParser.TEXT) {
                    continue;
                }

                String nodeName = parser.getName();
                if (nodeName.equals("category")) {
                    sa = resources.obtainAttributes(attrs,
                            com.android.internal.R.styleable.IntentCategory);
                    String cat = sa.getString(com.android.internal.R.styleable.
    IntentCategory_name);
                    sa.recycle();

                    if (cat != null) {
                        intent.addCategory(cat);
                    }
                    XmlUtils.skipCurrentTag(parser);

                } else if (nodeName.equals("extra")) {
                    if (intent.mExtras == null) {
                        intent.mExtras = new Bundle();
                    }
                    resources.parseBundleExtra("extra", attrs, intent.mExtras);
                    XmlUtils.skipCurrentTag(parser);

                } else {
                    XmlUtils.skipCurrentTag(parser);
                }
            }

            return intent;
        }
    }
```

Case 5:12-cv-00630-LHK Document 21 Filed 02/08/12 Page 321 of 391

```
/*
 * Copyright (C) 2006 The Android Open Source Project
 *
 * Licensed under the Apache License, Version 2.0 (the "License");
 * you may not use this file except in compliance with the License.
 * You may obtain a copy of the License at
 *
 *      http://www.apache.org/licenses/LICENSE-2.0
 *
 * Unless required by applicable law or agreed to in writing, software
 * distributed under the License is distributed on an "AS IS" BASIS,
 * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
 * See the License for the specific language governing permissions and
 * limitations under the License.
 */

package android.content.pm;

import android.annotation.SdkConstant;
import android.annotation.SdkConstant.SdkConstantType;
import android.content.ComponentName;
import android.content.Context;
import android.content.Intent;
import android.content.IntentFilter;
import android.content.IntentSender;
import android.content.pm.ManifestDigest;
import android.content.res.Resources;
import android.content.res.XmlResourceParser;
import android.graphics.drawable.Drawable;
import android.net.Uri;
import android.util.AndroidException;
import android.util.DisplayMetrics;

import java.io.File;
import java.util.List;

/**
 * Class for retrieving various kinds of information related to the application
 * packages that are currently installed on the device.
```

```
 *
 * You can find this class through {@link Context#getPackageManager}.
 */
public abstract class PackageManager {

    /**
     * This exception is thrown when a given package, application, or component
     * name can not be found.
     */
    public static class NameNotFoundException extends AndroidException {
        public NameNotFoundException() {
        }

        public NameNotFoundException(String name) {
            super(name);
        }
    }

    /**
     * {@link PackageInfo} flag: return information about
     * activities in the package in {@link PackageInfo#activities}.
     */
    public static final int GET_ACTIVITIES              = 0x00000001;

    /**
     * {@link PackageInfo} flag: return information about
     * intent receivers in the package in
     * {@link PackageInfo#receivers}.
     */
    public static final int GET_RECEIVERS               = 0x00000002;

    /**
     * {@link PackageInfo} flag: return information about
     * services in the package in {@link PackageInfo#services}.
     */
    public static final int GET_SERVICES                = 0x00000004;

    /**
     * {@link PackageInfo} flag: return information about
```

```
     * content providers in the package in
     * {@link PackageInfo#providers}.
     */
    public static final int GET_PROVIDERS              = 0x00000008;

    /**
     * {@link PackageInfo} flag: return information about
     * instrumentation in the package in
     * {@link PackageInfo#instrumentation}.
     */
    public static final int GET_INSTRUMENTATION        = 0x00000010;

    /**
     * {@link PackageInfo} flag: return information about the
     * intent filters supported by the activity.
     */
    public static final int GET_INTENT_FILTERS         = 0x00000020;

    /**
     * {@link PackageInfo} flag: return information about the
     * signatures included in the package.
     */
    public static final int GET_SIGNATURES          = 0x00000040;

    /**
     * {@link ResolveInfo} flag: return the IntentFilter that
     * was matched for a particular ResolveInfo in
     * {@link ResolveInfo#filter}.
     */
    public static final int GET_RESOLVED_FILTER        = 0x00000040;

    /**
     * {@link ComponentInfo} flag: return the {@link ComponentInfo#metaData}
     * data {@link android.os.Bundle}s that are associated with a component.
     * This applies for any API returning a ComponentInfo subclass.
     */
    public static final int GET_META_DATA              = 0x00000080;

    /**
```

```
     * {@link PackageInfo} flag: return the
     * {@link PackageInfo#gids group ids} that are associated with an
     * application.
     * This applies for any API returning an PackageInfo class, either
     * directly or nested inside of another.
     */
    public static final int GET_GIDS                       = 0x00000100;

    /**
     * {@link PackageInfo} flag: include disabled components in the returned info.
     */
    public static final int GET_DISABLED_COMPONENTS        = 0x00000200;

    /**
     * {@link ApplicationInfo} flag: return the
     * {@link ApplicationInfo#sharedLibraryFiles paths to the shared libraries}
     * that are associated with an application.
     * This applies for any API returning an ApplicationInfo class, either
     * directly or nested inside of another.
     */
    public static final int GET_SHARED_LIBRARY_FILES       = 0x00000400;

    /**
     * {@link ProviderInfo} flag: return the
     * {@link ProviderInfo#uriPermissionPatterns URI permission patterns}
     * that are associated with a content provider.
     * This applies for any API returning an ProviderInfo class, either
     * directly or nested inside of another.
     */
    public static final int GET_URI_PERMISSION_PATTERNS  = 0x00000800;
    /**
     * {@link PackageInfo} flag: return information about
     * permissions in the package in
     * {@link PackageInfo#permissions}.
     */
    public static final int GET_PERMISSIONS               = 0x00001000;

    /**
     * Flag parameter to retrieve all applications(even uninstalled ones) with data
```

```
    directories.
     * This state could have resulted if applications have been deleted with flag
     * DONT_DELETE_DATA
     * with a possibility of being replaced or reinstalled in future
     */
    public static final int GET_UNINSTALLED_PACKAGES = 0x00002000;

    /**
     * {@link PackageInfo} flag: return information about
     * hardware preferences in
     * {@link PackageInfo#configPreferences PackageInfo.configPreferences} and
     * requested features in {@link PackageInfo#reqFeatures
     * PackageInfo.reqFeatures}.
     */
    public static final int GET_CONFIGURATIONS = 0x00004000;

    /**
     * Resolution and querying flag: if set, only filters that support the
     * {@link android.content.Intent#CATEGORY_DEFAULT} will be considered for
     * matching.  This is a synonym for including the CATEGORY_DEFAULT in your
     * supplied Intent.
     */
    public static final int MATCH_DEFAULT_ONLY   = 0x00010000;

    /**
     * Permission check result: this is returned by {@link #checkPermission}
     * if the permission has been granted to the given package.
     */
    public static final int PERMISSION_GRANTED = 0;

    /**
     * Permission check result: this is returned by {@link #checkPermission}
     * if the permission has not been granted to the given package.
     */
    public static final int PERMISSION_DENIED = -1;

    /**
     * Signature check result: this is returned by {@link #checkSignatures}
     * if all signatures on the two packages match.
```

```
     */
    public static final int SIGNATURE_MATCH = 0;

    /**
     * Signature check result: this is returned by {@link #checkSignatures}
     * if neither of the two packages is signed.
     */
    public static final int SIGNATURE_NEITHER_SIGNED = 1;

    /**
     * Signature check result: this is returned by {@link #checkSignatures}
     * if the first package is not signed but the second is.
     */
    public static final int SIGNATURE_FIRST_NOT_SIGNED = -1;

    /**
     * Signature check result: this is returned by {@link #checkSignatures}
     * if the second package is not signed but the first is.
     */
    public static final int SIGNATURE_SECOND_NOT_SIGNED = -2;

    /**
     * Signature check result: this is returned by {@link #checkSignatures}
     * if not all signatures on both packages match.
     */
    public static final int SIGNATURE_NO_MATCH = -3;

    /**
     * Signature check result: this is returned by {@link #checkSignatures}
     * if either of the packages are not valid.
     */
    public static final int SIGNATURE_UNKNOWN_PACKAGE = -4;

    /**
     * Flag for {@link #setApplicationEnabledSetting(String, int, int)}
     * and {@link #setComponentEnabledSetting(ComponentName, int, int)}: This
     * component or application is in its default enabled state (as specified
     * in its manifest).
     */
```

```
    public static final int COMPONENT_ENABLED_STATE_DEFAULT = 0;

    /**
     * Flag for {@link #setApplicationEnabledSetting(String, int, int)}
     * and {@link #setComponentEnabledSetting(ComponentName, int, int)}: This
     * component or application has been explictily enabled, regardless of
     * what it has specified in its manifest.
     */
    public static final int COMPONENT_ENABLED_STATE_ENABLED = 1;

    /**
     * Flag for {@link #setApplicationEnabledSetting(String, int, int)}
     * and {@link #setComponentEnabledSetting(ComponentName, int, int)}: This
     * component or application has been explicitly disabled, regardless of
     * what it has specified in its manifest.
     */
    public static final int COMPONENT_ENABLED_STATE_DISABLED = 2;

    /**
     * Flag for {@link #setApplicationEnabledSetting(String, int, int)} only: The
     * user has explicitly disabled the application, regardless of what it has
     * specified in its manifest.  Because this is due to the user's request,
     * they may re-enable it if desired through the appropriate system UI.  This
     * option currently <strong>can not</strong> be used with
     * {@link #setComponentEnabledSetting(ComponentName, int, int)}.
     */
    public static final int COMPONENT_ENABLED_STATE_DISABLED_USER = 3;

    /**
     * Flag parameter for {@link #installPackage(android.net.Uri, IPackageInstallObserver,
int)} to
     * indicate that this package should be installed as forward locked, i.e. only the app
itself
     * should have access to its code and non-resource assets.
     * @hide
     */
    public static final int INSTALL_FORWARD_LOCK = 0x00000001;

    /**
```

```
     * Flag parameter for {@link #installPackage} to indicate that you want to replace an
 already
     * installed package, if one exists.
     * @hide
     */
    public static final int INSTALL_REPLACE_EXISTING = 0x00000002;

    /**
     * Flag parameter for {@link #installPackage} to indicate that you want to
     * allow test packages (those that have set android:testOnly in their
     * manifest) to be installed.
     * @hide
     */
    public static final int INSTALL_ALLOW_TEST = 0x00000004;

    /**
     * Flag parameter for {@link #installPackage} to indicate that this
     * package has to be installed on the sdcard.
     * @hide
     */
    public static final int INSTALL_EXTERNAL = 0x00000008;

    /**
     * Flag parameter for {@link #installPackage} to indicate that this package
     * has to be installed on the sdcard.
     * @hide
     */
    public static final int INSTALL_INTERNAL = 0x00000010;

    /**
     * Flag parameter for {@link #installPackage} to indicate that this install
     * was initiated via ADB.
     *
     * @hide
     */
    public static final int INSTALL_FROM_ADB = 0x00000020;

    /**
     * Flag parameter for
```

```
         * {@link #setComponentEnabledSetting(android.content.ComponentName, int, int)} to
    indicate
         * that you don't want to kill the app containing the component.  Be careful when you set
    this
         * since changing component states can make the containing application's behavior
    unpredictable.
         */
        public static final int DONT_KILL_APP = 0x00000001;

