ORIGINAL

1   JOSH A. KREVITT (CA SBN 208552)        MICHAEL A. JACOBS (CA SBN 111664)
    jkrevitt@gibsondunn.com                mjacobs@mofo.com
2   H. MARK LYON (CA SBN 162061)           RICHARD S.J. HUNG (CA SBN 197425)
    mlyon@gibsondunn.com                   rhung@mofo.com
3   GIBSON, DUNN & CRUTCHER LLP            MORRISON & FOERSTER LLP
    1881 Page Mill Road                    425 Market Street
4   Palo Alto, CA  94304-1211              San Francisco, California 94105-2482
    Telephone: (650) 849-5300              Telephone: (415) 268-7000
5   Facsimile: (650) 849-5333              Facsimile: (415) 268-7522

6

7

8   *Attorneys for Plaintiff Apple Inc.*

Filed

FEB  8 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14  APPLE INC., a California corporation,    CV12-0~630  LHK

15              Plaintiff,                    CASE NO. 12-cv-

16       v.                                   EXPERT DECLARATION OF DR .TODD C.
                                              MOWRY CONCERNING U.S. PATENT NO.
17  SAMSUNG ELECTRONICS CO., LTD., a          5,946,647
    Korean corporation; SAMSUNG                              HRL
18  ELECTRONICS AMERICA, INC., a New
    York corporation; and SAMSUNG            **Hearing:**
19  TELECOMMUNICATIONS AMERICA,              Date:
    LLC, a Delaware limited liability company, Time:
20                                           Place:
                Defendants.                  Judge:
21

22

23

24                       **PART 5 OF 7**

25

26

27

28

Gibson, Dunn &      EXPERT DECLARATION OF DR .TODD C.
Crutcher LLP        MOWRY CONCERNING U.S. PATENT NO.
                    5,946,647 – CASE NO. 12-cv-

7

CR20S
developers

public class
# Intent

extends Object
implements Parcelable Cloneable

java.lang.Object
  Landroid.content.Intent
  ▶Known Direct Subclasses
    LabeledIntent

## Class Overview

An intent is an abstract description of an operation to be performed. It can be used with `startActivity` to launch an `Activity`, `broadcastIntent` to send it to any interested `BroadcastReceiver` components, and `startService(Intent)` or `bindService(Intent, ServiceConnection, int)` to communicate with a background `Service`.

An Intent provides a facility for performing late runtime binding between the code in different applications. Its most significant use is in the launching of activities, where it can be thought of as the glue between activities. It is basically a passive data structure holding an abstract description of an action to be performed.

**Developer Guides**

For information about how to create and resolve intents, read the Intents and Intent Filters developer guide.

## Intent Structure

The primary pieces of information in an intent are:

- **action** — The general action to be performed, such as `ACTION_VIEW`, `ACTION_EDIT`, `ACTION_MAIN`, etc.

- **data** — The data to operate on, such as a person record in the contacts database, expressed as a `Uri`.

Intent | Android Developers

Some examples of action/data pairs are:

- **ACTION_VIEW** *content://contacts/people/1* -- Display information about the person whose identifier is "1".

- **ACTION_DIAL** *content://contacts/people/1* -- Display the phone dialer with the person filled in.

- **ACTION_VIEW** *tel:123* -- Display the phone dialer with the given number filled in. Note how the VIEW action does what what is considered the most reasonable thing for a particular URI.

- **ACTION_DIAL** *tel:123* -- Display the phone dialer with the given number filled in.

- **ACTION_EDIT** *content://contacts/people/1* -- Edit information about the person whose identifier is "1".

- **ACTION_VIEW** *content://contacts/people/* -- Display a list of people, which the user can browse through. This example is a typical top-level entry into the Contacts application, showing you the list of people. Selecting a particular person to view would result in a new intent { **ACTION_VIEW** *content://contacts/N* } being used to start an activity to display that person.

In addition to these primary attributes, there are a number of secondary attributes that you can also include with an intent:

- **category** -- Gives additional information about the action to execute. For example, **CATEGORY_LAUNCHER** means it should appear in the Launcher as a top-level application, while **CATEGORY_ALTERNATIVE** means it should be included in a list of alternative actions the user can perform on a piece of data.

- **type** -- Specifies an explicit type (a MIME type) of the intent data. Normally the type is inferred from the data itself. By setting this attribute, you disable that evaluation and force an explicit type.

- **component** -- Specifies an explicit name of a component class to use for the intent. Normally this is determined by looking at the other information in the intent (the action, data/type, and categories) and matching that with a component that can handle it. If this attribute is set then none of the evaluation is performed, and this component is used exactly as is. By specifying this attribute, all of the other Intent attributes become optional.

- **extras** -- This is a Bundle of any additional information. This can be used to provide extended information to the component. For example, if we have a action to send an e-mail message, we could also include extra pieces of data here to supply a subject, body, etc.

Here are some examples of other operations you can specify as intents using these additional parameters:

- **ACTION_MAIN** with category **CATEGORY_HOME** -- Launch the home screen.

- **ACTION_GET_CONTENT** with MIME type *vnd.android.cursor.item/phone* -- Display the list of people's phone numbers, allowing the user to browse through them and pick one and return it to the parent activity.

- **ACTION_GET_CONTENT** with MIME type "*" and category **CATEGORY_OPENABLE** -- Display all pickers for data that can be opened with ContentResolver.openInputStream(), allowing the user to pick one of them and then some data inside of it and returning the resulting URI to the caller. This can be used, for example, in an e-mail application to allow the user to pick some data to include as an attachment.

There are a variety of standard Intent action and category constants defined in the Intent class, but applications can also define their own. These strings use java style scoping, to ensure they are unique -- for example, the standard `ACTION_VIEW` is called "android.intent.action.VIEW".

Put together, the set of actions, data types, categories, and extra data defines a language for the system allowing for the expression of phrases such as "call john smith's cell". As applications are added to the system, they can extend this language by adding new actions, types, and categories, or they can modify the behavior of existing phrases by supplying their own activities that handle them.

## Intent Resolution

There are two primary forms of intents you will use.

- **Explicit Intents** have specified a component (via `setComponent(ComponentName)` or `setClass(Context, Class)`), which provides the exact class to be run. Often these will not include any other information, simply being a way for an application to launch various internal activities it has as the user interacts with the application.

- **Implicit Intents** have not specified a component; instead, they must include enough information for the system to determine which of the available components is best to run for that intent.

When using implicit intents, given such an arbitrary intent we need to know what to do with it. This is handled by the process of *Intent resolution*, which maps an Intent to an `Activity`, `BroadcastReceiver`, or `Service` (or sometimes two or more activities/receivers) that can handle it.

The intent resolution mechanism basically revolves around matching an Intent against all of the <intent-filter> descriptions in the installed application packages. (Plus, in the case of broadcasts, any `BroadcastReceiver` objects explicitly registered with `registerReceiver(BroadcastReceiver, IntentFilter)`.) More details on this can be found in the documentation on the `IntentFilter` class.

There are three pieces of information in the Intent that are used for resolution: the action, type, and category. Using this information, a query is done on the `PackageManager` for a component that can handle the intent. The appropriate component is determined based on the intent information supplied in the `AndroidManifest.xml` file as follows:

- The **action**, if given, must be listed by the component as one it handles.

- The **type** is retrieved from the Intent's data, if not already supplied in the Intent. Like the action, if a type is included in the intent (either explicitly or implicitly in its data), then this must be listed by the component as one it handles.

- For data that is not a `content:` URI and where no explicit type is included in the Intent, instead the **scheme** of the intent data (such as `http:` or `mailto:`) is considered. Again like the action, if we are matching a scheme it must be listed by the component as one it can handle.

- The **categories**, if supplied, must *all* be listed by the activity as categories it handles. That is, if you include the categories `CATEGORY_LAUNCHER` and `CATEGORY_ALTERNATIVE`, then you will only resolve to components with an intent that lists *both* of those categories. Activities will very often need to support the `CATEGORY_DEFAULT` so that they can be found by `Context.startActivity()`.

For example, consider the Note Pad sample application that allows user to browse through a list of notes data and view details about individual items. Text in italics indicate places were you would replace a name with one specific to your own package.

```
<manifest xmlns:android="http://schemas.android.com/apk/res/android"
    package="com.android.notepad">
    <application android:icon="@drawable/app_notes"
        android:label="@string/app_name">

        <provider class=" NotePadProvider"
            android:authorities="com.google.provider.NotePad" />

        <activity class=" NotesList" android:label="@string/title_notes_list">
            <intent-filter>
                <action android:name="android.intent.action.MAIN" />
                <category android:name="android.intent.category.LAUNCHER" />
            </intent-filter>
            <intent-filter>
                <action android:name="android.intent.action.VIEW" />
                <action android:name="android.intent.action.EDIT" />
                <action android:name="android.intent.action.PICK" />
                <category android:name="android.intent.category.DEFAULT" />
                <data android:mimeType="vnd.android.cursor.dir/vnd.google.note" />
            </intent-filter>
            <intent-filter>
                <action android:name="android.intent.action.GET_CONTENT" />
                <category android:name="android.intent.category.DEFAULT" />
                <data android:mimeType="vnd.android.cursor.item/vnd.google.note" />
            </intent-filter>
        </activity>

        <activity class=" NoteEditor" android:label="@string/title_note">
            <intent-filter android:label="@string/resolve_edit">
                <action android:name="android.intent.action.VIEW" />
                <action android:name="android.intent.action.EDIT" />
                <category android:name="android.intent.category.DEFAULT" />
                <data android:mimeType="vnd.android.cursor.item/vnd.google.note" />
            </intent-filter>

            <intent-filter>
                <action android:name="android.intent.action.INSERT" />
                <category android:name="android.intent.category.DEFAULT" />
                <data android:mimeType="vnd.android.cursor.dir/vnd.google.note" />
            </intent-filter>
```

```
        </activity>

        <activity class="TitleEditor" android:label="@string/title_edit_title"
            android:theme="@android:style/Theme.Dialog">
            <intent-filter android:label="@string/resolve_title">
                <action android:name="com.android.notepad.action.EDIT_TITLE" />
                <category android:name="android.intent.category.DEFAULT" />
                <category android:name="android.intent.category.ALTERNATIVE" />
                <category android:name="android.intent.category.SELECTED_ALTERNATIVE" />
                <data android:mimeType="vnd.android.cursor.item/vnd.google.note" />
            </intent-filter>
        </activity>

    </application>
</manifest>
```

The first activity, `com.android.notepad.NotesList`, serves as our main entry into the app. It can do three things as described by its three intent templates:

1.
```
    <intent-filter>
        <action android:name="android.intent.action.MAIN" />
        <category android:name="android.intent.category.LAUNCHER" />
    </intent-filter>
```

This provides a top-level entry into the NotePad application: the standard MAIN action is a main entry point (not requiring any other information in the Intent), and the LAUNCHER category says that this entry point should be listed in the application launcher.

2.
```
    <intent-filter>
        <action android:name="android.intent.action.VIEW" />
        <action android:name="android.intent.action.EDIT" />
        <action android:name="android.intent.action.PICK" />
        <category android:name="android.intent.category.DEFAULT" />
        <data mimeType:name="vnd.android.cursor.dir/vnd.google.note" />
    </intent-filter>
```

This declares the things that the activity can do on a directory of notes. The type being supported is given with the <type> tag, where `vnd.android.cursor.dir/vnd.google.note` is a URI from which a Cursor of zero or more items (`vnd.android.cursor.dir`) can be retrieved which holds our note page data (`vnd.google.note`). The activity allows the user to view or edit the directory of data (via the VIEW and EDIT actions), or

to pick a particular note and return it to the caller (via the PICK action). Note also the DEFAULT category supplied here: this is *required* for the `Context.startActivity` method to resolve your activity when its component name is not explicitly specified.

3.
```
<intent-filter>
    <action android:name="android.intent.action.GET_CONTENT" />
    <category android:name="android.intent.category.DEFAULT" />
    <data android:mimeType="vnd.android.cursor.item/vnd.google.note" />
</intent-filter>
```

This filter describes the ability return to the caller a note selected by the user without needing to know where it came from. The data type `vnd.android.cursor.item/vnd.google.note` is a URI from which a Cursor of exactly one (`vnd.android.cursor.item`) item can be retrieved which contains our note pad data (`vnd.google.note`). The GET_CONTENT action is similar to the PICK action, where the activity will return to its caller a piece of data selected by the user. Here, however, the caller specifies the type of data they desire instead of the type of data the user will be picking from.

Given these capabilities, the following intents will resolve to the NotesList activity:

• { action=android.app.action.MAIN } matches all of the activities that can be used as top-level entry points into an application.

• { action=android.app.action.MAIN, category=android.app.category.LAUNCHER } is the actual intent used by the Launcher to populate its top-level list.

• { action=android.intent.action.VIEW data=content://com.google.provider.NotePad/notes } displays a list of all the notes under "content://com.google.provider.NotePad/notes", which the user can browse through and see the details on.

• { action=android.app.action.PICK data=content://com.google.provider.NotePad/notes } provides a list of the notes under "content://com.google.provider.NotePad/notes", from which the user can pick a note whose data URL is returned back to the caller.

• { action=android.app.action.GET_CONTENT type=vnd.android.cursor.item/vnd.google.note } is similar to the pick action, but allows the caller to specify the kind of data they want back so that the system can find the appropriate activity to pick something of that data type.

The second activity, `com.android.notepad.NoteEditor`, shows the user a single note entry and allows them to edit it. It can do two things as described by its two intent templates:

1.
```
<intent-filter android:label="@string/resolve_edit">
    <action android:name="android.intent.action.VIEW" />
    <action android:name="android.intent.action.EDIT" />
    <category android:name="android.intent.category.DEFAULT" />
```

```
        <data android:mimeType="vnd.android.cursor.item/vnd.google.note" />
</intent-filter>
```

The first, primary, purpose of this activity is to let the user interact with a single note, as decribed by the MIME type vnd.android.cursor.item/vnd.google.note. The activity can either VIEW a note or allow the user to EDIT it. Again we support the DEFAULT category to allow the activity to be launched without explicitly specifying its component.

2.
```
<intent-filter>
        <action android:name="android.intent.action.INSERT" />
        <category android:name="android.intent.category.DEFAULT" />
        <data android:mimeType="vnd.android.cursor.dir/vnd.google.note" />
</intent-filter>
```

The secondary use of this activity is to insert a new note entry into an existing directory of notes. This is used when the user creates a new note: the INSERT action is executed on the directory of notes, causing this activity to run and have the user create the new note data which it then adds to the content provider.

Given these capabilities, the following intents will resolve to the NoteEditor activity:

- { action=android.intent.action.VIEW data=content://com.google.provider.NotePad/notes/*{ID}* } shows the user the content of note *{ID}*.

- { action=android.app.action.EDIT data=content://com.google.provider.NotePad/notes/*{ID}* } allows the user to edit the content of note *{ID}*.

- { action=android.app.action.INSERT data=content://com.google.provider.NotePad/notes } creates a new, empty note in the notes list at "content://com.google.provider.NotePad/notes" and allows the user to edit it. If they keep their changes, the URI of the newly created note is returned to the caller.

The last activity, com.android.notepad.TitleEditor, allows the user to edit the title of a note. This could be implemented as a class that the application directly invokes (by explicitly setting its component in the Intent), but here we show a way you can publish alternative operations on existing data:

```
<intent-filter android:label="@string/resolve_title">
        <action android:name="com.android.notepad.action.EDIT_TITLE" />
        <category android:name="android.intent.category.DEFAULT" />
        <category android:name="android.intent.category.ALTERNATIVE" />
        <category android:name="android.intent.category.SELECTED_ALTERNATIVE" />
        <data android:mimeType="vnd.android.cursor.item/vnd.google.note" />
</intent-filter>
```

In the single intent template here, we have created our own private action called `com.android.notepad.action.EDIT_TITLE` which means to edit the title of a note. It must be invoked on a specific note (data type `vnd.android.cursor.item/vnd.google.note`) like the previous view and edit actions, but here displays and edits the title contained in the note data.

In addition to supporting the default category as usual, our title editor also supports two other standard categories: ALTERNATIVE and SELECTED_ALTERNATIVE. Implementing these categories allows others to find the special action it provides without directly knowing about it, through the `queryIntentActivityOptions(ComponentName, Intent[], Intent, int)` method, or more often to build dynamic menu items with `addIntentOptions(int, int, int, ComponentName, Intent[], Intent, int, MenuItem[])`. Note that in the intent template here was also supply an explicit name for the template (via `android:label="@string/resolve_title"`) to better control what the user sees when presented with this activity as an alternative action to the data they are viewing.

Given these capabilities, the following intent will resolve to the TitleEditor activity:

- **{ action=com.android.notepad.action.EDIT_TITLE data=content://com.google.provider.NotePad/notes/{_ID_} }** displays and allows the user to edit the title associated with note {_ID_}.

## Standard Activity Actions

These are the current standard actions that Intent defines for launching activities (usually through `startActivity(Intent)`. The most important, and by far most frequently used, are <u>ACTION_MAIN</u> and <u>ACTION_EDIT</u>.

- <u>ACTION_MAIN</u>
- <u>ACTION_VIEW</u>
- <u>ACTION_ATTACH_DATA</u>
- <u>ACTION_EDIT</u>
- <u>ACTION_PICK</u>
- <u>ACTION_CHOOSER</u>
- <u>ACTION_GET_CONTENT</u>
- <u>ACTION_DIAL</u>
- <u>ACTION_CALL</u>
- <u>ACTION_SEND</u>
- <u>ACTION_SENDTO</u>
- <u>ACTION_ANSWER</u>
- <u>ACTION_INSERT</u>

- `ACTION DELETE`
- `ACTION RUN`
- `ACTION SYNC`
- `ACTION PICK ACTIVITY`
- `ACTION SEARCH`
- `ACTION WEB SEARCH`
- `ACTION FACTORY TEST`

## Standard Broadcast Actions

These are the current standard actions that Intent defines for receiving broadcasts (usually through `registerReceiver(BroadcastReceiver, IntentFilter)` or a <receiver> tag in a manifest).

- `ACTION TIME TICK`
- `ACTION TIME CHANGED`
- `ACTION TIMEZONE CHANGED`
- `ACTION BOOT COMPLETED`
- `ACTION PACKAGE ADDED`
- `ACTION PACKAGE CHANGED`
- `ACTION PACKAGE REMOVED`
- `ACTION PACKAGE RESTARTED`
- `ACTION PACKAGE DATA CLEARED`
- `ACTION UID REMOVED`
- `ACTION BATTERY CHANGED`
- `ACTION POWER CONNECTED`
- `ACTION POWER DISCONNECTED`
- `ACTION SHUTDOWN`

## Standard Categories

These are the current standard categories that can be used to further clarify an Intent via `addCategory(String)`.

- CATEGORY_DEFAULT
- CATEGORY_BROWSABLE
- CATEGORY_TAB
- CATEGORY_ALTERNATIVE
- CATEGORY_SELECTED_ALTERNATIVE
- CATEGORY_LAUNCHER
- CATEGORY_INFO
- CATEGORY_HOME
- CATEGORY_PREFERENCE
- CATEGORY_TEST
- CATEGORY_CAR_DOCK
- CATEGORY_DESK_DOCK
- CATEGORY_LE_DESK_DOCK
- CATEGORY_HE_DESK_DOCK
- CATEGORY_CAR_MODE
- CATEGORY_APP_MARKET

## Standard Extra Data

These are the current standard fields that can be used as extra data via putExtra(String, Bundle).

- EXTRA_ALARM_COUNT
- EXTRA_BCC
- EXTRA_CC
- EXTRA_CHANGED_COMPONENT_NAME
- EXTRA_DATA_REMOVED
- EXTRA_DOCK_STATE
- EXTRA_DOCK_STATE_HE_DESK
- EXTRA_DOCK_STATE_LE_DESK
- EXTRA_DOCK_STATE_CAR

- `EXTRA_DOCK_STATE_DESK`
- `EXTRA_DOCK_STATE_UNDOCKED`
- `EXTRA_DONT_KILL_APP`
- `EXTRA_EMAIL`
- `EXTRA_INITIAL_INTENTS`
- `EXTRA_INTENT`
- `EXTRA_KEY_EVENT`
- `EXTRA_PHONE_NUMBER`
- `EXTRA_REMOTE_INTENT_TOKEN`
- `EXTRA_REPLACING`
- `EXTRA_SHORTCUT_ICON`
- `EXTRA_SHORTCUT_ICON_RESOURCE`
- `EXTRA_SHORTCUT_INTENT`
- `EXTRA_STREAM`
- `EXTRA_SHORTCUT_NAME`
- `EXTRA_SUBJECT`
- `EXTRA_TEMPLATE`
- `EXTRA_TEXT`
- `EXTRA_TITLE`
- `EXTRA_UID`

## Flags

These are the possible flags that can be used in the Intent via `setFlags(int)` and `addFlags(int)`. See `setFlags(int)` for a list of all possible flags.

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 14 of 206

## Summary

### Nested Classes

| | | |
|---|---|---|
| class | Intent.FilterComparison | Wrapper class holding an Intent and implementing comparisons on it for the purpose of filtering. |
| class | Intent.ShortcutIconResource | Represents a shortcut/live folder icon resource. |

**Constants**

| | | |
|---|---|---|
| String | ACTION_AIRPLANE_MODE_CHANGED | Broadcast Action: The user has switched the phone into or out of Airplane Mode. |
| String | ACTION_ALL_APPS | Activity Action: List all available applications Input: Nothing. |
| String | ACTION_ANSWER | Activity Action: Handle an incoming phone call. |
| String | ACTION_APP_ERROR | Activity Action: The user pressed the "Report" button in the crash/ANR dialog. |
| String | ACTION_ATTACH_DATA | Used to indicate that some piece of data should be attached to some other place. |
| String | ACTION_BATTERY_CHANGED | Broadcast Action: This is a *sticky broadcast* containing the charging state, level, and other information about the battery. |
| String | ACTION_BATTERY_LOW | Broadcast Action: Indicates low battery condition on the device. |
| String | ACTION_BATTERY_OKAY | Broadcast Action: Indicates the battery is now okay after being low. |
| String | ACTION_BOOT_COMPLETED | Broadcast Action: This is broadcast once, after the system has finished booting. |
| String | ACTION_BUG_REPORT | Activity Action: Show activity for reporting a bug. |
| String | ACTION_CALL | Activity Action: Perform a call to someone specified by the data. |
| String | ACTION_CALL_BUTTON | Activity Action: The user pressed the "call" button to go to the dialer or other appropriate UI for placing a call. |
| String | ACTION_CAMERA_BUTTON | Broadcast Action: The "Camera Button" was pressed. |
| String | ACTION_CHOOSER | Activity Action: Display an activity chooser, allowing the user to pick what they want to before proceeding. |
| String | ACTION_CLOSE_SYSTEM_DIALOGS | Broadcast Action: This is broadcast when a user action should request a temporary system dialog to dismiss. |
| String | ACTION_CONFIGURATION_CHANGED | Broadcast Action: The current device Configuration (orientation, locale, etc) has changed. |
| String | ACTION_CREATE_SHORTCUT | Activity Action: Creates a shortcut. |
| String | ACTION_DATE_CHANGED | Broadcast Action: The date has changed. |
| String | ACTION_DEFAULT | A synonym for ACTION_VIEW, the "standard" action that is performed on a piece of data. |
| String | ACTION_DELETE | Activity Action: Delete the given data from its container. |

| String | ACTION_DEVICE_STORAGE_LOW | Broadcast Action: A sticky broadcast that indicates low memory condition on the device |
| | | ⓘ This is a protected intent that can only be sent by the system. |
| String | ACTION_DEVICE_STORAGE_OK | Broadcast Action: Indicates low memory condition on the device no longer exists |
| | | ⓘ This is a protected intent that can only be sent by the system. |
| String | ACTION_DIAL | Activity Action: Dial a number as specified by the data. |
| String | ACTION_DOCK_EVENT | Broadcast Action: A sticky broadcast for changes in the physical docking state of the device. |
| String | ACTION_EDIT | Activity Action: Provide explicit editable access to the given data. |
| String | ACTION_EXTERNAL_APPLICATIONS_AVAILABLE | Broadcast Action: Resources for a set of packages (which were previously unavailable) are currently available since the media on which they exist is available. |
| String | ACTION_EXTERNAL_APPLICATIONS_UNAVAILABLE | Broadcast Action: Resources for a set of packages are currently unavailable since the media on which they exist is unavailable. |
| String | ACTION_FACTORY_TEST | Activity Action: Main entry point for factory tests. |
| String | ACTION_GET_CONTENT | Activity Action: Allow the user to select a particular kind of data and return it. |
| String | ACTION_GTALK_SERVICE_CONNECTED | Broadcast Action: An GTalk connection has been established. |
| String | ACTION_GTALK_SERVICE_DISCONNECTED | Broadcast Action: An GTalk connection has been disconnected. |
| String | ACTION_HEADSET_PLUG | Broadcast Action: Wired Headset plugged in or unplugged. |
| String | ACTION_INPUT_METHOD_CHANGED | Broadcast Action: An input method has been changed. |
| String | ACTION_INSERT | Activity Action: Insert an empty item into the given container. |
| String | ACTION_INSERT_OR_EDIT | Activity Action: Pick an existing item, or insert a new item, and then edit it. |
| String | ACTION_INSTALL_PACKAGE | Activity Action: Launch application installer. |
| String | ACTION_LOCALE_CHANGED | Broadcast Action: The current device's locale has changed. |
| String | ACTION_MAIN | Activity Action: Start as a main entry point, does not expect to receive data. |
| String | ACTION_MANAGE_NETWORK_USAGE | Activity Action: Show settings for managing network data usage of a specific application. |
| String | ACTION_MANAGE_PACKAGE_STORAGE | Broadcast Action: Indicates low memory condition notification acknowledged by user and package management should be started. |

| String | ACTION_MEDIA_BAD_REMOVAL | Broadcast Action: External media was removed from SD card slot, but mount point was not unmounted. |
| String | ACTION_MEDIA_BUTTON | Broadcast Action: The "Media Button" was pressed. |
| String | ACTION_MEDIA_CHECKING | Broadcast Action: External media is present, and being disk-checked The path to the mount point for the checking media is contained in the Intent.mData field. |
| String | ACTION_MEDIA_EJECT | Broadcast Action: User has expressed the desire to remove the external storage media. |
| String | ACTION_MEDIA_MOUNTED | Broadcast Action: External media is present and mounted at its mount point. |
| String | ACTION_MEDIA_NOFS | Broadcast Action: External media is present, but is using an incompatible fs (or is blank) The path to the mount point for the checking media is contained in the Intent.mData field. |
| String | ACTION_MEDIA_REMOVED | Broadcast Action: External media has been removed. |
| String | ACTION_MEDIA_SCANNER_FINISHED | Broadcast Action: The media scanner has finished scanning a directory. |
| String | ACTION_MEDIA_SCANNER_SCAN_FILE | Broadcast Action: Request the media scanner to scan a file and add it to the media database. |
| String | ACTION_MEDIA_SCANNER_STARTED | Broadcast Action: The media scanner has started scanning a directory. |
| String | ACTION_MEDIA_SHARED | Broadcast Action: External media is unmounted because it is being shared via USB mass storage. |
| String | ACTION_MEDIA_UNMOUNTABLE | Broadcast Action: External media is present but cannot be mounted. |
| String | ACTION_MEDIA_UNMOUNTED | Broadcast Action: External media is present, but not mounted at its mount point. |
| String | ACTION_MY_PACKAGE_REPLACED | Broadcast Action: A new version of your application has been installed over an existing one. |
| String | ACTION_NEW_OUTGOING_CALL | Broadcast Action: An outgoing call is about to be placed. |
| String | ACTION_PACKAGE_ADDED | Broadcast Action: A new application package has been installed on the device. |
| String | ACTION_PACKAGE_CHANGED | Broadcast Action: An existing application package has been changed (e.g. |
| String | ACTION_PACKAGE_DATA_CLEARED | Broadcast Action: The user has cleared the data of a package. |
| String | ACTION_PACKAGE_FIRST_LAUNCH | Broadcast Action: Sent to the installer package of an application when that application is first launched (that is the first time it is moved out of the stopped state). |
| String | ACTION_PACKAGE_FULLY_REMOVED | Broadcast Action: An existing application package has been completely removed from the device. |

| | | |
|---|---|---|
| String | ACTION_PACKAGE_INSTALL | *This constant is deprecated. This constant has never been used.* |
| String | ACTION_PACKAGE_NEEDS_VERIFICATION | Broadcast Action: Sent to the system package verifier when a package needs to be verified. |
| String | ACTION_PACKAGE_REMOVED | Broadcast Action: An existing application package has been removed from the device. |
| String | ACTION_PACKAGE_REPLACED | Broadcast Action: A new version of an application package has been installed, replacing an existing version that was previously installed. |
| String | ACTION_PACKAGE_RESTARTED | Broadcast Action: The user has restarted a package, and all of its processes have been killed. |
| String | ACTION_PASTE | Activity Action: Create a new item in the given container, initializing it from the current contents of the clipboard. |
| String | ACTION_PICK | Activity Action: Pick an item from the data, returning what was selected. |
| String | ACTION_PICK_ACTIVITY | Activity Action: Pick an activity given an intent, returning the class selected. |
| String | ACTION_POWER_CONNECTED | Broadcast Action: External power has been connected to the device. |
| String | ACTION_POWER_DISCONNECTED | Broadcast Action: External power has been removed from the device. |
| String | ACTION_POWER_USAGE_SUMMARY | Activity Action: Show power usage information to the user. |
| String | ACTION_PROVIDER_CHANGED | Broadcast Action: Some content providers have parts of their namespace where they publish new events or items that the user may be especially interested in. |
| String | ACTION_REBOOT | Broadcast Action: Have the device reboot. |
| String | ACTION_RUN | Activity Action: Run the data, whatever that means. |
| String | ACTION_SCREEN_OFF | Broadcast Action: Sent after the screen turns off. |
| String | ACTION_SCREEN_ON | Broadcast Action: Sent after the screen turns on. |
| String | ACTION_SEARCH | Activity Action: Perform a search. |
| String | ACTION_SEARCH_LONG_PRESS | Activity Action: Start action associated with long pressing on the search key. |
| String | ACTION_SEND | Activity Action: Deliver some data to someone else. |
| String | ACTION_SENDTO | Activity Action: Send a message to someone specified by the data. |
| String | ACTION_SEND_MULTIPLE | Activity Action: Deliver multiple data to someone else. |
| String | ACTION_SET_WALLPAPER | Activity Action: Show settings for choosing wallpaper Input: Nothing. |

| String | ACTION_SHUTDOWN | Broadcast Action: Device is shutting down. |
| String | ACTION_SYNC | Activity Action: Perform a data synchronization. |
| String | ACTION_SYSTEM_TUTORIAL | Activity Action: Start the platform-defined tutorial Input: `getStringExtra(SearchManager.QUERY)` is the text to search for. |
| String | ACTION_TIMEZONE_CHANGED | Broadcast Action: The timezone has changed. |
| String | ACTION_TIME_CHANGED | Broadcast Action: The time was set. |
| String | ACTION_TIME_TICK | Broadcast Action: The current time has changed. |
| String | ACTION_UID_REMOVED | Broadcast Action: A user ID has been removed from the system. |
| String | ACTION_UMS_CONNECTED | *This constant is deprecated. replaced by android.os.storage.StorageEventListener* |
| String | ACTION_UMS_DISCONNECTED | *This constant is deprecated. replaced by android.os.storage.StorageEventListener* |
| String | ACTION_UNINSTALL_PACKAGE | Activity Action: Launch application uninstaller. |
| String | ACTION_USER_PRESENT | Broadcast Action: Sent when the user is present after device wakes up (e.g when the keyguard is gone). |
| String | ACTION_VIEW | Activity Action: Display the data to the user. |
| String | ACTION_VOICE_COMMAND | Activity Action: Start Voice Command. |
| String | ACTION_WALLPAPER_CHANGED | Broadcast Action: The current system wallpaper has changed. |
| String | ACTION_WEB_SEARCH | Activity Action: Perform a web search. |
| String | CATEGORY_ALTERNATIVE | Set if the activity should be considered as an alternative action to the data the user is currently viewing. |
| String | CATEGORY_APP_BROWSER | Used with ACTION_MAIN to launch the browser application. |
| String | CATEGORY_APP_CALCULATOR | Used with ACTION_MAIN to launch the calculator application. |
| String | CATEGORY_APP_CALENDAR | Used with ACTION_MAIN to launch the calendar application. |
| String | CATEGORY_APP_CONTACTS | Used with ACTION_MAIN to launch the contacts application. |
| String | CATEGORY_APP_EMAIL | Used with ACTION_MAIN to launch the email application. |
| String | CATEGORY_APP_GALLERY | Used with ACTION_MAIN to launch the gallery application. |
| String | CATEGORY_APP_MAPS | Used with ACTION_MAIN to launch the maps application. |

| | | |
|---|---|---|
| String | CATEGORY_APP_MARKET | This activity allows the user to browse and download new applications. |
| String | CATEGORY_APP_MESSAGING | Used with ACTION_MAIN to launch the messaging application. |
| String | CATEGORY_APP_MUSIC | Used with ACTION_MAIN to launch the music application. |
| String | CATEGORY_BROWSABLE | Activities that can be safely invoked from a browser must support this category. |
| String | CATEGORY_CAR_DOCK | An activity to run when device is inserted into a car dock. |
| String | CATEGORY_CAR_MODE | Used to indicate that the activity can be used in a car environment. |
| String | CATEGORY_DEFAULT | Set if the activity should be an option for the default action (center press) to perform on a piece of data. |
| String | CATEGORY_DESK_DOCK | An activity to run when device is inserted into a car dock. |
| String | CATEGORY_DEVELOPMENT_PREFERENCE | This activity is a development preference panel. |
| String | CATEGORY_EMBED | Capable of running inside a parent activity container. |
| String | CATEGORY_FRAMEWORK_INSTRUMENTATION_TEST | To be used as code under test for framework instrumentation tests. |
| String | CATEGORY_HE_DESK_DOCK | An activity to run when device is inserted into a digital (high end) dock. |
| String | CATEGORY_HOME | This is the home activity, that is the first activity that is displayed when the device boots. |
| String | CATEGORY_INFO | Provides information about the package it is in; typically used if a package does not contain a CATEGORY_LAUNCHER to provide a front-door to the user without having to be shown in the all apps list. |
| String | CATEGORY_LAUNCHER | Should be displayed in the top-level launcher. |
| String | CATEGORY_LE_DESK_DOCK | An activity to run when device is inserted into a analog (low end) dock. |
| String | CATEGORY_MONKEY | This activity may be exercised by the monkey or other automated test tools. |
| String | CATEGORY_OPENABLE | Used to indicate that a GET_CONTENT intent only wants URIs that can be opened with ContentResolver.openInputStream. |
| String | CATEGORY_PREFERENCE | This activity is a preference panel. |
| String | CATEGORY_SAMPLE_CODE | To be used as an sample code example (not part of the normal user experience). |
| String | CATEGORY_SELECTED_ALTERNATIVE | Set if the activity should be considered as an alternative selection action to the data the user has currently selected. |
| String | CATEGORY_TAB | Intended to be used as a tab inside of an containing TabActivity. |

| | | |
|---|---|---|
| String | CATEGORY_TEST | To be used as a test (not part of the normal user experience). |
| String | CATEGORY_UNIT_TEST | To be used as a unit test (run through the Test Harness). |
| String | EXTRA_ALARM_COUNT | Used as an int extra field in `AlarmManager` intents to tell the application being invoked how many pending alarms are being delievered with the intent. |
| String | EXTRA_ALLOW_REPLACE | Used as a boolean extra field with `ACTION_INSTALL_PACKAGE` to install a package. |
| String | EXTRA_BCC | A String[] holding e-mail addresses that should be blind carbon copied. |
| String | EXTRA_BUG_REPORT | Used as a parcelable extra field in `ACTION_APP_ERROR`, containing the bug report. |
| String | EXTRA_CC | A String[] holding e-mail addresses that should be carbon copied. |
| String | EXTRA_CHANGED_COMPONENT_NAME | *This constant is deprecated. See `EXTRA_CHANGED_COMPONENT_NAME_LIST`; this field will contain only the first name in the list.* |
| String | EXTRA_CHANGED_COMPONENT_NAME_LIST | This field is part of `ACTION_PACKAGE_CHANGED`, and contains a string array of all of the components that have changed. |
| String | EXTRA_CHANGED_PACKAGE_LIST | This field is part of `ACTION_EXTERNAL_APPLICATIONS_AVAILABLE`, `ACTION_EXTERNAL_APPLICATIONS_UNAVAILABLE` and contains a string array of all of the components that have changed. |
| String | EXTRA_CHANGED_UID_LIST | This field is part of `ACTION_EXTERNAL_APPLICATIONS_AVAILABLE`, `ACTION_EXTERNAL_APPLICATIONS_UNAVAILABLE` and contains an integer array of uids of all of the components that have changed. |
| String | EXTRA_DATA_REMOVED | Used as a boolean extra field in `ACTION_PACKAGE_REMOVED` intents to indicate whether this represents a full uninstall (removing both the code and its data) or a partial uninstall (leaving its data, implying that this is an update). |
| String | EXTRA_DOCK_STATE | Used as an int extra field in `ACTION_DOCK_EVENT` intents to request the dock state. |
| int | EXTRA_DOCK_STATE_CAR | Used as an int value for `EXTRA_DOCK_STATE` to represent that the phone is in a car dock. |
| int | EXTRA_DOCK_STATE_DESK | Used as an int value for `EXTRA_DOCK_STATE` to represent that the phone is in a desk dock. |
| int | EXTRA_DOCK_STATE_HE_DESK | Used as an int value for `EXTRA_DOCK_STATE` to represent that the phone is in a digital (high end) dock. |
| int | EXTRA_DOCK_STATE_LE_DESK | Used as an int value for `EXTRA_DOCK_STATE` to represent that the phone is in a analog (low end) dock. |
| int | EXTRA_DOCK_STATE_UNDOCKED | Used as an int value for `EXTRA_DOCK_STATE` to represent that the phone is not in any dock. |

| | | |
|---|---|---|
| String | EXTRA_DONT_KILL_APP | Used as an boolean extra field in ACTION_PACKAGE_REMOVED or ACTION_PACKAGE_CHANGED intents to override the default action of restarting the application. |
| String | EXTRA_EMAIL | A String[] holding e-mail addresses that should be delivered to. |
| String | EXTRA_INITIAL_INTENTS | A Parcelable[] of Intent or LabeledIntent objects as set with putExtra (String, Parcelable[]) of additional activities to place a the front of the list of choices, when shown to the user with a ACTION_CHOOSER. |
| String | EXTRA_INSTALLER_PACKAGE_NAME | Used as a string extra field with ACTION_INSTALL_PACKAGE to install a package. |
| String | EXTRA_INTENT | An Intent describing the choices you would like shown with ACTION_PICK_ACTIVITY. |
| String | EXTRA_KEY_EVENT | A KeyEvent object containing the event that triggered the creation of the Intent it is in. |
| String | EXTRA_LOCAL_ONLY | Used to indicate that a ACTION_GET_CONTENT intent should only return data that is on the local device. |
| String | EXTRA_NOT_UNKNOWN_SOURCE | Used as a boolean extra field with ACTION_INSTALL_PACKAGE to install a package. |
| String | EXTRA_PHONE_NUMBER | A String holding the phone number originally entered in ACTION_NEW_OUTGOING_CALL, or the actual number to call in a ACTION_CALL. |
| String | EXTRA_REMOTE_INTENT_TOKEN | Used in the extra field in the remote intent. |
| String | EXTRA_REPLACING | Used as a boolean extra field in ACTION_PACKAGE_REMOVED intents to indicate that this is a replacement of the package, so this broadcast will immediately be followed by an add broadcast for a different version of the same package. |
| String | EXTRA_RETURN_RESULT | Used as a boolean extra field with ACTION_INSTALL_PACKAGE or ACTION_UNINSTALL_PACKAGE. |
| String | EXTRA_SHORTCUT_ICON | The name of the extra used to define the icon, as a Bitmap, of a shortcut. |
| String | EXTRA_SHORTCUT_ICON_RESOURCE | The name of the extra used to define the icon, as a ShortcutIconResource, of a shortcut. |
| String | EXTRA_SHORTCUT_INTENT | The name of the extra used to define the Intent of a shortcut. |
| String | EXTRA_SHORTCUT_NAME | The name of the extra used to define the name of a shortcut. |
| String | EXTRA_STREAM | A content: URI holding a stream of data associated with the Intent, used with ACTION_SEND to supply the data being sent. |
| String | EXTRA_SUBJECT | A constant string holding the desired subject line of a message. |
| String | EXTRA_TEMPLATE | The initial data to place in a newly created record. |

