Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 1 of 207

**Parameters**

*visibility*    The new visibility of the window.

**See Also**

onWindowVisibilityChanged (int)

---

public void **draw** (Canvas canvas)

Since: API Level 1

Manually render this view (and all of its children) to the given Canvas. The view must have already done a full layout before this function is called. When implementing a view, implement onDraw(android.graphics.Canvas) instead of overriding this method. If you do need to override this method, call the superclass version.

**Parameters**

*canvas*    The Canvas to which the View is rendered.

---

public View **findFocus** ()

Since: API Level 1

Find the view in the hierarchy rooted at this view that currently has focus.

**Returns**

The view that currently has focus, or null if no focused view can be found.

---

public final View **findViewById** (int id)

Since: API Level 1

Look for a child view with the given id. If this view has the given id, return this view.

**Parameters**

*id*    The id to search for.

**Returns**

The view that has the given id in the hierarchy or null

---

public final View **findViewWithTag** (Object tag)

Since: API Level 1

Look for a child view with the given tag. If this view has the given tag, return this view.

**Parameters**

*tag*    The tag to search for, using "tag.equals(getTag())".

---

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 2 of 207

**Returns**

The View that has the given tag in the hierarchy or null

---

public void **findViewsWithText** (ArrayList<View> outViews, CharSequence searched, int flags)

Since: API Level 14

Finds the Views that contain text. The containment is case insensitive. The search is performed by either the text that the View renders or the content description that describes the view for accessibility purposes and the view does not render or both. Clients can specify how the search is to be performed via passing the FIND_VIEWS_WITH_TEXT and FIND_VIEWS_WITH_CONTENT_DESCRIPTION flags.

**Parameters**

| | |
|---|---|
| *outViews* | The output list of matching Views. |
| *searched* | The text to match against. |

**See Also**

FIND_VIEWS_WITH_TEXT
FIND_VIEWS_WITH_CONTENT_DESCRIPTION
setContentDescription (CharSequence)

---

public boolean **fitsSystemWindows** ()

Since: API Level 14

Check for the FITS_SYSTEM_WINDOWS flag. If this method returns true, this view will account for system screen decorations such as the status bar and inset its content. This allows the view to be positioned in absolute screen coordinates and remain visible to the user.

**Related XML Attributes**

android:fitsSystemWindows

**Returns**

true if this view will adjust its content bounds for system screen decorations.

---

public View **focusSearch** (int direction)

Since: API Level 1

Find the nearest view in the specified direction that can take focus. This does not actually give focus to that view.

**Parameters**

| | |
|---|---|
| *direction* | One of FOCUS_UP, FOCUS_DOWN, FOCUS_LEFT, and FOCUS_RIGHT |

**Returns**

The nearest focusable in the specified direction, or null if none can be found.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 3 of 207

public void **forceLayout** ()

Since: API Level 1

Forces this view to be laid out during the next layout pass. This method does not call requestLayout() or forceLayout() on the parent.

public float **getAlpha** ()

Since: API Level 11

The opacity of the view. This is a value from 0 to 1, where 0 means the view is completely transparent and 1 means the view is completely opaque.

By default this is 1.0f.

**Returns**

The opacity of the view.

public Animation **getAnimation** ()

Since: API Level 1

Get the animation currently associated with this view.

**Returns**

The animation that is currently playing or scheduled to play for this view.

public IBinder **getApplicationWindowToken** ()

Since: API Level 1

Retrieve a unique token identifying the top-level "real" window of the window that this view is attached to. That is, this is like getWindowToken(), except if the window this view in is a panel window (attached to another containing window), then the token of the containing window is returned instead.

**Returns**

Returns the associated window token, either getWindowToken() or the containing window's token.

public Drawable **getBackground** ()

Since: API Level 1

Gets the background drawable

**Returns**

The drawable used as the background for this view, if any.

public int **getBaseline** ()

Since: API Level 1

Return the offset of the widget's text baseline from the widget's top boundary. If this widget does not support baseline alignment, this method returns -1.

**Returns**

the offset of the baseline within the widget's bounds or -1 if baseline alignment is not supported

public final int **getBottom** ()

Since: API Level 1

Bottom position of this view relative to its parent.

**Returns**

The bottom of this view, in pixels.

public CharSequence **getContentDescription** ()

Since: API Level 4

Gets the View description. It briefly describes the view and is primarily used for accessibility support. Set this property to enable better accessibility support for your application. This is especially true for views that do not have textual representation (For example, ImageButton).

**Related XML Attributes**

android:contentDescription

**Returns**

The content descriptiopn.

public final Context **getContext** ()

Since: API Level 1

Returns the context the view is running in, through which it can access the current theme, resources, etc.

**Returns**

The view's Context.

public static int **getDefaultSize** (int size, int measureSpec)

Since: API Level 1

Utility to return a default size. Uses the supplied size if the MeasureSpec imposed no constraints. Will get larger if allowed by the MeasureSpec.

**Parameters**

| | |
|---|---|
| size | Default size for this view |
| measureSpec | Constraints imposed by the parent |

**Returns**

The size this view should be.

public final int[] **getDrawableState** ()

Since: API Level 1

Return an array of resource IDs of the drawable states representing the current state of the view.

**Returns**

    The current drawable state

**See Also**

    setState (int [])
    drawableStateChanged ()
    onCreateDrawableState (int)

public Bitmap **getDrawingCache** (boolean autoScale)

Since: API Level 4

Returns the bitmap in which this view drawing is cached. The returned bitmap is null when caching is disabled. If caching is enabled and the cache is not ready, this method will create it. Calling draw(android.graphics.Canvas) will not draw from the cache when the cache is enabled. To benefit from the cache, you must request the drawing cache by calling this method and draw it on screen if the returned bitmap is not null.

Note about auto scaling in compatibility mode: When auto scaling is not enabled, this method will create a bitmap of the same size as this view. Because this bitmap will be drawn scaled by the parent ViewGroup, the result on screen might show scaling artifacts. To avoid such artifacts, you should call this method by setting the auto scaling to true. Doing so, however, will generate a bitmap of a different size than the view. This implies that your application must be able to handle this size.

**Parameters**

    *autoScale*    Indicates whether the generated bitmap should be scaled based on the current density of the screen when the application is in compatibility mode.

**Returns**

    A bitmap representing this view or null if cache is disabled.

**See Also**

    setDrawingCacheEnabled (boolean)
    isDrawingCacheEnabled ()
    buildDrawingCache (boolean)
    destroyDrawingCache ()

public Bitmap **getDrawingCache** ()

Since: API Level 1

Calling this method is equivalent to calling getDrawingCache (false).

**Returns**

    A non-scaled bitmap representing this view or null if cache is disabled.

**See Also**

getDrawingCache(boolean)

---

public int **getDrawingCacheBackgroundColor** ()

Since: API Level 1

**Returns**

The background color to used for the drawing cache's bitmap

**See Also**

setDrawingCacheBackgroundColor(int)

---

public int **getDrawingCacheQuality** ()

Since: API Level 1

Returns the quality of the drawing cache.

**Related XML Attributes**

android:drawingCacheQuality

**Returns**

One of DRAWING_CACHE_QUALITY_AUTO, DRAWING_CACHE_QUALITY_LOW, or DRAWING_CACHE_QUALITY_HIGH

**See Also**

setDrawingCacheQuality(int)
setDrawingCacheEnabled(boolean)
isDrawingCacheEnabled()

---

public void **getDrawingRect** (Rect outRect)

Since: API Level 1

Return the visible drawing bounds of your view. Fills in the output rectangle with the values from getScrollX(), getScrollY(), getWidth(), and getHeight().

**Parameters**

*outRect*    The (scrolled) drawing bounds of the view.

---

public long **getDrawingTime** ()

Since: API Level 1

Return the time at which the drawing of the view hierarchy started.

---

**Returns**

the drawing start time in milliseconds

public boolean **getFilterTouchesWhenObscured** ()

Since: API Level 9

Gets whether the framework should discard touches when the view's window is obscured by another visible window. Refer to the `View` security documentation for more details.

**Related XML Attributes**

android:filterTouchesWhenObscured

**Returns**

True if touch filtering is enabled.

**See Also**

setFilterTouchesWhenObscured(boolean)

public ArrayList<View> **getFocusables** (int direction)

Since: API Level 1

Find and return all focusable views that are descendants of this view, possibly including this view if it is focusable itself.

**Parameters**

*direction*    The direction of the focus

**Returns**

A list of focusable views

public void **getFocusedRect** (Rect r)

Since: API Level 1

When a view has focus and the user navigates away from it, the next view is searched for starting from the rectangle filled in by this method. By default, the rectangle is the `getDrawingRect(android.graphics.Rect)` of the view. However, if your view maintains some idea of internal selection, such as a cursor, or a selected row or column, you should override this method and fill in a more specific rectangle.

**Parameters**

*r*    The rectangle to fill in, in this view's coordinates.

public boolean **getGlobalVisibleRect** (Rect r, Point globalOffset)

Since: API Level 1

If some part of this view is not clipped by any of its parents, then return that area in r in global (root) coordinates. To convert r to local coordinates (without taking possible View rotations into account), offset it by -globalOffset (e.g. r.offset(-globalOffset.x, -globalOffset.y)). If the view is completely clipped or translated out, return false.

**Parameters**

| | |
|---|---|
| r | If true is returned, r holds the global coordinates of the visible portion of this view. |
| globalOffset | If true is returned, globalOffset holds the dx,dy between this view and its root. globalOffset may be null. |

**Returns**

true if r is non-empty (i.e. part of the view is visible at the root level.

public final boolean **getGlobalVisibleRect** (Rect r)                     Since: API Level 1

public Handler **getHandler** ()                     Since: API Level 1

**Returns**

A handler associated with the thread running the View. This handler can be used to pump events in the UI events queue.

public final int **getHeight** ()                     Since: API Level 1

**Returns**

The height of your view.

**Returns**

The height of your view, in pixels.

public void **getHitRect** (Rect outRect)                     Since: API Level 1

Hit rectangle in parent's coordinates

**Parameters**

| | |
|---|---|
| outRect | The hit rectangle of the view. |

public int **getHorizontalFadingEdgeLength** ()                     Since: API Level 1

Returns the size of the horizontal faded edges used to indicate that more content in this view is visible.

**Related XML Attributes**

android:fadingEdgeLength

**Returns**

The size in pixels of the horizontal faded edge or 0 if horizontal faded edges are not enabled for this view.

---

public int **getId** ()

Since: API Level 1

Returns this view's identifier.

**Related XML Attributes**

android:id

**Returns**

a positive integer used to identify the view or NO ID if the view has no ID

**See Also**

setId(int)
findViewById(int)

---

public boolean **getKeepScreenOn** ()

Since: API Level 1

Returns whether the screen should remain on, corresponding to the current value of KEEP_SCREEN_ON.

**Related XML Attributes**

android:keepScreenOn

**Returns**

Returns true if KEEP_SCREEN_ON is set.

**See Also**

setKeepScreenOn(boolean)

---

public KeyEvent.DispatcherState **getKeyDispatcherState** ()

Since: API Level 5

Return the global KeyEvent.DispatcherState for this view's window. Returns null if the view is not currently attached to the window. Normally you will not need to use this directly, but just use the standard high-level event callbacks like onKeyDown(int, KeyEvent).

---

public int **getLayerType** ()

Since: API Level 11

Indicates what type of layer is currently associated with this view. By default a view does not have a layer, and the layer type is LAYER_TYPE_NONE. Refer to the documentation of setLayerType(int, android.graphics.Paint) for more information on the different types of layers.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 10 of 207

**Returns**

LAYER_TYPE_NONE, LAYER_TYPE_SOFTWARE or LAYER_TYPE_HARDWARE

**See Also**

setLayerType(int, android.graphics.Paint)

buildLayer()

LAYER_TYPE_NONE

LAYER_TYPE_SOFTWARE

LAYER_TYPE_HARDWARE

Since: API Level 1

public ViewGroup.LayoutParams **getLayoutParams** ()

Get the LayoutParams associated with this view. All views should have layout parameters. These supply parameters to the *parent* of this view specifying how it should be arranged. There are many subclasses of ViewGroup.LayoutParams, and these correspond to the different subclasses of ViewGroup that are responsible for arranging their children. This method may return null if this View is not attached to a parent ViewGroup or setLayoutParams (android.view.ViewGroup.LayoutParams) was not invoked successfully. When a View is attached to a parent ViewGroup, this method must not return null.

**Returns**

The LayoutParams associated with this view, or null if no parameters have been set yet

Since: API Level 1

public final int **getLeft** ()

Left position of this view relative to its parent.

**Returns**

The left edge of this view, in pixels.

Since: API Level 1

public final boolean **getLocalVisibleRect** (Rect r)

Since: API Level 1

public void **getLocationInWindow** (int[] location)

Computes the coordinates of this view in its window. The argument must be an array of two integers. After the method returns, the array contains the x and y location in that order.

**Parameters**

*location*    an array of two integers in which to hold the coordinates

View | Android Developers

public void **getLocationOnScreen** (int[] location)

Since: API Level 1

Computes the coordinates of this view on the screen. The argument must be an array of two integers. After the method returns, the array contains the x and y location in that order.

**Parameters**

location    an array of two integers in which to hold the coordinates

public Matrix **getMatrix** ()

Since: API Level 11

The transform matrix of this view, which is calculated based on the current roation, scale, and pivot properties.

**Returns**

The current transform matrix for the view

**See Also**

getRotation ()
getScaleX ()
getScaleY ()
getPivotX ()
getPivotY ()

public final int **getMeasuredHeight** ()

Since: API Level 1

Like getMeasuredHeightAndState (), but only returns the raw width component (that is the result is masked by MEASURED_SIZE_MASK).

**Returns**

The raw measured height of this view.

public final int **getMeasuredHeightAndState** ()

Since: API Level 11

Return the full height measurement information for this view as computed by the most recent call to measure (int, int). This result is a bit mask as defined by MEASURED_SIZE_MASK and MEASURED_STATE_TOO_SMALL. This should be used during measurement and layout calculations only. Use getHeight () to see how wide a view is after layout.

**Returns**

The measured width of this view as a bit mask.

public final int **getMeasuredState** ()

Since: API Level 11

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 12 of 207

Return only the state bits of getMeasuredWidthAndState() and getMeasuredHeightAndState(), combined into one integer. The width component is in the regular bits MEASURED_STATE_MASK and the height component is at the shifted bits MEASURED_HEIGHT_STATE_SHIFT>>MEASURED_STATE_MASK.

public final int **getMeasuredWidth** ()

Since: API Level 1

Like getMeasuredWidthAndState(), but only returns the raw width component (that is the result is masked by MEASURED_SIZE_MASK).

**Returns**

The raw measured width of this view.

public final int **getMeasuredWidthAndState** ()

Since: API Level 11

Return the full width measurement information for this view as computed by the most recent call to measure(int, int). This result is a bit mask as defined by MEASURED_SIZE_MASK and MEASURED_STATE_TOO_SMALL. This should be used during measurement and layout calculations only. Use getWidth() to see how wide a view is after layout.

**Returns**

The measured width of this view as a bit mask.

public int **getNextFocusDownId** ()

Since: API Level 1

Gets the id of the view to use when the next focus is FOCUS_DOWN.

**Related XML Attributes**

android:nextFocusDown

**Returns**

The next focus ID, or NO_ID if the framework should decide automatically.

public int **getNextFocusForwardId** ()

Since: API Level 11

Gets the id of the view to use when the next focus is FOCUS_FORWARD.

**Related XML Attributes**

android:nextFocusForward

**Returns**

The next focus ID, or NO_ID if the framework should decide automatically.

public int **getNextFocusLeftId** ()

Since: API Level 1

Gets the id of the view to use when the next focus is FOCUS_LEFT.

**Related XML Attributes**

android:nextFocusLeft

**Returns**

The next focus ID, or NO_ID if the framework should decide automatically.

public int **getNextFocusRightId** ()

Since: API Level 1

Gets the id of the view to use when the next focus is FOCUS_RIGHT.

**Related XML Attributes**

android:nextFocusRight

**Returns**

The next focus ID, or NO_ID if the framework should decide automatically.

public int **getNextFocusUpId** ()

Since: API Level 1

Gets the id of the view to use when the next focus is FOCUS_UP.

**Related XML Attributes**

android:nextFocusUp

**Returns**

The next focus ID, or NO_ID if the framework should decide automatically.

public View.OnFocusChangeListener **getOnFocusChangeListener** ()

Since: API Level 1

Returns the focus-change callback registered for this view.

**Returns**

The callback, or null if one is not registered.

public int **getOverScrollMode** ()

Since: API Level 9

Returns the over-scroll mode for this view. The result will be one of OVER_SCROLL_ALWAYS (default), OVER_SCROLL_IF_CONTENT_SCROLLS (allow over-scrolling only if the view content is larger than the container), or OVER_SCROLL_NEVER.

**Returns**

This view's over-scroll mode.

public int **getPaddingBottom** ()

Since: API Level 1

Returns the bottom padding of this view. If there are inset and enabled scrollbars, this value may include the space required to display the scrollbars as well.

**Returns**

the bottom padding in pixels

public int **getPaddingLeft** ()

Since: API Level 1

Returns the left padding of this view. If there are inset and enabled scrollbars, this value may include the space required to display the scrollbars as well.

**Returns**

the left padding in pixels

public int **getPaddingRight** ()

Since: API Level 1

Returns the right padding of this view. If there are inset and enabled scrollbars, this value may include the space required to display the scrollbars as well.

**Returns**

the right padding in pixels

public int **getPaddingTop** ()

Since: API Level 1

Returns the top padding of this view.

**Returns**

the top padding in pixels

public final ViewParent **getParent** ()

Since: API Level 1

Gets the parent of this view. Note that the parent is a ViewParent and not necessarily a View.

**Returns**

Parent of this view.

public float **getPivotX** ()

Since: API Level 11

The x location of the point around which the view is rotated and scaled.

**Returns**

The x location of the pivot point.

**See Also**

getRotation()
getScaleX()
getScaleY()
getPivotY()

public float **getPivotY** ()

Since: API Level 11

The y location of the point around which the view is rotated and scaled.

**Returns**

The y location of the pivot point.

**See Also**

getRotation()
getScaleX()
getScaleY()
getPivotY()

public abstract int **getResolvedLayoutDirection** (Drawable who)

A Drawable can call this to get the resolved layout direction of the *who*.

**Parameters**

who    The drawable being queried.

public Resources **getResources** ()

Since: API Level 1

Returns the resources associated with this view.

**Returns**

Resources object.

public final int **getRight** ()

Since: API Level 1

Right position of this view relative to its parent.

**Returns**

The right edge of this view, in pixels.

public View **getRootView** ()

Since: API Level 1

Finds the topmost view in the current view hierarchy.

**Returns**

the topmost view containing this view

public float **getRotation** ()

Since: API Level 11

The degrees that the view is rotated around the pivot point.

**Returns**

The degrees of rotation.

**See Also**

setRotation(float)
getPivotX()
getPivotY()

public float **getRotationX** ()

Since: API Level 11

The degrees that the view is rotated around the horizontal axis through the pivot point.

**Returns**

The degrees of X rotation.

**See Also**

getPivotX()
getPivotY()
setRotationX(float)

public float **getRotationY** ()

The degrees that the view is rotated around the vertical axis through the pivot point.

**Returns**

The degrees of Y rotation.

**See Also**

getPivotX ()
getPivotY ()
setRotationY (float)

Since: API Level 11

public float **getScaleX** ()

The amount that the view is scaled in x around the pivot point, as a proportion of the view's unscaled width. A value of 1, the default, means that no scaling is applied.

By default, this is 1.0f.

**Returns**

The scaling factor.

**See Also**

getPivotX ()
getPivotY ()

Since: API Level 11

public float **getScaleY** ()

The amount that the view is scaled in y around the pivot point, as a proportion of the view's unscaled height. A value of 1, the default, means that no scaling is applied.

By default, this is 1.0f.

**Returns**

The scaling factor.

**See Also**

getPivotX ()
getPivotY ()

Since: API Level 1

public int **getScrollBarStyle** ()

Returns the current scrollbar style.

**Returns**

the current scrollbar style

**See Also**

SCROLLBARS_INSIDE_OVERLAY
SCROLLBARS_INSIDE_INSET
SCROLLBARS_OUTSIDE_OVERLAY
SCROLLBARS_OUTSIDE_INSET

public final int **getScrollX** ()

Since: API Level 1

Return the scrolled left position of this view. This is the left edge of the displayed part of your view. You do not need to draw any pixels farther left, since those are outside of the frame of your view on screen.

**Returns**

The left edge of the displayed part of your view, in pixels.

public final int **getScrollY** ()

Since: API Level 1

Return the scrolled top position of this view. This is the top edge of the displayed part of your view. You do not need to draw any pixels above it, since those are outside of the frame of your view on screen.

**Returns**

The top edge of the displayed part of your view, in pixels.

public int **getSolidColor** ()

Since: API Level 1

Override this if your view is known to always be drawn on top of a solid color background, and needs to draw fading edges. Returning a non-zero color enables the view system to optimize the drawing of the fading edges. If you do return a non-zero color, the alpha should be set to 0xFF.

**Returns**

The known solid color background for this view, or 0 if the color may vary

**See Also**

setVerticalFadingEdgeEnabled(boolean)
setHorizontalFadingEdgeEnabled(boolean)

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 19 of 207

public int **getSystemUiVisibility** ()

Since: API Level 11

Returns the status bar visibility that this view has requested.

**Returns**

Bitwise-or of flags SYSTEM_UI_FLAG_LOW_PROFILE or SYSTEM_UI_FLAG_HIDE_NAVIGATION.

public Object **getTag** (int key)

Since: API Level 4

Returns the tag associated with this view and the specified key.

**Parameters**

key    The key identifying the tag

**Returns**

the Object stored in this view as a tag

**See Also**

setTag (int, Object )
getTag ()

public Object **getTag** ()

Since: API Level 1

Returns this view's tag.

**Returns**

the Object stored in this view as a tag

**See Also**

setTag (Object )
getTag (int )

public final int **getTop** ()

Since: API Level 1

Top position of this view relative to its parent.

**Returns**

The top of this view, in pixels.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 20 of 207

public TouchDelegate **getTouchDelegate** ()

Since: API Level 1

Gets the TouchDelegate for this View.

public ArrayList<View> **getTouchables** ()

Since: API Level 1

Find and return all touchable views that are descendants of this view, possibly including this view if it is touchable itself.

**Returns**

   A list of touchable views

public float **getTranslationX** ()

Since: API Level 11

The horizontal location of this view relative to its left position. This position is post-layout, in addition to wherever the object's layout placed it.

**Returns**

   The horizontal position of this view relative to its left position, in pixels.

public float **getTranslationY** ()

Since: API Level 11

The horizontal location of this view relative to its top position. This position is post-layout, in addition to wherever the object's layout placed it.

**Returns**

   The vertical position of this view relative to its top position, in pixels.

public int **getVerticalFadingEdgeLength** ()

Since: API Level 1

Returns the size of the vertical faded edges used to indicate that more content in this view is visible.

   **Related XML Attributes**
   android:fadingEdgeLength

**Returns**

   The size in pixels of the vertical faded edge or 0 if vertical faded edges are not enabled for this view.

public int **getVerticalScrollbarPosition** ()

Since: API Level 11

**Returns**

   The position where the vertical scroll bar will show, if applicable.

**See Also**

setVerticalScrollbarPosition(int)

public int **getVerticalScrollbarWidth** ()

Since: API Level 1

Returns the width of the vertical scrollbar.

**Returns**

The width in pixels of the vertical scrollbar or 0 if there is no vertical scrollbar.

public ViewTreeObserver **getViewTreeObserver** ()

Since: API Level 1

Returns the ViewTreeObserver for this view's hierarchy. The view tree observer can be used to get notifications when global events, like layout, happen. The returned ViewTreeObserver observer is not guaranteed to remain valid for the lifetime of this View. If the caller of this method keeps a long-lived reference to ViewTreeObserver, it should always check for the return value of isAlive().

**Returns**

The ViewTreeObserver for this view's hierarchy.

public int **getVisibility** ()

Since: API Level 1

Returns the visibility status for this view.

**Related XML Attributes**

android:visibility

**Returns**

One of VISIBLE, INVISIBLE, or GONE.

public final int **getWidth** ()

Since: API Level 1

Return the width of the your view.

**Returns**

The width of your view, in pixels.

public IBinder **getWindowToken** ()

Since: API Level 1

Retrieve a unique token identifying the window this view is attached to.

**Returns**

Return the window's token for use in `WindowManager.LayoutParams.token`.

public int **getWindowVisibility** ()

Since: API Level 1

Returns the current visibility of the window this view is attached to (either `GONE`, `INVISIBLE`, or `VISIBLE`).

**Returns**

Returns the current visibility of the view's window.

public void **getWindowVisibleDisplayFrame** (Rect outRect)

Since: API Level 3

Retrieve the overall visible display size in which the window this view is attached to has been positioned in. This takes into account screen decorations above the window, for both cases where the window itself is being position inside of them or the window is being placed under then and covered insets are used for the window to position its content inside. In effect, this tells you the available area where content can be placed and remain visible to users.

This function requires an IPC back to the window manager to retrieve the requested information, so should not be used in performance critical code like drawing.

**Parameters**

| | |
|---|---|
| *outRect* | Filled in with the visible display frame. If the view is not attached to a window, this is simply the raw display size. |

public float **getX** ()

Since: API Level 11

The visual x position of this view, in pixels. This is equivalent to the translationX property plus the current left property.

**Returns**

The visual x position of this view, in pixels.

public float **getY** ()

Since: API Level 11

The visual y position of this view, in pixels. This is equivalent to the translationY property plus the current top property.

**Returns**

The visual y position of this view, in pixels.

public boolean **hasFocus** ()

Since: API Level 1

Returns true if this view has focus itself, or is the ancestor of the view that has focus.

**Returns**

True if this view has or contains focus, false otherwise.

---

public boolean **hasFocusable** ()

Since: API Level 1

Returns true if this view is focusable or if it contains a reachable View for which `hasFocusable ()` returns true. A "reachable hasFocusable()" is a View whose parents do not block descendants focus. Only `VISIBLE` views are considered focusable.

**Returns**

True if the view is focusable or if the view contains a focusable View, false otherwise.

**See Also**

FOCUS_BLOCK_DESCENDANTS

---

public boolean **hasOnClickListeners** ()

Since: API Level 15

Return whether this view has an attached OnClickListener. Returns true if there is a listener, false if there is none.

---

public boolean **hasWindowFocus** ()

Since: API Level 1

Returns true if this view is in a window that currently has window focus. Note that this is not the same as the view itself having focus.

**Returns**

True if this view is in a window that currently has window focus.

---

public static View **inflate** (Context context, int resource, ViewGroup root)

Since: API Level 1

Inflate a view from an XML resource. This convenience method wraps the `LayoutInflater` class, which provides a full range of options for view inflation.

**Parameters**

| | |
|---|---|
| context | The Context object for your activity or application. |
| resource | The resource ID to inflate |
| root | A view group that will be the parent. Used to properly inflate the layout_* parameters. |

**See Also**

LayoutInflater

---

public void **invalidate** (Rect dirty)

Since: API Level 1

Mark the area defined by dirty as needing to be drawn. If the view is visible, `onDraw(android.graphics.Canvas)` will be called at some point in the future. This must be called from a UI thread. To call from a non-UI thread, call `postInvalidate()`. WARNING: This method is destructive to dirty.

**Parameters**

   *dirty*   the rectangle representing the bounds of the dirty region

public void **invalidate** (int l, int t, int r, int b)

Since: API Level 1

Mark the area defined by the rect (l,t,r,b) as needing to be drawn. The coordinates of the dirty rect are relative to the view. If the view is visible, `onDraw(android.graphics.Canvas)` will be called at some point in the future. This must be called from a UI thread. To call from a non-UI thread, call `postInvalidate()`.

**Parameters**

   *l*   the left position of the dirty region
   *t*   the top position of the dirty region
   *r*   the right position of the dirty region
   *b*   the bottom position of the dirty region

public void **invalidate** ()

Since: API Level 1

Invalidate the whole view. If the view is visible, `onDraw(android.graphics.Canvas)` will be called at some point in the future. This must be called from a UI thread. To call from a non-UI thread, call `postInvalidate()`.

public void **invalidateDrawable** (Drawable drawable)

Since: API Level 1

Invalidates the specified Drawable.

**Parameters**

   *drawable*   the drawable to invalidate

public boolean **isActivated** ()

Since: API Level 11

Indicates the activation state of this view.

**Returns**

   true if the view is activated, false otherwise

public boolean **isClickable** ()

Since: API Level 1

Indicates whether this view reacts to click events or not.

**Related XML Attributes**

android:clickable

**Returns**

true if the view is clickable, false otherwise

**See Also**

setClickable(boolean)

public boolean **isDirty** ()

Since: API Level 11

True if this view has changed since the last time being drawn.

· **Returns**

The dirty state of this view.

public boolean **isDrawingCacheEnabled** ()

Since: API Level 1

Indicates whether the drawing cache is enabled for this view.

**Returns**

true if the drawing cache is enabled

**See Also**

setDrawingCacheEnabled(boolean)

getDrawingCache ()

public boolean **isDuplicateParentStateEnabled** ()

Since: API Level 1

Indicates whether this duplicates its drawable state from its parent.

**Returns**

True if this view's drawable state is duplicated from the parent, false otherwise

**See Also**

getDrawableState ()

setDuplicateParentStateEnabled(boolean)

public boolean **isEnabled** ()

Since: API Level 1

Returns the enabled status for this view. The interpretation of the enabled state varies by subclass.

**Returns**

    True if this view is enabled, false otherwise.

public final boolean **isFocusable** ()

Since: API Level 1

Returns whether this View is able to take focus.

**Related XML Attributes**

    android:focusable

**Returns**

    True if this view can take focus, or false otherwise.

public final boolean **isFocusableInTouchMode** ()

Since: API Level 1

When a view is focusable, it may not want to take focus when in touch mode. For example, a button would like focus when the user is navigating via a D-pad so that the user can click on it, but once the user starts touching the screen, the button shouldn't take focus

**Related XML Attributes**

    android:focusableInTouchMode

**Returns**

    Whether the view is focusable in touch mode.

public boolean **isFocused** ()

Since: API Level 1

Returns true if this view has focus

**Returns**

    True if this view has focus, false otherwise.

public boolean **isHapticFeedbackEnabled** ()

Since: API Level 3

**Related XML Attributes**

    android:hapticFeedbackEnabled

**Returns**

whether this view should have haptic feedback enabled for events long presses.

**See Also**

setHapticFeedbackEnabled(boolean)
performHapticFeedback(int)

---

public boolean **isHardwareAccelerated** ()

Since: API Level 11

Indicates whether this view is attached to an hardware accelerated window or not.

Even if this method returns true, it does not mean that every call to draw(android.graphics.Canvas) will be made with an hardware accelerated Canvas. For instance, if this view is drawn onto an offscren Bitmap and its window is hardware accelerated, isHardwareAccelerated() will likely return false, and this method will return true.

**Returns**

True if the view is attached to a window and the window is hardware accelerated; false in any other case.

---

public boolean **isHorizontalFadingEdgeEnabled** ()

Since: API Level 1

Indicate whether the horizontal edges are faded when the view is scrolled horizontally.

**Related XML Attributes**

android:requiresFadingEdge

**Returns**

true if the horizontal edges should are faded on scroll, false otherwise

**See Also**

setHorizontalFadingEdgeEnabled(boolean)

---

public boolean **isHorizontalScrollBarEnabled** ()

Since: API Level 1

Indicate whether the horizontal scrollbar should be drawn or not. The scrollbar is not drawn by default.

**Returns**

true if the horizontal scrollbar should be painted, false otherwise

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 28 of 207

**See Also**

setHorizontalScrollBarEnabled(boolean)

public boolean **isHovered** ()

Since: API Level 14

Returns true if the view is currently hovered.

**Returns**

True if the view is currently hovered.

**See Also**

setHovered(boolean)
onHoverChanged(boolean)

public boolean **isInEditMode** ()

Since: API Level 3

Indicates whether this View is currently in edit mode. A View is usually in edit mode when displayed within a developer tool. For instance, if this View is being drawn by a visual user interface builder, this method should return true. Subclasses should check the return value of this method to provide different behaviors if their normal behavior might interfere with the host environment. For instance: the class spawns a thread in its constructor, the drawing code relies on device-specific features, etc. This method is usually checked in the drawing code of custom widgets.

**Returns**

True if this View is in edit mode, false otherwise.

public boolean **isInTouchMode** ()

Since: API Level 1

Returns whether the device is currently in touch mode. Touch mode is entered once the user begins interacting with the device by touch, and affects various things like whether focus is always visible to the user.

**Returns**

Whether the device is in touch mode.

public boolean **isLayoutRequested** ()

Since: API Level 1

Indicates whether or not this view's layout will be requested during the next hierarchy layout pass.

**Returns**

true if the layout will be forced during next layout pass

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 29 of 207

## public boolean **isLongClickable** ()

Since: API Level 1

Indicates whether this view reacts to long click events or not.

**Related XML Attributes**

android:longClickable

**Returns**

true if the view is long clickable, false otherwise

**See Also**

setLongClickable (boolean)

## public boolean **isOpaque** ()

Since: API Level 7

Indicates whether this View is opaque. An opaque View guarantees that it will draw all the pixels overlapping its bounds using a fully opaque color.
Subclasses of View should override this method whenever possible to indicate whether an instance is opaque. Opaque Views are treated in a special way by
the View hierarchy, possibly allowing it to perform optimizations during invalidate/draw passes.

**Returns**

True if this View is guaranteed to be fully opaque, false otherwise.

## public boolean **isPressed** ()

Since: API Level 1

Indicates whether the view is currently in pressed state. Unless setPressed (boolean) is explicitly called, only clickable views can enter the pressed state.

**Returns**

true if the view is currently pressed, false otherwise

**See Also**

setPressed (boolean)
isClickable ()
setClickable (boolean)

## public boolean **isSaveEnabled** ()

Since: API Level 1

Indicates whether this view will save its state (that is, whether its onSaveInstanceState () method will be called).

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 30 of 207

**Related XML Attributes**

android:saveEnabled

**Returns**

Returns true if the view state saving is enabled, else false.

**See Also**

setSaveEnabled(boolean)

public boolean **isSaveFromParentEnabled** ()

Since: API Level 11

Indicates whether the entire hierarchy under this view will save its state when a state saving traversal occurs from its parent. The default is true; if false, these views will not be saved unless saveHierarchyState(SparseArray) is called directly on this view.

**Returns**

Returns true if the view state saving from parent is enabled, else false.

**See Also**

setSaveFromParentEnabled(boolean)

public boolean **isScrollbarFadingEnabled** ()

Since: API Level 5

Returns true if scrollbars will fade when this view is not scrolling

**Returns**

true if scrollbar fading is enabled

public boolean **isSelected** ()

Since: API Level 1

Indicates the selection state of this view.

**Returns**

true if the view is selected, false otherwise

public boolean **isShown** ()

Since: API Level 1

Returns the visibility of this view and all of its ancestors

**Returns**

   True if this view and all of its ancestors are VISIBLE

---

public boolean **isSoundEffectsEnabled** ()                                                                 Since: API Level 1

**Related XML Attributes**

   android:soundEffectsEnabled

**Returns**

   whether this view should have sound effects enabled for events such as clicking and touching.

**See Also**

   setSoundEffectsEnabled(boolean)
   playSoundEffect(int)

---

public boolean **isVerticalFadingEdgeEnabled** ()                                                            Since: API Level 1

Indicate whether the vertical edges are faded when the view is scrolled horizontally.

**Related XML Attributes**

   android:requiresFadingEdge

**Returns**

   true if the vertical edges should are faded on scroll, false otherwise

**See Also**

   setVerticalFadingEdgeEnabled(boolean)

---

public boolean **isVerticalScrollBarEnabled** ()                                                             Since: API Level 1

Indicate whether the vertical scrollbar should be drawn or not. The scrollbar is not drawn by default.

**Returns**

   true if the vertical scrollbar should be painted, false otherwise

**See Also**

   setVerticalScrollBarEnabled(boolean)

public void **jumpDrawablesToCurrentState** ()

Since: API Level 11

Call Drawable.jumpToCurrentState() on all Drawable objects associated with this view.

public void **layout** (int l, int t, int r, int b)

Since: API Level 1

Assign a size and position to a view and all of its descendants

This is the second phase of the layout mechanism. (The first is measuring). In this phase, each parent calls layout on all of its children to position them. This is typically done using the child measurements that were stored in the measure pass().

