ORIGINAL

1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, CA  94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

   MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
   RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
   MORRISON & FOERSTER LLP
   425 Market Street
   San Francisco, California 94105-2482
   Telephone: (415) 268-7000
   Facsimile: (415) 268-7522

6

7

8  *Attorneys for Plaintiff Apple Inc.*

Filed

FEB     2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9

10  UNITED STATES DISTRICT COURT

11  NORTHERN DISTRICT OF CALIFORNIA

12  SAN JOSE DIVISION

13  CV12-00630 LHK

14  APPLE INC., a California corporation,

15          Plaintiff,

16      v.

17  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG
18  ELECTRONICS AMERICA, INC., a New
    York corporation; and SAMSUNG
19  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
20
            Defendants.
21

CASE NO. 12-cv-

**EXPERT DECLARATION OF DR .TODD C.
MOWRY CONCERNING U.S. PATENT NO.
5,946,647**

HHL

**Hearing:**
Date:
Time:
Place:
Judge:

22

23

24                     **PART 6 OF 7**

25

26

27

28

EXPERT DECLARATION OF DR .TODD C.
MOWRY CONCERNING U.S. PATENT NO.
5,946,647 – CASE NO. 12-cv-

Gibson, Dunn &
Crutcher LLP

23

12

# andmod
# developers

# Intents and Intent Filters

Three of the core components of an application — activities, services, and broadcast receivers — are activated through messages, called *intents*. Intent messaging is a facility for late run-time binding between components in the same or different applications. The intent itself, an `Intent` object, is a passive data structure holding an abstract description of an operation to be performed — or, often in the case of broadcasts, a description of something that has happened and is being announced. There are separate mechanisms for delivering intents to each type of component:

- An Intent object is passed to `Context.startActivity()` or `Activity.startActivityForResult()` to launch an activity or get an existing activity to do something new. (It can also be passed to `Activity.setResult()` to return information to the activity that called `startActivityForResult()`.)

- An Intent object is passed to `Context.startService()` to initiate a service or deliver new instructions to an ongoing service. Similarly, an intent can be passed to `Context.bindService()` to establish a connection between the calling component and a target service. It can optionally initiate the service if it's not already running.

- Intent objects passed to any of the broadcast methods (such as `Context.sendBroadcast()`, `Context.sendOrderedBroadcast()`, or `Context.sendStickyBroadcast()`) are delivered to all interested broadcast receivers. Many kinds of broadcasts originate in system code.

In each case, the Android system finds the appropriate activity, service, or set of broadcast receivers to respond to the intent, instantiating them if necessary. There is no overlap within these messaging systems: Broadcast intents are delivered only to broadcast receivers, never to activities or services. An intent passed to `startActivity()` is delivered only to an activity, never to a service or broadcast receiver, and so on.

This document begins with a description of Intent objects. It then describes the rules Android uses to map intents to components — how it resolves which component should receive an intent message. For intents that don't explicitly name a target component, this process involves testing the Intent object against *intent filters* associated with potential targets.

**In this document**
Intent Objects
Intent Resolution
   Intent filters
    Common cases
    Using intent matching
Note Pad Example

**Key classes**
`Intent`
`IntentFilter`
`BroadcastReceiver`
`PackageManager`

# Intent Objects

An `Intent` object is a bundle of information. It contains information of interest to the component that receives the intent (such as the action to be taken and the data to act on) plus information of interest to the Android system (such as the category of component that should handle the intent and instructions on how to launch a target activity). Principally, it can contain the following:

## Component name

The name of the component that should handle the intent. This field is a `ComponentName` object — a combination of the fully qualified class name of the target component (for example "`com.example.project.app.FreneticActivity`") and the package name set in the manifest file of the application where the component resides (for example, "`com.example.project`"). The package part of the component name and the package name set in the manifest do not necessarily have to match.

The component name is optional. If it is set, the Intent object is delivered to an instance of the designated class. If it is not set, Android uses other information in the Intent object to locate a suitable target — see <u>Intent Resolution</u>, later in this document.

The component name is set by `setComponent()`, `setClass()`, or `setClassName()` and read by `getComponent()`.

## Action

A string naming the action to be performed — or, in the case of broadcast intents, the action that took place and is being reported. The Intent class defines a number of action constants, including these:

| Constant | Target component | Action |
|---|---|---|
| `ACTION_CALL` | activity | Initiate a phone call. |
| `ACTION_EDIT` | activity | Display data for the user to edit. |
| `ACTION_MAIN` | activity | Start up as the initial activity of a task, with no data input and no returned output. |
| `ACTION_SYNC` | activity | Synchronize data on a server with data on the mobile device. |
| `ACTION_BATTERY_LOW` | broadcast receiver | A warning that the battery is low. |
| `ACTION_HEADSET_PLUG` | broadcast receiver | A headset has been plugged into the device, or unplugged from it. |
| `ACTION_SCREEN_ON` | broadcast receiver | The screen has been turned on. |
| `ACTION_TIMEZONE_CHANGED` | broadcast receiver | The setting for the time zone has changed. |

Case 5:12-cv-00630-LHK    Document 23    Filed 02/08/12    Page 5 of 56

See the `Intent` class description for a list of pre-defined constants for generic actions. Other actions are defined elsewhere in the Android API. You can also define your own action strings for activating the components in your application. Those you invent should include the application package as a prefix — for example: `"com.example.project.SHOW_COLOR"`.

The action largely determines how the rest of the intent is structured — particularly the data and extras fields — much as a method name determines a set of arguments and a return value. For this reason, it's a good idea to use action names that are as specific as possible, and to couple them tightly to the other fields of the intent. In other words, instead of defining an action in isolation, define an entire protocol for the Intent objects your components can handle.

The action in an Intent object is set by the `setAction()` method and read by `getAction()`.

### Data

The URI of the data to be acted on and the MIME type of that data. Different actions are paired with different kinds of data specifications. For example, if the action field is `ACTION_EDIT`, the data field would contain the URI of the document to be displayed for editing. If the action is `ACTION_CALL`, the data field would be a `tel:` URI with the number to call. Similarly, if the action is `ACTION_VIEW` and the data field is an `http:` URI, the receiving activity would be called upon to download and display whatever data the URI refers to.

When matching an intent to a component that is capable of handling the data, it's often important to know the type of data (its MIME type) in addition to its URI. For example, a component able to display image data should not be called upon to play an audio file.

In many cases, the data type can be inferred from the URI — particularly `content:` URIs, which indicate that the data is located on the device and controlled by a content provider (see the separate discussion on content providers). But the type can also be explicitly set in the Intent object. The `setData()` method specifies data only as a URI, `setType()` specifies it only as a MIME type, and `setDataAndType()` specifies it as both a URI and a MIME type. The URI is read by `getData()` and the type by `getType()`.

### Category

A string containing additional information about the kind of component that should handle the intent. Any number of category descriptions can be placed in an Intent object. As it does for actions, the Intent class defines several category constants, including these:

| Constant | Meaning |
|----------|---------|
| `CATEGORY_BROWSABLE` | The target activity can be safely invoked by the browser to display data referenced by a link — for example, an image or an e-mail message. |
| `CATEGORY_GADGET` | The activity can be embedded inside of another activity that hosts gadgets. |
| `CATEGORY_HOME` | The activity displays the home screen, the first screen the user sees when the device is turned on or when the HOME key is pressed. |
| `CATEGORY_LAUNCHER` | The activity can be the initial activity of a task and is listed in the top-level application launcher. |
| `CATEGORY_PREFERENCE` | The target activity is a preference panel. |

See the `Intent` class description for the full list of categories.

The `addCategory()` method places a category in an Intent object, `removeCategory()` deletes a category previously added, and `getCategories()` gets the set of all categories currently in the object.

**Extras**
   Key-value pairs for additional information that should be delivered to the component handling the intent. Just as some actions are paired with particular kinds of data URIs, some are paired with particular extras. For example, an `ACTION_TIMEZONE_CHANGED` intent has a `"time-zone"` extra that identifies the new time zone, and `ACTION_HEADSET_PLUG` has a `"state"` extra indicating whether the headset is now plugged in or unplugged, as well as a `"name"` extra for the type of headset. If you were to invent a `SHOW_COLOR` action, the color value would be set in an extra key-value pair.

   The Intent object has a series of `put...()` methods for inserting various types of extra data and a similar set of `get...()` methods for reading the data. These methods parallel those for `Bundle` objects. In fact, the extras can be installed and read as a Bundle using the `putExtras()` and `getExtras()` methods.

**Flags**
   Flags of various sorts. Many instruct the Android system how to launch an activity (for example, which task the activity should belong to) and how to treat it after it's launched (for example, whether it belongs in the list of recent activities). All these flags are defined in the Intent class.

The Android system and the applications that come with the platform employ Intent objects both to send out system-originated broadcasts and to activate system-defined components. To see how to structure an intent to activate a system component, consult the list of intents in the reference.

# Intent Resolution

Intents can be divided into two groups:

- *Explicit intents* designate the target component by its name (the <u>component name field</u>, mentioned earlier, has a value set). Since component names would generally not be known to developers of other applications, explicit intents are typically used for application-internal messages — such as an activity starting a subordinate service or launching a sister activity.

- *Implicit intents* do not name a target (the field for the component name is blank). Implicit intents are often used to activate components in other applications.

Android delivers an explicit intent to an instance of the designated target class. Nothing in the Intent object other than the component name matters for determining which component should get the intent.

A different strategy is needed for implicit intents. In the absence of a designated target, the Android system must find the best component (or components) to handle the intent — a single activity or service to perform the requested action or the set of broadcast receivers to respond to the broadcast announcement. It does so by comparing the contents of the Intent object to *intent filters*, structures associated with components that can potentially receive intents. Filters advertise the capabilities of a component and delimit the intents it can handle. They open the component to the possibility of receiving implicit intents of the advertised type. If a component does not have any intent filters, it can receive only explicit intents. A component with filters can receive both explicit and implicit intents.

Only three aspects of an Intent object are consulted when the object is tested against an intent filter:

    action
    data (both URI and data type)
    category

The extras and flags play no part in resolving which component receives an intent.

## Intent filters

To inform the system which implicit intents they can handle, activities, services, and broadcast receivers can have one or more intent filters. Each filter describes a capability of the component, a set of intents that the component is willing to receive. It, in effect, filters in intents of a desired type, while filtering out unwanted intents — but only unwanted implicit intents (those that don't name a target class). An explicit intent is always delivered to its target, no matter what it contains; the filter is not consulted. But an implicit intent is delivered to a component only if it can pass through one of the component's filters.

A component has separate filters for each job it can do, each face it can present to the user. For example, the NoteEditor activity of the sample Note Pad application has two filters — one for starting up with a specific note that the user can view or edit, and another for starting with a new, blank note that the user can fill in and save. (All of Note Pad's filters are described in the <u>Note Pad Example</u> section, later.)

An intent filter is an instance of the `IntentFilter` class. However, since the Android system must know about the capabilities of a component before it can launch that component, intent filters are generally not set up in Java code, but in the application's manifest file (AndroidManifest.xml) as `<intent-filter>` elements. (The one exception would be filters for broadcast receivers that

**Filters and security**

An intent filter cannot be relied on for security. While it opens a component to receiving only certain kinds of implicit intents, it does nothing to prevent explicit

are registered dynamically by calling `Context.registerReceiver()`; they are directly created as IntentFilter objects.)

A filter has fields that parallel the action, data, and category fields of an Intent object. An implicit intent is tested against the filter in all three areas. To be delivered to the component that owns the filter, it must pass all three tests. If it fails even one of them, the Android system won't deliver it to the component — at least not on the basis of that filter. However, since a component can have multiple intent filters, an intent that does not pass through one of a component's filters might make it through on another.

intents from targeting the component. Even though a filter restricts the intents a component will be asked to handle to certain actions and data sources, someone could always put together an explicit intent with a different action and data source, and name the component as the target.

Each of the three tests is described in detail below:

## Action test

An `<intent-filter>` element in the manifest file lists actions as `<action>` subelements. For example:

```
<intent-filter . . . >
    <action android:name="com.example.project.SHOW_CURRENT" />
    <action android:name="com.example.project.SHOW_RECENT" />
    <action android:name="com.example.project.SHOW_PENDING" />
    . . .
</intent-filter>
```

As the example shows, while an Intent object names just a single action, a filter may list more than one. The list cannot be empty; a filter must contain at least one `<action>` element, or it will block all intents.

