**ORIGINAL**

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA 94304-1211 | San Francisco, California 94105-2482 |
| Telephone: (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

**Filed**
FEB 8 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**CV12-00630 LHK**

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv- |
| Plaintiff, | **DECLARATION OF ARTHUR RANGEL** |
| v. | **REDACTED PUBLIC VERSION** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Hearing:**<br>Date:<br>Time:<br>Place:<br>Judge: |
| Defendants. | |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ARTHUR RANGEL –
CASE NO. 12-cv-

HIGHLY CONFIDNETIAL –
ATTORNEYS' EYES ONLY

1.   I, Arthur Rangel, am over eighteen (18) years of age and am competent to testify as to the matters set forth herein. I have first-hand knowledge of the facts set forth herein, except where statements are specifically identified as based upon information and belief. As to those statements, I am so informed after reasonable investigation and believe them to be true. If called upon to testify to the statements set forth herein, I could and would competently do so under oath.

2.   I am Director of Product Marketing Research and Analysis for Complainant Apple Inc. ("Apple"). Apple conducts regular surveys of individuals who have recently purchased iPhone, iPad, or iPod products and compiles the collected data in various reports, including multiple quarterly reports. As Director of Product Marketing Research and Analysis, I oversee the preparation of these reports. In particular, I oversaw the preparation of each of the reports described below, each of which was prepared in the ordinary course of Apple's business.

3.   Attached as Exhibit 1 is a true and correct copy of

**REDACTED**

4.   Attached as Exhibit 2 is true and correct copy of

**REDACTED**

5.   Attached as Exhibit 3 is a true and correct copy of

**REDACTED**

DECLARATION OF ARTHUR RANGEL –
CASE NO. 12-cv-XXXXX-XXX                              1

Gibson, Dunn &
Crutcher LLP

**REDACTED**

as part of Apple's ordinary course of business.

6. Attached as Exhibit 4 is a true and correct copy

**REDACTED**

7. Attached as Exhibit 5 is a true and correct copy of the

**REDACTED**

8. Attached as Exhibit 6 is a true and correct copy of the

**REDACTED**

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Arthur Rangel*
Arthur Rangel

February 7, 2012

Dated:

DECLARATION OF ARTHUR RANGEL –
CASE NO. 12-cv-XXXXX-XXX                               2

Gibson, Dunn &
Crutcher LLP