ORIGINAL

1    JOSH A. KREVITT (CA SBN 208552)
     jkrevitt@gibsondunn.com
2    H. MARK LYON (CA SBN 162061)
     mlyon@gibsondunn.com
3    GIBSON, DUNN & CRUTCHER LLP
     1881 Page Mill Road
4    Palo Alto, CA  94304-1211
     Telephone: (650) 849-5300
5    Facsimile: (650) 849-5333

6

7    *Attorneys for Plaintiff Apple Inc.*

8

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

**Filed**

FEB  8 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13   APPLE INC., a California corporation,

14                     Plaintiff,

15          v.

16   SAMSUNG ELECTRONICS CO., LTD., a
     Korean corporation; SAMSUNG
17   ELECTRONICS AMERICA, INC., a New
     York corporation; and SAMSUNG
18   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
19
                       Defendants.
20

**CV 12-00630 LHK**

CASE NO. 12-cv-

**DECLARATION OF STEVEN SINCLAIR**

HRL

**Hearing:**
Date:
Time:
Place:
Judge:

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

**DECLARATION OF STEVEN SINCLAIR –**
CASE NO. 12-cv-

1.  1. I, Steven Sinclair, am over eighteen (18) years of age and am competent to testify as to the matters set forth herein. I have first-hand knowledge of the facts set forth herein, except where statements are specifically identified as based upon information and belief. As to those statements, I am so informed after reasonable investigation and believe them to be true. If called upon to testify to the statements set forth herein, I could and would competently do so under oath.

2.  I am currently an iPhone Product Marketing Manager for Complainant Apple Inc. ("Apple"). I have held this position since 2007. Prior to joining Apple, I was a Product Manager at Palm, Inc. I received my Bachelor of Science in Industrial Engineering and Operations Research from the University of California, Berkeley.

3.  In my position at Apple, I have been responsible for managing the marketing of the iPhone product line since 2007. The first-generation iPhone was introduced in 2007, at a time when most people owned "feature phones," phones without a sophisticated operating system. I joined Apple after the launch of the original iPhone, but in my position I have become familiar with Apple's advertising with respect to the launch of the original iPhone, and I followed the launch as well in my position at Palm. Because the original iPhone was such a revolutionary product, in Apple's initial advertisements it had to educate the public about the functionality of a smartphone in general and to show consumers what a smartphone such as the iPhone could do. For example, Apple's advertisements focused on the iPhone and showed that, by simply using the touch screen (and no buttons) a user could tap the screen to select telephone numbers and make phone calls, and select a link to a website. Since the initial launch, we have continued to create interesting, active television commercials that focused on particular features in our iPhone, iPad, and iPod touch.

4.  Prior to launching each new version of the iPhone, I have worked on developing the message that we want to convey to the public about the product. In each instance, we have tried to highlight how an iPhone is different from other smartphones on the market. We have highlighted in our advertising features that are not available on phones sold by Apple's competitors, while placing the iPhone front and center in the advertisement. This is referred to as "product is hero" advertising.

**DECLARATION OF STEVEN SINCLAIR –**
CASE NO. 12-cv-XXXXX-XXX                                1

Gibson, Dunn &
Crutcher LLP

5.       As noted above, since the launch of the original iPhone, many of the features of **Apple's touchscreen user interface technology have** been highlighted in Apple television advertisements. These advertisements typically show someone using an iPhone and demonstrating various features that we have decided to emphasize in the particular ad.

