ORIGINAL

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Filed
FEB 8 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. CV-12-00630 LHK<br><br>APPLE INC.'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS |

In accordance with Northern District of California Civil Local Rule 7-11, Apple moves the Court for leave to exceed the page limit for its Motion and Memorandum in Support of Apple's Motion for a Preliminary Injunction.

Due to the number of patents at issue in the present brief as well as the accompanying graphics, Apple's brief exceeds the page limit set in Civil L.R. 7-2(b) by eight pages of text. The additional length of the brief is necessary to properly address the four patents at issue, Apple requests leave to exceed the 25-page limit for opening briefs.

A stipulation could not be obtained from the defendants to Apple's Administrative Motion to Exceed Page Limits because Apple's Administrative Motion to Exceed Page Limits and Apple's Motion and Memorandum in Support of Apple's Motion for a Preliminary Injunction were filed contemporaneously with the complaint in this action and at the time of filing counsel for defendants had not made an appearance. (Decl. of Jennifer J. Rho in Support of Apple's Administrative Motion to Exceed Page Limits, filed herewith at ¶ 2.)

1  Dated: February 8, 2012

GIBSON DUNN & CRUTCHER LLP

By: _____
H. Mark Lyon

*Attorneys for Plaintiff Apple Inc.*