**ORIGINAL**

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

**Filed**

FEB 8 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

CV12-00630 LHK

CASE NO.

**DECLARATION OF JENNIFER J. RHO IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS**

HRL

I, Jennifer J. Rho, declare and state as follows:

1. I am an associate with the firm of Gibson, Dunn & Crutcher LLP, and counsel for Plaintiff Apple, Inc. ("Apple") in the above captioned action. My business address is 333 South Grand Avenue, Los Angeles, California 90071-1512. I am familiar with the facts and circumstances stated herein and make this declaration based on my own knowledge and would testify to the matter herein under oath if called upon to do so.

2. A stipulation could not be obtained from the defendants to Apple's Administrative Motion to Exceed Page Limits because Apple's Administrative Motion to Exceed Page Limits and Apple's Motion and Memorandum in Support of Apple's Motion for a Preliminary Injunction were filed contemporaneously with the complaint in this action and at the time of filing counsel for defendants had not made an appearance.

3. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: February 8, 2012

_____
Jennifer J. Rho

DECLARATION OF JENNIFER J. RHO IN SUPPORT OF
APPLE INC.'S ADMINISTRATIVE MOTION TO EXCEED
PAGE LIMITS