ORIGINAL

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

**Filed**

FEB 8 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CV12-00630 LHK<br><br>CASE NO.<br><br>**APPLE INC.'S<br>CERTIFICATE OF SERVICE** |

I, Monean Sawyier, hereby certify that on this 8th day of February, I did cause the following documents:

1. Apple Inc.'s Administrative Motion To File Documents Under Seal;

2. Declaration Of Cyndi Wheeler In Support Of Apple Inc.'s Administrative Motion To File Documents Under Seal;

3. Declaration of Jennifer J. Rho In Support Apple Inc.'s Administrative Motion to File Documents Under Seal;

4. Proposed Order Granting Apple Inc.'s Administrative Motion To File Documents Under Seal;

5. Apple Inc.'s Administrative Motion To Exceed Page Limits;

6. Declaration Of Jennifer J. Rho In Support Of Apple Inc.'s Administrative Motion To Exceed Page Limits;

7. Proposed Order Granting Apple's Inc.'s Administrative Motion To Exceed Page Limits;

8. Motion and Memorandum In Support of Apple Inc.'s Motion for a Preliminary Injunction (Redacted Public Version);

9. Proposed Order Granting Apple Inc.'s Motion For a Preliminary Injunction;

10. Declaration of Dr. Ravin Balakrishnan Concerning U.S. Patent No. 8,046,721;

11. Declaration of Dr. Karan Singh Regarding U.S. Patent No. 8,074,172;

12. Expert declaration of Dr. Todd C. Mowry Concerning U.S. Patent No. 5,946,647;

13. Expert Declaration of Dr. Nathaniel Polish Concerning U.S. Patent No. 8,086,604;

14. Declaration of Arthur Rangel (Redacted Public Version);

15. Declaration of Steven Sinclair; and

16. Declaration of Christopher Vellturo, Ph. D (Redacted Public Version)

    to be served on the parties identified below and in the manner so indicated.

By First Class Mail:

Samsung Telecommunications America, LLC by its registered agent in the State of Delaware:

Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

By Certified International Mail

Samsung Electronics Co., Ltd.
416 Maetan-3dong, Yeongtong-gu
Suwon-City, Gyeonggi-do, Korea 443-742

By First Class Mail:

Samsung Electronics America, Inc.
by its registered agent in the State of California:

Corporation Trust Company
818 W Seventh Street
Los Angeles, CA 90017

Dated:   February 8, 2012                    _____

APPLE INC.'S CERTIFICATE OF SERVICE
CASE NO.                                                   3