| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**PROOF OF SERVICE** |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California



| Apple Inc. | )|
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Samsung Electronics Co., Ltd., Samsung Electronics, Am., Inc., Samsung Tel. Am. LLC | ) CV12-00630 LHK |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Samsung Electronics America, Inc.
85 Challenger Road
Ridgefield Park, NJ  07660


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Josh Krevitt
Mark Lyon
Gibson, Dunn & Crutcher
1881 Page Mill Road
Palo Alto, CA  94304-1211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
CLERK OF COURT

Date: 2/8/2012

*Signature of Clerk or Deputy Clerk*

| Attorney or Party without Attorney: <br> JOSH A. KREVITT, Bar #208552 <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 PAGE MILL ROAD <br> PALO ALTO, CA 94304 <br> Telephone No: 650-849-5300   FAX No: 650-849-5333 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California |

| Plaintiff: APPLE INC., ETC. |
|---|
| Defendant: SAMSUNG ELECTRONICS CO., LTD., ETC., ET AL. |

| PROOF OF SERVICE <br> SUMMONS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV12-00630 LHK HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Certification Of Interested Entities Or Persons (Civil L.R. 3-16); Declaratory Relief Sought Jury Demand; Apple Inc.'s Corporate Disclosure Statement; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division; Plaintiff Apple Inc.'s Notice Of Pendency Of Other Action Or Proceeding; Order That Case Be Reassigned To A District Judge.

3. a. Party served: SAMSUNG ELECTRONICS AMERICA, INC., A NEW YORK CORPORATION
   b. Person served: MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served: 818 WEST 7TH STREET
   2ND FLOOR
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 10, 2012 (2) at: 1:55PM

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST
   
   d. *The Fee for Service was:*

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone  (213) 250-9111
   Fax           (213) 250-1197
   www.firstlegalnetwork.com

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:  5141
      (iii) County:            Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Feb. 10, 2012

   (DOUG FORREST)

| Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> SUMMONS IN CIV. ACTION | 3158308  .gibdu-pa.427250 |
|---|---|---|