UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff, | ) | ORDER SETTING BRIEFING AND |
| | ) | HEARING SCHEDULE FOR |
| v. | ) | PRELIMINARY INJUNCTION MOTION |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

On February 8, 2012, Plaintiff Apple, Inc. ("Apple") filed a complaint for patent infringement and a motion for preliminary injunction seeking to enjoin Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC (collectively "Defendants"), from making, using, offering to sell, or selling within the United States, or importing into the United States, Samsung's recently released Galaxy Nexus smartphone. *See* ECF Nos. 1 (Compl.), 10 (Mot. for Prelim. Inj.). Apple seeks preliminary relief on grounds that the Galaxy Nexus smartphone infringes four of Apple's utility patents.

Pursuant to Civil Local Rules 65-2 and 7-3, Defendants' opposition would be due today, February 22, 2012, and Apple's reply would be due February 29, 2012. However, in light of the

1

Case No.: 12-CV-00630-LHK
ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PRELIMINARY INJUNCTION MOTION

potential need for discovery, the Court sets the briefing schedule for Apple's preliminary injunction motion as follows: Defendants' opposition brief is due April 23, 2012; and Apple's reply brief is due May 14, 2012. The hearing on Apple's motion is set for June 7, 2012, at 1:30 p.m.

The parties may obtain discovery relevant to the preliminary injunction motion. To ensure adequate discovery in a timely manner, the Court reduces the time to respond to discovery requests from 30 days after being served to 21 days. *See, e.g.*, Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A), 36(a)(3). The Court encourages the parties to make all efforts to keep discovery requests reasonable in scope and narrowly tailored to address the preliminary injunction motion. If disputes arise, the parties must make a good faith effort to reach a mutually agreeable compromise, and lead trial counsel must meet and confer in person, before bringing the dispute before the Court.

**IT IS SO ORDERED.**

Dated: February 22, 2012

_____
LUCY H. KOH
United States District Judge