1
2
3
4
5
6
7
8
9
10

**United States District Court**
For the Northern District of California

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 12-CV-00630-LHK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING APPLE INC.'S |
| | ) | ADMINISTRATIVE MOTION TO |
| v. | ) | EXCEED PAGE LIMITS |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a | ) | (re: dkt. #27) |
| Korean corporation; SAMSUNG | ) | |
| ELECTRONICS AMERICA, INC., a New York | ) | |
| corporation; and SAMSUNG | ) | |
| TELECOMMUNICATIONS AMERICA, LLC, | ) | |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having considered all the papers filed in connection with Apple Inc.'s ("Apple") administrative motion to exceed the page limit in connection with its Motion and Memorandum in Support of Apple's Motion for a Preliminary Injunction, and for good cause shown, the Court hereby GRANTS Apple's administrative motion to exceed the page limit set in Civil Local Rule 7-2(b) by eight pages of text. Defendants' brief in opposition to Apple's Motion for a Preliminary Injunction may also exceed the page limit by up to eight pages of text. No other requests to exceed the page limit with respect to briefing on Apple's preliminary injunction motion will be granted.

**IT IS SO ORDERED.**

Dated: February 28, 2012

LUCY H. KOH
United States District Judge

Case No.: 12-CV-00630-LHK
ORDER GRANTING MOTION TO EXCEED PAGE LIMITS

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28