UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**STIPULATION EXTENDING TIME FOR SAMSUNG'S RESPONSE TO APPLE'S COMPLAINT** |

WHEREAS, on February 8, 2012, Apple, Inc. ("Apple") filed a Complaint against Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA"), alleging infringement of eight patents;

WHEREAS, on February 10, 2012, SEA and STA received service of Apple's Complaint;

WHEREAS, SEC has not been served Apple's Complaint;

WHEREAS, pursuant to Fed. R. Civ. P. 12, SEA and STA would otherwise have until today, March 2, 2012 to file a response to Apple's Complaint;

WHEREAS the parties are currently negotiating in attempt to reach agreement on a number of issues impacting the case schedule, including service of SEC, the date for responsive pleading, and the schedule for discovery relating to Apple's Motion for a Preliminary Injunction; and

WHEREAS a short extension of time is necessary to allow the parties to complete these negotiations;

THEREFORE, pursuant to Local Rule 6-1(a) the parties stipulate as follows:

1.   SEA and STA's time to respond to Apple's Complaint shall be extended to Monday, March 5, 2012.

IT IS SO STIPULATED.

DATED: March 2, 2012                  GIBSON, DUNN & CRUTCHER, LLP


                                      By  */s/ Mark Lyon*
                                          Josh A. Krevitt
                                          H. Mark Lyon
                                          Attorneys for APPLE, INC.

1  DATED: March 2, 2012        QUINN EMANUEL URQUHART &
2                              SULLIVAN, LLP
3
4                              By  */s/ Kevin Johnson*
5                                  Charles K. Verhoeven
                                    Kevin P.B. Johnson
6                                   Victoria F. Maroulis
                                    Attorneys for SAMSUNG ELECTRONICS
7                                   AMERICA, INC., and SAMSUNG
                                    TELECOMMUNICATIONS AMERICA, LLC
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Stipulation.   In compliance with General Order 45, X.B., I hereby attest that Mark Lyon and Kevin Johnson have concurred in this filing.

Dated: March 2, 2012                                             */s/ Victoria Maroulis*