UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**STIPULATION REGARDING SCHEDULE FOR RESPONSIVE PLEADINGS**<br><br>[Civil L.R. 6-1(a)] |

1    WHEREAS, on February 8, 2012, Apple, Inc. ("Apple") filed a Complaint against
2 Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and
3 Samsung Telecommunications America, LLC ("STA") (SEC, SEA, and STA collectively referred
4 to as "Samsung"), alleging infringement of eight patents (ECF No. 1);

5    WHEREAS the responses of SEA and STA to Apple's Complaint would otherwise have
6 been due on March 2, 2012, which date the parties extended by stipulation to March 5, 2012, to
7 allow further negotiation regarding scheduling issues;

8    WHEREAS SEA and STA have requested an extension of time to respond to Apple's
9 Complaint; and

10    WHEREAS SEC has not been served Apple's Complaint, and Apple has requested that
11 SEC waive the service requirements under the Hague Convention;

12

13    THEREFORE, pursuant to Local Rule 6-1(a), the parties, through their undersigned
14 counsel of record, stipulate as follows:

15    1.    SEC accepts service of Apple's Complaint and waives the service requirements
16 under the Hague Convention.

17    2.    SEA, STA, and SEC shall have up to and including April 18, 2012 to respond to
18 Apple's Complaint.

19

20    IT IS SO STIPULATED.

21

22 DATED: March 5, 2012            GIBSON, DUNN & CRUTCHER, LLP

23

24
                                  By  /s/   Mark Lyon
25                                   Josh A. Krevitt
                                     H. Mark Lyon
26                                   Attorneys for APPLE, INC.

27

28

02198.51981/4635542.2
                              -1-                Case No. 12-CV-00630-LHK
                        STIPULATION EXTENDING TIME FOR RESPONSIVE PLEADINGS

| | | |
|---|---|---|
| 1 | DATED: March 5, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By  /s/   *Victoria F. Maroulis* |
| 5 | | Charles K. Verhoeven<br>Kevin P.B. Johnson |
| 6 | | Victoria F. Maroulis<br>Attorneys for SAMSUNG ELECTRONICS CO., |
| 7 | | LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG |
| 8 | | TELECOMMUNICATIONS AMERICA, LLC |

(Lines 9–28 blank)

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Stipulation.    In compliance with General Order 45, X.B., I hereby attest that Mark Lyon has concurred in this filing.

Dated: March 5, 2012                                                                 */s/ Victoria F. Maroulis*