1  HAROLD J. MCELHINNY (CA SBN 66781)
   (mjacobs@mofo.com)
2  MICHAEL A. JACOBS (CA SBN 111664)
   (mjacobs@mofo.com)
3  RICHARD S.J. HUNG (CA SBN 197425)
   (rhung@mofo.com)
4  MORRISON & FOERSTER LLP
   425 Market Street, 32d Floor
5  San Francisco, California 94105-2482
   Telephone:  (415) 268-7000
6  Facsimile:  (415) 268-7522

7  *Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   12-cv-00630-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

NOTICE OF APPEARANCE
CASE NO.12-cv-00630-LHK
sf-3116735

PLEASE TAKE NOTICE that Harold J. McElhinny, of the firm of Morrison & Foerster LLP, 425 Market Street, 32d Floor, San Francisco, California 94105-2482, telephone (415) 268-7000, hereby appears as counsel of record for plaintiff APPLE INC. in this action.

Dated: March 7, 2012           MORRISON & FOERSTER LLP

By: /s/ Harold J. McElhinny
    Harold J. McElhinny

    Attorneys for Plaintiff
    APPLE INC.

NOTICE OF APPEARANCE
CASE NO.12-cv-00630-LHK
sf-3116735

1