1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, CA  94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

6  *Attorneys for Plaintiff Apple Inc.*

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

7

8

9
                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13  APPLE INC., a California corporation,

14            Plaintiff,

15       v.                                    CASE NO. 12-cv-0630 (LHK)

16  SAMSUNG ELECTRONICS CO., LTD., a          **NOTICE OF APPEARANCE BY**
    Korean corporation; SAMSUNG              **SARAH SIMMONS**
17  ELECTRONICS AMERICA, INC., a New
    York corporation; and SAMSUNG
18  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,

19            Defendants.

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE BY SARAH SIMMONS
CASE NO. 12-CV-0630 (LHK)
105944v.1

Gibson, Dunn &
Crutcher LLP

PLEASE TAKE NOTICE that attorney Sarah Simmons of Gibson, Dunn & Crutcher, a member of the State Bar of California (252917) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Plaintiff Apple Inc. in the above-captioned case.

Sarah Simmons
Gibson, Dunn & Crutcher, LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2944
SSimmons@gibsondunn.com

Dated: March 19, 2012

GIBSON, DUNN & CRUTCHER, LLP

By ____/s/ Sarah Simmons_____
SARAH SIMMONS

Attorney for Plaintiff APPLE, Inc.

NOTICE OF APPEARANCE BY SARAH SIMMONS
CASE NO. 12-CV-0630 (LHK)
105944v.1

Gibson, Dunn & Crutcher LLP

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document entitled NOTICE OF APPEARANCE BY SARAH SIMMONS was filed electronically in compliance with Civil Local Rule 5.4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated:  March 19, 2012

By ___/s/ Sarah Simmons___
        Sarah Simmons

NOTICE OF APPEARANCE BY SARAH SIMMONS
CASE NO. 12-CV-0630 (LHK)
105944v.1

Gibson, Dunn &
Crutcher LLP