| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-0630 (LHK)<br><br>**NOTICE OF APPEARANCE BY ROD STONE** |

NOTICE OF APPEARANCE BY ROD STONE
CASE NO. 12-CV-0630 (LHK)
105943v.1

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that attorney Rod Stone of Gibson, Dunn & Crutcher, a member of the State Bar of California (145405) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Plaintiff Apple Inc. in the above-captioned case. |

Rod Stone
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA  90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
RStone@gibsondunn.com

Dated: March 19, 2012

GIBSON, DUNN & CRUTCHER, LLP

By    /s/ Rod Stone
    ROD STONE

Attorney for Plaintiff APPLE, Inc.

NOTICE OF APPEARANCE BY ROD STONE
CASE NO. 12-CV-0630 (LHK)
105943v.1

Gibson, Dunn &
Crutcher LLP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document entitled NOTICE OF APPEARANCE BY ROD STONE was filed electronically in compliance with Civil Local Rule 5.4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: March 19, 2012         By   /s/ Rod Stone
                                   ROD STONE