| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-cv-0630 (LHK) <br><br> **NOTICE OF APPEARANCE BY JENNIFER RHO** |

NOTICE OF APPEARANCE BY JENNIFER RHO
CASE NO. 12-CV-0630 (LHK)
101256580V.1

Gibson, Dunn & Crutcher LLP

PLEASE TAKE NOTICE that attorney Jennifer Rho of Gibson, Dunn & Crutcher, a member of the State Bar of California (254312) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Plaintiff Apple Inc. in the above-captioned case.

> Jennifer Rho
> Gibson, Dunn & Crutcher, LLP
> 333 South Grand Avenue
> Los Angeles, CA  90071-1512
> Telephone: (213) 229-7000
> Facsimile: (213) 229-7520
> JRho@gibsondunn.com

Dated:  March 20, 2012                        GIBSON, DUNN & CRUTCHER, LLP

By ___*/s/ Jennifer Rho*_____
    Jennifer Rho

Attorney for Plaintiff APPLE, Inc.

NOTICE OF APPEARANCE BY JENNIFER RHO
CASE NO. 12-CV-0630 (LHK)
101256580V.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document entitled NOTICE OF APPEARANCE BY JENNIFER RHO was filed electronically in compliance with Civil Local Rule 5.4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: March 20, 2012                    By    /s/ Jennifer Rho
                                                  Jennifer Rho

NOTICE OF APPEARANCE BY JENNIFER RHO
CASE NO. 12-CV-0630 (LHK)
101256580V.1