1 | JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com

2 | H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com

RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com

3 | GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road

MORRISON & FOERSTER LLP
425 Market Street

4 | Palo Alto, CA  94304-1211
Telephone: (650) 849-5300

San Francisco, California 94105-2482
Telephone: (415) 268-7000

5 | Facsimile: (650) 849-5333

Facsimile: (415) 268-7522

6 | **Attorneys for Plaintiff Apple Inc.**

7

8

RECEIVED

9

UNITED STATES DISTRICT COURT

MAR 2 0 2012

10

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

11

SAN JOSE DIVISION

12

13 | APPLE INC., a California corporation,

14 | Plaintiff,

CASE NO. 12-cv-00630-LHK

15 | v.

16 | SAMSUNG ELECTRONICS CO., LTD., a
Korean corporation; SAMSUNG

**(Proposed)**
**ORDER GRANTING APPLICATION FOR**
**ADMISSION OF ATTORNEY *PRO HAC***
***VICE***

17 | ELECTRONICS AMERICA, INC., a New
York corporation; and SAMSUNG

18 | TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

19 | Defendants.

20

21

22 | Brian M. Buroker, whose business address and telephone number is **Gibson, Dunn &**

23 | **Crutcher, 1050 Connecticut Avenue NW,  Washington, DC  20036-5306 (202) 955-8500** and who

24 | is an active member in good standing of the bars of Virginia and the District of Columbia having

25 | applied in the above-entitled action for admission to practice in the Northern District of California on

26 | a pro hac vice basis, presenting Apple Inc.

27

28

Gibson, Dunn &
Crutcher LLP

1        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

2    conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice.*

3    Service of papers upon and communication with co-counsel designated in the application will

4    constitute notice to the party.  All future filings in this action are subject to the requirements

5    contained in General Order No. 45, *Electronic Case Filing.*

6

7    Dated:

                                    _____

8                                      United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP