| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA 94304-1211 | San Francisco, California 94105-2482 |
| Telephone: (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

**Attorneys for Plaintiff Apple Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Joshua R. Furman, an active member in good standing of the bar of New York, hereby applies to admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Apple Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above:

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become

familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as counsel in the above-entitled action. The name, address, and telephone number of that attorney is: H. Mark Lyon, Esq., Gibson Dunn & Crutcher, 1881 Page Mill Road, Palo Alto, CA 94304-1211(650) 849-5300; MLyon@gibsondunn.com; California Bar No. 162061.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2012

Gibson, Dunn & Crutcher LLP

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611011552
Cashier ID: harwellt
Transaction Date: 03/21/2012
Payer Name: Wheels of Justice Inc.
--------------------------------------
PRO HAC VICE
  For: Joshua R. Furman
  Case/Party: D-CAN-5-12-AT-PROHAC-001
  Amount:         $305.00
--------------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 10275
  Amt Tendered:  $305.00
--------------------------------------
Total Due:      $305.00
Total Tendered: $305.00
Change Amt:     $0.00

Case # 12-cv-630-LHK


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```