UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Civil Action No. 11-CV-01846-LHK |
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Civil Action No. 12-CV-00630-LHK |

**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY**

Apple and Samsung file this Stipulation requesting that the Court approve the following to facilitate and expedite discovery.

WHEREAS, Apple and Samsung are currently involved in an action captioned *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) ("the 1846 case");

WHEREAS, Apple and Samsung are also currently involved in two investigations before the U.S. International Trade Commission, specifically Investigations No. 337-TA-794 (the "794 investigation") and Investigation No. 337-TA-796 (the "796 investigation");

WHEREAS, on January 30, 2012, the Court entered a "Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials" (Docket No. 687) in the 1846 case;

WHEREAS, on February 8, 2012, Apple filed an action captioned *Apple v. Samsung*, Case No. 12-cv-0630-LHK (HRL) ("the 630 case");

WHEREAS, the parties believe that many of the same issues regarding confidentiality and other discovery issues will arise in both of these cases; and

WHEREAS, the parties believe that adopting the protective order and certain other provisions from the 1846 case will serve to minimize any disputes during the period the parties seek to draft a joint proposed protective order in the 630 case;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

(1) the "Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials" (Docket No. 687) ("Protective Order") entered in *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) is hereby adopted in the 630 case on an interim basis;

(2) any document produced or deposition of a party's witness taken by one of the parties in the 1846 case, the 794 investigation, or the 796 investigation shall be deemed produced in the 630 case without new Bates-numbering; any deposition so produced shall be useable in the 630 case as if the deposition were originally noticed and taken in the 630 case; however, any deposition so produced shall not count against the time limits specified in Federal Rule of Civil Procedure 30(d)(1) in the 630 case; and

(3) the parties will work in good faith with third parties that have produced documents in the 1846 case, the 794 investigation, and the 796 investigation to address use of those documents in the 630 case on an as requested basis; and

(4) this Stipulation and Order Re Discovery is limited to the production and use of information in the 630 case and is not intended to, nor shall it, affect any provisions regarding the cross-production and use of such information in proceedings other than the 630 case.

.

**IT IS SO STIPULATED.**

Dated: March 22, 2012                                        Respectfully submitted,

  /s/ Richard S.J. Hung                                        /s/ Kevin P.B. Johnson

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | William F. Lee<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP | Charles K. Verhoeven<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN LLP |
| 3 | 60 State Street<br>Boston, Massachusetts 02109 | 50 California Street, 22nd Floor<br>San Francisco, California 94111 |
| 4 | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 | Telephone: (415) 875-6600 |
| 5 | | Kevin P.B. Johnson<br>Victoria Maroulis |
| 6 | Mark D. Selwyn<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP | QUINN EMANUEL URQUHART<br>  & SULLIVAN LLP |
| 7 | 950 Page Mill Road<br>Palo Alto, California 94304 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065 |
| 8 | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 | Telephone: (650) 801-5066 |
| 9 | | Diane C. Hutnyan |
| 10 | Harold J. McElhinny<br>Michael A. Jacobs | QUINN EMANUEL URQUHART<br>  & SULLIVAN LLP |
| 11 | Richard S.J. Hung<br>MORRISON & FOERSTER LLP | 865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017 |
| 12 | 425 Market Street<br>San Francisco, California 94105 | Telephone: (213) 443-3000 |
| 13 | Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | *Counsel for Samsung Electronics Co., Ltd.,<br>Samsung Electronics America, Inc., and<br>Samsung Telecommunications America, LLC* |
| 14 | Josh A. Krevitt<br>H. Mark Lyon | |
| 15 | GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road | |
| 16 | Palo Alto, California 94304<br>Telephone: (650) 849-5300 | |
| 17 | Facsimile: (650) 849-5333 | |
| 18 | *Counsel for Plaintiff and Counterclaim-<br>Defendant Apple Inc.* | |
| 19 | | |
| 20 | | |
| 21 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** | |
| 22 | | |
| 23 | Dated:  O ctej "4; ."4234 | By: _[signature] Paul S. Grewal_<br>United States Magistrate Judge |
| 24 | | |