1  JOSH A. KREVITT (CA SBN 208552)
   jkrevitt@gibsondunn.com
2  H. MARK LYON (CA SBN 162061)
   mlyon@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, CA  94304-1211
   Telephone: (650) 849-5300
5  Facsimile: (650) 849-5333

   MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
   RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
   MORRISON & FOERSTER LLP
   425 Market Street
   San Francisco, California 94105-2482
   Telephone: (415) 268-7000
   Facsimile: (415) 268-7522



6  *Attorneys for Plaintiff Apple Inc.*

# Filed

MAR 2 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7

8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN JOSE DIVISION

12

13  APPLE INC., a California corporation,

14              Plaintiff,

15        v.                                          CASE NO. 12-cv-00630-LHK

16  SAMSUNG ELECTRONICS CO., LTD., a           **APPLICATION FOR ADMISSION OF**
    Korean corporation; SAMSUNG               **ATTORNEY *PRO HAC VICE***
17  ELECTRONICS AMERICA, INC., a New
    York corporation; and SAMSUNG
18  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
19
              Defendants.
20

21        Pursuant to Civil L.R. 11-3, Paul Torchia, an active member in good standing of the bar of

22  New York, hereby applies to admission to practice in the Northern District of California on *a pro hac*

23  *vice* basis representing Plaintiff Apple Inc. in the above-entitled action.

24        In support of this application, I certify on oath that:

25        1.    I am an active member in good standing of a United States Court or of the highest

26              court of another State or the District of Columbia, as indicated above:

27        2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule

28              11-4, to comply with General Order No. 45, Electronic Case Filing, and to become

Gibson, Dunn &
Crutcher LLP

familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as counsel in the above-entitled action. The name, address, and telephone number of that attorney is: H. Mark Lyon, Esq., Gibson Dunn & Crutcher, 1881 Page Mill Road, Palo Alto, CA 94304-1211(650) 849-5300; MLyon@gibsondunn.com; California Bar No. 162061.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2012

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611011594
Cashier ID: harwellt
Transaction Date: 03/29/2012
Payer Name: Wheels of Justice Inc.
------------------------------------
PRO HAC VICE
  For: Paul Torchia
  Case/Party: D-CAN-5-12-AT-PROHAC-001
  Amount:        $305.00
------------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 10126
  Amt Tendered:  $305.00
------------------------------------
Total Due:      $305.00
Total Tendered: $305.00
Change Amt:     $0.00

Case # 12-cv-630-LHK


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```