UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff, | ORDER REFERRING CASE TO MAGISTRATE JUDGE PAUL S. GREWAL |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

The current referral judge for the above-captioned case is Magistrate Judge Howard R. Lloyd. Although this case is not related to *Apple v. Samsung*, No. 11-cv-1846-LHK, which is referred to Magistrate Judge Paul S. Grewal, the parties have represented that they anticipate many similar confidentiality and other discovery issues to arise in both cases. *See* ECF No. 80 at 2. Thus, in the interest of judicial economy, the above-captioned matter is hereby referred to Magistrate Judge Paul S. Grewal.

**IT IS SO ORDERED.**

Dated: April 2, 2012

_____
LUCY H. KOH
United States District Judge