1

2

3                          UNITED STATES DISTRICT COURT

4                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

| | |
|---|---|
| 6  APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
| 7             Plaintiff, | **(Proposed)** **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| 8      vs. | |
| 9  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 10 ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 11 TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 12 | |
| 13 Defendant. | |

14

15        David Elsberg, whose business address and telephone number is Quinn Emanuel Urquhart

16 & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, 212.849.7250,

17 and who is an active member in good standing of the bar of New York, having applied in the

18 above-entitled action for admission to practice in the Northern District of California on a pro hac

19 vice basis, representing Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and

20 Samsung Telecommunications America, LLC

21        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

22 conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

23 *vice*.  Service of papers upon and communication with co-counsel designated in the application

24 will constitute notice to the party.  All future filings in this action are subject to the requirements

25 contained in General Order No. 45, *Electronic Case Filing*.

26

27 Dated: _____                    _____

28                                             United States District Judge

02198.51981/4697153.1