UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California Corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New york corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendant(s).

CASE NO. 12-CV-00360-LHK

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 10, 2012

Cyndi Wheeler
Representative for APPLE INC.
1 Infinite Loop
Cupertino, CA 95014

Dated: April 10, 2012

H. Mark Lyon (SBN 162061)
Josh A. Krevitt (SBN 208552)

GIBSON, DUNN & CRUTCHER LLP
Counsel for APPLE INC.
1881 Page Mill Road
Palo Alto, CA 94304-1211
Phone: (650) 849-5300
Fax: (650) 849-5333
mlyon@gibsondunn.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document entitled ADR CERTIFICATION BY PARTIES AND COUNSEL was filed electronically in compliance with Civil Local Rule 5.4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: April 11, 2012                         By   */s/ H. Mark Lyon*
                                                         H. Mark Lyon

ADR CERTIFICATION BY PARTIES AND
COUNSEL
CASE NO. 12-CV-0630 (LHK)
101256580V.1

Gibson, Dunn &
Crutcher LLP