UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New york corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant(s). | CASE NO. 12-CV-00630-LHK<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR (*please identify process and provider*)  The parties will engage in mediation, with the provider to be determined by agreement of the parties.

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline: 180 days from the date of the order referring the case to an ADR process.

| | |
|---|---|
| Dated: April 11, 2012 | /s/ H. Mark Lyon |
| | H. Mark Lyon (SBN 162061) |
| | Josh A. Krevitt (SBN 208552) |
| | GIBSON, DUNN & CRUTCHER LLP |
| | Counsel for APPLE INC. |
| | 1881 Page Mill Road |
| | Palo Alto, CA 94304-1211 |
| | Phone: (650) 849-5300 |
| | Fax: (650) 849-5333 |
| | mlyon@gibsondunn.com |
| Dated: April 11, 2012 | /s/ Patrick Shields |
| | Patrick Shields (SBN 204739) |
| | Charles K. Verhoeven (SBN 170151) |
| | Kevin P. B. Johnson (SBN 177129) |
| | Victoria F. Maroulis (SBN 202603) |
| | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | Counsel for SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| | 865 S. Figueroa St., 10th Floor |
| | Los Angeles, CA 90017 |
| | Phone: (213) 443-3000 |
| | Fax: (213) 443-3100 |
| | patrickshields@quinnemanuel.com |

ATTESTATION OF CONCURRENCE IN FILING

    Pursuant to the United States District Court for the Northern District of California's General Order No. 45, Section X.B, I, H. Mark Lyon, attest that concurrence in the filing of this document has been obtained from Patrick Shields.

**[PROPOSED] ORDER**

☐ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:_____

_____
Lucy H. Koh
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document entitled STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS was filed electronically in compliance with Civil Local Rule 5.4, and will be served on all counsel of record who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF System.

Dated: April 11, 2012                                        By:   /s/ H. Mark Lyon
                                                                           H. Mark Lyon