**[PROPOSED] ORDER**

☐ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.




Dated:_____                    _____
                                              Lucy H. Koh
                                              UNITED STATES DISTRICT JUDGE