# EXHIBIT 2



such as silly faces and background replacement
- People Application – browse friends, family and coworkers, see their photos in high-resolution and check their latest status updates from Google+ and other social networks
- Cloud Services – keep email, contacts, photos, music, browser bookmarks and other data synced to the cloud, available across multiple devices so customers never lose important data
- Google Music – upload up to 20,000 songs to the cloud, discover and buy new music from Android Market™, and stream it instantly on Galaxy Nexus and from the Web for free
- Google+ – Create a Google+ account right from the phone and check status updates, manage circles, quickly share updates and photos, video chat with up to ten friends with Mobile Hangouts, and chat with groups of friends with Google+ Messenger
- Support for Google Mobile™ Services – Gmail™, Google Maps™ with 3D maps and free turn-by-turn navigation, Google Earth™, Movie Studio, YouTube, syncing with Google Calendar™, a redesigned Google+ app and access to more than 300,000 apps, millions of eBooks, thousands of movies to rent, and millions of songs available to download from Android Market

**Additional features:**

- Dual-core 1.2 GHz application processor and HTML5 Web browser – optimized dual-core processing with Android 4.0 combined with lightning fast 4G LTE connectivity for fast downloading of graphics, applications processing and Web browsing
- Mobile Hotspot capability – share 4G LTE or 3G connection with up to 10 Wi-Fi-enabled devices
- 5-megapixel rear-facing camera with zero-shutter lag for instant photo capturing, autofocus and LED flash with full 1080p recording
- Front-facing 1.3-megapixel camera for video chat
- Textured soft-touch back cover – enhances the ergonomic feel and makes the phone slip-resistant
- Bluetooth® 3.0 technology – support for headset, hands-free, stereo, phonebook access, human interface device (HID) and object push for vCard and vCalendar
- 1 GB RAM and 32 GB on-board memory (actual formatted capacity will be less)

**Pricing and data packages:**

- Galaxy Nexus is available now in Verizon Wireless Communications Stores and online at www.verizonwireless.com for $299.99 with a new two-year customer agreement.
- Customers that purchase a Galaxy Nexus by Samsung will need to subscribe to a Verizon Wireless Nationwide Talk plan beginning at $39.99 monthly access and a smartphone data package starting at $30 monthly access for 2 GB of data.

Customers can visit www.verizonwireless.com/galaxynexus for more information on the Galaxy Nexus. For additional information on Verizon Wireless products and services, visit a Verizon Wireless Communications Store, call 1-800-2 JOIN IN or go to www.verizonwireless.com.

*(EDITOR'S NOTE: Media can access high-resolution images of the Galaxy™ Nexus™ by Samsung in the Verizon Wireless Multimedia Library at www.verizonwireless.com/multimedia.)*

**About Verizon Wireless**
Verizon Wireless operates the nation's largest 4G LTE network and largest, most reliable 3G network. The company serves 107.7 million total wireless connections, including 90.7 million retail customers. Headquartered in Basking Ridge, N.J., with nearly 83,000 employees nationwide, Verizon Wireless is a joint venture of Verizon Communications (NYSE, NASDAQ: VZ) and Vodafone (LSE, NASDAQ: VOD). For more information, visit www.verizonwireless.com. To preview and request broadcast-quality video footage and high-resolution stills of Verizon Wireless operations, log on to the Verizon Wireless Multimedia Library at www.verizonwireless.com/multimedia.

**About Samsung Telecommunications America**
Samsung Telecommunications America, LLC, a Dallas-based subsidiary of Samsung Electronics Co., Ltd., researches, develops

To view the press kit, you may need to download Adobe Acrobat Reader

Close

**Herramientas de medios de comunicación en español**

el Archivo de Noticias

HopeLine Paquete de prensa (PDF: 75 KB)

Para ver el paquete de prensa, puede ser necesario descargar el Adobe Acrobat Reader



and markets wireless handsets and telecommunications products throughout North America. For more information, please visit www.samsungwireless.com.

Google, Nexus, Android, YouTube, Google, Gmail, Google Maps, Google Earth, Google Calendar, and Android Market are trademarks of Google, Inc.

####

© 2011 Verizon Wireless

Site Map | Cell Phones | Free Phones | iPhone | Cell Phone Plans | Smartphones | Community | Entertainment & Apps | Droid Does
4G Network | Careers | Affiliate Program | Small Business | Trade-In Program | Customer Guarantee | Returns | Privacy | Legal Notices