# EXHIBIT 4

I, Lorraine Nishiguchi, hereby certify that on this 6th day of March, 2012, I did cause the following documents to be served in the following manner:

- Apple Inc.'s First Set of Preliminary Injunction Interrogatories to Defendants
- Apple Inc.'s First Set of Requests for Production

Victoria F. Maroulis
Kevin P.B. Johnson
Quinn Emanuel Urquart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065
(650) 801-5000
victoriamaroulis@quinnemanuel.com
kevinjohnson@quinnemanuel.com

**X**   **BY PERSONAL SERVICE**: I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

Dated:   March 6, 2012

Lorraine Nishiguchi