# EXHIBIT 11

```
                                                              Page 1
 1   UNITED STATES DISTRICT COURT NORTHERN
     DISTRICT OF CALIFORNIA SAN JOSE DIVISION
 2   ---------------------------------------------X
     APPLE INC., a California corporation,
 3                          PLAINTIFF,
 4         -against-
 5   SAMSUNG ELECTRONICS CO., LTD., a Korean
     business entity; SAMSUNG ELECTRONICS AMERICA,
 6   INC., a New York corporation; SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC, a Delaware
 7   limited liability company,
 8   CASE NO. 12-CV-00630-LHK
                             DEFENDANTS.
 9   ---------------------------------------------X
10            ***HIGHLY CONFIDENTIAL
11            ATTORNEYS' EYES ONLY***
12
13
14        DEPOSITION OF RAVIN BALAKRISHNAN
15            New York, New York
16           Friday April 6th, 2012
17
18
19
20   Reported by:
21   Rebecca Schaumloffel, RPR, CLR
22   Job No:  47974
23
24
25
```

Page 158

1   for this case.
2       Q.   Have you ever encountered the
3   Neonode device prior to this litigation?
4       A.   Not that I can recall.
5       Q.   For your benefit, sir, I want to
6   show you a video of a Neonode device in
7   operation, specifically with respect to the
8   unlock sweep gesture.
9            MR. LYON:  What video is this,
10      Counselor?  Has this been produced to
11      us?
12           MR. PAK:  I believe it has.  But
13      this is for demonstrative purposes.
14           MR. LYON:  Do you have a Bates
15      number or anything that you can give
16      me on where it is and what it is?
17           MR. PAK:  I am not involved in
18      the production process.
19           MR. LYON:  And you are
20      representing this is an actual Neonode
21      device?
22           MR. PAK:  Yes.
23           MR. LYON:  What timeframe is
24      this device from?
25           MR. PAK:  It is corresponding to

1  paper, I could not find a disclosure that
2  Plaisant talked about locking and unlocking a
3  portable electronic device like as in the
4  claim of the '721 patent.
5       Q.   Sir, did you review the --
6  actually, I have asked that question before.
7            You read a paper, but you didn't
8  go and look at the video that's described in
9  this paper, correct?
10      A.   I don't believe I have seen the
11 video, no.
12      Q.   Let's see if we can play the
13 video for you.
14           MR. LYON:  Again, Counsel, I am
15      going to state on the record this
16      is -- this whole deposition has been
17      in contravention of our request to you
18      for interrogatory responses, which you
19      have refused to provide, as to
20      references, facts that you have with
21      respect to any validity contentions.
22           You have spent the whole
23      afternoon going through papers that
24      you clearly knew about.  And now we
25      are going to see another video that

1       you clearly knew about that you
2       refused to respond to interrogatories
3       that were due at the end of March.
4           MR. PAK:  Objection noted.
5       Q.   Sir, I am going to show you the
6    video for Dr. Plaisant.
7           MR. LYON:  Again, before we
8       start this, is this a video that has
9       been produced to us?
10          MR. PAK:  I believe it has.
11          MR. LYON:  I would like the
12      Bates number for that.  Also, what
13      is -- when was this made and what is
14      this video.
15          MR. PAK:  I will represent on
16      the record, sir, that this is a
17      publicly available video that
18      Dr. Plaisant published in the
19      timeframe of the 1992 paper, and this
20      has been produced without
21      modification.  So this is the original
22      version of the video as presented by
23      Dr. Plaisant.
24          So based on that representation,
25      let's play the video.