1  JOSH A. KREVITT (CA SBN 208552)          MICHAEL A. JACOBS (CA SBN 111664)
   jkrevitt@gibsondunn.com                   mjacobs@mofo.com
2  H. MARK LYON (CA SBN 162061)             RICHARD S.J. HUNG (CA SBN 197425)
   mlyon@gibsondunn.com                      rhung@mofo.com
3  GIBSON, DUNN & CRUTCHER LLP              MORRISON & FOERSTER LLP
   1881 Page Mill Road                       425 Market Street
4  Palo Alto, CA  94304-1211                San Francisco, California 94105-2482
   Telephone: (650) 849-5300                 Telephone: (415) 268-7000
5  Facsimile: (650) 849-5333                 Facsimile: (415) 268-7522

6  *Attorneys for Plaintiff Apple Inc.*

7

8

9                       UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12

13  APPLE INC., a California corporation,        CASE NO. 12-cv-00630-LHK

14              Plaintiff,                        **[PROPOSED] ORDER GRANTING APPLE
                                                  INC.'S MOTION TO COMPEL
15       v.                                       PRODUCTION OF DOCUMENTS AND
                                                  THINGS**
16  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG
17  ELECTRONICS AMERICA, INC., a New
    York corporation; and SAMSUNG
18  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
19
                Defendants.
20

21

22

23

24

25

26

27

28

Plaintiff Apple, Inc. ("Apple") has moved pursuant to Federal Rule of Civil Procedure 37 for an order compelling Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC ("Samsung") to produce certain documents in response to Apple's First Set of Preliminary Injunction Requests For Production ("Request") Nos. 8, 15-16, 18, 21-22, 45, 48-50, 53-55, 57, 59, 61-64, 67, 68, 70, 72, 74, 75, 77, 79, 81, and 91.  Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Motion to Compel Production of Documents and Things as follows:

IT IS ORDERED that by no later than **April 27, 2012**, Samsung shall complete its production to Apple of the following documents:

1.      Documents relating to Samsung's design, development and implementation of its products responsive to Request Nos. 8, 21-22

2.      Documents showing Samsung's analysis, inspection, designs around and copying of Apple's products responsive to Request Nos. 15-16, 18

3.      Documents relating to competition between Apple and Samsung responsive to Request Nos. 45, 48-50, 53-55, 72

4.      Documents relating to the smartphone market responsive to Request Nos. 57, 59, 61-64, 67, 68, 70, 74, 75, 77, 79, 81

5.      Documents indicating consumer confusion related to Samsung's Galaxy Nexus responsive to Request No. 91.

PROPOSED ORDER GRANTING APPLE INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS

1

2          IT IS FURTHER ORDERED that by no later than **April 27, 2012**, to the extent that it has not

3   already done so, Samsung is to complete its production of those documents that it has agreed to

4   produce to Apple.

5

6

7   **IT IS SO ORDERED.**

8   Dated: April __, 2012                          By: _____

9                                                          Honorable Paul S. Grewal, U.S.M.J.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER GRANTING APPLE INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND
THINGS