JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION FOR SEALING ORDER** |

**DOCUMENTS SUBMITTED UNDER SEAL**

1    In accordance with Northern District of California Local Rules 7-11 and 79-5, Apple, Inc.

2    ("Apple") submits this Administrative Motion for an order sealing a document designated as

3    confidential by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

4    Telecommunications America, LLC ("Samsung").

5    In its Motion to Compel Responses to Interrogatories, Apple cites to a document that

6    Samsung designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY:

7    SAMNDCA00249929. Apple attached this document as an exhibit to Sarah Simmons' Declaration

8    Supporting Apple's Motion to Compel Responses to Interrogatories ("Simmons Declaration").

9    Currently, the entire document labelled SAMNDCA 00249929 is designated as HIGHLY

10   CONFIDENTIAL – ATTORNEYS' EYES ONLY. Therefore, Apple has not provided a redacted

11   version of the document. Instead, Apple has lodged a copy of this document with the Court along

12   with this motion.

13   SAMNDCA00249929 is highly relevant to Apple's Motion to Compel Responses to

14   Interrogatories. This document bolsters Apple's argument that relevant evidence relating to

15   Samsung's analysis of the patented features at issue in the preliminary injunction motion may relate

16   to prior phones that were the first to implement these features, and not the Galaxy Nexus specifically.

17   SAMNDCA00249929 demonstrates that Samsung has conducted analyses on phones other than the

18   Galaxy Nexus relating to the features at issue in Apple's Motion for Preliminary Injunction. During

19   the meet and confer process Samsung maintained that discussions and analyses of these features

20   conducted with respect to Samsung products other than the Galaxy Nexus are irrelevant because only

21   the Galaxy Nexus is at issue in the preliminary injunction. SAMNDCA00249929 shows that these

22   discussions and analyses are highly relevant to determining whether Samsung copied Apple's designs

23   and whether a preliminary injunction is an appropriate remedy in this case.

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1    For the foregoing reasons, Apple respectfully requests an order sealing the document attached

2  to the Simmons Declaration and labelled SAMNDCA00249929.

3

4  Dated:  April 13, 2012                          GIBSON, DUNN & CRUTCHER LLP

5

6                                                  By:    /s/ H. Mark Lyon

7                                                  H. Mark Lyon
                                                   **Attorney for Apple Inc.**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLE INC.'S ADMINISTRATIVE MOTION FOR
SEALING ORDER
CASE NO. 12-cv-00630-LHK

Gibson, Dunn &
Crutcher LLP

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, Plaintiff, v. SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, Defendants. | CASE NO. 12-cv-00630-LHK  **CERTIFICATE OF SERVICE** |

I, Lorraine Nishiguchi, hereby certify that on April 13, 2012, I did cause the following document to be served in the following manner:

- **Apple Inc.'s Administrative Motion for Sealing Order**

On the interested parties in this action addressed as follows:

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

Patrick Shields
Victoria F. Maroulis
Charles K. Verhoeven
Kevin A. Smith
Kevin P.B. Johnson
Quinn Emanuel Urquart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065
(650) 801-5000
victoriamaroulis@quinnemanuel.com
kevinjohnson@quinnemanuel.com
patrickshields@quinnemanuel.com
charlesverhoeven@quinnemanuel.com
kevinsmith@quinnemanuel.com


<u>X</u>    **BY ELECTRONIC MAIL TRANSMISSION** by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses.  The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 13, 2012 in Palo Alto, California.


Dated:    April 13, 2012                          /s/ Lorraine Nishiguchi
                                                  Lorraine Nishiguchi