JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. :12-cv-00630-LHK<br><br>**DECLARATION OF SARAH E. SIMMONS IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES**<br><br>**Hearing:**<br>Date: April 24, 2012<br>Time:<br>Place:  Courtroom 5<br>Judge:  Paul S. Grewal |

I, SARAH SIMMONS, declare as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher, counsel of record in this action for plaintiff Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I submit this declaration in support of Apple's Motion to Compel Responses to Interrogatories. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows:

2. On March 6, 2012, Apple propounded to Samsung 10 Interrogatories pertaining to its Preliminary Injunction motion. Attached as Exhibit 1 is a true and correct copy of those Interrogatories.

3. Samsung responded to Apple's Interrogatories on March 27, 2012, but refused to respond to Interrogatory Nos. 4 and 8, among others. Attached as Exhibit 2 is a true and correct copy of Samsung's Responses and Objections to Apple's Interrogatories.

4. On March 29, 2012, Apple wrote a letter to Samsung explaining the deficiencies in Samsung's interrogatory responses. Attached as Exhibit 3 is a true and correct copy of Apple's March 29, 2012 letter.

5. Samsung responded to Apple's letter on April 2, 2012. Attached as Exhibit 4 is a true and correct copy of Samsung's April 2, 2012 letter.

6. Apple responded with an additional letter on April 4, 2012 that again requested that Samsung respond to Apple's interrogatories, and further requested a lead counsel in-person meet and confer. Attached as Exhibit 5 is a true and correct copy of Apple's April 4, 2012 letter.

7. Samsung responded to this letter on April 6, 2012. Attached as Exhibit 6 is a true and correct copy of Samsung's April 6, 2012 letter.

8. On April 10, 2012, lead counsel for Apple and Samsung held an in-person meet and confer, but did not resolve their dispute. *See* April 10 letter from Michael Fazio to Mark Lyon. Attached as Exhibit 7 is a true and correct copy of Samsung's April 10, 20123 letter.

9. On April 11, 2012, counsel for Apple and Samsung held a further meet and confer, but still did not resolve their dispute. *See* e-mail from April 11, 2012 e-mail from Michael Fazio to Mark

Lyon. Attached as Exhibit 8 is a true and correct copy of the April 11, 2011 e-mail from Michael Fazio to Mark Lyon.

10. Attached as Exhibit 9 is a true and correct of a Samsung document bearing production number SAMNDCA00249929.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on April 13, 2012 in Dallas, Texas.

Dated: April 13, 2012            By: /s/ *Sarah E. Simmons*
                                         Sarah E. Simmons