# EXHIBIT 8

**From:** Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
**Sent:** Wednesday, April 11, 2012 3:33 PM
**To:** Lyon, Mark; William Price; Patrick Shields
**Cc:** Krevitt, Josh A.
**Subject:** RE: Follow-up to Today's Meet and Confer

Dear Mark,

Thank you for your email.  Apple's proposed 2007 date limitation is not sufficient because it does not narrow the scope of Interrogatory No. 8 as the remaining time frame still encompasses all smartphones and tablets.

As to the second proposal regarding Apple's expedited briefing schedule, consistent with our call today, Samsung agrees to the following schedule;

Apple files motions to compel further responses to interrogatories and rfps: Friday, April 13
Samsung files oppositions:  Wednesday, April 18
Apple files reply briefs: Friday, April 20
Hearing: April 24

As discussed today, with respect to Apple's motion to compel further responses to its RFPs, the parties will continue to meet and confer tomorrow and Friday as needed to further narrow the list of Apple's RFPs that remain in dispute.  In that vein, Apple represented that its forthcoming motion to compel will be limited to no more than 30 RFPs and, in the event that Apple moves on more than 30 RFPs, then Samsung shall note Apple's failure to abide by its agreement with Samsung in Samsung's opposition.

Best regards,

Michael Fazio

---

**From:** Lyon, Mark [mailto:MLyon@gibsondunn.com]
**Sent:** Tuesday, April 10, 2012 10:37 PM
**To:** William Price; Patrick Shields; Michael Fazio
**Cc:** Krevitt, Josh A.
**Subject:** Follow-up to Today's Meet and Confer

Counsel,

As promised during our meet and confer, we have discussed whether Apple is willing to further limit Interrogatory No. 8 in response to Samsung's objections.  Apple is willing to put a temporal limitation on the interrogatory such that Samsung need not respond with regard to matters occurring prior to 2007.  Beyond that, Apple is not willing to further limit the scope of the interrogatory for all of the reasons we discussed today.

In addition, with regard to your request for 48 hours to consult with Samsung on whether Samsung will supplement its responses to interrogatories 8, 9, and 10, Apple is willing to provide you with this additional time, despite the extreme time pressures presented by the discovery and briefing schedule relating to Apple's motion for a preliminary injunction if Samsung is willing to stipulate to request an expedited briefing schedule in connection with any motion Apple ultimately chooses to file with regard to Samsung's responses to Apple's interrogatories. In particular, Apple proposes a schedule whereby Apple would file any such motion on Friday, April 13th, Samsung's opposition would be due on Tuesday, April 17th, Apple's reply brief would be due on Friday, April 20th, and the hearing on such motion would be on April 24th.

Best regards,
Mark

**H. Mark Lyon**
GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211
Tel +1 650.849.5307 • Fax +1 650.849.5333
MLyon@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.