# EXHIBIT 9

# SAMNDCA00249929

# Lodged with the court for filing under seal