| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES** |

Gibson, Dunn &
Crutcher LLP

Plaintiff Apple, Inc. ("Apple") has moved pursuant to Federal Rule of Civil Procedure 37 for an order compelling Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC ("Samsung") to respond to Apple Inc.'s First Set of Preliminary Injunction Interrogatories to Defendants Nos. 4, 8, 9 and 10.  Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple Inc.'s Motion to Compel Responses to Interrogatories as follows:

IT IS ORDERED that by no later than **May 1, 2012**, Samsung shall respond in writing to Interrogatory Nos. 4, 8, 9 and 10.

**IT IS SO ORDERED.**

Dated: April __, 2012            By: _____
                                         Honorable Paul S. Grewal, U.S.M.J.