JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**STIPULATION REQUESTING ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND APPLE'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES** |

In accordance with Civil Local Rules 6-1(b) and 6-2, Plaintiff Apple, Inc. ("Apple") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC ("Samsung") have stipulated and agree to modify the briefing and hearing schedule regarding Apple's Motions to Compel.

The parties stipulate to the following modified briefing and hearing schedule regarding Apple's Motions to Compel:

- Apple files its Motion to Compel Production of Documents and Things and its Motion to Compel Responses to Interrogatories on Friday April 13, 2012
- Samsung files its Oppositions to Apple's Motions by Wednesday April 18, 2012
- Apple files its Replies to Samsung's Oppositions by Friday April 20, 2012
- If necessary, a hearing on the motions would be held on Tuesday April 24, 2012

Dated: April 13, 2012     GIBSON, DUNN & CRUTCHER LLP

By:  */s/ H. Mark Lyon*
H. Mark Lyon

Attorneys for Plaintiff
APPLE INC.

Dated: April 13, 2012     QUINN EMANUEL URQUHART & SULLIVAN LLP

By:  */s/ Michael Fazio*
Michael Fazio, signed with permission

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC