| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA  94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 12-cv-00630-LHK (PSG) <br><br> **DECLARATION OF SARAH SIMMONS IN SUPPORT OF THE STIPULATION REQUESTING ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND APPLE'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES** |

# DECLARATION OF SARAH SIMMONS

I, Sarah Simmons, declare and state as follows:

1. I am an associate with the firm of Gibson, Dunn & Crutcher LLP, and counsel for Plaintiff Apple, Inc. ("Apple") in the above captioned action. My business address is 2100 McKinney Avenue, Suite 1100, Dallas, TX 75201-6912. I am familiar with the facts and circumstances stated herein and make this declaration based on my own knowledge and would testify to the matter herein under oath if called upon to do so.

2. In light of the briefing schedule in place for Apple's Motion for Preliminary Injunction, both parties seek a quick resolution to Apple's Motions to Compel. Samsung's brief opposing the Motion for Preliminary Injunction is due on Wednesday March 25, 2012. D.I. 37. Apple's reply brief supporting its Motion for Preliminary Injunction is due by May 14, 2012. *Id.* The modified briefing schedule would allow discovery ordered as a result Apple's motions to be used in the preliminary injunction briefings. If the schedule is not modified, these discovery disputes relating to the Motion for Preliminary Injunction would not be resolved until after briefing for on the preliminary injunction motion had ended.

3. Because the parties request modifications to the default briefing schedule in an effort to most effectively comply with the current case schedule, neither party believes the requested changes would affect the broader case calendar.

4. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: April 13, 2012                           By:    /s/ Sarah Simmons

                                                                                                                  Sarah Simmons
                                                                                                                  Attorney for Plaintiff
                                                                                                                  APPLE, INC.

## DECLARATION OF SERVICE

I, Lorraine Nishiguchi, declare as follows:

I am employed in the County of Santa Clara, State of California; I am over the age of 18 years and am not a party to this action; my business address is 1881 Page Mill Road, Palo Alto, California 94304, in said County and State. On April 13, 2012, I served the within:

**DECLARATION OF SARAH SIMMONS IN SUPPORT OF THE STIPULATION REQUESTING ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND APPLE'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by the undersigned on April 13, 2012, at Palo Alto, California.



/s/ *Lorraine Nishiguchi*
LORRAINE NISHIGUCHI

Gibson, Dunn & Crutcher LLP