| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA  94304-1211 | San Francisco, California 94105-2482 |
| Telephone: (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK (PSG) |
| Plaintiff, | **PROPOSED ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND APPLE'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff Apple, Inc. ("Apple") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC ("Samsung") have stipulated and agreed to modify the briefing and hearing schedule regarding Apple's Motions to Compel, in accordance with Civil Local Rules 6-1(b) and 6-2.

Having considered the arguments of the parties and the papers submitted and good cause having been shown, the Court hereby grants the parties' Stipulation to Shorten Time for Briefing and Hearing on Apple's Motion to Compel Production of Documents and Things and Apple's Motion to Compel Responses to Interrogatories. Accordingly, the schedule will be as follows:

- Apple files its Motion to Compel Production of Documents and Things and its Motion to Compel Responses to Interrogatories on Friday April 13, 2012
- Samsung files its Oppositions to Apple's Motions by Wednesday April 18, 2012
- Apple files its Replies to Samsung's Oppositions by Friday April 20, 2012
- If necessary, a hearing on the motions would be held on Tuesday April 24, 2012

**IT IS SO ORDERED.**

Dated: April ___, 2012

_____
HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

# DECLARATION OF SERVICE

I, Lorraine Nishiguchi, declare as follows:

I am employed in the County of Santa Clara, State of California; I am over the age of 18 years and am not a party to this action; my business address is 1881 Page Mill Road, Palo Alto, California 94304, in said County and State. On April 13, 2012, I served the within:

**PROPOSED ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND APPLE'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by the undersigned on April 13, 2012, at Palo Alto, California.

   /s/ *Lorraine Nishiguchi*
   LORRAINE NISHIGUCHI

Gibson, Dunn & Crutcher LLP