**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC. | NO. CV 12-00630 LHK |
| Plaintiff, | **CLERK'S NOTICE RE DEFICIENCY** |
| v. | |
| SAMSUNG ELECTRONICS CO.,LTD,ET.AL | |
| Defendant. / | |

Please be advised that on April 13, 2012, the incorrect docket event was used by counsel Notice (document no. 94).

The correct event code is: **MOTION**. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator.

Thank you for your cooperation in this matter.

Date: April 16, 2012        /s/ Diane Miyashiro
                            408-535-5373
                            Case Systems Administrator