| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA  94304-1211 | San Francisco, California 94105-2482 |
| Telephone: (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF SARAH E. SIMMONS IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS** |

I, Sarah E. Simmons, declare and state as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher, counsel of record in this action for plaintiff Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  I submit this declaration in support of Apple's Motion to Compel Production of Documents and Things.  Unless otherwise indicated, I have personal knowledge of the matters set forth below.  If called as a witness, I could and would testify competently as follows.

2. Attached to this declaration as Exhibit 1 is a true correct copy of the public redacted version of Apple's Reply Brief in Support of Rule 37(b)(2) Motion re Samsung's Violation of January 27, 2012 Damages Discovery Order, *Apple Inc.* v. *Samsung Electronics Co., Ltd., et al.,* Case No. 5:11-cv-01846-LHK, Docket # 822-2.  As Apple explained in its Reply in support of its Rule 37(b)(2) Motion, "Samsung has flaunted the Court's Order and unilaterally determined what information Apple should have."  *Apple Inc.* v. *Samsung Electronics Co., Ltd., et al.,* Case No. 5:11-cv-01846-LHK, Docket #822-2 at 15.

3. Attached to this declaration as Exhibit 2 is a true and correct copy of *GalaxyTM Nexus™ By Samsung Now Available On The Verizon Wireless* 4G *LTE Network,* dated Dec. 15, 2011, http://news.verizonwireless.com/news/2011112/pr2011-12-14m.html, demonstrating that Samsung launched the Galaxy Nexus in December of 2011.

4. Attached to this declaration as Exhibit 3 is a true and correct copy of Hayley Tsukayama, *Report: Galaxy Nexus to cost $299,* Wash. Post, dated Dec. 6, 2011, http://www.washingtonpost.com/business/technology/report-galaxy-nexus-to-cost-299/2011112/06/gIQAeWIOZO_story.html, demonstrating that the Galaxy Nexus is the first phone to run the latest version of Android's smartphone platform, which is dubbed "ice-cream sandwich."

5. Attached to this declaration as Exhibit 4 is a true and correct copy of the Proof of Service for Apple Inc.'s First Set of Requests for Production dated March 6, 2012.

6. Attached to this declaration as Exhibit 5 is a true and correct copy of the Proof of Service for Samsung's Objections and Response to Apple's First Set of Preliminary Injunction Requests for Production to Defendants dated March 27, 2012.

7. Subsequent Samsung productions have taken place on April 2nd, 8th, 10th, 11th, 12th and 13th.

8. Attached to this declaration as Exhibit 6 is a true and correct copy of the March 31, 2012 Letter from Brian Buroker to Michael Fazio, stating that "Samsung has simply objected and refused to produce any documents in response to over 70% of Apple's requests for production." This letter further states that "Samsung has produced fewer than 200 documents totaling only about 4,000 pages . . . and fail[ed] to include a single Korean language document. The absence of [which] made it clear that Samsung made no effort to satisfy its discovery obligations, including a total failure to contact, interview, or meet with Samsung personnel who may have relevant information."

9. Attached to this declaration as Exhibit 7 is a true and correct copy of the April 3, 2012 Letter from Michael Fazio to Brian Buroker, in which Samsung states: "To the extent that this request seeks documents on which Samsung relies for any contention Samsung makes in its opposition to Apple's preliminary injunction motion, Samsung will produce such documents on or before the date its opposition is filed." Samsung's letter further asserts that "the source code for the version of Ice Cream Sandwich used on Galaxy Nexus was written by Google, not Samsung."

10. In Exhibit 7, Samsung acknowledges that, "[t]o be clear, Samsung's document production is not yet complete. As Samsung has stated to Apple on numerous occasions, Samsung

will make a rolling document production." Samsung has never agreed to commit to a date by which it will complete its production.

11. At the April 6, 2012 deposition of Apple expert Ravin Balakrishnan, Samsung disclosed to Apple for the first time key prior art documents related to one of the Preliminary Injunction Patents. Attached to this declaration as Exhibit 11 is a true and correct copy of the relevant portion of the April 6, 2012 Ravin Balakrishnan deposition.

12. Samsung did not produce the previously-undisclosed prior art references presented at the April 6, 2012 Ravin Balakrishnan deposition until April 11, 2012.

13. On April 6, 2012, Apple responded to Samsung's April 3, 2012 Letter from Michael Fazio to Brian Buroker. Attached to this declaration as Exhibit 8 is a true and correct copy of the April 6, 2012 Letter from Brian Buroker to Michael Fazio.

14. On April 10, 2012, lead counsel for Apple and Samsung held an in-person meet-and-confer, but did not resolve their dispute.

15. On April 11, 2012, Samsung sent a letter agreeing to produce certain additional documents to Apple. Attached to this declaration as Exhibit 9 is Samsung's April 11, 2012 Letter from Michael Fazio to Mark Lyon.

16. On April 12, 2012, Apple sent an email to Samsung further agreeing to withdraw certain Requests for Production in an effort to resolve this dispute. Attached to this declaration as Exhibit 10 is Apple's April 12, 2012 email from Mark Lyon to Michael Fazio.

17. The parties held further meet-and-confer calls on April 11th and 13th, but still have been unable to resolve their dispute.

18. On March 22, 2012, the parties entered into a Stipulation and [Proposed] Order in which the "Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials"

(Docket No. 687) ("Protective Order") entered in *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) is hereby adopted in the 630 case on an interim basis have a protective order in place in this case in order to protect third-party confidentiality when such documents are relevant to proper discovery requests." Attached to this declaration as Exhibit 12 is a true and correct copy of the Protective Order. On March 29, 2012, the Court granted the parties' stipulations. (Dkt. No. 84)

19.  Up until April 10th (two weeks after Samsung's initial responses were served), Samsung had produced only 26,705 pages of documents.

20.  As of the filing date of this motion, Samsung has produced less than half of the number of pages that Apple has produced in this litigation.

21.  I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Executed on April 13, 2012 in Dallas, Texas.


Dated: April 13, 2012                    By:*/s/ Sarah E. Simmons*
                                               Sarah E. Simmons