# EXHIBIT 3

Sign In   Register   Print Subscription   Conversations   Today's Paper                          Go!

POLITICS   OPINIONS   LOCAL   SPORTS   National   World   Business   Investigations   Li

Economy   Industries   Local Business   Markets   Policy & Regulation   Technology   World Business

In the News   Siri   SOPA   iPad mini   Carrier IQ



 A promise to 59 fifth graders

 Gingrich's assault on 'activist judges'

 Iraqi-tur bids goo homelan

# Report: Galaxy Nexus to cost $299



**View Photo Gallery** — Dozens of new smartphones are vying for consumers' attention. Learn about the unique features of some of the hottest phones on the market.

WP S
Fri

Text Size | Print | E-mail | Reprints

By Hayley Tsukayama, Published: December 6

The Galaxy Nexus, the highly-anticipated flagship phone of Google's next Android operating system, has been a bit of a mystery. Not only has Verizon been quiet about when customers will be able to see the brand-new phone on store shelves, it's also been mum about how much the phone will cost.

A report from Dow Jones Newswires, citing "people familiar with the matter," pegs the phone's cost at $299.99, which seems to be Verizon's new standard for its premium smartphones.

12 Comments
Weigh In    Corrections?

Recommend    Tweet 10    Share

Gallery



Depending on which phone company is doing the marketing, an Android phone can be masculine and futuristic, like a shoot-'em-up video game, or friendly, like a stuffed animal.

Gallery

The Droid RAZR, which the company is pushing hard in advance of the Galaxy Nexus announcement, is priced at $299.99, as is the HTC Rezound. Given the speed and power of the 4G phones, the report said, Verizon may feel more comfortable pricing the phones at the same range as high-demand devices such as the iPhone.

The Galaxy Nexus is certainly seen by some analysts as the most credible competitor to the iPhone so far, even outstripping it in some respect because it's capable of running on Verizon's 4G network. The phone has a bigger screen than the iPhone and, of course, has the distinction of being the first phone to run Google's new Ice Cream Sandwich operating system.

The new system has quite a few experimental perks and features, such as the ability to unlock the phone using facial recognition and an NFC chip that will let users exchange information by tapping their phones together. One of the Galaxy Nexus's functions, however, will not be a part of its U.S. release: the ability to pay with Google Wallet by using the chip. A report from the Associated Press said that Verizon is not



Apple revealed its newest phone, the iPhone 4S, at an event at its California headquarters on Oct. 4. The event was the first major product release after Steve Jobs resigned in August.

enabling Google Wallet on its phones, likely because the company is involved in Isis, a competing payment system that uses NFC technology.

Sadly, the report still doesn't give out the information that those eager to buy the newest phone are waiting to hear most — a release date.

Related stories:

Galaxy Nexus gets strong early reviews

Galaxy Nexus hit with volume bug in Britain

Fix for Galaxy Nexus volume problem coming soon



Recommend    Tweet  10    Share

Weigh In                             About Discussions, Badges        Discussion Policy

LOG IN    REGISTER    + SHARE THIS DEBATE