# EXHIBIT 10

**Simmons, Sarah E.**

| | |
|---|---|
| **From:** | Lyon, Mark |
| **Sent:** | Thursday, April 12, 2012 8:07 PM |
| **To:** | *** Apple/Samsung |
| **Subject:** | FW: Follow-up to Today's Meet and Confer |

**From:** Lyon, Mark
**Sent:** Thursday, April 12, 2012 6:00 PM
**To:** 'Michael Fazio'; William Price; Patrick Shields
**Cc:** Krevitt, Josh A.
**Subject:** RE: Follow-up to Today's Meet and Confer

Mike,

By way of further compromise on Apple's requests for production, we are willing to drop Request Nos. 14, 20, 23-24, 44, 47, and 80 and will no longer seek to have Samsung produce documents in response to those requests.  In addition, we are willing to limit Request No. 79 such that it does not seek "all" such documents, but only "documents sufficient to show" the market share for the period 2007 to the present.

However, for the reasons we have previously discussed and set forth in our letters, we continue to believe that Samsung must supplement its responses and produce responsive documents for the remaining requests for production for which Samsung has simply objected and refused to produce documents.  We would be willing to discuss these remaining requests in more detail with you tomorrow to see if we can reach further compromises on some or all of those requests.  Please let me know if 11 a.m., Pacific, works for you to continue our meet and confer on this issues.

If we cannot reach agreement tomorrow and Samsung continues to refuse to produce documents in response to some or all of these requests, we intend to file tomorrow a motion to compel production on the expedited briefing schedule we previously discussed.

Please let me know if 11 a.m. works for you.

Best,
Mark

**From:** Michael Fazio [mailto:michaelfazio@quinnemanuel.com]
**Sent:** Wednesday, April 11, 2012 6:28 PM
**To:** Lyon, Mark; William Price; Patrick Shields
**Cc:** Krevitt, Josh A.
**Subject:** Follow-up to Today's Meet and Confer

Dear Mark,

I write to follow-up on today's continued meet and confer.  During the call, I requested clarification on Apple's term "any other instructions" as used in Apple's Request for Production Nos. 9-13.  Apple responded that this term means documents that are explanatory of the source code on Samsung's Galaxy Nexus.  I stated that with Apple's clarification, Samsung will supplement its response to Request Nos. 9-13 to produce responsive, non-privileged documents.

If your understanding of the foregoing differs, please let me know immediately.  Thank you.

1

Michael Fazio