# EXHIBIT 11

Highly Confidential - Attorneys' Eyes Only

Page 1

1  UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION
2  ---------------------------------------------X
   APPLE INC., a California corporation,
3                          PLAINTIFF,
4          -against-
5  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA,
6  INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware
7  limited liability company,
8  CASE NO. 12-CV-00630-LHK
                           DEFENDANTS.
9  ---------------------------------------------X
10             ***HIGHLY CONFIDENTIAL
11             ATTORNEYS' EYES ONLY***
12
13
14         DEPOSITION OF RAVIN BALAKRISHNAN
15              New York, New York
16            Friday April 6th, 2012
17
18
19
20  Reported by:
21  Rebecca Schaumloffel, RPR, CLR
22  Job No:  47974
23
24
25

Highly Confidential - Attorneys' Eyes Only

Page 158

1   for this case.
2        Q.   Have you ever encountered the
3   Neonode device prior to this litigation?
4        A.   Not that I can recall.
5        Q.   For your benefit, sir, I want to
6   show you a video of a Neonode device in
7   operation, specifically with respect to the
8   unlock sweep gesture.
9             MR. LYON:  What video is this,
10        Counselor?  Has this been produced to
11        us?
12             MR. PAK:  I believe it has.  But
13        this is for demonstrative purposes.
14             MR. LYON:  Do you have a Bates
15        number or anything that you can give
16        me on where it is and what it is?
17             MR. PAK:  I am not involved in
18        the production process.
19             MR. LYON:  And you are
20        representing this is an actual Neonode
21        device?
22             MR. PAK:  Yes.
23             MR. LYON:  What timeframe is
24        this device from?
25             MR. PAK:  It is corresponding to

Case 5:12-cv-00630-LHK   Document 99-12   Filed 04/16/12   Page 4 of 5

Highly Confidential - Attorneys' Eyes Only

Page 185
1   paper, I could not find a disclosure that
2   Plaisant talked about locking and unlocking a
3   portable electronic device like as in the
4   claim of the '721 patent.
5       Q.   Sir, did you review the --
6   actually, I have asked that question before.
7            You read a paper, but you didn't
8   go and look at the video that's described in
9   this paper, correct?
10      A.   I don't believe I have seen the
11  video, no.
12      Q.   Let's see if we can play the
13  video for you.
14           MR. LYON:  Again, Counsel, I am
15      going to state on the record this
16      is -- this whole deposition has been
17      in contravention of our request to you
18      for interrogatory responses, which you
19      have refused to provide, as to
20      references, facts that you have with
21      respect to any validity contentions.
22           You have spent the whole
23      afternoon going through papers that
24      you clearly knew about.  And now we
25      are going to see another video that

1   you clearly knew about that you
2   refused to respond to interrogatories
3   that were due at the end of March.
4       MR. PAK:  Objection noted.
5   Q.   Sir, I am going to show you the
6   video for Dr. Plaisant.
7       MR. LYON:  Again, before we
8   start this, is this a video that has
9   been produced to us?
10      MR. PAK:  I believe it has.
11      MR. LYON:  I would like the
12  Bates number for that.  Also, what
13  is -- when was this made and what is
14  this video.
15      MR. PAK:  I will represent on
16  the record, sir, that this is a
17  publicly available video that
18  Dr. Plaisant published in the
19  timeframe of the 1992 paper, and this
20  has been produced without
21  modification.  So this is the original
22  version of the video as presented by
23  Dr. Plaisant.
24      So based on that representation,
25  let's play the video.