JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS** |

Plaintiff Apple, Inc. ("Apple") has moved pursuant to Federal Rule of Civil Procedure 37 for an order compelling Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC ("Samsung") to produce certain documents in response to Apple's First Set of Preliminary Injunction Requests For Production ("Request") Nos. 8, 15-16, 18, 21-22, 45, 48-50, 53-55, 57, 59, 61-64, 67, 68, 70, 72, 74, 75, 77, 79, 81, and 91. Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Motion to Compel Production of Documents and Things as follows:

IT IS ORDERED that by no later than **April 27, 2012**, Samsung shall complete its production to Apple of the following documents:

1. Documents relating to Samsung's design, development and implementation of its products responsive to Request Nos. 8, 21-22

2. Documents showing Samsung's analysis, inspection, designs around and copying of Apple's products responsive to Request Nos. 15-16, 18

3. Documents relating to competition between Apple and Samsung responsive to Request Nos. 45, 48-50, 53-55, 72

4. Documents relating to the smartphone market responsive to Request Nos. 57, 59, 61-64, 67, 68, 70, 74, 75, 77, 79, 81

5. Documents indicating consumer confusion related to Samsung's Galaxy Nexus responsive to Request No. 91.

IT IS FURTHER ORDERED that by no later than **April 27, 2012**, to the extent that it has not already done so, Samsung is to complete its production of those documents that it has agreed to produce to Apple.

**IT IS SO ORDERED.**

Dated: April __, 2012           By: _____
                                    Honorable Paul S. Grewal, U.S.M.J.

PROPOSED ORDER GRANTING APPLE INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS