UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD, a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No.: 12-cv-00630-LHK (PSG)<br><br>**ORDER GRANTING-IN-PART STIPULATION REQUESTING ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND APPLE'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES**<br><br>**(Re: Docket No. 97)** |

In this patent infringement suit, Plaintiff Apple Inc. ("Apple") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC ("Samsung") have submitted a stipulation and agreement to modify the briefing and hearing schedule regarding Apple's Motions to Compel.

The parties have submitted the following modified briefing and hearing schedule regarding Apple's Motions to Compel:

- Apple filed its Motion to Compel Responses to Interrogatories and its Motion to Compel Production of Documents and Things on April 13, 2012, and April 16, 2012, respectively;
- Samsung will file its Oppositions to Apple's Motions by April 18, 2012;
- Apple will file its Replies to Samsung's Oppositions by April 20, 2012.

1
Case No.: 12-cv-00630-LHK (PSG)
**ORDER GRANTING-IN-PART STIPULATION REQUESTING ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND APPLE'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES**

The parties have proposed a hearing on the motions for April 24, 2012. The parties' stipulation to extend time complies with Civ. L.R. 6-2. The court, however, cannot accommodate the parties' last request, and will instead schedule a hearing on the motions for May 1, 2012. Furthermore, the court directs the parties to review the court's order in *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 5:11-cv-01846-LHK, Docket No. 699, for guidance regarding future requests to shorten time. The court cannot overlook its duty to balance the legitimate needs of the parties in this case against the impact on other litigants who seek to be heard on a reasonable schedule. The court accordingly GRANTS-IN-PART the parties' stipulation requesting an order to shorten time for briefing and hearing on Apple's Motions to Compel.

**IT IS SO ORDERED.**

Dated: 4/16/2012

_____
PAUL S. GREWAL
United States Magistrate Judge