| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA 94304-1211 | San Francisco, California 94105-2482 |
| Telephone: (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-0630 (LHK)<br><br>**NOTICE OF APPEARANCE BY JASON LO** |

PLEASE TAKE NOTICE that attorney Jason Lo of Gibson, Dunn & Crutcher, a member of the State Bar of California (219030) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Plaintiff Apple Inc. in the above-captioned case.

> Jason Lo
> Gibson, Dunn & Crutcher, LLP
> 333 South Grand Avenue
> Los Angeles, CA  90071-1512
> Telephone: (213) 229-7000
> Facsimile: (213) 229-7520
> JLo@gibsondunn.com

Dated:  April 17, 2012

GIBSON, DUNN & CRUTCHER, LLP

By   */s/ Jason Lo*
      Jason Lo

Attorney for Plaintiff APPLE, Inc.

NOTICE OF APPEARANCE BY JASON LO
CASE NO. 12-CV-0630 (LHK)
101274715V.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document entitled NOTICE OF APPEARANCE BY JASON LO was filed electronically in compliance with Civil Local Rule 5.4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: April 17, 2012                          By   */s/ Jason Lo*
                                                         Jason Lo

NOTICE OF APPEARANCE BY JASON LO
CASE NO. 12-CV-0630 (LHK)
101274715V.1

Gibson, Dunn &
Crutcher LLP