1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

13

14

15

16

17

18

19

20

21      Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

22      Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's

23      Administrative Motion to File Documents Under Seal relating to Samsung's Oppositions to

24      Apple's Motions to Compel Further Responses to Apple's First Set of Preliminary Injunction

25      Requests for Production and Interrogatories.

26           Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No.

27      62 to provide evidence of good cause for this Court to permit filing under seal.  The declaration

28

1    establishes that the below documents contain Samsung's highly confidential and proprietary

2    information and could be used to its disadvantage by competitors if they are not filed under seal.

3         Accordingly, for good cause shown, the Court ORDERS that the following documents

4    shall be filed under seal:

5         1.   The confidential, unredacted version of the Declaration of Corey Kerstetter;

6         2.   The confidential, unredacted version of the Declaration of Young Jin Kwon; and

7         3.   The confidential, unredacted version of the Declaration of Russell Wilkins.

8

9    **IT IS SO ORDERED.**

10

11   DATED: _____       _____

12                                       HON. Paul S. Grewal
                                         United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL