# EXHIBIT 2

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Bar No. 250814)
3  kevinsmith@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Patrick M. Shields (Bar No. 204739)
12 patrickshields@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
16 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                UNITED STATES DISTRICT COURT

19         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| 21           Plaintiff, | **DECLARATION OF YOUNG JIN KWON** |
| 22           vs. | Date: May 1, 2012<br>Time: 10:00 a.m. |
| 23  SAMSUNG ELECTRONICS CO., LTD., a<br>Korean corporation; SAMSUNG | Place: Courtroom 5, 4th Floor<br>Judge: Honorable Paul S. Grewal |
| 24  ELECTRONICS AMERICA, INC., a New<br>York corporation; SAMSUNG | **FILED UNDER SEAL** |
| 25  TELECOMMUNICATIONS AMERICA,<br>LLC, a Delaware limited liability company, | |
| 26           Defendants. | |

27
28

1  I, Young Jin Kwon, do hereby declare as follows:

2  1. I am Principal Engineer at Samsung Electronics Co., Ltd. ("SEC"). I have been employed by SEC in this position since 2012. ████████████████████████████████████████████████ I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would testify competently as follows.

3  2. I understand that in this litigation, Apple has asked Samsung to produce the following documents.

- Documents sufficient to identify the individuals who contributed to, oversaw, or were otherwise involved in the design, development, or implementation of the ability to type, enter, correct, change, or modify text (including letters, numbers, and punctuation marks) in applications, including but not limited to, the email application, Messaging application, Contacts application or Calendar application (Apple Request No. 8); and

3. Samsung has at least ███ products that feature the four applications identified in Apple's request – email application, messaging application, contacts application and calendar application. There are at least ███ Samsung engineers who have worked on these four applications for all Samsung products in the past 5 years alone.

4. I understand that Apple has asked Samsung to produce documents responsive to the following request:

- All Documents relating to the design or development of any Samsung smartphone or products that use or incorporate the Android platform that mention or refer to Apple or Apple products, including communications among or with your personnel that discuss whether or how to copy or implement any design, feature, or function of an Apple product. Documents responsive to this Request include, but are not limited to, Documents related to the redesign of any Samsung product in light of Apple products (Request No. 18);

5. Though the request is limited to "any Samsung smartphone or products ... that mention or refer to Apple or Apple products," ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Over the past five years, Samsung has marketed ▮ smartphones and products that use or incorporate the Android platform. There are ▮▮▮ Samsung engineers who have worked on these ▮ smartphones and products. Accordingly, searching for and producing responsive documents will require searching the files of these ▮▮▮ engineers.

6. I understand that Apple has asked Samsung to produce documents responsive to the following two requests:

- All Documents that comprise, refer, or relate to Samsung's discussion of, both internally and with third-parties, contributions to and efforts related to the design, development and implementation of Android 4.0 Ice Cream Sandwich (Request No. 21)

- All Documents that comprise, refer, or relate to communications with or contributions by third parties regarding the design, development, and implementation of the Samsung Galaxy Nexus (Request no. 22).

7. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1  I declare under the penalty of perjury that the forgoing is true and correct to the best of my
2  knowledge.
3  Executed this 18th day of April, 2012, at Seoul, South Korea

/s/ *Y. J. Kwon*

Young Jin Kwon

02198.51981/4707007.1

-3-

DECLARATION OF YOUNG JIN KWON