# EXHIBIT 3

```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
 2  charlesverhoeven@quinnemanuel.com
    Kevin A. Smith (Bar No. 250814)
 3  kevinsmith@quinnemanuel.com
    50 California Street, 22nd Floor
 4  San Francisco, California 94111
    Telephone: (415) 875-6600
 5  Facsimile: (415) 875-6700

 6  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
 7  Victoria F. Maroulis (Cal. Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
 8  555 Twin Dolphin Drive 5th Floor
    Redwood Shores, California 94065
 9  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
10
    William C. Price (Bar No. 108542)
11  williamprice@quinnemanuel.com
    Patrick M. Shields (Bar No. 204739)
12  patrickshields@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
13  Los Angeles, California 90017
    Telephone: (213) 443-3000
14  Facsimile: (213) 443-3100

15  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
16  AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
17
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF RUSSELL WILKINS**<br><br>Date: May 1, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Honorable Paul S. Grewal<br><br>**FILED UNDER SEAL** |

I, Russell Wilkins, do hereby declare as follows:

1. I am Senior Manager of Samsung's Voice of the Customer (VOC) Department at Samsung Telecommunications America, LLC ("STA"). I have been employed by STA since 2003. ███████████████████████████ I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would testify competently as follows.

2. STA operates call centers which offer product support and receive feedback from customers regarding Samsung's products. ███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████

3. I understand that in this litigation, Apple has asked Samsung to produce "all documents relating to any instances of consumer confusion in which Samsung was made aware that a person confused an Apple product for a Samsung Galaxy Nexus, or a Samsung Galaxy Nexus for an Apple product."

4. It would be very difficult and time-consuming to attempt to search for and locate documents responsive to this request. To determine whether any such calls were ever made to STA's call center, ███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████

5. After such raw data has been pulled, we would then need to export the data to Excel before we could the data could be searchable. STA would then have to run numerous term

1 searches in those records for any reference to Apple or Apple products. Since our call center
2 representatives must type quickly when receiving calls, it is also possible that the notes for each
3 call will include word variants, abbreviations or misspellings of the word "Apple" or of the Apple
4 products, making it more difficult to search. I estimate that we would need to run approximately
5 15 keyword searches for all of the possible variants, but there could be more that we identify
6 during the course of our searches.

7     6. Therefore, I estimate that it would take STA approximately ███████ to
8 complete the raw data reports and then the searches of the call center data for the relevant time
9 period. I base this estimate on the time it has taken the STA call center data analysts to complete
10 similar searches of call center records in the past ████████████████████████████
11 ████████.

12     7. Once those automated searches have been completed, STA would then have to
13 manually review the resulting records to eliminate non-responsive records. For example, it is
14 possible that Samsung customers may have contacted the call centers to comment on how they
15 disliked their previous Apple product, but enjoy using their Samsung product. This would not be
16 responsive to Apple's requests, because the consumer is not expressing any confusion as to the
17 source of the product he or she was calling about.

19     I declare under the penalty of perjury that the forgoing is true and correct to the best of my
20 knowledge.

21     Executed this 17 day of April, 2012, at Plano, Texas.

*/s/ Russell Wilkins*

Russell Wilkins