UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS** |

On April 13, 2012, Plaintiff Apple Inc. ("Apple") filed a Motion to Compel Production of Documents and Things (Docket No. 99).   Samsung filed its Opposition to this motion on April 18, 2012.   Apple filed its Reply to Samsung's Opposition on April 20, 2012.

Having considered the arguments of the parties and the papers submitted, and having found no good cause therefor, the Court hereby DENIES Apple's Motion to Compel Production of Documents and Things.

1  **IT IS SO ORDERED.**

3  DATED: _____

HON. Paul S. Grewal
United States Magistrate Judge