# EXHIBIT C

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**APPLE INC.'S FIRST SET OF PRELIMINARY INJUNCTION INTERROGATORIES TO DEFENDANTS** |

APPLE INC.'S FIRST SET OF PRELIMINARY
INJUNCTION INTERROGATORIES
CASE NO. 12-cv-00630-LHK

Gibson, Dunn &
Crutcher LLP

APPLE INC. ("Apple") hereby requests, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, that SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, ("Samsung" or "Defendants") respond to Apple's First Set of Preliminary Injunction Interrogatories. Apple requests that Defendants answer each interrogatory below and serve their answers on Apple's counsel at the offices of Gibson, Dunn & Crutcher, LLP, 1881 Page Mill Road, Palo Alto, CA 94304-1211, within twenty-one (21) days, or such other time as the parties agree or the Court orders.

## DEFINITIONS

The words and phrases used in these Requests shall have the meanings ascribed to them under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California. In addition, the following terms shall have the meanings set forth below whenever used in any Request.

1. "You" and/or "your" mean Defendants and all predecessors, successors, predecessors-in-interest, successors-in-interest, subsidiaries, divisions, parents, and/or affiliates, past or present, any companies that have a controlling interest in Defendants, and any current or former employee, officer, director, principal, agent, consultant, sales representative, or attorney thereof.

2. "Samsung Galaxy Nexus" means the Samsung Galaxy Nexus, including but not limited to all versions released or sold through any wireless carrier or other distributor.

3. "Slide to Unlock" means the software, features and functionality that Apple accuses of infringing U.S. Patent No. 8,046,721 as described in the Declaration of Dr. Ravin Balakrishnan and that provide the functionality used by the Samsung Galaxy Nexus to unlock the device using a swipe, slide, or similar touch gesture, including detection of such a gesture and the display of graphical images or icons indicating that the device is locked, that the device is unlocked, or indicting how a user may unlock the device, including any directional or instructional cues. Slide to Unlock includes but is not limited to the "Slide" lock/unlock option described in the Galaxy Nexus User Guide at 11, 99-100 (*available at* http://static.googleusercontent.com/external_content/untrusted_dlcp/www.google.com/en/us/help/hc/pdfs/mobile/AndroidUsersGuide-40-en.pdf).

4.      "Text Correction" means the software, features and functionality that Apple accuses of infringing U.S. Patent No. 8,074,172 as described in the Declaration of Dr. Karan Singh and that provide the functionality relating to editing, correcting, modifying, changing, or replacing typed text such as but not limited to letters, numbers, and punctuation marks, as well as for the keyboards used by such functionality, and such use in the Samsung Galaxy Nexus's email application, Messaging application, Contacts application or Calendar application.  Text Correction includes but is not limited to the "Enter & Edit Text," "Correcting Typed Text" or "AutoText" implemented on the Samsung Galaxy Nexus as described in the Galaxy Nexus User Guide at 53 (*available at* http://static.googleusercontent.com/external_content/untrusted_dlcp/www.google.com/en/us/help/hc/pdfs/mobile/AndroidUsersGuide-40-en.pdf) and at http://android-developers.blogspot.com/2009/04/updating-applications-for-on-screen.html, http://www.google.com/support/ics/nexus/bin/answer.py?hl=en&answer=1646288&topic=1646287&ctx=topic, and http://developer.android.com/reference/android/text/AutoText.html that permits a user to enter and edit text.

5.      "Unified Search" means the software, features and functionality that Apple accuses of infringing U.S. Patent No. 8,086,604 as described in the Declaration of Dr. Nathaniel Polish and that provide the functionality used to enable searching of a plurality of resources on the Samsung Galaxy Nexus, such as contacts, email, messages, search history, and other resources, using a single interface, for example, the Android Quick Search Box, and the functionality for software, applications modules or other sources to be available for search within the Android Quick Search Box, and the ability to select which software, applications, modules or other sources will be searched and the functionality or interface to make the software, applications, modules or other sources searchable through the single user interface.  Unified Search includes but is not limited to the "Google Search" implemented on the Samsung Galaxy Nexus described in the Galaxy Nexus User Guide at 13 (*available at* http://static.googleusercontent.com/external_content/untrusted_dlcp/www.google.com/en/us/help/hc/pdfs/mobile/AndroidUsersGuide-40-en.pdf) and the "Android Quick Search Box" described at http://android-developers.blogspot.com/search/label/Quick%20Search%20Box and implemented on the Samsung Galaxy Nexus and further includes the

ability to make software or modules "Searchable items" as described in the Galaxy Nexus User Guide at 13 and http://developer.android.com/guide/topics/search/search-dialog.html or provide "suggestions [that] appear below the Search box" as described in Galaxy Nexus User Guide at 81.

      6.     "Special Text Detection" means the software, features and functionality that Apple accuses of infringing U.S. Patent No. 5,946,647 as described in the Declaration of Dr. Todd Mowry and that provide the functionality relating to the recognition of text within a web page, email message, text message, SMS message, MMS message or other text displayed to a user of the Samsung Galaxy Nexus representing an email address, phone number, physical address, date, time, calendar entry or fax number, including text containing partial representations of those items and the ability to select the text and perform an action with the text such as placing a telephone call, looking up an address or storing in the Contacts application. Special Text Selection includes but is not limited to the ability to "place calls from the Phone app , the People app, or other apps or widgets that display contact information," described in the Galaxy Nexus User Guide at 43 (*available at* http://static.googleusercontent.com/external_content/untrusted_dlcp/www.google.com/en/us/help/hc/pdfs/mobile/AndroidUsersGuide-40-en.pdf) and further including the ability to send emails to an email address displayed in another application such as a the Browser application or Messaging application or to store information such as a phone number or email address displayed in another application such as a the Browser application or Messaging application as contact information.

      7.     "Preliminary Injunction Patents" means U.S. Patent Nos. 5, 946,647; 8,086,604; 8,046,721; and 8,074,172.

      8.     "Document(s)" has the broadest possible meaning permitted by Federal Rules of Civil Procedure Rules 26, 33 and 34 and the relevant case law. "Document(s)" also includes all drafts or non-final versions, alterations, modifications, and amendments to any of the foregoing.

      9.     "Identify" means (1) when referring to a person, the person's full name, present or last known address and telephone number, and the last known title and place of employment; (2) when referring to non-patent documents, the production number or type of document, its general nature and subject matter, date of creation, and all author(s), addresses(s), and recipient(s); and (3) when

referring to patent documents, the country, patent and/or application number, dates of filing, publications, and grant, and the names of patentees or applicants.

## INTERROGATORIES

### INTERROGATORY NO. 1

Identify any and all code names, internal names, nick names, model numbers, or other identifying information used by Samsung to identify or otherwise refer to the Samsung Galaxy Nexus as well as any of the accused technologies implemented on the Samsung Galaxy Nexus, including but not limited to, all versions of Android 4.0 Ice Cream Sandwich, Slide to Unlock, Text Correction, Unified Search and Special Text Detection and identify the person(s) most knowledgeable about the response to this interrogatory.

### INTERROGATORY NO. 2

Identify from the source code produced in response to Request Nos. 9-13 in Apple's First Set of Preliminary Injunction Requests for Production all files that relate to the accused features and functionality of the Samsung Galaxy Nexus, including Slide to Unlock, Text Correction, Unified Search and Special Text Detection. Such identification should include, the name of the file, the engineers, designers and authors responsible for that file, the specific accused feature to which the identified file relates, and any differences between that file and the publicly available version of the Android 4.0 Ice Cream Sandwich source code and the engineers, designers and authors of those differences, and identify the person(s) most knowledgeable about the response to this interrogatory.

### INTERROGATORY NO. 3

For all source code files or modules identified or referenced in any expert declaration attached to Apple's Motion for Preliminary Injunction, including the expert declarations of Dr. Todd Mowry, Dr. Nathaniel Polish, Dr. Ravin Balakrishan and Dr. Karan Singh, identify whether the file or module as referenced or identified is present in the Samsung Galaxy Nexus, or if it is not, identify any

APPLE INC.'S FIRST SET OF PRELIMINARY
INJUNCTION INTERROGATORIES
CASE NO. 12-cv-00630-LHK

differences between that file and module and the version of the file or module that is present in the Samsung Galaxy Nexus and, identify the person(s) most knowledgeable about the response to this interrogatory.

## INTERROGATORY NO. 4

Describe the facts and circumstances surrounding Samsung's knowledge of the Preliminary Injunction Patents, including but not limited to, whether or not Samsung was aware of each of the Preliminary Injunction Patents prior to the filing of this lawsuit; when Samsung became aware of each of the Preliminary Injunction Patents; how Samsung became aware of each of the Preliminary Injunction Patents; and any efforts made to avoid infringement of each of the Preliminary Injunction Patents; and, identify the person(s) most knowledgeable about the response to this interrogatory, and locate and identify all documents which refer or relate to the facts and assertions in the response or which were reviewed in preparing the response to this interrogatory.

## INTERROGATORY NO. 5

If you contend or believe that you do not infringe any asserted claim of the Preliminary Injunction Patents, state with specificity the complete factual and legal bases for such contention or belief, including a claim chart identifying which claim limitations are not found in the Samsung Galaxy Nexus, the claim constructions or definitions used in supporting this contention or belief, and if you believe that any claim or claim limitation is governed but 35 U.S.C. 112 ¶ 6, identify the factual and legal basis for that belief and the corresponding structure, material, or acts described in the specification and equivalents thereof and further including an identification of all documents and things supporting such contention or belief, and an identification of the persons most knowledgeable of the facts supporting such contention or belief.

APPLE INC.'S FIRST SET OF PRELIMINARY
INJUNCTION INTERROGATORIES
CASE NO. 12-cv-00630-LHK

**INTERROGATORY NO. 6**

If you contend or believe that any asserted claim of the Preliminary Injunction Patents is invalid and/or unenforceable, state with specificity the complete factual and legal bases for such contention or belief, including an identification of all alleged prior art, a claim chart showing where each limitation of each claim can be found in the alleged prior art, the claim constructions or definitions used in supporting this contention or belief, and if you believe that any claim or claim limitation is governed but 35 U.S.C. 112 ¶ 6, identify the factual and legal basis for that belief and the corresponding structure, material, or acts described in the specification and equivalents thereof and an identification of all documents and things (including, but not limited to, alleged prior art) supporting such contention or belief, an identification of the specific provision of Title 35 upon which such contention or belief is based, and an identification of the persons most knowledgeable of the facts supporting such contention or belief.

**INTERROGATORY NO. 7**

If you contend or believe that Apple has not been or will not be irreparably harmed by the sale of the Samsung Galaxy Nexus, state with specificity the complete factual and legal bases for such contention or belief, including but not limited to all factual and legal bases covering any contention or belief that the smartphone market is not undergoing a transformation whereby consumers are purchasing their first smartphone, that customers are not loyal to the platform or operating system of their first smartphone, and that Samsung is not marketing its smartphones to first time smartphone buyers or customers and identify all documents and things relating to your response, and any persons with knowledge regarding your response.

**INTERROGATORY NO. 8**

Identify and describe in detail any analysis, review, consideration, or copying of, or comparison against any Apple product or product feature in designing or developing, or

APPLE INC.'S FIRST SET OF PRELIMINARY
INJUNCTION INTERROGATORIES
CASE NO. 12-cv-00630-LHK

implementing a feature during the design and/or development of any Samsung smartphone or tablet computer and identify all documents and things relating to your response, and any persons with knowledge regarding your response.

**INTERROGATORY NO. 9**

For each of the accused features, including Slide to Unlock, Text Correction, Unified Search and Special Text Detection, identify and describe in detail any analysis, whether internal or external, including, but not limited to, any consumer study, consumer demand analysis, survey, or report, or other analysis or discussion, and identify all documents and things relating to your response, and any persons with knowledge regarding your response.

**INTERROGATORY NO. 10**

For each of the following, identify all discussions, internally or with third parties, regarding, or consideration of, the design, and implementation of, any of the accused features, including (i) Slide to Unlock, (ii) Text Correction, (iii) Unified Search, and (iv) Special Text Detection as implemented in any Samsung product, including but not limited to Samsung smartphones and tablet computers, and identify the three persons most knowledgeable about such discussions, designs, and implementation.

Dated: March 6, 2012

GIBSON, DUNN & CRUTCHER LLP

By: /s/ H. Mark Lyon
H. Mark Lyon

*Attorneys for Apple Inc.*

APPLE INC.'S FIRST SET OF PRELIMINARY
INJUNCTION INTERROGATORIES
CASE NO. 12-cv-00630-LHK