# EXHIBIT I

## Michael Fazio

| | |
|---|---|
| **From:** | Michael Fazio |
| **Sent:** | Tuesday, April 17, 2012 8:23 AM |
| **To:** | 'Lyon, Mark'; Patrick Shields; Krevitt, Josh A. |
| **Cc:** | William Price |
| **Subject:** | Apple's Request for Production No. 15. |

Dear Mark,

Samsung agrees to supplement its objections and responses to Apple's First Set of Preliminary Injunction RFPs by producing responsive non-privileged documents to Apple's Request No. 15.

Best regards,

Michael Fazio

1