# EXHIBIT 3

US007672470B2

(12) **United States Patent**        (10) **Patent No.:** **US 7,672,470 B2**

Lee                                     (45) **Date of Patent:** **Mar. 2, 2010**

(54) **AUDIO/VIDEO DEVICE HAVING A VOLUME CONTROL FUNCTION FOR AN EXTERNAL AUDIO REPRODUCTION UNIT BY USING VOLUME CONTROL BUTTONS OF A REMOTE CONTROLLER AND VOLUME CONTROL METHOD THEREFOR**

(75) Inventor: **Jae-hoon Lee**, Seoul (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.**, Suwon-si (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1211 days.

(21) Appl. No.: **10/849,137**

(22) Filed: **May 20, 2004**

(65) **Prior Publication Data**

US 2005/0111675 A1      May 26, 2005

(30) **Foreign Application Priority Data**

Nov. 21, 2003    (KR) ..................... 10-2003-0082851

(51) **Int. Cl.**
| | |
|---|---|
| *H04R 1/02* | (2006.01) |
| *H04R 1/10* | (2006.01) |
| *H03G 7/00* | (2006.01) |
| *H02B 1/00* | (2006.01) |
| *H04R 5/02* | (2006.01) |

(52) **U.S. Cl.** ......................... **381/333**; 381/74; 381/104; 381/105; 381/123; 381/306

(58) **Field of Classification Search** ................. 381/104, 381/105, 123, 85, 333, 332, 306, 74, 107, 381/109
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,910,991 | A | * | 6/1999 | Farrar | ........................... 381/59 |
| 6,144,876 | A | * | 11/2000 | Bouton | ........................ 600/436 |
| 6,148,085 | A | * | 11/2000 | Jung | ........................... 381/104 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 08-079877 A | 3/1996 |
| JP | 08-330867 A | 12/1996 |
| JP | 2003-204491 A | 7/2003 |
| KR | 98-57592 B1 | 11/1999 |
| KR | 2000-0045824 A | 7/2000 |

* cited by examiner

*Primary Examiner*—Vivian Chin
*Assistant Examiner*—Douglas J Suthers
(74) *Attorney, Agent, or Firm*—Sughrue Mion, PLLC

(57) **ABSTRACT**

An audio/video (A/V) device having a volume control function for external audio reproduction units by using volume control buttons of a remote controller is provided. The A/V device includes speakers, an audio output port for externally outputting an audio signal, an audio signal processing unit for reproducing and amplifying the audio signal and applying the amplified audio signal to the speakers or the audio output port, a memory unit for storing volume control values, and a control unit for applying to the audio signal processing unit any of the volume control values stored in the memory based on whether the external audio reproduction unit is plugged in the audio output port. The control unit controls the audio signal processing unit to adjust the volume control values for the audio output port by the volume control buttons when the external audio reproduction unit is plugged in the audio output port.

**16 Claims, 6 Drawing Sheets**



# FIG. 1
## (PRIOR ART)



FIG. 2A
(PRIOR ART)



FIG. 2B
(PRIOR ART)



FIG. 3



# FIG. 4



# FIG. 5A



# FIG. 5B



FIG. 6



US 7,672,470 B2

**1**

## AUDIO/VIDEO DEVICE HAVING A VOLUME CONTROL FUNCTION FOR AN EXTERNAL AUDIO REPRODUCTION UNIT BY USING VOLUME CONTROL BUTTONS OF A REMOTE CONTROLLER AND VOLUME CONTROL METHOD THEREFOR

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit under 35 U.S.C § 119 from Korean patent Application No. 2003-82851, filed on Nov. 21, 2003, the entire content of which is incorporated herein by reference.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a volume control method for audio/video devices and an audio/video device using the method. More particularly, the present invention relates to a volume control method for audio/video devices and an audio/video device, capable of controlling the volume of an external audio reproduction unit by use of volume control buttons of a remote controller without a separate On-screen display (OSD) menu window when the external audio reproduction unit such as an earphone, a headset, or speakers is plugged in.

2. Description of the Related Art

In general, the audio/video (A/V) device such as a television set, a projection TV, an LCD TV, and a home theater reproduces an audio signal through built-in speakers when receiving and reproducing the broadcast signal, and the A/V device controls its volume by use of a remote controller for controlling the speakers. When a user wants to listen to a broadcast by plugging an external audio reproduction unit such as a headset or an earphone in an A/V device, he or she can not directly control the volume level for the external audio reproduction unit by using the volume control buttons of a remote controller, but controls the volume level for the external audio reproduction unit on an OSD menu window provided on the A/V device.

FIG. 1 illustrates an audio reproduction unit of a conventional A/V device, which conceptually depicts connections of speakers and an external audio reproduction unit.

The audio reproduction unit of an A/V device has an amplification unit **10** for amplifying an input audio signal, a switch **20** for switching an output of the amplification unit **10**, and speakers **30**. An audio signal output from the amplification unit **10** is reproduced through the speakers **30** or a headset **40**. The switch **20** is built in a headphone jack constructed to generally disconnect the amplification unit **10** with the speakers **30** when the headset **40** is plugged in the A/V device. That is, when the male connector of a headset **40** is inserted into the headphone jack, the amplification unit **10** and the speakers **30** are disconnected from each other, and an audio signal output from the amplification unit **10** is applied to the headset **40**. When the male connector is not inserted into the headphone jack, the output signal of the amplification unit **10** is applied only to the speakers **30**. The audio reproduction unit constructed as above applies an audio signal to the speakers **30** and the headset **40** in the same signal level. In general, the speakers **30** have the impedance of 4Ω~8Ω, whereas the headset **40** has the impedance of 16Ω~32Ω. Accordingly, when the volume level set for the speakers **30** is applied to the headset **40**, an audio signal is reproduced by the headset **40** and the speakers **30** in a different volume level. As a result, a viewer is inconvenienced not only in properly controlling the

**2**

volume level whenever plugging the headset in an A/V device, but also in setting the volume level for the speakers **30** again when releasing the headset **40** from the A/V device.

FIG. 2A is a view illustrating another audio reproduction unit provided in a conventional A/V device.

The audio reproduction unit shown in FIG. 2A partially solves the problem of the audio reproduction unit shown in FIG. 1. That is, the audio reproduction unit solves the problem of separately setting the volume levels of the speakers and the headset, which is characterized in that volume values on speakers **54** and a headset **55** are stored in an electrically erasable and programmable read only memory (EEPROM) **51**. A viewer sends a control signal for channel changes to the key input unit **53** by using a remote controller, and the key input unit **53** receives and applies the control signal to the processor **52**, and the processor **52** responds to the control signal and controls to change channels broadcasted from a tuner. The audio reproduction unit enables a processor **52** to detect the plugging of a headset **55** into an amplification unit **50** and apply a volume value for the headset **55** to the amplification unit **50**, so as to enable the amplification unit **50** to output an audio signal in a proper volume level when a viewer plugs or unplugs the headset **55** into or from the output port of the amplification unit **50**. The A/V device having the audio reproduction unit stores in the EEPROM **51** the latest volume values, that is, the latest volume values for the speakers **54** and the headset **55** that a viewer sets to the A/V device.

However, even though the volume values for the headset **55** is stored in the EEPROM **51**, the viewer loads a separate OSD menu window on a display unit (not shown) of the A/V device, and increases or decreases the volume value set for the headset **55** on the display unit, when the viewer wants to change the volume value.

FIG. 2B is a view illustrating a volume-setting process for the headset **55** of the A/V device of FIG. 2A.

To control the volume level for the headset **55** shown in FIG. 2A, the viewer has the OSD menu window **60** displayed on the display unit, and adjusts the volume level with an input device such as a remote controller (not shown). In the OSD menu window **60**, the viewer chooses an Audio menu **61** and a headset adjustment option **62**a for adjusting the volume level for a headset, and increases or decreases the volume level of the headset **55** through a volume control menu window **62**b displayed on the OSD menu window **60**. In controlling the volume level for the headset **55**, the viewer experiences inconvenience and not-too-easy operations.

### SUMMARY OF THE INVENTION

The present invention has been developed in order to solve the above drawbacks and other problems associated with the conventional arrangement. An aspect of the present invention is to provide an audio/video device and a volume control method facilitating volume controls of an external audio reproduction unit by using volume control buttons of a remote controller.

The foregoing and other aspects and advantages are substantially realized by providing an audio/video (A/V) device including speakers, an audio output port for externally outputting an audio signal, an audio signal processing unit for reproducing and amplifying the audio signal and applying the amplified audio signal to any of the speakers or the audio output port, a memory unit for storing volume control values corresponding to the audio output port and the speakers, and a control unit for applying to the audio signal processing unit any of the volume control values stored in the memory based on whether the external audio reproduction unit is plugged in

US 7,672,470 B2

3

the audio output port. The control unit controls the audio signal processing unit to increase or decrease the volume control values for the audio output port by the volume control buttons provided on the remote controller when the external audio reproduction unit is plugged in the audio output port.

The A/V device may further include a display unit for reproducing a video signal. The control unit controls the display unit to display a volume control menu window for increasing or decreasing the volume control values when detecting the external audio reproduction unit plugged in the audio output port.

The volume control menu window is displayed on a portion of an image reproduction area of the display unit when the external audio reproduction unit is plugged in the audio output port.

The volume control menu window for the external audio reproduction unit is converted to a volume control menu window for the speakers when the external audio reproduction unit is unplugged from the audio output port.

In an exemplary embodiment of the present invention, the external audio reproduction unit is any of a headset, an earphone, and the speakers.

Furthermore, an aspect of the present invention is to provide a volume control method for an A/V device having speakers for reproducing an audio signal, an audio output port for externally outputting the audio signal, and a display unit for reproducing images, includes steps of detecting whether an external audio reproduction unit is plugged in the audio output port, displaying on the display unit a volume control menu window for controlling volume levels to be output from the audio output port when the external audio reproduction unit is plugged in the audio output port, and increasing or decreasing the volume level for the external audio reproduction unit plugged in the audio output port on the volume control menu window by using volume control buttons of a remote controller for controlling the A/V device.

In displaying the volume control menu window on the display unit, a previously stored volume value for the external audio reproduction unit is displayed on the display unit.

In an exemplary embodiment of the present invention, the previously stored volume value is the latest volume value set for the external audio reproduction unit during operations of the A/V device.

In an exemplary embodiment of the present invention, the step of displaying the volume control menu window on the display unit converts the volume control menu window on the display unit to a volume control menu window for the speakers when the external audio reproduction unit is released from the audio output port.

BRIEF DESCRIPTION OF THE DRAWINGS

The above aspects and features of the present invention will be more apparent by describing certain embodiments of the present invention with reference to the accompanying drawings, in which:

FIG. 1 is a view illustrating an audio reproduction unit of a conventional audio/video device;

FIG. 2A is a block diagram illustrating another audio reproduction unit of the conventional audio/video device;

FIG. 2B is a view illustrating a volume control process for a headset for the audio/video device of FIG. 2A;

FIG. 3 is a view illustrating a volume control method for an audio/video device according to an embodiment of the present invention;

FIG. 4 is a block diagram illustrating the audio/video device of FIG. 3;

4

FIG. 5A and FIG. 5B are views illustrating an OSD menu window displayed on a screen depending on whether a headset is plugged in; and

FIG. 6 is a flow chart for controlling the volume level for an external audio reproduction unit by using volume control buttons of a remote controller according to an embodiment of the present invention.

DETAILED DESCRIPTION OF THE ILLUSTRATIVE, NON-LIMITING EMBODIMENTS

The present invention will be described in detail with reference to the accompanying drawings.

FIG. 3 illustrates a volume control method for an A/V device according to an embodiment of the present invention.

An A/V device 100 controls volume levels and sets channels by using a remote controller 400, and the main body of the A/V device 100 is provided with an audio output port in which an external audio reproduction unit such as a headset 300 is plugged. The main body of the A/V device 100 has a power switch, channel-setting buttons, volume control buttons, a headset jack, a screen 150, and speakers 161. If the headset 300 is not plugged in the headset jack by using a male connector 301, an audio signal is reproduced through the speakers 161 provided on the main body of the A/V device 100. If a viewer plugs the headset 300 in the headset jack, an On-screen display (OSD) menu window 150a for controlling the volume level for the headset 300 is displayed on the bottom of the screen, that is, of a display unit 150. If the viewer presses volume control buttons 403 and 404 provided on the remote controller 400, the cursor on the OSD menu window 150a moves so that the magnitude of an audio signal applied to the headset 300 increases and decreases. In FIG. 3, the cursor 151a indicates that the volume level is set to "30". If the viewer unplugs the headset 300 from the A/V device 100, an OSD menu window (not shown) for controlling the volume level for the speakers 161 is displayed on the bottom of the display unit 150. Thus, the viewer can control the volume level for the speakers 161 by using the volume control buttons 403 and 404 provided on the remote controller 400. Therefore, the viewer does not have to control the volume level for the headset 300 with a complicated OSD as shown in FIG. 2B. The viewer can conveniently control the volume level of the headset 300 by using the remote controller 400 at the same time that the viewer plugs the headset 300 in the headset jack provided on the A/V device 100.

FIG. 4 is a block diagram illustrating the A/V device 100 of FIG. 3, which will be described together with FIG. 3 as below.

The A/V device 100 has a tuner 110, a signal separation unit 120, a video signal processing unit 130, an audio signal processing unit 140, a screen 150, speakers 161, an audio output port 162, a processor 170, an OSD processing unit 180, a ROM 190, and a key input unit 200.

The tuner 110 receives broadcast signals, and selects any of the broadcast signals received according to the channel-setting keys 401 and 402 provided on the remote controller 400. The signal separation unit 120 separates a video signal and an audio signal from a broadcast signal selected by the tuner 110. The separated video signal is applied to the video signal processing unit 130, and the audio signal is applied to the audio signal processing unit 140. The video signal processing unit 130 decodes and applies an input video signal to the screen 150, and the audio signal processing unit 140 amplifies and outputs the input audio signal to the speakers 161. The output terminal of the audio signal processing unit 140 is connected together with the speakers 161 and the audio out-

US 7,672,470 B2

5

put port **162**. If a headset, an earphone, or external speakers (not shown) are plugged in the audio output port **162**, any audio signal is not applied to the speakers **161**. That is, the audio signal processing unit **140** applies the audio signal to any of the speakers **161** and the audio output port **162**.

The processor **170** controls the overall functions of the A/V device **100**, and controls the video signal processing unit **130**, the audio signal processing unit **140**, and the tuner **110**, by using a control signal. For example, when the viewer sends a control signal for channel changes to the key input unit **200** by using the remote controller **400**, the key input unit **200** receives and applies the control signal to the processor **170**, and the processor **170** responds to the control signal and controls to change channels broadcasted from tuner **110**. If the viewer increments or decrements a contrast value or a luminance value for an image displayed on the screen **150**, the processor **170** controls the video signal processing unit **130**, using the control signal sent by the remote controller **400**, so as to change the contrast value or the luminance value for the image output on the screen **150**. Furthermore, when an external audio reproduction unit such as a headset **300** is plugged in the audio output port **162**, the processor **170** loads a volume setting value for the headset **300** that is built in the ROM **190** in response to the plugging of the headset **300**, and controls the audio signal processing unit **140** based on the volume-setting value to change the level of an audio signal output from the audio signal processing unit **140** to the audio output port **162**. Simultaneously, the processor **170** controls the OSD processing unit **180** to display on the screen **150** an OSD menu window such as the window **150a** enabling the viewer to see whether the headset **300** is plugged in. The OSD menu window such as the window **150a** displayed on the screen **150** by the OSD processing unit **180** enables the viewer to control the volume to a certain level with the volume control buttons **403** and **404** provided on the remote controller **400**.

The ROM **190** stores the latest volume values, that is, the respective volume values for the speakers **161** and the headset **300** that the viewer sets to the A/V device **100**. The stored values are displayed on the OSD menu window such as the window **150a**, and the displayed values can be immediately changed through the volume control buttons **403** and **404** provided on the remote controller **400**.

FIG. **5**A and FIG. **5**B illustrate OSD menu windows displayed on the screen **150** depending on whether the headset **300** is plugged in.

FIG. **5**A illustrates an OSD menu window **150a** when the headset **300** is plugged in the A/V device **100**. The OSD menu window **150a** for controlling the volume level for a headset **300** is displayed on the bottom of the screen **150** at the same time that the headset **300** is plugged in. The viewer presses the volume control buttons **403** and **404** provided on the remote controller **400**, looking at the displayed OSD menu window **150a**, to control the volume level for an external audio reproduction unit such as the headset **300**.

Next, FIG. **5**B illustrates an OSD menu window **150b** displayed on the screen **150** when the headset **300** is unplugged from the A/V device **100**. The OSD menu window **150b** for controlling the volume level for the speakers **161** provided in the A/V device **100** is displayed on the bottom of the screen **150**. If the viewer presses the volume control buttons **403** and **404** provided on the remote controller **400**, the volume level for the speakers **161** is controlled and the controlled volume value is stored in the ROM **190**. Hence, the viewer can easily control the level of an audio signal to be reproduced through the speakers **161** or the headset **300** by pressing the volume control buttons **403** and **404** provided on

6

the remote controller **400** without having to pay attention to whether the headset **300** is plugged in.

FIG. **6** is a flow chart for explaining a volume control method for external audio reproduction units such as a headset according to an embodiment of the present invention.

If the A/V device **100** is powered on at step **S300**, the processor **170** determines whether an external audio reproduction unit such as a headset or an earphone is plugged in the A/V device **100** at step **S310**. The audio output port **162** connected to the output terminal of the audio signal processing unit **140** may determine whether the external audio reproduction unit is plugged in.

For example, when the headset **300** is plugged in the audio output port **162** by using the male connector **301**, a sensor (not shown) detects whether the headset **300** is plugged in. The sensor is mounted inside the audio output port **162** to detect the plugging of a headset **300**. When the headset **300** is plugged in the audio output port **162**, the processor **170** can detect the plug-in of the headset **300** through changes of the impedance or currents of the audio output port **162**.

If an external audio reproduction unit such as the headset **300** is plugged in the A/V device **100**, the processor **170** loads a volume control value corresponding to the headset **300** out of the volume control values stored in the ROM **190**, and applies the volume control value to the audio signal processing unit **140** to decrease or increase the amplification degree of the audio signal processing unit **140** at step **S320**.

The processor **170** controls the OSD processing unit **180** to apply an OSD menu window from the OSD processing unit **180** to the video signal processing unit **130** so that the viewer can increment or decrement the volume level for the headset **300** at step **S330**. If any external audio reproduction unit is not plugged in the audio output port **162**, the processor **170** loads a volume control value corresponding to the speakers **161** out of the volume control values stored in the ROM **190**, and applies the loaded volume control value to the audio signal processing unit **140** so as to increase or decrease the amplification degree of the audio signal processing unit **140** at step **S340**.

Next, the processor **170** controls the OSD processing unit **180** to apply the OSD menu window from the OSD processing unit **180** to the video signal processing unit **130** so that the viewer can increase or decrease the volume level of the speakers **161** at step **S350**.

If the OSD menu **150a** or **150b** is loaded on the screen **150** to enable a user to control the volume level for the headset **300** or the speakers **161**, the processor **170** stands by for the inputs of the volume control buttons of the remote controller **400** which are used for volume controls at step **S360**. Pressing the volume control buttons **403** and **404** provided on the remote controller **400**, the viewer can move the cursor **151a** on the OSD menu window **150a** or **150b** back and forth to change the volume control value stored in the ROM **190**. Simultaneously, the amplification degree of the audio signal processing unit **140** is changed according to the changed volume control values at step **S370**.

If no input occurs by the volume control buttons of the remote controller **400** when the OSD menu window **150a** or **150b** is displayed on the screen **150**, the processor **170** stands by for a predetermined time such as 5 seconds, and checks if the inputs are applied from the volume control buttons **403** and **404** within a predetermined time such as five seconds at step **S380**.

If there exists an input of a control signal from the volume control buttons **403** and **404** within the predetermined time as a result of the check, the processor **170** changes the volume control values of the ROM **190** set for the speakers **161** and

**7**

the headset **300** according to the inputted control signal corresponding to the volume control buttons **403** and **404**. Otherwise, the processor **170** turns off the OSD menu window **150***a* or **150***b* which is for volume controls. Accordingly, the viewer does not have to check whether the headset **300** is plugged in the A/V device **100** in order to separately control volumes.

As described above, according to the present invention, with respect to plugging an external audio reproduction unit such as a headset, an earphone, and external speakers in an A/V device, the viewer does not have to separately control volume levels for the plugged external audio reproduction unit. When the external audio reproduction unit is plugged in the A/V device, the present invention displays a menu window for controlling volume levels for the external audio reproduction unit so that the viewer can conveniently control the volume levels on the displayed menu window with the volume control buttons provided on the remote controller.

The foregoing embodiment and advantages are merely exemplary and are not to be construed as limiting the present invention. The present teaching can be readily applied to other types of apparatuses. Also, the description of the embodiments of the present invention is intended to be illustrative, and not to limit the scope of the claims, and many alternatives, modifications, and variations will be apparent to those skilled in the art.

What is claimed is:

**1**. A volume control method for an A/V device having a speaker for reproducing an audio signal, an audio output port for externally outputting the audio signal, and a display unit for reproducing images, the method comprising:

   detecting whether an external audio reproduction unit is plugged in the audio output port;

   displaying on the display unit a volume control menu window; and

   increasing or decreasing a volume level provided in the volume control menu window by using volume control buttons of a remote controller,

   wherein the displaying the volume control menu window and the increasing or decreasing the volume level are based on a result of the detecting whether an external audio reproduction unit is plugged in the audio output port; and

   wherein the volume level corresponds to the signal level of the audio signal output to the audio output port.

**2**. The method of claim **1**, wherein the displaying the volume control menu window comprises:

   displaying an audio output port volume control menu corresponding to the audio output port when the external audio reproduction unit is plugged in the audio output port; and

   displaying a speaker volume control menu corresponding to the speaker when the external audio reproduction unit is unplugged.

**3**. The method of claim **1**, wherein the increasing or decreasing the volume level by using volume control buttons of a remote controller comprises:

   loading volume control values corresponding to the audio output port stored in a memory unit when the external audio reproduction unit is plugged in the audio output port; and

   loading volume control values corresponding to the speakers stored in the memory unit when the external audio reproduction unit is unplugged.

**4**. The method of claim **1**, further comprises:

   displaying an audio output port volume control menu corresponding to the audio output port; and

**8**

   at the same time, loading volume control values corresponding to the audio output port stored in a memory unit, when the external audio reproduction unit is plugged in the audio output port.

**5**. The method as claimed in claim **1**, further comprising:

   displaying a volume control menu window for increasing or decreasing the volume control values after detecting the external audio reproduction unit plugged in the audio output port and when a user operates volume control buttons.

**6**. The method as claimed in claim **1**, further comprising:

   switching a sound output from the speaker to the audio output port when the external audio reproduction unit is plugged in the audio output port.

**7**. An audio/visual (A/V) device which processes an audio signal for an external audio reproduction unit, the A/V device comprising:

   a speaker operable to output the audio signal;

   an audio output port, which is connectable to an external audio reproduction unit and operable to output the audio signal to the external audio reproduction unit;

   an audio signal processing unit operable to process the audio signal and output the processed audio signal to one of the speaker and the audio output port;

   a display screen operable to display one of a first On-screen Display (OSD) window, which indicates that the external audio reproduction unit is connected to the audio output port, and a second OSD window, which indicates that the external audio reproduction unit is not connected to the audio output port; and

   a control unit which is operable to receive an input command and which controls the audio signal processing unit and the display screen,

   wherein if the control unit receives the input command and the external audio reproduction unit is connected to the audio output port, the control unit controls the display screen to automatically display the first OSD window, and

   wherein if the control unit receives the input command and the external audio reproduction unit is not connected to the audio output port, the control unit controls the display screen to automatically display the second OSD window.

**8**. The A/V device according to claim **7**, wherein if the control unit receives the input command and the external audio reproduction unit is connected to the audio output port, the control unit further controls the audio signal processing unit to automatically output the processed audio signal to the audio output port, and

   wherein if the control unit receives the input command and the external audio reproduction unit is not connected to the audio output port, the control unit further controls the audio signal processing unit to automatically output the processed audio signal to the speaker.

**9**. The A/V device according to claim **7**, wherein the external audio reproduction unit includes one of headphones and an external speaker.

**10**. The A/V device according to claim **7**, wherein the input command includes volume control command.

**11**. The A/V device according to claim **10**, wherein the first OSD window displays previously stored volume level of external audio reproduction unit and the second OSD window displays previously stored volume level of the speaker.

**12**. A method for controlling an audio/visual (A/V) device having an audio output port, speaker and a display screen, wherein the A/V device processes an audio signal for an external audio reproduction unit, the method comprising:

US 7,672,470 B2

9

10

determining whether the external audio reproduction unit is connected to the audio output port of the A/V device;

receiving a input command;

if the external audio reproduction unit is connected to the audio output port of the A/V device, automatically displaying on the display screen a first OSD window indicating that the external audio reproduction unit is connected to the audio output port; and

if the external audio reproduction unit is not connected to the audio output port, automatically displaying on the display screen a second OSD window indicating that the external audio reproduction unit is not connected to the audio output port.

13. The method according to claim 12, wherein if the external audio reproduction unit is connected to the audio output port of the A/V device, the method further comprises automatically outputting the processed audio signal to the audio output port, and

wherein if the external audio reproduction unit is not connected to the audio output port, the method further comprises automatically outputting the processed audio signal to the speaker.

14. The method according to claim 12, wherein the external audio reproduction unit includes one of headphones and an external speaker.

15. The method according to claim 12, wherein the input command includes volume control command.

16. The method according to claim 15, wherein the first OSD window displays previously stored volume level of external audio reproduction unit and the second OSD window displays previously stored volume level of the speaker.

*   *   *   *   *