# EXHIBIT 7

US006226449B1

## (12) United States Patent
Inoue et al.

(10) Patent No.: **US 6,226,449 B1**

(45) Date of Patent: ＊**May 1, 2001**

(54) **APPARATUS FOR RECORDING AND REPRODUCING DIGITAL IMAGE AND SPEECH**

(75) Inventors: **Hisashi Inoue**, Kashiwa; **Keiji Nagayama; Tomishige Yatsugi**, both of Hitachinaka, all of (JP)

(73) Assignee: **Hitachi, Ltd.**, Tokyo (JP)

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/838,286**

(22) Filed: **Apr. 17, 1997**

(30) **Foreign Application Priority Data**

| Apr. 17, 1996 | (JP) | ................................. | 8-095498 |
| Feb. 17, 1997 | (JP) | ................................. | 9-032200 |

(51) **Int. Cl.**[7] .................................................. **H04N 5/225**

(52) **U.S. Cl.** ................................... **386/120**; 348/231

(58) **Field of Search** .................................. 386/38, 69, 70, 386/120, 121, 97, 95; 348/220, 232, 231, 233, 234, 222; 360/72.2; 358/296; 345/328

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,939,594 | * | 7/1990 | Moxon et al. | ....................... | 360/72.2 |
| 4,982,291 | | 1/1991 | Kurahashi et al. . | | |
| 5,001,568 | * | 3/1991 | Efron et al. | ........................... | 360/25 |
| 5,130,813 | | 7/1992 | Oie et al. . | | |
| 5,130,860 | | 7/1992 | Nagashima et al. . | | |
| 5,361,173 | * | 11/1994 | Ishii et al. | ............................. | 360/27 |

| 5,459,582 | | 10/1995 | Takahashi . | | |
| 5,613,032 | * | 3/1997 | Cruz et al. | .............................. | 386/69 |
| 5,706,097 | * | 1/1998 | Schelling et al. | ..................... | 358/296 |
| 5,760,767 | | 6/1998 | Shore et al. | ......................... | 345/328 |
| 5,786,851 | * | 7/1998 | Kondo et al. | ........................ | 348/222 |
| 5,815,201 | * | 9/1998 | Hashimoto et al. | ................. | 348/232 |
| 5,850,500 | * | 12/1998 | Hirayama et al. | .................... | 386/97 |
| 5,911,032 | * | 6/1999 | Hirayama et al. | .................... | 386/95 |

FOREIGN PATENT DOCUMENTS

| 3272289 | 12/1991 | (JP) . |
| 686214 | 3/1994 | (JP) . |
| 7264530 | 10/1995 | (JP) . |
| 7284058 | 10/1995 | (JP) . |

* cited by examiner

*Primary Examiner*—Wendy Garber
*Assistant Examiner*—Christopher Onuaku
(74) *Attorney, Agent, or Firm*—Antonelli, Terry, Stout & Kraus, LLP

(57) **ABSTRACT**

A digital image and speech recording and reproducing apparatus is arranged to quickly and simply retrieve, classify, and erase a great deal of data for improving the operativity in small-sized equipment. The apparatus includes a recording and reproducing unit for a moving image signal, a recording and reproducing unit for a still image signal, a recording and reproducing unit for a digital speech signal operated in synchronous to the image, a display for displaying the image for said moving image signal or said still image signal, a recording condition recording unit for recording recording conditions containing data information about recorded data for distinguishing said moving image from said still image and recording time information for recording an image or a speech. The recording conditions consisting of at least the data information and the recording time information about the recorded data are graphically and literarily displayed on the display, so that the recorded data item may be selected on the display screen.

**31 Claims, 13 Drawing Sheets**



# FIG. 1



# FIG. 2



# FIG. 3





FIG. 4

# FIG. 5



# FIG. 6



**U.S. Patent**          May 1, 2001          Sheet 5 of 13          US 6,226,449 B1

# FIG. 7



# FIG. 8



# FIG. 9





FIG. 10

FIG. 11

1100

| | | | | |
|---|---|---|---|---|
| [1] | | | 1/6 | |
| ▶🎞️- | 9 7 / 1 0 / 2 1 | AM11 : 41 | [1] | |
| 🎵 | 9 7 / 7 / 5 | PM 3 : 20 | [1] | O━ |
| ▬ | 9 7 / 5 / 1 | AM10 : 35 | [1] | |
| ▬ | 9 7 / 3 / 1 2 | PM 1 : 15 | [1] | O━ |
| ▶🎥- | 9 7 / 2 / 5 | PM 3 : 20 | [1] | |
| ▶🎥- | 9 7 / 1 / 1 | AM 9 : 18 | [1] | O━ |

SELECTED BY ▼ ▲    ▶ CHANGE    ◀ RETURN

FIG. 12

1200

| | | | | |
|---|---|---|---|---|
| [1] | | | 1/6 | |
| ▶🎥- | 9 7 / 1 0 / 2 1 | AM11 : 41 | [1] | |
| 🎵 | 9 7 / 7 / 5 | PM 3 : 20 | [1] | O━ |
| ▬ | 9 7 / 5 / 1 | AM10 : 35 | [1] | |
| ▬ | 9 7 / 3 / 1 2 | PM 1 : 15 | [1] | O━ |
| ▶🎥- | 9 7 / 2 / 5 | PM 3 : 20 | [1] | |
| ▶🎥- | 9 7 / 1 / 1 | AM 9 : 18 | [1] | O━ |

SELECTED BY ▼ ▲    ▶ DETERMINE DESTINATION    ◀ RETURN

# FIG. 13



# FIG. 14



# FIG. 15

1500

| STATE | | | |
|---|---|---|---|
| REMAINING VOLUME OF CARD | | | |
| 🎥 | 0 : 07 | MINUTE | 1501 |
| ▣ | 1 0 0 0 | PAGE | 1502 |
| ♫ | 0 : 45 | MINUTE | 1503 |
| ⬤ | 2 1 0 M | BYTES | 1504 |
| ◀ RETURN | | | |

# FIG. 16



# FIG. 17



# FIG. 18



# FIG. 19

| RECORDING MODE | MODE SYMBOL |
|---|---|
| MOVING IMAGE |  |
| STILL IMAGE |  |
| SERIAL STILL IMAGE |  |
| STILL IMAGE WITH SPEECH |  |

US 6,226,449 B1

1

# APPARATUS FOR RECORDING AND REPRODUCING DIGITAL IMAGE AND SPEECH

## BACKGROUND OF THE INVENTION

The present invention relates to operativity of a portable digital camcorder.

The prior art relevant to the portable digital comcorder has been published as an electronic photograph system, that is, the so-called electronic still camera that is arranged to record a still image signal as a video signal in a memory composed of a semiconductor (termed as a semiconductor memory or simply a memory) as disclosed in JP-A-2-292974. With recent prevail of personal computers, recording mediums such as semiconductor memories and hard-disks are progressively made lower in cost, smaller in size, and greater in capacity. At a time, the advance of signal compressing technology such as JPEG or MPEG allows even the small-sized equipment to record greater number of still images and moving ones. Taking a harddisk drive as an example, the resulting harddisk drive is kept as small as a card and has as great a capacity as about 300 Mbytes.

This type of harddisk drive enables to record about 3000 still images through the use of the JPEG compression and about 20-minutes moving picture through the use of the MPEG compression. It is thus necessary to improve the operativity of the portable equipment for retrieving, grouping, and deleting a great deal of recording data. The technique disclosed in JP-A-2-292974, however, does not provide means for retrieving a great deal of recording data quickly and easily. In actual, therefore, the technique does not have any means except the method of retrieving the great deal of recorded data as checking all images reproduced on screen from the recorded data.

In case that 3000 JPEG still images are recorded on a feasible media such as the aforementioned harddisk drive and then are retrieved as expanding those images on the screen one by one, about one second for expanding one JPEG still image is required. It means that the expansion of 3000 images needs about one hour. This method lacks in practicability. In order to retrieve a great deal of data, therefore, it is necessary to enhance the operating speed of the system.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide an apparatus which is arranged to overcome the foregoing shortcoming and enhance the operativity even if the apparatus is small-sized.

In carrying out the object, for improving the operativity of a small-sized apparatus, the present invention is achieved by an apparatus which comprises recording means for recording both imaging time information and imaging mode information for distinguishing moving images from still images at a time when taking the still image or moving image, display means for displaying as a list the informations as well as expanded images on a liquid crystal display screen built in the main body of the apparatus itself, and keying means for retrieving, classifying, and erasing the recorded data.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a diagram showing a state transition of a program used in an apparatus according to the present invention;

2

FIG. **2** is a view showing an outer appearance of a portable digital camcorder in which the program of FIG. **1** is executed;

FIG. **3** is an expanded view showing an operating switch portion provided in the portable digital camcorder in which the program of FIG. **1** is executed;

FIG. **4** is a circuit diagram showing an arrangement of a portable digital camcorder in which the program of FIG. **1** is executed;

FIG. **5** is a view showing a display screen provided in the portable digital camcorder in which the program of FIG. **1** is executed;

FIG. **6** is a view showing a display screen on which the recorded data is classified;

FIG. **7** is a view showing a display screen on which the recorded data is selected;

FIG. **8** is a view showing a display screen with expanded images in which the recorded data is selected;

FIG. **9** is a view showing a display screen on which the function details of the recorded data are selected;

FIG. **10** is a flowchart showing a method for selecting the function details;

FIG. **11** is a view showing a display screen on which the classifications of the recorded data are changed;

FIG. **12** is a view showing a display screen on which the displaying sequence of the recorded data is changed;

FIG. **13** is a view showing a display screen on which each date of the recorded data is changed;

FIG. **14** is a view showing a display screen on which each erasing attribute of the recorded data is changed;

FIG. **15** is a view showing a display screen on which a remaining state of the recording medium is displayed;

FIG. **16** is a flowchart showing a method for reading recorded data from a harddisk driver and reproducing it;

FIG. **17** is a view showing an imaged screen appearing if a still image recording mode is selected when recording an image;

FIG. **18** is a view showing an imaged screen appearing if a moving image recording mode is selected when recording an image; and

FIG. **19** is a view showing marks for modes;

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Later, the description will be oriented to the embodiments of the present invention with reference to FIGS. **1** to **19**.

FIG. **1** shows a flow of a software program according to an embodiment of the present invention.

The software program shown in FIG. **1** flows through the process of selecting a classification containing data to be played back or handled (**101**) and reaches the process of playing back the data (**103**) or flows to a function selecting items (**105**) in which a temporary discard (**106**), a complete abandon (**107**), a state display (**112**) of a storage unit, setting of protection from erasion (**111**), change of a display list (**109**), or change of a record date and hour (**110**) is selected. Moreover, when selecting a classification (**101**), the flow goes to the function selecting items (**105**) in which a temporary discard (**106**), a complete abandon (**107**), a state display of a storage unit (**112**), or automatic playback is selected. In the playback (**103**), a move to next data (**115**), a move to previous data (**116**), a fast playback (**117**), a rewind playback (**118**), or a temporary stop (**121**) is selected.

3

In the temporary stop (121), a forward frame advance (119) or reverse frame advance (120) is selected.

FIG. 2 shows an example of an outer appearance of a portable digital comcorder 200 in which the software program shown in FIG. 1 is executed. This camcorder 200 provides a capability of recording and reproducing an NTSC or PAL TV system signal.

FIG. 3 is an expanded view showing an operating switch portion of the portable digital camcorder shown in FIG. 2. In the portable digital camcorder 200 shown in FIG. 2, with the operating switches, a digital moving signal obtained from the camera system is compressed to one MPEG (Moving Picture Expert Group) format and then is recorded on a harddisk storage medium sized to a memory card. In the playback, with the operating switches, the MPEG1 format signal recorded in a memory card is expanded and then displayed on a display unit 201 built in the camcorder itself. The display unit may be connected to the outside of the comcorder 201. The portable digital camcorder 200 shown in FIG. 2 may recorded the MPEG moving image data as well as the JPEG data for the still images and the MPEG speech format for the speech data.

FIG. 4 schematically shows a circuit arrangement of the portable digital comcorder 200. At first, the description will be oriented to the procedure of recording the moving image through the portable digital comcorder 200. When a user presses a recording switch 301, an image of an object obtained through a lens 401 is converted into the corresponding electric signal through the effect of a CCD sensor 402. The signal read out of a sensor is electrically processed through a CDS (Correlated Double Sampling) circuit for suppressing the low-frequency noises of the signal and a circuit 403 integrated with an AGC circuit for controlling an automatic gain of the signal for stabilizing the signal level. Then, the processed signal is converted into a digital signal through an ADC 404 and then is applied to a camera signal processing circuit 405.

A camera signal processing circuit (camera DSP) 405 is configured of a function of converting a digital pixel signal from the sensor into a luminance signal Y and color difference signals U and V, a function of adding a synchronous signal, a function of controlling relation between an iris and a shutter speed, a function of adjusting a white balance, and a function of digitally zooming in or out the signal. Though not illustrated in detail in FIG. 4, the camera DSP 405 is operated to feed a horizontal and a vertical driving signal pulses to the CCD sensor 402 and read the signal from the CCD sensor 402 as adjusting the timing between the synchronous signal and the pulses. Moreover, a camera control microcomputer 406 is operated to feed operating parameters for the DSP 405 to the camera DSP 405 in order to control the overall camera system.

On the other hand, the digital luminance signal Y and the digital color difference signals U and V obtained by the camera DSP 405 are sent to an MPEG1 encoder 409 through a digital bus line. The MPEG1 is a standard compression format for the digital signal for a moving image. The encoder 409 operates to compress the data according to the MPEG1 format and then convert it into the digital data. A numeral 410 denotes a working memory used in encoding the data according to the MPEG1 format. The data converted into the MPEG1 format is sent to a microcomputer 411 for controlling a transmission rate of the digital output data. The MPEG1 encoder 409, the working memory 410 and the microcomputer 411 compose the overall system for compressing the moving image.

4

The microcomputer 411 for controlling the transmission rate stores a constant amount of MPEG1-formatted data in a buffer memory 412. The formatted data is passed through an interface circuit 413 and a card connector 414 and reaches a harddisk drive 415. The card connector 414 is configured on the PCMCIA standards and thus contains 68 pins. The harddisk drive 415 is sized to a memory card and subject to the PC card standards defined by the PCMCIA (Personal Computer Memory Card International Association).

The foregoing description has concerned with the method for recording the moving image. In case the still image recording mode is selected by the user, the MPEG encoder 409 is switched to a JPEG compressing circuit. Then, a still image data is generated at the encoder 409 and then transferred to the microcomputer 411 for doing the same operation as described above. The MPEG compression data process and the JPEG compression data process have the same common points, so that the use of both the data formats may effectively save the circuit scale. This is a well-known method for saving the circuitry.

Further, the speech signal is converted into an analog electric signal through a microphone 418. The analog electric signal is sent to a speech ADC 419 for converting the analog electric signal into the corresponding digital data. The digital speech data is applied into the data bus through the effect of the MPEG encoder 409. Then, the microcomputer 411 performs the MPEG-format-based compression through the program run therein so that the digital speech data is added to the moving image data or the still image data in precise time sequences.

According to this embodiment, the portable digital comcorder 200 is arranged to record the MPEG1-formatted data, the JPEG-formatted data, and the MPEG1-formatted speed data.

In recording the data, the microcomputer 411 also enables to record a data, a time, and a symbol for representing any one of the MPEG1-formatted data, the JPEG-formatted data, and the MPEG1-formatted data on a time when the recording switch 301 is pressed. At a time, the microcomputer 411 enables to record a symbol for representing a classification for retrieving the recorded data and a symbol for representing whether or not the operation of erasing the recorded data is prohibited. In recording the data, the classification symbol is recorded as "not classified" and the deletion symbol is recorded as "erasable".

In the general disk operating system, the symbol for indicating the imaging mode is discriminated using a code for a data type. The symbol for representing the classification and the symbol for representing if the data is erased are recorded in the corresponding files.

On the other hand, when recording the data, a digital signal applied to the camera DSP 405 as a monitoring signal is converted into an analog TV signal through the effect of an NTSC or PAL encoder built in the circuit 405 and then is fed at an output terminal 416 and the built-in display unit 201. The foregoing description has concerned with the MPEG1-formatted moving image data with the speech. In actual, the JPEG-formatted data or the MPEG1-formatted speech data may be solely processed in the similar manner to the above operation.

When the system stays at the playback mode, the signal flows in an opposite manner to the flow at the recording mode. FIG. 16 is a flowchart showing the reproduction of the signal. Text data indicating information of data is read from the harddisk drive 415 (step 1601). Next, the user retrieves data from a list of data displayed on the built-in display unit

US 6,226,449 B1

5

201 and specifies the data to be played back with the operating switch 408 (step 1604). The list of the recorded data displayed on the display unit 201 is a feature of the invention. With the specification, a file system is started (step 1605) so that the data is read out of the harddisk drive 415 and then sent to the microcomputer 411 (step 1606).

Then, the data type is discriminated (steps 1607 and 1608). If the recorded data is the moving image, the MPEG-formatted moving image data and the MPEG-formatted speech data are both decoded (step 1609). If the recorded data is the still image, the JPEG-formatted still image data is decoded (step 1610). If the recorded data is the still image with the speech, the JPEG-formatted still image data and the MPEG-formatted speech data are both decoded (step 1611). Then, the decoded image and the decoded speech if any are displayed on the screen (step 1612).

An indication signal issued by the operating switch 408 is read by a sub-microcomputer 407 and then is sent to the microcomputer 411 through a camera-controlling microcomputer 406. The software program according to this embodiment is read out of a ROM 417 (Read-only Memory) for storing a program and then is executed. In this embodiment, the program is stored in the ROM 417. In place of the ROM 417, another storage unit such as a flash RAM or a harddisk drive may be used for the purpose.

Next, the data is transferred to the buffer memory 412 through the PCMCIA connector 414 and the interface circuit 413. The timing of the data stored in the buffer memory 412 is controlled by the microcomputer 411. Then, the data whose timing is adjusted is sent to the MPEG1 decoder 409. The decoder 409 switches the MPEG1 coding to the MPEG1 decoding or vice versa.

The data decoded by the MPEG1 decoder 409 is sent to the camera DSP circuit 405 through the digital path line. The decoded data is converted into an analog video signal through the effect of an NTSC or PAL encoder and a DAC built in the circuit 405 and then is led at an output terminal 416 and from the built-in display unit 201 to the outside of the apparatus. The foregoing description has concerned with the MPEG1-formatted moving picture data with the speech. The JPEG-formatted still image data or the MPEG1-formatted speech data may be solely processed in the same manner as described above.

The portable comcorder of this embodiment is arranged to use a harddisk unit of 260 MB for the harddisk drive 415. In case that only the JPEG-formatted still image data is recorded, about 3000 still images may be recorded. In actual, the portable comcorder of this invention enables to retrieve 3000 items of data quickly and easily using the classifying function.

FIG. 4 shows a circuit arrangement about the moving image. The corresponding circuit arrangement to that of FIG. 4 is required for the still images and the speech. That is, the portable comcorder of this embodiment is arranged to have a general-purpose means for imaging a moving object/a still object, a microphone, means for digitally converting a moving image/a still image, means for digitally converting speech, and means for digitally recording a moving image, a still image, and a speech signal.

FIG. 5 shows the screen of the built-in display unit 201 used in the embodiment of the invention, in which the diagonal length is 1.8 inch (45.7 mm), the horizontal length is 36.6 mm, and the vertical length is 27 mm. The illustrated screen arrangement uses a liquid crystal consisting of 352 pixels and 240 pixels. In order to reduce the power consumption and the size of the portable digital camcorder 200,

6

the 1.8-inch liquid crystal is used for the built-in display unit 201. This built-in display unit 201 shows an imaging screen formed by a monitoring signal when recording the signal, a retrieval screen formed by the program when retrieving the data, and a playback screen formed by the decoded data when playing back the data.

In recording the data, the moving image recording mode (MPEG compression recording mode) or the still image recording mode (JPEG compression recording mode) may be switched each time the mode selecting button is pressed. As the user can select the recording mode with this button, as shown in FIGS. 17 and 18, the mark for each mode located in the upper left portion of the imaging screen is switched each time the mode is switched.

FIG. 17 shows the imaging screen appearing when the still image recording mode is selected when recording data. In FIG. 17, a numeral 1701 denotes a mark representing a still image mode. FIG. 18 shows the imaging screen appearing when the moving image recording mode is selected when recording data. In FIG. 18, a numeral 1801 denotes a mark representing the moving image mode. The mark for each mode appears on the screen so that the user can visually recognize the current imaging mode as he or she is pushing the mode selecting button. This mark allows the user to handle the comcorder without having to keep his eyes out of the imaging screen. It means that the digital comcorder offers convenient operativity to the user.

The mark for each mode is displayed on the retrieving screen through the effect of the program sent from a data containing unit. The retrieving screen will be discussed in detail together with the display of the mode mark. FIG. 19 shows the concrete mark for each mode. In actual, however, the marks are not limited to the illustrative ones. Any mark may be used if it can distinguish the modes from each other.

In FIG. 5, the display screen 500 consists of 20×9 characters at maximum, each character consisting of 16 and 24 pixels. The character size consisting of 16×24 pixels keeps the maximum recognizable size compatible with efficient digitizing of the character data. The blanks of a left side 501, a right side 502, an upper side 503, and a lower side 504 of the screen are secured because the display unit or the built-in display unit 201 connected to an output terminal 416 disables to display the overall area of the main screen.

A numeral 505 denotes an operating state display area where the operating state of the program of this embodiment is displayed. A numeral 506 denotes an area where the information of the recorded data and the functions to be operated for specifying the data details of the data by pressing a function switch 304 are displayed as individual items in partitioned sub-screens. A numeral 507 denotes an area where an operating procedure suggests the operating method to the user.

FIG. 6 shows a display screen 600 appearing when a program starting switch 303 is pressed by the user for starting the program of this embodiment. The display screen 600 corresponds to a classifying selection 101 of FIG. 1 for indicating the state transition of the operation. As mentioned earlier, the data recorded by the user is unconditionally recorded "unclassified" when recording the data. The figure (number of files) displayed on the "unclassified" row stands for the number of MPEG1-formatted moving image data items with the speech 602, the number of JPEG-formatted still image data pieces 603, and the number of MPEG1-formatted speech 604.

Likewise, the figure displayed on each row of a mark 605 for indicating the first classification, a mark 606 for indi-

7

8

cating the second classification, and a mark 607 for indicating the third classification indicate the numbers of data items arbitrarily classified by the user, respectively. A mark 608 for indicating all data items at a batch indicates the total number of the data items on the "unclassified" row 601, the "first classified" row 605, the "second classified" row 606, and the "third classified" row 607.

A mark 609 for indicating the "temporary discard" means a classification for temporarily discarding the data items so that the user cannot erroneously erase the data items. With the mark 609, the user can temporarily move the "unclassified", "first classified", "second classified", and "third classified" data items to the "temporary discard" row. The figure represented on the row of the mark 609 does not contain a figure represented on the row of the mark 608 for indicating all data items at a batch.

In FIG. 6, the row of the mark 601 for indicating the unclassification is reversed to the rows of the other marks. It indicates that the mark 601 for indicating the unclassification is the selected item. In place of the reversing, another kind of way may be used such as change of a color. The software program is executed by the user so that the recorded data items whose classifying destinations are not changed are contained in the row of the mark 601 for indicating the unclassification.

When the upper arrow switch 305a of FIG. 3 is pressed by the user, the selected item is shifted upward by one row, while the lower arrow switch 305c is pressed, the selected item is shifted downward by one row.

In case that the selected item is an item on the first row of the display area 506, that is, on the mark 601 for indicating the unclassification, when the user presses the upper arrow switch 305a, the selected item is shifted to the item on the sixth row of the display area 506, that is, on the mark 609 for indicating the temporary discard. In case that the selected item is an item on the sixth row of the display area 506, that is, on the mark 609 for indicating the temporary discard, when the user presses the lower arrow arrow 503c, the selected item is shifted to the item on the first row of the display area 506, that is, on the mark 601 for indicating the unclassification.

When the user presses the right arrow switch 305b, the display screen is shifted into the screen on which the content of the classification of the selected row is represented.

Moreover, the guide indication 610 for the operating procedure is displayed so as to remind the user of the operation.

As an example, FIG. 7 shows a display screen 700 on which the mark 605 for indicating the first classification is selected so that the data items on the row of the mark 605 appear as ones to be selected if the right arrow switch 305b is pressed by the user. This function corresponds to the data selection 102 shown in FIG. 1.

The display screen 700 is a screen on which a data item is to be retrieved from a data list and played back. The data list is a feature of the present invention. On the screen 700, the data items recorded by the portable digital comcorder 200 may be listed using a mark 703 for representing a sort of data content of a recording start time 702, a moving image, a still image, and a speech, a classifying mark 704, and a mark 705 for protecting data from being erased by the erroneous operation.

The data items displayed on the screen 700 are ranged from the top to the down in the sequence of the recording year/month/day 701 and the recording start time 702. Hence, the latest recorded data is listed on the topmost row, so that

the user can effectively retrieve the data. The number of the pages of the displayed lists is checked, so that the lists are displayed as pages as indicated by a numeral 707. In the page display 707, a denominator indicates all the list pages, while a numerator indicates the current one of the list pages.

The imaging status of the user such as the recording date and time and the data type are automatically recorded as the aforementioned information, so that the user can manually record these pieces of information. Since the user may optionally change the classifying destination according to his or her purpose, the user's retrieval work for the destination data is made simpler and more efficient.

These pieces of information are all composed of a list represented in characters. This does not need a time consumed in expanding the compressed image data recorded on the media. Further, if the user selects a data item using the operating button, the screen can be rewound quickly, so that the quick retrieval is made possible.

This list retrieving operation may offer comfortable operativity without having to impose stress on the user who wants to quickly select the recorded image.

The selecting classification 706 indicates a classification selected by a display screen 600. This embodiment has concerned with the user's selection of the first classification 605 on the display screen 600.

The display list of the data items on the display screens 700 and 800 is arranged in the sequence of recording the data on the harddisk drive 415, that is, in the sequence that the latest data item comes to the topmost row. Since the user may change the sequence of recording the data items on the harddisk driver 415, he or she may change the display sequence. The data immediately after imaging is recorded on the topmost row (701 of FIGS. 7 and 8) of the display area 506 on the unclassified data selecting screen. If the user makes sure of the just imaged data, he or she only reproduces the data and makes sure of the topmost row of the display area 506 on the unclassified data selecting screen.

Like the display screen 600, when the user presses the upper arrow switch 305a, the selected data item is shifted upward by one row. When the user presses the lower arrow switch 305c, the selected data item is shifted downward by one row. In this embodiment, the six rows of the data items are displayed on one screen. In case the user selects the sixth data item, if the lower arrow switch 305c is pressed, the seventh data item is displayed on the first row of the display area 506. It means that the seventh data item is the selected item. The eighth, the ninth and the following data items are displayed on the second, the third, and the following rows, respectively.

On the other hand, for example, in case the seventh data item is selected, if the upper arrow switch 305a is pressed, the seventh data item is displayed on the first row of the display area 506. The second, the third, the fourth, the fifth, and the sixth data items are respectively displayed on the rows after the first one, so the selected data item is changed to the sixth data item.

That is, the n-th data item is displayed on a remainder-th row on the display area 506, in which the remainder is obtained by dividing n by 6.

In case the head data item or the tail one is selected, if the upper arrow switch 305a or the lower arrow switch 305c is pressed, like the display screen 600, the data items containing the head and the tail data items are displayed as a list so that the head or the tail data item is selected. Though FIG. 6 shows the one-page screen on which the number of folders is fixed, FIGS. 7 and 8 show the screen on which the pages

US 6,226,449 B1

9

10

are increased or decreased in number according to the number of data items.

If the user selects the upper arrow switch 305a and the lower arrow switch 305c shown in FIG. 3 and depresses the right arrow switch 305, the selected data is fed out of the output terminal 416 and is played back on the built-in display unit 201.

While the data is being played back, the upper arrow switch 305a, the lower arrow with 305c, and the left arrow switch 30, as shown in FIG. 3, are served as fast feed, rewind, and stop, respectively. While the data is being played back, if the left arrow switch 305d served as a stop switch is pressed by the user, the playback is stopped, and the display screen 700 is displayed again. The state transition during the data playback is denoted by a numeral 103 of FIG. 1.

Next, the description will be oriented to the display content on which reduced images are added to the recording date and time so that the content of the data may be easily recognized. In the state of the display screen 700, if the user presses the reduced image display switch 302, a reduced image 801 of the first frame of the data listed on the subject row is displayed on the display screen 800 shown in FIG. 8. This makes it possible to surprisingly enhance the retrieval of the data. The state transition in the reduced image display function is denoted by a numeral 104 of FIG. 1.

For example, in case that the viewable area of the 1.8-inch built-in LCD display unit 201 consists of 379 dots in horizontal and 220 dots in vertical, the reduced image 801 is adjusted to consist of 64 dots in horizontal and 48 dots in vertical. (if the LCD panel consists of 352 and 240 dots, the reduced image 801 consists of 240/48=5 dots in vertical and 352/5=70.4 in horizontal. From a vertical viewpoint, the reduced image is one-fifth and from a horizontal viewpoint, the reduced image is one-fifth with a slight margin.) In this reduction, three reduced images, the recording starting year month day 701, the recording starting time 702, the mark 703 representing the content type of the data indicating the moving image, the still image, and the speech, the classification mark 704, and the mark 705 for protecting the data from being erroneously erased can be all displayed on one screen. This screen arrangement makes it possible to secure more visible reduced images on the display. Like the display screen 700, on this display screen 800, the data may be played back by pressing the operating button 305 and the like.

In this state, if the reduced image display switch 302 is pressed again, the display screen is returned to the display screen 600 for displaying the data classification. The reduced image is depicted in the RAM 410 shown in the circuit block of FIG. 4 through the effect of the control microcomputer 411 and the MPEG encoder 409.

In turn, the description will be oriented to a function selecting display screen 900 for easily changing the display state from the data selecting display screen 700. The function selecting display screen 900 includes the reduced number of operation switches and function items displayed thereon so that the ease of use in operation may be improved as viewing the screen. The operating switches 304, 305a, 305b, 305c, and 305d shown in FIG. 3 implement the operating system for selectively operating the function. The state transition on the display screen 900 is denoted by a numeral 105 of FIG. 1.

On the reduced image display screen 800, the function selecting display screen 900 is displayed by the same procedure. On the display screen 600, the display screen

having the necessary functions such as "empty a garbage", "move to a garbage", "display a state", and "auto play" shown in FIG. 1 is displayed by the same procedure. In this case, the function items on the display screen 900 are not required to be identical with the function items on the data classifying display screen 600.

The flow of operation on the display screen 900 is shown in FIG. 10. The display screen 900 is displayed when the user pressed the function switch 304 on the display screen 700 (step 1001). The selective movement of each item is indicated by the upper arrow switch 305a and the switch lower arrow switch 305c. If the user pressed the upper arrow switch 305a, the selected data item is moved upward by one row. If the lower arrow switch 305c is pressed, the selected data item is moved downward by one row (step 1002). If the user presses the right arrow switch 305b (step 1003), the function of the selected data item is executed (step 1004). If the left arrow function switch 305d is pressed, the display screen 900 is returned to the data selecting display screen 700 (step 1005).

As mentioned earlier, in this embodiment, the erasion of the data is realized by moving the data to the temporary discard location and then erase the data contained in the temporary discard location. The state transition of this function is denoted by a numeral 106 of FIG. 1.

The procedure of erasing the data will be described below.

If the data is erased, the data is moved to the temporary discard location. In this case, the procedure for selectively executing "move the data to a garbage" will be described with reference to FIG. 9.

At first, on the display screen 700, the user selects the data item to be temporarily discarded with the upper arrow switch 305a and the lower arrow operating switch 305c and then depresses the function switch 304. Then, the display screen 700 is changed to the display screen 900. The user selects the "move data to a garbage" 901 with the upper arrow operation switch 305a and the lower arrow function switch 305c and then depresses the right arrow switch 305b. Then, the selected data item is moved to the garbage that is the temporary discard location. If the user presses the switch 306, the similarly selected data is moved to the garbage.

When the user selects the "empty a garbage" 902 on the display screen 900, all the data items left in the garbage are erased. The state transition of this function is denoted by a numeral 107 of FIG. 1.

In the operating system, the user is required to do two operations for erasing the data. The two operations protect the data from the user's erroneous erasion.

As mentioned earlier, when recording the data, the classifying symbol to be allocated to each data item is an unclassified one. When playing back the data, the classification may be changed by the user's operation. This classifying function is used for classifying the data item. Hence, since the user classifies the data item for each destination, the ease of use of the retrieval may be surprisingly enhanced. The state transition of this function is denoted by a numeral 108 of FIG. 1.

Later, the description will be oriented to the procedure for changing the data classification. On the display screen 700, the user selects the data item whose classification is to be changed with the upper arrow switch 305a or the lower arrow operation switch 305c and then presses the function switch 304. Then, the display screen is changed to the display screen 900. The user selects the "change a group" 905 that is a function of changing the classification with the upper arrow operation switch 305a and the lower arrow

US 6,226,449 B1

11

operation switch 305$c$ and then presses the right arrow switch 305$b$. Then, a display screen 1100 is displayed on which the classification of the selected data shown in FIG. 11 is changed.

If the right arrow switch 305$b$ is pressed on the display screen 1100, the classification is cyclically changed from "unclassification" to 1 to 2 to 3 to "unclassification". In this embodiment, the update of the symbol for the classification according to the display screen is executed by the control microcomputer 411 at a time when the user presses the left arrow switch 305$d$ and the display screen 600 appears. This is intended for enhancing the processing speed and retrying the user's operation.

As described earlier, unless the user does the following operation, the list indicated on the display screen 700 is arranged in the recording sequence of the recorded data. When playing back the data, the sequence may be changed so as to implement a simple editing function. The state transition of this function is denoted by a numeral 109 of FIG. 1.

The procedure of changing the data displaying sequence will be described below. At first, on the display screen 700, the user selects the data item whose displaying sequence is to be changed with the upper arrow switch 305$a$ and the lower arrow switch 305$c$. Then, if the function switch 304 is pressed, the display screen 900 is displayed.

The user selects the "change a data display sequence" 906 that is a function of changing the display sequence with the lower arrow switch 305$c$ and depresses the right arrow switch 305$b$. Then, the display screen 1200 shown in FIG. 12 is displayed, so that the display sequence of the selected data item may be changed. Next, the user specifies the location where the selected data is to be inserted with the upper arrow switch 305$a$ and the lower arrow switch 305$c$. Then, if the right arrow switch 305$b$ is pressed, the selected data item is inserted to the specified location. In this case, the sequence of the data item located after the specified location is shifted lower by one.

The portable digital camcorder 200 of this embodiment incorporates an internal clock for displaying on the display screen 700 the date and the time when the data is recorded. However, if failure such as run-down of a battery takes place while imaging an object, the recorded data and time may not be correctly displayed on the display screen 700. In this embodiment, the user may operate to optionally change the date and time when the data is recorded. The state transition of this function is denoted by a numeral 110 of FIG. 1.

Later, the description will be oriented to the procedure for changing the date and time. The user selects the data whose recording date and time are to be changed using the upper arrow switch 305$a$ and the lower arrow switch 305$c$. Then, if the function switch 304 is pressed, the display screen 900 is displayed. The user selects the "change a recording date and time" 907 that is a function of changing the displaying sequence with the upper arrow switch 305$a$ and the lower arrow switch 305$c$. Next, if the right arrow switch 305$b$ is pressed, the display screen 1300 shown in FIG. 13 is displayed where the recording date and time of the selected data are to be changed.

In this state, when the user pressed the upper arrow switch 305$a$, the year figure 1301 is increased by 1, while the lower arrow switch 305$c$ is pressed, the year figure 1301 is decreased by 1. When the right arrow switch 305$b$ is pressed, the year figure 1301 is determined as a numeric value represented at the time point. Next, the user may specify the increment or decrement of the numeric value of a month figure 1302.

12

Likewise, if the upper arrow switch 305$a$ is pressed, the month figure 1302 is increased by 1, while if the lower arrow switch 305$c$ is pressed, the month figure 1302 is decreased by 1. If the right arrow switch 305$b$ is pressed, the month figure 1302 is determined as a numerical value displayed at the time point. Next, the user may specify the increment or decrement of a numerical value of a day figure 1303.

Further, when the left arrow switch 305$d$ is pressed, the year figure 1301 may be retried. The similar operation may be executed to set the day figure 1303, an a.m or p.m. indication 1304, a time figure 1305, and a minute figure 1306. After adjusting a value of the minute figure 1306, if the right arrow switch 305$b$ is pressed, the change of the recording date and time is terminated and the date and time of the data is changed to a new numeric value.

In the case of specifying an numeric value that does not exist in the calendar such as February 30, the numeric value is changed to the nearest date (that is, March 1) to the value.

In this embodiment, though the user can freely erase the data, the user may provide the data with an attribute of prohibiting the erasion for preventing the data from being erased. The state transition of this function is denoted by a numeral 111 of FIG. 1.

Later, the description will be oriented to the procedure for adding the attribute of protecting the data from the erasion to the data. At first, on the display screen 700, the user selects the data whose erasing attribute is to be changed with the upper arrow switch 305$a$ or the lower arrow switch 305$c$. Then, the function switch 304 is pressed, so that the display screen 700 is changed to the display screen 900. The user selects the "change a lock" 904 that is a function of changing the erasing attribute with the upper arrow switch 305$a$ or the lower arrow switch 305$c$. Then, if the right arrow switch 305$b$ is pressed, the display screen 1400 is displayed where the erasing attribute of the selected data shown in FIG. 14 is changed.

When the user pressed the right arrow switch 305$b$, the erasing attribute is cyclically changed from "disabled" to "enabled" to "disabled". The protecting mark 705 is displayed or not displayed according to the erasing attribute.

In this embodiment, the user can know the remaining volume of the harddisk drive 415. The state transition of this function is denoted by a numeral 112 of FIG. 1.

Hereafter, the description will be oriented to the procedure for checking the remaining volume of the harddisk drive 415. On the display screen 700, if the user presses the function switch 304, the display screen 700 is changed to the display screen 900. The user selects the "display a state" 903 that is a function of changing the displaying sequence with the upper arrow switch 305$a$ or the lower arrow switch 305$c$. Then, if the right arrow switch 305$b$ is pressed, the display screen 1500 is displayed where the remaining volume of the harddisk drive 415 shown in FIG. 15 is shown.

On the display screen 1500, a remaining time 1501 left if only the MPEG1-formatted moving image data with the speech is recorded on the harddisk drive 415, a remaining pages left if only the JPEG-formatted still image data is recorded, a remaining time 1503 left if only the MPEG1-formatted speech data is recorded, and a remaining volume 1504 represented in bytes are all displayed as a list. Since the remaining volume of the harddisk drive is listed with respect to each recordable data type, the user can more easily grasp the remaining volume of the harddisk drive 415.

In this embodiment, when playing back the data, the user needs to use only the switches 305$a$, 305$d$, 305$c$ and 305$d$ for playing back the data. It is epoch-making that the

US 6,226,449 B1

13

14

minimum number of operating switches are just required for playing back the data.

Another epoch-making point is the increase of the functions without increasing the operating buttons by using the functional selecting screen **900**.

In this embodiment, as shown in FIG. **6**, the classified number of data items is four including "unclassified". The classified number of data may take any value. On the data selecting display screen **700**, the data items may be displayed as a list independently of the types of the moving image, the still image, and the speech. This embodiment may apply to the function of automatically classifying the data according to the data type with the user's specification.

Moreover, the control microcomputer **411** is operated to automatically select the data according to the imaging modes such as the moving image and the still image. For example, the user can select only the imaging mode for the still image, pick up only the image type of the still image, and reproduce it.

The foregoing description has been concerned with the specific embodiments of the invention. The present invention may apply to the following arrangement.

For example, the present invention may be achieved by an image recording apparatus which includes converting means for converting a video signal into a digital signal, a codec unit for selectively performing a MPEG system or a JPEG system compression about the digital signal, for generating the compressed data, a recording unit for recording the compressed data, and a selective indicating means for a compression mode, for selectively indicating the MPEG system compression or the JPEG system compression.

This image recording apparatus may be applicably arranged to switch the compressing system of the codec unit according to the indication given by the selective indicating means.

Further, the image recording apparatus may be applicably arranged to add a code for indicating the compression system to the compressed data according to the indication given by the selective indicating means.

Further, the image recording apparatus may be applicably arranged so that the codec unit may be a circuit for performing the MPEG system and the JPEG system processing at one process.

Moreover, the image recording apparatus may be applicably arranged so that the video signal is obtained from an imaging element and the recording unit is a harddisk drive.

The present invention may be also achieved by the image reproducing apparatus which includes a recording unit for receiving compressed data generated according to the MPEG system or the JPEG system and recording the compressed data, specifying means for specifying a data item to be reproduced of the compressed data recorded in the recording unit, readout means for retrieving and reading out the compressed data specified by the specifying means from the recording unit, a codec unit for selectively performing the MPEG system or the JPEG system expansion about the compressed data and generating the digital signal, and converting means for converting the digital signal generated by the codec unit into a video signal.

Moreover, the image reproducing apparatus may be applicably arranged so that the expanding system of the codec unit may be switched according to the compressed data read out of the readout means.

Further, the image reproducing apparatus may be applicably arranged so that the compressed data of the recording unit pre-contains the code indicating the compressing system and the expanding system of the codec unit may be switched according to the code for indicating the compressing system added to the compressed data read out of the readout means.

Further, the image reproducing apparatus may be applicably arranged so that the codec unit may be a circuit for performing the MPEG system and the JPEG system expansion at one process, the video signal is output to the built-in display unit, and the recording unit may be a harddisk drive.

The present invention may be achieved by the image recording and reproducing apparatus for converting a video signal into a digital signal, recording the digital signal, converting the digital signal into the video signal, and reproducing the video signal, which includes a codec unit for selectively performing the MPEG system or the JPEG system compression about the digital signal for generating the compressed data in recording the data and selectively performing the MPEG system or the JPEG system expansion about the compressed data for generating the digital signal in reproducing the data, a recording unit for recording the compressed data, selective indicating means for the compressing mode for selectively indicating the MPEG system compression or the JPEG system compression, specifying means for specifying the data to be reproduced of the compressed data recorded in the recording unit, and readout means for retrieving and reading the compressed data specified by the specifying means from the recording unit.

Moreover, the image recording and reproducing apparatus may be applicably arranged so that the codec unit may switch the compressing system according to the indication given by the selective indicating means in recording the data or the expanding system according to the compressed system read out of the readout means in reproducing the data.

Further, the image recording and reproducing apparatus may be applicably arranged so that in recording the data, the recording unit adds the code for indicating the compressing system to the compressed data according to the indication given by the selective indicating means and records the compressed data and in reproducing the data, the codec unit switches the expanding system according to the code for indicating the compressing system added to the compressed data read out of the readout means.

Moreover, the image recording and reproducing apparatus may be applicably arranged so that the codec unit may be a circuit for performing the MPEG system and the JPEG system processing at one process, the video signal to be recorded is obtained from an imaging element, the video signal to be reproduced is output to the built-in display unit, and the recording unit is a harddisk drive.

As described above, as keeping the capacity of the recording medium larger and advancing the compressing technology, the data items to be recorded on one recording medium are increased in number. This embodiment, however, makes it possible to do the recording and the reproducing operations with quite few keys. Hence, this embodiment offers the below-indicated effects, so that it may improve the operativity even if it is applied to the small-sized apparatus with a limited space prepared for the operation buttons or switches.

This embodiment may display the recording date and time information and the marks for modes such as the moving image, the still image, and the still image with the speech as a list. Hence, the user can efficiently and quickly retrieve the data as grasping the content of the data. In recording the

US 6,226,449 B1

15

16

data, the marks are switchably displayed on the imaging screen each time the mode is switched so that the user can grasp the current imaging mode. Hence, the user can focus his or her attention onto the imaging screen at any mode when recording the data.

The display list is composed of a date and a time. The apparatus of this embodiment may automatically create the overall list and at once output the reduced images, so that the user can more easily grasp the content of the data.

The imaged data may be classified to the predetermined locations. Hence, the imaged data may be classified on the mode information and the date and time information according to the imaging statue and the object. This classification makes it easier for the user to retrieve the data.

Further, the displaying sequence of the list and the generating sequence of the data are allowed to be replaced depending on the mode information and the date and time information. Hence, the optimal reproducing effect can be obtained without having to depend on the recording sequence.

Then, the classification of "temporary discard" is provided for preventing the erasion of the data resulting from the user's erroneous operation and reusing the unnecessary data if it is made necessary after being deleted.

As described above, if the operation on the relatively simple graphic screen is executed to record a great deal of data, the function of this embodiment enables to offer quicker retrieval than the conventional function of reproducing the data as expanding all image screens.

What is claimed is:

1. A digital camera comprising:

a lens,

an imaging device which converts an optical image into an analog signal;

an A/D converter which converts the analog signal from said imaging device to a digital signal;

a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals than for still image signals;

a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal;

a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal;

a reproducing circuit which reproduces a moving image signal, a sound signal in synchronous to said moving image signal, and a still image signal; and

a display which displays moving image signals and still image signals outputted from said reproducing circuit, and a list of said moving image signals and still image signals in a search mode;

wherein said recording circuit records recording information data for distinguishing a moving image signal from a still image signal and recording time data for indicating when an image is recorded, and said list of image signals displayed by said display in a search mode includes a plurality of marks for distinguishing a moving image signal from a still image signal and said recording time data corresponding to each displaying mark.

2. A digital camera comprising:

a lens,

an imaging device which converts an optical image into an analog signal;

an A/D converter which converts the analog signal from said imaging device to a digital signal;

a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals than for still image signals;

a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal;

a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal;

a reproducing circuit which reproduces a moving image signal, a sound signal in synchronous to said moving image signal, and a still image signal; and

a display which displays said moving image signals and still image signals outputted from said reproducing circuit, a list of said moving image signals and still image signals in a search mode, and a list of classifications in a classification mode;

wherein said recording circuit records an image signal with classification data and information data for distinguishing a moving image signal from a still image signal, and recording time data for indicating when an image is recorded, and

said display displays a plurality of classifications and a number of moving image signals, still image signals, still image with sound signals, distinguishably, belonging to each classification in said classification mode,

after selecting one classification in said classification mode by a user, said search display displays a list of a plurality of image signals belonging to the selected classification with a mark for distinguishing a moving image signal from a still image signal and a recording time corresponding to each mark.

3. A digital camera according to claim 1, wherein said recording information data includes recording time data for indicating when a image is recorded, and said display displays said recording time information corresponding to each displaying image signals.

4. A digital camera according to claim 1, wherein said recording time data indicates recording start date and recording start time.

5. A digital camera according to claim 1 or 2, said recording circuit records a sound signal in synchronous to said moving image signal and a sound signal in synchronous to said still image signal and recording information data for distinguishing a still image signal with a sound signal from a still image signal without a sound signal, and said display displays a mark for distinguishing a still image signal with still image signal with a sound signal from a still image signal without a sound signal corresponding to each displaying image signals.

6. A digital camera according to claim 1, wherein said recording information data includes reduced image data.

7. A digital camera according to claim 2, wherein said recording information data includes reduced image data, and said display displays plurality of said reduced image signal.

8. A digital camera according to claim 1, wherein said displays the information data recorded later on higher locations of the display screen.

US 6,226,449 B1

17

18

**9**. A digital camera according to claim **2**, wherein said displays the image recorded later on higher locations of the display screen.

**10**. A digital camera according to claim **8**, wherein the display sequence may be changed by a user's direction.

**11**. A digital camera according to claim **7**, wherein the display sequence may be changed by a users direction.

**12**. A digital camera according to claim **1**, wherein said display displays said mark and said recording time corresponding to each displaying mark on same row as graphic and literary notation.

**13**. A digital camera according to claim **2**, wherein said display displays said image and said mark and said recording time corresponding to each displaying mark on same row as graphic and literary notation.

**14**. A digital camera according to claim **1**, wherein said recording information data includes information indicating preventing erasion, and said display displays a mark indicating preventing erasion.

**15**. A digital camera according to claim **2**, wherein said recording information data includes information indicating preventing erasion, and said display displays a mark indicating preventing erasion.

**16**. A digital camera according to claim **1**, wherein displays at least one of function buttons which representatives moving recorded data to a temporary discard area, erasing all data to a temporary discard area, changing a retrieving classification, changing display sequences, changing an erasing attribute, displaying a remaining volume.

**17**. A digital camera according to claim **2**, wherein displays at least one of function buttons which representatives moving recorded data to a temporary discard area, erasing all data to a temporary discard area, changing a retrieving classification, changing display sequences, changing an erasing attribute, displaying a remaining volume.

**18**. A digital camera according to claim **1**, further comprising a storage medium; wherein display displays remaining volume of said storage medium.

**19**. An image recording and reproducing apparatus according to claim **1**, wherein after one data of the plurality of data displayed in a search display is selected by an user, said display displays plurality of said image signal belonging to selected data.

**20**. A digital camera according to claim **2**, wherein said recording circuit records image signal with classification data, and said display displays plurality of classification and a number of image belonging to each classification as a classification screen mode, and after directing one classification on said classification screen mode selected by an user, said display displays plurality of said image signal belonging to selected classification with a mark for distinguishing a moving image signal from a still image signal.

**21**. A digital camera according to claim **2**, wherein said display displays a number of each moving image, still image, still image with sound, distinguishably, belonging to each classification.

**22**. A digital camera according to claim **2**, wherein said classification is able to change by a direction of a user.

**23**. A digital camera according to claim **2**, wherein said display said classification including image without a direction of a user higher of a screen.

**24**. A digital camera according to claim **2**, further comprising:

a button for changing the display screen from said classification screen mode to a mode displaying said plurality of image,

a button for selecting each recording data from a list of the recording data,

a button for indicating a function of playing back stopping, fast feeding, and rewinding said image,

a button for changing said display screen for indicating the functions into display screen for indicating a recording mode,

wherein said buttons integrated same one button.

**25**. A digital camera comprising:

a lens,

an imaging device which converts an optical image into an analog signal;

an A/D converter which converts said analog signal from said imaging device to a digital signal;

a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals;

a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal;

a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal;

a reproducing circuit which reproduces a moving image signal, a sound signal in synchronous to said moving image signal, and a still image signal; and

a display which displays said moving image signals and still image signals outputted from said reproducing circuit, and a list of said moving image signal and still image signal as a search mode, and a list of classifications as a classification mode;

wherein said recording circuit records each one of said plurality of image signals with classification data, and

said display lists a plurality of classifications and a number of images belonging to each classification.

**26**. A digital camera according to claim **25**,

wherein said display displays a number of each moving image, still image, still image with sound, distinguishably, belonging to each classification.

**27**. A digital camera according to claim **25**,

wherein said classification is able to change by a direction of a user.

**28**. A digital camera according to claim **25**,

wherein said display said classification including image without a direction of a user higher of a screen.

**29**. A digital camera comprising:

a lens,

an imaging device which converts an optical image into an analog signal;

an A/D converter which converts said analog signal from said imaging device to a digital signal;

a compressor which compresses said digital signal outputted from said A/D converter, and generates compressed data by using a different compressing method for moving image signals and for still image signals;

a recording circuit which records compressed data, said compressed data including a moving image signal, and a still image signal;

a decompressor which decompresses said compressed data by using a different decompressing method according to whether said recorded compressed data is a moving image signal or a still image signal;

a reproducing circuit which reproduces a moving image signal, a sound signal in synchronous to said moving image signal, and a still image signal to a storage medium;

US 6,226,449 B1

19

a display which displays said moving image signal and still image signal outputted from said reproducing circuit;

wherein said recording circuit records recording information data for distinguishing a moving image signal from a still image signal to said storage medium, and said display displays a remaining time if only compressed moving image data is recorded to said storage medium, a remaining pages if only compressed still picture image data is recorded to said storage medium, and a remaining volume of said storage medium as a remaining volume displaying mode.

20

30. A digital camera according to claim 2, wherein after one data of the plurality of data displayed in a search display is selected, said display displays said image signal belonging to the selected data.

31. A digital camera according to claim 25, wherein after one data of the plurality of data displayed in a search display is selected, said display displays said image signal belonging to the selected data.

\* \* \* \* \*