| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, California 94304-1211 | San Francisco, California 94105-2482 |
| Telephone: (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION FOR SEALING ORDER** |

1    In accordance with Northern District of California Local Rules 7-11 and 79-5, Apple, Inc. ("Apple") submits this Administrative Motion for an order sealing documents designated as confidential by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC ("Samsung").

    In its Reply in Support of its Motion to Compel Responses to Interrogatories and Reply in Support of its Motion to Compel Production of Documents and Things, Apple cites to documents that Samsung designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY: SAMNDCA00258674-827; SAMNDCA00380801-896 and S-ITC-003353288-507. Apple attached these document s as exhibits to Emily L. Fedman's Declaration Supporting Apple's Motion to Compel Responses to Interrogatories ("Fedman Declaration"). Currently, the entirety of all three documents are designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. Therefore, Apple has not provided redacted versions of the documents. Instead, Apple has lodged copies of these documents with the Court along with this motion.

    Apple cites to sections of these documents in its Reply in Support of its Motion to Compel Production of Documents and Things. Apple filed redacted versions of its Reply in Support of its Motion to Compel Production of Documents and Thing and has lodged a copy of the brief that highlights the portions containing confidential information with the court.

    These documents are relevant to Apple's Reply in Support of its Motion to Compel Responses to Interrogatories and Reply in Support of its Motion to Compel Production of Documents and Things because they demonstrate that Samsung is improperly withholding relevant information that is responsive to the discovery Apple is seeking to compel.

    For the foregoing reasons, Apple respectfully requests an order sealing portions of its Reply in Support of its Motion to Compel Production of Documents and Things and the documents attached to the Fedman Declaration and labelled SAMNDCA00258674-827, SAMNDCA00380801-896 and S-ITC-003353288-507.

APPLE INC.'S ADMINISTRATIVE MOTION FOR
SEALING ORDER
CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

Dated: April 20, 2012                                GIBSON, DUNN & CRUTCHER LLP


By:     /s/ H. Mark Lyon

H. Mark Lyon
*Attorney for Apple Inc.*


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil 5 Local Rule 5,4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.


Dated: April 20, 2012                                /s/ H. Mark Lyon
                                                     H. Mark Lyon

APPLE INC.'S ADMINISTRATIVE MOTION FOR
SEALING ORDER
CASE NO. 12-cv-00630-LHK (PSG)