Exhibit 2

SAMNDCA00258674-827

(FILED UNDER SEAL)