Exhibit 3

SAMNDCA00380801-896

(FILED UNDER SEAL)