Exhibit 4

S-ITC-003353288-507

(FILED UNSER SEAL)