JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

***Attorneys for Plaintiff Apple Inc.***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF EMILY L. FEDMAN IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND ITS MOTION TO COMPEL RESPONSES TO INTERROGATORIES** |

FEDMAN DECLARATION IN SUPOPRT OF APPLE INC.'S REPLIES IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND MOTION TO COMPEL RESPONSES TO INTERROGATORIES                1

Gibson, Dunn & Crutcher LLP

I, Emily L. Fedman, declare and state as follows:

1.      I am an attorney at the law firm of Gibson, Dunn & Crutcher, counsel of record in this action for plaintiff Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  I submit this declaration in support of Apple's Replies in Support of its Motion to Compel Production of Documents and Things and it Motion to Compel Response to Interrogatories.  Unless otherwise indicated, I have personal knowledge of the matters set forth below.  If called as a witness, I could and would testify competently as follows.

2.      Attached to this declaration as Exhibit 1 is a true and correct copy of Interrogatory No. 4 that Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") served on Apple on March 6, 2012.

3.      Attached to this declaration as Exhibit 2 is a true and correct copy of SAMNDCA00258674-827.  Apple's Reply in Support of its Motion to Compel Production of Documents and Things refers to the page labelled SAMNDCA00258795.  Apple's Reply in Support of its Motion to Compel Responses to Interrogatories refers to the page labelled SAMNDC00258798. (FILED UNDER SEAL)

4.      Attached to this declaration as Exhibit 3 is a true and correct copy of SAMNDCA00380801-896.  Apple's Reply in Support of its Motion to Compel Production of Documents and Things refers to the page labelled SAMNDCA00380838. (FILED UNDER SEAL)

5.      Attached to this declaration as Exhibit 4 is a true and correct copy of S-ITC-003353288-507.  Apple's Reply in Support of its Motion to Compel Production of Documents and Things refers to the page labelled S-ITC-003353324. (FILED UNSER SEAL)

6.      Attached to this declaration as Exhibit 5 is a true and correct copy of excerpts of the April 18, 2012 deposition of Dr. Christopher Vellturo.

Gibson, Dunn &
Crutcher LLP

FEDMAN DECLARATION IN SUPOPRT OF APPLE INC.'S REPLIES IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND MOTION TO COMPEL RESPONSES TO INTERROGATORIES                                                                              2

7.      I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Executed on April 20, 2012 in San Francisco, CA.

Dated: April 20, 2012                              By:*/s/ Emily L. Fedman*
                                                             Emily L. Fedman

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil 5 Local Rule 5,4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: April 20, 2012                              */s/ H. Mark Lyon*
                                                             H. Mark Lyon

Gibson, Dunn &
Crutcher LLP

FEDMAN DECLARATION IN SUPOPRT OF APPLE INC.'S REPLIES IN SUPPORT OF ITS MOTION TO        3
COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND MOTION TO COMPEL RESPONSES TO
INTERROGATORIES