# EXHIBIT 1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S INTERROGATORIES TO APPLE RELATING TO APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION** |

5. The words "and" and "or" shall be construed as either conjunctive or disjunctive in such manner as will broaden as widely as possible the scope of any request for production; the word "including" means "including without limitation."

6. The use of the singular form of any word includes the plural and vice versa.

7. PLAINTIFF's obligation to respond to these Interrogatories is continuing and its responses are to be supplemented to include subsequently acquired information in accordance with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

State all facts supporting YOUR contention that any market share loss YOU have suffered is a result of SAMSUNG'S alleged infringement.

**INTERROGATORY NO. 2:**

State all facts supporting YOUR contention that the incremental improvement of the APPLE PRELIMINARY INJUNCTION PATENTS over the PRIOR ART and design-around options are the basis for consumer demand.

**INTERROGATORY NO. 3:**

State all facts supporting YOUR contention that the PATENTED FEATURES contribute to consumer demand for the iPhone specifically.

**INTERROGATORY NO. 4:**

For each of the APPLE PRELIMINARY INJUNCTION PATENTS, IDENTIFY any and all persons to whom YOU have ever licensed or offered to license, or persons who have requested to license, or to whom YOU have granted or offered to grant any other rights under the Patent, including the status of those requests and offers, whether continuing, successful or terminated, and

1  IDENTIFY (by Bates number) all DOCUMENTS RELATED TO any such license, offer, request, or other grant of rights.

**INTERROGATORY NO. 5**:

IDENTIFY all current contact information for each Named Inventor of the APPLE PRELIMINARY INJUNCTION PATENTS.

DATED: March 6, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By/s/ Patrick M. Shields
Patrick M. Shields
Attorney for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Bar No. 250814)
3  kevinsmith@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Patrick M. Shields (Bar No. 204739)
12 patrickshields@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
16 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                       UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

21 APPLE INC., a California corporation,

                                                    CASE NO. 12-CV-00630-LHK
22             Plaintiff,
                                                    **CERTIFICATE OF SERVICE**
23       vs.

24 SAMSUNG ELECTRONICS CO., LTD., a
   Korean corporation; SAMSUNG
25 ELECTRONICS AMERICA, INC., a
   New  York corporation; SAMSUNG
26 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
27
               Defendants.
28

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On March 6, 2012, I served or had served true copies of the following documents, described as:

1. NOTICE OF DEPOSITION OF RAVIN BALAKRISHNAN
2. NOTICE OF DEPOSITION OF YAN ARROUYE
3. NOTICE OF DEPOSITION OF FREDDY ANZURES
4. NOTICE OF DEPOSITION OF ARTHUR RANGEL
5. NOTICE OF DEPOSITION OF KEITH MORTENSEN
6. NOTICE OF DEPOSITION OF KENNETH KOCIENDA
7. NOTICE OF DEPOSITION OF BAS ORDING
8. NOTICE OF DEPOSITION OF MARCEL VAN OS
9. NOTICE OF DEPOSITION OF IMRAN CHAUDHRI
10. NOTICE OF DEPOSITION OF STEPHEN O. LEMAY
11. NOTICE OF DEPOSITION OF SCOTT FORSTALL
12. NOTICE OF DEPOSITION OF GREG CHRISTIE
13. NOTICE OF DEPOSITION OF NATHANIEL POLISH
14. NOTICE OF DEPOSITION OF CHRISTOPHER VELLTURO
15. NOTICE OF DEPOSITION OF KARAN SINGH
16. NOTICE OF DEPOSITION OF STEVEN SINCLAIR
17. NOTICE OF DEPOSITION OF TODD MOWRY
18. SAMSUNG'S FIRST 30(b)(6) DEPOSITION NOTICE TO APPLE, INC.
19. SAMSUNG' REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS RELATING TO APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION
20. SAMSUNG'S INTERROGATORIES TO APPLE RELATING TO APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

on the interested parties in this action addressed as follows:

| **ATTORNEYS FOR APPLE INC**. | **ATTORNEYS FOR APPLE INC**. |
|---|---|
| MICHAEL A. JACOBS<br>mjacobs@mofo.com<br>RICHARD S. J. HUNG<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA   94105-2482<br>Telephone (415) 268-7000<br>Facsimile (415) 268-7522 | JOSH A. KREVITT<br>jkrevitt@gibsondunn.com<br>H. MARK LYON<br>mlyon@gibsondunn.com<br>Mark Reiter<br>mreiter@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA   94302-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 |

**BY ELECTRONIC MAIL TRANSMISSION** from pamdavis@quinnemanuel.com, by transmitting PDF format copies of such documents to each such person identified above, at the e-mail address listed below their address(es). The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on March 6, 2012, at Los Angeles, California.

                                               */s/ Pamela S. Davis*