# EXHIBIT 5

Highly Confidential - Outside Attorneys' Eyes Only

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4   APPLE, INC., a California  ) Case No. 12-CV-00630-LHK
     corporation,               )
 5                              )
              Plaintiff,        )
 6                              )
         v.                     )
 7                              )
     SAMSUNG ELECTRONICS CO.,   )
 8   LTD., a Korean corporation;)
     SAMSUNG ELECTRONICS        )
 9   AMERICA, INC., a New York  )
     corporation; and SAMSUNG   )
10   TELECOMMUNICATIONS AMERICA,)
     LLC, a Delaware limited    )
11   liability company,         )
                                )
12            Defendants.       )
                                )
13
14       * * *OUTSIDE ATTORNEYS' EYES ONLY* * *
15           HIGHLY CONFIDENTIAL VIDEOTAPED
16        DEPOSITION OF CHRISTOPHER VELLTURO
17                New York, New York
18             Wednesday, April 18, 2012
19
20
21   Reported by:
22   KATHY S. KLEPFER, RMR, RPR, CRR, CLR
23   JOB NO. 48000
24
25
```

Page 98

1  Q. And do you have or have you made any
2  estimate as to how many Galaxy Nexus phones
3  would be sold in the marketplace in the next 18
4  months?
5  A. Have I estimated that number?
6  Q. Yes.
7  A. I've seen Samsung's assessment of
8  those kinds of issues, but I haven't -- I
9  haven't undertaken an independent assessment of
10 that number.
11 Q. Certainly you would agree that the
12 number of Galaxy Nexus iPhones which would be
13 sold, you know, which where you would otherwise
14 have an Apple iPhone sold, that would have an
15 impact on whether or not the market was going to
16 materially tip toward Android --
17 A. Well, I think --
18 Q. -- in the next 18 months?
19 A. Well, that's -- that's part of the
20 assessment, but that's not the only part.  I
21 mean, if you read the Samsung documents, this is
22 part, and a central part, of a clear attempt to
23 alter what I think one of the Samsung executives
24 said is a -- an excessive affinity in the United
25 States to Apple's products and that Samsung's

Page 108

1   long as the fire is out and they're able to
2   deliver, market shares will shift dramatically
3   again.
4           The issue here is that we have the
5   characteristics of this marketplace are such
6   that relatively small changes in share can have
7   relatively long-lasting tipping effects.  So any
8   change in -- any change in share has an
9   exacerbating effect because of the tippiness of
10  the market.  So any sale of the Galaxy Nexus
11  that otherwise -- wouldn't otherwise occur is
12  going to, to some degree, generate this
13  tippiness.
14          Now, the degree of the tippiness is
15  going to depend on the magnitude of the Nexus
16  sales, and then the other things I talked about,
17  which is the extent to which those sales allow
18  Samsung to begin to eat away at the overall
19  demand for Apple products, you know, extending
20  beyond iPhones to all the other products and
21  services.
22     Q.   Dr. Vellturo, you said that it was
23  your opinion that in the next 18 months, if
24  there is no preliminary injunction, that the
25  market will materially tip in the favor of

Highly Confidential - Outside Attorneys' Eyes Only

Page 165

1  A.   Where?
2  Q.   In the United States.  Give me a
3  range.
4  A.   What plan am I buying?
5  Q.   How much is the consumer in effect
6  paying for an iPhone 4S?  With the data plan and
7  with the phone together, I mean, there is a
8  basic price they're paying for a 4S, right?
9  A.   My general understanding is $199 is a
10 common price point, but I don't think that's the
11 only price point.
12 Q.   Do you know what the price point is
13 for the Rookie?
14 A.   I think I saw some -- again, depending
15 on the plan, I think in the $49 to $99 range, if
16 I remember correctly.
17 Q.   Will you agree that Samsung has more
18 offerings in the low end than Apple does?
19 A.   In terms of number of products?
20 Q.   Yes.
21 A.   Yes.
22      Short break at some point?
23      MR. PRICE:  Let's do lunch.
24      THE WITNESS:  We've been going for a
25 while.

Page 260

```
 1

 2            CERTIFICATE
 3   STATE OF NEW YORK )
                       :  ss
 4   COUNTY OF NEW YORK)
 5         I, Kathy S. Klepfer, a Registered
 6   Merit Reporter and Notary Public within and
 7   for the State of New York, do hereby
 8   certify:
 9         That CHRISTOPHER VELLTURO, the witness
10   whose deposition is herein before set forth,
11   was duly sworn by me and that such
12   deposition is a true record of the testimony
13   given by such witness.
14         I further certify that I am not
15   related to any of the parties to this action
16   by blood or marriage and that I am in no way
17   interested in the outcome of this matter.
18         In witness whereof, I have hereunto
19   set my hand this 18th day of April, 2012.
20
21            ---------------------------------
              KATHY S. KLEPFER, RPR, RMR, CRR, CLR
22
23
24
25
```