`

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA  94304-1211 | San Francisco, California 94105-2482 |
| Telephone: (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK-PSG<br><br>**CERTIFICATE OF SERVICE** |

CASE NO. 12-CV-00630-LHK-PSG
CERTIFICATE OF SERVICE

Gibson, Dunn & Crutcher LLP

I, Phillip K. Lum, hereby certify that on this 20[h] Day of April, 2012, I did cause the following document to be served in the following manner:

- APPLE INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS (Filed Under Seal)

- EXHIBIT 2 TO THE DECLARATION OF EMILY L. FEDMAN IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND ITS MOTION TO COMPEL RESPONSES TO INTERROGATORIES (Filed Under Seal)

- EXHIBIT 3 TO THE DECLARATION OF EMILY L. FEDMAN IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND ITS MOTION TO COMPEL RESPONSES TO INTERROGATORIES (Filed Under Seal)

- EXHIBIT 4 TO THE DECLARATION OF EMILY L. FEDMAN IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND ITS MOTION TO COMPEL RESPONSES TO INTERROGATORIES (Filed Under Seal)

On the interested parties in this action addressed as follows:

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

Patrick Shields
Victoria F. Maroulis
Charles K. Verhoeven
Kevin A. Smith
Kevin P.B. Johnson
Quinn Emanuel Urquart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065
(650) 801-5000
victoriamaroulis@quinnemanuel.com
kevinjohnson@quinnemanuel.com
patrickshields@quinnemanuel.com
charlesverhoeven@quinnemanuel.com
kevinsmith@quinnemanuel.com

CASE NO. 12-cv-00630-LHK-PSG
CERTIFICATE OF SERVICE                         2

1

2  __X__   **BY ELECTRONIC MAIL TRANSMISSION** from plum@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

3

4

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

5

6  Executed on April 20, 2012 in New York, NY

7

8  Dated:   April 20, 2012                                   /s/Phillip K. Lum
                                                             Phillip K. Lum

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn & Crutcher LLP

CASE NO. 12-CV-00630-LHK-PSG
CERTIFICATE OF SERVICE                          3