1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal relating to Samsung's Oppositions to Apple's Motions to Compel Further Responses to Apple's First Set of Preliminary Injunction Requests for Production and Interrogatories.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration

1  establishes that the below documents contain Samsung's highly confidential and proprietary
2  information and could be used to its disadvantage by competitors if they are not filed under seal.
3       Accordingly, for good cause shown, the Court ORDERS that the following documents
4  shall be filed under seal:
5      1. The confidential, unredacted version of the Declaration of Corey Kerstetter;
6      2. The confidential, unredacted version of the Declaration of Young Jin Kwon; and
7      3. The confidential, unredacted version of the Declaration of Russell Wilkins.
8
9  **IT IS SO ORDERED.**
10
11 DATED:   Crtkf45.'4234

           HON. Paul S. Grewal
           United States Magistrate Judge