QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: June 7, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung") hereby bring this administrative motion for to file the following documents under seal:

(1) ¶¶ 178-183 and 199 of the Expert Declaration of Geoff Cohen, Ph.D Concerning U.S. Patent 5,946,647, and attached Exhibits C, T, U, V, W, X, Y, Z, AA, BB, CC, DD, EE, and FF;

(2) ¶ 7 of the Declaration of Björn Bringert;

(3) ¶¶ 5, 6, 13, 14, 16, and 17 of the Declaration of Cary Clark;

(4) ¶¶ 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 20, 21, 23, 24, and 25 of the Declaration of Jim Miller;

(5) ¶¶ 4 and 9 of the Declaration of Ken Wakasa;

(6) ¶¶ 106, 107, and 108 of the Expert Declaration of Jaime Carbonell, Ph.D., Concerning Non-Infringement and Invalidity of U.S. Patent No. 8,086,604;

(7) ¶¶ 98, 99, 103, and 104 of the Declaration of Dr. Martin E. Kaliski Regarding U.S. Patent No. 8,074,172;

(8) The confidential, unredacted version of the Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for a Preliminary Injunction, and attached Exhibits B, L, R, S, T, LL, PP, QQ, TT, UU, XX, YY, ZZ, AAA, BBB, DDD, EEE, FFF, GGG, HHH, and III;

(9) ¶¶ 3 and 4 of the Declaration of Kevin Geklinsky, and attached Exhibit A;

(10) Excerpts from the April 10, 2012 deposition of Mark Buckley, contained in Exhibit D to the Declaration of Daniel C. Posner in Support of Samsung's Opposition to Apple's Motion for a Preliminary Injunction (the "Posner Declaration");

(11) Excerpts from the April 17, 2012 deposition of Greg Joswiak, contained in Exhibit G to the Posner Declaration;

(12) Excerpts from the April 18, 2012 deposition of Karan Singh, contained in Exhibit H to the Posner Declaration;

(13) Excerpts from the April 18, 2012 deposition of Christopher Vellturo, contained in Exhibit I to the Posner Declaration;

(14) Excerpts from the April 5, 2012 deposition of Arthur Rangel, contained in Exhibit J to the Posner Declaration;

(15) Excerpts from the April 4, 2012 deposition of Steven Sinclair, contained in Exhibit K to the Posner Declaration;

(16) Excerpts from the April 20, 2012 deposition of Greg Christie, contained in Exhibit L to the Posner Declaration;

(17) Excerpts from the April 13, 2012 deposition of Kenneth Kocienda, contained in Exhibit M to the Posner Declaration;

(18) Excerpts from the July 26, 2011 deposition of Richard J. Lutton, Jr. in *Apple, Inc. v. Samsung Electronics Co., Ltd., et al*, No. 11-CV-01846-LHK, contained in Exhibit P to the Posner Declaration;

(19) Excerpts from the April 6, 2012 deposition of David Wright from *Apple, Inc. v. Motorola, Inc., et. al*, No. 1:11-cv-08540, in the Northern District of Illinois, contained in Exhibit O to the Posner Declaration;

(20) Exhibit Q to the Posner Declaration, a document produced by Apple in *In The Matter of Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796, as Bates Range APL-ITC796-0000010041–10079;

(21) Exhibit R to the Posner Declaration, a document produced by Apple in *In The Matter of Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796, as Bates Range APL-ITC796-0000010080-10083;

(22) Exhibit S to the Posner Declaration, a document produced by Apple in *In The Matter of Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796, as Bates Range APL-ITC796-0000010019–10040;

(23) Exhibit T to the Posner Declaration, a document produced by Apple in *Apple Inc. v. Samsung Electronics Co., Ltd. et al.*, 11-cv-01846-LHK, as Bates Range APLNDCX0000007220-07355;

(24) Exhibit U to the Posner Declaration, a copy of Apple's First Supplemental Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple's Motion for Preliminary Injunction (No. 4);

(25) Exhibit V to the Posner Declaration, a document produced by Apple in *In The Matter of Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796, as Bates Range APL-ITC796-0000010084–1011;

(26) Exhibit W to the Posner Declaration, a document produced by Apple in *Apple Inc. v. Samsung Electronics Co., Ltd. et al.*, 11-cv-01846-LHK, as Bates Range APLNDC0001221082–21113;

(27) Excerpts from a document titled "iPhone Buyer Survey" produced by Apple as Bates Range APLNDC630-0000149470–630-0000149605, contained in Exhibit Y to the Posner Declaration;

(28) Excerpts from a document titled "Smartphone Market Survey" produced by Apple as Bates Range APLNDC630-0000149098–630-0000149191, contained in Exhibit Z to the Posner Declaration;

(29) Excerpts from a document titled "N94 launch pad" produced by Apple as Bates Range APLNDC630-0000128707–630-0000128766, contained in Exhibit AA to the Posner Declaration;

(30) Excerpts from a document titled "State of the Competition" that Apple produced as Bates Range APLNDC630-00000128950–APLNDC630-0000129006, contained in Exhibit BB to the Posner Declaration;

(31) Excerpts from a document titled "Smartphone market share by model purchased in Q4 2011" produced by Apple as Bates Range APLNDC630-0000128350–630-0000128354, contained in Exhibit CC to the Posner Declaration;

1    (32) Excerpts from a document titled "Samsung's Use of Apple Patents in

2       Smartphones" dated August 4, 2010 and produced by Apple as Bates Range

3       APLNDC00000388–00410, contained in Exhibit DD; and

4    (33) The confidential, unredacted version of Samsung's Opposition to Apple's Motion

5       for a Preliminary Injunction.

6    Samsung has established good cause to permit filing these documents under seal through

7 the Declaration of Michael F. Peng in Support of Samsung's Administrative Motion to File

8 Documents Undear Seal, filed herewith.  In short, the above documents discuss and refer to

9 documents and things that the parties have designated as confidential under the interim Protective

10 Order.  Some of these documents and things were designated by Apple as "CONFIDENTIAL" or

11 "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the interim Protective Order.

12 Samsung accordingly files these documents under seal, and expects that Apple will comply with

13 Local Rule 79-5(d) by filing an appropriate declaration with the Court within seven days for those

14 portions and documents that reference Apple-designated information.

15    This administrative motion is narrowly tailored to seal only the material for which good

16 cause to seal has been established.  Accordingly, Samsung respectfully requests that the Court

17 order the aforementioned documents be filed under seal.

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1    DATED: April 23, 2012        QUINN EMANUEL URQUHART &
                                                SULLIVAN, LLP

2

3

4                         By */s/ Patrick M. Shields*

5                               Charles K. Verhoeven
                              Kevin P.B. Johnson

6                               Victoria F. Maroulis
                              Patrick M. Shields

7                               Attorneys for
                              SAMSUNG ELECTRONICS CO., LTD.,

8                               SAMSUNG ELECTRONICS AMERICA, INC.,
                              and SAMSUNG TELECOMMUNICATIONS

9                               AMERICA, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28