1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: June 7, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendants. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal relating to Samsung's Opposition to Apple Inc.'s ("Apple's") Motion for a Preliminary Injunction.

Samsung has filed the declaration required under Civil Local Rule 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.  The declaration establishes that the information contained in the below documents has been designated as confidential by Apple or third parties, or includes confidential Samsung information, and therefore is sealable.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

(1) ¶¶ 178-183 and 199 of the Expert Declaration of Geoff Cohen, Ph.D Concerning U.S. Patent 5,946,647, and attached Exhibits C, T, U, V, W, X, Y, Z, AA, BB, CC, DD, EE, and FF;

(2) ¶ 7 of the Declaration of Björn Bringert;

(3) ¶¶ 5, 6, 13, 14, 16, and 17 of the Declaration of Cary Clark;

(4) ¶¶ 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 20, 21, 23, 24, and 25 of the Declaration of Jim Miller;

(5) ¶¶ 4 and 9 of the Declaration of Ken Wakasa;

(6) ¶¶ 106, 107, and 108 of the Expert Declaration of Jaime Carbonell, Ph.D., Concerning Non-Infringement and Invalidity of U.S. Patent No. 8,086,604;

(7) ¶¶ 98, 99, 103, and 104 of the Declaration of Dr. Martin E. Kaliski Regarding U.S. Patent No. 8,074,172;

(8) The confidential, unredacted version of the Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for a Preliminary Injunction, and attached Exhibits B, L, R, S, T, LL, PP, QQ, TT, UU, XX, YY, ZZ, AAA, BBB, DDD, EEE, FFF, GGG, HHH, and III;

(9) ¶¶ 3 and 4 of the Declaration of Kevin Geklinsky, and attached Exhibit A;

(10) Excerpts from the April 10, 2012 deposition of Mark Buckley, contained in Exhibit D to the Declaration of Daniel C. Posner in Support of Samsung's Opposition to Apple's Motion for a Preliminary Injunction (the "Posner Declaration");

(11) Excerpts from the April 17, 2012 deposition of Greg Joswiak, contained in Exhibit G to the Posner Declaration;

(12) Excerpts from the April 18, 2012 deposition of Karan Singh, contained in Exhibit H to the Posner Declaration;

(13) Excerpts from the April 18, 2012 deposition of Christopher Vellturo, contained in Exhibit I to the Posner Declaration;

(14) Excerpts from the April 5, 2012 deposition of Arthur Rangel, contained in Exhibit J to the Posner Declaration;

(15) Excerpts from the April 4, 2012 deposition of Steven Sinclair, contained in Exhibit K to the Posner Declaration;

(16) Excerpts from the April 20, 2012 deposition of Greg Christie, contained in Exhibit L to the Posner Declaration;

(17) Excerpts from the April 13, 2012 deposition of Kenneth Kocienda, contained in Exhibit M to the Posner Declaration;

(18) Excerpts from the July 26, 2011 deposition of Richard J. Lutton, Jr. in *Apple, Inc. v. Samsung Electronics Co., Ltd., et al*, No. 11-CV-01846-LHK, contained in Exhibit P to the Posner Declaration;

(19) Excerpts from the April 6, 2012 deposition of David Wright from *Apple, Inc. v. Motorola, Inc., et. al*, No. 1:11-cv-08540, in the Northern District of Illinois, contained in Exhibit O to the Posner Declaration;

(20) Exhibit Q to the Posner Declaration, a document produced by Apple in *In The Matter of Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796, as Bates Range APL-ITC796-0000010041–10079;

(21) Exhibit R to the Posner Declaration, a document produced by Apple in *In The Matter of Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796, as Bates Range APL-ITC796-0000010080-10083;

(22) Exhibit S to the Posner Declaration, a document produced by Apple in *In The Matter of Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796, as Bates Range APL-ITC796-0000010019–10040;

(23) Exhibit T to the Posner Declaration, a document produced by Apple in *Apple Inc. v. Samsung Electronics Co., Ltd. et al.*, 11-cv-01846-LHK, as Bates Range APLNDCX0000007220-07355;

(24) Exhibit U to the Posner Declaration, a copy of Apple's First Supplemental Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple's Motion for Preliminary Injunction (No. 4);

(25) Exhibit V to the Posner Declaration, a document produced by Apple in *In The Matter of Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796, as Bates Range APL-ITC796-0000010084–1011;

(26) Exhibit W to the Posner Declaration, a document produced by Apple in *Apple Inc. v. Samsung Electronics Co., Ltd. et al.*, 11-cv-01846-LHK, as Bates Range APLNDC0001221082–21113;

(27) Excerpts from a document titled "iPhone Buyer Survey" produced by Apple as Bates Range APLNDC630-0000149470–630-0000149605, contained in Exhibit Y to the Posner Declaration;

(28) Excerpts from a document titled "Smartphone Market Survey" produced by Apple as Bates Range APLNDC630-0000149098–630-0000149191, contained in Exhibit Z to the Posner Declaration;

(29) Excerpts from a document titled "N94 launch pad" produced by Apple as Bates Range APLNDC630-0000128707–630-0000128766, contained in Exhibit AA to the Posner Declaration;

1   (30) Excerpts from a document titled "State of the Competition" that Apple produced
2         as Bates Range APLNDC630-00000128950–APLNDC630-0000129006,
3         contained in Exhibit BB to the Posner Declaration;
4   (31) Excerpts from a document titled "Smartphone market share by model purchased
5         in Q4 2011" produced by Apple as Bates Range APLNDC630-0000128350–630-
6         0000128354, contained in Exhibit CC to the Posner Declaration;
7   (32) Excerpts from a document titled "Samsung's Use of Apple Patents in
8         Smartphones" dated August 4, 2010 and produced by Apple as Bates Range
9         APLNDC00000388–00410, contained in Exhibit DD; and
10  (33) The confidential, unredacted version of Samsung's Opposition to Apple's Motion
11        for a Preliminary Injunction.

DATED: _____    _____
                                          HON. Lucy H. Koh
                                          United States District Judge.