# EXHIBIT 2

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date: June 7, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

Before the Court is the Motion for a Preliminary Injunction (the "Motion") filed by plaintiff Apple Inc. ("Apple"), as well as all documents and evidence submitted in support and in opposition thereof, including the opposition brief filed by defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively, "Samsung").  Argument on the Motion took place on June 7, 2012.

Having considered the Motion and all documents and evidence submitted in support and in opposition thereof, as well as applicable law and authorities, and having given the parties an opportunity to argue in support of and in opposition to the Motion, and good cause appearing therefor, the Court finds as follows:

1. Apple has not shown it is likely to prevail at trial on the merits of the claims for relief at issue in the Motion;
2. Apple has not shown it will suffer irreparable harm in the absence of a preliminary injunction;
3. The balance of hardships tips in Samsung's favor in that the hardship to Apple if the Motion is not granted does not outweigh the hardship to Samsung if the Motion is granted; and
4. The public interest would not be served by granting the Motion.

The Court HEREBY ORDERS that:

Apple's Motion for a Preliminary Injunction is **DENIED**.

DATED: _____

Hon. Lucy H. Koh
United States District Judge.