# EXHIBIT 3

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Bar No. 250814)
3  kevinsmith@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Patrick M. Shields (Bar No. 204739)
12 patrickshields@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
13 Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
14 Facsimile:  (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                       UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

21 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
|---|---|
22 | Plaintiff, | **DECLARATION OF DANIEL C. POSNER IN SUPPORT OF SAMSUNG'S** |
23 | vs. | **OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION** |
24 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | Date: June 7, 2012 |
25 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Time: 1:30 p.m. Place: Courtroom 8, 4th Floor |
26 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Judge: Hon. Lucy H. Koh |
27 | Defendants. | **FILED UNDER SEAL** |
28

Case No. 12-CV-00630-LHK
DECLARATION OF DANIEL C. POSNER ISO SAMSUNG'S OPPOSITION TO APPLE'S PI MOTION

**DECLARATION OF DANIEL C. POSNER**

I, Daniel C. Posner, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STC") (collectively, "Samsung").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached hereto as **Exhibit A** is a true and correct copy of an article titled "Apple market value hits $600 billion, closing in on Microsoft record," dated April 10, 2012, and downloaded from http://www.washingtonpost.com/business/technology/apple-market-value-hits-600-billion-closing-in-on-microsoft-record/2012/04/10/gIQAhvqF8S_print.html on April 23, 2012.

3. Attached hereto as **Exhibit B** is a true and correct copy of an Apple Inc. press release titled "Apple Reports First Quarter Results," dated January 24, 2012, and downloaded from http://www.apple.com/pr/library/2012/01/24Apple-Reports-First-Quarter-Results.html on April 20, 2012.

4. Attached hereto as **Exhibit C** is a true and correct copy of an Apple Inc. press release titled "Apple Announces Plans to Initiate Dividend and Share Repurchase Program," dated March 19, 2012, and downloaded from http://www.apple.com/pr/library/2012/03/19Apple-Announces-Plans-to-Initiate-Dividend-and-Share-Repurchase-Program.html on April 20, 2012.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the transcript of the deposition of Mark Buckley, dated April 10, 2012.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the transcript of the deposition of Nathaniel Polish, dated April 3, 2012.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the transcript of the deposition of Ravin Balakrishnan, dated April 6, 2012.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts of the transcript of the deposition of Greg Joswiak, dated April 17, 2012.

9. Attached hereto as **Exhibit H** is a true and correct of excerpts of the transcript of the deposition of Karan Singh, dated April 18, 2012.

10. Attached hereto as **Exhibit I** is a true and correct copy of excerpts of the transcript of the deposition of Christopher Vellturo, dated April 18, 2012.

11. Attached hereto as **Exhibit J** is a true and correct copy of excerpts of the transcript of the deposition of Arthur Rangel, dated April 5, 2012.

12. Attached hereto as **Exhibit K** is a true and correct copy of excerpts of the transcript of the deposition of Steven Sinclair, dated April 4, 2012.

13. Attached hereto as **Exhibit L** is a true and correct copy of excerpts of the transcript of the deposition of Greg Christie, dated April 20, 2012.

14. Attached hereto as **Exhibit M** is a true and correct copy of excerpts of the transcript of the deposition of Kenneth Kocienda, dated April 13, 2012.

15. Attached hereto as **Exhibit N** is a true and correct copy of excerpts of the transcript of the deposition of Todd Mowry, dated April 4, 2012.

16. Attached hereto as **Exhibit O** is a true and correct copy of excerpts of the transcript of the deposition of David Wright, dated April 6, 2012, taken in the matter of *Apple, Inc. v. Motorola, Inc., et. al*, Case No. 1:11-CV-08540 (N.D. Ill.), and also pursuant to a subpoena issued in this case.

17. Attached hereto as **Exhibit P** is a true and correct copy of excerpts of the transcript of the deposition of Richard J. Lutton, Jr., dated July 26, 2011, taken in the matter of *Apple, Inc. v. Samsung Electronics Co., Ltd., et al*, Case No. 11-CV-01846 (N.D. Cal.).

18. Attached hereto as **Exhibit Q** is a true and correct copy of a document titled "PATENT CROSS LICENSE AGREEMENT," dated October 1, 1991, that was produced by Apple in *In The Matter of Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796, and identified as APL-ITC796-0000010041-10079.

19. Attached hereto as **Exhibit R** is a true and correct copy of a document titled "AMENDMENT," dated April 1, 1996, that was produced by Apple in *In The Matter of Certain*

-3-   Case No. 12-CV-00630-LHK
DECLARATION OF DANIEL C. POSNER ISO SAMSUNG'S OPPOSITION TO APPLE'S PI MOTION

*Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796, and identified as APL-ITC796-0000010080–10083.

20. Attached hereto as **Exhibit S** is a true and correct copy of a document titled "PATENT CROSS LICENSE AGREEMENT," dated August 5, 1997, that was produced by Apple in *In The Matter of Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796, and identified as APL-ITC796-0000010019-10040.

21. Attached hereto as **Exhibit T** is a true and correct copy of a document titled "PATENT LICENSE AGREEMENT," dated June 12, 2011, that was produced by Apple in *Apple Inc. v. Samsung Electronics Co., Ltd. et al.*, Case No. 11-CV-01846 (N.D. Cal.), and identified as APLNDCX0000007220-07355.

22. Attached hereto as **Exhibit U** is a true and correct copy of Apple's First Supplemental Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple's Motion for Preliminary Injunction (No. 4), dated April 9, 2012.

23. Attached hereto as **Exhibit V** is a true and correct copy of a document titled "PATENT CROSS LICENSE AGREEMENT," dated October 25, 2002, that was produced by Apple in *In The Matter of Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796, and identified as APL-ITC796-0000010084–10114.

24. Attached hereto as **Exhibit W** is a true and correct copy of a document titled "PATENT CROSS LICENSE AGREEMENT," dated October 25, 2002, that was produced by Apple in *Apple Inc. v. Samsung Electronics Co., Ltd. et al.*, Case No. 11-CV-01846 (N.D. Cal.), and identified as APLNDC0001221082–21113.

25. Attached hereto as **Exhibit X** is a true and correct copy of a webpage titled "Apple – Siri – Frequently Asked Questions," downloaded from http://www.apple.com/iphone/features/siri-faq.html on April 20, 2012.

26. Attached hereto as **Exhibit Y** is a true and correct copy of excerpts of a document titled "iPhone Buyer Survey," produced by Apple in this case and identified as APLNDC630-0000149470–630-0000149605.

1   27.     Attached hereto as **Exhibit Z** is a true and correct copy of excerpts of document
2 titled "Smartphone Market Survey," produced by Apple in this case and identified as
3 APLNDC630-0000149098–630-0000149191.

4   28.     Attached hereto as **Exhibit AA** is a true and correct copy of excerpts of a document
5 titled "N94 launch pad," produced by Apple in this case and identified as APLNDC630-
6 0000128707–630-0000128766.

7   29.     Attached hereto as **Exhibit BB** is a true and correct copy of excerpts of a document
8 titled "State of the Competition," produced by Apple in this case and identified as APLNDC630-
9 00000128950–APLNDC630-0000129006.

10   30.     Attached hereto as **Exhibit CC** is a true and correct copy of excerpts of a document
11 titled "Smartphone market share by model purchased in Q4 2011," produced by Apple in this case
12 and identified as APLNDC630-0000128350–630-0000128354.

13   31.     Attached hereto as **Exhibit DD** is a true and correct copy of excerpts of a document
14 titled "Samsung's Use of Apple Patents in Smartphones," dated August 4, 2010, produced by
15 Apple in this case and identified as APLNDC00000388–00410.

16   32.     Attached hereto as **Exhibit EE** is a true and correct copy of an article titled "iPhone
17 Top Seller At AT&T, Spring, And Verizon," dated April 10, 2012, downloaded from
18 http://www.informationweek.com/news/mobility/smart_phones/232800138?printer_friendly=this-
19 page on April 10, 2012.

20   I declare under penalty of perjury under the laws of the State of California that the
21 foregoing is true and correct.

22   Executed April 23, 2012, at Los Angeles, California.

*(signature)*

Daniel C. Posner

-5-   Case No. 12-CV-00630-LHK
DECLARATION OF DANIEL C. POSNER ISO SAMSUNG'S OPPOSITION TO APPLE'S PI MOTION