# EXHIBIT 4

1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
2 | charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
3 | kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
4 | San Francisco, California 94111
Telephone: (415) 875-6600
5 | Facsimile: (415) 875-6700

6 | Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
7 | Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
8 | 555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
9 | Telephone: (650) 801-5000
Facsimile: (650) 801-5100
10
William C. Price (Bar No. 108542)
11 | williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
12 | patrickshields@quinnemanuel.com
865 S. Figueroa St., 10th Floor
13 | Los Angeles, California 90017
Telephone: (213) 443-3000
14 | Facsimile: (213) 443-3100

15 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
16 | AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

17

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 20 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| 21 | Plaintiff, | |
| 22 | vs. | **DECLARATION OF LYLE BICKLEY** |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 24 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

02198.51981/4716835.1

Case No. 12-CV-00630-LHK
EXPERT DECLARATION OF CATHERINE PLAISANT CONCERNING NON-INFRINGEMENT AND
INVALIDITY OF U.S. PATENT NO. 8.046.721

## I. INTRODUCTION

1. My name is Lyle Bickley. I am currently the President of Bickley Consulting West, Inc. This declaration reflects my personal knowledge and, if called as a witness, I could and would testify competently to the matters I explain below.

2. I have provided technical consulting in over a hundred engagements, of those, I have provided technical consulting for 60 patent-related litigation matters. Through my consulting, I have reconstructed and verified numerous computing environments using components contemporaneous to the time period in question. I have been asked by Quinn Emanuel to reconstruct a client-server environment communicating with the Wide Area Information Server (WAIS) protocol that uses no components newer than January 1, 2000. I have testified as an expert witness four times, twice in patent litigation trials, and my testimony has never been challenged. I am also a founding member of the Computer History Museum. A complete and true copy of my CV is attached hereto as Exhibit A.

3. For the WAIS server, I obtained an NEC Powermate ES 5200 series desktop. The Powermate ES utilizes an Intel Pentium III (Katmai) processor running at 550MHz. The Katmai processor was introduced in February 26, 1999, and this particular series (CPU family 6, model 7) was produced March 17, 1999. I attest that I have inspected each component of the NEC Powermate server, including RAM, motherboard and chips contained therein, graphics chip, and peripherals, and that each component was manufactured prior to January 1, 2000. A copy of the Powermate ES 5200 user guide is attached hereto as Exhibit B.

4. I installed RedHat Linux version 6.1, released on October 4, 1999 (Linux 2.2.12-20), on the NEC Powermate ES (herein "Server"). I also installed freeWAIS-SF version 2.2.12, released on April 16, 1999. FreeWAIS-SF is an extension of the original WAIS server program released by CNIDR (Clearinghouse for Networked Information Discovery and Retrieval) that permitted server administrators to define fields or portions of the documents that could be searched through field identifiers (the "SF" stands for "structured fields.") The attached freeWAIS-SF user guide (Exhibit C) describes the functionality of FreeWAIS-sf and its optional features. I have also examined the source code of FreeWAIS-SF version 2.2.12. (Exhibit D)

5.     FreeWAIS-SF permits searching of databases via at least five customizable algorithms. First, FreeWAIS-SF permits a WAIS server administrator to utilize a predefined list of stopwords, or define the number of times a word may appear before it is excluded by the indexing process. For example, by default words such as "the," "an," and "a" are excluded from indexing as stop words, but a user may designate that a word must appear certain number of times in the database, such as 40,000, before it is excluded and unsearchable. (Exhibit C at p. 16.) Secondly, FreeWAIS-SF permits server administrators to enable indexing by the soundex function. (*Id.* at p.19) This allows particular servers to return results for misspelled words. Thirdly, FreeWAIS-SF permits server administrators to enable indexing by the PHONIX function. Like the soundex function, this allows particular servers to return results that sound like the query terms. *Id.* Both the algorithms to implement soundex and phonix are included in a source file named "Soundex.c." (Exhibit D.) Fourth, FreeWAIS-SF's introduction of structured fields permits a user to define particular areas of a document, or particular regular expressions, to use as a fielded search. For example, the user may define a "to:" field that permits users to search a database of emails via the recipient. (Exhibit C at pp.18-19). Finally, freeWAIS-SF permits users to generate custom synonym files. (*Id.* At p. 9.)

6.     I built and indexed two searchable text databases, named "RFC" and "FAQ." The data in the RFC database was culled by downloading a collection of all RFC text files from www.rfc-editor.org/download.html. I used an UNIX editor to remove all RFCs dated after December 31, 1999. The data in the FAQ database is a collection of frequently asked questions (F.A.Q.s) from archives of the usenet system. I downloaded this collection from ftp://rtfm.mit.edu/pub/faqs/, and similarly removed all entries added after December 31, 1999. Although the data searched does not affect the system, I attest that all the data in both the RFC and FAQ databases is contemporaneous with the reconstructed WAIS environment.

7.     I generated a custom synonym file, RFC.syn, and FAQ.syn, for the RFC and FAQ databases, respectively. I specified synonyms that were not found in the indices of the databases. For example, a search for "FreeWAIS" in the RFC database, absent a synonym file, returned zero hits. I specified that "wais" and "freewais" be treated identically by the search algorithm through

an entry in RFC.syn. Similarly, the term "jibberish" does not occur in any of the documents in the FAQ database. I specified that "gibberish" and "jibberish" be treated identically by the search algorithm through an entry in FAQ.syn.

8. I generated a much smaller test database of technical publications published in the 1991-1999 date range. I defined an author field using a custom .fmt file, and defined that the field should be indexed via the SOUNDEX heuristic. I also defined, within the same .fmt file, a field for the date of publication. I performed numerous searches and attest that the SOUNDEX heuristic operates as described. For example, searching for terms that sound like "fur" in the author field returns documents authored by "Fuhr." It is my understanding that a particular user may define a field using PHONIX or SOUNDEX. Each field includes its own inverted index file. It is my understanding that a user, if he or she so desired, could define an entire document as a field to enable SOUNDEX or PHONIX searching across all terms in the document.

9. On the client side, I procured an original iBook G3 clamshell model number myFamily M2453, released July 21, 1999 (Exhibit E). The iBook is stamped "1999 Apple Computer" and has not been modified or upgraded in any way. The iBook is running Mac OS 9.0. I installed a WAIS client, MacWAIS version 1.29, released October 7, 1994. A copy of the MacWAIS user guide is attached hereto as Exhibit F. I connected both the client and server to an Ethernet switch manufactured prior to January 1, 2000, via standard 100BaseT Ethernet cables.

10. The MacWAIS client is capable of searching both the RFC and FAQ databases simultaneously. The initial client set-up screen permits a user to choose multiple sources, including the RFC and FAQ databases. (Exhibit F at pp.8-10) The user may search each exclusively, or both simultaneously using a single query. Additionally, I verified that the FreeWAIS-SF server treats synonyms listed in the synonym file for each database as identical terms. For example, when I searched the RFC database with the term "freewais," the server returned all the RFC documents that returned "wais." Similarly, when I searched the FAQ database with the term "jibberish," the server returned all documents including the term "gibberish."

11.     I attest that the FreeWAIS-SF server returns documents via a ranking algorithm as described in Exhibits 3 and 4. Documents with a higher number of query terms are ranked higher than documents containing a lesser number of query terms. (Exhibit C at pp. 28-29) I also attest that FreeWAIS-SF is capable of handling a multitude of data types, both text-based and non-text. (*Id.* At 16.) For example, FreeWAIS-sf permits a database of images to be searched by filenames, or by text documents that have been associated with the images by the server administrator.

12.     I also attest that FreeWAIS-SF permits local search through the terminal. I have run queries on the Server through a Linux command line terminal on both the RFC and FAQ database. (*Id.* At pp.8-9.) I attest that these searches return appropriate results, including associated synonym terms. I further attest that the documentation of other WAIS clients permits simultaneous local and remote search. Finally, I attest that all the functionalities I have described herein were possible prior to January 1, 2000, and that I have not modified any source code to achiever operability of these functions.

I declare under penalty of perjury that the foregoing is true and correct. Executed this on April 22, 2012 at Mountain View, California.

Lyle Bickley

s