# EXHIBIT A

## President and Senior Consultant - Lyle Bickley

Bickley Consulting Inc. and Bickley Consulting West Inc.

President and Senior Consultant (1985 to present)

Tandem Computers Incorporated

Product Manager, Operating System Strategy (1994-1995)

The Phoenix Companies, Inc.

Vice President of IT (1983 to 1985)

Responsible for the design and implementation of a large, on-line, national health care database system.

Other Experience

Various senior management positions utilizing broad computer experience coupled with the practical skills necessary to complete a wide array of critical projects for Fidelity Bank (now Wachovia Bank)

Senior IT management position with the Federal Reserve System, including responsibility for developing the Federal Reserve's national "Five Year Data Communications Plan".

Professional, Education and Personal Background

Member of Association for Computing Machinery (ACM)

College of San Mateo, California and University of South Carolina; Electrical Engineering

PDP-1 Restoration Team, Computer History Museum

Volunteer Steering Committee, Computer History Museum

Education Advisory Committee, Computer History Museum

Mentor, Partners for New Generations

CERT (Citizen Emergency Response Team) with the Mountain View Fire Department

Personal Fun

---

Copyright(c) 2012 Bickley Consulting West Inc. All rights reserved.