# EXHIBIT B

*Value and Comprehensive Manageability*

# POWERMATE® ES 5200 SERIES



# SERVICE AND REFERENCE MANUAL



**Proprietary Notice and Liability Disclaimer**

The information disclosed in this document, including all designs and related materials, is the valuable property of NEC Computer Systems Division, Packard Bell NEC, Inc. (hereinafter "NEC CSD") and/or its licensors. NEC CSD and/or its licensors, as appropriate, reserve all patent, copyright and other proprietary rights to this document, including all design, manufacturing, reproduction, use, and sales rights thereto, except to the extent said rights are expressly granted to others.

The NEC CSD product(s) discussed in this document are warranted in accordance with the terms of the Warranty Statement accompanying each product. However, actual performance of each such product is dependent upon factors such as system configuration, customer data, and operator control. Since implementation by customers of each product may vary, the suitability of specific product configurations and applications must be determined by the customer and is not warranted by NEC CSD.

To allow for design and specification improvements, the information in this document is subject to change at any time, without notice. Reproduction of this document or portions thereof without prior written approval of NEC CSD is prohibited.

NEC and PowerMate are registered trademarks of NEC Corporation, used under license.

All other product, brand, or trade names used in this publication are the trademarks or registered trademarks of their respective trademark owners.

First Printing — May 1999

Copyright 1999
NEC Computer Systems Division
Packard Bell NEC, Inc.
1 Packard Bell Way
Sacramento, CA 95838-0903
All Rights Reserved

# Contents

Preface .............................................................................................................xv
Abbreviations ...................................................................................................xvii

## 1   System Overview

Configurations.................................................................................................. 1-2
Features ............................................................................................................ 1-6
    Front Features ........................................................................................... 1-6
    Back Features ............................................................................................ 1-8
    Inside Features ......................................................................................... 1-10
    Security Features ...................................................................................... 1-13
Components ..................................................................................................... 1-14
    System Board .......................................................................................... 1-14
    Riser Board ............................................................................................. 1-15
    Diskette Drive ......................................................................................... 1-15
    LS-120 Diskette Drive ............................................................................ 1-16
    Hard Drive .............................................................................................. 1-16
    Power Supply .......................................................................................... 1-16
    Keyboard................................................................................................. 1-17
    Mouse ..................................................................................................... 1-17
    AGP Support ........................................................................................... 1-17
    CD-ROM Drive ....................................................................................... 1-17
    DVD-ROM Drive .................................................................................... 1-18
    Fax/Modem Board ................................................................................... 1-18
    Sound Board............................................................................................ 1-18
    Network Support ...................................................................................... 1-18
    PC Adapter Device .................................................................................. 1-19
    Tape Backup Unit .................................................................................... 1-19
    Zip Drive ................................................................................................ 1-19
    Speakers .................................................................................................. 1-20

## 2   System Configuration

Interrupt Requests ............................................................................................ 2-2
    System Interrupts ..................................................................................... 2-2
Jumper Settings ................................................................................................ 2-3
    System Board Configuration Settings....................................................... 2-4
        Setting Onboard VGA................................................................ 2-5
        Clearing CMOS ......................................................................... 2-5
        Setting the Power On Mode......................................................... 2-5
    NEC 32X CD-ROM Drive Jumper Settings ............................................. 2-6
    Lite-ON 32X CD-ROM Drive Jumper Settings....................................... 2-6
    Zip Drive Jumper Settings ....................................................................... 2-6
    Tape Backup Unit Jumper Settings .......................................................... 2-7
CMOS Setup Utility ......................................................................................... 2-7
    When to Use CMOS Setup ...................................................................... 2-7
    How to Start CMOS Setup....................................................................... 2-8
    How to Use CMOS Setup ........................................................................ 2-9
    Main Menu.............................................................................................. 2-9
    Standard CMOS Setup........................................................................... 2-10

BIOS Features Setup ........................................................................ 2-10
Chipset Features Setup ................................................................... 2-11
Power Management Setup ............................................................. 2-11
PNP/PCI Configuration Setup..................................................... 2-13
Load Setup Defaults ....................................................................... 2-13
Special Features Setup.................................................................... 2-13
Integrated Peripherals ................................................................... 2-15
Supervisor Password....................................................................... 2-16
User Password .................................................................................. 2-16
Save & Exit Setup ............................................................................ 2-16
Exit Without Saving ........................................................................ 2-17
Video Modes ............................................................................................. 2-17
Resolutions for NEC VistaScan USB Monitors .............................. 2-18
Utilities ...................................................................................................... 2-19
FLASH Utility .................................................................................. 2-19
LANDesk Client Manager ........................................................... 2-20
PC Health Indicator ............................................................... 2-21
Inventory ................................................................................... 2-22
DMI............................................................................................... 2-22
Monitoring Capabilities ........................................................ 2-23
Using the Chassis Intrusion Notification Feature ............ 2-23
Cheyenne Backup ........................................................................... 2-24
NEC ToolTelligent Suite .............................................................. 2-24
NEC ToolTelligent Utilities ................................................. 2-24
Installing ToolTelligent Utilities ......................................... 2-25
NEC WebTelligent .......................................................................... 2-25
NEC WebTelligent Features................................................... 2-26
NEC WebTelligent Requirements ....................................... 2-27
NEC WebTelligent Installation ............................................ 2-28
NEC SNMP Agent .......................................................................... 2-30
Installing the NEC SNMP Agent ......................................... 2-31
Configuring the NEC SNMP Agent for Windows 95 or Windows 98 ............. 2-31
Configuring the NEC SNMP Agent for Windows NT.................................... 2-32
NEC Configuration Change Notification.................................. 2-33
NEC Auto Backup Utility .............................................................. 2-33
NEC OS Restore CD .............................................................................. 2-34
Introducing OS Restore Options ............................................... 2-34
Choosing a Restore Program....................................................... 2-34
Launching the NEC OS Restore CD .......................................... 2-35
Auto Rebuild and Restore............................................................ 2-36
Custom Rebuild and Restore....................................................... 2-37
Fixing the Operating System....................................................... 2-39
NEC Application and Driver CD ........................................................ 2-41
Launching the Application and Driver CD............................... 2-41
Installing Software.......................................................................... 2-42
NEC Help Center.................................................................................... 2-42
Installing the NEC Help Center.................................................. 2-43
Uninstalling the NEC Help Center ............................................ 2-43

Intel Processor Serial Number Control Utility ........................................................ 2-43
  System Requirements .......................................................................................... 2-44
  Installation.......................................................................................................... 2-44
  Processor Serial Number .................................................................................... 2-44
  FAQs.................................................................................................................... 2-44
  Technical Support ............................................................................................... 2-46

## 3   Disassembly and Reassembly

System Unit Cover Removal and Replacement .............................................................. 3-3
  Small Desktop or Desktop System Unit Cover .................................................... 3-3
    Removing the Small Desktop or Desktop Cover ................................................. 3-3
    Replacing the Small Desktop or Desktop Cover ................................................. 3-6
  Minitower System Unit Covers ............................................................................ 3-8
    Removing the Minitower Side Covers ................................................................. 3-8
    Replacing the Minitower Side Covers ............................................................... 3-10
    Removing the Minitower Top Cover .................................................................. 3-12
    Replacing the Minitower Top Cover .................................................................. 3-13
    Opening the Chassis Floor.................................................................................. 3-13
    Closing the Chassis Floor ................................................................................... 3-14
Front Panel Removal and Replacement...................................................................... 3-15
  Removing the Front Panel — Small Desktop ..................................................... 3-15
  Replacing the Front Panel — Small Desktop ..................................................... 3-16
  Removing the Front Panel — Desktop ............................................................... 3-16
  Replacing the Front Panel — Desktop ............................................................... 3-18
  Removing the Front Panel — Minitower............................................................ 3-19
  Replacing the Front Panel — Minitower ........................................................... 3-20
Diskette Drive Removal and Installation ................................................................... 3-21
  Removing a Diskette Drive — Small Desktop ................................................... 3-21
  Installing a Diskette Drive — Small Desktop .................................................... 3-22
  Removing a Diskette Drive — Desktop .............................................................. 3-23
  Installing a Diskette Drive — Desktop............................................................... 3-23
  Removing a Diskette Drive — Minitower........................................................... 3-24
  Installing a Diskette Drive — Minitower ........................................................... 3-25
5 1/4-Inch Device Removal and Installation............................................................... 3-26
  Removing a 5 1/4-Inch Device — Small Desktop or Desktop .......................... 3-26
  Installing a 5 1/4-Inch Device — Small Desktop or Desktop ................................ 3-27
  Removing a 5 1/4-Inch Device — Minitower..................................................... 3-28
  Installing a 5 1/4-Inch Device — Minitower ..................................................... 3-29
Internal Hard Drive Removal and Installation ........................................................... 3-30
  Removing a 3 1/2-Inch Hard Drive — Small Desktop....................................... 3-30
  Installing a 3 1/2-Inch Hard Drive — Small Desktop ............................................. 3-31
  Removing a 3 1/2-Inch Hard Drive — Desktop ................................................. 3-31
  Installing a 3 1/2-Inch Hard Drive — Desktop .................................................. 3-32
  Removing an Additional 3 1/2-Inch Device — Desktop.......................................... 3-33
  Installing an Additional 3 1/2-Inch Device — Desktop .................................... 3-33
  Removing a 3 1/2-Inch Hard Drive — Minitower.............................................. 3-34
  Installing a 3 1/2-Inch Hard Drive — Minitower .................................................... 3-35
DIMM Removal and Installation................................................................................ 3-36
  Removing a DIMM ............................................................................................. 3-36
  Installing a DIMM.............................................................................................. 3-37

System Board Removal and Installation.................................................................... 3-39
    Removing the System Board — Small Desktop .................................................. 3-39
    Installing the System Board — Small Desktop................................................... 3-39
    Removing the System Board — Desktop ............................................................ 3-41
    Installing the System Board — Desktop............................................................. 3-43
    Removing the System Board — Minitower .......................................................... 3-44
    Installing the System Board — Minitower ........................................................... 3-44
Expansion Board Removal and Installation .............................................................. 3-46
    Locating Expansion Board Slots and Connectors ............................................ 3-46
    Removing a Slot Cover — Small Desktop or Desktop....................................... 3-47
    Removing an Expansion Board — Small Desktop or Desktop........................... 3-48
    Installing an Expansion Board — Small Desktop or Desktop ........................... 3-48
    Removing a Slot Cover — Minitower .................................................................. 3-49
    Removing an Expansion Board — Minitower ...................................................... 3-50
    Installing an Expansion Board — Minitower ....................................................... 3-51
Processor Removal and Installation........................................................................... 3-52
    Removing the Celeron or Pentium III Processor Cartridge .............................. 3-53
    Installing the Celeron or Pentium III Upgrade Processor Cartridge.......................... 3-54
    Removing the Pentium II Processor Cartridge ................................................... 3-56
    Installing the Pentium II Upgrade Processor Cartridge ..................................... 3-58
Internal Bracket Removal and Replacement — Desktop ......................................... 3-60
    Removing the Internal Drive Bracket ................................................................. 3-60
    Removing the Additional Drive Bracket ............................................................. 3-61
    Removing the Left Side Brace ............................................................................ 3-62
    Replacing the Left Side Brace ............................................................................ 3-63
Riser Board Removal................................................................................................. 3-64
    Removing the Riser Board — Small Desktop..................................................... 3-64
    Removing the Riser Board — Desktop ............................................................... 3-65
    Removing the Riser Board — Minitower ............................................................. 3-66
Front Control Board Removal.................................................................................... 3-67
    Removing the Front Control Board — Small Desktop or Desktop......................... 3-67
    Removing the Front Control Board — Minitower ................................................. 3-69
USB Board Removal .................................................................................................. 3-70
    Removing the USB Board — Small Desktop or Desktop ................................... 3-70
    Removing the USB Board — Minitower ............................................................... 3-71
Intrusion Switch Removal.......................................................................................... 3-73
    Removing the Chassis Intrusion Switch — Small Desktop ................................ 3-73
    Removing the Chassis Intrusion Switch — Desktop .......................................... 3-74
    Removing the Chassis Intrusion Switch — Minitower ........................................ 3-75
Power Supply Removal .............................................................................................. 3-76
    Removing the Power Supply — Small Desktop ................................................. 3-76
    Removing the Power Supply — Desktop ............................................................ 3-77
    Removing the Power Supply — Minitower .......................................................... 3-78
CMOS Battery Removal ............................................................................................ 3-79
Chassis Foot Removal ............................................................................................... 3-80
System Board Rail Removal ...................................................................................... 3-83
    Removing System Board Rails Secured with Plastic Fasteners ............................... 3-83
    Removing System Board Rails Secured with Screws.............................................. 3-84

**4   System Board**

Connectors, Jumpers, and Sockets ................................................................. 4-2
    External Cable Connectors ...................................................................... 4-2
    Internal Connectors ................................................................................. 4-4
    Upgrade Sockets...................................................................................... 4-4
        Processor Socket............................................................................... 4-4
        DIMM Sockets.................................................................................. 4-5
        Checking System Memory ............................................................... 4-6
    System Board Jumpers ............................................................................ 4-6
Components .................................................................................................. 4-7
    Processor and Secondary Cache............................................................. 4-9
        Pentium II Processor ........................................................................ 4-9
        Celeron Processor ............................................................................ 4-9
        Pentium III Processor ...................................................................... 4-10
    System BIOS .......................................................................................... 4-10
    System Memory ...................................................................................... 4-11
    Hardware Monitor ................................................................................... 4-11
    Plug and Play .......................................................................................... 4-11
    NLX Design ............................................................................................ 4-11
    ISA Bus................................................................................................... 4-12
    PCI Local Bus ........................................................................................ 4-12
    PCI/IDE Ports ......................................................................................... 4-12
    Parallel Interface..................................................................................... 4-12
    Serial Interface ....................................................................................... 4-13
    USB Interface ......................................................................................... 4-13
    Graphics Controller ................................................................................ 4-13
    Motion Video Controller ........................................................................ 4-14
    Integrated Audio ..................................................................................... 4-14
Resources ..................................................................................................... 4-14
    Memory Map ........................................................................................... 4-14
    DMA Settings .......................................................................................... 4-15
    I/O Addresses .......................................................................................... 4-16

**5   Riser Board**

Riser Board Connectors — Small Desktop................................................... 5-3
Riser Board Connectors — Desktop.............................................................. 5-4
Riser Board Connectors — Minitower .......................................................... 5-5

**6   Illustrated Parts Breakdown**

Parts and Options.......................................................................................... 6-2
Documentation and Packaging...................................................................... 6-2
Field Replaceable Unit List — Small Desktop ............................................ 6-3
Illustrated Parts Breakdown (IPB) — Small Desktop ................................. 6-5
Field Replaceable Unit List — Desktop ...................................................... 6-6
Illustrated Parts Breakdown (IPB) — Desktop ............................................ 6-9
Field Replaceable Unit List — Minitower................................................... 6-10
Illustrated Parts Breakdown (IPB) — Minitower........................................ 6-13

## 7   Preventive Maintenance

System Cleaning..................................................................................... 7-2
Keyboard Cleaning ................................................................................ 7-3
Mouse Cleaning..................................................................................... 7-4

## 8   Troubleshooting

Checklist ................................................................................................ 8-2
    System Problems ............................................................................... 8-2
    Monitor Problems ............................................................................. 8-4
    Keyboard/Mouse Problems .............................................................. 8-4
    Diskette Drive Problems .................................................................. 8-5
    CD-ROM Drive Problems ................................................................ 8-5
    Speaker Problems ............................................................................. 8-6
Diagnostics............................................................................................ 8-7

## 9   NEC CSD Information Services

Service Telephone Numbers ................................................................. 9-2
Technical Support ................................................................................. 9-3
    NEC CSD Website ........................................................................... 9-3
    Email/Fax Technical Support Service .............................................. 9-3
    Technical Support Services .............................................................. 9-4
Product Information............................................................................... 9-4
    NEC CSD FTP Site .......................................................................... 9-4
    NEC CSD Bulletin Board System.................................................... 9-5

## 10   Specifications

System Board Specifications................................................................ 10-3
Riser Board Specifications .................................................................. 10-4
Keyboard Specifications ...................................................................... 10-4
Mouse Specifications ........................................................................... 10-5
Speaker Specifications ......................................................................... 10-5
System Unit Specifications .................................................................. 10-6
Diskette Drive Specifications .............................................................. 10-7
IDE Hard Drive Specifications ............................................................ 10-7
Power Supply Specifications ............................................................... 10-7
Fax/Modem Board Specifications ....................................................... 10-7
Sound System Specifications ............................................................... 10-8
Sound Board Specifications ................................................................. 10-8
CD-ROM Drive Specifications ............................................................ 10-9
DVD-ROM Drive Specifications ......................................................... 10-9
PC Adapter Device Specifications .....................................................10-10
Tape Backup Unit Specifications .......................................................10-10
Zip Drive Specifications ....................................................................10-11
Environmental and Safety Specifications ..........................................10-12
Compliance ........................................................................................10-12

## A  Release Notes

General Notes..........................................................................................................A-2
    Installing Applications and Online Documentation ......................................A-2
        Installing Applications in the Correct Order ......................................A-2
        Launching the NEC Application and Driver CD ................................A-4
    Installing WebTelligent ............................................................................A-4
    Installing NEC SNMP Agent .....................................................................A-4
    Uninstalling the NEC SNMP Agent or LANDesk Client Manager ............A-5
        When Both NEC SNMP Agent and LANDesk Client Manager Are Installed.....A-5
        When LANDesk Client Manager Is Installed Without the NEC SNMP Agent ...A-6
    Configuring the System for the NEC SNMP Agent ...................................A-6
    Configuring the System for NEC WebTelligent .......................................A-6
    Configuring the System for Microsoft Internet Explorer...........................A-6
    Changing Network Settings .......................................................................A-7
    Setting Boot Order in BIOS ......................................................................A-8
    Installing Cheyenne Backup ......................................................................A-8
    Installing PartitionMagic ..........................................................................A-8
    Installing LapLink Application Not Supported ..........................................A-9
    Installing Internet Explorer 4.01 Add-On Components from the NEC Driver CD......A-9
    Identifying the Pentium III Processor .......................................................A-9
    Getting CD-ROM Support in Command Prompt Only Mode..................A-10
Front Panel Audio Support .............................................................................A-10
LS-120 SuperDisk Copy Utility ....................................................................A-10
NEC OS Restore CD ......................................................................................A-11
    Using the Fix OS Restore Option ............................................................A-11
    Fixing the Operating System....................................................................A-11
SCSI Drive Limitations ..................................................................................A-12
    Booting from a CD ..................................................................................A-12
    Using the NEC OS Restore CD with a SCSI Drive.................................A-12
PIIX4 Limitations ..........................................................................................A-13
    Reconfiguring Ultra DMA Support .........................................................A-13
    Determining IDE Device Compatibility ..................................................A-13
Intel Processor Serial Number Control Utility ...............................................A-13
    Identifying System Requirements ............................................................A-14
    Installing the Utility .................................................................................A-14
    Looking at Serial Number Features..........................................................A-14
    Getting Answers to FAQs ........................................................................A-15
    Getting Intel Technical Support ...............................................................A-16
Windows 95 Issues .........................................................................................A-16
    Controlling CD Audio .............................................................................A-16
    Using Cheyenne Backup...........................................................................A-16
        Backing Up Large Drives.................................................................A-16
        Using Cheyenne Backup with LANDesk Client Manager ...............A-17
    Clicking the Product Catalog Button........................................................A-17
    Restoring Software with a US Robotics 56K V.90 Modem Installed .......A-17
Windows 98 Issues .........................................................................................A-17
    Ejecting the NEC Application and Driver CD from a DVD-ROM Drive .......A-17
    Finding Tape Device Icons ......................................................................A-17
Windows NT Issues ........................................................................................A-18
    Restoring Network Card Drivers...............................................................A-18
    Installing BootMagic in a System with Windows NT ..............................A-18
        Configuring BootMagic ..................................................................A-18
        Correcting the BootMagic Configuration.......................................A-19

**Glossary**

**Index**

**Regulatory Statements**

**List of Figures**

PowerMate ES 5200 Series Components — Small Desktop.................................................. 1-3
PowerMate ES 5200 Series Components — Desktop....................................................... 1-3
PowerMate ES 5200 Series Components — Minitower ..................................................... 1-4
PowerMate ES 5200 Series Front View — Small Desktop................................................. 1-6
PowerMate ES 5200 Series Front View — Desktop ...................................................... 1-6
PowerMate ES 5200 Series Front View — Minitower ..................................................... 1-7
PowerMate ES 5200 Series Back View — Small Desktop ................................................. 1-8
PowerMate ES 5200 Series Back View — Desktop ....................................................... 1-8
PowerMate ES 5200 Series Back View — Minitower ...................................................... 1-9
Inside the System — Small Desktop................................................................. 1-10
Inside the System —Desktop....................................................................... 1-11
Inside the System —Minitower ..................................................................... 1-11

Locating System Board Jumpers .................................................................... 2-4
CMOS Setup Utility Main Menu ...................................................................... 2-8
NEC WebTelligent.................................................................................. 2-26
WebTelligent Login Screen ........................................................................ 2-29
NEC WebTelligent Control Screen .................................................................. 2-30
Welcome Screen ................................................................................... 2-35

Locating the Cover Screw — Small Desktop......................................................... 3-4
Locating the Cover Screws — Desktop.............................................................. 3-5
Releasing the Small Desktop Cover................................................................. 3-5
Releasing the Desktop Cover....................................................................... 3-6
Aligning the Small Desktop Cover ................................................................. 3-7
Aligning the Desktop Cover ....................................................................... 3-7
Locating the Top and Left Side Cover Screws — Minitower .......................................... 3-9
Locating the Right Side Cover Screw — Minitower ................................................. 3-9
Releasing the Minitower Left Side Cover .......................................................... 3-10
Positioning the Minitower Left Side Cover......................................................... 3-11
Lifting the Minitower Top Cover .................................................................. 3-13
Releasing the Chassis Floor — Minitower.......................................................... 3-14
Locating the Front Panel Tabs, Posts, and Slots — Small Desktop................................... 3-15
Aligning the Front Panel — Small Desktop ......................................................... 3-16
Locating the Front Panel Posts and Locking Tabs — Desktop ........................................ 3-17
Locating the Blank Panel Tabs — Desktop.......................................................... 3-17
Aligning the Front Panel — Desktop............................................................... 3-18
Locating the Front Panel Tabs and Plugs — Minitower .............................................. 3-19
Locating the Blank Panel Tabs — Minitower ....................................................... 3-20
Removing Diskette Drive Screws — Small Desktop................................................... 3-21
Locating the Diskette Drive Catch — Small Desktop ............................................... 3-22
Removing Diskette Drive Screws — Minitower ...................................................... 3-24
Locating 5 1/4-Inch Device Screws — Desktop...................................................... 3-26
Pulling out a 5 1/4-Inch Device — Small Desktop.................................................. 3-27
Locating 5 1/4-Inch Device Screws — Minitower ................................................... 3-28

Internal Hard Drive Screws — Small Desktop ............................................................ 3-30
Internal Hard Drive Screws — Desktop .................................................................... 3-32
Locating 3 1/2-Inch Accessible Device Screws — Desktop ...................................... 3-33
Removing the 3 1/2-Inch Device Bay Cover — Desktop .......................................... 3-34
Locating the Hard Drive Bracket and Screws — Minitower ...................................... 3-35
Releasing a DIMM .................................................................................................... 3-37
Positioning a DIMM .................................................................................................. 3-38
System Board Latch — Small Desktop ...................................................................... 3-39
Correct Alignment of the System Board — Small Desktop ........................................ 3-40
Incorrect Alignment of the System Board — Small Desktop ...................................... 3-40
Secured Position of Latch — Small Desktop .............................................................. 3-41
Locating the Left Side Bracket — Desktop ................................................................ 3-42
Preparing to Remove the System Board — Desktop .................................................. 3-42
Locating System Board Rail Handles — Minitower .................................................... 3-44
Locating System Board Rail Guides — Minitower .................................................... 3-45
Expansion Board Slots and Connectors — Small Desktop ........................................ 3-46
Expansion Board Slots and Connectors — Desktop .................................................. 3-46
Expansion Board Slots and Connectors — Minitower .............................................. 3-47
Removing a Slot Cover — Small Desktop .................................................................. 3-48
Securing an Expansion Board — Small Desktop ...................................................... 3-49
Locating the Slot Cover Bracket — Minitower .......................................................... 3-50
Releasing the Celeron or Pentium III Processor Cartridge ........................................ 3-54
Positioning the Celeron or Pentium III Processor Cartridge ...................................... 3-55
Releasing the Pentium II Processor Cartridge ............................................................ 3-57
Positioning the Pentium II Processor Cartridge ........................................................ 3-59
Locating the Internal Drive Bracket — Desktop ........................................................ 3-60
Locating the Additional Drive Bracket — Desktop .................................................... 3-61
Freeing the Left Side Brace — Desktop .................................................................... 3-62
Positioning the Left Side Brace — Desktop .............................................................. 3-63
Locating the Riser Board Screws — Small Desktop .................................................. 3-64
Locating the Riser Board Screws — Desktop ............................................................ 3-65
Locating the Riser Board Screws — Minitower ........................................................ 3-66
Locating the Front Control Board Screws — Small Desktop ...................................... 3-68
Locating the Front Control Board Screws — Desktop ................................................ 3-68
Locating the Front Control Board Screws — Minitower ............................................ 3-69
Locating the Front USB Board Screws — Small Desktop .......................................... 3-70
Locating the Front USB Board Screws — Desktop .................................................... 3-71
Locating the USB Board Screws — Minitower .......................................................... 3-72
Locating the USB Board Post — Minitower .............................................................. 3-72
Locating the Chassis Intrusion Switch Tabs — Small Desktop .................................. 3-73
Freeing the Chassis Intrusion Switch — Desktop ...................................................... 3-74
Locating the Chassis Intrusion Slot — Minitower ...................................................... 3-75
Locating the Power Supply Screws — Small Desktop .............................................. 3-76
Locating the Power Supply Screws — Desktop .......................................................... 3-77
Locating the Power Supply Screws — Minitower ...................................................... 3-78
Locating the Battery .................................................................................................. 3-79
Removing the Battery ................................................................................................ 3-80
Locating the Chassis Foot Screws ............................................................................ 3-81
Locating the Chassis Foot Locks .............................................................................. 3-81
Removing the Left and Right Chassis Foot Locks...................................................... 3-82
System Board Rails Secured with Plastic Fasteners .................................................. 3-83
System Board Rails Secured with Screws.................................................................. 3-84

System Board External Cable Connector  Locations — Small Desktop...............................4-2
System Board External Cable Connector  Locations — Desktop............................................4-3
System Board External Cable Connector  Locations — Minitower .......................................4-3
System Board Internal Connector Locations...............................................................4-4
Locating System Board Jumpers ...............................................................................4-6

Riser Board Cable Connectors — Small Desktop .......................................................5-3
Riser Board Auxiliary Cable Connectors — Small Desktop.........................................5-3
Riser Board Power Cable Connectors — Small Desktop.............................................5-3
Riser Board Cable Connectors — Desktop ................................................................5-4
Riser Board Auxiliary Cable Connectors — Desktop ..................................................5-4
Riser Board Power Cable Connectors — Desktop ......................................................5-4
Riser Board Cable Connectors — Minitower ..............................................................5-5
Riser Board Auxiliary Cable Connectors — Minitower ...............................................5-5

PowerMate ES 5200 Small Desktop IPB ...................................................................6-5
PowerMate ES 5200 Desktop IPB.............................................................................6-9
PowerMate ES 5200 Minitower IPB..........................................................................6-13

Removing the Keyboard Enclosure ............................................................................7-3
Removing the Mouse Ball Cover ...............................................................................7-4

## List of Tables

PowerMate ES 5200 Series System Configurations .....................................................1-4
System Components ..................................................................................................1-14

Interrupt Level Assignments .....................................................................................2-3
Onboard VGA Jumper Settings .................................................................................2-5
CMOS Clear Jumper Settings ....................................................................................2-5
Power On Mode Jumper Settings ...............................................................................2-5
NEC 32X CD-ROM Drive Jumper Settings..................................................................2-6
Lite-ON 32X CD-ROM Drive Jumper Settings ............................................................2-6
Zip Drive Jumper Settings.........................................................................................2-6
Tape Backup Unit Jumper Settings............................................................................2-7
Navigation Keys ......................................................................................................2-9
Resolutions for 15- and 17-Inch NEC VistaScan USB Monitors ..........................................2-18
System Utilities........................................................................................................2-19

PowerMate ES 5200 Series Disassembly Sequence ...................................................3-2

Supported DIMMs .....................................................................................................4-5
Sample DIMM Upgrade Paths....................................................................................4-5
System Board Components ........................................................................................4-8
System Memory Map .................................................................................................4-14
DMA Settings ...........................................................................................................4-15
I/O Address Map.......................................................................................................4-16

Ordering Parts and Options .......................................................................................6-2
PowerMate ES 5200 Series Documentation and Packaging.........................................6-2
PowerMate ES 5200 Series FRU List — Small Desktop...............................................6-3
PowerMate ES 5200 Series FRU List — Desktop.........................................................6-6
PowerMate ES 5200 Series FRU List — Minitower ......................................................6-10

Problems and Solutions ........................................................................................... 8-7

NEC CSD Service and Support Telephone Numbers .......................................... 9-2

System Specifications ............................................................................................ 10-2
System Board Specifications ................................................................................ 10-3
Riser Board Specifications ................................................................................... 10-4
Keyboard Specifications........................................................................................ 10-4
Mouse Specifications ............................................................................................. 10-5
Speaker Specification............................................................................................. 10-5
Desktop System Unit Specifications .................................................................... 10-6
Sound Board .......................................................................................................... 10-8
PC Adapter Device Specifications ....................................................................... 10-10
Tape Backup Unit Specifications......................................................................... 10-10
Zip Drive Specification ........................................................................................ 10-11
Specifications.......................................................................................................... 10-12
System Compliance................................................................................................ 10-12

# Preface

This manual contains technical information for servicing and repairing the NEC PowerMate® ES 5200 Series computers manufactured by NEC Computer Systems Division, Packard Bell NEC, Inc. The manual contains hardware and interface information for users who need an overview of system design. It includes system setup information, disassembly procedures, and illustrated parts lists. The manual is prepared for NEC CSD trained customer engineers, system analysts, service center personnel, and dealers.

The manual is organized as follows.

**Section 1 — System Overview**, provides an overview of system features and includes brief descriptions of system components.

**Section 2 — System Configuration**, includes information on system IRQs, jumpers, and BIOS. The section also contains information on video modes and power management features. System utilities including the BIOS update utility, NEC ToolTelligent utilities, and LANDesk® Client Manager are described. Information about the NEC OS Restore CD and the NEC Application and Driver CD is also provided.

**Section 3 — Disasssembly and Reassembly**, provides computer disassembly and reassembly procedures. Procedures are supported by detailed illustrations.

**Section 4 — System Board**, includes information on cable and board connectors, jumper settings, and upgrade sockets. Information on board components and the memory map is also provided.

**Section 5 — Riser Board**, provides cable connector information for the riser board installed in the system.

**Section 6 — Illustrated Parts Breakdown**, includes an exploded view diagram (illustrated parts breakdown) and parts lists for field-replaceable parts.

**Section 7 — Preventive Maintenance**, provides recommended maintenance information for maintaining the system in top condition.

**Section 8 — Troubleshooting**, includes information for identifying possible computer problems and finding ways to correct them.

**Section 9 — NEC CSD Information Services**, lists telephone numbers for obtaining service. The section also includes information on NEC CSD technical support, our website, and the bulletin board system.

**Section 10 — Specifications**, provides specifications on the major components in the system including the system board, power supply, diskette drive, and hard drives.

**Appendix A — Release Notes**, provides information about system operation that was unavailable at the time the user's guide was published.

# Abbreviations

| | | | | |
|---|---|---|---|---|
| A | ampere | | dB | decibels |
| AC | alternating current | | DC | direct current |
| ACK | acknowledge | | DCC | direct cable connection |
| AGP | accelerated graphics port | | DCE | data communications equipment |
| ASIC | application-specific integrated circuit | | DDC | Display Data Channel |
| AT | advanced technology (IBM PC) | | DIMM | Dual In-Line Memory Module |
| | | | DIP | dual in-line package |
| ATA | AT attachment | | DMA | direct memory access |
| ATAPI | AT attachment packet interface | | DMAC | DMA controller |
| | | | DMI | Desktop Management Interface |
| ATM | asynchronous transfer mode | | DOS | disk operating system |
| BBS | Bulletin Board Service | | DRAM | dynamic RAM |
| BCD | binary-coded decimal | | DVD | digital versatile disc |
| BCU | BIOS Customized Utility | | ECC | error checking and correction |
| BIOS | basic input/output system | | ECP | extended capabilities port |
| bit | binary digit | | EDO | extended data output |
| BUU | BIOS Upgrade Utility | | EGA | Enhanced Graphics Adapter |
| bpi | bits per inch | | EIDE | Enhanced IDE |
| bps | bits per second | | EISA | enhanced ISA |
| C | capacitance | | email | electronic mail |
| C | centigrade | | EMI | electromagnetic interference |
| Cache | high-speed buffer storage | | EPP | enhanced parallel port |
| CAM | constantly addressable memory | | EPROM | erasable and programmable ROM |
| CAS | column address strobe | | ESD | electrostatic discharge |
| CD-ROM | compact disk-ROM | | EVGA | Enhanced Video Graphics Array |
| CH | channel | | | |
| clk | clock | | F | Fahrenheit |
| cm | centimeter | | FAX | facsimile transmission |
| CMOS | complementary metal oxide semiconductor | | FCC | Federal Communications Commission |
| COM | communication | | FG | frame ground |
| CONT | contrast | | FM | frequency modulation |
| CPGA | ceramic pin grid array | | FP | fast page |
| CPU | central processing unit | | FRU | field-replaceable unit |
| DAC | digital-to-analog converter | | FSB | front-side bus |
| DACK | DMA acknowledge | | | |

| ftp | file transfer protocol |
|---|---|
| GB | gigabyte |
| GND | ground |
| HEX | hexadecimal |
| HGA | Hercules Graphics Adapter |
| Hz | hertz |
| IC | integrated circuit |
| ID | identification |
| IDE | intelligent device electronics |
| IDTR | interrupt descriptor table register |
| in. | inch |
| INTA | interrupt acknowledge |
| I/O | input/output |
| IPB | illustrated parts breakdown |
| IPC | integrated peripheral controller |
| ips | inches per second |
| IR | infrared |
| IrDA | Infrared Data Association |
| IRR | Interrupt Request register |
| ISA | Industry Standard Architecture |
| ISP | internet service provider |
| IRQ | interrupt request |
| K | kilo (1024) |
| k | kilo (1000) |
| KB | kilobyte |
| Kbps | Kilobits per second |
| kg | kilogram |
| kHz | kilohertz |
| lb | pound |
| LAN | local area network |
| LED | light-emitting diode |
| LDCM | LANDesk Client Manager |
| LSB | least-significant bit |
| LSI | large-scale integration |
| M | mega (million) |
| mA | milliamps |
| max | maximum |
| MB | megabyte |

| MFM | modified frequency modulation |
|---|---|
| MHz | megahertz |
| MIDI | musical instrument digital interface |
| mm | millimeter |
| MMX | multimedia extensions |
| modem | modulator/demodulator |
| MOS | metal-oxide semiconductor |
| MPEG | Motion Picture Experts Group |
| ms | millisecond |
| MSB | most-significant bit |
| NC | not connected |
| NIC | networked information center |
| NIC | network interface card |
| NMI | Non-maskable Interrupt |
| ns | nanosecond |
| NSRC | National Service Response Center |
| OCR | optical character recognition |
| OS | operating system |
| PAL | programmable array logic |
| PC | personal computer |
| PCB | printed circuit board |
| PCI | Peripheral Component Interconnect |
| PDA | personal digital assistant |
| PFP | plastic flat package |
| PIO | parallel input/output |
| pixel | picture element |
| PLCC | plastic leaded chip carrier |
| PLL | phase lock loop |
| POST | Power-On Self-Test |
| p-p | peak-to-peak |
| PPI | programmable peripheral interface |
| PROM | programmable ROM |
| PS/2 | personal system/2 |
| QFP | quad flat pack |
| R | read |
| RAM | random-access memory |

| | |
|---|---|
| RAMDAC | RAM digital-to-analog converter |
| RAS | row address strobe |
| RGB | red green blue |
| RGBI | red green blue intensity |
| rms | root mean square |
| ROM | read-only memory |
| rpm | revolutions per minute |
| RTC | real-time clock |
| R/W | read/write |
| S | slave |
| SCSI | Small Computer System Interface |
| SDRAM | synchronous dynamic random access memory |
| S.E.C. | single edge contact cartridge |
| S.E.P.P. | single edge processor package |
| SG | signal ground |
| SGRAM | synchronous graphics random access memory |
| SIMM | single inline memory module |
| S/N | signal to noise ratio |
| SNMP | simple network management protocol |
| SPM | standard page mode |
| SRAM | static random access memory |
| SRS | Sound Retrieval System |
| SSI | small scale integration |
| SVGA | Super Video Graphics Array |
| SW | switch |
| T&D | test and diagnostics |
| TSC | Technical Support Center |
| TTL | transistor/transistor logic |
| tpi | tracks per inch |
| UART | universal asynchronous receiver/transmitter |
| UHF | ultra high frequency |
| UL | Underwriter's Laboratories |
| UMA | unified memory architecture |
| UPS | uninterruptible power supply |
| URL | uniform resource locator |
| USB | universal serial bus |
| V | volt |
| Vac | volts, alternating current |
| VCR | video cassette recorder |
| Vdc | volts, direct current |
| VDT | video display terminal |
| VESA | video electronics standards association |
| VFC | VESA-compliant feature connector |
| VGA | Video Graphics Array |
| VHF | very high frequency |
| VLSI | very large scale integration |
| VRAM | video RAM |
| W | watt |
| WAN | wide area network |
| WRAM | Windows RAM |
| W | write |
| www | world wide web |

*1*

# System Overview

- Configurations
- Features
- Components

This section provides an overview of the NEC PowerMate® ES 5200 Series small desktop, desktop, and minitower models. The section highlights system hardware features, computer front, back, and inside features, and system security features. It also includes brief descriptions of the major components comprising the system.

# Configurations

NEC PowerMate ES 5200 Series computers are built-to-order systems for commercial offices. The systems feature an Intel® Celeron™, Pentium® II, or Pentium III processor, two dual inline memory module (DIMM) sockets, synchronous dynamic random access memory (SDRAM), and a plug and play input/output (I/O) controller.

The system also features two universal serial bus (USB) ports, two serial ports, a parallel port, and an infrared port. Ultra direct memory access (DMA), remote wakeup ("Wake-On LAN"), the accelerated graphics port (AGP) standard, and power management are supported.

Build choices include intelligent device electronics (IDE) hard drives ranging from 4.3 gigabytes (GB) to 12.9 GB. System memory is provided in 32-megabyte (MB) (minimum) and (as available) 64-MB, 128-MB, and 256-MB DIMM modules. Memory configurations range from 32 MB to 512 MB. Additional build choices include fax/modem, sound, and peripheral devices such as a CD-ROM drive, a DVD-ROM drive, an LS-120 drive, a Zip® drive, or a tape backup unit.

The NLX system design leaves the system board free of internal cabling and allows easy system board removal and replacement with a simple chassis latch.

The following figures show the components shipped with PowerMate ES 5200 Series small desktop, desktop, and minitower systems (the monitor and speakers are optional).

*PowerMate ES 5200 Series Components — Small Desktop*



**A** – Monitor                           **D** – Keyboard
**B** – Speaker                           **E** – Mouse
**C** – Small Desktop System Unit

*PowerMate ES 5200 Series Components — Desktop*



**A** – Monitor                           **D** – Keyboard
**B** – Speaker                           **E** – Mouse
**C** – Desktop System Unit

### PowerMate ES 5200 Series Components — Minitower



**A** – Speaker            **D** – Minitower System Unit
**B** – Monitor            **E** – Mouse
**C** – Keyboard

The following table lists the PowerMate ES 5200 Series system configurations.

### PowerMate ES 5200 Series System Configurations

| Component | Description |
|---|---|
| System Board | Micro-star International MS-6131 NLX B6 system board with the Intel 440BX AGP chipset) with sound, video, and network controller |
| CPU* | Celeron 300A MHz (66 MHz FSB), 128-KB cache<br>Celeron 333 MHz (66 MHz FSB), 128-KB cache<br>Celeron 366 MHz (66 MHz FSB), 128-KB cache<br>Pentium II 350 MHz (100 MHz FSB), 512-KB cache<br>Pentium II 400 MHz (100 MHz FSB), 512-KB cache<br>Pentium II 450 MHz (100 MHz FSB), 512-KB cache<br>Pentium III 450 MHz (100 MHz FSB), 512-KB cache<br>Pentium III 500 MHz (100 MHz FSB), 512-KB cache |
| Cache | 512-KB Pipeline Burst SRAM integrated on processor cartridge<br>  (Pentium II and Pentium III processors)<br>128-KB full speed cache, unified for code and data, non-blocking<br>  (Celeron processors) |
| System RAM* | 32 MB (minimum) to 512 MB of unbuffered PC100 SDRAM in 2 DIMM sockets |
| Hard Drive* | 4.3 GB, 5400 RPM<br>8.4 GB, 5400 RPM<br>12.9 GB, 5400 RPM<br>12.9 GB, 7200 RPM (when available) |

\*  Component varies by system
\*\* Built-to-order component

**PowerMate ES 5200 Series System Configurations**

| Component | Description |
|---|---|
| Diskette Drive | 3.5-inch 1.44-MB |
| LS-120 Drive** | 120-MB SuperDisk™ Drive |
| CD-ROM Drive** | 32X NEC, Lite-ON<br>40X Lite-ON |
| DVD-ROM Drive** | 4X DVD-ROM Drive (Windows® 98 systems only) |
| Zip Drive** | Iomega® 100-MB Zip Drive (desktop and minitower systems only) |
| Tape Backup Unit** | Seagate Travan4 8-GB Tape Backup Unit (desktop and minitower systems only) |
| PC Adapter Card** | SCM PC Card X2P ISA (desktop and minitower systems only) |
| Keyboard | Chicony 8923 104-key |
| Mouse | Microsoft® IntelliMouse® |
| Power Supply | NLX 145-watt (small desktop systems)<br>NLX 200-watt (desktop and minitower systems) |
| Network Board** | 3Com® Hurricane 3C905B-TX-L-100 |
| Fax/Modem Board** | U.S. Robotics® 56.6 Kbps Python V.90<br>MDM100 PCI Winmodem (Windows 95 and Windows 98) |
| Sound Board** | Creative Labs SoundBlaster Live! PCI Sound Board |
| IDE Controller | Dual 2-port UDMA/33 IDE controller via Intel 82371EB PIIX4E (dual 2-port available on riser board) |
| AGP Support | AGP integrated on system board, ATI 3D RagePro AGP 2X |
| Graphics Memory | System board: 4 MB synchronous graphics random-access memory (SGRAM) |
| Audio | Yamaha YMF740C 3D PCI audio controller integrated on system board |
| Network Support | Intel 82558 10BASE-T/100BASE-TX with Wake-ON LAN, integrated on system board |
| Monitoring, ASIC | Winbond 83782D |
| USB Support | Two USB ports (one on the front and one on the back) |
| Speakers** | Altec-Lansing 9-watt (ASC-90R)<br>Harmon Kardon 10-watt |
| USB Speaker Support | VistaScan USB Speaker support |

\*   Component varies by system
\*\*  Built-to-order component

# Features

The system's front, back, and inside features are described in the following paragraphs. Descriptions of the system's security features are also provided.

## Front Features

The following figures identify the components, lamps, and controls on the front of the small desktop, desktop, and minitower systems. Brief descriptions of the components follow the figures.

### PowerMate ES 5200 Series Front View — Small Desktop



**A** – USB Port
**B** – Headphone Connector
**C** – Volume Control
**D** – Disk Activity Lamp

**E** – Sleep Button/Lamp
**F** – Power Button/Lamp
**G** – CD-ROM Drive
**H** – Diskette Drive

### PowerMate ES 5200 Series Front View — Desktop



**A** – Device Bay Cover
**B** – Diskette Drive
**C** – USB Port
**D** – Headphone Connector
**E** – Volume Control

**F** – Disk Activity Lamp
**G** – Sleep Button/Lamp
**H** – Power Button/Lamp
**I** – 5 1/4-Inch Device Bays

**PowerMate ES 5200 Series Front View — Minitower**



| | |
|---|---|
| **A** – Power Button/Lamp | **F** – USB Port |
| **B** – Sleep Button/Lamp | **G** – 5 1/4-Inch Accessible Bays |
| **C** – Disk Activity Lamp | **H** – Chassis Foot |
| **D** – Volume Control | **I** – Diskette Drive |
| **E** – Headphone Connector | |

System controls allow the selection of specific system operations. Lamps visually alert the user to the status of system operation. The system has the following devices, controls, and lamps on the front of the system (see the preceding figures for device, control, and lamp locations).

- Power button — turns system power on or off.

- Power lamp — indicates if system power is on or off.

- Sleep button — suspends system operation for saving power. Pressing the Sleep button, pressing any key, or moving the mouse resumes system operation.

- Sleep lamp — indicates when the system is in suspend (power-saving) mode.

- Disk activity lamp — when lit, indicates that the hard drive is active. When the drive is active it is reading or writing data.

- Diskette drive — copy data files to and from a diskette or use as a bootable drive for loading and starting programs from a diskette.

- CD-ROM drive — load and start programs from a compact disc (CD) and play audio CDs.

- DVD-ROM drive — load and start programs from a DVD disc, and play videodiscs and audio CDs (Windows 98 systems only).

- Volume control — lets you adjust audio system volume.

■ Headphone connector — allows you to connect a headphone set to the front of the system.

■ USB port — allows you to add plug and play serial devices to the system. Up to 127 devices can be daisy chained to the USB port.

## Back Features

The back of the computer contains external connectors, a power socket, and expansion board slots. The following figures identify the connectors on the back of the small desktop, desktop, and minitower systems. Brief descriptions of each connector follow the figures.

**PowerMate ES 5200 Series Back View — Small Desktop**



**A** – PCI Slot
**B** – PCI/ISA Shared Slot
**C** – USB Port
**D** – Power Supply
**E** – Line Out Jack
**F** – Microphone In Jack
**G** – LAN Connector

**H** – Keyboard Port
**I** – Mouse Port
**J** – Serial Port 2
**K** – Serial Port 1
**L** – VGA Monitor Connector
**M** – Printer Port

**PowerMate ES 5200 Series Back View — Desktop**



**A** – Expansion Board Slots
**B** – Power Supply
**C** – USB Port
**D** – Line Out Jack
**E** – Microphone In Jack
**F** – LAN Connector

**G** – Keyboard Port
**H** – Mouse Port
**I** – Serial Port 2
**J** – Serial Port 1
**K** – Printer Port
**L** – VGA Monitor Connector

**PowerMate ES 5200 Series Back View — Minitower**



| | |
|---|---|
| **A** – Power Supply | **G** – Serial Port 1 |
| **B** – Line Out Jack | **H** – VGA Monitor Connector |
| **C** – Microphone In Jack | **I** – USB Port |
| **D** – LAN Connector | **J** – Printer Port |
| **E** – Keyboard Port | **K** – Serial Port 2 |
| **F** – Mouse Port | **L** – Expansion Board Slots |

External connectors allow the attachment of peripheral devices such as a monitor, keyboard, mouse, and printer. The system has the following external connectors.

- Mouse port — Attach a mouse (PS/2-compatible) to this port.

- Keyboard port — Attach a keyboard (PS/2®-compatible, 101-, 102- or 104-key) with a 6-pin mini DIN connector to this port.

- VGA monitor connector — Attach a video graphics array (VGA)-compatible monitor (NEC MultiSync® monitor or other VGA-compatible monitor) with a 15-pin connector to this AGP-compatible connector.

- Printer port — Attach a parallel printer with a 25-pin connector to this port.

- Serial ports — Serial port 1 (COM1) and serial port 2 (COM2) allow the connection of serial devices with 9-pin connectors. The devices include a pointing device, serial printer, or modem.

- USB port — The USB port permits the connection of up to 127 USB-configured peripheral devices such as printers, monitors, modems, mouse, and game pads/joysticks.

- LAN connector — The RJ-45 local area network (LAN) connector permits connection of the system to an Ethernet LAN for communication with other computers.

■ Audio connectors — The following audio connectors are on the back of the system:

— microphone in jack. This jack allows the connection of a microphone for recording audio information in data files.

— line out jack. This jack allows the connection of an amplified output device such as powered speakers, stereo tape recorder, or an external amplifier for audio output. Use this jack for ordered speakers.

■ Fax/modem port — Some systems come with a 56-Kbps fax/modem board in an expansion board slot. The board allows the connection of a phone line to the system for fax and data communications.

■ Expansion board slots — Use these slots to install up to three optional boards (graphics, fax/modem, SCSI) in the system.

## Inside Features

The following figures show the interior of the small desktop, desktop, and minitower systems, with callouts to the major areas of each model. A list of features follows the figures.

### Inside the System — Small Desktop



**A** – Expansion Board Slots      **D** – System Board
**B** – Riser Board                **E** – Internal Hard Drive
**C** – Power Supply               **F** – Accessible Device Bays

### *Inside the System — Desktop*



**A** – Expansion Board Slots     **E** – Accessible Device Bays
**B** – Riser Board     **F** – Internal or Accessible Device
**C** – Internal Hard Drive     **G** – System Board
**D** – Power Supply

### *Inside the System — Minitower*



**A** – Expansion Board Slots     **D** – Accessible Device Bays
**B** – Power Supply     **E** – System Board
**C** – Riser Board     **F** – Chassis Floor

The inside of the system has the following features:

- system board with connectors for the Celeron, Pentium II, or Pentium III processor, and DIMM memory

- riser board with two IDE connectors, diskette drive connector, expansion board connectors, and internal signal and power connectors

- one accessible 3 1/2-inch diskette drive bay containing a 1.44-MB diskette drive (the desktop system also has a 3 1/2-inch accessible device bay that accommodates either a diskette drive or an internal hard drive)

- 5 1/4-inch accessible 5 1/4-inch bay(s)

  — one bay in the small desktop system

  — two bays in the desktop system

  — three bays in the minitower system

- 3 1/2-inch internal device bay(s) for the standard hard drive

  — one bay in the small desktop system

  — one bay in the desktop system, plus a 3 1/2-inch accessible device bay that accommodates either a diskette drive or an internal hard drive

  — two bays in the minitower system

- Expansion board connectors

  — one PCI and one PCI/ISA in the small desktop system

  — two PCI connectors, one PCI/ISA connector, and one ISA connector in the desktop system

  — three PCI connectors and two ISA connectors in the minitower system

- power supply

  — 145-watt (small desktop)

  — 200-watt (desktop and minitower).

For more information on the above features, see "Components" in this section.

## Security Features

The system has hardware, software, and mechanical security features that offer protection against unauthorized access to the system and data. The following security features are available:

- Password Security

  The CMOS Setup Utility includes a feature that allows a user to set either a user or supervisor password or both.

  The user password controls booting of the system and controls access to the Setup utility and the keyboard. User access to the CMOS Setup Utility is limited when a supervisor password is set. The supervisor password allows full access to the system and the BIOS.

  The unattended start security feature, when enabled, allows the system to boot but locks the keyboard until the user password is entered.

  See Section 2, "System Configuration," for further information on setting and using passwords and the unattended start feature.

- Windows Network Security Features

  The Windows Network Security feature is available through the Windows operating system. Check the Windows documentation for details.

- Chassis Intrusion Notification

  Whenever the chassis cover is removed, LANDesk[®] Client Manager logs the incident and reports it on screen the next time the system is booted.

  See Section 2, "System Configuration," for information on the chassis intrusion notification feature.

- Security slot

  The security slot on the back of the chassis accepts a Kensington[®] Security Standard connector or other locking device. The locking device secures the workstation to an immovable object to prevent theft.

- Locking Tab

  The system also has a locking tab on the rear of the chassis. The tab fits through a slot on the rear edge of the chassis cover when the cover is on. When a padlock is used in the tab, the system is physically protected from chassis intrusion.

# Components

The major system components are listed in the following table, along with the page number where each component is briefly described.

### System Components

| Component | Go to Page |
|---|---|
| System Board | 1-14 |
| Riser Board | 1-15 |
| Diskette Drive | 1-15 |
| LS-120 120 MB SuperDisk Drive | 1-16 |
| Hard Drive* | 1-16 |
| Power Supply | 1-16 |
| Keyboard | 1-17 |
| Mouse | 1-17 |
| AGP Support | 1-17 |
| CD-ROM Drive** | 1-17 |
| DVD-ROM Drive** | 1-18 |
| Fax/Modem Board** | 1-18 |
| Sound Board** | 1-18 |
| Network Support | 1-18 |
| PC Adapter Device** | 1-19 |
| Tape Backup Unit** | 1-19 |
| Zip Drive** | 1-19 |
| Speakers** | 1-20 |

\*  Component varies by system
\*\*  Built-to-order component

## System Board

The system board contains the Celeron, Pentium II, or Pentium III processor, system memory, Intel 440BX PCI/AGP chipset, Winbond 83977 ATF-AW Super I/O controller, the Intel 82371EB PIIX4E UDMA/33 IDE controller, the Intel 82558 10BASE-T/100BASE-TX LAN controller chip, the Yamaha YMF740C 3D PCI audio controller, ATI® 3D Rage Pro AGP 2X graphics controller with 4 MB video memory, and the Winbond 83782D ASIC monitoring chip.

Internal connectors on the system board include two DIMM sockets and a Slot 1 connector for the processor.

External connectors on the system board include a VGA monitor connector, two serial connectors, a parallel connector, a network connector, keyboard port, mouse port, and external audio connectors. The system board has one USB header for the cable to the rear USB connector. (The riser board has a header for the second USB channel.)

The system board supports the standard 1.44-MB diskette drive, and up to four IDE devices such as a hard drive, CD-ROM drive, and Zip drive.

The system board seats in the NLX connector on the riser board. The system board is installed in the chassis along guide rails and is secured with a simple latching mechanism for easy access.

For further information on the system board, see Section 4, "System Board." Section 6, "Illustrated Parts Breakdown" lists the NEC CSD part for the system board.

## Riser Board

The riser board contains most of the cable connectors in the system, including:

- primary and secondary IDE connectors
- diskette drive connector
- expansion board connectors
- front panel connector for power and disk activity
- header for one of the USB channels (small desktop and minitower), or external USB connector (desktop)
- NLX connector for the system board
- CD audio in, modem in, Wake-On LAN, and chassis intrusion connectors
- power connectors.

For further information on the riser board, see Section 5, "Riser Board." Section 6, "Illustrated Parts Breakdown" lists the NEC CSD part for the riser board.

## Diskette Drive

A single diskette drive is supported in the system (the BIOS does not support a second diskette drive). The installed 1.44-MB 3 1/2-inch diskette drive is connected by a single ribbon cable with three connectors. The diskette drive cable plugs directly into the riser board. There are no switches or jumpers that need to be set and the diskette drive is terminated.

Connector locations for the diskette drive on the riser board are given in Section 5, "Riser Board." Section 6, "Illustrated Parts Breakdown," lists the NEC CSD part for the diskette drive. Diskette drive specifications are given in Section 10, "Specifications."

## LS-120 Diskette Drive

Some models come with an Imation® LS-120 120-MB diskette drive. The LS-120 drive is a very high-capacity, high-performance storage device that is capable of using 120-MB diskettes. It is also backward compatible with 720-KB and 1.44-MB diskettes.

## Hard Drive

All systems ship with one internal 3 1/2-inch hard drive (1-inch high, thin-height). The drive is installed in an internal drive bay in the system. Drives are available in 4.3-GB, 8.4-GB, and 12.9-GB IDE Ultra DMA models.

The riser board has two IDE/PCI interface connectors (primary and secondary) for connecting IDE storage devices. In systems with an IDE hard drive, a three-connector hard drive IDE cable connects to the IDE hard drive and the primary connector on the riser board. Each connector supports up to two IDE devices.

An optional second IDE hard drive can be added to the primary channel in desktop and minitower models. If the second hard drive is installed, it connects to the middle connector on the IDE cable.

Hard drive jumper setting guidelines are given in Section 2, "System Configuration." Connector locations for the IDE hard drive connectors on the riser board are given in Section 5, "Riser Board." Section 6, "Illustrated Parts Breakdown" lists the NEC CSD parts for the hard drives. Hard drive specifications are given in Section 10, "Specifications."

## Power Supply

The power supply is mounted inside the system unit. It supplies power to the system board, riser board, option boards, diskette drive, hard drives, CD-ROM drive, keyboard, mouse, and other internal options. A fan inside the power supply provides system ventilation. The power supply provides 145 watts (small desktop) or 200 watts (desktop and minitower) and is NLX-compatible.

The power supply is switch-selectable for 115 or 230 Vac at an operating frequency of 50/60 Hz. It is designed to comply with existing emissions standards and provides sufficient power for a fully loaded system configuration. The power supply voltage selection switch is factory set to 115 Vac for systems used in the United States; it is set to 230 Vac for systems used in Europe.

Power supply connector locations on the riser board are given in Section 5, "Riser Board." Power supply specifications are given in Section 10, "Specifications."

## Keyboard

The PS/2-compatible ergodynamic keyboard is standard equipment for the system. The keyboard provides a numeric keypad, separate cursor control keys, 12 function keys, and is capable of up to 48 functions. Key status lamps on the keyboard include Num (Numeric) Lock, Caps (Capital) Lock, and Scroll Lock.

The keyboard's six-pin connector plugs into the back of the system. Keyboard specifications are given in Section 10, "Specifications."

## Mouse

A Microsoft® IntelliMouse® is standard equipment for the system. This PS/2-compatible mouse has two buttons and a cursor control wheel. The mouse has a self-cleaning mechanism that prevents a buildup of dust or lint around the mouse ball and tracking mechanism.

The six-pin mouse cable connector plugs into the back of the system. Mouse specifications are given in Section 10, "Specifications."

## AGP Support

Systems come with a graphics accelerator controller integrated on the system board. The chip provides an integrated, advanced MPEG (Motion Picture Experts Group), 3-D and 2-D graphics and video accelerator for exceptional graphics and superior quality full-screen, full-motion video.

Included on the system board is a standard VGA output connector for connecting a VGA-compatible monitor.

Graphics modes are given in Section 2, "System Configuration."

## CD-ROM Drive

Some systems come with a 32X or 40X CD-ROM drive. The drive features up to 32- or 40-speed technology, allowing data to be transferred at up to 4920 or 6150 KB/second, affording faster data transfer and smoother animation and video. The CD-ROM drive comes with an Enhanced IDE (EIDE) interface. The drive is fully compatible with Kodak Multisession Photo CDs™, CD-I, FMV, and CD Plus, as well as standard CDs. The CD-ROM drive can also play audio CDs (for systems with sound capabilities).

A three-connector device cable connects the drive to the secondary IDE/PCI channel on the riser board. The drive is connected as the master device on the secondary channel. An optional second device can be added to the secondary channel using the free connector on the three-connector cable.

Section 6, "Illustrated Parts Breakdown" lists the NEC CSD part for the CD-ROM drive. Specifications are given in Section 10, "Specifications."

## DVD-ROM Drive

Some models running the Windows 98 operating system come with a DVD-ROM drive. The DVD-ROM drive offers many improvements over the standard CD-ROM technology including superior video and audio playback, faster data access, and greater storage capacities. The drive uses the latest DVD technology that reads from specially designed DVD discs as well as standard audio and video CDs.

## Fax/Modem Board

Some systems come with a fax/modem board preinstalled. The board operates as a fax system and data modem according to the operating system and software installed. The modem board offers a full-duplex speakerphone and 56,600 bits per second (bps) data/14,400 bps fax communications.

The fax/modem board is Plug and Play compatible. There are no switches or jumpers to set if the system is running the Windows 95 or Windows 98 operating system. The fax/modem default settings are COM2, IRQ3. Systems running the Windows NT 4.0 operating system must be configured for COM2 and IRQ3.

See Section 2, "System Configuration," for information on setting Windows NT jumpers. Section 4, "System Board," and Section 5, "Riser Board," include cable connection information for the fax/modem. Fax/modem board specifications are provided in Section 10, "Specifications."

## Sound Board

Some systems come with a Creative Labs® Sound Blaster® Live!™ sound board. The board incorporates the EMU10K1 Sound Engine and includes the SoundFont®-based synthesis engine for 512-voice polyphony and access up to 48 MIDI channels simultaneously. Use this board for the creation of customized musical instruments and sound effects, with clear, realistic, three-dimensional sound.

Specifications for the soundboard are given in Section 10, "Specifications."

## Network Support

All systems come with an external LAN connector on the I/O panel of the system board. The system board has an Intel 82558 10BASE-T/100BASE-TX controller. Some systems also come with a 3Com network board.

With the networking capabilities, the system can be connected to another computer, to a LAN, or to the Internet. Systems also have remote startup capability from a server with "Wake-On LAN" technology.

Specifications for the LAN and network boards are given in Section 10, "Specifications."

### PC Adapter Device

Some desktop and minitower systems come with a PC Adapter Device. The PC adapter provides twin PC card slots, which support two Type I/II cards, or one Type I/II card and one Type III card. The adapter supports ISA Plug and Play, and allows cards of mixed voltage to be used in the same system. PC cards can provide the system with memory, storage, fax/modem capabilities, video capabilities, or a serial port interface. The PC adapter driver enables full diskette drive or hard disk emulation on flash cards compatible with all compression and PC-utilities software.

The adapter is comprised of a "SwapBox" housed in a 5 1/4-inch accessible bay, a PC ISA adapter card, and a dual cable that connects them on the PC adapter bus.

PC adapter device specifications are given in Section 10, "Specifications."

### Tape Backup Unit

Some desktop and minitower systems come with a tape backup unit. The tape backup unit is a high-capacity, high-performance data storage device that can compress and write data to and read and uncompress data from tape. The unit also comes with backup software used to tailor the backup process so that some or all of the files on the system can be backed up to a tape cartridge. Files backed up to a tape backup unit are compressed to conserve space and to speed up the backup process.

The tape backup unit installs in a 5 1/4-inch accessible bay. The installed tape backup unit is connected to an IDE cable that connects to the riser board. The PCI/IDE channel and the master/slave configuration of the unit depend on the specific configuration of the system.

PCI/IDE connector locations on the riser board are given in Section 5, "Riser Board." Tape backup unit specifications are given in Section 10, "Specifications."

### Zip Drive

Some desktop and minitower systems come with a Zip drive. The Zip drive is a high-capacity, high-performance data storage device that writes data on and reads data from Zip disks. A Zip disk is flexible media contained in a durable plastic cartridge. The Zip drive supports removable Zip disks with a formatted capacity of 100 MB. The Zip drive can be used to back up work, archive old files, and transport work between computers.

The Zip drive is installed in a 5 1/4-inch accessible bay. The installed Zip drive is connected to an IDE cable that connects to the riser board. The PCI/IDE channel, and the master/slave configuration of the drive depend on the specific configuration of the system.

PCI/IDE connector locations are given in Section 5, "Riser Board." Zip drive specifications are given in Section 10, "Specifications."

## *Speakers*

Some systems come with a high-quality stereo speaker set, an AC adapter, and connecting cables. Speaker sets feature a volume control, power on/off switch, power lamp, and treble control. Some speaker sets also include a subwoofer output jack. The speaker set connects to the speaker line out jack on the back of the system.

Speaker specifications are given in Section 10, "Specifications."

# *2*

# System Configuration

- Interrupt Requests
- Jumper Settings
- CMOS Setup Utility
- Video Modes
- Resolutions for NEC VistaScan USB Monitors
- Utilities
- NEC OS Restore CD
- NEC Application and Driver CD
- NEC Help Center
- Intel Processor Serial Number Control Utility

This section provides information for configuring the system. The section includes:

- system interrupt request (IRQ) assignments

- system jumper settings

- procedures for using the CMOS Setup Utility to configure the system

- descriptions of video modes

- information on power management

- descriptions and procedures for using the following utilities and applications

  — BIOS Update utility

  — LANDesk Client Manager

  — NEC Auto Backup utility

  — NEC OS Restore CD

  — NEC Application and Driver CD

  — NEC Help Center

  — Cheyenne Backup

  — NEC ToolTelligent™ Suite

  — NEC WebTelligent™

  — NEC SNMP Agent

  — NEC Configuration Change Notice

  — NEC Auto Backup Utility.

# Interrupt Requests

The following paragraphs list the system interrupts (IRQs). Section 4, "System Board," includes information on system resources (memory map, I/O addresses, and DMA settings).

## System Interrupts

The system has 16 IRQs (IRQ 0 through 15) assigned to different devices (for example, printer, modem, keyboard, mouse). Initial IRQ settings are assigned at the factory, with settings dependent on the installed device(s). Several IRQs are unassigned for the installation of add-on devices. See "CMOS Setup Utility" in this section for information on using the utility to assign or change the interrupts.

The following table lists the IRQ settings. Note that assignments 0 through 15 are in order of decreasing priority.

### Interrupt Level Assignments*

| Interrupt Priority | Interrupt Device |
|---|---|
| NMI | I/O Channel Check |
| IRQ00 | System Timer |
| IRQ01 | Keyboard |
| IRQ02 | Programmable Interrupt Cascade |
| IRQ03 | COM2* |
| IRQ04 | COM1* |
| IRQ05 | YAMAHA DS-XG Legacy Sound System |
| IRQ06 | Diskette Drive Controller |
| IRQ07 | Parallel Port 1 |
| IRQ08 | System CMOS/Real-Time Clock |
| IRQ09 | User Available |
| IRQ10 | User Available (SCSI board for SCSI configurations) |
| IRQ11 | YAMAHA DS-XG PCI Audio CODEC<br>Intel 82371AB/EB PCI to USB Universal Host Controller<br>Intel 82558-based Integrated Fast Ethernet for WfM<br>RagePro Turbo AGP (English)<br>IRQ Holder for PCI Steering |
| IRQ12 | Mouse |
| IRQ13 | Reserved, Math Coprocessor |
| IRQ14 | Primary IDE<br>Intel 82371AB/EB PCI Bus Master IDE Controller |
| IRQ15 | Secondary IDE<br>Intel 82371AB/EB PCI Bus Master IDE Controller |

* In Plug and Play systems, these interrupts are typical but may vary by configuration.

# Jumper Settings

Jumpers on the boards and devices in the system are used to set the system configuration. Boards and devices using jumpers include:

- system board

- IDE hard drives

- CD-ROM drives

- fax/modem board

- Zip drive

- tape backup unit.

The following sections provide information and guidelines about the jumpers and their factory settings.

> ▤ **Note:** Jumpers are set correctly at the factory for the system configuration. If a jumper change is required, change only the setting for that condition.

## System Board Configuration Settings

System board jumpers enable you to configure your system for a particular system requirement.

You may need to change the system board settings to:

■ configure the system for a graphics board by disabling the onboard VGA

■ restore the CMOS settings to their factory state

■ prepare the system for the installation of a slower processor

■ configure the system to power on when the power cable is plugged in instead of when the power button is pushed.

> ⚠ **CAUTION**
>
> Jumpers are set correctly at the factory for your configuration.
>
> If your system requires a jumper change, change only the setting for that condition. Otherwise, keep the jumpers at their factory settings.

The following figure shows jumper locations on the system board.

*Locating System Board Jumpers*



**A** – JVGA1 (VGA Mode)        **C** – JP1 (Power On Mode)
**B** – JBAT1 (CMOS Clear)

*Setting Onboard VGA*

If you add a graphics board to your system, you must disable the onboard VGA by changing the jumper setting on block JVGA1 (see the following table).

### Onboard VGA Jumper Settings

| JVGA1 | Function |
|-------|----------|
| 1-2 | Enables onboard VGA. |
| 2-3 | Disables onboard VGA. |

## Clearing CMOS

If you need to manually reset your CMOS settings to their factory state, change the jumper setting on block JBAT1 after the system has been unplugged. The following table lists the jumper settings, and the function of each setting. Move the jumper back to pins 1-2 (to keep future CMOS changes) after waiting approximately five seconds.

### CMOS Clear Jumper Settings

| JBAT1 | Function |
|-------|----------|
| 1-2 | Keeps CMOS changes. |
| 2-3 | Clears CMOS changes. |

## Setting the Power On Mode

Your system can be jumpered to start up in two ways:

- when the power button is pressed, or

- when the power cable is connected ("Immediate Boot Up").

To change the way your system starts up, change the jumper setting on block JP1. The following table lists the jumper settings, and the function of each setting.

> **Note:** If a Power On mode is set in the CMOS Setup Utility, it overrides the JP1 jumper setting.

### Power On Mode Jumper Settings

| JP1 | Function |
|-----|----------|
| 1-2 | Boot up when power button is pressed. |
| none | Immediate boot up when power cable is connected. |

### NEC 32X CD-ROM Drive Jumper Settings

The factory settings for the jumpers on the NEC 32X CD-ROM drive are shown in the following table. The drive is set as the master device on the secondary channel. Specifications for the CD-ROM drive are included in Section 10.

#### NEC 32X CD-ROM Drive Jumper Settings

| Jumper | Jumper Pin Settings |
| --- | --- |
| Cable Select (CS) | Not used. |
| Slave Present (SL) | Disabled, pin 2 open (factory default).<br>Enabled, pin 2 jumpered. |
| Master Select (MA) | Enabled, pin 3 jumpered (factory default).<br>Disabled, pin 3 open. |

## Lite-ON 32X CD-ROM Drive Jumper Settings

The factory settings for the jumpers on the Lite-ON 32X CD-ROM drive are shown in the following table. The drive is set as the master device on the secondary channel. Specifications for the CD-ROM drive are included in Section 10.

#### Lite-ON 32X CD-ROM Drive Jumper Settings

| Jumper | Jumper Pin Settings |
| --- | --- |
| Cable Select (CS) | Not used. |
| Slave Present (SL) | Disabled, unjumpered (factory default).<br>Enabled, jumpered. |
| Master Select (MA) | Enabled, jumpered (factory default).<br>Disabled, unjumpered. |

## Zip Drive Jumper Settings

The factory settings for the jumpers on the Zip drive are shown in the following table. The settings description applies when looking at the back of the drive, with the IDE connector to the left of the jumper block. The drive is set as the slave device on the primary channel. Specifications for the Zip drive are included in Section 10.

#### Zip Drive Jumper Settings

| Jumper | Jumper Pin Settings |
| --- | --- |
| Drive 0 Select (Master Drive Select) | Right two pin sets jumpered. |
| Drive 1 Select (Slave Drive Select) | Right-most pin set jumpered. |
| Cable Select Mode | All three pin sets jumpered. |

### Tape Backup Unit Jumper Settings

The factory settings for the jumpers on the tape backup unit are shown in the following table. Specifications for the unit are included in Section 10.

**Tape Backup Unit Jumper Settings**

| Jumper | Jumper Pin Settings |
| --- | --- |
| Cable Select (CS) | Not used (pins 1-2 open). |
| Master Device (DS) | Enabled, DS (pins 5-6) jumpered.<br>Disabled, DS (pins 5-6) open (factory default). |
| Slave Device (SL) | Disabled, SL (pins 3-4) open (factory default).<br>Enabled, SL (pins 3-4) jumpered. |

# CMOS Setup Utility

The CMOS Setup Utility is a program for configuring the BIOS settings for the main components of your computer.

Your system ships from the factory with the correct system parameters for your configuration. Unless you add optional hardware, you do not need to run the CMOS Setup Utility to operate your system. However, you might wish to run the Setup utility to set features that customize your system, such as power management and security features.

System configuration information is stored in nonvolatile memory. A nonvolatile memory device retains its data when system power is turned off. Nonvolatile memory in your system is stored in a complementary metal-oxide semiconductor (CMOS) chip backed up by a battery on the system board. The battery supplies continuous power to CMOS memory and maintains configuration information when system power is off.

NEC CSD recommends that you print out or write down your current CMOS Setup parameters and store the information in a safe place. This lets you restore your system to the current parameters if you ever need to replace the battery.

## When to Use CMOS Setup

The BIOS Setup utility is used to view and set parameters. Use the Setup utility to:

■ set the time and date

■ update or check parameters when adding or removing expansion options

■ change or set power management features

■ correct a hardware discrepancy when the Power-On Self-Test (POST) displays an error message and prompts to run Setup

■ check the installation of optional memory by comparing the amount of memory installed with the amount of memory displayed by Setup

■ change certain operating parameters, such as boot device sequence and keyboard parameters

■ configure system connections for peripherals such as diskette drive, hard drives, and devices connected to the printer port and serial ports

■ customize the system with security features such as passwords, diskette drive restriction, virus check reminder, and system backup reminder

■ set system parameters after the CMOS battery is replaced.

*Note:* If a Power On mode is set in the CMOS Setup Utility, it overrides the JP1 jumper setting.

## How to Start CMOS Setup

To start the CMOS Setup Utility, follow these steps:

1. Turn on or reboot the system.

2. Press **F2** as soon as you see this message:

   Press [ESC] to show POST, [F2] to enter SETUP.

   You have about five seconds to press **F2** before the system boot continues.

3. Setup's Main menu appears and looks similar to the following screen.

### CMOS Setup Utility Main Menu



**A** – Menu Title                    **D** – Navigation Keys
**B** – Selected Menu Item            **E** – Description of Selected Menu Item
**C** – Menu Items

## How to Use CMOS Setup

Use the keys described in the narrow legend near the bottom of the Setup menu to make your selections or exit the current menu. The following table describes the navigation keys.

### Navigation Keys

| Key | Function |
| --- | --- |
| Esc | Quits the menu. |
| Enter | Executes command or brings up a submenu. |
| ↑ or ↓ arrow keys | Moves cursor up and down. |
| ← or → arrow keys | Moves cursor left or right |
| F1 or ESC | Help |

To display a submenu, use the arrow keys to move the cursor to the submenu you want. Then press **Enter**.

## Main Menu

The CMOS Setup Utility comes up displaying the Main menu. See "How to Start CMOS Setup" for a look at a typical Main menu screen.

The Main menu provides menu items for ten setup functions and two exit choices. Use the arrow keys to select a menu item. A brief description of the option appears along the bottom of the Main menu screen when a menu item is selected.

The following menu items are available from the Main menu.

- Standard CMOS Setup
- BIOS Features Setup
- Chipset Features Setup
- Power Management Setup
- PNP/PCI Configuration Setup
- Load Setup Defaults
- Special Features Setup
- Integrated Peripherals
- Supervisor Password
- User Password
- Save & Exit Setup
- Exit Without Saving

Press **Enter** to bring up the selected submenu. Items with grayed-out text are not changeable from the submenu.

## Standard CMOS Setup

Choose the Standard CMOS Setup menu by selecting it from the Main menu and pressing **Enter**.

The following information is displayed in the Standard CMOS Setup menu.

- Date
- Time
- Hard disk type, size, cylinders, heads, preconfiguration mode
- Diskette Drive
- Base Memory
- Extended Memory
- Other Memory
- Total Memory

## BIOS Features Setup

Choose the BIOS Features Setup menu by selecting it from the Main menu and pressing **Enter**.

 **CAUTION**

Setting items on this menu to incorrect values can cause your system to malfunction.

This menu provides access to enhanced BIOS features. The following features are available from the BIOS Features Setup menu.

- Anti-Virus Protection
- CPU L2 Cache ECC Checking
- Processor Number Feature
- Quick Power-On Self Test
- Boot from LAN First
- Boot Sequence
- Boot Up Num Lock Status
- Gate A20 Option
- Security Option
- PCI/VGA Palette Snoop
- OS Select for DRAM > 64MB

- Delay For HDD (Secs)
- DMI Event Log
- Clear All DMI Event Log
- View DMI Event Log
- Mark DMI Events as Read
- Event Log Capacity
- Event Log Validity

### *Chipset Features Setup*

Choose the Chipset Features Setup menu by selecting it from the Main menu and pressing **Enter**.



**CAUTION**

Setting items on this menu to incorrect values can cause your system to malfunction.

The following features are available from the Chipset Features Setup menu.

- DRAM Data Integrity Mode (for example, Non-ECC or ECC)
- Memory Hole at 15M-16M
- AGP Aperture Size (MB)

### *Power Management Setup*

Choose the Power Management Setup menu by selecting it from the Main menu and pressing **Enter**.



**CAUTION**

Setting items on this menu to incorrect values can cause your system to malfunction.

**Note:** If a Power On mode is set in the CMOS Setup Utility, it overrides the JP1 jumper setting.

The following features are available from the Power Management Setup menu.

- Power Management
- PM Control by APM
- Video Off method (suspend, standby, doze, NA)
- Video Off After

- MODEM Use IRQ

- Reserve IRQ 9

- Doze Mode

- Standby Mode

- Suspend Mode (disabled by default if Power Management is disabled)

- HDD Power Down (disabled by default if Power Management is disabled)

- HDD Down When Suspend

- Soft-Off by PWR-BTTN (instant-off/delay 4 seconds)

- CPUFAN Off In Suspend

- PWRFAN Off In Suspend

- Resume by Ring

- Resume by Alarm

- Date (of Month) Alarm (appears only when Resume by Alarm is enabled)

- Time (hh:mm:ss) Alarm (appears only when Resume by Alarm is enabled)

- Wake Up On LAN

- Restore AC/Power Loss

- IRQ[3-7,9-15],NMI

- Primary IDE 0

- Primary IDE1

- Secondary IDE 0

- Secondary IDE 1

- Floppy Disk

- Serial Port

- Parallel Port

### PNP/PCI Configuration Setup

Choose the PNP/PCI Configuration Setup menu by selecting it from the Main menu and pressing **Enter**.



## ⚠ CAUTION

Setting items on this menu to incorrect values can cause your system to malfunction.

The following features are available from the PNP/PCI Configuration Setup menu.

- PNP OS Installed
- Resources Controlled By (for IRQs 3, 4, 5, 7, 9, 10, 11, 12, 14, and 15, with settings for PCI/ISA PnP or Legacy ISA)
- Reset Configuration Data
- Assign IRQ For VGA
- Assign IRQ For USB

### Load Setup Defaults

Choose the Load Setup Defaults menu by selecting it from the Main menu and pressing **Enter**. A dialog box appears so you can confirm this choice, or abort the process.



## ⚠ CAUTION

Setting items on this menu to incorrect values can cause your system to malfunction.

### Special Features Setup

Choose the Special Features Setup menu by selecting it from the Main menu and pressing **Enter**.



## ⚠ CAUTION

Setting items on this menu to incorrect values can cause your system to malfunction.

The following features are available from the Special Features Setup menu.

- under POST SHOWING

  — Chassis Fan Detected

  — Power Fan Detected

  — CPU Fan Detected

  — Chassis Intrusion Detect

  — Voltage Detected

- under CPU PLUG & PLAY

  CPU Speed:

  — Disable

  — Manual

  — 200 MHz (66 x 3)

  — 233 MHz (66 x 3.5)

  — 266 MHz (66 x 4)

  — 300 MHz (66 x 4.5)

  — 333 MHz (66 x 5)

  — 366 MHz (66 x 5.5)

  — 400 MHz (66 x 6)

  — 500 MHz (66 x 7.5)

- under System Monitor

  — Chassis Fan RPM

  — Power Fan RPM

  — CPU Fan RPM

  — System Temperature

  — CPU Temperature

  — CPU Critical Temp

  — Shutdown Temp

## *Integrated Peripherals*

Choose the Integrated Peripherals menu by selecting it from the Main menu and pressing **Enter**.



### ⚠ CAUTION

Setting items on this menu to incorrect values can cause your system to malfunction.

The following features are available from the Integrated Peripherals menu.

- IDE HDD Block Mode
- IDE Primary Master PIO (only appears when On-Chip Primary PCI IDE is set to enabled)
- IDE Primary Slave PIO (only appears when On-Chip Primary PCI IDE is set to enabled)
- IDE Secondary Master PIO (only appears when On-Chip Secondary PCI IDE is set to enabled)
- IDE Secondary Slave PIO (only appears when On-Chip Secondary PCI IDE is set to enabled)
- IDE Primary Master UDMA
- IDE Primary Slave UDMA
- IDE Secondary Master UDMA
- IDE Secondary Slave UDMA
- On-Chip Primary PCI IDE
- On-Chip Secondary PCI IDE
- USB Keyboard Support
- Init Display First (PCI slot or AGP)
- Onboard Sound
- Onboard LAN
- Onboard FDC Controller
- Onboard Serial Port 1
- Onboard Serial Port 2
- Onboard Parallel Port
- Parallel Port Mode

### Supervisor Password

Choose the Supervisor Password menu by selecting it from the Main menu and pressing **Enter**.

 **CAUTION**

Setting items on this menu to incorrect values can cause your system to malfunction.

Follow the prompts in the dialog box to set up, change, or disable the Supervisor password.

### User Password

Choose the User Password menu by selecting it from the Main menu and pressing **Enter**.

 **CAUTION**

Setting items on this menu to incorrect values can cause your system to malfunction.

Follow the prompts in the dialog box to set up, change, or disable the User password.

### Save & Exit Setup

Choose the Save & Exit Setup menu by selecting it from the Main menu and pressing **Enter**.

 **CAUTION**

Setting items on this menu to incorrect values can cause your system to malfunction.

This menu allows you to save CMOS value changes and exit the CMOS Setup Utility. A dialog box appears so you can confirm this choice, or abort the process and stay in the Setup Utility.

### Exit Without Saving

Choose the Exit Without Saving menu by selecting it from the Main menu and pressing **Enter**.



### ⚠ CAUTION

Setting items on this menu to incorrect values can cause your system to malfunction.

This menu allows you to abandon all CMOS value changes and exit the CMOS Setup Utility. A dialog box appears so you can confirm this choice, or abort the process and stay in the Setup Utility.

# Video Modes

The system supports the following 2D display mode resolutions, colors, and refresh rates:

- 640 by 480 pixels, 256/65K/16.7 million colors, 200 Hz (maximum)

- 800 by 600 pixels, 256/65K/16.7 million colors, 200 Hz (maximum)

- 1024 by 768 pixels, 256/65K/16.7 million colors, 150 Hz (maximum)

- 1152 by 864 pixels, 256/65K/16.7 million colors, 120 Hz (maximum)

- 1280 by 1024 pixels, 256/65K/16.7 million colors, 100 Hz (maximum)

- 1600 by 1200 pixels, 256/65K colors with 4-MB SGRAM, 85 Hz maximum

- 1600 by 1200 pixels, 16.7 million colors with 8-MB SGRAM, 75 Hz.

For 3D display modes, the system supports:

- 800 by 600 pixels, 16.7 million colors (4-MB SGRAM)

- 1024 by 768 pixels, 65K colors (4-MB SGRAM)

- 1280 by 1024 pixels, 16.7 million colors (8-MB SGRAM)

- 1600 by 1200 pixels, 65K million colors (8-MB SGRAM).

# Resolutions for NEC VistaScan USB Monitors

The following table lists the supported resolutions for NEC PowerMate Series systems with 15-inch and 17-inch NEC VistaScan™ USB monitors.

 **CAUTION**

Setting resolutions other than the rates listed in the following table generates a "black" monitor screen.

**Resolutions for 15- and 17-Inch NEC VistaScan USB Monitors**

| Mode | Resolution | Horizontal Frequency (KHz) | Vertical Frequency (Hz) |
|------|-----------|---------------------------|------------------------|
| 1 | 720 x 400 | 31.47 | 70 |
| 2 | 640 x 480 | 31.47 | 60 |
| 3 | 800 x 600 | 35.16 | 56 |
| 4 | 1024 x 768 | 35.52 | 87 |
| 5 | 640 x 480 | 37.50 | 75 |
| 6 | 800 x 600 | 37.88 | 60 |
| 7 | 640 x 480 | 43.3 | 85 |
| 8 | 800 x 600 | 46.88 | 75 |
| 9 | 1024 x 768 | 48.36 | 60 |
| 10 | 800 x 600 | 53.67 | 85 |
| 11 | 1024 x 768 | 60.02 | 75 |
| 12 | 1280 x 1024 | 63.98 | 60 |
| 13 | 1024 x 768 | 68.68 | 85 |

# Utilities

The following table lists each utility and application shipped with the system, and the page where its description is found.

**System Utilities**

| Utility | See Page |
|---------|----------|
| FLASH Utility | 2-19 |
| LANDesk Client Manager | 2-20 |
| Cheyenne Backup | 2-24 |
| NEC ToolTelligent Suite | 2-24 |
| NEC WebTelligent | 2-25 |
| NEC SNMP Agent | 2-30 |
| NEC Configuration Change Notification | 2-33 |
| NEC Auto Backup Utility | 2-33 |

## FLASH Utility

The system BIOS resides on a flash read only memory (ROM) chip in your system. Update the Flash ROM with a BIOS flash diskette. The diskette contains the latest version of the BIOS code. You can get the diskette from NEC CSD or download the BIOS from the NEC CSD website or Bulletin Board System (BBS).

Update the BIOS from the BIOS flash diskette as follows.



## ⚠ CAUTION

Perform a flash ROM update with the guidance of a NEC CSD support technician. See Section 9 for information about getting support.

1. Write down the CMOS Setup parameters currently set on the system.

2. Contact NEC CSD support for instructions on downloading the BIOS code and on performing the flash ROM update.

3. Turn off the system.

4. Put the flash diskette in drive A and turn on the system. The Flash Memory Writer menu appears. Do not touch any keys unless directed to do so.

⚠ **CAUTION**

Do not touch any keys once you insert the BIOS flash diskette unless directed to do so.

**5.** Perform the upgrade exactly as directed by the support technician and the onscreen prompts.

**6.** Power off the system as directed (usually by pressing **F1** or pressing the power button).

**7.** After the system powers off, remove the diskette.

**8.** Reboot the system and start the Setup program. Select **Load Setup Defaults** to reset the BIOS defaults. Use the recorded Setup selections you made at the beginning of this procedure to set the parameters.

See Section 9 for information about using the website or the Bulletin Board System.

## LANDesk Client Manager

LANDesk® Client Manager (LDCM) is a software program provided with the computer. LDCM uses the Desktop Management Interface (DMI) standard to manage components (network interface cards, memory, software applications) within a client (local) or remote (workstation) PC system. It provides features for managing the resources of a local PC and can be used by system administrators to manage groups of computer systems.

With Client Manager, the following tasks can be performed:

- using the Wake-On LAN feature, get remote systems on the network up and running from a powered-off state (for example, to perform off-hour maintenance)

- review system inventory of workstation hardware and software components

- view DMI-compliant component information

- set security features to change password (local machine) or enable/disable the serial ports, printer, or diskette drive (system administrator)

- back up and restore system configuration files

- back up system and application software using the NEC Auto Backup utility

- troubleshoot

- receive notice of system events (for example, if the system is running low on memory, you are notified of the potential problem)

- detect changes to CPU, memory, and hard drive characteristics and alert you to these changes (Configuration Change Notification)

- transfer files to and from client workstations

- remotely reboot client workstations.

There are two main components of Client Manager: PC Health Indicator and Inventory.

*PC Health Indicator*

PC health indicator consists of three parts:

- managing workstations

- selecting the PC Health meter

- monitoring PC Health.

For managing workstations, Client Manager sets up a connection to all the workstations running on the network to allow the administrator to monitor the functions of each workstation.

The monitoring is in real time so that if an unhealthy workstation is fixed, the screen can be refreshed to view the new correct PC health. The monitor can also be set to report only unhealthy workstations.

The PC Health meter is a traffic signal that provides a visual indicator of workstation health.

- A red light indicates that a critical system event has occurred. The user is required to fix the problem immediately.

- A yellow light or noncritical system event requires that the user monitor the situation. It may be a problem that could get worse and become a critical event.

- A green light indicates everything is working fine with the system.

The description of PC health is determined by monitoring various system components for threshold levels. Some of the components that are monitored include:

- drive space

- prediction of hard drive failure (S.M.A.R.T. Hard Drive failure prediction)

- free virtual memory

- temperatures

- power supplies

- chassis opened

- GDI used

- non-critical boot failure

- boot virus detection.

Once a threshold level has been passed on a workstation, the user can request notification of the problem and have it written into a log file.

## Inventory

Client Manager Inventory views the hardware and software components of the workstation. The inventory consists of the following categories:

- workstation summary

- basic hardware

- drives

- memory

- audio

- keyboard/mouse

- video

- system resources

- I/O ports

- operating system

- network

- applications

- system files

- user information.

The user can also view the current system configuration, edit user information, and create or restore file snapshots.

## DMI

As a part of the LANDesk Client Manager, the Desktop Management Interface (DMI) is the standard interface used to manage system components on the computer. Examples of system components are network interface cards and software applications. System components provide a Management Information Format (MIF) file to be DMI-compliant. The information file describes component attributes that can be managed.

Client Manager can be used to "get" attribute information on system components. It can also be used to "set" attribute values in real time.

*Monitoring Capabilities*

An NEC MagicEye™ Technology chip on the system board supports many new and advanced real-time monitoring capabilities used by DMI. The chip provides the following:

- an integrated temperature sensor with configurable interrupt generation based on upper and lower temperature limits

- a power supply monitor with configurable interrupt generation based on upper and lower voltage limits

- chassis intrusion detection with interrupt generation capabilities (see "Using the Chassis Intrusion Notification Feature").

To take advantage of these features, DMI has expanded its interface in the following areas.

- Interrupts may be enabled or disabled.

- High and low limits can be set and are displayed for temperature and power supply voltages.

- Current readings are displayed for temperature, power supply voltages, and chassis state.

- Interrupts can be detected when "out of range" conditions occur. User prompts are displayed to alert the user to a potentially harmful condition.

*Using the Chassis Intrusion Notification Feature*

LANDesk Client Manager allows the user to monitor the system against chassis intrusion. Whenever the chassis is opened, LANDesk Client Manager logs the intrusion and reports the incident in a screen message the next time the system is booted. The message appears in a LANDesk Client Manager Notification window. The window appears every time the system is rebooted until the report is cleared.

Close the notification window to remove the message from the screen. Clear the message to prevent it from appearing again the next time the system is rebooted.

To clear the message, follow these steps.

**1.** Access LANDesk Client Manager.

- If the LANDesk Client Manager Notification window is still open, click **Yes**, and then click the **Client Manager** button.

- From the Windows desktop, click **Start** on the taskbar, point to Programs, point to **LANDesk Client Manager**, and click **LANDesk Client Manager**.

- LANDesk Client Manager opens.

**2.** Open the Tools menu and click **PC Health**. The PC Health window appears. The Chassis Opened field displays the **Yes** setting.

**3.** Click **Clear** next to the Chassis Opened field.

**4.** Exit from LANDesk Client Manager.

## Cheyenne Backup

Cheyenne Backup is a data management and backup program, available on systems running the Windows 95 or Windows 98 operating system. This program is separate from but integrates into the Intel LANDesk Client Manager's S.M.A.R.T. Hard Drive Auto-Backup Utility and the NEC Backup Utility. If hard drive performance degrades due to bad sectors or other internal problems, the S.M.A.R.T. Hard Drive utility automatically invokes the Cheyenne Backup program and backs up the entire file system to a Zip drive or to a network drive.

> **Note:** Cheyenne Backup does not work in conjunction with an ATAPI tape drive.

Cheyenne Backup can also do regularly scheduled backups and scan files for viruses during a backup operation.

## NEC ToolTelligent Suite

NEC ToolTelligent™ is a suite of desktop management utilities that allow local and remote resources to be administered over a network.

### NEC ToolTelligent Utilities

NEC ToolTelligent includes the following utilities:

- NEC WebTelligent™ management software for server systems

- NEC WebTelligent Auto Discovery Agent for client systems in a network managed with NEC WebTelligent software

- NEC SNMP Desktop Manager for monitoring the features, configurations, and locations of computers in your network

- NEC SNMP Desktop Agent for the computers in your network managed with the NEC SNMP Desktop Manager

- NEC Configuration Change Notification for screen notifications of changes in the processor, main memory, or hard drive upon restart

- NEC Auto Backup Utility, to detect predicted hard drive failures and to automatically back up the data from the failing drive.

Use the ToolTelligent interface to activate one or more of the utilities in the ToolTelligent suite.

*Installing ToolTelligent Utilities*

NEC ToolTelligent Utilities are installed using the NEC Application and Driver CD.

When ToolTelligent is installed, the NEC Systems Management Tool Suite Installer interface allows you to choose which utilities to install. Utilities can be chosen from a group of client tools, server tools, or both.

- Client tools

  —— NEC Auto Backup Utility

  —— NEC SNMP Agent

  —— NEC WebTelligent Discovery Agent

  —— NEC Configuration Change Notification

- Server tools

  —— NEC SNMP Desktop Manager

  —— NEC SNMP Agent

  —— NEC Auto Backup Utility

  —— WebTelligent Software

Put a check next to the utilities you want to install and follow the screen prompts to install utilities.

Restart the system after the installation is complete.

## NEC WebTelligent

NEC WebTelligent™ is a web-based desktop management system that works with Intel LANDesk Client Manager (LDCM) version 3.32 or later, Desktop Management Interface (DMI) version 2.0, and the world wide web to perform administrative tasks across multiple platforms, either locally or remotely over a network.

Through NEC WebTelligent, the managed client desktop PC administrator can manage from a desktop computer using the Netscape or Microsoft Internet Explorer web browser.

The administrator can perform WebTelligent account and asset management, monitor the "health" of networked systems, and receive alert notifications from managed clients.

NEC WebTelligent has an easy-to-use web-based graphical user interface (see the following screen).

**NEC WebTelligent**



## NEC WebTelligent Features

NEC WebTelligent provides the administrator with the following features and benefits.

- WebTelligent Account Management

  — Create and delete user accounts

  — Change user passwords

  — Disable user accounts

- Asset Management

  — Discovery of networked DMI desktops

  — Display system and hardware component attributes

- System Health Monitoring

  — Set threshold limits for voltage and system temperature

  — Generate alert for high voltage, temperature, or fan speed

  — Generate alert for chassis intrusion

- Session Management

  — Online help

  — View system and log events

- Security

  — Intranet user authentication

  — Chassis intrusion monitoring

- Reduced Costs

  — Free with the purchase of some NEC PowerMate systems

  — Free to download from **www.nec-computers.com.**

### NEC WebTelligent Requirements

WebTelligent installs on a Windows 95, Windows 98, or Windows NT web server with the following minimum configuration:

- Intel Pentium microprocessor

- 32 MB of random access memory

- 20 MB of hard drive space

- Microsoft Windows 95, Windows 98, or Windows NT 4.0 Operating System and associated web server software

  — Microsoft Windows 95 or Windows 98 with Microsoft Personal Web Server version 1.0 or later

  — Microsoft Windows NT with Peer Web Server version 2.0 or later

  — Microsoft Windows NT with Microsoft Internet Information Server version 3.0 or later

  — Microsoft Windows NT with Netscape FastTrack Server version 2.0 or later or Netscape Enterprise version 3.01 or later

- One or more Internet Browsers

  — Microsoft Internet Explorer 4.0 or later

  — Netscape Navigator Gold 3.03 or later

  — Netscape Communicator 4.0 or later

- TCP/IP.

WebTelligent works with networked desktop computers having the following minimum configuration:

- Intel Pentium microprocessor

- 32 MB of random access memory

- Microsoft Windows 95, Windows 98, or Windows NT 4.0 operating system

- Intel LDCM 3.1

- DMI version 2.0

- NEC Auto-Discovery Agent

- TCP/IP.

*NEC WebTelligent Installation*

Install the WebTelligent software and the NEC Auto Discovery Agent software on a Windows 95, Windows 98, or Windows NT web server as follows.

1. Close all open applications before installing WebTelligent and Auto Discovery Agent.

2. Install the web server software on a machine with a host name such as PowerMate-A. Set up the web server as follows.

   ■ Install your web server software — Microsoft Personal Web Server or other software (see the preceding list).

   ■ On the taskbar, click **Start**, point to **Settings**, and click **Control Panel**.

   ■ At the Control Panel, double click **Personal Web Server**.

   ■ In Personal Web Server, click the **Administration** tab.

   ■ In Administration, click **Administration** to start your web browser.

   > **Note:** If the web browser does not start, click the **Startup** tab, click **Start**, click the **Administration** tab, and click **Administration** to start the browser.

3. Install the WebTelligent software on the web server.

   > **Note:** WebTelligent software is available on the NEC Application and Driver CD (on some system models). The software can also be downloaded from the NEC CSD website (**www.nec-computers.com**).

   ■ For systems with WebTelligent on the NEC Application and Driver CD, see "Installing ToolTelligent Utilities."

   ■ If downloading the WebTelligent software from the NEC CSD website (**www.nec-computers.com**), save the download file in your C:\Temp directory or other appropriate directory. Double click **setup.exe**, and follow the prompts.

4. Configure the installation.

   ■ Follow the WWW Administration link, click the **Directories** tab, and edit the home page.

   ■ Modify the directory entry to **C:\Program Files\PBNEC\WebTelligent\html** and click **OK**.

   ■ Scroll to the bottom of the page and set the default document to **login.html**.

   ■ Click **OK**.

**5.** Install the NEC Auto Discovery Agent software on a managed client.

- ■ For systems with the Auto Discovery Agent on the NEC Application and Driver CD, see "Installing ToolTelligent Utilities."

- ■ If downloading the Auto Discovery Agent software from the NEC CSD website (**www.nec-computers.com**), save the download file in your **C:\Temp** directory or other directory. Double click **setup.exe**, and follow the prompts.

> ⊟ **Note:** Before installing the NEC Auto Discovery Agent software on a client, check to see if it is already installed. Look for the directory **C:\Program files\PBNEC\WebTelligent Discovery Agent**. If it is not there, install the software from the NEC Application and Driver CD or download it from the NEC CSD website (www.nec-computers.com).

**6.** Open WebTelligent as follows.

> ⊟ **Note:** LDCM 3.32 or later must be installed on every client.

- ■ At a managed desktop computer, start a web browser. Set the URL to the web server's machine name (for example: **http://PowerMate-A**).

- ■ At the Login screen (see the following screen), enter the following information.

  — At the username field, type **Admin**.

  — At the password field, type **Admin**.

  Note that Admin must use a capital **A** and that the password can be changed after the first login.

*WebTelligent Login Screen*



- Click **Login**. The WebTelligent screen displays (see the following screen).

- Click **Discover** on the WebTelligent screen to collect a list of machines to manage.

- Click on the desktop to be managed.

- A Workstation screen opens to display a summary of the workstation attributes.

- When finished, click **File** and click **Close** to go back to the Windows screen.

*NEC WebTelligent Control Screen*



## NEC SNMP Agent

The NEC Desktop Simple Network Management Protocol (SNMP) Agent is an extension to the Microsoft SNMP Agent. The NEC SNMP Agent permits a network administrator to manage NEC PowerMate clients.

The NEC SNMP Agent performs the following major functions:

- Assets Management — displays system serial number, product model, and more.

- Configuration Management — displays memory size and more.

- Help Desk Support — provides information such as BIOS versions.

- Alert Notification — provides alerts when thresholds are exceeded (for example, when temperatures exceed specified limits in a computer).

SNMP-managed devices on a network send messages (traps) when a preset level of device activity occurs. Notification of events with SNMP traps is sent to a network manager upon reaching either a user-specified over-threshold or under-threshold condition for any supported management information base (MIB) variable.

The following sections describe how to install and configure the NEC SNMP Agent on systems running the Microsoft Windows 95, Windows 98, or Microsoft Windows NT operating system.

## Installing the NEC SNMP Agent

Install the NEC SNMP Agent on a system running the Windows 95, Windows 98, or Windows NT operating system as follows.

> ▤ **Note:** Install the NEC SNMP Agent software from the NEC Application and Driver CD or download the software from the NEC CSD website (**www.nec-computers.com**).

1. For systems with the NEC SNMP Agent on the NEC Application and Driver CD, see "Installing ToolTelligent Utilities" for installation instructions.

2. For systems without NEC SNMP Agent on the NEC Application and Driver CD, download the software from the NEC CSD website (**www.nec-computers.com**). Save the download file in your **C:\Temp** directory or other appropriate directory. Double click **setup.exe** and follow the prompts.

## Configuring the NEC SNMP Agent for Windows 95 or Windows 98

The SNMP Agent is configured with the Windows 95 Policy Editor. The Policy Editor configures the traps, communities, and other policies.

Use the Policy Editor to configure the traps, communities, and other policies as follows.

1. In the Windows taskbar, click **Start**, and point to **Programs**, **Accessories**, and **System Tools**. Click **System Policy Editor**.

2. At the "System Policy Editor," click **File** and point to **Open Registry**. Double click **Local Computer**.

3. Expand Network and expand SNMP to display the list of policies. The policies are:

   ■ Communities — Specifies one or more groups of hosts that this computer belongs to and that can be managed with SNMP.

   ■ Permitted Managers — Limits the set of SNMP management applications that can access this computer to those with the IP or IPX addresses that the user provides.

■ Traps for "Public" Community — Limits the set of computers that receive traps from this computer to those with the IP or IPX addresses that the user provides.

---

📄**Note:** For an SNMP management console, such as the NEC SNMP Desktop Manager and HP OpenView, IP addresses (for example, 157.123.176.100) must be entered in the Traps for "Public Community" to receive traps from the NEC SNMP agents.

For the NEC SNMP Agent to send a trap to the NEC SNMP Desktop Manager, the port number can be configured from the registry: **"HKEY_LOCAL_MACHINE\SOFTWARE\ NEC Computer Systems Division\NEC SNMP Desktop Agent\Port Number"**. The default port number is set to 55593.

---

■ Internet MIB (RFC 1156) — Allows the user to specify a contact name and location for the Internet MIB.

**4.** Check each policy required and highlight the policy name.

■ For Communities, Traps, and Permitted Managers, click **Show** and configure the policy as appropriate.

■ Highlighting the **Internet MIB** policy opens the contact name and location fields in the Policy window for editing.

■ Click **File** and click **Save**.

■ Click **File** and click **Exit**.

*Configuring the NEC SNMP Agent for Windows NT*

Configure the NEC SNMP Agent for Windows NT as follows.

**1.** In the Windows taskbar, click **Start**, point to **Settings**, and click **Control Panel**.

**2.** At the Control Panel, double click the **Network** icon.

**3.** At the Network screen, click the **Services** tab and click **Add**.

**4.** At the Select Network Services screen, highlight **SNMP Service**, and click **OK**.

**5.** At the Microsoft SNMP Properties screen, set three properties:

■ Security — Limits the set of computers than can perform SNMP management on this computer to those in the community and/or specific computer names the user provides.

■ Traps — Limits the set of computers that receive traps from this computer to those in the community and/or specific computer names the user provides.

> ✎ **Note:** For an SNMP management console, such as the
> NEC SNMP Desktop Manager and HP OpenView, IP
> addresses (for example,  157.123.176.100) must be entered
> in the Traps for "Public Community" to receive traps from the
> NEC SNMP agents.
>
> For the NEC SNMP Agent to send a trap to  the NEC SNMP
> Desktop Manager, the port  number can be configured from
> the registry: **"HKEY_LOCAL_MACHINE\SOFTWARE\
> NEC Computer Systems Division\NEC SNMP Desktop
> Agent\Port Number"**. The default port number is set to
> 55593.

- Agent — Allows the user to specify a contact name and location for the computer.

6. Edit the properties.

7. Click **OK** to return to the Network screen.

8. Click **Close** to return to the Windows screen.

## NEC Configuration Change Notification

NEC Configuration Change Notification is an application that runs as Windows starts. It works with the LANDesk application and DMI (Desktop Management Interface) software to determine if there has been a change in the processor, main memory, or hard drive since the last startup. A message appears on the screen when a change is detected.

Install NEC Configuration Change Notification from the NEC Application and Driver CD. For installation information, see "Installing ToolTelligent Utilities."

## NEC Auto Backup Utility

The NEC Auto Backup utility works with LANDesk Client Manager and Cheyenne Backup to detect predicted hard drive failures and to automatically back up the data from the failing drive. The utility only works with SMART hard drives and it requires both LANDesk Client Manager and Cheyenne Backup to function.

The Auto Backup utility runs from the Startup group on the Windows Start menu. The utility has some configuration options that are accessible through the system tray icon. The NEC Tools group on the Start menu includes a ReadMe file containing recent information about the utility as well as access to a Help document.

Cheyenne Backup configuration determines the exact nature of the backup that will be performed automatically. See the online Help for Cheyenne Backup Configuration for information about available options.

Install the NEC Auto Backup Utility from the NEC Application and Driver CD. For installation information, see "Installing ToolTelligent Utilities."

# NEC OS Restore CD

The following procedures describe how to use the NEC OS Restore CD that ships with your system.

Please read the following sections in their entirety before using the NEC OS Restore CD to restore the Windows operating system or the factory-installed drivers on your system.

## Introducing OS Restore Options

Your system comes with an NEC OS Restore compact disc (CD). This CD contains the Windows 95, Windows 98, or Windows NT operating system and device drivers for the hardware that was factory-installed in your system. Should a problem occur that causes data loss or corruption, you can restore your system to its working state using this CD.

After restoring the operating system, use the NEC Application and Driver CD to install your applications, optional drivers, and online documents.

---

**Note:** The computer also comes with the NEC Application and Driver CD. This CD contains applications and online documents, as well as a full suite of optional drivers that are compatible with hardware options offered by NEC CSD. See "NEC Application and Driver CD" for information about installing or restoring applications, optional drivers, and online documents.

---

⚠ **CAUTION**

If possible, back up your data before performing an OS restore.

---

## Choosing a Restore Program

The OS Restore program allows you to reinstall your Windows 95, Windows 98, or Windows NT operating system from the CD. You can perform the restore in the following ways:

- **Auto**, which reformats and repartitions the hard drive before restoring the Windows OS and factory-shipped drivers (see "Auto Rebuild and Restore")

- **Custom**, which reformats the hard drive with the option to repartition before restoring the Windows OS and factory-shipped drivers (see "Custom Rebuild and Restore")

■ **Fix OS** for Windows 95 and Windows 98 systems, which reinstalls the Windows OS while leaving data files intact. It allows you to restore your system to the point where you can back up your data files. This option is intended as a precursor to a full format and restore (see "Fixing the Operating System").

The operating system and factory-shipped drivers are always restored regardless of which program you choose.

After performing an auto or custom OS restore, insert the NEC Application and Driver CD and reinstall any application that came with your system. See "NEC Application and Driver CD" for directions on running this program.

### Launching the NEC OS Restore CD



⚠ **CAUTION**

The OS Restore program can delete all the data on your hard drive. If possible, back up your data before performing an OS restore.

Follow these steps to launch the NEC OS Restore CD:

1. Power on or restart the system and immediately insert the NEC OS Restore CD into the CD-ROM drive. The Operating System Restore Welcome screen appears.

*Welcome Screen*



2. Click **Continue** to continue (or **Exit** to exit the program).

A License Agreement screen appears with three options: Back, Reject, and Accept.

3. Read the license agreement and click **Accept** to continue.

The Restore Mode screen appears with four options: Back, Auto, Custom, and Fix OS.

See one of the following sections to continue with the restore.

- "Auto Rebuild and Restore"

- "Custom Rebuild and Restore"

- "Fixing the Operating System"

## Auto Rebuild and Restore

Follow these steps to rebuild your hard drive and restore your original operating system and drivers using OS Restore.

 **CAUTION**

This OS Restore program deletes all the data on your hard drive. If possible, back up your data before performing an OS restore.

1. Launch the NEC OS Restore CD and follow the prompts to get to the Restore Mode screen (see "Launching the NEC OS Restore CD").

2. Click **Auto** to repartition and reformat your hard drive.

- If you are running Windows NT 4.0, skip to **step 4**.

- If you are running Windows 95 or Windows 98, the Partition Information screen appears.

📝**Note:** Clicking Auto repartitions and reformats your hard drive before reinstalling the operating system.

3. The Partition Information screen that appears in Windows 95 or Windows 98 has three options (Back, FAT 16, and FAT 32) and lets you select the File Allocation Table (FAT) type you want to use for the operating system restore:

- Click **Back** to return to the Operating Mode screen.

- Click **FAT 16** to select the FAT 16 allocation table (current FAT type).

- Click **FAT 32** to select the FAT 32 allocation table (available for Windows 95 or Windows 98 systems only).

**Note:** Some older software may not work in a Windows 95 or Windows 98 system configured for FAT 32. In addition, select FAT16 if a dual-boot system (with Windows 95 or Windows 98 and Windows NT 4.0) is desired.

4. A FAT 16 or FAT 32 Partition warning screen appears indicating that the system is about to partition and format your hard drive using the FDISK program. This warning screen contains three options: Back, Exit, and Continue.

5. Click **Continue**. The following steps should take place.

   - system performs FDISK

   - system reboots

   - partitions are formatted

   - OS and drivers load from the CD

   The "Operating System Restore Completed" screen appears when all files have been restored.

6. Remove the CD from the CD tray.

7. Click **OK** to reboot.

This completes the Auto Rebuild and Restore procedure.

See "NEC Application and Driver CD" for instructions on installing any of the applications or online documents, or to install device drivers that did not come with your system.

Restore any application or driver that was not provided by NEC by using the vendor diskette(s) or CD-ROM(s) included in its original packaging.

## *Custom Rebuild and Restore*

Follow these steps to format your hard drive with choices on repartitioning the drive:



### ⚠ **CAUTION**

This OS Restore program deletes all the data on your hard drive. If possible, back up your data before performing an OS restore.

1. Launch the NEC OS Restore CD and follow the prompts to get to the Restore Mode screen (see "Launching the OS Restore CD").

2. Click **Custom** to repartition and/or and reformat your hard drive before reinstalling the operating system.

After you click Custom, the integrity of your system's existing FAT table is verified.

■ If the table is functional, a Partitioning the Hard Drive screen appears with options allowing you to retain the present partition structure or partition the hard disk using FAT16 or FAT32.

■ If the existing partition table is not functional, the system performs an "Auto" restore as described in "Auto Rebuild and Restore."

3. If you want to partition and reformat the hard drive, go to **step 5**. Otherwise, click **Skip** to retain the present partition structure on the hard drive.

The Format Mode screen appears with four options: Back, Quick, Full, and Exit.

■ Click **Back** to return to the Partition Information screen.

■ Click **Quick** to do a quick hard drive format.

■ Click **Full** to do a full hard drive format.

■ Click **Exit** to terminate the restore process.

4. After you select the type of hard drive format you want to do (Quick or Full), the Formatting Drive(s) screen appears with a status bar showing the progress of the formatting.

After the drive has been reformatted, the Installing Applications screen appears, indicating the status as the operating system loads from the CD.

The drivers and other software components required for the operating system are also loaded from the CD.

After the OS finishes loading, the "Operating System Restore Completed" screen appears. Skip to **step 6**.

5. To partition the hard drive, click **Continue** on the Partitioning the Hard Drive screen. The Partition Information screen appears (in Windows 95 and Windows 98 systems; in Windows NT 4.0 systems, the FAT16 Partition warning appears as described in **step 7**).

6. The Partition Information screen has three options and lets you select the File Allocation Table (FAT) type you want to use for the operating system restore:

■ Click **FAT 16** to select the FAT16 allocation table (current FAT type).

■ Click **FAT 32** to select the FAT32 allocation table (available for Windows 95 and Windows 98 systems only).

> **Note:** Some older software may not work in a Windows 95 or Windows 98 system configured for FAT 32.

>  **Note:** In Windows NT 4.0 systems, the Partition Information screen does not appear. Instead, the FAT16 Partition warning appears. This screen is described in the following paragraph.

7. After you select the FAT type, a FAT 16 or FAT 32 Partition warning screen appears indicating that the system is about to partition and format your hard drive using the FDISK program. This warning screen contains three options: Back, Exit, and Continue.

8. Click **Continue**. The system performs FDISK using the FAT type selected, the system reboots, the partitions are formatted, and the OS and drivers load from the CD.

   The "Operating System Restore Completed" screen appears when all files have been restored.

9. Remove the CD from the CD tray.

10. Click **OK** to reboot.

This completes the Custom Rebuild and Restore procedure.

See "NEC Application and Driver CD" for instructions on installing any of the applications or online documents, or to install device drivers that did not come with your system.

Restore any application or driver that was not provided by NEC by using the vendor diskette(s) or CD-ROM(s) included in its original packaging.

## Fixing the Operating System

Follow these steps to restore the operating system to a state for retrieving and backing up data without repartitioning or reformatting the hard drive. Once all data is backed up, perform another NEC OS Restore using the Auto or Custom option.

> ⚠ **CAUTION**
>
> The Auto and Custom OS Restore programs delete all the data on your hard drive. If possible, back up your data before performing an Auto or Custom OS Restore.

1. Launch the NEC OS Restore CD and follow the prompts to get to the Restore Mode screen (see "Launching the OS Restore CD").

2. Click **Fix OS** to do a basic operating system restore.

   After you click Fix OS, the Fix OS screen appears. The Fix OS screen has two options (Back and Continue).

**3.** Click **Continue**. The Installing Applications screen appears, showing the status of the restore. It also displays the version of Windows OS being installed. The installation can take from 5 to 10 minutes.

 **Note:** The drivers and other software components required for the operating system are also loaded from the CD.

After the OS finishes loading, the "Operating System Restore Completed" screen appears.

**4.** Remove the CD from the CD tray.

**5.** Click **OK** to reboot.

This completes the OS Restore (or "Fix OS") procedure. The system is now in a state where data can be backed up.

System settings previously located in the **C:\windows** directory are now in a backup directory **c:\windows.org**.

⚠ **CAUTION**

Some or all applications might not exhibit full functionality after the Fix OS is performed. To restore the system to its factory-installed state perform another OS restore using the Auto or Custom option. See "Auto Rebuild and Restore" or "Custom Rebuild and Restore."

Some or all applications might not exhibit full functionality. To restore the system to its factory-installed state, perform another NEC OS Restore using the Auto or Custom option (see "Auto Rebuild and Restore" or "Custom Rebuild and Restore").

⚠ **CAUTION**

Using the Fix OS option repetitively without using the Auto or Custom option afterward might cause unpredictable results.

# NEC Application and Driver CD

Your system comes with an NEC Application and Driver CD. Use this CD to install any or all of the software that comes with your system, including

- applications

- device drivers

- the NEC Help Center (online documentation)

- the Healthy Environment online brochure.

**Note:** If you restore the operating system, the drivers that were factory-shipped are automatically installed.

Should a problem occur that causes data loss or corruption, you can restore these files to your computer using one of the programs on the CD.

## Launching the Application and Driver CD

Use the Application and Driver CD to install applications, drivers, utilities, Internet browsers, and the online NEC Help Center.

Follow this procedure to launch the Application and Driver CD.

⚠ **CAUTION**

Do not select and install drivers for any hardware that is not currently installed on the system. Doing so can damage the operating system.

In Windows, launch the Application and Driver CD by inserting the CD into the CD-ROM drive.

The Application and Driver Installation Utility dialog box appears. See "Installing Software" for further instructions.

## *Installing Software*

The Application and Driver Installation Utility dialog box consists of the following components:

- Selection Tabs — Located just below the title bar, each tab represents a software category. The selection tabs include applications, drivers, utilities, Internet browsers, and the online NEC Help Center.

- Description — Located in the bottom portion of the dialog box, the text describes the selected or highlighted software category or application, driver, and so on.

- Install — Clicking the Install button installs the selected software.

- Exit — Clicking the Exit button closes the Application and Driver Installation Utility dialog box.

Once the Application and Driver Installation Utility dialog box appears, follow these steps to install the desired software.

1. Click the selection tab of your choice.

2. Click the desired application, driver, or utility.

 **CAUTION**

Do not select and install drivers for any hardware that is not currently installed on the system. Doing so can damage the operating system.

3. Click the **Install** button to install your selection.

   Follow the on-screen instructions to install your selection.

4. Click **Exit** to close the Application and Driver Installation Utility dialog box.

5. Remove the CD from the CD-ROM drive when the installation is complete.

# *NEC Help Center*

NEC CSD provides an online NEC Help Center. The Help Center comes on the NEC Application and Driver CD. It's easy to install and it provides an overview of your computer.

To install the NEC Help Center, see the following section, "Installing the NEC Help Center."

To uninstall the NEC Help Center, follow the instructions in "Uninstalling the NEC Help Center."

### Installing the NEC Help Center

Install Microsoft Internet Explorer 4.01 on the system before installing the NEC Help Center. The Help Center requires Microsoft Internet Explorer 4.01 to run and it cannot be installed from the NEC Application and Driver CD unless Internet Explorer 4.01 has already been installed.

> **Note:** Install Microsoft Internet Explorer 4.01 on the system *before* installing the NEC Help Center. The Help Center requires IE 4.01 to run. IE 4.01 comes preinstalled on systems with the Windows 98 operating system.

Follow the instructions in the previous section, "NEC Application and Driver CD" to install the NEC Help Center online documentation. The NEC Help Center is in the list of applications that appear when the NEC Application and Driver CD is launched. Install it in the same manner as the applications and drivers in the list.

### Uninstalling the NEC Help Center

To uninstall the NEC Help Center, use these steps:

1. Access the **C:\Program Files\nechlpct** directory.

2. Double click the **Unwise.exe** icon. All files related to the NEC Help Center and the **C:\Program Files\nechlpct** directory are removed from the system.

To reinstall the NEC Help Center, use the NEC Application and Driver CD and follow the instructions in "Installing the NEC Help Center."

# Intel Processor Serial Number Control Utility

The Intel® Processor Serial Number Control utility is a Windows® program that enables or disables the reading of the Pentium® III processor serial number by software. This function lets you control which software programs or websites have permission to read the processor serial number. When installed, the utility runs automatically each time the system powers on.

This utility places an icon in the Windows system tray. The icon provides a visual status of the processor serial number. You have the option of hiding the system tray icon. You can disable the processor serial number at any time. However, enabling the serial number requires restarting the system.

The following information describes:

- system requirements

- installation procedures

- processor serial number features

■ FAQs

■ errata

■ technical support.

## System Requirements

The Intel Processor Serial Number Control utility requires:

■ a Pentium III processor-based system

■ Windows 95, Windows 98, or Windows NT® 4.0 (or later)

■ 2 megabytes of hard drive space.

## Installation

The Intel Processor Serial Number Control Utility (version 1.0) comes on the NEC Application and Driver CD. See your PowerMate user's guide for information about using the NEC Application and Driver CD.

Run **setup.exe** from the directory where you unzip the file.

> **Note:** Installing this utility on a system that does not contain a Pentium III processor generates an error message.

## Processor Serial Number

The Intel processor serial number, a new feature of the Pentium III processor, is an identifier for the processor. The processor serial number is designed to be unique, and when used in conjunction with other identification methods, can be used to identify the system or user. This number can be used in a wide variety of applications that benefit from stronger forms of system and user identification.

The processor serial number is analogous to a conventional serial number, with these important differences:

■ A software application can read the processor serial number.

■ You can disable the reading of the serial number via utility programs such as this one, or via the BIOS, depending on the system configuration.

For additional information about the Pentium III processor and the processor serial number, please visit **www.intel.com/pentiumiii**.

## FAQs

### What are the benefits of the processor serial number?

You can use the processor serial number in applications that benefit from stronger forms of system and user identification.

### Why would I want to turn off my processor serial number?

Intel believes the processor serial number can provide compelling benefits to users. They are developing features in conjunction with the processor serial number to allow responsible service providers to provide services that maintain your privacy. However, if you are concerned that a given application/service using your processor number might impact your privacy, you can turn off the processor serial number using the utility.

### What is the default state of the processor serial number?

The default state of the processor serial number is on, until the Processor Serial Number Control utility is installed. Once the Processor Serial Number Control utility is installed, it turns the processor serial number off by default. You can use the utility to turn on the processor serial number.

### Can a website read my serial number without my knowledge?

No, generally not. Websites cannot read serial numbers unless you allow them to download a program that can read the processor serial number. Almost all browsers are configured to warn users whenever they download executable software. Unless you disable the warning in the browser, you should receive a notification.

### Does Intel track serial numbers?

Generally not, other than related to the manufacturing process. Intel does not, in the absences of advance and express consent of a user, collect serial number data that is otherwise identified with a user.

### Which programs and/or websites currently use the processor serial number?

You can find a complete list of programs that can take advantage of the processor serial number and other new capabilities of the Pentium III processor at **http://www.intel.com/pentiumiii/utility.htm**.

### How can I tell if my processor serial number is turned on?

The vast majority of Pentium III processor-based systems ship with the processor serial number enabled. The control utility allows you to check the status by:

- Viewing the icon itself. The disabled icon shows a red circle with a white "x."

- Clicking the task tray icon and selecting the "Status" menu item. Or you can select the menu from the tool tip shown when you position the mouse over the task tray icon.

## Technical Support

For worldwide 7 days a week, 24 hours a day technical support, please visit the Intel support website at **http://support.intel.com**.

Email: **support@intel.com**.

In the United States, call **800-628-8686** from 5:00 a.m. to 5:00 p.m. Pacific Standard Time.

For world wide phone contacts, please see **http://support.intel.com/support/feedback.htm**.

# 3

# Disassembly and Reassembly

- System Unit Cover
- Front Panel
- Diskette Drive
- 5 1/4-Inch Device
- Internal Hard Drive
- DIMM
- System Board
- Expansion Board
- Processor
- Internal Brackets — Desktop
- Riser Board
- Front Control Board
- USB Board
- Intrusion Switch
- Power Supply
- CMOS Battery
- Chassis Foot
- System Board Rail

This section contains step-by-step disassembly procedures for the system unit. Unless stated otherwise, reassembly is performed by reversing the disassembly sequence. A simplified disassembly illustration is provided with most procedures. Section 6 includes a parts list and an illustrated parts breakdown showing an exploded view of the system.

A Phillips-head screwdriver is the only required tool. For complete disassembly of the system unit, follow the disassembly order listed in the following table. To reassemble, follow the table and procedures in reverse order.

Individual removal procedures do not require the total disassembly of the workstation. Each of the following subsections lists the parts that must be removed before beginning the removal procedure.

### PowerMate ES 5200 Series Disassembly Sequence

| Sequence | Part Name | See Page |
|---|---|---|
| 1 | System unit cover | 3-3 |
| 2 | Front panel | 3-15 |
| 3 | Diskette drive | 3-21 |
| 4 | 5 1/4-inch device | 3-26 |
| 5 | Internal hard drive | 3-30 |
| 6 | DIMM memory module | 3-36 |
| 7 | System board | 3-39 |
| 8 | Expansion board | 3-46 |
| 9 | Processor subsystem | 3-52 |
| 10 | Internal brackets — desktop | 3-60 |
| 11 | Riser board | 3-63 |
| 12 | Control board | 3-67 |
| 13 | USB board | 3-70 |
| 14 | Intrusion switch | 3-73 |
| 15 | Power supply | 3-76 |
| 16 | CMOS battery | 3-79 |
| 17 | Chassis foot | 3-80 |
| 18 | System board rails | 3-83 |

When disassembling the system unit, follow these general rules.

- Before opening the system or handling boards or chips, touch the frame to discharge static.

- Disconnect all peripherals before disassembling the system unit.

- Do not disassemble parts other than those specified in the procedure.

- All screws are Phillips-head, unless otherwise specified.

- Label any connector before removing it. Note where the connector goes and in what position it was installed.

On completion of any reassembly, perform a power-on test. If a fault occurs, verify that the reassembly was performed correctly.

 **CAUTION**

Before handling boards or chips, ground yourself to release static.

# System Unit Cover Removal and Replacement

The following sections describe how to remove and replace the system unit covers.

## Small Desktop or Desktop System Unit Cover

The following sections describe how to remove and replace the system unit cover for the small desktop and desktop systems. (For the minitower system, see "Minitower System Unit Covers.")

### Removing the Small Desktop or Desktop Cover

Before installing optional hardware inside your system, you must first remove the cover on the system unit.

 **WARNING**

Before removing the system unit cover, turn off the power and unplug the system power cable. Power is removed only when the power cable is unplugged.

> 📃**Note:** If the cover is removed, LANDesk Client Manager logs the intrusion and reports it in a screen message the next time the system is booted. This message appears every time the system is rebooted until the report is cleared. For more information on closing the notification window and clearing the message, see "Using the Chassis Intrusion Notification Feature" in Section 2.

**1.** Turn off and unplug the system unit.

**2.** Disconnect the keyboard, mouse, monitor, and any other external options (such as speakers or a printer) from the rear of the system unit.

⚠ **CAUTION**

Electrostatic discharge can damage computer components. Discharge static electricity by touching a metal object before removing the system unit cover.

**3.** Remove any lock or security cable (if one has been installed).

**4.** Remove the cover screw(s) on the rear of the system (see the following figures).

- For a small desktop system, remove the single screw.

- For a desktop system, remove the two screws.

### Locating the Cover Screw — Small Desktop



**A** – Cover Screw

*Locating the Cover Screws — Desktop*



**A** – Cover Screws

**5.** From the rear of the system, grasp the sides and slide the cover about an inch away from the front.

> 📄**Note:** The cover fits tightly. Press against the rear panel to slide the cover one inch away from the front panel.

**6.** Lift the cover up and away from the system unit (see the following figure).

*Releasing the Small Desktop Cover*



**A** – Slots                    **C** – Tabs
**B** – Tabs                     **D** – Metal Securing Rail

*Releasing the Desktop Cover*



|  |  |
|---|---|
| **A** – Slots | **C** – Slots |
| **B** – Tabs | **D** – Tabs |

## *Replacing the Small Desktop or Desktop Cover*

Replace the small desktop or desktop cover as follows.

⚠ **CAUTION**

To prevent damage to system cables, carefully tuck the cables out of the path of the cover.

**1.** Position the cover over the chassis with its front edge about one inch behind the front of the chassis.

**2.** Lower the cover onto the chassis, taking care to align the tabs and slots on the cover and the chassis frame.

**3.** Slide the cover forward to meet the front panel (see the following figure).

 **Note:** The cover fits tightly. If the cover does not slide off all the way to the front panel, place one hand on the front of the unit while you slide the cover forward from the rear.

**Aligning the Small Desktop Cover**



| | |
|---|---|
| **A** – Slots | **C** – Tabs |
| **B** – Tabs | **D** – Metal Securing Rail |

**Aligning the Desktop Cover**



| | |
|---|---|
| **A** – Slots | **C** – Slots |
| **B** – Tabs | **D** – Tabs |

4. Secure the cover with the cover screw(s). (See the previous section, "Removing the Small Desktop or Desktop Cover.")

5. Replace any lock or security cable (if one has been installed).

6. Reconnect all external peripherals.

7. Plug in the power cables.

# Minitower System Unit Covers

The following sections describe how to remove and replace the minitower system unit covers and open the chassis floor. (For small desktop and desktop systems, see "Small Desktop or Desktop System Unit Cover.")

## Removing the Minitower Side Covers

Before installing optional hardware inside your system, you must first remove one or both of the side covers on the system unit.

The left side cover must be removed before the right side cover or the top cover can be removed. Remove the left side cover to access the interior of the system and to access. Remove the right side cover to access the diskette drive cable connector on the back of the riser board or to remove the top cover for access to the diskette drive cables.

 **WARNING**

Before removing the side cover, turn off system power and unplug the system power cable. Power is removed only when the power cable is unplugged.

**Note:** If the side cover is removed, LANDesk Client Manager logs the intrusion and reports it in a screen message the next time the system is booted. This message appears every time the system is rebooted until the report is cleared. For more information on closing the notification window and clearing the message, see "Using the Chassis Intrusion Notification Feature" in Section 2.

**Note:** The left side cover must be removed before the right side cover can be removed.

1. Turn off and unplug the system unit.

2. Disconnect any external options (such as a keyboard and monitor) from the front or rear of the system unit.

 **CAUTION**

Electrostatic discharge can damage computer components. Discharge static electricity by touching a metal object before removing the system unit side cover.

3. Remove any lock or security cable (if one has been installed).

**4.** Remove the screw securing the cover to the chassis.

- ■ For the left side cover, remove the screw securing the back edge of the cover to the chassis (see the following figure).

- ■ For the right side cover, remove the screw inside the system that secures the right cover tab to the chassis bracket (see the second figure below).

  Position the screwdriver through the hole in the back left edge of the chassis to gain access to the screw.

  If necessary, remove the hard drive bracket to access to the right side cover screw (see "Removing a 3 1/2-Inch Hard Drive — Minitower").

*Locating the Top and Left Side Cover Screws — Minitower*



A – Top Cover Screw                              B – Left Side Cover Screw

*Locating the Right Side Cover Screw — Minitower*



A – Chassis Bracket                              C – Screwdriver Hole
B – Right Side Cover Tab                         D – Screw

**5.** Push up on the slide lock at the rear of the chassis to unlock the side cover (see the following figure).

**6.** While holding the rear of the system unit with one hand, grasp the recess in the side cover with your other hand and slide the cover back about an inch. As the cover fits tightly, you may need both hands to slide the cover.

**7.** Pull the top of the side cover out from the chassis about one-half inch, and then lift the cover up and off the system.

*Releasing the Minitower Left Side Cover*



**A** – Slide Lock             **C** – Left Side Cover
**B** – Recess

*Replacing the Minitower Side Covers*

Always replace the right side cover before replacing the left side cover. Replace the right and left side covers as follows.

⚠ **CAUTION**

Ensure that all cables are positioned to prevent kinking, crimping, abrasion, or cutting while installing the side cover. Check that the ribbon cables are folded along their fold lines and out of the direct path of the side cover.

 **Note:** Always replace the right side cover before replacing the left side cover.

**1.** Position the side cover over the side of the chassis so that the back edge of the cover is about an inch beyond the back edge of the chassis.

**2.** Fit the flanges on the bottom and side of the cover into the rails along the bottom and side edges of the chassis.

**3.** Fit the tabs on the top of the cover into the slots at the top of the chassis (see the following figure).

For the right side cover, also align the tab on the inside of the cover with its slot on the back of the chassis.

---

📃**Note:** For the right side cover only, in addition to fitting the cover's flanges and tabs in the chassis, also align the tab on the inside of the cover with its slot on the back of the chassis.

---

### *Positioning the Minitower Left Side Cover*



A – Cover Tabs (under cover)       C – Side Cover Flanges
B – Tab Slots       D – Securing Rails

**4.** Press the top and bottom of the side cover against the chassis and slide the cover toward the front of the chassis until it locks in place.

---

📃**Note:** If the cover does not slide all the way to the front of the chassis, check that the side cover tabs are properly inserted into their slots in the top cover. For the right side cover only, check that the tab on the inside of the cover is inserted into its cutout on the chassis.

---

**5.** Push down on the slide lock to lock the side cover in place.

6. Replace the cover screws.

   ■ For the right side cover, replace the screw that secures the right side cover tab to the chassis bracket within the system (see the figure in "Removing the Minitower Side Covers").

   If the hard drive bracket was removed to gain access to the right side cover screw, replace it (see "Installing a 3 1/2-Inch Hard Drive — Minitower").

   ■ For the left side cover, replace the screw that secures the back edge of the cover to the edge.

7. Replace any lock or security cable (if one has been installed).

8. Reconnect all external peripherals.

9. Plug in your power cables.

## Removing the Minitower Top Cover

You need to remove the top cover if you are replacing the diskette drive or need to unplug the diskette drive cable from the back of the riser board.

Remove the top cover as follows.

---

 **WARNING**

Before removing the top cover, turn off system power and unplug the system power cable. Power is removed only when the power cable is unplugged.

---

**Note:** Both side covers must be removed before the top cover can be removed.

---

1. Remove both side covers (see "Removing the Minitower Side Covers").

2. Remove the front panel (see "Removing the Front Panel — Minitower," later in this section).

3. Remove the screw holding the top cover to the rear of the chassis (see the figure in "Removing the Minitower Side Covers").

4. Lift the back end of the cover up about an inch to free its restraining tabs.

5. Slide the top cover toward the front of the chassis, then lift the cover off the chassis (see the figure on the following page).

*Lifting the Minitower Top Cover*



**A** – Top Cover Tabs                    **B** – Top Cover

*Replacing the Minitower Top Cover*

Replace the top cover as follows.

1. Align the top cover over the chassis about an inch beyond the front of the chassis. Hold the rear of the cover higher than the front (see the figure in "Removing the Minitower Top Cover").

2. Align the tabs under the front edge of the cover with the slots in the top edge of the chassis.

3. Pull the cover toward the rear of the chassis and set it down over the chassis.

4. Check that the rear corners of the top cover fit over the back of the chassis.

5. Secure the top cover to the rear of the chassis with the screw previously removed.

6. Replace the front panel (see "Replacing the Front Panel — Minitower").

7. Replace the side covers (see "Replacing the Minitower Side Covers").

*Opening the Chassis Floor*

Before replacing the system memory, processor, system board, or expansion boards, you may need to open the hinged chassis floor and slide out the system board for access to the components.

To open the hinged chassis floor, use the following steps.

1. Remove the left side cover (see "Removing the Minitower Side Covers").

2. Swivel the two chassis feet inward, out of the way.

3. Place the system unit on its right side.

4. Remove the screw locking the chassis floor to the chassis (see the figure on the following page).

5. Grasp the top edge of the chassis floor and pull down to open the floor. Opening the chassis floor also unplugs the system board from its connector on the riser board.

6. Grasp the two board handles and pull the board out further if you cannot access to the components you are upgrading. If you need to replace the board, see "Removing the System Board — Minitower" later in this section.

*Releasing the Chassis Floor — Minitower*



**A** – Screw                                          **D** – Chassis Floor
**B** – Top Edge of Chassis Floor      **E** – Right Chassis Foot
**C** – Left Chassis Foot

## Closing the Chassis Floor

To close the chassis floor, proceed as follows.

1. If the system board was partially slid out for access to board components, slide it back into the chassis using the two board handles.

   If the system board was removed, see "Installing the System Board — Minitower" for replacement procedures.

2. Pivot the floor up against the chassis and press until the floor latches in place. Closing the floor also plugs the system board into the riser board.

3. Secure the floor to the chassis with the previously removed screw.

4. Place the system unit upright and swivel the two chassis feet out, perpendicular to the system unit.

5. Replace the left side cover (see "Replacing the Minitower Side Covers").

# *Front Panel Removal and Replacement*

Remove the front panel before installing a device in a 5 1/4-inch accessible device bay. The front panel does not need to be removed if you are installing a 3 1/2-inch hard drive (unless you are installing a device in the middle 3 1/2-inch accessible bay on the desktop system).

If you are going to install a 5 1/4-inch device, you might also need to remove the blank panel that covers the opening on the front panel, and the metallic shield that covers the accessible device bay.

## *Removing the Front Panel — Small Desktop*

Remove the small desktop front panel before installing a device in one of the 5 1/4-inch accessible device bays.

Remove the front panel as follows.

1.  Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

2.  Locate the three locking tabs inside the front panel (near the upper edge). Squeeze the right two tabs together to release them from the slots in the chassis. Then press the left-most locking tab out of its slot.

> **Note:** The three tabs along the top of the front panel are locking tabs that must be released before the panel can be removed (see the following figure).

*Locating the Front Panel Tabs, Posts, and Slots — Small Desktop*



**A** – Locking Tabs          **C** – Slots
**B** – Posts

3.  Once the locking tabs are free, tilt the front panel down to free its lower edge from the tabs on the bottom of the chassis.

4.  Install the device (see "Installing a 5 1/4-Inch Device — Small Desktop or Desktop").

## Replacing the Front Panel — Small Desktop

Replace the small desktop front panel as follows.

**1.** Align the front panel posts with the holes in the front of the system unit (see the following figure). Align the front USB port with the cutout on the front panel.

**2.** Press along the top edge of the front panel and then along the bottom and side edges until the front panel snaps into place.

**3.** Replace the system unit cover (see "Replacing the Small Desktop or Desktop Cover").

*Aligning the Front Panel — Small Desktop*



## Removing the Front Panel — Desktop

Remove the desktop front panel before installing a device in one of the 5 1/4-inch accessible device bays or the middle 3 1/2-inch device bay.

You might also need to remove the blank panel that covers the bay on the front panel and/or the metallic shield on the chassis.

Remove the front panel, blank panels, and shields as follows.

**1.** Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

**2.** Locate the eight locking tabs that secure the front panel to the chassis. Push each tab to release it from its slot in the chassis. Release the two lower middle tabs last.

> 📖**Note:** The eight tabs inside the front panel are locking tabs that must be released before the panel can be removed (see the following figure).

**Locating the Front Panel Posts and Locking Tabs — Desktop**



**A** – Locking Tabs                    **B** – Posts

3.  Once the locking tabs are free, pull the front panel away from the chassis.

4.  Identify the bay on the front panel for the device being installed.

5.  Remove the blank plastic panel from the selected bay by pressing the panel tabs from inside the front panel and pushing the blank panel out (see the following figure).

6.  If a metallic shield covers the opening in the chassis, remove it.

7.  Install the device (see "Installing a 5 1/4-Inch Device — Small Desktop or Desktop" or "Installing an Additional 3 1/2-Inch Device — Desktop").

**Locating the Blank Panel Tabs — Desktop**



**A** – Blank Panel Tabs

## *Replacing the Front Panel — Desktop*

If a 5 1/4-inch device has been removed from your system, you need to replace the blank panel before replacing the front panel. The blank panel covers the opening previously used by the device.

Replace the desktop front panel as follows.

**1.** If necessary replace the metallic shield by pressing it into place over the bay.

**2.** If necessary, replace the blank plastic panel to cover the bay opening in the front panel. From the inside, fit the blank panel into bay opening, and press it until the tabs lock in place.

**3.** Align the eight front panel locking tabs with the slots in the front of the system unit (see the following figure). Align the front USB port with the cutout on the front panel.

**4.** Press along the edges of the front panel until it snaps into place.

**Aligning the Front Panel — Desktop**



**5.** Replace the system unit cover (see "Replacing the Small Desktop or Desktop Cover").

## Removing the Front Panel — Minitower

Remove the front panel before installing a device in a 5 1/4-inch accessible device bay. You may also need to remove the blank panel that covers the bay on the front panel and the metallic shield over the bay. The front panel does not need to be removed if you are installing a diskette drive.

The front panel is attached to the chassis with locking tabs and plugs. The two locking tabs are at the bottom inside corners of the cover and the four plugs are at the middle and top of the cover. (See the following figure.)

To remove the front panel, proceed as follows.

1.  Remove the left side cover (see "Removing the Minitower Side Covers").

2.  From inside the chassis, squeeze the two front panel locking tabs in the lower left and right corners (see the following figure).

3.  Carefully push the tabs out until they release the bottom of the front panel.

4.  Grasp the side edges of the front panel. Carefully pull the front panel away from the system unit until the four plugs release.

**Locating the Front Panel Tabs and Plugs — Minitower**



**A** – Front Panel                     **C** – Locking Tab (1 of 2)
**B** – Pop-out Plug (1 of 4)           **D** – Bay Cover

5.  Identify the bay on the front panel for the device being installed.

6.  Remove the blank plastic panel from the selected bay by pressing the panel tabs from inside the front panel and pushing the blank panel out (see the figure on the following page).

*Locating the Blank Panel Tabs — Minitower*



**A** – Blank Panel Tabs

**7.** Remove the metallic shield from the selected chassis bay by pulling it off the chassis. Save it for later use if you decide to remove and not replace the device.

**8.** Install the device (see "Installing a 5 1/4-Inch Device — Minitower").

## Replacing the Front Panel — Minitower

Replace the front panel as follows.

> ✏ **Note:** Before replacing the front panel, if you removed a 5 1/4-inch device from your system and didn't replace it, you need to cover the opening in the chassis and the front panel.

**1.** If necessary replace the metallic shield by pressing it into place over the bay.

**2.** Replace the blank plastic panel if necessary. Press the blank panel into the inside of the front panel (over the empty bay). Press until the four tabs lock the panel in place.

**3.** Align the four front panel plugs and the two locking tabs with the mounting holes in the front of the system unit (see the figure in "Removing the Front Panel — Minitower").

**4.** Insert the two locking tabs into the holes at the bottom of the chassis then evenly press the front panel into position until the plugs lock the panel in place.

**5.** Replace the left side cover (see "Replacing the Minitower Side Covers").

# Diskette Drive Removal and Installation

The following sections describe how to remove and install a 3 1/2-inch diskette drive.

## Removing a Diskette Drive — Small Desktop

Use the following procedure to remove a diskette drive from a 3 1/2-inch accessible device bay in a small desktop system.

1. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

2. Remove the front panel (see "Removing the Front Panel — Small Desktop").

3. Disconnect and label the diskette drive cables.

4. Remove the two screws on the right side of the drive (see the following figure).

**Removing Diskette Drive Screws — Small Desktop**



A – Diskette Drive                    B – Diskette Drive Screws

5. Pull the drive out of the drive bay, making sure that the offset screw on the left side of the drive clears the catch on the left side of the drive bracket.

6. If you are installing a new drive, see "Installing a Diskette Drive — Small Desktop."

## Installing a Diskette Drive — Small Desktop

Use the following procedure to install a diskette drive in a 3 1/2-inch accessible drive bay of the small desktop system.

1. Follow the preinstallation instructions that come with your drive, such as setting jumpers and switches.

2. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

3. Remove the front panel (see "Removing the Front Panel — Small Desktop").

4. From the front of the system, insert the drive, connector end first, into the drive bay.

> **Note:** To easily access drive connectors for cabling, do not insert a diskette drive all the way into the bay.

5. Connect the drive cables.

6. Insert the drive the rest of the way into the drive bay, making sure that the catch on the left side of the drive bracket engages the offset screw on the left side of the drive.

### Locating the Diskette Drive Catch — Small Desktop



| A – Diskette Drive | C – Offset Screw |
| B – Catch | D – CD-ROM Drive |

7. Secure the drive with two screws (see the figure in "Removing a Diskette Drive — Small Desktop").

8. Replace the system unit front panel (see "Replacing the Front Panel — Small Desktop").

9. Replace the system unit cover (see "Replacing the Small Desktop or Desktop Cover").

10. Run the Setup program to set the new configuration (see "CMOS Setup Utility" in Section 2).

## Removing a Diskette Drive — Desktop

Use the following procedure to remove a diskette drive from a 3 1/2-inch accessible device bay in a desktop system (the bay on the upper right). If you are removing an accessible device from the 3 1/2-inch bay in the middle of the front panel, see "Removing an Additional 3 1/2-Inch Device — Desktop."

1. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

2. Remove the front panel (see "Removing the Front Panel — Desktop").

3. Disconnect and label the diskette drive cables.

4. Remove the two screws on the right side of the drive.

   See the figure showing the small desktop model in "Removing a Diskette Drive — Small Desktop." The screw holes on the diskette drive are found in the same place for the both models.

5. Pull the drive out of the drive bay.

6. If you are installing a new drive, see "Installing a Diskette Drive — Desktop."

## Installing a Diskette Drive — Desktop

Use the following procedure to install a diskette drive in a 3 1/2-inch accessible drive bay of the desktop system. (If you are installing an additional 3 1-2-inch accessible drive, see "Installing an Additional 3 1/2-Inch Device — Desktop.")

1. Follow the preinstallation instructions that come with your drive, such as setting jumpers and switches.

2. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

3. Remove the front panel (see "Removing the Front Panel — Desktop").

4. From the front of the system, insert the drive, connector end first, into the drive bay.

---

**Note:** To easily access drive connectors for cabling, do not insert a diskette drive all the way into the bay.

---

5. Connect the drive cables.

6. Insert the drive the rest of the way into the drive bay, making sure that the screw holes on the right side of the drive bracket align with the screw holes in the right side of the diskette drive.

7. Secure the drive with two screws.

8. Replace the front panel (see "Replacing the Front Panel — Desktop").

9. Replace the system unit cover (see "Removing the Small Desktop or Desktop Cover").

10. Run the Setup program to set the new configuration (see "CMOS Setup Utility" in Section 2).

## Removing a Diskette Drive — Minitower

Use the following procedure to remove a diskette drive from a 3 1/2-inch accessible drive bay in a minitower system.

1. Remove the left side cover (see "Removing the Minitower Side Covers").

2. Remove the front panel (see "Removing the Front Panel — Minitower").

3. If necessary, remove the top cover for better access to the drive connectors (see "Removing the Minitower Top Cover").

4. Disconnect and label the diskette drive cables.

5. Remove the two screws on the left side of the drive (see the following figure).



**Removing Diskette Drive Screws — Minitower**



6. Slide the drive out of the drive bay.

7. If you are installing a new drive, see "Installing a Diskette Drive — Minitower."

## *Installing a Diskette Drive — Minitower*

Use the following procedure to install a diskette drive in a 3 1/2-inch accessible drive bay of the minitower system.

1. Follow the preinstallation instructions that come with your drive, such as setting jumpers and switches.

2. Remove the left side cover (see "Removing the Minitower Side Covers").

3. Remove the front panel (see "Removing the Front Panel — Minitower").

4. From the front of the system, slide the drive, connector end first, into the drive bay. Slide it in far enough for access to the connectors at the rear of the drive. If necessary, remove the top cover for better access to the drive connectors (see "Removing the Minitower Top Cover").

5. Connect the drive cables.

6. If necessary, slide the drive toward the back of the chassis until it snaps in place.

7. Secure the drive in the bay with two screws (see the figure in "Removing a Diskette Drive — Minitower").

8. Replace the front panel (see "Replacing the Front Panel — Minitower").

9. If removed, replace the top cover (see "Removing the Minitower Top Cover").

10. Replace the left side cover (see "Replacing the Minitower Side Covers").

11. Run the Setup program to set the new configuration (see "CMOS Setup Utility" in Section 2).

# 5 1/4-Inch Device Removal and Installation

The following sections describe how to remove or replace a 5 1/4-inch accessible device. Procedures for small desktop, desktop, and minitower systems are given.

## Removing a 5 1/4-Inch Device — Small Desktop or Desktop

Use the following procedure to remove a 5 1/4-inch device from a 5 1/4-inch accessible device bay.

**1.** Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

**2.** Remove the front panel.

- For a small desktop system see "Removing the Front Panel — Small Desktop."

- For a desktop system, see "Removing the Front Panel — Desktop."

**3.** Label and disconnect the device cables.

**4.** Remove the two screws on the right side of the device (see the following figure).

### Locating 5 1/4-Inch Device Screws — Desktop



**5.** Pull the device out of the bay (see the following figure).

*Pulling out a 5 1/4-Inch Device — Small Desktop*



6. If you are installing a new device, see "Installing a 5 1/4-Inch Device — Small Desktop or Desktop."

## Installing a 5 1/4-Inch Device — Small Desktop or Desktop

Use the following procedure to install a 5 1/4-inch device in a 5 1/4-inch accessible device bay.

> **Note:** A 3 1/2-inch device can also be installed in a 5 1/4-inch accessible device bay. Place the device in a 5 1/4-inch frame adapter and then follow the instructions in this section.

1. Follow the preinstallation instructions that come with your device, such as setting jumpers.

2. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

3. Remove the front panel.

   ■ For a small desktop system see "Removing the Front Panel — Small Desktop."

   ■ For a desktop system, see "Removing the Front Panel — Desktop."

4. From the front of the system, insert the device, connector end first, into the device bay (see the second figure in "Removing a 5 1/4-Inch Device — Small Desktop or Desktop").

> **Note:** To easily access device connectors for cabling, do not insert a 5 1/4-inch device all the way into the bay.

5. Connect the device cables.

6. Insert the device the rest of the way into the device bay, making sure that the locking tabs on the sides of the drive engage the brackets on each side of the device bay.

7. Secure the device to the bay with two screws (see the first figure in "Removing a 5 1/4-Inch Device — Small Desktop or Desktop").

8. Replace the front panel.

   ■ For a small desktop system see "Replacing the Front Panel — Small Desktop."

   ■ For a desktop system, see "Replacing the Front Panel — Desktop."

9. Replace the system unit cover (see "Replacing the Small Desktop or Desktop Cover").

10. Run the Setup program to set the new configuration (see "CMOS Setup Utility" in Section 2).

## *Removing a 5 1/4-Inch Device — Minitower*

Use the following procedure to remove a 5 1/4-inch device from a 5 1/4-inch accessible device bay.

1. Remove the left side cover (see "Removing the Minitower Side Covers").

2. Remove the front panel (see "Removing the Front Panel — Minitower").

3. Label and disconnect the device cables. If necessary, remove the top cover for access to the connectors (see "Removing the Minitower Top Cover").

4. Remove the two screws on the left side of the device (see the following figure).

*Locating 5 1/4-Inch Device Screws — Minitower*



A – Screws (2)                    B – Device

5. Pull the device out of the device bay.

6. If you are installing a new device, see "Installing a 5 1/4-Inch Device — Minitower."

## Installing a 5 1/4-Inch Device — Minitower

Use the following procedure to install a 5 1/4-inch device in a 5 1/4-inch accessible device bay.

---

**Note:**  A 3 1/2-inch device can also be installed in a 5 1/4-inch accessible device bay. Place the device in a 5 1/4-inch frame adapter and then follow the instructions in this section.

---

1. Follow the preinstallation instructions that come with your device, such as setting jumpers.

2. Remove the left side cover (see "Removing the Minitower Side Covers").

3. Remove the front panel (see "Removing the Front Panel — Minitower").

4. From the front of the system, slide the device, connector end first, into the device bay. Slide it in far enough for access to the connectors at the rear of the device. If necessary, remove the top cover for better access to the device connectors (see "Removing the Minitower Top Cover").

5. Connect the device cables.

6. If necessary, slide the device toward the rear of the chassis until it snaps in place.

7. Secure the device to the bay with two screws (see the figure in "Removing a 5 1/4-Inch Device — Minitower").

8. Replace the front panel (see "Replacing the Front Panel — Minitower").

9. Replace the left side cover (see "Replacing the Minitower Side Covers"). If you removed the top cover, replace it (see "Replacing the Minitower Top Cover").

10. Run the Setup program to set the new configuration (see "CMOS Setup Utility" in Section 2).

# Internal Hard Drive Removal and Installation

The following sections describe how to remove and install a 3 1/2-inch internal hard drive. Procedures for small desktop, desktop, and minitower systems are provided.

## Removing a 3 1/2-Inch Hard Drive — Small Desktop

The small desktop system has an internal hard drive bay located near the top front of the chassis. You can upgrade the system by replacing the existing hard drive with a higher capacity drive available from NEC CSD.

To replace a 3 1/2-inch internal hard drive, proceed as follows.

1. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

2. Label the IDE device signal and power cables connected to the drive and then disconnect them.

3. Remove the two screws securing the internal hard drive bracket to the braces on the top of the chassis (see **A** in the following figure).

4. Lift the internal hard drive bracket and hard drive off of the chassis.

5. Remove the screws securing the drive to the bracket.

6. If you are installing a new hard drive, see "Installing a 3 1/2-Inch Hard Drive — Small Desktop."

**Internal Hard Drive Screws — Small Desktop**



**A** – Bracket Screw          **C** – Hard Drive Screws
**B** – Hard Drive             **D** – Chassis Braces

## *Installing a 3 1/2-Inch Hard Drive — Small Desktop*

To install a 3 1/2-inch internal hard drive, proceed as follows.

1. Follow the preinstallation instructions that come with your device, such as setting jumpers.

2. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

3. If a currently installed hard drive is being replaced, see "Removing a 3 1/2-Inch Hard Drive — Small Desktop."

4. Align the screws on the new hard drive with the holes in the bracket.

5. Secure the hard drive to the bracket with the four screws that came with the drive or the screws from the old drive (see the figure in "Removing a 3 1/2-Inch Hard Drive — Small Desktop").

6. With the cable connectors toward the rear of the system, position the bracket and hard drive on the chassis braces and align the screw holes.

7. Insert and tighten the two screws to secure the bracket to the chassis braces.

8. Connect the device cables.

9. Replace the system unit cover (see "Replacing the Small Desktop or Desktop Cover").

10. Run the Setup program to set the new configuration (see "CMOS Setup Utility" in Section 2).

## *Removing a 3 1/2-Inch Hard Drive — Desktop*

To remove a 3 1/2-inch device from the 3 1/2-inch internal device bay, proceed as follows.

1. Follow the preinstallation instructions that come with your device, such as setting jumpers.

2. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

3. Label the IDE device signal and power cables connected to the drive and then disconnect them.

4. Remove the two screws securing the internal hard drive (see the figure on the following page).

5. Lift the internal hard drive out of the bracket over the power supply.

6. If you are installing a new hard drive, see "Installing a 3 1/2-Inch Hard Drive — Desktop."

**Internal Hard Drive Screws — Desktop**



## Installing a 3 1/2-Inch Hard Drive — Desktop

The desktop system has an internal hard drive bay located near the right rear corner of the chassis, above the power supply. It also has an accessible 3 1/2-inch bay that can accommodate a second diskette drive, or a second hard drive.

You can upgrade the system by replacing the existing hard drive, or by adding a hard drive to the 3 1/2-inch accessible device bay. (For instructions on adding an additional hard drive, see "Installing an Additional 3 1/2-Inch Device — Desktop").

To install a 3 1/2-inch device in the 3 1/2-inch internal device bay, proceed as follows.

1. Follow the preinstallation instructions that come with your device, such as setting jumpers.

2. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

3. If a currently installed hard drive is being replaced, see "Removing a 3 1/2-Inch Hard Drive — Desktop."

4. With the cable connectors toward the interior of the system, place the new the hard drive in the bracket and align the screw holes (see the figure in "Removing a 3 1/2-Inch Hard Drive — Desktop").

5. Insert and tighten the two screws to secure the hard drive in the bracket.

6. Connect the device cables.

7. Replace the system unit cover (see "Replacing the Small Desktop or Desktop Cover").

8. Run the Setup program to set the new configuration (see "CMOS Setup Utility" in Section 2).

### Removing an Additional 3 1/2-Inch Device — Desktop

The desktop system has an additional 3 1/2-inch bay that can accommodate a second hard drive, or a second diskette drive.

(For instructions on removing the internal hard drive, see "Removing a 3 1/2-Inch Internal Hard Drive — Desktop").

To remove a 3 1/2-inch device from the additional 3 1/2-inch accessible device bay, proceed as follows.

1.  Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

2.  Remove the front panel (see "Removing the Front Panel — Desktop").

3.  Label and disconnect the device cables.

4.  Remove the two screws securing the drive in the bracket (see the following figure).

**Locating 3 1/2-Inch Accessible Device Screws — Desktop**



5.  Pull the device out of the device bay.

6.  If you are installing a new device, see "Installing an Additional 3 1/2-Inch Device — Desktop."

    If no new device is going in the bay, place the blank plastic panel into the opening on the front panel and then replace the front panel. See the figure in "installing an Additional 3 1/2-Inch Device — Desktop."

## Installing an Additional 3 1/2-Inch Device — Desktop

The desktop system has an accessible 3 1/2-inch bay that can accommodate a second hard drive, or a second diskette drive.

(For instructions on replacing the internal hard drive, see "Installing a 3 1/2-Inch Internal Hard Drive — Desktop").

To install a 3 1/2-inch device in the 3 1/2-inch accessible device bay, proceed as follows.

1.  Follow the preinstallation instructions that come with your device, such as setting jumpers.

2.  Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

3.  Remove the front panel (see "Removing the Front Panel — Desktop").

4.  Remove the metallic breakaway shield covering the device bay.

5.  If you are installing a diskette drive, remove the device bay cover from the front panel by squeezing the locking tabs together (see the following figure).

*Removing the 3 1/2-Inch Device Bay Cover — Desktop*



6.  Insert the device, connector end first, into the bay. Align the screw holes in the drive with the holes in the drive bracket.

7.  Insert and tighten the two screws to secure the drive in the bracket (see the figure in "Removing the Additional 3 1/2-Inch Device — Desktop").

8.  Connect the device cables.

9.  Replace the front panel (see "Replacing the Front Panel — Desktop").

10. Replace the system unit cover (see "Replacing the Small Desktop or Desktop Cover").

11. Run the Setup program to set the new configuration (see "CMOS Setup Utility" in Section 2).

## Removing a 3 1/2-Inch Hard Drive — Minitower

To remove a 3 1/2-inch internal hard drive from the system, proceed as follows.

1.  Remove the left side cover (see "Removing the Minitower Side Covers").

2.  Remove the top cover (see "Removing the Minitower Top Cover").

3. Press down on the latch securing the drive bracket to the chassis and pull the bracket out of the chassis (see the following figure). Pull the bracket out only far enough to access the drive mounting screws and cable connectors.

4. Label and disconnect the IDE drive signal and power cables from the hard drive.

5. Remove the four screws (two to a side) securing the drive to the drive bracket.

*Locating the Hard Drive Bracket and Screws — Minitower*



**A** – Hard Drive                    **C** – Drive Bracket
**B** – Latch                         **D** – Screws (2 to a side)

6. Remove the drive from the drive bracket.

7. If you are installing a new hard drive, see "Installing a 3 1/2-Inch Hard Drive — Minitower."

## Installing a 3 1/2-Inch Hard Drive — Minitower

You can upgrade your system by replacing an existing hard drive or by adding a second drive. Hard drive(s) install in an internal drive bracket located at the top rear of the chassis.

> **Note:** You can also install a 3 1/2-inch hard drive in a 5 1/4-inch accessible device bay. Place the device in a 5 1/4-inch frame adapter and then follow the instructions in "Installing a 5 1/4-Inch Device — Minitower."

To install a 3 1/2-inch internal hard drive in the system, proceed as follows.

1. Follow the preinstallation instructions that come with your device, such as setting jumpers.

2. Remove the left side cover (see "Removing the Minitower Side Covers").

3. Remove the top cover (see "Removing the Minitower Top Cover").

4.  Press down on the latch securing the drive bracket to the chassis and pull the bracket out of the chassis (see the figure in the previous section). Pull the bracket out only far enough to access the drive mounting screws and cable connectors.

5.  If a currently installed hard drive is being replaced, see "Removing a 3 1/2-Inch Hard Drive — Minitower."

6.  Insert the new hard drive in the bracket, with the connectors on the drive facing the interior of the chassis (see the figure in the previous section).

7.  Secure the hard drive in the drive bracket with the four screws from the old device or the screws that come with the new device.

8.  Connect the IDE drive signal and power cables to the hard drive.

9.  Align the drive bracket with its bay in the chassis and slide the bracket into the chassis until it clicks in place.

10. Replace the top cover (see "Replacing the Minitower Top Cover").

11. Replace the left side cover (see "Replacing the Minitower Side Covers").

12. Run the Setup program to set the new configuration (see "CMOS Setup Utility" in Section 2).

## DIMM Removal and Installation

Remove or install a DIMM using the following procedures.

### Removing a DIMM

If your memory configuration requires the removal of a memory module, use the following steps.



### ⚠ CAUTION

Before opening the computer or handling boards or memory modules, reduce static discharge by touching the system's metal chassis.

1.  Remove the system board to access DIMM sockets.

    ■ For a small desktop system, see "Removing the System Board — Small Desktop."

    ■ For a desktop system, see "Removing the System Board — Desktop."

    ■ For a minitower system, see "Removing the System Board — Minitower."

2.  Locate the system memory upgrade sockets on the system board (see the figure "System Board Internal Connector Locations"). Either socket (or both) can contain a memory module.

3. Press the plastic clips at the outer edges of the socket away from the memory module (see the following figure). This ejects the DIMM from the socket.

*Releasing a DIMM*



**A** – Plastic Clip

4. If installing a DIMM, see the next section, "Installing a DIMM."

5. If you are not installing a DIMM, slide the system board into the chassis.

   ■ For a small desktop system, see "Installing the System Board — Small Desktop."

   ■ For a desktop system, see "Installing the System Board — Desktop."

   ■ For a minitower system, see "Installing the System Board — Minitower."

6. Replace the cover(s):

   ■ For a small desktop or desktop system, see "Replacing the Small Desktop or Desktop Cover."

   ■ For a minitower system, see "Replacing the Minitower Side Covers."

## Installing a DIMM

Install a memory module by performing the following steps.

1. Remove the system board to access DIMM sockets.

   ■ For a small desktop system, see "Removing the System Board — Small Desktop."

   ■ For a desktop system, see "Removing the System Board — Desktop."

   ■ For a minitower system, see "Removing the System Board — Minitower."

2. If you need to remove a currently installed memory module, see "Removing a DIMM."

⚠️ **CAUTION**

Before you install a module, reduce static discharge by
touching the system's metal chassis.

**3.** Align the new module with an empty memory socket. Make sure the notches
on the module align with the keys in the socket (see the following figure).

**4.** Press the module firmly into the socket.

**5.** Make sure the locking clips at either end of the module click closed.

**6.** Replace the system board.

- For a small desktop system, see "Installing the System Board — Small
  Desktop."

- For a desktop system, see "Installing the System Board — Desktop."

- For a minitower system, see "Installing the System Board —
  Minitower."

*Positioning a DIMM*



**A** – Plastic Clips                    **B** – Notches

**7.** Replace the cover(s):

- For a small desktop or desktop system, see "Replacing the Small
  Desktop or Desktop Cover."

- For a minitower system, see "Replacing the Minitower Side Covers."

📝**Note:** If you find a discrepancy in the amount of
memory displayed at the Power-On Self-Test or in Windows
with the amount of memory that you installed, check that you
installed the memory modules correctly.

# System Board Removal and Installation

The following sections describe how to remove and install the system board in small desktop, desktop, and minitower systems.

## Removing the System Board — Small Desktop

Use this procedure to remove the system board from a small desktop system.

1.  Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

2.  Pull the system board latch away from the system unit (see the following figure). This releases the system board and slides it partway out of the system.

3.  Carefully slide the board the rest of the way out, taking care not to lift the board before it is free of the chassis.

4.  Set the board on an antistatic surface.

**System Board Latch — Small Desktop**



**A** – System Board Latch          **B** – System Board

## Installing the System Board — Small Desktop

Take care when replacing the system board. Installing the board requires the use of the chassis latch. Incorrect use of the chassis latch can damage the latch.

 **CAUTION**

Take care in replacing the system board in your computer.
Incorrect use of the chassis latch can damage the latch.

Use the following procedure to use the latch correctly.

1. Make sure the chassis latch is in the open position.

2. Position the narrow ends of the system board rails in the chassis guides.

3. Slide the system board partway into the system unit along the chassis rail guides. Stop sliding the board when the outside edge of the system board aligns with the outside edge of the chassis (see the following figures).

*Correct Alignment of the System Board — Small Desktop*



**A** – Rail                              **C** – Edge of Chassis
**B** – Latch Open                        **D** – Edge of System Board

*Incorrect Alignment of the System Board — Small Desktop*



**A** – Latch in Incorrect Position       **C** – Edge of Chassis
**B** – System Board Rail                 **D** – Edge of System Board

---

⚠ **CAUTION**

To prevent damage to the latch, align the system board with
the outside edge of the chassis before closing the latch.

---

**4.** Push the latch closed. This slides the board the rest of the way into the
system unit and secures it into the connector on the riser board.

---

⚠ **CAUTION**

If the board does not slide when you push the latch, slide the
board out of the unit a bit and check the alignment position
(see the previous figures). Push the latch closed.

---

If the system board is aligned correctly, you might need to push the outside
edges of the board to fully seat it into the connector on the riser board.

Check the position of the chassis latch. The system board is secured when
the latch is parallel with the outside edge of the board.

*Secured Position of Latch — Small Desktop*



**A** – Rail                                    **C** – Edge of Chassis
**B** – Latch Closed                            **D** – Edge of System Board

**5.** Replace the cover (see "Replacing the Small Desktop or Desktop Cover").

## Removing the System Board — Desktop

Use this procedure to remove the system board from a desktop system.

**1.** Remove the system unit cover (see "Removing the Small Desktop or
Desktop Cover").

**2.** Locate the left side bracket (see the figure on the following page).

---

*Disassembly and Reassembly 3-41*

*Locating the Left Side Bracket — Desktop*



**A** – Left Side Bracket

**3.** Free the back edge of the bracket from the chassis.

**4.** Unhook the bracket tabs from the chassis. Set the bracket aside (see the following figure).

**5.** Pull the system board latches away from the system unit (see the following figure). This releases the system board and slides it partway out of the system.

*Preparing to Remove the System Board — Desktop*



**A** – System Board            **C** – Side Bracket
**B** – System Board Latches    **D** – Side Bracket Tabs

**6.** Carefully slide the board the rest of the way out, taking care not to lift the board before it is free of the chassis.

**7.** Set the board on an antistatic surface.

## *Installing the System Board — Desktop*

Take care when replacing the system board. Installing the board requires the use of the chassis latches. Incorrect use of the chassis latches can damage the latches.



### ⚠ CAUTION

Take care in replacing the system board in your computer.
Incorrect use of the chassis latches can damage the latches.

Use the following procedure to use the latches correctly.

1. Make sure the chassis latches are in the open position.

2. Position the narrow ends of the system board rails in the chassis guides.

3. Slide the system board partway into the system unit along the chassis rail guides. Stop sliding the board when the outside edge of the system board aligns with the outside edge of the chassis (see the figures in "Replacing the System Board — Small Desktop").



### ⚠ CAUTION

To prevent damage to the latches, align the system board
with the outside edge of the chassis before closing the
latches.

4. Push the latches closed. This slides the board the rest of the way into the system unit and secures it into the connector on the riser board.



### ⚠ CAUTION

If the board does not slide when you push the latches, slide
the board out of the unit a bit and check the alignment
position (see the figure "Correct Alignment of the System
Board — Small Desktop"). Push the latches closed.

If the system board is aligned correctly, you might need to push the outside edge of the board to fully seat it into the riser board connector.

Check the position of the chassis latches. The system board is secured when the latches are parallel with the outside edge of the board.

5. Hook the tabs of the left side bracket into the slots on the front left edge of the chassis. Fit the back edge of the bracket over the back edge of the chassis.

6. Replace the cover (see "Replacing the Small Desktop or Desktop Cover").

## *Removing the System Board — Minitower*

Use this procedure to remove the system board from a minitower system.

**1.** Remove the left side cover (see "Removing the Minitower Side Covers").

**2.** Swivel the two feet inward, out of the way.

**3.** Position the system unit on its right side, with the open left side facing up.

**4.** Open the chassis floor for access to the system board and to unplug the system board from its connector on the riser board (see "Opening the Chassis Floor").

**5.** Grasp the two handles on the board and carefully pull the board straight out of the chassis.

**6.** Set the board on an antistatic surface.

### *Locating System Board Rail Handles — Minitower*



**A** – Chassis Floor          **D** – Riser Board
**B** – System Board          **E** – System Board Connector
**C** – Handles

## *Installing the System Board — Minitower*

Use the following procedure to replace the system board.

**1.** Align the system board rails with the chassis rail guides (see the following figure).

**2.** Use the two handles on the board to carefully slide the system board partway into the chassis, along the rail guides.

**3.** Stop sliding the board when the outside edge of the system board aligns with the hinged edge of the chassis floor.

**4.** Use the two handles on the board to carefully slide the system board partway into the chassis, along the rail guides.

*Locating System Board Rail Guides — Minitower*



**A** – System Board                        **C** – Rail Guides
**B** – Handles/Rails

**5.** Stop sliding the board when the edge of the system board aligns with the hinged edge of the chassis floor.

**6.** Slowly close the chassis floor to slide the board into the connector on the riser board.

⚠️ **CAUTION**

If the board does not slide in when you attempt to close the chassis floor, pull the board out of the chassis a bit, check the alignment, and correct as necessary. Close the chassis floor.

**7.** Close the chassis floor (see "Closing the Chassis Floor").

**8.** Place the system unit upright and swivel the feet out, perpendicular to the system unit.

**9.** Replace the left side cover (see "Replacing the Minitower Side Covers").

# Expansion Board Removal and Installation

The following sections describe how to remove and install expansion boards in the small desktop, desktop, and minitower systems.

## Locating Expansion Board Slots and Connectors

The following figures show the locations of the expansion board slots on each chassis and the expansion board connectors on each riser board.

### Expansion Board Slots and Connectors — Small Desktop



**A** – Slot for PCI or ISA Board     **C** – Shared PCI/ISA Connector
**B** – Slot for PCI Board            **D** – PCI Connector

### Expansion Board Slots and Connectors — Desktop



**A** – Slots for PCI Boards          **D** – PCI Connectors
**B** – Slot for PCI or ISA Board     **E** – Shared PCI/ISA Connector
**C** – Slot for ISA Board            **F** – ISA Connector

**Expansion Board Slots and Connectors — Minitower**

A – Slots for ISA Boards        D – Not Used
B – Slots for PCI Boards        E – ISA Connectors
C – PCI Connectors

**Note:** If the minitower riser board has four PCI connectors, the fourth PCI connector (the lowest one, next to the ISA connector) is not supported and cannot be used.

## Removing a Slot Cover — Small Desktop or Desktop

To remove the slot cover from an expansion board slot in a small desktop or desktop system, use the following steps.

1. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

2. Remove the screw securing an expansion board slot cover (see the figure on the following page). Set the screw aside (it is used to secure the expansion board).

3. Remove the slot cover. Save it to cover the slot again in case the expansion board is removed.

4. Install an expansion board (see "Installing an Expansion Board — Small Desktop or Desktop").



## ⚠ CAUTION

A slot cover can damage the system board or any option board if it falls into the system. Take care to keep the slot cover from falling when removing the screw.

If the slot cover does fall into the unit, remove it before replacing the cover.

*Removing a Slot Cover — Small Desktop*



A – Screw                                    B – Slot Cover

## Removing an Expansion Board — Small Desktop or Desktop

To remove an expansion board from a small desktop or desktop system, use the following steps.

**1.** Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

**2.** Label and remove any cables connected to the board.

**3.** Remove the screw that secures the board to the support bracket. Set the screw aside (it is used to secure the slot cover).

**4.** Pull the board out of the connector and the expansion board slot.

**5.** Replace the slot cover removed when the expansion board was installed. Secure the cover with the screw.

**6.** Replace the system unit cover (see "Replacing the Small Desktop or Desktop Cover").

## Installing an Expansion Board — Small Desktop or Desktop

To install an expansion board in a small desktop or desktop system, use the following steps.

**1.** Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

**2.** Follow any preinstallation instructions that come with the expansion board (such as setting jumpers on the board).

**3.** If necessary, remove the slot cover (see "Removing a Slot Cover — Small Desktop or Desktop").

## ⚠ **CAUTION**

A slot cover can damage the system board or any option board if it falls into the system. Take care to keep the slot cover from falling when removing the screw.

If the slot cover does fall into the unit, remove it before replacing the cover.

**4.** Holding the board by its edges or its bracket, insert the board into the expansion board slot (see the following figure).

Press the board firmly into the expansion board connector on the riser board.

**5.** Use the slot cover screw removed earlier to secure the expansion board.

*Securing an Expansion Board — Small Desktop*



**6.** Attach any signal cables required by the expansion board.

**7.** Replace the system unit cover (see "Replacing the Small Desktop or Desktop Cover").

## *Removing a Slot Cover — Minitower*

To remove a slot cover from a minitower system, use the following steps.

**1.** Remove the left side cover (see "Removing the Minitower Side Covers").

**2.** Swivel the two feet inward, out of the way.

**3.** Position the system unit on its side, with the open left side facing up.

**4.** Remove the screw that secures the locking bracket to the expansion board frame and remove the bracket (see the following figure). Save the screw and bracket.

*Locating the Slot Cover Bracket — Minitower*



**A** – Screw  **C** – Slot Cover
**B** – Locking Bracket

**5.** Install an expansion board in the slot (see "Installing an Expansion Board — Minitower").

## Removing an Expansion Board — Minitower

To remove an expansion board from a minitower system, use the following steps.

**1.** Remove the left side cover (see "Removing the Minitower Side Covers").

**2.** Swivel the two feet inward, out of the way.

**3.** Position the system unit on its side, with the open left side facing up.

**4.** If necessary, slide the system board partway out of the chassis to reach the expansion board (see "Opening the Chassis Floor").

**5.** Label and remove any cables connected to the board.

**6.** Remove the screw that secures the locking bracket to the expansion board frame and remove the bracket (see the figure in "Removing a Slot Cover — Minitower"). Save the screw and bracket.

**7.** Pull the board out of the connector and expansion board slot. Set the board on an antistatic surface.

8. If you are not installing a board in the slot, from the rear of the chassis, install a previously removed slot cover in the open slot by carefully pressing it into the slot.

9. Inside the chassis, position the locking bracket in its slot, and then press it up against the top of the expansion slot frame.

10. Secure the bracket in place with the previously removed screw.

11. If you slid the system board partway out of the chassis, slide it back in (see "Closing the Chassis Floor").

12. Place the system unit upright and swivel the feet out, perpendicular to the system unit.

13. Replace the left side cover (see "Replacing the Minitower Side Covers").

### *Installing an Expansion Board — Minitower*

To install an expansion board in a minitower system, use the following steps.

1. Remove the left side cover (see "Removing the Minitower Side Covers").

2. Swivel the two feet inward, out of the way.

3. Position the system unit on its side, with the open left side facing up.

4. If necessary, slide the system board partway out of the chassis to reach the expansion board slot (see "Opening the Chassis Floor").

5. Follow any preinstallation instructions that come with the expansion board (such as setting jumpers on the board).

6. Remove and save the screw securing the expansion board locking bracket (see the figure in "Removing a Slot Cover — Minitower"). Tilt and remove the bracket and set it aside. You need the bracket to secure the expansion board in place.

7. From inside the chassis, press out on a slot cover. Save the cover for use in case the expansion board is removed.

---

 **CAUTION**

A slot cover can damage the system board or option board if it falls into the system. If the slot cover does fall into the unit, remove it before replacing the side cover.

---

8. Holding the expansion board by its edges or its bracket, insert the board into the expansion board slot (see the following figure).

9. Press the board firmly into the expansion board connector on the riser board.

10. Position the locking bracket in its slot, and then press it up against the top of the expansion slot frame, locking the board in place.

11. Secure the bracket in place with the previously removed screw.

12. Attach any signal cables required by the expansion board.

13. If you slid the system board partway out of the chassis, slide it back in (see "Closing the Chassis Floor").

14. Place the system unit upright and swivel the feet out, perpendicular to the system unit.

15. Replace the left side cover (see "Replacing the Minitower Side Covers").

# Processor Removal and Installation

The system has an S.E.C. processor cartridge that connects to a Slot 1 242-pin edge connector on the system board. The processor cartridge is secured to the connector in a retention mechanism. When a cartridge is inserted in the connector, the VID pins program the voltage regulator on the system board to the required voltage for the processor.

 **CAUTION**

NEC recommends that you contact your NEC dealer or NEC service center for assistance in upgrading your processor.

Incorrect installation of the processor cartridge and heat sink can damage the processor, system board, or both. Carefully follow all installation instructions provided with your upgrade processor and the procedures in the following sections.

Ensure that you have the correct heat sink for the processor being installed. Celeron, Pentium II, and Pentium III processors use different heat sinks. Do not use the heat sink from the removed processor.

When upgrading the processor, first remove the processor currently installed in the system, then install the upgrade processor.

Before starting, you must first determine which processor your system has, as the type of processor determines the installation procedure you use. Check the side of the cartridge for processor identification.

If your system has a Celeron or Pentium III processor, see the next section, "Removing the Celeron or Pentium III Processor Cartridge." If your system has a Pentium II processor, see "Removing the Pentium II Processor Cartridge."

## *Removing the Celeron or Pentium III Processor Cartridge*

Remove the Celeron or Pentium III processor cartridge from the system board as follows.

> **Note:** NEC CSD recommends that you print out or write down your current CMOS Setup parameters and store the information in a safe place before removing your processor.

1.  Make sure that Restore AC/Power Loss in the Power Management Setup menu of the CMOS Setup Utility is set to "Last State" (default) or "Power On" before removing the processor.

> **Note:** Verify that Restore AC/Power Loss in the Power Management Setup menu of the CMOS Setup Utility is set to "Last State" (default) or "Power On" before replacing any processor.

2.  Let the components within the system cool for about 10 minutes before removing the processor.

> ⚠ **WARNING**
>
> If the system has been running, any processor or heat sink already installed on the board will be hot. To avoid the possibility of a burn, let the components cool for 10 minutes before continuing with the procedures described here.

3.  Remove the system board to access processor socket.

    ■   For a small desktop system, see "Removing the System Board — Small Desktop."

    ■   For a desktop system, see "Removing the System Board — Desktop."

    ■   For a minitower system, see "Removing the System Board — Minitower."

4.  If the cartridge has a cooling fan, label and unplug the cooling fan cable from its connector on the system board.

5.  Remove the retaining bar holding the cartridge to the retention mechanism by simultaneously pressing out on the tab at each end of the bar while lifting the bar up (see the figure on the following page).

6.  Grasp each end of the cartridge and carefully pull it out of its socket and retention mechanism.

*Releasing the Celeron or Pentium III Processor Cartridge*



**A** – Retention Mechanism      **D** – Retaining Bar
**B** – Tabs                     **E** – System Board
**C** – Processor Cartridge

**7.** Set the cartridge down on an antistatic surface or store it in an antistatic bag.

 **CAUTION**

Before picking up the processor cartridge, reduce static
discharge by touching the metal frame of the system unit.

**8.** Install the upgrade processor (see "Installing the Celeron or Pentium III
Upgrade Processor Cartridge" or "Installing the Pentium II Upgrade
Processor Cartridge").

### Installing the Celeron or Pentium III Upgrade Processor Cartridge

Install a Celeron or Pentium III upgrade processor cartridge as follows.

*Note:* NEC CSD recommends that you print out or write
down your current CMOS Setup parameters and store the
information in a safe place before installing a processor.

*Note:* If you are upgrading from a Pentium II processor
to a Celeron or Pentium III processor, you must obtain a
retaining bar to place over the processor cartridge. See
Section 9, "NEC CSD Information Services," for information
on contacting NEC CSD for this part.

**1.** If you are replacing the processor cartridge currently in your system, remove
the cartridge (see "Removing the Celeron or Pentium III Processor
Cartridge").

⚠ **CAUTION**

Before picking up the processor cartridge, reduce static
discharge by touching the metal chassis of the system unit.

2. Align the cartridge with the guides in the retention mechanism (see the
   following figure). The cooling fan faces the rear of the chassis.

3. Insert the cartridge into the retention mechanism and evenly press down on
   the cartridge until it is fully seated in the Slot 1 connector.

4. Align the retaining bar with the top of the cartridge and evenly press down
   on the bar until it snaps in place on the cartridge (see the following figure).

*Positioning the Celeron or Pentium III Processor Cartridge*



A – Retaining Bar          C – Retention Mechanism
B – Processor Cartridge    D – Slot 1 Connector

5. Replace the system board.

   - For a small desktop system, see "Installing the System Board — Small
     Desktop."

   - For a desktop system, see "Installing the System Board — Desktop."

   - For a minitower system, see "Installing the System Board —
     Minitower."

6. Connect any other cables that may have been disconnected for access to the
   system board.

7. Replace the system unit cover.

   - For a small desktop or desktop system, see "Replacing the Small
     Desktop or Desktop Cover."

   - For a minitower system, see "Replacing the Minitower Side Covers."

8. Press the power button to start the system. Press **F2** to enter the CMOS Setup Utility.

   ■ If the system does not boot (as might be the case if you are replacing one processor with a slower one), press the power button a second time.

   ■ If the system still does not boot, clear CMOS (see "Clearing the CMOS" and "Changing a System Board Jumper Setting").

9. Set the processor speed using the CMOS Setup Utility (see "Special Features Setup" in Section 2).

## *Removing the Pentium II Processor Cartridge*

Remove the Pentium II processor cartridge installed on the system board as follows.

> **Note:** NEC CSD recommends that you print out or write down your current CMOS Setup parameters and store the information in a safe place before removing your processor.

1. Make sure that Restore AC/Power Loss in the Power Management Setup menu of the CMOS Setup Utility is set to "Last State" (default) or "Power On" before removing the processor.

> **Note:** Verify that Restore AC/Power Loss in the Power Management Setup menu of the CMOS Setup Utility is set to "Last State" (default) or "Power On" before replacing any processor.

2. Turn off the system and disconnect the system power cord.

> ⚠ **WARNING**
>
> Before removing the system unit cover, turn off the power and unplug the system power cable. Power is removed only when the power cable is unplugged.

3. Let the components within the system cool for about 10 minutes before removing the processor.

> ⚠ **WARNING**
>
> If the system has been running, any processor or heat sink already installed on the board will be hot. To avoid the possibility of a burn, let the components cool for 10 minutes before continuing with the procedures described here.

4. Remove the system board to access processor socket.

   ■ For a small desktop system, see "Removing the System Board — Small Desktop."

   ■ For a desktop system, see "Removing the System Board — Desktop."

   ■ For a minitower system, see "Removing the System Board — Minitower."

5. If the cartridge has a cooling fan, label and unplug the cooling fan cable from its connector on the system board.

6. Locate the processor socket on the system board.

---

⚠ **CAUTION**

Use care while performing the following procedure. Improper removal of the processor may damage the processor, retention mechanism, or system board.

---

7. Grasp the cartridge lock lever on one side of the retention mechanism with one hand and the end of the cartridge with the other hand (see the following figure).

8. Pull the lock lever away from the cartridge while pulling up on the end of the cartridge. The lever is stiff and requires some effort to pull it out far enough to release the end of the cartridge from the connector.

---

⚠ **CAUTION**

To prevent breaking the locking lever, push the lever out only enough to release it from the processor cartridge.

---

*Releasing the Pentium II Processor Cartridge*



A – Locking Lever                         C – Processor Cartridge
B – Retention Mechanism

⚠ **CAUTION**

Before picking up the processor cartridge, reduce static discharge by touching the metal frame of the system unit.

**9.** Repeat steps 3 and 4 for the opposite end of the cartridge.

**10.** Pull the cartridge straight up and out of the socket and the retention mechanism.

**11.** Store the cartridge in an antistatic bag.

**12.** Install the upgrade processor (see "Installing the Celeron or Pentium III Upgrade Processor Cartridge" or "Installing the Pentium II Upgrade Processor Cartridge").

## *Installing the Pentium II Upgrade Processor Cartridge*

Install the Pentium II upgrade processor cartridge by following these steps.

📄**Note:** NEC CSD recommends that you print out or write down your current CMOS Setup parameters and store the information in a safe place before installing a processor.

**1.** If you are replacing the Pentium II processor cartridge currently in your system, remove the cartridge (see "Removing the Pentium II Processor Cartridge").

⚠ **CAUTION**

Before picking up the processor cartridge, reduce static discharge by touching the metal chassis of the system unit.

**2.** Align the cartridge with the guides in the retention mechanism (see the figure on the following page). The heat sink faces the rear of the chassis.

**3.** Insert the cartridge into the retention mechanism and evenly press down on the cartridge until it is fully seated in the Slot 1 connector and mechanism. You should hear a click when the cartridge locks into the retention mechanism and connector.

**4.** Replace the system board.

- For a small desktop system, see "Installing the System Board — Small Desktop."

- For a desktop system, see "Installing the System Board — Desktop."

- For a minitower system, see "Installing the System Board — Minitower."

5. Connect any other cables that may have been disconnected for access to the system board.

*Positioning the Pentium II Processor Cartridge*



**A** – Processor Cartridge         **C** – Retention Mechanism
**B** – Heat Sink                **D** – Slot 1 Connector

6. Replace the system unit cover.

   ■ For a small desktop or desktop system, see "Replacing the Small Desktop or Desktop Cover."

   ■ For a minitower system, see "Replacing the Minitower Side Covers."

7. Press the power button to start the system. Press **F2** to enter the CMOS Setup Utility.

   ■ If the system does not boot (as might be the case if you are replacing one processor with a slower one), press the power button a second time.

   ■ If the system still does not boot, clear CMOS (see "Clearing the CMOS" and "Changing a System Board Jumper Setting").

8. Set the processor speed using the CMOS Setup Utility (see "Special Features Setup" in Section 2).

# Internal Bracket Removal and Replacement — Desktop

The desktop model has brackets and braces that are removable. The following list describes each one, and the circumstances requiring removal.

- Internal hard drive bracket (removed to remove power supply)
- Additional drive bracket (removed to remove riser board)
- Left side brace
- Left side bracket (removed to remove system board).

See "System Board Removal — Desktop" for instructions on removing the left side bracket.

The procedures for removing the left side brace, the additional drive bracket, and the internal hard drive bracket are included in the following sections.

## Removing the Internal Drive Bracket

You need to remove the internal drive bracket before you can remove the power supply. Remove the internal drive bracket by following these steps.

1. Remove the 3 1/2-inch internal drive from the bracket (see "Removing a 3 1/2-Inch Hard Drive – Desktop").

2. Remove the screw that holds the bracket to the rear of the chassis (see the following figure).

3. Remove the screw that holds the bracket to the floor of the chassis.

### Locating the Internal Drive Bracket — Desktop



A – Chassis Floor Screw          D – Rear of Chassis
B – Side of Bracket              E – Slots and Tabs on Chassis Floor
C – Chassis Rear Screw           F – Power Supply

**4.** Slide the bracket about 1/4 inch toward the front of the chassis to free it from the tabs on the chassis floor.

**5.** Lift the internal drive bracket out of the system.

## Removing the Additional Drive Bracket

You need to remove the drive bracket that houses the additional 3 1/2-inch drive if you have to remove the riser board.

Remove the additional drive bracket by following these steps.

**1.** If the system has a drive in the additional 3 1/2-inch drive bay, remove it first (see "Removing the Additional 3 1/2-Inch Drive — Desktop").

**2.** Remove the screw that holds the bracket to the front of the chassis (see the following figure).

**3.** Lift the bracket up slightly to free it from the four tabs on the chassis.

**4.** Pull the bracket out of the system.

*Locating the Additional Drive Bracket — Desktop*



A – Front of Chassis               C – Additional 3 1/2-Inch Drive Bracket
B – Tabs                           D – Screw

## *Removing the Left Side Brace*

Follow these steps to remove the left side brace from the desktop system.

**1.** Remove the screw that secures the brace to the rear of the chassis (see the following figure).

**2.** Push the freed end of the brace horizontally, to the interior of the chassis. The hooked tab on the other end of the brace disengages from the chassis.

**3.** Lift the brace out of the chassis, taking care not to knock or scrape components within the system.

*Freeing the Left Side Brace — Desktop*



**A** – Screw
**B** – Left Side Bracket
**C** – Left Side Brace

**D** – Hooked Tab
**E** – Front of Chassis

## *Replacing the Left Side Brace*

Follow these steps to replace the left side brace in the desktop system.

1. Hold the brace with the hooked tab on your right. Angle the brace so the left end is about four inches farther away than the right. (See the following figure.)

2. Place the hooked tab into the slot on the front edge of the chassis.

3. Once the right end of the brace is hooked in place, slide the left end horizontally toward the left rear corner of the chassis.

4. Align the screw holes in the left end of the brace and the left rear corner of the chassis.

5. Secure the brace with the screw.

### *Positioning the Left Side Brace — Desktop*



**A** – Left Side Brace          **C** – Hooked Tab
**B** – Left Side Bracket        **D** – Front of Chassis

# Riser Board Removal

The following sections describe how to remove the riser board from small desktop, desktop, and minitower systems.

## Removing the Riser Board — Small Desktop

Remove the riser board from a small desktop system by following these steps.

1. Turn off the system and disconnect the system power cord.

2. Ensure that all external cables are disconnected from the front and rear of the system.

3. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

4. Remove the internal hard drive (see "Removing a 3 1/2-Inch Hard Drive — Small Desktop").

5. Remove the system board (see "Removing the System Board — Small Desktop").

6. Remove any expansion boards (see "Removing an Expansion Board — Small Desktop").

7. Label and disconnect any cables connected to the front or back of the riser board.

8. Remove the six screws securing the riser board to the chassis (see the following figure).

*Locating the Riser Board Screws — Small Desktop*



A – Small Desktop Riser Board Screw

9. Pull the riser board directly away from the standoffs on the chassis wall and then lift the riser board out of the system unit.

## Removing the Riser Board — Desktop

Remove the riser board from a desktop system by following these steps.

1. Turn off the system and disconnect the system power cord.

2. Ensure that all external cables are disconnected from the front and rear of the system.

3. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

4. Remove the system board (see "Removing the System Board — Desktop").

5. Remove any expansion boards (see "Removing an Expansion Board — Small Desktop or Desktop").

6. If the system has a drive in the additional 3 1/2-inch drive bay, remove it (see "Removing the Additional 3 1/2-Inch Device — Desktop").

7. Remove the bracket for the additional drive (see "Removing the Additional Drive Bracket — Desktop").

8. Label and disconnect any cables connected to the front or back of the riser board.

9. Remove the three screws securing the riser board to the chassis (see the following figure).

**Locating the Riser Board Screws — Desktop**



**A** – Desktop Riser Board Screw

10. Slide the riser board about 1/2 inch toward the front of the chassis to free the USB connector from the cutaway in the rear of the chassis. Lift the riser board out of the system unit.

## *Removing the Riser Board — Minitower*

Remove the riser board from a minitower system by following these steps.

**1.** Turn off the system and disconnect the system power cord.

**2.** Ensure that all external cables are disconnected from the front and rear of the system.

**3.** Remove the left system unit cover (see "Removing the Minitower Side Covers").

**4.** Remove the system board (see "Removing the System Board — Minitower").

**5.** Remove any expansion boards (see "Removing an Expansion Board — Minitower").

**6.** Label and disconnect any cables connected to the riser board.

**7.** Remove the four screws securing the riser board to the chassis (see the following figure).

**Locating the Riser Board Screws — Minitower**



**A** – Minitower Riser Board Screw

**8.** Slide the riser board out of the slots on the wall of the chassis.

**9.** Lift the riser board out of the system unit.

# *Front Control Board Removal*

The following sections describe how to remove the front control board from small desktop, desktop, and minitower systems.

## *Removing the Front Control Board — Small Desktop or Desktop*

Remove the front control board from a small desktop or desktop system by following these steps.

1. Turn off the system and disconnect the system power cord.

2. Ensure that all external cables are disconnected from the front and rear of the system.

3. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

4. Remove the front panel (see "Removing the Front Panel — Small Desktop" or "Removing the Front Panel — Desktop").

5. Label and disconnect the front feature connector from the riser board. See one of the appropriate figures for the location of the connector.

   - "Riser Board Auxiliary Cable Connectors — Small Desktop"

   - "Riser Board Auxiliary Cable Connectors — Desktop"

   For small desktop system it may be helpful to remove the hard drive for easier access to the front feature connector on the riser board (see "Removing a 3 1/2-Inch Hard Drive — Small Desktop").

6. Remove the screws securing the front control board to the front of the chassis (see the following figures).

   - For the small desktop system remove the six screws.

   - For the desktop system, remove the three screws and slip the control board out from under the clips along its top edge.

*Locating the Front Control Board Screws — Small Desktop*



*Locating the Front Control Board Screws — Desktop*



**7.** Pull the front control board off the front of the chassis and gently pull the front connector cable through the cutaway in the front wall of the chassis.

## *Removing the Front Control Board — Minitower*

Remove the front control board from a minitower system by following these steps.

1. Turn off the system and disconnect the system power cord.

2. Ensure that all external cables are disconnected from the front and rear of the system.

3. Remove the left and right system unit covers (see "Removing the Minitower Side Covers").

4. Remove the front panel (see "Removing the Front Panel — Minitower").

5. Remove the top cover (see "Removing the Minitower Top Cover").

6. Label and disconnect the front feature connector from the riser board (for the location of the connector see the figure "Riser Board Auxiliary Cable Connectors — Minitower" in Section 5).

7. Remove the cable from the clips that secure it within the chassis.

8. Remove the five screws securing the front control board to the front of the chassis (see the following figure).

*Locating the Front Control Board Screws — Minitower*



9. Pull the front control board off the front of the chassis and gently pull the front connector cable through the cutaway in the front wall of the chassis.

# USB Board Removal

The following sections describe how to remove the USB board from small desktop, desktop, and minitower systems.

## Removing the USB Board — Small Desktop or Desktop

Remove the USB board from a small desktop or desktop system by following these steps.

1. Turn off the system and disconnect the system power cord.

2. Ensure that all external cables are disconnected from the front and rear of the system.

3. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

4. Remove the front panel (see "Removing the Front Panel — Small Desktop" or "Removing the Front Panel — Desktop").

5. Label and disconnect the USB cable connector from the riser board. For the location of the connector see one of these figures.

   ■ "Riser Board Auxiliary Cable Connectors — Small Desktop

   ■ "Riser Board Auxiliary Cable Connectors — Desktop"

   In the small desktop system it may be helpful to remove the hard drive for easier access to the USB connector on the riser board (see "Removing a 3 1/2-Inch Hard Drive — Small Desktop").

6. Remove the two screws securing the USB board to the chassis (see one of the following figures).

*Locating the Front USB Board Screws — Small Desktop*





**Locating the Front USB Board Screws — Desktop**



7. Pull the USB board back to free the USB connector from the cutaway in the front of the chassis. Remove the USB board.

   The USB board in the small desktop system is secured to standoffs. Lift the board up slightly to free it from the standoffs before pulling it away from the chassis.

## Removing the USB Board — Minitower

Remove the USB board from a minitower system by following these steps.

1. Turn off the system and disconnect the system power cord.

2. Ensure that all external cables are disconnected from the front and rear of the system.

3. Remove the left and right system unit covers (see "Removing the Minitower Side Covers").

4. Remove the front panel (see "Removing the Front Panel — Minitower").

5. Remove the top cover (see "Removing the Minitower Top Cover").

6. Label and disconnect the USB cable connector from the riser board (for the location of the connector see the figure "Riser Board Auxiliary Cable Connectors — Minitower" in Section 5).

7. Remove the two screws securing the USB board to the front of the chassis (see the following figure).

*Locating the USB Board Screws — Minitower*



**8.** From the front of the chassis pinch the sides of the plastic post together so the post can slide through its hole in the chassis (see the following figure).

**9.** Pull the USB board back to free the USB port from the cutaway in the front of the chassis.

*Locating the USB Board Post — Minitower*



# Intrusion Switch Removal

The following sections describe how to remove the intrusion switch assembly from small desktop, desktop, and minitower systems.

## Removing the Chassis Intrusion Switch — Small Desktop

Remove the chassis intrusion switch from a small desktop system by following these steps.

1. Turn off the system and disconnect the system power cord.

2. Ensure that all external cables are disconnected from the front and rear of the system.

3. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

4. Label and disconnect the chassis intrusion cable connector from the riser board (for the location of the connector see the figure "Riser Board Auxiliary Cable Connectors — Small Desktop" in Section 5).

5. Spread the locking tabs holding the chassis intrusion switch to the chassis (see the following figure).

6. Gently pull the chassis intrusion switch out from between the tabs.

*Locating the Chassis Intrusion Switch Tabs — Small Desktop*



## Removing the Chassis Intrusion Switch — Desktop

Remove the chassis intrusion switch from a desktop system by following these steps.

1. Turn off the system and disconnect the system power cord.

2. Ensure that all external cables are disconnected from the front and rear of the system.

3. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

4. Remove the plastic collar from the intrusion switch on the riser board (see **1** in the following figure).

5. Remove the switch from its connector on the riser board (see **2** in the following figure).

**Freeing the Chassis Intrusion Switch — Desktop**



## *Removing the Chassis Intrusion Switch — Minitower*

Remove the chassis intrusion switch from a minitower system by following these steps.

1. Turn off the system and disconnect the system power cord.

2. Ensure that all external cables are disconnected from the front and rear of the system.

3. Remove the left side cover (see "Removing the Minitower Side Covers").

4. Label and disconnect the chassis intrusion cable connector from the riser board (for the location of the connector see the figure "Riser Board Auxiliary Cable Connectors — Minitower " in Section 5).

5. Locate the chassis intrusion switch inside the rear left edge of the minitower chassis. It is located next to the expansion slot area, about halfway down the chassis. (See the following figure.)

   The push switch itself extends through a slot in the edge of the chassis. It is held in an **ON** position by the chassis cover when the cover is on.

6. Unclip the switch from the slot in the chassis.



*Locating the Chassis Intrusion Slot — Minitower*



**A** – Minitower Chassis Intrusion Slot

# Power Supply Removal

The following sections describe how to remove the power supply from small desktop, desktop, and minitower systems.

---

## ⚠ WARNING

Before removing the system unit cover, turn off the power and unplug the system power cable. Power is removed only when the power cable is unplugged.

---

## Removing the Power Supply — Small Desktop

Remove the power supply from a small desktop system using these steps.

---

## ⚠ WARNING

Before removing the system unit cover, turn off the power and unplug the system power cable. Power is removed only when the power cable is unplugged.

---

1. Turn off the system and disconnect the system power cord.

2. Ensure that all external cables are disconnected from the front and rear of the system.

3. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

4. Label and disconnect every power cable connected to a device or board within the system.

5. Remove the three screws holding the power supply to the chassis (see the following figure).

### Locating the Power Supply Screws — Small Desktop



**A** – Small Desktop Power Supply Screws

6. Gently pull the power supply out of the chassis.

---

## *Removing the Power Supply — Desktop*

Remove the power supply from a desktop system by following these steps.

---

### ⚠ **WARNING**

Before removing the system unit cover, turn off the power and unplug the system power cable. Power is removed only when the power cable is unplugged.

---

1. Turn off the system and disconnect the system power cord.

2. Ensure that all external cables are disconnected from the front and rear of the system.

3. Remove the system unit cover (see "Removing the Small Desktop or Desktop Cover").

4. Label and disconnect every power cable connected to a device or board within the system.

5. Remove the internal hard drive (see "Removing the 3 1/2-Inch Internal Hard Drive — Desktop").

6. Remove the internal hard drive bracket (see "Removing the Bracket for the 3 1/2-Inch Internal Hard Drive").

7. Remove the four screws holding the power supply to the chassis (see the following figure).

### *Locating the Power Supply Screws — Desktop*



**A** – Desktop Power Supply Screws

8. Gently lift the power supply out of the chassis.

## Removing the Power Supply — Minitower

Remove the power supply from a minitower system by following these steps.

---

### ⚠ WARNING

Before removing the system unit cover, turn off the power
and unplug the system power cable. Power is removed only
when the power cable is unplugged.

---

1.  Turn off the system and disconnect the system power cord.

2.  Ensure that all external cables are disconnected from the front and rear of
    the system.

3.  Remove the left and right system unit covers (see "Removing the Minitower
    Side Covers").

4.  Remove the front panel (see "Removing the Front Panel — Minitower").

5.  Remove the top cover (see "Removing the Minitower Top Cover").

6.  Label and disconnect every power cable connected to a device or board
    within the system.

7.  Remove the four screws holding the power supply to the chassis (see the
    following figure).

**Locating the Power Supply Screws — Minitower**



A – Minitower Power Supply Screws

8.  Working from the left side of the chassis, gently pull the power supply out
    of its bracket between the hard drive and the riser board.

---

# CMOS Battery Removal

Remove the 3-volt lithium battery from the system board as follows.

**1.** Turn off the system and disconnect the system power cord.

⚠ **CAUTION**

Removing the battery from the system board causes the workstation to lose system configuration information. If possible, run the CMOS Setup Utility and record the system configuration settings before removing the battery. Use that information to restore the system after replacing the battery.

**2.** Ensure that all external cables are disconnected from the front and rear of the system.

**3.** Label and disconnect any cables connected to the system board.

**4.** Remove the system board.

- For a small desktop system, see "Removing the System Board — Small Desktop."

- For a desktop system, see "Removing the System Board — Desktop."

- For a minitower system, see "Removing the System Board — Minitower."

**5.** Locate the battery and its socket on the system board (see the following figure).

*Locating the Battery*





**A** – Battery

**6.** Use your fingers to carefully remove the battery from the battery socket on the system board (see the figure on the following page).

**Removing the Battery**



**A** – Battery                              **B** – Clip

---

## ⚠ WARNING

The battery can explode if it is incorrectly replaced or improperly discarded. Use only the same battery or an equivalent type recommended by the manufacturer when replacing the battery.

Lithium acts as a catalyst when exposed to water and causes spontaneous combustion on contact. Discard used batteries according to the manufacturer's instructions.

---

7. Reverse the previous steps to install a new battery.

8. After the system reassembled and restarted, run CMOS Setup Utility to reconfigure system parameters (see Section 2, "System Configuration").

# Chassis Foot Removal

The minitower chassis has two feet that are designed to prevent the system unit from tipping. Keep the feet turned out unless you are upgrading or repairing the system.

The right chassis foot is longer than the left chassis foot to distribute the weight of the system unit components evenly. The right chassis foot lock (a disk that is clipped to the chassis floor and secured with screws) has different tabs than those on the left chassis foot lock.

Remove the chassis feet as follows.

1. Turn off the system and disconnect the system power cord.

2. Ensure that all external cables are disconnected from the front and rear of the system.

3. Remove the left system unit cover (see "Removing the Minitower Side Covers").

4. Position the system unit on its side, with the open left side facing up.

5. Remove the system board (see "Removing the System Board — Minitower").

6. Remove the screws from the left and right foot locks (see the following figure).

*Locating the Chassis Foot Screws*



A – Left Chassis Foot Lock      C – Right Chassis Foot Lock
B – Left Chassis Foot      D – Right Chassis Foot

7. Access the inside chassis floor and locate the chassis foot locks.

*Locating the Chassis Foot Locks*



A – Left and Right Chassis Foot Locks on Chassis Floor

8. Remove the left foot lock.

   ■ Unclip the locking tab (see arrow **1** in the figure below).

   ■ Press the other tab down to free it from its slot (see arrow **2** in the figure below).

   ■ Label the foot and the foot lock for use on the left side of the system.

9. Remove the right foot lock.

   ■ Unclip the locking tab (see arrow **3** in the figure below).

   ■ Press the other tab up to free it from its slot (see arrow **4** in the figure below).

   ■ Label the foot and the foot lock for use on the right side of the system.

*Removing the Left and Right Chassis Foot Locks*



**A** – Tab, Left Chassis Foot Lock      **D** – Locking Tab, Right Chassis Foot Lock
**B** – Locking Tab, Left Chassis Foot Lock      **E** – Inside of Chassis Floor
**C** – Tab, Right Chassis Foot Lock

 **WARNING**

Replace the feet before reassembling or using the system.

Before using the system, turn the feet perpendicular to the length of the system unit. The feet are designed to keep the unit from being tipped over.

# System Board Rail Removal

In some models, the system board rails are secured to the system board with plastic fasteners. In others, the system board rails are secured with screws. The following sections describe how to remove the system board rails for each case.

- "Removing System Board Rails Secured with Plastic Fasteners"

- "Removing System Board Rails Secured with Screws."

## Removing System Board Rails Secured with Plastic Fasteners

Remove system board rails that are secured with plastic fasteners by following these steps.

1. Turn off the system and disconnect the system power cord.

2. Ensure that all external cables are disconnected from the front and rear of the system.

3. Remove the system board.

   - For a small desktop system, see "Removing the System Board — Small Desktop."

   - For a desktop system, see "Removing the System Board — Desktop."

   - For a minitower system, see "Removing the System Board — Minitower."

4. Pinch the sides of the fasteners securing the rail so the fasteners can be pushed down through the system board. It may be necessary to use needle nose pliers to pinch the fasteners (see the following figure).

*System Board Rails Secured with Plastic Fasteners*



5. Pull the rail away from the system board.

6. Repeat steps 4 and 5 for the other rail.

## *Removing System Board Rails Secured with Screws*

Remove system board rails that are secured with screws by following these steps.

1. Turn off the system and disconnect the system power cord.

2. Ensure that all external cables are disconnected from the front and rear of the system.

3. Remove the system board.

   - For a small desktop system, see "Removing the System Board — Small Desktop."

   - For a desktop system, see "Removing the System Board — Desktop."

   - For a minitower system, see "Removing the System Board — Minitower."

4. Remove the two screws holding each rail to the system board (see the following figure).

**System Board Rails Secured with Screws**




5. Lift the system board off the rails.

*4*

# System Board

- Connectors, Jumpers, and Sockets
- Components
- Resources

This section describes the locations of connectors, jumpers, and sockets on the system board, including external cable connectors, internal board connectors, jumper locations, and upgrade sockets.

This section provides procedures for setting jumpers on the system board and a DIMM memory upgrade path for the DIMM sockets. Also included are descriptions of system board components, system memory map, and I/O addresses.

# Connectors, Jumpers, and Sockets

The following paragraphs describe the system board external cable connector locations, internal board connector locations, jumper locations, and upgrade sockets. Included are procedures for setting jumpers on the system board and a table showing the upgrade path for the DIMM sockets.

## External Cable Connectors

Locations of the external cable connectors on the system board at the back of the system unit are shown in the following figures. For descriptions of the connectors, see Section 1, "System Overview."

**System Board External Cable Connector Locations — Small Desktop**



**A** – PCI Slot
**B** – PCI/ISA Shared Slot
**C** – USB Port
**D** – Power Supply
**E** – Line Out Jack
**F** – Microphone In Jack
**G** – LAN Connector

**H** – Keyboard Port
**I** – Mouse Port
**J** – Serial Port 2
**K** – Serial Port 1
**L** – VGA Monitor Connector
**M** – Printer Port

### *System Board External Cable Connector Locations — Desktop*



**A** – Expansion Board Slots
**B** – Power Supply
**C** – USB Port
**D** – Line Out Jack
**E** – Microphone In Jack
**F** – LAN Connector

**G** – Keyboard Port
**H** – Mouse Port
**I** – Serial Port 2
**J** – Serial Port 1
**K** – Printer Port
**L** – VGA Monitor Connector

### *System Board External Cable Connector Locations — Minitower*



**A** – Power Supply
**B** – Line Out Jack
**C** – Microphone In Jack
**D** – LAN Connector
**E** – Keyboard Port
**F** – Mouse Port

**G** – Serial Port 1
**H** – VGA Monitor Connector
**I** – USB Port
**J** – Printer Port
**K** – Serial Port 2
**L** – Expansion Board Slots

## Internal Connectors

Locations of the internal connectors on the system board are shown in the following figure.

**System Board Internal Connector Locations**



| **A** – Processor Slot 1 Connector | **C** – USB Header |
|---|---|
| **B** – DIMM Sockets | **D** – Battery Socket |

## Upgrade Sockets

The system board has the following upgrade sockets:

- processor socket
- DIMM sockets.

See the following paragraphs for socket descriptions.

### Processor Socket

The processor socket is designed for easy processor upgradeability through use of a Single Edge Contact (S.E.C.) cartridge. The cartridge contains the processor, second level cache, thermal plate, and back cover. In addition, a heat sink is connected to the cartridge.

The 242-pin edge connector socket (Slot 1) on the system board holds the processor S.E.C. cartridge. The cartridge is held in place in the socket by a retention mechanism. With the cartridge plugged into the socket, the processor's pins automatically set the system board voltage regulator and processor speed (66 MHz or 100 MHz).

To remove or install a processor S.E.C. cartridge, see Section 3, "Disassembly and Reassembly." See the figure at the beginning of this section for the location of the Slot 1 connector.

*DIMM Sockets*

The system board has two, 168-pin, gold-plated DIMM sockets (locations are shown on the figure at the beginning of this section). The sockets support up to 512 MB of high-speed SDRAM memory. The sockets support DIMM modules in 32-, 64-, 128-, and 256-MB 66-MHz and 100-MHz non-ECC memory configurations.

Use these guidelines when selecting DIMMS:

- DIMMs can be installed in one, or two sockets

- DIMM size can vary between sockets

- DIMM speed must match the processor bus speed (66 MHz or 100 MHz)

- Single- and double-sided DIMMs can be mixed.

See the following tables for supported DIMMs and for sample DIMM upgrade paths. To determine the memory needed for a memory upgrade, see "Checking System Memory."

To remove or install a DIMM, see Section 3, "Disassembly and Reassembly."

### Supported DIMMs

| DIMM Size | Non-ECC Configuration |
|-----------|----------------------|
| 32 MB     | 4 Mbit x 64          |
| 64 MB     | 8 Mbit x 64          |
| 128 MB    | 16 Mbit x 64         |
| 256 MB    | 32 Mbit x 64         |

### Sample DIMM Upgrade Paths*

| Total Memory | DIMM 1 | DIMM 2 |
|--------------|--------|--------|
| 32 MB        | 32 MB  |        |
| 64 MB        | 32 MB  | 32 MB  |
| 64 MB        | 64 MB  |        |
| 128 MB       | 64 MB  | 64 MB  |
| 128 MB       | 128 MB |        |
| 256 MB       | 128 MB | 128 MB |
| 256 MB       | 256 MB |        |
| 512 MB       | 256 MB | 256 MB |

*The information in this table shows sample DIMM upgrade paths. It does not represent every combination of DIMMs supported in the system.

*Checking System Memory*

If you do not know how much memory is installed in the system, check the amount as follows.

1. On the Windows 95, Windows 98, or Windows NT 4.0 desktop, point to **My Computer** and click the right mouse button.

2. With the left mouse button, click **Properties**. The System Properties window appears. The **General** tab shows the random access memory (RAM). This is the amount of system memory in the computer.

In Windows 95 and Windows 98, you can also find the amount of memory by clicking the **Performance** tab.

> **Note:** If a discrepancy is found in the amount of memory displayed at the Power-On Self-Test or in Windows with the amount of memory installed, check that the memory modules were installed correctly.

## System Board Jumpers

The system board contains three jumper blocks. System board jumpers are used to configure the system as follows.

- JVGA1 block — enables or disables onboard video

- JBAT1 block — resets CMOS settings

- JP1 block — configures the system for instant power-on when the system is plugged in or power-on using the power button.

The following figure shows the locations of jumper blocks on the system board. (Jumper settings are included in Section 2, "System Configuration.")

### Locating System Board Jumpers



**A** – JVGA1 Jumper (VGA Mode)        **C** – JP1 Jumper (Power On Mode)
**B** – JBAT1 Jumper (CMOS Clear)

# *Components*

The system board has the following features:

- Intel 440BX chipset used for AGP, PCI/ISA, memory, and peripheral control

- Winbond 83977ATF-AW Super I/O controller (integrates standard PC I/O functions: two serial ports, one EPP/ECP-capable parallel port, floppy disk interface, real time clock, keyboard and mouse controller; support for two USB ports)

- two dual in-line memory module (DIMM) sockets with support for up to 512 MB of SDRAM using DIMMs

- Award BIOS in a flash memory device supporting system setup and PCI auto-configuration

- 32-KB internal dual write-back cache integrated on the processor

- pipelined 32-bit addressing

- 64-bit data

- 32 MB to 512 MB of SDRAM upgradeable with 32-MB, 64-MB, 128-MB, or 256-MB increments through DIMM sockets on system board

- 512-KB write-back secondary cache memory on Pentium II and Pentium II processors; 128 -KB secondary cache memory on Celeron processor

- CMOS Setup Utility built into the BIOS

- 4-Mb Flash ROM for fast economical BIOS upgrades

- PCI local bus for fast data transfer

- Winbond ASIC monitoring chip

- integrated sound (Yamaha audio system)

- power management with power saving mode, featuring inactivity timer

- AGP controller on system board supporting an AGP standard

- external connectors for connecting the following external devices:

    —— Personal system/2 (PS/2®)-style mouse

    —— PS/2-style keyboard

    —— Parallel printer at the parallel port offering bi-directional Enhanced Parallel Port (EPP) and Enhanced Capabilities Port (ECP) support

    —— Serial devices through two buffered 16C550 UART serial ports, supporting up to 115.2 KB per second

    —— Network connection through the RJ-45 connector

— Two USB devices (a header on the system board is connected to an external connector on the rear of the chassis; a header on the riser board is connected to a USB board/connector at the front of the chassis)

— Speakers (line out) and microphone (microphone in).

The following table lists the major components on the system board.

### System Board Components

| Component | Function |
|---|---|
| Intel 440BX Chipset: | |
| 82443BX PCI/AGP controller (PAC) | Provides bus control signals, address paths, and data paths for transfers between the processor's host bus, PCI bus, AGP connector, and system memory. The PAC comes in a 492-pin BGA package on the system board. |
| | Features include processor interface control (32-bit addressing, 66-MHz and 100-MHz host bus speed), an integrated DRAM controller (synchronous DRAM, 64/72-bit path-to-memory, auto detection of memory type) and an AGP interface (compliant with AGP specification with data transfer rates up to 133 MHz), fully synchronous minimum latency PCI bus interface (compliant with PCI specification with PCI-to-DRAM access greater than 100 MB per second). |
| 82371EB PCI ISA IDE Xcelerator (PIIX4E) | Functions as a PCI to ISA bridge; PCI IDE functionality; a USB controller; integrated dual channel enhanced IDE interface with support for Ultra DMA/33; enhanced DMA controller; interrupt controller based on 82C59, with support for 15 interrupts; power management logic (sleep/resume and remote wake on LAN); real-time clock with 256-byte, battery-backed CMOS static RAM (SRAM); 16-bit counters based on 82C54. |
| 82558 LAN controller | Provides an Ethernet LAN interface for 10Base-T and 100Base-TX connectivity. The controller features:<br>—CSMA/CD protocol engine<br>—PCI compatibility<br>—DMA engine for movement of command, status, and network data across the PCI bus<br>—Standard MII interface for access to IEEE 802.3 compliant physical layer interface. |
| Alert On LAN Component | The Alert On LAN Component is a companion device to the Intel 82558 LAN controller. Both devices work together to provide a management interface between a remote management console and a client system monitoring instrumentation. When an alert occurs (a chassis intrusion, for example), the LAN component transmits Ethernet packets to the 82558 LAN controller. |
| Winbond 83782D monitoring chip | Provides voltage, temperature, and security monitoring (NEC MagicEye technology). |

**System Board Components**

| Component | Function |
| --- | --- |
| Winbond 83977 ATF-AW Super I/O controller | Multimode parallel port<br>    Centronics compatible (standard mode)<br>    Enhanced capabilities port (ECP)<br>    Enhanced parallel port (EPP)<br>Two RS-232C serial ports<br>Integrated keyboard controller<br>Supports industry-standard floppy controller |
| Yamaha YMF740C 3D Audio controller | Provides audio on system board. |

## Processor and Secondary Cache

The system uses an Intel Celeron, Pentium II, or Pentium III processor. Each processor is compatible with 8-, 16-, and 32-bit software written for the Intel386™, Intel486™, Pentium, and Pentium Pro processors. The processor is mounted in a cartridge with an attaching heat sink that installs as a unit in the processor Slot 1 connector on the system board.

### Pentium II Processor

The Pentium II processor comes with an internal clock speed of 350 MHz, 400 MHz, or 450 MHz.

The Pentium II processor is an advanced pipelined 32-bit addressing, 64-bit data processor designed to optimize multitasking operating systems. The 64-bit registers and data paths support 64-bit addresses and data types.

To use the Pentium processor's power, the system features an optimized 64-bit memory interface and 512 KB of secondary write-back cache on the processor.

### Celeron Processor

Intel Celeron processors in the PowerMate ES 5200 Series come with an internal clock speed of 300 MHz, 333 MHz, or 366 MHz. (The system also supports Celeron processors with a clock speed of 400 MHz or 433 MHz.) The processor features the Intel P6-microarchitecture.

The Celeron comes in a single edge processor package cartridge, and uses a 242-contact slot connector. The processor technology incorporates 16K level-one caches for instructions and for data, and has a dedicated 64-bit cache bus. The L2 cache speed scales with the processor core frequency. The processor has a pipelined Floating-Point Unit (FPU) to support 32-, 64-, and 80-bit formats. The processor features parity-protected address/request and response system bus signals with a retry mechanism.

*Pentium III Processor*

The Pentium III processor has an internal clock speed of 450 or 500 MHz.

The processor features an optimized 64-bit memory interface and 512 KB of secondary write-back cache. The processor utilizes the P6 Microarchitecture, and incorporates 70 new instructions. It runs on the 100-MHz system bus and incorporates the Intel 440BX chipset.

The Pentium III is geared for latest industry computing needs, including advanced 3D effects, animation, imaging, video, and speech recognition.

## System BIOS

The ISA- and PCI-compatible BIOS is contained in a flash memory device on the system board. The BIOS provides the Power-On Self-Test (POST), the system Setup program, a PCI and IDE auto-configuration utility, and BIOS recovery code.

The system BIOS is always shadowed. Shadowing allows any BIOS routine to be executed from fast 32-bit DRAM on the system board, instead of from the slower 8-bit flash device.

NEC's Flash ROM allows fast, economical BIOS upgrades. The Flash ROM is a reprogrammable EPROM containing both the system and video BIOS. Using the Flash ROM to change the ROM BIOS provides the following advantages:

■ the BIOS upgrade is performed quickly and easily

■ the expense of replacing ROM BIOS chips is eliminated, so system maintenance costs are reduced

■ there is less chance of inadvertently damaging the system board than when physically replacing ROMs

■ new technology can be incorporated while maintaining corporate standards

■ network administrators can exercise company-wide control of BIOS revisions.

The BIOS programs execute the Power-On Self-Test, initialize processor controllers, and interact with the display, diskette drive, hard drives, communication devices, and peripherals. The system BIOS also contains the Setup utility. The POST copies the ROM BIOS into RAM (shadowing) for maximum performance.

The Flash ROM allows the system and video BIOS to be upgraded with the BIOS Update utility, without having to physically remove the ROM (see Section 2 for further information on the BIOS Update utility). The Flash ROM supports the reprogramming of the system BIOS and the video BIOS.

### System Memory

The system comes with between 32 MB and 512 MB of SDRAM installed in DIMM sockets on the system board.

The memory configuration consists of two sockets. The DIMM sockets accept 168-pin, 64-bit (non-ECC) 32-, 64-, 128-, and 256-MB DIMMs. See "DIMM Sockets" for a list of supported DIMMs.

## Hardware Monitor

The Winbond 83782D chip provides economical instrumentation capabilities for reduced cost of PC ownership when the system is used with the LANDesk[®] Client Manager. This single-chip application-specific integrated circuit (ASIC) features:

- integrated ambient temperature sensor

- power supply voltage monitoring to detect excessively high or low voltage levels

- registers for storing POST hardware test results and error codes

- remote reset capabilities from a remote peer or server through LANDesk Client Manager v.3.2.

When ranges for temperature or voltage are exceeded, an interrupt is activated. The hardware monitor component connects to the ISA bus as an 8-bit I/O mapped device.

## Plug and Play

The system comes with a Plug and Play BIOS in support of Plug and Play technology. Plug and Play simplifies setup procedures for installing Plug and Play expansion boards. With Plug and Play, adding a Plug and Play expansion board is done by turning off the system, installing the board, and turning on the system. There are no jumpers to set and no system resource conflicts to resolve. Plug and Play automatically configures the board. (Some Plug and Play devices may need to be jumpered if used in a system running the Windows NT[®] operating system.)

## NLX Design

The system is designed to conform to the NLX standard. Electrical and mechanical interfaces and board dimensions are standardized.

- Signal and power connections to the system board are carried through the riser board.

- The system board is free of internal cabling.

- A latching mechanism releases and secures the system board for easy removal and replacement.

## ISA Bus

The system board uses the ISA bus for transferring data between the processor and some I/O peripherals and expansion boards. The ISA bus supports 16-bit data transfers and typically operates at 8 MHz.

## PCI Local Bus

The 32-bit PCI local bus is the primary I/O bus for the system. The PCI bus is a highly integrated I/O interface that offers the highest performance local bus available for the Pentium processor. The bus supports burst modes that send large amounts of data across the bus, allowing fast displays of high-resolution images.

The PCI local bus is a high-performance bus that provides a processor-independent data path between the CPU and high-speed peripherals. The PCI bus is a robust interconnect mechanism designed specifically to accommodate multiple high performance peripherals for graphics, full motion video, SCSI, and LAN.

The PCI local bus supports memory transfer rates of over 100 MB per second for reads and over 120 MB per second for writes, depending on processor configuration.

## PCI/IDE Ports

The system board supports two high-performance PCI/IDE ports: a primary port and a secondary port (the port connectors are located on the riser board, which plugs into the system board). Each port supports up to two devices for a total of four IDE devices (although the number of devices the system can house depends on how many bays there are in the chassis and the capacity of the power supply). The primary PCI/IDE port has an enhanced IDE interface that supports PIO Mode 4 devices with 16 MB per second 32-bit wide data transfers on the high-performance PCI local bus. Each port supports Ultra DMA/33.

The installed hard drive is connected to the primary PCI/IDE connector with a three-connector cable. If a CD-ROM drive is included in the system, it is connected to the secondary PCI/IDE port with a three-connector cable. A second device can be added to the primary PCI/IDE port.

## Parallel Interface

The system has a 25-pin bi-directional parallel port on the system board. Port specifications conform to the IBM-PC standards. The port supports Enhanced Capabilities Port (ECP) and Enhanced Parallel Port (EPP) modes for devices that require ECP or EPP protocols. The protocols allow high-speed bi-directional transfer over a parallel port and increase parallel port functionality by supporting more devices.

The BIOS has automatic ISA printer port sensing that works with most devices. If the BIOS detects an ISA printer port mapped to the same address, the built-in printer port is disabled. (Verify in the CMOS Setup Utility that printer ports mapped to the same address are enabled or disabled appropriately.) The BIOS also sets the first parallel interface port it finds as LPT1 and the second port it finds as LPT2.

Parallel interface signals are output through the system board's 25-pin, D-subconnector. The connector is located at the back of the system unit.

## Serial Interface

The system has two 16C550 UART compatible serial ports (COM1 and COM2) integrated on the I/O controller. The serial ports support the standard RS-232C interface. The buffered high-speed serial ports support transfer rates up to 115.2 KB. These ports allow the installation of high-speed serial devices for faster data transfer rates.

See Section 2, "System Configuration," for information on resetting the port through the CMOS Setup Utility. See Section 10, "Specifications," for the serial interface specifications.

Serial interface signals are output through the system board's 9-pin, D-subconnectors. The connectors are located at the back of the system unit.

## USB Interface

The Universal Serial Bus (USB) ports allow new Plug and Play serial devices to be added without having to open the system. One USB device may be plugged into each USB port for direct system connection. Up to 127 USB devices can be daisy chained to one USB port. The USB determines system resources for each peripheral and assigns them without user intervention. Boot support for a USB keyboard is present so the system can be booted with a USB keyboard instead of a standard keyboard.

## Graphics Controller

The system board contains an accelerated graphics port (AGP) chip that is specifically designed for graphics-intensive operations, including 3-D and 2-D effects, texture mapping, text and color pixel amplification, and video acceleration. The AGP operates independently of the PCI bus and supports 133-MHz data transfer rates, allowing 500 MB of data to be transmitted per second. The controller minimizes bus traffic by off-loading the tasks normally performed by the processor, providing 64-bit, high resolution performance for demanding True Color displays and other sophisticated graphics functions.

To view photorealistic images, enhance presentation graphics, and view TV-quality MPEG video, connect a standard VGA-compatible monitor to the external VGA monitor connector.

## *Motion Video Controller*

The motion video controller integrates a Windows graphical user interface (GUI) engine and motion video playback hardware.

Support includes:

- MPEG-1 or MPEG-2
- Video for Windows
- Active Movie (Windows 95 and Windows 98).

MPEG is a compression/decompression standard developed by a professional video group called the Motion Picture Experts Group. MPEG produces full-screen, 30-frames-per-second (fps), broadcast-quality digital video.

## *Integrated Audio*

To support the increasing number of multimedia applications, a Yamaha YMF740C 3D PCI audio controller is integrated on the system board. The chip provides 16-bit stereo, Sound Blaster Pro-compatible audio.

The sound system provides all the digital and analog mixing functions required for playing and recording audio on personal computers. Features include stereo analog-to-digital and digital-to-analog converters, analog mixing, anti-aliasing and reconstruction filters, line and microphone level inputs, digital audio compression, and full digital control of all mixer and volume control functions.

# *Resources*

The system memory map, I/O addresses, and DMA settings are given in the following sections. System interrupt settings are included in Section 2, "System Configuration."

## *Memory Map*

The system memory map is shown in the following table.

### *System Memory Map*

| Memory Space | Function |
| --- | --- |
| x00000000 - x0009FFFF | System board extension for PnP BIOS |
| x000A0000 - x000AFFFF | RAGE PRO TURBO AGP (English) |
| x000B0000 - x000BFFFF | RAGE PRO TURBO AGP (English) |
| x000C0000 - x000C7FFF | RAGE PRO TURBO AGP (English) |
| x000F0000 - x000F3FFF | Motherboard resources |

### System Memory Map

| Memory Space | Function |
| --- | --- |
| vx000F4000 - x000F7FFF | Motherboard resources |
| x000F8000 - x000FBFFF | Motherboard resources |
| x000FC000 - x000FFFFF | Motherboard resources |
| x00100000 - x01FFFFFF | System board extension for PnP BIOS |
| xE0000000 - xE3FFFFFF | Intel 82443BX Pentium® II Processor to PCI bridge (with GART support) |
| xE4000000 - xE401FFFF | RAGE PRO TURBO AGP (English) |
| xE4000000 - xE5FFFFFF | Intel 82443BX Pentium® II Processor to AGP controller |
| xE5000000 - xE5000FFF | RAGE PRO TURBO AGP (English) |
| xE6000000 - xE6FFFFFF | RAGE PRO TURBO AGP (English) |
| xE6000000 - xE6FFFFFF | Intel 82443BX Pentium® II Processor to AGP controller |
| xE8000000 - xE80FFFFF | Intel 82558-based Integrated Fast Ethernet for WfM |
| xE8100000 - xE8107FFF | YAMAHA DS-XG PCI Audio CODEC |
| xE8108000 - xE8108FFF | Intel 82558-based Integrated Fast Ethernet for WfM |
| xFFFE0000 - xFFFFFFFF | System board extension for PnP BIOS |

## DMA Settings

The system's DMA settings are given in the following table.

### DMA Settings*

| DMA Setting | Device |
| --- | --- |
| 0 | Free |
| 1 | Yamaha DS-XG legacy sound system |
| 2 | Standard diskette drive controller |
| 3 | Free |
| 4 | Direct Memory Access controller |
| 5 | Free |
| 6 | Free |
| 7 | Free |

* In Plug and Play systems, these settings are typical but may vary by configuration.

## I/O Addresses

The processor communicates with I/O devices by I/O mapping. The hexadecimal (hex) addresses of I/O devices are listed in the following table.

> ☷ **Note:** In Plug and Play systems, these addresses are typical but may vary by configuration.

### I/O Address Map

| Address (Hex) | I/O Device Name |
| --- | --- |
| x0000 - x000F | Direct memory access controller |
| x0020 - x0021 | Programmable interrupt controller |
| x0040 - x0043 | System timer |
| x0060 - x0060 | Standard 101/102-Key or Microsoft Natural Keyboard |
| x0061 - x0061 | System speaker |
| x0064 - x0064 | Standard 101/102-Key or Microsoft Natural Keyboard |
| x0070 - x0071 | System CMOS/real time clock |
| x0081 - x0083 | Direct memory access controller |
| x0087 - x0087 | Direct memory access controller |
| x0089 - x008B | Direct memory access controller |
| x008F - x0091 | Direct memory access controller |
| x00A0 - x00A1 | Programmable interrupt controller |
| x00C0 - x00DF | Direct memory access controller |
| x00F0 - x00FF | Numeric data processor |
| x0170 - x0177 | Intel 82371AB/EB PCI Bus Master IDE Controller |
| x0170 - x0177 | Secondary IDE controller (dual fifo) |
| x01F0 - x01F7 | Intel 82371AB/EB PCI Bus Master IDE Controller |
| x01F0 - x01F7 | Primary IDE controller (dual fifo) |
| x0201 - x0201 | YAMAHA DS-XG GamePort |
| x0220 - x022F | YAMAHA DS-XG Legacy Sound System |
| x0294 - x0297 | PCI bus |
| x02F8 - x02FF | Communications Port (COM2) |
| x0330 - x0331 | YAMAHA DS-XG Legacy Sound System |
| x0376 - x0376 | Intel 82371AB/EB PCI Bus Master IDE Controller |
| x0376 - x0376 | Secondary IDE controller (dual fifo) |
| x0378 - x037F | Printer Port (LPT1) |
| x0388 - x038F | YAMAHA DS-XG Legacy Sound System |

### I/O Address Map

| Address (Hex) | I/O Device Name |
| --- | --- |
| x03B0 - x03BB | RAGE PRO TURBO AGP (English) |
| x03C0 - x03DF | RAGE PRO TURBO AGP (English) |
| x03F2 - x03F5 | Standard Floppy Disk Controller |
| x03F6 - x03F6 | Intel 82371AB/EB PCI Bus Master IDE Controller |
| x03F6 - x03F6 | Primary IDE controller (dual fifo) |
| x03F8 - x03FF | Communications Port (COM1) |
| x0480 - x048F | PCI bus |
| x04D0 - x04D1 | PCI bus |
| x0570 - x0577 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x0570 - x0577 | Alias of Secondary IDE controller (dual fifo) |
| x05F0 - x05F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x05F0 - x05F7 | Alias of Primary IDE controller (dual fifo) |
| x0776 - x0776 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x0776 - x0776 | Alias of Secondary IDE controller (dual fifo) |
| x07B0 - x07BB | Alias of RAGE PRO TURBO AGP (English) |
| x07C0 - x07DF | Alias of RAGE PRO TURBO AGP (English) |
| x07F6 - x07F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x07F6 - x07F6 | Alias of Primary IDE controller (dual fifo) |
| x0970 - x0977 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x0970 - x0977 | Alias of Secondary IDE controller (dual fifo) |
| x09F0 - x09F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x09F0 - x09F7 | Alias of Primary IDE controller (dual fifo) |
| x0B76 - x0B76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x0B76 - x0B76 | Alias of Secondary IDE controller (dual fifo) |
| x0BB0 - x0BBB | Alias of RAGE PRO TURBO AGP (English) |
| x0BC0 - x0BDF | Alias of RAGE PRO TURBO AGP (English) |
| x0BF6 - x0BF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x0BF6 - x0BF6 | Alias of Primary IDE controller (dual fifo) |
| x0CF8 - x0CFF | PCI bus |
| x0D70 - x0D77 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x0D70 - x0D77 | Alias of Secondary IDE controller (dual fifo) |
| x0DF0 - x0DF7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x0DF0 - x0DF7 | Alias of Primary IDE controller (dual fifo) |

## I/O Address Map

| Address (Hex) | I/O Device Name |
| --- | --- |
| x0F76 - x0F76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x0F76 - x0F76 | Alias of Secondary IDE controller (dual fifo) |
| x0FB0 - x0FBB | Alias of RAGE PRO TURBO AGP (English) |
| x0FC0 - x0FDF | Alias of RAGE PRO TURBO AGP (English) |
| x0FF6 - x0FF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x0FF6 - x0FF6 | Alias of Primary IDE controller (dual fifo) |
| x1170 - x1177 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x1170 - x1177 | Alias of Secondary IDE controller (dual fifo) |
| x11F0 - x11F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x11F0 - x11F7 | Alias of Primary IDE controller (dual fifo) |
| x1376 - x1376 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x1376 - x1376 | Alias of Secondary IDE controller (dual fifo) |
| x13B0 - x13BB | Alias of RAGE PRO TURBO AGP (English) |
| x13C0 - x13DF | Alias of RAGE PRO TURBO AGP (English) |
| x13F6 - x13F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x13F6 - x13F6 | Alias of Primary IDE controller (dual fifo) |
| x1570 - x1577 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x1570 - x1577 | Alias of Secondary IDE controller (dual fifo) |
| x15F0 - x15F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x15F0 - x15F7 | Alias of Primary IDE controller (dual fifo) |
| x1776 - x1776 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x1776 - x1776 | Alias of Secondary IDE controller (dual fifo) |
| x17B0 - x17BB | Alias of RAGE PRO TURBO AGP (English) |
| x17C0 - x17DF | Alias of RAGE PRO TURBO AGP (English) |
| x17F6 - x17F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x17F6 - x17F6 | Alias of Primary IDE controller (dual fifo) |
| x1970 - x1977 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x1970 - x1977 | Alias of Secondary IDE controller (dual fifo) |
| x19F0 - x19F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x19F0 - x19F7 | Alias of Primary IDE controller (dual fifo) |
| x1B76 - x1B76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x1B76 - x1B76 | Alias of Secondary IDE controller (dual fifo) |
| x1BB0 - x1BBB | Alias of RAGE PRO TURBO AGP (English) |

## *I/O Address Map*

| Address (Hex) | I/O Device Name |
| --- | --- |
| x1BC0 - x1BDF | Alias of RAGE PRO TURBO AGP (English) |
| x1BF6 - x1BF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x1BF6 - x1BF6 | Alias of Primary IDE controller (dual fifo) |
| x1D70 - x1D77 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x1D70 - x1D77 | Alias of Secondary IDE controller (dual fifo) |
| x1DF0 - x1DF7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x1DF0 - x1DF7 | Alias of Primary IDE controller (dual fifo) |
| x1F76 - x1F76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x1F76 - x1F76 | Alias of Secondary IDE controller (dual fifo) |
| x1FB0 - x1FBB | Alias of RAGE PRO TURBO AGP (English) |
| x1FC0 - x1FDF | Alias of RAGE PRO TURBO AGP (English) |
| x1FF6 - x1FF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x1FF6 - x1FF6 | Alias of Primary IDE controller (dual fifo) |
| x2170 - x2177 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x2170 - x2177 | Alias of Secondary IDE controller (dual fifo) |
| x21F0 - x21F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x21F0 - x21F7 | Alias of Primary IDE controller (dual fifo) |
| x2376 - x2376 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x2376 - x2376 | Alias of Secondary IDE controller (dual fifo) |
| x23B0 - x23BB | Alias of RAGE PRO TURBO AGP (English) |
| x23C0 - x23DF | Alias of RAGE PRO TURBO AGP (English) |
| x23F6 - x23F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x23F6 - x23F6 | Alias of Primary IDE controller (dual fifo) |
| x2570 - x2577 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x2570 - x2577 | Alias of Secondary IDE controller (dual fifo) |
| x25F0 - x25F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x25F0 - x25F7 | Alias of Primary IDE controller (dual fifo) |
| x2776 - x2776 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x2776 - x2776 | Alias of Secondary IDE controller (dual fifo) |
| x27B0 - x27BB | Alias of RAGE PRO TURBO AGP (English) |
| x27C0 - x27DF | Alias of RAGE PRO TURBO AGP (English) |
| x27F6 - x27F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x27F6 - x27F6 | Alias of Primary IDE controller (dual fifo) |

### I/O Address Map

| Address (Hex) | I/O Device Name |
| --- | --- |
| x2970 - x2977 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x2970 - x2977 | Alias of Secondary IDE controller (dual fifo) |
| x29F0 - x29F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x29F0 - x29F7 | Alias of Primary IDE controller (dual fifo) |
| x2B76 - x2B76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x2B76 - x2B76 | Alias of Secondary IDE controller (dual fifo) |
| x2BB0 - x2BBB | Alias of RAGE PRO TURBO AGP (English) |
| x2BC0 - x2BDF | Alias of RAGE PRO TURBO AGP (English) |
| x2BF6 - x2BF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x2BF6 - x2BF6 | Alias of Primary IDE controller (dual fifo) |
| x2D70 - x2D77 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x2D70 - x2D77 | Alias of Secondary IDE controller (dual fifo) |
| x2DF0 - x2DF7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x2DF0 - x2DF7 | Alias of Primary IDE controller (dual fifo) |
| x2F76 - x2F76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x2F76 - x2F76 | Alias of Secondary IDE controller (dual fifo) |
| x2FB0 - x2FBB | Alias of RAGE PRO TURBO AGP (English) |
| x2FC0 - x2FDF | Alias of RAGE PRO TURBO AGP (English) |
| x2FF6 - x2FF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x2FF6 - x2FF6 | Alias of Primary IDE controller (dual fifo) |
| x3170 - x3177 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x3170 - x3177 | Alias of Secondary IDE controller (dual fifo) |
| x31F0 - x31F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x31F0 - x31F7 | Alias of Primary IDE controller (dual fifo) |
| x3376 - x3376 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x3376 - x3376 | Alias of Secondary IDE controller (dual fifo) |
| x33B0 - x33BB | Alias of RAGE PRO TURBO AGP (English) |
| x33C0 - x33DF | Alias of RAGE PRO TURBO AGP (English) |
| x33F6 - x33F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x33F6 - x33F6 | Alias of Primary IDE controller (dual fifo) |
| x3570 - x3577 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x3570 - x3577 | Alias of Secondary IDE controller (dual fifo) |
| x35F0 - x35F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |

### I/O Address Map

| Address (Hex) | I/O Device Name |
|---|---|
| x35F0 - x35F7 | Alias of Primary IDE controller (dual fifo) |
| x3776 - x3776 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x3776 - x3776 | Alias of Secondary IDE controller (dual fifo) |
| x37B0 - x37BB | Alias of RAGE PRO TURBO AGP (English) |
| x37C0 - x37DF | Alias of RAGE PRO TURBO AGP (English) |
| x37F6 - x37F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x37F6 - x37F6 | Alias of Primary IDE controller (dual fifo) |
| x3970 - x3977 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x3970 - x3977 | Alias of Secondary IDE controller (dual fifo) |
| x39F0 - x39F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x39F0 - x39F7 | Alias of Primary IDE controller (dual fifo) |
| x3B76 - x3B76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x3B76 - x3B76 | Alias of Secondary IDE controller (dual fifo) |
| x3BB0 - x3BBB | Alias of RAGE PRO TURBO AGP (English) |
| x3BC0 - x3BDF | Alias of RAGE PRO TURBO AGP (English) |
| x3BF6 - x3BF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x3BF6 - x3BF6 | Alias of Primary IDE controller (dual fifo) |
| x3D70 - x3D77 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x3D70 - x3D77 | Alias of Secondary IDE controller (dual fifo) |
| x3DF0 - x3DF7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x3DF0 - x3DF7 | Alias of Primary IDE controller (dual fifo) |
| x3F76 - x3F76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x3F76 - x3F76 | Alias of Secondary IDE controller (dual fifo) |
| x3FB0 - x3FBB | Alias of RAGE PRO TURBO AGP (English) |
| x3FC0 - x3FDF | Alias of RAGE PRO TURBO AGP (English) |
| x3FF6 - x3FF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x3FF6 - x3FF6 | Alias of Primary IDE controller (dual fifo) |
| x4000 - x403F | PCI bus |
| x4170 - x4177 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x4170 - x4177 | Alias of Secondary IDE controller (dual fifo) |
| x41F0 - x41F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x41F0 - x41F7 | Alias of Primary IDE controller (dual fifo) |
| x4376 - x4376 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |

## I/O Address Map

| Address (Hex) | I/O Device Name |
| --- | --- |
| x4376 - x4376 | Alias of Secondary IDE controller (dual fifo) |
| x43B0 - x43BB | Alias of RAGE PRO TURBO AGP (English) |
| x43C0 - x43DF | Alias of RAGE PRO TURBO AGP (English) |
| x43F6 - x43F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x43F6 - x43F6 | Alias of Primary IDE controller (dual fifo) |
| x4570 - x4577 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x4570 - x4577 | Alias of Secondary IDE controller (dual fifo) |
| x45F0 - x45F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x45F0 - x45F7 | Alias of Primary IDE controller (dual fifo) |
| x4776 - x4776 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x4776 - x4776 | Alias of Secondary IDE controller (dual fifo) |
| x47B0 - x47BB | Alias of RAGE PRO TURBO AGP (English) |
| x47C0 - x47DF | Alias of RAGE PRO TURBO AGP (English) |
| x47F6 - x47F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x47F6 - x47F6 | Alias of Primary IDE controller (dual fifo) |
| x4970 - x4977 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x4970 - x4977 | Alias of Secondary IDE controller (dual fifo) |
| x49F0 - x49F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x49F0 - x49F7 | Alias of Primary IDE controller (dual fifo) |
| x4B76 - x4B76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x4B76 - x4B76 | Alias of Secondary IDE controller (dual fifo) |
| x4BB0 - x4BBB | Alias of RAGE PRO TURBO AGP (English) |
| x4BC0 - x4BDF | Alias of RAGE PRO TURBO AGP (English) |
| x4BF6 - x4BF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x4BF6 - x4BF6 | Alias of Primary IDE controller (dual fifo) |
| x4D70 - x4D77 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x4D70 - x4D77 | Alias of Secondary IDE controller (dual fifo) |
| x4DF0 - x4DF7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x4DF0 - x4DF7 | Alias of Primary IDE controller (dual fifo) |
| x4F76 - x4F76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x4F76 - x4F76 | Alias of Secondary IDE controller (dual fifo) |
| x4FB0 - x4FBB | Alias of RAGE PRO TURBO AGP (English) |
| x4FC0 - x4FDF | Alias of RAGE PRO TURBO AGP (English) |

## *I/O Address Map*

| Address (Hex) | I/O Device Name |
|---|---|
| x4FF6 - x4FF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x4FF6 - x4FF6 | Alias of Primary IDE controller (dual fifo) |
| x5000 - x501F | PCI bus |
| x5170 - x5177 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x5170 - x5177 | Alias of Secondary IDE controller (dual fifo) |
| x51F0 - x51F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x51F0 - x51F7 | Alias of Primary IDE controller (dual fifo) |
| x5376 - x5376 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x5376 - x5376 | Alias of Secondary IDE controller (dual fifo) |
| x53B0 - x53BB | Alias of RAGE PRO TURBO AGP (English) |
| x53C0 - x53DF | Alias of RAGE PRO TURBO AGP (English) |
| x53F6 - x53F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x53F6 - x53F6 | Alias of Primary IDE controller (dual fifo) |
| x5570 - x5577 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x5570 - x5577 | Alias of Secondary IDE controller (dual fifo) |
| x55F0 - x55F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x55F0 - x55F7 | Alias of Primary IDE controller (dual fifo) |
| x5776 - x5776 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x5776 - x5776 | Alias of Secondary IDE controller (dual fifo) |
| x57B0 - x57BB | Alias of RAGE PRO TURBO AGP (English) |
| x57C0 - x57DF | Alias of RAGE PRO TURBO AGP (English) |
| x57F6 - x57F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x57F6 - x57F6 | Alias of Primary IDE controller (dual fifo) |
| x5970 - x5977 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x5970 - x5977 | Alias of Secondary IDE controller (dual fifo) |
| x59F0 - x59F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x59F0 - x59F7 | Alias of Primary IDE controller (dual fifo) |
| x5B76 - x5B76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x5B76 - x5B76 | Alias of Secondary IDE controller (dual fifo) |
| x5BB0 - x5BBB | Alias of RAGE PRO TURBO AGP (English) |
| x5BC0 - x5BDF | Alias of RAGE PRO TURBO AGP (English) |
| x5BF6 - x5BF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x5BF6 - x5BF6 | Alias of Primary IDE controller (dual fifo) |

### I/O Address Map

| Address (Hex) | I/O Device Name |
| --- | --- |
| x5D70 - x5D77 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x5D70 - x5D77 | Alias of Secondary IDE controller (dual fifo) |
| x5DF0 - x5DF7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x5DF0 - x5DF7 | Alias of Primary IDE controller (dual fifo) |
| x5F76 - x5F76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x5F76 - x5F76 | Alias of Secondary IDE controller (dual fifo) |
| x5FB0 - x5FBB | Alias of RAGE PRO TURBO AGP (English) |
| x5FC0 - x5FDF | Alias of RAGE PRO TURBO AGP (English) |
| x5FF6 - x5FF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x5FF6 - x5FF6 | Alias of Primary IDE controller (dual fifo) |
| x6170 - x6177 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x6170 - x6177 | Alias of Secondary IDE controller (dual fifo) |
| x61F0 - x61F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x61F0 - x61F7 | Alias of Primary IDE controller (dual fifo) |
| x6376 - x6376 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x6376 - x6376 | Alias of Secondary IDE controller (dual fifo) |
| x63B0 - x63BB | Alias of RAGE PRO TURBO AGP (English) |
| x63C0 - x63DF | Alias of RAGE PRO TURBO AGP (English) |
| x63F6 - x63F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x63F6 - x63F6 | Alias of Primary IDE controller (dual fifo) |
| x6570 - x6577 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x6570 - x6577 | Alias of Secondary IDE controller (dual fifo) |
| x65F0 - x65F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x65F0 - x65F7 | Alias of Primary IDE controller (dual fifo) |
| x6776 - x6776 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x6776 - x6776 | Alias of Secondary IDE controller (dual fifo) |
| x67B0 - x67BB | Alias of RAGE PRO TURBO AGP (English) |
| x67C0 - x67DF | Alias of RAGE PRO TURBO AGP (English) |
| x67F6 - x67F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x67F6 - x67F6 | Alias of Primary IDE controller (dual fifo) |
| x6970 - x6977 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x6970 - x6977 | Alias of Secondary IDE controller (dual fifo) |
| x69F0 - x69F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |

## I/O Address Map

| Address (Hex) | I/O Device Name |
| --- | --- |
| x69F0 - x69F7 | Alias of Primary IDE controller (dual fifo) |
| x6B76 - x6B76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x6B76 - x6B76 | Alias of Secondary IDE controller (dual fifo) |
| x6BB0 - x6BBB | Alias of RAGE PRO TURBO AGP (English) |
| x6BC0 - x6BDF | Alias of RAGE PRO TURBO AGP (English) |
| x6BF6 - x6BF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x6BF6 - x6BF6 | Alias of Primary IDE controller (dual fifo) |
| x6D70 - x6D77 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x6D70 - x6D77 | Alias of Secondary IDE controller (dual fifo) |
| x6DF0 - x6DF7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x6DF0 - x6DF7 | Alias of Primary IDE controller (dual fifo) |
| x6F76 - x6F76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x6F76 - x6F76 | Alias of Secondary IDE controller (dual fifo) |
| x6FB0 - x6FBB | Alias of RAGE PRO TURBO AGP (English) |
| x6FC0 - x6FDF | Alias of RAGE PRO TURBO AGP (English) |
| x6FF6 - x6FF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x6FF6 - x6FF6 | Alias of Primary IDE controller (dual fifo) |
| x7170 - x7177 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x7170 - x7177 | Alias of Secondary IDE controller (dual fifo) |
| x71F0 - x71F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x71F0 - x71F7 | Alias of Primary IDE controller (dual fifo) |
| x7376 - x7376 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x7376 - x7376 | Alias of Secondary IDE controller (dual fifo) |
| x73B0 - x73BB | Alias of RAGE PRO TURBO AGP (English) |
| x73C0 - x73DF | Alias of RAGE PRO TURBO AGP (English) |
| x73F6 - x73F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x73F6 - x73F6 | Alias of Primary IDE controller (dual fifo) |
| x7570 - x7577 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x7570 - x7577 | Alias of Secondary IDE controller (dual fifo) |
| x75F0 - x75F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x75F0 - x75F7 | Alias of Primary IDE controller (dual fifo) |
| x7776 - x7776 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x7776 - x7776 | Alias of Secondary IDE controller (dual fifo) |

## I/O Address Map

| Address (Hex) | I/O Device Name |
| --- | --- |
| x77B0 - x77BB | Alias of RAGE PRO TURBO AGP (English) |
| x77C0 - x77DF | Alias of RAGE PRO TURBO AGP (English) |
| x77F6 - x77F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x77F6 - x77F6 | Alias of Primary IDE controller (dual fifo) |
| x7970 - x7977 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x7970 - x7977 | Alias of Secondary IDE controller (dual fifo) |
| x79F0 - x79F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x79F0 - x79F7 | Alias of Primary IDE controller (dual fifo) |
| x7B76 - x7B76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x7B76 - x7B76 | Alias of Secondary IDE controller (dual fifo) |
| x7BB0 - x7BBB | Alias of RAGE PRO TURBO AGP (English) |
| x7BC0 - x7BDF | Alias of RAGE PRO TURBO AGP (English) |
| x7BF6 - x7BF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x7BF6 - x7BF6 | Alias of Primary IDE controller (dual fifo) |
| x7D70 - x7D77 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x7D70 - x7D77 | Alias of Secondary IDE controller (dual fifo) |
| x7DF0 - x7DF7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x7DF0 - x7DF7 | Alias of Primary IDE controller (dual fifo) |
| x7F76 - x7F76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x7F76 - x7F76 | Alias of Secondary IDE controller (dual fifo) |
| x7FB0 - x7FBB | Alias of RAGE PRO TURBO AGP (English) |
| x7FC0 - x7FDF | Alias of RAGE PRO TURBO AGP (English) |
| x7FF6 - x7FF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x7FF6 - x7FF6 | Alias of Primary IDE controller (dual fifo) |
| x8000 - x800F | YAMAHA DS-XG Legacy Sound System |
| x8170 - x8177 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x8170 - x8177 | Alias of Secondary IDE controller (dual fifo) |
| x81F0 - x81F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x81F0 - x81F7 | Alias of Primary IDE controller (dual fifo) |
| x8376 - x8376 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x8376 - x8376 | Alias of Secondary IDE controller (dual fifo) |
| x83B0 - x83BB | Alias of RAGE PRO TURBO AGP (English) |
| x83C0 - x83DF | Alias of RAGE PRO TURBO AGP (English) |

## I/O Address Map

| Address (Hex) | I/O Device Name |
| --- | --- |
| x83F6 - x83F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x83F6 - x83F6 | Alias of Primary IDE controller (dual fifo) |
| x8570 - x8577 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x8570 - x8577 | Alias of Secondary IDE controller (dual fifo) |
| x85F0 - x85F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x85F0 - x85F7 | Alias of Primary IDE controller (dual fifo) |
| x8776 - x8776 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x8776 - x8776 | Alias of Secondary IDE controller (dual fifo) |
| x87B0 - x87BB | Alias of RAGE PRO TURBO AGP (English) |
| x87C0 - x87DF | Alias of RAGE PRO TURBO AGP (English) |
| x87F6 - x87F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x87F6 - x87F6 | Alias of Primary IDE controller (dual fifo) |
| x8970 - x8977 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x8970 - x8977 | Alias of Secondary IDE controller (dual fifo) |
| x89F0 - x89F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x89F0 - x89F7 | Alias of Primary IDE controller (dual fifo) |
| x8B76 - x8B76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x8B76 - x8B76 | Alias of Secondary IDE controller (dual fifo) |
| x8BB0 - x8BBB | Alias of RAGE PRO TURBO AGP (English) |
| x8BC0 - x8BDF | Alias of RAGE PRO TURBO AGP (English) |
| x8BF6 - x8BF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x8BF6 - x8BF6 | Alias of Primary IDE controller (dual fifo) |
| x8D70 - x8D77 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x8D70 - x8D77 | Alias of Secondary IDE controller (dual fifo) |
| x8DF0 - x8DF7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x8DF0 - x8DF7 | Alias of Primary IDE controller (dual fifo) |
| x8F76 - x8F76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x8F76 - x8F76 | Alias of Secondary IDE controller (dual fifo) |
| x8FB0 - x8FBB | Alias of RAGE PRO TURBO AGP (English) |
| x8FC0 - x8FDF | Alias of RAGE PRO TURBO AGP (English) |
| x8FF6 - x8FF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x8FF6 - x8FF6 | Alias of Primary IDE controller (dual fifo) |
| x9170 - x9177 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |

## I/O Address Map

| Address (Hex) | I/O Device Name |
| --- | --- |
| x9170 - x9177 | Alias of Secondary IDE controller (dual fifo) |
| x91F0 - x91F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x91F0 - x91F7 | Alias of Primary IDE controller (dual fifo) |
| x9376 - x9376 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x9376 - x9376 | Alias of Secondary IDE controller (dual fifo) |
| x93B0 - x93BB | Alias of RAGE PRO TURBO AGP (English) |
| x93C0 - x93DF | Alias of RAGE PRO TURBO AGP (English) |
| x93F6 - x93F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x93F6 - x93F6 | Alias of Primary IDE controller (dual fifo) |
| x9570 - x9577 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x9570 - x9577 | Alias of Secondary IDE controller (dual fifo) |
| x95F0 - x95F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x95F0 - x95F7 | Alias of Primary IDE controller (dual fifo) |
| x9776 - x9776 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x9776 - x9776 | Alias of Secondary IDE controller (dual fifo) |
| x97B0 - x97BB | Alias of RAGE PRO TURBO AGP (English) |
| x97C0 - x97DF | Alias of RAGE PRO TURBO AGP (English) |
| x97F6 - x97F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x97F6 - x97F6 | Alias of Primary IDE controller (dual fifo) |
| x9970 - x9977 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x9970 - x9977 | Alias of Secondary IDE controller (dual fifo) |
| x99F0 - x99F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x99F0 - x99F7 | Alias of Primary IDE controller (dual fifo) |
| x9B76 - x9B76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x9B76 - x9B76 | Alias of Secondary IDE controller (dual fifo) |
| x9BB0 - x9BBB | Alias of RAGE PRO TURBO AGP (English) |
| x9BC0 - x9BDF | Alias of RAGE PRO TURBO AGP (English) |
| x9BF6 - x9BF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x9BF6 - x9BF6 | Alias of Primary IDE controller (dual fifo) |
| x9D70 - x9D77 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x9D70 - x9D77 | Alias of Secondary IDE controller (dual fifo) |
| x9DF0 - x9DF7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x9DF0 - x9DF7 | Alias of Primary IDE controller (dual fifo) |

## *I/O Address Map*

| Address (Hex) | I/O Device Name |
| --- | --- |
| x9F76 - x9F76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x9F76 - x9F76 | Alias of Secondary IDE controller (dual fifo) |
| x9FB0 - x9FBB | Alias of RAGE PRO TURBO AGP (English) |
| x9FC0 - x9FDF | Alias of RAGE PRO TURBO AGP (English) |
| x9FF6 - x9FF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| x9FF6 - x9FF6 | Alias of Primary IDE controller (dual fifo) |
| xA170 - xA177 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xA170 - xA177 | Alias of Secondary IDE controller (dual fifo) |
| xA1F0 - xA1F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xA1F0 - xA1F7 | Alias of Primary IDE controller (dual fifo) |
| xA376 - xA376 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xA376 - xA376 | Alias of Secondary IDE controller (dual fifo) |
| xA3B0 - xA3BB | Alias of RAGE PRO TURBO AGP (English) |
| xA3C0 - xA3DF | Alias of RAGE PRO TURBO AGP (English) |
| xA3F6 - xA3F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xA3F6 - xA3F6 | Alias of Primary IDE controller (dual fifo) |
| xA570 - xA577 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xA570 - xA577 | Alias of Secondary IDE controller (dual fifo) |
| xA5F0 - xA5F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xA5F0 - xA5F7 | Alias of Primary IDE controller (dual fifo) |
| xA776 - xA776 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xA776 - xA776 | Alias of Secondary IDE controller (dual fifo) |
| xA7B0 - xA7BB | Alias of RAGE PRO TURBO AGP (English) |
| xA7C0 - xA7DF | Alias of RAGE PRO TURBO AGP (English) |
| xA7F6 - xA7F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xA7F6 - xA7F6 | Alias of Primary IDE controller (dual fifo) |
| xA970 - xA977 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xA970 - xA977 | Alias of Secondary IDE controller (dual fifo) |
| xA9F0 - xA9F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xA9F0 - xA9F7 | Alias of Primary IDE controller (dual fifo) |
| xAB76 - xAB76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xAB76 - xAB76 | Alias of Secondary IDE controller (dual fifo) |
| xABB0 - xABBB | Alias of RAGE PRO TURBO AGP (English) |

## I/O Address Map

| Address (Hex) | I/O Device Name |
| --- | --- |
| xABC0 - xABDF | Alias of RAGE PRO TURBO AGP (English) |
| xABF6 - xABF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xABF6 - xABF6 | Alias of Primary IDE controller (dual fifo) |
| xAD70 - xAD77 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xAD70 - xAD77 | Alias of Secondary IDE controller (dual fifo) |
| xADF0 - xADF7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xADF0 - xADF7 | Alias of Primary IDE controller (dual fifo) |
| xAF76 - xAF76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xAF76 - xAF76 | Alias of Secondary IDE controller (dual fifo) |
| xAFB0 - xAFBB | Alias of RAGE PRO TURBO AGP (English) |
| xAFC0 - xAFDF | Alias of RAGE PRO TURBO AGP (English) |
| xAFF6 - xAFF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xAFF6 - xAFF6 | Alias of Primary IDE controller (dual fifo) |
| xB170 - xB177 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xB170 - xB177 | Alias of Secondary IDE controller (dual fifo) |
| xB1F0 - xB1F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xB1F0 - xB1F7 | Alias of Primary IDE controller (dual fifo) |
| xB376 - xB376 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xB376 - xB376 | Alias of Secondary IDE controller (dual fifo) |
| xB3B0 - xB3BB | Alias of RAGE PRO TURBO AGP (English) |
| xB3C0 - xB3DF | Alias of RAGE PRO TURBO AGP (English) |
| xB3F6 - xB3F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xB3F6 - xB3F6 | Alias of Primary IDE controller (dual fifo) |
| xB570 - xB577 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xB570 - xB577 | Alias of Secondary IDE controller (dual fifo) |
| xB5F0 - xB5F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xB5F0 - xB5F7 | Alias of Primary IDE controller (dual fifo) |
| xB776 - xB776 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xB776 - xB776 | Alias of Secondary IDE controller (dual fifo) |
| xB7B0 - xB7BB | Alias of RAGE PRO TURBO AGP (English) |
| xB7C0 - xB7DF | Alias of RAGE PRO TURBO AGP (English) |
| xB7F6 - xB7F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xB7F6 - xB7F6 | Alias of Primary IDE controller (dual fifo) |

### I/O Address Map

| Address (Hex) | I/O Device Name |
|---|---|
| xB970 - xB977 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xB970 - xB977 | Alias of Secondary IDE controller (dual fifo) |
| xB9F0 - xB9F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xB9F0 - xB9F7 | Alias of Primary IDE controller (dual fifo) |
| xBB76 - xBB76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xBB76 - xBB76 | Alias of Secondary IDE controller (dual fifo) |
| xBBB0 - xBBBB | Alias of RAGE PRO TURBO AGP (English) |
| xBBC0 - xBBDF | Alias of RAGE PRO TURBO AGP (English) |
| xBBF6 - xBBF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xBBF6 - xBBF6 | Alias of Primary IDE controller (dual fifo) |
| xBD70 - xBD77 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xBD70 - xBD77 | Alias of Secondary IDE controller (dual fifo) |
| xBDF0 - xBDF7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xBDF0 - xBDF7 | Alias of Primary IDE controller (dual fifo) |
| xBF76 - xBF76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xBF76 - xBF76 | Alias of Secondary IDE controller (dual fifo) |
| xBFB0 - xBFBB | Alias of RAGE PRO TURBO AGP (English) |
| xBFC0 - xBFDF | Alias of RAGE PRO TURBO AGP (English) |
| xBFF6 - xBFF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xBFF6 - xBFF6 | Alias of Primary IDE controller (dual fifo) |
| xC170 - xC177 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xC170 - xC177 | Alias of Secondary IDE controller (dual fifo) |
| xC1F0 - xC1F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xC1F0 - xC1F7 | Alias of Primary IDE controller (dual fifo) |
| xC376 - xC376 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xC376 - xC376 | Alias of Secondary IDE controller (dual fifo) |
| xC3B0 - xC3BB | Alias of RAGE PRO TURBO AGP (English) |
| xC3C0 - xC3DF | Alias of RAGE PRO TURBO AGP (English) |
| xC3F6 - xC3F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xC3F6 - xC3F6 | Alias of Primary IDE controller (dual fifo) |
| xC570 - xC577 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xC570 - xC577 | Alias of Secondary IDE controller (dual fifo) |
| xC5F0 - xC5F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |

## I/O Address Map

| Address (Hex) | I/O Device Name |
| --- | --- |
| xC5F0 - xC5F7 | Alias of Primary IDE controller (dual fifo) |
| xC776 - xC776 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xC776 - xC776 | Alias of Secondary IDE controller (dual fifo) |
| xC7B0 - xC7BB | Alias of RAGE PRO TURBO AGP (English) |
| xC7C0 - xC7DF | Alias of RAGE PRO TURBO AGP (English) |
| xC7F6 - xC7F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xC7F6 - xC7F6 | Alias of Primary IDE controller (dual fifo) |
| xC970 - xC977 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xC970 - xC977 | Alias of Secondary IDE controller (dual fifo) |
| xC9F0 - xC9F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xC9F0 - xC9F7 | Alias of Primary IDE controller (dual fifo) |
| xCB76 - xCB76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xCB76 - xCB76 | Alias of Secondary IDE controller (dual fifo) |
| xCBB0 - xCBBB | Alias of RAGE PRO TURBO AGP (English) |
| xCBC0 - xCBDF | Alias of RAGE PRO TURBO AGP (English) |
| xCBF6 - xCBF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xCBF6 - xCBF6 | Alias of Primary IDE controller (dual fifo) |
| xCD70 - xCD77 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xCD70 - xCD77 | Alias of Secondary IDE controller (dual fifo) |
| xCDF0 - xCDF7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xCDF0 - xCDF7 | Alias of Primary IDE controller (dual fifo) |
| xCF76 - xCF76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xCF76 - xCF76 | Alias of Secondary IDE controller (dual fifo) |
| xCFB0 - xCFBB | Alias of RAGE PRO TURBO AGP (English) |
| xCFC0 - xCFDF | Alias of RAGE PRO TURBO AGP (English) |
| xCFF6 - xCFF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xCFF6 - xCFF6 | Alias of Primary IDE controller (dual fifo) |
| xD000 - xD0FF | RAGE PRO TURBO AGP (English) |
| xD000 - xDFFF | Intel 82443BX Pentium® II Processor to AGP controller |
| xD170 - xD177 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xD170 - xD177 | Alias of Secondary IDE controller (dual fifo) |
| xD1F0 - xD1F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xD1F0 - xD1F7 | Alias of Primary IDE controller (dual fifo) |

## *I/O Address Map*

| Address (Hex) | I/O Device Name |
| --- | --- |
| xD376 - xD376 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xD376 - xD376 | Alias of Secondary IDE controller (dual fifo) |
| xD3B0 - xD3BB | Alias of RAGE PRO TURBO AGP (English) |
| xD3C0 - xD3DF | Alias of RAGE PRO TURBO AGP (English) |
| xD3F6 - xD3F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xD3F6 - xD3F6 | Alias of Primary IDE controller (dual fifo) |
| xD570 - xD577 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xD570 - xD577 | Alias of Secondary IDE controller (dual fifo) |
| xD5F0 - xD5F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xD5F0 - xD5F7 | Alias of Primary IDE controller (dual fifo) |
| xD776 - xD776 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xD776 - xD776 | Alias of Secondary IDE controller (dual fifo) |
| xD7B0 - xD7BB | Alias of RAGE PRO TURBO AGP (English) |
| xD7C0 - xD7DF | Alias of RAGE PRO TURBO AGP (English) |
| xD7F6 - xD7F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xD7F6 - xD7F6 | Alias of Primary IDE controller (dual fifo) |
| xD970 - xD977 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xD970 - xD977 | Alias of Secondary IDE controller (dual fifo) |
| xD9F0 - xD9F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xD9F0 - xD9F7 | Alias of Primary IDE controller (dual fifo) |
| xDB76 - xDB76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xDB76 - xDB76 | Alias of Secondary IDE controller (dual fifo) |
| xDBB0 - xDBBB | Alias of RAGE PRO TURBO AGP (English) |
| xDBC0 - xDBDF | Alias of RAGE PRO TURBO AGP (English) |
| xDBF6 - xDBF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xDBF6 - xDBF6 | Alias of Primary IDE controller (dual fifo) |
| xDD70 - xDD77 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xDD70 - xDD77 | Alias of Secondary IDE controller (dual fifo) |
| xDDF0 - xDDF7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xDDF0 - xDDF7 | Alias of Primary IDE controller (dual fifo) |
| xDF76 - xDF76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xDF76 - xDF76 | Alias of Secondary IDE controller (dual fifo) |
| xDFB0 - xDFBB | Alias of RAGE PRO TURBO AGP (English) |

## I/O Address Map

| Address (Hex) | I/O Device Name |
| --- | --- |
| xDFC0 - xDFDF | Alias of RAGE PRO TURBO AGP (English) |
| xDFF6 - xDFF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xDFF6 - xDFF6 | Alias of Primary IDE controller (dual fifo) |
| xE000 - xE01F | Intel 82558-based Integrated Fast Ethernet for WfM |
| xE170 - xE177 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xE170 - xE177 | Alias of Secondary IDE controller (dual fifo) |
| xE1F0 - xE1F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xE1F0 - xE1F7 | Alias of Primary IDE controller (dual fifo) |
| xE376 - xE376 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xE376 - xE376 | Alias of Secondary IDE controller (dual fifo) |
| xE3B0 - xE3BB | Alias of RAGE PRO TURBO AGP (English) |
| xE3C0 - xE3DF | Alias of RAGE PRO TURBO AGP (English) |
| xE3F6 - xE3F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xE3F6 - xE3F6 | Alias of Primary IDE controller (dual fifo) |
| xE400 - xE41F | Intel 82371AB/EB PCI to USB Universal Host Controller |
| xE570 - xE577 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xE570 - xE577 | Alias of Secondary IDE controller (dual fifo) |
| xE5F0 - xE5F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xE5F0 - xE5F7 | Alias of Primary IDE controller (dual fifo) |
| xE776 - xE776 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xE776 - xE776 | Alias of Secondary IDE controller (dual fifo) |
| xE7B0 - xE7BB | Alias of RAGE PRO TURBO AGP (English) |
| xE7C0 - xE7DF | Alias of RAGE PRO TURBO AGP (English) |
| xE7F6 - xE7F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xE7F6 - xE7F6 | Alias of Primary IDE controller (dual fifo) |
| xE970 - xE977 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xE970 - xE977 | Alias of Secondary IDE controller (dual fifo) |
| xE9F0 - xE9F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xE9F0 - xE9F7 | Alias of Primary IDE controller (dual fifo) |
| xEB76 - xEB76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xEB76 - xEB76 | Alias of Secondary IDE controller (dual fifo) |
| xEBB0 - xEBBB | Alias of RAGE PRO TURBO AGP (English) |
| xEBC0 - xEBDF | Alias of RAGE PRO TURBO AGP (English) |

## I/O Address Map

| Address (Hex) | I/O Device Name |
|---|---|
| xEBF6 - xEBF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xEBF6 - xEBF6 | Alias of Primary IDE controller (dual fifo) |
| xED70 - xED77 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xED70 - xED77 | Alias of Secondary IDE controller (dual fifo) |
| xEDF0 - xEDF7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xEDF0 - xEDF7 | Alias of Primary IDE controller (dual fifo) |
| xEF76 - xEF76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xEF76 - xEF76 | Alias of Secondary IDE controller (dual fifo) |
| xEFB0 - xEFBB | Alias of RAGE PRO TURBO AGP (English) |
| xEFC0 - xEFDF | Alias of RAGE PRO TURBO AGP (English) |
| xEFF6 - xEFF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xEFF6 - xEFF6 | Alias of Primary IDE controller (dual fifo) |
| xF000 - xF007 | Primary IDE controller (dual fifo) |
| xF000 - xF00F | Intel 82371AB/EB PCI Bus Master IDE Controller |
| xF008 - xF00F | Secondary IDE controller (dual fifo) |
| xF170 - xF177 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xF170 - xF177 | Alias of Secondary IDE controller (dual fifo) |
| xF1F0 - xF1F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xF1F0 - xF1F7 | Alias of Primary IDE controller (dual fifo) |
| xF376 - xF376 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xF376 - xF376 | Alias of Secondary IDE controller (dual fifo) |
| xF3B0 - xF3BB | Alias of RAGE PRO TURBO AGP (English) |
| xF3C0 - xF3DF | Alias of RAGE PRO TURBO AGP (English) |
| xF3F6 - xF3F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xF3F6 - xF3F6 | Alias of Primary IDE controller (dual fifo) |
| xF570 - xF577 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xF570 - xF577 | Alias of Secondary IDE controller (dual fifo) |
| xF5F0 - xF5F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xF5F0 - xF5F7 | Alias of Primary IDE controller (dual fifo) |
| xF776 - xF776 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xF776 - xF776 | Alias of Secondary IDE controller (dual fifo) |
| xF7B0 - xF7BB | Alias of RAGE PRO TURBO AGP (English) |
| xF7C0 - xF7DF | Alias of RAGE PRO TURBO AGP (English) |

## I/O Address Map

| Address (Hex) | I/O Device Name |
| --- | --- |
| xF7F6 - xF7F6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xF7F6 - xF7F6 | Alias of Primary IDE controller (dual fifo) |
| xF970 - xF977 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xF970 - xF977 | Alias of Secondary IDE controller (dual fifo) |
| xF9F0 - xF9F7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xF9F0 - xF9F7 | Alias of Primary IDE controller (dual fifo) |
| xFB76 - xFB76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xFB76 - xFB76 | Alias of Secondary IDE controller (dual fifo) |
| xFBB0 - xFBBB | Alias of RAGE PRO TURBO AGP (English) |
| xFBC0 - xFBDF | Alias of RAGE PRO TURBO AGP (English) |
| xFBF6 - xFBF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xFBF6 - xFBF6 | Alias of Primary IDE controller (dual fifo) |
| xFD70 - xFD77 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xFD70 - xFD77 | Alias of Secondary IDE controller (dual fifo) |
| xFDF0 - xFDF7 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xFDF0 - xFDF7 | Alias of Primary IDE controller (dual fifo) |
| xFF76 - xFF76 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xFF76 - xFF76 | Alias of Secondary IDE controller (dual fifo) |
| xFFB0 - xFFBB | Alias of RAGE PRO TURBO AGP (English) |
| xFFC0 - xFFDF | Alias of RAGE PRO TURBO AGP (English) |
| xFFF6 - xFFF6 | Alias of Intel 82371AB/EB PCI Bus Master IDE Controller |
| xFFF6 – xFFF6 | Alias of Primary IDE controller (dual fifo) |

# *5*

# Riser Board

- Riser Board Connectors — Small Desktop
- Riser Board Connectors — Desktop
- Riser Board Connectors — Minitower

This section provides the following riser board connector locations:

- subsystem cable connectors

  — CD audio in connector

  — modem in connector

  — chassis intrusion connector

  — NLX connector

- IDE and diskette drive cable connectors

- PCI and ISA cable connectors

- power supply connectors

  — main power

  — optional power.

# Riser Board Connectors — Small Desktop

The following figures show the drive connectors, auxiliary connectors, and power connectors on the small desktop riser board.

### Riser Board Cable Connectors — Small Desktop



**A** – Primary IDE Connector        **C** – Secondary IDE Connector
**B** – Diskette Drive Connector

### Riser Board Auxiliary Cable Connectors — Small Desktop



**A** – CD Audio In Connector        **F** – NLX Connector (System Board)
**B** – Modem In Connector        **G** – Wake On Remote Connector
**C** – Chassis Intrusion Connector        **H** – Wake-ON LAN Connector
**D** – Jumper Block JP5 (not used)        **I** – Front Feature Connector
**E** – USB Connector

### Riser Board Power Cable Connectors — Small Desktop



**A** – Auxiliary Power Connector        **B** – Main Power Connector

# Riser Board Connectors — Desktop

The following figures show the drive connectors, auxiliary connectors, and power connectors on the desktop riser board.

### Riser Board Cable Connectors — Desktop



**A** – Secondary IDE Connector        **C** – Diskette Drive Connector
**B** – Primary IDE Connector

### Riser Board Auxiliary Cable Connectors — Desktop



**A** – Chassis Intrusion Connector     **D** – Front Feature Connector
**B** – Fan Connector                   **E** – USB Connector
**C** – CD Audio In Connector           **F** – NLX Connector (System Board)

### Riser Board Power Cable Connectors — Desktop



**A** – Main Power Connector        **B** – Auxiliary Power Connector

# *Riser Board Connectors — Minitower*

The following figures show the drive connectors, auxiliary connectors, and power connectors on the minitower riser board.

### *Riser Board Cable Connectors — Minitower*



**A** – Secondary IDE Connector          **C** – Diskette Drive Connector
**B** – Primary IDE Connector

### *Riser Board Auxiliary Cable Connectors — Minitower*



**A** – Not Used                                    **G** – CD Audio In Connector
**B** – Chassis Intrusion Connector          **H** – Fan Connector
**C** – Power Connector                          **I** – USB Connector
**D** – Power +6 Connector                      **J** – Front Features Connector
**E** – Wake-ON LAN Connector            **K** – NLX Connector
**F** – Telephony Connector (not supported)

# *6*

# Illustrated Parts Breakdown

- Parts and Options
- Documentation and Packaging
- Field Replaceable Unit List — Small Desktop
- Illustrated Parts Breakdown — Small Desktop
- Field Replaceable Unit List — Desktop
- Illustrated Parts Breakdown — Desktop
- Field Replaceable Unit List — Minitower
- Illustrated Parts Breakdown — Minitower

This section contains the illustrated parts breakdowns (IPB) and NEC CSD part lists for the PowerMate ES 5200 Series Build-to-Order (BTO) small desktop, desktop, and minitower systems.

The following sections provide

- telephone numbers for ordering system parts and options
- list of documentation and packaging for the system
- lists of field-replaceable parts for each system
- an illustrated parts breakdown figure for each system.

# Parts and Options

The following table lists the telephone numbers to use when ordering spare parts and options.

### Ordering Parts and Options

| Items | Telephone Number |
|---|---|
| To order spare parts (Dealers) | 1-800-632-4525 |
| To order spare parts (Customers) | In the U.S. 1-800-233-6321<br>In Canada 1-800-727-2787 |

# Documentation and Packaging

The following documentation and packaging may also be ordered from NEC CSD (depending on availability).

### PowerMate ES 5200 Series Documentation and Packaging

| Description |
|---|
| User's Guide, PowerMate ES 5200 Series |
| Shipping carton, small desktop |
| Shipping carton, desktop |
| Shipping carton, minitower |
| Service & Reference Manual, PowerMate ES 5200 Series |
| NEC OS Restore CD – WIN '95 |
| NEC OS Restore CD – WIN '98 |
| NEC OS Restore CD – NT 4.0 |
| NEC Application and Driver CD – WIN '95 |
| NEC Application and Driver CD – WIN '98 |
| NEC Application and Driver CD – NT 4.0 |

# *Field Replaceable Unit List — Small Desktop*

This subsection lists the field replaceable units (FRU) for PowerMate ES 5200 Series small desktop computers. See "Illustrated Parts Breakdown (IPB) — Small Desktop" for a figure showing an exploded view of these parts.

**PowerMate ES 5200 Series FRU List — Small Desktop**

| Item | Description |
|------|-------------|
| 1 | Microsoft IntelliMouse |
| 2 | Keyboard, Chicony |
| 3 | Power cable |
| 4 | IDE cable, 3-connector |
| 5 | Diskette drive signal cable |
| 6 | CD-ROM audio cable |
| 7 | Wake-ON LAN cable |
| 8 | Chassis intrusion switch and cable assembly |
| 9 | RJ-11 cable |
| 10 | System board guide rails (2) |
| 11 | System board latch (1) |
| 12a | 32-MB SDRAM, DIMM |
| 12b | 64-MB SDRAM, DIMM |
| 12c | 128-MB SDRAM, DIMM |
| 12d | 256-MB SDRAM, DIMM |
| 13a | Retention mechanism (for Celeron processors) |
| 13b | Retention mechanism (for Pentium II processors) |
| 13c | Retention mechanism (for Pentium III processors) |
| 14 | Retaining arm (for Celeron and Pentium III processors) |
| 15a | Heat sink (for Celeron processors) |
| 15b | Heat sink (for Pentium II processors) |
| 15c | Heat sink (for Pentium III processors) |
| 16a | 300-MHz Celeron processor |
| 16b | 333A-MHz Celeron processor |
| 16c | 366A-MHz Celeron processor |
| 16d | 350-MHz Pentium II processor |
| 16e | 400-MHz Pentium II processor |
| 16f | 450-MHz Pentium II processor |
| 16g | 450-MHz Pentium III processor |
| 16h | 500-MHz Pentium III processor |
| 17 | Battery |
| 18 | System board (Intel 440BX) with onboard audio, graphics, and LAN chips |
| 19 | I/O plate |
| 20 | Riser card |

### *PowerMate ES 5200 Series FRU List — Small Desktop*

| Item | Description |
| --- | --- |
| 21 | Rear USB connector and cable assembly |
| 22 | Sound card, Creative Labs Sound Blaster® Live!™ PCI |
| 23a | 56 Kbps Fax/modem US Robotics V.90 Python ISA board |
| 23b | 56 Kbps MDM100 Winmodem PCI board |
| 24 | 3Com 10/100 Hurricane Ethernet network card with Wake-ON LAN |
| 25 | Chassis cover small desktop |
| 26a | Speakers, Altec Lansing 9 watt |
| 26b | Speakers, Harman Kardon 10 watt |
| 27a | Speaker AC adapter, Altec Lansing |
| 27b | Speaker AC adapter, Harman Kardon |
| 28 | Power supply, 145 watt |
| 29 | Internal hard drive bracket |
| 30a | 4.3-GB IDE 5400 RPM hard drive |
| 30b | 8.4-GB IDE 5400 RPM hard drive |
| 30c | 12.9-GB IDE 5200 RPM hard drive |
| 30d | 12.9-GB IDE 7200 RPM hard drive (as available) |
| 31 | Diskette drive, w/o bezel |
| 32a | 32X IDE CD-ROM, Lite-On |
| 32b | 32X IDE CD-ROM, NEC |
| 32c | 40X IDE CD-ROM, Lite-On |
| 33 | DVD-ROM |
| 34 | LS-120 cradle |
| 35 | LS-120 drive |
| 36 | Logo, "NEC PowerMate" |
| 37 | Front panel |
| 38 | Front panel PCB switch (includes Power & Sleep) |
| 39 | Fan assembly |
| 40 | Front USB port board and cable assembly |
| not shown | Headset w/microphone (not shown) |
| not shown | Tape cartridge (not shown) |
| not shown | Zip disk (not shown) |
| not shown | LS-120 diskette (not shown) |

# Illustrated Parts Breakdown (IPB) — Small Desktop

The following figure shows the illustrated parts breakdown (IPB) for PowerMate ES 5200 Series small desktop computers. Each item in the IPB is identified with a number that is a cross-reference to the small desktop FRU list.

*PowerMate ES 5200 Small Desktop IPB*



# *Field Replaceable Unit List — Desktop*

This subsection lists the field replaceable units (FRU) for PowerMate ES 5200 Series desktop computers. See "Illustrated Parts Breakdown (IPB) — Desktop" for a figure showing an exploded view of these parts.

### *PowerMate ES 5200 Series FRU List — Desktop*

| Item | Description |
|------|-------------|
| 1 | Microsoft IntelliMouse |
| 2 | Keyboard, Chicony |
| 3 | Power cable |
| 4 | IDE cable, 3-connector |
| 5 | Diskette drive signal cable |
| 6 | PCMCIA cable, 2-connector |
| 7 | CD-ROM audio cable |
| 8 | Wake-ON LAN cable |
| 9 | RJ-11 cable |
| 10 | System board guide rails (2) |
| 11 | System board latches (2) |
| 12a | 32-MB SDRAM, DIMM |
| 12b | 64-MB SDRAM, DIMM |
| 12c | 128-MB SDRAM, DIMM |
| 12d | 256-MB SDRAM, DIMM |
| 13a | Retention mechanism (for Celeron processors) |
| 13b | Retention mechanism (for Pentium II processors) |
| 13c | Retention mechanism (for Pentium III processors) |
| 14 | Retaining arm (for Celeron and Pentium III processors) |
| 15a | Heat sink (for Celeron processors) |
| 15b | Heat sink (for Pentium II processors) |
| 15c | Heat sink (for Pentium III processors) |
| 16a | 300-MHz Celeron processor |
| 16b | 333A-MHz Celeron processor |
| 16c | 366A-MHz Celeron processor |
| 16d | 350-MHz Pentium II processor |
| 16e | 400-MHz Pentium II processor |
| 16f | 450-MHz Pentium II processor |
| 16g | 450-MHz Pentium III processor |
| 16h | 500-MHz Pentium III processor |
| 17 | Battery |
| 18 | System board (Intel 440BX) with onboard audio, graphics, and LAN chips |
| 19 | I/O plate |

## PowerMate ES 5200 Series FRU List — Desktop

| Item | Description |
|------|-------------|
| 20 | Riser card |
| 21 | Chassis intrusion switch |
| 22 | Rear USB connector and cable assembly |
| 23 | Left side bracket |
| 24 | Left side brace |
| 25 | Sound card, Creative Labs Sound Blaster® Live!™ PCI |
| 26a | 56 Kbps Fax/modem US Robotics V.90 Python ISA board |
| 26b | 56 Kbps MDM100 Winmodem PCI board |
| 27 | 3Com 10/100 Hurricane Ethernet network card with Wake-ON LAN |
| 28 | PCMCIA - controller card, ISA |
| 29 | Chassis cover desktop |
| 30a | Speakers, Altec Lansing 9 watt |
| 30b | Speakers, Harman Kardon 10 watt |
| 31a | Speaker AC adapter, Altec Lansing |
| 31b | Speaker AC adapter, Harman Kardon |
| 32 | Power supply, 200 Watt |
| 33 | Internal hard drive bracket |
| 34a | 4.3-GB IDE 5400 RPM hard drive |
| 34b | 8.4-GB IDE 5400 RPM hard drive |
| 34c | 12.9-GB IDE 5200 RPM hard drive |
| 34d | 12.9-GB IDE 7200 RPM hard drive (as available) |
| 35 | Diskette drive, w/o bezel |
| 36a | 32X IDE CD-ROM, Lite-On |
| 36b | 32X IDE CD-ROM, NEC |
| 36c | 40X IDE CD-ROM, Lite-On |
| 37 | 8-GB IDE tape backup (Seagate) |
| 38 | 100 MB IOMEGA Zip drive (IDE) |
| 39 | PCMCIA 3.5" drive bay adapter |
| 40 | PCMCIA swap box |
| 41 | DVD-ROM |
| 42 | LS-120 cradle |
| 43 | LS-120 drive |
| 44 | Front panel PCB switch (includes Power & Sleep) |
| 45 | Front USB port board and cable assembly |
| 46 | Fan assembly |

### PowerMate ES 5200 Series FRU List — Desktop

| Item | Description |
|------|-------------|
| 47 | Additional 3 1/2-inch drive bracket |
| 48 | Front panel |
| 49 | Logo, "NEC PowerMate" |
| 50 | Plastic blank panel for additional 3.5" accessible device bay |
| 51 | Plastic blank panel  5.25" |
| not shown | Headset w/microphone (not shown) |
| not shown | Tape cartridge (not shown) |
| not shown | Zip disk (not shown) |
| not shown | LS-120 diskette (not shown) |

# *Illustrated Parts Breakdown (IPB) — Desktop*

The following figure shows the illustrated parts breakdown (IPB) for
PowerMate ES 5200 Series desktop computers. Each item in the IPB is
identified with a number that is a cross-reference to the desktop FRU list.

### *PowerMate ES 5200 Desktop IPB*



# *Field Replaceable Unit List — Minitower*

This subsection lists the field replaceable units (FRU) for PowerMate ES 5200 Series minitower computers. See "Illustrated Parts Breakdown (IPB) — Minitower" for a figure showing an exploded view of these parts.

### *PowerMate ES 5200 Series FRU List — Minitower*

| Item | Description |
|------|-------------|
| 1 | Microsoft IntelliMouse |
| 2 | Keyboard, Chicony |
| 3 | Power cable |
| 4 | IDE cable, 3-connector |
| 5 | Diskette drive signal cable |
| 6 | PCMCIA cable, 2-connector |
| 7 | CD-ROM audio cable |
| 8 | Wake-ON LAN cable |
| 9 | Chassis intrusion switch and cable assembly |
| 10 | RJ-11 cable |
| 11a | 32-MB SDRAM, DIMM |
| 11b | 64-MB SDRAM, DIMM |
| 11c | 128-MB SDRAM, DIMM |
| 11d | 256-MB SDRAM, DIMM |
| 12a | 300-MHz Celeron processor |
| 12b | 333A-MHz Celeron processor |
| 12c | 366A-MHz Celeron processor |
| 12d | 350-MHz Pentium II processor |
| 12e | 400-MHz Pentium II processor |
| 12f | 450-MHz Pentium II processor |
| 12g | 450-MHz Pentium III processor |
| 12h | 500-MHz Pentium III processor |
| 13a | Heat sink (for Celeron processors) |
| 13b | Heat sink (for Pentium II processors) |
| 13c | Heat sink (for Pentium III processors) |
| 14 | Retaining arm (for Celeron and Pentium III processors) |
| 15a | Retention mechanism (for Celeron processors) |
| 15b | Retention mechanism (for Pentium II processors) |
| 15c | Retention mechanism (for Pentium III processors) |
| 16 | Battery |
| 17 | System board (Intel 440BX) with onboard audio, graphics, and LAN chips |
| 18 | System board guide rails (2) |
| 19a | 4.3-GB IDE 5400 RPM hard drive |
| 19b | 8.4-GB IDE 5400 RPM hard drive |
| 19c | 12.9-GB IDE 5200 RPM hard drive |
| 19d | 12.9-GB IDE 7200 RPM hard drive (as available) |

## PowerMate ES 5200 Series FRU List — Minitower

| Item | Description |
|------|-------------|
| 20 | Hard drive bracket — minitower |
| 21 | Riser card |
| 22 | I/O plate |
| 23 | Rear USB connector and cable assembly |
| 24 | Sound card, Creative Labs Sound Blaster® Live!™ PCI |
| 25a | 56 Kbps Fax/modem US Robotics V.90 Python ISA board |
| 25b | 56 Kbps MDM100 Winmodem PCI board |
| 26 | 3Com 10/100 Hurricane Ethernet network card with Wake-ON LAN |
| 27 | PCMCIA - controller card, ISA (minitower and desktop systems) |
| 28 | Left chassis side, minitower |
| 29 | Chassis top, minitower |
| 30 | Right chassis side, minitower |
| 31a | Speakers, Altec Lansing 9 watt |
| 31b | Speakers, Harman Kardon 10 watt |
| 32a | Speaker AC adapter, Altec Lansing |
| 32b | Speaker AC adapter, Harman Kardon |
| 33 | Power supply, 200 Watt |
| 34 | Diskette drive, w/o bezel |
| 35a | 32X IDE CD-ROM, Lite-On |
| 35b | 32X IDE CD-ROM, NEC |
| 35c | 40X IDE CD-ROM, Lite-On |
| 36 | 8-GB IDE tape backup (Seagate) |
| 37 | 100 MB IOMEGA Zip drive (IDE) |
| 38 | PCMCIA 3.5" drive bay adapter |
| 39 | PCMCIA swap box |
| 40 | DVD-ROM |
| 41 | LS-120 cradle |
| 42 | LS-120 drive |
| 43 | Right chassis foot lock |
| 44 | Left chassis foot lock |
| 45 | Left chassis foot |
| 46 | Right chassis foot |
| 47 | Fan assembly |
| 48 | Front panel |
| 49 | Logo, "NEC PowerMate" |

## *PowerMate ES 5200 Series FRU List — Minitower*

| Item | Description |
|---|---|
| 50 | Plastic blank panel  5.25" |
| 51 | Metal bay cover  5.25" |
| 52 | Front panel PCB switch (includes Power & Sleep) — minitower |
| 53 | Front USB port board and cable assembly |
| not shown | Headset w/microphone (not shown) |
| not shown | Tape cartridge (not shown) |
| not shown | Zip disk (not shown) |
| not shown | LS-120 diskette (not shown) |

# Illustrated Parts Breakdown (IPB) — Minitower

The following figure shows the illustrated parts breakdown (IPB) for
PowerMate ES 5200 Series minitower computers. Each item in the IPB is
identified with a number that is a cross-reference to the minitower FRU list.

**PowerMate ES 5200 Minitower IPB**



# 7

# Preventive Maintenance

- System Cleaning
- Keyboard Cleaning
- Mouse Cleaning

This section contains general information for cleaning and checking the system, keyboard, and monitor.

The system unit, keyboard, and monitor require cleaning and checking at least once a year, and more often if operating in a dusty environment. No other scheduled maintenance is required.

---

## ⚠ WARNING

Unplug all power cords before performing any maintenance. Voltage is present inside the system and monitor even after the power is off. All voltage is removed only when the power cord is unplugged.

---

# *System Cleaning*

Use the following procedure for cleaning the system.

1. Power off the system and unplug all power cables.

2. Wipe the outside of the system, keyboard, mouse, and monitor with a soft, clean cloth. Remove stains with a mild detergent. Do not use solvents or strong, abrasive cleaners on any part of the system.

3. Clean the monitor screen with a commercial monitor screen cleaning kit. As an alternative, use a glass cleaner, then wipe with a clean lint-free cloth.

4. Local distributors and dealers may sell diskette drive head cleaning kits. These kits contain special diskettes and cleaning solution. Do not use the abrasive head cleaning kits (kits without cleaning solution).

   Insert the diskette immediately after powering on the system, before disk bootup. Allow the diskette drive heads to clean for about 30 seconds.

# *Keyboard Cleaning*

As necessary, inspect and clean the inside of the keyboard as follows.

**1.** Remove the twelve screws holding the keyboard enclosure together (see the figure on the following page).

 **CAUTION**

The keyboard and cable together are considered a whole-unit, field-replaceable assembly. Therefore, disassembly of the keyboard is necessary only when cleaning the inside.

### *Removing the Keyboard Enclosure*



A – Screw (one of twelve)

**2.** Separate the two halves of the enclosure.

**3.** Clean the enclosure and keys with a damp cloth. A small, soft-bristle brush may be used to clean between the keys.

Do not wet or dampen the keyboard's printed circuit board. If the board gets wet, thoroughly dry it before reattaching the keyboard to the system unit.

**4.** Put the two halves of the enclosure together and secure with the screws.

# Mouse Cleaning

The mouse has a self-cleaning mechanism that prevents a buildup of dust or lint around the mouse ball and tracking mechanism under normal conditions. Periodically, however, the mouse ball must be cleaned. Use the following procedure to clean the mouse.

1. Unplug the mouse from the system.

2. Turn the mouse upside down and locate the ball cover (see the following figure).

3. Turn the ball cover counterclockwise and remove the cover.



**Removing the Mouse Ball Cover**



A – Mouse Ball Cover

4. Turn the mouse over and remove the ball.

5. Clean the mouse as follows:

   ■ Clean the mouse ball with tap water and a mild detergent, then dry it with a lint-free cloth.

   ■ Remove any dust and lint from the mouse socket.

6. Replace the mouse ball in its socket.

7. Replace the ball cover and turn it clockwise until it locks in place.

*8*

# Troubleshooting

- Checklist
- Diagnostics

This section provides information to help isolate and repair system malfunctions at the field level. The system has a built-in program that automatically checks its components when the system is powered on. If there is a problem, the system displays an error message. If this happens, follow any instructions on the screen.

If screen messages do not help or an error message does not appear, refer to the information in this section to help determine and correct the problem. For the more common problems, refer to "Checklist" for assistance. If the information in the checklist does not help, refer to "Diagnostics" for more detailed problem solving.

If disassembly is required, see Section 3, "Disassembly and Reassembly." Connector pin assignments and jumper settings are given in Section 4, "System Board" and in Section 5, "Riser Board."

# *Checklist*

Check the following list for a match to the system problem and see the possible cause and solution.

## *System Problems*

- **No power and power lamp not lit.**

    Check that all power switches are on.

    Check that the power cable is plugged into the system power socket and that the other end is plugged into a live, properly grounded AC power outlet or surge protector.

    Check the outlet or surge protector by plugging in a lamp.

- **Non-System Disk error message displays when the system is started.**

    A diskette is in the diskette drive, and the diskette drive precedes the hard drive in boot order. Remove the diskette and restart the system.

- **Operating system not found error message displays when the system is started.**

    If a CD is left in the CD-ROM drive, the system may not be able to boot. Try removing the CD and rebooting.

    The hard drive might need more time to spin up before the system boots. Change the "Delay for HDD" to a higher setting from the CMOS Setup Utility "BIOS Features Setup" menu.

- **System does not boot and error message displayed on screen.**

    Run the Setup utility (see Section 2, "System Configuration"). Check that the parameters are set correctly, particularly if you just installed an option.

■ **System emits continuous beeps.**

Turn the system off, wait at least five seconds, and turn the system on. If the beeps continue, call the NEC CSD Technical Support Center.

■ **System does not maintain date, time, system configuration information.**

Change the battery (see "CMOS Battery Removal" in Section 3, "Disassembly and Reassembly").

■ **System does not boot from hard drive.**

The system usually tries to start from the diskette drive before it starts from the hard drive. Remove the diskette from the diskette drive.

Run the Setup utility (see Section 2, "System Configuration") and set the initial Boot parameter to Hard Drive instead of Removable Device.

■ **System does not boot immediately after hard drive spins up.**

The "Delay for HDD" in the CMOS Setup Utility "BIOS Features Setup" menu can be changed to a lower setting. (If a message "operating system not found" appears after changing the setting, the delay is at too low. Set the delay slightly higher.)

■ **System performance appears sluggish.**

Check that the system is set for optimal operation. See the operating system documentation.

Check the memory requirements of the software applications. If required, install additional DIMM memory (see Section 3, "Disassembly and Reassembly").

If optional DIMM memory was added, check that it is correctly installed.

■ **System does not boot after processor was replaced.**

If the system does not boot (as might be the case if you are replacing one processor with a slower one), press the power button a second time.

If the system still does not boot, clear CMOS (see "Clearing CMOS" in Section 2).

## *Monitor Problems*

Check the following problems to see the possible cause and solution.

- **Monitor screen is dark or the display is hard to read.**

  Check that the monitor is on.

  Check that the monitor power cable is connected to the monitor and a power outlet, the monitor signal cable is connected to the system, and the brightness and contrast controls are adjusted.

  Press the space bar or move the mouse to take the system out of the power management mode.

- **Distorted image appears on the monitor screen.**

  Adjust the monitor's video controls. If this does not help, turn the monitor off for several seconds, then back on.

- **There is constant movement on the screen.**

  A magnetic field is affecting the monitor. Move any devices (fan, motor, another monitor) that generate magnetic fields away from the monitor.

- **The screen display is fuzzy or flickering; graphics characters or garbage appears on the screen.**

  Check that the monitor is set up correctly and that all connections have been made.

  Check that the video refresh rate and video driver are correct.

  Click the right mouse button anywhere on the Windows desktop and a menu appears. Click **Properties** and the Display Properties window appears.

## *Keyboard/Mouse Problems*

Check the following problem to see the possible cause and solution.

- **Mouse or keyboard does not respond.**

  The mouse and keyboard may have been connected after turning on the system. Turn the system off, make sure the mouse and keyboard are connected, and turn the system back on.

- **Image appears on screen but nothing happens when using the mouse or keyboard.**

  Make sure the keyboard or mouse cable is firmly connected to the rear of the system.

  If this does not help, turn off the system, wait five or more seconds, and turn on the system.

### Diskette Drive Problems

Check the following to see the possible cause and solution.

- **Diskette won't load.**

  Check that the diskette is being loaded correctly.

  Check that the system and monitor power lamps are on and the power-on screen appears.

  Check that the diskette is formatted. If not, format it.

  Check that the diskette size is 1.44 MB.

  If the diskette drive busy lamp does not light when loading the diskette, try a different diskette. If this loads, the problem is in the software.

- **Non-System Disk or Disk Error message displayed.**

  If trying to boot from the diskette drive, insert a diskette with system files into drive A.

  If a bootable diskette does not boot, use the Setup utility to verify that the initial boot parameter is set to diskette drive A and not a hard drive.

### CD-ROM Drive Problems

Check the following problems to see the possible cause and solution.

- **The system does not see the CD-ROM drive.**

  The drive designation is wrong and should be changed. The drive designation for the CD-ROM drive depends upon the storage device configuration in the system. To find out what drive designation letter is assigned to the CD-ROM drive, double click **My Computer** on the Windows 95 or Windows NT 4.0 desktop. The drive designation is below the CD-ROM drive icon.

  As an alternative, open Windows Explorer and scroll down the list of folders until you locate the CD-ROM drive icon. The drive designation is beside the icon.

- **The CD-ROM drive is not reading a disc.**

  Check that the disc is inserted in the CD tray with the printed label side up.

  Check that the disc is a data disc, not a music disc.

  Try a different CD to see if the problem is limited to one CD.

- **The CD does not eject due to a power failure or software error.**

  Turn off the system and use the CD-ROM emergency eject feature. Insert the pointed end of a paper clip into the eject hole. Press inward on the clip to open the door.

■ **The CD-ROM drive plays music CDs but the sound is not heard. However, .WAV and .MIDI sounds can be heard when played.**

Check that the cable connecting from the rear of the CD-ROM drive to the riser board CD audio connector is in place and secure.

Check the CD Audio volume setting.

## Speaker Problems

Check the following problems to see the possible cause and solution.

■ **No sound from the speakers.**

Check that the speaker power is on. Verify that all speaker cable connections are correct and secure.

■ **Speaker volume is too low.**

Adjust the volume control on the speaker. If the volume is still too low, adjust the volume through the system software. See the Windows Multimedia online help.

■ **Sound is only coming from one speaker.**

Balance the speaker output by adjusting the balance in the sound software. See the Windows Multimedia online help.

# Diagnostics

One beep indicates that the system has completed its POST test. If intermittent beeping occurs, power off the system and try again. If the beeping persists, see the following table. The table summarizes problems that may develop during system operation and lists (in sequential order) suggested corrective actions.

### Problems and Solutions

| Problem | Symptom | Solution |
|---|---|---|
| No power | Power lamp on computer status panel does not light. | **1.** Check that the power cord is plugged into the power socket on the computer. |
| | | Check that the other end of the cord is plugged into a live, properly grounded AC power outlet. |
| | | **2.** Check cable connections between the power supply and riser board and between the riser board and power switch. |
| | | **3.** Systematically eliminate possible shorted PCBs by removing cables and expansion boards. |
| | | **4.** Check the +5 and +12 power supply voltages. Measure voltages with the system board installed. |
| | | **5.** Replace the power switch assembly. |
| | | **6.** Replace the power supply. |
| | | **7.** Replace the system board. |
| Power supply malfunction | Any of the following conditions could occur: | **1.** Perform steps 1 through 4 listed in this table under No Power. |
| | Front panel lamps out, diskette and/or hard drives do not spin, monitor blank, interface ports not working, and keyboard lamp out and/or cannot input from keyboard. | **2.** Check power supply voltages. Voltages should be measured with a load on them (system board plugged in). |
| | | **3.** Replace the power supply. |
| Operating system does not boot | Intermittent beeping at power-on. Computer beeps more than once and is unable to complete boot-up. | **1.** Check system configuration (see Section 2). |
| | | **2.** Check all jumper settings and verify that drives are enabled (see Section 2). |
| | | **3.** Reseat DIMMs and option boards in their connectors. Inspect system board for foreign objects such as paper clips. |
| | | **4.** Remove option boards and reboot. |
| | | **5.** Replace system board. |

### *Problems and Solutions*

| Problem | Symptom | Solution |
|---|---|---|
| Operating system does not boot, cont'd | "Invalid Configuration" message displayed. | **1**. Press **F2** to run Setup and correct the parameters. |
| | | **2**. Replace the CMOS battery (see Section 3) if the date and time must be set each time the computer is powered on. |
| | Computer halts during loading sequence. | **1**.  Power the computer off. Check for proper jumper settings (see Section 2), then power-on the computer. |
| | | **2**.  Check condition of selected bootload device (diskette, disc, or hard disk) for bad boot track or incorrect OS files. |
| | | **3**.  Try booting OS from diskette or disc, or recopy OS files onto hard disk. |
| | | **4**.  Verify correct hard disk is selected. |
| Diskette drive does not work | Lamp on drive panel does not light when diskette is loaded. | **1**.  Check power and signal cable connections between diskette drive, riser board, and power supply. |
| | | **2**.  Check diskette drive cable. Replace as necessary. |
| | | **3**.  Check power supply. |
| | | **4**.  Replace diskette drive. |
| | | **5**.  Replace riser board. |
| | | **6**.  Replace system board. |
| Hard drive malfunction | Hard drive lamp does not light but hard drive can be accessed. | **1**.  Check cable connections between lamp and system board. |
| | Hard drive controller failure message displayed. | **1**.  Check that the IDE channel and hard drives are enabled in Setup (see Section 2). |
| | Cannot access hard drive. | **1**.  Check signal/power connections between hard disk, PCB, power supply. |
| | | **2**.  Check hard drive jumper settings. |
| | | **3**.  Check power supply. |
| | | **4**.  Check hard drive cable and hard drive. Replace as necessary. |
| | | **5**.  Replace system board (or hard drive controller PCB if the system board controller is not used). |
| | | **6**.  Replace riser board. |

*Problems and Solutions*

| Problem | Symptom | Solution |
| --- | --- | --- |
| Memory malfunction | Total memory not recognized. | **1**. Reseat DIMMs.<br><br>**2**. Systematically swap DIMMs.<br><br>**3**. Check to see if the DIMM configuration is valid (see Section 4).<br><br>**4**. Replace DIMMs.<br><br>**5**. Replace system board. |
| Modem board malfunction | No output from board. | **1**. Check interrupts (see Section 2).<br><br>**2**. Check DMA channels (see Section 4). |
| Keyboard or mouse malfunction | Monitor has prompt, but cannot input data using keyboard or mouse. | **1**. Check keyboard/mouse plugged in.<br><br>**2**. Check password (see sections 2, 4).<br><br>**3**. Disable password (see sections 2, 4).<br><br>**4**. Replace keyboard (or mouse).<br><br>**5**. Replace system board. |
| Monitor malfunction | Blank display. | **1**. Press any key or move the mouse to ensure power management has not blanked the display.<br><br>**2**. Check that the monitor power ON/OFF switch is ON.<br><br>**3**. Check that the monitor cable is attached to the video connector at the back of the system.<br><br>**4**. Check cable connections between the AC power supply and monitor.<br><br>**5**. Adjust brightness and contrast controls on the monitor.<br><br>**6**. Check cable connections between the monitor connector and the graphics board.<br><br>**7**. Replace graphics board.<br><br>**8**. Replace monitor. |

## *Problems and Solutions*

| Problem | Symptom | Solution |
| --- | --- | --- |
| Monitor malfunction, cont'd | Unable to synchronize display. | **1.**  Adjust the monitor's synchronization controls. |
| | | **2.**  Check that the monitor's resolution matches the video setting or the video driver used (see Section 2). |
| | | **3.**  Check that the utility is not selecting a refresh rate/resolution that is not supported by the monitor. |
| | | **4.**  Check that the driver used matches the capabilities of the built-in video controller and DRAM. |
| | Wavy display. | **1.**  Check that the computer and monitor are not near motors or electric fields. |
| CD-ROM drive malfunction | System power not on. | **1.**  Turn system power on. |
| | Disc tray does not open. | **1.**  System power not on. Turn system power on. |
| | | **2.**  System power failed. Insert the tip of a straightened paper clip into the emergency eject hole, then gently press inward until the tray opens. |
| | No sound from CDs. | **1.**  Check that speaker power is on and volume is adjusted. |
| | | **2.**  Check audio software settings. |
| | | **3.**  Check the CD. |
| | | **4.**  Check the CD-ROM drive audio cable connections. |
| | | **5.**  Check the CD-ROM drive audio cable. Replace as necessary. |
| | | **6.**  Replace the CD-ROM drive. |
| | | **7.**  Replace the optional sound board. |
| | | **8.**  Replace the system board. |

*Problems and Solutions*

| Problem | Symptom | Solution |
|---------|---------|----------|
| CD-ROM drive malfunction, cont'd | Cannot access CD-ROM drive. | **1.** Check that the CD-ROM driver software is loaded and not corrupted. |
| | | **2.** Check signal and power connections between the CD-ROM drive, riser board, and power supply. |
| | | **3.** Check the master/slave jumper settings (see Section 2). |
| | | **4.** Check the IDE cable. Replace as necessary. |
| | | **5.** Check the power supply. Replace as necessary. |
| | | **6.** Check the system board. Replace as necessary. |
| | | **7.** Check the riser or sound board. Replace as necessary. |
| Communication error | Bad data or no data when communicating. | **1.** Check cable connections between riser board and device. |
| | | **2.** Check that the interface port is selected. |
| | | **3.** Test or replace the device and interface cable (see the device documentation for troubleshooting). |
| | | **4.** Replace the system board. |
| | | **5.** Replace the riser board. |

# *9*

# NEC CSD Information Services

- Service Telephone Numbers
- Technical Support
- Product Information

This section contains the following NEC CSD service and support information:

- service and support telephone numbers
- technical support
- product information.

# Service Telephone Numbers

The following table lists the telephone numbers for the NEC CSD service and support functions.

### NEC CSD Service and Support Telephone Numbers

| Service | Telephone Numbers |
|---|---|
| To contact NEC CSD Technical Support Center (TSC): | In the U.S. and Canada, call 1 (800) 632-4525 |
| To order spare parts (Dealers): | Call 1 (800) 632-4525 |
| To order spare parts (Customers): | In the U.S., call 1 (800) 233-6321<br>In Canada, call 1 (800) 727-2787 |
| To contact Customer Service about service and contract warranty issues: | Call 1 (888) 632-9128 |
| To log onto the NEC CSD Electronic Bulletin Board System (BBS) to download software drivers and the latest BIOS for ROM flashing: | Call 1 (916) 379-4499 |
| To send technical questions by email: | tech-support@neccsd.com |
| To fax technical questions to customer support: | In the U.S., fax 1 (801) 981-3133 |
| To access the NEC CSD website: | www.nec-computers.com |
| To access the NEC CSD FTP site: | ftp.neccsdeast.com |

# *Technical Support*

The following sections provide information for obtaining technical support from NEC CSD. With access to a telephone, modem, and/or fax machine, you can use these services to obtain information on a 24-hour basis.

## *NEC CSD Website*

If you have a modem or a network board and an Internet Service account, you can access the NEC CSD website. The NEC CSD website contains service and support information, information about NEC CSD and its products, an online store, press releases, and reviews.

Look in the Service and Support area for the following:

- technical documentation, including Frequently Asked Questions, service and reference manuals, and warranty information

- BIOS updates, drivers, and Setup Disk files to download

- contact information, including telephone numbers for Technical Support and links to vendor websites

- an automated email form for your technical support questions

- a Reseller's area (password accessible).

To access the NEC CSD website, enter the following Internet Uniform Resource Locator (URL) in your browser:

**www.nec-computers.com**

## *Email/Fax Technical Support Service*

The NEC CSD Technical Support Center offers technical support by email over the Internet network if you have a modem. The email address is:

**tech-support@neccsd.com**

You can also fax technical questions to the NEC CSD Technical Support Center if you have access to a fax machine or fax/modem. The fax number is:

**1 (801) 981-3133**

When using the email or fax support service, please include one of the following words in the subject field for prompt response from the appropriate technical person:

- Desktop

- Monitor

- CD-ROM

- Printer

- Notebook.

Provide as much specific information in your questions as possible. Also, if sending a fax, please include your voice telephone number and your fax number with the question. You will receive a response to your questions within one business day.

## Technical Support Services

NEC CSD also offers direct technical support through its Technical Support Center. (NEC CSD technical support is for U.S. and Canadian customers only; international customers should check with their sales provider.)

Direct assistance is available 24 hours a day, 7 days a week. Call the NEC CSD Technical Support Center, toll free, at **1 (800) 632-4525** (U.S. and Canada only) for the following support.

- System hardware — toll-free phone support is limited to the length of the standard warranty.

  For hardware support after the standard warranty, get system hardware support for a fee.

- Preinstalled software — toll-free phone support for 90 days from the time of your first call to the NEC CSD Technical Support Center.

  After the initial 90 days, get preinstalled software support for a fee.

Please have available your system's name, model number, serial number, and as much information as possible about your system's problem before calling.

For callers outside the U.S. and Canada, please contact your local NEC CSD sales provider.

# Product Information

In addition to the NEC CSD website, you can find product information at the NEC CSD FTP site and through the NEC CSD Bulletin Board System. With access to a telephone, modem, and/or fax machine, you can use these services to obtain information on a 24-hour basis.

## NEC CSD FTP Site

You can use the Internet to access the NEC CSD FTP (file transfer protocol) site to download various files (video drivers, printer drivers, BIOS updates, and Setup Disk files). The files are essentially the same as on the NEC CSD website and the NEC CSD Bulletin Board System.

To access the NEC CSD FTP site, enter the following Internet ftp address through your Internet Provider service:

**ftp.neccsdeast.com**

Once in the file menu, follow the prompts to choose and download the file(s) you want.

## *NEC CSD Bulletin Board System*

If you have access to a modem, you can use the NEC CSD Bulletin Board System (BBS) to get the latest information on hardware and software. The BBS allows you to download files (video drivers, printer drivers, BIOS updates, etc.) to a diskette for system enhancements and upgrades.

⚠️ **CAUTION**

NEC CSD recommends that you download files from the Bulletin Board System to a diskette and not to your hard drive.

Log onto the BBS as follows.

1. From the Windows desktop, click **Start**.

2. Point to **Programs**. Point to **Accessories** and then click **HyperTerminal**.

3. Double click the **Hypertrm.exe** icon. The HyperTerminal program appears.

4. Follow the instructions on the screen to set up your modem. Click the **HyperTerminal** help button for information about dialing the phone number.

   If you need to check communications settings, check that the settings match the following BBS parameters.

   - **Baud rate**: select any baud rate that matches your modem

   - **Parity**: none

   - **Data bits**: 8

   - **Stop bits**: 1

   - **Flow control**: Xon/Xoff (select Hardware if using 14.4 Kbps or higher).

5. Following the HyperTerminal instructions, enter the BBS phone number (**916-379-4499**). Your business phone system and/or location might require a **9 1** or **1** prefix.

   📝**Note:** The first time that you use the BBS, you are requested to provide information in a new user questionnaire.

6. Press **Enter** twice.

7. Enter your first name, last name, and password. Press **Enter** after each.

8. Follow the screen prompts until the Main Menu is displayed.

9. At the Main Menu, select **J** to join a conference. Select **Conference 1** for the desktop conference.

10. From the Main Menu, press **F** and **Enter** for the File menu.

11. At the File menu, select **F** for a list of downloadable files. Follow the prompts to select a file for downloading.

---

⚠ **CAUTION**

Executable files automatically format your diskette when you download files from the BBS. Formatting destroys any data on the diskette. Before you download files from the BBS, check that you do not have information on the diskette that you need.

---

After you complete downloading your file, log off the BBS as follows:

1. Press **Enter** (to continue).

2. Press **G** (command for Goodbye/Hangup).

3. Press **Enter**.

# 10

# Specifications

- System Board
- Riser Board
- Keyboard
- Mouse
- Speaker
- System Unit
- Diskette Drive
- IDE Hard Drives
- Power Supply
- Fax/Modem Board
- Sound System
- Sound Board
- CD-ROM Drive
- DVD-ROM Drive
- PC Adapter Device
- Tape Backup Unit
- Zip Drive
- Environmental and Safety
- Compliance

This section contains the specifications for the various components comprising the PowerMate ES 5200 Series systems. The following table lists the specifications and the pages where the specifications can be found.

### System Specifications

| Specification | Go to Page |
| --- | --- |
| System Board | 10-3 |
| Riser Board | 10-4 |
| Keyboard | 10-4 |
| Mouse | 10-5 |
| Speaker | 10-5 |
| System Unit | 10-6 |
| Diskette Drive | 10-7 |
| IDE Hard Drive | 10-7 |
| Power Supply | 10-7 |
| Fax/Modem Board | 10-7 |
| Sound System | 10-8 |
| Sound Board | 10-8 |
| CD-ROM Drive | 10-9 |
| DVD-ROM Drive | 10-9 |
| PC Adapter Device | 10-10 |
| Tape Backup Unit | 10-10 |
| Zip Drive | 10-11 |
| Environmental and Safety | 10-12 |
| Compliance | 10-12 |

# System Board Specifications

The specifications for the system board are included in the following table.

### System Board Specifications

| Feature | Specification |
|---|---|
| System Board | Micro-star International MS-6131 NLX BX6 with AGP connector, LAN, and integrated audio |
| Processor | Celeron 300 MHz MMX, 333 MHz MMX, or 366 MHz MMX (with support for Celeron 400 MHz MMX or 433 MHz MMX) |
| | Pentium II  350 MHz MMX, 400 MHz MMX, or 450 MHz MMX |
| | Pentium III 450 MHz MMX, 500 MHz MMX. |
| Cache Memory | 32 KB of primary cache (16-KB data, 16-KB instruction) integrated in the processor |
| | 512 KB of secondary cache built-in on processor (Pentium II, Pentium III) |
| | 128 KB of secondary cache built-in on processor (Celeron) |
| Flash ROM | 4 Mb Flash ROM |
| Chip Set | Intel 440BX Chipset |
| I/O Controller | Winbond 83977 ATF-AW Super I/O controller |
| Monitoring, ASIC | Winbond 83782D |
| System Memory | 32 MB to 512 MB in two DIMM sockets on system board |
| Optional DIMMs | 32-MB, 64-MB, 128-MB, and 256-MB; 168-pin, 64-bit (non-ECC) DIMMs |
| Video Accelerator | ATI 3D RagePro AGP 2X video/graphics accelerator |
| Video Memory | Video Memory — 4 MB of 100-MHz SGRAM |
| Audio Chip | Yamaha YMF740C 3D PCI audio controller |
| Battery | Replaceable coin-type battery |

# Riser Board Specifications

The specifications for the riser board are included in the following table.

**Riser Board Specifications**

| Feature | Specification |
|---|---|
| Design | NLX compatible<br>System board slot (170-pin edge connector)<br>Support for a total of four IDE devices; 40-pin connectors |
| Slots, Small Desktop | 1 PCI slot<br>1 shared PCI/ISA slot |
| Slots, Desktop | 2 PCI slots<br>1 shared PCI/ISA slot<br>1 ISA slot |
| Slots, Minitower | 3 PCI slots<br>2 ISA slots |
| Industry Standard Interfaces | Two PCI/IDE connectors (primary and secondary)<br>Diskette drive connector<br>Feature connector (power and signal to front control board)<br>CD Audio In connector<br>Modem In connector<br>Intrusion connector<br>Wake-On LAN connector<br>Fan connector<br>Power connectors |

# Keyboard Specifications

The specifications for the keyboard are included in the following table.

**Keyboard Specifications**

| Feature | Specification |
|---|---|
| Keyboard | Chicony KB-8923 |
| Dimensions | Width: 19.0 inches (48.3 cm)<br>Depth: 8.4 inches (21.3 cm)<br>Height: 1.6 inches (4.1 cm) |
| Weight | 3.5 to 4.0 lb. (1.6 to 1.8 kg) |

# Mouse Specifications

The specifications for the mouse are included in the following table.

**Mouse Specifications**

| Feature | Specification |
| --- | --- |
| Model | Microsoft IntelliMouse |
| Capabilities | 2-button with cursor movement wheel |
| | X & Y encoder resolution: 400 PPI opto-mechanical |
| | Wheel Resolution: zoom resolution 18 counts per revolution |
| Operating Characteristics | Vin = 115 V or 230 V as appropriate Ta = 25° |
| | Thermal stabilization - 1 hour minimum |
| Physical Features | Length: 4.53 inches<br>Width: 2.6 inches<br>Height: 1.52 inches<br>Weight: 170 grams +/1 20 grams |
| Temperature Range | Operating: 5° to 35° C<br>Storage: -20° to 60° C |

# Speaker Specifications

The specifications for the speaker are included in the following table.

**Speaker Specification**

| Feature | Specification |
| --- | --- |
| Speakers | Altec-Lansing 9-watt (ASC-90) |
| | Magnetically shielded 10-watt stereo speakers<br>Power on/off switch and power lamp<br>Volume and treble controls<br>Subwoofer output jack<br>15-volt AC power adapter |
| Performance | Frequency response, 90-20 kHz, 2 dB<br>Sensitivity, 300 mV<br>Output power, 4.5 watts |

# System Unit Specifications

The specifications for the small desktop, desktop, and minitower system units are included in the following tables.

**Desktop System Unit Specifications**

| Feature | Specification |
|---|---|
| Dimensions, Small Desktop | Height — 3.54 in.<br>Width — 15.5 in.<br>Depth — 14.5 in. |
| Dimensions, Desktop | Height — 5.3 in.<br>Width — 17 in.<br>Depth — 16.5 in. |
| Dimensions, Minitower | Height — 16.9 in.<br>Width — 7.87 in.<br>Depth — 17.23 in. |
| Weight | Small Desktop — 19 lbs. minimum<br>Desktop — 25 lbs. minimum<br>Minitower — 31 lbs. minimum |
| Device Bays, Small Desktop | One 5 1/4-inch accessible bay<br>One 3 1/2-inch accessible bay<br>One 3 1/2-inch internal bay |
| Device Bays, Desktop | Two 5 1/4-inch accessible bays<br>One 3 1/2-inch accessible bay<br>One 3 1/2-inch additional bay for an internal or external drive<br>One 3 1/2-inch internal bay |
| Device Bays, Minitower | Three 5 1/4-inch accessible bays<br>One 3 1/2-inch accessible bay<br>Two 3 1/2-inch internal bays |
| Expansion Board Slots, Small Desktop | One PCI slot<br>One PCI/ISA shared slot |
| Expansion Board Slots, Desktop | Two PCI slots<br>One PCI/ISA shared slot<br>One ISA slot |
| Expansion Board Slots, Minitower | Three PCI slots<br>Two ISA slots |
| Peripheral Interface (rear panel) | PS/2-style keyboard connector<br>PS/2-style mouse connector<br>Two RS-232C serial ports<br>Parallel printer port<br>VGA monitor port<br>One universal serial bus port<br>Three audio connectors |
| Front Panel | Power button with power indicator lamp<br>Sleep button with sleep indicator lamp<br>Disk activity indicator lamp<br>Volume control and headphone in connector<br>USB connector |

# *Diskette Drive Specifications*

Diskette drive types are subject to change. One of the following diskette drives may come with the system:

- NEC Diskette Drive

- LS-120 120-MB SuperDisk.

# *IDE Hard Drive Specifications*

Hard drive types are subject to change. One of the following IDE hard drives may come with the system:

- 4.3-GB Ultra DMA, 5400 RPM

- 8.4-GB Ultra DMA, 5400 RPM

- 12.9-GB Ultra DMA, 5400 RPM

- 12.9-GB Ultra DMA, 7200 RPM (as available).

# *Power Supply Specifications*

The following information applies to the power supplies that may come in the system.

- Small desktop system: 145 Watt, switch selectable for 115/230 Volt, 50/60 Hz support, NLX compatible

- Desktop system: 200 Watt, switch selectable for 115/230 Volt, 50/60 Hz support, NLX compatible

- Minitower system: 200 Watt, switch selectable for 115/230 Volt, 50/60 Hz support, NLX compatible

# *Fax/Modem Board Specifications*

One of the following fax/modem boards might be installed in the system.

- 3Com Python V.90 56.6 Kbps

- Diamond MDM100 56.6 Kbps

- Aztech MDM100 56.6 Kbps

- GVC MDM100 56.6 Kbps

# Sound System Specifications

The system has a Yamaha YMF740 3D PCI audio controller integrated on system board.

- 3-D enhanced stereo controller with analog components
- Compatible with Sound Blaster Pro™, Sound Blaster™ 2.0, Ad Lib™, MPU-401, and Microsoft® Windows Sound System™ for PC sound applications
- Plug and Play compatibility
- Stereo jacks — microphone in and line out
- Support for 16-bit address decode
- Stereo analog-to-digital and digital-to-analog converters
- Digital control of all mixer and volume control functions

# Sound Board Specifications

The specifications for the sound board are included in the following table.

### Sound Board

| Feature | Specification |
| --- | --- |
| Model | Creative Labs Sound Blaster® Live!™ CT4670 |
| Wave-Table Synthesis | E-mu Systems EMU10K1 music synthesis engine. |
| | 64-voice polyphone with 8-point interpolation technology. |
| | 192-voice polyphony PCI wave-table synthesis; capable of 512-voice polyphony with download from Live!Ware Program. |
| | 48 MIDI channels with 128 GM & GS-compatible instruments and 10 drum kits. |
| | SoundFont technology for user-definable wave-table sample sets. |
| | Samples in host memory of up to 32 MB. |
| Effects Engine | E-mu Systems EMU10K1 effects processor. |
| | Support for real-time digital effects (reverb, chorus, flange, pitch shifter, distortion). |
| | Processing, mixing, and positioning audio streams using up to 131 available hardware channels. |
| | Customizable audio effects and channel control. |
| | Full digital mixer eliminates noise from the signal. |
| | Full bass, treble, and effects controls available for all audio sources. |

### Sound Board

| Feature | Specification |
|---|---|
| Environmental 3D Positional Audio Technology | User-selectable DSP modes that simulate acoustic environments |
| | Creative Multi Speaker Surround technology. |
| 32-bit Digital Audio Engine | User-selectable bit rates from 8- to 16-bit. |
| | User-selectable sample rates from 8kHz to 48kHz. |
| | Sound sources handled with 32-bit precision. |
| | Hardware full-duplex support enables simultaneous record and playback at 8 standard sample rates. |
| | AC97 audio codec. |
| MIDI Interface/Joystick Port | Supports MPU-401 UART mode. |
| | IBM compatible 15-pin joystick port with analog support. |
| | Support for digital and DirectInput game devices. |
| On-Board Connectors | Microphone in, Line in, Line level out (front), Line level out (rear), Joystick port, MPC-3 CD Audio in, Telephone Answering Device in, RCA SPDIF in, RCA SPDIF out, Mini MIDI DIN in, Mini MIDI DIN out, Digital DIN out for future expansion to multi-speaker systems, Auxiliary in, Digital CD in. |
| Standards Supported | Windows 95, Windows 98, Windows NT 4.0, General MIDI, MPC-3, Plug-and-Play, Sound Blaster PCI, Environmental Audio Extensions, Microsoft DirectSound, DirectSound 3D, PCI 2.1 compliant. |

# CD-ROM Drive Specifications

CD-ROM drive types are subject to change. One of the following CD-ROM drives may come with the system:

■ NEC 32X CD-ROM drive

■ Lite-On 32X EIDE ATAPI CD-ROM drive

■ Lite-ON 40X ATAPI CD-ROM drive.

# DVD-ROM Drive Specifications

One of the following DVD-ROM drives might be installed in your system.

> **Note:** DVD-ROM drives in PowerMate ES 5200 Series computers are subject to change according to availability, and as technologies evolve. The system may have a different DVD-ROM drive than those listed in this section.

■ 4X Hitachi DVD-ROM drive

■ 6X DVD-ROM drive (as available)

# PC Adapter Device Specifications

The specifications for the PC adapter device are included in the following table.

### PC Adapter Device Specifications

| Feature | Specification |
|---|---|
| PCMCIA device | SCM SwapBox™ PC Card Host X2P ISA |
| Hardware | PnP 16-bit PC-AT interface card connecting to a 3.5-inch drive bay with twin PC Card sockets |
| Card Sockets | 2 |
| Card Configurations | Two Type I/II cards *or* <br> One Type I/II card and one Type III |
| Controller | ExCA-compatible PCMCIA VG469 controller; Intel register, step B compatible |
| Software | SwapFit Flash Filing system driver enabling full floppy disk or hard drive emulation on flash cards; compatible with all compression and PC-utilities software |
| | Single drive letter designator for all memory cards |
| | Graphical installation and formatting utilities |
| Functionality | Supports ISA Plug and Play |
| | Supports mixed voltage (3V) cards |
| | Vcc and Vpp Matrix: Micrel MTC2563 |

# Tape Backup Unit Specifications

The specifications for the tape backup unit are included in the following table.

### Tape Backup Unit Specifications

| Feature | Specification |
|---|---|
| Tape Backup Unit | Seagate CTT8000 IDE Minicartridge Drive |
| Capacity | 4.0 GB (900 Oe 740' Travan cartridge, uncompressed) <br> 8.0 GB (900 Oe 740' Travan cartridge, compressed) |
| Effective Backup Rate | 30 MB/min typical native <br> 45 MB/min typical compressed |
| Data Transfer Rate | 300/450/600 KB/second Fast Sense |
| Tape Speed <br>    Read/Write <br>    Search/Rewind | <br> 33, 51, or 77 ips <br> 90 ips max |
| Recording Method | Serpentine |
| Recording Format | QIC-3095-MC |
| Recording Code | 1,7 RLL |

### Tape Backup Unit Specifications

| Feature | Specification |
|---|---|
| Error Recovery | Reed Solomon ECC |
| Head Configuration | Wide write/narrow read |
| Recording Media | 900 Oe 740' Travan TR-4 |
| Cartridge Size | 3.2 in. x 2.4 in. x 0.4 in. (81 mm x 61 mm) |
| Data Density | 67,733 bpi |
| Tracks | 72 data tracks, one directory track |
| Synchronous Transfer Rate (Burst) | 5 MBytes/sec maximum |
| Asynchronous Transfer Rate (Burst) | 5 MBytes/sec maximum |
| Voltage Tolerance | +5V +/-5%; +12V +/-10% |
| Temperature | Operating: 5° to 45°<br>Non-operating: -40° to 65° |
| Humidity | Operating: 20% to 80% (non-condensing)<br>Non-operating: 5% to 95% (non-condensing) |
| Altitude | Operating: -1,000 to 15,000 feet<br>Non-operating: -1,000 to 50,000 feet |

# Zip Drive Specifications

The specifications for the Zip drive are included in the following table.

### Zip Drive Specification

| Feature | | Specification |
|---|---|---|
| Zip Drive | | Iomega Zip 100 ATA Drive |
| Sustained Data Transfer Rate | | Up to 11.2 Mbits/sec |
| Burst Transfer Rate | | Up to 26.7 Mbits/sec |
| Seek Times | Minimum<br>Average<br>Maximum | 4.0 ms<br>29.0 ms<br>55.0 ms |
| Average Latency | | 10.2 ms |
| Spindle Speed | | 2941 rpm |
| Track-to-Track Access Time | | 5.0 ms |
| Average Head Switch Time | | 8.0 ms |
| Head Reload Time | | 200.0 ms |
| Average Start/Stop Time | | 3/2 seconds |
| Removable Zip Cartridge Capacity | | 100 MB formatted |
| Error Correction | | Reed-Solomon |

### Zip Drive Specification

| Feature | | Specification |
|---|---|---|
| Dimensions | Height | 1.00 in. (25.4 mm) |
| | Width | 3.99 in. (101.4 mm) |
| | Depth | 6.44 in. (163.6 mm) |
| Weight | | 13.2 ounces (374.22 grams) |
| Relative Humidity (Noncondensing) | | 10% to 80% (operating) |
| Operating Temperature | | 10°C to 32°C |

# Environmental and Safety Specifications

Environmental and safety specifications are included in the following table.

### Specifications

| Feature | Specification |
|---|---|
| Recommended Operating Environment | Temperature: 50°F to 95°F (10°C to 35°C)<br>Relative Humidity: 20% to 80% |
| Administrative Compliance | UL 1950 - safety<br>CSA C22.2 No. 950-m89<br>TUV EN60950: 1988<br>FCC part 15, Subpart J, Class B - emissions<br>FCC part 68<br>IEC 950 - safety<br>VDE 0871/6.78, Class B – emissions |

# Compliance

The system meets the compliance standards listed in the following table.

### System Compliance

| Usage | Standard |
|---|---|
| Domestic | FCC CFR 47 Part 15, Subpart B<br>UL 1950 3rd edition<br>EPA Energy Star compliant |
| Canadian | C-UL C22.2 No. 950-95<br>ICES-003 Issue 2, Revision 1 |
| European | CD EMC Directive 89/336 EEC<br>EN55022:1993 Class B<br>EN50082-1:1997<br>CD LVD Directive 73/23 EEC<br>EN60950<br>CE EMC Directive 89/336 ECC<br>CE LVD Directive 73/23 ECC |

The system meets all requirements in the European Waste Regulation Ordinance for packaging and scrap.



# Release Notes

- General Notes
- LS-120 SuperDisk Copy Utility
- NEC OS Restore CD
- SCSI Drive Limitations
- PIIX4 Limitations
- Intel Processor Serial Number Control Utility
- Windows 95 Issues
- Windows 98 Issues
- Windows NT Issues

The *PowerMate ES 5200 Series Release Notes* provide up-to-date information on installing the applications that come with your computer. These notes also provide additional valuable information about your computer that was not included in the printed user's guide or online NEC Help Center.

*Please read these notes in their entirety.*

# General Notes

The following notes describe general system behaviors and recommended operating procedures not documented in other PowerMate ES 5200 Series documentation.

## Installing Applications and Online Documentation

The system comes with the operating system preloaded. Microsoft® Internet Explorer® 4.01 also comes preinstalled on systems with the Windows® 98 operating system. Install all other applications and online documentation from the NEC Application and Driver CD.

Microsoft Internet Explorer also comes on the NEC Application and Driver CD for systems with the Windows 95 or Windows NT® operating system.

See the guidelines in the following sections to install applications, the NEC Help Center online documentation, and the Healthy Environment online brochure.

### Installing Applications in the Correct Order

Follow these guidelines when you install applications and the NEC Help Center:

■ For systems with the Windows 95 or Windows NT operating system, install Microsoft Internet Explorer *first* and alone, *before* installing any other application from the NEC Application and Driver CD.

Internet Explorer 4.01 already comes preinstalled on systems with the Windows 98 operating system.

The Internet Explorer 4.01 version for Windows 95 and Windows NT includes Service Pack 1 (SP1) which takes time to initialize after setup. Be sure to wait for the initialization process to complete before you attempt to install LANDesk® Client Manager. Wait until all disk activity has stopped.

---

 **CAUTION**

Installing LANDesk Client Manager before Internet Explorer 4.01 completes initialization causes a DMI start "failed to launch Intel LANDesk Client Manager" error.

---

■ Install LANDesk Client Manager alone and *before* installing the Cheyenne Backup utility, NEC Configuration Change Notification, NEC Auto Backup utility, or NEC WebTelligent™ software.

NEC Configuration Change Notification, NEC Auto Backup utility, and NEC WebTelligent are NEC ToolTelligent software components.

> **Note:** LANDesk Client Manager should be installed *before* any of the applications or utilities that function in conjunction with it. Install the Cheyenne Backup utility, the NEC Configuration Change Notification, NEC Auto Backup utility, and the NEC WebTelligent software *after* installing LANDesk Client Manager.

■ Do not install both the NEC SNMP Agent and LANDesk Client Manager on the same computer. The two applications are incompatible, and neither can be removed using the uninstall utility. To remove them, a full restore must be performed after which all applications must be reinstalled.

⚠ **CAUTION**

Do not install both the NEC SNMP Agent and LANDesk Client Manager on the same computer.

■ The NEC SNMP Agent and the NEC WebTelligent software are each installed using a Setup.exe program launched from a subdirectory on the NEC Application and Driver CD. You can install these applications without regard to the order in which other applications are installed.

■ Load applications other than LANDesk Client Manager, Internet Explorer, NEC SNMP Agent, or NEC WebTelligent software during the same installation session or, if installed in different sessions, in any order once Internet Explorer and LANDesk Client Manager are installed.

Internet Explorer comes preinstalled on systems with the Windows 98 operating system.

■ Install the NEC Help Center *after* installing Microsoft Internet Explorer 4.01 on the system. The Help Center cannot run without Microsoft Internet Explorer 4.01 and it cannot be installed from the NEC Application and Driver CD unless Internet Explorer 4.01 has already been installed.

> **Note:** Install the NEC Help Center *after* installing Microsoft Internet Explorer 4.01 on the system. Installation of the NEC Help Center requires Internet Explorer 4.01 installed on the system. The Help Center cannot run without Internet Explorer 4.01.
>
> Internet Explorer 4.01 comes preinstalled on systems with the Windows 98 operating system.

See "NEC Application and Driver CD" in Chapter 3 of the *PowerMate ES 5200 Series User's Guide* for detailed information about installing applications from the Application and Driver CD.

### *Launching the NEC Application and Driver CD*

Launch the NEC Application and Driver CD as follows:

■ In systems running the Windows NT operating system, insert the NEC Application and Driver CD after the system reboots and you have chosen the Windows NT Workstation Version 4.00 operating system. Be sure to insert the CD before Windows NT actually completes its boot and displays the NT logon screen.

---

 **Note:** Install the optional software located on the NEC Application and Driver CD after your first logon to Windows NT.

---

■ For systems running the Windows 95 or Windows 98 operating system, insert the NEC Application and Driver CD after the system reboots.

The CD autorun feature loads the NEC Application and Driver Installation Utility program.

## Installing WebTelligent

Installation of WebTelligent on a Windows 95, Windows 98, or Windows NT web server requires the installation of Intel® LandDesk Client Manager (LDCM) version 3.32 or later. Please mark this correction in the "NEC WebTelligent" sections in Chapter 4 of your *PowerMate ES 5200 Series User's Guide*.

## Installing NEC SNMP Agent

See the previous section "Installing Applications and Online Documentation" and "NEC SNMP Agent" in Chapter 4 of the *PowerMate ES 5200 Series User's Guide* for detailed installation information.

---

⚠ **CAUTION**

Do not install both the NEC SNMP Agent and LANDesk Client Manager on the same computer.

---

The following note replaces the notes describing traps in the "NEC SNMP Agent" sections in Chapter 4 of your *PowerMate ES 5200 Series User's Guide*:

> **Note:** For an SNMP management console, such as the NEC SNMP Desktop Manager and HP OpenView, IP addresses (for example, 157.123.176.100) must be entered in the Traps for "Public Community" to receive traps from the NEC SNMP agents.
>
> For the NEC SNMP Agent to send a trap to the NEC SNMP Desktop Manager, the port number can be configured from the registry: "**HKEY_LOCAL_MACHINE\SOFTWARE\ NEC Computer Systems Division\NEC SNMP Desktop Agent\Port Number**". The default number is set to 55593.

## Uninstalling the NEC SNMP Agent or LANDesk Client Manager

LANDesk Client Manager and the NEC SNMP Agent are not fully compatible when both are installed on the same computer.



### ⚠ CAUTION

Do not install both the NEC SNMP Agent and LANDesk Client Manager on the same computer.

### When Both NEC SNMP Agent and LANDesk Client Manager Are Installed

If both applications have been installed, LANDesk Client Manager does not function correctly, and cannot display ASIC-related tabs for temperature, fan, voltage, and chassis intrusion status.

In addition, each time the computer is restarted, a Service Control Manager window displays an error message and prompts the user to press **Enter**.



### ⚠ CAUTION

If LANDesk Client Manager and the NEC SNMP Agent have both been installed, it is not possible to remove either application using the uninstall utility. A full operating system restore must be performed using the NEC OS Restore CD.

If LANDesk Client Manager and the NEC SNMP Agent have both been installed, it is not possible to remove either application using the uninstall utility. If you attempt to remove one of the applications, you must perform a full operating system restore using the NEC OS Restore CD.

After the full restore, reinstall all appropriate applications from the NEC Application and Driver CD. Do not reinstall *both* LANDesk Client Manager and the NEC SNMP Agent.

*When LANDesk Client Manager Is Installed Without the NEC SNMP Agent*

You can use the uninstall utility to remove LANDesk Client Manager if the NEC SNMP Agent has not been installed on the system. When you uninstall LANDesk Client Manager, do not interrupt the uninstall process or power off the system. The uninstall utility displays a message box indicating that the uninstall process takes 10 minutes or longer to completely remove LANDesk Client Manager.

> **Note:** NEC Management Tools, such as the NEC Configuration Change Notification and NEC Auto Backup, require the installation of LANDesk Client Manager. If you remove LANDesk Client Manager, also remove the NEC Management Tools to prevent error message reports.

If you interrupt the uninstall process or power off the system, you cannot use the uninstall utility to remove the LANDesk application. You must then use the NEC Select Install CD to perform a full operating system restore. After the full restore, you must reinstall all appropriate applications from the NEC Driver CD using the Selective Application Restore program or a Setup.exe program.

## Configuring the System for the NEC SNMP Agent

TCP/IP must be enabled before you can use the NEC SNMP Agent. See "Changing Network Settings" in this document to enable TCP/IP. See "Installing NEC SNMP Agent Installation" in this document for installation information.

## Configuring the System for NEC WebTelligent

TCP/IP must be enabled before you can use NEC WebTelligent. See "Changing Network Settings" in this document to enable TCP/IP. See "NEC WebTelligent" in Chapter 4 of the *PowerMate ES 5200 Series User's Guide* for detailed installation information.

## Configuring the System for Microsoft Internet Explorer

TCP/IP must be enabled before you can use Microsoft Internet Explorer 4.01. See the next section, "Changing Network Settings," to enable TCP/IP. Install Internet Explorer from the NEC Application and Driver CD.

> **Note:** Internet Explorer 4.01 comes preinstalled on systems with the Windows 98 operating system.

## Changing Network Settings

All systems are configured with the NetBEUI and NWLink protocols enabled. However, before you connect a system to your network you might need to:

- enable a different network protocol

- disable unneeded protocols for enhanced system performance

- add or change network, domain, and gateway information.

The following procedure describes how to disable the NetBEUI and NWLink protocols, enable TCP/IP, and provide network, domain, and gateway information. (If a different protocol is enabled, the menu choices might differ from those described in the procedure.)

1. From the Windows desktop, click **Start** on the taskbar, point to **Settings**, and click **Control Panel**.

2. Double click the **Network** icon in the Control Panel window.

3. Click the **Protocols** tab. In the Protocols display, the following protocols are loaded:

    NetBEUI Protocol
    NWLink IPXSPX-Compatible Transport
    NWLink NetBIOS

4. Highlight **NWLink IPXSPX-Compatible Transport** and click **Remove**. A warning window appears asking for confirmation to continue.

5. Click **Yes**. The NWLink IPXSPX-Compatible Transport and NWLink NetBIOS lines disappear from the Protocols display.

6. Repeat steps 4 and 5 to remove the **NetBEUI** Protocol.

7. Click **Add**. The Select Network Protocol window appears.

8. Highlight **TCP/IP Protocol** and click **OK**. The TCP/IP Setup window appears. If there is a DHCP server on the network, click **Yes**; otherwise click **No**.

9. Change the path in the window to **C:\I386**. Click **Continue**. The Network window appears. If Yes was clicked in step 8, skip to step 16. If No was clicked in step 8, the Windows Setup window appears.

10. Click **Close**. The Microsoft TCP/IP Properties Box appears.

11. Fill in the **IP Address**, the **Subnet Mask**, and the **Default Gateway** in the "Specify an IP address" area.

12. Click the **DNS** tab and enter the host and domain name in the DNS display.

13. Click the **Identification** tab and change the Computer Name if appropriate.

14. Click the **WINS** tab and enter the WINS address if appropriate.

15. Click the **Routing** tab and enable IP forwarding if appropriate.

16. Click **OK**. When prompted to restart the system, click **Yes**.

## *Setting Boot Order in BIOS*

To use the CD-ROM drive as a boot device, the BIOS must list it as the first device. Otherwise, the CD-ROM drive should be second in the boot order.

The system does not boot from a Zip® drive if it is listed as the first boot device.

## *Installing Cheyenne Backup*

After installing the Cheyenne® Backup utility on the system and rebooting the system, an "Unable to connect to Group" error message is displayed. This message indicates that a backup tape unit is not installed. Installing a tape unit or reconfiguring the Cheyenne Backup utility removes this message.

See "Using Cheyenne Backup" for issues related to using the utility in Windows 95.

## *Installing PartitionMagic*

Install PartitionMagic™ files from the NEC Application and Driver CD. Select the PartitionMagic software from the Applications tab in the Installation utility menu. The utility loads files from the NEC Application and Driver CD to **C:\Program Files\PowerQuest\PartitionMagic4**. You can find setup and documentation files in the following folders:

- Btmagic
- Diskette
- Setup
- Userinfo.

If the PartitionMagic setup program asks you for a serial number, enter the following number:

   **PM400ENOEMCD-673785**

See the documentation in the Userinfo folder for information about using PartitionMagic, BootMagic™, and the recovery diskette program. Reading the Userinfo files requires the Adobe® Acrobat reader. Install the Adobe Acrobat reader from the NEC Application and Driver CD. Select the Adobe Acrobat software from the Applications tab. To load the reader, run **Ar32e301.exe** from the **C:\Acrobat3** folder.

---

> **Note:** If you are installing BootMagic in a system with the Windows NT operating system, see "Installing BootMagic in a System with Windows NT" at the end of this document.

---

### Installing LapLink Application Not Supported

The LapLink application included on the NEC Application and Driver CD is not supported. This version of LapLink can cause problems when installed. When released, a new version will be available on the NEC CSD website (**http://www.nec-computers.com**). On the website, select **Service & Support** and then choose **PowerMate**.

### Installing Internet Explorer 4.01 Add-On Components from the NEC Driver CD

Choosing the Installing Internet Explorer 4.01 Add-On Components option on the NEC Driver CD results in a file opening error message. Due to the space these components require, the component files are not included on the NEC Driver CD. NEC CSD recommends that you run Internet Explorer 4.01, click the Help menu, and select Product Update. This procedure takes you to the Microsoft Internet Explorer 4.01 website where you can install these components.

### Identifying the Pentium III Processor

NEC computer systems with the Intel® Pentium® III processor come equipped with the most advanced Intel Pentium processor available.

Because the new Pentium III processor was introduced after the release of Microsoft® Windows® 98, Windows 95, and Windows NT® operating systems, these operating systems are not able to correctly identify the processor. These operating systems might identify the Pentium III processor as a Pentium II or Pentium Pro processor.

> **Note:** Intel LANDesk Client Manager software also does not recognize the new Pentium III processor and identifies it as a Pentium II processor.

Windows identifies the processor on the General tab of the Windows System Properties sheet. You can get to System Properties in either of the following ways:

- Right click the My Computer icon on the Windows desktop and select **Properties** from the drop-down menu.

- Select **Settings** from the Windows Start menu, click **Control Panel**, double click the System icon.

Processor identification in Microsoft Windows and in Intel LANDesk Client Manager does not affect in any way the performance of your Pentium III processor. At bootup, the system BIOS detects the Pentium III processor.

You can obtain a patch to fix the Windows processor identification once Microsoft releases the patch. Check for the patch on the Microsoft website (www.microsoft.com) or NEC CSD website (**www.nec-computers.com**).

Future versions of LANDesk Client Manager will correct the processor identification in LANDesk Client Manager.

### Getting CD-ROM Support in Command Prompt Only Mode

CD-ROM support is not available when you select **F8** at the "Starting Windows 9x" prompt and select the **Command Prompt Only** option. To initiate CD-ROM support in the Command Prompt Only mode, run **DOSSTART.BAT** which is located in the C:\WINDOWS directory.

# Front Panel Audio Support

The front panel headphone jack and volume control only support the use of the internal onboard sound device. The installation of an optional sound card in the system disables the front panel headphone jack and volume control. Connect the headphones directly to the optional sound card. Follow the instructions included with the optional sound card to connect the headphones into the correct jack.

# LS-120 SuperDisk Copy Utility

Using the LS-120 SuperDisk™ Copy utility on 1.44-MB or 120-MB media intermittently causes system lockups and diskette eject failures. This condition only occurs when you use the SuperDisk Copy utility supplied with the SuperDisk Tools diskette shipped with the system.

To safely copy a 1.44-MB diskette, NEC CSD recommends using the standard Microsoft® Disk Copy program supplied with the Microsoft Windows® operating system. You can find the Microsoft Disk Copy program by double clicking **My Computer** and right clicking the **LS-120** icon. The context menu displays Copy Disk as one of the available items. Using this Copy Disk program allows the LS-120 SuperDisk drive to copy 1.44-MB diskettes without system lockups and allows the drive to eject the 1.44-MB diskette. However, this utility does not copy 120-MB media.

If you need to duplicate 120-MB media, you must use the SuperDisk Copy utility. To avoid data loss, make sure you save all data and close all applications before you attempt to copy 120-MB diskettes with the SuperDisk Copy utility. To recover from a diskette eject failure or a system lockup after completing the SuperDisk Copy, restart the system by pressing the power button to turn off the system. Then press the power button again to turn on system power.

LS-120 SuperDisk Copy issues are currently under investigation and will be fixed in the next version of the SuperDisk Utilities. Please check the NEC CSD website below for updates.

**http://support.neccsdeast.com/products/PowerMate/index.asp**

# NEC OS Restore CD

The following sections provide information about the "Fix OS" Restore option on the NEC OS Restore CD. Please use this information in place of the Fix OS information in the Chapter 3 "NEC OS Restore CD" sections of your *PowerMate ES 5200 Series User's Guide*.

## Using the Fix OS Restore Option

"Fix OS" is a Restore option on the NEC OS Restore CD for Windows 95 and Windows 98 systems. The Fix OS restore option reinstalls the Windows operating system while leaving data files intact. It allows you to restore your system to the point where you can back up your data files. This option is intended as a precursor to a full format and restore. See the next section, "Fixing the Operating System," to perform this restore procedure.

## Fixing the Operating System

Follow these steps to restore the operating system to a state for retrieving and backing up data without repartitioning or reformatting the hard drive. Once all data is backed up, perform another NEC OS Restore using the **Auto** or **Custom** mode.

---

### ⚠ CAUTION

The Auto and Custom OS Restore programs delete all the data on your hard drive. If possible, back up your data before performing an OS Restore with these options.

---

1. Launch the NEC OS Restore CD and follow the prompts to get to the Restore Mode screen (see "Launching the OS Restore CD" in Chapter 3 of the *PowerMate ES 5200 Series User's Guide*).

2. Click **Fix OS** to do a basic operating system restore. The Fix OS screen appears and displays two options (Back and Continue).

3. Click **Continue**. The Installing Applications screen appears, showing the status of the restore. It also displays the version of the Windows OS being installed. The installation can take from 5 to 10 minutes.

---

   📝**Note:** The drivers and other software components required for the operating system are also loaded from the CD.

---

After the OS finishes loading, the "Operating System Restore Completed" screen appears.

4. Remove the CD from the CD tray.

5. Click **OK** to reboot.

This completes the OS Restore (or "Fix OS") procedure. The system is now in a state where data can be backed up. System settings previously located in the C:\WINDOWS directory are now in a backup directory C:\WINDOWS.ORG.

 **CAUTION**

Some or all applications might not exhibit full functionality after the Fix OS is performed. To restore the system to its factory-installed state, perform another OS Restore using the Auto or Custom option.

 **CAUTION**

Using the Fix OS option repetitively without using the Auto or Custom option afterward might cause unpredictable results.

To restore the system to its factory-installed state, perform another NEC OS Restore using the **Auto** or **Custom** option (see "Launching the OS Restore CD" in Chapter 3 of the *PowerMate ES 5200 Series User's Guide*).

# SCSI Drive Limitations

The following procedures and operating limitations apply to systems whose only hard drive is a SCSI device.

## Booting from a CD

In systems with only a SCSI hard drive, it is not possible to boot from an IDE CD-ROM drive.

## Using the NEC OS Restore CD with a SCSI Drive

If a situation arises in which a full operating system restore must be performed using the NEC OS Restore CD, first boot the system from the bootable diskette. (This might be necessary, for example, if the system does not boot from the hard drive.) The bootable diskette comes with all systems that have a SCSI hard drive. After the system boots, proceed with the NEC OS Restore procedure.

# PIIX4 Limitations

The following operating limitations apply to PIIX4 (PCI ISA IDE Xcelerator).

## Reconfiguring Ultra DMA Support

The PCI IDE interface on the PowerMate ES 5200 Series system supports the latest ATA ULTRA DMA/33 interface.  In order to do so, the PIIX4 component that was recently released from Intel Corporation was incorporated in the system. However, standard versions of Windows® 95 were released prior to the release of PIIX4; these versions do not recognize the PIIX4 as capable of supporting ULTRA DMA/33.

Several information files (.INF files) need to be added to standard versions of Windows 95 so the operating system can incorporate PIIX4 features.  NEC CSD already includes these .INF files in the preinstalled software that comes with your system. NEC CSD recommends that customers use the version of Windows 95 that is included with their system.

> ☰ **Note:** NEC CSD recommends that customers use the version of Windows 95 that is included with their system because this version is already configured for Ultra DMA/33.

When users install their own version of Windows 95, ULTRA DMA/33 does not function without the addition of these files.  These .INF files can be added to a new install of Windows 95 by using the NEC OS Restore CD. This results in full ULTRA DMA/33 support.

## Determining IDE Device Compatibility

The new PIIX4 component contains a small change in the IDE interface.  This change to lower voltage levels on one signal has no effect on most of the IDE hard drives on the market. A small number of older drives fail to function with this new setting.  If you have a concern about an older drive that you would like to use with your PowerMate ES 5200 Series system, NEC CSD Technical Support Services can help you determine if there might be a problem.

# Intel Processor Serial Number Control Utility

The Intel® Processor Serial Number Control utility is a Windows® program that enables or disables the reading of the Pentium® III processor serial number by software. This function lets you control which software programs or websites have permission to read the processor serial number. When installed, the utility runs automatically each time the system powers on.

This utility places an icon in the Windows system tray. The icon provides a visual status of the processor serial number. You have the option of hiding the system tray icon. You can disable the processor serial number at any time. However, enabling the serial number requires restarting the system.

The following information describes:

- system requirements
- installation procedures
- processor serial number features
- answers to frequently asked questions
- Intel technical support.

## Identifying System Requirements

The Intel Processor Serial Number Control utility requires:

- a Pentium III processor-based system
- Windows 95, Windows 98, or Windows NT® 4.0 (or later)
- 2 megabytes of hard drive space.

## Installing the Utility

The Intel Processor Serial Number Control Utility (version 1.0) comes on the NEC Application and Driver CD. See your *PowerMate ES 5200 Series User's Guide* for information about using the NEC Application and Driver CD.

Run **setup.exe** from the directory where you unzip the file.

---

✑**Note:** Installing this utility on a system which does not contain a Pentium III processor generates an error message.

---

## Looking at Serial Number Features

The Intel processor serial number, a new feature of the Pentium III processor, is an identifier for the processor. The processor serial number is designed to be unique, and when used in conjunction with other identification methods, can be used to identify the system or user. This number can be used in a wide variety of applications which benefit from stronger forms of system and user identification.

The processor serial number is analogous to a conventional serial number, with these important differences:

- A software application can read the processor serial number.
- You can disable the reading of the serial number via utility programs such as this one, or via the BIOS, depending on the system configuration.

For additional information about the Pentium III processor and the processor serial number, please visit **www.intel.com/pentiumiii**.

---

## *Getting Answers to FAQs*

See the following answers to questions about the processor serial number.

### What are the benefits of the processor serial number?

You can use the processor serial number in applications which benefit from stronger forms of system and user identification.

### Why would I want to turn off my processor serial number?

Intel believes the processor serial number can provide compelling benefits to users. They are developing features in conjunction with the processor serial number to allow responsible service providers to provide services which maintain your privacy. However, if you are concerned that a given application/service using your processor number might impact your privacy, you can turn off the processor serial number using the utility.

### What is the default state of the processor serial number?

The default state of the processor serial number is on, until the Processor Serial Number Control utility is installed. Once the Processor Serial Number Control utility is installed, it turns the processor serial number off by default. You can use the utility to turn on the processor serial number.

### Can a website read my serial number without my knowledge?

No, generally not. Websites cannot read serial numbers unless you allow them to download a program which can read the processor serial number. Almost all browsers are configured to warn users whenever they download executable software. Unless you disable the warning in the browser, you should receive a notification.

### Does Intel track serial numbers?

Generally not, other than related to the manufacturing process. Intel does not, in the absences of advance and express consent of a user, collect serial number data which is otherwise identified with a user.

### Which programs and/or websites currently use the processor serial number?

You can find a complete list of programs which can take advantage of the processor serial number and other new capabilities of the Pentium III processor at **http://www.intel.com/pentiumiii/utility.htm**.

**How can I tell if my processor serial number is turned on?**

The vast majority of Pentium III processor-based systems ship with the processor serial number enabled. The control utility allows you to check the status by:

- Viewing the icon itself. The disabled icon shows a red circle with a white "x."

- Clicking the task tray icon and selecting the "Status" menu item. Or you can select the menu from the tool tip shown when you position the mouse over the task tray icon.

## Getting Intel Technical Support

For world wide 7 days a week, 24 hours a day technical support, please visit the Intel support website at **http://support.intel.com**.

Email: **support@intel.com**.

In the United States, call **800-628-8686** from 5:00 a.m. to 5:00 p.m. Pacific Standard Time.

For world wide phone contacts, please see **http://support.intel.com/support/feedback.htm**.

# Windows 95 Issues

The following material describes information specific to systems running the Microsoft® Windows 95® operating system.

## Controlling CD Audio

CD audio volume is not controlled by the Windows 95 taskbar Volume Control. To control CD audio volume, access your CD player program. Move the volume slider bars up or down to increase or decrease CD audio volume.

## Using Cheyenne Backup

The following notes describe conditions and procedures specific to systems running Cheyenne Backup. See also "Installing Cheyenne Backup" earlier in this document.

### Backing Up Large Drives

When Cheyenne Backup is set to automatically back up a drive to a network drive, and the system drive being backed up is greater than 2.l GB, multiple instances of the Copy program may be launched, according to how many drive letters are assigned to the hard drive. The first instances end with an indication that no data was transferred. The last instance completes the backup successfully.

*Using Cheyenne Backup with LANDesk Client Manager*

Cheyenne Backup can occasionally report that a backup was incomplete. Cheyenne Backup does not back up files that are open, so it may report this condition if the backup was run while files are open, or because LANDesk® Client Manager itself is running.

When this happens, buttons are displayed in the report window providing options for backing up files or utilities that are open. See your documentation on Cheyenne Backup for more information on these options.

## Clicking the Product Catalog Button

When a computer running the Windows 95 operating system is first booted, a Welcome screen appears. If the Product Catalog button is clicked, the user is prompted to insert the Windows 95 CD. Click Cancel to clear the message.

## Restoring Software with a US Robotics 56K V.90 Modem Installed

If your system has a US Robotics 56K V.90 Modem installed and you restore the Windows 95 operating system, the system might display a message indicating it cannot load the Modem.inf file. If this message appears, follow the instructions in "Installing Applications and Online Documents" in this document.  Select the US Robotics 56K modem from the appropriate Operating System section of the NEC Application and Driver CD.

# Windows 98 Issues

The following material describes information specific to systems running the Microsoft® Windows 98® operating system.

## Ejecting the NEC Application and Driver CD from a DVD-ROM Drive

If your system has a Hitachi DVD-ROM drive (4X GD-2500) and you manually load applications or drivers from the NEC Application and Driver CD, a dialog box appears with the message "Reminder: Please remove CD-ROM."

Pressing the eject button on the DVD-ROM drive displays another dialog box with the message: "Eject request to Drive in Use: An Eject request was received for a drive that is in use, continue with eject operation?"

Click OK to eject the CD from the DVD-ROM drive. The first dialog box is displayed. Click OK to complete the software loading operation.

## Finding Tape Device Icons

Windows 98 displays tape device detection icons in Control Panel and Device Manager when no tape devices are installed in the system. This is normal for the chipset used on the PowerMate ES 5200 Series system board. The Windows 98 operating system indicates that support for a tape device is available.

# Windows NT Issues

The following material describes information specific to systems running the Microsoft® Windows NT® operating system.

## Restoring Network Card Drivers

If you are running a system with the Windows NT operating system, use the following procedure to install either the **Intel® Pro 100** or **3Com® 3C905B-TX** drivers from the NEC Application and Driver CD.

1. Locate the entire directory for the network card you are installing in your system. Copy the entire directory to a local temporary directory.

2. In the Windows NT Control Panel, select **network** and click **adapters**.

3. Select **ADD** and click the **HaveDisk** button. A dialog box is displayed.

4. In the Path windows, type the name of the temporary directory for the network card files you copied. Click **OK**. Windows NT installs the driver files for the network card.

## Installing BootMagic in a System with Windows NT

BootMagic™ is a utility included in the PowerQuest PartitionMagic™ software. See "Installing PartitionMagic" earlier in this document for general installation information.

If you have a Windows NT operating system, use the information in the following section to correctly configure BootMagic.

If you already installed BootMagic and the configuration resulted in an error message, see "Correcting the BootMagic Configuration" later in this document.

### Configuring BootMagic

If you have a system with the Windows NT operating system, use the following procedure to correctly configure BootMagic.

1. Follow the instructions in the PartitionMagic Userinfo folder to install BootMagic. When the "BootMagic Configuration" box appears at the end of the installation, continue to the next step.

2. Configure BootMagic.

   ■ If you want to use BootMagic:
   Click the **ENABLE BOOTMAGIC** button. The BootMagic menu appears during the next bootup sequence and lets you select Windows NT as the operating system.

   ■ If you do not want to use BootMagic:
   Do *not* select the **ENABLE BOOTMAGIC** button. The BootMagic menu does not appear at bootup.

3. Select **SAVE/EXIT** in the BootMagic Configuration box to complete the configuration process. Either choice, to enable BootMagic or to not enable BootMagic, requires the SAVE/EXIT selection.

⚠ **CAUTION**

To correctly complete the BootMagic configuration, you must select **SAVE/EXIT** from the BootMagic Configuration box, even if you do not want to use BootMagic. Omitting this step results in an error message.

*Correcting the BootMagic Configuration*

If you installed BootMagic in a system with the Windows NT operating system and the installation resulted in an error message, use the following procedure to correct the configuration information.

1. In the Windows Start menu, select **Programs**, **PowerQuest BootMagic**, and **BootMagic Configuration**. The BootMagic Configuration box appears.

    Nothing should be listed under the MENU NAME heading in the center of the box.

2. Click **ADD**. The "Bootmagic Add OS" box appears. This is the only option listed and it is already highlighted.

3. Click **OK**. Click **OK** again. The main BootMagic Configuration screen appears with "Windows NT" listed under MENU NAME.

4. Check the BootMagic configuration.

    ■ If you want to use BootMagic:
       Click the **ENABLE BOOTMAGIC** button. The BootMagic menu appears during the next bootup sequence and lets you select Windows NT as the operating system.

    ■ If you do not want to use BootMagic:
       Do *not* select the **ENABLE BOOTMAGIC** button. The BootMagic menu does not appear at bootup.

5. Select **SAVE/EXIT** in the BootMagic Configuration box. Either choice, to enable BootMagic or to not enable BootMagic, requires the SAVE/EXIT selection.

⚠ **CAUTION**

To correctly complete the BootMagic configuration, you must select **SAVE/EXIT** from the BootMagic Configuration box, even if you do not want to use BootMagic. Omitting this step results in an error message.

# Glossary

## A

### access time

The time period between the supply of an access signal and the output or acceptance of the data by the addressed system. Examples are the access times for DRAMs, SRAMs, hard drives, and CD-ROM drives. Hard drive access time is the time it takes for a computer to get data from the drive. A hard drive with an 11 ms access time is fast. A CD-ROM drive with a 280-ms access time is fast.

### ACPI

Advanced Configuration and Power Interface. A power management specification developed by Intel, Microsoft, and Toshiba. When installed on the system, ACPI enables the operating system to control the amount of power given to each device attached to the computer. With ACPI, the operating system can turn off peripheral devices (such as CD-ROM drives) when they are not in use. As another example, ACPI enables manufacturers to produce computers that automatically power up as soon as you touch the keyboard.

### adapter

An expansion board or component on the system board that communicates with peripherals (such as the display monitor or network devices).

### address

A hexadecimal number that represents a location in storage or memory. Also used to identify communication ports. To communicate with a storage device.

### AGP

Accelerated Graphics Port. A high-speed, high-performance video standard supported by a dedicated connector on the system board. The connector allows the connection of an AGP board to the system board's AGP bus. AGP boards feature 64- or 128-bit graphics acceleration with an integrated digital video engine and accelerated 3-D graphics, texture mapping, and shading functions. Fast refresh rates, high resolution, and color depth allow for incredible graphics suitable for multimedia and graphic intensive applications.

### algorithm

Any set of instructions to be followed in order.

### anti-aliasing

Making jagged edges look smoother by filling in the jags with an intermediate color. Usually used in reference to the edges of shapes, especially letters, on a computer screen.

**API**

Application Programming Interface. An API is a series of functions that programs can use to make the operating system do routine or repetitive tasks. Using Windows APIs, for example, a program can open windows, files, and message boxes (as well as perform more complicated tasks) by passing a single instruction. Windows has several classes of APIs that deal with telephony, messaging, and other issues.

**APM**

Advanced Power Management. An API developed by Intel and Microsoft that allows developers to include power management in the BIOS. APM defines a layer between the hardware and the operating system that effectively shields the programmer from hardware details.

**application programs**

Software designed to perform specific functions or a group of functions, like solving business or mathematical problems. Examples of applications include word processing, communications, or database management.

**architecture**

A general term for the design and construction of computer systems, particularly hardware, but also operating systems and networks. The circuitry within a chip is called its architecture; for example, Intel architecture can refer to a computer based on the Intel Celsior or other Pentium II chips.

**archive**

Copying one or more files to a different location for long-term data storage, especially for backup and security purposes. Files can then be added to or deleted from the archive. Also refers to the location where data is stored.

**ASIC**

Application Specific Integrated Circuit. A chip designed for use on a particular circuit board, or for a very narrow range of use. The digital signal processor chip on a modem is an ASIC.

**asynchronous**

Refers to operations that do not require the clocks of communicating devices to be coordinated. Instead, the devices send signals to each other indicating readiness to receive or send. Compare synchronous.

**asynchronous cache**

The slowest, most inexpensive type of secondary SRAM cache, running at speeds of 15 to 20 ns.

**ATA**

AT Attachment. A standard for connecting hard drives or other devices to an AT bus; synonymous with IDE.

**AT bus**

The AT bus system with support chips (DMA, PIC, etc) and a 16-bit bus slot. The AT bus is strictly defined by ISA.

**audio**

Relating to or capable of producing sound. Multimedia computers make extensive use of audio.

**AVI**

A digital movie format created by Microsoft. AVI is short for "audio/video interleave," a method of including a digital movie and its accompanying sound in the same file. Files in the AVI format have the .AVI extension.

# B

**bad sector**

Part of a hard drive or diskette drive storage medium that doesn't hold data. Formatting generally detects and marks these areas so they won't be used. Certain utility programs do, too, and it is a good idea to run this type of utility occasionally to prevent data loss if the condition of the drive changes.

**bandwidth**

A measure of how much information something can carry. Specifically, data path times frequency. For example, the ISA bus has a data path of 16 bits (it can send 16 bits at a time) and typically operates at 8.33 MHz, so it has a bandwidth of 133.28 megabits per second (Mbps).

**base RAM**

Area of system memory between 0 and 640 kilobytes available to the user for operating system and application programs.

**batch file**

A file that contains a series of DOS commands. Batch files have the extension .bat. If you execute a batch file, DOS attempts to carry out all the commands in the file, in order.

**baud**

A unit of measure for modem speed. Literally, the number of voltage transitions per second. Phone line limitations limit the actual baud rate of modems to 2400 baud, although the data transmission rate (bps) may be higher because of data compression.

**BBS**

Short for Bulletin Board Service. Software that serves as a communication and information source for computers that communicate by modem.

**BIOS**

Basic Input/Output System. A program or set of programs permanently stored in ROM chips installed on the system board. The BIOS contains functions that control the real-time clock, keyboard, disk drives, video display, and other peripheral devices. For example, the BIOS Setup utility program is contained in the BIOS, and when you change the drive type, you change the BIOS.

**bit**

Binary digit. The smallest unit of computer data. A single digital piece of information, generally represented by the numeral 0 or 1. Usually the transition between the states of +5V and -5V within a computer, the charge of a transistor in an integrated circuit, or the change in polarity of a magnetic region on a disk. See byte. Data compression schemes can enable the transmission of more than one bit per voltage transition.

**bit block transfer**

Moving part of a screen image as a single block rather than moving a pixel at a time. Bit block transfers are much faster than moving the same pixels individually, and it is common in accelerated video cards.

**bitBLT**

Bit Block Transfer.

**bitmap**

Any occurrence where a single location in memory and a single pixel correspond. Usually applies to screen or printer output. .BMP files are bitmapped graphics files.

**bits per second**

(bps) A unit of transmission. Also called baud rate.

**block**

A contiguous section of bits considered as a whole, especially in memory. On a disk, the data in one sector; in modem data transfer, the bits between checksums.

**board**

Printed circuit board. Board onto which computer components are soldered and thin wires are printed to connect the components.

**boot**

To start up a computer. The computer is generally booted in one of three ways: by turning on the power switch (cold boot), by pressing the reset switch, or by simultaneously pressing the Ctrl, Alt, and Del keys (warm boot). Booting the system after it has already been powered up and booted is referred to as rebooting. Also the process of booting itself. Boot is from "bootstrap," a reference to a computer's ability to set itself up, or pull itself up by its own 'bootstraps.' See cold boot and warm boot.

**bootable device**

Any type of hardware that carries the information (software) required by the computer to start properly. This device must also have the capacity to be recognized by the computer in the first stages of the boot process.

**boot block**

The part of a disk that contains the software (such as the operating system loader) that enables the computer to start.

**boot sector**

The part of the boot block that contains the operating system loader, a program that starts by itself and loads the operating system.

**bps**

Bits per second. The number of bits of data that can be transmitted in one second. Because data compression schemes enable more than one bit per voltage transition, bps is equivalent to baud only if no compression is used.

**buffer**

A place, especially in RAM, for the temporary storage of data for the purpose of speeding up an operation such as printing or drive access. Data from a buffer is available more quickly than data from where the buffer got it. Typically buffers get data before it is needed so it is ready quickly when needed. Similar to cache.

**burst mode**

When a device seizes control of the bus, sends data, then relinquishes control of the bus. Any time a device sends data without interruption instead of taking turns with other devices.

**bus**

A parallel electrical pathway on the system board, connecting and shared by the parts of a computer system (especially the CPU, its support circuitry, memory, and expansion cards), used for transmitting data or electrical power from one device to another. Typically the lines in a bus are dedicated to specific functions, such as control lines, address lines, and data lines. Different bus architectures have different numbers and arrangements of these lines, and different names (for example, ISA, PCI). The most useful way of distinguishing bus architectures is by the number of simultaneous data bits they can carry. The ISA is a 16-bit bus, while PCI is a 32-bit bus.

**bus master**

The ability of an expansion card to control the bus without needing intervention from the CPU.

**byte**

Group of eight contiguous bits. Frequently written as an eight-digit binary number or a two-digit hexadecimal number. One letter of the alphabet in ASCII code takes one byte.

# C

**cache**

A special block of fast memory used for temporary storage of frequently used data for quick retrieval. A memory cache, sometimes called a cache store or RAM cache, is a portion of memory made of high-speed static RAM (SRAM) instead of the slower and cheaper dynamic RAM (DRAM) used for system memory. Memory caching is effective because most programs access the same data or instructions over and over. By keeping as much of this information as possible in SRAM, the computer avoids accessing the slower DRAM. See "write-back" and "write-through."

**chassis**

The metal frame to which the electronic components of the computer (such as the system board, power supply, and drive bays) are attached. The chassis goes inside the system unit cover.

**checksum**

A number, calculated from a block of data, used to verify the integrity of that data. For example, a modem could send a block of data and include the number of 1's that occur in the block. The receiving modem could count the number of 1's it receives and compare its own number with the transmitted number. If the numbers are the same, the transmission was probably OK.

**clock**

Electronic timer (oscillator) used to synchronize computer operations. The oscillator generates the timing pulses that coordinate and enable the flow of data within a digital device. Also a circuit powered by battery that keeps track of the date and time for human and various system requirements.

**clock speed**

The frequency at which a clock oscillates. In microcomputers, measured in MHz. The faster the clock, the faster the computer can compute.

**CMOS**

Complementary Metal Oxide Semiconductor. A chip on the system board that contains nonvolatile memory. CMOS is backed up by an internal lithium battery that preserves clock/calendar data and system configuration parameters stored in CMOS.

**codec**

Coder-decoder. Used primarily with Internet phone and video conferencing products, this software compresses digitized data and decompresses it at the other end, allowing for faster data transfer and less delays

**cold boot**

Process of starting up the computer by turning on the power. If power is already on, the process means to turn off the computer and turn it on again. A cold boot reinitializes all devices.

**compression**

Any scheme for recording data with fewer bits. For example, stating how many times something occurs can be shorter than stating each occurrence. It is shorter to say "print a million white pixels" than to say "print white pixel number one, print white pixel number two . . ."

# D

**default**

The system's factory setting for a specific device feature or system function. A setting that a computer uses if it has not been modified by a user.

### DIMM

Dual Inline Memory Module. Circuit board with pins connecting to different memory chips on both sides of the board, which allows for wider and faster data transfer (128-bit). See SIMMs.

### DMA

Direct Memory Access. A method for transferring data, usually between memory and a disk drive, without going through the CPU.

### DMI

Desktop Management Interface. A standard for PCs that allows manipulation of PC components over a network from a centralized location.

### DRAM

Dynamic Random Access Memory. Memory used to store data in most computers. DRAM is temporary and must be continually refreshed. It is only active when the computer is turned on.

### driver

A software program that enables peripheral devices (for example, printer, monitor, mouse, CD-ROM drive) to work with computers.

### DVD

Digital versatile disc or digital video disc. A type of CD-ROM that holds a minimum of 4.7 GB, enough for a full-length movie. The DVD specification supports disks with capacities of from 4.7 GB to 17 GB and access rates of 600 Kbps to 1.3 Mbps. One of the features of DVD drives is that they are backward-compatible with CD-ROM disks. This means that DVD players can play old CD-ROMs, CD-I disks, and video CDs, as well as new DVD-ROMs. Newer DVD players can also read CD-R disks. DVD uses MPEG-2 to compress video data. See MPEG.

## E

### ECC memory

Error Checking and Correcting memory. Advanced type of memory that can find and correct certain types of single-bit memory errors, providing greater data integrity. Advanced ECC can correct some double-bit errors.

### ECP

Extended Capabilities Port. A parallel-port standard for PCs that supports bidirectional communication between the PC and attached devices (such as a printer). ECP is about 10 times faster than the older Centronics standard. Another modern parallel port for PCs that offers similar performance is the EPP (Enhanced Parallel Port).

### EDO memory

Extended Data Out memory. A faster type of asynchronous computer memory that holds its last-requested data in a cache after releasing it. EDO memory is designed for use with the Intel Pentium and Pentium II processors.

### EIDE

Extended Integrated Drive Electronics. The EIDE specification is an enhanced version of IDE that allows for faster transfer rates and supports larger hard drive sizes

### enhanced VGA

A video interface that offers more colors or higher resolution than VGA.

### EPP

Enhanced Parallel Port, a parallel port standard for PCs that supports bidirectional communication between the PC and attached device (such as a printer). EPP is about 10 times faster than the older Centronics standard. Another modern parallel port for PCs that offers similar performance is the ECP (Extended Capabilities Port).

### extended RAM

The area of RAM above the first megabyte of memory in the system available for enhancing system performance.

# F

### FAT

File Allocation Table. A table near the beginning of a drive that identifies the location of everything on the drive.

### flash ROM

Method in which a computer's BIOS ROM can be upgraded without replacing the ROM BIOS chip.

### FTP

File Transfer Protocol. A method of transferring files between two computers on a TCP/IP network (such as the Internet). "Anonymous FTP" (the most common usage on the Internet) allows a user to download files without having an account at the remote computer.

### function key

The set of keys on the keyboard (usually F1 through F12) that let you get help and error message information or quickly select frequently used commands.

# G

### graphics accelerator

A term referring to a higher end video controller that handles high-speed graphics and usually contains several megabytes of onboard video memory.

### GUI

Graphical User Interface. Method of presenting information on a computer screen utilizing icons, pull-down menus, and a mouse.

# H

**hertz**

(Hz) A unit of frequency equal to one cycle per second.

**hexadecimal**

A number system that uses 16 as the base. (Place value indicates powers of 16.) It uses the digits 0-9 and A-F. Used around computers because a byte (eight binary digits) easily converts to a two digit hexadecimal number. Hexadecimal numbers are often indicated with the letter H, a dollar sign, or a subscripted 16 after the number. Compare binary, decimal.

**host adapter**

An expansion board that serves as a controller for SCSI devices.

**hot key**

Combination of two or three keys (such as **Ctrl-Alt-D**) that you press simultaneously for a particular function.

**hot plugging**

The ability to add and remove devices to a computer while the computer is running and have the operating system automatically recognize the change. The Universal Serial Bus (see USB ) external bus standard supports hot plugging. This is also a feature of PCMCIA. Hot plugging is also called hot swapping.

# I

**IDE**

Intelligent Drive Electronics. A hard drive type that has controller electronics built into the drive and delivers high throughput.

**interface**

A connection that enables two devices to communicate.

**interrupt**

A signal from part of a system, such as an I/O device, asking to use the CPU. Interrupts are hierarchical, which prevents interrupts from interrupting each other. (Whichever interrupt has higher priority makes the other interrupt wait.) When the CPU receives an interrupt signal, it saves what it is doing, processes the routine associated with the interrupt, then returns to what it was doing.

**I/O address**

Input-Output address. How the CPU sees an I/O port. It puts data into this address or reads the data in it. The device at the other end of the I/O port gets the data from that address or puts the data there, respectively.

**IRQ**

Interrupt Request. A signal that, when received by the CPU, makes it stop what it is going to do something else. An interrupt is a way in which a particular device in a computer communicates with the CPU. PCs have 16 IRQ lines that can be assigned to different devices (for example, printers, scanners, modems). No two devices can have the same IRQ address. See interrupt.

**ISA**

Industry Standard Architecture. The bus architecture used in the IBM PC/XT and PC/AT. The AT version of the bus is called the AT bus and has become an industry standard. The apparent successor is the PCI local bus architecture found in most of today's computers. Most modern computers include both an AT bus for slower devices and a PCI local bus for devices that need better bus performance. In 1993, Intel and Microsoft introduced a new version of the ISA specification called Plug and Play ISA. Plug and Play ISA enables the operating system to configure expansion boards automatically so that users do not need to fiddle with DIP switches and jumpers. See plug and play.

**isochronous**

A form of data transmission in which individual characters are only separated by a whole number of bit-length intervals.

# K

**kilobyte**

(KB) 1024 bytes.

# L

**L2 cache**

Refers to "level 2" or "secondary" cache. A type of cache that resides on the motherboard except when referring to a Pentium II machine, where it resides on the CPU module.

**LAN**

Local Area Network.

**LPT1**

Name assigned to the parallel port by the Windows operating system. A second parallel device is assigned LPT2 (if there is another parallel port). Also called the printer port.

# M

**master**

Part of a two-sided communication that initiates commands (to a "slave" that carries out the commands).

**megabyte**

(MB) 1,048,576 bytes.

**memory**

Electronic storage area in a computer that retains information and programs. A computer has two types of memory: read-only memory (ROM) and random access memory (RAM).

**microprocessor**

A semiconductor central processing unit that is the principal component of a microcomputer. Usually contained on a single chip that includes an arithmetic logic unit, control logic, and control-memory unit.

**MIDI**

Musical Instrument Digital Interface. An interface for connecting suitably equipped musical instruments to suitably equipped computers.

**MIF**

Management Information File. A file stored on a PC that holds system data such as a model ID and serial number that can be manipulated over a network from a centralized location.

**MMX**

A processor architecture that enhances multimedia and communications. This technology processes multiple data elements in parallel, speeding up such things as image processing, motion video, speech synthesis, telephony, and 3-D graphics.

**modem**

MOdulator-DEModulator. A device that links computers over a telephone line.

**MPC**

Multimedia Personal Computer, a software and hardware standard developed by a consortium of computer firms led by Microsoft. There are three MPC standards, called MPC, MPC2, and MPC3, respectively. Each specifies a minimum hardware configuration for running multimedia software.

**MPEG**

Motion Pictures Expert Group. Audio/Video technology that allows for better than VHS quality video and almost CD quality audio by using advanced compression techniques. MPEG files allow for more realistic motion with a smaller file size than earlier formats, making it a popular format for digital full-length movies. Files in the MPEG format have an .MPG extension.

# N

**nonvolatile memory**

Storage media that retains its data when system power is turned off. Nonvolatile memory is a complementary metal oxide semiconductor (CMOS) chip that is backed up by an internal battery. The backup battery preserves the clock/calendar data and system configuration parameters stored in CMOS. See volatile memory.

# O

**operating system**

Set of programs that manage the overall operation of the computer.

**overwrite**
Storing information at a location where information is already stored, thus destroying the original information.

# P

**page**
A type of message transmission in which a message is sent or received via modem to a paging device from a computer (with paging communications software) or telephone.

**parallel interface**
Interface that communicates eight bits at a time.

**parallel printer**
A printer with a parallel interface.

**parameter**
A characteristic of a device or system determined by a command or setting whose purpose is to define or limit the characteristic.

**password**
A string of characters that the user must enter before the system allows access or system privileges.

**PCI**
Peripheral Component Interface/Interconnect. A self-configuring personal computer local bus designed by Intel. Most modern PCs include a PCI bus in addition to a more general ISA expansion bus. PCI is a 32-bit bus, but supports a 64-bit extension for new processors, such as the Pentium II. It can run at clock speeds of 33 or 66 MHz. At 32 bits and 33 MHz, it yields a throughput rate of 133 megabits per second. 64-bit implementations running at 66 MHz provide 524 Mbps. See ISA.

**peripheral**
Input or output device not under direct computer control. A printer is a peripheral device.

**pixels**
Picture elements. Tiny dots that make up a screen image. A pixel is the smallest spot on the screen that a computer can address.

**plug and play**
Refers to the ability of a computer system to automatically configure expansion boards and other devices. This enables a user to plug in a device and use it, without worrying about setting DIP switches, jumpers, and other configuration elements.

**port**

Any connection by which data can enter or leave a computer or peripheral. You Cables are plug into ports. Provides the means for an interface between the microprocessor and external devices. A cable connector is usually plugged into the port to attach the device to the computer.

**processor**

In a computer, a functional unit that interprets and executes instructions.

**prompt**

A special symbol indicating the beginning of an input line. Also a message that appears on the screen indicating that the user must take a certain action.

# R

**RAM**

Random Access Memory. A storage device into which data is entered and from which data is retrieved in a nonsequential manner. On the system board, RAM is semiconductor-based memory that can be read and written to by the microprocessor or other hardware devices. In RAM, data can be directly and randomly read or written (with any choice for the address). It's the storage location for data that needs to be immediately available for every application in use on your computer.

**read**

To extract data from a storage device such as a diskette.

**ROM**

Read-Only Memory. Memory in which stored data cannot be modified by the user except under special conditions.

**reset**

The process of returning a device to zero or to an initial or arbitrarily selected condition.

**resolution**

The degree of screen image clarity. Video display resolution is determined by the number of pixels on the screen. Resolution is usually specified in pixels by scan lines, for example, 640 by 480. See pixels.

**RS-232C**

Standard interface for serial devices.

# S

**SEC**

Single-Edge Contact. The SEC cartridge containing the Pentium II processor. See Slot 1.

**SEPP**

Single-Edge Processor Package. The SEPP cartridge containing the Celeron processor.

**serial interface**

An interface that communicates information one bit at a time.

**serial printer**

A printer with a serial interface.

**SGRAM**

Synchronous Graphic Random Access Memory. A type of DRAM used increasingly on video adapters and graphics accelerators. Like SDRAM, SGRAM can synchronize itself with the CPU bus clock at speeds of up to 100 MHz. In addition, SGRAM uses several other techniques, such as masked writes and block writes, to increase bandwidth for graphics-intensive functions. Unlike VRAM and WRAM, SGRAM is single-ported (it can only be accessed by one device at a time). However, it can open two memory pages at once, which simulates the dual-port nature of other video RAM technologies (access by two different devices simultaneously). See VRAM and WRAM.

**SIMM**

Single Inline Memory Module. A small circuit board holding a group of memory chips. Typically, SIMMs hold up to nine RAM chips. On PCs, the ninth chip is for parity error checking. Unlike memory chips, SIMMs are measured in bytes rather than bits. In today's SIMMs, each chip holds 2 MB, so a single SIMM holds 16 MB. SIMMs are easier to install than individual memory chips. The bus from a SIMM to the actual memory chips is 32 bits wide. A newer technology, called dual in-line memory module (DIMM), provides a 64-bit bus. To take advantage of the 64-bit bus on Pentium II processors, use either DIMMs or pairs of SIMMs. See DIMMs.

**Slot 1**

The form factor for Intel Pentium II processors. The Slot 1 package replaces the Socket 7 and Socket 8 form factors used by previous Pentium processors. Slot 1 is a 242-pin daughter card slot that accepts a microprocessor packaged as a Single Edge Contact (SEC) cartridge. A system board can have one or two Slot 1s. See SEC.

**SMART**

Self-Monitoring Analysis and Reporting Technology. A hard drive feature that works in conjunction with system software (for example, LANDesk Client Manager, NEC Auto Backup) for identifying a potential problem on the hard drive and automatically backing up system files to a user-specified device, such as a tape or Zip drive.

**sound card**

An expansion card designed for sound input and output. Sound cards can record and play back digital audio. Most also have a MIDI synthesizer, which means they can play MIDI files; some also have MIDI inputs and outputs.

**super video graphics array (SVGA)**

A color bit-mapped graphics display standard that provides a resolution of 1024x 768 with up to 256 colors displayed simultaneously.

**synchronous**

Refers to protocols that require the clocks of the communicating machines to be coordinated.

**system board**

The main printed circuit board inside the system unit into which other boards and major chip components, such as the system microprocessor, are connected.

# T

**tpi**

Tracks per inch.

**track**

Any of many concentric circular regions on a disk for storing data. Tracks are divided into sectors. One measure of storage density of a disk is tpi.

# U

**Ultra DMA**

A protocol developed by Quantum Corporation and Intel that supports burst mode data transfer rates of 33.3 MBps. This is twice as fast as the previous disk drive standard for PCs, and is necessary to take advantage of new, faster Ultra ATA disk drives. The official name for the protocol is Ultra DMA/33.

**USB**

Universal Serial Bus. An external bus standard that supports data transfer rates of 12 Mbps (12 million bits per second). A single USB port can be used to connect up to 127 peripheral devices, such as mice, modems, and keyboards. USB also supports Plug-and-Play installation and hot plugging. It is expected to eventually replace serial and parallel ports.

# V

**VESA**

Video Electronics Standards Association. The source of a SuperVGA standard used on many video boards.

**virus**

Software that copies itself onto hard drives and diskettes without user intervention, usually when a diskette is placed into the drive of a computer. Viruses usually trigger a harmless or destructive occurrence on the system, activated by some preset condition. Viruses are frequently written with antisocial intent.

**VGA**

Video Graphics Array. Graphics technology that supports up to 256 K colors and a graphics resolution of 640 by 480 pixels.

**volatile memory**

Storage media that loses its data when system power is turned off. Standard memory and memory added to the system are volatile memory. See nonvolatile memory.

**VRAM**

Video RAM. VRAM is special-purpose memory used by video adapters. Unlike conventional RAM, VRAM can be accessed by two different devices simultaneously. This enables a video adapter to access the VRAM for screen updates at the same time that the CPU provides new data. VRAM yields better graphics performance but is more expensive than normal RAM. A special type of VRAM, called Windows RAM (WRAM), yields even better performance than conventional VRAM. See SGRAM and WRAM.

# W

**warm boot**

Process of resetting the computer without turning off the power through keyboard input (pressing **Ctrl**, **Alt**, and **Del** keys simultaneously) or the reset button. The system returns to an initial or arbitrarily selected condition.

**WRAM**

Windows RAM. A type of RAM that supports two ports. This enables a video adapter to fetch the contents of memory for display at the same time that new bytes are being pumped into memory. This results in much faster display than is possible with conventional single-port RAM. WRAM is similar to VRAM, but achieves even faster performance at less cost because it supports addressing of large blocks (windows) of video memory. See VRAM and SGRAM.

**write**

To record or store information to a storage device.

**write-back**

Also called copy back. A cache strategy where write operations to data stored in the internal microprocessor L1 cache aren't copied to system memory until absolutely necessary. In contrast, a write-through cache performs all write operations in parallel; data is written to system memory and the L1 cache simultaneously. Write-back caching yields somewhat better performance than write-through caching because it reduces the number of write operations to main memory. See cache and write-through.

**write-through**

Also write-thru. Write-through characterizes a cache strategy where data is always written into system memory when data is written by the CPU. See cache and write back.

# X

**X2 technology**
A technology developed by U.S. Robotics (now 3Com) for delivering data rates up to 56 Kbps over plain old telephone service (POTS). It was long believed that the maximum data transmission rate over copper telephone wires was 33.6 Kbps, but X2 achieves higher rates by taking advantage of the fact that most phone switching stations are connected by high-speed digital lines. X2 bypasses the normal digital-to-analog conversion and sends the digital data over the telephone wires directly to a modem where it is decoded.

# Index

**3**

3 1/2-inch hard drive, 1-16
    bracket in desktop, 3-31, 3-32, 3-33, 3-60, 3-61
    bracket in minitower, 3-35, 3-36
    bracket in small desktop, 3-30, 3-31
    installation, 3-30, 3-31, 3-32, 3-33, 3-35
    problems, 8-8
    removal, 3-30, 3-31, 3-33, 3-34
    specifications, 10-7

**4**

440BX chipset, 1-4, 10-3

**5**

5 1/4-inch device, 1-6
    frame adapter, 3-27, 3-29, 3-35
    installation, 3-26, 3-27, 3-29
    removal, 3-26, 3-28

**8**

82371EB PCI ISA IDE Xcelerator, 4-8
82440BX chipset, 4-7, 10-3
82443BX PCI/AGP controller, 4-8
82558 LAN controller, 4-8
83782D chip, 4-8
83977 ATF-AW Super I/O, 4-7, 4-9

**A**

Addresses
    email, 9-3
    ftp site, 9-4
    I/O, 4-16
    IP, 2-31, A-5
    IPX, 2-31, A-5
AGP chipset, 1-4
Aligning the system board, 3-40, 3-43
Application and Driver CD. *See* NEC
    Application and Driver CD.
ASIC chip, 4-11
Audio, 10-8
    connectors, 1-10
    controller, 4-14
    integrated on system board, 4-7, 4-14

**B**

Back features, 1-8
Backing up
    large drives in Windows 95, A-16
    NEC Auto Backup, 2-33
Bar retaining processor, 3-53, 3-54, 3-55
Base memory, 2-10
Battery
    discarding, 3-80
    installation, 3-79
    removal, 3-79
Battery clip, 3-79
BBS, 9-5
BIOS, 4-10
    updates, 2-19
BIOS Features Setup menu (CMOS Setup), 2-10
Boards
    expansion, 1-10
    fax/modem, 1-18
    network, 1-5, 1-18
    riser, 1-10, 1-12, 1-15, 5-2, 5-3, 5-4, 5-5
    sound, 1-18
    system, 1-4, 3-39, 4-2, 4-4, 4-6
    USB, 3-70, 3-71
Booting problems, 8-7
BootMagic
    NT configuration, A-18, A-19
    NT installation, A-18
Brace, left side – desktop, 3-62, 3-63
Bracket
    for desktop hard drive, 3-31, 3-32, 3-33, 3-60, 3-61
    for minitower hard drive, 3-35, 3-36
    for small desktop hard drive, 3-30, 3-31
    left side – desktop, 3-41, 3-43
Bulletin Board System, 9-5
Bus
    ISA, 4-12
    PCI local, 4-7, 4-12
Buttons
    mouse, 10-5
    power, 1-6, 1-7
    sleep, 1-6, 1-7

**C**

Cache, 10-3
  secondary, 1-4, 4-7
Canadian compliance, 10-12
CD audio volume, A-16
CD-ROM drive, 1-2
  cabling, 1-17
  features, 1-17
  jumpers, 2-6
  problems, 8-5, 8-10
  specifications, 10-9
Celeron processor, 1-4, 4-9
  installation, 3-54
  removal, 3-53
Chassis floor
  closing, 3-14
  opening, 3-13
Chassis foot
  installation, 3-80
  removal, 3-80
Chassis foot lock
  installation, 3-80
  removal, 3-80
Chassis intrusion
  notification, 1-13, 2-23
  switch. *See* Intrusion switch.
Chassis NLX form factor, 1-15, 4-11
Cheyenne Backup, 2-24
  installation, A-8
  Windows 95 installation, A-16
Chipset Features Setup menu (CMOS Setup), 2-11
Chipsets, 1-4, 10-3
  440BX, 1-4
  82371EB PCI ISA IDE Xcelerator, 4-8
  82440BX, 1-14, 4-7, 4-8, 10-3
  82443BX PCI/AGP, 4-8
  82558 LAN controller, 4-8
  83782D monitoring, 4-8
  83977 ATF-AW, 4-9
  ASIC, 4-11
  PIIX4E, 4-8
  Winbond 83977ATF-AW Super I/O, 4-7
  YMF740C, 4-9
Cleaning
  keyboard, 7-3
  mouse, 7-4
  system, 7-2
Closing minitower chassis floor, 3-14
CMOS battery. *See* Battery.

CMOS Setup Utility
  BIOS Features Setup menu, 2-10
  Chipset Features Setup menu, 2-11
  Exit Without Saving menu, 2-17
  Integrated Peripherals menu, 2-15
  Load Setup Defaults menu, 2-13
  Main menu, 2-8, 2-9
  navigation keys, 2-9
  PNP/PCI Configuration Setup menu, 2-13
  Power Management Setup menu, 2-11
  Save & Exit Setup menu, 2-16
  Special Features Setup menu, 2-13
  Standard CMOS Setup menu, 2-10
  starting, 2-8
  Supervisor Password menu, 2-16
  User Password menu, 2-16
  uses, 2-9
Compliance
  Canadian, 10-12
  Domestic, 10-12
  European, 10-12
Components. *See* System components.
Configuration. *See* System configuration.
Configuration Change Notification. *See* NEC
  Configuration Change Notification.
Configurations. *See* System configurations.
Connectors
  audio, 1-10
  DIMM, 4-5
  expansion board, 1-10
  fax/modem, 1-10
  Kensington Security Standard, 1-13
  keyboard, 1-9
  LAN, 1-9
  line out, 1-10
  microphone in, 1-10
  mouse, 1-9
  NLX, 1-15, 5-2, 5-3, 5-4, 5-5
  parallel interface, 1-9
  printer port, 1-9
  processor, 4-4, 4-9
  riser board, 5-2
  RJ-45, 1-8, 1-9
  serial interface, 1-9
  system board, 4-2, 4-4
  USB, 1-2, 1-6, 1-7, 1-8, 1-9
  VGA monitor, 1-9
Control board. *See* Front control board.
Controllers
  82443BX PCI/AGP, 4-8
  audio, 4-14
  graphics, 4-13
  Intel 82558 10BASE-T/100BASE-TX, 1-18

motion video, 4-14
    YMF740C 3D PCI audio, 1-5
Covers. *See* Desktop cover, Small desktop
    cover, Minitower top cover, Minitower side
    cover.
CPU. *See* Processor.

**D**

Date, setting, 2-7
Desktop cover
    installation, 3-6
    removal, 3-3
Desktop riser board. *See* Riser board.
DIMMs, 1-4, 10-3
    connector, 4-5
    installation, 3-36
    non-ECC, 4-11
    removal, 3-36
    speed, 4-5
Disassembly. *See* Removing.
    general rules, 3-3
    sequence, 3-2
Disk lamp, 1-6, 1-7
Diskette drive, 1-6, 1-15
    installation, 3-21, 3-22, 3-23, 3-25
    problems, 8-5, 8-8
    removal, 3-21, 3-23, 3-24
Diskette, FLASH, 2-19
DMA settings, 4-15
Documentation, online. *See* NEC Help
    Center.
Domestic compliance, 10-12
Doze mode, 2-12
Drivers, NT network card, A-18
Drives. *See also* 3 1/2-inch hard drive,
    5 1/4-inch device.
    CD-ROM, 1-2
    diskette, 1-2
    DVD-ROM, 1-2, 1-18
    hard drive, 1-2, 1-16
    LS-120 diskette drive, 1-16
    Zip, 1-2
DVD-ROM drive, 1-2, 1-18. *See also*
    5 1/4-inch device.

**E**

Email/fax technical support, 9-3
Environmental and safety
    specifications, 10-12
European compliance, 10-12
Exit Without Saving menu (CMOS Setup),
    2-17

Expansion board
    connectors, 1-10, 3-46
    frame, 3-49, 3-50
    installation, 3-46, 3-48, 3-51
    removal, 3-46, 3-48, 3-50
    slots, 3-46
Extended memory, 2-10

**F**

Fax/modem board, 1-18
    connector, 1-10
    problems, 8-9
Features. *See* System Features.
Field replaceable units list. *See* FRU list.
FLASH
    diskette, 2-19
    ROM, 4-7, 10-3
Foot
    installation, 3-80
    removal, 3-80
Foot lock
    installation, 3-80
    removal, 3-80
Frame adapter, 3-27, 3-29, 3-35
Front control board
    installation, 3-67, 3-69
    removal, 3-67, 3-69
Front features, 1-6
Front panel
    installation, 3-15, 3-16, 3-18, 3-20
    removal, 3-15, 3-16, 3-19
FRU lists, 6-3, 6-6, 6-10
FTP site, 9-4

**H**

Hard drive. *See* 3 1/2-inch hard drive.
Hardware monitor, 4-11
Heat sink
    installation, 3-52, 3-53, 3-59
    removal, 3-52, 3-53, 3-59

**I**

I/O addresses, 4-16
IDE drives. *See* 3 1/2-inch hard drive,
    5 1/4-inch device.
Illustrated Parts Breakdown diagrams, 6-5,
    6-9, 6-13
Inside features, 1-10
Installing
    3 1/2-inch hard drive, 3-30, 3-31, 3-32,
        3-33, 3-35
    5 1/4-inch device, 3-26, 3-27, 3-29
    battery, 3-79

Celeron processor, 3-54
chassis foot, 3-80
Cheyenne Backup, A-8
desktop cover, 3-6
DIMMs, 3-36
diskette drive, 3-21, 3-22, 3-23, 3-25
expansion board, 3-46, 3-48, 3-51
front control board, 3-67, 3-69
front panel, 3-15, 3-16, 3-18, 3-20
hard drive bracket, 3-60, 3-61
intrusion switch, 3-73, 3-74, 3-75
left side brace in desktop, 3-63
left side bracket in desktop, 3-43
minitower side cover, 3-10
minitower top cover, 3-13
NEC Help Center, 2-43
NEC SNMP Agent, 2-31
NEC WebTelligent software, 2-28
PartitionMagic, A-8
Pentium II processor, 3-58
Pentium III processor, 3-54
power supply, 3-76, 3-77, 3-78
processor, 3-52
riser board, 3-64, 3-65, 3-66
small desktop cover, 3-6
system board, 3-39, 3-43, 3-44
system board rail, 3-83, 3-84
USB board, 3-70, 3-71
Integrated Peripherals menu (CMOS Setup),
    2-15
IntelliMouse, 1-17
    specifications, 10-5
Interfaces, 10-4
    parallel, 4-12
    serial, 4-13
    USB, 4-13
Interrupts, 2-2
Intrusion switch
    installation, 3-73, 3-74, 3-75
    removal, 3-73, 3-74, 3-75
IP addresses, 2-31, A-5
IPX addresses, 2-31, A-5
IRQs, 2-2
ISA bus, 4-12

**J**
Jumper blocks, system board, 2-4, 4-6
Jumper settings, 2-3
    CMOS clear, 2-5
    Lite-ON CD-ROM, 2-6
    NEC CD-ROM, 2-6
    onboard VGA disable/enable, 2-4
    power on mode, 2-5

system board, 2-4, 4-6
tape backup unit, 2-7
Zip drive, 2-6

**K**
Kensington Security Standard connector, 1-13
Keyboard, 1-17
    cleaning, 7-3
    connector, 1-9
    problems, 8-4, 8-9
    specifications, 10-4

**L**
Lamps, 1-6
    disk, 1-6, 1-7
    power, 1-6, 1-7
    sleep, 1-6, 1-7
LAN
    board, 1-5
    connector, 1-9
LANDesk Client Manager, 2-20
    chassis intrusion notification, 2-23
    Inventory, 2-22
    monitoring capabilities, 2-23
    PC health indicator, 2-21
    removal, A-5, A-6
    using DMI, 2-22
    Windows 95 issues, A-17
Line out connector, 1-10
Lite-ON 32X CD-ROM drive jumpers, 2-6
Load Setup Defaults menu (CMOS Setup),
    2-13
Locking tab, 1-13
LS-120 diskette drive, 1-16
    SuperDisk Copy utility, A-10

**M**
Main menu (CMOS Setup), 2-8, 2-9
Maintenance
    keyboard cleaning, 7-3
    mouse cleaning, 7-4
    system cleaning, 7-2
Map, memory, 4-14
Memory, 1-2
    base, 2-10
    checking, 4-6
    configurations, 10-3
    extended, 2-10
    Flash ROM, 10-3
    graphics, 1-5
    map, 4-14
    non-ECC, 4-5, 4-11
    nonvolatile, 2-7

other, 2-10
problems, 8-9
RAM, 4-5
SDRAM, 4-11
SGRAM, 1-5
SRAM, 1-4
total, 2-10
Microphone in connector, 1-10
Microsoft Internet Explorer, configuring, A-6
Minitower riser board. *See* Riser board.
Minitower side cover
    installation, 3-10
    removal, 3-8
Minitower top cover
    installation, 3-13
    removal, 3-12
Monitor
    connector, 1-9
    problems, 8-4, 8-10
Mouse, 1-17
    buttons, 10-5
    cleaning, 7-4
    connector, 1-9
    problems, 8-4, 8-9
    specifications, 10-5
MPEG, 4-14

**N**

NEC Application and Driver CD
    in DVD-ROM drive, A-17
    using, 2-41
NEC Auto Backup utility, 2-33
NEC CD-ROM drive jumpers, 2-6
NEC Configuration Change Notification, 2-33
NEC CSD service and support
    Bulletin Board System (BBS), 9-5
    email/fax technical support, 9-3
    FTP site, 9-4
    information, 9-2
    product information, 9-4
    technical support services, 9-4
    telephone numbers, 9-2
    website, 9-3
NEC Help Center, 2-42
    installing, 2-43
    uninstalling, 2-43
NEC SNMP Agent, 2-24, 2-30
    configuring, A-6
    configuring, Windows 95 or Windows 98,
        2-31
    configuring, Windows NT, 2-32
    installing, 2-31
    removal, A-5

NEC ToolTelligent suite, 2-24
NEC WebTelligent software, 2-24, 2-25
    configuring, A-6
    features, 2-26
    installing, 2-28
    requirements, 2-27
Network
    domain information, A-7
    gateway information, A-7
    protocol, A-7
    protocol, disabling, A-7
    protocol, enabling, A-7
Network board, 1-18
NLX
    chassis, 1-15
    connector, 1-15, 5-2, 5-3, 5-4, 5-5
    system board form factor, 1-15, 4-11
Non-ECC
    DIMMs, 4-11
    memory, 4-5
Nonvolatile memory, 2-7

**O**

Online documentation. *See* NEC Help Center.
Opening the minitower chassis floor, 3-13
Operating system
    problems, 8-7
    Windows 95 issues, A-16
    Windows 98 issues, A-17
    Windows NT issues, A-18
OS Restore CD. *See* NEC OS Restore CD.
Other memory, 2-10

**P**

Panel. *See* Front panel, blank plastic panel.
Parallel interface, 4-12
    connector, 1-9
PartitionMagic installation, A-8
Parts
    FRU list, 6-3, 6-6, 6-10
    ordering, 6-2
Password
    security, 1-13
    Supervisor, 2-16
    User, 2-16
PC adapter device, 1-19
    specifications, 10-10
PC card, 1-19
PC Health Indicator, 2-21
PCI local bus, 4-7, 4-12
Pentium II processor, 1-4, 4-9
    installation, 3-58
    removal, 3-56

Pentium III processor, 1-4, 4-10
    installation, 3-54
    removal, 3-53
Peripherals, 1-2
PIIXE4 chipset, 4-8
Plug and Play, 1-2, 2-13, 4-11
PNP/PCI Configuration Setup menu (CMOS Setup), 2-13
Power button, 1-6, 1-7
Power lamp, 1-6, 1-7
Power Management Setup menu (CMOS Setup), 2-11
Power problems, 8-7
Power supply, 1-16
    installation, 3-76, 3-77, 3-78
    removal, 3-76, 3-77, 3-78
    specifications, 10-7
    voltage selection, 1-16
Preventive maintenance
    keyboard cleaning, 7-3
    mouse cleaning, 7-4
    system cleaning, 7-2
Printer port connector, 1-9
Problems, diagnosing and solving. *See* Troubleshooting.
Processor
    Celeron, 4-9
    connector, 4-4
    heat sink, 3-52, 3-53, 3-59
    installation, 3-52
    Pentium II, 4-9
    Pentium III, 4-10
    removal, 3-52
    retaining bar, 3-53, 3-54, 3-55
    retention mechanism, 3-52, 3-53, 3-55, 3-57, 3-58, 3-59
    serial number, disabling, 2-43
    slot 1 connector, 4-9
    speed, 3-56, 3-59, 4-9, 4-10
Product catalog button, A-17
Product information, 9-4

**R**

Rail. *See* System board rail.
RAM, 1-4, 4-5, 4-6
Random access memory. *See* RAM.
Removing
    3 1/2-inch hard drive, 3-30, 3-31, 3-33, 3-34
    5 1/4-inch device, 3-26, 3-28
    battery, 3-79
    Celeron processor, 3-53
    chassis foot, 3-80

desktop cover, 3-3
DIMMs, 3-36
diskette drive, 3-21, 3-23, 3-24
expansion board, 3-46, 3-48, 3-50
front control board, 3-67, 3-69
front panel, 3-15, 3-16, 3-19
hard drive bracket, 3-60, 3-61
intrusion switch, 3-73, 3-74, 3-75
LANDesk Client Manager, A-5, A-6
left side brace from desktop, 3-62
left side bracket from desktop, 3-41
minitower side cover, 3-8
minitower top cover, 3-12
NEC Help Center, 2-43
NEC SNMP Agent, A-5
Pentium II processor, 3-56
Pentium III processor, 3-53
power supply, 3-76, 3-77, 3-78
processor, 3-52
riser board, 3-64, 3-65, 3-66
slot cover, 3-47, 3-49
small desktop cover, 3-3
system board, 3-39, 3-41, 3-44
system board rail, 3-83, 3-84
USB board, 3-70, 3-71
Replacing. *See* Removing, Installing.
Retaining bar, 3-53, 3-54, 3-55
Retention mechanism, 3-52, 3-53, 3-55, 3-57, 3-58, 3-59
Riser board, 1-10, 1-12, 1-15, 5-2
    connectors, 5-2
    desktop, 5-4
    installation, 3-64, 3-65, 3-66
    minitower, 5-5
    removal, 3-64, 3-65, 3-66
    small desktop, 5-3
    specifications, 10-4
RJ-45 connector, 1-8, 1-9

**S**

Safety rules, 3-3
Save & Exit Setup menu (CMOS Setup), 2-16
Secondary cache, 10-3
Security
    chassis intrusion notification, 1-13
    features, 1-13
    locking tab, 1-13
    password protection, 1-13
    security slot, 1-13
    Windows, 1-13
Serial interface, 4-13
    connector, 1-9
Serial number, processor, 2-43

Setup utility. *See* CMOS Setup Utility.
SGRAM, 1-5
Sleep
    button, 1-6, 1-7
    lamp, 1-6, 1-7
    mode, 2-12
Slot cover removal, 3-47, 3-49
Small desktop cover
    installation, 3-6
    removal, 3-3
Small desktop riser board. *See* Riser board.
Sockets
    DIMM, 4-5
    processor, 4-4, 4-9
Software, restoring, A-17
Sound board specifications, 10-8
Sound system, 4-14
    specifications, 10-8
Speakers
    problems, 8-6
    set, 1-20
    specifications, 10-5
Special Features Setup menu (CMOS Setup),
    2-13
Specifications
    CD-ROM drive, 10-9
    compliance, 10-12
    environmental and safety, 10-12
    hard drive, 10-7
    keyboard, 10-4
    mouse, 10-5
    PC adapter device, 10-10
    power supply, 10-7
    riser board, 10-4
    sound board, 10-8
    sound system, 10-8
    speaker, 10-5
    system, 10-2
    system board, 10-3
    system unit, 10-6
    tape backup unit, 10-10
    Zip drive, 10-11
Speed
    DIMMs, 4-5
    processor, 3-56, 3-59, 4-9, 4-10
SRAM, 1-4
Standard CMOS Setup menu (CMOS Setup),
    2-10
Standby mode, 2-12
Starting CMOS Setup Utility, 2-8
Supervisor Password menu (CMOS Setup),
    2-16
Suspend mode, 2-12

Swap box, 1-19
Switch board. *See* Front control board.
System
    cleaning, 7-2
    maintenance, 7-2
    troubleshooting, 8-2
System board, 1-4, 1-14, 4-2
    alignment, 3-40, 3-43
    BIOS, 4-7
    chipsets, 4-7
    components, 4-7
    connectors, 4-2, 4-4, 4-7
    FLASH ROM, 4-7
    installation, 3-39, 3-43, 3-44
    jumper blocks, 2-4, 4-6
    jumper settings, 2-3, 2-4, 4-6
    memory, 4-7
    NLX form factor, 1-15
    removal, 3-39, 3-41, 3-44
    specifications, 10-3
System board rail
    installation, 3-83, 3-84
    removal, 3-83, 3-84
System components, 1-14
    CD-ROM drive, 1-17
    diskette drive, 1-15
    DVD-ROM drive, 1-18
    fax/modem board, 1-18
    hard drive, 1-16
    keyboard, 1-17
    local area network, 1-18
    mouse, 1-17
    network board, 1-18
    PC adapter device, 1-19
    power supply, 1-16
    riser board, 1-15
    sound board, 1-18
    speakers, 1-20
    system board, 1-14, 4-7
    tape backup unit, 1-19
    Zip drive, 1-19
System configuration
    CMOS clear jumper settings, 2-5
    CMOS Setup Utility, 2-7
    FLASH utility, 2-19
    interrupt requests, 2-2
    jumper settings, 2-3
    Microsoft Internet Explorer, A-6
    NEC Auto Backup utility, 2-33
    NEC Configuration Change Notification,
      2-33
    NEC SNMP Agent, 2-30, A-6
    NEC ToolTelligent suite, 2-24

NEC WebTelligent software, 2-25, A-6
onboard VGA disable/enable, 2-4, 2-5
power on mode jumper settings, 2-5
system board jumper settings, 2-4
utilities, 2-19
System configurations, 1-2, 1-4
System features
    back, 1-8
    front, 1-6
    inside features, 1-10
    security, 1-13
System interrupts, 2-2
System lamps, 1-6
System management
    NEC Auto Backup utility, 2-33
    NEC Configuration Change Notification,
        2-33
    NEC SNMP Agent, 2-30
    NEC ToolTelligent suite, 2-24
    NEC WebTelligent software, 2-25
System memory, 1-2, 4-11, 10-3
    checking, 4-6
    RAM, 1-4, 4-6
System overview, 1-2
    back features, 1-8
    configurations, 1-2, 1-4
    front features, 1-6
    inside features, 1-10
    security features, 1-13
System specifications. *See* Specifications.
System unit
    cleaning, 7-2
    specifications, 10-6

**T**

Tape backup unit, 1-2. *See also* 5 1/4-inch
    device.
    features, 1-19
    jumpers, 2-7
    specifications, 10-10
Tape device icons, A-17
Technical support services, 9-4
Telephone numbers for service and support,
    9-2
Time, setting, 2-7
ToolTelligent. *See* NEC ToolTelligent suite.
Total memory, 2-10
Troubleshooting, 8-2
    booting, 8-7
    CD-ROM drive, 8-5, 8-10
    diskette drive, 8-5, 8-8
    fax/modem board, 8-9
    hard drive, 8-8

keyboard, 8-9
keyboard/mouse, 8-4
memory, 8-9
monitor, 8-4, 8-10
mouse, 8-9
power, 8-7
problem checklist, 8-2
problem diagnostics, 8-7
speakers, 8-6
Type I PC card, 1-19
Type II PC card, 1-19
Type III PC card, 1-19

**U**

Uninstalling. *See* Removing.
Upgrading. *See* Installing.
    BIOS, 2-19
USB board
    installation, 3-70, 3-71
    removal, 3-70, 3-71
USB connector, 1-2, 1-6, 1-7, 1-8, 1-9
USB interface, 4-13
User Password menu (CMOS Setup), 2-16
Utilities
    Cheyenne Backup, 2-24
    Intel Processor Serial Number Control, 2-43
    LANDesk Client Manager, 2-20
    LS-120 SuperDisk Copy, A-10
    NEC Auto Backup, 2-33
    NEC Configuration Change Notification,
        2-33
    NEC SNMP Agent, 2-24, 2-30
    NEC ToolTelligent suite, 2-24
    NEC WebTelligent software, 2-24, 2-25

**V**

VGA connector, 1-9
VGA on system board, jumpering to
    disable/enable, 2-4
Voltage selection, 1-16
Volume control knob, 1-6, 1-7
Volume, CD audio, A-16

**W**

Wake-On LAN, 1-18
Website, 9-3
WebTelligent. *See* NEC WebTelligent
    software.
Winbond 83782D monitoring chip, 4-8
Winbond 83977 ATF-AW Super I/O
    controller, 4-7

Windows 95 issues, A-16
    backing up large drives, A-16
    Cheyenne Backup installation, A-16
    controlling CD audio, A-16
    LANDesk Client Manager, A-17
    product catalog button, A-17
    restoring software, A-17
Windows 98 issues, A-17
    DVD-ROM, A-17
    finding tape device icons, A-17
Windows network security, 1-13
Windows NT issues, A-18
    BootMagic installation, A-18
    configuring BootMagic, A-18, A-19
    network card drivers, A-18

**Y**
YMF740C audio controller, 4-9

**Z**
Zip drive, 1-2, 1-19. *See also* 5 1/4-inch
    device.
    jumpers, 2-6
    specifications, 10-11

# Regulatory Statements

- FCC Statement
- Note for Canada
- Battery Replacement
- Battery Disposal

The following regulatory statements provide information about use of the PowerMate ES 5200 Series computer:

- FCC Statement (For United States Only)

- Note for Canada

- Battery Replacement

- Battery Disposal.

# FCC Statement (For United States Use Only)

**WARNING:**  Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

**NOTE:**  This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications.

However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures.

- Reorient or relocate the receiving antenna.

- Increase the separation between the equipment and receiver.

- Connect the equipment to an outlet on a circuit different from the one to which the receiver is connected.

Use shielded and properly grounded I/O cables and power cable to ensure compliance of this unit to the specified limits of the rules.

# *Note for Canada*

This Class B digital apparatus meets all requirements of the Canadian Interference-Causing Equipment Regulations.

Cet appareil numérique de la classe B repecte toutes les exigences du Règlement sur le matériel brouilleur du Canada.

# *Battery Replacement*

A lithium battery in some computers maintains system configuration information. In the event that the battery fails to maintain system configuration information, NEC recommends that you replace the battery. For battery replacement information, see "CMOS Battery Removal" in Section 3 of this manual or call your NEC CSD dealer or the NEC CSD Technical Support Center.

**WARNING:**  There is a danger of explosion if the battery is incorrectly replaced. Replace only with the same or equivalent type recommended by the manufacturer. Discard used batteries according to the manufacturer's instructions.

**ATTENTION:**  Il y a danger d'explosion s'il y a replacement incorrect de la batterie. Remplacer uniquement avec une batterie du même type ou d'un type recommandé par le constructeur. Mettre au rébut les batteries usagées conformément  aux instructions du fabricant.

# *Battery Disposal*

Do not place used batteries in your regular trash.

The nickel-cadmium or nickel metal-hydride batteries must be collected, recycled, or disposed of in an environmentally-approved manner.

The incineration, landfilling, or mixing of batteries with the municipal solid waste stream is **prohibited by law** in most areas.

Return batteries to a federal or state approved battery recycler. This may be where your purchased the battery or a local seller of automotive batteries.

Contact your local waste management officials for other information regarding the environmentally sound collection, recycling, and disposal of the batteries.



NEC Computer Systems Division
Packard Bell NEC, Inc.
1 Packard Bell Way
Sacramento, CA 95828-0903
www.nec-computers.com

456-00043-000SRV
5/99