

*Hosting and bandwidth provided by MacAce.net.*

**Home** | **What's New?** | **Macs** | **Clones** | **iPod** | **iPhone** | **iPad** | **Q&As** | **Identify** | **Lookup** | **Compare** | **Sort** | **Timeline**





**Apple iBook G3/300 (Original/Clamshell) Specs**
*Identifiers: Original/Clamshell - M7707LL/A\* -* **PowerBook2,1** *-* **M2453** *-* **N/A**

**All iBook Models** | **All 1999 Models** | **Dynamically Compare This Mac to Others**

*Distribute & Use Page:* **Bookmark & Share** *or* **Embed** *| Download:* **PDF Manual**

240

**Site Search:**

Search



The iBook G3/300 (Original/Clamshell), codenamed P1, features a 300 MHz PowerPC 750 (G3) processor, 32 MB or 64 MB of RAM, a 3.2 GB or 6.0 GB hard drive, and 2X AGP ATI Rage Mobility graphics with 4 MB of VRAM packed into a sleek handle-equipped "blueberry" or "tangerine" case with a 12.1" TFT active matrix display (800x600 native resolution).

*Ads by Google*

Following in the footsteps of the iMac models, the iBook was introduced as a low-cost portable Mac for the consumer market -- and likewise lacked Firewire ports, video out, and even a microphone. However, the iBook did herald the introduction of AGP-based graphics on the Mac as well as the innovative new optional "AirPort" wireless networking card. Later to become commonplace, "AirPort" made it possible to connect multiple iBook systems wirelessly to the Internet when paired with an AirPort base station (or other wireless system).

There are two slightly different versions of the iBook G3/300 (Original/Clamshell). The original models introduced on July 21, 1999 shipped with 32 MB of RAM and 3.2 GB hard drives, and on February 21, 2000 -- to correspond with the introduction of the iBook Special Edition -- these models began shipping with 64 MB of RAM and 6.0 GB hard drives.

Also see: What are the differences between the original "Clamshell" iBook models?



Apple Ma




**Buy This Mac** *-- and all other new & used Macs -- at site sponsor* **PowerMax**.

**Upgrade This Mac** *at site sponsor* **Other World Computing**. *Memory, drives & more.*

**Fix Macs** *-- free diagnosis and affordable 24-hour repair at site sponsor* **Mission Repair**.

**Parts for Macs** *at site sponsor* **Blue Raven**. *Logic Boards, LCDs, adapters & more.*

- **Technical Specs**
- **Ports & Connectivity**
- **Popular Q&As**

*Click on the underlined category text for related details. The most commonly needed info is "open" by default, but all info is important.*

**Expand All Details** | **Contract All Details**

**iBook Related:**

iBook Specs
iBook Q&A

**Recent Apple Specs:**

MacBook Air
MacBook Pro
MacBook
iBook
PowerBook G4

Mac Pro

| | | | |
|---|---|---|---|
| Introduction Date: | July 21, 1999* | Discontinued Date: | September 13, 2000 |
| Details: | The "Introduction Date" refers to the date a model was introduced via press release. The "Discontinued Date" refers to the date a model either was replaced by a subsequent system or production otherwise ended. | | |
| | *On February 21, 2000 -- to correspond with the introduction of the iBook Special Edition -- these models began shipping with 64 MB of RAM and 6.0 GB hard drives. | | |
| | Also see: All Macs introduced in 1999. | | |
| Processor Speed: | 300 MHz | Processor Type: | PowerPC 750 (G3) |
| Processors: | 1 | Geekbench: | 155 |
| Processor Upgrade: | Soldered | FPU: | Integrated |
| Details: | N/A | | |
| System Bus Speed: | 66 MHz | Cache Bus Speed: | 150 MHz |
| Details: | N/A | | |
| ROM/Firmware Type: | Open Firmware | ROM/Firmware Size: | 1 MB |
| L1 Cache: | 64k | L2/L3 Cache: | 512k (backside) |
| RAM Type: | PC66 SDRAM | Min. RAM Speed: | 10 ns |
| Standard RAM: | 32 MB, 64 MB | Maximum RAM: | 544, 576 MB* |
| Motherboard RAM: | 32, 64 MB | RAM Slots: | 1 |
| Video Card: | Rage Mobility | VRAM Type: | SDRAM |
| Standard VRAM: | 4 MB | Maximum VRAM: | 4 MB |
| Built-in Display: | 12.1" TFT | Native Resolution: | 800x600 |
| 2nd Display Support: | None | 2nd Max. Resolution: | N/A |
| Standard Hard Drive: | 3.2 GB, 6.0 GB | Int. HD Interface: | EIDE/ATA-2 |
| Standard Optical: | 24X CD-ROM | Standard Disk: | None |
| Standard Modem: | 56k v.90 | Standard Ethernet: | 10/100Base-T |
| Standard AirPort: | 802.11b (Optional) | Standard Bluetooth: | None |
| USB Ports: | 1 (1.1) | Firewire Ports: | None |
| Expansion Slots: | AirPort | Expansion Bays: | None |
| Incl. Keyboard: | Full-size | Incl. Input: | Trackpad |
| Case Type: | Notebook | Form Factor: | iBook (Clamshell) |
| Apple Order No: | M7707LL/A* | Apple Subfamily: | Original/Clamshell |
| Apple Model No: | M2453 (EMC N/A) | Model ID: | PowerBook2,1 |
| Battery Type: | 45 W h LiIon | Battery Life: | 6 Hours |
| Pre-Installed MacOS: | 8.6 | Maximum MacOS: | X 10.3.9 |
| MacOS 9 Support: | Boot/Classic Mode | Windows Support: | Emulation Only |
| Dimensions: | 1.8 x 13.5 x 11.6 | Avg. Weight: | 6.7 lbs (3.04 kg) |
| Original Price: | US$1599 | Est. Current Retail: | N/A |



Permalink | E-mail a Friend | Bookmark & Share | Report an Error/Typo



Suggest an Addition | RSS | Twitter | Facebook | Join the E-mail Mailing List

<< iBook (Home)

EveryMac.com is provided "as is" without warranty of any kind whatsoever. EveryMac.com, and the author thereof, shall not be held responsible or liable, under any circumstances, for any damages resulting from the use or inability to use the information within. For complete disclaimer and copyright information please read and understand the Terms of Use and the Privacy Policy before using EveryMac.com. Use of any content or images without expressed permission is not allowed, although links to any page are welcomed and appreciated.

Brock Kyle - EveryMac.com - Kyle Media - Advertising Info - All Rights Reserved - Copyright © 1996