# EXHIBIT B

**U.S. Patent No. 8,086,604 is obvious in light of the Wide Area Information Server (WAIS) protocol and WAIStation Mac Client**

The citations to portions of the above reference in this chart are exemplary only. I reserve the right to rely on other portions of he documentation describing the Wide Area Information Server (WAIS) protocol and its client, WAIStation.

- "WAIS, A Sketch of an Overview." September 23, 1991 (retrieved at: ftp://sunsite.unc.edu/pub/docs/about-the-net/libsoft/wais.txt)

- WAIS video demonstration. 1991.(retrieved at: http://archive.org/details/WaisDemonstration)

- "Overview of Wide Area Information Servers." April 1991 (retrieved at: http://web.urz.uni-heidelberg.de/Netzdienste/internet/tools/info/wais/overview.html)

- Pfeifer, Ulrich. "FreeWAIS-SF." October 1995 (retrieved from: ftp://ftp.uni-duisburg.de/Infosys/WAIS/fwsf.pdf)

- "An Introduction to the EMACS Editor." 1978 (retrieved from: ftp://publications.ai.mit.edu/ai-publications/pdf/AIM-447.pdf)

- "GNU Emacs Manual." Nov. 6, 1998 (retrieved from: http://sunsite.univie.ac.at/textbooks/emacs/emacs_36.html#SEC476)

- "WordPerfect for Windows Version 5.2 Workbook" 1992.

WAIS and WAIStation are prior art to the '604 patent. I understand that WAIS is prior art under 35 U.S.C. Section 102(b) because it was described in a printed publication and was in public use in the United States more than one year prior to the priority date of the '604 Patent.

| U.S. Patent No. 8,086,604 | WAIS/WAIStation |
|---|---|
| Claim 6 | |
| An apparatus for locating information in a network, comprising: | WAIS discloses an apparatus for locating information in a network. |

|  | First off, WAIS stands for Wide Area Information Server. And, just what the heck is a "Wide Area Information Server"? It's ==a set of programs (or, more specifically, a protocol) that allows users to search and access different types of information from a single interface.== This information can be practically anything, from text to sound to images to whatever you can think up. The information can reside anywhere and on many different computer systems. The WAIS protocol is an extension of the ANSI Z39.50 information retrieval protocol. (WAIS is pronounced "ways", BTW.)<br>"WAIS, A Sketch of an Overview." ¶ 1<br><br>The information can reside anywhere on many different computer systems" + "Wide Area Information Server" = "information in a network" |
|---|---|
| an interface module configured to receive an inputted information descriptor from a user-input device; | WAIS discloses an interface module to receive an inputted information descriptor from a user-input device.<br>others. Once you start up the WAIS client, you specify what's called a source to search upon. [A `source' specifies a server of information and how the client can contact it, along with some other information.] You can ask multiple sources for information. Then, ==you ask the source(s) a question/query. A question consists of a phrase.== With the current sample<br>"WAIS, A Sketch of an Overview." ¶ 2 |

|  | <br>Wais Video Demonstration |
|---|---|
| a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, | WAIS discloses a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor. |

| | |
|---|---|
| | question/query. A question consists of a phrase. With the current sample server/client implementations, this phrase is basically considered a set of keywords to search for, based on weights/percentages of each word in the documents (you're searching upon). But, <mark>since WAIS really just specifies the protocol for the client and server to use for communication, the underlying search on the server could just as well use various natural language queries upon its information.</mark> The information on the server could also easily be some arbitrary database, as long as the server knows how to understand a WAIS question and send back a response. The user never has to<br>"WAIS, A Sketch of an Overview." ¶ 2 |
| wherein:<br>each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | WAIS discloses that each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm.<br><br>others. Once you start up the WAIS client, you specify what's called a source to search upon. <mark>[A `source' specifies a server of information and how the client can contact it,</mark> along with some other information.] You can ask multiple sources for information. Then, you ask the source(s) a question/query. A question consists of a phrase. With the current sample<br>"WAIS, A Sketch of an Overview." ¶ 2<br><br>How does WAIS work?<br>    The servers take a users question and do their best to find relevant documents. The servers, at this point, do not "understand" the users english language question, rather they try to find documents that contain those words and phrases and <mark>ranks then based on heuristics.</mark> The<br>"Overview of Wide Area Information Servers", ¶ 3. |

4



Wais demonstration

Additionally, later versions of WAIS, such as FreeWAIS-SF permitted more complex heuristics. For example, FreeWAIS supports the use of synonym files that are created by the server administrator:

> The *optional* synonym file contains multiple lines with synonym terms separated by spaces.
>
> ```
>       wais freewais
>       programming hacking
> ```

(Pfeifer, Ulrich.  FreeWAIS-SF October 1995)

As another example, FreeWAIS-SF permitted indexing of documents via SOUNDEX and PHONIX, two heuristics for approximating the sound of words to capture misspelled words.  These can be used individually or in combination (yielding a multiple-entry index), thus providing an extensive plurality of heuristic modules, together with user-defined synonym substitutions and earlier methods.

> Index types currently supported are 'TEXT', 'SOUNDEX' and 'PHONIX'.
>
> Consider the following example:
>
> ```
>     region: /^AU: /
>             au "author names" SOUNDEX LOCAL TEXT BOTH
>     end: /^[A-Z][A-Z]:/
> ```
>
> To the indexer this means:
>
> For all words starting with 'AU: ' at the beginning of a line up to a line which starts with two capital letters followed by a colon and a blank, put the word in the default and the 'au' category and its soundex code only in the 'au' category.
>
> Thus an author name can be found in the created database in the default category or the 'au' category if the exact spelling is known. If the name is misspelled, it might be found using the query 'au=(soundex *misspelled-name*)'. See Appendix A [Sample Format], page 37, Appendix B [Query Syntax], page 41.

*Id.*

| | |
|---|---|
| | **Phonix**<br><br>Phonix is an improved version of Soundex, developed by T.N. Gadd and published in Association for Information Management's journal, *Program* [Gadd, T.N. `Fisching fore werds': phonetic retrieval of written text in information systems, 22(3) 1988, p. 222] and [Gadd, T.N. PHONIX: the algorithm, 24(4) 1990, p. 363]. While the articles are not available online, Phonix has been incorporated into a number of WAIS implementations, including freeWAIS, which is open-source and therefore freely available in source form.<br><br>(retrieved from http://www.codeproject.com/Articles/4625/Implement-Phonetic-quot-Sounds-like-quot-Name-Sear) |
| the search areas include storage media accessible by the apparatus; and | WAIS discloses that the search areas include storage media accessible by the apparatus.<br><br>```
WAIStation enables users to retrieve information from the DowQuest document
retrieval system at Dow Jones News/Retrieval, the Connection Machine
Document Retrieval System, your local Macintosh, and any other database server
that supports the WAIS protocol.
```<br>WAIStation User Guide, (retrieved at: http://iubio.bio.indiana.edu/soft/util/mac/waistation.readme) ¶ 10<br>Moreover, any method that combines information from different external modules (such as search methods) must store said information locally for at least combination and display to uses, as is evident to anyone skilled in the art. |
| a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | WAIS discloses a display module to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>```
The world cursor will turn while WAIStation searches for documents that
match your request. The Results field then displays the titles of the most
useful documents found. Documents are ranked from 0 to 3 stars, depending
on how well they match the question: the best matches are at the top of the
list.

Click on the scroll bar to see more documents.
```<br>"WAIS, A Sketch of an Overview." ¶ 52 |

| | |
|---|---|
| | <br>Wais Demonstration |
| Claim 19 | |
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, | WAIS discloses an apparatus to receive portions of the information descriptor as the portions are being inputted.<br><br>3. Type words or phrases in the Look for documents about field, describing the subjects about which you want information. WAIStation searches for these words to find useful documents.<br>"WAIS, A Sketch of an Overview." ¶ 48 |

| | |
|---|---|
| wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | Real-time or incremental search was well-known at the time of invention.  It would have been obvious to one having normal skill in the art to adapt the WAIStation client to incorporate real-time or incremental search to increase the responsiveness of the system.<br><br>Numerous references in the prior art disclosed real-time, or incremental, search.  It would have been obvious at the time of invention to those of ordinary skill in the art to combine real-time or incremental search with Legall to address performance and responsiveness.<br><br>For example, US 6,049,796 to Siitonen filed Feb. 24, 1997 discloses searching for portions of the information descriptor as the portions are being received.<br><br>> As the user types in the search key, the PDA virtually instantly displays the items matching the search found in the contact data base. The user can refine the search by adding additional search criteria until finally producing for viewing<br>> 55 a minimum number of data base records matching the search criteria. For example, if the user types the letter "j" all records having names beginning with the letter "j" appear. The user may continue to type additional letters defining a name, for example, the pair of letters "on" chooses records<br>> 60 such as "Jones" but not records such as "Jackson". Further typing the letter "a" would eliminate "Jones" as a possibility and display any names having as their first four letters "jona" such as "Jonathan". This method of searching is referred to as an active search, and is distinguished from a passive<br>> 65 search where the search begins only after the search key has been entered, the search function actuated, and a completed compilation produced.<br><br>Siitonen at 2:51-67.<br><br>Incremental search was not new in 1997.  The first documented use of incremental search of which I am aware was in EMACS text-editors, such as EMACs for ITS.  In EMACS, as the user typed particular search strings suggested search results pulled from a local database on a character-by-character basis.<br><br>The incremental search functionality was integrated into the GNU Emacs Text editor, as shown by the 1998 user's manual. |

9

| | |
|---|---|
| | **Incremental Search**<br><br>An incremental search begins searching as soon as you type the first character of the search string. As you type in the search string, Emacs shows you where the string (as you have typed it so far) would be found. When you have typed enough characters to identify the place you want, you can stop. Depending on what you plan to do next, you may or may not need to terminate the search explicitly with RET.<br><br>C-s starts an incremental search. C-s reads characters from the keyboard and positions the cursor at the first occurrence of the characters that you have typed. If you type C-s and then F, the cursor moves right after the first `F'. Type an o, and see the cursor move to after the first `Fo'. After another o, the cursor is after the first `Foo' after the place where you started the search. At each step, the buffer text that matches the search string is highlighted, if the terminal can do that; at each step, the current search string is updated in the echo area.<br>"GNU Emacs Manual", paragraphs 4-6.<br><br>Another early implementation of incremental search was WordPerfect 5.2 for Windows, released November 30, 1992. As the user typed in characters in the "edit" box, the Speller plug-in would suggest words beginning with the letters entered, as shown below: |

10

