# EXHIBIT C

**U.S. Patent No. 8,086,604 is obvious in light of U.S. Patent No. 6,005,565 to Legall et al.**

The citations to portions of the above reference in this chart are exemplary only.  I may rely on other portions of the Legall patent in support of my opinions.

I understand that Legall is prior art.  The application that led to the Legall patent was filed on March 25, 1997 and the patent issued on December 21, 1999.  The application that led to the '604 patent was filed on January 5, 2000.

| U.S. Patent No. 8,086,604 | U.S. Patent No. 6,005,565 to Legall |
|---|---|
| Claim 6 | |
| An apparatus for locating information in a network, comprising: | Legall discloses an apparatus for locating information in a network.<br><br>The system and method of the present invention provides an integrated search tool for specifying and searching a variety of information resources. In one embodiment, the search tool is used for searching broadcast information and Internet information using a single user-initiated search. The<br><br>Col. 1:30-34. |
| an interface module configured to receive an inputted information descriptor from a user-input device; | Legall discloses an interface module to receive an inputted information descriptor from a user-input device. |



FIG. 3A

using the power search tool described herein.

25      The user can provide input to the system **100** through a
user input device **115** which may include a keyboard, mouse,
remote control or other input device. The system **100** further
has access to the Internet through Internet access **110**, and
30   also can access previously accessed and stored web pages.

Col. 2:26-30

FIG. **3***b* illustrates one example of a display which includes the search tool of the present invention. The window **375** includes a topic area **340** in which the user can define the topic which is the subject of the filter. The present 30

Col. 3:28-31.



## FIG. 3B

| a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, | Legall discloses a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor. |
| --- | --- |

parameters. After a search is initiated **502** using the active
filter specified **504**, the search mechanism conducts a search
of the World Wide Web **506**, and the EPG **508**. At any time

Col. 4:19-21

in the art. For example, a script can be generated that
executes the sequence of commands needed to access the
web and perform the search using existing search engines or
a specially created search engine. Similarly, the search is
performed on the EPG using a search tool. The search tool
may be a simple text search tool or database search tool, or
a tool specifically written for searching the EPG.

Col. 4:28-34

| wherein:<br>each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | Legall discloses that each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm.<br><br>Legall discloses at least two search modules, one for searching the Internet via the aforementioned search engines or a specially created search engine, and another module for searching an EPG. Thus, these modules each correspond to a respective area of search.<br><br>The search tool searches the EPG and uses a heuristic algorithm that differs from the selected Web search engine(s) Yahoo!, Alta Vista, Excite, InfoSeek. (*See* FIG. 3B) |



To the extent that Dr. Polish's interpretation of "heuristic algorithm" includes any of the algorithms used in the applications modules on the Galaxy Nexus, it is necessarily broad enough to include the algorithms that were used in search engines such as Yahoo, AltaVista, Excite, and Infoseek at the time of the Legall filing.

To the extent that Dr. Polish's interpretation of "heuristic algorithm" includes any of the algorithms used in the applications modules on the Galaxy Nexus, it is also necessarily broad enough to include the algorithms the algorithms that Legall discloses for searching the EPG.  In Column 4, lines 32-35, Legall states, "the search is performed on the EPG using a search tool.  The search tool may be a simple text search tool or database search tool, or a tool specifically written for searching the EPG." Legall contrasts a simple text search tool, a deterministic, non-heuristic algorithm, with a database search tool, which would have been understood by a person of ordinary skill in the art at the time of the Legall filing to utilize heuristic algorithms.  Legall contrasts both the text search tool and database search tool with a tool "specifically written for searching the EPG."  A specialized tool written specifically for searching the EPG necessarily implies the importation of heuristic knowledge; otherwise, a simple algorithm such as a text search tool would be sufficient.

The Internet search module, when configured to search using one of the selectable commercial search engines, employs a different heuristic search algorithm than the algorithm utilized by the EPG search tool.  Because the search algorithm of Yahoo, AltaVista, Infoseek, and Excite were proprietary and non-public information at the time of the Legall filing, it necessarily follows that the search tool search algorithm is different than one of these Internet search algorithms.

Moreover, using Dr. Polish's interpretation of this claim limitation, the limitation would be satisfied if any two modules use different heuristic algorithms.  Because at least the Internet Search and EPG search modules used different heuristic algorithms, this element is necessarily satisfied using Dr.

| | Polish's claim interpretation. |
|---|---|
| the search areas include storage media accessible by the apparatus; and | Legall discloses that the search areas may include storage media accessible by the apparatus.<br><br>35 Web pages. It is readily apparent that the system is not limited to Internet access and can access a variety of external or internal resources including third party databases.<br><br>Col. 2:35-37<br><br>electronic program guide (EPG) information. In the present embodiment, the World Wide Web and EPG information are accessed; however, it is readily apparent that the resources can be expanded to include other resources, and furthermore, that one, some, or all of the resources can be selected for searching. The user can also invoke commands<br><br>Cols. 2:66 – 3:4<br><br>flexible to select one or a plurality of information resources. In the present embodiment, the user can select **428** to search the World Wide Web **430** or an electronic program guide **432**. It is readily apparent to one skilled in the art that other 15 resources may be used.<br><br>Col. 4:11-15<br><br>In addition to the resources mentioned above, any device that combines external information must |

| | necessarily store it locally for purposes including combination and display to the user, as is evident to anyone skilled in the art. |
|---|---|
| a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | Legall discloses a display module to display one or more candidate items of information located by the plurality of heuristic modules on a display device.<br><br>FIG. 2 |

| | |
|---|---|
| | 15  The system **100** will output information to a display **120** and, may also provide audio through speakers **126**. The infor-<br><br>Col. 2:15-16<br><br>35  Once the search has been performed, the results are presented to the user. This is illustrated by the flow diagram of FIG. **2** and the exemplary display shown in FIG. **6**. Referring to FIG. **6**, results can be formatted a number of ways. In the present embodiment, the result **604** of any web 40  searches **605** are presented in an HTML frame **610** on the display. For example, if multiple web sites meet the search criteria, the user may be presented a listing of web sites with the ability to move a cursor over to a web site URL and select the URL to bring up the particular web site.<br><br>Col. 4:39-44 |
| **Claim 19** | |
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, | Legall discloses an apparatus to receive portions of the information descriptor as the portions are being inputted. |



Figure 3B

time. The first step in the process is the creation of a filter to be used. This process is described with reference to FIG. 4. Text strings **401** are entered or selected for the topic list which indicate the topic or terms to be used to perform the search. In block **402**, the text can be entered by typing in information, or importing information from the EPG **404**,

Col. 3:60-65

| wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | Numerous references in the prior art disclosed real-time, or incremental, search.  It would have been obvious at the time of invention to those of ordinary skill in the art to combine real-time or incremental search with Legall to address performance and responsiveness.  For example, US 6,049,796 to Siitonen filed Feb. 24, 1997 discloses searching for portions of the information descriptor as the portions are being received. |

As the user types in the search key, the PDA virtually
instantly displays the items matching the search found in the
contact data base. The user can refine the search by adding
additional search criteria until finally producing for viewing
55  a minimum number of data base records matching the search
criteria. For example, if the user types the letter "j" all
records having names beginning with the letter "j" appear.
The user may continue to type additional letters defining a
name, for example, the pair of letters "on" chooses records
60  such as "Jones" but not records such as "Jackson". Further
typing the letter "a" would eliminate "Jones" as a possibility
and display any names having as their first four letters "jona"
such as "Jonathan". This method of searching is referred to
as an active search, and is distinguished from a passive
65  search where the search begins only after the search key has
been entered, the search function actuated, and a completed
compilation produced.

Siitonen at col. 2:51-67.

Incremental search was not new in 1997. The first documented use of incremental search of which I
am aware was in EMACS text-editors, such as EMACs for ITS. In EMACS, as the user typed
particular search strings suggested search results pulled from a local database on a character-by-
character basis.

The incremental search functionality was integrated into the GNU Emacs Text editor, as well.

## Incremental Search

An incremental search begins searching as soon as you type the first character of the search string. As you
type in the search string, Emacs shows you where the string (as you have typed it so far) would be found.
When you have typed enough characters to identify the place you want, you can stop. Depending on what
you plan to do next, you may or may not need to terminate the search explicitly with RET.

11

| | |
|---|---|
| | c-s starts an incremental search. c-s reads characters from the keyboard and positions the cursor at the first occurrence of the characters that you have typed. If you type c-s and then F, the cursor moves right after the first `F'. Type an o, and see the cursor move to after the first `FO'. After another o, the cursor is after the first `FOO' after the place where you started the search. At each step, the buffer text that matches the search string is highlighted, if the terminal can do that; at each step, the current search string is updated in the echo area.<br><br>"GNU Emacs Manual" at Paras 4-6.<br><br>Another early implementation of incremental search was WordPerfect 5.2 for Windows, released November 30, 1992.  As the user typed in characters in the "edit" box, the Speller plug-in would suggest words beginning with the letters entered, as shown below: |



match a word against the list, the Speller stops a
word.

The first word that the Speller stops on is "Howa
Sometimes the Speller stops on a proper name b
dictionary. Suggested spellings for the word are

Because the word "Howard" is spelled correctly,
current spelling and to have the Speller skip over
document.

**3**   Choose Skip Always.

The next word not found by the Speller is "Keele"
proper nouns manually if they are misspelled.

**4**   Click in the Replace With text box.