# EXHIBIT D

**U.S. Patent No. 8,086,604 is obvious in light of Erik Selberg & Oren Etzioni, The MetaCrawler Architecture for Resource Aggregation on the Web (Nov. 8, 1996)**

The citations to portions of the above reference in this chart are exemplary only.  I may also rely on other portions of *MetaCrawler* in support of my opinions.

*Metacrawler* is prior art under 35 U.S.C. Section 102(b) because it was published more than one year prior to the filing date of the '604 Patent.

| U.S. Patent No. 8,086,604 | MetaCrawler |
|---|---|
| Claim 6 | |
| An apparatus for locating information in a network, comprising: | *MetaCrawler* discloses that the MetaCrawler Softbot is an apparatus for locating information in a network by searching multiple web search engines.<br><br>The MetaCrawler Softbot is a parallel Web search service that has been available at the University of Washington since June of 1995. It provides users with a single interface with which they can query popular general-purpose Web search services, such as Lycos[6] and AltaVista[1], and has some sophisticated features that allow it to obtain results of much higher quality than simply regurgitating the output from each search service. In this article, we briefly outline the motivation for MetaCrawler and highlight previous work, and<br><br>Page 1.<br><br>*MetaCrawler* discloses that the MetaCrawler Softbot is implemented as a dedicated client application.<br><br>The MetaCrawler Softbot is an intelligent interface to powerful remote services. It does not require large databases or large amounts of memory. This provides great flexibility in its location. Currently, MetaCrawler exists as a universally accessible service at the University of Washington. However, we have created prototype implementations that reside on the user's machine. We have also had great success in compiling MetaCrawler on different architectures, including DEC OSF, Linux, and even Windows. The MetaCrawler Softbot can run on most machines currently available with minimal effort, which means that most users can use MetaCrawler, either locally or remotely, without needing to invest in expensive hardware. Further, MetaCrawler is not<br><br>Page 7. |
| an interface module configured | *MetaCrawler* discloses a user interface that permits a user to enter a query from a user input device. |

| | |
|---|---|
| to receive an inputted information descriptor from a user-input device; | <br><br>Page 6.<br><br>MetaCrawler must have a reasonable user interface if the average Web user is to interact with it. Visually, there is a single text entry box, a set of radio buttons which describe the logic of the query (e.g. "All these words," "As a phrase"), various options describing what results are desirable (e.g. results from the user's country, .edu sites, etc), and sundry performance metrics (e.g. how long to wait). This preserves the<br><br>Page 5. |
| a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, | *MetaCrawler* discloses a plurality of heuristic modules to search for information that corresponds to the received query (information descriptor). |

|  |  |
|---|---|
|  | 

Figure 2: MetaCrawler Architecture

Page 6.

The Harness is the crux of the design; it's where the service-specific information is kept. The Harness receives control information detailing which references to obtain; it then formats the request properly and sends the reference to the Parallel Web Interface, which then returns a page to the Aggregation Engine. It also sends some status information back to the Aggregation Engine that is used to measure progress. The Harness is implemented as a collection of modules, where each module represents a particular service. It is designed so that modules can be added, modified, and removed without impacting the rest of MetaCrawler.

*Id.* |
| wherein:<br>each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm corresponding to said | To the extent that Dr. Polish's interpretation of "heuristic algorithm" includes any of the algorithms used in the applications modules on the Galaxy Nexus, it is necessarily broad enough to include the algorithms that were used in search engines such as Yahoo, AltaVista, Excite, and Infoseek at the time of the Legall filing.  Moreover the search engines available at the time, including Yahoo, Alta Vista, Excite, Infoseek and others not mentioned (e.g. Lycos) used heuristics internally and provided different answers to the same query even when using the same document collection (or same spidered web sites) precisely because they employed different heuristics.  The MetaCrawler |

3

| | |
|---|---|
| respective area, and | Softbot modules correspond to a respective area of search and employ a different predetermined heuristic algorithm corresponding to said respective area.<br><br>We found that each service returns different documents for the same query. Also, there is an inherent time lag in each services' results — one service may have an index of a document that is only a day or two old, whereas another may have an index that is a month old. Thus, you never know if the references returned are fresh references, or stale references that were once appropriate. A final complication is that each service uses a different ranking algorithm. One service might rank pages that are highly relevant to a given query in the top positions, whereas another may not. In practice, each ranking algorithm tends to work well for certain classes of queries, but performs poorly in others. Taken all together, each service has an extremely disparate set of documents in their index, not only in terms of which documents are indexed, but also in terms of *when* each document was indexed. We previously demonstrated that by relying exclusively on a single search engine instead of the MetaCrawler, users could miss over 77% of the references they would find most relevant [10].<br><br>Page 2.<br><br>Module in the MetaCrawler Softbot searches an associated search engine. Those search engines, in turn, search their own **internal index**. Therefore, each search module in the MetaCrawler Softbot searches a corresponding area of search, even if those indexes are all created from crawling the Internet. |
| the search areas include storage media accessible by the apparatus; and | *MetaCrawler* discloses searching storage media accessible by the apparatus. Each search engine's index is stored on storage media.<br><br>To the extent that Apple asserts that "storage media accessible by the apparatus" means "local storage media", it would have been obvious at the time of invention to one of ordinary skill in the art to utilize the MetaCrawler Softbot to search local storage media. Multiple references in the prior art disclose searching both remote and local storage media. For example:<br>Apple Sherlock 2: |

4

|  | |
|---|---|
|  | > The list in the middle of the window is important, however: it **lets you specify *where* you want Sherlock to do its searching. Every disk attached to your Mac at the moment—your hard drive, a Zip disk, a CD-ROM, a networked disk you've mounted, and so on—shows up here with its own checkbox.** Most of the time, you just want to search your primary hard drive; ensure that a checkmark appears next to its name, and then proceed.<br><br>David Pogue, *MAC OS9: The Missing Manual* (March 2000)  Sherlock 2 was released in 1999.<br><br>As another example, Apple WAIStation:<br><br>```
WAIStation enables users to retrieve information from the DowQuest document
retrieval system at Dow Jones News/Retrieval, the Connection Machine
Document Retrieval System, your local Macintosh, and any other database server
that supports the WAIS protocol.
```<br><br>WAIStation User Guide, at ¶ 10 (retrieved at: http://iubio.bio.indiana.edu/soft/util/mac/waistation.readme).<br><br>Searching local sources necessarily developed prior to searching remote sources.  Thus, any conceivable system that could search remote sources could have obviously been modified to search local resources. |
| a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device. | *MetaCrawler* discloses a display module configured to display one or more candidate items of information located by the plurality of heuristic modules on a display device:<br><br>The MetaCrawler Softbot was created to address the problems outlined above. MetaCrawler is a *Software robot* that aggregates Web search services for users. MetaCrawler presents users with a single unified interface. Users enter queries, and MetaCrawler forwards those queries in parallel to the sundry search services. MetaCrawler then collates the results and ranks them into a single list, returning to the user the sum of knowledge from the best Web search services. The key idea is that the MetaCrawler allows the user to<br><br>Page 2. |
| Claim 19 |  |

| | |
|---|---|
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, | *MetaCrawler* discloses allowing a user to type in a query into a search field. *MetaCrawler* discloses an interface module configured to receive portions of the information descriptor as the portions are being inputted. |
| wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | *MetaCrawler* discloses, generally, concerns with performance and user responsiveness:<br><br>We are also putting substantial effort into showing *something* to the user as quickly as possible. While this does not actually improve the speed of MetaCrawler, showing something quickly gives the perception of increased speed, and gives feedback as to how long the query will take. MetaCrawler displays when a service returns and how many results it returned. Our new Java interface prototype lets users see and explore the partial results. This allows the user to examine what has come in quickly, possibly by following some<br><br>Page 5.<br><br>Numerous references in the prior art disclosed real-time, or incremental, search. It would have been obvious at the time of invention to those of ordinary skill in the art to combine real-time or incremental search with the MetaCrawler Softbot to address their stated concerns of performance and user responsiveness.<br><br>For example, US 6,049,796 to Siitonen filed Feb. 24, 1997 discloses searching for portions of the information descriptor as the portions are being received: |

> As the user types in the search key, the PDA virtually instantly displays the items matching the search found in the contact data base. The user can refine the search by adding additional search criteria until finally producing for viewing a minimum number of data base records matching the search criteria. For example, if the user types the letter "j" all records having names beginning with the letter "j" appear. The user may continue to type additional letters defining a name, for example, the pair of letters "on" chooses records such as "Jones" but not records such as "Jackson". Further typing the letter "a" would eliminate "Jones" as a possibility and display any names having as their first four letters "jona" such as "Jonathan". This method of searching is referred to as an active search, and is distinguished from a passive search where the search begins only after the search key has been entered, the search function actuated, and a completed compilation produced.

Siitonen at col. 2:51-67.

Incremental search was not new in 1997. The first documented use of incremental search of which I am aware was in EMACS text-editors, such as EMACs for ITS. In EMACS, as the user typed particular search strings suggested search results pulled from a local database on a character-by-character basis.

The incremental search functionality was integrated into the GNU Emacs Text editor, as well.

### Incremental Search

An incremental search begins searching as soon as you type the first character of the search string. As you type in the search string, Emacs shows you where the string (as you have typed it so far) would be found. When you have typed enough characters to identify the place you want, you can stop. Depending on what you plan to do next, you may or may not need to terminate the search explicitly with RET.

c-s starts an incremental search. c-s reads characters from the keyboard and positions the cursor at the first occurrence of the characters that you have typed. If you type c-s and then F, the cursor moves right after the first `F`. Type an o, and see the cursor move to after the first `FO`. After another o, the cursor is after the first `FOO` after the place where you started the search. At each step, the buffer text that matches the search string is highlighted, if the terminal can do that; at each step, the current search string is updated in the echo area.

"GNU Emacs Manual" at Paras. 4-6.

Another early implementation of incremental search was WordPerfect 5.2 for Windows, released November 30, 1992. As the user typed in characters in the "edit" box, the Speller plug-in would suggest words beginning with the letters entered, as shown below:

[image of scanned page showing WordPerfect Speller dialog with text: "match a word against the list, the Speller stops ar word. The first word that the Speller stops on is 'Howa Sometimes the Speller stops on a proper name b dictionary. Suggested spellings for the word are" followed by a screenshot of a Speller dialog box, then "Because the word 'Howard' is spelled correctly, current spelling and to have the Speller skip over document. 3 Choose Skip Always. The next word not found by the Speller is 'Keele' proper nouns manually if they are misspelled. 4 Click in the Replace With text box."]