# EXHIBIT E

**Claims 6 and 19 of U.S. Patent No. 8,086,604 Are Invalid in light of U.S. Patent No. 6,324,534 to Neal et al.**

The citations to portions of the above reference in this chart are exemplary only.  I may rely on additional portions of the Neal patent in support of my opinions.

I understand that Neal is prior art under 35 U.S.C. Section 102(e) because it is an issued United States Patent, the application for which was filed prior to the application that led to the '604 patent.  The application for the Neal patent was filed on September 10, 1999 and the patent issued on November 22, 2001.

| U.S. Patent No. 8,086,604 | U.S. Patent No. 6,324,534 to Neal et al. ("Neal") |
|---|---|
| Claim 6 | |
| An apparatus for locating information in a network, comprising: | Neal discloses an apparatus for locating information in a network.  Electronic catalogs for products (such as used in electronic commerce) reside in and are accessed via networks, as is evident to anyone skilled in the art.<br><br>The present invention relates to computer software for database manipulation, and more particularly to a system and method for cascading search methodologies on selected sets of data from one or more electronic catalogs.<br><br>Col. 1:6-10. |



**FIG. 1**

| an interface module configured to receive an inputted information descriptor from a user-input device; | Neal discloses an interface module to receive an inputted information descriptor from a user-input device.

Neal discloses that a user inputs search terms and that "inputting search terms to a user interface" is on step in the method of the invention.

During a search, a user inputs one or more search terms to identify a desired item from an electronic catalog. The |



Col. 3:35-36.

    According to the present invention, a method of selecting data records in a catalog database comprises the following steps: inputting search terms to a user interface; testing the search terms against a sequence of data sets using search algorithms designated for each data set; and terminating the

Col. 3:63-67.



Figure 3.

| a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor, | Neal discloses a plurality of heuristic modules configured to search for information that corresponds to the received information descriptor.<br><br>Figure 2 in Neal teaches a sequence, and therefore a plurality, of different search methods. |
| --- | --- |

4

computing resources. The search engine comprises a con-
figurable search and data subset creation mechanism. The
system accepts search terms from a user, and then executes
a sequence of search strategies on subsets of the database
which may include a proximity search, a word count search,
and a fuzzy logic search. Subsets can be searched in any
order and different search strategies can be applied to
different subsets. The sequences are terminated when search

Abstract.

    The present invention is a system and method for cas-
cading search methodologies on preselected segments, or
sets, of data. Each data set is paired with one or more search
strategies so that the overall effect is to supply the user with
the most advantageous match to a keyword search. Search
strategies may include one or more of the following: exact
search, stem search, soundex search, and fuzzy logic search.
Data sets may be preselected based on source, shipping
availability, or any other business reason for choosing, one
supplier or source over another.

Col. 3:25-34.

The available search algorithms according to the present invention may comprise proximity searching, string matching, stemming, fuzzy logic, and soundex matching. In certain embodiments, multiple search algorithms may be performed on a data set. For example, if an exact match is found, the search halts when all exact matches have been identified, and there is no further recourse to other search algorithms. If no exact match is found, then the search terms are manipulated to identify strings with similar roots. If, again, no match is found, the search terms are tested further according to other algorithms, such as fuzzy logic and soundex, until a match is found or the search engine reaches its logical termination.

Col. 4:13-26.

The invention has the unique aspect of allowing dynamic searching of subsets or blocks of databases with a combination of any of multiple search methodologies supported by the software. A system manager can specify which data sets or catalogs are searched first and in which sequence they are searched. Each block or data set of a particular catalog can be searched with a different strategy. A particular combination of search methodologies can be assigned to a user of the invention by name and password. Data suppliers also have the ability to request special priority for the searching of their data type.

Col. 4:47-57.



Figure 2.

| wherein:<br>each heuristic module<br>corresponds to a respective area | Neal discloses that each heuristic module corresponds to a respective area of search and employs a different, predetermined heuristic algorithm.  Neal explicitly lists elements of heuristic algorithms, such as "soundex matching" (based on human-generated rules for approximate pronunciation |

| | |
|---|---|
| of search and employs a different, predetermined heuristic algorithm corresponding to said respective area, and | similarity between words to account for possibly confusability).<br><br>computing resources. The search engine comprises a configurable search and data subset creation mechanism. The system accepts search terms from a user, and then executes a sequence of search strategies on subsets of the database which may include a proximity search, a word count search, and a fuzzy logic search. Subsets can be searched in any order and different search strategies can be applied to different subsets. The sequences are terminated when search<br><br>Abstract.<br><br>  The present invention is a system and method for cascading search methodologies on preselected segments, or sets, of data. Each data set is paired with one or more search strategies so that the overall effect is to supply the user with the most advantageous match to a keyword search. Search strategies may include one or more of the following: exact search, stem search, soundex search, and fuzzy logic search. Data sets may be preselected based on source, shipping availability, or any other business reason for choosing, one supplier or source over another.<br><br>Col. 3:25-34. |

[5]     The available search algorithms according to the present invention may comprise proximity searching, string matching, stemming, fuzzy logic, and soundex matching. In certain embodiments, multiple search algorithms may be performed on a data set. For example, if an exact match is

Col. 4:13-17.

    The invention has the unique aspect of allowing dynamic searching of subsets or blocks of databases with a combination of any of multiple search methodologies supported by the software. A system manager can specify which data sets or catalogs are searched first and in which sequence they are searched. Each block or data set of a particular catalog can be searched with a different strategy. A particular combination of search methodologies can be assigned to a user of the invention by name and password. Data suppliers also have the ability to request special priority for the searching of their data type.

Col. 4:47-57.

In the preferred embodiment of the invention, the algo-rithm **200** will have a list of synonyms for each attribute. The search algorithms can replace individual search terms with appropriate synonyms for purposes of matching data records. The attributes are normally used as part of an algorithm for finding matches, and the use of synonyms for the attributes gives additional flexibility to the range of search strings that will produce meaningful matches.

Another way to increase the flexibility of the search algorithms is to allow natural adjectives in the search string to help select certain attributes. For example, if there is a category for computers, and the category has an attribute for processor speed, then the adjective "fastest" in the search string could be used to select the fastest computer. Slower computers would be eliminated from the display list **302**.

Yet another way to increase the flexibility of the search algorithms is to assign categories alternative roles such as, but not limited to, problem spaces and applications. In this embodiment, the items found by the query are actually predefined queries that generate lists of actual data records from the database. Thus, selecting a category becomes equivalent to submitting a predefined query to the database.

Col. 8:37-58.



Figure 2.

| | |
|---|---|
| the search areas include storage | Neal discloses that the search areas may include storage media accessible by the apparatus. |

| media accessible by the apparatus; and | FIG. **1** is a functional block diagram representation of an electronic catalog and automated purchase requisition system. An application server **12** is connected to interact with a database **14** which resides in a computer memory storage device **16**. Users of the system have workstations **18** that are connected to the application server **12** through a wide area network such as the Internet. Commands entered into the web browser cause information to be extracted from the database **14** and displayed at the workstation **18**.<br><br>Col. 5:20-29.<br><br>In one embodiment of the invention, the software **10** is configured to access one of several electronic catalogs in the database **14**. The database **14** is typically an aggregate of product information from multiple suppliers. The same item may be listed several times in an aggregated catalog from different suppliers. According to the present invention, the more favored suppliers can be searched first in a hierarchy of cascading searchable data sets. The particular hierarchy is predefined by a system administrator based on the desirability of purchasing items from a particular supplier, or based on particular incentives that may be offered by a supplier for the privilege of being moved up the hierarchy.<br><br>Col. 5:53-64. |
| a display module configured to display one or more candidate items of information located by the plurality of heuristic | Neal discloses a display module to display one or more candidate items of information located by the plurality of heuristic modules on a display device. |

| | |
|---|---|
| modules on a display device. | entry has a corresponding product category. A list of categories from each of the matching products is dynamically compiled and displayed to the user. The user can page through the list of displayed matches, or alternatively can create a subset of the list by selecting only the items within one of the categories. In addition, the user can further refine<br><br>Abstract.<br><br>    In the preferred embodiment, the display have several areas of information, as shown in FIG. **3**. The search string is shown in a text box **300**, preferably located in the upper-left corner of the display. The matching item is shown in a display list **302**. The display list **302** includes the category, the manufacturer name, the manufacturer part number, and descriptive attributes.<br><br>Col. 8:11-17. |
| **Claim 19** | |
| The apparatus of claim 6, wherein the interface module is configured to receive portions of the information descriptor as the portions are being inputted, | Neal discloses an apparatus to receive portions of the information descriptor as the portions are being inputted. |
| wherein the heuristic modules are configured to search for information that corresponds to the portions of the information descriptor as the portions are being received. | Real-time or incremental search was well-known at the time of invention.  It would have been obvious to one having normal skill in the art to adapt the search described in Neal to incorporate real-time or incremental search to increase the responsiveness of the system.<br><br>Numerous other references in the prior art disclose real-time, or incremental, search.  It would have been obvious at the time of invention to those of ordinary skill in the art to combine real-time or |

incremental search with the Neal to address their stated concerns of performance and user responsiveness.

For example, :  US 6,049,796 to Siitonen filed Feb. 24, 1997 describes incremental search functionality as follows:

> As the user types in the search key, the PDA virtually instantly displays the items matching the search found in the contact data base. The user can refine the search by adding additional search criteria until finally producing for viewing
> 55 a minimum number of data base records matching the search criteria. For example, if the user types the letter "j" all records having names beginning with the letter "j" appear. The user may continue to type additional letters defining a name, for example, the pair of letters "on" chooses records
> 60 such as "Jones" but not records such as "Jackson". Further typing the letter "a" would eliminate "Jones" as a possibility and display any names having as their first four letters "jona" such as "Jonathan". This method of searching is referred to as an active search, and is distinguished from a passive
> 65 search where the search begins only after the search key has been entered, the search function actuated, and a completed compilation produced.

Siitonen at col. 2:51-67.

Incremental search was not new in 1997.  The first documented use of incremental search of which I am aware was in EMACS text-editors, such as EMACs for ITS.  In EMACS, as the user typed particular search strings suggested search results pulled from a local database on a character-by-character basis.  I have used EMACS directly with incremental search in the early 1980s.

The incremental search functionality was integrated into the GNU Emacs Text editor, as well.

## **Incremental Search**

An incremental search begins searching as soon as you type the first character of the search string. As you type in the search string, Emacs shows you where the string (as you have typed it so far) would be found. When you have typed enough characters to identify the place you want, you can stop. Depending on what you plan to do next, you may or may not need to terminate the search explicitly with RET.

`c-s` starts an incremental search. `c-s` reads characters from the keyboard and positions the cursor at the first occurrence of the characters that you have typed. If you type `c-s` and then F, the cursor moves right after the first `F`. Type an o, and see the cursor move to after the first `FO`. After another o, the cursor is after the first `FOO` after the place where you started the search. At each step, the buffer text that matches the search string is highlighted, if the terminal can do that; at each step, the current search string is updated in the echo area.

"GNU Emacs Manual" at Paras. 4-6.

Another early implementation of incremental search was WordPerfect 5.2 for Windows, released November 30, 1992.  As the user typed in characters in the "edit" box, the Speller plug-in would suggest words beginning with the letters entered, as shown below:

match a word against the list, the Speller stops a
word.

The first word that the Speller stops on is "Howa
Sometimes the Speller stops on a proper name b
dictionary. Suggested spellings for the word are



Because the word "Howard" is spelled correctly,
current spelling and to have the Speller skip over
document.

**3**  Choose Skip Always.

The next word not found by the Speller is "Keele"
proper nouns manually if they are misspelled.

**4**  Click in the Replace **W**ith text box.