# EXHIBIT F

Case 5:12-cv-00630-LHK   Document 117-6   Filed 04/23/12   Page 2 of 12

```
  1  <?xml version="1.0" encoding="utf-8"?>
  2  <!-- Copyright (C) 2006 The Android Open Source Project
  3
  4       Licensed under the Apache License, Version 2.0 (the "License");
  5       you may not use this file except in compliance with the License.
  6       You may obtain a copy of the License at
  7
  8            http://www.apache.org/licenses/LICENSE-2.0
  9
 10       Unless required by applicable law or agreed to in writing, software
 11       distributed under the License is distributed on an "AS IS" BASIS,
 12       WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
 13       See the License for the specific language governing permissions and
 14       limitations under the License.
 15  -->
 16
 17  <manifest xmlns:android="http://schemas.android.com/apk/res/android"
 18       package="com.android.contacts"
 19       android:sharedUserId="android.uid.shared">
 20
 21       <original-package android:name="com.android.contacts" />
 22
 23       <uses-permission android:name="android.permission.CALL_PRIVILEGED" />
 24       <uses-permission android:name="android.permission.READ_CONTACTS" />
 25       <uses-permission android:name="android.permission.WRITE_CONTACTS" />
 26       <uses-permission android:name="android.permission.MANAGE_ACCOUNTS" />
 27       <uses-permission android:name="android.permission.GET_ACCOUNTS" />
 28       <uses-permission android:name="android.permission.ACCESS_FINE_LOCATION" />
 29       <uses-permission android:name="android.permission.ACCESS_COARSE_LOCATION" />
 30       <uses-permission android:name="android.permission.READ_PROFILE" />
 31       <uses-permission android:name="android.permission.WRITE_PROFILE" />
 32       <uses-permission android:name="android.permission.READ_SOCIAL_STREAM" />
 33       <uses-permission android:name="android.permission.INTERNET" />
 34       <uses-permission android:name="android.permission.NFC" />
 35       <uses-permission android:name="android.permission.READ_PHONE_STATE" />
 36       <uses-permission android:name="android.permission.MODIFY_AUDIO_SETTINGS" />
 37       <uses-permission android:name="android.permission.MODIFY_PHONE_STATE" />
 38       <uses-permission android:name="com.google.android.googleapps.permission.GOOGLE_AUTH.mail"
    />
 39       <uses-permission android:name="android.permission.WAKE_LOCK" />
 40       <uses-permission android:name="android.permission.WRITE_EXTERNAL_STORAGE" />
 41       <uses-permission android:name="android.permission.WRITE_SETTINGS" />
 42       <uses-permission android:name="android.permission.USE_CREDENTIALS" />
 43       <uses-permission android:name="android.permission.VIBRATE" />
 44       <uses-permission android:name="android.permission.READ_SYNC_SETTINGS" />
 45       <uses-permission android:name="com.android.voicemail.permission.ADD_VOICEMAIL" />
 46       <uses-permission android:name="com.android.voicemail.permission.READ_WRITE_ALL_VOICEMAIL"
    />
 47       <!-- allow broadcasting secret code intents that reboot the phone -->
 48       <uses-permission android:name="android.permission.REBOOT" />
 49       <uses-permission android:name="android.permission.RECEIVE_BOOT_COMPLETED" />
 50
 51       <application
 52           android:name="com.android.contacts.ContactsApplication"
 53           android:label="@string/contactsList"
 54           android:icon="@mipmap/ic_launcher_contacts"
 55           android:taskAffinity="android.task.contacts"
 56           android:hardwareAccelerated="true"
 57       >
 58
 59           <!-- A list of recent calls -->
 60           <activity android:name=".activities.CallLogActivity"
 61               android:label="@string/recentCallsIconLabel"
 62               android:theme="@style/DialtactsTheme"
 63               android:uiOptions="splitActionBarWhenNarrow"
 64           >
 65               <intent-filter>
 66                   <action android:name="com.android.phone.action.RECENT_CALLS" />
 67                   <category android:name="android.intent.category.DEFAULT" />
 68                   <category android:name="android.intent.category.TAB" />
 69               </intent-filter>
 70           </activity>
 71
 72           <!-- Intercept Dialer Intents for devices without a phone.
 73           This activity should have the same intent filters as the DialtactsActivity,
 74           so that its capturing the same events. Omit android.intent.category.LAUNCHER, because
    we
 75           don't want this to show up in the Launcher. The priorities of the intent-filters
 76           are set lower, so that the user does not see a disambig dialog -->
 77           <activity
 78               android:name=".activities.NonPhoneActivity"
 79               android:theme="@style/NonPhoneActivityTheme"
```

               >  Case 5:12-cv-00630-LHK   Document 117-6   Filed 04/23/12   Page 3 of 12

```
 80
 81                    <intent-filter android:priority="-1">
 82                        <action android:name="android.intent.action.DIAL" />
 83                        <category android:name="android.intent.category.DEFAULT" />
 84                        <category android:name="android.intent.category.BROWSABLE" />
 85                        <data android:mimeType="vnd.android.cursor.item/phone" />
 86                        <data android:mimeType="vnd.android.cursor.item/person" />
 87                    </intent-filter>
 88                    <intent-filter android:priority="-1">
 89                        <action android:name="android.intent.action.DIAL" />
 90                        <category android:name="android.intent.category.DEFAULT" />
 91                        <category android:name="android.intent.category.BROWSABLE" />
 92                        <data android:scheme="voicemail" />
 93                    </intent-filter>
 94                    <intent-filter android:priority="-1">
 95                        <action android:name="android.intent.action.DIAL" />
 96                        <category android:name="android.intent.category.DEFAULT" />
 97                    </intent-filter>
 98                    <intent-filter android:priority="-1">
 99                        <action android:name="android.intent.action.MAIN" />
100                        <category android:name="android.intent.category.DEFAULT" />
101                        <category android:name="android.intent.category.BROWSABLE" />
102                    </intent-filter>
103                    <intent-filter android:priority="-1">
104                        <action android:name="android.intent.action.VIEW" />
105                        <action android:name="android.intent.action.DIAL" />
106                        <category android:name="android.intent.category.DEFAULT" />
107                        <category android:name="android.intent.category.BROWSABLE" />
108                        <data android:scheme="tel" />
109                    </intent-filter>
110                    <intent-filter android:priority="-1">
111                        <action android:name="android.intent.action.VIEW" />
112                        <category android:name="android.intent.category.DEFAULT" />
113                        <category android:name="android.intent.category.BROWSABLE" />
114                        <data android:mimeType="vnd.android.cursor.dir/calls" />
115                    </intent-filter>
116                    <intent-filter android:priority="-1">
117                        <action android:name="android.intent.action.CALL_BUTTON" />
118                        <category android:name="android.intent.category.DEFAULT" />
119                        <category android:name="android.intent.category.BROWSABLE" />
120                    </intent-filter>
121                </activity>
122
123                <!-- The entrance point for Phone UI.
124                     stateAlwaysHidden is set to suppress keyboard show up on
125                     dialpad screen. -->
126                <activity android:name=".activities.DialtactsActivity"
127                    android:label="@string/launcherDialer"
128                    android:theme="@style/DialtactsTheme"
129                    android:uiOptions="splitActionBarWhenNarrow"
130                    android:launchMode="singleTask"
131                    android:clearTaskOnLaunch="true"
132                    android:icon="@mipmap/ic_launcher_phone"
133                    android:screenOrientation="nosensor"
134                    android:enabled="@*android:bool/config_voice_capable"
135                    android:taskAffinity="android.task.contacts.phone"
136                    android:windowSoftInputMode="stateAlwaysHidden">
137                    <intent-filter>
138                        <action android:name="android.intent.action.DIAL" />
139                        <category android:name="android.intent.category.DEFAULT" />
140                        <category android:name="android.intent.category.BROWSABLE" />
141                        <data android:mimeType="vnd.android.cursor.item/phone" />
142                        <data android:mimeType="vnd.android.cursor.item/person" />
143                    </intent-filter>
144                    <intent-filter>
145                        <action android:name="android.intent.action.DIAL" />
146                        <category android:name="android.intent.category.DEFAULT" />
147                        <category android:name="android.intent.category.BROWSABLE" />
148                        <data android:scheme="voicemail" />
149                    </intent-filter>
150                    <intent-filter>
151                        <action android:name="android.intent.action.DIAL" />
152                        <category android:name="android.intent.category.DEFAULT" />
153                    </intent-filter>
154                    <intent-filter>
155                        <action android:name="android.intent.action.MAIN" />
156                        <category android:name="android.intent.category.DEFAULT" />
157                        <category android:name="android.intent.category.LAUNCHER" />
158                        <category android:name="android.intent.category.BROWSABLE" />
159                    </intent-filter>
160                    <intent-filter>
161                        <action android:name="android.intent.action.VIEW" />
```

```
162                    <action android:name="android.intent.action.CALL_BUTTON" />
163                    <category android:name="android.intent.category.DEFAULT" />
164                    <category android:name="android.intent.category.BROWSABLE" />
165                    <data android:scheme="tel" />
166                </intent-filter>
167                <intent-filter>
168                    <action android:name="android.intent.action.VIEW" />
169                    <category android:name="android.intent.category.DEFAULT" />
170                    <category android:name="android.intent.category.BROWSABLE" />
171                    <data android:mimeType="vnd.android.cursor.dir/calls" />
172                </intent-filter>
173                <intent-filter>
174                    <action android:name="android.intent.action.CALL_BUTTON" />
175                    <category android:name="android.intent.category.DEFAULT" />
176                    <category android:name="android.intent.category.BROWSABLE" />
177                </intent-filter>
178                <!-- This was never intended to be public, but is here for backward
179                     compatibility.  Use Intent.ACTION_DIAL instead. -->
180                <intent-filter>
181                    <action android:name="com.android.phone.action.TOUCH_DIALER" />
182                    <category android:name="android.intent.category.DEFAULT" />
183                    <category android:name="android.intent.category.TAB" />
184                </intent-filter>
185            </activity>
186
187            <!-- The main Contacts activity with the contact list, favorites, and groups. -->
188            <activity android:name=".activities.PeopleActivity"
189                android:label="@string/people"
190                android:theme="@style/PeopleTheme"
191                android:uiOptions="splitActionBarWhenNarrow"
192                android:clearTaskOnLaunch="true"
193                android:launchMode="singleTop"
194            >
195                <intent-filter>
196                    <action android:name="android.intent.action.MAIN" />
197                    <category android:name="android.intent.category.DEFAULT" />
198                    <category android:name="android.intent.category.LAUNCHER" />
199                    <category android:name="android.intent.category.BROWSABLE" />
200                </intent-filter>
201                <intent-filter>
202                    <action android:name="com.android.contacts.action.LIST_DEFAULT" />
203                    <category android:name="android.intent.category.DEFAULT" />
204                    <category android:name="android.intent.category.TAB" />
205                </intent-filter>
206
207                <intent-filter>
208                    <action android:name="com.android.contacts.action.LIST_CONTACTS" />
209                    <category android:name="android.intent.category.DEFAULT" />
210                    <category android:name="android.intent.category.TAB" />
211                </intent-filter>
212
213                <intent-filter>
214                    <action android:name="com.android.contacts.action.LIST_ALL_CONTACTS" />
215                    <category android:name="android.intent.category.DEFAULT" />
216                    <category android:name="android.intent.category.TAB" />
217                </intent-filter>
218
219                <intent-filter>
220                    <action android:name="com.android.contacts.action.LIST_CONTACTS_WITH_PHONES" />
221                    <category android:name="android.intent.category.DEFAULT" />
222                    <category android:name="android.intent.category.TAB" />
223                </intent-filter>
224
225                <intent-filter android:label="@string/starredList">
226                    <action android:name="com.android.contacts.action.LIST_STARRED" />
227                    <category android:name="android.intent.category.DEFAULT" />
228                    <category android:name="android.intent.category.TAB" />
229                </intent-filter>
230
231                <intent-filter android:label="@string/frequentList">
232                    <action android:name="com.android.contacts.action.LIST_FREQUENT" />
233                    <category android:name="android.intent.category.DEFAULT" />
234                    <category android:name="android.intent.category.TAB" />
235                </intent-filter>
236
237                <intent-filter android:label="@string/strequentList">
238                    <action android:name="com.android.contacts.action.LIST_STREQUENT" />
239                    <category android:name="android.intent.category.DEFAULT" />
240                    <category android:name="android.intent.category.TAB" />
241                </intent-filter>
242
```

```xml
243                    <intent-filter>
244                        <action android:name="android.intent.action.SEARCH" />
245                        <category android:name="android.intent.category.DEFAULT" />
246                        <data android:mimeType="vnd.android.cursor.dir/contact" />
247                    </intent-filter>
248
249                    <intent-filter>
250                        <action android:name="android.intent.action.SEARCH" />
251                        <category android:name="android.intent.category.DEFAULT" />
252                    </intent-filter>
253
254                    <intent-filter>
255                        <action android:name="com.android.contacts.action.FILTER_CONTACTS" />
256                        <category android:name="android.intent.category.DEFAULT" />
257                        <data android:mimeType="vnd.android.cursor.dir/contact" />
258                    </intent-filter>
259
260                    <intent-filter>
261                        <action android:name="android.intent.action.VIEW" />
262                        <category android:name="android.intent.category.DEFAULT" />
263                        <data android:mimeType="vnd.android.cursor.dir/person" />
264                        <data android:mimeType="vnd.android.cursor.dir/contact" />
265                    </intent-filter>
266
267                    <meta-data android:name="android.app.searchable"
268                        android:resource="@xml/searchable"
269                    />
270            </activity>
271
272            <activity android:name=".activities.ContactSelectionActivity"
273                    android:label="@string/contactsList"
274                    android:theme="@style/ContactPickerTheme"
275                    android:launchMode="singleTop"
276                    android:clearTaskOnLaunch="true"
277            >
278                    <intent-filter>
279                        <action android:name="android.intent.action.INSERT_OR_EDIT" />
280                        <category android:name="android.intent.category.DEFAULT" />
281                        <data android:mimeType="vnd.android.cursor.item/person" />
282                        <data android:mimeType="vnd.android.cursor.item/contact" />
283                        <data android:mimeType="vnd.android.cursor.item/raw_contact" />
284                    </intent-filter>
285
286                    <intent-filter>
287                        <action android:name="android.intent.action.PICK" />
288                        <category android:name="android.intent.category.DEFAULT" />
289                        <data android:mimeType="vnd.android.cursor.dir/contact" />
290                        <data android:mimeType="vnd.android.cursor.dir/person" />
291                        <data android:mimeType="vnd.android.cursor.dir/phone_v2" />
292                        <data android:mimeType="vnd.android.cursor.dir/phone" />
293                        <data android:mimeType="vnd.android.cursor.dir/postal-address_v2" />
294                        <data android:mimeType="vnd.android.cursor.dir/postal-address" />
295                        <data android:mimeType="vnd.android.cursor.dir/email_v2" />
296                    </intent-filter>
297
298                    <intent-filter>
299                        <action android:name="android.intent.action.GET_CONTENT" />
300                        <category android:name="android.intent.category.DEFAULT" />
301                        <data android:mimeType="vnd.android.cursor.item/contact" />
302                        <data android:mimeType="vnd.android.cursor.item/person" />
303                        <data android:mimeType="vnd.android.cursor.item/phone_v2" />
304                        <data android:mimeType="vnd.android.cursor.item/phone" />
305                        <data android:mimeType="vnd.android.cursor.item/postal-address_v2" />
306                        <data android:mimeType="vnd.android.cursor.item/postal-address" />
307                    </intent-filter>
308            </activity>
309
310            <!-- Backwards compatibility: somebody may have hard coded this activity name -->
311            <activity-alias android:name="ContactsListActivity"
312                    android:targetActivity=".activities.PeopleActivity"
313            />
314
315            <!-- Backwards compatibility: "Contacts" from Honeycomb -->
316            <activity-alias android:name=".activities.ContactsFrontDoor"
317                    android:targetActivity=".activities.PeopleActivity"
318                    android:exported="true"
319            />
320
321            <!-- Backwards compatibility: "Contacts" from Gingerbread and earlier -->
322            <activity-alias android:name="DialtactsContactsEntryActivity"
323                    android:targetActivity=".activities.PeopleActivity"
324                    android:exported="true"
```

```xml
325                   />
326
327                   <!-- Backwards compatibility: "Phone" from Gingerbread and earlier -->
328                   <activity-alias android:name="DialtactsActivity"
329                       android:targetActivity=".activities.DialtactsActivity"
330                       android:exported="true"
331                   />
332
333                   <!-- An activity for joining contacts -->
334                   <activity android:name=".activities.JoinContactActivity"
335                       android:theme="@style/JoinContactActivityTheme"
336                       android:clearTaskOnLaunch="true"
337                   >
338                       <intent-filter>
339                           <action android:name="com.android.contacts.action.JOIN_CONTACT" />
340                           <category android:name="android.intent.category.DEFAULT" />
341                       </intent-filter>
342                   </activity>
343
344                   <!-- Used to set options -->
345                   <activity
346                       android:name=".preference.ContactsPreferenceActivity"
347                       android:label="@string/activity_title_settings"
348                       android:theme="@style/ContactsPreferencesTheme" />
349
350                   <!-- Used to filter contacts list by account -->
351                   <activity
352                       android:name=".list.AccountFilterActivity"
353                       android:label="@string/activity_title_contacts_filter"
354                       android:theme="@style/ContactListFilterTheme" />
355
356                   <!-- Used to select display and sync groups -->
357                   <activity
358                       android:name=".list.CustomContactListFilterActivity"
359                       android:label="@string/custom_list_filter"
360                       android:theme="@style/ContactListFilterTheme" />
361
362                   <activity
363                       android:name=".activities.ShowOrCreateActivity"
364                       android:theme="@android:style/Theme.Translucent.NoTitleBar">
365
366                       <intent-filter>
367                           <action android:name="com.android.contacts.action.SHOW_OR_CREATE_CONTACT" />
368                           <category android:name="android.intent.category.DEFAULT" />
369                           <data android:scheme="mailto" />
370                           <data android:scheme="tel" />
371                       </intent-filter>
372                   </activity>
373
374                   <!-- List of groups -->
375                   <activity android:name=".activities.GroupBrowserActivity"
376                       android:label="@string/contactsGroupsLabel"
377                       android:theme="@style/PeopleTheme"
378                       android:uiOptions="splitActionBarWhenNarrow"
379                       android:launchMode="singleTop"
380                       android:clearTaskOnLaunch="true"/>
381
382                   <!-- Views the details of a single group -->
383                   <activity android:name=".activities.GroupDetailActivity"
384                       android:label=""
385                       android:theme="@style/DetailActivityTheme"/>
386
387                   <!-- Create a new or edit an existing group -->
388                   <activity
389                       android:name=".activities.GroupEditorActivity"
390                       android:theme="@style/EditorActivityTheme"
391                       android:windowSoftInputMode="adjustResize" />
392
393                   <!-- Used to show QuickContact window over a translucent activity, which is a
394                        temporary hack until we add better framework support. -->
395                   <activity
396                       android:name=".quickcontact.QuickContactActivity"
397                       android:theme="@style/Theme.QuickContact"
398                       android:launchMode="singleTop"
399                       android:excludeFromRecents="true"
400                       android:noHistory="true"
401                       android:taskAffinity="android.task.quickcontact"
402                       android:windowSoftInputMode="stateUnchanged">
403
404                       <intent-filter>
405                           <action android:name="com.android.contacts.action.QUICK_CONTACT" />
406                           <category android:name="android.intent.category.DEFAULT" />
```

```
407                <data android:mimeType="vnd.android.cursor.dir/person" />
408                <data android:mimeType="vnd.android.cursor.item/person" />
409            </intent-filter>
410        </activity>
411
412        <!-- Flushes the QuickContact IntentCache -->
413        <receiver android:name=".quickcontact.PackageIntentReceiver">
414            <intent-filter>
415                <action android:name="android.intent.action.PACKAGE_ADDED" />
416                <data android:scheme="package" />
417            </intent-filter>
418            <intent-filter>
419                <action android:name="android.intent.action.PACKAGE_REPLACED" />
420                <data android:scheme="package" />
421            </intent-filter>
422            <intent-filter>
423                <action android:name="android.intent.action.PACKAGE_REMOVED" />
424                <data android:scheme="package" />
425            </intent-filter>
426            <intent-filter>
427                <action android:name="android.intent.action.PACKAGE_CHANGED" />
428                <data android:scheme="package" />
429            </intent-filter>
430        </receiver>
431
432        <activity-alias android:name="ContactShortcut"
433            android:targetActivity=".activities.ContactSelectionActivity"
434            android:label="@string/shortcutContact"
435            android:icon="@mipmap/ic_launcher_shortcut_contact">
436
437            <intent-filter>
438                <action android:name="android.intent.action.CREATE_SHORTCUT" />
439                <category android:name="android.intent.category.DEFAULT" />
440            </intent-filter>
441
442        </activity-alias>
443
444        <activity-alias android:name="alias.DialShortcut"
445            android:targetActivity=".activities.ContactSelectionActivity"
446            android:label="@string/shortcutDialContact"
447            android:icon="@mipmap/ic_launcher_shortcut_directdial"
448            android:enabled="@*android:bool/config_voice_capable">
449
450            <intent-filter>
451                <action android:name="android.intent.action.CREATE_SHORTCUT" />
452                <category android:name="android.intent.category.DEFAULT" />
453                <category android:name="android.intent.category.CAR_MODE" />
454            </intent-filter>
455
456        </activity-alias>
457
458        <activity-alias android:name="alias.MessageShortcut"
459            android:targetActivity=".activities.ContactSelectionActivity"
460            android:label="@string/shortcutMessageContact"
461            android:icon="@mipmap/ic_launcher_shortcut_directmessage"
462            android:enabled="@*android:bool/config_voice_capable">
463
464            <intent-filter>
465                <action android:name="android.intent.action.CREATE_SHORTCUT" />
466                <category android:name="android.intent.category.DEFAULT" />
467            </intent-filter>
468
469        </activity-alias>
470
471        <activity android:name="CallDetailActivity"
472            android:label="@string/callDetailTitle"
473            android:theme="@style/CallDetailActivityTheme"
474            android:screenOrientation="nosensor"
475            android:icon="@mipmap/ic_launcher_phone"
476            android:taskAffinity="android.task.contacts.phone"
477        >
478            <intent-filter>
479                <action android:name="android.intent.action.VIEW" />
480                <category android:name="android.intent.category.DEFAULT" />
481                <data android:mimeType="vnd.android.cursor.item/calls" />
482            </intent-filter>
483        </activity>
484
485        <!-- Views the details of a single contact -->
486        <activity android:name=".activities.ContactDetailActivity"
487            android:label="@string/viewContactTitle"
488            android:theme="@style/DetailActivityTheme">
```

```
489
490                <intent-filter android:label="@string/viewContactDesription">
491                    <action android:name="android.intent.action.VIEW" />
492                    <category android:name="android.intent.category.DEFAULT" />
493                    <data android:mimeType="vnd.android.cursor.item/person" />
494                    <data android:mimeType="vnd.android.cursor.item/contact" />
495                    <data android:mimeType="vnd.android.cursor.item/raw_contact" />
496                </intent-filter>
497            </activity>
498
499            <!-- Confirm that a single detail will be added to an existing contact -->
500            <activity
501                android:name=".activities.ConfirmAddDetailActivity"
502                android:label="@string/activity_title_confirm_add_detail"
503                android:theme="@style/ConfirmAddDetailDialogTheme"
504                android:windowSoftInputMode="adjustResize"
505                android:exported="false"/>
506
507            <!-- Accounts changed prompt that can appear when creating a new contact. -->
508            <activity
509                android:name=".activities.ContactEditorAccountsChangedActivity"
510                android:theme="@style/ContactEditorAccountsChangedActivityTheme"
511                android:windowSoftInputMode="adjustResize"
512                android:exported="false"/>
513
514            <!-- Create a new or edit an existing contact -->
515            <activity
516                android:name=".activities.ContactEditorActivity"
517                android:theme="@style/EditorActivityTheme"
518                android:windowSoftInputMode="adjustResize">
519
520                <intent-filter android:label="@string/editContactDescription">
521                    <action android:name="android.intent.action.EDIT" />
522                    <category android:name="android.intent.category.DEFAULT" />
523                    <data android:mimeType="vnd.android.cursor.item/person" />
524                    <data android:mimeType="vnd.android.cursor.item/contact" />
525                    <data android:mimeType="vnd.android.cursor.item/raw_contact" />
526                </intent-filter>
527                <intent-filter android:label="@string/insertContactDescription">
528                    <action android:name="android.intent.action.INSERT" />
529                    <category android:name="android.intent.category.DEFAULT" />
530                    <data android:mimeType="vnd.android.cursor.dir/person" />
531                    <data android:mimeType="vnd.android.cursor.dir/contact" />
532                    <data android:mimeType="vnd.android.cursor.dir/raw_contact" />
533                </intent-filter>
534            </activity>
535
536            <activity android:name=".test.FragmentTestActivity">
537                <intent-filter>
538                    <category android:name="android.intent.category.TEST" />
539                </intent-filter>
540            </activity>
541
542            <!-- Stub service used to keep our process alive long enough for
543                 background threads to finish their operations. -->
544            <service
545                android:name=".util.EmptyService"
546                android:exported="false" />
547
548            <!-- Service to save a contact -->
549            <service
550                android:name=".ContactSaveService"
551                android:exported="false" />
552
553            <!-- Attaches a photo to a contact. Started from external applications -->
554            <activity android:name=".activities.AttachPhotoActivity"
555                android:label="@string/attach_photo_dialog_title"
556                android:taskAffinity="">
557                <intent-filter>
558                    <action android:name="android.intent.action.ATTACH_DATA" />
559                    <data android:mimeType="image/*" />
560                    <category android:name="android.intent.category.DEFAULT" />
561                </intent-filter>
562                />
563            </activity>
564
565            <!-- Interstitial activity that shows a phone disambig dialog -->
566            <activity android:name="CallContactActivity"
567                android:theme="@android:style/Theme.Translucent">
568            </activity>
569
570            <!-- LIVE FOLDERS -->
```

```
571                <activity
572                    android:name=".ContactsLiveFolders$AllContacts"
573                    android:label="@string/liveFolderAll"
574                    android:icon="@mipmap/ic_launcher_folder_live_contacts">
575                    <intent-filter>
576                        <action android:name="android.intent.action.CREATE_LIVE_FOLDER" />
577                        <category android:name="android.intent.category.DEFAULT" />
578                    </intent-filter>
579                </activity>
580
581                <activity
582                    android:name=".ContactsLiveFolders$StarredContacts"
583                    android:label="@string/liveFolderFavorites"
584                    android:icon="@mipmap/ic_launcher_folder_live_contacts_starred">
585                    <intent-filter>
586                        <action android:name="android.intent.action.CREATE_LIVE_FOLDER" />
587                        <category android:name="android.intent.category.DEFAULT" />
588                    </intent-filter>
589                </activity>
590
591                <activity
592                    android:name=".ContactsLiveFolders$PhoneContacts"
593                    android:label="@string/liveFolderPhone"
594                    android:icon="@mipmap/ic_launcher_folder_live_contacts_phone">
595                    <intent-filter>
596                        <action android:name="android.intent.action.CREATE_LIVE_FOLDER" />
597                        <category android:name="android.intent.category.DEFAULT" />
598                    </intent-filter>
599                </activity>
600
601                <!-- vCard related -->
602                <activity android:name=".vcard.ImportVCardActivity"
603                    android:configChanges="orientation|screenSize|keyboardHidden"
604                    android:theme="@style/BackgroundOnlyTheme">
605                    <intent-filter>
606                        <action android:name="android.intent.action.VIEW" />
607                        <data android:mimeType="text/directory" />
608                        <data android:mimeType="text/vcard" />
609                        <data android:mimeType="text/x-vcard" />
610                        <data android:mimeType="text/x-vCard" />
611                        <category android:name="android.intent.category.DEFAULT" />
612                    </intent-filter>
613                </activity>
614
615                <activity android:name=".vcard.NfcImportVCardActivity"
616                    android:configChanges="orientation|screenSize|keyboardHidden"
617                    android:theme="@style/BackgroundOnlyTheme">
618                    <intent-filter>
619                        <action android:name="android.nfc.action.NDEF_DISCOVERED" />
620                        <data android:mimeType="text/vcard" />
621                        <data android:mimeType="text/x-vcard" />
622                        <data android:mimeType="text/x-vCard" />
623                        <category android:name="android.intent.category.DEFAULT" />
624                    </intent-filter>
625                </activity>
626
627                <activity android:name=".vcard.CancelActivity"
628                    android:theme="@style/BackgroundOnlyTheme" />
629
630                <activity android:name=".vcard.SelectAccountActivity"
631                    android:theme="@style/BackgroundOnlyTheme" />
632
633                <activity android:name=".vcard.ExportVCardActivity"
634                    android:theme="@style/BackgroundOnlyTheme" />
635
636                <service
637                    android:name=".vcard.VCardService"
638                    android:exported="false" />
639
640                <!-- Pinned header list demo -->
641                <activity android:name=".widget.PinnedHeaderListDemoActivity">
642                    <intent-filter>
643                        <action android:name="android.intent.action.MAIN" />
644                        <category android:name="android.intent.category.DEFAULT" />
645                    </intent-filter>
646                </activity>
647
648                <!-- The widget that shows details and the social stream of a contact -->
649                <receiver android:name=".socialwidget.SocialWidgetProvider"
650                    android:label="@string/social_widget_label" >
651                    <intent-filter>
652                        <action android:name="android.appwidget.action.APPWIDGET_UPDATE" />
```

```
653                </intent-filter>
654                <meta-data android:name="android.appwidget.provider"
655                    android:resource="@xml/social_widget_info" />
656            </receiver>
657
658            <receiver android:name=".calllog.CallLogReceiver">
659                <intent-filter>
660                    <action android:name="android.intent.action.NEW_VOICEMAIL" />
661                    <data
662                        android:scheme="content"
663                        android:host="com.android.voicemail"
664                        android:mimeType="vnd.android.cursor.item/voicemail"
665                    />
666                </intent-filter>
667                <intent-filter android:priority="100">
668                     <action android:name="android.intent.action.BOOT_COMPLETED"/>
669                </intent-filter>
670            </receiver>
671
672            <activity
673                android:name=".socialwidget.SocialWidgetConfigureActivity"
674                android:theme="@android:style/Theme.Translucent.NoTitleBar" >
675                <intent-filter>
676                    <action android:name="android.intent.action.APPWIDGET_PICK" />
677                </intent-filter>
678            </activity>
679
680            <service
681                android:name=".calllog.CallLogNotificationsService"
682                android:exported="false"
683            />
684        </application>
685 </manifest>
```

```xml
1   <manifest xmlns:android="http://schemas.android.com/apk/res/android"
2             package="com.android.providers.contacts"
3             android:sharedUserId="android.uid.shared"
4             android:sharedUserLabel="@string/sharedUserLabel">
5
6       <permission
7               android:name="com.android.voicemail.permission.READ_WRITE_ALL_VOICEMAIL"
8               android:label="@string/read_write_all_voicemail_label"
9               android:description="@string/read_write_all_voicemail_description"
10              android:permissionGroup="android.permission-group.PERSONAL_INFO"
11              android:protectionLevel="signature"
12              />
13
14      <uses-permission android:name="android.permission.READ_CONTACTS" />
15      <uses-permission android:name="android.permission.WRITE_CONTACTS" />
16      <uses-permission android:name="android.permission.GET_ACCOUNTS" />
17      <uses-permission android:name="android.permission.READ_SYNC_STATS" />
18      <uses-permission android:name="android.permission.INTERNET" />
19      <uses-permission android:name="android.permission.USE_CREDENTIALS" />
20      <uses-permission android:name="com.google.android.googleapps.permission.GOOGLE_AUTH" />
21      <uses-permission android:name="com.google.android.googleapps.permission.GOOGLE_AUTH.cp" />
22      <uses-permission android:name="android.permission.SUBSCRIBED_FEEDS_READ" />
23      <uses-permission android:name="android.permission.SUBSCRIBED_FEEDS_WRITE" />
24      <uses-permission android:name="android.permission.ACCESS_FINE_LOCATION" />
25      <uses-permission android:name="android.permission.ACCESS_COARSE_LOCATION" />
26
27      <application android:process="android.process.acore"
28          android:label="@string/app_label"
29          android:icon="@drawable/app_icon">
30
31          <provider android:name="ContactsProvider2"
32              android:authorities="contacts;com.android.contacts"
33              android:label="@string/provider_label"
34              android:multiprocess="false"
35              android:readPermission="android.permission.READ_CONTACTS"
36              android:writePermission="android.permission.WRITE_CONTACTS">
37              <path-permission
38                      android:pathPrefix="/search_suggest_query"
39                      android:readPermission="android.permission.GLOBAL_SEARCH" />
40              <path-permission
41                      android:pathPrefix="/search_suggest_shortcut"
42                      android:readPermission="android.permission.GLOBAL_SEARCH" />
43              <path-permission
44                      android:pathPattern="/contacts/.*/photo"
45                      android:readPermission="android.permission.GLOBAL_SEARCH" />
46              <grant-uri-permission android:pathPattern=".*" />
47          </provider>
48
49          <provider android:name="CallLogProvider"
50              android:authorities="call_log"
51              android:syncable="false" android:multiprocess="false"
52              android:readPermission="android.permission.READ_CONTACTS"
53              android:writePermission="android.permission.WRITE_CONTACTS">
54          </provider>
55
56          <provider android:name="VoicemailContentProvider"
57              android:authorities="com.android.voicemail"
58              android:syncable="false" android:multiprocess="false"
59              android:permission="com.android.voicemail.permission.ADD_VOICEMAIL">
60          </provider>
61
62          <!-- TODO: create permissions for social data -->
63          <provider android:name="SocialProvider"
64              android:authorities="com.android.social"
65              android:syncable="false"
66              android:multiprocess="false"
67              android:readPermission="android.permission.READ_CONTACTS"
68              android:writePermission="android.permission.WRITE_CONTACTS" />
69
70          <!-- Handles database upgrades after OTAs, then disables itself -->
71          <receiver android:name="ContactsUpgradeReceiver">
72              <!-- This broadcast is sent after the core system has finished
73                   booting, before the home app is launched or BOOT_COMPLETED
74                   is sent. -->
75              <intent-filter>
76                  <action android:name="android.intent.action.PRE_BOOT_COMPLETED"/>
77              </intent-filter>
78          </receiver>
79
80          <receiver android:name="PackageIntentReceiver">
81              <intent-filter>
82                  <action android:name="android.intent.action.PACKAGE_ADDED" />
```

```xml
83                <data android:scheme="home" />
84            </intent-filter>
85            <intent-filter>
86                <action android:name="android.intent.action.PACKAGE_REPLACED" />
87                <data android:scheme="package" />
88            </intent-filter>
89            <intent-filter>
90                <action android:name="android.intent.action.PACKAGE_REMOVED" />
91                <data android:scheme="package" />
92            </intent-filter>
93            <intent-filter>
94                <action android:name="android.intent.action.PACKAGE_CHANGED" />
95                <data android:scheme="package" />
96            </intent-filter>
97        </receiver>
98
99        <receiver android:name="LocaleChangeReceiver">
100            <intent-filter>
101                <action android:name="android.intent.action.LOCALE_CHANGED"/>
102            </intent-filter>
103        </receiver>
104
105        <service android:name="VoicemailCleanupService"/>
106    </application>
107 </manifest>
```