        /**
         * Installation return code: this is passed to the {@link IPackageInstallObserver} by
         * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} on success.
         * @hide
         */
        public static final int INSTALL_SUCCEEDED = 1;

        /**
         * Installation return code: this is passed to the {@link IPackageInstallObserver} by
         * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if the package
    is
         * already installed.
         * @hide
         */
        public static final int INSTALL_FAILED_ALREADY_EXISTS = -1;

        /**
         * Installation return code: this is passed to the {@link IPackageInstallObserver} by
         * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if the package
    archive
         * file is invalid.
         * @hide
         */
        public static final int INSTALL_FAILED_INVALID_APK = -2;

        /**
         * Installation return code: this is passed to the {@link IPackageInstallObserver} by
         * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if the URI
    passed in
         * is invalid.
```

```
     * @hide
     */
    public static final int INSTALL_FAILED_INVALID_URI = -3;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if the package manager
     * service found that the device didn't have enough storage space to install the app.
     * @hide
     */
    public static final int INSTALL_FAILED_INSUFFICIENT_STORAGE = -4;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if a
     * package is already installed with the same name.
     * @hide
     */
    public static final int INSTALL_FAILED_DUPLICATE_PACKAGE = -5;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * the requested shared user does not exist.
     * @hide
     */
    public static final int INSTALL_FAILED_NO_SHARED_USER = -6;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * a previously installed package of the same name has a different signature
     * than the new package (and the old package's data was not removed).
     * @hide
     */
    public static final int INSTALL_FAILED_UPDATE_INCOMPATIBLE = -7;

    /**
```

```
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * the new package is requested a shared user which is already installed on the
     * device and does not have matching signature.
     * @hide
     */
    public static final int INSTALL_FAILED_SHARED_USER_INCOMPATIBLE = -8;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * the new package uses a shared library that is not available.
     * @hide
     */
    public static final int INSTALL_FAILED_MISSING_SHARED_LIBRARY = -9;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * the new package uses a shared library that is not available.
     * @hide
     */
    public static final int INSTALL_FAILED_REPLACE_COULDNT_DELETE = -10;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * the new package failed while optimizing and validating its dex files,
     * either because there was not enough storage or the validation failed.
     * @hide
     */
    public static final int INSTALL_FAILED_DEXOPT = -11;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * the new package failed because the current SDK version is older than
     * that required by the package.
     * @hide
```

```
    */
    public static final int INSTALL_FAILED_OLDER_SDK = -12;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * the new package failed because it contains a content provider with the
     * same authority as a provider already installed in the system.
     * @hide
     */
    public static final int INSTALL_FAILED_CONFLICTING_PROVIDER = -13;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * the new package failed because the current SDK version is newer than
     * that required by the package.
     * @hide
     */
    public static final int INSTALL_FAILED_NEWER_SDK = -14;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * the new package failed because it has specified that it is a test-only
     * package and the caller has not supplied the {@link #INSTALL_ALLOW_TEST}
     * flag.
     * @hide
     */
    public static final int INSTALL_FAILED_TEST_ONLY = -15;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * the package being installed contains native code, but none that is
     * compatible with the the device's CPU_ABI.
     * @hide
     */
    public static final int INSTALL_FAILED_CPU_ABI_INCOMPATIBLE = -16;
```

```

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * the new package uses a feature that is not available.
     * @hide
     */
    public static final int INSTALL_FAILED_MISSING_FEATURE = -17;

    // ------ Errors related to sdcard
    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * a secure container mount point couldn't be accessed on external media.
     * @hide
     */
    public static final int INSTALL_FAILED_CONTAINER_ERROR = -18;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * the new package couldn't be installed in the specified install
     * location.
     * @hide
     */
    public static final int INSTALL_FAILED_INVALID_INSTALL_LOCATION = -19;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * the new package couldn't be installed in the specified install
     * location because the media is not available.
     * @hide
     */
    public static final int INSTALL_FAILED_MEDIA_UNAVAILABLE = -20;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
```

```
     * the new package couldn't be installed because the verification timed out.
     * @hide
     */
    public static final int INSTALL_FAILED_VERIFICATION_TIMEOUT = -21;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * the new package couldn't be installed because the verification did not succeed.
     * @hide
     */
    public static final int INSTALL_FAILED_VERIFICATION_FAILURE = -22;

    /**
     * Installation return code: this is passed to the {@link IPackageInstallObserver} by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)} if
     * the package changed from what the calling program expected.
     * @hide
     */
    public static final int INSTALL_FAILED_PACKAGE_CHANGED = -23;

    /**
     * Installation parse return code: this is passed to the {@link IPackageInstallObserver}
 by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)}
     * if the parser was given a path that is not a file, or does not end with the expected
     * '.apk' extension.
     * @hide
     */
    public static final int INSTALL_PARSE_FAILED_NOT_APK = -100;

    /**
     * Installation parse return code: this is passed to the {@link IPackageInstallObserver}
 by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)}
     * if the parser was unable to retrieve the AndroidManifest.xml file.
     * @hide
     */
    public static final int INSTALL_PARSE_FAILED_BAD_MANIFEST = -101;
```

```

    /**
     * Installation parse return code: this is passed to the {@link IPackageInstallObserver}
 by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)}
     * if the parser encountered an unexpected exception.
     * @hide
     */
    public static final int INSTALL_PARSE_FAILED_UNEXPECTED_EXCEPTION = -102;

    /**
     * Installation parse return code: this is passed to the {@link IPackageInstallObserver}
 by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)}
     * if the parser did not find any certificates in the .apk.
     * @hide
     */
    public static final int INSTALL_PARSE_FAILED_NO_CERTIFICATES = -103;

    /**
     * Installation parse return code: this is passed to the {@link IPackageInstallObserver}
 by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)}
     * if the parser found inconsistent certificates on the files in the .apk.
     * @hide
     */
    public static final int INSTALL_PARSE_FAILED_INCONSISTENT_CERTIFICATES = -104;

    /**
     * Installation parse return code: this is passed to the {@link IPackageInstallObserver}
 by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)}
     * if the parser encountered a CertificateEncodingException in one of the
     * files in the .apk.
     * @hide
     */
    public static final int INSTALL_PARSE_FAILED_CERTIFICATE_ENCODING = -105;

    /**
```

```
     * Installation parse return code: this is passed to the {@link IPackageInstallObserver}
by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)}
     * if the parser encountered a bad or missing package name in the manifest.
     * @hide
     */
    public static final int INSTALL_PARSE_FAILED_BAD_PACKAGE_NAME = -106;

    /**
     * Installation parse return code: this is passed to the {@link IPackageInstallObserver}
by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)}
     * if the parser encountered a bad shared user id name in the manifest.
     * @hide
     */
    public static final int INSTALL_PARSE_FAILED_BAD_SHARED_USER_ID = -107;

    /**
     * Installation parse return code: this is passed to the {@link IPackageInstallObserver}
by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)}
     * if the parser encountered some structural problem in the manifest.
     * @hide
     */
    public static final int INSTALL_PARSE_FAILED_MANIFEST_MALFORMED = -108;

    /**
     * Installation parse return code: this is passed to the {@link IPackageInstallObserver}
by
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)}
     * if the parser did not find any actionable tags (instrumentation or application)
     * in the manifest.
     * @hide
     */
    public static final int INSTALL_PARSE_FAILED_MANIFEST_EMPTY = -109;

    /**
     * Installation failed return code: this is passed to the {@link IPackageInstallObserver}
by
```

```
     * {@link #installPackage(android.net.Uri, IPackageInstallObserver, int)}
     * if the system failed to install the package because of system issues.
     * @hide
     */
    public static final int INSTALL_FAILED_INTERNAL_ERROR = -110;

    /**
     * Flag parameter for {@link #deletePackage} to indicate that you don't want to delete
the
     * package's data directory.
     *
     * @hide
     */
    public static final int DONT_DELETE_DATA = 0x00000001;

    /**
     * Return code for when package deletion succeeds. This is passed to the
     * {@link IPackageDeleteObserver} by {@link #deletePackage()} if the system
     * succeeded in deleting the package.
     *
     * @hide
     */
    public static final int DELETE_SUCCEEDED = 1;

    /**
     * Deletion failed return code: this is passed to the
     * {@link IPackageDeleteObserver} by {@link #deletePackage()} if the system
     * failed to delete the package for an unspecified reason.
     *
     * @hide
     */
    public static final int DELETE_FAILED_INTERNAL_ERROR = -1;

    /**
     * Deletion failed return code: this is passed to the
     * {@link IPackageDeleteObserver} by {@link #deletePackage()} if the system
     * failed to delete the package because it is the active DevicePolicy
     * manager.
     *
```

```
     * @hide
     */
    public static final int DELETE_FAILED_DEVICE_POLICY_MANAGER = -2;

    /**
     * Return code that is passed to the {@link IPackageMoveObserver} by
     * {@link #movePackage(android.net.Uri, IPackageMoveObserver)} when the
     * package has been successfully moved by the system.
     *
     * @hide
     */
    public static final int MOVE_SUCCEEDED = 1;
    /**
     * Error code that is passed to the {@link IPackageMoveObserver} by
     * {@link #movePackage(android.net.Uri, IPackageMoveObserver)}
     * when the package hasn't been successfully moved by the system
     * because of insufficient memory on specified media.
     * @hide
     */
    public static final int MOVE_FAILED_INSUFFICIENT_STORAGE = -1;

    /**
     * Error code that is passed to the {@link IPackageMoveObserver} by
     * {@link #movePackage(android.net.Uri, IPackageMoveObserver)}
     * if the specified package doesn't exist.
     * @hide
     */
    public static final int MOVE_FAILED_DOESNT_EXIST = -2;

    /**
     * Error code that is passed to the {@link IPackageMoveObserver} by
     * {@link #movePackage(android.net.Uri, IPackageMoveObserver)}
     * if the specified package cannot be moved since its a system package.
     * @hide
     */
    public static final int MOVE_FAILED_SYSTEM_PACKAGE = -3;

    /**
     * Error code that is passed to the {@link IPackageMoveObserver} by
```

```
     * {@link #movePackage(android.net.Uri, IPackageMoveObserver)}
     * if the specified package cannot be moved since its forward locked.
     * @hide
     */
    public static final int MOVE_FAILED_FORWARD_LOCKED = -4;

    /**
     * Error code that is passed to the {@link IPackageMoveObserver} by
     * {@link #movePackage(android.net.Uri, IPackageMoveObserver)}
     * if the specified package cannot be moved to the specified location.
     * @hide
     */
    public static final int MOVE_FAILED_INVALID_LOCATION = -5;

    /**
     * Error code that is passed to the {@link IPackageMoveObserver} by
     * {@link #movePackage(android.net.Uri, IPackageMoveObserver)}
     * if the specified package cannot be moved to the specified location.
     * @hide
     */
    public static final int MOVE_FAILED_INTERNAL_ERROR = -6;

    /**
     * Error code that is passed to the {@link IPackageMoveObserver} by
     * {@link #movePackage(android.net.Uri, IPackageMoveObserver)} if the
     * specified package already has an operation pending in the
     * {@link PackageHandler} queue.
     *
     * @hide
     */
    public static final int MOVE_FAILED_OPERATION_PENDING = -7;

    /**
     * Flag parameter for {@link #movePackage} to indicate that
     * the package should be moved to internal storage if its
     * been installed on external media.
     * @hide
     */
    public static final int MOVE_INTERNAL = 0x00000001;
```

```
    /**
     * Flag parameter for {@link #movePackage} to indicate that
     * the package should be moved to external media.
     * @hide
     */
    public static final int MOVE_EXTERNAL_MEDIA = 0x00000002;

    /**
     * Usable by the required verifier as the {@code verificationCode} argument
     * for {@link PackageManager#verifyPendingInstall} to indicate that it will
     * allow the installation to proceed without any of the optional verifiers
     * needing to vote.
     *
     * @hide
     */
    public static final int VERIFICATION_ALLOW_WITHOUT_SUFFICIENT = 2;

    /**
     * Used as the {@code verificationCode} argument for
     * {@link PackageManager#verifyPendingInstall} to indicate that the calling
     * package verifier allows the installation to proceed.
     */
    public static final int VERIFICATION_ALLOW = 1;

    /**
     * Used as the {@code verificationCode} argument for
     * {@link PackageManager#verifyPendingInstall} to indicate the calling
     * package verifier does not vote to allow the installation to proceed.
     */
    public static final int VERIFICATION_REJECT = -1;

    /**
     * Range of IDs allocated for a user.
     *
     * @hide
     */
    public static final int PER_USER_RANGE = 100000;

```

```
    /**
     * Feature for {@link #getSystemAvailableFeatures} and {@link #hasSystemFeature}: The
device's
     * audio pipeline is low-latency, more suitable for audio applications sensitive to
delays or
     * lag in sound input or output.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_AUDIO_LOW_LATENCY = "android.hardware.audio.
low_latency";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device is capable of communicating with
     * other devices via Bluetooth.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_BLUETOOTH = "android.hardware.bluetooth";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device has a camera facing away
     * from the screen.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_CAMERA = "android.hardware.camera";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device's camera supports auto-focus.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_CAMERA_AUTOFOCUS = "android.hardware.camera.autofocus"
;

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device's camera supports flash.
     */
```

```
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_CAMERA_FLASH = "android.hardware.camera.flash";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device has a front facing camera.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_CAMERA_FRONT = "android.hardware.camera.front";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device supports one or more methods of
     * reporting current location.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_LOCATION = "android.hardware.location";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device has a Global Positioning System
     * receiver and can report precise location.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_LOCATION_GPS = "android.hardware.location.gps";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device can report location with coarse
     * accuracy using a network-based geolocation system.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_LOCATION_NETWORK = "android.hardware.location.network"
;

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device can record audio via a
     * microphone.
```

```
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_MICROPHONE = "android.hardware.microphone";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device can communicate using Near-Field
     * Communications (NFC).
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_NFC = "android.hardware.nfc";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device includes an accelerometer.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_SENSOR_ACCELEROMETER = "android.hardware.sensor.
accelerometer";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device includes a barometer (air
     * pressure sensor.)
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_SENSOR_BAROMETER = "android.hardware.sensor.barometer"
;

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device includes a magnetometer (compass).
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_SENSOR_COMPASS = "android.hardware.sensor.compass";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device includes a gyroscope.
```

```
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_SENSOR_GYROSCOPE = "android.hardware.sensor.gyroscope"
;

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device includes a light sensor.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_SENSOR_LIGHT = "android.hardware.sensor.light";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device includes a proximity sensor.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_SENSOR_PROXIMITY = "android.hardware.sensor.proximity"
;

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device has a telephony radio with data
     * communication support.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_TELEPHONY = "android.hardware.telephony";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device has a CDMA telephony stack.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_TELEPHONY_CDMA = "android.hardware.telephony.cdma";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device has a GSM telephony stack.
     */
```

```
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_TELEPHONY_GSM = "android.hardware.telephony.gsm";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device supports connecting to USB devices
     * as the USB host.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_USB_HOST = "android.hardware.usb.host";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device supports connecting to USB accessories.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_USB_ACCESSORY = "android.hardware.usb.accessory";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The SIP API is enabled on the device.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_SIP = "android.software.sip";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device supports SIP-based VOIP.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_SIP_VOIP = "android.software.sip.voip";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device's display has a touch screen.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_TOUCHSCREEN = "android.hardware.touchscreen";

```

```

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device's touch screen supports
     * multitouch sufficient for basic two-finger gesture detection.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_TOUCHSCREEN_MULTITOUCH = "android.hardware.touchscreen
.multitouch";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device's touch screen is capable of
     * tracking two or more fingers fully independently.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_TOUCHSCREEN_MULTITOUCH_DISTINCT = "android.hardware.
touchscreen.multitouch.distinct";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device's touch screen is capable of
     * tracking a full hand of fingers fully independently -- that is, 5 or
     * more simultaneous independent pointers.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_TOUCHSCREEN_MULTITOUCH_JAZZHAND = "android.hardware.
touchscreen.multitouch.jazzhand";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device does not have a touch screen, but
     * does support touch emulation for basic events. For instance, the
     * device might use a mouse or remote control to drive a cursor, and
     * emulate basic touch pointer events like down, up, drag, etc. All
     * devices that support android.hardware.touchscreen or a sub-feature are
     * presumed to also support faketouch.
     */
    @SdkConstant(SdkConstantType.FEATURE)
```

```
    public static final String FEATURE_FAKETOUCH = "android.hardware.faketouch";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device does not have a touch screen, but
     * does support touch emulation for basic events that supports distinct
     * tracking of two or more fingers.  This is an extension of
     * {@link #FEATURE_FAKETOUCH} for input devices with this capability.  Note
     * that unlike a distinct multitouch screen as defined by
     * {@link #FEATURE_TOUCHSCREEN_MULTITOUCH_DISTINCT}, these kinds of input
     * devices will not actually provide full two-finger gestures since the
     * input is being transformed to cursor movement on the screen.  That is,
     * single finger gestures will move a cursor; two-finger swipes will
     * result in single-finger touch events; other two-finger gestures will
     * result in the corresponding two-finger touch event.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_FAKETOUCH_MULTITOUCH_DISTINCT = "android.hardware.
faketouch.multitouch.distinct";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device does not have a touch screen, but
     * does support touch emulation for basic events that supports tracking
     * a hand of fingers (5 or more fingers) fully independently.
     * This is an extension of
     * {@link #FEATURE_FAKETOUCH} for input devices with this capability.  Note
     * that unlike a multitouch screen as defined by
     * {@link #FEATURE_TOUCHSCREEN_MULTITOUCH_JAZZHAND}, not all two finger
     * gestures can be detected due to the limitations described for
     * {@link #FEATURE_FAKETOUCH_MULTITOUCH_DISTINCT}.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_FAKETOUCH_MULTITOUCH_JAZZHAND = "android.hardware.
faketouch.multitouch.jazzhand";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device supports portrait orientation
```

```
     * screens.  For backwards compatibility, you can assume that if neither
     * this nor {@link #FEATURE_SCREEN_LANDSCAPE} is set then the device supports
     * both portrait and landscape.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_SCREEN_PORTRAIT = "android.hardware.screen.portrait";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device supports landscape orientation
     * screens.  For backwards compatibility, you can assume that if neither
     * this nor {@link #FEATURE_SCREEN_PORTRAIT} is set then the device supports
     * both portrait and landscape.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_SCREEN_LANDSCAPE = "android.hardware.screen.landscape"
;

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device supports live wallpapers.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_LIVE_WALLPAPER = "android.software.live_wallpaper";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device supports WiFi (802.11) networking.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_WIFI = "android.hardware.wifi";

    /**
     * Feature for {@link #getSystemAvailableFeatures} and
     * {@link #hasSystemFeature}: The device supports Wi-Fi Direct networking.
     */
    @SdkConstant(SdkConstantType.FEATURE)
    public static final String FEATURE_WIFI_DIRECT = "android.hardware.wifi.direct";

```

```
    /**
     * Action to external storage service to clean out removed apps.
     * @hide
     */
    public static final String ACTION_CLEAN_EXTERNAL_STORAGE
            = "android.content.pm.CLEAN_EXTERNAL_STORAGE";

    /**
     * Extra field name for the URI to a verification file. Passed to a package
     * verifier.
     *
     * @hide
     */
    public static final String EXTRA_VERIFICATION_URI = "android.content.pm.extra.
VERIFICATION_URI";

    /**
     * Extra field name for the ID of a package pending verification. Passed to
     * a package verifier and is used to call back to
     * {@link PackageManager#verifyPendingInstall(int, int)}
     */
    public static final String EXTRA_VERIFICATION_ID = "android.content.pm.extra.
VERIFICATION_ID";

    /**
     * Extra field name for the package identifier which is trying to install
     * the package.
     *
     * @hide
     */
    public static final String EXTRA_VERIFICATION_INSTALLER_PACKAGE
            = "android.content.pm.extra.VERIFICATION_INSTALLER_PACKAGE";

    /**
     * Extra field name for the requested install flags for a package pending
     * verification. Passed to a package verifier.
     *
     * @hide
     */
```

```
    public static final String EXTRA_VERIFICATION_INSTALL_FLAGS
            = "android.content.pm.extra.VERIFICATION_INSTALL_FLAGS";

    /**
     * Retrieve overall information about an application package that is
     * installed on the system.
     * <p>
     * Throws {@link NameNotFoundException} if a package with the given name can
     * not be found on the system.
     *
     * @param packageName The full name (i.e. com.google.apps.contacts) of the
     *            desired package.
     * @param flags Additional option flags. Use any combination of
     *            {@link #GET_ACTIVITIES}, {@link #GET_GIDS},
     *            {@link #GET_CONFIGURATIONS}, {@link #GET_INSTRUMENTATION},
     *            {@link #GET_PERMISSIONS}, {@link #GET_PROVIDERS},
     *            {@link #GET_RECEIVERS}, {@link #GET_SERVICES},
     *            {@link #GET_SIGNATURES}, {@link #GET_UNINSTALLED_PACKAGES} to
     *            modify the data returned.
     * @return Returns a PackageInfo object containing information about the
     *         package. If flag GET_UNINSTALLED_PACKAGES is set and if the
     *         package is not found in the list of installed applications, the
     *         package information is retrieved from the list of uninstalled
     *         applications(which includes installed applications as well as
     *         applications with data directory ie applications which had been
     *         deleted with DONT_DELTE_DATA flag set).
     * @see #GET_ACTIVITIES
     * @see #GET_GIDS
     * @see #GET_CONFIGURATIONS
     * @see #GET_INSTRUMENTATION
     * @see #GET_PERMISSIONS
     * @see #GET_PROVIDERS
     * @see #GET_RECEIVERS
     * @see #GET_SERVICES
     * @see #GET_SIGNATURES
     * @see #GET_UNINSTALLED_PACKAGES
     */
    public abstract PackageInfo getPackageInfo(String packageName, int flags)
            throws NameNotFoundException;
```

```

    /**
     * Map from the current package names in use on the device to whatever
     * the current canonical name of that package is.
     * @param names Array of current names to be mapped.
     * @return Returns an array of the same size as the original, containing
     * the canonical name for each package.
     */
    public abstract String[] currentToCanonicalPackageNames(String[] names);

    /**
     * Map from a packages canonical name to the current name in use on the device.
     * @param names Array of new names to be mapped.
     * @return Returns an array of the same size as the original, containing
     * the current name for each package.
     */
    public abstract String[] canonicalToCurrentPackageNames(String[] names);

    /**
     * Return a "good" intent to launch a front-door activity in a package,
     * for use for example to implement an "open" button when browsing through
     * packages.  The current implementation will look first for a main
     * activity in the category {@link Intent#CATEGORY_INFO}, next for a
     * main activity in the category {@link Intent#CATEGORY_LAUNCHER}, or return
     * null if neither are found.
     *
     * <p>Throws {@link NameNotFoundException} if a package with the given
     * name can not be found on the system.
     *
     * @param packageName The name of the package to inspect.
     *
     * @return Returns either a fully-qualified Intent that can be used to
     * launch the main activity in the package, or null if the package does
     * not contain such an activity.
     */
    public abstract Intent getLaunchIntentForPackage(String packageName);

    /**
     * Return an array of all of the secondary group-ids that have been
```

```
     * assigned to a package.
     *
     * <p>Throws {@link NameNotFoundException} if a package with the given
     * name can not be found on the system.
     *
     * @param packageName The full name (i.e. com.google.apps.contacts) of the
     *                    desired package.
     *
     * @return Returns an int array of the assigned gids, or null if there
     * are none.
     */
    public abstract int[] getPackageGids(String packageName)
            throws NameNotFoundException;

    /**
     * Retrieve all of the information we know about a particular permission.
     *
     * <p>Throws {@link NameNotFoundException} if a permission with the given
     * name can not be found on the system.
     *
     * @param name The fully qualified name (i.e. com.google.permission.LOGIN)
     *             of the permission you are interested in.
     * @param flags Additional option flags.  Use {@link #GET_META_DATA} to
     * retrieve any meta-data associated with the permission.
     *
     * @return Returns a {@link PermissionInfo} containing information about the
     *         permission.
     */
    public abstract PermissionInfo getPermissionInfo(String name, int flags)
            throws NameNotFoundException;

    /**
     * Query for all of the permissions associated with a particular group.
     *
     * <p>Throws {@link NameNotFoundException} if the given group does not
     * exist.
     *
     * @param group The fully qualified name (i.e. com.google.permission.LOGIN)
     *             of the permission group you are interested in.  Use null to
```

```
     *              find all of the permissions not associated with a group.
     * @param flags Additional option flags.  Use {@link #GET_META_DATA} to
     * retrieve any meta-data associated with the permissions.
     *
     * @return Returns a list of {@link PermissionInfo} containing information
     * about all of the permissions in the given group.
     */
    public abstract List<PermissionInfo> queryPermissionsByGroup(String group,
            int flags) throws NameNotFoundException;

    /**
     * Retrieve all of the information we know about a particular group of
     * permissions.
     *
     * <p>Throws {@link NameNotFoundException} if a permission group with the given
     * name can not be found on the system.
     *
     * @param name The fully qualified name (i.e. com.google.permission_group.APPS)
     *             of the permission you are interested in.
     * @param flags Additional option flags.  Use {@link #GET_META_DATA} to
     * retrieve any meta-data associated with the permission group.
     *
     * @return Returns a {@link PermissionGroupInfo} containing information
     * about the permission.
     */
    public abstract PermissionGroupInfo getPermissionGroupInfo(String name,
            int flags) throws NameNotFoundException;

    /**
     * Retrieve all of the known permission groups in the system.
     *
     * @param flags Additional option flags.  Use {@link #GET_META_DATA} to
     * retrieve any meta-data associated with the permission group.
     *
     * @return Returns a list of {@link PermissionGroupInfo} containing
     * information about all of the known permission groups.
     */
    public abstract List<PermissionGroupInfo> getAllPermissionGroups(int flags);
```

```
    /**
     * Retrieve all of the information we know about a particular
     * package/application.
     *
     * <p>Throws {@link NameNotFoundException} if an application with the given
     * package name can not be found on the system.
     *
     * @param packageName The full name (i.e. com.google.apps.contacts) of an
     *                    application.
     * @param flags Additional option flags. Use any combination of
     * {@link #GET_META_DATA}, {@link #GET_SHARED_LIBRARY_FILES},
     * {@link #GET_UNINSTALLED_PACKAGES} to modify the data returned.
     *
     * @return  {@link ApplicationInfo} Returns ApplicationInfo object containing
     *         information about the package.
     *         If flag GET_UNINSTALLED_PACKAGES is set and  if the package is not
     *         found in the list of installed applications,
     *         the application information is retrieved from the
     *         list of uninstalled applications(which includes
     *         installed applications as well as applications
     *         with data directory ie applications which had been
     *         deleted with DONT_DELTE_DATA flag set).
     *
     * @see #GET_META_DATA
     * @see #GET_SHARED_LIBRARY_FILES
     * @see #GET_UNINSTALLED_PACKAGES
     */
    public abstract ApplicationInfo getApplicationInfo(String packageName,
            int flags) throws NameNotFoundException;

    /**
     * Retrieve all of the information we know about a particular activity
     * class.
     *
     * <p>Throws {@link NameNotFoundException} if an activity with the given
     * class name can not be found on the system.
     *
     * @param component The full component name (i.e.
     * com.google.apps.contacts/com.google.apps.contacts.ContactsList) of an Activity
```

```
     * class.
     * @param flags Additional option flags. Use any combination of
     * {@link #GET_META_DATA}, {@link #GET_SHARED_LIBRARY_FILES},
     * to modify the data (in ApplicationInfo) returned.
     *
     * @return {@link ActivityInfo} containing information about the activity.
     *
     * @see #GET_INTENT_FILTERS
     * @see #GET_META_DATA
     * @see #GET_SHARED_LIBRARY_FILES
     */
    public abstract ActivityInfo getActivityInfo(ComponentName component,
            int flags) throws NameNotFoundException;

    /**
     * Retrieve all of the information we know about a particular receiver
     * class.
     *
     * <p>Throws {@link NameNotFoundException} if a receiver with the given
     * class name can not be found on the system.
     *
     * @param component The full component name (i.e.
     * com.google.apps.calendar/com.google.apps.calendar.CalendarAlarm) of a Receiver
     * class.
     * @param flags Additional option flags.  Use any combination of
     * {@link #GET_META_DATA}, {@link #GET_SHARED_LIBRARY_FILES},
     * to modify the data returned.
     *
     * @return {@link ActivityInfo} containing information about the receiver.
     *
     * @see #GET_INTENT_FILTERS
     * @see #GET_META_DATA
     * @see #GET_SHARED_LIBRARY_FILES
     */
    public abstract ActivityInfo getReceiverInfo(ComponentName component,
            int flags) throws NameNotFoundException;

    /**
     * Retrieve all of the information we know about a particular service
```

```
     * class.
     *
     * <p>Throws {@link NameNotFoundException} if a service with the given
     * class name can not be found on the system.
     *
     * @param component The full component name (i.e.
     * com.google.apps.media/com.google.apps.media.BackgroundPlayback) of a Service
     * class.
     * @param flags Additional option flags.  Use any combination of
     * {@link #GET_META_DATA}, {@link #GET_SHARED_LIBRARY_FILES},
     * to modify the data returned.
     *
     * @return ServiceInfo containing information about the service.
     *
     * @see #GET_META_DATA
     * @see #GET_SHARED_LIBRARY_FILES
     */
    public abstract ServiceInfo getServiceInfo(ComponentName component,
            int flags) throws NameNotFoundException;

    /**
     * Retrieve all of the information we know about a particular content
     * provider class.
     *
     * <p>Throws {@link NameNotFoundException} if a provider with the given
     * class name can not be found on the system.
     *
     * @param component The full component name (i.e.
     * com.google.providers.media/com.google.providers.media.MediaProvider) of a
     * ContentProvider class.
     * @param flags Additional option flags.  Use any combination of
     * {@link #GET_META_DATA}, {@link #GET_SHARED_LIBRARY_FILES},
     * to modify the data returned.
     *
     * @return ProviderInfo containing information about the service.
     *
     * @see #GET_META_DATA
     * @see #GET_SHARED_LIBRARY_FILES
     */
```

```
    public abstract ProviderInfo getProviderInfo(ComponentName component,
            int flags) throws NameNotFoundException;

    /**
     * Return a List of all packages that are installed
     * on the device.
     *
     * @param flags Additional option flags. Use any combination of
     * {@link #GET_ACTIVITIES},
     * {@link #GET_GIDS},
     * {@link #GET_CONFIGURATIONS},
     * {@link #GET_INSTRUMENTATION},
     * {@link #GET_PERMISSIONS},
     * {@link #GET_PROVIDERS},
     * {@link #GET_RECEIVERS},
     * {@link #GET_SERVICES},
     * {@link #GET_SIGNATURES},
     * {@link #GET_UNINSTALLED_PACKAGES} to modify the data returned.
     *
     * @return A List of PackageInfo objects, one for each package that is
     *         installed on the device.  In the unlikely case of there being no
     *         installed packages, an empty list is returned.
     *         If flag GET_UNINSTALLED_PACKAGES is set, a list of all
     *         applications including those deleted with DONT_DELETE_DATA
     *         (partially installed apps with data directory) will be returned.
     *
     * @see #GET_ACTIVITIES
     * @see #GET_GIDS
     * @see #GET_CONFIGURATIONS
     * @see #GET_INSTRUMENTATION
     * @see #GET_PERMISSIONS
     * @see #GET_PROVIDERS
     * @see #GET_RECEIVERS
     * @see #GET_SERVICES
     * @see #GET_SIGNATURES
     * @see #GET_UNINSTALLED_PACKAGES
     *
     */
    public abstract List<PackageInfo> getInstalledPackages(int flags);
```

```

    /**
     * Check whether a particular package has been granted a particular
     * permission.
     *
     * @param permName The name of the permission you are checking for,
     * @param pkgName The name of the package you are checking against.
     *
     * @return If the package has the permission, PERMISSION_GRANTED is
     * returned.  If it does not have the permission, PERMISSION_DENIED
     * is returned.
     *
     * @see #PERMISSION_GRANTED
     * @see #PERMISSION_DENIED
     */
    public abstract int checkPermission(String permName, String pkgName);

    /**
     * Add a new dynamic permission to the system.  For this to work, your
     * package must have defined a permission tree through the
     * {@link android.R.styleable#AndroidManifestPermissionTree
     * &lt;permission-tree&gt;} tag in its manifest.  A package can only add
     * permissions to trees that were defined by either its own package or
     * another with the same user id; a permission is in a tree if it
     * matches the name of the permission tree + ".": for example,
     * "com.foo.bar" is a member of the permission tree "com.foo".
     *
     * <p>It is good to make your permission tree name descriptive, because you
     * are taking possession of that entire set of permission names.  Thus, it
     * must be under a domain you control, with a suffix that will not match
     * any normal permissions that may be declared in any applications that
     * are part of that domain.
     *
     * <p>New permissions must be added before
     * any .apks are installed that use those permissions.  Permissions you
     * add through this method are remembered across reboots of the device.
     * If the given permission already exists, the info you supply here
     * will be used to update it.
     *
```

```
     * @param info Description of the permission to be added.
     *
     * @return Returns true if a new permission was created, false if an
     * existing one was updated.
     *
     * @throws SecurityException if you are not allowed to add the
     * given permission name.
     *
     * @see #removePermission(String)
     */
    public abstract boolean addPermission(PermissionInfo info);

    /**
     * Like {@link #addPermission(PermissionInfo)} but asynchronously
     * persists the package manager state after returning from the call,
     * allowing it to return quicker and batch a series of adds at the
     * expense of no guarantee the added permission will be retained if
     * the device is rebooted before it is written.
     */
    public abstract boolean addPermissionAsync(PermissionInfo info);

    /**
     * Removes a permission that was previously added with
     * {@link #addPermission(PermissionInfo)}.  The same ownership rules apply
     * -- you are only allowed to remove permissions that you are allowed
     * to add.
     *
     * @param name The name of the permission to remove.
     *
     * @throws SecurityException if you are not allowed to remove the
     * given permission name.
     *
     * @see #addPermission(PermissionInfo)
     */
    public abstract void removePermission(String name);

    /**
     * Compare the signatures of two packages to determine if the same
     * signature appears in both of them.  If they do contain the same
```

```
     * signature, then they are allowed special privileges when working
     * with each other: they can share the same user-id, run instrumentation
     * against each other, etc.
     *
     * @param pkg1 First package name whose signature will be compared.
     * @param pkg2 Second package name whose signature will be compared.
     *
     * @return Returns an integer indicating whether all signatures on the
     * two packages match. The value is >= 0 ({@link #SIGNATURE_MATCH}) if
     * all signatures match or < 0 if there is not a match ({@link
     * #SIGNATURE_NO_MATCH} or {@link #SIGNATURE_UNKNOWN_PACKAGE}).
     *
     * @see #checkSignatures(int, int)
     * @see #SIGNATURE_MATCH
     * @see #SIGNATURE_NO_MATCH
     * @see #SIGNATURE_UNKNOWN_PACKAGE
     */
    public abstract int checkSignatures(String pkg1, String pkg2);

    /**
     * Like {@link #checkSignatures(String, String)}, but takes UIDs of
     * the two packages to be checked.  This can be useful, for example,
     * when doing the check in an IPC, where the UID is the only identity
     * available.  It is functionally identical to determining the package
     * associated with the UIDs and checking their signatures.
     *
     * @param uid1 First UID whose signature will be compared.
     * @param uid2 Second UID whose signature will be compared.
     *
     * @return Returns an integer indicating whether all signatures on the
     * two packages match. The value is >= 0 ({@link #SIGNATURE_MATCH}) if
     * all signatures match or < 0 if there is not a match ({@link
     * #SIGNATURE_NO_MATCH} or {@link #SIGNATURE_UNKNOWN_PACKAGE}).
     *
     * @see #checkSignatures(String, String)
     * @see #SIGNATURE_MATCH
     * @see #SIGNATURE_NO_MATCH
     * @see #SIGNATURE_UNKNOWN_PACKAGE
     */
```

```
    public abstract int checkSignatures(int uid1, int uid2);

    /**
     * Retrieve the names of all packages that are associated with a particular
     * user id.  In most cases, this will be a single package name, the package
     * that has been assigned that user id.  Where there are multiple packages
     * sharing the same user id through the "sharedUserId" mechanism, all
     * packages with that id will be returned.
     *
     * @param uid The user id for which you would like to retrieve the
     * associated packages.
     *
     * @return Returns an array of one or more packages assigned to the user
     * id, or null if there are no known packages with the given id.
     */
    public abstract String[] getPackagesForUid(int uid);

    /**
     * Retrieve the official name associated with a user id.  This name is
     * guaranteed to never change, though it is possibly for the underlying
     * user id to be changed.  That is, if you are storing information about
     * user ids in persistent storage, you should use the string returned
     * by this function instead of the raw user-id.
     *
     * @param uid The user id for which you would like to retrieve a name.
     * @return Returns a unique name for the given user id, or null if the
     * user id is not currently assigned.
     */
    public abstract String getNameForUid(int uid);

    /**
     * Return the user id associated with a shared user name. Multiple
     * applications can specify a shared user name in their manifest and thus
     * end up using a common uid. This might be used for new applications
     * that use an existing shared user name and need to know the uid of the
     * shared user.
     *
     * @param sharedUserName The shared user name whose uid is to be retrieved.
     * @return Returns the uid associated with the shared user, or  NameNotFoundException
```

```
     * if the shared user name is not being used by any installed packages
     * @hide
     */
    public abstract int getUidForSharedUser(String sharedUserName)
            throws NameNotFoundException;

    /**
     * Return a List of all application packages that are installed on the
     * device. If flag GET_UNINSTALLED_PACKAGES has been set, a list of all
     * applications including those deleted with DONT_DELETE_DATA(partially
     * installed apps with data directory) will be returned.
     *
     * @param flags Additional option flags. Use any combination of
     * {@link #GET_META_DATA}, {@link #GET_SHARED_LIBRARY_FILES},
     * {link #GET_UNINSTALLED_PACKAGES} to modify the data returned.
     *
     * @return A List of ApplicationInfo objects, one for each application that
     *         is installed on the device.  In the unlikely case of there being
     *         no installed applications, an empty list is returned.
     *         If flag GET_UNINSTALLED_PACKAGES is set, a list of all
     *         applications including those deleted with DONT_DELETE_DATA
     *         (partially installed apps with data directory) will be returned.
     *
     * @see #GET_META_DATA
     * @see #GET_SHARED_LIBRARY_FILES
     * @see #GET_UNINSTALLED_PACKAGES
     */
    public abstract List<ApplicationInfo> getInstalledApplications(int flags);

    /**
     * Get a list of shared libraries that are available on the
     * system.
     *
     * @return An array of shared library names that are
     * available on the system, or null if none are installed.
     *
     */
    public abstract String[] getSystemSharedLibraryNames();

```

```
    /**
     * Get a list of features that are available on the
     * system.
     *
     * @return An array of FeatureInfo classes describing the features
     * that are available on the system, or null if there are none(!!).
     */
    public abstract FeatureInfo[] getSystemAvailableFeatures();

    /**
     * Check whether the given feature name is one of the available
     * features as returned by {@link #getSystemAvailableFeatures()}.
     *
     * @return Returns true if the devices supports the feature, else
     * false.
     */
    public abstract boolean hasSystemFeature(String name);

    /**
     * Determine the best action to perform for a given Intent.  This is how
     * {@link Intent#resolveActivity} finds an activity if a class has not
     * been explicitly specified.
     *
     * <p><em>Note:</em> if using an implicit Intent (without an explicit ComponentName
     * specified), be sure to consider whether to set the {@link #MATCH_DEFAULT_ONLY}
     * only flag.  You need to do so to resolve the activity in the same way
     * that {@link android.content.Context#startActivity(Intent)} and
     * {@link android.content.Intent#resolveActivity(PackageManager)
     * Intent.resolveActivity(PackageManager)} do.</p>
     *
     * @param intent An intent containing all of the desired specification
     *               (action, data, type, category, and/or component).
     * @param flags Additional option flags.  The most important is
     * {@link #MATCH_DEFAULT_ONLY}, to limit the resolution to only
     * those activities that support the {@link android.content.Intent#CATEGORY_DEFAULT}.
     *
     * @return Returns a ResolveInfo containing the final activity intent that
     *         was determined to be the best action.  Returns null if no
     *         matching activity was found. If multiple matching activities are
```

```
     *         found and there is no default set, returns a ResolveInfo
     *         containing something else, such as the activity resolver.
     *
     * @see #MATCH_DEFAULT_ONLY
     * @see #GET_INTENT_FILTERS
     * @see #GET_RESOLVED_FILTER
     */
    public abstract ResolveInfo resolveActivity(Intent intent, int flags);

    /**
     * Retrieve all activities that can be performed for the given intent.
     *
     * @param intent The desired intent as per resolveActivity().
     * @param flags Additional option flags.  The most important is
     * {@link #MATCH_DEFAULT_ONLY}, to limit the resolution to only
     * those activities that support the {@link android.content.Intent#CATEGORY_DEFAULT}.
     *
     * @return A List&lt;ResolveInfo&gt; containing one entry for each matching
     *         Activity. These are ordered from best to worst match -- that
     *         is, the first item in the list is what is returned by
     *         {@link #resolveActivity}.  If there are no matching activities, an empty
     *         list is returned.
     *
     * @see #MATCH_DEFAULT_ONLY
     * @see #GET_INTENT_FILTERS
     * @see #GET_RESOLVED_FILTER
     */
    public abstract List<ResolveInfo> queryIntentActivities(Intent intent,
            int flags);

    /**
     * Retrieve a set of activities that should be presented to the user as
     * similar options.  This is like {@link #queryIntentActivities}, except it
     * also allows you to supply a list of more explicit Intents that you would
     * like to resolve to particular options, and takes care of returning the
     * final ResolveInfo list in a reasonable order, with no duplicates, based
     * on those inputs.
     *
     * @param caller The class name of the activity that is making the
```

```
     *                request.  This activity will never appear in the output
     *                list.  Can be null.
     * @param specifics An array of Intents that should be resolved to the
     *                  first specific results.  Can be null.
     * @param intent The desired intent as per resolveActivity().
     * @param flags Additional option flags.  The most important is
     * {@link #MATCH_DEFAULT_ONLY}, to limit the resolution to only
     * those activities that support the {@link android.content.Intent#CATEGORY_DEFAULT}.
     *
     * @return A List&lt;ResolveInfo&gt; containing one entry for each matching
     *         Activity. These are ordered first by all of the intents resolved
     *         in <var>specifics</var> and then any additional activities that
     *         can handle <var>intent</var> but did not get included by one of
     *         the <var>specifics</var> intents.  If there are no matching
     *         activities, an empty list is returned.
     *
     * @see #MATCH_DEFAULT_ONLY
     * @see #GET_INTENT_FILTERS
     * @see #GET_RESOLVED_FILTER
     */
    public abstract List<ResolveInfo> queryIntentActivityOptions(
            ComponentName caller, Intent[] specifics, Intent intent, int flags);

    /**
     * Retrieve all receivers that can handle a broadcast of the given intent.
     *
     * @param intent The desired intent as per resolveActivity().
     * @param flags Additional option flags.
     *
     * @return A List&lt;ResolveInfo&gt; containing one entry for each matching
     *         Receiver. These are ordered from first to last in priority.  If
     *         there are no matching receivers, an empty list is returned.
     *
     * @see #MATCH_DEFAULT_ONLY
     * @see #GET_INTENT_FILTERS
     * @see #GET_RESOLVED_FILTER
     */
    public abstract List<ResolveInfo> queryBroadcastReceivers(Intent intent,
            int flags);
```

```

    /**
     * Determine the best service to handle for a given Intent.
     *
     * @param intent An intent containing all of the desired specification
     *               (action, data, type, category, and/or component).
     * @param flags Additional option flags.
     *
     * @return Returns a ResolveInfo containing the final service intent that
     *         was determined to be the best action.  Returns null if no
     *         matching service was found.
     *
     * @see #GET_INTENT_FILTERS
     * @see #GET_RESOLVED_FILTER
     */
    public abstract ResolveInfo resolveService(Intent intent, int flags);

    /**
     * Retrieve all services that can match the given intent.
     *
     * @param intent The desired intent as per resolveService().
     * @param flags Additional option flags.
     *
     * @return A List&lt;ResolveInfo&gt; containing one entry for each matching
     *         ServiceInfo. These are ordered from best to worst match -- that
     *         is, the first item in the list is what is returned by
     *         resolveService().  If there are no matching services, an empty
     *         list is returned.
     *
     * @see #GET_INTENT_FILTERS
     * @see #GET_RESOLVED_FILTER
     */
    public abstract List<ResolveInfo> queryIntentServices(Intent intent,
            int flags);

    /**
     * Find a single content provider by its base path name.
     *
     * @param name The name of the provider to find.
```

```
     * @param flags Additional option flags.  Currently should always be 0.
     *
     * @return ContentProviderInfo Information about the provider, if found,
     *         else null.
     */
    public abstract ProviderInfo resolveContentProvider(String name,
            int flags);

    /**
     * Retrieve content provider information.
     *
     * <p><em>Note: unlike most other methods, an empty result set is indicated
     * by a null return instead of an empty list.</em>
     *
     * @param processName If non-null, limits the returned providers to only
     *                    those that are hosted by the given process.  If null,
     *                    all content providers are returned.
     * @param uid If <var>processName</var> is non-null, this is the required
     *        uid owning the requested content providers.
     * @param flags Additional option flags.  Currently should always be 0.
     *
     * @return A List&lt;ContentProviderInfo&gt; containing one entry for each
     *         content provider either patching <var>processName</var> or, if
     *         <var>processName</var> is null, all known content providers.
     *         <em>If there are no matching providers, null is returned.</em>
     */
    public abstract List<ProviderInfo> queryContentProviders(
            String processName, int uid, int flags);

    /**
     * Retrieve all of the information we know about a particular
     * instrumentation class.
     *
     * <p>Throws {@link NameNotFoundException} if instrumentation with the
     * given class name can not be found on the system.
     *
     * @param className The full name (i.e.
     *                  com.google.apps.contacts.InstrumentList) of an
     *                  Instrumentation class.
```

```
     * @param flags Additional option flags.  Currently should always be 0.
     *
     * @return InstrumentationInfo containing information about the
     *         instrumentation.
     */
    public abstract InstrumentationInfo getInstrumentationInfo(
            ComponentName className, int flags) throws NameNotFoundException;

    /**
     * Retrieve information about available instrumentation code.  May be used
     * to retrieve either all instrumentation code, or only the code targeting
     * a particular package.
     *
     * @param targetPackage If null, all instrumentation is returned; only the
     *                      instrumentation targeting this package name is
     *                      returned.
     * @param flags Additional option flags.  Currently should always be 0.
     *
     * @return A List&lt;InstrumentationInfo&gt; containing one entry for each
     *         matching available Instrumentation.  Returns an empty list if
     *         there is no instrumentation available for the given package.
     */
    public abstract List<InstrumentationInfo> queryInstrumentation(
            String targetPackage, int flags);

    /**
     * Retrieve an image from a package.  This is a low-level API used by
     * the various package manager info structures (such as
     * {@link ComponentInfo} to implement retrieval of their associated
     * icon.
     *
     * @param packageName The name of the package that this icon is coming from.
     * Can not be null.
     * @param resid The resource identifier of the desired image.  Can not be 0.
     * @param appInfo Overall information about <var>packageName</var>.  This
     * may be null, in which case the application information will be retrieved
     * for you if needed; if you already have this information around, it can
     * be much more efficient to supply it here.
     *
```

```
     * @return Returns a Drawable holding the requested image.  Returns null if
     * an image could not be found for any reason.
     */
    public abstract Drawable getDrawable(String packageName, int resid,
            ApplicationInfo appInfo);

    /**
     * Retrieve the icon associated with an activity.  Given the full name of
     * an activity, retrieves the information about it and calls
     * {@link ComponentInfo#loadIcon ComponentInfo.loadIcon()} to return its icon.
     * If the activity can not be found, NameNotFoundException is thrown.
     *
     * @param activityName Name of the activity whose icon is to be retrieved.
     *
     * @return Returns the image of the icon, or the default activity icon if
     * it could not be found.  Does not return null.
     * @throws NameNotFoundException Thrown if the resources for the given
     * activity could not be loaded.
     *
     * @see #getActivityIcon(Intent)
     */
    public abstract Drawable getActivityIcon(ComponentName activityName)
            throws NameNotFoundException;

    /**
     * Retrieve the icon associated with an Intent.  If intent.getClassName() is
     * set, this simply returns the result of
     * getActivityIcon(intent.getClassName()).  Otherwise it resolves the intent's
     * component and returns the icon associated with the resolved component.
     * If intent.getClassName() can not be found or the Intent can not be resolved
     * to a component, NameNotFoundException is thrown.
     *
     * @param intent The intent for which you would like to retrieve an icon.
     *
     * @return Returns the image of the icon, or the default activity icon if
     * it could not be found.  Does not return null.
     * @throws NameNotFoundException Thrown if the resources for application
     * matching the given intent could not be loaded.
     *
```

```
     * @see #getActivityIcon(ComponentName)
     */
    public abstract Drawable getActivityIcon(Intent intent)
            throws NameNotFoundException;

    /**
     * Return the generic icon for an activity that is used when no specific
     * icon is defined.
     *
     * @return Drawable Image of the icon.
     */
    public abstract Drawable getDefaultActivityIcon();

    /**
     * Retrieve the icon associated with an application.  If it has not defined
     * an icon, the default app icon is returned.  Does not return null.
     *
     * @param info Information about application being queried.
     *
     * @return Returns the image of the icon, or the default application icon
     * if it could not be found.
     *
     * @see #getApplicationIcon(String)
     */
    public abstract Drawable getApplicationIcon(ApplicationInfo info);

    /**
     * Retrieve the icon associated with an application.  Given the name of the
     * application's package, retrieves the information about it and calls
     * getApplicationIcon() to return its icon. If the application can not be
     * found, NameNotFoundException is thrown.
     *
     * @param packageName Name of the package whose application icon is to be
     *                    retrieved.
     *
     * @return Returns the image of the icon, or the default application icon
     * if it could not be found.  Does not return null.
     * @throws NameNotFoundException Thrown if the resources for the given
     * application could not be loaded.
```

```
     *
     * @see #getApplicationIcon(ApplicationInfo)
     */
    public abstract Drawable getApplicationIcon(String packageName)
            throws NameNotFoundException;

    /**
     * Retrieve the logo associated with an activity.  Given the full name of
     * an activity, retrieves the information about it and calls
     * {@link ComponentInfo#loadLogo ComponentInfo.loadLogo()} to return its logo.
     * If the activity can not be found, NameNotFoundException is thrown.
     *
     * @param activityName Name of the activity whose logo is to be retrieved.
     *
     * @return Returns the image of the logo or null if the activity has no
     * logo specified.
     *
     * @throws NameNotFoundException Thrown if the resources for the given
     * activity could not be loaded.
     *
     * @see #getActivityLogo(Intent)
     */
    public abstract Drawable getActivityLogo(ComponentName activityName)
            throws NameNotFoundException;

    /**
     * Retrieve the logo associated with an Intent.  If intent.getClassName() is
     * set, this simply returns the result of
     * getActivityLogo(intent.getClassName()).  Otherwise it resolves the intent's
     * component and returns the logo associated with the resolved component.
     * If intent.getClassName() can not be found or the Intent can not be resolved
     * to a component, NameNotFoundException is thrown.
     *
     * @param intent The intent for which you would like to retrieve a logo.
     *
     * @return Returns the image of the logo, or null if the activity has no
     * logo specified.
     *
     * @throws NameNotFoundException Thrown if the resources for application
```

```
     * matching the given intent could not be loaded.
     *
     * @see #getActivityLogo(ComponentName)
     */
    public abstract Drawable getActivityLogo(Intent intent)
            throws NameNotFoundException;

    /**
     * Retrieve the logo associated with an application.  If it has not specified
     * a logo, this method returns null.
     *
     * @param info Information about application being queried.
     *
     * @return Returns the image of the logo, or null if no logo is specified
     * by the application.
     *
     * @see #getApplicationLogo(String)
     */
    public abstract Drawable getApplicationLogo(ApplicationInfo info);

    /**
     * Retrieve the logo associated with an application.  Given the name of the
     * application's package, retrieves the information about it and calls
     * getApplicationLogo() to return its logo. If the application can not be
     * found, NameNotFoundException is thrown.
     *
     * @param packageName Name of the package whose application logo is to be
     *                    retrieved.
     *
     * @return Returns the image of the logo, or null if no application logo
     * has been specified.
     *
     * @throws NameNotFoundException Thrown if the resources for the given
     * application could not be loaded.
     *
     * @see #getApplicationLogo(ApplicationInfo)
     */
    public abstract Drawable getApplicationLogo(String packageName)
            throws NameNotFoundException;
```

```

    /**
     * Retrieve text from a package.  This is a low-level API used by
     * the various package manager info structures (such as
     * {@link ComponentInfo} to implement retrieval of their associated
     * labels and other text.
     *
     * @param packageName The name of the package that this text is coming from.
     * Can not be null.
     * @param resid The resource identifier of the desired text.  Can not be 0.
     * @param appInfo Overall information about <var>packageName</var>.  This
     * may be null, in which case the application information will be retrieved
     * for you if needed; if you already have this information around, it can
     * be much more efficient to supply it here.
     *
     * @return Returns a CharSequence holding the requested text.  Returns null
     * if the text could not be found for any reason.
     */
    public abstract CharSequence getText(String packageName, int resid,
            ApplicationInfo appInfo);

    /**
     * Retrieve an XML file from a package.  This is a low-level API used to
     * retrieve XML meta data.
     *
     * @param packageName The name of the package that this xml is coming from.
     * Can not be null.
     * @param resid The resource identifier of the desired xml.  Can not be 0.
     * @param appInfo Overall information about <var>packageName</var>.  This
     * may be null, in which case the application information will be retrieved
     * for you if needed; if you already have this information around, it can
     * be much more efficient to supply it here.
     *
     * @return Returns an XmlPullParser allowing you to parse out the XML
     * data.  Returns null if the xml resource could not be found for any
     * reason.
     */
    public abstract XmlResourceParser getXml(String packageName, int resid,
            ApplicationInfo appInfo);
```

```java

    /**
     * Return the label to use for this application.
     *
     * @return Returns the label associated with this application, or null if
     * it could not be found for any reason.
     * @param info The application to get the label of
     */
    public abstract CharSequence getApplicationLabel(ApplicationInfo info);

    /**
     * Retrieve the resources associated with an activity.  Given the full
     * name of an activity, retrieves the information about it and calls
     * getResources() to return its application's resources.  If the activity
     * can not be found, NameNotFoundException is thrown.
     *
     * @param activityName Name of the activity whose resources are to be
     *                     retrieved.
     *
     * @return Returns the application's Resources.
     * @throws NameNotFoundException Thrown if the resources for the given
     * application could not be loaded.
     *
     * @see #getResourcesForApplication(ApplicationInfo)
     */
    public abstract Resources getResourcesForActivity(ComponentName activityName)
            throws NameNotFoundException;

    /**
     * Retrieve the resources for an application.  Throws NameNotFoundException
     * if the package is no longer installed.
     *
     * @param app Information about the desired application.
     *
     * @return Returns the application's Resources.
     * @throws NameNotFoundException Thrown if the resources for the given
     * application could not be loaded (most likely because it was uninstalled).
     */
    public abstract Resources getResourcesForApplication(ApplicationInfo app)
```

```
            throws NameNotFoundException;

    /**
     * Retrieve the resources associated with an application.  Given the full
     * package name of an application, retrieves the information about it and
     * calls getResources() to return its application's resources.  If the
     * appPackageName can not be found, NameNotFoundException is thrown.
     *
     * @param appPackageName Package name of the application whose resources
     *                       are to be retrieved.
     *
     * @return Returns the application's Resources.
     * @throws NameNotFoundException Thrown if the resources for the given
     * application could not be loaded.
     *
     * @see #getResourcesForApplication(ApplicationInfo)
     */
    public abstract Resources getResourcesForApplication(String appPackageName)
            throws NameNotFoundException;

    /**
     * Retrieve overall information about an application package defined
     * in a package archive file
     *
     * @param archiveFilePath The path to the archive file
     * @param flags Additional option flags. Use any combination of
     * {@link #GET_ACTIVITIES},
     * {@link #GET_GIDS},
     * {@link #GET_CONFIGURATIONS},
     * {@link #GET_INSTRUMENTATION},
     * {@link #GET_PERMISSIONS},
     * {@link #GET_PROVIDERS},
     * {@link #GET_RECEIVERS},
     * {@link #GET_SERVICES},
     * {@link #GET_SIGNATURES}, to modify the data returned.
     *
     * @return Returns the information about the package. Returns
     * null if the package could not be successfully parsed.
     *
```

```
     * @see #GET_ACTIVITIES
     * @see #GET_GIDS
     * @see #GET_CONFIGURATIONS
     * @see #GET_INSTRUMENTATION
     * @see #GET_PERMISSIONS
     * @see #GET_PROVIDERS
     * @see #GET_RECEIVERS
     * @see #GET_SERVICES
     * @see #GET_SIGNATURES
     *
     */
    public PackageInfo getPackageArchiveInfo(String archiveFilePath, int flags) {
        PackageParser packageParser = new PackageParser(archiveFilePath);
        DisplayMetrics metrics = new DisplayMetrics();
        metrics.setToDefaults();
        final File sourceFile = new File(archiveFilePath);
        PackageParser.Package pkg = packageParser.parsePackage(
                sourceFile, archiveFilePath, metrics, 0);
        if (pkg == null) {
            return null;
        }
        if ((flags & GET_SIGNATURES) != 0) {
            packageParser.collectCertificates(pkg, 0);
        }
        return PackageParser.generatePackageInfo(pkg, null, flags, 0, 0);
    }

    /**
     * @hide
     *
     * Install a package. Since this may take a little while, the result will
     * be posted back to the given observer.  An installation will fail if the calling
context
     * lacks the {@link android.Manifest.permission#INSTALL_PACKAGES} permission, if the
     * package named in the package file's manifest is already installed, or if there's no
space
     * available on the device.
     *
     * @param packageURI The location of the package file to install.  This can be a 'file:'
```

```
or a
     * 'content:' URI.
     * @param observer An observer callback to get notified when the package installation is
     * complete. {@link IPackageInstallObserver#packageInstalled(String, int)} will be
     * called when that happens.  observer may be null to indicate that no callback is
desired.
     * @param flags - possible values: {@link #INSTALL_FORWARD_LOCK},
     * {@link #INSTALL_REPLACE_EXISTING}, {@link #INSTALL_ALLOW_TEST}.
     * @param installerPackageName Optional package name of the application that is
performing the
     * installation. This identifies which market the package came from.
     */
    public abstract void installPackage(
            Uri packageURI, IPackageInstallObserver observer, int flags,
            String installerPackageName);

    /**
     * Similar to
     * {@link #installPackage(Uri, IPackageInstallObserver, int, String)} but
     * with an extra verification file provided.
     *
     * @param packageURI The location of the package file to install. This can
     *            be a 'file:' or a 'content:' URI.
     * @param observer An observer callback to get notified when the package
     *            installation is complete.
     *            {@link IPackageInstallObserver#packageInstalled(String, int)}
     *            will be called when that happens. observer may be null to
     *            indicate that no callback is desired.
     * @param flags - possible values: {@link #INSTALL_FORWARD_LOCK},
     *            {@link #INSTALL_REPLACE_EXISTING}, {@link #INSTALL_ALLOW_TEST}
     *            .
     * @param installerPackageName Optional package name of the application that
     *            is performing the installation. This identifies which market
     *            the package came from.
     * @param verificationURI The location of the supplementary verification
     *            file. This can be a 'file:' or a 'content:' URI.
     * @hide
     */
    public abstract void installPackageWithVerification(Uri packageURI,
```

```
            IPackageInstallObserver observer, int flags, String installerPackageName,
            Uri verificationURI, ManifestDigest manifestDigest);

    /**
     * Allows a package listening to the
     * {@link Intent#ACTION_PACKAGE_NEEDS_VERIFICATION package verification
     * broadcast} to respond to the package manager. The response must include
     * the {@code verificationCode} which is one of
     * {@link PackageManager#VERIFICATION_ALLOW} or
     * {@link PackageManager#VERIFICATION_REJECT}.
     *
     * @param id pending package identifier as passed via the
     *            {@link PackageManager#EXTRA_VERIFICATION_ID} Intent extra
     * @param verificationCode either {@link PackageManager#VERIFICATION_ALLOW}
     *            or {@link PackageManager#VERIFICATION_REJECT}.
     */
    public abstract void verifyPendingInstall(int id, int verificationCode);

    /**
     * Change the installer associated with a given package.  There are limitations
     * on how the installer package can be changed; in particular:
     * <ul>
     * <li> A SecurityException will be thrown if <var>installerPackageName</var>
     * is not signed with the same certificate as the calling application.
     * <li> A SecurityException will be thrown if <var>targetPackage</var> already
     * has an installer package, and that installer package is not signed with
     * the same certificate as the calling application.
     * </ul>
     *
     * @param targetPackage The installed package whose installer will be changed.
     * @param installerPackageName The package name of the new installer.  May be
     * null to clear the association.
     */
    public abstract void setInstallerPackageName(String targetPackage,
            String installerPackageName);

    /**
     * Attempts to delete a package.  Since this may take a little while, the result will
     * be posted back to the given observer.  A deletion will fail if the calling context
```

```
     * lacks the {@link android.Manifest.permission#DELETE_PACKAGES} permission, if the
     * named package cannot be found, or if the named package is a "system package".
     * (TODO: include pointer to documentation on "system packages")
     *
     * @param packageName The name of the package to delete
     * @param observer An observer callback to get notified when the package deletion is
     * complete. {@link android.content.pm.IPackageDeleteObserver#packageDeleted(boolean)}
 will be
     * called when that happens.  observer may be null to indicate that no callback is
 desired.
     * @param flags - possible values: {@link #DONT_DELETE_DATA}
     *
     * @hide
     */
    public abstract void deletePackage(
            String packageName, IPackageDeleteObserver observer, int flags);

    /**
     * Retrieve the package name of the application that installed a package. This identifies
     * which market the package came from.
     *
     * @param packageName The name of the package to query
     */
    public abstract String getInstallerPackageName(String packageName);

    /**
     * Attempts to clear the user data directory of an application.
     * Since this may take a little while, the result will
     * be posted back to the given observer.  A deletion will fail if the
     * named package cannot be found, or if the named package is a "system package".
     *
     * @param packageName The name of the package
     * @param observer An observer callback to get notified when the operation is finished
     * {@link android.content.pm.IPackageDataObserver#onRemoveCompleted(String, boolean)}
     * will be called when that happens.  observer may be null to indicate that
     * no callback is desired.
     *
     * @hide
     */
```

```
    public abstract void clearApplicationUserData(String packageName,
            IPackageDataObserver observer);
    /**
     * Attempts to delete the cache files associated with an application.
     * Since this may take a little while, the result will
     * be posted back to the given observer.  A deletion will fail if the calling context
     * lacks the {@link android.Manifest.permission#DELETE_CACHE_FILES} permission, if the
     * named package cannot be found, or if the named package is a "system package".
     *
     * @param packageName The name of the package to delete
     * @param observer An observer callback to get notified when the cache file deletion
     * is complete.
     * {@link android.content.pm.IPackageDataObserver#onRemoveCompleted(String, boolean)}
     * will be called when that happens.  observer may be null to indicate that
     * no callback is desired.
     *
     * @hide
     */
    public abstract void deleteApplicationCacheFiles(String packageName,
            IPackageDataObserver observer);

    /**
     * Free storage by deleting LRU sorted list of cache files across
     * all applications. If the currently available free storage
     * on the device is greater than or equal to the requested
     * free storage, no cache files are cleared. If the currently
     * available storage on the device is less than the requested
     * free storage, some or all of the cache files across
     * all applications are deleted (based on last accessed time)
     * to increase the free storage space on the device to
     * the requested value. There is no guarantee that clearing all
     * the cache files from all applications will clear up
     * enough storage to achieve the desired value.
     * @param freeStorageSize The number of bytes of storage to be
     * freed by the system. Say if freeStorageSize is XX,
     * and the current free storage is YY,
     * if XX is less than YY, just return. if not free XX-YY number
     * of bytes if possible.
     * @param observer call back used to notify when
```

```
     * the operation is completed
     *
     * @hide
     */
    public abstract void freeStorageAndNotify(long freeStorageSize, IPackageDataObserver
observer);

    /**
     * Free storage by deleting LRU sorted list of cache files across
     * all applications. If the currently available free storage
     * on the device is greater than or equal to the requested
     * free storage, no cache files are cleared. If the currently
     * available storage on the device is less than the requested
     * free storage, some or all of the cache files across
     * all applications are deleted (based on last accessed time)
     * to increase the free storage space on the device to
     * the requested value. There is no guarantee that clearing all
     * the cache files from all applications will clear up
     * enough storage to achieve the desired value.
     * @param freeStorageSize The number of bytes of storage to be
     * freed by the system. Say if freeStorageSize is XX,
     * and the current free storage is YY,
     * if XX is less than YY, just return. if not free XX-YY number
     * of bytes if possible.
     * @param pi IntentSender call back used to
     * notify when the operation is completed.May be null
     * to indicate that no call back is desired.
     *
     * @hide
     */
    public abstract void freeStorage(long freeStorageSize, IntentSender pi);

    /**
     * Retrieve the size information for a package.
     * Since this may take a little while, the result will
     * be posted back to the given observer.  The calling context
     * should have the {@link android.Manifest.permission#GET_PACKAGE_SIZE} permission.
     *
     * @param packageName The name of the package whose size information is to be retrieved
```

```
     * @param observer An observer callback to get notified when the operation
     * is complete.
     * {@link android.content.pm.IPackageStatsObserver#onGetStatsCompleted(PackageStats,
 boolean)}
     * The observer's callback is invoked with a PackageStats object(containing the
     * code, data and cache sizes of the package) and a boolean value representing
     * the status of the operation. observer may be null to indicate that
     * no callback is desired.
     *
     * @hide
     */
    public abstract void getPackageSizeInfo(String packageName,
            IPackageStatsObserver observer);

    /**
     * @deprecated This function no longer does anything; it was an old
     * approach to managing preferred activities, which has been superceeded
     * (and conflicts with) the modern activity-based preferences.
     */
    @Deprecated
    public abstract void addPackageToPreferred(String packageName);

    /**
     * @deprecated This function no longer does anything; it was an old
     * approach to managing preferred activities, which has been superceeded
     * (and conflicts with) the modern activity-based preferences.
     */
    @Deprecated
    public abstract void removePackageFromPreferred(String packageName);

    /**
     * Retrieve the list of all currently configured preferred packages.  The
     * first package on the list is the most preferred, the last is the
     * least preferred.
     *
     * @param flags Additional option flags. Use any combination of
     * {@link #GET_ACTIVITIES},
     * {@link #GET_GIDS},
     * {@link #GET_CONFIGURATIONS},
```

```
     * {@link #GET_INSTRUMENTATION},
     * {@link #GET_PERMISSIONS},
     * {@link #GET_PROVIDERS},
     * {@link #GET_RECEIVERS},
     * {@link #GET_SERVICES},
     * {@link #GET_SIGNATURES}, to modify the data returned.
     *
     * @return Returns a list of PackageInfo objects describing each
     * preferred application, in order of preference.
     *
     * @see #GET_ACTIVITIES
     * @see #GET_GIDS
     * @see #GET_CONFIGURATIONS
     * @see #GET_INSTRUMENTATION
     * @see #GET_PERMISSIONS
     * @see #GET_PROVIDERS
     * @see #GET_RECEIVERS
     * @see #GET_SERVICES
     * @see #GET_SIGNATURES
     */
    public abstract List<PackageInfo> getPreferredPackages(int flags);

    /**
     * @deprecated This is a protected API that should not have been available
     * to third party applications.  It is the platform's responsibility for
     * assigning preferred activities and this can not be directly modified.
     *
     * Add a new preferred activity mapping to the system.  This will be used
     * to automatically select the given activity component when
     * {@link Context#startActivity(Intent) Context.startActivity()} finds
     * multiple matching activities and also matches the given filter.
     *
     * @param filter The set of intents under which this activity will be
     * made preferred.
     * @param match The IntentFilter match category that this preference
     * applies to.
     * @param set The set of activities that the user was picking from when
     * this preference was made.
     * @param activity The component name of the activity that is to be
```

```
         * preferred.
         */
        @Deprecated
        public abstract void addPreferredActivity(IntentFilter filter, int match,
                ComponentName[] set, ComponentName activity);

        /**
         * @deprecated This is a protected API that should not have been available
         * to third party applications.  It is the platform's responsibility for
         * assigning preferred activities and this can not be directly modified.
         *
         * Replaces an existing preferred activity mapping to the system, and if that were not present
         * adds a new preferred activity.  This will be used
         * to automatically select the given activity component when
         * {@link Context#startActivity(Intent) Context.startActivity()} finds
         * multiple matching activities and also matches the given filter.
         *
         * @param filter The set of intents under which this activity will be
         * made preferred.
         * @param match The IntentFilter match category that this preference
         * applies to.
         * @param set The set of activities that the user was picking from when
         * this preference was made.
         * @param activity The component name of the activity that is to be
         * preferred.
         * @hide
         */
        @Deprecated
        public abstract void replacePreferredActivity(IntentFilter filter, int match,
                ComponentName[] set, ComponentName activity);

        /**
         * Remove all preferred activity mappings, previously added with
         * {@link #addPreferredActivity}, from the
         * system whose activities are implemented in the given package name.
         * An application can only clear its own package(s).
         *
         * @param packageName The name of the package whose preferred activity
```

```
     * mappings are to be removed.
     */
    public abstract void clearPackagePreferredActivities(String packageName);

    /**
     * Retrieve all preferred activities, previously added with
     * {@link #addPreferredActivity}, that are
     * currently registered with the system.
     *
     * @param outFilters A list in which to place the filters of all of the
     * preferred activities, or null for none.
     * @param outActivities A list in which to place the component names of
     * all of the preferred activities, or null for none.
     * @param packageName An option package in which you would like to limit
     * the list.  If null, all activities will be returned; if non-null, only
     * those activities in the given package are returned.
     *
     * @return Returns the total number of registered preferred activities
     * (the number of distinct IntentFilter records, not the number of unique
     * activity components) that were found.
     */
    public abstract int getPreferredActivities(List<IntentFilter> outFilters,
            List<ComponentName> outActivities, String packageName);

    /**
     * Set the enabled setting for a package component (activity, receiver, service, provider
    ).
     * This setting will override any enabled state which may have been set by the component
    in its
     * manifest.
     *
     * @param componentName The component to enable
     * @param newState The new enabled state for the component.  The legal values for this
    state
     *                 are:
     *                   {@link #COMPONENT_ENABLED_STATE_ENABLED},
     *                   {@link #COMPONENT_ENABLED_STATE_DISABLED}
     *                   and
     *                   {@link #COMPONENT_ENABLED_STATE_DEFAULT}
```

```
     *                 The last one removes the setting, thereby restoring the component's
state to
     *                 whatever was set in it's manifest (or enabled, by default).
     * @param flags Optional behavior flags: {@link #DONT_KILL_APP} or 0.
     */
    public abstract void setComponentEnabledSetting(ComponentName componentName,
            int newState, int flags);

    /**
     * Return the the enabled setting for a package component (activity,
     * receiver, service, provider).  This returns the last value set by
     * {@link #setComponentEnabledSetting(ComponentName, int, int)}; in most
     * cases this value will be {@link #COMPONENT_ENABLED_STATE_DEFAULT} since
     * the value originally specified in the manifest has not been modified.
     *
     * @param componentName The component to retrieve.
     * @return Returns the current enabled state for the component.  May
     * be one of {@link #COMPONENT_ENABLED_STATE_ENABLED},
     * {@link #COMPONENT_ENABLED_STATE_DISABLED}, or
     * {@link #COMPONENT_ENABLED_STATE_DEFAULT}.  The last one means the
     * component's enabled state is based on the original information in
     * the manifest as found in {@link ComponentInfo}.
     */
    public abstract int getComponentEnabledSetting(ComponentName componentName);

    /**
     * Set the enabled setting for an application
     * This setting will override any enabled state which may have been set by the
application in
     * its manifest.  It also overrides the enabled state set in the manifest for any of the
     * application's components.  It does not override any enabled state set by
     * {@link #setComponentEnabledSetting} for any of the application's components.
     *
     * @param packageName The package name of the application to enable
     * @param newState The new enabled state for the component.  The legal values for this
state
     *                 are:
     *                   {@link #COMPONENT_ENABLED_STATE_ENABLED},
```

```
     *                   {@link #COMPONENT_ENABLED_STATE_DISABLED}
     *                   and
     *                   {@link #COMPONENT_ENABLED_STATE_DEFAULT}
     *                 The last one removes the setting, thereby restoring the applications's
state to
     *                 whatever was set in its manifest (or enabled, by default).
     * @param flags Optional behavior flags: {@link #DONT_KILL_APP} or 0.
     */
    public abstract void setApplicationEnabledSetting(String packageName,
            int newState, int flags);

    /**
     * Return the the enabled setting for an application.  This returns
     * the last value set by
     * {@link #setApplicationEnabledSetting(String, int, int)}; in most
     * cases this value will be {@link #COMPONENT_ENABLED_STATE_DEFAULT} since
     * the value originally specified in the manifest has not been modified.
     *
     * @param packageName The component to retrieve.
     * @return Returns the current enabled state for the component.  May
     * be one of {@link #COMPONENT_ENABLED_STATE_ENABLED},
     * {@link #COMPONENT_ENABLED_STATE_DISABLED}, or
     * {@link #COMPONENT_ENABLED_STATE_DEFAULT}.  The last one means the
     * application's enabled state is based on the original information in
     * the manifest as found in {@link ComponentInfo}.
     * @throws IllegalArgumentException if the named package does not exist.
     */
    public abstract int getApplicationEnabledSetting(String packageName);

    /**
     * Return whether the device has been booted into safe mode.
     */
    public abstract boolean isSafeMode();

    /**
     * Attempts to move package resources from internal to external media or vice versa.
     * Since this may take a little while, the result will
     * be posted back to the given observer.   This call may fail if the calling context
     * lacks the {@link android.Manifest.permission#MOVE_PACKAGE} permission, if the
```

```
     * named package cannot be found, or if the named package is a "system package".
     *
     * @param packageName The name of the package to delete
     * @param observer An observer callback to get notified when the package move is
     * complete. {@link android.content.pm.IPackageMoveObserver#packageMoved(boolean)} will
 be
     * called when that happens.  observer may be null to indicate that no callback is
 desired.
     * @param flags To indicate install location {@link #MOVE_INTERNAL} or
     * {@link #MOVE_EXTERNAL_MEDIA}
     *
     * @hide
     */
    public abstract void movePackage(
            String packageName, IPackageMoveObserver observer, int flags);

    /**
     * Creates a user with the specified name and options.
     *
     * @param name the user's name
     * @param flags flags that identify the type of user and other properties.
     * @see UserInfo
     *
     * @return the UserInfo object for the created user, or null if the user could not be
 created.
     * @hide
     */
    public abstract UserInfo createUser(String name, int flags);

    /**
     * @return the list of users that were created
     * @hide
     */
    public abstract List<UserInfo> getUsers();

    /**
     * @param id the ID of the user, where 0 is the primary user.
     * @hide
     */
```

```
    public abstract boolean removeUser(int id);

    /**
     * Updates the user's name.
     *
     * @param id the user's id
     * @param name the new name for the user
     * @hide
     */
    public abstract void updateUserName(int id, String name);

    /**
     * Changes the user's properties specified by the flags.
     *
     * @param id the user's id
     * @param flags the new flags for the user
     * @hide
     */
    public abstract void updateUserFlags(int id, int flags);

    /**
     * Checks to see if the user id is the same for the two uids, i.e., they belong to the same
     * user.
     * @hide
     */
    public static boolean isSameUser(int uid1, int uid2) {
        return getUserId(uid1) == getUserId(uid2);
    }

    /**
     * Returns the user id for a given uid.
     * @hide
     */
    public static int getUserId(int uid) {
        return uid / PER_USER_RANGE;
    }

    /**
```

```
     * Returns the uid that is composed from the userId and the appId.
     * @hide
     */
    public static int getUid(int userId, int appId) {
        return userId * PER_USER_RANGE + (appId % PER_USER_RANGE);
    }

    /**
     * Returns the app id (or base uid) for a given uid, stripping out the user id from it.
     * @hide
     */
    public static int getAppId(int uid) {
        return uid % PER_USER_RANGE;
    }

    /**
     * Returns the device identity that verifiers can use to associate their
     * scheme to a particular device. This should not be used by anything other
     * than a package verifier.
     *
     * @return identity that uniquely identifies current device
     * @hide
     */
    public abstract VerifierDeviceIdentity getVerifierDeviceIdentity();
}
```