Intent | Android Developers

| | | |
|---|---|---|
| String | EXTRA_TEXT | A constant CharSequence that is associated with the Intent, used with `ACTION_SEND` to supply the literal data to be sent. |
| String | EXTRA_TITLE | A CharSequence dialog title to provide to the user when used with a `ACTION_CHOOSER`. |
| String | EXTRA_UID | Used as an int extra field in `ACTION_UID_REMOVED` intents to supply the uid the package had been assigned. |
| int | FILL_IN_ACTION | Use with `fillIn(Intent, int)` to allow the current action value to be overwritten, even if it is already set. |
| int | FILL_IN_CATEGORIES | Use with `fillIn(Intent, int)` to allow the current categories to be overwritten, even if they are already set. |
| int | FILL_IN_COMPONENT | Use with `fillIn(Intent, int)` to allow the current component value to be overwritten, even if it is already set. |
| int | FILL_IN_DATA | Use with `fillIn(Intent, int)` to allow the current data or type value overwritten, even if it is already set. |
| int | FILL_IN_PACKAGE | Use with `fillIn(Intent, int)` to allow the current package value to be overwritten, even if it is already set. |
| int | FILL_IN_SELECTOR | Use with `fillIn(Intent, int)` to allow the current selector to be overwritten, even if it is already set. |
| int | FILL_IN_SOURCE_BOUNDS | Use with `fillIn(Intent, int)` to allow the current bounds rectangle to be overwritten, even if it is already set. |
| int | FLAG_ACTIVITY_BROUGHT_TO_FRONT | This flag is not normally set by application code, but set for you by the system as described in the `launchMode` documentation for the `singleTask` mode. |
| int | FLAG_ACTIVITY_CLEAR_TASK | If set in an Intent passed to `Context.startActivity()`, this flag will cause any existing task that would be associated with the activity to be cleared before the activity is started. |
| int | FLAG_ACTIVITY_CLEAR_TOP | If set, and the activity being launched is already running in the current task, then instead of launching a new instance of that activity, all of the other activities on top of it will be closed and this Intent will be delivered to the (now on top) old activity as a new Intent. |
| int | FLAG_ACTIVITY_CLEAR_WHEN_TASK_RESET | If set, this marks a point in the task's activity stack that should be cleared when the task is reset. |
| int | FLAG_ACTIVITY_EXCLUDE_FROM_RECENTS | If set, the new activity is not kept in the list of recently launched activities. |
| int | FLAG_ACTIVITY_FORWARD_RESULT | If set and this intent is being used to launch a new activity from an existing one, then the reply target of the existing activity will be transfered to the new activity. |

| | | |
|---|---|---|
| int | FLAG_ACTIVITY_LAUNCHED_FROM_HISTORY | This flag is not normally set by application code, but set for you by the system if this activity is being launched from history (longpress home key). |
| int | FLAG_ACTIVITY_MULTIPLE_TASK | **Do not use this flag unless you are implementing your own top-level application launcher.** |
| int | FLAG_ACTIVITY_NEW_TASK | If set, this activity will become the start of a new task on this history stack. |
| int | FLAG_ACTIVITY_NO_ANIMATION | If set in an Intent passed to Context.startActivity(), this flag will prevent the system from applying an activity transition animation to go to the next activity state. |
| int | FLAG_ACTIVITY_NO_HISTORY | If set, the new activity is not kept in the history stack. |
| int | FLAG_ACTIVITY_NO_USER_ACTION | If set, this flag will prevent the normal onUserLeaveHint() callback from occurring on the current frontmost activity before it is paused as the newly-started activity is brought to the front. |
| int | FLAG_ACTIVITY_PREVIOUS_IS_TOP | If set and this intent is being used to launch a new activity from an existing one, the current activity will not be counted as the top activity for deciding whether the new intent should be delivered to the top instead of starting a new one. |
| int | FLAG_ACTIVITY_REORDER_TO_FRONT | If set in an Intent passed to Context.startActivity(), this flag will cause the launched activity to be brought to the front of its task's history stack if it is already running. |
| int | FLAG_ACTIVITY_RESET_TASK_IF_NEEDED | If set, and this activity is either being started in a new task or bringing to the top an existing task, then it will be launched as the front door of the task. |
| int | FLAG_ACTIVITY_SINGLE_TOP | If set, the activity will not be launched if it is already running at the top of the history stack. |
| int | FLAG_ACTIVITY_TASK_ON_HOME | If set in an Intent passed to Context.startActivity(), this flag will cause a newly launching task to be placed on top of the current home activity task (if there is one). |
| int | FLAG_DEBUG_LOG_RESOLUTION | A flag you can enable for debugging: when set, log messages will be printed during the resolution of this intent to show you what has been found to create the final resolved list. |
| int | FLAG_EXCLUDE_STOPPED_PACKAGES | If set, this intent will not match any components in packages that are currently stopped. |
| int | FLAG_FROM_BACKGROUND | Can be set by the caller to indicate that this Intent is coming from a background operation, not from direct user interaction. |
| int | FLAG_GRANT_READ_URI_PERMISSION | If set, the recipient of this Intent will be granted permission to perform read operations on the Uri in the Intent's data. |
| int | FLAG_GRANT_WRITE_URI_PERMISSION | If set, the recipient of this Intent will be granted permission to perform write operations on the Uri in the Intent's data. |

| | | |
|---|---|---|
| int | FLAG_INCLUDE_STOPPED_PACKAGES | If set, this intent will always match any components in packages that are currently stopped. |
| int | FLAG_RECEIVER_REGISTERED_ONLY | If set, when sending a broadcast only registered receivers will be called -- no BroadcastReceiver components will be launched. |
| int | FLAG_RECEIVER_REPLACE_PENDING | If set, when sending a broadcast the new broadcast will replace any existing pending broadcast that matches it. |
| String | METADATA_DOCK_HOME | Boolean that can be supplied as meta-data with a dock activity, to indicate that the dock should take over the home key when it is active. |
| int | URI_INTENT_SCHEME | Flag for use with `toUri (int)` and `parseUri (string, int)`: the URI string always has the "intent:" scheme. |

**Inherited Constants**                                                            [Expand]

▶From interface android.os.Parcelable

**Fields**

public static final Creator<Intent>      CREATOR

**Public Constructors**

Intent ()
    Create an empty intent.

Intent (Intent o)
    Copy constructor.

Intent (String action)
    Create an intent with a given action.

Intent (String action, Uri uri)
    Create an intent with a given action and for a given data url.

Intent (Context packageContext, Class<?> cls)
    Create an intent for a specific component.

Intent (String action, Uri uri, Context packageContext, Class<?> cls)
    Create an intent for a specific component with a specified action and data.

Intent | Android Developers

**Public Methods**

| | |
|---|---|
| Intent | addCategory (String category) <br> Add a new category to the intent. |
| Intent | addFlags (int flags) <br> Add additional flags to the intent (or with existing flags value). |
| Object | clone () <br> Creates and returns a copy of this object. |
| Intent | cloneFilter () <br> Make a clone of only the parts of the Intent that are relevant for filter matching: the action, data, type, component, and categories. |
| static Intent | createChooser (Intent target, CharSequence title) <br> Convenience function for creating a ACTION_CHOOSER Intent. |
| int | describeContents () <br> Describe the kinds of special objects contained in this Parcelable's marshalled representation. |
| int | fillIn (Intent other, int flags) <br> Copy the contents of *other* in to this object, but only where fields are not defined by this object. |
| boolean | filterEquals (Intent other) <br> Determine if two intents are the same for the purposes of intent resolution (filtering). |
| int | filterHashCode () <br> Generate hash code that matches semantics of filterEquals(). |
| String | getAction () <br> Retrieve the general action to be performed, such as ACTION_VIEW. |
| boolean[] | getBooleanArrayExtra (String name) <br> Retrieve extended data from the intent. |
| boolean | getBooleanExtra (String name, boolean defaultValue) <br> Retrieve extended data from the intent. |
| Bundle | getBundleExtra (String name) <br> Retrieve extended data from the intent. |
| byte[] | getByteArrayExtra (String name) <br> Retrieve extended data from the intent. |

| Type | Method |
|---|---|
| byte | getByteExtra (String name, byte defaultValue)<br>Retrieve extended data from the intent. |
| Set<String> | getCategories ()<br>Return the set of all categories in the intent. |
| char[] | getCharArrayExtra (String name)<br>Retrieve extended data from the intent. |
| char | getCharExtra (String name, char defaultValue)<br>Retrieve extended data from the intent. |
| CharSequence[] | getCharSequenceArrayExtra (String name)<br>Retrieve extended data from the intent. |
| ArrayList<CharSequence> | getCharSequenceArrayListExtra (String name)<br>Retrieve extended data from the intent. |
| CharSequence | getCharSequenceExtra (String name)<br>Retrieve extended data from the intent. |
| ComponentName | getComponent ()<br>Retrieve the concrete component associated with the intent. |
| Uri | getData ()<br>Retrieve data this intent is operating on. |
| String | getDataString ()<br>The same as getData (), but returns the URI as an encoded String. |
| double[] | getDoubleArrayExtra (String name)<br>Retrieve extended data from the intent. |
| double | getDoubleExtra (String name, double defaultValue)<br>Retrieve extended data from the intent. |
| Bundle | getExtras ()<br>Retrieves a map of extended data from the intent. |
| int | getFlags ()<br>Retrieve any special flags associated with this intent. |
| float[] | getFloatArrayExtra (String name)<br>Retrieve extended data from the intent. |

| | |
|---|---|
| float | getFloatExtra (String name, float defaultValue)<br>  Retrieve extended data from the intent. |
| int[] | getIntArrayExtra (String name)<br>  Retrieve extended data from the intent. |
| int | getIntExtra (String name, int defaultValue)<br>  Retrieve extended data from the intent. |
| ArrayList<Integer> | getIntegerArrayListExtra (String name)<br>  Retrieve extended data from the intent. |
| static Intent | getIntent (String uri)<br>  *This method is deprecated. Use parseUri (String, int) instead.* |
| static Intent | getIntentOld (String uri) |
| long[] | getLongArrayExtra (String name)<br>  Retrieve extended data from the intent. |
| long | getLongExtra (String name, long defaultValue)<br>  Retrieve extended data from the intent. |
| String | getPackage ()<br>  Retrieve the application package name this Intent is limited to. |
| Parcelable[] | getParcelableArrayExtra (String name)<br>  Retrieve extended data from the intent. |
| <T extends Parcelable> ArrayList<T> | getParcelableArrayListExtra (String name)<br>  Retrieve extended data from the intent. |
| <T extends Parcelable> T | getParcelableExtra (String name)<br>  Retrieve extended data from the intent. |
| String | getScheme ()<br>  Return the scheme portion of the intent's data. |
| Intent | getSelector ()<br>  Return the specific selector associated with this Intent. |
| Serializable | getSerializableExtra (String name)<br>  Retrieve extended data from the intent. |
| short[] | getShortArrayExtra (String name)<br>  Retrieve extended data from the intent. |

| Return Type | Method |
|---|---|
| short | getShortExtra (String name, short defaultValue)<br>Retrieve extended data from the intent. |
| Rect | getSourceBounds ()<br>Get the bounds of the sender of this intent, in screen coordinates. |
| String[] | getStringArrayExtra (String name)<br>Retrieve extended data from the intent. |
| ArrayList<String> | getStringArrayListExtra (String name)<br>Retrieve extended data from the intent. |
| String | getStringExtra (String name)<br>Retrieve extended data from the intent. |
| String | getType ()<br>Retrieve any explicit MIME type included in the intent. |
| boolean | hasCategory (String category)<br>Check if an category exists in the intent. |
| boolean | hasExtra (String name)<br>Returns true if an extra value is associated with the given name. |
| boolean | hasFileDescriptors ()<br>Returns true if the Intent's extras contain a parcelled file descriptor. |
| static Intent | makeMainActivity (ComponentName mainActivity)<br>Create an intent to launch the main (root) activity of a task. |
| static Intent | makeMainSelectorActivity (String selectorAction, String selectorCategory)<br>Make an Intent for the main activity of an application, without specifying a specific activity to run but giving a selector to find the activity. |
| static Intent | makeRestartActivityTask (ComponentName mainActivity)<br>Make an Intent that can be used to re-launch an application's task in its base state. |
| static Intent | parseIntent (Resources resources, XmlPullParser parser, AttributeSet attrs)<br>Parses the "intent" element (and its children) from XML and instantiates an Intent object. |
| static Intent | parseUri (String uri, int flags)<br>Create an intent from a URI. |
| Intent | putCharSequenceArrayListExtra (String name, ArrayList<CharSequence> value)<br>Add extended data to the intent. |

| Intent | putExtra (String name, double[] value)<br>Add extended data to the intent. |
|---|---|
| Intent | putExtra (String name, int value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, CharSequence value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, char value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, Bundle value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, Parcelable[] value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, Serializable value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, int[] value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, float value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, byte[] value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, long[] value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, Parcelable value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, float[] value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, long value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, String[] value)<br>Add extended data to the intent. |

Intent | Android Developers

| | |
|---|---|
| Intent | putExtra (String name, boolean value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, boolean[] value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, short value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, double value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, short[] value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, String value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, byte value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, char[] value)<br>Add extended data to the intent. |
| Intent | putExtra (String name, CharSequence[] value)<br>Add extended data to the intent. |
| Intent | putExtras (Intent src)<br>Copy all extras in 'src' in to this intent. |
| Intent | putExtras (Bundle extras)<br>Add a set of extended data to the intent. |
| Intent | putIntegerArrayListExtra (String name, ArrayList<Integer> value)<br>Add extended data to the intent. |
| Intent | putParcelableArrayListExtra (String name, ArrayList<? extends Parcelable> value)<br>Add extended data to the intent. |
| Intent | putStringArrayListExtra (String name, ArrayList<String> value)<br>Add extended data to the intent. |
| void | readFromParcel (Parcel in) |
| void | removeCategory (String category)<br>Remove an category from an intent. |

| | |
|---|---|
| void | removeExtra (String name)<br>Remove extended data from the intent. |
| Intent | replaceExtras (Bundle extras)<br>Completely replace the extras in the Intent with the given Bundle of extras. |
| Intent | replaceExtras (Intent src)<br>Completely replace the extras in the Intent with the extras in the given Intent. |
| ComponentName | resolveActivity (PackageManager pm)<br>Return the Activity component that should be used to handle this intent. |
| ActivityInfo | resolveActivityInfo (PackageManager pm, int flags)<br>Resolve the Intent into an `ActivityInfo` describing the activity that should execute the intent. |
| String | resolveType (ContentResolver resolver)<br>Return the MIME data type of this intent. |
| String | resolveType (Context context)<br>Return the MIME data type of this intent. |
| String | resolveTypeIfNeeded (ContentResolver resolver)<br>Return the MIME data type of this intent, only if it will be needed for intent resolution. |
| Intent | setAction (String action)<br>Set the general action to be performed. |
| Intent | setClass (Context packageContext, Class<?> cls)<br>Convenience for calling `setComponent` (`ComponentName`) with the name returned by a `Class` object. |
| Intent | setClassName (Context packageContext, String className)<br>Convenience for calling `setComponent` (`ComponentName`) with an explicit class name. |
| Intent | setClassName (String packageName, String className)<br>Convenience for calling `setComponent` (`ComponentName`) with an explicit application package name and class name. |
| Intent | setComponent (ComponentName component)<br>(Usually optional) Explicitly set the component to handle the intent. |
| Intent | setData (Uri data)<br>Set the data this intent is operating on. |
| Intent | setDataAndType (Uri data, String type)<br>(Usually optional) Set the data for the intent along with an explicit MIME data type. |

Intent | Android Developers

| void | setExtrasClassLoader (ClassLoader loader)<br>Sets the ClassLoader that will be used when unmarshalling any Parcelable values from the extras of this Intent. |
| Intent | setFlags (int flags)<br>Set special flags controlling how this Intent is handled. |
| Intent | setPackage (String packageName)<br>(Usually optional) Set an explicit application package name that limits the components this Intent will resolve to. |
| void | setSelector (Intent selector)<br>Set a selector for this Intent. |
| void | setSourceBounds (Rect r)<br>Set the bounds of the sender of this intent, in screen coordinates. |
| Intent | setType (String type)<br>Set an explicit MIME data type. |
| String | toString ()<br>Returns a string containing a concise, human-readable description of this object. |
| String | toURI ()<br>*This method is deprecated. Use toUri (int) instead.* |
| String | toUri (int flags)<br>Convert this Intent into a String holding a URI representation of it. |
| void | writeToParcel (Parcel out, int flags)<br>Flatten this object in to a Parcel. |

**Inherited Methods**                                                    [Expand]

► From class java.lang.Object

► From interface android.os.Parcelable

## Constants

public static final String **ACTION_AIRPLANE_MODE_CHANGED**                    Since: API Level 1

Broadcast Action: The user has switched the phone into or out of Airplane Mode. One or more radios have been turned off or on. The intent will have the following extra value:

- **state** - A boolean value indicating whether Airplane Mode is on. If true, then cell radio and possibly other radios such as bluetooth or WiFi may have also been turned off

[] This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.AIRPLANE_MODE"

### public static final String ACTION_ALL_APPS

Since: API Level 1

Activity Action: List all available applications

Input: Nothing.

Output: nothing.

Constant Value: "android.intent.action.ALL_APPS"

### public static final String ACTION_ANSWER

Since: API Level 1

Activity Action: Handle an incoming phone call.

Input: nothing.

Output: nothing.

Constant Value: "android.intent.action.ANSWER"

### public static final String ACTION_APP_ERROR

Since: API Level 14

Activity Action: The user pressed the "Report" button in the crash/ANR dialog. This intent is delivered to the package which installed the application, usually the Market.

Input: No data is specified. The bug report is passed in using an EXTRA_BUG_REPORT field.

Output: Nothing.

**See Also**

EXTRA_BUG_REPORT

Constant Value: "android.intent.action.APP_ERROR"

### public static final String ACTION_ATTACH_DATA

Since: API Level 1

Used to indicate that some piece of data should be attached to some other place. For example, image data could be attached to a contact. It is up to the recipient to decide where the data should be attached; the intent does not specify the ultimate destination.

Input: getData() is URI of data to be attached.

Output: nothing.

Constant Value: "android.intent.action.ATTACH_DATA"

public static final String **ACTION_BATTERY_CHANGED**

Since: API Level 1

Broadcast Action: This is a *sticky broadcast* containing the charging state, level, and other information about the battery. See BatteryManager for documentation on the contents of the Intent.

> You can *not* receive this through components declared in manifests, only by explicitly registering for it with Context.registerReceiver(). See ACTION_BATTERY_LOW, ACTION_BATTERY_OKAY, ACTION_POWER_CONNECTED, and ACTION_POWER_DISCONNECTED for distinct battery-related broadcasts that are sent and can be received through manifest receivers.

> This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.BATTERY_CHANGED"

public static final String **ACTION_BATTERY_LOW**

Since: API Level 1

Broadcast Action: Indicates low battery condition on the device. This broadcast corresponds to the "Low battery warning" system dialog.

> This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.BATTERY_LOW"

public static final String **ACTION_BATTERY_OKAY**

Since: API Level 4

Broadcast Action: Indicates the battery is now okay after being low. This will be sent after ACTION_BATTERY_LOW once the battery has gone back up to an okay state.

> This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.BATTERY_OKAY"

public static final String **ACTION_BOOT_COMPLETED**

Since: API Level 1

Broadcast Action: This is broadcast once, after the system has finished booting. It can be used to perform application-specific initialization, such as installing alarms. You must hold the RECEIVE_BOOT_COMPLETED permission in order to receive this broadcast.

> This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.BOOT_COMPLETED"

public static final String **ACTION_BUG_REPORT**

Activity Action: Show activity for reporting a bug.

Input: Nothing.

Output: Nothing.

Constant Value: "android.intent.action.BUG_REPORT"

public static final String **ACTION_CALL**

Since: API Level 1

Activity Action: Perform a call to someone specified by the data.

Input: If nothing, an empty dialer is started; else getData() is URI of a phone number to be dialed or a tel: URI of an explicit phone number.

Output: nothing.

Note: there will be restrictions on which applications can initiate a call; most applications should use the ACTION_DIAL.

Note: this Intent **cannot** be used to call emergency numbers. Applications can **dial emergency numbers** using ACTION_DIAL, however.

Constant Value: "android.intent.action.CALL"

public static final String **ACTION_CALL_BUTTON**

Since: API Level 1

Activity Action: The user pressed the "call" button to go to the dialer or other appropriate UI for placing a call.

Input: Nothing.

Output: Nothing.

Constant Value: "android.intent.action.CALL_BUTTON"

public static final String **ACTION_CAMERA_BUTTON**

Since: API Level 1

Broadcast Action: The "Camera Button" was pressed. Includes a single extra field, EXTRA_KEY_EVENT, containing the key event that caused the broadcast.

Constant Value: "android.intent.action.CAMERA_BUTTON"

public static final String **ACTION_CHOOSER**

Since: API Level 1

Activity Action: Display an activity chooser, allowing the user to pick what they want to before proceeding. This can be used as an alternative to the standard activity picker that is displayed by the system when you try to start an activity with multiple possible matches, with these differences in behavior:

- You can specify the title that will appear in the activity chooser.
- The user does not have the option to make one of the matching activities a preferred activity, and all possible activities will always be shown even if one of them is currently marked as the preferred activity.

This action should be used when the user will naturally expect to select an activity in order to proceed. An example if when not to use it is when the user clicks on a "mailto:" link. They would naturally expect to go directly to their mail app, so startActivity() should be called directly: it will either launch the current preferred app, or put up a dialog allowing the user to pick an app to use and optionally marking that as preferred.

In contrast, if the user is selecting a menu item to send a picture they are viewing to someone else, there are many different things they may want to do at this point: send it through e-mail, upload it to a web service, etc. In this case the CHOOSER action should be used, to always present to the user a list of the things they can do, with a nice title given by the caller such as "Send this photo with:".

As a convenience, an Intent of this form can be created with the createChooser(Intent, CharSequence) function.

Input: No data should be specified. get*Extra must have a EXTRA_INTENT field containing the Intent being executed, and can optionally have a EXTRA_TITLE field containing the title text to display in the chooser.

Output: Depends on the protocol of EXTRA_INTENT.

    Constant Value: "android.intent.action.CHOOSER"

## public static final String ACTION_CLOSE_SYSTEM_DIALOGS

Since: API Level 1

Broadcast Action: This is broadcast when a user action should request a temporary system dialog to dismiss. Some examples of temporary system dialogs are the notification window-shade and the recent tasks dialog.

    Constant Value: "android.intent.action.CLOSE_SYSTEM_DIALOGS"

## public static final String ACTION_CONFIGURATION_CHANGED

Since: API Level 1

Broadcast Action: The current device Configuration (orientation, locale, etc) has changed. When such a change happens, the UIs (view hierarchy) will need to be rebuilt based on this new information; for the most part, applications don't need to worry about this, because the system will take care of stopping and restarting the application to make sure it sees the new changes. Some system code that can not be restarted will need to watch for this action and handle it appropriately.

&#124; You can not receive this through components declared in manifests, only by explicitly registering for it with Context.registerReceiver().

&#124; This is a protected intent that can only be sent by the system.

**See Also**

    Configuration

    Constant Value: "android.intent.action.CONFIGURATION_CHANGED"

## public static final String ACTION_CREATE_SHORTCUT

Since: API Level 1

Activity Action: Creates a shortcut.

Input: Nothing.

Output: An Intent representing the shortcut. The intent must contain three extras: SHORTCUT_INTENT (value: Intent), SHORTCUT_NAME (value: String), and SHORTCUT_ICON (value: Bitmap) or SHORTCUT_ICON_RESOURCE (value: ShortcutIconResource).

**See Also**

EXTRA_SHORTCUT_INTENT
EXTRA_SHORTCUT_NAME
EXTRA_SHORTCUT_ICON
EXTRA_SHORTCUT_ICON_RESOURCE
Intent.ShortcutIconResource

Constant Value: "android.intent.action.CREATE_SHORTCUT"

public static final String **ACTION_DATE_CHANGED**                                                    Since: API Level 1

Broadcast Action: The date has changed.

Constant Value: "android.intent.action.DATE_CHANGED"

public static final String **ACTION_DEFAULT**                                                    Since: API Level 1

A synonym for ACTION_VIEW, the "standard" action that is performed on a piece of data.

Constant Value: "android.intent.action.VIEW"

public static final String **ACTION_DELETE**                                                    Since: API Level 1

Activity Action: Delete the given data from its container.

Input: getData() is URI of data to be deleted.

Output: nothing.

Constant Value: "android.intent.action.DELETE"

public static final String **ACTION_DEVICE_STORAGE_LOW**                                                    Since: API Level 1

Broadcast Action: A sticky broadcast that indicates low memory condition on the device

‖ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.DEVICE_STORAGE_LOW"

public static final String **ACTION_DEVICE_STORAGE_OK**                                                    Since: API Level 1

Broadcast Action: Indicates low memory condition on the device no longer exists

‖ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.DEVICE_STORAGE_OK"

public static final String ACTION_DIAL                                                                                                 Since: API Level 1

Activity Action: Dial a number as specified by the data. This shows a UI with the number being dialed, allowing the user to explicitly initiate the call.

Input: If nothing, an empty dialer is started; else getData() is URI of a phone number to be dialed or a tel: URI of an explicit phone number.

Output: nothing.

Constant Value: "android.intent.action.DIAL"

public static final String ACTION_DOCK_EVENT                                                                                          Since: API Level 5

Broadcast Action: A sticky broadcast for changes in the physical docking state of the device.

The intent will have the following extra values:

- *EXTRA_DOCK_STATE* - the current dock state, indicating which dock the device is physically in.

This is intended for monitoring the current physical dock state. See UiModeManager for the normal API dealing with dock mode changes.

Constant Value: "android.intent.action.DOCK_EVENT"

public static final String ACTION_EDIT                                                                                                Since: API Level 1

Activity Action: Provide explicit editable access to the given data.

Input: getData() is URI of data to be edited.

Output: nothing.

Constant Value: "android.intent.action.EDIT"

public static final String ACTION_EXTERNAL_APPLICATIONS_AVAILABLE                                                                     Since: API Level 8

Broadcast Action: Resources for a set of packages (which were previously unavailable) are currently available since the media on which they exist is available. The extra data EXTRA_CHANGED_PACKAGE_LIST contains a list of packages whose availability changed. The extra data EXTRA_CHANGED_UID_LIST contains a list of uids of packages whose availability changed. Note that the packages in this list do *not* receive this broadcast. The specified set of packages are now available on the system.

Includes the following extras:

- EXTRA_CHANGED_PACKAGE_LIST is the set of packages whose resources(were previously unavailable) are currently available. EXTRA_CHANGED_UID_LIST is the set of uids of the packages whose resources(were previously unavailable) are currently available.

Case 5:12-cv-00630-LHK Document 22 Filed 02/08/12 Page 40 of 206

|| This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.EXTERNAL_APPLICATIONS_AVAILABLE"

## public static final String ACTION_EXTERNAL_APPLICATIONS_UNAVAILABLE

Since: API Level 8

Broadcast Action: Resources for a set of packages are currently unavailable since the media on which they exist is unavailable. The extra data EXTRA_CHANGED_PACKAGE_LIST contains a list of packages whose availability changed. The extra data EXTRA_CHANGED_UID_LIST contains a list of uids of packages whose availability changed. The specified set of packages can no longer be launched and are practically unavailable on the system.

Incudes the following extras:

- EXTRA_CHANGED_PACKAGE_LIST is the set of packages whose resources are no longer available. EXTRA_CHANGED_UID_LIST is the set of packages whose resources are no longer available.

|| This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.EXTERNAL_APPLICATIONS_UNAVAILABLE"

## public static final String ACTION_FACTORY_TEST

Since: API Level 1

Activity Action: Main entry point for factory tests. Only used when the device is booting in factory test node. The implementing package must be installed in the system image.

Input: nothing

Output: nothing

Constant Value: "android.intent.action.FACTORY_TEST"

## public static final String ACTION_GET_CONTENT

Since: API Level 1

Activity Action: Allow the user to select a particular kind of data and return it. This is different than ACTION_PICK in that here we just say what kind of data is desired, not a URI of existing data from which the user can pick. A ACTION_GET_CONTENT could allow the user to create the data as it runs (for example taking a picture or recording a sound), let them browser over the web and download the desired data, etc.

There are two main ways to use this action: if you want an specific kind of data, such as a person contact, you set the MIME type to the kind of data you want and launch it with startActivity(Intent). The system will then launch the best application to select that kind of data for you.

You may also be interested in any of a set of types of content the user can pick. For example, an e-mail application that wants to allow the user to add an attachment to an e-mail message can use this action to bring up a list of all of the types of content the user can attach.

In this case, you should wrap the GET_CONTENT intent with a chooser (through createChooser(Intent, CharSequence)), which will give the proper interface for the user to pick how to send your data and allow you to specify a prompt indicating what they are doing. You will usually specify a broad MIME type (such as image/* or */*), resulting in a broad range of content types the user can select from.

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 41 of 206

When using such a broad GET_CONTENT action, it is often desireable to only pick from data that can be represented as a stream. This is accomplished by requiring the CATEGORY_OPENABLE in the Intent.

Callers can optionally specify EXTRA_LOCAL_ONLY to request that the launched content chooser only return results representing data that is locally available on the device. For example, if this extra is set to true then an image picker should not show any pictures that are available from a remote server but not already on the local device (thus requiring they be download when opened).

Input: getType() is the desired MIME type to retrieve. Note that no URI is supplied in the intent, as there are no constraints on where the returned data originally comes from. You may also include the CATEGORY_OPENABLE if you can only accept data that can be opened as a stream. You may use EXTRA_LOCAL_ONLY to limit content selection to local data.

Output: The URI of the item that was picked. This must be a content: URI so that any receiver can access it.

Constant Value: "android.intent.action.GET_CONTENT"

**public static final String ACTION_GTALK_SERVICE_CONNECTED**                    Since: API Level 1

Broadcast Action: An GTalk connection has been established.

Constant Value: "android.intent.action.GTALK_CONNECTED"

**public static final String ACTION_GTALK_SERVICE_DISCONNECTED**                  Since: API Level 1

Broadcast Action: An GTalk connection has been disconnected.

Constant Value: "android.intent.action.GTALK_DISCONNECTED"

**public static final String ACTION_HEADSET_PLUG**                                Since: API Level 1

Broadcast Action: Wired Headset plugged in or unplugged.

The intent will have the following extra values:

- *state* - 0 for unplugged, 1 for plugged.
- *name* - Headset type, human readable string
- *microphone* - 1 if headset has a microphone, 0 otherwise

Constant Value: "android.intent.action.HEADSET_PLUG"

**public static final String ACTION_INPUT_METHOD_CHANGED**                        Since: API Level 3

Broadcast Action: An input method has been changed.

Constant Value: "android.intent.action.INPUT_METHOD_CHANGED"

**public static final String ACTION_INSERT**                                     Since: API Level 1

Activity Action: Insert an empty item into the given container.

Input: getData() is URI of the directory (vnd.android.cursor.dir/*) in which to place the data.

Output: URI of the new data that was created.

Constant Value: "android.intent.action.INSERT"

### public static final String ACTION_INSERT_OR_EDIT

Since: API Level 1

Activity Action: Pick an existing item, or insert a new item, and then edit it.

Input: getType() is the desired MIME type of the item to create or edit. The extras can contain type specific data to pass through to the editing/creating activity.

Output: The URI of the item that was picked. This must be a content: URI so that any receiver can access it.

Constant Value: "android.intent.action.INSERT_OR_EDIT"

### public static final String ACTION_INSTALL_PACKAGE

Since: API Level 14

Activity Action: Launch application installer.

Input: The data must be a content: or file: URI at which the application can be retrieved. You can optionally supply EXTRA_INSTALLER_PACKAGE_NAME, EXTRA_NOT_UNKNOWN_SOURCE, EXTRA_ALLOW_REPLACE, and EXTRA_RETURN_RESULT.

Output: If EXTRA_RETURN_RESULT, returns whether the install succeeded.

**See Also**

    EXTRA_INSTALLER_PACKAGE_NAME
    EXTRA_NOT_UNKNOWN_SOURCE
    EXTRA_RETURN_RESULT

Constant Value: "android.intent.action.INSTALL_PACKAGE"

### public static final String ACTION_LOCALE_CHANGED

Since: API Level 7

Broadcast Action: The current device's locale has changed.

‖ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.LOCALE_CHANGED"

### public static final String ACTION_MAIN

Since: API Level 1

Activity Action: Start as a main entry point, does not expect to receive data.

Input: nothing

Output: nothing

Constant Value: "android.intent.action.MAIN"

public static final String **ACTION_MANAGE_NETWORK_USAGE**                                Since: API Level 14

Activity Action: Show settings for managing network data usage of a specific application. Applications should define an activity that offers options to control data usage.

Constant Value: "android.intent.action.MANAGE_NETWORK_USAGE"

public static final String **ACTION_MANAGE_PACKAGE_STORAGE**                               Since: API Level 1

Broadcast Action: Indicates low memory condition notification acknowledged by user and package management should be started. This is triggered by the user from the ACTION_DEVICE_STORAGE_LOW notification.

Constant Value: "android.intent.action.MANAGE_PACKAGE_STORAGE"

public static final String **ACTION_MEDIA_BAD_REMOVAL**                                   Since: API Level 1

Broadcast Action: External media was removed from SD card slot, but mount point was not unmounted. The path to the mount point for the removed media is contained in the Intent.mData field.

Constant Value: "android.intent.action.MEDIA_BAD_REMOVAL"

public static final String **ACTION_MEDIA_BUTTON**                                        Since: API Level 1

Broadcast Action: The "Media Button" was pressed. Includes a single extra field, EXTRA_KEY_EVENT, containing the key event that caused the broadcast.

Constant Value: "android.intent.action.MEDIA_BUTTON"

public static final String **ACTION_MEDIA_CHECKING**                                      Since: API Level 3

Broadcast Action: External media is present, and being disk-checked The path to the mount point for the checking media is contained in the Intent.mData field.

Constant Value: "android.intent.action.MEDIA_CHECKING"

public static final String **ACTION_MEDIA_EJECT**                                         Since: API Level 1

Broadcast Action: User has expressed the desire to remove the external storage media. Applications should close all files they have open within the mount point when they receive this intent. The path to the mount point for the media to be ejected is contained in the Intent.mData field.

Constant Value: "android.intent.action.MEDIA_EJECT"

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 44 of 206

public static final String **ACTION_MEDIA_MOUNTED**

Since: API Level 1

Broadcast Action: External media is present and mounted at its mount point. The path to the mount point for the removed media is contained in the Intent.mData field. The Intent contains an extra with name "read-only" and Boolean value to indicate if the media was mounted read only.

Constant Value: "android.intent.action.MEDIA_MOUNTED"

public static final String **ACTION_MEDIA_NOFS**

Since: API Level 3

Broadcast Action: External media is present, but is using an incompatible fs (or is blank) The path to the mount point for the checking media is contained in the Intent.mData field.

Constant Value: "android.intent.action.MEDIA_NOFS"

public static final String **ACTION_MEDIA_REMOVED**

Since: API Level 1

Broadcast Action: External media has been removed. The path to the mount point for the removed media is contained in the Intent.mData field.

Constant Value: "android.intent.action.MEDIA_REMOVED"

public static final String **ACTION_MEDIA_SCANNER_FINISHED**

Since: API Level 1

Broadcast Action: The media scanner has finished scanning a directory. The path to the scanned directory is contained in the Intent.mData field.

Constant Value: "android.intent.action.MEDIA_SCANNER_FINISHED"

public static final String **ACTION_MEDIA_SCANNER_SCAN_FILE**

Since: API Level 1

Broadcast Action: Request the media scanner to scan a file and add it to the media database. The path to the file is contained in the Intent.mData field.

Constant Value: "android.intent.action.MEDIA_SCANNER_SCAN_FILE"

public static final String **ACTION_MEDIA_SCANNER_STARTED**

Since: API Level 1

Broadcast Action: The media scanner has started scanning a directory. The path to the directory being scanned is contained in the Intent.mData field.

Constant Value: "android.intent.action.MEDIA_SCANNER_STARTED"

public static final String **ACTION_MEDIA_SHARED**

Since: API Level 1

Broadcast Action: External media is unmounted because it is being shared via USB mass storage. The path to the mount point for the shared media is contained in the Intent.mData field.

Constant Value: "android.intent.action.MEDIA_SHARED"

public static final String **ACTION_MEDIA_UNMOUNTABLE**

Broadcast Action: External media is present but cannot be mounted. The path to the mount point for the removed media is contained in the Intent.mData field.

Constant Value: "android.intent.action.MEDIA_UNMOUNTABLE"

### public static final String ACTION_MEDIA_UNMOUNTED

Since: API Level 1

Broadcast Action: External media is present, but not mounted at its mount point. The path to the mount point for the removed media is contained in the Intent.mData field.

Constant Value: "android.intent.action.MEDIA_UNMOUNTED"

### public static final String ACTION_MY_PACKAGE_REPLACED

Since: API Level 12

Broadcast Action: A new version of your application has been installed over an existing one. This is only sent to the application that was replaced. It does not contain any additional data; to receive it, just use an intent filter for this action.

‖ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.MY_PACKAGE_REPLACED"

### public static final String ACTION_NEW_OUTGOING_CALL

Since: API Level 1

Broadcast Action: An outgoing call is about to be placed.

The Intent will have the following extra value:

- *EXTRA_PHONE_NUMBER* - the phone number originally intended to be dialed.

Once the broadcast is finished, the resultData is used as the actual number to call. If null, no call will be placed.

It is perfectly acceptable for multiple receivers to process the outgoing call in turn: for example, a parental control application might verify that the user is authorized to place the call at that time, then a number-rewriting application might add an area code if one was not specified.

For consistency, any receiver whose purpose is to prohibit phone calls should have a priority of 0, to ensure it will see the final phone number to be dialed. Any receiver whose purpose is to rewrite phone numbers to be called should have a positive priority. Negative priorities are reserved for the system for this broadcast; using them may cause problems.

Any BroadcastReceiver receiving this Intent *must not* abort the broadcast.

Emergency calls cannot be intercepted using this mechanism, and other calls cannot be modified to call emergency numbers using this mechanism. You must hold the PROCESS_OUTGOING_CALLS permission to receive this Intent.

‖ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.NEW_OUTGOING_CALL"

public static final String **ACTION_PACKAGE_ADDED**

Since: API Level 1

Broadcast Action: A new application package has been installed on the device. The data contains the name of the package. Note that the newly installed package does *not* receive this broadcast.

My include the following extras:

- `EXTRA_UID` containing the integer uid assigned to the new package.
- `EXTRA_REPLACING` is set to true if this is following an `ACTION_PACKAGE_REMOVED` broadcast for the same package.

⌸ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.PACKAGE_ADDED"

public static final String **ACTION_PACKAGE_CHANGED**

Since: API Level 1

Broadcast Action: An existing application package has been changed (e.g. a component has been enabled or disabled). The data contains the name of the package.

- `EXTRA_UID` containing the integer uid assigned to the package.
- `EXTRA_CHANGED_COMPONENT_NAME_LIST` containing the class name of the changed components.
- `EXTRA_DONT_KILL_APP` containing boolean field to override the default action of restarting the application.

⌸ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.PACKAGE_CHANGED"

public static final String **ACTION_PACKAGE_DATA_CLEARED**

Since: API Level 3

Broadcast Action: The user has cleared the data of a package. This should be preceded by `ACTION_PACKAGE_RESTARTED`, after which all of its persistent data is erased and this broadcast sent. Note that the cleared package does *not* receive this broadcast. The data contains the name of the package.

- `EXTRA_UID` containing the integer uid assigned to the package.

⌸ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.PACKAGE_DATA_CLEARED"

public static final String **ACTION_PACKAGE_FIRST_LAUNCH**

Since: API Level 12

Broadcast Action: Sent to the installer package of an application when that application is first launched (that is the first time it is moved out of the stopped state). The data contains the name of the package.

⌸ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.PACKAGE_FIRST_LAUNCH"

public static final String **ACTION_PACKAGE_FULLY_REMOVED**

Since: API Level 14

Broadcast Action: An existing application package has been completely removed from the device. The data contains the name of the package. This is like ACTION_PACKAGE_REMOVED, but only set when EXTRA_DATA_REMOVED is true and EXTRA_REPLACING is false of that broadcast.

- EXTRA_UID containing the integer uid previously assigned to the package.

‖ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.PACKAGE_FULLY_REMOVED"

public static final String **ACTION_PACKAGE_INSTALL**

Since: API Level 1

**This constant is deprecated.**
This constant has never been used.

Broadcast Action: Trigger the download and eventual installation of a package.

Input: getData() is the URI of the package file to download.

‖ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.PACKAGE_INSTALL"

public static final String **ACTION_PACKAGE_NEEDS_VERIFICATION**

Since: API Level 14

Broadcast Action: Sent to the system package verifier when a package needs to be verified. The data contains the package URI.

‖ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.PACKAGE_NEEDS_VERIFICATION"

public static final String **ACTION_PACKAGE_REMOVED**

Since: API Level 1

Broadcast Action: An existing application package has been removed from the device. The data contains the name of the package. The package that is being installed does *not* receive this Intent.

- EXTRA_UID containing the integer uid previously assigned to the package.
- EXTRA_DATA_REMOVED is set to true if the entire application -- data and code -- is being removed.
- EXTRA_REPLACING is set to true if this will be followed by an ACTION_PACKAGE_ADDED broadcast for the same package.

‖ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.PACKAGE_REMOVED"

public static final String **ACTION_PACKAGE_REPLACED**

Since: API Level 3

Broadcast Action: A new version of an application package has been installed, replacing an existing version that was previously installed. The data contains the name of the package.

My include the following extras:

- `EXTRA_UID` containing the integer uid assigned to the new package.

‖ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.PACKAGE_REPLACED"

public static final String **ACTION_PACKAGE_RESTARTED**

Since: API Level 1

Broadcast Action: The user has restarted a package, and all of its processes have been killed. All runtime state associated with it (processes, alarms, notifications, etc) should be removed. Note that the restarted package does *not* receive this broadcast. The data contains the name of the package.

‖ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.PACKAGE_RESTARTED"

public static final String **ACTION_PASTE**

Since: API Level 11

Activity Action: Create a new item in the given container, initializing it from the current contents of the clipboard.

Input: getData () is URI of the directory (vnd.android.cursor.dir/*) in which to place the data.

Output: URI of the new data that was created.

Constant Value: "android.intent.action.PASTE"

public static final String **ACTION_PICK**

Since: API Level 1

Activity Action: Pick an item from the data, returning what was selected.

Input: getData () is URI containing a directory of data (vnd.android.cursor.dir/*) from which to pick an item.

Output: The URI of the item that was picked.

Constant Value: "android.intent.action.PICK"

public static final String **ACTION_PICK_ACTIVITY**

Since: API Level 1

Activity Action: Pick an activity given an intent, returning the class selected.

Input: get*Extra field EXTRA_INTENT is an Intent used with queryIntentActivities(Intent, int) to determine the set of activities from which to pick.

Output: Class name of the activity that was selected.

Constant Value: "android.intent.action.PICK_ACTIVITY"

public static final String **ACTION_POWER_CONNECTED**

Since: API Level 4

Broadcast Action: External power has been connected to the device. This is intended for applications that wish to register specifically to this notification. Unlike ACTION_BATTERY_CHANGED, applications will be woken for this and so do not have to stay active to receive this notification. This action can be used to implement actions that wait until power is available to trigger.

‖ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.ACTION_POWER_CONNECTED"

public static final String **ACTION_POWER_DISCONNECTED**

Since: API Level 4

Broadcast Action: External power has been removed from the device. This is intended for applications that wish to register specifically to this notification. Unlike ACTION_BATTERY_CHANGED, applications will be woken for this and so do not have to stay active to receive this notification. This action can be used to implement actions that wait until power is available to trigger.

‖ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.ACTION_POWER_DISCONNECTED"

public static final String **ACTION_POWER_USAGE_SUMMARY**

Since: API Level 4

Activity Action: Show power usage information to the user.

Input: Nothing.

Output: Nothing.

Constant Value: "android.intent.action.POWER_USAGE_SUMMARY"

public static final String **ACTION_PROVIDER_CHANGED**

Since: API Level 1

Broadcast Action: Some content providers have parts of their namespace where they publish new events or items that the user may be especially interested in. For these things, they may broadcast this action when the set of interesting items change. For example, GmailProvider sends this notification when the set of unread mail in the inbox changes.

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 50 of 206

The data of the intent identifies which part of which provider changed. When queried through the content resolver, the data URI will return the data set in question.

The intent will have the following extra values:

• *count* - The number of items in the data set. This is the same as the number of items in the cursor returned by querying the data URI.

This intent will be sent at boot (if the count is non-zero) and when the data set changes. It is possible for the data set to change without the count changing (for example, if a new unread message arrives in the same sync operation in which a message is archived). The phone should still ring/vibrate/etc as normal in this case.

Constant Value: "android.intent.action.PROVIDER_CHANGED"

public static final String **ACTION_REBOOT**

Since: API Level 1

Broadcast Action: Have the device reboot. This is only for use by system code.

⬚ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.REBOOT"

public static final String **ACTION_RUN**

Since: API Level 1

Activity Action: Run the data, whatever that means.

Input: ? (Note: this is currently specific to the test harness.)

Output: nothing.

Constant Value: "android.intent.action.RUN"

public static final String **ACTION_SCREEN_OFF**

Since: API Level 1

Broadcast Action: Sent after the screen turns off.

⬚ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.SCREEN_OFF"

public static final String **ACTION_SCREEN_ON**

Since: API Level 1

Broadcast Action: Sent after the screen turns on.

⬚ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.SCREEN_ON"

public static final String **ACTION_SEARCH**

Activity Action: Perform a search.

Input: `getStringExtra(SearchManager.QUERY)` is the text to search for. If empty, simply enter your search results Activity with the search UI activated.

Output: nothing.

Constant Value: "android.intent.action.SEARCH"

public static final String **ACTION_SEARCH_LONG_PRESS**

Since: API Level 3

Activity Action: Start action associated with long pressing on the search key.

Input: Nothing.

Output: Nothing.

Constant Value: "android.intent.action.SEARCH_LONG_PRESS"

public static final String **ACTION_SEND**

Since: API Level 1

Activity Action: Deliver some data to someone else. Who the data is being delivered to is not specified; it is up to the receiver of this action to ask the user where the data should be sent.

When launching a SEND intent, you should usually wrap it in a chooser (through `createChooser(Intent, CharSequence)`), which will give the proper interface for the user to pick how to send your data and allow you to specify a prompt indicating what they are doing.

Input: `getType()` is the MIME type of the data being sent. get*Extra can have either a `EXTRA_TEXT` or `EXTRA_STREAM` field, containing the data to be sent. If using `EXTRA_TEXT`, the MIME type should be "text/plain"; otherwise it should be the MIME type of the data in `EXTRA_STREAM`. Use "*/*" if the MIME type is unknown (this will only allow senders that can handle generic data streams).

Optional standard extras, which may be interpreted by some recipients as appropriate, are: `EXTRA_EMAIL`, `EXTRA_CC`, `EXTRA_BCC`, `EXTRA_SUBJECT`.

Output: nothing.

Constant Value: "android.intent.action.SEND"

public static final String **ACTION_SENDTO**

Since: API Level 1

Activity Action: Send a message to someone specified by the data.

Input: `getData()` is URI describing the target.

Output: nothing.

Constant Value: "android.intent.action.SENDTO"

public static final String **ACTION_SEND_MULTIPLE**

Since: API Level 4

Activity Action: Deliver multiple data to someone else.

Like ACTION_SEND, except the data is multiple.

Input: getType () is the MIME type of the data being sent. get*ArrayListExtra can have either a EXTRA_TEXT or EXTRA_STREAM field, containing the data to be sent.

Multiple types are supported, and receivers should handle mixed types whenever possible. The right way for the receiver to check them is to use the content resolver on each URI. The intent sender should try to put the most concrete mime type in the intent type, but it can fall back to <type>/* or */* as needed.

e.g. if you are sending image/jpg and image/jpg, the intent's type can be image/jpg, but if you are sending image/jpg and image/png, then the intent's type should be image/*.

Optional standard extras, which may be interpreted by some recipients as appropriate, are: EXTRA_EMAIL, EXTRA_CC, EXTRA_BCC, EXTRA_SUBJECT.

Output: nothing.

Constant Value: "android.intent.action.SEND_MULTIPLE"

public static final String **ACTION_SET_WALLPAPER**

Since: API Level 1

Activity Action: Show settings for choosing wallpaper

Input: Nothing.

Output: Nothing.

Constant Value: "android.intent.action.SET_WALLPAPER"

public static final String **ACTION_SHUTDOWN**

Since: API Level 4

Broadcast Action: Device is shutting down. This is broadcast when the device is being shut down (completely turned off, not sleeping). Once the broadcast is complete, the final shutdown will proceed and all unsaved data lost. Apps will not normally need to handle this, since the foreground activity will be paused as well.

 This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.ACTION_SHUTDOWN"

public static final String **ACTION_SYNC**

Since: API Level 1

Activity Action: Perform a data synchronization.

Input: ?

Output: ?

Constant Value: "android.intent.action.SYNC"

public static final String **ACTION_SYSTEM_TUTORIAL**

Since: API Level 3

Activity Action: Start the platform-defined tutorial

Input: `getStringExtra(SearchManager.QUERY)` is the text to search for. If empty, simply enter your search results Activity with the search UI activated.

Output: nothing.

Constant Value: "android.intent.action.SYSTEM_TUTORIAL"

public static final String **ACTION_TIMEZONE_CHANGED**

Since: API Level 1

Broadcast Action: The timezone has changed. The intent will have the following extra values:

- *time-zone* - The java.util.TimeZone.getID() value identifying the new time zone.

⟦ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.TIMEZONE_CHANGED"

public static final String **ACTION_TIME_CHANGED**

Since: API Level 1

Broadcast Action: The time was set.

Constant Value: "android.intent.action.TIME_SET"

public static final String **ACTION_TIME_TICK**

Since: API Level 1

Broadcast Action: The current time has changed. Sent every minute. You can *not* receive this through components declared in manifests, only by explicitly registering for it with `Context.registerReceiver()`.

⟦ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.TIME_TICK"

public static final String **ACTION_UID_REMOVED**

Since: API Level 1

Broadcast Action: A user ID has been removed from the system. The user ID number is stored in the extra data under EXTRA_UID.

⟦ This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.UID_REMOVED"

public static final String **ACTION_UMS_CONNECTED**

Since: API Level 1

⟦ **This constant is deprecated.**
⟦ replaced by android.os.storage.StorageEventListener

Broadcast Action: The device has entered USB Mass Storage mode. This is used mainly for the USB Settings panel. Apps should listen for ACTION_MEDIA_MOUNTED and ACTION_MEDIA_UNMOUNTED broadcasts to be notified when the SD card file system is mounted or unmounted

Constant Value: "android.intent.action.UMS_CONNECTED"

Since: API Level 1

public static final String **ACTION_UMS_DISCONNECTED**

|| **This constant is deprecated.**
|| replaced by android.os.storage.StorageEventListener

Broadcast Action: The device has exited USB Mass Storage mode. This is used mainly for the USB Settings panel. Apps should listen for ACTION_MEDIA_MOUNTED and ACTION_MEDIA_UNMOUNTED broadcasts to be notified when the SD card file system is mounted or unmounted

Constant Value: "android.intent.action.UMS_DISCONNECTED"

Since: API Level 14

public static final String **ACTION_UNINSTALL_PACKAGE**

Activity Action: Launch application uninstaller.

Input: The data must be a package: URI whose scheme specific part is the package name of the current installed package to be uninstalled. You can optionally supply EXTRA_RETURN_RESULT.

Output: If EXTRA_RETURN_RESULT, returns whether the install succeeded.

Constant Value: "android.intent.action.UNINSTALL_PACKAGE"

Since: API Level 3

public static final String **ACTION_USER_PRESENT**

Broadcast Action: Sent when the user is present after device wakes up (e.g when the keyguard is gone).

|| This is a protected intent that can only be sent by the system.

Constant Value: "android.intent.action.USER_PRESENT"

Since: API Level 1

public static final String **ACTION_VIEW**

Activity Action: Display the data to the user. This is the most common action performed on data -- it is the generic action you can use on a piece of data to get the most reasonable thing to occur. For example, when used on a contacts entry it will view the entry; when used on a mailto: URI it will bring up a compose window filled with the information supplied by the URI; when used with a tel: URI it will invoke the dialer.

Input: getData() is URI from which to retrieve data.

Output: nothing.

Constant Value: "android.intent.action.VIEW"

**public static final** Underline{String} **ACTION_VOICE_COMMAND**

Since: API Level 1

Activity Action: Start Voice Command.

Input: Nothing.

Output: Nothing.

Constant Value: "android.intent.action.VOICE_COMMAND"

**public static final** Underline{String} **ACTION_WALLPAPER_CHANGED**

Since: API Level 1

Broadcast Action: The current system wallpaper has changed. See `WallpaperManager` for retrieving the new wallpaper.

Constant Value: "android.intent.action.WALLPAPER_CHANGED"

**public static final** Underline{String} **ACTION_WEB_SEARCH**

Since: API Level 1

Activity Action: Perform a web search.

Input: `getStringExtra(SearchManager.QUERY)` is the text to search for. If it is a url starts with http or https, the site will be opened. If it is plain text, Google search will be applied.

Output: nothing.

Constant Value: "android.intent.action.WEB_SEARCH"

**public static final** Underline{String} **CATEGORY_ALTERNATIVE**

Since: API Level 1

Set if the activity should be considered as an alternative action to the data the user is currently viewing. See also `CATEGORY_SELECTED_ALTERNATIVE` for an alternative action that applies to the selection in a list of items.

Supporting this category means that you would like your activity to be displayed in the set of alternative things the user can do, usually as part of the current activity's options menu. You will usually want to include a specific label in the <intent-filter> of this action describing to the user what it does.

The action of IntentFilter with this category is important in that it describes the specific action that will perform. This generally should not be a generic action (such as `ACTION_VIEW`, but rather a specific name such as "com.android.camera.action.CROP. Only one alternative of any particular action will be shown to the user, so using a specific action like this makes sure that your alternative will be displayed while also allowing other applications to provide their own overrides of that particular action.

Constant Value: "android.intent.category.ALTERNATIVE"

**public static final** Underline{String} **CATEGORY_APP_BROWSER**

Since: API Level 15

Used with `ACTION_MAIN` to launch the browser application. The activity should be able to browse the Internet.

NOTE: This should not be used as the primary key of an Intent, since it will not result in the app launching with the correct action and category. Instead, use this with `makeMainSelectorActivity(String, String)` to generate a main Intent with this category in the selector.

Constant Value: "android.intent.category.APP_BROWSER"

## public static final String **CATEGORY_APP_CALCULATOR**

Since: API Level 15

Used with ACTION_MAIN to launch the calculator application. The activity should be able to perform standard arithmetic operations.

NOTE: This should not be used as the primary key of an Intent, since it will not result in the app launching with the correct action and category. Instead, use this with makeMainSelectorActivity(String, String) to generate a main Intent with this category in the selector.

Constant Value: "android.intent.category.APP_CALCULATOR"

## public static final String **CATEGORY_APP_CALENDAR**

Since: API Level 15

Used with ACTION_MAIN to launch the calendar application. The activity should be able to view and manipulate calendar entries.

NOTE: This should not be used as the primary key of an Intent, since it will not result in the app launching with the correct action and category. Instead, use this with makeMainSelectorActivity(String, String) to generate a main Intent with this category in the selector.

Constant Value: "android.intent.category.APP_CALENDAR"

## public static final String **CATEGORY_APP_CONTACTS**

Since: API Level 15

Used with ACTION_MAIN to launch the contacts application. The activity should be able to view and manipulate address book entries.

NOTE: This should not be used as the primary key of an Intent, since it will not result in the app launching with the correct action and category. Instead, use this with makeMainSelectorActivity(String, String) to generate a main Intent with this category in the selector.

Constant Value: "android.intent.category.APP_CONTACTS"

## public static final String **CATEGORY_APP_EMAIL**

Since: API Level 15

Used with ACTION_MAIN to launch the email application. The activity should be able to send and receive email.

NOTE: This should not be used as the primary key of an Intent, since it will not result in the app launching with the correct action and category. Instead, use this with makeMainSelectorActivity(String, String) to generate a main Intent with this category in the selector.

Constant Value: "android.intent.category.APP_EMAIL"

## public static final String **CATEGORY_APP_GALLERY**

Since: API Level 15

Used with ACTION_MAIN to launch the gallery application. The activity should be able to view and manipulate image and video files stored on the device.

NOTE: This should not be used as the primary key of an Intent, since it will not result in the app launching with the correct action and category. Instead, use this with makeMainSelectorActivity(String, String) to generate a main Intent with this category in the selector.

Constant Value: "android.intent.category.APP_GALLERY"

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 57 of 206

public static final <u>String</u> CATEGORY_APP_MAPS

Since: API Level 15

Used with <u>ACTION_MAIN</u> to launch the maps application. The activity should be able to show the user's current location and surroundings.

NOTE: This should not be used as the primary key of an Intent, since it will not result in the app launching with the correct action and category. Instead, use this with <u>makeMainSelectorActivity(String, String)</u> to generate a main Intent with this category in the selector.

Constant Value: "android.intent.category.APP_MAPS"

public static final <u>String</u> CATEGORY_APP_MARKET

Since: API Level 11

This activity allows the user to browse and download new applications.

Constant Value: "android.intent.category.APP_MARKET"

public static final <u>String</u> CATEGORY_APP_MESSAGING

Since: API Level 15

Used with <u>ACTION_MAIN</u> to launch the messaging application. The activity should be able to send and receive text messages.

NOTE: This should not be used as the primary key of an Intent, since it will not result in the app launching with the correct action and category. Instead, use this with <u>makeMainSelectorActivity(String, String)</u> to generate a main Intent with this category in the selector.

Constant Value: "android.intent.category.APP_MESSAGING"

public static final <u>String</u> CATEGORY_APP_MUSIC

Since: API Level 15

Used with <u>ACTION_MAIN</u> to launch the music application. The activity should be able to play, browse, or manipulate music files stored on the device.

NOTE: This should not be used as the primary key of an Intent, since it will not result in the app launching with the correct action and category. Instead, use this with <u>makeMainSelectorActivity(String, String)</u> to generate a main Intent with this category in the selector.

Constant Value: "android.intent.category.APP_MUSIC"

public static final <u>String</u> CATEGORY_BROWSABLE

Since: API Level 1

Activities that can be safely invoked from a browser must support this category. For example, if the user is viewing a web page or an e-mail and clicks on a link in the text, the Intent generated execute that link will require the BROWSABLE category, so that only activities supporting this category will be considered as possible actions. By supporting this category, you are promising that there is nothing damaging (without user intervention) that can happen by invoking any matching Intent.

Constant Value: "android.intent.category.BROWSABLE"

public static final <u>String</u> CATEGORY_CAR_DOCK

Since: API Level 5

An activity to run when device is inserted into a car dock. Used with <u>ACTION_MAIN</u> to launch an activity. For more information, see <u>UiModeManager</u>.

Constant Value: "android.intent.category.CAR_DOCK"

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 58 of 206

public static final String **CATEGORY_CAR_MODE**

Since: API Level 8

Used to indicate that the activity can be used in a car environment.

Constant Value: "android.intent.category.CAR_MODE"

public static final String **CATEGORY_DEFAULT**

Since: API Level 1

Set if the activity should be an option for the default action (center press) to perform on a piece of data. Setting this will hide from the user any activities without it set when performing an action on some data. Note that this is normal -not- set in the Intent when initiating an action -- it is for use in intent filters specified in packages.

Constant Value: "android.intent.category.DEFAULT"

public static final String **CATEGORY_DESK_DOCK**

Since: API Level 5

An activity to run when device is inserted into a car dock. Used with ACTION_MAIN to launch an activity. For more information, see UiModeManager.

Constant Value: "android.intent.category.DESK_DOCK"

public static final String **CATEGORY_DEVELOPMENT_PREFERENCE**

Since: API Level 1

This activity is a development preference panel.

Constant Value: "android.intent.category.DEVELOPMENT_PREFERENCE"

public static final String **CATEGORY_EMBED**

Since: API Level 1

Capable of running inside a parent activity container.

Constant Value: "android.intent.category.EMBED"

public static final String **CATEGORY_FRAMEWORK_INSTRUMENTATION_TEST**

Since: API Level 1

To be used as code under test for framework instrumentation tests.

Constant Value: "android.intent.category.FRAMEWORK_INSTRUMENTATION_TEST"

public static final String **CATEGORY_HE_DESK_DOCK**

Since: API Level 11

An activity to run when device is inserted into a digital (high end) dock. Used with ACTION_MAIN to launch an activity. For more information, see UiModeManager.

Constant Value: "android.intent.category.HE_DESK_DOCK"

public static final String **CATEGORY_HOME**

This is the home activity, that is the first activity that is displayed when the device boots.

Constant Value: "android.intent.category.HOME"

## public static final String CATEGORY_INFO

Since: API Level 3

Provides information about the package it is in; typically used if a package does not contain a CATEGORY LAUNCHER to provide a front-door to the user without having to be shown in the all apps list.

Constant Value: "android.intent.category.INFO"

## public static final String CATEGORY_LAUNCHER

Since: API Level 1

Should be displayed in the top-level launcher.

Constant Value: "android.intent.category.LAUNCHER"

## public static final String CATEGORY_LE_DESK_DOCK

Since: API Level 11

An activity to run when device is inserted into a analog (low end) dock. Used with ACTION MAIN to launch an activity. For more information, see UiModeManager.

Constant Value: "android.intent.category.LE_DESK_DOCK"

## public static final String CATEGORY_MONKEY

Since: API Level 1

This activity may be exercised by the monkey or other automated test tools.

Constant Value: "android.intent.category.MONKEY"

## public static final String CATEGORY_OPENABLE

Since: API Level 1

Used to indicate that a GET_CONTENT intent only wants URIs that can be opened with ContentResolver.openInputStream. Openable URIs must support the columns in OpenableColumns when queried, though it is allowable for those columns to be blank.

Constant Value: "android.intent.category.OPENABLE"

## public static final String CATEGORY_PREFERENCE

Since: API Level 1

This activity is a preference panel.

Constant Value: "android.intent.category.PREFERENCE"

## public static final String CATEGORY_SAMPLE_CODE

Since: API Level 1

To be used as an sample code example (not part of the normal user experience).

Constant Value: "android.intent.category.SAMPLE_CODE"

## public static final String CATEGORY_SELECTED_ALTERNATIVE

Since: API Level 1

Set if the activity should be considered as an alternative selection action to the data the user has currently selected. This is like CATEGORY_ALTERNATIVE, but is used in activities showing a list of items from which the user can select, giving them alternatives to the default action that will be performed on it.

Constant Value: "android.intent.category.SELECTED_ALTERNATIVE"

## public static final String CATEGORY_TAB

Since: API Level 1

Intended to be used as a tab inside of an containing TabActivity.

Constant Value: "android.intent.category.TAB"

## public static final String CATEGORY_TEST

Since: API Level 1

To be used as a test (not part of the normal user experience).

Constant Value: "android.intent.category.TEST"

## public static final String CATEGORY_UNIT_TEST

Since: API Level 1

To be used as a unit test (run through the Test Harness).

Constant Value: "android.intent.category.UNIT_TEST"

## public static final String EXTRA_ALARM_COUNT

Since: API Level 1

Used as an int extra field in AlarmManager intents to tell the application being invoked how many pending alarms are being delievered with the intent. For one-shot alarms this will always be 1. For recurring alarms, this might be greater than 1 if the device was asleep or powered off at the time an earlier alarm would have been delivered.

Constant Value: "android.intent.extra.ALARM_COUNT"

## public static final String EXTRA_ALLOW_REPLACE

Since: API Level 14

Used as a boolean extra field with ACTION_INSTALL_PACKAGE to install a package. Tells the installer UI to skip the confirmation with the user if the .apk is replacing an existing one.

Constant Value: "android.intent.extra.ALLOW_REPLACE"

## public static final String EXTRA_BCC

Since: API Level 1

A String[] holding e-mail addresses that should be blind carbon copied.

Constant Value: "android.intent.extra.BCC"

public static final String **EXTRA_BUG_REPORT**

Since: API Level 14

Used as a parcelable extra field in ACTION_APP_ERROR, containing the bug report.

Constant Value: "android.intent.extra.BUG_REPORT"

public static final String **EXTRA_CC**

Since: API Level 1

A String[] holding e-mail addresses that should be carbon copied.

Constant Value: "android.intent.extra.CC"

public static final String **EXTRA_CHANGED_COMPONENT_NAME**

Since: API Level 5

**This constant is deprecated.**
See EXTRA_CHANGED_COMPONENT_NAME_LIST; this field will contain only the first name in the list.

Constant Value: "android.intent.extra.changed_component_name"

public static final String **EXTRA_CHANGED_COMPONENT_NAME_LIST**

Since: API Level 7

This field is part of ACTION_PACKAGE_CHANGED, and contains a string array of all of the components that have changed.

Constant Value: "android.intent.extra.changed_component_name_list"

public static final String **EXTRA_CHANGED_PACKAGE_LIST**

Since: API Level 8

This field is part of ACTION_EXTERNAL_APPLICATIONS_AVAILABLE, ACTION_EXTERNAL_APPLICATIONS_UNAVAILABLE and contains a string array of all of the components that have changed.

Constant Value: "android.intent.extra.changed_package_list"

public static final String **EXTRA_CHANGED_UID_LIST**

Since: API Level 8

This field is part of ACTION_EXTERNAL_APPLICATIONS_AVAILABLE, ACTION_EXTERNAL_APPLICATIONS_UNAVAILABLE and contains an integer array of uids of all of the components that have changed.

Constant Value: "android.intent.extra.changed_uid_list"

public static final String **EXTRA_DATA_REMOVED**

Since: API Level 3

Used as a boolean extra field in ACTION_PACKAGE_REMOVED intents to indicate whether this represents a full uninstall (removing both the code and its data) or a partial uninstall (leaving its data, implying that this is an update).

Constant Value: "android.intent.extra.DATA_REMOVED"

## public static final String EXTRA_DOCK_STATE

Since: API Level 5

Used as an int extra field in ACTION_DOCK_EVENT intents to request the dock state. Possible values are EXTRA_DOCK_STATE_UNDOCKED, EXTRA_DOCK_STATE_DESK, or EXTRA_DOCK_STATE_CAR, or EXTRA_DOCK_STATE_LE_DESK, or EXTRA_DOCK_STATE_HE_DESK.

Constant Value: "android.intent.extra.DOCK_STATE"

## public static final int EXTRA_DOCK_STATE_CAR

Since: API Level 5

Used as an int value for EXTRA_DOCK_STATE to represent that the phone is in a car dock.

Constant Value: 2 (0x00000002)

## public static final int EXTRA_DOCK_STATE_DESK

Since: API Level 5

Used as an int value for EXTRA_DOCK_STATE to represent that the phone is in a desk dock.

Constant Value: 1 (0x00000001)

## public static final int EXTRA_DOCK_STATE_HE_DESK

Since: API Level 11

Used as an int value for EXTRA_DOCK_STATE to represent that the phone is in a digital (high end) dock.

Constant Value: 4 (0x00000004)

## public static final int EXTRA_DOCK_STATE_LE_DESK

Since: API Level 11

Used as an int value for EXTRA_DOCK_STATE to represent that the phone is in a analog (low end) dock.

Constant Value: 3 (0x00000003)

## public static final int EXTRA_DOCK_STATE_UNDOCKED

Since: API Level 5

Used as an int value for EXTRA_DOCK_STATE to represent that the phone is not in any dock.

Constant Value: 0 (0x00000000)

## public static final String EXTRA_DONT_KILL_APP

Since: API Level 1

Used as an boolean extra field in ACTION_PACKAGE_REMOVED or ACTION_PACKAGE_CHANGED intents to override the default action of restarting the application.

Constant Value: "android.intent.extra.DONT_KILL_APP"

public static final String **EXTRA_EMAIL**

Since: API Level 1

A String[] holding e-mail addresses that should be delivered to.

Constant Value: "android.intent.extra.EMAIL"

public static final String **EXTRA_INITIAL_INTENTS**

Since: API Level 5

A Parcelable[] of `Intent` or `LabeledIntent` objects as set with `putExtra(String, Parcelable[])` of additional activities to place at the front of the list of choices, when shown to the user with a `ACTION_CHOOSER`.

Constant Value: "android.intent.extra.INITIAL_INTENTS"

public static final String **EXTRA_INSTALLER_PACKAGE_NAME**

Since: API Level 14

Used as a string extra field with `ACTION_INSTALL_PACKAGE` to install a package. Specifies the installer package name; this package will receive the `ACTION_APP_ERROR` intent.

Constant Value: "android.intent.extra.INSTALLER_PACKAGE_NAME"

public static final String **EXTRA_INTENT**

Since: API Level 1

An Intent describing the choices you would like shown with `ACTION_PICK_ACTIVITY`.

Constant Value: "android.intent.extra.INTENT"

public static final String **EXTRA_KEY_EVENT**

Since: API Level 1

A `KeyEvent` object containing the event that triggered the creation of the Intent it is in.

Constant Value: "android.intent.extra.KEY_EVENT"

public static final String **EXTRA_LOCAL_ONLY**

Since: API Level 11

Used to indicate that a `ACTION_GET_CONTENT` intent should only return data that is on the local device. This is a boolean extra; the default is false. If true, an implementation of ACTION_GET_CONTENT should only allow the user to select media that is already on the device, not requiring it be downloaded from a remote service when opened. Another way to look at it is that such content should generally have a "_data" column to the path of the content on local external storage.

Constant Value: "android.intent.extra.LOCAL_ONLY"

public static final String **EXTRA_NOT_UNKNOWN_SOURCE**

Since: API Level 14

Used as a boolean extra field with `ACTION_INSTALL_PACKAGE` to install a package. Specifies that the application being installed should not be treated as coming from an unknown source, but as coming from the app invoking the Intent. For this to work you must start the installer with startActivityForResult().

Constant Value: "android.intent.extra.NOT_UNKNOWN_SOURCE"

public static final String **EXTRA_PHONE_NUMBER**

Since: API Level 1

A String holding the phone number originally entered in ACTION_NEW_OUTGOING_CALL, or the actual number to call in a ACTION_CALL.

Constant Value: "android.intent.extra.PHONE_NUMBER"

public static final String **EXTRA_REMOTE_INTENT_TOKEN**

Since: API Level 5

Used in the extra field in the remote intent. It's astring token passed with the remote intent.

Constant Value: "android.intent.extra.remote_intent_token"

public static final String **EXTRA_REPLACING**

Since: API Level 3

Used as a boolean extra field in ACTION_PACKAGE_REMOVED intents to indicate that this is a replacement of the package, so this broadcast will immediately be followed by an add broadcast for a different version of the same package.

Constant Value: "android.intent.extra.REPLACING"

public static final String **EXTRA_RETURN_RESULT**

Since: API Level 14

Used as a boolean extra field with ACTION_INSTALL_PACKAGE or ACTION_UNINSTALL_PACKAGE. Specifies that the installer UI should return to the application the result code of the install/uninstall. The returned result code will be RESULT_OK on success or RESULT_FIRST_USER on failure.

Constant Value: "android.intent.extra.RETURN_RESULT"

public static final String **EXTRA_SHORTCUT_ICON**

Since: API Level 1

The name of the extra used to define the icon, as a Bitmap, of a shortcut.

**See Also**

ACTION_CREATE_SHORTCUT

Constant Value: "android.intent.extra.shortcut.ICON"

public static final String **EXTRA_SHORTCUT_ICON_RESOURCE**

Since: API Level 1

The name of the extra used to define the icon, as a ShortcutIconResource, of a shortcut.

**See Also**

ACTION_CREATE_SHORTCUT
Intent.ShortcutIconResource

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 65 of 206

Constant Value: "android.intent.extra.shortcut.ICON_RESOURCE"

public static final String **EXTRA_SHORTCUT_INTENT**

Since: API Level 1

The name of the extra used to define the Intent of a shortcut.

**See Also**

ACTION_CREATE_SHORTCUT

Constant Value: "android.intent.extra.shortcut.INTENT"

public static final String **EXTRA_SHORTCUT_NAME**

Since: API Level 1

The name of the extra used to define the name of a shortcut.

**See Also**

ACTION_CREATE_SHORTCUT

Constant Value: "android.intent.extra.shortcut.NAME"

public static final String **EXTRA_STREAM**

Since: API Level 1

A content: URI holding a stream of data associated with the Intent, used with ACTION_SEND to supply the data being sent.

Constant Value: "android.intent.extra.STREAM"

public static final String **EXTRA_SUBJECT**

Since: API Level 1

A constant string holding the desired subject line of a message.

Constant Value: "android.intent.extra.SUBJECT"

public static final String **EXTRA_TEMPLATE**

Since: API Level 1

The initial data to place in a newly created record. Use with ACTION_INSERT. The data here is a Map containing the same fields as would be given to the underlying ContentProvider.insert() call.

Constant Value: "android.intent.extra.TEMPLATE"

public static final String **EXTRA_TEXT**

Since: API Level 1

A constant CharSequence that is associated with the Intent, used with ACTION_SEND to supply the literal data to be sent. Note that this may be a styled CharSequence, so you must use Bundle.getCharSequence() to retrieve it.

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 66 of 206

Constant Value: "android.intent.extra.TEXT"

---

**public static final String EXTRA_TITLE**

Since: API Level 1

A CharSequence dialog title to provide to the user when used with a `ACTION_CHOOSER`.

Constant Value: "android.intent.extra.TITLE"

---

**public static final String EXTRA_UID**

Since: API Level 1

Used as an int extra field in `ACTION_UID_REMOVED` intents to supply the uid the package had been assigned. Also an optional extra in `ACTION_PACKAGE_REMOVED` or `ACTION_PACKAGE_CHANGED` for the same purpose.

Constant Value: "android.intent.extra.UID"

---

**public static final int FILL_IN_ACTION**

Since: API Level 1

Use with `fillIn(Intent, int)` to allow the current action value to be overwritten, even if it is already set.

Constant Value: 1 (0x00000001)

---

**public static final int FILL_IN_CATEGORIES**

Since: API Level 1

Use with `fillIn(Intent, int)` to allow the current categories to be overwritten, even if they are already set.

Constant Value: 4 (0x00000004)

---

**public static final int FILL_IN_COMPONENT**

Since: API Level 1

Use with `fillIn(Intent, int)` to allow the current component value to be overwritten, even if it is already set.

Constant Value: 8 (0x00000008)

---

**public static final int FILL_IN_DATA**

Since: API Level 1

Use with `fillIn(Intent, int)` to allow the current data or type value overwritten, even if it is already set.

Constant Value: 2 (0x00000002)

---

**public static final int FILL_IN_PACKAGE**

Since: API Level 4

Use with `fillIn(Intent, int)` to allow the current package value to be overwritten, even if it is already set.

Constant Value: 16 (0x00000010)

---

**public static final int FILL_IN_SELECTOR**

Use with `fillIn(Intent, int)` to allow the current selector to be overwritten, even if it is already set.

Constant Value: 64 (0x00000040)

## public static final int FILL_IN_SOURCE_BOUNDS

Since: API Level 7

Use with `fillIn(Intent, int)` to allow the current bounds rectangle to be overwritten, even if it is already set.

Constant Value: 32 (0x00000020)

## public static final int FLAG_ACTIVITY_BROUGHT_TO_FRONT

Since: API Level 1

This flag is not normally set by application code, but set for you by the system as described in the <u>launchMode</u> documentation for the singleTask mode.

Constant Value: 4194304 (0x00400000)

## public static final int FLAG_ACTIVITY_CLEAR_TASK

Since: API Level 11

If set in an Intent passed to `Context.startActivity()`, this flag will cause any existing task that would be associated with the activity to be cleared before the activity is started. That is, the activity becomes the new root of an otherwise empty task, and any old activities are finished. This can only be used in conjunction with `FLAG_ACTIVITY_NEW_TASK`.

Constant Value: 32768 (0x00008000)

## public static final int FLAG_ACTIVITY_CLEAR_TOP

Since: API Level 1

If set, and the activity being launched is already running in the current task, then instead of launching a new instance of that activity, all of the other activities on top of it will be closed and this Intent will be delivered to the (now on top) old activity as a new Intent.

For example, consider a task consisting of the activities: A, B, C, D. If D calls startActivity() with an Intent that resolves to the component of activity B, then C and D will be finished and B receive the given Intent, resulting in the stack now being: A, B.

The currently running instance of activity B in the above example will either receive the new intent you are starting here in its onNewIntent() method, or be itself finished and restarted with the new intent. If it has declared its launch mode to be "multiple" (the default) and you have not set `FLAG_ACTIVITY_SINGLE_TOP` in the same intent, then it will be finished and re-created; for all other launch modes or if `FLAG_ACTIVITY_SINGLE_TOP` is set then this Intent will be delivered to the current instance's onNewIntent().

This launch mode can also be used to good effect in conjunction with `FLAG_ACTIVITY_NEW_TASK`: if used to start the root activity of a task, it will bring any currently running instance of that task to the foreground, and then clear it to its root state. This is especially useful, for example, when launching an activity from the notification manager.

See <u>Tasks and Back Stack</u> for more information about tasks.

Constant Value: 67108864 (0x04000000)

## public static final int FLAG_ACTIVITY_CLEAR_WHEN_TASK_RESET

If set, this marks a point in the task's activity stack that should be cleared when the task is reset. That is, the next time the task is brought to the foreground with FLAG_ACTIVITY_RESET_TASK_IF_NEEDED (typically as a result of the user re-launching it from home), this activity and all on top of it will be finished so that the user does not return to them, but instead returns to whatever activity preceded it.

This is useful for cases where you have a logical break in your application. For example, an e-mail application may have a command to view an attachment, which launches an image view activity to display it. This activity should be part of the e-mail application's task, since it is a part of the task the user is involved in. However, if the user leaves that task, and later selects the e-mail app from home, we may like them to return to the conversation they were viewing, not the picture attachment, since that is confusing. By setting this flag when launching the image viewer, that viewer and any activities it starts will be removed the next time the user returns to mail.

Constant Value: 524288 (0x00080000)

## public static final int **FLAG_ACTIVITY_EXCLUDE_FROM_RECENTS**
Since: API Level 1

If set, the new activity is not kept in the list of recently launched activities.

Constant Value: 8388608 (0x00800000)

## public static final int **FLAG_ACTIVITY_FORWARD_RESULT**
Since: API Level 1

If set and this intent is being used to launch a new activity from an existing one, then the reply target of the existing activity will be transferred to the new activity. This way the new activity can call setResult(int) and have that result sent back to the reply target of the original activity.

Constant Value: 33554432 (0x02000000)

## public static final int **FLAG_ACTIVITY_LAUNCHED_FROM_HISTORY**
Since: API Level 1

This flag is not normally set by application code, but set for you by the system if this activity is being launched from history (longpress home key).

Constant Value: 1048576 (0x00100000)

## public static final int **FLAG_ACTIVITY_MULTIPLE_TASK**
Since: API Level 1

**Do not use this flag unless you are implementing your own top-level application launcher.** Used in conjunction with FLAG_ACTIVITY_NEW_TASK to disable the behavior of bringing an existing task to the foreground. When set, a new task is *always* started to host the Activity for the Intent, regardless of whether there is already an existing task running the same thing.

**Because the default system does not include graphical task management, you should not use this flag unless you provide some way for a user to return back to the tasks you have launched.**

This flag is ignored if FLAG_ACTIVITY_NEW_TASK is not set.

See Tasks and Back Stack for more information about tasks.

Constant Value: 134217728 (0x08000000)

public static final int **FLAG_ACTIVITY_NEW_TASK**

Since: API Level 1

If set, this activity will become the start of a new task on this history stack. A task (from the activity that started it to the next task activity) defines an atomic group of activities that the user can move to. Tasks can be moved to the foreground and background; all of the activities inside of a particular task always remain in the same order. See Tasks and Back Stack for more information about tasks.

This flag is generally used by activities that want to present a "launcher" style behavior: they give the user a list of separate things that can be done, which otherwise run completely independently of the activity launching them.

When using this flag, if a task is already running for the activity you are now starting, then a new activity will not be started; instead, the current task will simply be brought to the front of the screen with the state it was last in. See FLAG_ACTIVITY_MULTIPLE_TASK for a flag to disable this behavior.

This flag can not be used when the caller is requesting a result from the activity being launched.

Constant Value: 268435456 (0x10000000)

public static final int **FLAG_ACTIVITY_NO_ANIMATION**

Since: API Level 5

If set in an Intent passed to Context.startActivity(), this flag will prevent the system from applying an activity transition animation to go to the next activity state. This doesn't mean an animation will never run -- if another activity change happens that doesn't specify this flag before the activity started here is displayed, then that transition will be used. This flag can be put to good use when you are going to do a series of activity operations but the animation seen by the user shouldn't be driven by the first activity change but rather a later one.

Constant Value: 65536 (0x00010000)

public static final int **FLAG_ACTIVITY_NO_HISTORY**

Since: API Level 1

If set, the new activity is not kept in the history stack. As soon as the user navigates away from it, the activity is finished. This may also be set with the noHistory attribute.

Constant Value: 1073741824 (0x40000000)

public static final int **FLAG_ACTIVITY_NO_USER_ACTION**

Since: API Level 3

If set, this flag will prevent the normal onUserLeaveHint() callback from occurring on the current frontmost activity before it is paused as the newly-started activity is brought to the front.

Typically, an activity can rely on that callback to indicate that an explicit user action has caused their activity to be moved out of the foreground. The callback marks an appropriate point in the activity's lifecycle for it to dismiss any notifications that it intends to display "until the user has seen them," such as a blinking LED.

If an activity is ever started via any non-user-driven events such as phone-call receipt or an alarm handler, this flag should be passed to Context.startActivity, ensuring that the pausing activity does not think the user has acknowledged its notification.

Constant Value: 262144 (0x00040000)

**public static final int FLAG_ACTIVITY_PREVIOUS_IS_TOP**

Since: API Level 1

If set and this intent is being used to launch a new activity from an existing one, the current activity will not be counted as the top activity for deciding whether the new intent should be delivered to the top instead of starting a new one. The previous activity will be used as the top, with the assumption being that the current activity will finish itself immediately.

Constant Value: 16777216 (0x01000000)

**public static final int FLAG_ACTIVITY_REORDER_TO_FRONT**

Since: API Level 3

If set in an Intent passed to Context.startActivity(), this flag will cause the launched activity to be brought to the front of its task's history stack if it is already running.

For example, consider a task consisting of four activities: A, B, C, D. If D calls startActivity() with an Intent that resolves to the component of activity B, then B will be brought to the front of the history stack, with this resulting order: A, C, D, B. This flag will be ignored if FLAG_ACTIVITY_CLEAR_TOP is also specified.

Constant Value: 131072 (0x00020000)

**public static final int FLAG_ACTIVITY_RESET_TASK_IF_NEEDED**

Since: API Level 1

If set, and this activity is either being started in a new task or bringing to the top an existing task, then it will be launched as the front door of the task. This will result in the application of any affinities needed to have that task in the proper state (either moving activities to or from it), or simply resetting that task to its initial state if needed.

Constant Value: 2097152 (0x00200000)

**public static final int FLAG_ACTIVITY_SINGLE_TOP**

Since: API Level 1

If set, the activity will not be launched if it is already running at the top of the history stack.

Constant Value: 536870912 (0x20000000)

**public static final int FLAG_ACTIVITY_TASK_ON_HOME**

Since: API Level 11

If set in an Intent passed to Context.startActivity(), this flag will cause a newly launching task to be placed on top of the current home activity task (if there is one). That is, pressing back from the task will always return the user to home even if that was not the last activity they saw. This can only be used in conjunction with FLAG_ACTIVITY_NEW_TASK.

Constant Value: 16384 (0x00004000)

**public static final int FLAG_DEBUG_LOG_RESOLUTION**

Since: API Level 1

A flag you can enable for debugging: when set, log messages will be printed during the resolution of this intent to show you what has been found to create the final resolved list.

Constant Value: 8 (0x00000008)

public static final int **FLAG_EXCLUDE_STOPPED_PACKAGES**

Since: API Level 12

If set, this intent will not match any components in packages that are currently stopped. If this is not set, then the default behavior is to include such applications in the result.

Constant Value: 16 (0x00000010)

public static final int **FLAG_FROM_BACKGROUND**

Since: API Level 1

Can be set by the caller to indicate that this Intent is coming from a background operation, not from direct user interaction.

Constant Value: 4 (0x00000004)

public static final int **FLAG_GRANT_READ_URI_PERMISSION**

Since: API Level 1

If set, the recipient of this Intent will be granted permission to perform read operations on the Uri in the Intent's data.

Constant Value: 1 (0x00000001)

public static final int **FLAG_GRANT_WRITE_URI_PERMISSION**

Since: API Level 1

If set, the recipient of this Intent will be granted permission to perform write operations on the Uri in the Intent's data.

Constant Value: 2 (0x00000002)

public static final int **FLAG_INCLUDE_STOPPED_PACKAGES**

Since: API Level 12

If set, this intent will always match any components in packages that are currently stopped. This is the default behavior when FLAG_EXCLUDE_STOPPED_PACKAGES is not set. If both of these flags are set, this one wins (it allows overriding of exclude for places where the framework may automatically set the exclude flag).

Constant Value: 32 (0x00000020)

public static final int **FLAG_RECEIVER_REGISTERED_ONLY**

Since: API Level 1

If set, when sending a broadcast only registered receivers will be called -- no BroadcastReceiver components will be launched.

Constant Value: 1073741824 (0x40000000)

public static final int **FLAG_RECEIVER_REPLACE_PENDING**

Since: API Level 8

If set, when sending a broadcast the new broadcast will replace any existing pending broadcast that matches it. Matching is defined by Intent.filterEquals returning true for the intents of the two broadcasts. When a match is found, the new broadcast (and receivers associated with it) will replace the existing one in the pending broadcast list, remaining at the same position in the list.

This flag is most typically used with sticky broadcasts, which only care about delivering the most recent values of the broadcast to their receivers.

Constant Value: 536870912 (0x20000000)

#### public static final String METADATA_DOCK_HOME

Since: API Level 5

Boolean that can be supplied as meta-data with a dock activity, to indicate that the dock should take over the home key when it is active.

Constant Value: "android.dock_home"

#### public static final int URI_INTENT_SCHEME

Since: API Level 4

Flag for use with `toUri(int)` and `parseUri(String, int)`: the URI string always has the "intent:" scheme. This syntax can be used when you want to later disambiguate between URIs that are intended to describe an Intent vs. all others that should be treated as raw URIs. When used with `parseUri`, `(String, int)`, any other scheme will result in a generic VIEW action for that raw URI.

Constant Value: 1 (0x00000001)

## Fields

#### public static final Creator<Intent> CREATOR

Since: API Level 1

## Public Constructors

#### public Intent ()

Since: API Level 1

Create an empty intent.

#### public Intent (Intent o)

Since: API Level 1

Copy constructor.

#### public Intent (String action)

Since: API Level 1

Create an intent with a given action. All other fields (data, type, class) are null. Note that the action *must* be in a namespace because Intents are used globally in the system -- for example the system VIEW action is android.intent.action.VIEW; an application's custom action would be something like com.google.app.myapp.CUSTOM_ACTION.

**Parameters**

*action*    The Intent action, such as ACTION_VIEW.

**public Intent (String action, Uri uri)**

Since: API Level 1

Create an intent with a given action and for a given data url. Note that the action *must* be in a namespace because Intents are used globally in the system -- for example the system VIEW action is android.intent.action.VIEW; an application's custom action would be something like com.google.app.myapp.CUSTOM_ACTION.

*Note: scheme and host name matching in the Android framework is case-sensitive, unlike the formal RFC. As a result, you should always ensure that you write your Uri with these elements using lower case letters, and normalize any Uris you receive from outside of Android to ensure the scheme and host is lower case.*

**Parameters**

*action*   The Intent action, such as ACTION_VIEW.

*uri*      The Intent data URI.

---

**public Intent (Context packageContext, Class<?> cls)**

Since: API Level 1

Create an intent for a specific component. All other fields (action, data, type, class) are null, though they can be modified later with explicit calls. This provides a convenient way to create an intent that is intended to execute a hard-coded class name, rather than relying on the system to find an appropriate class for you; see setComponent(ComponentName) for more information on the repercussions of this.

**Parameters**

*packageContext*   A Context of the application package implementing this class.

*cls*              The component class that is to be used for the intent.

**See Also**

setClass(Context, Class)
setComponent(ComponentName)
Intent(String, android.net.Uri, Context, Class)

---

**public Intent (String action, Uri uri, Context packageContext, Class<?> cls)**

Since: API Level 1

Create an intent for a specific component with a specified action and data. This is equivalent using Intent(String, android.net.Uri) to construct the Intent and then calling setClass(Context, Class) to set its class.

*Note: scheme and host name matching in the Android framework is case-sensitive, unlike the formal RFC. As a result, you should always ensure that you write your Uri with these elements using lower case letters, and normalize any Uris you receive from outside of Android to ensure the scheme and host is lower case.*

**Parameters**

*action*          The Intent action, such as ACTION_VIEW.

*uri*             The Intent data URI.

*packageContext*  A Context of the application package implementing this class.

*cls*             The component class that is to be used for the intent.

**See Also**

Intent(String, android.net.Uri)
Intent(Context, Class)
setClass(Context, Class)
setComponent(ComponentName)

---

# Public Methods

public Intent **addCategory** (String category)

Since: API Level 1

Add a new category to the intent. Categories provide additional detail about the action the intent is perform. When resolving an intent, only activities that provide *all* of the requested categories will be used.

**Parameters**

*category*   The desired category. This can be either one of the predefined Intent categories, or a custom category in your own namespace.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

hasCategory(String)
removeCategory(String)

public Intent **addFlags** (int flags)

Since: API Level 1

Add additional flags to the intent (or with existing flags value).

**Parameters**

*flags*   The new flags to set.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

`setFlags(int)`

public Object **clone** ()

Since: API Level 1

Creates and returns a copy of this `Object`. The default implementation returns a so-called "shallow" copy: It creates a new instance of the same class and then copies the field values (including object references) from this instance to the new instance. A "deep" copy, in contrast, would also recursively clone nested objects. A subclass that needs to implement this kind of cloning should call `super.clone()` to create the new instance and then create deep copies of the nested, mutable objects.

**Returns**

a copy of this object.

public Intent **cloneFilter** ()

Since: API Level 1

Make a clone of only the parts of the Intent that are relevant for filter matching: the action, data, type, component, and categories.

public static Intent **createChooser** (Intent target, CharSequence title)

Since: API Level 1

Convenience function for creating a `ACTION_CHOOSER` Intent.

**Parameters**

| | |
|---|---|
| *target* | The Intent that the user will be selecting an activity to perform. |
| *title* | Optional title that will be displayed in the chooser. |

**Returns**

Return a new Intent object that you can hand to `Context.startActivity()` and related methods.

public int **describeContents** ()

Since: API Level 1

Describe the kinds of special objects contained in this Parcelable's marshalled representation.

**Returns**

a bitmask indicating the set of special object types marshalled by the Parcelable.

public int **fillIn** (Intent other, int flags)

Copy the contents of *other* in to this object, but only where fields are not defined by this object. For purposes of a field being defined, the following pieces of data in the Intent are considered to be separate fields:

- action, as set by setAction(String).
- data URI and MIME type, as set by setData(Uri), setType(String), or setDataAndType(Uri, String).
- categories, as set by addCategory(String).
- package, as set by setPackage(String).
- component, as set by setComponent(ComponentName) or related methods.
- source bounds, as set by setSourceBounds(Rect)
- each top-level name in the associated extras.

In addition, you can use the FILL_IN_ACTION, FILL_IN_DATA, FILL_IN_CATEGORIES, FILL_IN_PACKAGE, FILL_IN_COMPONENT, FILL_IN_SOURCE_BOUNDS, and FILL_IN_SELECTOR to override the restriction where the corresponding field will not be replaced if it is already set.

Note: The component field will only be copied if FILL_IN_COMPONENT is explicitly specified. The selector will only be copied if FILL_IN_SELECTOR is explicitly specified.

For example, consider Intent A with {data="foo", categories="bar"} and Intent B with {action="gotit", data-type="some/thing", categories="one","two"}.

Calling A.fillIn(B, Intent.FILL_IN_DATA) will result in A now containing: {action="gotit", data-type="some/thing", categories="bar"}.

**Parameters**

*other*    Another Intent whose values are to be used to fill in the current one.

*flags*    Options to control which fields can be filled in.

**Returns**

Returns a bit mask of FILL_IN_ACTION, FILL_IN_DATA, FILL_IN_CATEGORIES, FILL_IN_PACKAGE, FILL_IN_COMPONENT, FILL_IN_SOURCE_BOUNDS, and FILL_IN_SELECTOR indicating which fields were changed.

public boolean **filterEquals** (Intent other)                                                                          Since: API Level 1

Determine if two intents are the same for the purposes of intent resolution (filtering). That is, if their action, data, type, class, and categories are the same. This does *not* compare any extra data included in the intents.

**Parameters**

*other*    The other Intent to compare against.

**Returns**

Returns true if action, data, type, class, and categories are the same.

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 77 of 206

public int **filterHashCode** ()

Since: API Level 1

Generate hash code that matches semantics of filterEquals().

**Returns**

Returns the hash value of the action, data, type, class, and categories.

**See Also**

filterEquals(Intent)

public String **getAction** ()

Since: API Level 1

Retrieve the general action to be performed, such as ACTION_VIEW. The action describes the general way the rest of the information in the intent should be interpreted -- most importantly, what to do with the data returned by getData().

**Returns**

The action of this intent or null if none is specified.

**See Also**

setAction(String)

public boolean[] **getBooleanArrayExtra** (String name)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

*name*    The name of the desired item.

**Returns**

the value of an item that previously added with putExtra() or null if no boolean array value was found.

**See Also**

putExtra(String, boolean[])

public boolean **getBooleanExtra** (String name, boolean defaultValue)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

*name*         The name of the desired item.

*defaultValue*   the value to be returned if no value of the desired type is stored with the given name.

**Returns**

the value of an item that previously added with putExtra() or the default value if none was found.

**See Also**

putExtra(String, boolean)

public Bundle **getBundleExtra** (String name)                                                        Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

*name*    The name of the desired item.

**Returns**

the value of an item that previously added with putExtra() or null if no Bundle value was found.

**See Also**

putExtra(String, Bundle)

public byte[] **getByteArrayExtra** (String name)                                                     Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

*name*    The name of the desired item.

**Returns**

the value of an item that previously added with putExtra() or null if no byte array value was found.

**See Also**

putExtra(String, byte[])

public byte **getByteExtra** (String name, byte defaultValue)                                          Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

name            The name of the desired item.

defaultValue    the value to be returned if no value of the desired type is stored with the given name.

**Returns**

the value of an item that previously added with putExtra() or the default value if none was found.

**See Also**

putExtra(String, byte)

public Set<String> **getCategories** ()                                    Since: API Level 1

Return the set of all categories in the intent. If there are no categories, returns NULL.

**Returns**

The set of categories you can examine. Do not modify!

**See Also**

hasCategory(String)
addCategory(String)

public char[] **getCharArrayExtra** (String name)                         Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

name    The name of the desired item.

**Returns**

the value of an item that previously added with putExtra() or null if no char array value was found.

**See Also**

putExtra(String, char[])

public char **getCharExtra** (String name, char defaultValue)             Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

   *name*      The name of the desired item.

   *defaultValue*   the value to be returned if no value of the desired type is stored with the given name.

**Returns**

   the value of an item that previously added with putExtra() or the default value if none was found.

**See Also**

   putExtra (String, char)

public CharSequence[] **getCharSequenceArrayExtra** (String name)

Since: API Level 8

Retrieve extended data from the intent.

**Parameters**

   *name*   The name of the desired item.

**Returns**

   the value of an item that previously added with putExtra() or null if no CharSequence array value was found.

**See Also**

   putExtra (String, CharSequence [])

public ArrayList<CharSequence> **getCharSequenceArrayListExtra** (String name)

Since: API Level 8

Retrieve extended data from the intent.

**Parameters**

   *name*   The name of the desired item.

**Returns**

   the value of an item that previously added with putExtra() or null if no ArrayList value was found.

**See Also**

   putCharSequenceArrayListExtra (String, ArrayList)

public CharSequence **getCharSequenceExtra** (String name)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

*name*    The name of the desired item.

**Returns**

the value of an item that previously added with putExtra() or null if no CharSequence value was found.

**See Also**

putExtra (String, CharSequence)

public ComponentName **getComponent** ()

Since: API Level 1

Retrieve the concrete component associated with the intent. When receiving an intent, this is the component that was found to best handle it (that is, yourself) and will always be non-null; in all other cases it will be null unless explicitly set.

**Returns**

The name of the application component to handle the intent.

**See Also**

resolveActivity (PackageManager)
setComponent (ComponentName)

public Uri **getData** ()

Since: API Level 1

Retrieve data this intent is operating on. This URI specifies the name of the data; often it uses the content: scheme, specifying data in a content provider. Other schemes may be handled by specific activities, such as http: by the web browser.

**Returns**

The URI of the data this intent is targeting or null.

**See Also**

getScheme ()
setData (Uri)

public String **getDataString** ()

Since: API Level 1

The same as getData(), but returns the URI as an encoded String.

Since: API Level 1

public double[] **getDoubleArrayExtra** (String name)

Retrieve extended data from the intent.

**Parameters**

*name*     The name of the desired item.

**Returns**

the value of an item that previously added with putExtra() or null if no double array value was found.

**See Also**

putExtra(String, double[])

Since: API Level 1

public double **getDoubleExtra** (String name, double defaultValue)

Retrieve extended data from the intent.

**Parameters**

*name*           The name of the desired item.

*defaultValue*   the value to be returned if no value of the desired type is stored with the given name.

**Returns**

the value of an item that previously added with putExtra() or the default value if none was found.

**See Also**

putExtra(String, double)

Since: API Level 1

public Bundle **getExtras** ()

Retrieves a map of extended data from the intent.

**Returns**

the map of all extras previously added with putExtra(), or null if none have been added.

Since: API Level 1

public int **getFlags** ()

Retrieve any special flags associated with this intent. You will normally just set them with `setFlags(int)` and let the system take the appropriate action with them.

**Returns**

    int The currently set flags.

**See Also**

    `setFlags(int)`

---

public float[] **getFloatArrayExtra** (String name)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

    *name*    The name of the desired item.

**Returns**

    the value of an item that previously added with putExtra() or null if no float array value was found.

**See Also**

    `putExtra(String, float[])`

---

public float **getFloatExtra** (String name, float defaultValue)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

    *name*    The name of the desired item.

    *defaultValue*    the value to be returned if no value of the desired type is stored with the given name.

**Returns**

    the value of an item that previously added with putExtra(), or the default value if no such item is present

**See Also**

    `putExtra(String, float)`

---

public int[] **getIntArrayExtra** (String name)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

*name*     The name of the desired item.

**Returns**

the value of an item that previously added with putExtra() or null if no int array value was found.

**See Also**

putExtra(String, int[])

public int **getIntExtra** (String name, int defaultValue)

Retrieve extended data from the intent.

**Parameters**

*name*          The name of the desired item.
*defaultValue*  the value to be returned if no value of the desired type is stored with the given name.

**Returns**

the value of an item that previously added with putExtra() or the default value if none was found.

**See Also**

putExtra(String, int)

public ArrayList<Integer> **getIntegerArrayListExtra** (String name)

Retrieve extended data from the intent.

**Parameters**

*name*     The name of the desired item.

**Returns**

the value of an item that previously added with putExtra() or null if no ArrayList value was found.

**See Also**

putIntegerArrayListExtra(String, ArrayList)

Since: API Level 1

Since: API Level 1

public static Intent **getIntent** (String uri)

Since: API Level 1

⏐ **This method is deprecated.**
⏐ Use `parseUri(String, int)` instead.

Call `parseUri(String, int)` with 0 flags.

**Throws**

*URISyntaxException*

public static Intent **getIntentOld** (String uri)

Since: API Level 1

**Throws**

*URISyntaxException*

public long[] **getLongArrayExtra** (String name)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

*name*    The name of the desired item.

**Returns**

the value of an item that previously added with putExtra() or null if no long array value was found.

**See Also**

`putExtra(String, long[])`

public long **getLongExtra** (String name, long defaultValue)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

*name*          The name of the desired item.
*defaultValue*  the value to be returned if no value of the desired type is stored with the given name.

**Returns**

the value of an item that previously added with putExtra() or the default value if none was found.

**See Also**

> putExtra(String, long)

public String **getPackage** ()

Since: API Level 4

Retrieve the application package name this Intent is limited to. When resolving an Intent, if non-null this limits the resolution to only components in the given application package.

**Returns**

> The name of the application package for the Intent.

**See Also**

> resolveActivity(PackageManager)
> setPackage(String)

public Parcelable[] **getParcelableArrayExtra** (String name)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

> *name*   The name of the desired item.

**Returns**

> the value of an item that previously added with putExtra() or null if no Parcelable[] value was found.

**See Also**

> putExtra(String, Parcelable[])

public ArrayList<T> **getParcelableArrayListExtra** (String name)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

> *name*   The name of the desired item.

**Returns**

> the value of an item that previously added with putExtra() or null if no ArrayList value was found.

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 87 of 206

**See Also**

putParcelableArrayListExtra(String, ArrayList)

public T **getParcelableExtra** (String name)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

*name*   The name of the desired item.

**Returns**

the value of an item that previously added with putExtra() or null if no Parcelable value was found.

**See Also**

putExtra(String, Parcelable)

public String **getScheme** ()

Since: API Level 1

Return the scheme portion of the intent's data. If the data is null or does not include a scheme, null is returned. Otherwise, the scheme prefix without the final ':' is returned, i.e. "http".

This is the same as calling getData().getScheme() (and checking for null data).

**Returns**

The scheme of this intent.

**See Also**

getData()

public Intent **getSelector** ()

Since: API Level 15

Return the specific selector associated with this Intent. If there is none, returns null. See setSelector(Intent) for more information.

**See Also**

setSelector(Intent)

public Serializable **getSerializableExtra** (String name)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

*name*    The name of the desired item.

**Returns**

the value of an item that previously added with putExtra() or null if no Serializable value was found.

**See Also**

putExtra(String, Serializable)

public short[] **getShortArrayExtra** (String name)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

*name*    The name of the desired item.

**Returns**

the value of an item that previously added with putExtra() or null if no short array value was found.

**See Also**

putExtra(String, short [])

public short **getShortExtra** (String name, short defaultValue)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

*name*          The name of the desired item.
*defaultValue*  the value to be returned if no value of the desired type is stored with the given name.

**Returns**

the value of an item that previously added with putExtra() or the default value if none was found.

**See Also**

putExtra(String, short)

public Rect **getSourceBounds** ()

Since: API Level 7

Get the bounds of the sender of this intent, in screen coordinates. This can be used as a hint to the receiver for animations and the like. Null means that there is no source bounds.

public String[] **getStringArrayExtra** (String name)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

*name*    The name of the desired item.

**Returns**

the value of an item that previously added with putExtra() or null if no String array value was found.

**See Also**

putExtra(String, String[])

public ArrayList<String> **getStringArrayListExtra** (String name)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

*name*    The name of the desired item.

**Returns**

the value of an item that previously added with putExtra() or null if no ArrayList value was found.

**See Also**

putStringArrayListExtra(String, ArrayList)

public String **getStringExtra** (String name)

Since: API Level 1

Retrieve extended data from the intent.

**Parameters**

*name*    The name of the desired item.

**Returns**

the value of an item that previously added with putExtra() or null if no String value was found.

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 90 of 206

**See Also**

putExtra(String, String)

**public String getType ()**

Since: API Level 1

Retrieve any explicit MIME type included in the intent. This is usually null, as the type is determined by the intent data.

**Returns**

If a type was manually set, it is returned; else null is returned.

**See Also**

resolveType(ContentResolver)
setType(String)

**public boolean hasCategory (String category)**

Since: API Level 1

Check if an category exists in the intent.

**Parameters**

*category*    The category to check.

**Returns**

boolean True if the intent contains the category, else false.

**See Also**

getCategories()
addCategory(String)

**public boolean hasExtra (String name)**

Since: API Level 1

Returns true if an extra value is associated with the given name.

**Parameters**

*name*    the extra's name

**Returns**

true if the given extra is present.

public boolean **hasFileDescriptors** ()

Since: API Level 1

Returns true if the Intent's extras contain a parcelled file descriptor.

**Returns**

true if the Intent contains a parcelled file descriptor.

public static Intent **makeMainActivity** (ComponentName mainActivity)

Since: API Level 11

Create an intent to launch the main (root) activity of a task. This is the Intent that is started when the application's is launched from Home. For anything else that wants to launch an application in the same way, it is important that they use an Intent structured the same way, and can use this function to ensure this is the case.

The returned Intent has the given Activity component as its explicit component, ACTION_MAIN as its action, and includes the category CATEGORY_LAUNCHER. This does *not* have FLAG_ACTIVITY_NEW_TASK set, though typically you will want to do that through addFlags(int) on the returned Intent.

**Parameters**

*mainActivity*     The main activity component that this Intent will launch.

**Returns**

Returns a newly created Intent that can be used to launch the activity as a main application entry.

**See Also**

setClass(Context, Class)
setComponent(ComponentName)

public static Intent **makeMainSelectorActivity** (String selectorAction, String selectorCategory)

Since: API Level 15

Make an Intent for the main activity of an application, without specifying a specific activity to run but giving a selector to find the activity. This results in a final Intent that is structured the same as when the application is launched from Home. For anything else that wants to launch an application in the same way, it is important that they use an Intent structured the same way, and can use this function to ensure this is the case.

The returned Intent has ACTION_MAIN as its action, and includes the category CATEGORY_LAUNCHER. This does *not* have FLAG_ACTIVITY_NEW_TASK set, though typically you will want to do that through addFlags(int) on the returned Intent.

**Parameters**

*selectorAction*      The action name of the Intent's selector.
*selectorCategory*    The name of a category to add to the Intent's selector.

**Returns**

Returns a newly created Intent that can be used to launch the activity as a main application entry.

**See Also**

`setSelector(Intent)`

public static Intent **makeRestartActivityTask** (ComponentName mainActivity)

Since: API Level 11

Make an Intent that can be used to re-launch an application's task in its base state. This is like `makeMainActivity(ComponentName)`, but also sets the flags `FLAG_ACTIVITY_NEW_TASK` and `FLAG_ACTIVITY_CLEAR_TASK`.

**Parameters**

*mainActivity*    The activity component that is the root of the task; this is the activity that has been published in the application's manifest as the main launcher icon.

**Returns**

Returns a newly created Intent that can be used to relaunch the activity's task in its root state.

public static Intent **parseIntent** (Resources resources, XmlPullParser parser, AttributeSet attrs)

Since: API Level 1

Parses the "intent" element (and its children) from XML and instantiates an Intent object. The given XML parser should be located at the tag where parsing should start (often named "intent"), from which the basic action, data, type, and package and class name will be retrieved. The function will then parse in to any child elements, looking for tags to add categories and to attach extra data to the intent.

**Parameters**

*resources*    The Resources to use when inflating resources.
*parser*    The XML parser pointing at an "intent" tag.
*attrs*    The AttributeSet interface for retrieving extended attribute data at the current *parser* location.

**Returns**

An Intent object matching the XML data.

**Throws**

*XmlPullParserException*    If there was an XML parsing error.
*IOException*    If there was an I/O error.

public static Intent **parseUri** (String uri, int flags)

Since: API Level 4

Case 5:12-cv-00630-LHK    Document 22    Filed 02/08/12    Page 93 of 206

Create an intent from a URI. This URI may encode the action, category, and other intent fields, if it was returned by toUri(int). If the Intent was not generate by toUri(), its data will be the entire URI and its action will be ACTION_VIEW.

The URI given here must not be relative -- that is, it must include the scheme and full path.

**Parameters**

*uri*    The URI to turn into an Intent.

*flags*   Additional processing flags. Either 0 or URI_INTENT_SCHEME.

**Returns**

Intent The newly created Intent object.

**Throws**

*URISyntaxException*    Throws URISyntaxError if the basic URI syntax it bad (as parsed by the Uri class) or the Intent data within the URI is invalid.

**See Also**

toUri(int)

---

Since: API Level 8

public Intent **putCharSequenceArrayListExtra** (String name, ArrayList<CharSequence> value)

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*name*    The name of the extra data, with package prefix.

*value*   The ArrayList data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getCharSequenceArrayListExtra(String)

---

Since: API Level 1

public Intent **putExtra** (String name, double[] value)

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

| | |
|---|---|
| *name* | The name of the extra data, with package prefix. |
| *value* | The double array data value. |

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getDoubleArrayExtra(String)

public Intent **putExtra** (String name, int value)                                                                                    Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

| | |
|---|---|
| *name* | The name of the extra data, with package prefix. |
| *value* | The integer data value. |

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getIntExtra(String, int)

public Intent **putExtra** (String name, CharSequence value)                                                              Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*name*     The name of the extra data, with package prefix.

*value*     The CharSequence data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)

removeExtra(String)

getCharSequenceExtra(String)

public Intent **putExtra** (String name, char value)                    Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*name*     The name of the extra data, with package prefix.

*value*     The char data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)

removeExtra(String)

getCharExtra(String, char)

public Intent **putExtra** (String name, Bundle value)                    Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*name*     The name of the extra data, with package prefix.

*value*     The Bundle data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getBundleExtra(String)

public Intent **putExtra** (String name, Parcelable[] value)                                                                                       Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

| | |
|---|---|
| *name* | The name of the extra data, with package prefix. |
| *value* | The Parcelable[] data value. |

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getParcelableArrayExtra(String)

public Intent **putExtra** (String name, Serializable value)                                                                                       Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

| | |
|---|---|
| *name* | The name of the extra data, with package prefix. |
| *value* | The Serializable data value. |

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 97 of 206

**See Also**

> putExtras(Intent)
> removeExtra(String)
> getSerializableExtra(String)

Since: API Level 1

public Intent **putExtra** (String name, int[] value)

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

name    The name of the extra data, with package prefix.

value   The int array data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

> putExtras(Intent)
> removeExtra(String)
> getIntArrayExtra(String)

Since: API Level 1

public Intent **putExtra** (String name, float value)

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

name    The name of the extra data, with package prefix.

value   The float data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

> putExtras(Intent)
> removeExtra(String)

```
getFloatExtra (String, float)
```

**public Intent putExtra (String name, byte[] value)**

Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

| | |
|---|---|
| *name* | The name of the extra data, with package prefix. |
| *value* | The byte array data value. |

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras (Intent)
removeExtra (String)
getByteArrayExtra (String)

**public Intent putExtra (String name, long[] value)**

Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

| | |
|---|---|
| *name* | The name of the extra data, with package prefix. |
| *value* | The byte array data value. |

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras (Intent)
removeExtra (String)
getLongArrayExtra (String)

**public Intent putExtra (String name, Parcelable value)**

Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*name*    The name of the extra data, with package prefix.

*value*   The Parcelable data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getParcelableExtra(String)

Since: API Level 1

public Intent **putExtra** (String name, float[] value)

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*name*    The name of the extra data, with package prefix.

*value*   The float array data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getFloatArrayExtra(String)

Since: API Level 1

public Intent **putExtra** (String name, long value)

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 100 of 206

**Parameters**

*name*   The name of the extra data, with package prefix.

*value*   The long data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getLongExtra(String, long)

public Intent **putExtra** (String name, String[] value)                    Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*name*   The name of the extra data, with package prefix.

*value*   The String array data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getStringArrayExtra(String)

public Intent **putExtra** (String name, boolean value)                    Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*name*   The name of the extra data, with package prefix.

*value*   The boolean data value.

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 101 of 206

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getBooleanExtra(String, boolean)

Since: API Level 1

public Intent **putExtra** (String name, boolean[] value)

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

| | |
|---|---|
| *name* | The name of the extra data, with package prefix. |
| *value* | The boolean array data value. |

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getBooleanArrayExtra(String)

Since: API Level 1

public Intent **putExtra** (String name, short value)

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

| | |
|---|---|
| *name* | The name of the extra data, with package prefix. |
| *value* | The short data value. |

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getShortExtra(String, short)

Since: API Level 1

public Intent **putExtra** (String name, double value)

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*name*  The name of the extra data, with package prefix.
*value*  The double data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getDoubleExtra(String, double)

Since: API Level 1

public Intent **putExtra** (String name, short[] value)

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*name*  The name of the extra data, with package prefix.
*value*  The short array data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)

getShortArrayExtra(String)

public Intent **putExtra** (String name, String value)

Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*name*    The name of the extra data, with package prefix.
*value*    The String data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getStringExtra(String)

public Intent **putExtra** (String name, byte value)

Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*name*    The name of the extra data, with package prefix.
*value*    The byte data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getByteExtra(String, byte)

public Intent **putExtra** (String name, char[] value)

Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*name*    The name of the extra data, with package prefix.

*value*   The char array data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

<u>putExtras(Intent)</u>
<u>removeExtra(String)</u>
<u>getCharArrayExtra(String)</u>

public Intent **putExtra** (String name, CharSequence[] value)                                          Since: API Level 8

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*name*    The name of the extra data, with package prefix.

*value*   The CharSequence array data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

<u>putExtras(Intent)</u>
<u>removeExtra(String)</u>
<u>getCharSequenceArrayExtra(String)</u>

public Intent **putExtras** (Intent src)                                          Since: API Level 1

Copy all extras in 'src' to this intent.

**Parameters**

*src*    Contains the extras to copy.

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 105 of 206

**See Also**

putExtra(String, Bundle)

public Intent **putExtras** (Bundle extras)                                                    Since: API Level 1

Add a set of extended data to the intent. The keys must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*extras*     The Bundle of extras to add to this intent.

**See Also**

putExtra(String, Bundle)
removeExtra(String)

public Intent **putIntegerArrayListExtra** (String name, ArrayList<Integer> value)       Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*name*     The name of the extra data, with package prefix.
*value*    The ArrayList data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getIntegerArrayListExtra(String)

public Intent **putParcelableArrayListExtra** (String name, ArrayList<? extends Parcelable> value)    Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 106 of 206

**Parameters**

*name*     The name of the extra data, with package prefix.

*value*     The ArrayList data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getParcelableArrayListExtra(String)

public Intent **putStringArrayListExtra** (String name, ArrayList<String> value)     Since: API Level 1

Add extended data to the intent. The name must include a package prefix, for example the app com.android.contacts would use names like "com.android.contacts.ShowAll".

**Parameters**

*name*     The name of the extra data, with package prefix.

*value*     The ArrayList data value.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

putExtras(Intent)
removeExtra(String)
getStringArrayListExtra(String)

public void **readFromParcel** (Parcel in)     Since: API Level 1

public void **removeCategory** (String category)     Since: API Level 1

Remove an category from an intent.

**Parameters**

*category*     The category to remove.

**See Also**

addCategory(String)

public void **removeExtra** (String name)                                                            Since: API Level 1

Remove extended data from the intent.

**See Also**

putExtra(String, Bundle)

public Intent **replaceExtras** (Bundle extras)                                                      Since: API Level 3

Completely replace the extras in the Intent with the given Bundle of extras.

**Parameters**

extras     The new set of extras in the Intent, or null to erase all extras.

public Intent **replaceExtras** (Intent src)                                                         Since: API Level 3

Completely replace the extras in the Intent with the extras in the given Intent.

**Parameters**

src      The exact extras contained in this Intent are copied into the target intent, replacing any that were previously there.

public ComponentName **resolveActivity** (PackageManager pm)                                         Since: API Level 1

Return the Activity component that should be used to handle this intent. The appropriate component is determined based on the information in the intent, evaluated as follows:

If getComponent() returns an explicit class, that is returned without any further consideration.

The activity must handle the CATEGORY_DEFAULT Intent category to be considered.

If getAction() is non-NULL, the activity must handle this action.

If resolveType(ContentResolver) returns non-NULL, the activity must handle this type.

If addCategory(String) has added any categories, the activity must handle ALL of the categories specified.

If getPackage() is non-NULL, only activity components in that application package will be considered.

If there are no activities that satisfy all of these conditions, a null string is returned.

If multiple activities are found to satisfy the intent, the one with the highest priority will be used. If there are multiple activities with the same priority, the system will either pick the best activity based on user preference, or resolve to a system class that will allow the user to pick an activity and forward from there.

This method is implemented simply by calling `resolveActivity(Intent, int)` with the "defaultOnly" parameter true.

This API is called for you as part of starting an activity from an intent. You do not normally need to call it yourself.

**Parameters**

*pm*     The package manager with which to resolve the Intent.

**Returns**

Name of the component implementing an activity that can display the intent.

**See Also**

setComponent(ComponentName)
getComponent()
resolveActivityInfo(PackageManager, int)

---

public ActivityInfo **resolveActivityInfo** (PackageManager pm, int flags)                                      Since: API Level 1

Resolve the Intent into an `ActivityInfo` describing the activity that should execute the intent. Resolution follows the same rules as described for `resolveActivity(PackageManager)`, but you get back the completely information about the resolved activity instead of just its class name.

**Parameters**

*pm*     The package manager with which to resolve the Intent.

*flags*   Addition information to retrieve as per `PackageManager.getActivityInfo()`.

**Returns**

PackageManager.ActivityInfo

**See Also**

resolveActivity(PackageManager)

---

public String **resolveType** (ContentResolver resolver)                                                          Since: API Level 1

Return the MIME data type of this intent. If the type field is explicitly set, that is simply returned. Otherwise, if the data is set, the type of that data is returned. If neither fields are set, a null is returned.

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 109 of 206

**Parameters**

*resolver*    A ContentResolver that can be used to determine the MIME type of the intent's data.

**Returns**

The MIME type of this intent.

**See Also**

getType ()
resolveType (Context)

**public String resolveType (Context context)**

Since: API Level 1

Return the MIME data type of this intent. If the type field is explicitly set, that is simply returned. Otherwise, if the data is set, the type of that data is returned. If neither fields are set, a null is returned.

**Returns**

The MIME type of this intent.

**See Also**

getType ()
resolveType (ContentResolver)

**public String resolveTypeIfNeeded (ContentResolver resolver)**

Since: API Level 1

Return the MIME data type of this intent, only if it will be needed for intent resolution. This is not generally useful for application code; it is used by the frameworks for communicating with back-end system services.

**Parameters**

*resolver*    A ContentResolver that can be used to determine the MIME type of the intent's data.

**Returns**

The MIME type of this intent, or null if it is unknown or not needed.

**public Intent setAction (String action)**

Since: API Level 1

Set the general action to be performed.

**Parameters**

*action*   An action name, such as ACTION_VIEW. Application-specific actions should be prefixed with the vendor's package name.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

getAction()

---

public Intent **setClass** (Context packageContext, Class<?> cls)

Since: API Level 1

Convenience for calling setComponent(ComponentName) with the name returned by a Class object.

**Parameters**

*packageContext*   A Context of the application package implementing this class.

*cls*   The class name to set, equivalent to setClassName(context,  cls.getName()).

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

setComponent(ComponentName)

---

public Intent **setClassName** (Context packageContext, String className)

Since: API Level 1

Convenience for calling setComponent(ComponentName) with an explicit class name.

**Parameters**

*packageContext*   A Context of the application package implementing this class.

*className*   The name of a class inside of the application package that will be used as the component for this intent.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

setComponent(ComponentName)
setClass(Context, Class)

public Intent **setClassName** (String packageName, String className)

Since: API Level 1

Convenience for calling setComponent(ComponentName) with an explicit application package name and class name.

**Parameters**

*packageName*    The name of the package implementing the desired component.

*className*      The name of a class inside of the application package that will be used as the component for this Intent.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

setComponent(ComponentName)
setClass(Context, Class)

public Intent **setComponent** (ComponentName component)

Since: API Level 1

(Usually optional) Explicitly set the component to handle the intent. If left with the default value of null, the system will determine the appropriate class to use based on the other fields (action, data, type, categories) in the intent. If this class is defined, the specified class will always be used regardless of the other fields. You should only set this value when you know you absolutely want a specific class to be used; otherwise it is better to let the system find the appropriate class so that you will respect the installed applications and user preferences.

**Parameters**

*component*    The name of the application component to handle the intent, or null to let the system find one for you.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

setClass(Context, Class)
setClassName(Context, String)
setClassName(String, String)
getComponent()
resolveActivity(PackageManager)

public Intent **setData** (Uri data)

Since: API Level 1

Set the data this intent is operating on. This method automatically clears any type that was previously set by setType(String).

Case 5:12-cv-00630-LHK    Document 22    Filed 02/08/12    Page 112 of 206

*Note: scheme and host name matching in the Android framework is case-sensitive, unlike the formal RFC. As a result, you should always ensure that you write your Uri with these elements using lower case letters, and normalize any Uris you receive from outside of Android to ensure the scheme and host is lower case.*

**Parameters**

*data*    The URI of the data this intent is now targeting.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

getData()
setType(String)
setDataAndType(Uri, String)

public Intent **setDataAndType** (Uri data, String type)                                                                Since: API Level 1

(Usually optional) Set the data for the intent along with an explicit MIME data type. This method should very rarely be used -- it allows you to override the MIME type that would ordinarily be inferred from the data with your own type given here.

*Note: MIME type, Uri scheme, and host name matching in the Android framework is case-sensitive, unlike the formal RFC definitions. As a result, you should always write these elements with lower case letters, and normalize any MIME types or Uris you receive from outside of Android to ensure these elements are lower case before supplying them here.*

**Parameters**

*data*    The URI of the data this intent is now targeting.
*type*    The MIME type of the data being handled by this intent.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

setData(Uri)
setType(String)

public void **setExtrasClassLoader** (ClassLoader loader)                                                           Since: API Level 1

Sets the ClassLoader that will be used when unmarshalling any Parcelable values from the extras of this Intent.

**Parameters**

*loader*    a ClassLoader, or null to use the default loader at the time of unmarshalling.

public Intent **setFlags** (int flags)                                                            Since: API Level 1

Set special flags controlling how this intent is handled. Most values here depend on the type of component being executed by the Intent, specifically the FLAG_ACTIVITY_* flags are all for use with Context.startActivity() and the FLAG_RECEIVER_* flags are all for use with Context.sendBroadcast().

See the Tasks and Back Stack documentation for important information on how some of these options impact the behavior of your application.

**Parameters**

*flags*    The desired flags.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

getFlags()
addFlags(int)
FLAG_GRANT_READ_URI_PERMISSION
FLAG_GRANT_WRITE_URI_PERMISSION
FLAG_DEBUG_LOG_RESOLUTION
FLAG_FROM_BACKGROUND
FLAG_ACTIVITY_BROUGHT_TO_FRONT
FLAG_ACTIVITY_CLEAR_TASK
FLAG_ACTIVITY_CLEAR_TOP
FLAG_ACTIVITY_CLEAR_WHEN_TASK_RESET
FLAG_ACTIVITY_EXCLUDE_FROM_RECENTS
FLAG_ACTIVITY_FORWARD_RESULT
FLAG_ACTIVITY_LAUNCHED_FROM_HISTORY
FLAG_ACTIVITY_MULTIPLE_TASK
FLAG_ACTIVITY_NEW_TASK
FLAG_ACTIVITY_NO_ANIMATION
FLAG_ACTIVITY_NO_HISTORY
FLAG_ACTIVITY_NO_USER_ACTION
FLAG_ACTIVITY_PREVIOUS_IS_TOP

```
FLAG_ACTIVITY_RESET_TASK_IF_NEEDED
FLAG_ACTIVITY_REORDER_TO_FRONT
FLAG_ACTIVITY_SINGLE_TOP
FLAG_ACTIVITY_TASK_ON_HOME
FLAG_RECEIVER_REGISTERED_ONLY
```

public Intent **setPackage** (String packageName)                                                                    Since: API Level 4

(Usually optional) Set an explicit application package name that limits the components this Intent will resolve to. If left to the default value of null, all
components in all applications will be considered. If non-null, the Intent can only match the components in the given application package.

**Parameters**

*packageName*     The name of the application package to handle the intent, or null to allow any application package.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

getPackage()
resolveActivity(PackageManager)

public void **setSelector** (Intent selector)                                                                        Since: API Level 15

Set a selector for this Intent. This is a modification to the kinds of things the Intent will match. If the selector is set, it will be used when trying to find entities
that can handle the Intent, instead of the main contents of the Intent. This allows you build an Intent containing a generic protocol while targeting it more
specifically.

An example of where this may be used is with things like CATEGORY_APP_BROWSER. This category allows you to build an Intent that will launch the Browser
application. However, the correct main entry point of an application is actually ACTION_MAIN CATEGORY_LAUNCHER with setComponent
(ComponentName) used to specify the actual Activity to launch. If you launch the browser with something different, undesired behavior may happen if the
user has previously or later launches it the normal way, since they do not match. Instead, you can build an Intent with the MAIN action (but no
ComponentName yet specified) and set a selector with ACTION_MAIN and CATEGORY_APP_BROWSER to point it specifically to the browser activity.

Setting a selector does not impact the behavior of filterEquals(Intent) and filterHashCode(). This is part of the desired behavior of a selector -- it
does not impact the base meaning of the Intent, just what kinds of things will be matched against it when determining who can handle it.

You can not use both a selector and setPackage(String) on the same base Intent.

**Parameters**

*selector*     The desired selector Intent; set to null to not use a special selector.

Intent | Android Developers

public void **setSourceBounds** (Rect r)

Set the bounds of the sender of this intent, in screen coordinates. This can be used as a hint to the receiver for animations and the like. Null means that there is no source bounds.

public Intent **setType** (String type)

Set an explicit MIME data type. This is used to create intents that only specify a type and not data, for example to indicate the type of data to return. This method automatically clears any data that was previously set by setData(Uri).

*Note: MIME type matching in the Android framework is case-sensitive, unlike formal RFC MIME types. As a result, you should always write your MIME types with lower case letters, and any MIME types you receive from outside of Android should be converted to lower case before supplying them here.*

**Parameters**

type    The MIME type of the data being handled by this intent.

**Returns**

Returns the same Intent object, for chaining multiple calls into a single statement.

**See Also**

getType()
setData(Uri)
setDataAndType(Uri, String)

public String **toString** ()

Returns a string containing a concise, human-readable description of this object. Subclasses are encouraged to override this method and provide an implementation that takes into account the object's type and data. The default implementation is equivalent to the following expression:

```
getClass().getName() + '@' + Integer.toHexString(hashCode())
```

See Writing a useful toString() method if you intend implementing your own toString method.

**Returns**

a printable representation of this object.

public String **toURI** ()

┊ **This method is deprecated.**
┊ Use toUri(int) instead.

Call `toUri (int)` with 0 flags.

## public String **toUri** (int flags)

Since: API Level 4

Convert this Intent into a String holding a URI representation of it. The returned URI string has been properly URI encoded, so it can be used with `Uri.parse (String)`. The URI contains the Intent's data as the base URI, with an additional fragment describing the action, categories, type, flags, package, component, and extras.

You can convert the returned string back to an Intent with `getIntent (String)`.

**Parameters**

*flags*    Additional operating flags. Either 0 or `URI_INTENT_SCHEME`.

**Returns**

Returns a URI encoding URI string describing the entire contents of the Intent.

## public void **writeToParcel** (Parcel out, int flags)

Since: API Level 1

Flatten this object into a Parcel.

**Parameters**

*out*     The Parcel in which the object should be written.

*flags*    Additional flags about how the object should be written. May be 0 or `PARCELABLE_WRITE_RETURN_VALUE`.

Except as noted, this content is licensed under Apache 2.0. For details and restrictions, see the Content License.
Android 4.0 r1 - 18 Jan 2012 22:14
Site Terms of Service - Privacy Policy - Brand Guidelines

8

# android developers

public class
# View

extends Object
implements Drawable.Callback KeyEvent.Callback AccessibilityEventSource

java.lang.Object
  └ android.view.View

▶Known Direct Subclasses
  AnalogClock, ImageView, KeyboardView, ProgressBar, Space, SurfaceView, TextView, TextureView, ViewGroup, ViewStub

▶Known Indirect Subclasses
  AbsListView, AbsSeekBar, AbsSpinner, AbsoluteLayout, AdapterView<T extends Adapter>, AdapterViewAnimator, AdapterViewFlipper, AppWidgetHostView,
  AutoCompleteTextView, Button, CalendarView, CheckBox, CheckedTextView, Chronometer, and 52 others.

## Class Overview

This class represents the basic building block for user interface components. A View occupies a rectangular area on the screen and is responsible for drawing
and event handling. View is the base class for *widgets*, which are used to create interactive UI components (buttons, text fields, etc.). The ViewGroup
subclass is the base class for *layouts*, which are invisible containers that hold other Views (or other ViewGroups) and define their layout properties.

**Developer Guides**

For information about using this class to develop your application's user interface, read the User Interface developer guide.

## Using Views

All of the views in a window are arranged in a single tree. You can add views either from code or by specifying a tree of views in one or more XML layout files.
There are many specialized subclasses of views that act as controls or are capable of displaying text, images, or other content.

Once you have created a tree of views, there are typically a few types of common operations you may wish to perform:

- **Set properties:** for example setting the text of a `TextView`. The available properties and the methods that set them will vary among the different subclasses of views. Note that properties that are known at build time can be set in the XML layout files.

- **Set focus:** The framework will handled moving focus in response to user input. To force focus to a specific view, call `requestFocus()`.

- **Set up listeners:** Views allow clients to set listeners that will be notified when something interesting happens to the view. For example, all views will let you set a listener to be notified when the view gains or loses focus. You can register such a listener using `setOnFocusChangeListener` (`android.view.View.OnFocusChangeListener`). Other view subclasses offer more specialized listeners. For example, a Button exposes a listener to notify clients when the button is clicked.

- **Set visibility:** You can hide or show views using `setVisibility(int)`.

*Note: The Android framework is responsible for measuring, laying out and drawing views. You should not call methods that perform these actions on views yourself unless you are actually implementing a `ViewGroup`.*

## Implementing a Custom View

To implement a custom view, you will usually begin by providing overrides for some of the standard methods that the framework calls on all views. You do not need to override all of these methods. In fact, you can start by just overriding `onDraw(android.graphics.Canvas)`.

View | Android Developers

| Category | Methods | Description |
|---|---|---|
| Creation | Constructors | There is a form of the constructor that are called called when the view is created from code and a form that is called when the view is inflated from a layout file. The second form should parse and apply any attributes defined in the layout file. |
| | onFinishInflate() | Called after a view and all of its children has been inflated from XML. |
| Layout | onMeasure(int, int) | Called to determine the size requirements for this view and all of its children. |
| | onLayout(boolean, int, int, int, int) | Called when this view should assign a size and position to all of its children. |
| | onSizeChanged(int, int, int, int) | Called when the size of this view has changed. |
| Drawing | onDraw(android.graphics.Canvas) | Called when the view should render its content. |
| Event processing | onKeyDown(int, KeyEvent) | Called when a new key event occurs. |
| | onKeyUp(int, KeyEvent) | Called when a key up event occurs. |
| | onTrackballEvent(MotionEvent) | Called when a trackball motion event occurs. |
| | onTouchEvent(MotionEvent) | Called when a touch screen motion event occurs. |
| Focus | onFocusChanged(boolean, int, android.graphics.Rect) | Called when the view gains or loses focus. |
| | onWindowFocusChanged(boolean) | Called when the window containing the view gains or loses focus. |
| Attaching | onAttachedToWindow() | Called when the view is attached to a window. |
| | onDetachedFromWindow() | Called when the view is detached from its window. |
| | onWindowVisibilityChanged(int) | Called when the visibility of the window containing the view has changed. |

## IDs

Views may have an integer id associated with them. These ids are typically assigned in the layout XML files, and are used to find specific views within the view tree. A common pattern is to:

- Define a Button in the layout file and assign it a unique ID.

```
<Button
    android:id="@+id/my_button"
    android:layout_width="wrap_content"
    android:layout_height="wrap_content"
    android:text="@string/my_button_text"/>
```

- From the onCreate method of an Activity, find the Button

```
Button myButton = (Button) findViewById(R.id.my_button);
```

View IDs need not be unique throughout the tree, but it is good practice to ensure that they are at least unique within the part of the tree you are searching.

## Position

The geometry of a view is that of a rectangle. A view has a location, expressed as a pair of *left* and *top* coordinates, and two dimensions, expressed as a width and a height. The unit for location and dimensions is the pixel.

It is possible to retrieve the location of a view by invoking the methods getLeft() and getTop(). The former returns the left, or X, coordinate of the rectangle representing the view. The latter returns the top, or Y, coordinate of the rectangle representing the view. These methods both return the location of the view relative to its parent. For instance, when getLeft() returns 20, that means the view is located 20 pixels to the right of the left edge of its direct parent.

In addition, several convenience methods are offered to avoid unnecessary computations, namely getRight() and getBottom(). These methods return the coordinates of the right and bottom edges of the rectangle representing the view. For instance, calling getRight() is similar to the following computation: getLeft() + getWidth() (see Size for more information about the width.)

## Size, padding and margins

The size of a view is expressed with a width and a height. A view actually possess two pairs of width and height values.

The first pair is known as *measured width* and *measured height*. These dimensions define how big a view wants to be within its parent (see Layout for more details.) The measured dimensions can be obtained by calling getMeasuredWidth() and getMeasuredHeight().

The second pair is simply known as *width* and *height*, or sometimes *drawing width* and *drawing height*. These dimensions define the actual size of the view on screen, at drawing time and after layout. These values may, but do not have to, be different from the measured width and height. The width and height can be obtained by calling getWidth() and getHeight().

To measure its dimensions, a view takes into account its padding. The padding is expressed in pixels for the left, top, right and bottom parts of the view. Padding can be used to offset the content of the view by a specific amount of pixels. For instance, a left padding of 2 will push the view's content by 2 pixels to the right of the left edge. Padding can be set using the `setPadding(int, int, int, int)` method and queried by calling `getPaddingLeft()`, `getPaddingTop()`, `getPaddingRight()`, `getPaddingBottom()`.

Even though a view can define a padding, it does not provide any support for margins. However, view groups provide such a support. Refer to `ViewGroup` and `ViewGroup.MarginLayoutParams` for further information.

## Layout

Layout is a two pass process: a measure pass and a layout pass. The measuring pass is implemented in `measure(int, int)` and is a top-down traversal of the view tree. Each view pushes dimension specifications down the tree during the recursion. At the end of the measure pass, every view has stored its measurements. The second pass happens in `layout(int, int, int, int)` and is also top-down. During this pass each parent is responsible for positioning all of its children using the sizes computed in the measure pass.

When a view's measure() method returns, its `getMeasuredWidth()` and `getMeasuredHeight()` values must be set, along with those for all of that view's descendants. A view's measured width and measured height values must respect the constraints imposed by the view's parents. This guarantees that at the end of the measure pass, all parents accept all of their children's measurements. A parent view may call measure() more than once on its children. For example, the parent may measure each child once with unspecified dimensions to find out how big they want to be, then call measure() on them again with actual numbers if the sum of all the children's unconstrained sizes is too big or too small.

The measure pass uses two classes to communicate dimensions. The `View.MeasureSpec` class is used by views to tell their parents how they want to be measured and positioned. The base LayoutParams class just describes how big the view wants to be for both width and height. For each dimension, it can specify one of:

- an exact number
- MATCH_PARENT, which means the view wants to be as big as its parent (minus padding)
- WRAP_CONTENT, which means that the view wants to be just big enough to enclose its content (plus padding).

There are subclasses of LayoutParams for different subclasses of ViewGroup. For example, AbsoluteLayout has its own subclass of LayoutParams which adds an X and Y value.

MeasureSpecs are used to push requirements down the tree from parent to child. A MeasureSpec can be in one of three modes:

- UNSPECIFIED: This is used by a parent to determine the desired dimension of a child view. For example, a LinearLayout may call measure() on its child with the height set to UNSPECIFIED and a width of EXACTLY 240 to find out how tall the child view wants to be given a width of 240 pixels.
- EXACTLY: This is used by the parent to impose an exact size on the child. The child must use this size, and guarantee that all of its descendants will fit within this size.

- AT_MOST: This is used by the parent to impose a maximum size on the child. The child must gurantee that it and all of its descendants will fit within this size.

To intiate a layout, call `requestLayout()`. This method is typically called by a view on itself when it believes that is can no longer fit within its current bounds.

## Drawing

Drawing is handled by walking the tree and rendering each view that intersects the invalid region. Because the tree is traversed in-order, this means that parents will draw before (i.e., behind) their children, with siblings drawn in the order they appear in the tree. If you set a background drawable for a View, then the View will draw it for you before calling back to its `onDraw()` method.

Note that the framework will not draw views that are not in the invalid region.

To force a view to draw, call `invalidate()`.

## Event Handling and Threading

The basic cycle of a view is as follows:

1. An event comes in and is dispatched to the appropriate view. The view handles the event and notifies any listeners.
2. If in the course of processing the event, the view's bounds may need to be changed, the view will call `requestLayout()`.
3. Similarly, if in the course of processing the event the view's appearance may need to be changed, the view will call `invalidate()`.
4. If either `requestLayout()` or `invalidate()` were called, the framework will take care of measuring, laying out, and drawing the tree as appropriate.

*Note: The entire view tree is single threaded. You must always be on the UI thread when calling any method on any view.* If you are doing work on other threads and want to update the state of a view from that thread, you should use a `Handler`.

## Focus Handling

The framework will handle routine focus movement in response to user input. This includes changing the focus as views are removed or hidden, or as new views become available. Views indicate their willingness to take focus through the `isFocusable()` method. To change whether a view can take focus, call `setFocusable(boolean)`. When in touch mode (see notes below) views indicate whether they still would like focus via `isFocusableInTouchMode()` and can change this via `setFocusableInTouchMode(boolean)`.

Focus movement is based on an algorithm which finds the nearest neighbor in a given direction. In rare cases, the default algorithm may not match the intended behavior of the developer. In these situations, you can provide explicit overrides by using these XML attributes in the layout file:

```
nextFocusDown
nextFocusLeft
nextFocusRight
nextFocusUp
```

To get a particular view to take focus, call `requestFocus()`.

## Touch Mode

When a user is navigating a user interface via directional keys such as a D-pad, it is necessary to give focus to actionable items such as buttons so the user can see what will take input. If the device has touch capabilities, however, and the user begins interacting with the interface by touching it, it is no longer necessary to always highlight, or give focus to, a particular view. This motivates a mode for interaction named 'touch mode'.

For a touch capable device, once the user touches the screen, the device will enter touch mode. From this point onward, only views for which `isFocusableInTouchMode()` is true will be focusable, such as text editing widgets. Other views that are touchable, like buttons, will not take focus when touched; they will only fire the on click listeners.

Any time a user hits a directional key, such as a D-pad direction, the view device will exit touch mode, and find a view to take focus, so that the user may resume interacting with the user interface without touching the screen again.

The touch mode state is maintained across `Activitys`. Call `isInTouchMode()` to see whether the device is currently in touch mode.

## Scrolling

The framework provides basic support for views that wish to internally scroll their content. This includes keeping track of the X and Y scroll offset as well as mechanisms for drawing scrollbars. See `scrollBy(int, int)`, `scrollTo(int, int)`, and `awakenScrollBars()` for more details.

## Tags

Unlike IDs, tags are not used to identify views. Tags are essentially an extra piece of information that can be associated with a view. They are most often used as a convenience to store data related to views in the views themselves rather than by putting them in a separate structure.

## Animation

You can attach an `Animation` object to a view using `setAnimation(Animation)` or `startAnimation(Animation)`. The animation can alter the scale, rotation, translation and alpha of a view over time. If the animation is attached to a view that has children, the animation will affect the entire subtree rooted by that node. When an animation is started, the framework will take care of redrawing the appropriate views until the animation completes.

Starting with Android 3.0, the preferred way of animating views is to use the android.animation package APIs.

## Security

Sometimes it is essential that an application be able to verify that an action is being performed with the full knowledge and consent of the user, such as granting a permission request, making a purchase or clicking on an advertisement. Unfortunately, a malicious application could try to spoof the user into performing these actions, unaware, by concealing the intended purpose of the view. As a remedy, the framework offers a touch filtering mechanism that can be used to improve the security of views that provide access to sensitive functionality.

To enable touch filtering, call setFilterTouchesWhenObscured(boolean) or set the android:filterTouchesWhenObscured layout attribute to true. When enabled, the framework will discard touches that are received whenever the view's window is obscured by another visible window. As a result, the view will not receive touches whenever a toast, dialog or other window appears above the view's window.

For more fine-grained control over security, consider overriding the onFilterTouchEventForSecurity(MotionEvent) method to implement your own security policy. See also FLAG_WINDOW_IS_OBSCURED.

**See Also**

ViewGroup

# Summary

**Nested Classes**

| | | |
|---|---|---|
| class | View.AccessibilityDelegate | This class represents a delegate that can be registered in a `View` to enhance accessibility support via composition rather via inheritance. |
| class | View.BaseSavedState | Base class for derived classes that want to save and restore their own state in `onSaveInstanceState()`. |
| class | View.DragShadowBuilder | Creates an image that the system displays during the drag and drop operation. |
| class | View.MeasureSpec | A MeasureSpec encapsulates the layout requirements passed from parent to child. |
| interface | View.OnAttachStateChangeListener | Interface definition for a callback to be invoked when this view is attached or detached from its window. |
| interface | View.OnClickListener | Interface definition for a callback to be invoked when a view is clicked. |
| interface | View.OnCreateContextMenuListener | Interface definition for a callback to be invoked when the context menu for this view is being built. |
| interface | View.OnDragListener | Interface definition for a callback to be invoked when a drag is being dispatched to this view. |
| interface | View.OnFocusChangeListener | Interface definition for a callback to be invoked when the focus state of a view changed. |
| interface | View.OnGenericMotionListener | Interface definition for a callback to be invoked when a generic motion event is dispatched to this view. |
| interface | View.OnHoverListener | Interface definition for a callback to be invoked when a hover event is dispatched to this view. |
| interface | View.OnKeyListener | Interface definition for a callback to be invoked when a key event is dispatched to this view. |
| interface | View.OnLayoutChangeListener | Interface definition for a callback to be invoked when the layout bounds of a view changes due to layout processing. |
| interface | View.OnLongClickListener | Interface definition for a callback to be invoked when a view has been clicked and held. |
| interface | View.OnSystemUiVisibilityChangeListener | Interface definition for a callback to be invoked when the status bar changes visibility. |
| interface | View.OnTouchListener | Interface definition for a callback to be invoked when a touch event is dispatched to this view. |

## XML Attributes

| Attribute Name | Related Method | Description |
|---|---|---|
| android:alpha | setAlpha(float) | alpha property of the view, as a value between 0 (completely transparent) and 1 (completely opaque). |
| android:background | setBackgroundResource(int) | A drawable to use as the background. |
| android:clickable | setClickable(boolean) | Defines whether this view reacts to click events. |
| android:contentDescription | setContentDescription(CharSequence) | Defines text that briefly describes content of the view. |
| android:drawingCacheQuality | setDrawingCacheQuality(int) | Defines the quality of translucent drawing caches. |
| android:duplicateParentState | | When this attribute is set to true, the view gets its drawable state (focused, pressed, etc.) from its direct parent rather than from itself. |
| android:fadingEdgeLength | getVerticalFadingEdgeLength() | Defines the length of the fading edges. |
| android:filterTouchesWhenObscured | setFilterTouchesWhenObscured(boolean) | Specifies whether to filter touches when the view's window is obscured by another visible window. |
| android:fitsSystemWindows | setFitsSystemWindows(boolean) | Boolean internal attribute to adjust view layout based on system windows such as the status bar. |
| android:focusable | setFocusable(boolean) | Boolean that controls whether a view can take focus. |
| android:focusableInTouchMode | setFocusableInTouchMode(boolean) | Boolean that controls whether a view can take focus while in touch mode. |
| android:hapticFeedbackEnabled | setHapticFeedbackEnabled(boolean) | Boolean that controls whether a view should have haptic feedback enabled for events such as long presses. |
| android:id | setId(int) | Supply an identifier name for this view, to later retrieve it with `View.findViewById()` or `Activity.findViewById()`. |
| android:isScrollContainer | | Set this if the view will serve as a scrolling container, meaning that it can be resized to shrink its overall window so that there will be space for an input method. |
| android:keepScreenOn | setKeepScreenOn(boolean) | Controls whether the view's window should keep the screen on while visible. |
| android:layerType | setLayerType(int,Paint) | Specifies the type of layer backing this view. |
| android:longClickable | setLongClickable(boolean) | Defines whether this view reacts to long click events. |
| android:minHeight | | Defines the minimum height of the view. |

| | | |
|---|---|---|
| android:minWidth | | Defines the minimum width of the view. |
| android:nextFocusDown | setNextFocusDownId(int) | Defines the next view to give focus to when the next focus is FOCUS_DOWN If the reference refers to a view that does not exist or is part of a hierarchy that is invisible, a RuntimeException will result when the reference is accessed. |
| android:nextFocusForward | setNextFocusForwardId(int) | Defines the next view to give focus to when the next focus is FOCUS_FORWARD If the reference refers to a view that does not exist or is part of a hierarchy that is invisible, a RuntimeException will result when the reference is accessed. |
| android:nextFocusLeft | setNextFocusLeftId(int) | Defines the next view to give focus to when the next focus is FOCUS_LEFT. |
| android:nextFocusRight | setNextFocusRightId(int) | Defines the next view to give focus to when the next focus is FOCUS_RIGHT If the reference refers to a view that does not exist or is part of a hierarchy that is invisible, a RuntimeException will result when the reference is accessed. |
| android:nextFocusUp | setNextFocusUpId(int) | Defines the next view to give focus to when the next focus is FOCUS_UP If the reference refers to a view that does not exist or is part of a hierarchy that is invisible, a RuntimeException will result when the reference is accessed. |
| android:onClick | | Name of the method in this View's context to invoke when the view is clicked. |
| android:padding | setPadding(int,int,int,int) | Sets the padding, in pixels, of all four edges. |
| android:paddingBottom | setPadding(int,int,int,int) | Sets the padding, in pixels, of the bottom edge; see padding. |
| android:paddingLeft | setPadding(int,int,int,int) | Sets the padding, in pixels, of the left edge; see padding. |
| android:paddingRight | setPadding(int,int,int,int) | Sets the padding, in pixels, of the right edge; see padding. |
| android:paddingTop | setPadding(int,int,int,int) | Sets the padding, in pixels, of the top edge; see padding. |
| android:requiresFadingEdge | setVerticalFadingEdgeEnabled(boolean) | Defines which edges should be faded on scrolling. |
| android:rotation | setRotation(float) | rotation of the view, in degrees. |
| android:rotationX | setRotationX(float) | rotation of the view around the x axis, in degrees. |
| android:rotationY | setRotationY(float) | rotation of the view around the y axis, in degrees. |
| android:saveEnabled | setSaveEnabled(boolean) | If unset, no state will be saved for this view when it is being frozen. |
| android:scaleX | setScaleX(float) | scale of the view in the x direction. |

| | | |
|---|---|---|
| android:scaleY | setScaleY(float) | scale of the view in the y direction. |
| android:scrollX | | The initial horizontal scroll offset, in pixels. |
| android:scrollY | | The initial vertical scroll offset, in pixels. |
| android:scrollbarAlwaysDrawHorizontalTrack | | Defines whether the horizontal scrollbar track should always be drawn. |
| android:scrollbarAlwaysDrawVerticalTrack | | Defines whether the vertical scrollbar track should always be drawn. |
| android:scrollbarDefaultDelayBeforeFade | | Defines the delay in milliseconds that a scrollbar waits before fade out. |
| android:scrollbarFadeDuration | | Defines the delay in milliseconds that a scrollbar takes to fade out. |
| android:scrollbarSize | | Sets the width of vertical scrollbars and height of horizontal scrollbars. |
| android:scrollbarStyle | | Controls the scrollbar style and position. |
| android:scrollbarThumbHorizontal | | Defines the horizontal scrollbar thumb drawable. |
| android:scrollbarThumbVertical | | Defines the vertical scrollbar thumb drawable. |
| android:scrollbarTrackHorizontal | | Defines the horizontal scrollbar track drawable. |
| android:scrollbarTrackVertical | | Defines the vertical scrollbar track drawable. |
| android:scrollbars | | Defines which scrollbars should be displayed on scrolling or not. |
| android:soundEffectsEnabled | setSoundEffectsEnabled (boolean) | Boolean that controls whether a view should have sound effects enabled for events such as clicking and touching. |
| android:tag | | Supply a tag for this view containing a String, to be retrieved later with View.getTag() or searched for with View.findViewWithTag(). |
| android:transformPivotX | setPivotX(float) | x location of the pivot point around which the view will rotate and scale. |
| android:transformPivotY | setPivotY(float) | y location of the pivot point around which the view will rotate and scale. |
| android:translationX | setTranslationX(float) | translation in x of the view. |
| android:translationY | setTranslationY(float) | translation in y of the view. |
| android:visibility | setVisibility(int) | Controls the initial visibility of the view. |

## Constants

| | | |
|---|---|---|
| int | DRAWING_CACHE_QUALITY_AUTO | Enables automatic quality mode for the drawing cache. |
| int | DRAWING_CACHE_QUALITY_HIGH | Enables high quality mode for the drawing cache. |
| int | DRAWING_CACHE_QUALITY_LOW | Enables low quality mode for the drawing cache. |
| int | FIND_VIEWS_WITH_CONTENT_DESCRIPTION | Find find views that contain the specified content description. |
| int | FIND_VIEWS_WITH_TEXT | Find views that render the specified text. |
| int | FOCUSABLES_ALL | View flag indicating whether addFocusables(ArrayList, int, int) should add all focusable Views regardless if they are focusable in touch mode. |
| int | FOCUSABLES_TOUCH_MODE | View flag indicating whether addFocusables(ArrayList, int, int) should add only Views focusable in touch mode. |
| int | FOCUS_BACKWARD | Use with focusSearch(int). |
| int | FOCUS_DOWN | Use with focusSearch(int). |
| int | FOCUS_FORWARD | Use with focusSearch(int). |
| int | FOCUS_LEFT | Use with focusSearch(int). |
| int | FOCUS_RIGHT | Use with focusSearch(int). |
| int | FOCUS_UP | Use with focusSearch(int). |
| int | GONE | This view is invisible, and it doesn't take any space for layout purposes. |
| int | HAPTIC_FEEDBACK_ENABLED | View flag indicating whether this view should have haptic feedback enabled for events such as long presses. |
| int | INVISIBLE | This view is invisible, but it still takes up space for layout purposes. |
| int | KEEP_SCREEN_ON | View flag indicating that the screen should remain on while the window containing this view is visible to the user. |
| int | LAYER_TYPE_HARDWARE | Indicates that the view has a hardware layer. |
| int | LAYER_TYPE_NONE | Indicates that the view does not have a layer. |

View | Android Developers

Page 14 of 185

| | | |
|---|---|---|
| int | LAYER_TYPE_SOFTWARE | Indicates that the view has a software layer. |
| int | MEASURED_HEIGHT_STATE_SHIFT | Bit shift of `MEASURED_STATE_MASK` to get to the height bits for functions that combine both width and height into a single int, such as `getMeasuredState()` and the childState argument of `resolveSizeAndState(int, int, int)`. |
| int | MEASURED_SIZE_MASK | Bits of `getMeasuredWidthAndState()` and `getMeasuredWidthAndState()` that provide the actual measured size. |
| int | MEASURED_STATE_MASK | Bits of `getMeasuredWidthAndState()` and `getMeasuredWidthAndState()` that provide the additional state bits. |
| int | MEASURED_STATE_TOO_SMALL | Bit of `getMeasuredWidthAndState()` and `getMeasuredWidthAndState()` that indicates the measured size is smaller that the space the view would like to have. |
| int | NO_ID | Used to mark a View that has no ID. |
| int | OVER_SCROLL_ALWAYS | Always allow a user to over-scroll this view, provided it is a view that can scroll. |
| int | OVER_SCROLL_IF_CONTENT_SCROLLS | Allow a user to over-scroll this view only if the content is large enough to meaningfully scroll, provided it is a view that can scroll. |
| int | OVER_SCROLL_NEVER | Never allow a user to over-scroll this view. |
| int | SCROLLBARS_INSIDE_INSET | The scrollbar style to display the scrollbars inside the padded area, increasing the padding of the view. |
| int | SCROLLBARS_INSIDE_OVERLAY | The scrollbar style to display the scrollbars inside the content area, without increasing the padding. |
| int | SCROLLBARS_OUTSIDE_INSET | The scrollbar style to display the scrollbars at the edge of the view, increasing the padding of the view. |
| int | SCROLLBARS_OUTSIDE_OVERLAY | The scrollbar style to display the scrollbars at the edge of the view, without increasing the padding. |
| int | SCROLLBAR_POSITION_DEFAULT | Position the scroll bar at the default position as determined by the system. |
| int | SCROLLBAR_POSITION_LEFT | Position the scroll bar along the left edge. |
| int | SCROLLBAR_POSITION_RIGHT | Position the scroll bar along the right edge. |
| int | SOUND_EFFECTS_ENABLED | View flag indicating whether this view should have sound effects enabled for events such as clicking and touching. |
| int | STATUS_BAR_HIDDEN | *This constant is deprecated. Use `SYSTEM_UI_FLAG_LOW_PROFILE` instead.* |
| int | STATUS_BAR_VISIBLE | *This constant is deprecated. Use `SYSTEM_UI_FLAG_VISIBLE` instead.* |

1/20/2012

| int | SYSTEM_UI_FLAG_HIDE_NAVIGATION | View has requested that the system navigation be temporarily hidden. |
|-----|--------------------------------|----------------------------------------------------------------------|
| int | SYSTEM_UI_FLAG_LOW_PROFILE | View has requested the system UI to enter an unobtrusive "low profile" mode. |
| int | SYSTEM_UI_FLAG_VISIBLE | View has requested the system UI (status bar) to be visible (the default). |
| String | VIEW_LOG_TAG | The logging tag used by this class with android.util.Log. |
| int | VISIBLE | This view is visible. |

View | Android Developers

## Fields

| | | |
|---|---|---|
| public static Property<View, Float> | ALPHA | A Property wrapper around the alpha functionality handled by the setAlpha(float) and getAlpha() methods. |
| protected static final int[] | EMPTY_STATE_SET | Indicates the view has no states set. |
| protected static final int[] | ENABLED_FOCUSED_SELECTED_STATE_SET | Indicates the view is enabled, focused and selected. |
| protected static final int[] | ENABLED_FOCUSED_SELECTED_WINDOW_FOCUSED_STATE_SET | Indicates the view is enabled, focused, selected and its window has the focus. |
| protected static final int[] | ENABLED_FOCUSED_STATE_SET | Indicates the view is enabled and has the focus. |
| protected static final int[] | ENABLED_FOCUSED_WINDOW_FOCUSED_STATE_SET | Indicates the view is enabled, focused and its window has the focus. |
| protected static final int[] | ENABLED_SELECTED_STATE_SET | Indicates the view is enabled and selected. |
| protected static final int[] | ENABLED_SELECTED_WINDOW_FOCUSED_STATE_SET | Indicates the view is enabled, selected and its window has the focus. |
| protected static final int[] | ENABLED_STATE_SET | Indicates the view is enabled. |
| protected static final int[] | ENABLED_WINDOW_FOCUSED_STATE_SET | Indicates the view is enabled and that its window has focus. |
| protected static final int[] | FOCUSED_SELECTED_STATE_SET | Indicates the view is focused and selected. |
| protected static final int[] | FOCUSED_SELECTED_WINDOW_FOCUSED_STATE_SET | Indicates the view is focused, selected and its window has the focus. |
| protected static final int[] | FOCUSED_STATE_SET | Indicates the view is focused. |
| protected static final int[] | FOCUSED_WINDOW_FOCUSED_STATE_SET | Indicates the view has the focus and that its window has the focus. |

| | | |
|---|---|---|
| protected static final int[] | PRESSED_ENABLED_FOCUSED_SELECTED_STATE_SET | Indicates the view is pressed, enabled, focused and selected. |
| protected static final int[] | PRESSED_ENABLED_FOCUSED_SELECTED_WINDOW_FOCUSED_STATE_SET | Indicates the view is pressed, enabled, focused, selected and its window has the focus. |
| protected static final int[] | PRESSED_ENABLED_FOCUSED_STATE_SET | Indicates the view is pressed, enabled and focused. |
| protected static final int[] | PRESSED_ENABLED_FOCUSED_WINDOW_FOCUSED_STATE_SET | Indicates the view is pressed, enabled, focused and its window has the focus. |
| protected static final int[] | PRESSED_ENABLED_SELECTED_STATE_SET | Indicates the view is pressed, enabled and selected. |
| protected static final int[] | PRESSED_ENABLED_SELECTED_WINDOW_FOCUSED_STATE_SET | Indicates the view is pressed, enabled, selected and its window has the focus. |
| protected static final int[] | PRESSED_ENABLED_STATE_SET | Indicates the view is pressed and enabled. |
| protected static final int[] | PRESSED_ENABLED_WINDOW_FOCUSED_STATE_SET | Indicates the view is pressed, enabled and its window has the focus. |
| protected static final int[] | PRESSED_FOCUSED_SELECTED_STATE_SET | Indicates the view is pressed, focused and selected. |
| protected static final int[] | PRESSED_FOCUSED_SELECTED_WINDOW_FOCUSED_STATE_SET | Indicates the view is pressed, focused, selected and its window has the focus. |
| protected static final int[] | PRESSED_FOCUSED_STATE_SET | Indicates the view is pressed and focused. |
| protected static final int[] | PRESSED_FOCUSED_WINDOW_FOCUSED_STATE_SET | Indicates the view is pressed, focused and its window has the focus. |
| protected static final int[] | PRESSED_SELECTED_STATE_SET | Indicates the view is pressed and selected. |
| protected static final int[] | PRESSED_SELECTED_WINDOW_FOCUSED_STATE_SET | Indicates the view is pressed, selected and its window has the focus. |

| | | |
|---|---|---|
| protected static final int[] | PRESSED_WINDOW_FOCUSED_STATE_SET | Indicates the view is pressed and its window has the focus. |
| public static Property<View, Float> | ROTATION | A Property wrapper around the `rotation` functionality handled by the `setRotation(float)` and `getRotation()` methods. |
| public static Property<View, Float> | ROTATION_X | A Property wrapper around the `rotationX` functionality handled by the `setRotationX(float)` and `getRotationX()` methods. |
| public static Property<View, Float> | ROTATION_Y | A Property wrapper around the `rotationY` functionality handled by the `setRotationY(float)` and `getRotationY()` methods. |
| public static Property<View, Float> | SCALE_X | A Property wrapper around the `scaleX` functionality handled by the `setScaleX(float)` and `getScaleX()` methods. |
| public static Property<View, Float> | SCALE_Y | A Property wrapper around the `scaleY` functionality handled by the `setScaleY(float)` and `getScaleY()` methods. |
| protected static final int[] | SELECTED_STATE_SET | Indicates the view is selected. |
| protected static final int[] | SELECTED_WINDOW_FOCUSED_STATE_SET | Indicates the view is selected and that its window has the focus. |
| public static Property<View, Float> | TRANSLATION_X | A Property wrapper around the `translationX` functionality handled by the `setTranslationX(float)` and `getTranslationX()` methods. |

| | | |
|---|---|---|
| public static Property<View, Float> | TRANSLATION_Y | A Property wrapper around the `translationY` functionality handled by the `setTranslationY(float)` and `getTranslationY()` methods. |
| protected static final int[] | WINDOW_FOCUSED_STATE_SET | Indicates the view's window has focus. |
| public static Property<View, Float> | X | A Property wrapper around the x functionality handled by the `setX(float)` and `getX()` methods. |
| public static Property<View, Float> | Y | A Property wrapper around the y functionality handled by the `setY(float)` and `getY()` methods. |

**Public Constructors**

View(Context context)
Simple constructor to use when creating a view from code.

View(Context context, AttributeSet attrs)
Constructor that is called when inflating a view from XML.

View(Context context, AttributeSet attrs, int defStyle)
Perform inflation from XML and apply a class-specific base style.

**Public Methods**

| | |
|---|---|
| void | addFocusables (ArrayList<View> views, int direction)<br>Add any focusable views that are descendants of this view (possibly including this view if it is focusable itself) to views. |
| void | addFocusables (ArrayList<View> views, int direction, int focusableMode)<br>Adds any focusable views that are descendants of this view (possibly including this view if it is focusable itself) to views. |
| void | addOnAttachStateChangeListener (View.OnAttachStateChangeListener listener)<br>Add a listener for attach state changes. |
| void | addOnLayoutChangeListener (View.OnLayoutChangeListener listener)<br>Add a listener that will be called when the bounds of the view change due to layout processing. |
| void | addTouchables (ArrayList<View> views)<br>Add any touchable views that are descendants of this view (possibly including this view if it is touchable itself) to views. |
| ViewPropertyAnimator | animate ()<br>This method returns a ViewPropertyAnimator object, which can be used to animate specific properties on this View. |
| void | bringToFront ()<br>Change the view's z order in the tree, so it's on top of other sibling views |
| void | buildDrawingCache (boolean autoScale)<br>Forces the drawing cache to be built if the drawing cache is invalid. |
| void | buildDrawingCache ()<br>Calling this method is equivalent to calling buildDrawingCache (false). |
| void | buildLayer ()<br>Forces this view's layer to be created and this view to be rendered into its layer. |
| boolean | callOnClick ()<br>Directly call any attached OnClickListener. |
| boolean | canScrollHorizontally (int direction)<br>Check if this view can be scrolled horizontally in a certain direction. |
| boolean | canScrollVertically (int direction)<br>Check if this view can be scrolled vertically in a certain direction. |
| void | cancelLongPress ()<br>Cancels a pending long press. |

| | |
|---|---|
| boolean | checkInputConnectionProxy (View view)<br>Called by the InputMethodManager when a view who is not the current input connection target is trying to make a call on the manager. |
| void | clearAnimation ()<br>Cancels any animations for this view. |
| void | clearFocus ()<br>Called when this view wants to give up focus. |
| static int | combineMeasuredStates (int curState, int newState)<br>Merge two states as returned by getMeasuredState (). |
| void | computeScroll ()<br>Called by a parent to request that a child update its values for mScrollX and mScrollY if necessary. |
| AccessibilityNodeInfo | createAccessibilityNodeInfo ()<br>Returns an AccessibilityNodeInfo representing this view from the point of view of an AccessibilityService. |
| void | createContextMenu (ContextMenu menu)<br>Show the context menu for this view. |
| void | destroyDrawingCache ()<br>Frees the resources used by the drawing cache. |
| void | dispatchConfigurationChanged (Configuration newConfig)<br>Dispatch a notification about a resource configuration change down the view hierarchy. |
| void | dispatchDisplayHint (int hint)<br>Dispatch a hint about whether this view is displayed. |
| boolean | dispatchDragEvent (DragEvent event)<br>Detects if this View is enabled and has a drag event listener. |
| boolean | dispatchGenericMotionEvent (MotionEvent event)<br>Dispatch a generic motion event. |
| boolean | dispatchKeyEvent (KeyEvent event)<br>Dispatch a key event to the next view on the focus path. |
| boolean | dispatchKeyEventPreIme (KeyEvent event)<br>Dispatch a key event before it is processed by any input method associated with the view hierarchy. |
| boolean | dispatchKeyShortcutEvent (KeyEvent event)<br>Dispatches a key shortcut event. |

| Return Type | Method and Description |
|---|---|
| boolean | dispatchPopulateAccessibilityEvent(AccessibilityEvent event)<br>Dispatches an AccessibilityEvent to the View first and then to its children for adding their text content to the event. |
| void | dispatchSystemUiVisibilityChanged(int visibility)<br>Dispatch callbacks to setOnSystemUiVisibilityChangeListener<br>(View.OnSystemUiVisibilityChangeListener) down the view hierarchy. |
| boolean | dispatchTouchEvent(MotionEvent event)<br>Pass the touch screen motion event down to the target view, or this view if it is the target. |
| boolean | dispatchTrackballEvent(MotionEvent event)<br>Pass a trackball motion event down to the focused view. |
| boolean | dispatchUnhandledMove(View focused, int direction)<br>This method is the last chance for the focused view and its ancestors to respond to an arrow key. |
| void | dispatchWindowFocusChanged(boolean hasFocus)<br>Called when the window containing this view gains or loses window focus. |
| void | dispatchWindowVisibilityChanged(int visibility)<br>Dispatch a window visibility change down the view hierarchy. |
| void | draw(Canvas canvas)<br>Manually render this view (and all of its children) to the given Canvas. |
| View | findFocus()<br>Find the view in the hierarchy rooted at this view that currently has focus. |
| final View | findViewById(int id)<br>Look for a child view with the given id. |
| final View | findViewWithTag(Object tag)<br>Look for a child view with the given tag. |
| void | findViewsWithText(ArrayList<View> outViews, CharSequence searched, int flags)<br>Finds the Views that contain given text. |
| boolean | fitsSystemWindows()<br>Check for the FITS_SYSTEM_WINDOWS flag. |
| View | focusSearch(int direction)<br>Find the nearest view in the specified direction that can take focus. |
| void | forceLayout()<br>Forces this view to be laid out during the next layout pass. |

| | |
|---|---|
| float | **getAlpha ()**<br>The opacity of the view. |
| Animation | **getAnimation ()**<br>Get the animation currently associated with this view. |
| IBinder | **getApplicationWindowToken ()**<br>Retrieve a unique token identifying the top-level "real" window of the window that this view is attached to. |
| Drawable | **getBackground ()**<br>Gets the background drawable |
| int | **getBaseline ()**<br>Return the offset of the widget's text baseline from the widget's top boundary. |
| final int | **getBottom ()**<br>Bottom position of this view relative to its parent. |
| CharSequence | **getContentDescription ()**<br>Gets the `View` description. |
| final Context | **getContext ()**<br>Returns the context the view is running in, through which it can access the current theme, resources, etc. |
| static int | **getDefaultSize (int size, int measureSpec)**<br>Utility to return a default size. |
| final int[] | **getDrawableState ()**<br>Return an array of resource IDs of the drawable states representing the current state of the view. |
| Bitmap | **getDrawingCache (boolean autoScale)**<br>Returns the bitmap in which this view drawing is cached. |
| Bitmap | **getDrawingCache ()**<br>Calling this method is equivalent to calling `getDrawingCache (false)`. |
| int | **getDrawingCacheBackgroundColor ()** |
| int | **getDrawingCacheQuality ()**<br>Returns the quality of the drawing cache. |
| void | **getDrawingRect (Rect outRect)**<br>Return the visible drawing bounds of your view. |

| | |
|---|---|
| long | getDrawingTime ()<br>Return the time at which the drawing of the view hierarchy started. |
| boolean | getFilterTouchesWhenObscured ()<br>Gets whether the framework should discard touches when the view's window is obscured by another visible window. |
| ArrayList<View> | getFocusables (int direction)<br>Find and return all focusable views that are descendants of this view, possibly including this view if it is focusable itself. |
| void | getFocusedRect (Rect r)<br>When a view has focus and the user navigates away from it, the next view is searched for starting from the rectangle filled in by this method. |
| boolean | getGlobalVisibleRect (Rect r, Point globalOffset)<br>If some part of this view is not clipped by any of its parents, then return that area in r in global (root) coordinates. |
| final boolean | getGlobalVisibleRect (Rect r) |
| Handler | getHandler () |
| final int | getHeight ()<br>Return the height of your view. |
| void | getHitRect (Rect outRect)<br>Hit rectangle in parent's coordinates |
| int | getHorizontalFadingEdgeLength ()<br>Returns the size of the horizontal faded edges used to indicate that more content in this view is visible. |
| int | getId ()<br>Returns this view's identifier. |
| boolean | getKeepScreenOn ()<br>Returns whether the screen should remain on, corresponding to the current value of KEEP_SCREEN_ON. |
| KeyEvent.DispatcherState | getKeyDispatcherState ()<br>Return the global KeyEvent.DispatcherState for this view's window. |
| int | getLayerType ()<br>Indicates what type of layer is currently associated with this view. |
| ViewGroup.LayoutParams | getLayoutParams ()<br>Get the LayoutParams associated with this view. |
| final int | getLeft ()<br>Left position of this view relative to its parent. |

| | | |
|---|---|---|
| final boolean | getLocalVisibleRect (Rect r) | |
| void | getLocationInWindow (int[] location) | |
| | Computes the coordinates of this view in its window. | |
| void | getLocationOnScreen (int[] location) | |
| | Computes the coordinates of this view on the screen. | |
| Matrix | getMatrix () | |
| | The transform matrix of this view, which is calculated based on the current roation, scale, and pivot properties. | |
| final int | getMeasuredHeight () | |
| | Like getMeasuredHeightAndState (), but only returns the raw width component (that is the result is masked by MEASURED_SIZE_MASK). | |
| final int | getMeasuredHeightAndState () | |
| | Return the full height measurement information for this view as computed by the most recent call to measure (int, int). | |
| final int | getMeasuredState () | |
| | Return only the state bits of getMeasuredWidthAndState () and getMeasuredHeightAndState (), combined into one integer. | |
| final int | getMeasuredWidth () | |
| | Like getMeasuredWidthAndState (), but only returns the raw width component (that is the result is masked by MEASURED_SIZE_MASK). | |
| final int | getMeasuredWidthAndState () | |
| | Return the full width measurement information for this view as computed by the most recent call to measure (int, int). | |
| int | getNextFocusDownId () | |
| | Gets the id of the view to use when the next focus is FOCUS_DOWN. | |
| int | getNextFocusForwardId () | |
| | Gets the id of the view to use when the next focus is FOCUS_FORWARD. | |
| int | getNextFocusLeftId () | |
| | Gets the id of the view to use when the next focus is FOCUS_LEFT. | |
| int | getNextFocusRightId () | |
| | Gets the id of the view to use when the next focus is FOCUS_RIGHT. | |
| int | getNextFocusUpId () | |
| | Gets the id of the view to use when the next focus is FOCUS_UP. | |

| | |
|---|---|
| View.OnFocusChangeListener | **getOnFocusChangeListener ()**<br>Returns the focus-change callback registered for this view. |
| int | **getOverScrollMode ()**<br>Returns the over-scroll mode for this view. |
| int | **getPaddingBottom ()**<br>Returns the bottom padding of this view. |
| int | **getPaddingLeft ()**<br>Returns the left padding of this view. |
| int | **getPaddingRight ()**<br>Returns the right padding of this view. |
| int | **getPaddingTop ()**<br>Returns the top padding of this view. |
| final ViewParent | **getParent ()**<br>Gets the parent of this view. |
| float | **getPivotX ()**<br>The x location of the point around which the view is rotated and scaled. |
| float | **getPivotY ()**<br>The y location of the point around which the view is rotated and scaled. |
| abstract int | **getResolvedLayoutDirection (Drawable who)**<br>A Drawable can call this to get the resolved layout direction of the who. |
| Resources | **getResources ()**<br>Returns the resources associated with this view. |
| final int | **getRight ()**<br>Right position of this view relative to its parent. |
| View | **getRootView ()**<br>Finds the topmost view in the current view hierarchy. |
| float | **getRotation ()**<br>The degrees that the view is rotated around the pivot point. |
| float | **getRotationX ()**<br>The degrees that the view is rotated around the horizontal axis through the pivot point. |

| | |
|---|---|
| float | getRotationY ()<br>The degrees that the view is rotated around the vertical axis through the pivot point. |
| float | getScaleX ()<br>The amount that the view is scaled in x around the pivot point, as a proportion of the view's unscaled width. |
| float | getScaleY ()<br>The amount that the view is scaled in y around the pivot point, as a proportion of the view's unscaled height. |
| int | getScrollBarStyle ()<br>Returns the current scrollbar style. |
| final int | getScrollX ()<br>Return the scrolled left position of this view. |
| final int | getScrollY ()<br>Return the scrolled top position of this view. |
| int | getSolidColor ()<br>Override this if your view is known to always be drawn on top of a solid color background, and needs to draw fading edges. |
| int | getSystemUiVisibility ()<br>Returns the status bar visibility that this view has requested. |
| Object | getTag (int key)<br>Returns the tag associated with this view and the specified key. |
| Object | getTag ()<br>Returns this view's tag. |
| final int | getTop ()<br>Top position of this view relative to its parent. |
| TouchDelegate | getTouchDelegate ()<br>Gets the TouchDelegate for this View. |
| ArrayList<View> | getTouchables ()<br>Find and return all touchable views that are descendants of this view, possibly including this view if it is touchable itself. |
| float | getTranslationX ()<br>The horizontal location of this view relative to its left position. |
| float | getTranslationY ()<br>The horizontal location of this view relative to its top position. |

| | |
|---|---|
| int | getVerticalFadingEdgeLength ()<br>Returns the size of the vertical faded edges used to indicate that more content in this view is visible. |
| int | getVerticalScrollbarPosition () |
| int | getVerticalScrollbarWidth ()<br>Returns the width of the vertical scrollbar. |
| ViewTreeObserver | getViewTreeObserver ()<br>Returns the ViewTreeObserver for this view's hierarchy. |
| int | getVisibility ()<br>Returns the visibility status for this view. |
| final int | getWidth ()<br>Return the width of the your view. |
| IBinder | getWindowToken ()<br>Retrieve a unique token identifying the window this view is attached to. |
| int | getWindowVisibility ()<br>Returns the current visibility of the window this view is attached to (either GONE, INVISIBLE, or VISIBLE). |
| void | getWindowVisibleDisplayFrame (Rect outRect)<br>Retrieve the overall visible display size in which the window this view is attached to has been positioned in. |
| float | getX ()<br>The visual x position of this view, in pixels. |
| float | getY ()<br>The visual y position of this view, in pixels. |
| boolean | hasFocus ()<br>Returns true if this view has focus itself, or is the ancestor of the view that has focus. |
| boolean | hasFocusable ()<br>Returns true if this view is focusable or if it contains a reachable View for which hasFocusable () returns true. |
| boolean | hasOnClickListeners ()<br>Return whether this view has an attached OnClickListener. |
| boolean | hasWindowFocus ()<br>Returns true if this view is in a window that currently has window focus. |
| static View | inflate (Context context, int resource, ViewGroup root)<br>Inflate a view from an XML resource. |

| | |
|---|---|
| void | invalidate (Rect dirty)<br>Mark the area defined by dirty as needing to be drawn. |
| void | invalidate (int l, int t, int r, int b)<br>Mark the area defined by the rect (l,t,r,b) as needing to be drawn. |
| void | invalidate ()<br>Invalidate the whole view. |
| void | invalidateDrawable (Drawable drawable)<br>Invalidates the specified Drawable. |
| boolean | isActivated ()<br>Indicates the activation state of this view. |
| boolean | isClickable ()<br>Indicates whether this view reacts to click events or not. |
| boolean | isDirty ()<br>True if this view has changed since the last time being drawn. |
| boolean | isDrawingCacheEnabled ()<br>Indicates whether the drawing cache is enabled for this view. |
| boolean | isDuplicateParentStateEnabled ()<br>Indicates whether this duplicates its drawable state from its parent. |
| boolean | isEnabled ()<br>Returns the enabled status for this view. |
| final boolean | isFocusable ()<br>Returns whether this View is able to take focus. |
| final boolean | isFocusableInTouchMode ()<br>When a view is focusable, it may not not want to take focus when in touch mode. |
| boolean | isFocused ()<br>Returns true if this view has focus |
| boolean | isHapticFeedbackEnabled () |
| boolean | isHardwareAccelerated ()<br>Indicates whether this view is attached to an hardware accelerated window or not. |

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 147 of 206

| | |
|---|---|
| boolean | isHorizontalFadingEdgeEnabled () |
| | Indicate whether the horizontal edges are faded when the view is scrolled horizontally. |
| boolean | isHorizontalScrollBarEnabled () |
| | Indicate whether the horizontal scrollbar should be drawn or not. |
| boolean | isHovered () |
| | Returns true if the view is currently hovered. |
| boolean | isInEditMode () |
| | Indicates whether this View is currently in edit mode. |
| boolean | isInTouchMode () |
| | Returns whether the device is currently in touch mode. |
| boolean | isLayoutRequested () |
| | Indicates whether or not this view's layout will be requested during the next hierarchy layout pass. |
| boolean | isLongClickable () |
| | Indicates whether this view reacts to long click events or not. |
| boolean | isOpaque () |
| | Indicates whether this View is opaque. |
| boolean | isPressed () |
| | Indicates whether the view is currently in pressed state. |
| boolean | isSaveEnabled () |
| | Indicates whether this view will save its state (that is, whether its onSaveInstanceState () method will be called). |
| boolean | isSaveFromParentEnabled () |
| | Indicates whether the entire hierarchy under this view will save its state when a state saving traversal occurs from its parent. |
| boolean | isScrollbarFadingEnabled () |
| | Returns true if scrollbars will fade when this view is not scrolling |
| boolean | isSelected () |
| | Indicates the selection state of this view. |
| boolean | isShown () |
| | Returns the visibility of this view and all of its ancestors |
| boolean | isSoundEffectsEnabled () |

| boolean | isVerticalFadingEdgeEnabled ()<br>Indicate whether the vertical edges are faded when the view is scrolled horizontally. |
| --- | --- |
| boolean | isVerticalScrollBarEnabled ()<br>Indicate whether the vertical scrollbar should be drawn or not. |
| void | jumpDrawablesToCurrentState ()<br>Call Drawable.jumpToCurrentState() on all Drawable objects associated with this view. |
| void | layout (int l, int t, int r, int b)<br>Assign a size and position to a view and all of its descendants<br>This is the second phase of the layout mechanism. |
| final void | measure (int widthMeasureSpec, int heightMeasureSpec)<br>This is called to find out how big a view should be. |
| void | offsetLeftAndRight (int offset)<br>Offset this view's horizontal location by the specified amount of pixels. |
| void | offsetTopAndBottom (int offset)<br>Offset this view's vertical location by the specified number of pixels. |
| boolean | onCheckIsTextEditor ()<br>Check whether the called view is a text editor, in which case it would make sense to automatically display a soft input window for it. |
| InputConnection | onCreateInputConnection (EditorInfo outAttrs)<br>Create a new InputConnection for an InputMethod to interact with the view. |
| boolean | onDragEvent (DragEvent event)<br>Handles drag events sent by the system following a call to startDrag(). |
| boolean | onFilterTouchEventForSecurity (MotionEvent event)<br>Filter the touch event to apply security policies. |
| void | onFinishTemporaryDetach ()<br>Called after onStartTemporaryDetach() when the container is done changing the view. |
| boolean | onGenericMotionEvent (MotionEvent event)<br>Implement this method to handle generic motion events. |

| | |
|---|---|
| void | onHoverChanged (boolean hovered)<br>Implement this method to handle hover state changes. |
| boolean | onHoverEvent (MotionEvent event)<br>Implement this method to handle hover events. |
| void | onInitializeAccessibilityEvent (AccessibilityEvent event)<br>Initializes an `AccessibilityEvent` with information about this View which is the event source. |
| void | onInitializeAccessibilityNodeInfo (AccessibilityNodeInfo info)<br>Initializes an `AccessibilityNodeInfo` with information about this view. |
| boolean | onKeyDown (int keyCode, KeyEvent event)<br>Default implementation of `KeyEvent.Callback.onKeyDown()`: perform press of the view when `KEYCODE_DPAD_CENTER` or `KEYCODE_ENTER` is released, if the view is enabled and clickable. |
| boolean | onKeyLongPress (int keyCode, KeyEvent event)<br>Default implementation of `KeyEvent.Callback.onKeyLongPress()`: always returns false (doesn't handle the event). |
| boolean | onKeyMultiple (int keyCode, int repeatCount, KeyEvent event)<br>Default implementation of `KeyEvent.Callback.onKeyMultiple()`: always returns false (doesn't handle the event). |
| boolean | onKeyPreIme (int keyCode, KeyEvent event)<br>Handle a key event before it is processed by any input method associated with the view hierarchy. |
| boolean | onKeyShortcut (int keyCode, KeyEvent event)<br>Called on the focused view when a key shortcut event is not handled. |
| boolean | onKeyUp (int keyCode, KeyEvent event)<br>Default implementation of `KeyEvent.Callback.onKeyUp()`: perform clicking of the view when `KEYCODE_DPAD_CENTER` or `KEYCODE_ENTER` is released. |
| void | onPopulateAccessibilityEvent (AccessibilityEvent event)<br>Called from `dispatchPopulateAccessibilityEvent(AccessibilityEvent)` giving a chance to this View to populate the accessibility event with its text content. |
| void | onStartTemporaryDetach ()<br>This is called when a container is going to temporarily detach a child, with `ViewGroup.detachViewFromParent`. |
| boolean | onTouchEvent (MotionEvent event)<br>Implement this method to handle touch screen motion events. |
| boolean | onTrackballEvent (MotionEvent event)<br>Implement this method to handle trackball motion events. |

| | |
|---|---|
| void | onWindowFocusChanged (boolean hasWindowFocus)<br>Called when the window containing this view gains or loses focus. |
| boolean | performClick ()<br>Call this view's OnClickListener, if it is defined. |
| boolean | performHapticFeedback (int feedbackConstant, int flags)<br>BZZZTT!!1!<br>Like performHapticFeedback (int), with additional options. |
| boolean | performHapticFeedback (int feedbackConstant)<br>BZZZTT!!1!<br>Provide haptic feedback to the user for this view. |
| boolean | performLongClick ()<br>Call this view's OnLongClickListener, if it is defined. |
| void | playSoundEffect (int soundConstant)<br>Play a sound effect for this view. |
| boolean | post (Runnable action)<br>Causes the Runnable to be added to the message queue. |
| boolean | postDelayed (Runnable action, long delayMillis)<br>Causes the Runnable to be added to the message queue, to be run after the specified amount of time elapses. |
| void | postInvalidate (int left, int top, int right, int bottom)<br>Cause an invalidate of the specified area to happen on a subsequent cycle through the event loop. |
| void | postInvalidate ()<br>Cause an invalidate to happen on a subsequent cycle through the event loop. |
| void | postInvalidateDelayed (long delayMilliseconds, int left, int top, int right, int bottom)<br>Cause an invalidate of the specified area to happen on a subsequent cycle through the event loop. |
| void | postInvalidateDelayed (long delayMilliseconds)<br>Cause an invalidate to happen on a subsequent cycle through the event loop. |

| | |
|---|---|
| void | refreshDrawableState ()<br>Call this to force a view to update its drawable state. |
| boolean | removeCallbacks (Runnable action)<br>Removes the specified Runnable from the message queue. |
| void | removeOnAttachStateChangeListener (View.OnAttachStateChangeListener listener)<br>Remove a listener for attach state changes. |
| void | removeOnLayoutChangeListener (View.OnLayoutChangeListener listener)<br>Remove a listener for layout changes. |
| boolean | requestFocus (int direction, Rect previouslyFocusedRect)<br>Call this to try to give focus to a specific view or to one of its descendants and give it hints about the direction and a specific rectangle that the focus is coming from. |
| final boolean | requestFocus (int direction)<br>Call this to try to give focus to a specific view or to one of its descendants and give it a hint about what direction focus is heading. |
| final boolean | requestFocus ()<br>Call this to try to give focus to a specific view or to one of its descendants. |
| final boolean | requestFocusFromTouch ()<br>Call this to try to give focus to a specific view or to one of its descendants. |
| void | requestLayout ()<br>Call this when something has changed which has invalidated the layout of this view. |
| boolean | requestRectangleOnScreen (Rect rectangle)<br>Request that a rectangle of this view be visible on the screen, scrolling if necessary just enough. |
| boolean | requestRectangleOnScreen (Rect rectangle, boolean immediate)<br>Request that a rectangle of this view be visible on the screen, scrolling if necessary just enough. |
| static int | resolveSize (int size, int measureSpec)<br>Version of resolveSizeAndState(int, int, int) returning only the MEASURED_SIZE_MASK bits of the result. |
| static int | resolveSizeAndState (int size, int measureSpec, int childMeasuredState)<br>Utility to reconcile a desired size and state, with constraints imposed by a MeasureSpec. |
| void | restoreHierarchyState (SparseArray<Parcelable> container)<br>Restore this view hierarchy's frozen state from the given container. |

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 152 of 206

| | |
|---|---|
| void | saveHierarchyState (SparseArray<Parcelable> container)<br>Store this view hierarchy's frozen state into the given container. |
| void | scheduleDrawable (Drawable who, Runnable what, long when)<br>Schedules an action on a drawable to occur at a specified time. |
| void | scrollBy (int x, int y)<br>Move the scrolled position of your view. |
| void | scrollTo (int x, int y)<br>Set the scrolled position of your view. |
| void | sendAccessibilityEvent (int eventType)<br>Sends an accessibility event of the given type. |
| void | sendAccessibilityEventUnchecked (AccessibilityEvent event)<br>This method behaves exactly as sendAccessibilityEvent(int) but takes as an argument an empty<br>AccessibilityEvent and does not perform a check whether accessibility is enabled. |
| void | setAccessibilityDelegate (View.AccessibilityDelegate delegate)<br>Sets a delegate for implementing accessibility support via composition as opposed to inheritance. |
| void | setActivated (boolean activated)<br>Changes the activated state of this view. |
| void | setAlpha (float alpha)<br>Sets the opacity of the view. |
| void | setAnimation (Animation animation)<br>Sets the next animation to play for this view. |
| void | setBackgroundColor (int color)<br>Sets the background color for this view. |
| void | setBackgroundDrawable (Drawable d)<br>Set the background to a given Drawable, or remove the background. |
| void | setBackgroundResource (int resid)<br>Set the background to a given resource. |
| final void | setBottom (int bottom)<br>Sets the bottom position of this view relative to its parent. |

| | |
|---|---|
| void | setCameraDistance (float distance)<br>Sets the distance along the Z axis (orthogonal to the X/Y plane on which views are drawn) from the camera to this view. |
| void | setClickable (boolean clickable)<br>Enables or disables click events for this view. |
| void | setContentDescription (CharSequence contentDescription)<br>Sets the View description. |
| void | setDrawingCacheBackgroundColor (int color)<br>Setting a solid background color for the drawing cache's bitmaps will improve performance and memory usage. |
| void | setDrawingCacheEnabled (boolean enabled)<br>Enables or disables the drawing cache. |
| void | setDrawingCacheQuality (int quality)<br>Set the drawing cache quality of this view. |
| void | setDuplicateParentStateEnabled (boolean enabled)<br>Enables or disables the duplication of the parent's state into this view. |
| void | setEnabled (boolean enabled)<br>Set the enabled state of this view. |
| void | setFadingEdgeLength (int length)<br>Set the size of the faded edge used to indicate that more content in this view is available. |
| void | setFilterTouchesWhenObscured (boolean enabled)<br>Sets whether the framework should discard touches when the view's window is obscured by another visible window. |
| void | setFitsSystemWindows (boolean fitsSystemWindows)<br>Set whether or not this view should account for system screen decorations such as the status bar and inset its content. |
| void | setFocusable (boolean focusable)<br>Set whether this view can receive the focus. |
| void | setFocusableInTouchMode (boolean focusableInTouchMode)<br>Set whether this view can receive focus while in touch mode. |
| void | setHapticFeedbackEnabled (boolean hapticFeedbackEnabled)<br>Set whether this view should have haptic feedback for events such as long presses. |

| | |
|---|---|
| void | setHorizontalFadingEdgeEnabled (boolean horizontalFadingEdgeEnabled)<br>Define whether the horizontal edges should be faded when this view is scrolled horizontally. |
| void | setHorizontalScrollBarEnabled (boolean horizontalScrollBarEnabled)<br>Define whether the horizontal scrollbar should be drawn or not. |
| void | setHovered (boolean hovered)<br>Sets whether the view is currently hovered. |
| void | setId (int id)<br>Sets the identifier for this view. |
| void | setKeepScreenOn (boolean keepScreenOn)<br>Controls whether the screen should remain on, modifying the value of KEEP_SCREEN_ON. |
| void | setLayerType (int layerType, Paint paint)<br>Specifies the type of layer backing this view. |
| void | setLayoutParams (ViewGroup.LayoutParams params)<br>Set the layout parameters associated with this view. |
| final void | setLeft (int left)<br>Sets the left position of this view relative to its parent. |
| void | setLongClickable (boolean longClickable)<br>Enables or disables long click events for this view. |
| void | setMinimumHeight (int minHeight)<br>Sets the minimum height of the view. |
| void | setMinimumWidth (int minWidth)<br>Sets the minimum width of the view. |
| void | setNextFocusDownId (int nextFocusDownId)<br>Sets the id of the view to use when the next focus is FOCUS_DOWN. |
| void | setNextFocusForwardId (int nextFocusForwardId)<br>Sets the id of the view to use when the next focus is FOCUS_FORWARD. |
| void | setNextFocusLeftId (int nextFocusLeftId)<br>Sets the id of the view to use when the next focus is FOCUS_LEFT. |

| void | setNextFocusRightId (int nextFocusRightId)<br>Sets the id of the view to use when the next focus is FOCUS_RIGHT. |
| void | setNextFocusUpId (int nextFocusUpId)<br>Sets the id of the view to use when the next focus is FOCUS_UP. |
| void | setOnClickListener (View.OnClickListener l)<br>Register a callback to be invoked when this view is clicked. |
| void | setOnCreateContextMenuListener (View.OnCreateContextMenuListener l)<br>Register a callback to be invoked when the context menu for this view is being built. |
| void | setOnDragListener (View.OnDragListener l)<br>Register a drag event listener callback object for this View. |
| void | setOnFocusChangeListener (View.OnFocusChangeListener l)<br>Register a callback to be invoked when focus of this view changed. |
| void | setOnGenericMotionListener (View.OnGenericMotionListener l)<br>Register a callback to be invoked when a generic motion event is sent to this view. |
| void | setOnHoverListener (View.OnHoverListener l)<br>Register a callback to be invoked when a hover event is sent to this view. |
| void | setOnKeyListener (View.OnKeyListener l)<br>Register a callback to be invoked when a key is pressed in this view. |
| void | setOnLongClickListener (View.OnLongClickListener l)<br>Register a callback to be invoked when this view is clicked and held. |
| void | setOnSystemUiVisibilityChangeListener (View.OnSystemUiVisibilityChangeListener l)<br>Set a listener to receive callbacks when the visibility of the system bar changes. |
| void | setOnTouchListener (View.OnTouchListener l)<br>Register a callback to be invoked when a touch event is sent to this view. |
| void | setOverScrollMode (int overScrollMode)<br>Set the over-scroll mode for this view. |
| void | setPadding (int left, int top, int right, int bottom)<br>Sets the padding. |
| void | setPivotX (float pivotX)<br>Sets the x location of the point around which the view is rotated and scaled. |

| | |
|---|---|
| void | setPivotY (float pivotY)<br>Sets the y location of the point around which the view is rotated and scaled. |
| void | setPressed (boolean pressed)<br>Sets the pressed state for this view. |
| final void | setRight (int right)<br>Sets the right position of this view relative to its parent. |
| void | setRotation (float rotation)<br>Sets the degrees that the view is rotated around the pivot point. |
| void | setRotationX (float rotationX)<br>Sets the degrees that the view is rotated around the horizontal axis through the pivot point. |
| void | setRotationY (float rotationY)<br>Sets the degrees that the view is rotated around the vertical axis through the pivot point. |
| void | setSaveEnabled (boolean enabled)<br>Controls whether the saving of this view's state is enabled (that is, whether its onSaveInstanceState () method will be called). |
| void | setSaveFromParentEnabled (boolean enabled)<br>Controls whether the entire hierarchy under this view will save its state when a state saving traversal occurs from its parent. |
| void | setScaleX (float scaleX)<br>Sets the amount that the view is scaled in x around the pivot point, as a proportion of the view's unscaled width. |
| void | setScaleY (float scaleY)<br>Sets the amount that the view is scaled in Y around the pivot point, as a proportion of the view's unscaled width. |
| void | setScrollBarStyle (int style)<br>Specify the style of the scrollbars. |
| void | setScrollContainer (boolean isScrollContainer)<br>Change whether this view is one of the set of scrollable containers in its window. |
| void | setScrollX (int value)<br>Set the horizontal scrolled position of your view. |
| void | setScrollY (int value)<br>Set the vertical scrolled position of your view. |

| | |
|---|---|
| void | setScrollbarFadingEnabled (boolean fadeScrollbars)<br>Define whether scrollbars will fade when the view is not scrolling. |
| void | setSelected (boolean selected)<br>Changes the selection state of this view. |
| void | setSoundEffectsEnabled (boolean soundEffectsEnabled)<br>Set whether this view should have sound effects enabled for events such as clicking and touching. |
| void | setSystemUIVisibility (int visibility)<br>Request that the visibility of the status bar be changed. |
| void | setTag (int key, Object tag)<br>Sets a tag associated with this view and a key. |
| void | setTag (Object tag)<br>Sets the tag associated with this view. |
| final void | setTop (int top)<br>Sets the top position of this view relative to its parent. |
| void | setTouchDelegate (TouchDelegate delegate)<br>Sets the TouchDelegate for this View. |
| void | setTranslationX (float translationX)<br>Sets the horizontal location of this view relative to its left position. |
| void | setTranslationY (float translationY)<br>Sets the vertical location of this view relative to its top position. |
| void | setVerticalFadingEdgeEnabled (boolean verticalFadingEdgeEnabled)<br>Define whether the vertical edges should be faded when this view is scrolled vertically. |
| void | setVerticalScrollBarEnabled (boolean verticalScrollBarEnabled)<br>Define whether the vertical scrollbar should be drawn or not. |
| void | setVerticalScrollbarPosition (int position)<br>Set the position of the vertical scroll bar. |
| void | setVisibility (int visibility)<br>Set the enabled state of this view. |
| void | setWillNotCacheDrawing (boolean willNotCacheDrawing)<br>When a View's drawing cache is enabled, drawing is redirected to an offscreen bitmap. |

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 158 of 206

| | |
|---|---|
| void | setWillNotDraw (boolean willNotDraw)<br>If this view doesn't do any drawing on its own, set this flag to allow further optimizations. |
| void | setX (float x)<br>Sets the visual x position of this view, in pixels. |
| void | setY (float y)<br>Sets the visual y position of this view, in pixels. |
| boolean | showContextMenu ()<br>Bring up the context menu for this view. |
| ActionMode | startActionMode (ActionMode.Callback callback)<br>Start an action mode. |
| void | startAnimation (Animation animation)<br>Start the specified animation now. |
| final boolean | startDrag (ClipData data, View.DragShadowBuilder shadowBuilder, Object myLocalState, int flags)<br>Starts a drag and drop operation. |
| void | unscheduleDrawable (Drawable who)<br>Unschedule any events associated with the given Drawable. |
| void | unscheduleDrawable (Drawable who, Runnable what)<br>Cancels a scheduled action on a drawable. |
| boolean | willNotCacheDrawing ()<br>Returns whether or not this View can cache its drawing or not. |
| boolean | willNotDraw ()<br>Returns whether or not this View draws on its own. |

View | Android Developers

## Protected Methods

| | |
|---|---|
| boolean | awakenScrollBars (int startDelay)<br>Trigger the scrollbars to draw. |
| boolean | awakenScrollBars (int startDelay, boolean invalidate)<br>Trigger the scrollbars to draw. |
| boolean | awakenScrollBars ()<br>Trigger the scrollbars to draw. |
| int | computeHorizontalScrollExtent ()<br>Compute the horizontal extent of the horizontal scrollbar's thumb within the horizontal range. |
| int | computeHorizontalScrollOffset ()<br>Compute the horizontal offset of the horizontal scrollbar's thumb within the horizontal range. |
| int | computeHorizontalScrollRange ()<br>Compute the horizontal range that the horizontal scrollbar represents. |
| int | computeVerticalScrollExtent ()<br>Compute the vertical extent of the horizontal scrollbar's thumb within the vertical range. |
| int | computeVerticalScrollOffset ()<br>Compute the vertical offset of the vertical scrollbar's thumb within the horizontal range. |
| int | computeVerticalScrollRange ()<br>Compute the vertical range that the vertical scrollbar represents. |
| void | dispatchDraw (Canvas canvas)<br>Called by draw to draw the child views. |
| boolean | dispatchGenericFocusedEvent (MotionEvent event)<br>Dispatch a generic motion event to the currently focused view. |
| boolean | dispatchGenericPointerEvent (MotionEvent event)<br>Dispatch a generic motion event to the view under the first pointer. |

| | |
|---|---|
| boolean | dispatchHoverEvent (MotionEvent event)<br>Dispatch a hover event. |
| void | dispatchRestoreInstanceState (SparseArray<Parcelable> container)<br>Called by restoreHierarchyState (android.util.SparseArray) to retrieve the state for this view and its children. |
| void | dispatchSaveInstanceState (SparseArray<Parcelable> container)<br>Called by saveHierarchyState (android.util.SparseArray) to store the state for this view and its children. |
| void | dispatchSetActivated (boolean activated)<br>Dispatch setActivated to all of this View's children. |
| void | dispatchSetPressed (boolean pressed)<br>Dispatch setPressed to all of this View's children. |
| void | dispatchSetSelected (boolean selected)<br>Dispatch setSelected to all of this View's children. |
| void | dispatchVisibilityChanged (View changedView, int visibility)<br>Dispatch a view visibility change down view hierarchy. |
| void | drawableStateChanged ()<br>This function is called whenever the state of the view changes in such a way that it impacts the state of drawables being shown. |
| boolean | fitSystemWindows (Rect insets)<br>Apply the insets for system windows to this view, if the FITS_SYSTEM_WINDOWS flag is set |
| float | getBottomFadingEdgeStrength ()<br>Returns the strength, or intensity, of the bottom faded edge. |
| int | getBottomPaddingOffset ()<br>Amount by which to extend the bottom fading region. |
| ContextMenu.ContextMenuInfo | getContextMenuInfo ()<br>Views should implement this if they have extra information to associate with the context menu. |
| int | getHorizontalScrollbarHeight ()<br>Returns the height of the horizontal scrollbar. |
| float | getLeftFadingEdgeStrength ()<br>Returns the strength, or intensity, of the left faded edge. |
| int | getLeftPaddingOffset ()<br>Amount by which to extend the left fading region. |

| | | |
|---|---|---|
| float | getRightFadingEdgeStrength () | |
| | Returns the strength, or intensity, of the right faded edge. | |
| int | getRightPaddingOffset () | |
| | Amount by which to extend the right fading region. | |
| int | getSuggestedMinimumHeight () | |
| | Returns the suggested minimum height that the view should use. | |
| int | getSuggestedMinimumWidth () | |
| | Returns the suggested minimum width that the view should use. | |
| float | getTopFadingEdgeStrength () | |
| | Returns the strength, or intensity, of the top faded edge. | |
| int | getTopPaddingOffset () | |
| | Amount by which to extend the top fading region. | |
| int | getWindowAttachCount () | |
| void | initializeFadingEdge (TypedArray a) | |
| | Initializes the fading edges from a given set of styled attributes. | |
| void | initializeScrollbars (TypedArray a) | |
| | Initializes the scrollbars from a given set of styled attributes. | |
| boolean | isPaddingOffsetRequired () | |
| | If the View draws content inside its padding and enables fading edges, it needs to support padding offsets. | |
| static int[] | mergeDrawableStates (int[] baseState, int[] additionalState) | |
| | Merge your own state values in *additionalState* into the base state values *baseState* that were returned by `onCreateDrawableSta` | |
| void | onAnimationEnd () | |
| | Invoked by a parent ViewGroup to notify the end of the animation currently associated with this view. | |
| void | onAnimationStart () | |
| | Invoked by a parent ViewGroup to notify the start of the animation currently associated with this view. | |
| void | onAttachedToWindow () | |
| | This is called when the view is attached to a window. | |
| void | onConfigurationChanged (Configuration newConfig) | |
| | Called when the current configuration of the resources being used by the application have changed. | |

View | Android Developers

| | |
|---|---|
| void | onCreateContextMenu (ContextMenu menu)<br>Views should implement this if the view itself is going to add items to the context menu. |
| int[] | onCreateDrawableState (int extraSpace)<br>Generate the new Drawable state for this view. |
| void | onDetachedFromWindow ()<br>This is called when the view is detached from a window. |
| void | onDisplayHint (int hint)<br>Gives this view a hint about whether is displayed or not. |
| void | onDraw (Canvas canvas)<br>Implement this to do your drawing. |
| final void | onDrawScrollBars (Canvas canvas)<br>Request the drawing of the horizontal and the vertical scrollbar. |
| void | onFinishInflate ()<br>Finalize inflating a view from XML. |
| void | onFocusChanged (boolean gainFocus, int direction, Rect previouslyFocusedRect)<br>Called by the view system when the focus state of this view changes. |
| void | onLayout (boolean changed, int left, int top, int right, int bottom)<br>Called from layout when this view should assign a size and position to each of its children. |
| void | onMeasure (int widthMeasureSpec, int heightMeasureSpec)<br>Measure the view and its content to determine the measured width and the measured height. |
| void | onOverScrolled (int scrollX, int scrollY, boolean clampedX, boolean clampedY)<br>Called by overScrollBy(int, int, int, int, int, int, int, int, boolean) to respond to the results of an over-scr |
| void | onRestoreInstanceState (Parcelable state)<br>Hook allowing a view to re-apply a representation of its internal state that had previously been generated by onSaveInstanceStat |
| Parcelable | onSaveInstanceState ()<br>Hook allowing a view to generate a representation of its internal state that can later be used to create a new instance with that same : |
| void | onScrollChanged (int l, int t, int oldl, int oldt)<br>This is called in response to an internal scroll in this view (i.e., the view scrolled its own contents). |
| boolean | onSetAlpha (int alpha)<br>Invoked if there is a Transform that involves alpha. |

| | |
|---|---|
| void | onSizeChanged (int w, int h, int oldw, int oldh)<br>This is called during layout when the size of this view has changed. |
| void | onVisibilityChanged (View changedView, int visibility)<br>Called when the visibility of the view or an ancestor of the view is changed. |
| void | onWindowVisibilityChanged (int visibility)<br>Called when the window containing has change its visibility (between `GONE`, `INVISIBLE`, and `VISIBLE`). |
| boolean | overScrollBy (int deltaX, int deltaY, int scrollX, int scrollY, int scrollRangeX, int scrollRangeY, int maxOverScrollX, int maxOverScrollY, b<br>Scroll the view with standard behavior for scrolling beyond the normal content boundaries. |
| final void | setMeasuredDimension (int measuredWidth, int measuredHeight)<br>This method must be called by onMeasure (int, int) to store the measured width and measured height. |
| boolean | verifyDrawable (Drawable who)<br>If your view subclass is displaying its own Drawable objects, it should override this function and return true for any Drawable it is disp |

**Inherited Methods**                                                                 [Expand]

▶ From class java.lang.Object

▶ From interface android.graphics.drawable.Drawable.Callback

▶ From interface android.view.KeyEvent.Callback

▶ From interface android.view.accessibility.AccessibilityEventSource

# XML Attributes

## android:alpha

alpha property of the view, as a value between 0 (completely transparent) and 1 (completely opaque).

Must be a floating point value, such as "1.2".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name")
containing a value of this type.

This corresponds to the global attribute resource symbol alpha.

**Related Methods**

setAlpha(float)

## android:background

A drawable to use as the background. This can be either a reference to a full drawable resource (such as a PNG image, 9-patch, XML state list description, etc), or a solid color such as "#ff000000" (black).

May be a reference to another resource, in the form "@[+][*package:*]*type*:*name*" or to a theme attribute in the form "?[*package:*][*type:*]*name*".

May be a color value, in the form of "#*rgb*", "#*argb*", "#*rrggbb*", or "#*aarrggbb*".

This corresponds to the global attribute resource symbol background.

**Related Methods**

setBackgroundResource(int)

## android:clickable

Defines whether this view reacts to click events.

Must be a boolean value, either "true" or "false".

This may also be a reference to a resource (in the form "@[*package:*]*type*:*name*") or theme attribute (in the form "?[*package:*][*type:*]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol clickable.

**Related Methods**

setClickable(boolean)

## android:contentDescription

Defines text that briefly describes content of the view. This property is used primarily for accessibility. Since some views do not have textual representation this attribute can be used for providing such.

Must be a string value, using '\\;' to escape characters such as '\n' or '\uxxxx' for a unicode character.

This may also be a reference to a resource (in the form "@[*package:*]*type*:*name*") or theme attribute (in the form "?[*package:*][*type:*]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol contentDescription.

**Related Methods**

setContentDescription(CharSequence)

## android:drawingCacheQuality

Defines the quality of translucent drawing caches. This property is used only when the drawing cache is enabled and translucent. The default value is auto.

Must be one of the following constant values.

| Constant | Value | Description |
|---|---|---|
| auto | 0 | Lets the framework decide what quality level should be used for the drawing cache. |
| low | 1 | Low quality. When set to low quality, the drawing cache uses a lower color depth, thus losing precision in rendering gradients, but uses less memory. |
| high | 2 | High quality. When set to high quality, the drawing cache uses a higher color depth but uses more memory. |

This corresponds to the global attribute resource symbol drawingCacheQuality.

**Related Methods**

setDrawingCacheQuality(int)

## android:duplicateParentState

When this attribute is set to true, the view gets its drawable state (focused, pressed, etc.) from its direct parent rather than from itself.

Must be a boolean value, either "true" or "false".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol duplicateParentState.

**Related Methods**

## android:fadingEdgeLength

Defines the length of the fading edges.

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol fadingEdgeLength.

**Related Methods**

getVerticalFadingEdgeLength()

## android:filterTouchesWhenObscured

Specifies whether to filter touches when the view's window is obscured by another visible window. When set to true, the view will not receive touches whenever a toast, dialog or other window appears above the view's window. Refer to the `View` security documentation for more details.

Must be a boolean value, either `"true"` or `"false"`.

This may also be a reference to a resource (in the form `"@[package:]type:name"`) or theme attribute (in the form `"?[package:][type:]name"`) containing a value of this type.

This corresponds to the global attribute resource symbol `filterTouchesWhenObscured`.

**Related Methods**

setFilterTouchesWhenObscured(boolean)

## android:fitsSystemWindows

Boolean internal attribute to adjust view layout based on system windows such as the status bar. If true, adjusts the padding of this view to leave space for the system windows. Will only take effect if this view is in a non-embedded activity.

Must be a boolean value, either `"true"` or `"false"`.

This may also be a reference to a resource (in the form `"@[package:]type:name"`) or theme attribute (in the form `"?[package:][type:]name"`) containing a value of this type.

This corresponds to the global attribute resource symbol `fitsSystemWindows`.

**Related Methods**

setFitsSystemWindows(boolean)

## android:focusable

Boolean that controls whether a view can take focus. By default the user can not move focus to a view; by setting this attribute to true the view is allowed to take focus. This value does not impact the behavior of directly calling `requestFocus()`, which will always request focus regardless of this view. It only impacts where focus navigation will try to move focus.

Must be a boolean value, either `"true"` or `"false"`.

This may also be a reference to a resource (in the form `"@[package:]type:name"`) or theme attribute (in the form `"?[package:][type:]name"`) containing a value of this type.

This corresponds to the global attribute resource symbol `focusable`.

**Related Methods**

  setFocusable(boolean)

## android:focusableInTouchMode

Boolean that controls whether a view can take focus while in touch mode. If this is true for a view, that view can gain focus when clicked on, and can keep focus if another view is clicked on that doesn't have this attribute set to true.

Must be a boolean value, either `"true"` or `"false"`.

This may also be a reference to a resource (in the form `"@[package:]type:name"`) or theme attribute (in the form `"?[package:][type:]name"`) containing a value of this type.

This corresponds to the global attribute resource symbol `focusableInTouchMode`.

  **Related Methods**

    setFocusableInTouchMode(boolean)

## android:hapticFeedbackEnabled

Boolean that controls whether a view should have haptic feedback enabled for events such as long presses.

Must be a boolean value, either `"true"` or `"false"`.

This may also be a reference to a resource (in the form `"@[package:]type:name"`) or theme attribute (in the form `"?[package:][type:]name"`) containing a value of this type.

This corresponds to the global attribute resource symbol `hapticFeedbackEnabled`.

  **Related Methods**

    setHapticFeedbackEnabled(boolean)

## android:id

Supply an identifier name for this view, to later retrieve it with `View.findViewById()` or `Activity.findViewById()`. This must be a resource reference; typically you set this using the `@+` syntax to create a new ID resources. For example: `android:id="@+id/my_id"` which allows you to later retrieve the view with `findViewById(R.id.my_id)`.

Must be a reference to another resource, in the form `"@[+][package:]type:name"` or to a theme attribute in the form `"?[package:][type:]name"`.

This corresponds to the global attribute resource symbol `id`.

  **Related Methods**

    setId(int)

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 167 of 206

**android:isScrollContainer**

Set this if the view will serve as a scrolling container, meaing that it can be resized to shrink its overall window so that there will be space for an input method. If not set, the default value will be true if "scrollbars" has the vertical scrollbar set, else it will be false.

Must be a boolean value, either "`true`" or "`false`".

This may also be a reference to a resource (in the form "`@[package:]type:name`") or theme attribute (in the form "`?[package:][type:]name`") containing a value of this type.

This corresponds to the global attribute resource symbol isScrollContainer.

**Related Methods**

**android:keepScreenOn**

Controls whether the view's window should keep the screen on while visible.

Must be a boolean value, either "`true`" or "`false`".

This may also be a reference to a resource (in the form "`@[package:]type:name`") or theme attribute (in the form "`?[package:][type:]name`") containing a value of this type.

This corresponds to the global attribute resource symbol keepScreenOn.

**Related Methods**

setKeepScreenOn(boolean)

**android:layerType**

Specifies the type of layer backing this view. The default value is none. Refer to setLayerType(int, android.graphics.Paint) for more information.

Must be one of the following constant values.

| Constant | Value | Description |
|---|---|---|
| none | 0 | Don't use a layer. |
| software | 1 | Use a software layer. Refer to for more information. |
| hardware | 2 | Use a hardware layer. Refer to {@link android.view.View#setLayerType(int, android.graphics.Paint) for more information. |

This corresponds to the global attribute resource symbol {@link android.R.attr#layerType.

**Related Methods**

setLayerType(int,Paint)

**android:longClickable**

Defines whether this view reacts to long click events.

Must be a boolean value, either "`true`" or "`false`".

This may also be a reference to a resource (in the form "@[*package:*]*type:name*") or theme attribute (in the form "?[*package:*]*[type:]name*") containing a value of this type.

This corresponds to the global attribute resource symbol `longClickable`.

**Related Methods**

`setLongClickable(boolean)`

**android:minHeight**

Defines the minimum height of the view. It is not guaranteed the view will be able to achieve this minimum height (for example, if its parent layout constrains it with less available height).

Must be a dimension value, which is a floating point number appended with a unit such as "`14.5sp`". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[*package:*]*type:name*") or theme attribute (in the form "?[*package:*]*[type:]name*") containing a value of this type.

This corresponds to the global attribute resource symbol `minHeight`.

**Related Methods**

**android:minWidth**

Defines the minimum width of the view. It is not guaranteed the view will be able to achieve this minimum width (for example, if its parent layout constrains it with less available width).

Must be a dimension value, which is a floating point number appended with a unit such as "`14.5sp`". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[*package:*]*type:name*") or theme attribute (in the form "?[*package:*]*[type:]name*") containing a value of this type.

This corresponds to the global attribute resource symbol `minWidth`.

**Related Methods**

**android:nextFocusDown**

Defines the next view to give focus to when the next focus is `FOCUS_DOWN` If the reference refers to a view that does not exist or is part of a hierarchy that is invisible, a `RuntimeException` will result when the reference is accessed.

Must be a reference to another resource, in the form "@[+][*package*:]*type*:*name*" or to a theme attribute in the form "?[*package*:][*type*:]*name*".

This corresponds to the global attribute resource symbol nextFocusDown.

    **Related Methods**

      setNextFocusDownId(int)

**android:nextFocusForward**

Defines the next view to give focus to when the next focus is `FOCUS_FORWARD` If the reference refers to a view that does not exist or is part of a hierarchy that is invisible, a `RuntimeException` will result when the reference is accessed.

Must be a reference to another resource, in the form "@[+][*package*:]*type*:*name*" or to a theme attribute in the form "?[*package*:][*type*:]*name*".

This corresponds to the global attribute resource symbol nextFocusForward.

    **Related Methods**

      setNextFocusForwardId(int)

**android:nextFocusLeft**

Defines the next view to give focus to when the next focus is `FOCUS_LEFT`. If the reference refers to a view that does not exist or is part of a hierarchy that is invisible, a `RuntimeException` will result when the reference is accessed.

Must be a reference to another resource, in the form "@[+][*package*:]*type*:*name*" or to a theme attribute in the form "?[*package*:][*type*:]*name*".

This corresponds to the global attribute resource symbol nextFocusLeft.

    **Related Methods**

      setNextFocusLeftId(int)

**android:nextFocusRight**

Defines the next view to give focus to when the next focus is `FOCUS_RIGHT` If the reference refers to a view that does not exist or is part of a hierarchy that is invisible, a `RuntimeException` will result when the reference is accessed.

Must be a reference to another resource, in the form "@[+][*package*:]*type*:*name*" or to a theme attribute in the form "?[*package*:][*type*:]*name*".

This corresponds to the global attribute resource symbol nextFocusRight.

**Related Methods**

setNextFocusRightId(int)

## android:nextFocusUp

Defines the next view to give focus to when the next focus is `FOCUS_UP` If the reference refers to a view that does not exist or is part of a hierarchy that is invisible, a `RuntimeException` will result when the reference is accessed.

Must be a reference to another resource, in the form "`@[+][package:]type:name`" or to a theme attribute in the form "`?[package:]type:name`".

This corresponds to the global attribute resource symbol nextFocusUp.

**Related Methods**

setNextFocusUpId(int)

## android:onClick

Name of the method in this View's context to invoke when the view is clicked. This name must correspond to a public method that takes exactly one parameter of type View. For instance, if you specify `android:onClick="sayHello"`, you must declare a `public void sayHello(View v)` method of your context (typically, your Activity).

Must be a string value, using '\n' to escape characters such as '\n' or '\uxxxx' for a unicode character.

This may also be a reference to a resource (in the form "`@[package:]type:name`") or theme attribute (in the form "`?[package:]type:name`") containing a value of this type.

This corresponds to the global attribute resource symbol onClick.

**Related Methods**

## android:padding

Sets the padding, in pixels, of all four edges. Padding is defined as space between the edges of the view and the view's content. A views size will include it's padding. If a background is provided, the padding will initially be set to that (0 if the drawable does not have padding). Explicitly setting a padding value will override the corresponding padding found in the background.

Must be a dimension value, which is a floating point number appended with a unit such as "`14.5sp`". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "`@[package:]type:name`") or theme attribute (in the form "`?[package:]type:name`") containing a value of this type.

This corresponds to the global attribute resource symbol padding.

**Related Methods**

setPadding(int,int,int,int)

### android:paddingBottom

Sets the padding, in pixels, of the bottom edge; see padding.

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol paddingBottom.

**Related Methods**

setPadding(int,int,int,int)

### android:paddingLeft

Sets the padding, in pixels, of the left edge; see padding.

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol paddingLeft.

**Related Methods**

setPadding(int,int,int,int)

### android:paddingRight

Sets the padding, in pixels, of the right edge; see padding.

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol paddingRight.

**Related Methods**

setPadding(int,int,int,int)

## android:paddingTop

Sets the padding, in pixels, of the top edge; see padding.

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol paddingTop.

**Related Methods**

setPadding(int,int,int,int)

## android:requiresFadingEdge

Defines which edges should be faded on scrolling.

Must be one or more (separated by '|') of the following constant values.

| Constant | Value | Description |
|---|---|---|
| none | 0x00000000 | No edge is faded. |
| horizontal | 0x00001000 | Fades horizontal edges only. |
| vertical | 0x00002000 | Fades vertical edges only. |

This corresponds to the global attribute resource symbol requiresFadingEdge.

**Related Methods**

setVerticalFadingEdgeEnabled(boolean)

## android:rotation

rotation of the view, in degrees.

Must be a floating point value, such as "1.2".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol `rotation`.

**Related Methods**

setRotation(float)

### android:rotationX

rotation of the view around the x axis, in degrees.

Must be a floating point value, such as "1.2".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol `rotationX`.

**Related Methods**

setRotationX(float)

### android:rotationY

rotation of the view around the y axis, in degrees.

Must be a floating point value, such as "1.2".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol `rotationY`.

**Related Methods**

setRotationY(float)

### android:saveEnabled

If unset, no state will be saved for this view when it is being frozen. The default is true, allowing the view to be saved (however it also must have an ID assigned to it for its state to be saved). Setting this to false only disables the state for this view, not for its children which may still be saved.

Must be a boolean value, either "`true`" or "`false`".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol `saveEnabled`.

**Related Methods**
setSaveEnabled(boolean)

## android:scaleX

scale of the view in the x direction.

Must be a floating point value, such as "1.2".

This may also be a reference to a resource (in the form "@[*package*:]*type*:*name*") or theme attribute (in the form "?[*package*:]*[type:] name*") containing a value of this type.

This corresponds to the global attribute resource symbol scaleX.

**Related Methods**
setScaleX(float)

## android:scaleY

scale of the view in the y direction.

Must be a floating point value, such as "1.2".

This may also be a reference to a resource (in the form "@[*package*:]*type*:*name*") or theme attribute (in the form "?[*package*:]*[type:] name*") containing a value of this type.

This corresponds to the global attribute resource symbol scaleY.

**Related Methods**
setScaleY(float)

## android:scrollX

The initial horizontal scroll offset, in pixels.

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[*package*:]*type*:*name*") or theme attribute (in the form "?[*package*:]*[type:] name*") containing a value of this type.

This corresponds to the global attribute resource symbol scrollX.

**Related Methods**

**android:scrollY**

The initial vertical scroll offset, in pixels.

Must be a dimension value, which is a floating point number appended with a unit such as "`14.5sp`". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "`@[package:]type:name`") or theme attribute (in the form "`?[package:][type:]name`") containing a value of this type.

This corresponds to the global attribute resource symbol `scrollY`.

**Related Methods**

**android:scrollbarAlwaysDrawHorizontalTrack**

Defines whether the horizontal scrollbar track should always be drawn.

Must be a boolean value, either "`true`" or "`false`".

This may also be a reference to a resource (in the form "`@[package:]type:name`") or theme attribute (in the form "`?[package:][type:]name`") containing a value of this type.

This corresponds to the global attribute resource symbol `scrollbarAlwaysDrawHorizontalTrack`.

**Related Methods**

**android:scrollbarAlwaysDrawVerticalTrack**

Defines whether the vertical scrollbar track should always be drawn.

Must be a boolean value, either "`true`" or "`false`".

This may also be a reference to a resource (in the form "`@[package:]type:name`") or theme attribute (in the form "`?[package:][type:]name`") containing a value of this type.

This corresponds to the global attribute resource symbol `scrollbarAlwaysDrawVerticalTrack`.

**Related Methods**

**android:scrollbarDefaultDelayBeforeFade**

Defines the delay in milliseconds that a scrollbar waits before fade out.

Must be an integer value, such as "`100`".

This may also be a reference to a resource (in the form "`@[package:]type:name`") or theme attribute (in the form "`?[package:][type:]name`") containing a value of this type.

This corresponds to the global attribute resource symbol scrollbarDefaultDelayBeforeFade.

**Related Methods**

### android:scrollbarFadeDuration

Defines the delay in milliseconds that a scrollbar takes to fade out.

Must be an integer value, such as "100".

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol scrollbarFadeDuration.

**Related Methods**

### android:scrollbarSize

Sets the width of vertical scrollbars and height of horizontal scrollbars.

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol scrollbarSize.

**Related Methods**

### android:scrollbarStyle

Controls the scrollbar style and position. The scrollbars can be overlaid or inset. When inset, they add to the padding of the view. And the scrollbars can be drawn inside the padding area or on the edge of the view. For example, if a view has a background drawable and you want to draw the scrollbars inside the padding specified by the drawable, you can use insideOverlay or insideInset. If you want them to appear at the edge of the view, ignoring the padding, then you can use outsideOverlay or outsideInset.

Must be one of the following constant values.

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 178 of 206

| Constant | Value | Description |
|---|---|---|
| insideOverlay | 0x0 | Inside the padding and overlaid |
| insideInset | 0x01000000 | Inside the padding and inset |
| outsideOverlay | 0x02000000 | Edge of the view and overlaid |
| outsideInset | 0x03000000 | Edge of the view and inset |

This corresponds to the global attribute resource symbol `scrollbarStyle`.

**Related Methods**

### android:scrollbarThumbHorizontal

Defines the horizontal scrollbar thumb drawable.

Must be a reference to another resource, in the form "@[+][package:]type:name" or to a theme attribute in the form "?[package:][type:]name".

This corresponds to the global attribute resource symbol `scrollbarThumbHorizontal`.

**Related Methods**

### android:scrollbarThumbVertical

Defines the vertical scrollbar thumb drawable.

Must be a reference to another resource, in the form "@[+][package:]type:name" or to a theme attribute in the form "?[package:][type:]name".

This corresponds to the global attribute resource symbol `scrollbarThumbVertical`.

**Related Methods**

### android:scrollbarTrackHorizontal

Defines the horizontal scrollbar track drawable.

Must be a reference to another resource, in the form "@[+][package:]type:name" or to a theme attribute in the form "?[package:][type:]name".

This corresponds to the global attribute resource symbol `scrollbarTrackHorizontal`.

**Related Methods**

### android:scrollbarTrackVertical

Defines the vertical scrollbar track drawable.

Must be a reference to another resource, in the form "@[+][*package*:]*type*:*name*" or to a theme attribute in the form "?[*package*:][*type*:]*name*".

This corresponds to the global attribute resource symbol scrollbarTrackVertical.

**Related Methods**

### android:scrollbars

Defines which scrollbars should be displayed on scrolling or not.

Must be one or more (separated by '|') of the following constant values.

| Constant | Value | Description |
|---|---|---|
| none | 0x00000000 | No scrollbar is displayed. |
| horizontal | 0x00000100 | Displays horizontal scrollbar only. |
| vertical | 0x00000200 | Displays vertical scrollbar only. |

This corresponds to the global attribute resource symbol scrollbars.

**Related Methods**

### android:soundEffectsEnabled

Boolean that controls whether a view should have sound effects enabled for events such as clicking and touching.

Must be a boolean value, either "true" or "false".

This may also be a reference to a resource (in the form "@[*package*:]*type*:*name*") or theme attribute (in the form "?[*package*:]*type*:]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol soundEffectsEnabled.

**Related Methods**

setSoundEffectsEnabled(boolean)

### android:tag

Supply a tag for this view containing a String, to be retrieved later with view.getTag() or searched for with view.findViewWithTag(). It is generally preferable to use IDs (through the android:id attribute) instead of tags because they are faster and allow for compile-time type checking.

Must be a string value, using '\\;' to escape characters such as '\n' or '\uxxxx' for a unicode character.

This may also be a reference to a resource (in the form "@[*package*:]*type*:*name*") or theme attribute (in the form "?[*package*:][*type*:]*name*") containing a value of this type.

This corresponds to the global attribute resource symbol `tag`.

**Related Methods**

### android:transformPivotX

x location of the pivot point around which the view will rotate and scale. This xml attribute sets the pivotX property of the View.

Must be a dimension value, which is a floating point number appended with a unit such as "`14.5sp`". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "`@[package:]type:name`") or theme attribute (in the form "`?[package:]type:name`") containing a value of this type.

This corresponds to the global attribute resource symbol `transformPivotX`.

**Related Methods**

setPivotX(float)

### android:transformPivotY

y location of the pivot point around which the view will rotate and scale. This xml attribute sets the pivotY property of the View.

Must be a dimension value, which is a floating point number appended with a unit such as "`14.5sp`". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "`@[package:]type:name`") or theme attribute (in the form "`?[package:]type:name`") containing a value of this type.

This corresponds to the global attribute resource symbol `transformPivotY`.

**Related Methods**

setPivotY(float)

### android:translationX

translation in x of the view. This value is added post-layout to the left property of the view, which is set by its layout.

Must be a dimension value, which is a floating point number appended with a unit such as "`14.5sp`". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "`@[package:]type:name`") or theme attribute (in the form "`?[package:]type:name`") containing a value of this type.

This corresponds to the global attribute resource symbol `translationX`.

**Related Methods**

setTranslationX(float)

### android:translationY

translation in y of the view. This value is added post-layout to the left property of the view, which is set by its layout.

Must be a dimension value, which is a floating point number appended with a unit such as "14.5sp". Available units are: px (pixels), dp (density-independent pixels), sp (scaled pixels based on preferred font size), in (inches), mm (millimeters).

This may also be a reference to a resource (in the form "@[package:]type:name") or theme attribute (in the form "?[package:][type:]name") containing a value of this type.

This corresponds to the global attribute resource symbol translationY.

**Related Methods**

setTranslationY(float)

### android:visibility

Controls the initial visibility of the view.

Must be one of the following constant values.

| Constant | Value | Description |
|----------|-------|-------------|
| visible | 0 | Visible on screen; the default value. |
| invisible | 1 | Not displayed, but taken into account during layout (space is left for it). |
| gone | 2 | Completely hidden, as if the view had not been added. |

This corresponds to the global attribute resource symbol visibility.

**Related Methods**

setVisibility(int)

## Constants

public static final int **DRAWING_CACHE_QUALITY_AUTO**

Since: API Level 1

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 182 of 206

Enables automatic quality mode for the drawing cache.

Constant Value: 0 (0x00000000)

## public static final int **DRAWING_CACHE_QUALITY_HIGH**

Since: API Level 1

Enables high quality mode for the drawing cache.

Constant Value: 1048576 (0x00100000)

## public static final int **DRAWING_CACHE_QUALITY_LOW**

Since: API Level 1

Enables low quality mode for the drawing cache.

Constant Value: 524288 (0x00080000)

## public static final int **FIND_VIEWS_WITH_CONTENT_DESCRIPTION**

Since: API Level 14

Find find views that contain the specified content description.

### See Also

`findViewsWithText(ArrayList, CharSequence, int)`

Constant Value: 2 (0x00000002)

## public static final int **FIND_VIEWS_WITH_TEXT**

Since: API Level 14

Find views that render the specified text.

### See Also

`findViewsWithText(ArrayList, CharSequence, int)`

Constant Value: 1 (0x00000001)

## public static final int **FOCUSABLES_ALL**

Since: API Level 4

View flag indicating whether addFocusables(ArrayList, int, int) should add all focusable Views regardless if they are focusable in touch mode.

Constant Value: 0 (0x00000000)

## public static final int **FOCUSABLES_TOUCH_MODE**

Since: API Level 4

View flag indicating whether addFocusables(ArrayList, int, int) should add only Views focusable in touch mode.

Constant Value: 1 (0x00000001)

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 183 of 206

public static final int **FOCUS_BACKWARD**

Since: API Level 1

Use with `focusSearch(int)`. Move focus to the previous selectable item.

Constant Value: 1 (0x00000001)

public static final int **FOCUS_DOWN**

Since: API Level 1

Use with `focusSearch(int)`. Move focus down.

Constant Value: 130 (0x00000082)

public static final int **FOCUS_FORWARD**

Since: API Level 1

Use with `focusSearch(int)`. Move focus to the next selectable item.

Constant Value: 2 (0x00000002)

public static final int **FOCUS_LEFT**

Since: API Level 1

Use with `focusSearch(int)`. Move focus to the left.

Constant Value: 17 (0x00000011)

public static final int **FOCUS_RIGHT**

Since: API Level 1

Use with `focusSearch(int)`. Move focus to the right.

Constant Value: 66 (0x00000042)

public static final int **FOCUS_UP**

Since: API Level 1

Use with `focusSearch(int)`. Move focus up.

Constant Value: 33 (0x00000021)

public static final int **GONE**

Since: API Level 1

This view is invisible, and it doesn't take any space for layout purposes. Use with `setVisibility(int)` and `android:visibility`.

Constant Value: 8 (0x00000008)

public static final int **HAPTIC_FEEDBACK_ENABLED**

Since: API Level 3

View flag indicating whether this view should have haptic feedback enabled for events such as long presses.

Constant Value: 268435456 (0x10000000)

public static final int **INVISIBLE**

Since: API Level 1

This view is invisible, but it still takes up space for layout purposes. Use with `setVisibility(int)` and `android:visibility`.

Constant Value: 4 (0x00000004)

public static final int **KEEP_SCREEN_ON**

Since: API Level 1

View flag indicating that the screen should remain on while the window containing this view is visible to the user. This effectively takes care of automatically setting the WindowManager's `FLAG_KEEP_SCREEN_ON`.

Constant Value: 67108864 (0x04000000)

public static final int **LAYER_TYPE_HARDWARE**

Since: API Level 11

Indicates that the view has a hardware layer. A hardware layer is backed by a hardware specific texture (generally Frame Buffer Objects or FBO on OpenGL hardware) and causes the view to be rendered using Android's hardware rendering pipeline, but only if hardware acceleration is turned on for the view hierarchy. When hardware acceleration is turned off, hardware layers behave exactly as `software layers`.

A hardware layer is useful to apply a specific color filter and/or blending mode and/or translucency to a view and all its children.

A hardware layer can be used to cache a complex view tree into a texture and reduce the complexity of drawing operations. For instance, when animating a complex view tree with a translation, a hardware layer can be used to render the view tree only once.

A hardware layer can also be used to increase the rendering quality when rotation transformations are applied on a view. It can also be used to prevent potential clipping issues when applying 3D transforms on a view.

**See Also**

`getLayerType()`
`setLayerType(int, android.graphics.Paint)`
`LAYER_TYPE_NONE`
`LAYER_TYPE_SOFTWARE`

Constant Value: 2 (0x00000002)

public static final int **LAYER_TYPE_NONE**

Since: API Level 11

Indicates that the view does not have a layer.

**See Also**

`getLayerType()`
`setLayerType(int, android.graphics.Paint)`
`LAYER_TYPE_SOFTWARE`

LAYER_TYPE_HARDWARE

Constant Value: 0 (0x00000000)

## public static final int LAYER_TYPE_SOFTWARE

Since: API Level 11

Indicates that the view has a software layer. A software layer is backed by a bitmap and causes the view to be rendered using Android's software rendering pipeline, even if hardware acceleration is enabled.

Software layers have various usages:

When the application is not using hardware acceleration, a software layer is useful to apply a specific color filter and/or blending mode and/or translucency to a view and all its children.

When the application is using hardware acceleration, a software layer is useful to render drawing primitives not supported by the hardware accelerated pipeline. It can also be used to cache a complex view tree into a texture and reduce the complexity of drawing operations. For instance, when animating a complex view tree with a translation, a software layer can be used to render the view tree only once.

Software layers should be avoided when the affected view tree updates often. Every update will require to re-render the software layer, which can potentially be slow (particularly when hardware acceleration is turned on since the layer will have to be uploaded into a hardware texture after every update.)

### See Also

getLayerType()
setLayerType(int, android.graphics.Paint)
LAYER_TYPE_NONE
LAYER_TYPE_HARDWARE

Constant Value: 1 (0x00000001)

## public static final int MEASURED_HEIGHT_STATE_SHIFT

Since: API Level 11

Bit shift of MEASURED_STATE_MASK to get to the height bits for functions that combine both width and height into a single int, such as getMeasuredState() and the childState argument of resolveSizeAndState(int, int, int).

Constant Value: 16 (0x00000010)

## public static final int MEASURED_SIZE_MASK

Since: API Level 11

Bits of getMeasuredWidthAndState() and getMeasuredWidthAndState() that provide the actual measured size.

Constant Value: 16777215 (0x00ffffff)

## public static final int MEASURED_STATE_MASK

Since: API Level 11

Bits of `getMeasuredWidthAndState()` and `getMeasuredWidthAndState()` that provide the additional state bits.

Constant Value: -16777216 (0xff000000)

## public static final int **MEASURED_STATE_TOO_SMALL**

Since: API Level 11

Bit of `getMeasuredWidthAndState()` and `getMeasuredWidthAndState()` that indicates the measured size is smaller that the space the view would like to have.

Constant Value: 16777216 (0x01000000)

## public static final int **NO_ID**

Since: API Level 1

Used to mark a View that has no ID.

Constant Value: -1 (0xffffffff)

## public static final int **OVER_SCROLL_ALWAYS**

Since: API Level 9

Always allow a user to over-scroll this view, provided it is a view that can scroll.

**See Also**

> `getOverScrollMode()`
> `setOverScrollMode(int)`

Constant Value: 0 (0x00000000)

## public static final int **OVER_SCROLL_IF_CONTENT_SCROLLS**

Since: API Level 9

Allow a user to over-scroll this view only if the content is large enough to meaningfully scroll, provided it is a view that can scroll.

**See Also**

> `getOverScrollMode()`
> `setOverScrollMode(int)`

Constant Value: 1 (0x00000001)

## public static final int **OVER_SCROLL_NEVER**

Since: API Level 9

Never allow a user to over-scroll this view.

**See Also**

> `getOverScrollMode()`

setOverScrollMode(int)

Constant Value: 2 (0x00000002)

public static final int **SCROLLBARS_INSIDE_INSET**

Since: API Level 1

The scrollbar style to display the scrollbars inside the padded area, increasing the padding of the view. The scrollbars will not overlap the content area of the view.

Constant Value: 16777216 (0x01000000)

public static final int **SCROLLBARS_INSIDE_OVERLAY**

Since: API Level 1

The scrollbar style to display the scrollbars inside the content area, without increasing the padding. The scrollbars will be overlaid with translucency on the view's content.

Constant Value: 0 (0x00000000)

public static final int **SCROLLBARS_OUTSIDE_INSET**

Since: API Level 1

The scrollbar style to display the scrollbars at the edge of the view, increasing the padding of the view. The scrollbars will only overlap the background, if any.

Constant Value: 50331648 (0x03000000)

public static final int **SCROLLBARS_OUTSIDE_OVERLAY**

Since: API Level 1

The scrollbar style to display the scrollbars at the edge of the view, without increasing the padding. The scrollbars will be overlaid with translucency.

Constant Value: 33554432 (0x02000000)

public static final int **SCROLLBAR_POSITION_DEFAULT**

Since: API Level 11

Position the scroll bar at the default position as determined by the system.

Constant Value: 0 (0x00000000)

public static final int **SCROLLBAR_POSITION_LEFT**

Since: API Level 11

Position the scroll bar along the left edge.

Constant Value: 1 (0x00000001)

public static final int **SCROLLBAR_POSITION_RIGHT**

Since: API Level 11

Position the scroll bar along the right edge.

Constant Value: 2 (0x00000002)

**public static final int SOUND_EFFECTS_ENABLED**

Since: API Level 1

View flag indicating whether this view should have sound effects enabled for events such as clicking and touching.

Constant Value: 134217728 (0x08000000)

**public static final int STATUS_BAR_HIDDEN**

Since: API Level 11

> **This constant is deprecated.**
> Use SYSTEM_UI_FLAG_LOW_PROFILE instead.

Constant Value: 1 (0x00000001)

**public static final int STATUS_BAR_VISIBLE**

Since: API Level 11

> **This constant is deprecated.**
> Use SYSTEM_UI_FLAG_VISIBLE instead.

Constant Value: 0 (0x00000000)

**public static final int SYSTEM_UI_FLAG_HIDE_NAVIGATION**

Since: API Level 14

View has requested that the system navigation be temporarily hidden. This is an even less obtrusive state than that called for by SYSTEM_UI_FLAG_LOW_PROFILE; on devices that draw essential navigation controls (Home, Back, and the like) on screen, SYSTEM_UI_FLAG_HIDE_NAVIGATION will cause those to disappear. This is useful (in conjunction with the FLAG_FULLSCREEN and FLAG_LAYOUT_IN_SCREEN window flags) for displaying content using every last pixel on the display. There is a limitation: because navigation controls are so important, the least user interaction will cause them to reappear immediately.

See Also

> setSystemUiVisibility(int)

Constant Value: 2 (0x00000002)

**public static final int SYSTEM_UI_FLAG_LOW_PROFILE**

Since: API Level 14

View has requested the system UI to enter an unobtrusive "low profile" mode. This is for use in games, book readers, video players, or any other "immersive" application where the usual system chrome is deemed too distracting. In low profile mode, the status bar and/or navigation icons may dim.

See Also

> setSystemUiVisibility(int)

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 189 of 206

Constant Value: 1 (0x00000001)

**public static final int SYSTEM_UI_FLAG_VISIBLE**

Since: API Level 14

View has requested the system UI (status bar) to be visible (the default).

**See Also**

setSystemUiVisibility(int)

Constant Value: 0 (0x00000000)

protected static final String **VIEW_LOG_TAG**

Since: API Level 1

The logging tag used by this class with android.util.Log.

Constant Value: "View"

**public static final int VISIBLE**

Since: API Level 1

This view is visible. Use with setVisibility(int) and android:visibility.

Constant Value: 0 (0x00000000)

# Fields

**public static Property<View, Float> ALPHA**

Since: API Level 14

A Property wrapper around the alpha functionality handled by the setAlpha(float) and getAlpha() methods.

protected static final int[] **EMPTY_STATE_SET**

Since: API Level 1

Indicates the view has no states set. States are used with Drawable to change the drawing of the view depending on its state.

**See Also**

Drawable
getDrawableState()

protected static final int[] **ENABLED_FOCUSED_SELECTED_STATE_SET**

Since: API Level 1

Indicates the view is enabled, focused and selected.

**See Also**

ENABLED_STATE_SET
FOCUSED_STATE_SET
SELECTED_STATE_SET

---

protected static final int[] **ENABLED_FOCUSED_SELECTED_WINDOW_FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view is enabled, focused, selected and its window has the focus.

**See Also**

ENABLED_STATE_SET
FOCUSED_STATE_SET
SELECTED_STATE_SET
WINDOW_FOCUSED_STATE_SET

---

protected static final int[] **ENABLED_FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view is enabled and has the focus.

**See Also**

ENABLED_STATE_SET
FOCUSED_STATE_SET

---

protected static final int[] **ENABLED_FOCUSED_WINDOW_FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view is enabled, focused and its window has the focus.

**See Also**

ENABLED_STATE_SET
FOCUSED_STATE_SET
WINDOW_FOCUSED_STATE_SET

---

protected static final int[] **ENABLED_SELECTED_STATE_SET**

Since: API Level 1

Indicates the view is enabled and selected.

**See Also**

ENABLED_STATE_SET

---

SELECTED_STATE_SET

protected static final int[] **ENABLED_SELECTED_WINDOW_FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view is enabled, selected and its window has the focus.

**See Also**

ENABLED_STATE_SET
SELECTED_STATE_SET
WINDOW_FOCUSED_STATE_SET

protected static final int[] **ENABLED_STATE_SET**

Since: API Level 1

Indicates the view is enabled. States are used with Drawable to change the drawing of the view depending on its state.

**See Also**

Drawable
getDrawableState()

protected static final int[] **ENABLED_WINDOW_FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view is enabled and that its window has focus.

**See Also**

ENABLED_STATE_SET
WINDOW_FOCUSED_STATE_SET

protected static final int[] **FOCUSED_SELECTED_STATE_SET**

Since: API Level 1

Indicates the view is focused and selected.

**See Also**

FOCUSED_STATE_SET
SELECTED_STATE_SET

protected static final int[] **FOCUSED_SELECTED_WINDOW_FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view is focused, selected and its window has the focus.

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 192 of 206

**See Also**

FOCUSED_STATE_SET
SELECTED_STATE_SET
WINDOW_FOCUSED_STATE_SET

protected static final int[] **FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view is focused. States are used with Drawable to change the drawing of the view depending on its state.

**See Also**

Drawable
getDrawableState ()

protected static final int[] **FOCUSED_WINDOW_FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view has the focus and that its window has the focus.

**See Also**

FOCUSED_STATE_SET
WINDOW_FOCUSED_STATE_SET

protected static final int[] **PRESSED_ENABLED_FOCUSED_SELECTED_STATE_SET**

Since: API Level 1

Indicates the view is pressed, enabled, focused and selected.

**See Also**

ERROR (/#PRESSED_STATE_SET)
ENABLED_STATE_SET
SELECTED_STATE_SET
FOCUSED_STATE_SET

protected static final int[] **PRESSED_ENABLED_FOCUSED_SELECTED_WINDOW_FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view is pressed, enabled, focused, selected and its window has the focus.

**See Also**

ERROR (/#PRESSED_STATE_SET)
ENABLED_STATE_SET

```
SELECTED_STATE_SET
FOCUSED_STATE_SET
WINDOW_FOCUSED_STATE_SET
```

protected static final int[] **PRESSED_ENABLED_FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view is pressed, enabled and focused.

**See Also**

```
ERROR (/#PRESSED_STATE_SET)
ENABLED_STATE_SET
FOCUSED_STATE_SET
```

protected static final int[] **PRESSED_ENABLED_FOCUSED_WINDOW_FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view is pressed, enabled, focused and its window has the focus.

**See Also**

```
ERROR (/#PRESSED_STATE_SET)
ENABLED_STATE_SET
FOCUSED_STATE_SET
WINDOW_FOCUSED_STATE_SET
```

protected static final int[] **PRESSED_ENABLED_SELECTED_STATE_SET**

Since: API Level 1

Indicates the view is pressed, enabled and selected.

**See Also**

```
ERROR (/#PRESSED_STATE_SET)
ENABLED_STATE_SET
SELECTED_STATE_SET
```

protected static final int[] **PRESSED_ENABLED_SELECTED_WINDOW_FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view is pressed, enabled, selected and its window has the focus.

**See Also**

```
ERROR (/#PRESSED_STATE_SET)
ENABLED_STATE_SET
```

```
SELECTED_STATE_SET
WINDOW_FOCUSED_STATE_SET
```

### protected static final int[] PRESSED_ENABLED_STATE_SET

Since: API Level 1

Indicates the view is pressed and enabled.

**See Also**

```
ERROR(/#PRESSED_STATE_SET)
ENABLED_STATE_SET
```

### protected static final int[] PRESSED_ENABLED_WINDOW_FOCUSED_STATE_SET

Since: API Level 1

Indicates the view is pressed, enabled and its window has the focus.

**See Also**

```
ERROR(/#PRESSED_STATE_SET)
ENABLED_STATE_SET
WINDOW_FOCUSED_STATE_SET
```

### protected static final int[] PRESSED_FOCUSED_SELECTED_STATE_SET

Since: API Level 1

Indicates the view is pressed, focused and selected.

**See Also**

```
ERROR(/#PRESSED_STATE_SET)
SELECTED_STATE_SET
FOCUSED_STATE_SET
```

### protected static final int[] PRESSED_FOCUSED_SELECTED_WINDOW_FOCUSED_STATE_SET

Since: API Level 1

Indicates the view is pressed, focused, selected and its window has the focus.

**See Also**

```
ERROR(/#PRESSED_STATE_SET)
FOCUSED_STATE_SET
SELECTED_STATE_SET
WINDOW_FOCUSED_STATE_SET
```

protected static final int[] **PRESSED_FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view is pressed and focused.

**See Also**

ERROR(/#PRESSED_STATE_SET)
FOCUSED_STATE_SET

protected static final int[] **PRESSED_FOCUSED_WINDOW_FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view is pressed, focused and its window has the focus.

**See Also**

ERROR(/#PRESSED_STATE_SET)
FOCUSED_STATE_SET
WINDOW_FOCUSED_STATE_SET

protected static final int[] **PRESSED_SELECTED_STATE_SET**

Since: API Level 1

Indicates the view is pressed and selected.

**See Also**

ERROR(/#PRESSED_STATE_SET)
SELECTED_STATE_SET

protected static final int[] **PRESSED_SELECTED_WINDOW_FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view is pressed, selected and its window has the focus.

**See Also**

ERROR(/#PRESSED_STATE_SET)
SELECTED_STATE_SET
WINDOW_FOCUSED_STATE_SET

protected static final int[] **PRESSED_WINDOW_FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view is pressed and its window has the focus.

**See Also**

ERROR (/#PRESSED_STATE_SET)
WINDOW_FOCUSED_STATE_SET

---

public static Property<View, Float> **ROTATION**

Since: API Level 14

A Property wrapper around the `rotation` functionality handled by the `setRotation(float)` and `getRotation()` methods.

---

public static Property<View, Float> **ROTATION_X**

Since: API Level 14

A Property wrapper around the `rotationX` functionality handled by the `setRotationX(float)` and `getRotationX()` methods.

---

public static Property<View, Float> **ROTATION_Y**

Since: API Level 14

A Property wrapper around the `rotationY` functionality handled by the `setRotationY(float)` and `getRotationY()` methods.

---

public static Property<View, Float> **SCALE_X**

Since: API Level 14

A Property wrapper around the `scaleX` functionality handled by the `setScaleX(float)` and `getScaleX()` methods.

---

public static Property<View, Float> **SCALE_Y**

Since: API Level 14

A Property wrapper around the `scaleY` functionality handled by the `setScaleY(float)` and `getScaleY()` methods.

---

protected static final int[] **SELECTED_STATE_SET**

Since: API Level 1

Indicates the view is selected. States are used with `Drawable` to change the drawing of the view depending on its state.

**See Also**

Drawable
getDrawableState()

---

protected static final int[] **SELECTED_WINDOW_FOCUSED_STATE_SET**

Since: API Level 1

Indicates the view is selected and that its window has the focus.

**See Also**

SELECTED_STATE_SET
WINDOW_FOCUSED_STATE_SET

---

public static Property<View, Float> **TRANSLATION_X**

---

A Property wrapper around the translationX functionality handled by the setTranslationX(float) and getTranslationX() methods.

Since: API Level 14

public static Property<View, Float> **TRANSLATION_Y**

A Property wrapper around the translationY functionality handled by the setTranslationY(float) and getTranslationY() methods.

Since: API Level 1

protected static final int[] **WINDOW_FOCUSED_STATE_SET**

Indicates the view's window has focus. States are used with Drawable to change the drawing of the view depending on its state.

**See Also**

Drawable
getDrawableState()

Since: API Level 14

public static Property<View, Float> **X**

A Property wrapper around the x functionality handled by the setX(float) and getX() methods.

Since: API Level 14

public static Property<View, Float> **Y**

A Property wrapper around the y functionality handled by the setY(float) and getY() methods.

# Public Constructors

Since: API Level 1

public **View** (Context context)

Simple constructor to use when creating a view from code.

**Parameters**

*context*    The Context the view is running in, through which it can access the current theme, resources, etc.

Since: API Level 1

public **View** (Context context, AttributeSet attrs)

Constructor that is called when inflating a view from XML. This is called when a view is being constructed from an XML file, supplying attributes that were specified in the XML file. This version uses a default style of 0, so the only attribute values applied are those in the Context's Theme and the given AttributeSet.

The method onFinishInflate() will be called after all children have been added.

**Parameters**

*context*   The Context the view is running in, through which it can access the current theme, resources, etc.

*attrs*   The attributes of the XML tag that is inflating the view.

**See Also**

`View(Context, AttributeSet)`

public **View** (Context context, AttributeSet attrs, int defStyle)                                                                                    Since: API Level 1

Perform inflation from XML and apply a class-specific base style. This constructor of View allows subclasses to use their own base style when they are inflating. For example, a Button class's constructor would call this version of the super class constructor and supply `R.attr.buttonStyle` for *defStyle*; this allows the theme's button style to modify all of the base view attributes (in particular its background) as well as the Button class's attributes.

**Parameters**

*context*   The Context the view is running in, through which it can access the current theme, resources, etc.

*attrs*   The attributes of the XML tag that is inflating the view.

*defStyle*   The default style to apply to this view. If 0, no style will be applied (beyond what is included in the theme). This may either be an attribute resource, whose value will be retrieved from the current theme, or an explicit style resource.

**See Also**

`View(Context, AttributeSet)`

# Public Methods

public void **addFocusables** (ArrayList<View> views, int direction)                                                                                    Since: API Level 1

Add any focusable views that are descendants of this view (possibly including this view if it is focusable itself) to views. If we are in touch mode, only add views that are also focusable in touch mode.

**Parameters**

*views*   Focusable views found so far

*direction*   The direction of the focus

public void **addFocusables** (ArrayList<View> views, int direction, int focusableMode)                                                                Since: API Level 4

Adds any focusable views that are descendants of this view (possibly including this view if it is focusable itself) to views. This method adds all focusable views regardless if we are in touch mode or only views focusable in touch mode if we are in touch mode depending on the focusable mode paramater.

**Parameters**

*views*        Focusable views found so far or null if all we are interested is the number of focusables.

*direction*    The direction of the focus.

*focusableMode*   The type of focusables to be added.

**See Also**

FOCUSABLES ALL

FOCUSABLES TOUCH MODE

public void **addOnAttachStateChangeListener** (View.OnAttachStateChangeListener listener)

Since: API Level 12

Add a listener for attach state changes. This listener will be called whenever this view is attached or detached from a window. Remove the listener using removeOnAttachStateChangeListener (OnAttachStateChangeListener).

**Parameters**

*listener*     Listener to attach

**See Also**

removeOnAttachStateChangeListener (OnAttachStateChangeListener)

public void **addOnLayoutChangeListener** (View.OnLayoutChangeListener listener)

Since: API Level 11

Add a listener that will be called when the bounds of the view change due to layout processing.

**Parameters**

*listener*     The listener that will be called when layout bounds change.

public void **addTouchables** (ArrayList<View> views)

Since: API Level 1

Add any touchable views that are descendants of this view (possibly including this view if it is touchable itself) to views.

**Parameters**

*views*    Touchable views found so far

public ViewPropertyAnimator **animate** ()

Since: API Level 12

This method returns a ViewPropertyAnimator object, which can be used to animate specific properties on this View.

## Returns

ViewPropertyAnimator The ViewPropertyAnimator associated with this View.

---

### public void **bringToFront** ()

Since: API Level 1

Change the view's z order in the tree, so it's on top of other sibling views

---

### public void **buildDrawingCache** (boolean autoScale)

Since: API Level 4

Forces the drawing cache to be built if the drawing cache is invalid.

If you call `buildDrawingCache()` manually without calling `setDrawingCacheEnabled(true)`, you should cleanup the cache by calling `destroyDrawingCache()` afterwards.

Note about auto scaling in compatibility mode: When auto scaling is not enabled, this method will create a bitmap of the same size as this view. Because this bitmap will be drawn scaled by the parent ViewGroup, the result on screen might show scaling artifacts. To avoid such artifacts, you should call this method by setting the auto scaling to true. Doing so, however, will generate a bitmap of a different size than the view. This implies that your application must be able to handle this size.

You should avoid calling this method when hardware acceleration is enabled. If you do not need the drawing cache bitmap, calling this method will increase memory usage and cause the view to be rendered in software once, thus negatively impacting performance.

### See Also

`getDrawingCache()`
`destroyDrawingCache()`

---

### public void **buildDrawingCache** ()

Since: API Level 1

Calling this method is equivalent to calling `buildDrawingCache(false)`.

### See Also

`buildDrawingCache(boolean)`

---

### public void **buildLayer** ()

Since: API Level 12

Forces this view's layer to be created and this view to be rendered into its layer. If this view's layer type is set to `LAYER_TYPE_NONE`, invoking this method will have no effect. This method can for instance be used to render a view into its layer before starting an animation. If this view is complex, rendering into the layer before starting the animation will avoid skipping frames.

### Throws

*IllegalStateException*    If this view is not attached to a window

---

Case 5:12-cv-00630-LHK   Document 22   Filed 02/08/12   Page 201 of 206

**See Also**

setLayerType(int, android.graphics.Paint)

public boolean **callOnClick** ()

Since: API Level 15

Directly call any attached OnClickListener. Unlike performClick(), this only calls the listener, and does not do any associated clicking actions like reporting an accessibility event.

**Returns**

    True there was an assigned OnClickListener that was called, false otherwise is returned.

public boolean **canScrollHorizontally** (int direction)

Since: API Level 14

Check if this view can be scrolled horizontally in a certain direction.

**Parameters**

    *direction*    Negative to check scrolling left, positive to check scrolling right.

**Returns**

    true if this view can be scrolled in the specified direction, false otherwise.

public boolean **canScrollVertically** (int direction)

Since: API Level 14

Check if this view can be scrolled vertically in a certain direction.

**Parameters**

    *direction*    Negative to check scrolling up, positive to check scrolling down.

**Returns**

    true if this view can be scrolled in the specified direction, false otherwise.

public void **cancelLongPress** ()

Since: API Level 1

Cancels a pending long press. Your subclass can use this if you want the context menu to come up if the user presses and holds at the same place, but you don't want it to come up if they press and then move around enough to cause scrolling.

public boolean **checkInputConnectionProxy** (View view)

Since: API Level 3

Called by the InputMethodManager when a view who is not the current input connection target is trying to make a call on the manager. The default implementation returns false; you can override this to return true for certain views if you are performing InputConnection proxying to them.

**Parameters**

*view*    The View that is making the InputMethodManager call.

**Returns**

Return true to allow the call, false to reject.

---

public void **clearAnimation** ()                                                                                    Since: API Level 1

Cancels any animations for this view.

---

public void **clearFocus** ()                                                                                        Since: API Level 1

Called when this view wants to give up focus. This will cause onFocusChanged(boolean, int, android.graphics.Rect) to be called.

---

public static int **combineMeasuredStates** (int curState, int newState)                                             Since: API Level 11

Merge two states as returned by getMeasuredState().

**Parameters**

*curState*    The current state as returned from a view or the result of combining multiple views.
*newState*    The new view state to combine.

**Returns**

Returns a new integer reflecting the combination of the two states.

---

public void **computeScroll** ()                                                                                     Since: API Level 1

Called by a parent to request that a child update its values for mScrollX and mScrollY if necessary. This will typically be done if the child is animating a scroll using a Scroller object.

---

public AccessibilityNodeInfo **createAccessibilityNodeInfo** ()                                                      Since: API Level 14

Returns an AccessibilityNodeInfo representing this view from the point of view of an AccessibilityService. This method is responsible for obtaining an accessibility node info from a pool of reusable instances and calling onInitializeAccessibilityNodeInfo(AccessibilityNodeInfo) on this view to initialize the former.

Note: The client is responsible for recycling the obtained instance by calling recycle() to minimize object creation.

**Returns**

A populated AccessibilityNodeInfo.

---

**See Also**

AccessibilityNodeInfo

---

public void **createContextMenu** (ContextMenu menu)

Since: API Level 1

Show the context menu for this view. It is not safe to hold on to the menu after returning from this method. You should normally not overload this method. Overload onCreateContextMenu(ContextMenu) or define an View.OnCreateContextMenuListener to add items to the context menu.

**Parameters**

*menu*    The context menu to populate

---

public void **destroyDrawingCache** ()

Since: API Level 1

Frees the resources used by the drawing cache. If you call buildDrawingCache() manually without calling setDrawingCacheEnabled(true), you should cleanup the cache with this method afterwards.

**See Also**

setDrawingCacheEnabled(boolean)
buildDrawingCache()
getDrawingCache()

---

public void **dispatchConfigurationChanged** (Configuration newConfig)

Since: API Level 8

Dispatch a notification about a resource configuration change down the view hierarchy. ViewGroups should override to route to their children.

**Parameters**

*newConfig*    The new resource configuration.

**See Also**

onConfigurationChanged(android.content.res.Configuration)

---

public void **dispatchDisplayHint** (int hint)

Since: API Level 8

Dispatch a hint about whether this view is displayed. For instance, when a View moves out of the screen, it might receives a display hint indicating the view is not displayed. Applications should not *rely* on this hint as there is no guarantee that they will receive one.

**Parameters**

*hint*    A hint about whether or not this view is displayed: VISIBLE or INVISIBLE.

public boolean **dispatchDragEvent** (DragEvent event)

Since: API Level 11

Detects if this View is enabled and has a drag event listener. If both are true, then it calls the drag event listener with the `DragEvent` it received. If the drag event listener returns `true`, then dispatchDragEvent() returns `true`.

For all other cases, the method calls the `onDragEvent()` drag event handler method and returns its result.

This ensures that a drag event is always consumed, even if the View does not have a drag event listener. However, if the View has a listener and the listener returns true, then onDragEvent() is not called.

public boolean **dispatchGenericMotionEvent** (MotionEvent event)

Since: API Level 12

Dispatch a generic motion event.

Generic motion events with source class `SOURCE_CLASS_POINTER` are delivered to the view under the pointer. All other generic motion events are delivered to the focused view. Hover events are handled specially and are delivered to `onHoverEvent(MotionEvent)`.

**Parameters**

*event*    The motion event to be dispatched.

**Returns**

True if the event was handled by the view, false otherwise.

public boolean **dispatchKeyEvent** (KeyEvent event)

Since: API Level 1

Dispatch a key event to the next view on the focus path. This path runs from the top of the view tree down to the currently focused view. If this view has focus, it will dispatch to itself. Otherwise it will dispatch the next node down the focus path. This method also fires any key listeners.

**Parameters**

*event*    The key event to be dispatched.

**Returns**

True if the event was handled, false otherwise.

public boolean **dispatchKeyEventPreIme** (KeyEvent event)

Since: API Level 3

Dispatch a key event before it is processed by any input method associated with the view hierarchy. This can be used to intercept key events in special situations before the IME consumes them; a typical example would be handling the BACK key to update the application's UI instead of allowing the IME to see it and close itself.

**Parameters**

*event*    The key event to be dispatched.

**Returns**

True if the event was handled, false otherwise.

---

public boolean **dispatchKeyShortcutEvent** (KeyEvent event)

Since: API Level 1

Dispatches a key shortcut event.

**Parameters**

*event*    The key event to be dispatched.

**Returns**

True if the event was handled by the view, false otherwise.

---

public boolean **dispatchPopulateAccessibilityEvent** (AccessibilityEvent event)

Since: API Level 4

Dispatches an AccessibilityEvent to the View first and then to its children for adding their text content to the event. Note that the event text is populated in a separate dispatch path since we add to the event not only the text of the source but also the text of all its descendants. A typical implementation will call onPopulateAccessibilityEvent(AccessibilityEvent) on the this view and then call the dispatchPopulateAccessibilityEvent (AccessibilityEvent) on each child. Override this method if custom population of the event text content is required.

If an View.AccessibilityDelegate has been specified via calling setAccessibilityDelegate(AccessibilityDelegate) its dispatchPopulateAccessibilityEvent(View, AccessibilityEvent) is responsible for handling this call.

*Note:* Accessibility events of certain types are not dispatched for populating the event text via this method. For details refer to AccessibilityEvent.

**Parameters**

*event*    The event.

**Returns**

True if the event population was completed.

---

public void **dispatchSystemUiVisibilityChanged** (int visibility)

Since: API Level 11

Dispatch callbacks to setOnSystemUiVisibilityChangeListener(View.OnSystemUiVisibilityChangeListener) down the view hierarchy.

---

public boolean **dispatchTouchEvent** (MotionEvent event)

Since: API Level 1

Pass the touch screen motion event down to the target view, or this view if it is the target.

---

**Parameters**

  *event*    The motion event to be dispatched.

**Returns**

  True if the event was handled by the view, false otherwise.

public boolean **dispatchTrackballEvent** (MotionEvent event)

Since: API Level 1

Pass a trackball motion event down to the focused view.

**Parameters**

  *event*    The motion event to be dispatched.

**Returns**

  True if the event was handled by the view, false otherwise.

public boolean **dispatchUnhandledMove** (View focused, int direction)

Since: API Level 1

This method is the last chance for the focused view and its ancestors to respond to an arrow key. This is called when the focused view did not consume the key internally, nor could the view system find a new view in the requested direction to give focus to.

**Parameters**

  *focused*      The currently focused view.

  *direction*    The direction focus wants to move. One of FOCUS_UP, FOCUS_DOWN, FOCUS_LEFT, and FOCUS_RIGHT.

**Returns**

  True if the this view consumed this unhandled move.

public void **dispatchWindowFocusChanged** (boolean hasFocus)

Since: API Level 1

Called when the window containing this view gains or loses window focus. ViewGroups should override to route to their children.

**Parameters**

  *hasFocus*    True if the window containing this view now has focus, false otherwise.

public void **dispatchWindowVisibilityChanged** (int visibility)

Since: API Level 1

Dispatch a window visibility change down the view hierarchy. ViewGroups should override to route to their children.