Derived classes should not override this method. Derived classes with children should override onLayout. In that method, they should call layout on each of their children.

**Parameters**

| | |
|---|---|
| *l* | Left position, relative to parent |
| *t* | Top position, relative to parent |
| *r* | Right position, relative to parent |
| *b* | Bottom position, relative to parent |

public final void **measure** (int widthMeasureSpec, int heightMeasureSpec)

Since: API Level 1

This is called to find out how big a view should be. The parent supplies constraint information in the width and height parameters.

The actual measurement work of a view is performed in onMeasure(int, int), called by this method. Therefore, only onMeasure(int, int) can and must be overriden by subclasses.

**Parameters**

| | |
|---|---|
| *widthMeasureSpec* | Horizontal space requirements as imposed by the parent |
| *heightMeasureSpec* | Vertical space requirements as imposed by the parent |

**See Also**

onMeasure(int, int)

public void **offsetLeftAndRight** (int offset)

Since: API Level 1

Offset this view's horizontal location by the specified amount of pixels.

**Parameters**

| | |
|---|---|
| *offset* | the numer of pixels to offset the view by |

public void **offsetTopAndBottom** (int offset)

Since: API Level 1

Offset this view's vertical location by the specified number of pixels.

**Parameters**

*offset*     the number of pixels to offset the view by

public boolean **onCheckIsTextEditor** ()

Since: API Level 3

Check whether the called view is a text editor, in which case it would make sense to automatically display a soft input window for it. Subclasses should override this if they implement onCreateInputConnection(EditorInfo) to return true if a call on that method would return a non-null InputConnection, and they are really a first-class editor that the user would normally start typing on when the go into a window containing your view.

The default implementation always returns false. This does *not* mean that its onCreateInputConnection(EditorInfo) will not be called or the user can not otherwise perform edits on your view; it is just a hint to the system that this is not the primary purpose of this view.

**Returns**

Returns true if this view is a text editor, else false.

public InputConnection **onCreateInputConnection** (EditorInfo outAttrs)

Since: API Level 3

Create a new InputConnection for an InputMethod to interact with the view. The default implementation returns null, since it doesn't support input methods. You can override this to implement such support. This is only needed for views that take focus and text input.

When implementing this, you probably also want to implement onCheckIsTextEditor() to indicate you will return a non-null InputConnection.

**Parameters**

*outAttrs*     Fill in with attribute information about the connection.

public boolean **onDragEvent** (DragEvent event)

Since: API Level 11

Handles drag events sent by the system following a call to startDrag().

When the system calls this method, it passes a DragEvent object. A call to getAction() returns one of the action type constants defined in DragEvent. The method uses these to determine what is happening in the drag and drop operation.

**Parameters**

*event*     The DragEvent sent by the system. The getAction() method returns an action type constant defined in DragEvent, indicating the type of drag event represented by this object.

**Returns**

true if the method was successful, otherwise false.

The method should return `true` in response to an action type of `ACTION_DRAG_STARTED` to receive drag events for the current operation.

The method should also return `true` in response to an action type of `ACTION_DROP` if it consumed the drop, or `false` if it didn't.

public boolean **onFilterTouchEventForSecurity** (MotionEvent event)

Since: API Level 9

Filter the touch event to apply security policies.

**Parameters**

*event*   The motion event to be filtered.

**Returns**

True if the event should be dispatched, false if the event should be dropped.

**See Also**

getFilterTouchesWhenObscured ()

public void **onFinishTemporaryDetach** ()

Since: API Level 3

Called after onStartTemporaryDetach() when the container is done changing the view.

public boolean **onGenericMotionEvent** (MotionEvent event)

Since: API Level 12

Implement this method to handle generic motion events.

Generic motion events describe joystick movements, mouse hovers, track pad touches, scroll wheel movements and other input events. The source of the motion event specifies the class of input that was received. Implementations of this method must examine the bits in the source before processing the event. The following code example shows how this is done.

Generic motion events with source class SOURCE_CLASS_POINTER are delivered to the view under the pointer. All other generic motion events are delivered to the focused view.

```
public boolean onGenericMotionEvent(MotionEvent event) {
    if ((event.getSource() & InputDevice.SOURCE_CLASS_JOYSTICK) != 0) {
        if (event.getAction() == MotionEvent.ACTION_MOVE) {
            // process the joystick movement...
            return true;
        }
    }
    if ((event.getSource() & InputDevice.SOURCE_CLASS_POINTER) != 0) {
        switch (event.getAction()) {
            case MotionEvent.ACTION_HOVER_MOVE:
                // process the mouse hover movement...
```

```
        return true;
    case MotionEvent.ACTION_SCROLL:
        // process the scroll wheel movement...
        return true;
    }
    return super.onGenericMotionEvent(event);
}
```

**Parameters**

*event*    The generic motion event being processed.

**Returns**

True if the event was handled, false otherwise.

public void **onHoverChanged** (boolean hovered)

Since: API Level 14

Implement this method to handle hover state changes.

This method is called whenever the hover state changes as a result of a call to setHovered(boolean).

**Parameters**

*hovered*    The current hover state, as returned by isHovered().

**See Also**

isHovered()
setHovered(boolean)

public boolean **onHoverEvent** (MotionEvent event)

Since: API Level 14

Implement this method to handle hover events.

This method is called whenever a pointer is hovering into, over, or out of the bounds of a view and the view is not currently being touched. Hover events are represented as pointer events with action ACTION_HOVER_ENTER, ACTION_HOVER_MOVE, or ACTION_HOVER_EXIT.

* The view receives a hover event with action ACTION_HOVER_ENTER when the pointer enters the bounds of the view.
* The view receives a hover event with action ACTION_HOVER_MOVE when the pointer has already entered the bounds of the view and has moved.
* The view receives a hover event with action ACTION_HOVER_EXIT when the pointer has exited the bounds of the view or when the pointer is about to go down due to a button click, tap, or similar user action that causes the view to be touched.

The view should implement this method to return true to indicate that it is handling the hover event, such as by changing its drawable state.

The default implementation calls setHovered(boolean) to update the hovered state of the view when a hover enter or hover exit event is received, if the view is enabled and is clickable. The default implementation also sends hover accessibility events.

**Parameters**

*event*    The motion event that describes the hover.

**Returns**

True if the view handled the hover event.

**See Also**

isHovered()
setHovered(boolean)
onHoverChanged(boolean)

Since: API Level 14

public void **onInitializeAccessibilityEvent** (AccessibilityEvent event)

Initializes an AccessibilityEvent with information about this View which is the event source. In other words, the source of an accessibility event is the view whose state change triggered firing the event.

Example: Setting the password property of an event in addition to properties set by the super implementation:

```
public void onInitializeAccessibilityEvent (AccessibilityEvent event) {
    super.onInitializeAccessibilityEvent(event);
    event.setPassword(true);
}
```

If an View.AccessibilityDelegate has been specified via calling setAccessibilityDelegate(AccessibilityDelegate) its onInitializeAccessibilityEvent(View, AccessibilityEvent) is responsible for handling this call.

**Note:** Always call the super implementation before adding information to the event, in case the default implementation has basic information to add.

**Parameters**

*event*    The event to initialize.

**See Also**

sendAccessibilityEvent(int)
dispatchPopulateAccessibilityEvent(AccessibilityEvent)

Since: API Level 14

public void **onInitializeAccessibilityNodeInfo** (AccessibilityNodeInfo info)

Initializes an `AccessibilityNodeInfo` with information about this view. The base implementation sets:

- `setParent(View)`,
- `setBoundsInParent(Rect)`,
- `setBoundsInScreen(Rect)`,
- `setPackageName(CharSequence)`,
- `setClassName(CharSequence)`,
- `setContentDescription(CharSequence)`,
- `setEnabled(boolean)`,
- `setClickable(boolean)`,
- `setFocusable(boolean)`,
- `setFocused(boolean)`,
- `setLongClickable(boolean)`,
- `setSelected(boolean)`,

Subclasses should override this method, call the super implementation, and set additional attributes.

If an `View.AccessibilityDelegate` has been specified via calling `setAccessibilityDelegate(AccessibilityDelegate)` its `onInitializeAccessibilityNodeInfo(View, AccessibilityNodeInfo)` is responsible for handling this call.

**Parameters**

*info*    The instance to initialize.

public boolean **onKeyDown** (int keyCode, KeyEvent event)                                                    Since: API Level 1

Default implementation of `KeyEvent.Callback.onKeyDown()`: perform press of the view when `KEYCODE_DPAD_CENTER` or `KEYCODE_ENTER` is released, if the view is enabled and clickable.

**Parameters**

*keyCode*    A key code that represents the button pressed, from `KeyEvent`.

*event*    The KeyEvent object that defines the button action.

**Returns**

If you handled the event, return true. If you want to allow the event to be handled by the next receiver, return false.

public boolean **onKeyLongPress** (int keyCode, KeyEvent event)                                                Since: API Level 5

Default implementation of `KeyEvent.Callback.onKeyLongPress()`: always returns false (doesn't handle the event).

**Parameters**

*keyCode*   The value in event.getKeyCode().

*event*   Description of the key event.

**Returns**

If you handled the event, return true. If you want to allow the event to be handled by the next receiver, return false.

---

public boolean **onKeyMultiple** (int keyCode, int repeatCount, KeyEvent event)

Since: API Level 1

Default implementation of KeyEvent.Callback.onKeyMultiple(): always returns false (doesn't handle the event).

**Parameters**

*keyCode*   A key code that represents the button pressed, from KeyEvent.

*repeatCount*   The number of times the action was made.

*event*   The KeyEvent object that defines the button action.

**Returns**

If you handled the event, return true. If you want to allow the event to be handled by the next receiver, return false.

---

public boolean **onKeyPreIme** (int keyCode, KeyEvent event)

Since: API Level 3

Handle a key event before it is processed by any input method associated with the view hierarchy. This can be used to intercept key events in special situations before the IME consumes them; a typical example would be handling the BACK key to update the application's UI instead of allowing the IME to see it and close itself.

**Parameters**

*keyCode*   The value in event.getKeyCode().

*event*   Description of the key event.

**Returns**

If you handled the event, return true. If you want to allow the event to be handled by the next receiver, return false.

---

public boolean **onKeyShortcut** (int keyCode, KeyEvent event)

Since: API Level 1

Called on the focused view when a key shortcut event is not handled. Override this method to implement local key shortcuts for the View. Key shortcuts can also be implemented by setting the shortcut property of menu items.

**Parameters**

*keyCode*   The value in event.getKeyCode().

*event*   Description of the key event.

**Returns**

If you handled the event, return true. If you want to allow the event to be handled by the next receiver, return false.

---

public boolean **onKeyUp** (int keyCode, KeyEvent event)   Since: API Level 1

Default implementation of KeyEvent.Callback.onKeyUp(): perform clicking of the view when KEYCODE_DPAD_CENTER or KEYCODE_ENTER is released.

**Parameters**

*keyCode*   A key code that represents the button pressed, from KeyEvent.

*event*   The KeyEvent object that defines the button action.

**Returns**

If you handled the event, return true. If you want to allow the event to be handled by the next receiver, return false.

---

public void **onPopulateAccessibilityEvent** (AccessibilityEvent event)   Since: API Level 14

Called from dispatchPopulateAccessibilityEvent(AccessibilityEvent) giving a chance to this View to populate the accessibility event with its text content. While this method is free to modify event attributes other than text content, doing so should normally be performed in onInitializeAccessibilityEvent(AccessibilityEvent).

Example: Adding formatted date string to an accessibility event in addition to the text added by the super implementation:

```
public void onPopulateAccessibilityEvent(AccessibilityEvent event) {
    super.onPopulateAccessibilityEvent(event);
    final int flags = DateUtils.FORMAT_SHOW_DATE | DateUtils.FORMAT_SHOW_WEEKDAY;
    String selectedDateUtterance = DateUtils.formatDateTime(mContext,
        mCurrentDate.getTimeInMillis(), flags);
    event.getText().add(selectedDateUtterance);
}
```

If an View.AccessibilityDelegate has been specified via calling setAccessibilityDelegate(AccessibilityDelegate) its onPopulateAccessibilityEvent(View, AccessibilityEvent) is responsible for handling this call.

▌ **Note:** Always call the super implementation before adding information to the event, in case the default implementation has basic information to add.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 40 of 207

**Parameters**

*event*    The accessibility event which to populate.

**See Also**

sendAccessibilityEvent(int)
dispatchPopulateAccessibilityEvent(AccessibilityEvent)

public void **onStartTemporaryDetach** ()

Since: API Level 3

This is called when a container is going to temporarily detach a child, with ViewGroup.detachViewFromParent. It will either be followed by
onFinishTemporaryDetach() or onDetachedFromWindow() when the container is done.

public boolean **onTouchEvent** (MotionEvent event)

Since: API Level 1

Implement this method to handle touch screen motion events.

**Parameters**

*event*    The motion event.

**Returns**

True if the event was handled, false otherwise.

public boolean **onTrackballEvent** (MotionEvent event)

Since: API Level 1

Implement this method to handle trackball motion events. The *relative* movement of the trackball since the last event can be retrieve with
MotionEvent.getX() and MotionEvent.getY(). These are normalized so that a movement of 1 corresponds to the user pressing one DPAD key (so
they will often be fractional values, representing the more fine-grained movement information available from a trackball).

**Parameters**

*event*    The motion event.

**Returns**

True if the event was handled, false otherwise.

public void **onWindowFocusChanged** (boolean hasWindowFocus)

Since: API Level 1

Called when the window containing this view gains or loses focus. Note that this is separate from view focus: to receive key events, both your view and its
window must have focus. If a window is displayed on top of yours that takes input focus, then your own window will lose focus but the view focus will remain
unchanged.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 41 of 207

**Parameters**

*hasWindowFocus*   True if the window containing this view now has focus, false otherwise.

public boolean **performClick** ()

Since: API Level 1

Call this view's OnClickListener, if it is defined. Performs all normal actions associated with clicking: reporting accessibility event, playing a sound, etc.

**Returns**

True there was an assigned OnClickListener that was called, false otherwise is returned.

public boolean **performHapticFeedback** (int feedbackConstant, int flags)

Since: API Level 3

BZZZTT!!1!

Like `performHapticFeedback(int)`, with additional options.

**Parameters**

*feedbackConstant*   One of the constants defined in `HapticFeedbackConstants`

*flags*   Additional flags as per `HapticFeedbackConstants`.

public boolean **performHapticFeedback** (int feedbackConstant)

Since: API Level 3

BZZZTT!!1!

Provide haptic feedback to the user for this view.

The framework will provide haptic feedback for some built in actions, such as long presses, but you may wish to provide feedback for your own widget.

The feedback will only be performed if `isHapticFeedbackEnabled()` is true.

**Parameters**

*feedbackConstant*   One of the constants defined in `HapticFeedbackConstants`

public boolean **performLongClick** ()

Since: API Level 1

Call this view's OnLongClickListener, if it is defined. Invokes the context menu if the OnLongClickListener did not consume the event.

**Returns**

True if one of the above receivers consumed the event, false otherwise.

public void **playSoundEffect** (int soundConstant)

Since: API Level 1

Play a sound effect for this view.

The framework will play sound effects for some built in actions, such as clicking, but you may wish to play these effects in your widget, for instance, for internal navigation.

The sound effect will only be played if sound effects are enabled by the user, and `isSoundEffectsEnabled()` is true.

**Parameters**

    *soundConstant*    One of the constants defined in `SoundEffectConstants`

public boolean **post** (Runnable action)

Since: API Level 1

Causes the Runnable to be added to the message queue. The runnable will be run on the user interface thread.

This method can be invoked from outside of the UI thread only when this View is attached to a window.

**Parameters**

    *action*    The Runnable that will be executed.

**Returns**

    Returns true if the Runnable was successfully placed in to the message queue. Returns false on failure, usually because the looper processing the message queue is exiting.

public boolean **postDelayed** (Runnable action, long delayMillis)

Since: API Level 1

Causes the Runnable to be added to the message queue, to be run after the specified amount of time elapses. The runnable will be run on the user interface thread.

This method can be invoked from outside of the UI thread only when this View is attached to a window.

**Parameters**

    *action*    The Runnable that will be executed.

    *delayMillis*    The delay (in milliseconds) until the Runnable will be executed.

**Returns**

    true if the Runnable was successfully placed in to the message queue. Returns false on failure, usually because the looper processing the message queue is exiting. Note that a result of true does not mean the Runnable will be processed -- if the looper is quit before the delivery time of the message occurs then the message will be dropped.

public void **postInvalidate** (int left, int top, int right, int bottom)

Since: API Level 1

Cause an invalidate of the specified area to happen on a subsequent cycle through the event loop. Use this to invalidate the View from a non-UI thread.

This method can be invoked from outside of the UI thread only when this View is attached to a window.

**Parameters**

| | |
|---|---|
| *left* | The left coordinate of the rectangle to invalidate. |
| *top* | The top coordinate of the rectangle to invalidate. |
| *right* | The right coordinate of the rectangle to invalidate. |
| *bottom* | The bottom coordinate of the rectangle to invalidate. |

**See Also**

invalidate(int, int, int, int)
invalidate(Rect)

---

public void **postInvalidate** ()

Since: API Level 1

Cause an invalidate to happen on a subsequent cycle through the event loop. Use this to invalidate the View from a non-UI thread.

This method can be invoked from outside of the UI thread only when this View is attached to a window.

**See Also**

invalidate()

---

public void **postInvalidateDelayed** (long delayMilliseconds, int left, int top, int right, int bottom)

Since: API Level 1

Cause an invalidate of the specified area to happen on a subsequent cycle through the event loop. Waits for the specified amount of time.

This method can be invoked from outside of the UI thread only when this View is attached to a window.

**Parameters**

| | |
|---|---|
| *delayMilliseconds* | the duration in milliseconds to delay the invalidation by |
| *left* | The left coordinate of the rectangle to invalidate. |
| *top* | The top coordinate of the rectangle to invalidate. |
| *right* | The right coordinate of the rectangle to invalidate. |
| *bottom* | The bottom coordinate of the rectangle to invalidate. |

---

public void **postInvalidateDelayed** (long delayMilliseconds)

Since: API Level 1

Cause an invalidate to happen on a subsequent cycle through the event loop. Waits for the specified amount of time.

This method can be invoked from outside of the UI thread only when this View is attached to a window.

**Parameters**

*delayMilliseconds*    the duration in milliseconds to delay the invalidation by

public void **refreshDrawableState** ()

Since: API Level 1

Call this to force a view to update its drawable state. This will cause drawableStateChanged to be called on this view. Views that are interested in the new state should call getDrawableState.

**See Also**

drawableStateChanged ()
getDrawableState ()

public boolean **removeCallbacks** (Runnable action)

Since: API Level 1

Removes the specified Runnable from the message queue.

This method can be invoked from outside of the UI thread only when this View is attached to a window.

**Parameters**

*action*    The Runnable to remove from the message handling queue

**Returns**

true if this view could ask the Handler to remove the Runnable, false otherwise. When the returned value is true, the Runnable may or may not have been actually removed from the message queue (for instance, if the Runnable was not in the queue already.)

public void **removeOnAttachStateChangeListener** (View.OnAttachStateChangeListener listener)

Since: API Level 12

Remove a listener for attach state changes. The listener will receive no further notification of window attach/detach events.

**Parameters**

*listener*    Listener to remove

**See Also**

addOnAttachStateChangeListener (OnAttachStateChangeListener)

public void **removeOnLayoutChangeListener** (View.OnLayoutChangeListener listener)

Since: API Level 11

Remove a listener for layout changes.

**Parameters**

*listener*    The listener for layout bounds change.

public boolean **requestFocus** (int direction, Rect previouslyFocusedRect)

Since: API Level 1

Call this to try to give focus to a specific view or to one of its descendants and give it hints about the direction and a specific rectangle that the focus is coming from. The rectangle can help give larger views a finer grained hint about where focus is coming from, and therefore, where to show selection, or forward focus change internally. A view will not actually take focus if it is not focusable (isFocusable() returns false), or if it is focusable and it is not focusable in touch mode (isFocusableInTouchMode()) while the device is in touch mode. A View will not take focus if it is not visible. A View will not take focus if one of its parents has getDescendantFocusability() equal to FOCUS_BLOCK_DESCENDANTS. See also focusSearch(int), which is what you call to say that you have focus, and you want your parent to look for the next one. You may wish to override this method if your custom view has an internal view that it wishes to forward the request to.

**Parameters**

*direction*    One of FOCUS_UP, FOCUS_DOWN, FOCUS_LEFT, and FOCUS_RIGHT

*previouslyFocusedRect*    The rectangle (in this View's coordinate system) to give a finer grained hint about where focus is coming from. May be null if there is no hint.

**Returns**

    Whether this view or one of its descendants actually took focus.

public final boolean **requestFocus** (int direction)

Since: API Level 1

Call this to try to give focus to a specific view or to one of its descendants and give it a hint about what direction focus is heading. A view will not actually take focus if it is not focusable (isFocusable() returns false), or if it is focusable and it is not focusable in touch mode (isFocusableInTouchMode()) while the device is in touch mode. See also focusSearch(int), which is what you call to say that you have focus, and you want your parent to look for the next one. This is equivalent to calling requestFocus(int, Rect) with null set for the previously focused rectangle.

**Parameters**

*direction*    One of FOCUS_UP, FOCUS_DOWN, FOCUS_LEFT, and FOCUS_RIGHT

**Returns**

    Whether this view or one of its descendants actually took focus.

public final boolean **requestFocus** ()

Since: API Level 1

Call this to try to give focus to a specific view or to one of its descendants. A view will not actually take focus if it is not focusable (isFocusable() returns false), or if it is focusable and it is not focusable in touch mode (isFocusableInTouchMode()) while the device is in touch mode. See also focusSearch

(int), which is what you call to say that you have focus, and you want your parent to look for the next one. This is equivalent to calling requestFocus (int, Rect) with arguments FOCUS_DOWN and null.

**Returns**

Whether this view or one of its descendants actually took focus.

public final boolean **requestFocusFromTouch** ()

Since: API Level 1

Call this to try to give focus to a specific view or to one of its descendants. This is a special variant of requestFocus () that will allow views that are not focusable in touch mode to request focus when they are touched.

**Returns**

Whether this view or one of its descendants actually took focus.

**See Also**

isInTouchMode ()

public void **requestLayout** ()

Since: API Level 1

Call this when something has changed which has invalidated the layout of this view. This will schedule a layout pass of the view tree.

public boolean **requestRectangleOnScreen** (Rect rectangle)

Since: API Level 1

Request that a rectangle of this view be visible on the screen, scrolling if necessary just enough.

A View should call this if it maintains some notion of which part of its content is interesting. For example, a text editing view should call this when its cursor moves.

**Parameters**

*rectangle*     The rectangle.

**Returns**

Whether any parent scrolled.

public boolean **requestRectangleOnScreen** (Rect rectangle, boolean immediate)

Since: API Level 1

Request that a rectangle of this view be visible on the screen, scrolling if necessary just enough.

A View should call this if it maintains some notion of which part of its content is interesting. For example, a text editing view should call this when its cursor moves.

**Related XML Attributes**

android:contentDescription

**Parameters**

*contentDescription*   The content description.

public void **setDrawingCacheBackgroundColor** (int color)

Setting a solid background color for the drawing cache's bitmaps will improve performance and memory usage. Note, though that this should only be used if this view will always be drawn on top of a solid color.

**Parameters**

*color*   The background color to use for the drawing cache's bitmap

**See Also**

setDrawingCacheEnabled(boolean)
buildDrawingCache()
getDrawingCache()

public void **setDrawingCacheEnabled** (boolean enabled)

Enables or disables the drawing cache. When the drawing cache is enabled, the next call to getDrawingCache() or buildDrawingCache() will draw the view in a bitmap. Calling draw(android.graphics.Canvas) will not draw from the cache when the cache is enabled. To benefit from the cache, you must request the drawing cache by calling getDrawingCache() and draw it on screen if the returned bitmap is not null.

Enabling the drawing cache is similar to setting a layer when hardware acceleration is turned off. When hardware acceleration is turned on, enabling the drawing cache has no effect on rendering because the system uses a different mechanism for acceleration which ignores the flag. If you want to use a Bitmap for the view, even when hardware acceleration is enabled, see setLayerType(int, android.graphics.Paint) for information on how to enable software and hardware layers.

This API can be used to manually generate a bitmap copy of this view, by setting the flag to true and calling getDrawingCache().

**Parameters**

*enabled*   true to enable the drawing cache, false otherwise

**See Also**

isDrawingCacheEnabled()
getDrawingCache()
buildDrawingCache()

setLayerType(int, android.graphics.Paint)

public void **setDrawingCacheQuality** (int quality)

Since: API Level 1

Set the drawing cache quality of this view. This value is used only when the drawing cache is enabled

**Related XML Attributes**

android:drawingCacheQuality

**Parameters**

quality    One of DRAWING_CACHE_QUALITY_AUTO, DRAWING_CACHE_QUALITY_LOW, or DRAWING_CACHE_QUALITY_HIGH

**See Also**

getDrawingCacheQuality()
setDrawingCacheEnabled(boolean)
isDrawingCacheEnabled()

public void **setDuplicateParentStateEnabled** (boolean enabled)

Since: API Level 1

Enables or disables the duplication of the parent's state into this view. When duplication is enabled, this view gets its drawable state from its parent rather than from its own internal properties.

Note: in the current implementation, setting this property to true after the view was added to a ViewGroup might have no effect at all. This property should always be used from XML or set to true before adding this view to a ViewGroup.

Note: if this view's parent addStateFromChildren property is enabled and this property is enabled, an exception will be thrown.

Note: if the child view uses and updates additional states which are unknown to the parent, these states should not be affected by this method.

**Parameters**

enabled    True to enable duplication of the parent's drawable state, false to disable it.

**See Also**

getDrawableState()
isDuplicateParentStateEnabled()

public void **setEnabled** (boolean enabled)

Since: API Level 1

Set the enabled state of this view. The interpretation of the enabled state varies by subclass.

**Parameters**

*enabled*     True if this view is enabled, false otherwise.

public void **setFadingEdgeLength** (int length)

Since: API Level 1

Set the size of the faded edge used to indicate that more content in this view is available. Will not change whether the fading edge is enabled; use `setVerticalFadingEdgeEnabled(boolean)` or `setHorizontalFadingEdgeEnabled(boolean)` to enable the fading edge for the vertical or horizontal fading edges.

**Parameters**

*length*     The size in pixels of the faded edge used to indicate that more content in this view is visible.

public void **setFilterTouchesWhenObscured** (boolean enabled)

Since: API Level 9

Sets whether the framework should discard touches when the view's window is obscured by another visible window. Refer to the View security documentation for more details.

**Related XML Attributes**

androidːfilterTouchesWhenObscured

**Parameters**

*enabled*     True if touch filtering should be enabled.

**See Also**

getFilterTouchesWhenObscured ()

public void **setFitsSystemWindows** (boolean fitSystemWindows)

Since: API Level 14

Set whether or not this view should account for system screen decorations such as the status bar and inset its content. This allows this view to be positioned in absolute screen coordinates and remain visible to the user.

This should only be used by top-level window decor views.

**Related XML Attributes**

androidːfitsSystemWindows

**Parameters**

*fitSystemWindows*     true to inset content for system screen decorations, false for default behavior.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 50 of 207

public void **setFocusable** (boolean focusable)

Since: API Level 1

Set whether this view can receive the focus. Setting this to false will also ensure that this view is not focusable in touch mode.

**Related XML Attributes**

android:focusable

**Parameters**

*focusable*     If true, this view can receive the focus.

**See Also**

setFocusableInTouchMode(boolean)

public void **setFocusableInTouchMode** (boolean focusableInTouchMode)

Since: API Level 1

Set whether this view can receive focus while in touch mode. Setting this to true will also ensure that this view is focusable.

**Related XML Attributes**

android:focusableInTouchMode

**Parameters**

*focusableInTouchMode*     If true, this view can receive the focus while in touch mode.

**See Also**

setFocusable(boolean)

public void **setHapticFeedbackEnabled** (boolean hapticFeedbackEnabled)

Since: API Level 3

Set whether this view should have haptic feedback for events such as long presses.

You may wish to disable haptic feedback if your view already controls its own haptic feedback.

**Related XML Attributes**

android:hapticFeedbackEnabled

**Parameters**

*hapticFeedbackEnabled*     whether haptic feedback enabled for this view.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 51 of 207

**See Also**

isHapticFeedbackEnabled()
performHapticFeedback(int)

---

public void **setHorizontalFadingEdgeEnabled** (boolean horizontalFadingEdgeEnabled)

Since: API Level 1

Define whether the horizontal edges should be faded when this view is scrolled horizontally.

**Related XML Attributes**

android:requiresFadingEdge

**Parameters**

horizontalFadingEdgeEnabled    true if the horizontal edges should be faded when the view is scrolled horizontally

**See Also**

isHorizontalFadingEdgeEnabled()

---

public void **setHorizontalScrollBarEnabled** (boolean horizontalScrollBarEnabled)

Since: API Level 1

Define whether the horizontal scrollbar should be drawn or not. The scrollbar is not drawn by default.

**Parameters**

horizontalScrollBarEnabled    true if the horizontal scrollbar should be painted

**See Also**

isHorizontalScrollBarEnabled()

---

public void **setHovered** (boolean hovered)

Since: API Level 14

Sets whether the view is currently hovered.

Calling this method also changes the drawable state of the view. This enables the view to react to hover by using different drawable resources to change its appearance.

The onHoverChanged(boolean) method is called when the hovered state changes.

**Parameters**

hovered    True if the view is hovered.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 52 of 207

**See Also**

isHovered ()
onHoverChanged (boolean)

public void **setId** (int id)

Since: API Level 1

Sets the identifier for this view. The identifier does not have to be unique in this view's hierarchy. The identifier should be a positive number.

**Related XML Attributes**

android:id

**Parameters**

*id*   a number used to identify the view

**See Also**

NO_ID
getId ()
findViewById (int)

public void **setKeepScreenOn** (boolean keepScreenOn)

Since: API Level 1

Controls whether the screen should remain on, modifying the value of KEEP_SCREEN_ON.

**Related XML Attributes**

android:keepScreenOn

**Parameters**

*keepScreenOn*   Supply true to set KEEP_SCREEN_ON.

**See Also**

getKeepScreenOn ()

public void **setLayerType** (int layerType, Paint paint)

Since: API Level 11

Specifies the type of layer backing this view. The layer can be disabled, software or hardware.

A layer is associated with an optional Paint instance that controls how the layer is composed on screen. The following properties of the paint are taken into account when composing the layer:

- `Translucency (alpha)`
- `Blending mode`
- `Color filter`

If this view has an alpha value set to < 1.0 by calling `setAlpha(float)`, the alpha value of the layer's paint is replaced by this view's alpha value. Calling `setAlpha(float)` is therefore equivalent to setting a hardware layer on this view and providing a paint with the desired alpha value.

Refer to the documentation of `disabled`, `software` and `hardware` for more information on when and how to use layers.

**Related XML Attributes**

android:layerType

**Parameters**

layerType    The ype of layer to use with this view, must be one of `LAYER_TYPE_NONE`, `LAYER_TYPE_SOFTWARE` or `LAYER_TYPE_HARDWARE`

paint    The paint used to compose the layer. This argument is optional and can be null. It is ignored when the layer type is `LAYER_TYPE_NONE`

**See Also**

`getLayerType()`
`LAYER_TYPE_NONE`
`LAYER_TYPE_SOFTWARE`
`LAYER_TYPE_HARDWARE`
`setAlpha(float)`

**public void setLayoutParams (ViewGroup.LayoutParams params)**

Since: API Level 1

Set the layout parameters associated with this view. These supply parameters to the *parent* of this view specifying how it should be arranged. There are many subclasses of ViewGroup.LayoutParams, and these correspond to the different subclasses of ViewGroup that are responsible for arranging their children.

**Parameters**

params    The layout parameters for this view, cannot be null

**public final void setLeft (int left)**

Since: API Level 11

Sets the left position of this view relative to its parent. This method is meant to be called by the layout system and should not generally be called otherwise, because the property may be changed at any time by the layout.

http://developer.android.com/reference/android/view/View.html

1/20/2012

**Parameters**

*left*    The bottom of this view, in pixels.

Since: API Level 1

public void **setLongClickable** (boolean longClickable)

Enables or disables long click events for this view. When a view is long clickable it reacts to the user holding down the button for a longer duration than a tap.
This event can either launch the listener or a context menu.

**Related XML Attributes**

android:longClickable

**Parameters**

*longClickable*    true to make the view long clickable, false otherwise

**See Also**

isLongClickable ()

Since: API Level 1

public void **setMinimumHeight** (int minHeight)

Sets the minimum height of the view. It is not guaranteed the view will be able to achieve this minimum height (for example, if its parent layout constrains it with less available height).

**Parameters**

*minHeight*    The minimum height the view will try to be.

Since: API Level 1

public void **setMinimumWidth** (int minWidth)

Sets the minimum width of the view. It is not guaranteed the view will be able to achieve this minimum width (for example, if its parent layout constrains it with less available width).

**Parameters**

*minWidth*    The minimum width the view will try to be.

Since: API Level 1

public void **setNextFocusDownId** (int nextFocusDownId)

Sets the id of the view to use when the next focus is FOCUS_DOWN.

**Related XML Attributes**

android:nextFocusDown

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 54 of 207

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 55 of 207

**Parameters**

*nextFocusDownId*   The next focus ID, or NO  ID if the framework should decide automatically.

public void **setNextFocusForwardId** (int nextFocusForwardId)

Since: API Level 11

Sets the id of the view to use when the next focus is FOCUS  FORWARD.

**Related XML Attributes**

android:nextFocusForward

**Parameters**

*nextFocusForwardId*   The next focus ID, or NO  ID if the framework should decide automatically.

public void **setNextFocusLeftId** (int nextFocusLeftId)

Since: API Level 1

Sets the id of the view to use when the next focus is FOCUS  LEFT.

**Related XML Attributes**

android:nextFocusLeft

**Parameters**

*nextFocusLeftId*   The next focus ID, or NO  ID if the framework should decide automatically.

public void **setNextFocusRightId** (int nextFocusRightId)

Since: API Level 1

Sets the id of the view to use when the next focus is FOCUS  RIGHT.

**Related XML Attributes**

android:nextFocusRight

**Parameters**

*nextFocusRightId*   The next focus ID, or NO  ID if the framework should decide automatically.

public void **setNextFocusUpId** (int nextFocusUpId)

Since: API Level 1

Sets the id of the view to use when the next focus is FOCUS  UP.

**Related XML Attributes**

android:nextFocusUp

**Parameters**

*nextFocusUpId*    The next focus ID, or NO_ID if the framework should decide automatically.

public void **setOnClickListener** (View.OnClickListener l)

Since: API Level 1

Register a callback to be invoked when this view is clicked. If this view is not clickable, it becomes clickable.

**Parameters**

*l*    The callback that will run

**See Also**

setClickable(boolean)

public void **setOnCreateContextMenuListener** (View.OnCreateContextMenuListener l)

Since: API Level 1

Register a callback to be invoked when the context menu for this view is being built. If this view is not long clickable, it becomes long clickable.

**Parameters**

*l*    The callback that will run

public void **setOnDragListener** (View.OnDragListener l)

Since: API Level 11

Register a drag event listener callback object for this View. The parameter is an implementation of View.OnDragListener. To send a drag event to a View, the system calls the onDrag(View, DragEvent) method.

**Parameters**

*l*    An implementation of View.OnDragListener.

public void **setOnFocusChangeListener** (View.OnFocusChangeListener l)

Since: API Level 1

Register a callback to be invoked when focus of this view changed.

**Parameters**

*l*    The callback that will run.

public void **setOnGenericMotionListener** (View.OnGenericMotionListener l)

Since: API Level 12

Register a callback to be invoked when a generic motion event is sent to this view.

**Parameters**

*l*   the generic motion listener to attach to this view

public void **setOnHoverListener** (View.OnHoverListener l)

Since: API Level 14

Register a callback to be invoked when a hover event is sent to this view.

**Parameters**

*l*   the hover listener to attach to this view

public void **setOnKeyListener** (View.OnKeyListener l)

Since: API Level 1

Register a callback to be invoked when a key is pressed in this view.

**Parameters**

*l*   the key listener to attach to this view

public void **setOnLongClickListener** (View.OnLongClickListener l)

Since: API Level 1

Register a callback to be invoked when this view is clicked and held. If this view is not long clickable, it becomes long clickable.

**Parameters**

*l*   The callback that will run

**See Also**

setLongClickable(boolean)

public void **setOnSystemUiVisibilityChangeListener** (View.OnSystemUiVisibilityChangeListener l)

Since: API Level 11

Set a listener to receive callbacks when the visibility of the system bar changes.

**Parameters**

*l*   The View.OnSystemUiVisibilityChangeListener to receive callbacks.

public void **setOnTouchListener** (View.OnTouchListener l)

Since: API Level 1

Register a callback to be invoked when a touch event is sent to this view.

**Parameters**

*l*    the touch listener to attach to this view

public void **setOverScrollMode** (int overScrollMode)

Since: API Level 9

Set the over-scroll mode for this view. Valid over-scroll modes are OVER_SCROLL_ALWAYS (default), OVER_SCROLL_IF_CONTENT_SCROLLS (allow over-scrolling only if the view content is larger than the container), or OVER_SCROLL_NEVER. Setting the over-scroll mode of a view will have an effect only if the view is capable of scrolling.

**Parameters**

*overScrollMode*    The new over-scroll mode for this view.

public void **setPadding** (int left, int top, int right, int bottom)

Since: API Level 1

Sets the padding. The view may add on the space required to display the scrollbars, depending on the style and visibility of the scrollbars. So the values returned from getPaddingLeft(), getPaddingTop(), getPaddingRight() and getPaddingBottom() may be different from the values set in this call.

**Related XML Attributes**

android:padding
android:paddingBottom
android:paddingLeft
android:paddingRight
android:paddingTop

**Parameters**

*left*      the left padding in pixels
*top*      the top padding in pixels
*right*     the right padding in pixels
*bottom*   the bottom padding in pixels

public void **setPivotX** (float pivotX)

Since: API Level 11

Sets the x location of the point around which the view is rotated and scaled. By default, the pivot point is centered on the object. Setting this property disables this behavior and causes the view to use only the explicitly set pivotX and pivotY values.

**Related XML Attributes**

android:transformPivotX

**Parameters**

*pivotX*    The x location of the pivot point.

**See Also**

getRotation ()
getScaleX ()
getScaleY ()
getPivotY ()

Since: API Level 11

public void **setPivotY** (float pivotY)

Sets the y location of the point around which the view is rotated and scaled. By default, the pivot point is centered on the object. Setting this property disables this behavior and causes the view to use only the explicitly set pivotX and pivotY values.

**Related XML Attributes**

android:transformPivotY

**Parameters**

*pivotY*    The y location of the pivot point.

**See Also**

getRotation ()
getScaleX ()
getScaleY ()
getPivotY ()

Since: API Level 1

public void **setPressed** (boolean pressed)

Sets the pressed state for this view.

**Parameters**

*pressed*    Pass true to set the View's internal state to "pressed", or false to reverts the View's internal state from a previously set "pressed" state.

**See Also**

isClickable ()
setClickable (boolean)

public final void **setRight** (int right)

Since: API Level 11

Sets the right position of this view relative to its parent. This method is meant to be called by the layout system and should not generally be called otherwise, because the property may be changed at any time by the layout.

**Parameters**

*right*     The bottom of this view, in pixels.

public void **setRotation** (float rotation)

Since: API Level 11

Sets the degrees that the view is rotated around the pivot point. Increasing values result in clockwise rotation.

**Related XML Attributes**

android:rotation

**Parameters**

*rotation*     The degrees of rotation.

**See Also**

getRotation()
getPivotX()
getPivotY()
setRotationX(float)
setRotationY(float)

public void **setRotationX** (float rotationX)

Since: API Level 11

Sets the degrees that the view is rotated around the horizontal axis through the pivot point. Increasing values result in clockwise rotation from the viewpoint of looking down the x axis. When rotating large views, it is recommended to adjust the camera distance accordingly. Refer to setCameraDistance(float) for more information.

**Related XML Attributes**

android:rotationX

**Parameters**

*rotationX*     The degrees of X rotation.

When `immediate` is set to true, scrolling will not be animated.

**Parameters**

| | |
|---|---|
| *rectangle* | The rectangle. |
| *immediate* | True to forbid animated scrolling, false otherwise |

**Returns**

Whether any parent scrolled.

---

public static int **resolveSize** (int size, int measureSpec)

Since: API Level 1

Version of `resolveSizeAndState(int, int, int)` returning only the `MEASURED_SIZE_MASK` bits of the result.

public static int **resolveSizeAndState** (int size, int measureSpec, int childMeasuredState)

Since: API Level 11

Utility to reconcile a desired size and state, with constraints imposed by a MeasureSpec. Will take the desired size, unless a different size is imposed by the constraints. The returned value is a compound integer, with the resolved size in the `MEASURED_SIZE_MASK` bits and optionally the bit `MEASURED_STATE_TOO_SMALL` set if the resulting size is smaller than the size the view wants to be.

**Parameters**

| | |
|---|---|
| *size* | How big the view wants to be |
| *measureSpec* | Constraints imposed by the parent |

**Returns**

Size information bit mask as defined by `MEASURED_SIZE_MASK` and `MEASURED_STATE_TOO_SMALL`.

public void **restoreHierarchyState** (SparseArray<Parcelable> container)

Since: API Level 1

Restore this view hierarchy's frozen state from the given container.

**Parameters**

| | |
|---|---|
| *container* | The SparseArray which holds previously frozen states. |

**See Also**

saveHierarchyState(android.util.SparseArray)
dispatchRestoreInstanceState(android.util.SparseArray)
onRestoreInstanceState(android.os.Parcelable)

public void **saveHierarchyState** (SparseArray<Parcelable> container)

Store this view hierarchy's frozen state into the given container.

**Parameters**

*container*    The SparseArray in which to save the view's state.

**See Also**

restoreHierarchyState(android.util.SparseArray)
dispatchSaveInstanceState(android.util.SparseArray)
onSaveInstanceState()

Since: API Level 1

public void **scheduleDrawable** (Drawable who, Runnable what, long when)

Schedules an action on a drawable to occur at a specified time.

**Parameters**

*who*     the recipient of the action
*what*    the action to run on the drawable
*when*    the time at which the action must occur. Uses the uptimeMillis() timebase.

Since: API Level 1

public void **scrollBy** (int x, int y)

Move the scrolled position of your view. This will cause a call to onScrollChanged(int, int, int, int) and the view will be invalidated.

**Parameters**

*x*    the amount of pixels to scroll by horizontally
*y*    the amount of pixels to scroll by vertically

Since: API Level 1

public void **scrollTo** (int x, int y)

Set the scrolled position of your view. This will cause a call to onScrollChanged(int, int, int, int) and the view will be invalidated.

**Parameters**

*x*    the x position to scroll to
*y*    the y position to scroll to

Since: API Level 4

public void **sendAccessibilityEvent** (int eventType)

Sends an accessibility event of the given type. If accessibility is not enabled this method has no effect. The default implementation calls onInitializeAccessibilityEvent(AccessibilityEvent) first to populate information about the event source (this View), then calls

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 63 of 207

dispatchPopulateAccessibilityEvent(AccessibilityEvent) to populate the text content of the event source including its descendants, and last calls requestSendAccessibilityEvent(View, AccessibilityEvent) on its parent to request sending of the event to interested parties.

If an View.AccessibilityDelegate has been specified via calling setAccessibilityDelegate(AccessibilityDelegate) its sendAccessibilityEvent(View, int) is responsible for handling this call.

**Parameters**

eventType     The type of the event to send, as defined by several types from AccessibilityEvent, such as TYPE_VIEW_CLICKED or TYPE_VIEW_HOVER_ENTER.

**See Also**

onInitializeAccessibilityEvent(AccessibilityEvent)
dispatchPopulateAccessibilityEvent(AccessibilityEvent)
requestSendAccessibilityEvent(View, AccessibilityEvent)
View.AccessibilityDelegate

---

public void **sendAccessibilityEventUnchecked** (AccessibilityEvent event)

Since: API Level 4

This method behaves exactly as sendAccessibilityEvent(int) but takes as an argument an empty AccessibilityEvent and does not perform a check whether accessibility is enabled.

If an View.AccessibilityDelegate has been specified via calling setAccessibilityDelegate(AccessibilityDelegate) its sendAccessibilityEventUnchecked(View, AccessibilityEvent) is responsible for handling this call.

**Parameters**

event     The event to send.

**See Also**

sendAccessibilityEvent(int)

---

public void **setAccessibilityDelegate** (View.AccessibilityDelegate delegate)

Since: API Level 14

Sets a delegate for implementing accessibility support via compositon as opposed to inheritance. The delegate's primary use is for implementing backwards compatible widgets. For more details see View.AccessibilityDelegate.

**Parameters**

delegate     The delegate instance.

**See Also**

View.AccessibilityDelegate

---

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 64 of 207

public void **setActivated** (boolean activated)

Since: API Level 11

Changes the activated state of this view. A view can be activated or not. Note that activation is not the same as selection. Selection is a transient property, representing the view (hierarchy) the user is currently interacting with. Activation is a longer-term state that the user can move views in and out of. For example, in a list view with single or multiple selection enabled, the views in the current selection set are activated. (Um, yeah, we are deeply sorry about the terminology here.) The activated state is propagated down to children of the view it is set on.

**Parameters**

*activated*    true if the view must be activated, false otherwise

public void **setAlpha** (float alpha)

Since: API Level 11

Sets the opacity of the view. This is a value from 0 to 1, where 0 means the view is completely transparent and 1 means the view is completely opaque.

If this view overrides onSetAlpha(int) to return true, then this view is responsible for applying the opacity itself. Otherwise, calling this method is equivalent to calling setLayerType(int, android.graphics.Paint) and setting a hardware layer.

**Related XML Attributes**

android:alpha

**Parameters**

*alpha*    The opacity of the view.

**See Also**

setLayerType(int, android.graphics.Paint)

public void **setAnimation** (Animation animation)

Since: API Level 1

Sets the next animation to play for this view. If you want the animation to play immediately, use startAnimation. This method provides allows fine-grained control over the start time and invalidation, but you must make sure that 1) the animation has a start time set, and 2) the view will be invalidated when the animation is supposed to start.

**Parameters**

*animation*    The next animation, or null.

public void **setBackgroundColor** (int color)

Since: API Level 1

Sets the background color for this view.

**Parameters**

*color*    the color of the background

---

public void **setBackgroundDrawable** (Drawable d)

Since: API Level 1

Set the background to a given Drawable, or remove the background. If the background has padding, this View's padding is set to the background's padding. However, when a background is removed, this View's padding isn't touched. If setting the padding is desired, please use `setPadding(int, int, int, int)`.

**Parameters**

*d*    The Drawable to use as the background, or null to remove the background

---

public void **setBackgroundResource** (int resid)

Since: API Level 1

Set the background to a given resource. The resource should refer to a Drawable object or 0 to remove the background.

**Related XML Attributes**

android:background

**Parameters**

*resid*    The identifier of the resource.

---

public final void **setBottom** (int bottom)

Since: API Level 11

Sets the bottom position of this view relative to its parent. This method is meant to be called by the layout system and should not generally be called otherwise, because the property may be changed at any time by the layout.

**Parameters**

*bottom*    The bottom of this view, in pixels.

---

public void **setCameraDistance** (float distance)

Since: API Level 12

Sets the distance along the Z axis (orthogonal to the X/Y plane on which views are drawn) from the camera to this view. The camera's distance affects 3D transformations, for instance rotations around the X and Y axis. If the rotationX or rotationY properties are changed and this view is large (more than half the size of the screen), it is recommended to always use a camera distance that's greater than the height (X axis rotation) or the width (Y axis rotation) of this view.

The distance of the camera from the view plane can have an affect on the perspective distortion of the view when it is rotated around the x or y axis. For example, a large distance will result in a large viewing angle, and there will not be much perspective distortion of the view as it rotates. A short distance may

cause much more perspective distortion upon rotation, and can also result in some drawing artifacts if the rotated view ends up partially behind the camera (which is why the recommendation is to use a distance at least as far as the size of the view, if the view is to be rotated.)

The distance is expressed in "depth pixels." The default distance depends on the screen density. For instance, on a medium density display, the default distance is 1280. On a high density display, the default distance is 1920.

If you want to specify a distance that leads to visually consistent results across various densities, use the following formula:

```
float scale = context.getResources().getDisplayMetrics().density;
view.setCameraDistance(distance * scale);
```

The density scale factor of a high density display is 1.5, and 1920 = 1280 * 1.5.

**Parameters**

*distance*    The distance in "depth pixels", if negative the opposite value is used

**See Also**

setRotationX(float)
setRotationY(float)

---

public void **setClickable** (boolean clickable)                                      Since: API Level 1

Enables or disables click events for this view. When a view is clickable it will change its state to "pressed" on every click. Subclasses should set the view clickable to visually react to user's clicks.

**Related XML Attributes**

android:clickable

**Parameters**

*clickable*    true to make the view clickable, false otherwise

**See Also**

isClickable()

---

public void **setContentDescription** (CharSequence contentDescription)                 Since: API Level 4

Sets the View description. It briefly describes the view and is primarily used for accessibility support. Set this property to enable better accessibility support for your application. This is especially true for views that do not have textual representation (For example, ImageButton).

**See Also**

getRotationX()
getPivotX()
getPivotY()
setRotation(float)
setRotationY(float)
setCameraDistance(float)

Since: API Level 11

public void **setRotationY** (float rotationY)

Sets the degrees that the view is rotated around the vertical axis through the pivot point. Increasing values result in counter-clockwise rotation from the viewpoint of looking down the y axis. When rotating large views, it is recommended to adjust the camera distance accordingly. Refer to setCameraDistance(float) for more information.

**Related XML Attributes**

android:rotationY

**Parameters**

*rotationY*    The degrees of Y rotation.

**See Also**

getRotationX()
getPivotX()
getPivotY()
setRotation(float)
setRotationX(float)
setCameraDistance(float)

Since: API Level 1

public void **setSaveEnabled** (boolean enabled)

Controls whether the saving of this view's state is enabled (that is, whether its onSaveInstanceState() method will be called). Note that even if freezing is enabled, the view still must have an id assigned to it (via setId(int)) for its state to be saved. This flag can only disable the saving of this view; any child views may still have their state saved.

**Related XML Attributes**

android:saveEnabled

**Parameters**

*enabled*    Set to false to *disable* state saving, or true (the default) to allow it.

**See Also**

> `isSaveEnabled()`
> `setId(int)`
> `onSaveInstanceState()`

Since: API Level 11

public void **setSaveFromParentEnabled** (boolean enabled)

Controls whether the entire hierarchy under this view will save its state when a state saving traversal occurs from its parent. The default is true; if false, these views will not be saved unless `saveHierarchyState(SparseArray)` is called directly on this view.

**Parameters**

*enabled*    Set to false to *disable* state saving, or true (the default) to allow it.

**See Also**

> `isSaveFromParentEnabled()`
> `setId(int)`
> `onSaveInstanceState()`

Since: API Level 11

public void **setScaleX** (float scaleX)

Sets the amount that the view is scaled in x around the pivot point, as a proportion of the view's unscaled width. A value of 1 means that no scaling is applied.

**Related XML Attributes**

> android:scaleX

**Parameters**

*scaleX*    The scaling factor.

**See Also**

> `getPivotX()`
> `getPivotY()`

Since: API Level 11

public void **setScaleY** (float scaleY)

Sets the amount that the view is scaled in Y around the pivot point, as a proportion of the view's unscaled width. A value of 1 means that no scaling is applied.

**Related XML Attributes**

android:scaleY

**Parameters**

*scaleY*   The scaling factor.

**See Also**

getPivotX()
getPivotY()

public void **setScrollBarStyle** (int style)

Since: API Level 1

Specify the style of the scrollbars. The scrollbars can be overlaid or inset. When inset, they add to the padding of the view. And the scrollbars can be drawn inside the padding area or on the edge of the view. For example, if a view has a background drawable and you want to draw the scrollbars inside the padding specified by the drawable, you can use SCROLLBARS_INSIDE_OVERLAY or SCROLLBARS_INSIDE_INSET. If you want them to appear at the edge of the view, ignoring the padding, then you can use SCROLLBARS_OUTSIDE_OVERLAY or SCROLLBARS_OUTSIDE_INSET.

**Parameters**

*style*   the style of the scrollbars. Should be one of SCROLLBARS_INSIDE_OVERLAY, SCROLLBARS_INSIDE_INSET, SCROLLBARS_OUTSIDE_OVERLAY or SCROLLBARS_OUTSIDE_INSET.

**See Also**

SCROLLBARS_INSIDE_OVERLAY
SCROLLBARS_INSIDE_INSET
SCROLLBARS_OUTSIDE_OVERLAY
SCROLLBARS_OUTSIDE_INSET

public void **setScrollContainer** (boolean isScrollContainer)

Since: API Level 3

Change whether this view is one of the set of scrollable containers in its window. This will be used to determine whether the window can resize or must pan when a soft input area is open -- scrollable containers allow the window to use resize mode since the container will appropriately shrink.

public void **setScrollX** (int value)

Since: API Level 14

Set the horizontal scrolled position of your view. This will cause a call to onScrollChanged(int, int, int, int) and the view will be invalidated.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 70 of 207

**Parameters**

*value*    the x position to scroll to

public void **setScrollY** (int value)

Since: API Level 14

Set the vertical scrolled position of your view. This will cause a call to `onScrollChanged(int, int, int, int)` and the view will be invalidated.

**Parameters**

*value*    the y position to scroll to

public void **setScrollbarFadingEnabled** (boolean fadeScrollbars)

Since: API Level 5

Define whether scrollbars will fade when the view is not scrolling.

**Parameters**

*fadeScrollbars*    wheter to enable fading

public void **setSelected** (boolean selected)

Since: API Level 1

Changes the selection state of this view. A view can be selected or not. Note that selection is not the same as focus. Views are typically selected in the context of an AdapterView like ListView or GridView; the selected view is the view that is highlighted.

**Parameters**

*selected*    true if the view must be selected, false otherwise

public void **setSoundEffectsEnabled** (boolean soundEffectsEnabled)

Since: API Level 1

Set whether this view should have sound effects enabled for events such as clicking and touching.

You may wish to disable sound effects for a view if you already play sounds, for instance, a dial key that plays dtmf tones.

**Related XML Attributes**

android:soundEffectsEnabled

**Parameters**

*soundEffectsEnabled*    whether sound effects are enabled for this view.

**See Also**

`isSoundEffectsEnabled ()`

```
playSoundEffect(int)
```

## public void **setSystemUIVisibility** (int visibility)

Since: API Level 11

Request that the visibility of the status bar be changed.

**Parameters**

*visibility*   Bitwise-or of flags SYSTEM_UI_FLAG_LOW_PROFILE or SYSTEM_UI_FLAG_HIDE_NAVIGATION.

## public void **setTag** (int key, Object tag)

Since: API Level 4

Sets a tag associated with this view and a key. A tag can be used to mark a view in its hierarchy and does not have to be unique within the hierarchy. Tags can also be used to store data within a view without resorting to another data structure. The specified key should be an id declared in the resources of the application to ensure it is unique (see the ID resource type). Keys identified as belonging to the Android framework or not associated with any package will cause an IllegalArgumentException to be thrown.

**Parameters**

*key*   The key identifying the tag

*tag*   An Object to tag the view with

**Throws**

*IllegalArgumentException*   If they specified key is not valid

**See Also**

setTag(Object)
getTag(int)

## public void **setTag** (Object tag)

Since: API Level 1

Sets the tag associated with this view. A tag can be used to mark a view in its hierarchy and does not have to be unique within the hierarchy. Tags can also be used to store data within a view without resorting to another data structure.

**Parameters**

*tag*   an Object to tag the view with

**See Also**

getTag()
setTag(int, Object)

Since: API Level 11

public final void **setTop** (int top)

Sets the top position of this view relative to its parent. This method is meant to be called by the layout system and should not generally be called otherwise, because the property may be changed at any time by the layout.

**Parameters**

   *top*   The top of this view, in pixels.

Since: API Level 1

public void **setTouchDelegate** (TouchDelegate delegate)

Sets the TouchDelegate for this View.

Since: API Level 11

public void **setTranslationX** (float translationX)

Sets the horizontal location of this view relative to its `left` position. This effectively positions the object post-layout, in addition to wherever the object's layout placed it.

**Related XML Attributes**

  android:translationX

**Parameters**

   *translationX*   The horizontal position of this view relative to its left position, in pixels.

Since: API Level 11

public void **setTranslationY** (float translationY)

Sets the vertical location of this view relative to its `top` position. This effectively positions the object post-layout, in addition to wherever the object's layout placed it.

**Related XML Attributes**

  android:translationY

**Parameters**

   *translationY*   The vertical position of this view relative to its top position, in pixels.

Since: API Level 1

public void **setVerticalFadingEdgeEnabled** (boolean verticalFadingEdgeEnabled)

Define whether the vertical edges should be faded when this view is scrolled vertically.

**Related XML Attributes**

  android:requiresFadingEdge

**Parameters**

*verticalFadingEdgeEnabled*    true if the vertical edges should be faded when the view is scrolled vertically

**See Also**

isVerticalFadingEdgeEnabled ()

public void **setVerticalScrollBarEnabled** (boolean verticalScrollBarEnabled)                    Since: API Level 1

Define whether the vertical scrollbar should be drawn or not. The scrollbar is not drawn by default.

**Parameters**

*verticalScrollBarEnabled*    true if the vertical scrollbar should be painted

**See Also**

isVerticalScrollBarEnabled ()

public void **setVerticalScrollbarPosition** (int position)                    Since: API Level 11

Set the position of the vertical scroll bar. Should be one of SCROLLBAR_POSITION_DEFAULT, SCROLLBAR_POSITION_LEFT or SCROLLBAR_POSITION_RIGHT.

**Parameters**

*position*    Where the vertical scroll bar should be positioned.

public void **setVisibility** (int visibility)                    Since: API Level 1

Set the enabled state of this view.

**Related XML Attributes**

android:visibility

**Parameters**

*visibility*    One of VISIBLE, INVISIBLE, or GONE.

public void **setWillNotCacheDrawing** (boolean willNotCacheDrawing)                    Since: API Level 1

When a View's drawing cache is enabled, drawing is redirected to an offscreen bitmap. Some views, like an ImageView, must be able to bypass this mechanism if they already draw a single bitmap, to avoid unnecessary usage of the memory.

**Parameters**

*willNotCacheDrawing*    true if this view does not cache its drawing, false otherwise

Since: API Level 1

public void **setWillNotDraw** (boolean willNotDraw)

If this view doesn't do any drawing on its own, set this flag to allow further optimizations. By default, this flag is not set on View, but could be set on some View subclasses such as ViewGroup. Typically, if you override onDraw (android.graphics.Canvas) you should clear this flag.

**Parameters**

*willNotDraw*    whether or not this View draw on its own

Since: API Level 11

public void **setX** (float x)

Sets the visual x position of this view, in pixels. This is equivalent to setting the translationX property to be the difference between the x value passed in and the current left property.

**Parameters**

x    The visual x position of this view, in pixels.

Since: API Level 11

public void **setY** (float y)

Sets the visual y position of this view, in pixels. This is equivalent to setting the translationY property to be the difference between the y value passed in and the current top property.

**Parameters**

y    The visual y position of this view, in pixels.

Since: API Level 1

public boolean **showContextMenu** ()

Bring up the context menu for this view.

**Returns**

Whether a context menu was displayed.

Since: API Level 11

public ActionMode **startActionMode** (ActionMode.Callback callback)

Start an action mode.

**Parameters**

*callback*    Callback that will control the lifecycle of the action mode

**Returns**

The new action mode if it is started, null otherwise

**See Also**

ActionMode

public void **startAnimation** (Animation animation)

Since: API Level 1

Start the specified animation now.

**Parameters**

*animation*    the animation to start now

public final boolean **startDrag** (ClipData data, View.DragShadowBuilder shadowBuilder, Object myLocalState, int flags)

Since: API Level 11

Starts a drag and drop operation. When your application calls this method, it passes a View.DragShadowBuilder object to the system. The system calls this object's onProvideShadowMetrics(Point, Point) to get metrics for the drag shadow, and then calls the object's onDrawShadow(Canvas) to draw the drag shadow itself.

Once the system has the drag shadow, it begins the drag and drop operation by sending drag events to all the View objects in your application that are currently visible. It does this either by calling the View object's drag listener (an implementation of onDrag()) or by calling the View object's onDragEvent() method. Both are passed a DragEvent object that has a getAction() value of ACTION_DRAG_STARTED.

Your application can invoke startDrag() on any attached View object. The View object does not need to be the one used in View.DragShadowBuilder, nor does it need to be related to the View the user selected for dragging.

**Parameters**

*data*           A ClipData object pointing to the data to be transferred by the drag and drop operation.

*shadowBuilder*  A View.DragShadowBuilder object for building the drag shadow.

*myLocalState*   An Object containing local data about the drag and drop operation. This Object is put into every DragEvent object sent by the system during the current drag.
                 myLocalState is a lightweight mechanism for the sending information from the dragged View to the target Views. For example, it can contain flags that differentiate between a a copy operation and a move operation.

*flags*          Flags that control the drag and drop operation. No flags are currently defined, so the parameter should be set to 0.

**Returns**

true if the method completes successfully, or false if it fails anywhere. Returning false means the system was unable to do a drag, and so no drag operation is in progress.

public void **unscheduleDrawable** (Drawable who)

Since: API Level 1

Unschedule any events associated with the given Drawable. This can be used when selecting a new Drawable into a view, so that the previous one is completely unscheduled.

**Parameters**

*who*    The Drawable to unschedule.

**See Also**

drawableStateChanged ()

public void **unscheduleDrawable** (Drawable who, Runnable what)

Since: API Level 1

Cancels a scheduled action on a drawable.

**Parameters**

*who*    the recipient of the action
*what*   the action to cancel

public boolean **willNotCacheDrawing** ()

Since: API Level 1

Returns whether or not this View can cache its drawing or not.

**Returns**

true if this view does not cache its drawing, false otherwise

public boolean **willNotDraw** ()

Since: API Level 1

Returns whether or not this View draws on its own.

**Returns**

true if this view has nothing to draw, false otherwise

# Protected Methods

protected boolean **awakenScrollBars** (int startDelay)

Since: API Level 5

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 77 of 207

Trigger the scrollbars to draw. When invoked this method starts an animation to fade the scrollbars out after a fixed delay. If a subclass provides animated scrolling, the start delay should equal the duration of the scrolling animation.

The animation starts only if at least one of the scrollbars is enabled, as specified by `isHorizontalScrollBarEnabled()` and `isVerticalScrollBarEnabled()`. When the animation is started, this method returns true, and false otherwise. If the animation is started, this method calls `invalidate()`; in that case the caller should not call `invalidate()`.

This method should be invoked everytime a subclass directly updates the scroll parameters.

**Parameters**

*startDelay*    the delay, in milliseconds, after which the animation should start; when the delay is 0, the animation starts immediately

**Returns**

    true if the animation is played, false otherwise

**See Also**

    scrollBy(int, int)
    scrollTo(int, int)
    isHorizontalScrollBarEnabled()
    isVerticalScrollBarEnabled()
    setHorizontalScrollBarEnabled(boolean)
    setVerticalScrollBarEnabled(boolean)

---

protected boolean **awakenScrollBars** (int startDelay, boolean invalidate)

Since: API Level 5

Trigger the scrollbars to draw. When invoked this method starts an animation to fade the scrollbars out after a fixed delay. If a subclass provides animated scrolling, the start delay should equal the duration of the scrolling animation.

The animation starts only if at least one of the scrollbars is enabled, as specified by `isHorizontalScrollBarEnabled()` and `isVerticalScrollBarEnabled()`. When the animation is started, this method returns true, and false otherwise. If the animation is started, this method calls `invalidate()` if the invalidate parameter is set to true; in that case the caller should not call `invalidate()`.

This method should be invoked everytime a subclass directly updates the scroll parameters.

**Parameters**

*startDelay*    the delay, in milliseconds, after which the animation should start; when the delay is 0, the animation starts immediately
*invalidate*    Wheter this method should call invalidate

**Returns**

    true if the animation is played, false otherwise

**See Also**

scrollBy(int, int)
scrollTo(int, int)
isHorizontalScrollBarEnabled()
isVerticalScrollBarEnabled()
setHorizontalScrollBarEnabled(boolean)
setVerticalScrollBarEnabled(boolean)

protected boolean **awakenScrollBars** ()

Since: API Level 5

Trigger the scrollbars to draw. When invoked this method starts an animation to fade the scrollbars out after a default delay. If a subclass provides animated scrolling, the start delay should equal the duration of the scrolling animation.

The animation starts only if at least one of the scrollbars is enabled, as specified by isHorizontalScrollBarEnabled() and isVerticalScrollBarEnabled(). When the animation is started, this method returns true, and false otherwise. If the animation is started, this method calls invalidate(); in that case the caller should not call invalidate().

This method should be invoked every time a subclass directly updates the scroll parameters.

This method is automatically invoked by scrollBy(int, int) and scrollTo(int, int).

**Returns**

• true if the animation is played, false otherwise

**See Also**

awakenScrollBars(int)
scrollBy(int, int)
scrollTo(int, int)
isHorizontalScrollBarEnabled()
isVerticalScrollBarEnabled()
setHorizontalScrollBarEnabled(boolean)
setVerticalScrollBarEnabled(boolean)

protected int **computeHorizontalScrollExtent** ()

Since: API Level 1

Compute the horizontal extent of the horizontal scrollbar's thumb within the horizontal range. This value is used to compute the length of the thumb within the scrollbar's track.

The range is expressed in arbitrary units that must be the same as the units used by computeHorizontalScrollRange() and computeHorizontalScrollOffset().

The default extent is the drawing width of this view.

**Returns**

the horizontal extent of the scrollbar's thumb

**See Also**

computeHorizontalScrollRange ()
computeHorizontalScrollOffset ()
ScrollBarDrawable

Since: API Level 1

protected int **computeHorizontalScrollOffset** ()

Compute the horizontal offset of the horizontal scrollbar's thumb within the horizontal range. This value is used to compute the position of the thumb within the scrollbar's track.

The range is expressed in arbitrary units that must be the same as the units used by computeHorizontalScrollRange () and computeHorizontalScrollExtent ().

The default offset is the scroll offset of this view.

**Returns**

the horizontal offset of the scrollbar's thumb

**See Also**

computeHorizontalScrollRange ()
computeHorizontalScrollExtent ()
ScrollBarDrawable

Since: API Level 1

protected int **computeHorizontalScrollRange** ()

Compute the horizontal range that the horizontal scrollbar represents.

The range is expressed in arbitrary units that must be the same as the units used by computeHorizontalScrollExtent () and computeHorizontalScrollOffset ().

The default range is the drawing width of this view.

**Returns**

the total horizontal range represented by the horizontal scrollbar

**See Also**

<u>computeHorizontalScrollExtent ()</u>
<u>computeHorizontalScrollOffset ()</u>
ScrollBarDrawable

---

protected int **computeVerticalScrollExtent ()**

Since: API Level 1

Compute the vertical extent of the horizontal scrollbar's thumb within the vertical range. This value is used to compute the length of the thumb within the scrollbar's track.

The range is expressed in arbitrary units that must be the same as the units used by <u>computeVerticalScrollRange ()</u> and <u>computeVerticalScrollOffset ()</u>.

The default extent is the drawing height of this view.

**Returns**

the vertical extent of the scrollbar's thumb

**See Also**

<u>computeVerticalScrollRange ()</u>
<u>computeVerticalScrollOffset ()</u>
ScrollBarDrawable

---

protected int **computeVerticalScrollOffset ()**

Since: API Level 1

Compute the vertical offset of the vertical scrollbar's thumb within the horizontal range. This value is used to compute the position of the thumb within the scrollbar's track.

The range is expressed in arbitrary units that must be the same as the units used by <u>computeVerticalScrollRange ()</u> and <u>computeVerticalScrollExtent ()</u>.

The default offset is the scroll offset of this view.

**Returns**

the vertical offset of the scrollbar's thumb

**See Also**

<u>computeVerticalScrollRange ()</u>
<u>computeVerticalScrollExtent ()</u>
ScrollBarDrawable

Since: API Level 1

protected int **computeVerticalScrollRange** ()

Compute the vertical range that the vertical scrollbar represents.

The range is expressed in arbitrary units that must be the same as the units used by computeVerticalScrollExtent () and computeVerticalScrollOffset ().

**Returns**

the total vertical range represented by the vertical scrollbar
The default range is the drawing height of this view.

**See Also**

computeVerticalScrollExtent ()
computeVerticalScrollOffset ()
ScrollBarDrawable

Since: API Level 1

protected void **dispatchDraw** (Canvas canvas)

Called by draw to draw the child views. This may be overridden by derived classes to gain control just before its children are drawn (but after its own view has been drawn).

**Parameters**

canvas    the canvas on which to draw the view

Since: API Level 14

protected boolean **dispatchGenericFocusedEvent** (MotionEvent event)

Dispatch a generic motion event to the currently focused view.

Do not call this method directly. Call dispatchGenericMotionEvent (MotionEvent) instead.

**Parameters**

event    The motion event to be dispatched.

**Returns**

True if the event was handled by the view, false otherwise.

Since: API Level 14

protected boolean **dispatchGenericPointerEvent** (MotionEvent event)

Dispatch a generic motion event to the view under the first pointer.

Do not call this method directly. Call dispatchGenericMotionEvent (MotionEvent) instead.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 82 of 207

**Parameters**

*event*    The motion event to be dispatched.

**Returns**

True if the event was handled by the view, false otherwise.

Since: API Level 14

protected boolean **dispatchHoverEvent** (MotionEvent event)

Dispatch a hover event.

Do not call this method directly. Call dispatchGenericMotionEvent(MotionEvent) instead.

**Parameters**

*event*    The motion event to be dispatched.

**Returns**

True if the event was handled by the view, false otherwise.

Since: API Level 1

protected void **dispatchRestoreInstanceState** (SparseArray<Parcelable> container)

Called by restoreHierarchyState(android.util.SparseArray) to retrieve the state for this view and its children. May be overridden to modify how restoring happens to a view's children; for example, some views may want to not store state for their children.

**Parameters**

*container*    The SparseArray which holds previously saved state.

**See Also**

dispatchSaveInstanceState(android.util.SparseArray)
restoreHierarchyState(android.util.SparseArray)
onRestoreInstanceState(android.os.Parcelable)

Since: API Level 1

protected void **dispatchSaveInstanceState** (SparseArray<Parcelable> container)

Called by saveHierarchyState(android.util.SparseArray) to store the state for this view and its children. May be overridden to modify how freezing happens to a view's children; for example, some views may want to not store state for their children.

**Parameters**

*container*    The SparseArray in which to save the view's state.

**See Also**

dispatchRestoreInstanceState(android.util.SparseArray)
saveHierarchyState(android.util.SparseArray)
onSaveInstanceState()

Since: API Level 11

protected void **dispatchSetActivated** (boolean activated)

Dispatch setActivated to all of this View's children.

**Parameters**

*activated*     The new activated state

**See Also**

setActivated(boolean)

Since: API Level 1

protected void **dispatchSetPressed** (boolean pressed)

Dispatch setPressed to all of this View's children.

**Parameters**

*pressed*     The new pressed state

**See Also**

setPressed(boolean)

Since: API Level 1

protected void **dispatchSetSelected** (boolean selected)

Dispatch setSelected to all of this View's children.

**Parameters**

*selected*     The new selected state

**See Also**

setSelected(boolean)

Since: API Level 8

protected void **dispatchVisibilityChanged** (View changedView, int visibility)

Dispatch a view visibility change down the view hierarchy. ViewGroups should override to route to their children.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 84 of 207

**Parameters**

| | |
|---|---|
| *changedView* | The view whose visibility changed. Could be 'this' or an ancestor view. |
| *visibility* | The new visibility of changedView: VISIBLE, INVISIBLE or GONE. |

protected void **drawableStateChanged** ()

Since: API Level 1

This function is called whenever the state of the view changes in such a way that it impacts the state of drawables being shown.

Be sure to call through to the superclass when overriding this function.

**See Also**

setState(int[])

protected boolean **fitSystemWindows** (Rect insets)

Since: API Level 1

Apply the insets for system windows to this view, if the FITS_SYSTEM_WINDOWS flag is set

**Parameters**

| | |
|---|---|
| *insets* | Insets for system windows |

**Returns**

- True if this view applied the insets, false otherwise

protected float **getBottomFadingEdgeStrength** ()

Since: API Level 1

Returns the strength, or intensity, of the bottom faded edge. The strength is a value between 0.0 (no fade) and 1.0 (full fade). The default implementation returns 0.0 or 1.0 but no value in between. Subclasses should override this method to provide a smoother fade transition when scrolling occurs.

**Returns**

- the intensity of the bottom fade as a float between 0.0f and 1.0f

protected int **getBottomPaddingOffset** ()

Since: API Level 2

Amount by which to extend the bottom fading region. Called only when isPaddingOffsetRequired() returns true.

**Returns**

- The bottom padding offset in pixels.

**See Also**

isPaddingOffsetRequired ()

protected ContextMenu.ContextMenuInfo **getContextMenuInfo** ()

Since: API Level 1

Views should implement this if they have extra information to associate with the context menu. The return result is supplied as a parameter to the onCreateContextMenu (ContextMenu, View, ContextMenuInfo) callback.

**Returns**

Extra information about the item for which the context menu should be shown. This information will vary across different subclasses of View.

protected int **getHorizontalScrollbarHeight** ()

Since: API Level 1

Returns the height of the horizontal scrollbar.

**Returns**

The height in pixels of the horizontal scrollbar or 0 if there is no horizontal scrollbar.

protected float **getLeftFadingEdgeStrength** ()

Since: API Level 1

Returns the strength, or intensity, of the left faded edge. The strength is a value between 0.0 (no fade) and 1.0 (full fade). The default implementation returns 0.0 or 1.0 but no value in between. Subclasses should override this method to provide a smoother fade transition when scrolling occurs.

**Returns**

the intensity of the left fade as a float between 0.0f and 1.0f

protected int **getLeftPaddingOffset** ()

Since: API Level 2

Amount by which to extend the left fading region. Called only when isPaddingOffsetRequired () returns true.

**Returns**

The left padding offset in pixels.

**See Also**

isPaddingOffsetRequired ()

protected float **getRightFadingEdgeStrength** ()

Since: API Level 1

Returns the strength, or intensity, of the right faded edge. The strength is a value between 0.0 (no fade) and 1.0 (full fade). The default implementation returns 0.0 or 1.0 but no value in between. Subclasses should override this method to provide a smoother fade transition when scrolling occurs.

**Returns**

the intensity of the right fade as a float between 0.0f and 1.0f

protected int **getRightPaddingOffset** ()

Since: API Level 2

Amount by which to extend the right fading region. Called only when `isPaddingOffsetRequired()` returns true.

**Returns**

The right padding offset in pixels.

**See Also**

`isPaddingOffsetRequired()`

protected int **getSuggestedMinimumHeight** ()

Since: API Level 1

Returns the suggested minimum height that the view should use. This returns the maximum of the view's minimum height and the background's minimum height (`getMinimumHeight()`).

When being used in `onMeasure(int, int)`, the caller should still ensure the returned height is within the requirements of the parent.

**Returns**

The suggested minimum height of the view.

protected int **getSuggestedMinimumWidth** ()

Since: API Level 1

Returns the suggested minimum width that the view should use. This returns the maximum of the view's minimum width) and the background's minimum width (`getMinimumWidth()`).

When being used in `onMeasure(int, int)`, the caller should still ensure the returned width is within the requirements of the parent.

**Returns**

The suggested minimum width of the view.

protected float **getTopFadingEdgeStrength** ()

Since: API Level 1

Returns the strength, or intensity, of the top faded edge. The strength is a value between 0.0 (no fade) and 1.0 (full fade). The default implementation returns 0.0 or 1.0 no value in between. Subclasses should override this method to provide a smoother fade transition when scrolling occurs.

**Returns**

the intensity of the top fade as a float between 0.0f and 1.0f

---

protected int **getTopPaddingOffset** ()

Amount by which to extend the top fading region. Called only when isPaddingOffsetRequired () returns true.

**Returns**

The top padding offset in pixels.

**See Also**

isPaddingOffsetRequired ()

---

protected int **getWindowAttachCount** ()

**Returns**

The number of times this view has been attached to a window

---

protected void **initializeFadingEdge** (TypedArray a)

Initializes the fading edges from a given set of styled attributes. This method should be called by subclasses that need fading edges and when an instance of these subclasses is created programmatically rather than being inflated from XML. This method is automatically called when the XML is inflated.

**Parameters**

a     the styled attributes set to initialize the fading edges from

---

protected void **initializeScrollbars** (TypedArray a)

Initializes the scrollbars from a given set of styled attributes. This method should be called by subclasses that need scrollbars and when an instance of these subclasses is created programmatically rather than being inflated from XML. This method is automatically called when the XML is inflated.

**Parameters**

a     the styled attributes set to initialize the scrollbars from

---

protected boolean **isPaddingOffsetRequired** ()

If the View draws content inside its padding and enables fading edges, it needs to support padding offsets. Padding offsets are added to the fading edges to extend the length of the fade so that it covers pixels drawn inside the padding. Subclasses of this class should override this method if they need to draw content inside the padding.

**Returns**

True if padding offset must be applied, false otherwise.

**See Also**

getLeftPaddingOffset ()
getRightPaddingOffset ()
getTopPaddingOffset ()
getBottomPaddingOffset ()

protected static int[] **mergeDrawableStates** (int[] baseState, int[] additionalState)

Since: API Level 1

Merge your own state values in *additionalState* into the base state values *baseState* that were returned by onCreateDrawableState(int).

**Parameters**

| *baseState* | The base state values returned by onCreateDrawableState(int), which will be modified to also hold your own additional state values. |
| *additionalState* | The additional state values you would like added to *baseState*; this array is not modified. |

**Returns**

As a convenience, the *baseState* array you originally passed into the function is returned.

**See Also**

onCreateDrawableState(int)

protected void **onAnimationEnd** ()

Since: API Level 1

Invoked by a parent ViewGroup to notify the end of the animation currently associated with this view. If you override this method, always call super.onAnimationEnd();

**See Also**

setAnimation(android.view.animation.Animation)
getAnimation ()

protected void **onAnimationStart** ()

Since: API Level 1

Invoked by a parent ViewGroup to notify the start of the animation currently associated with this view. If you override this method, always call super.onAnimationStart();

**See Also**

setAnimation(android.view.animation.Animation)

getAnimation()

Since: API Level 1

protected void **onAttachedToWindow** ()

This is called when the view is attached to a window. At this point it has a Surface and will start drawing. Note that this function is guaranteed to be called before onDraw(android.graphics.Canvas), however it may be called any time before the first onDraw -- including before or after onMeasure(int, int).

**See Also**

onDetachedFromWindow()

Since: API Level 8

protected void **onConfigurationChanged** (Configuration newConfig)

Called when the current configuration of the resources being used by the application have changed. You can use this to decide when to reload resources that can changed based on orientation and other configuration characteristics. You only need to use this if you are not relying on the normal Activity mechanism of recreating the activity instance upon a configuration change.

**Parameters**

*newConfig*    The new resource configuration.

Since: API Level 1

protected void **onCreateContextMenu** (ContextMenu menu)

Views should implement this if the view itself is going to add items to the context menu.

**Parameters**

*menu*    the context menu to populate

Since: API Level 1

protected int[] **onCreateDrawableState** (int extraSpace)

Generate the new Drawable state for this view. This is called by the view system when the cached Drawable state is determined to be invalid. To retrieve the current state, you should use getDrawableState().

**Parameters**

*extraSpace*    if non-zero, this is the number of extra entries you would like in the returned array in which you can place your own states.

**Returns**

Returns an array holding the current Drawable state of the view.

**See Also**

  mergeDrawableStates(int[], int[])

protected void **onDetachedFromWindow** ()

Since: API Level 1

This is called when the view is detached from a window. At this point it no longer has a surface for drawing.

**See Also**

  onAttachedToWindow ()

protected void **onDisplayHint** (int hint)

Since: API Level 8

Gives this view a hint about whether is displayed or not. For instance, when a View moves out of the screen, it might receives a display hint indicating the view is not displayed. Applications should not *rely* on this hint as there is no guarantee that they will receive one.

**Parameters**

  *hint*    A hint about whether or not this view is displayed: VISIBLE or INVISIBLE.

protected void **onDraw** (Canvas canvas)

Since: API Level 1

Implement this to do your drawing.

**Parameters**

  *canvas*    the canvas on which the background will be drawn

protected final void **onDrawScrollBars** (Canvas canvas)

Since: API Level 7

Request the drawing of the horizontal and the vertical scrollbar. The scrollbars are painted only if they have been awakened first.

**Parameters**

  *canvas*    the canvas on which to draw the scrollbars

**See Also**

  awakenScrollBars(int)

protected void **onFinishInflate** ()

Since: API Level 1

Finalize inflating a view from XML. This is called as the last phase of inflation, after all child views have been added.

Even if the subclass overrides onFinishInflate, they should always be sure to call the super method, so that we get called.

**protected void onFocusChanged** (boolean gainFocus, int direction, Rect previouslyFocusedRect)

Since: API Level 1

Called by the view system when the focus state of this view changes. When the focus change event is caused by directional navigation, direction and previouslyFocusedRect provide insight into where the focus is coming from. When overriding, be sure to call up through to the super class so that the standard focus handling will occur.

**Parameters**

| | |
|---|---|
| *gainFocus* | True if the View has focus; false otherwise. |
| *direction* | The direction focus has moved when requestFocus() is called to give this view focus. Values are FOCUS_UP, FOCUS_DOWN, FOCUS_LEFT, FOCUS_RIGHT, FOCUS_FORWARD, or FOCUS_BACKWARD. It may not always apply, in which case use the default. |
| *previouslyFocusedRect* | The rectangle, in this view's coordinate system, of the previously focused view. If applicable, this will be passed in as finer grained information about where the focus is coming from (in addition to direction). Will be null otherwise. |

**protected void onLayout** (boolean changed, int left, int top, int right, int bottom)

Since: API Level 1

Called from layout when this view should assign a size and position to each of its children. Derived classes with children should override this method and call layout on each of their children.

**Parameters**

| | |
|---|---|
| *changed* | This is a new size or position for this view |
| *left* | Left position, relative to parent |
| *top* | Top position, relative to parent |
| *right* | Right position, relative to parent |
| *bottom* | Bottom position, relative to parent |

**protected void onMeasure** (int widthMeasureSpec, int heightMeasureSpec)

Since: API Level 1

Measure the view and its content to determine the measured width and the measured height. This method is invoked by measure(int, int) and should be overriden by subclasses to provide accurate and efficient measurement of their contents.

**CONTRACT**: When overriding this method, you *must* call setMeasuredDimension(int, int) to store the measured width and height of this view. Failure to do so will trigger an IllegalStateException, thrown by measure(int, int). Calling the superclass' onMeasure(int, int) is a valid use.

The base class implementation of measure defaults to the background size, unless a larger size is allowed by the MeasureSpec. Subclasses should override onMeasure(int, int) to provide better measurements of their content.

If this method is overridden, it is the subclass's responsibility to make sure the measured height and width are at least the view's minimum height and width (getSuggestedMinimumHeight() and getSuggestedMinimumWidth()).

**Parameters**

| | |
|---|---|
| *widthMeasureSpec* | horizontal space requirements as imposed by the parent. The requirements are encoded with `View.MeasureSpec`. |
| *heightMeasureSpec* | vertical space requirements as imposed by the parent. The requirements are encoded with `View.MeasureSpec`. |

**See Also**

getMeasuredWidth ()
getMeasuredHeight ()
setMeasuredDimension (int, int)
getSuggestedMinimumHeight ()
getSuggestedMinimumWidth ()
getMode (int)
getSize (int)

---

protected void **onOverScrolled** (int scrollX, int scrollY, boolean clampedX, boolean clampedY)                    Since: API Level 9

Called by overScrollBy(int, int, int, int, int, int, boolean, boolean) to respond to the results of an over-scroll operation.

**Parameters**

| | |
|---|---|
| *scrollX* | New X scroll value in pixels |
| *scrollY* | New Y scroll value in pixels |
| *clampedX* | True if scrollX was clamped to an over-scroll boundary |
| *clampedY* | True if scrollY was clamped to an over-scroll boundary |

---

protected void **onRestoreInstanceState** (Parcelable state)                    Since: API Level 1

Hook allowing a view to re-apply a representation of its internal state that had previously been generated by onSaveInstanceState (). This function will never be called with a null state.

**Parameters**

| | |
|---|---|
| *state* | The frozen state that had previously been returned by onSaveInstanceState (). |

**See Also**

onSaveInstanceState ()
restoreHierarchyState (android.util.SparseArray)
dispatchRestoreInstanceState (android.util.SparseArray)

---

protected Parcelable **onSaveInstanceState** ()                    Since: API Level 1

Hook allowing a view to generate a representation of its internal state that can later be used to create a new instance with that same state. This state should only contain information that is not persistent or can not be reconstructed later. For example, you will never store your current position on screen because that will be computed again when a new instance of the view is placed in its view hierarchy.

Some examples of things you may store here: the current cursor position in a text view (but usually not the text itself since that is stored in a content provider or other persistent storage), the currently selected item in a list view.

**Returns**

Returns a Parcelable object containing the view's current dynamic state, or null if there is nothing interesting to save. The default implementation returns null.

**See Also**

`onRestoreInstanceState(android.os.Parcelable)`
`saveHierarchyState(android.util.SparseArray)`
`dispatchSaveInstanceState(android.util.SparseArray)`
`setSaveEnabled(boolean)`

Since: API Level 1

protected void **onScrollChanged** (int l, int t, int oldl, int oldt)

This is called in response to an internal scroll in this view (i.e., the view scrolled its own contents). This is typically as a result of `scrollBy(int, int)` or `scrollTo(int, int)` having been called.

**Parameters**

| | |
|---|---|
| *l* | Current horizontal scroll origin. |
| *t* | Current vertical scroll origin. |
| *oldl* | Previous horizontal scroll origin. |
| *oldt* | Previous vertical scroll origin. |

Since: API Level 1

protected boolean **onSetAlpha** (int alpha)

Invoked if there is a Transform that involves alpha. Subclass that can draw themselves with the specified alpha should return true, and then respect that alpha when their onDraw() is called. If this returns false then the view may be redirected to draw into an offscreen buffer to fulfill the request, which will look fine, but may be slower than if the subclass handles it internally. The default implementation returns false.

**Parameters**

*alpha*   The alpha (0..255) to apply to the view's drawing

**Returns**

true if the view can draw with the specified alpha.

protected void **onSizeChanged** (int w, int h, int oldw, int oldh)

Since: API Level 1

This is called during layout when the size of this view has changed. If you were just added to the view hierarchy, you're called with the old values of 0.

**Parameters**

| | |
|---|---|
| w | Current width of this view. |
| h | Current height of this view. |
| oldw | Old width of this view. |
| oldh | Old height of this view. |

protected void **onVisibilityChanged** (View changedView, int visibility)

Since: API Level 8

Called when the visibility of the view or an ancestor of the view is changed.

**Parameters**

| | |
|---|---|
| changedView | The view whose visibility changed. Could be 'this' or an ancestor view. |
| visibility | The new visibility of changedView: VISIBLE, INVISIBLE or GONE. |

protected void **onWindowVisibilityChanged** (int visibility)

Since: API Level 1

Called when the window containing has change its visibility (between GONE, INVISIBLE, and VISIBLE). Note that this tells you whether or not your window is being made visible to the window manager; this does *not* tell you whether or not your window is obscured by other windows on the screen, even if it is itself visible.

**Parameters**

| | |
|---|---|
| visibility | The new visibility of the window. |

protected boolean **overScrollBy** (int deltaX, int deltaY, int scrollX, int scrollY, int scrollRangeX, int scrollRangeY, int maxOverScrollX, int maxOverScrollY, boolean isTouchEvent)

Since: API Level 9

Scroll the view with standard behavior for scrolling beyond the normal content boundaries. Views that call this method should override onOverScrolled (int, int, boolean, boolean) to respond to the results of an over-scroll operation. Views can use this method to handle any touch or fling-based scrolling.

**Parameters**

| | |
|---|---|
| *deltaX* | Change in X in pixels |
| *deltaY* | Change in Y in pixels |
| *scrollX* | Current X scroll value in pixels before applying deltaX |
| *scrollY* | Current Y scroll value in pixels before applying deltaY |
| *scrollRangeX* | Maximum content scroll range along the X axis |
| *scrollRangeY* | Maximum content scroll range along the Y axis |
| *maxOverScrollX* | Number of pixels to overscroll by in either direction along the X axis. |
| *maxOverScrollY* | Number of pixels to overscroll by in either direction along the Y axis. |
| *isTouchEvent* | true if this scroll operation is the result of a touch event. |

**Returns**

true if scrolling was clamped to an over-scroll boundary along either axis, false otherwise.

protected final void **setMeasuredDimension** (int measuredWidth, int measuredHeight)          Since: API Level 1

This method must be called by onMeasure(int, int) to store the measured width and measured height. Failing to do so will trigger an exception at measurement time.

**Parameters**

| | |
|---|---|
| *measuredWidth* | The measured width of this view. May be a complex bit mask as defined by MEASURED_SIZE_MASK and MEASURED_STATE_TOO_SMALL. |
| *measuredHeight* | The measured height of this view. May be a complex bit mask as defined by MEASURED_SIZE_MASK and MEASURED_STATE_TOO_SMALL. |

protected boolean **verifyDrawable** (Drawable who)          Since: API Level 1

If your view subclass is displaying its own Drawable objects, it should override this function and return true for any Drawable it is displaying. This allows animations for those drawables to be scheduled.

Be sure to call through to the super class when overriding this function.

**Parameters**

| | |
|---|---|
| *who* | The Drawable to verify. Return true if it is one you are displaying, else return the result of calling through to the super class. |

**Returns**

boolean If true than the Drawable is being displayed in the view; else false and it is not allowed to animate.

View | Android Developers

**See Also**

unscheduleDrawable(android.graphics.drawable.Drawable)
drawableStateChanged()

Except as noted, this content is licensed under Apache 2.0. For details and restrictions, see the Content License.
Android 4.0 r1 - 18 Jan 2012 22:14
Site Terms of Service - Privacy Policy - Brand Guidelines

9

# android developers

public class
# Dialog

extends Object
implements DialogInterface KeyEvent.Callback View.OnCreateContextMenuListener Window.Callback

java.lang.Object
 └ android.app.Dialog

▶Known Direct Subclasses
 AlertDialog, CharacterPickerDialog

▶Known Indirect Subclasses
 DatePickerDialog, ProgressDialog, TimePickerDialog

## Class Overview

Base class for Dialogs.

Note: Activities provide a facility to manage the creation, saving and restoring of dialogs. See onCreateDialog(int), onPrepareDialog(int, Dialog), showDialog(int), and dismissDialog(int). If these methods are used, getOwnerActivity() will return the Activity that managed this dialog.

Often you will want to have a Dialog display on top of the current input method, because there is no reason for it to accept text. You can do this by setting the WindowManager.LayoutParams.FLAG_ALT_FOCUSABLE_IM window flag (assuming your Dialog takes input focus, as it is the default) with the following code:

```
getWindow().setFlags(WindowManager.LayoutParams.FLAG_ALT_FOCUSABLE_IM,
        WindowManager.LayoutParams.FLAG_ALT_FOCUSABLE_IM);
```

## Developer Guides

For more information about creating dialogs, read the Dialogs developer guide.

# Summary

### Inherited Constants

[Expand]

▶From interface android.content.DialogInterface

### Public Constructors

Dialog(Context context)
    Create a Dialog window that uses the default dialog frame style.

Dialog(Context context, int theme)
    Create a Dialog window that uses a custom dialog style.

### Protected Constructors

Dialog(Context context, boolean cancelable, DialogInterface.OnCancelListener cancelListener)

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 100 of 207

**Public Methods**

| | |
|---|---|
| void | addContentView (View view, ViewGroup.LayoutParams params)<br>Add an additional content view to the screen. |
| void | cancel ()<br>Cancel the dialog. |
| void | closeOptionsMenu () |
| void | dismiss ()<br>Dismiss this dialog, removing it from the screen. |
| boolean | dispatchGenericMotionEvent (MotionEvent ev)<br>Called to process generic motion events. |
| boolean | dispatchKeyEvent (KeyEvent event)<br>Called to process key events. |
| boolean | dispatchKeyShortcutEvent (KeyEvent event)<br>Called to process a key shortcut event. |
| boolean | dispatchPopulateAccessibilityEvent (AccessibilityEvent event)<br>Called to process population of `AccessibilityEvents`. |
| boolean | dispatchTouchEvent (MotionEvent ev)<br>Called to process touch screen events. |
| boolean | dispatchTrackballEvent (MotionEvent ev)<br>Called to process trackball events. |
| View | findViewById (int id)<br>Finds a view that was identified by the id attribute from the XML that was processed in `onStart ()`. |
| ActionBar | getActionBar ()<br>Retrieve the `ActionBar` attached to this dialog, if present. |
| final Context | getContext ()<br>Retrieve the Context this Dialog is running in. |
| View | getCurrentFocus ()<br>Call `getCurrentFocus ()` on the Window if this Activity to return the currently focused view. |
| LayoutInflater | getLayoutInflater () |
| final Activity | getOwnerActivity ()<br>Returns the Activity that owns this Dialog. |

| | | |
|---|---|---|
| final int | getVolumeControlStream () | |
| Window | getWindow () | Retrieve the current Window for the activity. |
| void | hide () | Hide the dialog, but do not dismiss it. |
| void | invalidateOptionsMenu () | |
| boolean | isShowing () | |
| void | onActionModeFinished (ActionMode mode) | Called when an action mode has been finished. Note that if you override this method you should always call through to the superclass implementation by calling super.onActionModeFinished(mode). |
| void | onActionModeStarted (ActionMode mode) | Called when an action mode has been started. Note that if you override this method you should always call through to the superclass implementation by calling super.onActionModeStarted(mode). |
| void | onAttachedToWindow () | Called when the window has been attached to the window manager. |
| void | onBackPressed () | Called when the dialog has detected the user's press of the back key. |
| void | onContentChanged () | This hook is called whenever the content view of the screen changes (due to a call to Window.setContentView or Window.addContentView). |
| boolean | onContextItemSelected (MenuItem item) | |
| void | onContextMenuClosed (Menu menu) | |
| void | onCreateContextMenu (ContextMenu menu, View v, ContextMenu.ContextMenuInfo menuInfo) | Called when the context menu for this view is being built. |
| boolean | onCreateOptionsMenu (Menu menu) | It is usually safe to proxy this call to the owner activity's onCreateOptionsMenu (Menu) if the client desires the same menu for this Dialog. |
| boolean | onCreatePanelMenu (int featureId, Menu menu) | Initialize the contents of the menu for panel 'featureId'. |
| View | onCreatePanelView (int featureId) | Instantiate the view to display in the panel for 'featureId'. |

| | |
|---|---|
| void | onDetachedFromWindow ()<br>Called when the window has been attached to the window manager. |
| boolean | onGenericMotionEvent (MotionEvent event)<br>Called when a generic motion event was not handled by any of the views inside of the dialog. |
| boolean | onKeyDown (int keyCode, KeyEvent event)<br>A key was pressed down. |
| boolean | onKeyLongPress (int keyCode, KeyEvent event)<br>Default implementation of KeyEvent.Callback.onKeyLongPress(): always returns false (doesn't handle the event). |
| boolean | onKeyMultiple (int keyCode, int repeatCount, KeyEvent event)<br>Default implementation of KeyEvent.Callback.onKeyMultiple(): always returns false (doesn't handle the event). |
| boolean | onKeyShortcut (int keyCode, KeyEvent event)<br>Called when an key shortcut event is not handled by any of the views in the Dialog. |
| boolean | onKeyUp (int keyCode, KeyEvent event)<br>A key was released. |
| boolean | onMenuItemSelected (int featureId, MenuItem item)<br>Called when a panel's menu item has been selected by the user. |
| boolean | onMenuOpened (int featureId, Menu menu)<br>Called when a panel's menu is opened by the user. |
| boolean | onOptionsItemSelected (MenuItem item) |
| void | onOptionsMenuClosed (Menu menu) |
| void | onPanelClosed (int featureId, Menu menu)<br>Called when a panel is being closed. |
| boolean | onPrepareOptionsMenu (Menu menu)<br>It is usually safe to proxy this call to the owner activity's onPrepareOptionsMenu(Menu) if the client desires the same menu for this Dialog. |
| boolean | onPreparePanel (int featureId, View view, Menu menu)<br>Prepare a panel to be displayed. |
| void | onRestoreInstanceState (Bundle savedInstanceState)<br>Restore the state of the dialog from a previously saved bundle. |
| Bundle | onSaveInstanceState ()<br>Saves the state of the dialog into a bundle. |

| | |
|---|---|
| boolean | onSearchRequested ()<br>This hook is called when the user signals the desire to start a search. |
| boolean | onTouchEvent (MotionEvent event)<br>Called when a touch screen event was not handled by any of the views under it. |
| boolean | onTrackballEvent (MotionEvent event)<br>Called when the trackball was moved and not handled by any of the views inside of the activity. |
| void | onWindowAttributesChanged (WindowManager.LayoutParams params)<br>This is called whenever the current window attributes change. |
| void | onWindowFocusChanged (boolean hasFocus)<br>This hook is called whenever the window focus changes. |
| ActionMode | onWindowStartingActionMode (ActionMode.Callback callback)<br>Called when an action mode is being started for this window. |
| void | openContextMenu (View view) |
| void | openOptionsMenu () |
| void | registerForContextMenu (View view) |
| final boolean | requestWindowFeature (int featureId)<br>Enable extended window features. |
| void | setCancelMessage (Message msg)<br>Set a message to be sent when the dialog is canceled. |
| void | setCancelable (boolean flag)<br>Sets whether this dialog is cancelable with the BACK key. |
| void | setCanceledOnTouchOutside (boolean cancel)<br>Sets whether this dialog is canceled when touched outside the window's bounds. |
| void | setContentView (View view)<br>Set the screen content to an explicit view. |
| void | setContentView (int layoutResID)<br>Set the screen content from a layout resource. |
| void | setContentView (View view, ViewGroup.LayoutParams params)<br>Set the screen content to an explicit view. |
| void | setDismissMessage (Message msg)<br>Set a message to be sent when the dialog is dismissed. |

| final void | setFeatureDrawable (int featureId, Drawable drawable)<br>Convenience for calling setFeatureDrawable(int, Drawable). |
| final void | setFeatureDrawableAlpha (int featureId, int alpha)<br>Convenience for calling setFeatureDrawableAlpha(int, int). |
| final void | setFeatureDrawableResource (int featureId, int resId)<br>Convenience for calling setFeatureDrawableResource(int, int). |
| final void | setFeatureDrawableUri (int featureId, Uri uri)<br>Convenience for calling setFeatureDrawableUri(int, Uri). |
| void | setOnCancelListener (DialogInterface.OnCancelListener listener)<br>Set a listener to be invoked when the dialog is canceled. |
| void | setOnDismissListener (DialogInterface.OnDismissListener listener)<br>Set a listener to be invoked when the dialog is dismissed. |
| void | setOnKeyListener (DialogInterface.OnKeyListener onKeyListener)<br>Sets the callback that will be called if a key is dispatched to the dialog. |
| void | setOnShowListener (DialogInterface.OnShowListener listener)<br>Sets a listener to be invoked when the dialog is shown. |
| final void | setOwnerActivity (Activity activity)<br>Sets the Activity that owns this dialog. |
| void | setTitle (int titleId)<br>Set the title text for this dialog's window. |
| void | setTitle (CharSequence title)<br>Set the title text for this dialog's window. |
| final void | setVolumeControlStream (int streamType)<br>By default, this will use the owner Activity's suggested stream type. |
| void | show ()<br>Start the dialog and display it on screen. |
| void | takeKeyEvents (boolean get)<br>Request that key events come to this dialog. |
| void | unregisterForContextMenu (View view) |

**Protected Methods**

| void | onCreate (Bundle savedInstanceState) |
| | Similar to onCreate (Bundle), you should initialize your dialog in this method, including calling setContentView (View). |
| void | onStart () |
| | Called when the dialog is starting. |
| void | onStop () |
| | Called to tell you that you're stopping. |

**Inherited Methods**                                                                                           [Expand]

▶ From class java.lang.Object

▶ From interface android.content.DialogInterface

▶ From interface android.view.KeyEvent.Callback

▶ From interface android.view.View.OnCreateContextMenuListener

▶ From interface android.view.Window.Callback

# Public Constructors

public **Dialog** (Context context)                                                                    Since: API Level 1

Create a Dialog window that uses the default dialog frame style.

**Parameters**

*context*    The Context the Dialog is to run it. In particular, it uses the window manager and theme in this context to present its UI.

public **Dialog** (Context context, int theme)                                                         Since: API Level 1

Create a Dialog window that uses a custom dialog style.

**Parameters**

*context*    The Context in which the Dialog should run. In particular, it uses the window manager and theme from this context to present its UI.

*theme*      A style resource describing the theme to use for the window. See Style and Theme Resources for more information about defining and using styles. This theme is applied on top of the current theme in *context*. If 0, the default dialog theme will be used.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 106 of 207

## Protected Constructors

protected **Dialog** (Context context, boolean cancelable, DialogInterface.OnCancelListener cancelListener)

Since: API Level 1

## Public Methods

public void **addContentView** (View view, ViewGroup.LayoutParams params)

Since: API Level 1

Add an additional content view to the screen. Added after any existing ones in the screen -- existing views are NOT removed.

### Parameters

| | |
|---|---|
| *view* | The desired content to display. |
| *params* | Layout parameters for the view. |

public void **cancel** ()

Since: API Level 1

Cancel the dialog. This is essentially the same as calling dismiss (), but it will also call your DialogInterface.OnCancelListener (if registered).

public void **closeOptionsMenu** ()

Since: API Level 1

### See Also

closeOptionsMenu()

public void **dismiss** ()

Since: API Level 1

Dismiss this dialog, removing it from the screen. This method can be invoked safely from any thread. Note that you should not override this method to do cleanup when the dialog is dismissed, instead implement that in onStop ().

public boolean **dispatchGenericMotionEvent** (MotionEvent ev)

Since: API Level 12

Called to process generic motion events. You can override this to intercept all generic motion events before they are dispatched to the window. Be sure to call this implementation for generic motion events that should be handled normally.

### Parameters

| | |
|---|---|
| *ev* | The generic motion event. |

**Returns**

    boolean Return true if this event was consumed.

public boolean **dispatchKeyEvent** (KeyEvent event)

Since: API Level 1

Called to process key events. You can override this to intercept all key events before they are dispatched to the window. Be sure to call this implementation for key events that should be handled normally.

**Parameters**

    *event*    The key event.

**Returns**

    boolean Return true if this event was consumed.

public boolean **dispatchKeyShortcutEvent** (KeyEvent event)

Since: API Level 11

Called to process a key shortcut event. You can override this to intercept all key shortcut events before they are dispatched to the window. Be sure to call this implementation for key shortcut events that should be handled normally.

**Parameters**

    *event*    The key shortcut event.

**Returns**

    True if this event was consumed.

public boolean **dispatchPopulateAccessibilityEvent** (AccessibilityEvent event)

Since: API Level 4

Called to process population of AccessibilityEvents.

**Parameters**

    *event*    The event.

**Returns**

    boolean Return true if event population was completed.

public boolean **dispatchTouchEvent** (MotionEvent ev)

Since: API Level 1

Called to process touch screen events. You can override this to intercept all touch screen events before they are dispatched to the window. Be sure to call this implementation for touch screen events that should be handled normally.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 108 of 207

**Parameters**

*ev*   The touch screen event.

**Returns**

boolean Return true if this event was consumed.

public boolean **dispatchTrackballEvent** (MotionEvent ev)                                Since: API Level 1

Called to process trackball events. You can override this to intercept all trackball events before they are dispatched to the window. Be sure to call this implementation for trackball events that should be handled normally.

**Parameters**

*ev*   The trackball event.

**Returns**

boolean Return true if this event was consumed.

public View **findViewById** (int id)                                                      Since: API Level 1

Finds a view that was identified by the id attribute from the XML that was processed in onStart () .

**Parameters**

*id*   the identifier of the view to find

**Returns**

The view if found or null otherwise.

public ActionBar **getActionBar** ()                                                       Since: API Level 11

Retrieve the ActionBar attached to this dialog, if present.

**Returns**

The ActionBar attached to the dialog or null if no ActionBar is present.

public final Context **getContext** ()                                                     Since: API Level 1

Retrieve the Context this Dialog is running in.

**Returns**

Context The Context used by the Dialog.

public View **getCurrentFocus** ()

Since: API Level 1

Call getCurrentFocus() on the Window if this Activity to return the currently focused view.

**Returns**

View The current View with focus or null.

**See Also**

getWindow()
getCurrentFocus()

public LayoutInflater **getLayoutInflater** ()

Since: API Level 1

public final Activity **getOwnerActivity** ()

Since: API Level 1

Returns the Activity that owns this Dialog. For example, if showDialog(int) is used to show this Dialog, that Activity will be the owner (by default). Depending on how this dialog was created, this may return null.

**Returns**

The Activity that owns this Dialog.

public final int **getVolumeControlStream** ()

Since: API Level 1

**See Also**

getVolumeControlStream()

public Window **getWindow** ()

Since: API Level 1

Retrieve the current Window for the activity. This can be used to directly access parts of the Window API that are not available through Activity/Screen.

**Returns**

Window The current window, or null if the activity is not visual.

public void **hide** ()

Since: API Level 1

Hide the dialog, but do not dismiss it.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 110 of 207

public void **invalidateOptionsMenu** ()

Since: API Level 11

**See Also**

invalidateOptionsMenu ()

public boolean **isShowing** ()

Since: API Level 1

**Returns**

Whether the dialog is currently showing.

public void **onActionModeFinished** (ActionMode mode)

Since: API Level 11

Called when an action mode has been finished. The appropriate mode callback method will have already been invoked. Note that if you override this method you should always call through to the superclass implementation by calling super.onActionModeFinished(mode).

**Parameters**

*mode*     The mode that was just finished.

public void **onActionModeStarted** (ActionMode mode)

Since: API Level 11

Called when an action mode has been started. The appropriate mode callback method will have already been invoked. Note that if you override this method you should always call through to the superclass implementation by calling super.onActionModeStarted(mode).

**Parameters**

*mode*     The new mode that has just been started.

public void **onAttachedToWindow** ()

Since: API Level 5

Called when the window has been attached to the window manager. See View.onAttachedToWindow() for more information.

public void **onBackPressed** ()

Since: API Level 5

Called when the dialog has detected the user's press of the back key. The default implementation simply cancels the dialog (only if it is cancelable), but you can override this to do whatever you want.

public void **onContentChanged** ()

Since: API Level 1

This hook is called whenever the content view of the screen changes (due to a call to Window.setContentView or Window.addContentView).

public boolean **onContextItemSelected** (MenuItem item)

Since: API Level 1

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 111 of 207

**See Also**

onContextItemSelected(MenuItem)

Since: API Level 1

public void **onContextMenuClosed** (Menu menu)

**See Also**

onContextMenuClosed(Menu)

Since: API Level 1

public void **onCreateContextMenu** (ContextMenu menu, View v, ContextMenu.ContextMenuInfo menuInfo)

Called when the context menu for this view is being built. It is not safe to hold onto the menu after this method returns.

**Parameters**

*menu*      The context menu that is being built

*v*         The view for which the context menu is being built

*menuInfo*  Extra information about the item for which the context menu should be shown. This information will vary depending on the class of v.

**See Also**

onCreateContextMenu(ContextMenu, View, ContextMenuInfo)

Since: API Level 1

public boolean **onCreateOptionsMenu** (Menu menu)

It is usually safe to proxy this call to the owner activity's onCreateOptionsMenu(Menu) if the client desires the same menu for this Dialog.

**See Also**

onCreateOptionsMenu(Menu)
getOwnerActivity()

Since: API Level 1

public boolean **onCreatePanelMenu** (int featureId, Menu menu)

Initialize the contents of the menu for panel 'featureId'. This is called if onCreatePanelView() returns null, giving you a standard menu in which you can place your items. It is only called once for the panel, the first time it is shown.

You can safely hold on to *menu* (and any items created from it), making modifications to it as desired, until the next time onCreatePanelMenu() is called for this feature.

**Parameters**

*featureId*  The panel being created.

*menu*       The menu inside the panel.

**Returns**

boolean You must return true for the panel to be displayed; if you return false it will not be shown.

**See Also**

onCreatePanelMenu(int, Menu)

**public View onCreatePanelView (int featureId)**

Since: API Level 1

Instantiate the view to display in the panel for 'featureId'. You can return null, in which case the default content (typically a menu) will be created for you.

**Parameters**

*featureId*    Which panel is being created.

**Returns**

view The top-level view to place in the panel.

**See Also**

onCreatePanelView(int)

**public void onDetachedFromWindow ()**

Since: API Level 5

Called when the window has been attached to the window manager. See View.onDetachedFromWindow() for more information.

**public boolean onGenericMotionEvent (MotionEvent event)**

Since: API Level 12

Called when a generic motion event was not handled by any of the views inside of the dialog.

Generic motion events describe joystick movements, mouse hovers, track pad touches, scroll wheel movements and other input events. The source of the motion event specifies the class of input that was received. Implementations of this method must examine the bits in the source before processing the event. The following code example shows how this is done.

Generic motion events with source class SOURCE_CLASS_POINTER are delivered to the view under the pointer. All other generic motion events are delivered to the focused view.

See onGenericMotionEvent(MotionEvent) for an example of how to handle this event.

**Parameters**

*event*    The generic motion event being processed.

**Returns**

Return true if you have consumed the event, false if you haven't. The default implementation always returns false.

public boolean **onKeyDown** (int keyCode, KeyEvent event)

Since: API Level 1

A key was pressed down.

If the focused view didn't want this event, this method is called.

The default implementation consumed the KEYCODE_BACK to later handle it in onKeyUp(int, KeyEvent).

**Parameters**

| | |
|---|---|
| *keyCode* | The value in event.getKeyCode(). |
| *event* | Description of the key event. |

**Returns**

If you handled the event, return true. If you want to allow the event to be handled by the next receiver, return false.

**See Also**

onKeyUp(int, KeyEvent)
KeyEvent

public boolean **onKeyLongPress** (int keyCode, KeyEvent event)

Since: API Level 5

Default implementation of KeyEvent.Callback.onKeyLongPress() : always returns false (doesn't handle the event).

**Parameters**

| | |
|---|---|
| *keyCode* | The value in event.getKeyCode(). |
| *event* | Description of the key event. |

**Returns**

If you handled the event, return true. If you want to allow the event to be handled by the next receiver, return false.

public boolean **onKeyMultiple** (int keyCode, int repeatCount, KeyEvent event)

Since: API Level 1

Default implementation of KeyEvent.Callback.onKeyMultiple() : always returns false (doesn't handle the event).

**Parameters**

*keyCode*       The value in event.getKeyCode().

*repeatCount*   Number of pairs as returned by event.getRepeatCount().

*event*         Description of the key event.

**Returns**

If you handled the event, return true. If you want to allow the event to be handled by the next receiver, return false.

public boolean **onKeyShortcut** (int keyCode, KeyEvent event)

Since: API Level 11

Called when an key shortcut event is not handled by any of the views in the Dialog. Override this method to implement global key shortcuts for the Dialog. Key shortcuts can also be implemented by setting the shortcut property of menu items.

**Parameters**

*keyCode*   The value in event.getKeyCode().

*event*     Description of the key event.

**Returns**

True if the key shortcut was handled.

public boolean **onKeyUp** (int keyCode, KeyEvent event)

Since: API Level 1

A key was released.

The default implementation handles KEYCODE_BACK to close the dialog.

**Parameters**

*keyCode*   The value in event.getKeyCode().

*event*     Description of the key event.

**Returns**

If you handled the event, return true. If you want to allow the event to be handled by the next receiver, return false.

**See Also**

onKeyDown(int, KeyEvent)

KeyEvent

public boolean **onMenuItemSelected** (int featureId, MenuItem item)

Since: API Level 1

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 115 of 207

Called when a panel's menu item has been selected by the user.

**Parameters**

*featureId*   The panel that the menu is in.

*item*   The menu item that was selected.

**Returns**

boolean Return true to finish processing of selection, or false to perform the normal menu handling (calling its Runnable or sending a Message to its target Handler).

**See Also**

onMenuItemSelected(int, MenuItem)

---

public boolean **onMenuOpened** (int featureId, Menu menu)

Since: API Level 1

Called when a panel's menu is opened by the user. This may also be called when the menu is changing from one type to another (for example, from the icon menu to the expanded menu).

**Parameters**

*featureId*   The panel that the menu is in.

*menu*   The menu that is opened.

**Returns**

Return true to allow the menu to open, or false to prevent the menu from opening.

**See Also**

onMenuOpened(int, Menu)

---

public boolean **onOptionsItemSelected** (MenuItem item)

Since: API Level 1

**See Also**

onOptionsItemSelected(MenuItem)

---

public void **onOptionsMenuClosed** (Menu menu)

Since: API Level 1

**See Also**

onOptionsMenuClosed(Menu)

public void **onPanelClosed** (int featureId, Menu menu)

Since: API Level 1

Called when a panel is being closed. If another logical subsequent panel is being opened (and this panel is being closed to make room for the subsequent panel), this method will NOT be called.

**Parameters**

*featureId*    The panel that is being displayed.

*menu*    If onCreatePanelView() returned null, this is the Menu being displayed in the panel.

**See Also**

onPanelClosed(int, Menu)

public boolean **onPrepareOptionsMenu** (Menu menu)

Since: API Level 1

It is usually safe to proxy this call to the owner activity's onPrepareOptionsMenu(Menu) if the client desires the same menu for this Dialog.

**See Also**

onPrepareOptionsMenu(Menu)
getOwnerActivity()

public boolean **onPreparePanel** (int featureId, View view, Menu menu)

Since: API Level 1

Prepare a panel to be displayed. This is called right before the panel window is shown, every time it is shown.

**Parameters**

*featureId*    The panel that is being displayed.

*view*    The View that was returned by onCreatePanelView().

*menu*    If onCreatePanelView() returned null, this is the Menu being displayed in the panel.

**Returns**

boolean You must return true for the panel to be displayed; if you return false it will not be shown.

**See Also**

onPreparePanel(int, View, Menu)

public void **onRestoreInstanceState** (Bundle savedInstanceState)

Since: API Level 1

Restore the state of the dialog from a previously saved bundle. The default implementation restores the state of the dialog's view hierarchy that was saved in the default implementation of onSaveInstanceState (), so be sure to call through to super when overriding unless you want to do all restoring of state yourself.

**Parameters**

*savedInstanceState*   The state of the dialog previously saved by onSaveInstanceState ().

public Bundle **onSaveInstanceState** ()

Since: API Level 1

Saves the state of the dialog into a bundle. The default implementation saves the state of its view hierarchy, so you'll likely want to call through to super if you override this to save additional state.

**Returns**

A bundle with the state of the dialog.

public boolean **onSearchRequested** ()

Since: API Level 1

This hook is called when the user signals the desire to start a search.

**Returns**

true if search launched, false if activity refuses (blocks)

public boolean **onTouchEvent** (MotionEvent event)

Since: API Level 1

Called when a touch screen event was not handled by any of the views under it. This is most useful to process touch events that happen outside of your window bounds, where there is no view to receive it.

**Parameters**

*event*   The touch screen event being processed.

**Returns**

Return true if you have consumed the event, false if you haven't. The default implementation will cancel the dialog when a touch happens outside of the window bounds.

public boolean **onTrackballEvent** (MotionEvent event)

Since: API Level 1

Called when the trackball was moved and not handled by any of the views inside of the activity. So, for example, if the trackball moves while focus is on a button, you will receive a call here because buttons do not normally do anything with trackball events. The call here happens *before* trackball movements are converted to DPAD key events, which then get sent back to the view hierarchy, and will be processed at the point for things like focus navigation.

**Parameters**

*event*   The trackball event being processed.

**Returns**

Return true if you have consumed the event, false if you haven't. The default implementation always returns false.

---

public void **onWindowAttributesChanged** (WindowManager.LayoutParams params)    Since: API Level 1

This is called whenever the current window attributes change.

---

public void **onWindowFocusChanged** (boolean hasFocus)    Since: API Level 1

This hook is called whenever the window focus changes. See `View.onWindowFocusChanged(boolean)` for more information.

**Parameters**

*hasFocus*   Whether the window now has focus.

---

public ActionMode **onWindowStartingActionMode** (ActionMode.Callback callback)    Since: API Level 11

Called when an action mode is being started for this window. Gives the callback an opportunity to handle the action mode in its own unique and beautiful way. If this method returns null the system can choose a way to present the mode or choose not to start the mode at all.

**Parameters**

*callback*   Callback to control the lifecycle of this action mode

**Returns**

The ActionMode that was started, or null if the system should present it

---

public void **openContextMenu** (View view)    Since: API Level 1

**See Also**

openContextMenu(View)

---

public void **openOptionsMenu** ()    Since: API Level 1

**See Also**

openOptionsMenu()

---

public void **registerForContextMenu** (View view)

Since: API Level 1

**See Also**

registerForContextMenu(View)

public final boolean **requestWindowFeature** (int featureId)

Since: API Level 1

Enable extended window features. This is a convenience for calling getWindow().requestFeature().

**Parameters**

*featureId*    The desired feature as defined in Window.

**Returns**

Returns true if the requested feature is supported and now enabled.

**See Also**

requestFeature(int)

public void **setCancelMessage** (Message msg)

Since: API Level 1

Set a message to be sent when the dialog is canceled.

**Parameters**

*msg*    The msg to send when the dialog is canceled.

**See Also**

setOnCancelListener(android.content.DialogInterface.OnCancelListener)

public void **setCancelable** (boolean flag)

Since: API Level 1

Sets whether this dialog is cancelable with the BACK key.

public void **setCanceledOnTouchOutside** (boolean cancel)

Since: API Level 1

Sets whether this dialog is canceled when touched outside the window's bounds. If setting to true, the dialog is set to be cancelable if not already set.

**Parameters**

*cancel*    Whether the dialog should be canceled when touched outside the window.

public void **setContentView** (View view)

Since: API Level 1

Set the screen content to an explicit view. This view is placed directly into the screen's view hierarchy. It can itself be a complex view hierarhcy.

**Parameters**

*view*   The desired content to display.

public void **setContentView** (int layoutResID)

Since: API Level 1

Set the screen content from a layout resource. The resource will be inflated, adding all top-level views to the screen.

**Parameters**

*layoutResID*   Resource ID to be inflated.

public void **setContentView** (View view, ViewGroup.LayoutParams params)

Since: API Level 1

Set the screen content to an explicit view. This view is placed directly into the screen's view hierarchy. It can itself be a complex view hierarchy.

**Parameters**

*view*    The desired content to display.
*params*   Layout parameters for the view.

public void **setDismissMessage** (Message msg)

Since: API Level 1

Set a message to be sent when the dialog is dismissed.

**Parameters**

*msg*    The msg to send when the dialog is dismissed.

public final void **setFeatureDrawable** (int featureId, Drawable drawable)

Since: API Level 1

Convenience for calling setFeatureDrawable(int, Drawable).

public final void **setFeatureDrawableAlpha** (int featureId, int alpha)

Since: API Level 1

Convenience for calling setFeatureDrawableAlpha(int, int).

public final void **setFeatureDrawableResource** (int featureId, int resId)

Since: API Level 1

Convenience for calling setFeatureDrawableResource(int, int).

public final void **setFeatureDrawableUri** (int featureId, Uri uri)                                      Since: API Level 1

Convenience for calling setFeatureDrawableUri(int, Uri).

public void **setOnCancelListener** (DialogInterface.OnCancelListener listener)                          Since: API Level 1

Set a listener to be invoked when the dialog is canceled.

This will only be invoked when the dialog is canceled, if the creator needs to know when it is dismissed in general, use setOnDismissListener (DialogInterface.OnDismissListener).

**Parameters**

*listener*     The DialogInterface.OnCancelListener to use.

public void **setOnDismissListener** (DialogInterface.OnDismissListener listener)                         Since: API Level 1

Set a listener to be invoked when the dialog is dismissed.

**Parameters**

*listener*     The DialogInterface.OnDismissListener to use.

public void **setOnKeyListener** (DialogInterface.OnKeyListener onKeyListener)                            Since: API Level 1

Sets the callback that will be called if a key is dispatched to the dialog.

public void **setOnShowListener** (DialogInterface.OnShowListener listener)                               Since: API Level 8

Sets a listener to be invoked when the dialog is shown.

**Parameters**

*listener*     The DialogInterface.OnShowListener to use.

public final void **setOwnerActivity** (Activity activity)                                                Since: API Level 1

Sets the Activity that owns this dialog. An example use: This Dialog will use the suggested volume control stream of the Activity.

**Parameters**

*activity*     The Activity that owns this dialog.

public void **setTitle** (int titleId)                                                                     Since: API Level 1

Set the title text for this dialog's window. The text is retrieved from the resources with the supplied identifier.

**Parameters**

*titleId*    the title's text resource identifier

public void **setTitle** (CharSequence title)

Since: API Level 1

Set the title text for this dialog's window.

**Parameters**

*title*    The new text to display in the title.

public final void **setVolumeControlStream** (int streamType)

Since: API Level 1

By default, this will use the owner Activity's suggested stream type.

**See Also**

setVolumeControlStream(int)
setOwnerActivity(Activity)

public void **show** ()

Since: API Level 1

Start the dialog and display it on screen. The window is placed in the application layer and opaque. Note that you should not override this method to do initialization when the dialog is shown, instead implement that in onStart ().

public void **takeKeyEvents** (boolean get)

Since: API Level 1

Request that key events come to this dialog. Use this if your dialog has no views with focus, but the dialog still wants a chance to process key events.

**Parameters**

*get*    true if the dialog should receive key events, false otherwise

**See Also**

takeKeyEvents(boolean)

public void **unregisterForContextMenu** (View view)

Since: API Level 1

**See Also**

unregisterForContextMenu(View)

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 122 of 207

## Protected Methods

protected void **onCreate** (Bundle savedInstanceState)

Since: API Level 1

Similar to onCreate(Bundle), you should initialize your dialog in this method, including calling setContentView(View).

**Parameters**

savedInstanceState    If this dialog is being reinitialized after a the hosting activity was previously shut down, holds the result from the most recent call to onSaveInstanceState(), or null if this is the first time.

protected void **onStart** ()

Since: API Level 1

Called when the dialog is starting.

protected void **onStop** ()

Since: API Level 1

Called to tell you that you're stopping.

Except as noted, this content is licensed under Apache 2.0. For details and restrictions, see the Content License.
Android 4.0 r1 - 18 Jan 2012 22:14
Site Terms of Service - Privacy Policy - Brand Guidelines

10

## developers

# Application Fundamentals

Android applications are written in the Java programming language. The Android SDK tools compile the code—along with any data and resource files—into an *Android package*, an archive file with an `.apk` suffix. All the code in a single `.apk` file is considered to be one application and is the file that Android-powered devices use to install the application.

Once installed on a device, each Android application lives in its own security sandbox:

- The Android operating system is a multi-user Linux system in which each application is a different user.

- By default, the system assigns each application a unique Linux user ID (the ID is used only by the system and is unknown to the application). The system sets permissions for all the files in an application so that only the user ID assigned to that application can access them.

- Each process has its own virtual machine (VM), so an application's code runs in isolation from other applications.

- By default, every application runs in its own Linux process. Android starts the process when any of the application's components need to be executed, then shuts down the process when it's no longer needed or when the system must recover memory for other applications.

### Quickview

- Android applications are composed of one or more application components (activities, services, content providers, and broadcast receivers)
- Each component performs a different role in the overall application behavior, and each one can be activated individually (even by other applications)
- The manifest file must declare all components in the application and should also declare all application requirements, such as the minimum version of Android required and any hardware configurations required
- Non-code application resources (images, strings, layout files, etc.) should include alternatives for different device configurations (such as different strings for different languages and different layouts for different screen sizes)

### In this document

Application Components
    Activating components
The Manifest File
    Declaring components
    Declaring application requirements
Application Resources

In this way, the Android system implements the *principle of least privilege*. That is, each application, by default, has access only to the components that it requires to do its work and no more. This creates a very secure environment in which an application cannot access parts of the system for which it is not given permission.

However, there are ways for an application to share data with other applications and for an application to access system services:

- It's possible to arrange for two applications to share the same Linux user ID, in which case they are able to access each other's files. To conserve system resources, applications with the same user ID can also arrange to run in the same Linux process and share the same VM (the applications must also be signed with the same certificate).

- An application can request permission to access device data such as the user's contacts, SMS messages, the mountable storage (SD card), camera, Bluetooth, and more. All application permissions must be granted by the user at install time.

That covers the basics regarding how an Android application exists within the system. The rest of this document introduces you to:

- The core framework components that define your application.

- The manifest file in which you declare components and required device features for your application.

- Resources that are separate from the application code and allow your application to gracefully optimize its behavior for a variety of device configurations.

# Application Components

Application components are the essential building blocks of an Android application. Each component is a different point through which the system can enter your application. Not all components are actual entry points for the user and some depend on each other, but each one exists as its own entity and plays a specific role—each one is a unique building block that helps define your application's overall behavior.

There are four different types of application components. Each type serves a distinct purpose and has a distinct lifecycle that defines how the component is created and destroyed.

Here are the four types of application components:

### Activities

An *activity* represents a single screen with a user interface. For example, an email application might have one activity that shows a list of new emails, another activity to compose an email, and another activity for reading emails. Although the activities work together to form a cohesive user experience in the email application, each one is independent of the others. As such, a different application can start any one of these activities (if the email application allows it). For example, a camera application can start the activity in the email application that composes new mail, in order for the user to share a picture.

An activity is implemented as a subclass of `Activity` and you can learn more about it in the <u>Activities</u> developer guide.

### Services

A *service* is a component that runs in the background to perform long-running operations or to perform work for remote processes. A service does not provide a user interface. For example, a service might play music in the background while the user is in a different application, or it might fetch data over the network without blocking user interaction with an activity. Another component, such as an activity, can start the service and let it run or bind to it in order to interact with it.

A service is implemented as a subclass of `Service` and you can learn more about it in the <u>Services</u> developer guide.

### Content providers

A *content provider* manages a shared set of application data. You can store the data in the file system, an SQLite database, on the web, or any other persistent storage location your application can access. Through the content provider, other applications can query or even modify the data (if the content provider allows it). For example, the Android system provides a content provider that manages the user's contact information. As such, any application with the proper permissions can query part of the content provider (such as `ContactsContract.Data`) to read and write information about a particular person.

Content providers are also useful for reading and writing data that is private to your application and not shared. For example, the <u>Note Pad</u> sample application uses a content provider to save notes.

A content provider is implemented as a subclass of `ContentProvider` and must implement a standard set of APIs that enable other applications to perform transactions. For more information, see the <u>Content Providers</u> developer guide.

### Broadcast receivers

A *broadcast receiver* is a component that responds to system-wide broadcast announcements. Many broadcasts originate from the system—for example, a broadcast announcing that the screen has turned off, the battery is low, or a picture was captured. Applications can also initiate broadcasts—for example, to let other applications know that

some data has been downloaded to the device and is available for them to use. Although broadcast receivers don't display a user interface, they may create a status bar notification to alert the user when a broadcast event occurs. More commonly, though, a broadcast receiver is just a "gateway" to other components and is intended to do a very minimal amount of work. For instance, it might initiate a service to perform some work based on the event.

A broadcast receiver is implemented as a subclass of `BroadcastReceiver` and each broadcast is delivered as an `Intent` object. For more information, see the `BroadcastReceiver` class.

A unique aspect of the Android system design is that any application can start another application's component. For example, if you want the user to capture a photo with the device camera, there's probably another application that does that and your application can use it, instead of developing an activity to capture a photo yourself. You don't need to incorporate or even link to the code from the camera application. Instead, you can simply start the activity in the camera application that captures a photo. When complete, the photo is even returned to your application so you can use it. To the user, it seems as if the camera is actually a part of your application.

When the system starts a component, it starts the process for that application (if it's not already running) and instantiates the classes needed for the component. For example, if your application starts the activity in the camera application that captures a photo, that activity runs in the process that belongs to the camera application, not in your application's process. Therefore, unlike applications on most other systems, Android applications don't have a single entry point (there's no `main()` function, for example).

Because the system runs each application in a separate process with file permissions that restrict access to other applications, your application cannot directly activate a component from another application. The Android system, however, can. So, to activate a component in another application, you must deliver a message to the system that specifies your *intent* to start a particular component. The system then activates the component for you.

## Activating Components

Three of the four component types—activities, services, and broadcast receivers—are activated by an asynchronous message called an *intent*. Intents bind individual components to each other at runtime (you can think of them as the messengers that request an action from other components), whether the component belongs to your application or another.

An intent is created with an `Intent` object, which defines a message to activate either a specific component or a specific *type* of component—an intent can be either explicit or implicit, respectively.

For activities and services, an intent defines the action to perform (for example, to "view" or "send" something) and may specify the URI of the data to act on (among other things that the component being started might need to know). For example, an intent might convey a request for an activity to show an image or to open a web page. In some cases, you can start an activity to receive a result, in which case, the activity also returns the result in an `Intent` (for example, you can issue an intent to let the user pick a personal contact and have it returned to you—the return intent includes a URI pointing to the chosen contact).

For broadcast receivers, the intent simply defines the announcement being broadcast (for example, a broadcast to indicate the device battery is low includes only a known action string that indicates "battery is low").

The other component type, content provider, is not activated by intents. Rather, it is activated when targeted by a request from a `ContentResolver`. The content resolver handles all direct transactions with the content provider so that the component that's performing transactions with the provider doesn't need to and instead calls methods on the `ContentResolver` object. This leaves a layer of abstraction between the content provider and the component requesting information (for security).

There are separate methods for activiting each type of component:

- You can start an activity (or give it something new to do) by passing an `Intent` to `startActivity()` or `startActivityForResult()` (when you want the activity to return a result).

- You can start a service (or give new instructions to an ongoing service) by passing an `Intent` to `startService()`. Or you can bind to the service by passing an `Intent` to `bindService()`.
- You can initiate a broadcast by passing an `Intent` to methods like `sendBroadcast()`, `sendOrderedBroadcast()`, or `sendStickyBroadcast()`.
- You can perform a query to a content provider by calling `query()` on a `ContentResolver`.

For more information about using intents, see the Intents and Intent Filters document. More information about activating specific components is also provided in the following documents: Activities, Services, `BroadcastReceiver` and Content Providers.

## The Manifest File

Before the Android system can start an application component, the system must know that the component exists by reading the application's `AndroidManifest.xml` file (the "manifest" file). Your application must declare all its components in this file, which must be at the root of the application project directory.

The manifest does a number of things in addition to declaring the application's components, such as:

- Identify any user permissions the application requires, such as Internet access or read-access to the user's contacts.
- Declare the minimum API Level required by the application, based on which APIs the application uses.
- Declare hardware and software features used or required by the application, such as a camera, bluetooth services, or a multitouch screen.
- API libraries the application needs to be linked against (other than the Android framework APIs), such as the Google Maps library.
- And more

## Declaring components

The primary task of the manifest is to inform the system about the application's components. For example, a manifest file can declare an activity as follows:

```xml
<?xml version="1.0" encoding="utf-8"?>
<manifest ... >
    <application android:icon="@drawable/app_icon.png" ... >
        <activity android:name="com.example.project.ExampleActivity"
                  android:label="@string/example_label" ... >
        </activity>
        ...
    </application>
</manifest>
```

In the `<application>` element, the `android:icon` attribute points to resources for an icon that identifies the application.

In the `<activity>` element, the `android:name` attribute specifies the fully qualified class name of the `Activity` subclass and the `android:label` attributes specifies a string to use as the user-visible label for the activity.

You must declare all application components this way:

- `<activity>` elements for activities
- `<service>` elements for services

- `<receiver>` elements for broadcast receivers
- `<provider>` elements for content providers

Activities, services, and content providers that you include in your source but do not declare in the manifest are not visible to the system and, consequently, can never run. However, broadcast receivers can be either declared in the manifest or created dynamically in code (as `BroadcastReceiver` objects) and registered with the system by calling `registerReceiver()`.

For more about how to structure the manifest file for your application, see the The AndroidManifest.xml File documentation.

## Declaring component capabilities

As discussed above, in Activating Components, you can use an `Intent` to start activities, services, and broadcast receivers. You can do so by explicitly naming the target component (using the component class name) in the intent. However, the real power of intents lies in the concept of intent actions. With intent actions, you simply describe the type of action you want to perform (and optionally, the data upon which you'd like to perform the action) and allow the system to find a component on the device that can perform the action and start it. If there are multiple components that can perform the action described by the intent, then the user selects which one to use.

The way the system identifies the components that can respond to an intent is by comparing the intent received to the *intent filters* provided in the manifest file of other applications on the device.

When you declare a component in your application's manifest, you can optionally include intent filters that declare the capabilities of the component so it can respond to intents from other applications. You can declare an intent filter for your component by adding an `<intent-filter>` element as a child of the component's declaration element.

For example, an email application with an activity for composing a new email might declare an intent filter in its manifest entry to respond to "send" intents (in order to send email). An activity in your application can then create an intent with the "send" action (`ACTION_SEND`), which the system matches to the email application's "send" activity and launches it when you invoke the intent with `startActivity()`.

For more about creating intent filters, see the Intents and Intent Filters document.

## Declaring application requirements

There are a variety of devices powered by Android and not all of them provide the same features and capabilities. In order to prevent your application from being installed on devices that lack features needed by your application, it's important that you clearly define a profile for the types of devices your application supports by declaring device and software requirements in your manifest file. Most of these declarations are informational only and the system does not read them, but external services such as Android Market do read them in order to provide filtering for users when they search for applications from their device.

For example, if your application requires a camera and uses APIs introduced in Android 2.1 (API Level 7), you should declare these as requirements in your manifest file. That way, devices that do *not* have a camera and have an Android version *lower* than 2.1 cannot install your application from Android Market.

However, you can also declare that your applicaiton uses the camera, but does not *require* it. In that case, your application must perform a check at runtime to determine if the device has a camera and disable any features that use the camera if one is not available.

Here are some of the important device characteristics that you should consider as you design and develop your application:

Screen size and density
> In order to categorize devices by their screen type, Android defines two characteristics for each device: screen size (the physical dimensions of the screen) and screen density (the physical density of the pixels on the screen, or dpi—

dots per inch). To simplify all the different types of screen configurations, the Android system generalizes them into select groups that make them easier to target.

The screen sizes are: small, normal, large, and extra large.
The screen densities are: low density, medium density, high density, and extra high density.

By default, your application is compatible with all screen sizes and densities, because the Android system makes the appropriate adjustments to your UI layout and image resources. However, you should create specialized layouts for certain screen sizes and provide specialized images for certain densities, using alternative layout resources, and by declaring in your manifest exactly which screen sizes your application supports with the `<supports-screens>` element.

For more information, see the Supporting Multiple Screens document.

Input configurations
Many devices provide a different type of user input mechanism, such as a hardware keyboard, a trackball, or a five-way navigation pad. If your application requires a particular kind of input hardware, then you should declare it in your manifest with the `<uses-configuration>` element. However, it is rare that an application should require a certain input configuration.

Device features
There are many hardware and software features that may or may not exist on a given Android-powered device, such as a camera, a light sensor, bluetooth, a certain version of OpenGL, or the fidelity of the touchscreen. You should never assume that a certain feature is available on all Android-powered devices (other than the availability of the standard Android library), so you should declare any features used by your application with the `<uses-feature>` element.

Platform Version
Different Android-powered devices often run different versions of the Android platform, such as Android 1.6 or Android 2.3. Each successive version often includes additional APIs not available in the previous version. In order to indicate which set of APIs are available, each platform version specifies an API Level (for example, Android 1.0 is API Level 1 and Android 2.3 is API Level 9). If you use any APIs that were added to the platform after version 1.0, you should declare the minimum API Level in which those APIs were introduced using the `<uses-sdk>` element.

It's important that you declare all such requirements for your application, because, when you distribute your application on Android Market, Market uses these declarations to filter which applications are available on each device. As such, your application should be available only to devices that meet all your application requirements.

For more information about how Android Market filters applications based on these (and other) requirements, see the Market Filters document.

# Application Resources

An Android application is composed of more than just code—it requires resources that are separate from the source code, such as images, audio files, and anything relating to the visual presentation of the application. For example, you should define animations, menus, styles, colors, and the layout of activity user interfaces with XML files. Using application resources makes it easy to update various characteristics of your application without modifying code and—by providing sets of alternative resources—enables you to optimize your application for a variety of device configurations (such as different languages and screen sizes).

For every resource that you include in your Android project, the SDK build tools define a unique integer ID, which you can use to reference the resource from your application code or from other resources defined in XML. For example, if your application contains an image file named `logo.png` (saved in the `res/drawable/` directory), the SDK tools generate a resource ID named `R.drawable.logo`, which you can use to reference the image and insert it in your user interface.

One of the most important aspects of providing resources separate from your source code is the ability for you to provide alternative resources for different device configurations. For example, by defining UI strings in XML, you can translate the strings into other languages and save those strings in separate files. Then, based on a language *qualifier* that you append to the resource directory's name (such as `res/values-fr/` for French string values) and the user's language setting, the Android system applies the appropriate language strings to your UI.

Android supports many different *qualifiers* for your alternative resources. The qualifier is a short string that you include in the name of your resource directories in order to define the device configuration for which those resources should be used. As another example, you should often create different layouts for your activities, depending on the device's screen orientation and size. For example, when the device screen is in portrait orientation (tall), you might want a layout with buttons to be vertical, but when the screen is in landscape orientation (wide), the buttons should be aligned horizontally. To change the layout depending on the orientation, you can define two different layouts and apply the appropriate qualifier to each layout's directory name. Then, the system automatically applies the appropriate layout depending on the current device orientation.

For more about the different kinds of resources you can include in your application and how to create alternative resources for various device configurations, see the Application Resources developer guide.

Except as noted, this content is licensed under Apache 2.0. For details and restrictions, see the Content License.
Android 4.0 r1 - 18 Jan 2012 22:14
Site Terms of Service - Privacy Policy - Brand Guidelines

↑ Go to top

Activity | Android Developers

CR249S
developers

public class
# Activity

extends ContextThemeWrapper
implements ComponentCallbacks2 KeyEvent.Callback LayoutInflater.Factory2 View.OnCreateContextMenuListener Window.Callback

java.lang.Object
&#x21B3;android.content.Context
  &#x21B3;android.content.ContextWrapper
    &#x21B3;android.view.ContextThemeWrapper
     &#x21B3; android.app.Activity

&#x25B6;Known Direct Subclasses
AccountAuthenticatorActivity, ActivityGroup, AliasActivity, ExpandableListActivity, FragmentActivity, ListActivity, NativeActivity

&#x25B6;Known Indirect Subclasses
LauncherActivity, PreferenceActivity, TabActivity

## Class Overview

An activity is a single, focused thing that the user can do. Almost all activities interact with the user, so the Activity class takes care of creating a window for you in which you can place your UI with `setContentView(View)`. While activities are often presented to the user as full-screen windows, they can also be used in other ways: as floating windows (via a theme with `windowIsFloating` set) or embedded inside of another activity (using `ActivityGroup`). There are two methods almost all subclasses of Activity will implement:

- `onCreate(Bundle)` is where you initialize your activity. Most importantly, here you will usually call `setContentView(int)` with a layout resource defining your UI, and using `findViewById(int)` to retrieve the widgets in that UI that you need to interact with programmatically.

- `onPause()` is where you deal with the user leaving your activity. Most importantly, any changes made by the user should at this point be committed (usually to the `ContentProvider` holding the data).

To be of use with `Context.startActivity()`, all activity classes must have a corresponding `<activity>` declaration in their package's `AndroidManifest.xml`.

Topics covered here:

1. Fragments
2. Activity Lifecycle
3. Configuration Changes
4. Starting Activities and Getting Results
5. Saving Persistent State
6. Permissions
7. Process Lifecycle

**Developer Guides**

The Activity class is an important part of an application's overall lifecycle, and the way activities are launched and put together is a fundamental part of the platform's application model. For a detailed perspective on the structure of an Android application and how activities behave, please read the Application Fundamentals and Tasks and Back Stack developer guides.

You can also find a detailed discussion about how to create activities in the Activities developer guide.

## Fragments

Starting with HONEYCOMB, Activity implementations can make use of the Fragment class to better modularize their code, build more sophisticated user interfaces for larger screens, and help scale their application between small and large screens.

## Activity Lifecycle

Activities in the system are managed as an *activity stack*. When a new activity is started, it is placed on the top of the stack and becomes the running activity -- the previous activity always remains below it in the stack, and will not come to the foreground again until the new activity exits.

An activity has essentially four states:

- If an activity in the foreground of the screen (at the top of the stack), it is *active* or *running*.
- If an activity has lost focus but is still visible (that is, a new non-full-sized or transparent activity has focus on top of your activity), it is *paused*. A paused activity is completely alive (it maintains all state and member information and remains attached to the window manager), but can be killed by the system in extreme low memory situations.
- If an activity is completely obscured by another activity, it is *stopped*. It still retains all state and member information, however, it is no longer visible to the user so its window is hidden and it will often be killed by the system when memory is needed elsewhere.

- If an activity is paused or stopped, the system can drop the activity from memory by either asking it to finish, or simply killing its process. When it is displayed again to the user, it must be completely restarted and restored to its previous state.

The following diagram shows the important state paths of an Activity. The square rectangles represent callback methods you can implement to perform operations when the Activity moves between states. The colored ovals are major states the Activity can be in.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 136 of 207

Activity | Android Developers



There are three key loops you may be interested in monitoring within your activity:

- The **entire lifetime** of an activity happens between the first call to onCreate(Bundle) through to a single final call to onDestroy(). An activity will do all setup of "global" state in onCreate(), and release all remaining resources in onDestroy(). For example, if it has a thread running in the background to download data from the network, it may create that thread in onCreate() and then stop the thread in onDestroy().

- The **visible lifetime** of an activity happens between a call to onStart() until a corresponding call to onStop(). During this time the user can see the activity on-screen, though it may not be in the foreground and interacting with the user. Between these two methods you can maintain resources that are needed to show the activity to the user. For example, you can register a BroadcastReceiver in onStart() to monitor for changes that impact your UI, and unregister it in onStop() when the user an no longer see what you are displaying. The onStart() and onStop() methods can be called multiple times, as the activity becomes visible and hidden to the user.

- The **foreground lifetime** of an activity happens between a call to onResume() until a corresponding call to onPause(). During this time the activity is in front of all other activities and interacting with the user. An activity can frequently go between the resumed and paused states -- for example when the device goes to sleep, when an activity result is delivered, when a new intent is delivered -- so the code in these methods should be fairly lightweight.

The entire lifecycle of an activity is defined by the following Activity methods. All of these are hooks that you can override to do appropriate work when the activity changes state. All activities will implement onCreate(Bundle) to do their initial setup; many will also implement onPause() to commit changes to data and otherwise prepare to stop interacting with the user. You should always call up to your superclass when implementing these methods.

```
public class Activity extends ApplicationContext {
    protected void onCreate(Bundle savedInstanceState);

    protected void onStart();

    protected void onRestart();

    protected void onResume();

    protected void onPause();

    protected void onStop();

    protected void onDestroy();
}
```

In general the movement through an activity's lifecycle looks like this:

| Method | Description | Killable? | Next |
|---|---|---|---|
| onCreate () | Called when the activity is first created. This is where you should do all of your normal static set up: create views, bind data to lists, etc. This method also provides you with a Bundle containing the activity's previously frozen state, if there was one.<br>Always followed by onStart (). | No | onStart () |
| onRestart () | Called after your activity has been stopped, prior to it being started again.<br>Always followed by onStart () | No | onStart () |
| onStart () | Called when the activity is becoming visible to the user.<br>Followed by onResume () if the activity comes to the foreground, or onStop () if it becomes hidden. | No | onResume () or onStop () |
| onResume () | Called when the activity will start interacting with the user. At this point your activity is at the top of the activity stack, with user input going to it.<br>Always followed by onPause (). | No | onPause () |
| onPause () | Called when the system is about to start resuming a previous activity. This is typically used to commit unsaved changes to persistent data, stop animations and other things that may be consuming CPU, etc. Implementations of this method must be very quick because the next activity will not be resumed until this method returns.<br>Followed by either onResume () if the activity returns back to the front, or onStop () if it becomes invisible to the user. | **Pre-HONEYCOMB** | onResume () or onStop () |
| onStop () | Called when the activity is no longer visible to the user, because another activity has been resumed and is covering this one. This may happen either because a new activity is being started, an existing one is being brought in front of this one, or this one is being destroyed.<br>Followed by either onRestart () if this activity is coming back to interact with the user, or onDestroy () if this activity is going away. | **Yes** | onRestart () or onDestroy () |

| Method | Description | Killable? | Next |
|---|---|---|---|
| onDestroy() | The final call you receive before your activity is destroyed. This can happen either because the activity is finishing (someone called finish() on it, or because the system is temporarily destroying this instance of the activity to save space. You can distinguish between these two scenarios with the isFinishing() method. | Yes | nothing |

Note the "Killable" column in the above table -- for those methods that are marked as being killable, after that method returns the process hosting the activity may be killed by the system *at any time* without another line of its code being executed. Because of this, you should use the onPause() method to write any persistent data (such as user edits) to storage. In addition, the method onSaveInstanceState(Bundle) is called before placing the activity in such a background state, allowing you to save away any dynamic instance state in your activity into the given Bundle, to be later received in onCreate(Bundle) if the activity needs to be re-created. See the Process Lifecycle section for more information on how the lifecycle of a process is tied to the activities it is hosting. Note that it is important to save persistent data in onPause() instead of onSaveInstanceState(Bundle) because the latter is not part of the lifecycle callbacks, so will not be called in every situation as described in its documentation.

> Be aware that these semantics will change slightly between applications targeting platforms starting with HONEYCOMB vs. those targeting prior platforms. Starting with Honeycomb, an application is not in the killable state until its onStop() has returned. This impacts when onSaveInstanceState(Bundle) may be called (it may be safely called after onPause() and allows and application to safely wait until onStop() to save persistent state.

For those methods that are not marked as being killable, the activity's process will not be killed by the system starting from the time the method is called and continuing after it returns. Thus an activity is in the killable state, for example, between after onPause() to the start of onResume().

## Configuration Changes

If the configuration of the device (as defined by the Resources.Configuration class) changes, then anything displaying a user interface will need to update to match that configuration. Because Activity is the primary mechanism for interacting with the user, it includes special support for handling configuration changes.

Unless you specify otherwise, a configuration change (such as a change in screen orientation, language, input devices, etc) will cause your current activity to be *destroyed*, going through the normal activity lifecycle process of onPause(), onStop(), and onDestroy() as appropriate. If the activity had been in the foreground or visible to the user, once onDestroy() is called in that instance then a new instance of the activity will be created, with whatever savedInstanceState the previous instance had generated from onSaveInstanceState(Bundle).

This is done because any application resource, including layout files, can change based on any configuration value. Thus the only safe way to handle a configuration change is to re-retrieve all resources, including layouts, drawables, and strings. Because activities must already know how to save their state and re-create themselves from that state, this is a convenient way to have an activity restart itself with a new configuration.

In some special cases, you may want to bypass restarting of your activity based on one or more types of configuration changes. This is done with the android:configChanges attribute in its manifest. For any types of configuration changes you say that you handle there, you will receive a call to your

current activity's onConfigurationChanged(Configuration) method instead of being restarted. If a configuration change involves any that you do not handle, however, the activity will still be restarted and onConfigurationChanged(Configuration) will not be called.

## Starting Activities and Getting Results

The startActivity(Intent) method is used to start a new activity, which will be placed at the top of the activity stack. It takes a single argument, an Intent, which describes the activity to be executed.

Sometimes you want to get a result back from an activity when it ends. For example, you may start an activity that lets the user pick a person in a list of contacts; when it ends, it returns the person that was selected. To do this, you call the startActivityForResult(Intent, int) version with a second integer parameter identifying the call. The result will come back through your onActivityResult(int, int, Intent) method.

When an activity exits, it can call setResult(int) to return data back to its parent. It must always supply a result code, which can be the standard results RESULT_CANCELED, RESULT_OK, or any custom values starting at RESULT_FIRST_USER. In addition, it can optionally return back an Intent containing any additional data it wants. All of this information appears back on the parent's Activity.onActivityResult(), along with the integer identifier it originally supplied.

If a child activity fails for any reason (such as crashing), the parent activity will receive a result with the code RESULT_CANCELED.

```
public class MyActivity extends Activity {
    ...

    static final int PICK_CONTACT_REQUEST = 0;

    protected boolean onKeyDown(int keyCode, KeyEvent event) {
        if (keyCode == KeyEvent.KEYCODE_DPAD_CENTER) {
            // When the user center presses, let them pick a contact.
            startActivityForResult(
                new Intent(Intent.ACTION_PICK,
                    new Uri("content://contacts")),
                PICK_CONTACT_REQUEST);
            return true;
        }
        return false;
    }

    protected void onActivityResult(int requestCode, int resultCode,
            Intent data) {
        if (requestCode == PICK_CONTACT_REQUEST) {
            if (resultCode == RESULT_OK) {
                // A contact was picked.  Here we will just display it
                // to the user.
```

```
            }
          }
        }

        startActivity(new Intent(Intent.ACTION_VIEW, data));
      }
```

## Saving Persistent State

There are generally two kinds of persistent state than an activity will deal with: shared document-like data (typically stored in a SQLite database using a content provider) and internal state such as user preferences.

For content provider data, we suggest that activities use a "edit in place" user model. That is, any edits a user makes are effectively made immediately without requiring an additional confirmation step. Supporting this model is generally a simple matter of following two rules:

- When creating a new document, the backing database entry or file for it is created immediately. For example, if the user chooses to write a new e-mail, a new entry for that e-mail is created as soon as they start entering data, so that if they go to any other activity after that point this e-mail will now appear in the list of drafts.

- When an activity's onPause() method is called, it should commit to the backing content provider or file any changes the user has made. This ensures that those changes will be seen by any other activity that is about to run. You will probably want to commit your data even more aggressively at key times during your activity's lifecycle: for example before starting a new activity, before finishing your own activity, when the user switches between input fields, etc.

This model is designed to prevent data loss when a user is navigating between activities, and allows the system to safely kill an activity (because system resources are needed somewhere else) at any time after it has been paused. Note this implies that the user pressing BACK from your activity does *not* mean "cancel" -- it means to leave the activity with its current contents saved away. Canceling edits in an activity must be provided through some other mechanism, such as an explicit "revert" or "undo" option.

See the content package for more information about content providers. These are a key aspect of how different activities invoke and propagate data between themselves.

The Activity class also provides an API for managing internal persistent state associated with an activity. This can be used, for example, to remember the user's preferred initial display in a calendar (day view or week view) or the user's default home page in a web browser.

Activity persistent state is managed with the method getPreferences(int), allowing you to retrieve and modify a set of name/value pairs associated with the activity. To use preferences that are shared across multiple application components (activities, receivers, services, providers), you can use the underlying Context.getSharedPreferences() method to retrieve a preferences object stored under a specific name. (Note that it is not possible to share settings data across application packages -- for that you will need a content provider.)

Here is an excerpt from a calendar activity that stores the user's preferred view mode in its persistent settings:

```
public class CalendarActivity extends Activity {
    ...

    static final int DAY_VIEW_MODE = 0;
    static final int WEEK_VIEW_MODE = 1;

    private SharedPreferences mPrefs;
    private int mCurViewMode;

    protected void onCreate(Bundle savedInstanceState) {
        super.onCreate(savedInstanceState);

        SharedPreferences mPrefs = getSharedPreferences();
        mCurViewMode = mPrefs.getInt("view_mode" DAY_VIEW_MODE);
    }

    protected void onPause() {
        super.onPause();

        SharedPreferences.Editor ed = mPrefs.edit();
        ed.putInt("view_mode", mCurViewMode);
        ed.commit();
    }
}
```

## Permissions

The ability to start a particular Activity can be enforced when it is declared in its manifest's <u><activity></u> tag. By doing so, other applications will need to declare a corresponding <u><uses-permission></u> element in their own manifest to be able to start that activity.

See the <u>Security and Permissions</u> document for more information on permissions and security in general.

## Process Lifecycle

The Android system attempts to keep application process around for as long as possible, but eventually will need to remove old processes when memory runs low. As described in <u>Activity Lifecycle</u>, the decision about which process to remove is intimately tied to the state of the user's interaction with it. In general, there are four states a process can be in based on the activities running in it, listed here in order of importance. The system will kill less important processes (the last ones) before it resorts to killing more important processes (the first ones).

1. The **foreground activity** (the activity at the top of the screen that the user is currently interacting with) is considered the most important. Its process will only be killed as a last resort, if it uses more memory than is available on the device. Generally at this point the device has reached a memory paging state, so this is required in order to keep the user interface responsive.

2. A **visible activity** (an activity that is visible to the user but not in the foreground, such as one sitting behind a foreground dialog) is considered extremely important and will not be killed unless that is required to keep the foreground activity running.

3. A **background activity** (an activity that is not visible to the user and has been paused) is no longer critical, so the system may safely kill its process to reclaim memory for other foreground or visible processes. If its process needs to be killed, when the user navigates back to the activity (making it visible on the screen again), its onCreate(Bundle) method will be called with the savedInstanceState it had previously supplied in onSaveInstanceState(Bundle) so that it can restart itself in the same state as the user last left it.

4. An **empty process** is one hosting no activities or other application components (such as Service or BroadcastReceiver classes). These are killed very quickly by the system as memory becomes low. For this reason, any background operation you do outside of an activity must be executed in the context of an activity BroadcastReceiver or Service to ensure that the system knows it needs to keep your process around.

Sometimes an Activity may need to do a long-running operation that exists independently of the activity lifecycle itself. An example may be a camera application that allows you to upload a picture to a web site. The upload may take a long time, and the application should allow the user to leave the application will it is executing. To accomplish this, your Activity should start a Service in which the upload takes place. This allows the system to properly prioritize your process (considering it to be more important than other non-visible applications) for the duration of the upload, independent of whether the original activity is paused, stopped, or finished.

# Summary

**Constants**

| | | |
|---|---|---|
| int | DEFAULT_KEYS_DIALER | Use with `setDefaultKeyMode(int)` to launch the dialer during default key handling. |
| int | DEFAULT_KEYS_DISABLE | Use with `setDefaultKeyMode(int)` to turn off default handling of keys. |
| int | DEFAULT_KEYS_SEARCH_GLOBAL | Use with `setDefaultKeyMode(int)` to specify that unhandled keystrokes will start a global search (typically web search, but some platforms may define alternate methods for global search) See `android.app.SearchManager` for more details. |
| int | DEFAULT_KEYS_SEARCH_LOCAL | Use with `setDefaultKeyMode(int)` to specify that unhandled keystrokes will start an application-defined search. |
| int | DEFAULT_KEYS_SHORTCUT | Use with `setDefaultKeyMode(int)` to execute a menu shortcut in default key handling. |
| int | RESULT_CANCELED | Standard activity result: operation canceled. |
| int | RESULT_FIRST_USER | Start of user-defined activity results. |
| int | RESULT_OK | Standard activity result: operation succeeded. |

**Inherited Constants**                                                              [Expand]

▶ From class android.content.Context

▶ From interface android.content.ComponentCallbacks2

**Fields**

| | |
|---|---|
| protected static final int[] | FOCUSED_STATE_SET |

**Public Constructors**

Activity()

Activity | Android Developers

Page 13 of 75

**Public Methods**

| | |
|---|---|
| void | addContentView(View view, ViewGroup.LayoutParams params)<br>Add an additional content view to the activity. |
| void | closeContextMenu ()<br>Programmatically closes the most recently opened context menu, if showing. |
| void | closeOptionsMenu ()<br>Programmatically closes the options menu. |
| PendingIntent | createPendingResult (int requestCode, Intent data, int flags)<br>Create a new PendingIntent object which you can hand to others for them to use to send result data back to your onActivityResult<br>(int, int, Intent) callback. |
| final void | dismissDialog (int id)<br>*This method is deprecated. Use the new DialogFragment class with FragmentManager instead; this is also available on older<br>platforms through the Android compatibility package.* |
| boolean | dispatchGenericMotionEvent (MotionEvent ev)<br>Called to process generic motion events. |
| boolean | dispatchKeyEvent (KeyEvent event)<br>Called to process key events. |
| boolean | dispatchKeyShortcutEvent (KeyEvent event)<br>Called to process a key shortcut event. |
| boolean | dispatchPopulateAccessibilityEvent (AccessibilityEvent event)<br>Called to process population of AccessibilityEvents. |
| boolean | dispatchTouchEvent (MotionEvent ev)<br>Called to process touch screen events. |
| boolean | dispatchTrackballEvent (MotionEvent ev)<br>Called to process trackball events. |
| void | dump (String prefix, FileDescriptor fd, PrintWriter writer, String[] args)<br>Print the Activity's state into the given stream. |
| View | findViewById (int id)<br>Finds a view that was identified by the id attribute from the XML that was processed in onCreate (Bundle). |
| void | finish ()<br>Call this when your activity is done and should be closed. |

http://developer.android.com/reference/android/app/Activity.html

1/20/2012

| | |
|---|---|
| void | finishActivity (int requestCode)<br>Force finish another activity that you had previously started with `startActivityForResult (Intent, int).` |
| void | finishActivityFromChild (Activity child, int requestCode)<br>This is called when a child activity of this one calls its finishActivity(). |
| void | finishFromChild (Activity child)<br>This is called when a child activity of this one calls its `finish ()` method. |
| ActionBar | getActionBar ()<br>Retrieve a reference to this activity's ActionBar. |
| final Application | getApplication ()<br>Return the application that owns this activity. |
| ComponentName | getCallingActivity ()<br>Return the name of the activity that invoked this activity. |
| String | getCallingPackage ()<br>Return the name of the package that invoked this activity. |
| int | getChangingConfigurations ()<br>If this activity is being destroyed because it can not handle a configuration parameter being changed (and thus its `onConfigurationChanged (Configuration)` method is *not* being called), then you can use this method to discover the set of changes that have occurred while in the process of being destroyed. |
| ComponentName | getComponentName ()<br>Returns complete component name of this activity. |
| View | getCurrentFocus ()<br>Calls `getCurrentFocus ()` on the Window of this Activity to return the currently focused view. |
| FragmentManager | getFragmentManager ()<br>Return the FragmentManager for interacting with fragments associated with this activity. |
| Intent | getIntent ()<br>Return the intent that started this activity. |
| Object | getLastNonConfigurationInstance ()<br>*This method is deprecated. Use the new* Fragment *API* setRetainInstance (boolean) *instead; this is also available on older platforms through the Android compatibility package.* |
| LayoutInflater | getLayoutInflater ()<br>Convenience for calling `getLayoutInflater ().` |

| | |
|---|---|
| LoaderManager | getLoaderManager ()<br>Return the LoaderManager for this fragment, creating it if needed. |
| String | getLocalClassName ()<br>Returns class name for this activity with the package prefix removed. |
| MenuInflater | getMenuInflater ()<br>Returns a `MenuInflater` with this context. |
| final Activity | getParent ()<br>Return the parent activity if this view is an embedded child. |
| SharedPreferences | getPreferences (int mode)<br>Retrieve a `SharedPreferences` object for accessing preferences that are private to this activity. |
| int | getRequestedOrientation ()<br>Return the current requested orientation of the activity. |
| Object | getSystemService (String name)<br>Return the handle to a system-level service by name. |
| int | getTaskId ()<br>Return the identifier of the task this activity is in. |
| final CharSequence | getTitle ()<br> |
| final int | getTitleColor ()<br> |
| final int | getVolumeControlStream ()<br>Gets the suggested audio stream whose volume should be changed by the hardware volume controls. |
| Window | getWindow ()<br>Retrieve the current `Window` for the activity. |
| WindowManager | getWindowManager ()<br>Retrieve the window manager for showing custom windows. |
| boolean | hasWindowFocus ()<br>Returns true if this activity's *main* window currently has window focus. |
| void | invalidateOptionsMenu ()<br>Declare that the options menu has changed, so should be recreated. |
| boolean | isChangingConfigurations ()<br>Check to see whether this activity is in the process of being destroyed in order to be recreated with a new configuration. |

| final boolean | isChild () |
| | Is this activity embedded inside of another activity? |
| boolean | isFinishing () |
| | Check to see whether this activity is in the process of finishing, either because you called `finish()` on it or someone else has requested that it finished. |
| boolean | isTaskRoot () |
| | Return whether this activity is the root of a task. |
| final Cursor | managedQuery (Uri uri, String[] projection, String selection, String[] selectionArgs, String sortOrder) |
| | *This method is deprecated. Use `CursorLoader` instead.* |
| boolean | moveTaskToBack (boolean nonRoot) |
| | Move the task containing this activity to the back of the activity stack. |
| void | onActionModeFinished (ActionMode mode) |
| | Notifies the activity that an action mode has finished. |
| void | onActionModeStarted (ActionMode mode) |
| | Notifies the Activity that an action mode has been started. |
| void | onAttachFragment (Fragment fragment) |
| | Called when a Fragment is being attached to this activity, immediately after the call to its `Fragment.onAttach()` method and before `Fragment.onCreate()`. |
| void | onAttachedToWindow () |
| | Called when the main window associated with the activity has been attached to the window manager. |
| void | onBackPressed () |
| | Called when the activity has detected the user's press of the back key. |
| void | onConfigurationChanged (Configuration newConfig) |
| | Called by the system when the device configuration changes while your activity is running. |
| void | onContentChanged () |
| | This hook is called whenever the content view of the screen changes (due to a call to `Window.setContentView` or `Window.addContentView`). |
| boolean | onContextItemSelected (MenuItem item) |
| | This hook is called whenever an item in a context menu is selected. |
| void | onContextMenuClosed (Menu menu) |
| | This hook is called whenever the context menu is being closed (either by the user canceling the menu with the back/menu button, or when an item is selected). |

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 149 of 207

| | |
|---|---|
| void | onCreateContextMenu (ContextMenu menu, View v, ContextMenu.ContextMenuInfo menuInfo)<br>Called when a context menu for the `view` is about to be shown. |
| CharSequence | onCreateDescription ()<br>Generate a new description for this activity. |
| boolean | onCreateOptionsMenu (Menu menu)<br>Initialize the contents of the Activity's standard options menu. |
| boolean | onCreatePanelMenu (int featureId, Menu menu)<br>Default implementation of onCreatePanelMenu (int, Menu) for activities. |
| View | onCreatePanelView (int featureId)<br>Default implementation of onCreatePanelView (int) for activities. |
| boolean | onCreateThumbnail (Bitmap outBitmap, Canvas canvas)<br>Generate a new thumbnail for this activity. |
| View | onCreateView (View parent, String name, Context context, AttributeSet attrs)<br>Standard implementation of onCreateView (View, String, Context, AttributeSet) used when inflating with the LayoutInflater<br>returned by getSystemService (String). |
| View | onCreateView (String name, Context context, AttributeSet attrs)<br>Standard implementation of onCreateView (String, Context, AttributeSet) used when inflating with the LayoutInflater<br>returned by getSystemService (String). |
| void | onDetachedFromWindow ()<br>Called when the main window associated with the activity has been detached from the window manager. |
| boolean | onGenericMotionEvent (MotionEvent event)<br>Called when a generic motion event was not handled by any of the views inside of the activity. |
| boolean | onKeyDown (int keyCode, KeyEvent event)<br>Called when a key was pressed down and not handled by any of the views inside of the activity. |
| boolean | onKeyLongPress (int keyCode, KeyEvent event)<br>Default implementation of KeyEvent.Callback.onKeyLongPress (): always returns false (doesn't handle the event). |
| boolean | onKeyMultiple (int keyCode, int repeatCount, KeyEvent event)<br>Default implementation of KeyEvent.Callback.onKeyMultiple (): always returns false (doesn't handle the event). |
| boolean | onKeyShortcut (int keyCode, KeyEvent event)<br>Called when a key shortcut event is not handled by any of the views in the Activity. |
| boolean | onKeyUp (int keyCode, KeyEvent event)<br>Called when a key was released and not handled by any of the views inside of the activity. |

| | |
|---|---|
| void | onLowMemory ()<br>This is called when the overall system is running low on memory, and would like actively running process to try to tighten their belt. |
| boolean | onMenuItemSelected (int featureId, MenuItem item)<br>Default implementation of `onMenuItemSelected(int, MenuItem)` for activities. |
| boolean | onMenuOpened (int featureId, Menu menu)<br>Called when a panel's menu is opened by the user. |
| boolean | onOptionsItemSelected (MenuItem item)<br>This hook is called whenever an item in your options menu is selected. |
| void | onOptionsMenuClosed (Menu menu)<br>This hook is called whenever the options menu is being closed (either by the user canceling the menu with the back/menu button, or when an item is selected). |
| void | onPanelClosed (int featureId, Menu menu)<br>Default implementation of `onPanelClosed(int, Menu)` for activities. |
| boolean | onPrepareOptionsMenu (Menu menu)<br>Prepare the Screen's standard options menu to be displayed. |
| boolean | onPreparePanel (int featureId, View view, Menu menu)<br>Default implementation of `onPreparePanel(int, View, Menu)` for activities. |
| Object | onRetainNonConfigurationInstance ()<br>*This method is deprecated. Use the new Fragment API setRetainInstance(boolean) instead; this is also available on older platforms through the Android compatibility package.* |
| boolean | onSearchRequested ()<br>This hook is called when the user signals the desire to start a search. |
| boolean | onTouchEvent (MotionEvent event)<br>Called when a touch screen event was not handled by any of the views under it. |
| boolean | onTrackballEvent (MotionEvent event)<br>Called when the trackball was moved and not handled by any of the views inside of the activity. |
| void | onTrimMemory (int level)<br>Called when the operating system has determined that it is a good time for a process to trim unneeded memory from its process. |
| void | onUserInteraction ()<br>Called whenever a key, touch, or trackball event is dispatched to the activity. |
| void | onWindowAttributesChanged (WindowManager.LayoutParams params)<br>This is called whenever the current window attributes change. |

| void | onWindowFocusChanged (boolean hasFocus)<br>Called when the current `window` of the activity gains or loses focus. |
|---|---|
| ActionMode | onWindowStartingActionMode (ActionMode.Callback callback)<br>Give the Activity a chance to control the UI for an action mode requested by the system. |
| void | openContextMenu (View view)<br>Programmatically opens the context menu for a particular `view`. |
| void | openOptionsMenu ()<br>Programmatically opens the options menu. |
| void | overridePendingTransition (int enterAnim, int exitAnim)<br>Call immediately after one of the flavors of `startActivity (Intent)` or `finish ()` to specify an explicit transition animation to perform next. |
| void | recreate ()<br>Cause this Activity to be recreated with a new instance. |
| void | registerForContextMenu (View view)<br>Registers a context menu to be shown for the given view (multiple views can show the context menu). |
| final void | removeDialog (int id)<br>*This method is deprecated. Use the new `DialogFragment` class with `FragmentManager` instead; this is also available on older platforms through the Android compatibility package.* |
| final boolean | requestWindowFeature (int featureId)<br>Enable extended window features. |
| final void | runOnUiThread (Runnable action)<br>Runs the specified action on the UI thread. |
| void | setContentView (int layoutResID)<br>Set the activity content from a layout resource. |
| void | setContentView (View view)<br>Set the activity content to an explicit view. |
| void | setContentView (View view, ViewGroup.LayoutParams params)<br>Set the activity content to an explicit view. |
| final void | setDefaultKeyMode (int mode)<br>Select the default key handling for this activity. |
| final void | setFeatureDrawable (int featureId, Drawable drawable)<br>Convenience for calling `setFeatureDrawable (int, Drawable)`. |

| final void | setFeatureDrawableAlpha (int featureId, int alpha)<br>Convenience for calling setFeatureDrawableAlpha(int, int). |
|---|---|
| final void | setFeatureDrawableResource (int featureId, int resid)<br>Convenience for calling setFeatureDrawableResource(int, int). |
| final void | setFeatureDrawableUri (int featureId, Uri uri)<br>Convenience for calling setFeatureDrawableUri(int, Uri). |
| void | setFinishOnTouchOutside (boolean finish)<br>Sets whether this activity is finished when touched outside its window's bounds. |
| void | setIntent (Intent newIntent)<br>Change the intent returned by getIntent(). |
| final void | setProgress (int progress)<br>Sets the progress for the progress bars in the title. |
| final void | setProgressBarIndeterminate (boolean indeterminate)<br>Sets whether the horizontal progress bar in the title should be indeterminate (the circular is always indeterminate). |
| final void | setProgressBarIndeterminateVisibility (boolean visible)<br>Sets the visibility of the indeterminate progress bar in the title. |
| final void | setProgressBarVisibility (boolean visible)<br>Sets the visibility of the progress bar in the title. |
| void | setRequestedOrientation (int requestedOrientation)<br>Change the desired orientation of this activity. |
| final void | setResult (int resultCode)<br>Call this to set the result that your activity will return to its caller. |
| final void | setResult (int resultCode, Intent data)<br>Call this to set the result that your activity will return to its caller. |
| final void | setSecondaryProgress (int secondaryProgress)<br>Sets the secondary progress for the progress bar in the title. |
| void | setTitle (int titleId)<br>Change the title associated with this activity. |
| void | setTitle (CharSequence title)<br>Change the title associated with this activity. |
| void | setTitleColor (int textColor) |

| | |
|---|---|
| void | setVisible (boolean visible)<br>Control whether this activity's main window is visible. |
| final void | setVolumeControlStream (int streamType)<br>Suggests an audio stream whose volume should be changed by the hardware volume controls. |
| final boolean | showDialog (int id, Bundle args)<br>*This method is deprecated. Use the new DialogFragment class with FragmentManager instead; this is also available on older platforms through the Android compatibility package.* |
| final void | showDialog (int id)<br>*This method is deprecated. Use the new DialogFragment class with FragmentManager instead; this is also available on older platforms through the Android compatibility package.* |
| ActionMode | startActionMode (ActionMode.Callback callback)<br>Start an action mode. |
| void | startActivities (Intent[] intents)<br>Launch a new activity. |
| void | startActivity (Intent intent)<br>Launch a new activity. |
| void | startActivityForResult (Intent intent, int requestCode)<br>Launch an activity for which you would like a result when it finished. |
| void | startActivityFromChild (Activity child, Intent intent, int requestCode)<br>This is called when a child activity of this one calls its startActivity(Intent) or startActivityForResult(Intent, int) method. |
| void | startActivityFromFragment (Fragment fragment, Intent intent, int requestCode)<br>This is called when a Fragment in this activity calls its startActivity(Intent) or startActivityForResult(Intent, int) method. |
| boolean | startActivityIfNeeded (Intent intent, int requestCode)<br>A special variation to launch an activity only if a new activity instance is needed to handle the given Intent. |
| void | startIntentSender (IntentSender intent, Intent fillInIntent, int flagsMask, int flagsValues, int extraFlags)<br>Like startActivity(Intent), but taking a IntentSender to start; see startIntentSenderForResult(IntentSender, int, Intent, int, int, int) for more information. |
| void | startIntentSenderForResult (IntentSender intent, int requestCode, Intent fillInIntent, int flagsMask, int flagsValues, int extraFlags)<br>Like startActivityForResult(Intent, int), but allowing you to use a IntentSender to describe the activity to be started. |
| void | startIntentSenderFromChild (Activity child, IntentSender intent, int requestCode, Intent fillInIntent, int flagsMask, int flagsValues, int extraFlags)<br>Like startActivityFromChild(Activity, Intent, int), but taking a IntentSender; see startIntentSenderForResult(IntentSender, int, Intent, int, int, int) for more information. |

| | |
|---|---|
| void | **startManagingCursor** (Cursor c)<br>*This method is deprecated. Use the new `CursorLoader` class with `LoaderManager` instead; this is also available on older platforms through the Android compatibility package.* |
| boolean | **startNextMatchingActivity** (Intent intent)<br>Special version of starting an activity, for use when you are replacing other activity components. |
| void | **startSearch** (String initialQuery, boolean selectInitialQuery, Bundle appSearchData, boolean globalSearch)<br>This hook is called to launch the search UI. |
| void | **stopManagingCursor** (Cursor c)<br>*This method is deprecated. Use the new `CursorLoader` class with `LoaderManager` instead; this is also available on older platforms through the Android compatibility package.* |
| void | **takeKeyEvents** (boolean get)<br>Request that key events come to this activity. |
| void | **triggerSearch** (String query, Bundle appSearchData)<br>Similar to `startSearch` (`String, boolean, Bundle, boolean`), but actually fires off the search query after invoking the search dialog. |
| void | **unregisterForContextMenu** (View view)<br>Prevents a context menu to be shown for the given view. |

Case 5:12-cv-00630-LHK    Document 22-1    Filed 02/08/12    Page 155 of 207

**Protected Methods**

| void | onActivityResult (int requestCode, int resultCode, Intent data) |
| | Called when an activity you launched exits, giving you the requestCode you started it with, the resultCode it returned, and any additional data from it. |
| void | onApplyThemeResource (Resources.Theme theme, int resid, boolean first) |
| | Called by `setTheme(int)` and `getTheme()` to apply a theme resource to the current Theme object. |
| void | onChildTitleChanged (Activity childActivity, CharSequence title) |
| void | onCreate (Bundle savedInstanceState) |
| | Called when the activity is starting. |
| Dialog | onCreateDialog (int id) |
| | *This method is deprecated. Old no-arguments version of `onCreateDialog(int, Bundle)`.* |
| Dialog | onCreateDialog (int id, Bundle args) |
| | *This method is deprecated. Use the new `DialogFragment` class with `FragmentManager` instead; this is also available on older platforms through the Android compatibility package.* |
| void | onDestroy () |
| | Perform any final cleanup before an activity is destroyed. |
| void | onNewIntent (Intent intent) |
| | This is called for activities that set launchMode to "singleTop" in their package, or if a client used the `FLAG_ACTIVITY_SINGLE_TOP` flag when calling `startActivity(Intent)`. |
| void | onPause () |
| | Called as part of the activity lifecycle when an activity is going into the background, but has not (yet) been killed. |
| void | onPostCreate (Bundle savedInstanceState) |
| | Called when activity start-up is complete (after `onStart()` and `onRestoreInstanceState(Bundle)` have been called). |
| void | onPostResume () |
| | Called when activity resume is complete (after `onResume()` has been called). |
| void | onPrepareDialog (int id, Dialog dialog) |
| | *This method is deprecated. Old no-arguments version of `onPrepareDialog(int, Dialog, Bundle)`.* |
| void | onPrepareDialog (int id, Dialog dialog, Bundle args) |
| | *This method is deprecated. Use the new `DialogFragment` class with `FragmentManager` instead; this is also available on older platforms through the Android compatibility package.* |
| void | onRestart () |
| | Called after `onStop()` when the current activity is being re-displayed to the user (the user has navigated back to it). |

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 156 of 207

| | |
|---|---|
| void | onRestoreInstanceState (Bundle savedInstanceState)<br>This method is called after `onStart ()` when the activity is being re-initialized from a previously saved state, given here in *savedInstanceState*. |
| void | onResume ()<br>Called after `onRestoreInstanceState (Bundle)`, `onRestart ()`, or `onPause ()`, for your activity to start interacting with the user. |
| void | onSaveInstanceState (Bundle outState)<br>Called to retrieve per-instance state from an activity before being killed so that the state can be restored in `onCreate (Bundle)` or `onRestoreInstanceState (Bundle)` (the `Bundle` populated by this method will be passed to both). |
| void | onStart ()<br>Called after `onCreate (Bundle)` — or after `onRestart ()` when the activity had been stopped, but is now again being displayed to the user. |
| void | onStop ()<br>Called when you are no longer visible to the user. |
| void | onTitleChanged (CharSequence title, int color) |
| void | onUserLeaveHint ()<br>Called as part of the activity lifecycle when an activity is about to go into the background as the result of user choice. |

**Inherited Methods**                                                                 [Expand]

▶ From class android.view.ContextThemeWrapper

▶ From class android.content.ContextWrapper

▶ From class android.content.Context

▶ From class java.lang.Object

▶ From interface android.content.ComponentCallbacks

▶ From interface android.content.ComponentCallbacks2

▶ From interface android.view.KeyEvent.Callback

▶ From interface android.view.LayoutInflater.Factory

▶ From interface android.view.LayoutInflater.Factory2

▶ From interface android.view.View.OnCreateContextMenuListener

▶ From interface android.view.Window.Callback

# Constants

public static final int **DEFAULT_KEYS_DIALER**

Since: API Level 1

Use with `setDefaultKeyMode (int)` to launch the dialer during default key handling.

**See Also**

`setDefaultKeyMode (int)`

Constant Value: 1 (0x00000001)

public static final int **DEFAULT_KEYS_DISABLE**

Since: API Level 1

Use with `setDefaultKeyMode (int)` to turn off default handling of keys.

**See Also**

`setDefaultKeyMode (int)`

Constant Value: 0 (0x00000000)

public static final int **DEFAULT_KEYS_SEARCH_GLOBAL**

Since: API Level 1

Use with `setDefaultKeyMode (int)` to specify that unhandled keystrokes will start a global search (typically web search, but some platforms may define alternate methods for global search)

See `android.app.SearchManager` for more details.

**See Also**

`setDefaultKeyMode (int)`

Constant Value: 4 (0x00000004)

public static final int **DEFAULT_KEYS_SEARCH_LOCAL**

Since: API Level 1

Use with `setDefaultKeyMode (int)` to specify that unhandled keystrokes will start an application-defined search. (If the application or activity does not actually define a search, the the keys will be ignored.)

See `android.app.SearchManager` for more details.

**See Also**

`setDefaultKeyMode (int)`

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 158 of 207

Constant Value: 3 (0x00000003)

public static final int **DEFAULT_KEYS_SHORTCUT**

Since: API Level 1

Use with setDefaultKeyMode(int) to execute a menu shortcut in default key handling.

That is, the user does not need to hold down the menu key to execute menu shortcuts.

**See Also**

setDefaultKeyMode(int)

Constant Value: 2 (0x00000002)

public static final int **RESULT_CANCELED**

Since: API Level 1

Standard activity result: operation canceled.

Constant Value: 0 (0x00000000)

public static final int **RESULT_FIRST_USER**

Since: API Level 1

Start of user-defined activity results.

Constant Value: 1 (0x00000001)

public static final int **RESULT_OK**

Since: API Level 1

Standard activity result: operation succeeded.

Constant Value: -1 (0xffffffff)

# Fields

protected static final int[] **FOCUSED_STATE_SET**

Since: API Level 1

# Public Constructors

public **Activity** ()

Since: API Level 1

## Public Methods

public void **addContentView** (View view, ViewGroup.LayoutParams params)

Since: API Level 1

Add an additional content view to the activity. Added after any existing ones in the activity -- existing views are NOT removed.

**Parameters**

| | |
|---|---|
| *view* | The desired content to display. |
| *params* | Layout parameters for the view. |

public void **closeContextMenu** ()

Since: API Level 3

Programmatically closes the most recently opened context menu, if showing.

public void **closeOptionsMenu** ()

Since: API Level 1

Progammatically closes the options menu. If the options menu is already closed, this method does nothing.

public PendingIntent **createPendingResult** (int requestCode, Intent data, int flags)

Since: API Level 1

Create a new PendingIntent object which you can hand to others for them to use to send result data back to your onActivityResult(int, int, Intent) callback. The created object will be either one-shot (becoming invalid after a result is sent back) or multiple (allowing any number of results to be sent through it).

**Parameters**

| | |
|---|---|
| *requestCode* | Private request code for the sender that will be associated with the result data when it is returned. The sender can not modify this value, allowing you to identify incoming results. |
| *data* | Default data to supply in the result, which may be modified by the sender. |
| *flags* | May be PendingIntent.FLAG_ONE_SHOT, PendingIntent.FLAG_NO_CREATE, PendingIntent.FLAG_CANCEL_CURRENT, PendingIntent.FLAG_UPDATE_CURRENT, or any of the flags as supported by Intent.fillIn() to control which unspecified parts of the intent that can be supplied when the actual send happens. |

**Returns**

Returns an existing or new PendingIntent matching the given parameters. May return null only if PendingIntent.FLAG_NO_CREATE has been supplied.

**See Also**

PendingIntent

public final void **dismissDialog** (int id)

Since: API Level 1

**This method is deprecated.**
Use the new `DialogFragment` class with `FragmentManager` instead; this is also available on older platforms through the Android compatibility package.

Dismiss a dialog that was previously shown via `showDialog(int)`.

**Parameters**

> *id*   The id of the managed dialog.

**Throws**

> *IllegalArgumentException*   if the id was not previously shown via `showDialog(int)`.

**See Also**

> `onCreateDialog(int, Bundle)`
> `onPrepareDialog(int, Dialog, Bundle)`
> `showDialog(int)`
> `removeDialog(int)`

public boolean **dispatchGenericMotionEvent** (MotionEvent ev)

Since: API Level 12

Called to process generic motion events. You can override this to intercept all generic motion events before they are dispatched to the window. Be sure to call this implementation for generic motion events that should be handled normally.

**Parameters**

> *ev*   The generic motion event.

**Returns**

> boolean Return true if this event was consumed.

public boolean **dispatchKeyEvent** (KeyEvent event)

Since: API Level 1

Called to process key events. You can override this to intercept all key events before they are dispatched to the window. Be sure to call this implementation for key events that should be handled normally.

**Parameters**

> *event*   The key event.

**Returns**

boolean Return true if this event was consumed.

public boolean **dispatchKeyShortcutEvent** (KeyEvent event)

Since: API Level 11

Called to process a key shortcut event. You can override this to intercept all key shortcut events before they are dispatched to the window. Be sure to call this implementation for key shortcut events that should be handled normally.

**Parameters**

event    The key shortcut event.

**Returns**

True if this event was consumed.

public boolean **dispatchPopulateAccessibilityEvent** (AccessibilityEvent event)

Since: API Level 4

Called to process population of AccessibilityEvents.

**Parameters**

event    The event.

**Returns**

boolean Return true if event population was completed.

public boolean **dispatchTouchEvent** (MotionEvent ev)

Since: API Level 1

Called to process touch screen events. You can override this to intercept all touch screen events before they are dispatched to the window. Be sure to call this implementation for touch screen events that should be handled normally.

**Parameters**

ev    The touch screen event.

**Returns**

boolean Return true if this event was consumed.

public boolean **dispatchTrackballEvent** (MotionEvent ev)

Since: API Level 1

Called to process trackball events. You can override this to intercept all trackball events before they are dispatched to the window. Be sure to call this implementation for trackball events that should be handled normally.

**Parameters**

*ev*   The trackball event.

**Returns**

   boolean Return true if this event was consumed.

---

public void **dump** (String prefix, FileDescriptor fd, PrintWriter writer, String[] args)   Since: API Level 11

Print the Activity's state into the given stream. This gets invoked if you run "adb shell dumpsys activity ".

**Parameters**

*prefix*   Desired prefix to prepend at each line of output.
*fd*      The raw file descriptor that the dump is being sent to.
*writer*   The PrintWriter to which you should dump your state. This will be closed for you after you return.
*args*    additional arguments to the dump request.

---

public View **findViewById** (int id)                                        Since: API Level 1

Finds a view that was identified by the id attribute from the XML that was processed in onCreate (Bundle).

**Returns**

   The view if found or null otherwise.

---

public void **finish** ()                                                      Since: API Level 1

Call this when your activity is done and should be closed. The ActivityResult is propagated back to whoever launched you via onActivityResult().

---

public void **finishActivity** (int requestCode)                              Since: API Level 1

Force finish another activity that you had previously started with startActivityForResult (Intent,   int).

**Parameters**

*requestCode*   The request code of the activity that you had given to startActivityForResult(). If there are multiple activities started with this request code, they will all be finished.

---

public void **finishActivityFromChild** (Activity child, int requestCode)    Since: API Level 1

This is called when a child activity of this one calls its finishActivity().

**Parameters**

*child*        The activity making the call.

*requestCode*  Request code that had been used to start the activity.

public void **finishFromChild** (Activity child)                                                                Since: API Level 1

This is called when a child activity of this one calls its finish () method. The default implementation simply calls finish() on this activity (the parent), finishing the entire group.

**Parameters**

*child*   The activity making the call.

**See Also**

finish ()

public ActionBar **getActionBar** ()                                                                          Since: API Level 11

Retrieve a reference to this activity's ActionBar.

**Returns**

  The Activity's ActionBar, or null if it does not have one.

public final Application **getApplication** ()                                                                 Since: API Level 1

Return the application that owns this activity.

public ComponentName **getCallingActivity** ()                                                                 Since: API Level 1

Return the name of the activity that invoked this activity. This is who the data in setResult () will be sent to. You can use this information to validate that the recipient is allowed to receive the data.

Note: if the calling activity is not expecting a result (that is it did not use the startActivityForResult (Intent, int) form that includes a request code), then the calling package will be null.

**Returns**

  String The full name of the activity that will receive your reply, or null if none.

public String **getCallingPackage** ()                                                                        Since: API Level 1

Return the name of the package that invoked this activity. This is who the data in `setResult ()` will be sent to. You can use this information to validate that the recipient is allowed to receive the data.

Note: if the calling activity is not expecting a result (that is it did not use the `startActivityForResult (Intent, int)` form that includes a request code), then the calling package will be null.

**Returns**

The package of the activity that will receive your reply, or null if none.

---

public int **getChangingConfigurations** ()                                                            Since: API Level 1

If this activity is being destroyed because it can not handle a configuration parameter being changed (and thus its `onConfigurationChanged` (`Configuration`) method is *not* being called), then you can use this method to discover the set of changes that have occurred while in the process of being destroyed. Note that there is no guarantee that these will be accurate (other changes could have happened at any time), so you should only use this as an optimization hint.

**Returns**

Returns a bit field of the configuration parameters that are changing, as defined by the `Configuration` class.

---

public ComponentName **getComponentName** ()                                                        Since: API Level 1

Returns complete component name of this activity.

**Returns**

Returns the complete component name for this activity

---

public View **getCurrentFocus** ()                                                                 Since: API Level 1

Calls `getCurrentFocus ()` on the Window of this Activity to return the currently focused view.

**Returns**

View The current View with focus or null.

**See Also**

`getWindow ()`
`getCurrentFocus ()`

---

public FragmentManager **getFragmentManager** ()                                                   Since: API Level 11

Return the FragmentManager for interacting with fragments associated with this activity.

public <u>Intent</u> **getIntent** ()

Return the intent that started this activity.

public <u>Object</u> **getLastNonConfigurationInstance** ()

| This method is deprecated.
| Use the new <u>Fragment</u> API <u>setRetainInstance(boolean)</u> instead; this is also available on older platforms through the Android compatibility
| package.

Retrieve the non-configuration instance data that was previously returned by <u>onRetainNonConfigurationInstance()</u>. This will be available from the initial <u>onCreate(Bundle)</u> and <u>onStart()</u> calls to the new instance, allowing you to extract any useful dynamic state from the previous instance.

Note that the data you retrieve here should *only* be used as an optimization for handling configuration changes. You should always be able to handle getting a null pointer back, and an activity must still be able to restore itself to its previous state (through the normal <u>onSaveInstanceState(Bundle)</u> mechanism) even if this function returns null.

**Returns**

Returns the object previously returned by <u>onRetainNonConfigurationInstance()</u>.

public <u>LayoutInflater</u> **getLayoutInflater** ()

Convenience for calling <u>getLayoutInflater()</u>.

public <u>LoaderManager</u> **getLoaderManager** ()

Return the LoaderManager for this fragment, creating it if needed.

public <u>String</u> **getLocalClassName** ()

Returns class name for this activity with the package prefix removed. This is the default name used to read and write settings.

**Returns**

The local class name.

public <u>MenuInflater</u> **getMenuInflater** ()

Returns a <u>MenuInflater</u> with this context.

public final <u>Activity</u> **getParent** ()

Return the parent activity if this view is an embedded child.

## public SharedPreferences **getPreferences** (int mode)

Since: API Level 1

Retrieve a `SharedPreferences` object for accessing preferences that are private to this activity. This simply calls the underlying `getSharedPreferences` `(String, int)` method by passing in this activity's class name as the preferences name.

### Parameters

mode        Operating mode. Use `MODE_PRIVATE` for the default operation, `MODE_WORLD_READABLE` and `MODE_WORLD_WRITEABLE` to control permissions.

### Returns

Returns the single SharedPreferences instance that can be used to retrieve and modify the preference values.

## public int **getRequestedOrientation** ()

Since: API Level 1

Return the current requested orientation of the activity. This will either be the orientation requested in its component's manifest, or the last requested orientation given to `setRequestedOrientation(int)`.

### Returns

Returns an orientation constant as used in `ActivityInfo.screenOrientation`.

## public Object **getSystemService** (String name)

Since: API Level 1

Return the handle to a system-level service by name. The class of the returned object varies by the requested name. Currently available names are:

`WINDOW_SERVICE` ("window")
   The top-level window manager in which you can place custom windows. The returned object is a `WindowManager`.

`LAYOUT_INFLATER_SERVICE` ("layout_inflater")
   A `LayoutInflater` for inflating layout resources in this context.

`ACTIVITY_SERVICE` ("activity")
   A `ActivityManager` for interacting with the global activity state of the system.

`POWER_SERVICE` ("power")
   A `PowerManager` for controlling power management.

`ALARM_SERVICE` ("alarm")
   A `AlarmManager` for receiving intents at the time of your choosing.

`NOTIFICATION_SERVICE` ("notification")
   A `NotificationManager` for informing the user of background events.

KEYGUARD SERVICE ("keyguard")
   A KeyguardManager for controlling keyguard.

LOCATION SERVICE ("location")
   A LocationManager for controlling location (e.g., GPS) updates.

SEARCH SERVICE ("search")
   A SearchManager for handling search.

VIBRATOR SERVICE ("vibrator")
   A Vibrator for interacting with the vibrator hardware.

CONNECTIVITY SERVICE ("connection")
   A ConnectivityManager for handling management of network connections.

WIFI SERVICE ("wifi")
   A WifiManager for management of Wi-Fi connectivity.

INPUT METHOD SERVICE ("input_method")
   An InputMethodManager for management of input methods.

UI MODE SERVICE ("uimode")
   An UiModeManager for controlling UI modes.

DOWNLOAD SERVICE ("download")
   A DownloadManager for requesting HTTP downloads

Note: System services obtained via this API may be closely associated with the Context in which they are obtained from. In general, do not share the service objects between various different contexts (Activities, Applications, Services, Providers, etc.)

**Parameters**

*name*    The name of the desired service.

**Returns**

   The service or null if the name does not exist.

public int **getTaskId** ()

Since: API Level 1

Return the identifier of the task this activity is in. This identifier will remain the same for the lifetime of the activity.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 168 of 207

**Returns**

Task identifier, an opaque integer.

public final CharSequence **getTitle** ()                                           Since: API Level 1

public final int **getTitleColor** ()                                              Since: API Level 1

public final int **getVolumeControlStream** ()                                      Since: API Level 1

Gets the suggested audio stream whose volume should be changed by the harwdare volume controls.

**Returns**

The suggested audio stream type whose volume should be changed by the hardware volume controls.

**See Also**

setVolumeControlStream(int)

public Window **getWindow** ()                                                       Since: API Level 1

Retrieve the current window for the activity. This can be used to directly access parts of the Window API that are not available through Activity/Screen.

**Returns**

Window The current window, or null if the activity is not visual.

public WindowManager **getWindowManager** ()                                         Since: API Level 1

Retrieve the window manager for showing custom windows.

public boolean **hasWindowFocus** ()                                                 Since: API Level 3

Returns true if this activity's *main* window currently has window focus. Note that this is not the same as the view itself having focus.

**Returns**

True if this activity's main window currently has window focus.

**See Also**

onWindowAttributesChanged(android.view.WindowManager.LayoutParams)

public void **invalidateOptionsMenu** ()

Declare that the options menu has changed, so should be recreated. The `onCreateOptionsMenu(Menu)` method will be called the next time it needs to be displayed.

**public boolean isChangingConfigurations ()**

Since: API Level 11

Check to see whether this activity is in the process of being destroyed in order to be recreated with a new configuration. This is often used in `onStop()` to determine whether the state needs to be cleaned up or will be passed on to the next instance of the activity via `onRetainNonConfigurationInstance ()`.

**Returns**

If the activity is being torn down in order to be recreated with a new configuration, returns true; else returns false.

**public final boolean isChild ()**

Since: API Level 1

Is this activity embedded inside of another activity?

**public boolean isFinishing ()**

Since: API Level 1

Check to see whether this activity is in the process of finishing, either because you called `finish()` on it or someone else has requested that it finished. This is often used in `onPause()` to determine whether the activity is simply pausing or completely finishing.

**Returns**

If the activity is finishing, returns true; else returns false.

**See Also**

`finish()`

**public boolean isTaskRoot ()**

Since: API Level 1

Return whether this activity is the root of a task. The root is the first activity in a task.

**Returns**

True if this is the root activity, else false.

**public final Cursor managedQuery (Uri uri, String[] projection, String selection, String[] selectionArgs, String sortOrder)**

Since: API Level 1

**This method is deprecated.**
Use CursorLoader instead.

Wrapper around query(android.net.Uri, String[], String, String[], String) that gives the resulting Cursor to call startManagingCursor(Cursor) so that the activity will manage its lifecycle for you. *If you are targeting HONEYCOMB or later, consider instead using LoaderManager instead, available via getLoaderManager().*

**Warning:** Do not call close() on a cursor obtained using this method, because the activity will do that for you at the appropriate time. However, if you call stopManagingCursor(Cursor) on a cursor from a managed query, the system *will not* automatically close the cursor and, in that case, you must call close().

**Parameters**

| | |
|---|---|
| *uri* | The URI of the content provider to query. |
| *projection* | List of columns to return. |
| *selection* | SQL WHERE clause. |
| *selectionArgs* | The arguments to selection, if any ?s are pesent |
| *sortOrder* | SQL ORDER BY clause. |

**Returns**

The Cursor that was returned by query().

**See Also**

query(android.net.Uri, String[], String, String[], String)
startManagingCursor(Cursor)

---

public boolean **moveTaskToBack** (boolean nonRoot)    Since: API Level 1

Move the task containing this activity to the back of the activity stack. The activity's order within the task is unchanged.

**Parameters**

| | |
|---|---|
| *nonRoot* | If false then this only works if the activity is the root of a task; if true it will work for any activity in a task. |

**Returns**

If the task was moved (or it was already at the back) true is returned, else false.

---

public void **onActionModeFinished** (ActionMode mode)    Since: API Level 11

Notifies the activity that an action mode has finished. Activity subclasses overriding this method should call the superclass implementation.

**Parameters**

| | |
|---|---|
| *mode* | The action mode that just finished. |

public void **onActionModeStarted** (ActionMode mode)

Since: API Level 11

Notifies the Activity that an action mode has been started. Activity subclasses overriding this method should call the superclass implementation.

**Parameters**

*mode*    The new action mode.

public void **onAttachFragment** (Fragment fragment)

Since: API Level 11

Called when a Fragment is being attached to this activity, immediately after the call to its Fragment.onAttach() method and before Fragment.onCreate().

public void **onAttachedToWindow** ()

Since: API Level 5

Called when the main window associated with the activity has been attached to the window manager. See View.onAttachedToWindow() for more information.

**See Also**

onAttachedToWindow()

public void **onBackPressed** ()

Since: API Level 5

Called when the activity has detected the user's press of the back key. The default implementation simply finishes the current activity, but you can override this to do whatever you want.

public void **onConfigurationChanged** (Configuration newConfig)

Since: API Level 1

Called by the system when the device configuration changes while your activity is running. Note that this will *only* be called if you have selected configurations you would like to handle with the configChanges attribute in your manifest. If any configuration change occurs that is not selected to be reported by that attribute, then instead of reporting it the system will stop and restart the activity (to have it launched with the new configuration).

At the time that this function has been called, your Resources object will have been updated to return resource values matching the new configuration.

**Parameters**

*newConfig*    The new device configuration.

public void **onContentChanged** ()

Since: API Level 1

This hook is called whenever the content view of the screen changes (due to a call to Window.setContentView or Window.addContentView).

public boolean **onContextItemSelected** (MenuItem item)

Since: API Level 1

This hook is called whenever an item in a context menu is selected. The default implementation simply returns false to have the normal processing happen (calling the item's Runnable or sending a message to its Handler as appropriate). You can use this method for any items for which you would like to do processing without those other facilities.

Use getMenuInfo() to get extra information set by the View that added this menu item.

Derived classes should call through to the base class for it to perform the default menu handling.

**Parameters**

*item*    The context menu item that was selected.

**Returns**

boolean Return false to allow normal context menu processing to proceed, true to consume it here.

public void **onContextMenuClosed** (Menu menu)                                                              Since: API Level 1

This hook is called whenever the context menu is being closed (either by the user canceling the menu with the back/menu button, or when an item is selected).

**Parameters**

*menu*    The context menu that is being closed.

public void **onCreateContextMenu** (ContextMenu menu, View v, ContextMenu.ContextMenuInfo menuInfo)        Since: API Level 1

Called when a context menu for the view is about to be shown. Unlike onCreateOptionsMenu(Menu), this will be called every time the context menu is about to be shown and should be populated for the view (or item inside the view for AdapterView subclasses, this can be found in the menuInfo)).

Use onContextItemSelected(android.view.MenuItem) to know when an item has been selected.

It is not safe to hold onto the context menu after this method returns. Called when the context menu for this view is being built. It is not safe to hold onto the menu after this method returns.

**Parameters**

*menu*       The context menu that is being built
*v*          The view for which the context menu is being built
*menuInfo*   Extra information about the item for which the context menu should be shown. This information will vary depending on the class of v.

public CharSequence **onCreateDescription** ()                                                               Since: API Level 1

Generate a new description for this activity. This method is called before pausing the activity and can, if desired, return some textual description of its current state to be displayed to the user.

The default implementation returns null, which will cause you to inherit the description from the previous activity. If all activities return null, generally the label of the top activity will be used as the description.

**Returns**

A description of what the user is doing. It should be short and sweet (only a few words).

**See Also**

onCreateThumbnail(Bitmap, Canvas)
onSaveInstanceState(Bundle)
onPause()

---

public boolean **onCreateOptionsMenu** (Menu menu)                                                   Since: API Level 1

Initialize the contents of the Activity's standard options menu. You should place your menu items in to *menu*.

This is only called once, the first time the options menu is displayed. To update the menu every time it is displayed, see onPrepareOptionsMenu(Menu).

The default implementation populates the menu with standard system menu items. These are placed in the CATEGORY_SYSTEM group so that they will be correctly ordered with application-defined menu items. Deriving classes should always call through to the base implementation.

You can safely hold on to *menu* (and any items created from it), making modifications to it as desired, until the next time onCreateOptionsMenu() is called.

When you add items to the menu, you can implement the Activity's onOptionsItemSelected(MenuItem) method to handle them there.

**Parameters**

*menu*     The options menu in which you place your items.

**Returns**

You must return true for the menu to be displayed; if you return false it will not be shown.

**See Also**

onPrepareOptionsMenu(Menu)
onOptionsItemSelected(MenuItem)

---

public boolean **onCreatePanelMenu** (int featureId, Menu menu)                                       Since: API Level 1

Default implementation of onCreatePanelMenu(int, Menu) for activities. This calls through to the new onCreateOptionsMenu(Menu) method for the FEATURE_OPTIONS_PANEL panel, so that subclasses of Activity don't need to deal with feature codes.

**Parameters**

*featureId*    The panel being created.

*menu*    The menu inside the panel.

**Returns**

    boolean You must return true for the panel to be displayed; if you return false it will not be shown.

public View **onCreatePanelView** (int featureId)
Since: API Level 1

Default implementation of `onCreatePanelView(int)` for activities. This simply returns null so that all panel sub-windows will have the default menu behavior.

**Parameters**

*featureId*    Which panel is being created.

**Returns**

    view The top-level view to place in the panel.

public boolean **onCreateThumbnail** (Bitmap outBitmap, Canvas canvas)
Since: API Level 1

Generate a new thumbnail for this activity. This method is called before pausing the activity, and should draw into *outBitmap* the imagery for the desired thumbnail in the dimensions of that bitmap. It can use the given *canvas*, which is configured to draw into the bitmap, for rendering if desired.

The default implementation returns false and does not draw a thumbnail; this will result in the platform creating its own thumbnail if needed.

**Parameters**

*outBitmap*    The bitmap to contain the thumbnail.

*canvas*    Can be used to render into the bitmap.

**Returns**

    Return true if you have drawn into the bitmap; otherwise after you return it will be filled with a default thumbnail.

**See Also**

    onCreateDescription ()
    onSaveInstanceState (Bundle)
    onPause ()

public View **onCreateView** (View parent, String name, Context context, AttributeSet attrs)
Since: API Level 11

Standard implementation of `onCreateView(View, String, Context, AttributeSet)` used when inflating with the LayoutInflater returned by `getSystemService(String)`. This implementation handles tags to embed fragments inside of the activity.

**Parameters**

| | |
|---|---|
| *parent* | The parent that the created view will be placed in; *note that this may be null.* |
| *name* | Tag name to be inflated. |
| *context* | The context the view is being created in. |
| *attrs* | Inflation attributes as specified in XML_file. |

**Returns**

View Newly created view. Return null for the default behavior.

**See Also**

`createView(String, String, AttributeSet)`
`getLayoutInflater()`

---

public View **onCreateView** (String name, Context context, AttributeSet attrs)

Since: API Level 1

Standard implementation of `onCreateView(String, Context, AttributeSet)` used when inflating with the LayoutInflater returned by `getSystemService(String)`. This implementation does nothing and is for pre-HONEYCOMB apps. Newer apps should use `onCreateView(View, String, Context, AttributeSet)`.

**Parameters**

| | |
|---|---|
| *name* | Tag name to be inflated. |
| *context* | The context the view is being created in. |
| *attrs* | Inflation attributes as specified in XML_file. |

**Returns**

View Newly created view. Return null for the default behavior.

**See Also**

`createView(String, String, AttributeSet)`
`getLayoutInflater()`

---

public void **onDetachedFromWindow** ()

Since: API Level 5

Called when the main window associated with the activity has been detached from the window manager. See `View.onDetachedFromWindow()` for more information.

**See Also**

onDetachedFromWindow()

---

**public boolean onGenericMotionEvent (MotionEvent event)**

<div align="right">Since: API Level 12</div>

Called when a generic motion event was not handled by any of the views inside of the activity.

Generic motion events describe joystick movements, mouse hovers, track pad touches, scroll wheel movements and other input events. The source of the motion event specifies the class of input that was received. Implementations of this method must examine the bits in the source before processing the event. The following code example shows how this is done.

Generic motion events with source class SOURCE_CLASS_POINTER are delivered to the view under the pointer. All other generic motion events are delivered to the focused view.

See onGenericMotionEvent(MotionEvent) for an example of how to handle this event.

**Parameters**

*event*    The generic motion event being processed.

**Returns**

Return true if you have consumed the event, false if you haven't. The default implementation always returns false.

---

**public boolean onKeyDown (int keyCode, KeyEvent event)**

<div align="right">Since: API Level 1</div>

Called when a key was pressed down and not handled by any of the views inside of the activity. So, for example, key presses while the cursor is inside a TextView will not trigger the event (unless it is a navigation to another object) because TextView handles its own key presses.

If the focused view didn't want this event, this method is called.

The default implementation takes care of KEYCODE_BACK by calling onBackPressed(), though the behavior varies based on the application compatibility mode: for ECLAIR or later applications, it will set up the dispatch to call onKeyUp(int, KeyEvent) where the action will be performed; for earlier applications, it will perform the action immediately in on-down, as those versions of the platform behaved.

Other additional default key handling may be performed if configured with setDefaultKeyMode(int).

**Parameters**

*keyCode*    The value in event.getKeyCode().
*event*      Description of the key event.

**Returns**

Return true to prevent this event from being propagated further, or false to indicate that you have not handled this event and it should continue to be propagated.

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 177 of 207

**See Also**

onKeyUp(int, KeyEvent)
KeyEvent

---

public boolean **onKeyLongPress** (int keyCode, KeyEvent event)

Since: API Level 5

Default implementation of KeyEvent.Callback.onKeyLongPress(): always returns false (doesn't handle the event).

**Parameters**

| | |
|---|---|
| *keyCode* | The value in event.getKeyCode(). |
| *event* | Description of the key event. |

**Returns**

If you handled the event, return true. If you want to allow the event to be handled by the next receiver, return false.

---

public boolean **onKeyMultiple** (int keyCode, int repeatCount, KeyEvent event)

Since: API Level 1

Default implementation of KeyEvent.Callback.onKeyMultiple(): always returns false (doesn't handle the event).

**Parameters**

| | |
|---|---|
| *keyCode* | The value in event.getKeyCode(). |
| *repeatCount* | Number of pairs as returned by event.getRepeatCount(). |
| *event* | Description of the key event. |

**Returns**

If you handled the event, return true. If you want to allow the event to be handled by the next receiver, return false.

---

public boolean **onKeyShortcut** (int keyCode, KeyEvent event)

Since: API Level 11

Called when a key shortcut event is not handled by any of the views in the Activity. Override this method to implement global key shortcuts for the Activity. Key shortcuts can also be implemented by setting the shortcut property of menu items.

**Parameters**

| | |
|---|---|
| *keyCode* | The value in event.getKeyCode(). |
| *event* | Description of the key event. |

**Returns**

True if the key shortcut was handled.

public boolean **onKeyUp** (int keyCode, KeyEvent event)

Since: API Level 1

Called when a key was released and not handled by any of the views inside of the activity. So, for example, key presses while the cursor is inside a TextView will not trigger the event (unless it is a navigation to another object) because TextView handles its own key presses.

The default implementation handles KEYCODE_BACK to stop the activity and go back.

**Parameters**

| | |
|---|---|
| *keyCode* | The value in event.getKeyCode(). |
| *event* | Description of the key event. |

**Returns**

Return true to prevent this event from being propagated further, or false to indicate that you have not handled this event and it should continue to be propagated.

**See Also**

onKeyDown (int, KeyEvent)
KeyEvent

public void **onLowMemory** ()

Since: API Level 1

This is called when the overall system is running low on memory, and would like actively running process to try to tighten their belt. While the exact point at which this will be called is not defined, generally it will happen around the time all background process have been killed, that is before reaching the point of killing processes hosting service and foreground UI that we would like to avoid killing.

Applications that want to be nice can implement this method to release any caches or other unnecessary resources they may be holding on to. The system will perform a gc for you after returning from this method.

public boolean **onMenuItemSelected** (int featureId, MenuItem item)

Since: API Level 1

Default implementation of onMenuItemSelected(int, MenuItem) for activities. This calls through to the new onOptionsItemSelected(MenuItem) method for the FEATURE_OPTIONS_PANEL panel, so that subclasses of Activity don't need to deal with feature codes.

**Parameters**

| | |
|---|---|
| *featureId* | The panel that the menu is in. |
| *item* | The menu item that was selected. |

**Returns**

| | |
|---|---|
| boolean | Return true to finish processing of selection, or false to perform the normal menu handling (calling its Runnable or sending a Message to its target Handler). |

Case 5:12-cv-00630-LHK   Document 22-1   Filed 02/08/12   Page 179 of 207

public boolean **onMenuOpened** (int featureId, Menu menu)

Since: API Level 1

Called when a panel's menu is opened by the user. This may also be called when the menu is changing from one type to another (for example, from the icon menu to the expanded menu).

**Parameters**

*featureId*    The panel that the menu is in.

*menu*    The menu that is opened.

**Returns**

The default implementation returns true.

public boolean **onOptionsItemSelected** (MenuItem item)

Since: API Level 1

This hook is called whenever an item in your options menu is selected. The default implementation simply returns false to have the normal processing happen (calling the item's Runnable or sending a message to its Handler as appropriate). You can use this method for any items for which you would like to do processing without those other facilities.

Derived classes should call through to the base class for it to perform the default menu handling.

**Parameters**

*item*    The menu item that was selected.

**Returns**

boolean Return false to allow normal menu processing to proceed, true to consume it here.

**See Also**

onCreateOptionsMenu(Menu)

public void **onOptionsMenuClosed** (Menu menu)

Since: API Level 1

This hook is called whenever the options menu is being closed (either by the user canceling the menu with the back/menu button, or when an item is selected).

**Parameters**

*menu*    The options menu as last shown or first initialized by onCreateOptionsMenu().

public void **onPanelClosed** (int featureId, Menu menu)

Since: API Level 1

Default implementation of `onPanelClosed(int, Menu)` for activities. This calls through to `onOptionsMenuClosed(Menu)` method for the `FEATURE_OPTIONS_PANEL` panel, so that subclasses of Activity don't need to deal with feature codes. For context menus (`FEATURE_CONTEXT_MENU`), the `onContextMenuClosed(Menu)` will be called.

**Parameters**

*featureId*    The panel that is being displayed.

*menu*    If onCreatePanelView() returned null, this is the Menu being displayed in the panel.

---

public boolean **onPrepareOptionsMenu** (Menu menu)                                                                          Since: API Level 1

Prepare the Screen's standard options menu to be displayed. This is called right before the menu is shown, every time it is shown. You can use this method to efficiently enable/disable items or otherwise dynamically modify the contents.

The default implementation updates the system menu items based on the activity's state. Deriving classes should always call through to the base class implementation.

**Parameters**

*menu*    The options menu as last shown or first initialized by onCreateOptionsMenu().

**Returns**

You must return true for the menu to be displayed; if you return false it will not be shown.

**See Also**

onCreateOptionsMenu(Menu)

---

public boolean **onPreparePanel** (int featureId, View view, Menu menu)                                                       Since: API Level 1

Default implementation of `onPreparePanel(int, View, Menu)` for activities. This calls through to the new `onPrepareOptionsMenu(Menu)` method for the `FEATURE_OPTIONS_PANEL` panel, so that subclasses of Activity don't need to deal with feature codes.

**Parameters**

*featureId*    The panel that is being displayed.

*view*    The View that was returned by onCreatePanelView().

*menu*    If onCreatePanelView() returned null, this is the Menu being displayed in the panel.

**Returns**

boolean You must return true for the panel to be displayed; if you return false it will not be shown.

---

public Object **onRetainNonConfigurationInstance** ()

---

**This method is deprecated.**
Use the new `Fragment` API `setRetainInstance(boolean)` instead; this is also available on older platforms through the Android compatibility package.

Called by the system, as part of destroying an activity due to a configuration change, when it is known that a new instance will immediately be created for the new configuration. You can return any object you like here, including the activity instance itself, which can later be retrieved by calling `getLastNonConfigurationInstance()` in the new activity instance. *If you are targeting HONEYCOMB or later, consider instead using a Fragment with Fragment.setRetainInstance(boolean).*

This function is called purely as an optimization, and you must not rely on it being called. When it is called, a number of guarantees will be made to help optimize configuration switching:

- The function will be called between `onStop()` and `onDestroy()`.
- A new instance of the activity will *always* be immediately created after this one's `onDestroy()` is called. In particular, *no* messages will be dispatched during this time (when the returned object does not have an activity to be associated with).
- The object you return here will *always* be available from the `getLastNonConfigurationInstance()` method of the following activity instance as described there.

These guarantees are designed so that an activity can use this API to propagate extensive state from the old to new activity instance, from loaded bitmaps, to network connections, to evenly actively running threads. Note that you should *not* propagate any data that may change based on the configuration, including any data loaded from resources such as strings, layouts, or drawables.

The guarantee of no message handling during the switch to the next activity simplifies use with active objects. For example if your retained state is an `AsyncTask` you are guaranteed that its call back functions (like `onPostExecute(Result)`) will not be called from the call here until you execute the next instance's `onCreate(Bundle)`. (Note however that there is of course no such guarantee for `doInBackground(Params...)` since that is running in a separate thread.)

**Returns**

Return any Object holding the desired state to propagate to the next activity instance.

public boolean **onSearchRequested** ()

This hook is called when the user signals the desire to start a search.

You can use this function as a simple way to launch the search UI, in response to a menu item, search button, or other widgets within your activity. Unless overridden, calling this function is the same as calling `startSearch(null, false, null, false)`, which launches search for the current activity as specified in its manifest, see `SearchManager`.

You can override this function to force global search, e.g. in response to a dedicated search key, or to block search entirely (by simply returning false).

**Returns**

Returns `true` if search launched, and `false` if activity blocks it. The default implementation always returns `true`.

**See Also**

SearchManager

public boolean **onTouchEvent** (MotionEvent event)

Since: API Level 1

Called when a touch screen event was not handled by any of the views under it. This is most useful to process touch events that happen outside of your window bounds, where there is no view to receive it.

**Parameters**

*event*     The touch screen event being processed.

**Returns**

Return true if you have consumed the event, false if you haven't. The default implementation always returns false.

public boolean **onTrackballEvent** (MotionEvent event)

Since: API Level 1

Called when the trackball was moved and not handled by any of the views inside of the activity. So, for example, if the trackball moves while focus is on a button, you will receive a call here because buttons do not normally do anything with trackball events. The call here happens *before* trackball movements are converted to DPAD key events, which then get sent back to the view hierarchy, and will be processed at the point for things like focus navigation.

**Parameters**

*event*     The trackball event being processed.

**Returns**

Return true if you have consumed the event, false if you haven't. The default implementation always returns false.

public void **onTrimMemory** (int level)

Since: API Level 14

Called when the operating system has determined that it is a good time for a process to trim unneeded memory from its process. This will happen for example when it goes in the background and there is not enough memory to keep as many background processes running as desired.

**Parameters**

*level*     The context of the trim, giving a hint of the amount of trimming the application may like to perform. May be TRIM_MEMORY_COMPLETE, TRIM_MEMORY_MODERATE, TRIM_MEMORY_BACKGROUND, TRIM_MEMORY_UI_HIDDEN.

public void **onUserInteraction** ()

Since: API Level 3

Called whenever a key, touch, or trackball event is dispatched to the activity. Implement this method if you wish to know that the user has interacted with the device in some way while your activity is running. This callback and `onUserLeaveHint()` are intended to help activities manage status bar notifications intelligently; specifically, for helping activities determine the proper time to cancel a notification.

All calls to your activity's `onUserLeaveHint()` callback will be accompanied by calls to `onUserInteraction()`. This ensures that your activity will be told of relevant user activity such as pulling down the notification pane and touching an item there.

Note that this callback will be invoked for the touch down action that begins a touch gesture, but may not be invoked for the touch-moved and touch-up actions that follow.

**See Also**

> `onUserLeaveHint()`

## public void **onWindowAttributesChanged** (WindowManager.LayoutParams params)          Since: API Level 1

This is called whenever the current window attributes change.

## public void **onWindowFocusChanged** (boolean hasFocus)          Since: API Level 1

Called when the current `window` of the activity gains or loses focus. This is the best indicator of whether this activity is visible to the user. The default implementation clears the key tracking state, so should always be called.

Note that this provides information about global focus state, which is managed independently of activity lifecycles. As such, while focus changes will generally have some relation to lifecycle changes (an activity that is stopped will not generally get window focus), you should not rely on any particular order between the callbacks here and those in the other lifecycle methods such as `onResume()`.

As a general rule, however, a resumed activity will have window focus... unless it has displayed other dialogs or popups that take input focus, in which case the activity itself will not have focus when the other windows have it. Likewise, the system may display system-level windows (such as the status bar notification panel or a system alert) which will temporarily take window input focus without pausing the foreground activity.

**Parameters**

*hasFocus*      Whether the window of this activity has focus.

**See Also**

> `hasWindowFocus()`
> `onResume()`
> `onWindowFocusChanged(boolean)`

## public ActionMode **onWindowStartingActionMode** (ActionMode.Callback callback)          Since: API Level 11

Give the Activity a chance to control the UI for an action mode requested by the system.

Note: If you are looking for a notification callback that an action mode has been started for this activity, see `onActionModeStarted(ActionMode)`.

**Parameters**

*callback*    The callback that should control the new action mode

**Returns**

The new action mode, or `null` if the activity does not want to provide special handling for this action mode. (It will be handled by the system.)

---

public void **openContextMenu** (View view)                                                                                                   Since: API Level 1

Programmatically opens the context menu for a particular `view`. The `view` should have been added via `registerForContextMenu (View)`.

**Parameters**

*view*    The view to show the context menu for.

---

public void **openOptionsMenu** ()                                                                                                             Since: API Level 1

Programmatically opens the options menu. If the options menu is already open, this method does nothing.

---

public void **overridePendingTransition** (int enterAnim, int exitAnim)                                                                         Since: API Level 5

Call immediately after one of the flavors of `startActivity(Intent)` or `finish()` to specify an explicit transition animation to perform next.

**Parameters**

*enterAnim*    A resource ID of the animation resource to use for the incoming activity. Use 0 for no animation.

*exitAnim*    A resource ID of the animation resource to use for the outgoing activity. Use 0 for no animation.

---

public void **recreate** ()                                                                                                                    Since: API Level 11

Cause this Activity to be recreated with a new instance. This results in essentially the same flow as when the Activity is created due to a configuration change -- the current instance will go through its lifecycle to `onDestroy()` and a new instance then created after it.

---

public void **registerForContextMenu** (View view)                                                                                             Since: API Level 1

Registers a context menu to be shown for the given view (multiple views can show the context menu). This method will set the `View.OnCreateContextMenuListener` on the view to this activity, so `onCreateContextMenu(ContextMenu, View, ContextMenuInfo)` will be called when it is time to show the context menu.

**Parameters**

*view*    The view that should show a context menu.

**See Also**

> unregisterForContextMenu(View)

public final void **removeDialog** (int id)

Since: API Level 1

> **This method is deprecated.**
> Use the new `DialogFragment` class with `FragmentManager` instead; this is also available on older platforms through the Android compatibility package.

Removes any internal references to a dialog managed by this Activity. If the dialog is showing, it will dismiss it as part of the clean up.

This can be useful if you know that you will never show a dialog again and want to avoid the overhead of saving and restoring it in the future.

As of `GINGERBREAD`, this function will not throw an exception if you try to remove an ID that does not currently have an associated dialog.

**Parameters**

*id*    The id of the managed dialog.

**See Also**

> onCreateDialog(int, Bundle)
> onPrepareDialog(int, Dialog, Bundle)
> showDialog(int)
> dismissDialog(int)

public final boolean **requestWindowFeature** (int featureId)

Since: API Level 1

Enable extended window features. This is a convenience for calling getWindow().requestFeature().

**Parameters**

*featureId*    The desired feature as defined in Window.

**Returns**

Returns true if the requested feature is supported and now enabled.

**See Also**

> requestFeature(int)

public final void **runOnUiThread** (Runnable action)

Since: API Level 1

Runs the specified action on the UI thread. If the current thread is the UI thread, then the action is executed immediately. If the current thread is not the UI thread, the action is posted to the event queue of the UI thread.

**Parameters**

*action*    the action to run on the UI thread

public void **setContentView** (int layoutResID)

Since: API Level 1

Set the activity content from a layout resource. The resource will be inflated, adding all top-level views to the activity.

**Parameters**

*layoutResID*    Resource ID to be inflated.

**See Also**

setContentView(android.view.View)
setContentView(android.view.View, android.view.ViewGroup.LayoutParams)

public void **setContentView** (View view)

Since: API Level 1

Set the activity content to an explicit view. This view is placed directly into the activity's view hierarchy. It can itself be a complex view hierarchy. When calling this method, the layout parameters of the specified view are ignored. Both the width and the height of the view are set by default to MATCH_PARENT. To use your own layout parameters, invoke setContentView(android.view.View, android.view.ViewGroup.LayoutParams) instead.

**Parameters**

*view*    The desired content to display.

**See Also**

setContentView(int)
setContentView(android.view.View, android.view.ViewGroup.LayoutParams)

public void **setContentView** (View view, ViewGroup.LayoutParams params)

Since: API Level 1

Set the activity content to an explicit view. This view is placed directly into the activity's view hierarchy. It can itself be a complex view hierarchy.

**Parameters**

*view*      The desired content to display.
*params*    Layout parameters for the view.

**See Also**

`setContentView(android.view.View)`
`setContentView(int)`

### public final void setDefaultKeyMode (int mode)

Since: API Level 1

Select the default key handling for this activity. This controls what will happen to key events that are not otherwise handled. The default mode (`DEFAULT KEYS DISABLE`) will simply drop them on the floor. Other modes allow you to launch the dialer (`DEFAULT KEYS DIALER`), execute a shortcut in your options menu without requiring the menu key be held down (`DEFAULT KEYS SHORTCUT`), or launch a search (`DEFAULT KEYS SEARCH LOCAL` and `DEFAULT KEYS SEARCH GLOBAL`).

Note that the mode selected here does not impact the default handling of system keys, such as the "back" and "menu" keys, and your activity and its views always get a first chance to receive and handle all application keys.

**Parameters**

*mode*    The desired default key mode constant.

**See Also**

`DEFAULT KEYS DISABLE`
`DEFAULT KEYS DIALER`
`DEFAULT KEYS SHORTCUT`
`DEFAULT KEYS SEARCH LOCAL`
`DEFAULT KEYS SEARCH GLOBAL`
`onKeyDown(int, KeyEvent)`

### public final void setFeatureDrawable (int featureId, Drawable drawable)

Since: API Level 1

Convenience for calling `setFeatureDrawable(int, Drawable)`.

### public final void setFeatureDrawableAlpha (int featureId, int alpha)

Since: API Level 1

Convenience for calling `setFeatureDrawableAlpha(int, int)`.

### public final void setFeatureDrawableResource (int featureId, int resId)

Since: API Level 1

Convenience for calling `setFeatureDrawableResource(int, int)`.

### public final void setFeatureDrawableUri (int featureId, Uri uri)

Since: API Level 1

Convenience for calling `setFeatureDrawableUri(int, Uri)`.

public void **setFinishOnTouchOutside** (boolean finish)

Since: API Level 11

Sets whether this activity is finished when touched outside its window's bounds.

public void **setIntent** (Intent newIntent)

Since: API Level 1

Change the intent returned by `getIntent()`. This holds a reference to the given intent; it does not copy it. Often used in conjunction with `onNewIntent` (`Intent`).

**Parameters**

*newIntent*    The new Intent object to return from getIntent

**See Also**

`getIntent()`
`onNewIntent(Intent)`

public final void **setProgress** (int progress)

Since: API Level 1

Sets the progress for the progress bars in the title.

In order for the progress bar to be shown, the feature must be requested via `requestWindowFeature(int)`.

**Parameters**

*progress*    The progress for the progress bar. Valid ranges are from 0 to 10000 (both inclusive). If 10000 is given, the progress bar will be completely filled and will fade out.

public final void **setProgressBarIndeterminate** (boolean indeterminate)

Since: API Level 1

Sets whether the horizontal progress bar in the title should be indeterminate (the circular is always indeterminate).

In order for the progress bar to be shown, the feature must be requested via `requestWindowFeature(int)`.

**Parameters**

*indeterminate*    Whether the horizontal progress bar should be indeterminate.

public final void **setProgressBarIndeterminateVisibility** (boolean visible)

Since: API Level 1

Sets the visibility of the indeterminate progress bar in the title.

In order for the progress bar to be shown, the feature must be requested via `requestWindowFeature(int)`.

**Parameters**

*visible*    Whether to show the progress bars in the title.

public final void **setProgressBarVisibility** (boolean visible)

Since: API Level 1

Sets the visibility of the progress bar in the title.

In order for the progress bar to be shown, the feature must be requested via `requestWindowFeature(int)`.

**Parameters**

*visible*    Whether to show the progress bars in the title.

public void **setRequestedOrientation** (int requestedOrientation)

Since: API Level 1

Change the desired orientation of this activity. If the activity is currently in the foreground or otherwise impacting the screen orientation, the screen will immediately be changed (possibly causing the activity to be restarted). Otherwise, this will be used the next time the activity is visible.

**Parameters**

*requestedOrientation*    An orientation constant as used in `ActivityInfo.screenOrientation`.

public final void **setResult** (int resultCode)

Since: API Level 1

Call this to set the result that your activity will return to its caller.

**Parameters**

*resultCode*    The result code to propagate back to the originating activity, often RESULT_CANCELED or RESULT_OK

**See Also**

```
RESULT_CANCELED
RESULT_OK
RESULT_FIRST_USER
setResult(int, Intent)
```

public final void **setResult** (int resultCode, Intent data)

Since: API Level 1

Call this to set the result that your activity will return to its caller.

**Parameters**

*resultCode*    The result code to propagate back to the originating activity, often RESULT_CANCELED or RESULT_OK

*data*    The data to propagate back to the originating activity.

**See Also**

RESULT_CANCELED

RESULT_OK

RESULT_FIRST_USER

setResult(int)

public final void **setSecondaryProgress** (int secondaryProgress)

Since: API Level 1

Sets the secondary progress for the progress bar in the title. This progress is drawn between the primary progress (set via setProgress(int)) and the background. It can be ideal for media scenarios such as showing the buffering progress while the default progress shows the play progress.

In order for the progress bar to be shown, the feature must be requested via requestWindowFeature(int).

**Parameters**

*secondaryProgress*    The secondary progress for the progress bar. Valid ranges are from 0 to 10000 (both inclusive).

public void **setTitle** (int titleId)

Since: API Level 1

Change the title associated with this activity. If this is a top-level activity, the title for its window will change. If it is an embedded activity, the parent can do whatever it wants with it.

public void **setTitle** (CharSequence title)

Since: API Level 1

Change the title associated with this activity. If this is a top-level activity, the title for its window will change. If it is an embedded activity, the parent can do whatever it wants with it.

public void **setTitleColor** (int textColor)

Since: API Level 1

public void **setVisible** (boolean visible)

Since: API Level 3

Control whether this activity's main window is visible. This is intended only for the special case of an activity that is not going to show a UI itself, but can't just finish prior to onResume() because it needs to wait for a service binding or such. Setting this to false allows you to prevent your UI from being shown during that time.

The default value for this is taken from the windowNoDisplay attribute of the activity's theme.

public final void **setVolumeControlStream** (int streamType)

Suggests an audio stream whose volume should be changed by the hardware volume controls.

The suggested audio stream will be tied to the window of this Activity. If the Activity is switched, the stream set here is no longer the suggested stream. The client does not need to save and restore the old suggested stream value in onPause and onResume.

**Parameters**

*stream Type*    The type of the audio stream whose volume should be changed by the hardware volume controls. It is not guaranteed that the hardware volume controls will always change this stream's volume (for example, if a call is in progress, its stream's volume may be changed instead). To reset back to the default, use `USE_DEFAULT_STREAM_TYPE`.

public final boolean **showDialog** (int id, Bundle args)                                  Since: API Level 8

> **This method is deprecated.**
> Use the new `DialogFragment` class with `FragmentManager` instead; this is also available on older platforms through the Android compatibility package.

Show a dialog managed by this activity. A call to `onCreateDialog(int, Bundle)` will be made with the same id the first time this is called for a given id. From thereafter, the dialog will be automatically saved and restored. *If you are targeting HONEYCOMB or later, consider instead using a `DialogFragment` instead.*

Each time a dialog is shown, `onPrepareDialog(int, Dialog, Bundle)` will be made to provide an opportunity to do any timely preparation.

**Parameters**

*id*      The id of the managed dialog.

*args*    Arguments to pass through to the dialog. These will be saved and restored for you. Note that if the dialog is already created, `onCreateDialog(int, Bundle)` will not be called with the new arguments but `onPrepareDialog(int, Dialog, Bundle)` will be. If you need to rebuild the dialog, call `removeDialog(int)` first.

**Returns**

Returns true if the Dialog was created; false is returned if it is not created because `onCreateDialog(int, Bundle)` returns false.

**See Also**

Dialog
onCreateDialog(int, Bundle)
onPrepareDialog(int, Dialog, Bundle)
dismissDialog(int)
removeDialog(int)

public final void **showDialog** (int id)                                                  Since: API Level 1

||| **This method is deprecated.**
||| Use the new `DialogFragment` class with `FragmentManager` instead; this is also available on older platforms through the Android compatibility package.

Simple version of `showDialog(int, Bundle)` that does not take any arguments. Simply calls `showDialog(int, Bundle)` with null arguments.

public ActionMode **startActionMode** (ActionMode.Callback callback)                                      Since: API Level 11

Start an action mode.

**Parameters**

*callback*    Callback that will manage lifecycle events for this context mode

**Returns**

The ContextMode that was started, or null if it was canceled

**See Also**

`ActionMode`

public void **startActivities** (Intent[] intents)                                                        Since: API Level 11

Launch a new activity. You will not receive any information about when the activity exits. This implementation overrides the base version, providing information about the activity performing the launch. Because of this additional information, the `FLAG_ACTIVITY_NEW_TASK` launch flag is not required; if not specified, the new activity will be added to the task of the caller.

This method throws `ActivityNotFoundException` if there was no Activity found to run the given Intent.

**Parameters**

*intents*    The intents to start.

**Throws**

android.content.ActivityNotFoundException

**See Also**

`startActivityForResult(Intent, int)`

public void **startActivity** (Intent intent)                                                             Since: API Level 1

Launch a new activity. You will not receive any information about when the activity exits. This implementation overrides the base version, providing information about the activity performing the launch. Because of this additional information, the `FLAG_ACTIVITY_NEW_TASK` launch flag is not required; if not specified, the new activity will be added to the task of the caller.

This method throws `ActivityNotFoundException` if there was no Activity found to run the given Intent.

**Parameters**

*intent*      The intent to start.

**Throws**

android.content.ActivityNotFoundException

**See Also**

`startActivityForResult(Intent, int)`

---

Since: API Level 1

public void **startActivityForResult** (Intent intent, int requestCode)

Launch an activity for which you would like a result when it finished. When this activity exits, your onActivityResult() method will be called with the given requestCode. Using a negative requestCode is the same as calling `startActivity(Intent)` (the activity is not launched as a sub-activity).

Note that this method should only be used with Intent protocols that are defined to return a result. In other protocols (such as `ACTION_MAIN` or `ACTION_VIEW`), you may not get the result when you expect. For example, if the activity you are launching uses the singleTask launch mode, it will not run in your task and thus you will immediately receive a cancel result.

As a special case, if you call startActivityForResult() with a requestCode >= 0 during the initial onCreate(Bundle savedInstanceState)/onResume() of your activity, then your window will not be displayed until a result is returned back from the started activity. This is to avoid visible flickering when redirecting to another activity.

This method throws `ActivityNotFoundException` if there was no Activity found to run the given Intent.

**Parameters**

*intent*           The intent to start.

*requestCode*   If >= 0, this code will be returned in onActivityResult() when the activity exits.

**Throws**

android.content.ActivityNotFoundException

**See Also**

`startActivity(Intent)`

---

public void **startActivityFromChild** (Activity child, Intent intent, int requestCode)

This is called when a child activity of this one calls its `startActivity(Intent)` or `startActivityForResult(Intent, int)` method.

This method throws `ActivityNotFoundException` if there was no Activity found to run the given Intent.

**Parameters**

*child*        The activity making the call.
*intent*       The intent to start.
*requestCode*  Reply request code. < 0 if reply is not requested.

**Throws**

android.content.ActivityNotFoundException

**See Also**

`startActivity(Intent)`
`startActivityForResult(Intent, int)`

Since: API Level 11

public void **startActivityFromFragment** (Fragment fragment, Intent intent, int requestCode)

This is called when a Fragment in this activity calls its `startActivity(Intent)` or `startActivityForResult(Intent, int)` method.

This method throws `ActivityNotFoundException` if there was no Activity found to run the given Intent.

**Parameters**

*fragment*     The fragment making the call.
*intent*       The intent to start.
*requestCode*  Reply request code. < 0 if reply is not requested.

**Throws**

android.content.ActivityNotFoundException

**See Also**

`startActivity(Intent)`
`startActivityForResult(Intent, int)`

Since: API Level 1

public boolean **startActivityIfNeeded** (Intent intent, int requestCode)

A special variation to launch an activity only if a new activity instance is needed to handle the given Intent. In other words, this is just like `startActivityForResult(Intent, int)` except: if you are using the `FLAG_ACTIVITY_SINGLE_TOP` flag, or singleTask or singleTop `launchMode`,

and the activity that handles *intent* is the same as your currently running activity, then a new instance is not needed. In this case, instead of the normal behavior of calling `onNewIntent(Intent)` this function will return and you can handle the Intent yourself.

This function can only be called from a top-level activity; if it is called from a child activity, a runtime exception will be thrown.

**Parameters**

| | |
|---|---|
| *intent* | The intent to start. |
| *requestCode* | If >= 0, this code will be returned in onActivityResult() when the activity exits, as described in `startActivityForResult (Intent, int)`. |

**Returns**

If a new activity was launched then true is returned; otherwise false is returned and you must handle the Intent yourself.

**See Also**

`startActivity(Intent)`
`startActivityForResult(Intent, int)`

---

public void **startIntentSender** (IntentSender intent, Intent fillInIntent, int flagsMask, int flagsValues, int extraFlags)                    Since: API Level 5

Like `startActivity(Intent)`, but taking a IntentSender to start; see `startIntentSenderForResult (IntentSender, int, Intent, int, int, int)` for more information.

**Parameters**

| | |
|---|---|
| *intent* | The IntentSender to launch. |
| *fillInIntent* | If non-null, this will be provided as the intent parameter to `sendIntent(Context, int, Intent, IntentSender.OnFinished, Handler)`. |
| *flagsMask* | Intent flags in the original IntentSender that you would like to change. |
| *flagsValues* | Desired values for any bits set in *flagsMask* |
| *extraFlags* | Always set to 0. |

**Throws**

*IntentSender.SendIntentException*

---

public void **startIntentSenderForResult**  (IntentSender intent, int requestCode, Intent fillInIntent, int flagsMask, int flagsValues, int extraFlags)Since: API Level 5

Like `startActivityForResult(Intent, int)`, but allowing you to use a IntentSender to describe the activity to be started. If the IntentSender is for an activity, that activity will be started as if you had called the regular `startActivityForResult(Intent, int)` here; otherwise, its associated action will be executed (such as sending a broadcast) as if you had called `IntentSender.sendIntent` on it.

**Parameters**

| | |
|---|---|
| *intent* | The IntentSender to launch. |
| *requestCode* | If >= 0, this code will be returned in onActivityResult() when the activity exits. |
| *fillInIntent* | If non-null, this will be provided as the intent parameter to `sendIntent(Context, int, Intent, IntentSender.OnFinished, Handler)`. |
| *flagsMask* | Intent flags in the original IntentSender that you would like to change. |
| *flagsValues* | Desired values for any bits set in *flagsMask* |
| *extraFlags* | Always set to 0. |

**Throws**

*IntentSender.SendIntentException*

public void **startIntentSenderFromChild** (Activity child, IntentSender intent, int requestCode, Intent fillInIntent, int flagsMask, int flagsValues, int extraFlags)

Since: API Level 5

Like `startActivityFromChild(Activity, Intent, int)`, but taking a IntentSender; see `startIntentSenderForResult(IntentSender, int, Intent, int, int, int)` for more information.

**Throws**

*IntentSender.SendIntentException*

public void **startManagingCursor** (Cursor c)

Since: API Level 1

⚠️ **This method is deprecated.**
Use the new `CursorLoader` class with `LoaderManager` instead; this is also available on older platforms through the Android compatibility package.

This method allows the activity to take care of managing the given `Cursor`'s lifecycle for you based on the activity's lifecycle. That is, when the activity is stopped it will automatically call `deactivate()` on the given Cursor, and when it is later restarted it will call `requery()` for you. When the activity is destroyed, all managed Cursors will be closed automatically. *If you are targeting HONEYCOMB or later, consider instead using LoaderManager instead, available via getLoaderManager().*

**Warning:** Do not call `close()` on cursor obtained from `managedQuery(Uri, String[], String, String[], String)`, because the activity will do that for you at the appropriate time. However, if you call `stopManagingCursor(Cursor)` on a cursor from a managed query, the system *will not* automatically close the cursor and, in that case, you must call `close()`.

**Parameters**

| | |
|---|---|
| *c* | The Cursor to be managed. |

**See Also**

managedQuery(android.net.Uri, String[], String, String[], String)
stopManagingCursor(Cursor)

Since: API Level 1

public boolean **startNextMatchingActivity** (Intent intent)

Special version of starting an activity, for use when you are replacing other activity components. You can use this to hand the Intent off to the next Activity that can handle it. You typically call this in onCreate(Bundle) with the Intent returned by getIntent().

**Parameters**

*intent*    The intent to dispatch to the next activity. For correct behavior, this must be the same as the Intent that started your own activity; the only changes you can make are to the extras inside of it.

**Returns**

Returns a boolean indicating whether there was another Activity to start: true if there was a next activity to start, false if there wasn't. In general, if true is returned you will then want to call finish() on yourself.

Since: API Level 1

public void **startSearch** (String initialQuery, boolean selectInitialQuery, Bundle appSearchData, boolean globalSearch)

This hook is called to launch the search UI.

It is typically called from onSearchRequested(), either directly from Activity.onSearchRequested() or from an overridden version in any given Activity. If your goal is simply to activate search, it is preferred to call onSearchRequested(), which may have been overridden elsewhere in your Activity. If your goal is to inject specific data such as context data, it is preferred to *override* onSearchRequested(), so that any callers to it will benefit from the override.

**Parameters**

*initialQuery*    Any non-null non-empty string will be inserted as pre-entered text in the search query box.

*selectInitialQuery*    If true, the initial query will be preselected, which means that any further typing will replace it. This is useful for cases where an entire pre-formed query is being inserted. If false, the selection point will be placed at the end of the inserted query. This is useful when the inserted query is text that the user entered, and the user would expect to be able to keep typing. *This parameter is only meaningful if initialQuery is a non-empty string.*

*appSearchData*    An application can insert application-specific context here, in order to improve quality or specificity of its own searches. This data will be returned with SEARCH intent(s). Null if no extra data is required.

*globalSearch*    If false, this will only launch the search that has been specifically defined by the application (which is usually defined as a local search). If no default search is defined in the current application or activity, global search will be launched. If true, this will always launch a platform-global (e.g. web-based) search instead.

**See Also**

SearchManager
onSearchRequested()

public void **stopManagingCursor** (Cursor c)

Since: API Level 1

|| **This method is deprecated.**
|| Use the new CursorLoader class with LoaderManager instead; this is also available on older platforms through the Android compatibility package.

Given a Cursor that was previously given to startManagingCursor(Cursor), stop the activity's management of that cursor.

**Warning:** After calling this method on a cursor from a managed query, the system *will not* automatically close the cursor and you must call close().

**Parameters**

*c*    The Cursor that was being managed.

**See Also**

startManagingCursor(Cursor)

public void **takeKeyEvents** (boolean get)

Since: API Level 1

Request that key events come to this activity. Use this if your activity has no views with focus, but the activity still wants a chance to process key events.

**See Also**

takeKeyEvents(boolean)

public void **triggerSearch** (String query, Bundle appSearchData)

Since: API Level 5

Similar to startSearch(String, boolean, Bundle, boolean), but actually fires off the search query after invoking the search dialog. Made available for testing purposes.

**Parameters**

*query*           The query to trigger. If empty, the request will be ignored.
*appSearchData*   An application can insert application-specific context here, in order to improve quality or specificity of its own searches. This
                  data will be returned with SEARCH intent(s). Null if no extra data is required.

public void **unregisterForContextMenu** (View view)

Since: API Level 1

Prevents a context menu to be shown for the given view. This method will remove the View.OnCreateContextMenuListener on the view.

**Parameters**

*view*    The view that should stop showing a context menu.

**See Also**

registerForContextMenu(View)

# Protected Methods

protected void **onActivityResult** (int requestCode, int resultCode, Intent data)

Since: API Level 1

Called when an activity you launched exits, giving you the requestCode you started it with, the resultCode it returned, and any additional data from it. The *resultCode* will be RESULT_CANCELED if the activity explicitly returned that, didn't return any result, or crashed during its operation.

You will receive this call immediately before onResume() when your activity is re-starting.

**Parameters**

| | |
|---|---|
| *requestCode* | The integer request code originally supplied to startActivityForResult(), allowing you to identify who this result came from. |
| *resultCode* | The integer result code returned by the child activity through its setResult(). |
| *data* | An Intent, which can return result data to the caller (various data can be attached to Intent "extras"). |

**See Also**

startActivityForResult(Intent, int)
createPendingResult(int, Intent, int)
setResult(int)

protected void **onApplyThemeResource** (Resources.Theme theme, int resid, boolean first)

Since: API Level 1

Called by setTheme(int) and getTheme() to apply a theme resource to the current Theme object. Can override to change the default (simple) behavior. This method will not be called in multiple threads simultaneously.

**Parameters**

| | |
|---|---|
| *theme* | The Theme object being modified. |
| *resid* | The theme style resource being applied to *theme*. |
| *first* | Set to true if this is the first time a style is being applied to *theme*. |

protected void **onChildTitleChanged** (Activity childActivity, CharSequence title)

Since: API Level 1

protected void **onCreate** (Bundle savedInstanceState)

Since: API Level 1

Called when the activity is starting. This is where most initialization should go: calling `setContentView(int)` to inflate the activity's UI, using `findViewById(int)` to programmatically interact with widgets in the UI, calling `managedQuery(android.net.Uri, String[], String, String[], String)` to retrieve cursors for data being displayed, etc.

You can call `finish()` from within this function, in which case onDestroy() will be immediately called without any of the rest of the activity lifecycle (`onStart()`, `onResume()`, `onPause()`, etc) executing.

*Derived classes must call through to the super class's implementation of this method. If they do not, an exception will be thrown.*

**Parameters**

*savedInstanceState*   If the activity is being re-initialized after previously being shut down then this Bundle contains the data it most recently supplied in `onSaveInstanceState(Bundle)`. ***Note: Otherwise it is null.***

**See Also**

`onStart()`
`onSaveInstanceState(Bundle)`
`onRestoreInstanceState(Bundle)`
`onPostCreate(Bundle)`

protected Dialog **onCreateDialog** (int id)                                                                      Since: API Level 1

| **This method is deprecated.**
| Old no-arguments version of `onCreateDialog(int, Bundle)`.

protected Dialog **onCreateDialog** (int id, Bundle args)                                                         Since: API Level 8

| **This method is deprecated.**
| Use the new `DialogFragment` class with `FragmentManager` instead; this is also available on older platforms through the Android compatibility
| package.

Callback for creating dialogs that are managed (saved and restored) for you by the activity. The default implementation calls through to `onCreateDialog(int, Bundle)` for compatibility. *If you are targeting HONEYCOMB or later, consider instead using a DialogFragment instead.*

If you use `showDialog(int)`, the activity will call through to this method the first time, and hang onto it thereafter. Any dialog that is created by this method will automatically be saved and restored for you, including whether it is showing.

If you would like the activity to manage saving and restoring dialogs for you, you should override this method and handle any ids that are passed to `showDialog(int)`.

If you would like an opportunity to prepare your dialog before it is shown, override `onPrepareDialog(int, Dialog, Bundle)`.

**Parameters**

*id*    The id of the dialog.

*args*    The dialog arguments provided to showDialog(int, Bundle).

**Returns**

The dialog. If you return null, the dialog will not be created.

**See Also**

onPrepareDialog(int, Dialog, Bundle)
showDialog(int, Bundle)
dismissDialog(int)
removeDialog(int)

---

**protected void onDestroy ()**

Since: API Level 1

Perform any final cleanup before an activity is destroyed. This can happen either because the activity is finishing (someone called finish() on it, or because the system is temporarily destroying this instance of the activity to save space. You can distinguish between these two scenarios with the isFinishing() method.

*Note: do not count on this method being called as a place for saving data! For example, if an activity is editing data in a content provider, those edits should be committed in either onPause() or onSaveInstanceState(Bundle), not here. This method is usually implemented to free resources like threads that are associated with an activity, so that a destroyed activity does not leave such things around while the rest of its application is still running. There are situations where the system will simply kill the activity's hosting process without calling this method (or any others) in it, so it should not be used to do things that are intended to remain around after the process goes away.*

*Derived classes must call through to the super class's implementation of this method. If they do not, an exception will be thrown.*

**See Also**

onPause()
onStop()
finish()
isFinishing()

---

**protected void onNewIntent (Intent intent)**

Since: API Level 1

This is called for activities that set launchMode to "singleTop" in their package, or if a client used the FLAG_ACTIVITY_SINGLE_TOP flag when calling startActivity(Intent). In either case, when the activity is re-launched while at the top of the activity stack instead of a new instance of the activity being started, onNewIntent() will be called on the existing instance with the Intent that was used to re-launch it.

An activity will always be paused before receiving a new intent, so you can count on onResume() being called after this method.

Note that `getIntent()` still returns the original Intent. You can use `setIntent(Intent)` to update it to this new Intent.

**Parameters**

*intent*   The new intent that was started for the activity.

**See Also**

getIntent()
setIntent(Intent)
onResume()

---

Since: API Level 1

protected void **onPause** ()

Called as part of the activity lifecycle when an activity is going into the background, but has not (yet) been killed. The counterpart to onResume().

When activity B is launched in front of activity A, this callback will be invoked on A. B will not be created until A's onPause() returns, so be sure to not do anything lengthy here.

This callback is mostly used for saving any persistent state the activity is editing, to present a "edit in place" model to the user and making sure nothing is lost if there are not enough resources to start the new activity without first killing this one. This is also a good place to do things like stop animations and other things that consume a noticeable mount of CPU in order to make the switch to the next activity as fast as possible, or to close resources that are exclusive access such as the camera.

In situations where the system needs more memory it may kill paused processes to reclaim resources. Because of this, you should be sure that all of your state is saved by the time you return from this function. In general onSaveInstanceState(Bundle) is used to save per-instance state in the activity and this method is used to store global persistent data (in content providers, files, etc.)

After receiving this call you will usually receive a following call to onStop() (after the next activity has been resumed and displayed), however in some cases there will be a direct call back to onResume() without going through the stopped state.

*Derived classes must call through to the super class's implementation of this method. If they do not, an exception will be thrown.*

**See Also**

onResume()
onSaveInstanceState(Bundle)
onStop()

---

Since: API Level 1

protected void **onPostCreate** (Bundle savedInstanceState)

Called when activity start-up is complete (after onStart() and onRestoreInstanceState(Bundle) have been called). Applications will generally not implement this method; it is intended for system classes to do final initialization after application code has run.

*Derived classes must call through to the super class's implementation of this method. If they do not, an exception will be thrown.*

**Parameters**

*savedInstanceState*    If the activity is being re-initialized after previously being shut down then this Bundle contains the data it most recently
supplied in <u>onSaveInstanceState(Bundle)</u>. ***Note: Otherwise it is null.***

**See Also**

<u>onCreate(Bundle)</u>

---

protected void **onPostResume** ()                                                                    Since: API Level 1

Called when activity resume is complete (after <u>onResume()</u> has been called). Applications will generally not implement this method; it is intended for system
classes to do final setup after application resume code has run.

*Derived classes must call through to the super class's implementation of this method. If they do not, an exception will be thrown.*

**See Also**

<u>onResume ()</u>

---

protected void **onPrepareDialog** (int id, <u>Dialog</u> dialog)                                              Since: API Level 1

| **This method is deprecated.**
| Old no-arguments version of <u>onPrepareDialog(int, Dialog, Bundle)</u>.

---

protected void **onPrepareDialog** (int id, <u>Dialog</u> dialog, <u>Bundle</u> args)                              Since: API Level 8

| **This method is deprecated.**
| Use the new <u>DialogFragment</u> class with <u>FragmentManager</u> instead; this is also available on older platforms through the Android compatibility
package.

Provides an opportunity to prepare a managed dialog before it is being shown. The default implementation calls through to <u>onPrepareDialog(int, Dialog)</u> for compatibility.

Override this if you need to update a managed dialog based on the state of the application each time it is shown. For example, a time picker dialog might
want to be updated with the current time. You should call through to the superclass's implementation. The default implementation will set this Activity as the
owner activity on the Dialog.

**Parameters**

*id*       The id of the managed dialog.
*dialog*   The dialog.
*args*     The dialog arguments provided to <u>showDialog(int, Bundle)</u>.

**See Also**

onCreateDialog(int, Bundle)
showDialog(int)
dismissDialog(int)
removeDialog(int)

Since: API Level 1

protected void **onRestart** ()

Called after onStop() when the current activity is being re-displayed to the user (the user has navigated back to it). It will be followed by onStart() and then onResume().

For activities that are using raw Cursor objects (instead of creating them through managedQuery(android.net.Uri, String[], String, String[], String), this is usually the place where the cursor should be requeried (because you had deactivated it in onStop().

*Derived classes must call through to the super class's implementation of this method. If they do not, an exception will be thrown.*

**See Also**

onStop()
onStart()
onResume()

Since: API Level 1

protected void **onRestoreInstanceState** (Bundle savedInstanceState)

This method is called after onStart() when the activity is being re-initialized from a previously saved state, given here in *savedInstanceState*. Most implementations will simply use onCreate(Bundle) to restore their state, but it is sometimes convenient to do it here after all of the initialization has been done or to allow subclasses to decide whether to use your default implementation. The default implementation of this method performs a restore of any view state that had previously been frozen by onSaveInstanceState(Bundle).

This method is called between onStart() and onPostCreate(Bundle).

**Parameters**

*savedInstanceState*    the data most recently supplied in onSaveInstanceState(Bundle).

**See Also**

onCreate(Bundle)
onPostCreate(Bundle)
onResume()
onSaveInstanceState(Bundle)

protected void **onResume** ()

Called after `onRestoreInstanceState(Bundle)`, `onRestart()`, or `onPause()`, for your activity to start interacting with the user. This is a good place to begin animations, open exclusive-access devices (such as the camera), etc.

Keep in mind that onResume is not the best indicator that your activity is visible to the user; a system window such as the keyguard may be in front. Use `onWindowFocusChanged(boolean)` to know for certain that your activity is visible to the user (for example, to resume a game).

*Derived classes must call through to the super class's implementation of this method. If they do not, an exception will be thrown.*

**See Also**

> `onRestoreInstanceState(Bundle)`
> `onRestart()`
> `onPostResume()`
> `onPause()`

---

protected void **onSaveInstanceState** (Bundle outState)        Since: API Level 1

Called to retrieve per-instance state from an activity before being killed so that the state can be restored in `onCreate(Bundle)` or `onRestoreInstanceState(Bundle)` (the Bundle populated by this method will be passed to both).

This method is called before an activity may be killed so that when it comes back some time in the future it can restore its state. For example, if activity B is launched in front of activity A, and at some point activity A is killed to reclaim resources, activity A will have a chance to save the current state of its user interface via this method so that when the user returns to activity A, the state of the user interface can be restored via `onCreate(Bundle)` or `onRestoreInstanceState(Bundle)`.

Do not confuse this method with activity lifecycle callbacks such as `onPause()`, which is always called when an activity is being placed in the background or on its way to destruction, or `onStop()` which is called before destruction. One example of when `onPause()` and `onStop()` is called and not this method is when a user navigates back from activity B to activity A: there is no need to call `onSaveInstanceState(Bundle)` on B because that particular instance will never be restored, so the system avoids calling it. An example when `onPause()` is called and not `onSaveInstanceState(Bundle)` is when activity B is launched in front of activity A: the system may avoid calling `onSaveInstanceState(Bundle)` on activity A if it isn't killed during the lifetime of B since the state of the user interface of A will stay intact.

The default implementation takes care of most of the UI per-instance state for you by calling `onSaveInstanceState()` on each view in the hierarchy that has an id, and by saving the id of the currently focused view (all of which is restored by the default implementation of `onRestoreInstanceState(Bundle)`). If you override this method to save additional information not captured by each individual view, you will likely want to call through to the default implementation, otherwise be prepared to save all of the state of each view yourself.

If called, this method will occur before `onStop()`. There are no guarantees about whether it will occur before or after `onPause()`.

**Parameters**

> *outState*     Bundle in which to place your saved state.

**See Also**

onCreate(Bundle)
onRestoreInstanceState(Bundle)
onPause()

Since: API Level 1

protected void **onStart**()

Called after onCreate(Bundle) — or after onRestart() when the activity had been stopped, but is now again being displayed to the user. It will be followed by onResume().

*Derived classes must call through to the super class's implementation of this method. If they do not, an exception will be thrown.*

**See Also**

onCreate(Bundle)
onStop()
onResume()

Since: API Level 1

protected void **onStop**()

Called when you are no longer visible to the user. You will next receive either onRestart(), onDestroy(), or nothing, depending on later user activity.

Note that this method may never be called, in low memory situations where the system does not have enough memory to keep your activity's process running after its onPause() method is called.

*Derived classes must call through to the super class's implementation of this method. If they do not, an exception will be thrown.*

**See Also**

onRestart()
onResume()
onSaveInstanceState(Bundle)
onDestroy()

protected void **onTitleChanged**(CharSequence title, int color)

Since: API Level 1

protected void **onUserLeaveHint**()

Since: API Level 3

Called as part of the activity lifecycle when an activity is about to go into the background as the result of user choice. For example, when the user presses the Home key, onUserLeaveHint() will be called, but when an incoming phone call causes the in-call Activity to be automatically brought to the foreground, onUserLeaveHint() will not be called on the activity being interrupted. In cases when it is invoked, this method is called right before the activity's onPause() callback.

This callback and `onUserInteraction()` are intended to help activities manage status bar notifications intelligently; specifically, for helping activities determine the proper time to cancel a notification.

**See Also**

`onUserInteraction()`

Except as noted, this content is licensed under Apache 2.0. For details and restrictions, see the Content License.
Android 4.0 r1 - 18 Jan 2012 22:14
Site Terms of Service - Privacy Policy - Brand Guidelines