To pass this test, the action specified in the Intent object must match one of the actions listed in the filter. If the object or the filter does not specify an action, the results are as follows:

- If the filter fails to list any actions, there is nothing for an intent to match, so all intents fail the test. No intents can get through the filter.

- On the other hand, an Intent object that doesn't specify an action automatically passes the test — as long as the filter contains at least one action.

## Category test

An `<intent-filter>` element also lists categories as subelements. For example:

```
<intent-filter . . . >
    <category android:name="android.intent.category.DEFAULT" />
    <category android:name="android.intent.category.BROWSABLE" />
```

```
        . . .
    </intent-filter>
```

Note that the constants described earlier for actions and categories are not used in the manifest file. The full string values are used instead. For instance, the "`android.intent.category.BROWSABLE`" string in the example above corresponds to the `CATEGORY_BROWSABLE` constant mentioned earlier in this document. Similarly, the string "`android.intent.action.EDIT`" corresponds to the `ACTION_EDIT` constant.

For an intent to pass the category test, every category in the Intent object must match a category in the filter. The filter can list additional categories, but it cannot omit any that are in the intent.

In principle, therefore, an Intent object with no categories should always pass this test, regardless of what's in the filter. That's mostly true. However, with one exception, Android treats all implicit intents passed to <u>startActivity()</u> as if they contained at least one category: "`android.intent.category.DEFAULT`" (the `CATEGORY_DEFAULT` constant). Therefore, activities that are willing to receive implicit intents must include "`android.intent.category.DEFAULT`" in their intent filters. (Filters with "`android.intent.action.MAIN`" and "`android.intent.category.LAUNCHER`" settings are the exception. They mark activities that begin new tasks and that are represented on the launcher screen. They can include "`android.intent.category.DEFAULT`" in the list of categories, but don't need to.) See <u>Using intent matching</u>, later, for more on these filters.)

## Data test

Like the action and categories, the data specification for an intent filter is contained in a subelement. And, as in those cases, the subelement can appear multiple times, or not at all. For example:

```
    <intent-filter . . . >
        <data android:mimeType="video/mpeg" android:scheme="http" . . . />
        <data android:mimeType="audio/mpeg" android:scheme="http" . . . />
        . . .
    </intent-filter>
```

Each <u>&lt;data&gt;</u> element can specify a URI and a data type (MIME media type). There are separate attributes — `scheme`, `host`, `port`, and `path` — for each part of the URI:

```
    scheme://host:port/path
```

For example, in the following URI,

```
    content://com.example.project:200/folder/subfolder/etc
```

the scheme is "`content`", the host is "`com.example.project`", the port is "`200`", and the path is "`folder/subfolder/etc`". The host and port together constitute the URI *authority*; if a host is not specified, the port is ignored.

Each of these attributes is optional, but they are not independent of each other: For an authority to be meaningful, a scheme must also be specified. For a path to be meaningful, both a scheme and an authority must be specified.

When the URI in an Intent object is compared to a URI specification in a filter, it's compared only to the parts of the URI actually mentioned in the filter. For example, if a filter specifies only a scheme, all URIs with that scheme match the filter. If a filter specifies a scheme and an authority but no path, all URIs with the same scheme and authority match, regardless of their paths. If a filter specifies a scheme, an authority, and a path, only URIs with the same scheme, authority, and path match. However, a path specification in the filter can contain wildcards to require only a partial match of the path.

The `type` attribute of a `<data>` element specifies the MIME type of the data. It's more common in filters than a URI. Both the Intent object and the filter can use a "*" wildcard for the subtype field — for example, "`text/*`" or "`audio/*`" — indicating any subtype matches.

The data test compares both the URI and the data type in the Intent object to a URI and data type specified in the filter. The rules are as follows:

a. An Intent object that contains neither a URI nor a data type passes the test only if the filter likewise does not specify any URIs or data types.

b. An Intent object that contains a URI but no data type (and a type cannot be inferred from the URI) passes the test only if its URI matches a URI in the filter and the filter likewise does not specify a type. This will be the case only for URIs like `mailto:` and `tel:` that do not refer to actual data.

c. An Intent object that contains a data type but not a URI passes the test only if the filter lists the same data type and similarly does not specify a URI.

d. An Intent object that contains both a URI and a data type (or a data type can be inferred from the URI) passes the data type part of the test only if its type matches a type listed in the filter. It passes the URI part of the test either if its URI matches a URI in the filter or if it has a `content:` or `file:` URI and the filter does not specify a URI. In other words, a component is presumed to support `content:` and `file:` data if its filter lists only a data type.

If an intent can pass through the filters of more than one activity or service, the user may be asked which component to activate. An exception is raised if no target can be found.

## Common cases

The last rule shown above for the data test, rule (d), reflects the expectation that components are able to get local data from a file or content provider. Therefore, their filters can list just a data type and do not need to explicitly name the `content:` and `file:` schemes. This is a typical case. A `<data>` element like the following, for example, tells Android that the component can get image data from a content provider and display it:

```
<data android:mimeType="image/*" />
```

Since most available data is dispensed by content providers, filters that specify a data type but not a URI are perhaps the most common.

Another common configuration is filters with a scheme and a data type. For example, a `<data>` element like the following tells Android that the component can get video data from the network and display it:

Case 5:12-cv-00630-LHK   Document 23   Filed 02/08/12   Page 11 of 56

```
<data android:scheme="http" android:type="video/*" />
```

Consider, for example, what the browser application does when the user follows a link on a web page. It first tries to display the data (as it could if the link was to an HTML page). If it can't display the data, it puts together an implicit intent with the scheme and data type and tries to start an activity that can do the job. If there are no takers, it asks the download manager to download the data. That puts it under the control of a content provider, so a potentially larger pool of activities (those with filters that just name a data type) can respond.

Most applications also have a way to start fresh, without a reference to any particular data. Activities that can initiate applications have filters with "`android.intent.action.MAIN`" specified as the action. If they are to be represented in the application launcher, they also specify the "`android.intent.category.LAUNCHER`" category:

```
<intent-filter . . . >
    <action android:name="code android.intent.action.MAIN" />
    <category android:name="code android.intent.category.LAUNCHER" />
</intent-filter>
```

## Using intent matching

Intents are matched against intent filters not only to discover a target component to activate, but also to discover something about the set of components on the device. For example, the Android system populates the application launcher, the top-level screen that shows the applications that are available for the user to launch, by finding all the activities with intent filters that specify the "`android.intent.action.MAIN`" action and "`android.intent.category.LAUNCHER`" category (as illustrated in the previous section). It then displays the icons and labels of those activities in the launcher. Similarly, it discovers the home screen by looking for the activity with "`android.intent.category.HOME`" in its filter.

Your application can use intent matching is a similar way. The `PackageManager` has a set of `query...()` methods that return all components that can accept a particular intent, and a similar series of `resolve...()` methods that determine the best component to respond to an intent. For example, `queryIntentActivities()` returns a list of all activities that can perform the intent passed as an argument, and `queryIntentServices()` returns a similar list of services. Neither method activates the components; they just list the ones that can respond. There's a similar method, `queryBroadcastReceivers()`, for broadcast receivers.

## Note Pad Example

The Note Pad sample application enables users to browse through a list of notes, view details about individual items in the list, edit the items, and add a new item to the list. This section looks at the intent filters declared in its manifest file. (If you're working offline in the SDK, you can find all the source files for this sample application, including its manifest file, at `<sdk>/samples/NotePad/index.html`. If you're viewing the documentation online, the source files are in the Tutorials and Sample Code section here.)

In its manifest file, the Note Pad application declares three activities, each with at least one intent filter. It also declares a content provider that manages the note data. Here is the manifest file in its entirety:

```xml
<manifest xmlns:android="http://schemas.android.com/apk/res/android"
          package="com.example.android.notepad">
    <application android:icon="@drawable/app_notes"
                 android:label="@string/app_name" >

        <provider android:name="NotePadProvider"
                  android:authorities="com.google.provider.NotePad" />

        <activity android:name="NotesList" android:label="@string/title_notes_list">
            <intent-filter>
                <action android:name="android.intent.action.MAIN" />
                <category android:name="android.intent.category.LAUNCHER" />
            </intent-filter>
            <intent-filter>
                <action android:name="android.intent.action.VIEW" />
                <action android:name="android.intent.action.EDIT" />
                <action android:name="android.intent.action.PICK" />
                <category android:name="android.intent.category.DEFAULT" />
                <data android:mimeType="vnd.android.cursor.dir/vnd.google.note" />
            </intent-filter>
            <intent-filter>
                <action android:name="android.intent.action.GET_CONTENT" />
                <category android:name="android.intent.category.DEFAULT" />
                <data android:mimeType="vnd.android.cursor.item/vnd.google.note" />
            </intent-filter>
        </activity>

        <activity android:name="NoteEditor"
                  android:theme="@android:style/Theme.Light"
                  android:label="@string/title_note" >
            <intent-filter android:label="@string/resolve_edit">
                <action android:name="android.intent.action.VIEW" />
                <action android:name="android.intent.action.EDIT" />
                <action android:name="com.android.notepad.action.EDIT_NOTE" />
                <category android:name="android.intent.category.DEFAULT" />
                <data android:mimeType="vnd.android.cursor.item/vnd.google.note" />
            </intent-filter>
            <intent-filter>
                <action android:name="android.intent.action.INSERT" />
                <category android:name="android.intent.category.DEFAULT" />
                <data android:mimeType="vnd.android.cursor.dir/vnd.google.note" />
```

```
            </intent-filter>
        </activity>

        <activity android:name="TitleEditor"
                android:label="@string/title_edit_title"
                android:theme="@android:style/Theme.Dialog">
            <intent-filter android:label="@string/resolve_title">
                <action android:name="com.android.notepad.action.EDIT_TITLE" />
                <category android:name="android.intent.category.DEFAULT" />
                <category android:name="android.intent.category.ALTERNATIVE" />
                <category android:name="android.intent.category.SELECTED_ALTERNATIVE" />
                <data android:mimeType="vnd.android.cursor.item/vnd.google.note" />
            </intent-filter>
        </activity>

    </application>
</manifest>
```

The first activity, NotesList, is distinguished from the other activities by the fact that it operates on a directory of notes (the note list) rather than on a single note. It would generally serve as the initial user interface into the application. It can do three things as described by its three intent filters:

1.
```
    <intent-filter>
        <action android:name="android.intent.action.MAIN" />
        <category android:name="android.intent.category.LAUNCHER" />
    </intent-filter>
```

This filter declares the main entry point into the Note Pad application. The standard MAIN action is an entry point that does not require any other information in the Intent (no data specification, for example), and the LAUNCHER category says that this entry point should be listed in the application launcher.

2.
```
    <intent-filter>
        <action android:name="android.intent.action.VIEW" />
        <action android:name="android.intent.action.EDIT" />
        <action android:name="android.intent.action.PICK" />
        <category android:name="android.intent.category.DEFAULT" />
        <data android:mimeType="vnd.android.cursor.dir/vnd.google.note" />
    </intent-filter>
```

This filter declares the things that the activity can do on a directory of notes. It can allow the user to view or edit the directory (via the VIEW and EDIT actions), or to pick a particular note from the directory (via the PICK action).

The `mimeType` attribute of the <u>`<data>`</u> element specifies the kind of data that these actions operate on. It indicates that the activity can get a Cursor over zero or more items (`vnd.android.cursor.dir`) from a content provider that holds Note Pad data (`vnd.google.note`). The Intent object that launches the activity would include a `content:` URI specifying the exact data of this type that the activity should open.

Note also the `DEFAULT` category supplied in this filter. It's there because the <u>`Context.startActivity()`</u> and <u>`Activity.startActivityForResult()`</u> methods treat all intents as if they contained the `DEFAULT` category — with just two exceptions:

- Intents that explicitly name the target activity
- Intents consisting of the `MAIN` action and `LAUNCHER` category

Therefore, the `DEFAULT` category is *required* for all filters — except for those with the `MAIN` action and `LAUNCHER` category. (Intent filters are not consulted for explicit intents.)

3.
```
<intent-filter>
    <action android:name="android.intent.action.GET_CONTENT" />
    <category android:name="android.intent.category.DEFAULT" />
    <data android:mimeType="vnd.android.cursor.item/vnd.google.note" />
</intent-filter>
```

This filter describes the activity's ability to return a note selected by the user without requiring any specification of the directory the user should choose from. The `GET_CONTENT` action is similar to the `PICK` action. In both cases, the activity returns the URI for a note selected by the user. (In each case, it's returned to the activity that called <u>`startActivityForResult()`</u> to start the NoteList activity.) Here, however, the caller specifies the type of data desired instead of the directory of data the user will be picking from.

The data type, `vnd.android.cursor.item/vnd.google.note`, indicates the type of data the activity can return — a URI for a single note. From the returned URI, the caller can get a Cursor for exactly one item (`vnd.android.cursor.item`) from the content provider that holds Note Pad data (`vnd.google.note`).

In other words, for the `PICK` action in the previous filter, the data type indicates the type of data the activity could display to the user. For the `GET_CONTENT` filter, it indicates the type of data the activity can return to the caller.

Given these capabilities, the following intents will resolve to the NotesList activity:

action: `android.intent.action.MAIN`
  Launches the activity with no data specified.

action: `android.intent.action.MAIN`
category: `android.intent.category.LAUNCHER`
  Launches the activity with no data selected specified. This is the actual intent used by the Launcher to populate its top-level list. All activities with filters that match this action and category are added to the list.

action: `android.intent.action.VIEW`
data: `content://com.google.provider.NotePad/notes`
    Asks the activity to display a list of all the notes under `content://com.google.provider.NotePad/notes`. The user can then browse through the list and get information about the items in it.

action: `android.intent.action.PICK`
data: `content://com.google.provider.NotePad/notes`
    Asks the activity to display a list of the notes under `content://com.google.provider.NotePad/notes`. The user can then pick a note from the list, and the activity will return the URI for that item back to the activity that started the NoteList activity.

action: `android.intent.action.GET_CONTENT`
data type: `vnd.android.cursor.item/vnd.google.note`
    Asks the activity to supply a single item of Note Pad data.

The second activity, NoteEditor, shows users a single note entry and allows them to edit it. It can do two things as described by its two intent filters:

1.
```
<intent-filter android:label="@string/resolve_edit">
    <action android:name="android.intent.action.VIEW" />
    <action android:name="android.intent.action.EDIT" />
    <action android:name="com.android.notepad.action.EDIT_NOTE" />
    <category android:name="android.intent.category.DEFAULT" />
    <data android:mimeType="vnd.android.cursor.item/vnd.google.note" />
</intent-filter>
```

The first, primary, purpose of this activity is to enable the user to interact with a single note — to either `VIEW` the note or `EDIT` it. (The `EDIT_NOTE` category is a synonym for `EDIT`.) The intent would contain the URI for data matching the MIME type `vnd.android.cursor.item/vnd.google.note` — that is, the URI for a single, specific note. It would typically be a URI that was returned by the `PICK` or `GET_CONTENT` actions of the NoteList activity.

As before, this filter lists the `DEFAULT` category so that the activity can be launched by intents that don't explicitly specify the NoteEditor class.

2.
```
<intent-filter>
    <action android:name="android.intent.action.INSERT" />
    <category android:name="android.intent.category.DEFAULT" />
    <data android:mimeType="vnd.android.cursor.dir/vnd.google.note" />
</intent-filter>
```

The secondary purpose of this activity is to enable the user to create a new note, which it will `INSERT` into an existing directory of notes. The intent would contain the URI for data matching the MIME type `vnd.android.cursor.dir/vnd.google.note` — that is, the URI for the directory where the note should be placed.

Given these capabilities, the following intents will resolve to the NoteEditor activity:

action: `android.intent.action.VIEW`
data: `content://com.google.provider.NotePad/notes/`*ID*
  Asks the activity to display the content of the note identified by *ID*. (For details on how `content:` URIs specify individual members of a group, see <u>Content Providers</u>.)

action: `android.intent.action.EDIT`
data: `content://com.google.provider.NotePad/notes/`*ID*
  Asks the activity to display the content of the note identified by *ID*, and to let the user edit it. If the user saves the changes, the activity updates the data for the note in the content provider.

action: `android.intent.action.INSERT`
data: `content://com.google.provider.NotePad/notes`
  Asks the activity to create a new, empty note in the notes list at `content://com.google.provider.NotePad/notes` and allow the user to edit it. If the user saves the note, its URI is returned to the caller.

The last activity, TitleEditor, enables the user to edit the title of a note. This could be implemented by directly invoking the activity (by explicitly setting its component name in the Intent), without using an intent filter. But here we take the opportunity to show how to publish alternative operations on existing data:

```
<intent-filter android:label="@string/resolve_title">
    <action android:name="com.android.notepad.action.EDIT_TITLE" />
    <category android:name="android.intent.category.DEFAULT" />
    <category android:name="android.intent.category.ALTERNATIVE" />
    <category android:name="android.intent.category.SELECTED_ALTERNATIVE" />
    <data android:mimeType="vnd.android.cursor.item/vnd.google.note" />
</intent-filter>
```

The single intent filter for this activity uses a custom action called "`com.android.notepad.action.EDIT_TITLE`". It must be invoked on a specific note (data type `vnd.android.cursor.item/vnd.google.note`), like the previous `VIEW` and `EDIT` actions. However, here the activity displays the title contained in the note data, not the content of the note itself.

In addition to supporting the usual `DEFAULT` category, the title editor also supports two other standard categories: <u>ALTERNATIVE</u> and <u>SELECTED_ALTERNATIVE</u>. These categories identify activities that can be presented to users in a menu of options (much as the `LAUNCHER` category identifies activities that should be presented to user in the application launcher). Note that the filter also supplies an explicit label (via `android:label="@string/resolve_title"`) to better control what users see when presented with this activity as an alternative action to the data they are currently viewing. (For more information on these categories and building options menus, see the <u>PackageManager.queryIntentActivityOptions ()</u> and <u>Menu.addIntentOptions()</u> methods.)

Given these capabilities, the following intent will resolve to the TitleEditor activity:

Case 5:12-cv-00630-LHK   Document 23   Filed 02/08/12   Page 17 of 56

action: `com.android.notepad.action.EDIT_TITLE`
data: `content://com.google.provider.NotePad/notes/`*ID*

Asks the activity to display the title associated with note *ID*, and allow the user to edit the title.

Except as noted, this content is licensed under Apache 2.0. For details and restrictions, see the Content License.
Android 4.0 r1 - 18 Jan 2012 22:14

Site Terms of Service - Privacy Policy - Brand Guidelines

↑ Go to top

/3

BLUEBIRDOnline.com (888) 477-0700 us

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**WASHINGTON, D.C.**

**Before The Honorable Carl C. Charneski**
**Administrative Law Judge**

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN PERSONAL DATA AND MOBILE COMMUNICATIONS DEVICES AND RELATED SOFTWARE** | )<br>)<br>)<br>)   **Investigation No. 337-TA-710**<br>)<br>)<br>)<br>) |

**EXPERT REPORT OF DR. TODD C. MOWRY REGARDING INFRINGEMENT AND DOMESTIC INDUSTRY FOR U.S. PATENT NO. 5,946,647**

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◁

## I. __INTRODUCTION__

1.      I have been retained by the law firm of Kirkland & Ellis, LLP to act as an independent technical expert in this action.

2.      I have been asked to provide an opinion as to whether certain HTC products infringe United States Patent No. 5,946,647 ("the '647 patent"), assigned to Apple, Inc. ("Apple"). I understand that HTC products are accused of infringing claims 1, 3, 8, 15, and 19 of the '647 patent. I have also been asked to provide an opinion as to whether the Apple iPhone 3GS containing the Safari web browser and Mail application practices claims 1, 4, 8, 15, 17, 19, and 20 the '647 patent. My opinions are set forth below in this report.

3.      If I am called as an expert witness, I expect to testify regarding my background, qualifications and experience relevant to the issues in this action, the technical subject matter of the '647 patent, the accused HTC products, and the Apple products that practice the claimed invention.

## II. __BACKGROUND AND QUALIFICATIONS__

4.      I am a Professor in the Department of Computer Science at Carnegie Mellon University. I also have a courtesy appointment in the Department of Electrical and Computer Engineering. I served on the faculty of the University of Carnegie Mellon University for fourteen (14) years between 1997 and 2010.

5.      I also served on the faculty of the University of Toronto for four (4) years between 1993 and 1997, in the Department of Electrical and Computer Engineering and a courtesy appointment in the Department of Computer Science. Prior to that appointment, I served as a Graduate Research Assistant in the Department of Electrical Engineering at Stanford University for four (4) years between 1989 and 1993.

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

6.    As a faculty member, I taught courses and directed research in computer systems and software, operating systems, distributed and network systems, object-oriented programming and design, and mobile computing.

7.    I received a B.S. degree in Electrical Engineering with Highest Distinction from the University of Virginia in May 1988.  I received an M.S. in Electrical Engineering from Stanford University in June 1989, and a Ph.D. in Electrical Engineering from Stanford University in March 1994.

8.    I have worked in the computer industry in various capacities.  I was a part-time Computer Architect and then Computer Architecture Consultant at Silicon Graphics, Inc. in Mountain View, California (formerly MIPS Computer Systems in Sunnyvale, California) from 1989 to 1993 and 1993 to 1996, respectively.  I was a Visiting Scientist at IBM in Toronto from 1996 to 2004.  During that same time period (1996 to 2004), I was also a Member of the Technical Advisory Board of SandCraft, Inc. in Santa Clara, California.  I was the Director of the Intel Research Pittsburgh Lab at Intel Corporation in Pittsburgh, Pennsylvania from 2004 to 2007.

9.    I have authored fifteen (15) journal articles, forty-four (44) conference papers, and twenty (20) technical reports.  I am also an inventor on five (5) patents.

10.    I am the recipient of several honors and awards: the Arthur Samuel Thesis Award (awarded by the Stanford Computer Science department to the top two Ph.D. theses in a given year), several IBM Faculty Development Awards (1996, 1997, 1998, 2000, 2001, 2002, and 2003), several Best Paper Awards (the Second Symposium on Operating Systems Design and Implementation in 1996; the 20th International Conference on Data Engineering (ICDE) in 2004), the Alfred P. Sloan Research Fellowship (awarded to researchers in recognition of

2

➤ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

distinguished performance and a unique potential to make substantial contributions to their field), the Most Thought-Provoking Idea Award (awarded by the Architectural Support for Programming Languages and Operating Systems (ASPLOS), in 2004), and the TR100 Award (awarded by MIT's Technology Review magazine to the top 100 most promising young innovators in science and technology, in 1999).

11.     I am a member of the Institute of Electrical and Electronics Engineers (IEEE) and the Association of Computing Machinery (ACM).  I am an Associate Editor of the ACM Transactions on Computer Systems (since 2001).  I was the Program Chair of the International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS) in 2010.  I was the Co-Program Chair of the International Conference on Parallel Architectures and Compilation Techniques (PACT) in 2001.  I have been on the programming committee in various years for ASPLOS, the International Symposium on Computer Architecture (ISCA), the International Symposium on Microarchitectures, the Workshop on Architectural and System Support for Improving Software Dependability (ASID), the Workshop on Memory System Performance (MSP) in conjunction with Programming Language Design and Implementation (PLDI), the IBM CASCON (Centre for Advanced Studies Conference), and the First SUIF (Stanford University Intermediate Format) Workshop.

12.     Overall, I have over seventeen (17) years of experience in the field of computer science and, specifically, computer architecture, compiler optimizations, operating systems, and parallel processing.  A copy of my *curriculum vitae*, including references to the publications I authored, is attached hereto as Exhibit 1.

13.     I have not been retained as a legal expert in the preceding four years.

3

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◁



## X.  APPLE PRACTICES CLAIMS 1, 4, 8, 15, 17, 19, and 20 OF THE '647 PATENT

### A.  Apple's iPhone 3GS Practices Claim 1 of the '647 Patent

1.  **A computer-based system for detecting structures in data and performing actions based on detected structures, comprising:**

163.  The Apple iPhone 3GS ("iPhone") is a computer-based system for detecting structures in data and performing actions based on detected structures.  The iPhone contains a powerful Samsung processor, 256 Megabytes of RAM memory, 16 or 32 Gigabytes of memory for storage, and a multi-touch display.  (APPHTC_00002112-17 (Apple iPhone 3GS Technical

➤ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

Specification).) While iOS 4.2.1 is currently available, I understand that the iPhone shipped with the iOS 3.1.3 operating system when Apple filed its Complaint.

### 2.    an input device for receiving data;

164.    The Apple iPhone practices this claim element under all parties' constructions. The iPhone contains multiple input devices for receiving data.  One such input device is the iPhone's multi-touch display that reacts to a user's touches.  The iPhone's virtual keyboard lets the user to input text through this touchscreen.  The iPhone also includes radio hardware for receiving data over the cellular network.  This radio hardware enables the iPhone to receive data such as text messages, emails, phone calls, web pages and more.  The iPhone's wireless-internet hardware also allows the device to receive data such as emails and web pages.  Furthermore, the iPhone's memory receives data downloaded over cellular or wireless local area networks or inputted through the touchscreen.

165.    The iPhone includes software input devices that work with the above-identified hardware to receive data.  For instance, the WebKit framework allows the iPhone to connect to web and email servers through its radio and wireless-internet hardware and receive data through the iPhone's cellular connection and wireless-internet connections, respectively.  This data, including emails and web pages, is stored in the iPhone's memory, and can be displayed by the Mail and Mobile Safari applications

166.    While I disagree with HTC's contention that an "input device" is limited to hardware, I note that the iPhone contains multiple different hardware input devices for receiving data.  Further, it is my opinion that the above-identified software-based input devices of the iPhone constitute an input device for receiving data at least under the doctrine of equivalents. For purposes of the '647 patent, the differences, if any, between the software-based input devices of the iPhone and a hardware-based input device are insubstantial.  First, as I already discussed,

➤ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

it is incorrect to distinguish input devices purely on a software versus hardware basis. That is, supposed "hardware" input devices require some amount of software to interpret signals sent by the hardware. Likewise, the above-identified "software" input devices require hardware to operate. For instance, the WebKit framework requires hardware that enables a data connection to a cellular or a wireless-internet network. For purposes of the '647 patent, WebKit receives data in substantially the same way as a hardware-based input device, through an external source. In the case of a hardware-based input device such as a touchscreen, the data is obtained from an external source, the user, through the touching of a screen or the pressing of keys on a keyboard or similar actions. Likewise, the WebKit framework receives data from an external source – the cellular network and web servers. Further, the WebKit framework performs the same function (receiving data) with substantially the same result as a hardware-based input device. In each situation, the end result is the same: the receipt of data.

### 3.    an output device for presenting the data;

167.    The iPhone includes an output device for presenting the data. The iPhone's 3.5-inch multi-touch display outputs data at a resolution of 480 by 320 pixels. (APPHTC_00002112-17 (Apple iPhone 3GS Technical Specification).) I understand that HTC has not contested that the iPhone practices this element of claim 1. To the extent HTC is permitted to alter its contentions at a later date, I reserve my right to respond.

### 4.    a memory storing information including program routines including

168.    The iPhone includes a memory storing information including program routines. The iPhone contains 256 Megabytes of RAM memory and 16 Gigabytes or 32 Gigabytes of flash memory for additional storage of data. (APPHTC_00002112-17 (Apple iPhone 3GS Technical Specification).) I understand that HTC has not contested that the iPhone practices this element

73

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

of claim 1. To the extent HTC is permitted to alter its contentions at a later date, I reserve my right to respond.

> **5.     an analyzer server for detecting structures in the data and for linking actions to the detected structures;**

169.     The iPhone includes an analyzer server for detecting structures in the data and for linking actions to the detected structures.

170.     Apple has proposed, and I agree, that "analyzer server" be construed as a program routine(s) that receives data, uses patterns to detect structures in the data, and links actions to the detected structure. The Staff has proposed construing "analyzer server" as a program sub-routine that receives data from a document having recognizable structures, and uses patterns to detect the structures. HTC has proposed construing "analyzer server" as a program sub-routine that receives data from a document having recognizable structures, and uses patterns to detect the structures, where the document is presented by a separate application. I also understand that Apple, HTC, and the Staff have agreed that detecting should be construed to mean "finding and identifying" and "structure" should be construed to mean "an instance of a pattern, where a 'pattern' refers to data, such as a grammar, regular expression, string, etc., used by a pattern analysis unit to recognize information in a document such as dates addresses, phone numbers, names, etc." Finally, Apple contends that an analyzer server for linking actions to the detected structures means "linking detected structures to computer subroutines that cause the CPU to perform a sequence of operations on the particular structures to which they are linked." HTC and the Staff propose construing this phrase to mean "linking a detected structure to a computer subroutine that causes the CPU to perform a sequence of operations on that particular structure to which it is linked, rather than an informational structure." As explained above, I agree with

74

> CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◁

Apple's constructions. It is my opinion that the Mail and Mobile Safari applications on the iPhone practice claim 1 under each of these constructions.

171.   Both the Mail and Mobile Safari applications use WebKit to render and display html data. However, Mobile Safari also uses WebKit to detect structures in the data while the Mail application uses the DataDetectorsCore framework to detect structures in the data.

172.   The program routine constituting Mobile Safari's analyzer server for detecting structures in the data is the WebCoreFindTelephoneNumber() procedure in the WebCoreTelephoneParser.cpp file. This procedure finds and identifies phone numbers within unstructured text in computer data by parsing the data and applying a phone number pattern. (WebCoreFindTelephoneNumber() procedure in WebCoreTelephoneParser.cpp.)

173.   The program routines constituting the Mail application's analyzer server for detecting structures in the data are the "DDScannerRef" type (defined in DDScanner.h) and the DDScanner.c file. The main method of the DDOperation class creates (or retrieves a pre-existing) object of type "DDScannerRef." The main method then calls the DDScannerScanQuery() procedure implemented in the DDScanner.c file. (DDOperation.m.) The DDScannerScanQuery() procedure performs some initialization tasks and, relying on additional procedures implemented in DDScanner.c, scans the provided data to find and identify structures such as email addresses, phone numbers, web URLs, and postal addresses. (DDScanner.c.)

174.   Mobile Safari's and the Mail application's analyzer servers link actions to a detected structure after the user selects the detected structure through a long-press. The program routines constituting the analyzer server for linking actions to the detected structure are the "actionSheeForURL:withAllowedTypes:inFrame:" [sic] method of the UIWebURLAction class,

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

the "actionNamesforURL:inFrame:" method of the DDDetectionController class, the "_addButtonWithTitle:label:buttonClass:" method of the UIActionSheet class and, the delegate of the UIActionSheet class.

175.    After the user's long-press, the "highlightApproximateNodeInverted" method of the UIWebDocumentView class implemented in UIWebDocumentViewInteraction.m retrieves the selected structure and stores it in the instance variable _interaction.element of the UIWebDocumentView    class.    The    "_showDataDetectorsSheet"    method    of    the UIWebDocumentView class implemented in UIWebDocumentViewInteraction.m passes the structure    to    the    "actionSheeForURL:withAllowedTypes:inFrame:"    method    of    the UIWebURLAction class. The "actionSheeForURL:withAllowedTypes:inFrame:" method passes the    detected    structure    to    the    "actionNamesforURL:inFrame:"    method    of    the DDDetectionController class, which returns an array of actions based on the type of selected structure.    (DDDetectionController.m.)    For    a    detected    street    address,    the "actionNamesforURL:inFrame:" method of the DDDetectionController class obtains the array of actions by calling the "actionNamesForResult" method of the DDActionController class. (DDDetectionController.m at line 303.) For all other types of detected structures, the "actionNamesforURL:inFrame:" method obtains the array of actions by calling the "actionNamesforURL" method of the DDActionController class. (DDDetectionController.m at line 306.) Both of these methods return an array containing the names of various actions to perform, such as "Create New Contact," "Call," and "New Message." (DDActionController.m at lines 189-239.)

176.    We then return to the "actionSheeForURL:withAllowedTypes:inFrame:" method of the UIWebURLAction class, which adds buttons to an Action Sheet through successive calls

76

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

to the "addButtonWithTitle:label:" method of the UIActionSheet class. (UIWebURLAction.m.) An Action Sheet is a menu of "one or more buttons, each of which corresponds to an action to take." (UIActionSheet Class Reference, http://developer.apple.com/library/ios/#documentation/uikit/reference/UIActionSheet_Class/Reference/Reference.html.)

177. The "addButtonWithTitle:label:" method of the UIActionSheet class calls the "_addButtonWithTitle:label:buttonClass:" method of the same class, which sets the "_buttonClicked" method as a callback[23] to be invoked once the user selects a button. (UIAlert.m.) The UIActionSheet object also stores a "delegate," which is an object of a class that "implements the button actions." (*Id.*; UIActionSheet Class Reference, http://developer.apple.com/library/ios/#documentation/uikit/reference/UIActionSheet_Class/Reference/Reference.html.) The delegate is set to an instance of the UIWebDocumentView class. ("_showDataDetectorsSheet" in UIWebDocumentViewInteraction.m.) This is the same instance of the UIWebDocumentView class that has stored the selected structure in the _interaction.element object. Finally, each button is tagged with a number corresponding to the appropriate action to perform, such as WebURLActionGoToURLTag or WebURLActionOtherTag. (UIWebURLAction.h) When the user selects a linked action, the "_buttonClicked" method is invoked and uses the stored delegate to call a method implemented by that delegate. More specifically, the "_buttonClicked" method calls the

███

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

"actionSheet:clickedButtonAtIndex:" method of the delegate (a UIWebDocumentView object) implemented in UIWebDocumentViewInteraction.m.

178.    The above-identified analyzer servers of Mobile Safari and the Mail application practice claim 1 under all the proposed constructions of an analyzer server for detecting structures in the data and for linking actions to the detected structures. The Staff's and my own construction of analyzer server are similar; both require the analyzer server to comprise program routine(s) that receive data and use patterns to detect structures. In addition, the Staff contends that the analyzer server must receive data "from a document having recognizable structures." I have already shown how Mobile Safari and the Mail application contain program routines that receive data from a document, such as emails and web pages, having recognizable structures.

179.    HTC contends that the analyzer server must be a program sub-routine that is separate from the application that presents the document. While I disagree with HTC's construction of this term, it is my opinion that the iPhone practices this claim element at least under the doctrine of equivalents. The differences, if any, between the analyzer servers of the iPhone and an analyzer server contained in a program separate from the application that presents the document are insubstantial. The above-identified analyzer servers of the iPhone perform substantially the same function, detecting structures and linking actions to the detected structures, as an analyzer server contained in a program separate from the application presenting the document. In fact, Apple has made its data detectors functionality accessible to third-party app developers. (Technical Q&A QA1495: Detecting phone numbers and links in an iPhone application, http://developer.apple.com/library/ios/#qa/qa2009/qa1495.html.) The analyzer servers of the iPhone detect structures and link actions in substantially the same way as an analyzer server contained in a separate program. In each situation, the analyzer server receives

78

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◁

data from a document, finds and identifies structures in the document, and links actions to the detected structures. That an analyzer server contained in a separate program would require the data to be passed outside of the application before detection and linking occurs is an insubstantial difference from the operation of the iPhone. The analyzer servers of the iPhone obtain the same results as an analyzer server contained in a separate program – detection of structures and linking of actions.

180. I understand that HTC contends that the iPhone does not practice the analyzer server of claim 1 because "Complainants list code responsible for creating the user interface as performing the functions of the analyzer server." (Nov. 24, 2010 Suppl. Resp. to Interrog. No. 147 at 171.) I disagree with HTC's assertion for numerous reasons, one of which is that HTC appears to conflate claim 1's "user interface" program routines for enabling the selection of a detected structure and a linked action with the general concept of a user interface. The '647 patent does not require that the analyzer server program routines be entirely separate from any code that is related to the iPhone's user interface. Regardless, the program routines that I have identified as constituting the analyzer servers are separate from the user interface program routines that enable the selection of a linked action by displaying the menu of linked actions. Moreover, the iPhone practices this element of claim 1 at least under the doctrine of equivalents. The differences, if any, between analyzer server program routines that overlap with user interface program routines enabling the selection of a detected structure and a linked action and analyzer server program routines separate from such user interface program routines are not substantial. The analyzer server program routines of the iPhone perform substantially the same function, detecting structures in data and linking actions, as analyzer server program routines that do not overlap with user interface program routines. The iPhone's analyzer servers perform this

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

function in substantially the same way, scanning data to find instances of patterns, as analyzer server program routines that do not overlap with user interface program routines. Finally, the analyzer servers of the iPhone achieve substantially the same result, the detection of structures and linking of actions.

182. As explained in Section VII.C of this report, I understand that the parties dispute the construction of "linking actions to the detected structures." I incorporate from the '647 infringement section of this report my response to HTC's contention that the analyzer server cannot link to an "informational structure." To the extent HTC's construction on this point can be understood, it is my opinion that the iPhone practices this element of claim 1 literally and under the doctrine of equivalents. As explained above, the Mobile Safari web browser and Mail application link actions to a selected structure; selection of the linked action causes the action processor to execute the action, causing the CPU to perform a sequence of operations on that particular structure. At minimum, this system is equivalent to a computer subroutine that causes the CPU to perform a sequence of operations on that particular structure to which it is linked, rather than an informational structure. Upon selection, the linked actions cause the CPU to perform a sequence of operations on the detected structure. The differences, if any, between the linked actions of the iPhone and an action that causes the CPU to perform a sequence of operations on the particular structure, but that is not an informational structure, are insubstantial. The iPhone's linked actions perform substantially the same function, describing an action that

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

the action processor can execute, as an action that is not an informational structure.  Further, the iPhone's linked actions perform this function in substantially the same way, describing an action that will cause the CPU to perform a sequence of operations on the detected structure.  And finally, the iPhone's linked actions achieve the same result, causing the CPU to perform a sequence of operations on the detected structure, as an action that is not an informational structure.

183.    I understand that HTC also contends that the iPhone does not practice claim 1 because, allegedly, linking must occur through the use of "conventional" pointers.  (Nov. 24, 2010 Suppl. Resp. to Interrog. No. 14 at 264.)  I disagree with HTC's construction of "linking." I understand HTC has not submitted this construction to the ALJ.  Nothing in the '647 patent requires that "conventional pointers" be used to link actions to the detected structure.  To the extent that HTC's incorrect interpretation can be understood, it is my opinion that the iPhone satisfies this claim element both literally and under the doctrine of equivalents.  The source code I have identified as responsible for linking actions to the detected structures is written in the Objective-C language.  Objective-C, an extension of ANSI C, uses pointers.  The iPhone links actions to the detected structure through a series of objects and pointers.  In addition, the iPhone satisfies this element at least through the doctrine of equivalents.  In the context of the '647 patent, the differences, if any, between an analyzer server that uses "conventional pointers" to link actions and an analyzer server that uses Objective-C objects and pointers to link actions are insubstantial. The iPhone's Objective-C objects perform substantially the same function, linking, in substantially the same way, referencing memory, with substantially the same result, linking actions to the detected structures, as "conventional pointers."

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

184.    Finally, I understand that HTC contends that Apple's domestic industry in the '647 patent "rel[ies] upon open-source, publicly developed software." (Nov. 24, 2010 Suppl. Resp. to Interrog. No. 14 at 264.) HTC is incorrect. None of the program routines I have cited are open-source or publicly developed.

**6.     a user interface enabling the selection of a detected structure and a linked action;**

185.    The Apple iPhone's Mobile Safari and Mail application contain program routines that constitute a user interface enabling the selection of a detected structure and a linked action.

186.    Mobile Safari's program routine constituting the user interface enabling the selection of a detected structure is the `HTMLAnchorElement` type implemented in the HTMLAnchorElement.cpp file.   The parseNextPhoneNumber() procedure in the HTMLParser.cpp file creates an object of type `HTMLAnchorElement` containing the detected phone number and a `tel:` scheme. WebKit displays `HTMLAnchorElements` as a selectable link.

187.    The Mail application's program routines constituting the user interface enabling the selection of a detected structure are the "dd_urlifyResults:operation:" method  implemented in the DDDomDocument.m file  and the `DOMHTMLAnchorElement` type.

188.    The   "doURLificationOnWebThreadAndRelease"   method   of   the DDDetectionController class calls the "dd_urlifyResults:operation:" method, implemented in the DDDomDocument.m file, once detection has completed. (DDDetectionController.m at line 258.) The   "dd_urlifyResults:operation:" method prepends the appropriate scheme (e.g. `tel:`, `mailto:`, etc.) to each detected structure and makes each structure selectable by inserting a new node of type `DOMHTMLAnchorElement` into the email. (DDDomDocument.m at lines 135-293.)

➤ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

189.   The Mobile Safari and Mail application program routines that constitute the user interface for selecting a linked action are the "showBrowserSheet" method of the UIWebDocumentView class implemented in UIWebDocumentViewInteraction.m, and the "presentSheetInView" method of the UIActionSheet class implemented in UIAlert.m.

190.   The "showBrowserSheet" method creates an instance of the UIView class and passes that object in a call to the "presentSheetInView" method of the UIActionSheet class. (UIWebDocumentViewInteraction.m.)   The "presentSheetInView" method of UIActionSheet class calls the "_presentSheetStartingFromYCoordinate" method of the same class to display the action sheet. (*Id.* at line 1777.)

191.   From reviewing HTC's discovery responses, I understand that HTC does not dispute that the Apple iPhone practices this element of claim 1.  However, I understand that HTC has advanced certain non-infringement arguments that it has not made against Apple's domestic industry in the '647 patent. (*Compare* Nov. 24, 2010 Suppl. Resp. to Interrog. No. 7 *to* Nov. 24, 2010 Suppl. Resp. to Interrog. No. 14.)   I reserve my right to respond to the extent HTC is permitted to make such arguments at a later time.

### 7.   an action processor for performing the selected action linked to the selected structure;

192.   The iPhone's Mobile Safari and Mail application contains action processor program routines for performing the selected action linked to the selected structure.

193.   The Mobile Safari and Mail application program routines constituting the action processor for performing the selected action linked to the selected structure are the "openURL" method of the UIApplication class and the GSEventSendApplicationOpenURL() procedure of the GSEvent.c file.

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

194.   The "_buttonClicked" method of the UIActionSheet class is called after the user selects a linked action displayed in the action sheet.  The "_buttonClicked" method calls the "actionSheet:clickedButtonAtIndex:" method of its delegate; the delegate is an object of a class that "implements the button actions."   (UIActionSheet class reference, http://developer.apple.com/library/ios/#documentation/uikit/reference/UIActionSheet_Class/Reference/Reference.html.)   Before the action sheet was displayed to the user, the "_showDataDetectorsSheet" method of the UIWebDocumentView class implemented in UIWebDocumentViewInteraction.m set the delegate to the UIWebDocumentView object. (UIWebDocumentViewInteraction.m.)   This is the same UIWebDocumentView object that contains the selected structure in its _interaction.element instance variable.

195.   The "actionSheet:clickedButtonAtIndex:" method of the UIWebDocumentView class implemented in UIWebDocumentViewInteraction.m calls the program routines that begin performance of the action.   If the user selected an action to open a web URL, the "actionSheet:clickedButtonAtIndex:" method calls the performClick method of the UIWebDocumentView class implemented in UIWebDocumentViewInteraction.m.   The "performClick" method will open the web URL in the Safari web browser. If the user selected any other action, the "actionSheet:clickedButtonAtIndex: method calls the performActionWithTag:forURL:withAllowedTypes:forFrame:inView:interactionDelegate:" method of the UIWebURLAction class.   (UIWebDocumentViewInteraction.m.)   The "performActionWithTag:forURL:withAllowedTypes:forFrame:inView:interactionDelegate:" method calls the "performActionNumber:forURL:forFrame:inView:interactionDelegate:" method of the DDDetectionController class. (UIWebURLAction.m at lines 88-104.)   If the selected structure is an address, the

➤ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

"performActionNumber:forURL:forFrame:inView:interactionDelegate:"     method     of

DDDetectionController                                 calls                      the

"performActionNumber:forResult:isDefaultAction:inView:interactionDelegate:"     method     of

DDActionController;              otherwise,            it           calls           the

"performActionNumber:forURL:isDefaultAction:inView:interactionDelegate:"     method     of

DDActionController.  If the user chose to Create a New Contact or Add to Existing Contact, both

of these methods call methods of the AddressBookUI framework to perform the action.  If the

user       chose      to      open      an       address      in       Maps,       the

"performActionNumber:forResult:isDefaultAction:inView:interactionDelegate:"     method     of

DDActionController    calls    the    openURL    method    of    the    UIApplication    class

(DDActionController.m  at  lines  273-91.)    For  the  other  selected  linked  actions,  the

"performActionNumber:forURL:isDefaultAction:inView:interactionDelegate:"  method  of  the

DDActionController class checks the type of selected structure and the linked action the user

selected and calls the "openURL" method of the UIApplication class to perform the action.

(DDActionController.m   at   lines   333-412.)    The   "openURL"   method   calls   the

GSEventSendApplicationOpenURL() procedure  of the  GSEvent.c  file,  which  causes  the

operating system to launch the target application.  (UIApplication.m; APPHTC_00652533-76

(UIApplication - Class Reference) at 55.)

    196.    I understand from HTC's discovery responses that HTC does not dispute that the

Apple iPhone practices this element of claim 1. To the extent HTC is permitted to alter its

contentions at a later date, I reserve my right to respond.

85

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

> 8. **and a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.**

197.    The iPhone contains a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. More specifically, the iPhone contains an ARM Cortex-A8 processor coupled to a 3.5 inch touchscreen, radio hardware, 256 Megabytes of RAM, and 16 or 32 Gigabytes of additional memory. (APPNOK1209484-6.)

198.    I understand from HTC's discovery responses that HTC does not dispute that the iPhone practices this element of claim 1. To the extent HTC is permitted to alter its contentions at a later date, I reserve my right to respond.

**B.    Apple's iPhone 3GS Practices Claim 4 of the '647 Patent**

> 1. **The system recited in Claim 1, wherein the analyzer server includes grammars and a parser for detecting structures in the data.**

199.    The analyzer servers of the iPhone's Mobile Safari and Mail applications include grammars and a parser for detecting structures in the data.

200.    The analyzer server of Mobile Safari includes grammars for detecting structures in the data. (WebCoreFindTelephoneNumber() method in WebCoreTelephoneParser.cpp.) The analyzer server further includes a parser for detecting structures in the data. (*Id.*)

201.    The analyzer server of the Mail application includes numerous grammars for detecting structures in the data, including the grammars found in the addresses_en.ddx, phone_common.ddx, phone_en.ddx, datetime_en.ddx, and addresses_common.ddx files. These grammars are compiled into an instance of the DDCacheRef type, which is used to build instances of the DDScannerRef type. The Mail application's analyzer server further includes a parser, the DDScannerRef type and DDScanner.c file, for detecting structures in the data.

86

➤ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

202.   I understand from HTC's discovery responses that HTC does not dispute that the Apple iPhone practices the additional language of claim 4. To the extent HTC is permitted to alter its contentions at a later date, I reserve my right to respond.

### C.   Apple's iPhone 3GS Practices Claim 8 of the '647 Patent

**1.   The system recited in Claim 1, wherein the user interface highlights detected structures.**

203.   The user interface of the iPhone's Mobile Safari and Mail applications highlight detected structures.   Mobile Safari's HTMLAnchorElement type causes the WebKit framework to highlight detected phone numbers, as shown below:



**Highlighted Detected Phone Number**

204.   Further, the DOMHTMLAnchorElement type causes WebKit and the Mail application to highlight detected structures.

87

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◁

205.    I understand from HTC's discovery responses that HTC does not dispute that the Apple iPhone practices the additional language of claim 8. To the extent HTC is permitted to alter its contentions at a later date, I reserve my right to respond.

**D.    Apple's iPhone 3GS Practices Claim 15 of the '647 Patent**

206.    It is my opinion that Apple and its customers using the iPhone practice claim 15.

**1.    In a computer having memory storing actions, a method for causing the computer to perform an action on a structure identified in computer data, comprising:**

207.    The iPhone practices claim 15 in much the same way that Apple practices claim 1. The iPhone is a computer having memory storing actions as explained in Section X.A above. The iPhone causes the computer to perform an action on a structure identified in computer data.

**2.    receiving computer data**

208.    It is my opinion that the iPhone practices this element of claim 15. The iPhone can, and does, receive computer data.  I incorporate my discussion from Section X.A above detailing the many ways in which the iPhone receives computer data.

**3.    detecting a structure in the data;**

209.    It is my opinion that the iPhone practices this element of claim 15. The iPhone comprises a method of detecting a structure in the data.  I incorporate my discussion from Section X.A above detailing how the iPhone detects a structure in the data.

**4.    linking at least one action to the detected structure**

210.    It is my opinion that the iPhone practices this element of claim 15. The iPhone comprises a method of linking at least one action to the detected structure.  I incorporate my discussion from Section X.A above detailing how the iPhone links at least one action to the detected structure.

88

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

### 5. enabling selection of the structure and a linked action

211.     It is my opinion that the iPhone practices this element of claim 15. The iPhone comprises a method of enabling selection of the structure and a linked action.   I incorporate my discussion from Section X.A above detailing how the iPhone enables the selection of the structure and a linked action.

### 6. and executing the selected action linked to the selected structure.

212.     It is my opinion that the iPhone practices this element of claim 15. The iPhone comprises a method of executing the selected action linked to the selected structure.     I incorporate my discussion from Section X.A above detailing how the iPhone executes the selected action linked to the selected structure.

### E. Apple's iPhone 3GS Practices Claim 17 of the '647 Patent

213.     Apple and its customers using the iPhone practice claim 17.

### 1. The method recited in Claim 15, wherein the memory contains grammars, and

214.     It is my opinion that the iPhone practices this element of claim 17. The iPhone comprises a method wherein the memory contains grammars.  I incorporate my discussion from Section X.B above detailing how the iPhone's memory contains grammars.

### 2. wherein the step of detecting a structure further comprises the steps of retrieving a grammar and parsing the data based on the grammar.

215.     It is my opinion that the iPhone practices this element of claim 17. The iPhone comprises a method wherein the step of detecting a structure further comprises the steps of retrieving a grammar and parsing the data based on the grammar.  I incorporate my discussion from Section X.B above detailing how the iPhone retrieves a grammar and parses the data based on the grammar.   For example, the WebCoreFindTelephoneNumber() method retrieves a grammar in the WebCoreTelephoneParser.cpp file and parses the data based on that grammar.  In

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◄

addition, the Mail application compiles these grammars into an instance of the `DDCacheRef` type, which is used to build instances of the `DDScannerRef` type. The Mail application retrieves a grammar and parses the data based on the grammar.

**F.     Apple's iPhone 3GS Practices Claim 19 of the '647 Patent**

216.    Apple and its customers using the iPhone practice claim 19.

> **1.     The method recited in Claim 15, wherein the memory contains strings,**

217.    It is my opinion that the iPhone practices this element of claim 19. The iPhone comprises a method wherein the memory contains strings. The iPhone's memory contains strings. For example, the USStates_en.txt, USCities.txt, EnglishCities_en.txt, firstnames.txt, and lastnames.txt files contain strings.

> **2.     and wherein the step of detecting a structure further comprises the steps of retrieving a string from the memory and scanning the data to identify the string.**

218.    It is my opinion that the iPhone practices this element of claim 19. The iPhone comprises a method wherein the step of detecting a structure further comprises the steps of retrieving a string from the memory and scanning the data to identify the string.

219.    The Mail application compiles these strings into an instance of the `DDCacheRef` type, which is used to build instances of the `DDScannerRef` type. The Mail application retrieves a string from the cache and scans the data to identify the string. (DDScanner.c.) I incorporate my discussion from Section X.A and X.B above detailing how the iPhone retrieves a string from memory and scans the data to identify the string.

➢ CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER ◀

### G.   Apple's iPhone 3GS Practices Claim 20 of the '647 Patent

#### 1.   The method recited in Claim 15, further comprising after the step of detecting a structure, the step of highlighting the detected structure.

220.   It is my opinion that the iPhone practices claim 20. The iPhone comprises a method wherein after the step of detecting a structure, the step of highlighting the detected structure.   I incorporate my discussion from Section X.C above detailing how the iPhone highlights the detected structure.

## XI.   RESERVATION OF THE RIGHT TO SUPPLEMENT

221.   I reserve the right to supplement or amend my opinions in response to any critique of my report or alternative evidence or opinions advanced by or on behalf of Respondent HTC. For example, it may be necessary for me to modify or supplement my opinions as a result of ongoing expert discovery, ALJ rulings, deposition, or trial testimony.  Finally, I reserve the right to create visual aids and demonstrative exhibits that may help me in explaining the technical matters that I expect to testify about.  Examples of these visual aids and demonstrative exhibits may include, for example, charts, diagrams, videos, models, and animated or computer-generated video presentations describing the technology related to the asserted claims and the prior art.

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

Dated: January 26, 2011

Todd C. Mowry

# Exhibit 1

# Todd C. Mowry
CURRICULUM VITAE

August, 2010

## Contact Information

Computer Science Department
Carnegie Mellon University
5000 Forbes Avenue
Pittsburgh, PA 15213

Phone: (412) 268-3725
Fax: (412) 268-5576
Email: tcm@cs.cmu.edu
URL: http://www.cs.cmu.edu/~tcm

## Education

Ph.D. in Electrical Engineering, Stanford University, March 1994.
- Thesis: "Tolerating Latency Through Software-Controlled Data Prefetching."
- Supervisors: Anoop Gupta and Monica Lam.

M.S. in Electrical Engineering, Stanford University, June 1989.

B.S. in Electrical Engineering with Highest Distinction, University of Virginia, May 1988.

## Academic Appointments

*7/08–Present:* Professor, Computer Science Department (with a courtesy appointment in the Department of Electrical and Computer Engineering), Carnegie Mellon University.

   *8/09–6/10:* Associate Department Head for Faculty, Computer Science Department

*7/97–6/08:* Associate Professor, Computer Science Department (with a courtesy appointment in the Department of Electrical and Computer Engineering), Carnegie Mellon University.

*12/93–6/97:* Assistant Professor, Department of Electrical and Computer Engineering (with a courtesy appointment in the Department of Computer Science), University of Toronto.

*9/89–11/93:* Graduate Research Assistant, Stanford University.

## Honors and Awards

- Second Place, Audience Choice Award for Best Demo (for Claytronics) at the Intel Developers Forum, 2006. (Chosen among several hundred demos of Intel's latest research and technology.)
- SCS Doctoral Dissertation Award co-won by Angela Demke Brown (Ph.D. advisee), 2005.
- Most Thought-Provoking Idea Award (for Claytronics), the Wild and Crazy Idea Session IV held at ASPLOS-XI, 2004.
- Best Paper Award, the 20th International Conference on Data Engineering (ICDE), 2004.
- SCS Doctoral Dissertation Award co-won by J. Gregory Steffan (Ph.D. advisee), 2003.
- Runner-Up for Best Paper Award, the ACM SIGMOD Conference, 2001.
- Alfred P. Sloan Research Fellow, 1999-2001.
- TR100 Award (awarded by MIT's Technology Review magazine to the top 100 most promising young innovators in science and technology), 1999.
- Best Paper Award, the Second Symposium on Operating Systems Design and Implementation, 1996.
- IBM Faculty Development Awards, 1996, 1997, 1998, 2000, 2001, 2002, 2003.
- Arthur Samuel Thesis Award (awarded by the Stanford Computer Science department to the top two Ph.D. theses in a given year), 1994.

**Doctoral Thesis Supervision**

| Student | Thesis Title (or Topic) | Graduation Date |
|---|---|---|
| Chi-Keung Luk | Optimizing the Cache Performance of Non-Numeric Applications. *(Nominated for the ACM Thesis Award by the University of Toronto Department of Computer Science.)* | January, 2000 |
| J. Gregory Steffan | Hardware Support for Thread-Level Speculation. *(Co-winner of the SCS Doctoral Dissertation Award.)* | April, 2003 |
| Antonia Zhai | Compiler Optimization of Value Communication for Thread-Level Speculation. | January, 2005 |
| Angela Demke Brown | Explicit Compiler-based Memory Management for Out-of-core Applications. *(Co-winner of the SCS Doctoral Dissertation Award.)* | May, 2005 |
| Christopher Colohan | Applying Thread-Level Speculation to Database Transactions. | November, 2005 |
| Shimin Chen | Redesigning Database Systems in Light of CPU Cache Prefetching. | December, 2005 |
| Amit Manjhi | Increasing the Scalability of Dynamic Web Applications | March, 2008 |
| Olatunji Ruwase | Compiler Optimization for Log-Based Architectures | May, 2012 *(expected)* |
| Theodoros Strigkos *(ECE student)* | Log-Based Architectures and Parallelism | May, 2012 *(expected)* |
| Evangelos Vlachos *(ECE student)* | Hardware Support for Log-Based Architectures | May, 2012 *(expected)* |
| Michelle Goodstein | Algorithms for Log-Based Architectures | May, 2012 *(expected)* |

**Masters Thesis Supervision**

*NOTE: these students were all at the University of Toronto.*

| Student | Thesis Title (or Topic) | Graduation Date |
|---|---|---|
| Matthew Lam | Multicast Support in Mesh Networks | July, 1996 |
| Robert Ho | Doacross Parallelism in Single-Chip Multiprocessors | September, 1996 |
| Angela Demke | Compiler-Inserted I/O Prefetching for Out-of-Core Applications | January, 1997 |
| Gregory Steffan | The Potential for Thread-Level Data Speculation | January, 1997 |
| Charles Chan | Prefetching in Networks of Workstations | February, 1998 |
| Adley Lo | Multithreading in Networks of Workstations | February, 1998 |
| Antonia Zhai | A Compiler Algorithm for Scheduling Non-Numeric Code with Explicitly Forwarded Data on a Speculative Multiprocessor | September, 1998 |
| Daniel Sladic | Exploiting Fast Comunication in Single-Chip Multiprocessing | September, 1998 |
| Sherwyn Ramkissoon | Software-Controlled Multithreading | January, 1999 |

**Teaching Experience**

### Graduate Courses Taught

| Course Number | Title | Year | Enrollment | Instructor Rating |
|---|---|---|---|---|
| 15-740 | Computer Architecture | 2009 | 46 | N/A |
| | | 2007 | 26 | 4.33/5.00 |
| | | 2001 | 31 | 4.48/5.00 |
| | | 2000 | 28 | 4.46/5.00 |
| | | 1999 | 26 | 4.58/5.00 |
| 15-745 | Optimizing Compilers for Modern Architectures | 2003 | 13 | 4.64/5.00 |
| | | 2003 | 23 | 4.74/5.00 |
| | | 2001 | 14 | 4.56/5.00 |
| 15-740 | Basic Computer Systems | 1998 | 27 | 4.47/5.00 |
| ECE1755S | Parallel Computer Architecture | 1997 | 6 | N/A |
| | | 1996 | 12 | N/A |
| | | 1995 | 15 | N/A |
| | | 1994 | 9 | N/A |
| ECE1760S | HW/SW Tradeoffs in High-Performance Computing | 1996 | 8 | N/A |
| | | 1995 | 12 | N/A |
| ECE1753F | Optimizing Compilers | 1994 | 20 | N/A |

*(NOTE: The University of Toronto does not collect course or instructor ratings for graduate courses.)*

### Undergraduate Courses Taught

| Course Number | Title | Year | Enrollment | Instructor Rating |
|---|---|---|---|---|
| 15-213 | Intro to Computer Systems | 2007 | 147 | 4.06/5.00 |
| | | 2000 | 140 | 3.91/5.00 |
| | | 1999 | 144 | 4.34/5.00 |
| 15-418/ 15-495 | Parallel Computer Architecture and Programming | 2008 | 14 | 4.20/5.00 |
| | | 2004 | 16 | 3.92/5.00 |
| | | 2002 | 23 | 4.80/5.00 |
| | | 2002 | 14 | 4.56/5.00 |
| 15-347 | Computer Architecture | 1998 | 116 | 3.85/5.00 |
| CSC372S | Microprocessor Software | 1997 | 54 | 6.0/7.0 |
| | | 1996 | 13 | 6.2/7.0 |
| | | 1995 | 32 | 5.5/7.0 |
| ECE540F | Optimizing Compilers | 1996 | 34 | 5.68/7.0 |
| | | 1995 | 35 | 5.44/7.0 |

## Publications

### Refereed Journal Articles

- Shimin Chen, Michael Kozuch, Phillip B. Gibbons, Michael Ryan, Theodoros Strigkos, Todd C. Mowry, Olatunji Ruwase, Evangelos Vlachos, Babak Falsafi, and Vijaya Ramachandran. Flexible Hardware Acceleration for Instruction-Grain Lifeguards. In *IEEE Micro (Top Picks from 2008 Computer Architecture Conferences)*, 29(1), January 2009.

- Seth C. Goldstein, Todd C. Mowry, Jason D. Campbell, Michael P. Ashley-Rollman, Michael De Rosa, Stanislav Funiak, James F. Hoburg, Mustafa E. Karagozler, Brian Kirby, Peter Lee, Padmananabhan Pillai, J. Robert Reid, Daniel D. Stancil, and Michael P. Weller. Beyond Audio and Video: Using Claytronics to Enable Pario. In *AI Magazine*, 30(2), March 2009.

- Antonia Zhai, J. Gregory Steffan, Christopher B. Colohan, and Todd C. Mowry. Compiler and Hardware Support for Reducing the Synchronization of Speculative Threads. In *ACM Transactions on Architecture and Code Optimization (TACO)*, 5(1), May 2008.

- Christopher B. Colohan, Anastassia Ailamaki, J. Gregory Steffan, and Todd C. Mowry. Incrementally parallelizing database transactions with thread-level speculation. In ACM Transactions on Computer Systems (TOCS), 26(1), February 2008.

- Shimin Chen, Anastassia Ailamaki, Phillip B. Gibbons, and Todd C. Mowry. Improving Hash Join Performance through Prefetching. In *ACM Transactions on Database Systems*, 32(3):1-32, September 2007.

- Christopher B. Colohan, Anastasia Ailamaki, J. Gregory Steffan, and Todd C. Mowry. CMP Support for Large and Dependent Speculative Threads. In *IEEE Transactions on Parallel and Distributed Systems*, 18(8):1041-1054, August 2007.

- J. Gregory Steffan, Christopher B. Colohan, Antonia Zhai and Todd C. Mowry. The STAMPede Approach to Thread-Level Speculation. In *ACM Transactions on Computer Systems*, 23(3):253-300, August 2005.

- Seth Copen Goldstein, Jason Campbell and Todd C. Mowry. Programmable Matter. In *IEEE Computer*, 38(6):99-101, June 2005.

- Angela Demke Brown, Todd C. Mowry and Orran Krieger. Compiler-Based I/O Prefetching for Out-of-Core Applications. In *ACM Transactions on Computer Systems*, 19(2):111-170, May 2001.

- Chi-Keung Luk and Todd C. Mowry. Architectural and Compiler Support for Effective Instruction Prefetching: A Cooperative Approach. In *ACM Transactions on Computer Systems*, 19(1):71-109, February 2001.

- Todd C. Mowry and Chi-Keung Luk. Understanding Why Correlation Profiling Improves the Predictability of Data Cache Misses in Nonnumeric Applications. In *IEEE Transactions on Computers*, 49(4), April 2000.

- Chi-Keung Luk and Todd C. Mowry. Automatic Compiler-Inserted Prefetching for Pointer-Based Applications. In *IEEE Transactions on Computers*, 48(2), February 1999.

- Mark Horowitz, Margaret Martonosi, Todd C. Mowry, and Michael D. Smith. Informing Memory Operations: Memory Performance Feedback Mechanisms and their Applications. In *ACM Transactions on Computer Systems*, 16(2):170-205, May 1998.

- Todd C. Mowry. Tolerating Latency in Multiprocessors through Compiler-Inserted Prefetching. In *ACM Transactions on Computer Systems*, 16(1):55-92, February 1998.

- Todd Mowry and Anoop Gupta. Tolerating Latency Through Software-Controlled Prefetching in Shared-Memory Multiprocessors. In *Journal of Parallel and Distributed Computing*, 12(2):87-106, 1991.

### Refereed Conference Papers

- Olatunji Ruwase, Shimin Chen, Phillip Gibbons, and Todd C. Mowry. Decoupled Lifeguards: Enabling Path Optimizations for Dynamic Correctness Checking Tools. In *Proceedings of the ACM SIGPLAN 2010 Conference on Programming Language Design and Implementation (PLDI)*, June 2010.

- F. Ryan Johnson, Radu Stoica, Anastasia Ailamaki, and Todd C. Mowry. Decoupling Contention Management from Scheduling. In *Proceedings of the Fifteenth International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2010)*, March 2010.

- Michelle Goodstein, Evangelos Vlachos, Shimin Chen, Phillip B. Gibbons, Michael Kozuch, and Todd C. Mowry. Butterfly Analysis: Adapting Dataflow Analysis to Dynamic Parallel Monitoring. In *Proceedings of the Fifteenth International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2010)*, March 2010.

- Evangelos Vlachos, Michelle Goodstein, Michael Kozuch, Shimin Chen, Babak Falsafi, Phillip B. Gibbons, and Todd C. Mowry. ParaLog: Enabling and Accelerating Online Parallel Monitoring of Multithreaded Applications. In *Proceedings of the Fifteenth International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2010)*, March 2010.

- Amit Manjhi, Charles Garrod, Bruce M. Maggs, Todd C. Mowry, Anthony Tomasic. Holistic Query Transformations for Dynamic Web Applications. In *Proceedings of the 2009 IEEE 25th International Conference on Data Engineering (ICDE)*, March-April 2009.

- Daniel J. Dewey, Michael P. Ashley-Rollman, Michael DeRosa, Seth Copen Goldstein, Todd C. Mowry, Siddhartha S. Srinivasa, Padmanabhan Pillai, and Jason Campbell. Generalizing metamodules to simplify planning in modular robotic systems. In *Proceedings of the IEEE/RSJ 2008 International Conference on Intelligent Robots and Systems (IROS)*, September 2008.

- Lei Li, Wenjie Fu, Fan Guo, Todd C. Mowry, and Christos Faloutsos. Cut-and-stitch: efficient parallel learning of linear dynamical systems on SMPs. In *Proceedings of the 14th ACM SIGKDD International Conference on Knowledge Discovery and Data Mining (KDD)*, August 2008.

- Shimin Chen, Michael Kozuch, Theodoros Strigkos, Babak Falsafi, Phillip B. Gibbons, Todd C. Mowry, Michael Ryan, Olatunji Ruwase, and Evangelos Vlachos. Flexible Hardware Acceleration for Instruction-Grain Program Monitoring. In *Proceedings of the 35th Annual International Symposium on Computer Architecture (ISCA)*, June 2008.

- Olatunji Ruwase, Phillip B. Gibbons, Todd C. Mowry, Vijaya Ramachandran, Shimin Chen, Michael Kozuch, and Michael Ryan. Parallelizing dynamic information flow tracking. In *Proceedings of the 20th Annual ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, June 2008.

- Brian Kirby, Burak Aksak, James Hoburg, Todd C. Mowry, and Padmanabhan Pillai. A Modular Robotic System Using Magnetic Force Effectors. In *Proceedings of the IEEE/RSJ 2007 International Conference on Intelligent Robots and Systems (IROS)*, October 2007.

- Michael Ashley-Rollman, Seth Goldstein, Peter Lee, Todd C. Mowry, and Padmanabhan Pillai. Meld: A Declarative Approach to Programming Ensembles. In *Proceedings of the IEEE/RSJ 2007 International Conference on Intelligent Robots and Systems (IROS)*, October 2007.

- Amit Manjhi, Phillip B. Gibbons, Anastassia Ailamaki, Charles Garrod, Bruce M. Maggs, Todd C. Mowry, Christopher Olston, Anthony Tomasic, and Haifeng Yu. Invalidation Clues for Database Scalability Services. In *Proceedings of the 2007 IEEE 23rd International Conference on Data Engineering (ICDE)*, pages 316-325, April 2007.

- Michael De Rosa, Peter Lee, Seth Goldstein, Jason Campbell, Padmanabhan Pillai, and Todd C. Mowry. Distributed Watchpoints: Debugging Large Multi-Robot Systems. In *Proceedings*

*of the 2007 IEEE International Conference on Robotics and Automation (ICRA)*, pages 3723-3729, April 2007.

- Benjamin D. Rister, Jason Campbell, Padmanabhan Pillai, and Todd C. Mowry. Integrated Debugging of Large Modular Robot Ensembles. In *Proceedings of the 2007 IEEE International Conference on Robotics and Automation (ICRA)*, pages 2227-2234, April 2007.

- Shimin Chen, Phillip Gibbons, Michael Kozuch, Vasileios Liaskovitis, Anastassia Ailamaki, Guy Blelloch, Babak Falsafi, Limor Fix, Nikos Hardavellas, Todd C. Mowry and Chris Wilkerson. Scheduling Threads for Constructive Cache Sharing on CMPs. In *Proceedings of 18th ACM Symposium on Parallelism in Algorithms and Architectures (SPAA)*, pages 105-115, June 2007.

- Shimin Chen, Babak Falsafi, Phillip B. Gibbons, Michael Kozuch, Todd C. Mowry, Radu Teodorescu, Anastassia Ailamaki, Limor Fix, Gregory R. Ganger, Bin Lin, and Steven W. Schlosser. Log-Based Architectures for General-Purpose Monitoring of Deployed Code. In *Proceedings of the Workshop on Architectural and System Support for Improving Software Dependability (ASID), held with ASPLOS XII*, October 2006.

- Christopher B. Colohan, Anastassia Ailamaki, J. Gregory Steffan, and Todd C. Mowry. Tolerating Dependences Between Large Speculative Threads Via Sub-Threads. In *Proceedings of the 33rd Annual International Symposium on Computer Architecture (ISCA)*, pages 216-226, June 2006.

- Amit Manjhi, Anastassia Ailamaki, Bruce M. Maggs, Todd C. Mowry, Christopher Olston, and Anthony Tomasic. Simultaneous Scalability and Security for Data-Intensive Web Applications. In *Proceedings of the 2006 ACM SIGMOD International Conference on Management of Data*, pages 241-252, June 2006.

- Vasileios Liaskovitis, Shimin Chen, Phillip B. Gibbons, Anastassia Ailamaki, Guy E. Blelloch, Babak Falsafi, Limor Fix, Nikos Hardavellas, Michael Kozuch, Todd C. Mowry, and Chris Wilkerson. Parallel Depth First vs. Work Stealing Schedulers on CMP Architectures. In *Proceedings of 18th ACM Symposium on Parallelism in Algorithms and Architectures (SPAA)*, August 2006.

- Brian Kirby, Jason Campbell, Burak Aksak, Padmanabhan Pillai, James F. Hoburg, Todd C. Mowry, and Seth Copen Goldstein. Catoms: Moving Robots without Moving Parts. In *Proceedings of the Twentieth National Conference qon Artificial Intelligence (AAAI)*, pages 1730-1731, July 2005.

- Christopher Olston, Amit Manjhi, Charles Garrod, Anastassia Ailamaki, Bruce M. Maggs, and Todd C. Mowry. A Scalability Service for Dynamic Web Applications. In *Proceedings of the Second Biennial Conference on Innovative Data Systems Research (CIDR)*, pages 56-69, January 2005.

- Christopher B. Colohan, Anastassia Ailamaki, J. Gregory Steffan, and Todd C. Mowry. Optimistic Intra-Transaction Parallelism on Chip Multiprocessors. In *Proceedings of the 31st International Conference on Very Large Data Bases (VLDB)*, pages 73-84, September 2005.

- Shimin Chen, Anastassia Ailamaki, Phillip B. Gibbons, and Todd C. Mowry. Inspector Joins. In *Proceedings of the 31st International Conference on Very Large Data Bases (VLDB)*, pages 817-828, September 2005.

- Antonia Zhai, Christopher B. Colohan, J. Gregory Steffan, and Todd C. Mowry. Compiler Optimization of Memory-Resident Value Communication Between Speculative Threads. In *Proceedings of the 2007 International Symposium on Code Generation and Optimization (CGO)*, pages 39-52, March 2004.

- Shimin Chen, Anastassia Ailamaki, Phillip B. Gibbons and Todd C. Mowry. Improving Hash Join Performance through Prefetching. In *Proceedings of the 20th International Conference on Data Engineering (ICDE)*, pages 116-127, April 2004. *(This paper received the Best Paper Award.)*

- Antonia Zhai, Christopher B. Colohan, J. Gregory Steffan and Todd C. Mowry. Compiler Optimization of Scalar Value Communication Between Speculative Threads. In *Proceedings of the Tenth International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS-X)*, October 2002.

- Shimin Chen, Philip B. Gibbons, Todd C. Mowry and Gary Valentin. Fractal Prefetching B+-Trees: Optimizing Both Cache and Disk Performance. In *Proceedings of the 2002 ACM SIGMOD International Conference on Management of Data*, June 2002.

- J. Gregory Steffan, Christopher B. Colohan, Antonia Zhai and Todd C. Mowry. Improving Value Communication for Thread-Level Speculation. In *Proceedings of the Eighth International Symposium on High-Performance Computer Architecture (HPCA)*, February 2002.

- Shimin Chen, Philip B. Gibbons and Todd C. Mowry. Improving Index Performance through Prefetching. In *Proceedings of the 2001 ACM SIGMOD International Conference on Management of Data*, pages 235-246, May 2001. *(This paper received the Runner-Up for Best Paper Award.)*

- Angela Demke Brown and Todd C. Mowry. Taming the Memory Hogs: Using Compiler-Inserted Releases to Manage Physical Memory Intelligently. In *Proceedings of the Fourth Symposium on Operating Systems Design and Implementation (OSDI 2000)*, pages 31-44, October 2000.

- J. Gregory Steffan, Christopher B. Colohan, Antonia Zhai and Todd C. Mowry. A Scalable Approach to Thread-Level Speculation. In *Proceedings of the 27th Annual International Symposium on Computer Architecture*, pages 1-12, June 2000.

- Todd C. Mowry and Sherwyn R. Ramkissoon. Software-Controlled Multithreading Using Informing Memory Operations. In *Proceedings of the Sixth International Symposium on High-Performance Computer Architecture*, January, 2000.

- Chi-Keung Luk and Todd C. Mowry. Memory Forwarding: Enabling Aggressive Layout Optimizations by Guaranteeing the Safety of Data Relocation. In *Proceedings of the 26th Annual International Symposium on Computer Architecture (ISCA)*, pages 88-99, May 1999.

- Chi-Keung Luk and Todd C. Mowry. Cooperative Prefetching: Compiler and Hardware Support for Effective Instruction Prefetching in Modern Microprocessors. In *Proceedings of the 31st Annual International Symposium on Microarchitecture*, pages 182-193, December 1998.

- J. Gregory Steffan and Todd C. Mowry. The Potential for Using Thread-Level Data Speculation to Facilitate Automatic Parallelization. In *Proceedings of the Fourth International Symposium on High-Performance Computer Architecture*, pages 2-13, February, 1998.

- Charles Chan, Adley Lo, and Todd C. Mowry. Comparative Evaluation of Latency Tolerance Techniques for Software Distributed Shared Memory. In *Proceedings of the Fourth International Symposium on High-Performance Computer Architecture*, pages 300-311, February, 1998.

- Todd C. Mowry and Chi-Keung Luk. Predicting Data Cache Misses in Non-Numeric Applications Through Correlation Profiling. In *Proceedings of the 30th Annual International Symposium on Microarchitecture*, pages 314-320, December 1997.

- Todd C. Mowry, Angela K. Demke and Orran Krieger. Automatic Compiler-Inserted I/O Prefetching for Out-of-Core Applications. In *Proceedings of the Second Symposium on Operating Systems Design and Implementation (OSDI '96)*, pages 3-17, October 1996. *(This paper received the Best Paper Award.)*

- Chi-Keung Luk and Todd C. Mowry. Compiler-Based Prefetching for Recursive Data Structures. In *Proceedings of the Seventh International Conference on Architectural Support for Programming Languages and Operating Systems*, pages 222-233, October 1996.

- Edouard Bugnion, Jennifer M. Anderson, Todd C. Mowry, Mendel Rosenblum and Monica S. Lam. Compiler- Directed Page Coloring for Multiprocessors. In *Proceedings of the Seventh International Conference on Architectural Support for Programming Languages and Operating Systems*, pages 244-255, October 1996.

- Mark Horowitz, Margaret Martonosi, Todd C. Mowry, and Michael D. Smith. Informing Memory Operations: Providing Memory Performance Feedback in Modern Processors. In *Proceedings of the 23rd Annual International Symposium on Computer Architecture*, pages 260-270, May 1996.

- Todd C. Mowry, Monica S. Lam and Anoop Gupta. Design and Evaluation of a Compiler Algorithm for Prefetching. In *Proceedings of the Fifth International Conference on Architectural Support for Programming Languages and Operating Systems*, pages 62-73, October 1992.

- Anoop Gupta, John Hennessy, Kourosh Gharachorloo, Todd Mowry, and Wolf-Dietrich Weber. Comparative Evaluation of Latency Reducing and Tolerating Techniques. In *Proceedings of the 18th Annual International Symposium on Computer Architecture*, pages 254-263, May 1991.

- Anoop Gupta, Wolf-Dietrich Weber, and Todd Mowry. Reducing Memory and Traffic Requirements for Scalable Directory-Based Cache Coherence Schemes. In *Proceedings of International Conference on Parallel Processing*, pages 312-321, August 1990.

**Technical Reports**

- Evangelos Vlachos, Michelle Goodstein, Michael Kozuch, Shimin Chen, Babak Falsafi, Phillip B. Gibbons, Todd C. Mowry, and Olatunji Ruwase. Parallel LBA: Conherence-based Parallel Monitoring of Multithreaded Applications. Carnegie Mellon University Technical Report CMU-CS-09-108, March 2009.

- Michelle Goodstein, Evangelos Vlachos, Shimin Chen, Phillip Gibbons, Michael Kozuch, and Todd C. Mowry. The Butterfly Model: Theoretical Foundations. Carnegie Mellon University Technical Report CMU-CS-08-170, February 2009.

- Amit Manjhi, Anastassia Ailamaki, Bruce M. Maggs, Todd C. Mowry, Christopher Olston, and Anthony Tomasic. Simultaneous Scalability and Security for Data-Intensive Web Applications. Carnegie Mellon University Technical Report CMU-CS-06-116, March 2006.

- Charles Garrod, Amit Manjhi, Anastassia Ailamakiii, Phil Gibbons, Bruce Maggs, Todd Mowry, Christopher Olston, and Anthony Tomasic. Scalable Consistency Management for Web Database Caches. Carnegie Mellon University Technical Report CMU-CS-06-128, July 2006.

- Amit Manjhi, Phillip B. Gibbons, Anastassia Ailamaki, Charles Garrod, Bruce M. Maggs, Todd C. Mowry, Christopher Olston, Anthony Tomasic, and Haifeng Yu. Invalidation Clues for Database Scalability Services. Carnegie Mellon University Technical Report CMU-CS-06-139, July 2006.

- Christopher B. Colohan, Anastassia Ailamaki, J. Gregory Steffan, and Todd C. Mowry. Supporting Large Speculative Threads for Databases and Beyond. Carnegie Mellon University Technical Report CMU-CS-05-109, July 2005.

- Christopher B. Colohan, Anastassia Ailamaki, J. Gregory Steffan, and Todd C. Mowry. Optimistic Intra-Transaction Parallelism on Chip Multiprocessors. Carnegie Mellon University Technical Report CMU-CS-05-118, March 2005.

- Shimin Chen, Anastassia Ailamaki, Phillip B. Gibbons, and Todd C. Mowry. Improving Hash Join Performance through Prefetching. Carnegie Mellon University Technical Report CMU-CS-03-157, October 2003.

- Shimin Chen, Phillip B. Gibbons, Todd C. Mowry, and Gary Valentin. Fractal Prefetching B+-Trees: Optimizing Both Cache and Disk Performance. Carnegie Mellon University Technical Report CMU-CS-02-115, March 2002.

- Spiros Papadimitrious and Todd C. Mowry. Exploring Thread-Level Speculation in Software: The Effects of Memory Access Tracking Granularity. Carnegie Mellon University Technical Report CMU-CS-01-145, July 2001.
- Shimin Chen, Phillip B. Gibbons and Todd C. Mowry. Improving Index Performance through Prefetching. Carnegie Mellon University Technical Report CMU-CS-00-177, December 2000.
- J. Gregory Steffan, Christopher B. Colohan and Todd C. Mowry. Extending Cache Coherence to Support Thread-Level Data Speculation on a Single Chip and Beyond. Carnegie Mellon University Technical Report CMU-CS-98-171, December 1998.
- Todd C. Mowry and Sherwyn R. Ramkissoon. Software-Controlled Multithreading Using Informing Memory Operations. Carnegie Mellon University Technical Report CMU-CS-98-169, October 1998.
- Chi-Keung Luk and Todd C. Mowry. Compiler and Hardware Support for Automatic Instruction Prefetching: A Cooperative Approach. Carnegie Mellon University Technical Report CMU-CS-98-140, June 1998.
- J. Gregory Steffan, Christopher B. Colohan and Todd C. Mowry. Architectural Support for Thread-Level Data Speculation. Carnegie Mellon University Technical Report CMU-CS-97-188, November 1997.
- Todd C. Mowry and Chi-Keung Luk. Predicting Data Cache Misses in Non-Numeric Applications Through Correlation Profiling. Carnegie Mellon University Technical Report CMU-CS-97-175, September 1997.
- J. Gregory Steffan and Todd C. Mowry. The Potential for Thread-Level Data Speculation in Tightly-Coupled Multiprocessors. University of Toronto Technical Report CSRI-TR-350, February 1997.
- Chi-Keung Luk and Todd C. Mowry. Predicting Data Cache Misses in Non-Numeric Applications Through Correlation Profiling. University of Toronto Technical Report CSRI-TR-359, February, 1997.
- Mark Horowitz, Margaret Martonosi, Todd C. Mowry, and Michael D. Smith. Informing Loads: Enabling Software to Observe and React to Memory Behavior. Stanford University Technical Report CSL-TR-95-673, July 1995.
- Todd C. Mowry. Tolerating Latency Through Software-Controlled Data Prefetching. Technical Report CSL-TR-94-628, Stanford University, June 1994.

## Patents Held

- Todd C. Mowry. U.S. Patent 7,127,586: Prefetching hints. Issued October, 2006.
- Shimin Chen, Phillip B. Gibbons, and Todd C. Mowry. U.S. Patent 6,772,179: System and method for improving index performance through prefetching. Issued August, 2004.
- Todd C. Mowry. U.S. Patent 6,240,488: Prefetching hints. Issued May, 2001.
- Todd C. Mowry. U.S. Patent 5,732,242: Consistently specifying way destinations through prefetching hints. Issued March, 1998.
- Todd C. Mowry and Earl A. Killian. U.S. Patent 5,696,958: Method and apparatus for reducing delays following the execution of a branch instruction in an instruction pipeline. Issued December, 1997.

## Distinguished Lectures

*2/7/08: "Pario: the Next Step Beyond Audio and Video"*, University of Toronto, Department of Electrical and Computer Engineering Distinguished Lecture Series.

**Professional Activities**

### Professional Societies

- Member of the Institute of Electrical and Electronics Engineers (IEEE)
- Member of the Association of Computing Machinery (ACM)

### Industrial Employment

*5/04–6/07:* Intel Corporation, Pittsburgh, Pennsylvania: Director of the Intel Research Pittsburgh Lab.

*6/89–11/93:* Silicon Graphics, Inc., Mountain View, California (formerly MIPS Computer Systems, Sunnyvale California): Computer Architect (part-time).

### Consulting

*7/07–Present:* Intel Corporation, Pittsburgh, Pennsylvania: Research Advisor.

*8/96–4/04:* SandCraft, Inc., Santa Clara, California: Member of the Technical Advisory Board.

*1/96–4/04:* IBM, Toronto: Visiting Scientist.

*12/93–12/96:* Silicon Graphics, Inc., Mountain View, California: Computer Architecture Consultant.

**University Committee Work and Other Service Activities**

### Committee Work

- Faculty Hiring Committees:
  - Computer Science Department: 2008, 2010.
  - Computer Systems Area: 2000, 2001, 2002, 2003, 2004.
- Chair of the Computer Science Department Head Selection Committee, 2007.
- CSD Ph.D. Admissions Committee, 2001, 2002, 2003.
- School of Computer Science Council, 2001-2004.
- Carnegie Mellon University Faculty Senate (Presidential Appointeee), 2000-2001.
- Computer Systems Area Advocate, 2000-2004.
- Doctoral Review Committee, 1998-2004.
- ACM Thesis Award Nomination Committee, 1999.

### Journal, Conference and Workshop Organization

- Associate Editor, ACM Transactions on Computer Systems, 2001-present.
- Program Chair of the International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS), 2010.
- Co-Program Chair (with John Shen) of the International Conference on Parallel Architectures and Compilation Techniques (PACT), 2001.
- Member of the ASPLOS program committee, 2000, 2004.
- Member of the ISCA program committee, 1998 and 2000.
- Member of the International Symposuim on Microarchitecture program committee, 1998.
- Member of the Workshop on Architectural and System Support for Improving Software Dependability (ASID) program committee, 2005.
- Member of the Workshop on Memory System Performance (MSP) program committee (in conjunction with PLDI), 2002 and 2004.
- Member of the IBM CASCON program committee, 1995, 1996, 1997.
- Member of the First SUIF Workshop Program Committee, 1996.
- Organized the CASCON 97 workshop on Compiler Optimization, 1997.
- Initiated and organized the 1st Toronto / Rochester Workshop on Shared-Memory Multiprocessors, 1994.

### Miscellaneous

- Organizing the Computer Systems faculty lunches, 1999-2008, 2009-present.
- Organized the Computer Systems seminar series in the CMU CS department, 1998-2001.