6.       For example, we have had numerous iPhone television commercials that show an **iPhone being "unlocked" through the "slide to unlock" bar at the bottom of the** iPhone screen. Apple was the first to launch a smartphone with this technology, so in advertisements related to the original iPhone we wanted to show consumers how it worked. This is a signature feature of an iPhone, and as such it has also appeared in several subsequent advertisements for later generation iPhones. The slide to unlock feature of the iPhone has appeared in each of the following television advertisements (I have listed the ads by title and model of iPhone and also included a link at which each ad can be viewed):

> **"All These Years"** (Original iPhone)
> http://www.youtube.com/watch?v=AbexaqNTppo
>
> **"How To" (Original** iPhone)
> http://www.youtube.com/watch?v=FLxB4pHH_GY
>
> **"Amazing" (Original iPhone)**
> http://www.youtube.com/watch?v=IPTgTeLFawM&NR
>
> **"Family Travel" (iPhone 3GS)**
> http://www.youtube.com/watch?v=yfey1U6ePug
>
> **"Shopper" (iPhone 3GS)**
> http://www.youtube.com/watch?v=kikTGEGzldY
>
> **"Retina" (iPhone 4)**
> http://www.youtube.com/watch?v=VHSZFrOfvTY

As an indication of how closely tied the slide to unlock feature is to the iPhone, the first thing shown in each of these ads is a user sliding a finger across the screen to unlock the phone.

7.       The slide to unlock feature is also associated with other Apple iOS products. As such, we have included it in commercials for the iPad:

**DECLARATION OF STEVEN SINCLAIR –**
CASE NO. 12-cv-XXXXX-XXX                              2

Gibson, Dunn &
Crutcher LLP

Original iPad Commercial
http://www.youtube.com/watch?v=qiUs8HQu_lo

8.      Finally, some of our television commercials **have featured the iPhone's ability to**
recognize and use information that is provided in a consistent format, such as telephone numbers and
e-mail and standard addresses. For example, **in an ad for the iPhone 3GS entitled "Shopper"**
(http://www.youtube.com/watch?v=kikTGEGzldY), a user is shown looking up a store and then a
**screen is shown with options to "See website" via the Safari app, "Call to confirm it's in stock" via**
**the Phone app, and "Get directions" via the Maps app. The user is shown clicking on the "Get**
**directions" text and is taken directly to the store's location on the Maps app.**

9.      **Apple's new iPhone 4S introduces Siri, a** computerized personal assistant that allows
users to talk to, and be understood by, their iPhone. Siri responds to user voice commands and user
**questions. Siri also allows users to search across multiple applications—contacts, the web, email—**
with a single voice command. Apple has run two television ads for the iPhone 4S that highlight this
**exciting new feature, one entitled "Siri"** (http://www.youtube.com/watch?v=5ba0tZ_P5cg) and
**another entitled "The Assistant" (http://www.youtube.com/watch?v=8uS6d7fsPnM).** For example, in
the currently-running television commercial for the iPhone 4S entitled **"The Assistant," users are**
shown asking Siri a number of questions, such as **"how do I tie a bow tie again?" "Do I need an**
**umbrella in New York this weekend?" and "What does a weasel look like?" The ad also shows Siri**
providing names of locksmiths to a user who tells Siri that the user is locked out of her home.

10.     Apple for many years has marketed and **advertised its products—such as the iPhone,**
**iPad and iPod touch—based on the unique user** experience they provide. The features I have
described above substantially contribute to the creation of this distinctive user experience, as
**reflected by Apple's decision to focus on these features in its product advertising. Apple's marketing**
strategy for these products is based on our belief that **Apple's ability to provide** this distinctive user
experience is a significant factor **in consumers' decisions about w**hether to purchase the iPhone, iPad,
**and iPod touch. As a result of Apple's extensive and** widespread promotion of the foregoing features
of the iPhone in its advertisements, we believe that consumers strongly associate the distinctive user

**DECLARATION OF STEVEN SINCLAIR –**
CASE NO. 12-cv-XXXXX-XXX                    3

1    experience created by these features with Apple, helping to maintain a strong bond between Apple

2    and its customers.

3

4    I declare under penalty of perjury that the foregoing is true and correct.

5

6    Steven Sinclair                                    February 6, 2012
                                                         _____

                                                         Dated: