# EXHIBIT G

Case 5:12-cv-00630-LHK    Document 117-7    Filed 04/23/12    Page 2 of 105

```java
1   /*
2    * Copyright (C) 2009 The Android Open Source Project
3    *
4    * Licensed under the Apache License, Version 2.0 (the "License");
5    * you may not use this file except in compliance with the License.
6    * You may obtain a copy of the License at
7    *
8    *      http://www.apache.org/licenses/LICENSE-2.0
9    *
10   * Unless required by applicable law or agreed to in writing, software
11   * distributed under the License is distributed on an "AS IS" BASIS,
12   * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
13   * See the License for the specific language governing permissions and
14   * limitations under the License
15   */
16
17  package android.provider;
18
19  import android.accounts.Account;
20  import android.app.Activity;
21  import android.content.ContentProviderClient;
22  import android.content.ContentProviderOperation;
23  import android.content.ContentResolver;
24  import android.content.ContentUris;
25  import android.content.ContentValues;
26  import android.content.Context;
27  import android.content.CursorEntityIterator;
28  import android.content.Entity;
29  import android.content.EntityIterator;
30  import android.content.Intent;
31  import android.content.res.AssetFileDescriptor;
32  import android.content.res.Resources;
33  import android.database.Cursor;
34  import android.database.DatabaseUtils;
35  import android.graphics.Rect;
36  import android.net.Uri;
37  import android.os.Bundle;
38  import android.os.RemoteException;
39  import android.text.TextUtils;
40  import android.util.DisplayMetrics;
41  import android.util.Pair;
42  import android.view.View;
43
44  import java.io.ByteArrayInputStream;
45  import java.io.IOException;
46  import java.io.InputStream;
47  import java.util.ArrayList;
48  import java.util.List;
49  import java.util.regex.Matcher;
50  import java.util.regex.Pattern;
51
52  /**
53   * <p>
54   * The contract between the contacts provider and applications. Contains
55   * definitions for the supported URIs and columns. These APIs supersede
56   * {@link Contacts}.
57   * </p>
58   * <h3>Overview</h3>
59   * <p>
60   * ContactsContract defines an extensible database of contact-related
61   * information. Contact information is stored in a three-tier data model:
62   * </p>
63   * <ul>
64   * <li>
65   * A row in the {@link Data} table can store any kind of personal data, such
66   * as a phone number or email addresses.  The set of data kinds that can be
67   * stored in this table is open-ended. There is a predefined set of common
68   * kinds, but any application can add its own data kinds.
69   * </li>
70   * <li>
71   * A row in the {@link RawContacts} table represents a set of data describing a
72   * person and associated with a single account (for example, one of the user's
73   * Gmail accounts).
74   * </li>
75   * <li>
76   * A row in the {@link Contacts} table represents an aggregate of one or more
77   * RawContacts presumably describing the same person.  When data in or associated with
78   * the RawContacts table is changed, the affected aggregate contacts are updated as
79   * necessary.
80   * </li>
81   * </ul>
82   * <p>
```

Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 3 of 105

```
 83    * Other Gasse5:12lov-
 84    * </p>
 85    * <ul>
 86    * <li>
 87    * {@link Groups}, which contains information about raw contact groups
 88    * such as Gmail contact groups.  The
 89    * current API does not support the notion of groups spanning multiple accounts.
 90    * </li>
 91    * <li>
 92    * {@link StatusUpdates}, which contains social status updates including IM
 93    * availability.
 94    * </li>
 95    * <li>
 96    * {@link AggregationExceptions}, which is used for manual aggregation and
 97    * disaggregation of raw contacts
 98    * </li>
 99    * <li>
100    * {@link Settings}, which contains visibility and sync settings for accounts
101    * and groups.
102    * </li>
103    * <li>
104    * {@link SyncState}, which contains free-form data maintained on behalf of sync
105    * adapters
106    * </li>
107    * <li>
108    * {@link PhoneLookup}, which is used for quick caller-ID lookup</li>
109    * </ul>
110    */
111   @SuppressWarnings("unused")
112   public final class ContactsContract {
113       /** The authority for the contacts provider */
114       public static final String AUTHORITY = "com.android.contacts";
115       /** A content:// style uri to the authority for the contacts provider */
116       public static final Uri AUTHORITY_URI = Uri.parse("content://" + AUTHORITY);
117
118       /**
119        * An optional URI parameter for insert, update, or delete queries
120        * that allows the caller
121        * to specify that it is a sync adapter. The default value is false. If true
122        * {@link RawContacts#DIRTY} is not automatically set and the
123        * "syncToNetwork" parameter is set to false when calling
124        * {@link
125        * ContentResolver#notifyChange(android.net.Uri, android.database.ContentObserver, boolean
       )}.
126        * This prevents an unnecessary extra synchronization, see the discussion of
127        * the delete operation in {@link RawContacts}.
128        */
129       public static final String CALLER_IS_SYNCADAPTER = "caller_is_syncadapter";
130
131       /**
132        * Query parameter that should be used by the client to access a specific
133        * {@link Directory}. The parameter value should be the _ID of the corresponding
134        * directory, e.g.
135        * {@code content://com.android.contacts/data/emails/filter/acme?directory=3}
136        */
137       public static final String DIRECTORY_PARAM_KEY = "directory";
138
139       /**
140        * A query parameter that limits the number of results returned. The
141        * parameter value should be an integer.
142        */
143       public static final String LIMIT_PARAM_KEY = "limit";
144
145       /**
146        * A query parameter specifing a primary account. This parameter should be used with
147        * {@link #PRIMARY_ACCOUNT_TYPE}. The contacts provider handling a query may rely on
148        * this information to optimize its query results.
149        *
150        * For example, in an email composition screen, its implementation can specify an account
       when
151        * obtaining possible recipients, letting the provider know which account is selected duri
       ng
152        * the composition. The provider may use the "primary account" information to optimize
153        * the search result.
154        */
155       public static final String PRIMARY_ACCOUNT_NAME = "name_for_primary_account";
156
157       /**
158        * A query parameter specifing a primary account. This parameter should be used with
159        * {@link #PRIMARY_ACCOUNT_NAME}. See the doc in {@link #PRIMARY_ACCOUNT_NAME}.
160        */
161       public static final String PRIMARY_ACCOUNT_TYPE = "type_for_primary_account";
```

```
162
163     /**
164      * A boolean parameter for {@link Contacts#CONTENT_STREQUENT_URI} and
165      * {@link Contacts#CONTENT_STREQUENT_FILTER_URI}, which requires the ContactsProvider to
166      * return only phone-related results. For example, frequently contacted person list should
167      * include persons contacted via phone (not email, sms, etc.)
168      *
169      * @hide
170      */
171     public static final String STREQUENT_PHONE_ONLY = "strequent_phone_only";
172
173     /**
174      * A key to a boolean in the "extras" bundle of the cursor.
175      * The boolean indicates that the provider did not create a snippet and that the client as
king
176      * for the snippet should do it (true means the snippeting was deferred to the client).
177      *
178      * @hide
179      */
180     public static final String DEFERRED_SNIPPETING = "deferred_snippeting";
181
182     /**
183      * Key to retrieve the original query on the client side.
184      *
185      * @hide
186      */
187     public static final String DEFERRED_SNIPPETING_QUERY = "deferred_snippeting_query";
188
189     /**
190      * <p>
191      * API for obtaining a pre-authorized version of a URI that normally requires special
192      * permission (beyond READ_CONTACTS) to read.  The caller obtaining the pre-authorized URI
193      * must already have the necessary permissions to access the URI; otherwise a
194      * {@link SecurityException} will be thrown.
195      * </p>
196      * <p>
197      * The authorized URI returned in the bundle contains an expiring token that allows the
198      * caller to execute the query without having the special permissions that would normally
199      * be required.
200      * </p>
201      * <p>
202      * This API does not access disk, and should be safe to invoke from the UI thread.
203      * </p>
204      * <p>
205      * Example usage:
206      * <pre>
207      * Uri profileUri = ContactsContract.Profile.CONTENT_VCARD_URI;
208      * Bundle uriBundle = new Bundle();
209      * uriBundle.putParcelable(ContactsContract.Authorization.KEY_URI_TO_AUTHORIZE, uri);
210      * Bundle authResponse = getContext().getContentResolver().call(
211      *         ContactsContract.AUTHORITY_URI,
212      *         ContactsContract.Authorization.AUTHORIZATION_METHOD,
213      *         null, // String arg, not used.
214      *         uriBundle);
215      * if (authResponse != null) {
216      *     Uri preauthorizedProfileUri = (Uri) authResponse.getParcelable(
217      *             ContactsContract.Authorization.KEY_AUTHORIZED_URI);
218      *     // This pre-authorized URI can be queried by a caller without READ_PROFILE
219      *     // permission.
220      * }
221      * </pre>
222      * </p>
223      * @hide
224      */
225     public static final class Authorization {
226         /**
227          * The method to invoke to create a pre-authorized URI out of the input argument.
228          */
229         public static final String AUTHORIZATION_METHOD = "authorize";
230
231         /**
232          * The key to set in the outbound Bundle with the URI that should be authorized.
233          */
234         public static final String KEY_URI_TO_AUTHORIZE = "uri_to_authorize";
235
236         /**
237          * The key to retrieve from the returned Bundle to obtain the pre-authorized URI.
238          */
239         public static final String KEY_AUTHORIZED_URI = "authorized_uri";
240     }
241
242     /**
```

Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 5 of 105

```
243         * @hide
244         */
245        public static final class Preferences {
246
247            /**
248             * A key in the {@link android.provider.Settings android.provider.Settings} provider
249             * that stores the preferred sorting order for contacts (by given name vs. by family n
ame).
250             *
251             * @hide
252             */
253            public static final String SORT_ORDER = "android.contacts.SORT_ORDER";
254
255            /**
256             * The value for the SORT_ORDER key corresponding to sorting by given name first.
257             *
258             * @hide
259             */
260            public static final int SORT_ORDER_PRIMARY = 1;
261
262            /**
263             * The value for the SORT_ORDER key corresponding to sorting by family name first.
264             *
265             * @hide
266             */
267            public static final int SORT_ORDER_ALTERNATIVE = 2;
268
269            /**
270             * A key in the {@link android.provider.Settings android.provider.Settings} provider
271             * that stores the preferred display order for contacts (given name first vs. family
272             * name first).
273             *
274             * @hide
275             */
276            public static final String DISPLAY_ORDER = "android.contacts.DISPLAY_ORDER";
277
278            /**
279             * The value for the DISPLAY_ORDER key corresponding to showing the given name first.
280             *
281             * @hide
282             */
283            public static final int DISPLAY_ORDER_PRIMARY = 1;
284
285            /**
286             * The value for the DISPLAY_ORDER key corresponding to showing the family name first.
287             *
288             * @hide
289             */
290            public static final int DISPLAY_ORDER_ALTERNATIVE = 2;
291        }
292
293        /**
294         * A Directory represents a contacts corpus, e.g. Local contacts,
295         * Google Apps Global Address List or Corporate Global Address List.
296         * <p>
297         * A Directory is implemented as a content provider with its unique authority and
298         * the same API as the main Contacts Provider.  However, there is no expectation that
299         * every directory provider will implement this Contract in its entirety.  If a
300         * directory provider does not have an implementation for a specific request, it
301         * should throw an UnsupportedOperationException.
302         * </p>
303         * <p>
304         * The most important use case for Directories is search.  A Directory provider is
305         * expected to support at least {@link ContactsContract.Contacts#CONTENT_FILTER_URI
306         * Contacts.CONTENT_FILTER_URI}.  If a Directory provider wants to participate
307         * in email and phone lookup functionalities, it should also implement
308         * {@link CommonDataKinds.Email#CONTENT_FILTER_URI CommonDataKinds.Email.CONTENT_FILTER_UR
I}
309         * and
310         * {@link CommonDataKinds.Phone#CONTENT_FILTER_URI CommonDataKinds.Phone.CONTENT_FILTER_UR
I}.
311         * </p>
312         * <p>
313         * A directory provider should return NULL for every projection field it does not
314         * recognize, rather than throwing an exception.  This way it will not be broken
315         * if ContactsContract is extended with new fields in the future.
316         * </p>
317         * <p>
318         * The client interacts with a directory via Contacts Provider by supplying an
319         * optional {@code directory=} query parameter.
320         * <p>
321         * <p>
```

```
322      *  When the contact is connected the request to the directory, it forwards
323      *  the request to the corresponding directory content provider.
324      *  The URI is transformed in the following fashion:
325      *  <ul>
326      *  <li>The URI authority is replaced with the corresponding {@link #DIRECTORY_AUTHORITY}.<
/li>
327      *  <li>The {@code accountName=} and {@code accountType=} parameters are added or
328      *  replaced using the corresponding {@link #ACCOUNT_TYPE} and {@link #ACCOUNT_NAME} values
.</li>
329      *  </ul>
330      *  </p>
331      *  <p>
332      *  Clients should send directory requests to Contacts Provider and let it
333      *  forward them to the respective providers rather than constructing
334      *  directory provider URIs by themselves. This level of indirection allows
335      *  Contacts Provider to implement additional system-level features and
336      *  optimizations. Access to Contacts Provider is protected by the
337      *  READ_CONTACTS permission, but access to the directory provider is not.
338      *  Therefore directory providers must reject requests coming from clients
339      *  other than the Contacts Provider itself. An easy way to prevent such
340      *  unauthorized access is to check the name of the calling package:
341      *  <pre>
342      *  private boolean isCallerAllowed() {
343      *    PackageManager pm = getContext().getPackageManager();
344      *    for (String packageName: pm.getPackagesForUid(Binder.getCallingUid())) {
345      *      if (packageName.equals("com.android.providers.contacts")) {
346      *        return true;
347      *      }
348      *    }
349      *    return false;
350      *  }
351      *  </pre>
352      *  </p>
353      *  <p>
354      *  The Directory table is read-only and is maintained by the Contacts Provider
355      *  automatically.
356      *  </p>
357      *  <p>It always has at least these two rows:
358      *  <ul>
359      *  <li>
360      *  The local directory. It has {@link Directory#_ID Directory._ID} =
361      *  {@link Directory#DEFAULT Directory.DEFAULT}. This directory can be used to access local
ly
362      *  stored contacts. The same can be achieved by omitting the {@code directory=}
363      *  parameter altogether.
364      *  </li>
365      *  <li>
366      *  The local invisible contacts. The corresponding directory ID is
367      *  {@link Directory#LOCAL_INVISIBLE Directory.LOCAL_INVISIBLE}.
368      *  </li>
369      *  </ul>
370      *  </p>
371      *  <p>Custom Directories are discovered by the Contacts Provider following this procedure:
372      *  <ul>
373      *  <li>It finds all installed content providers with meta data identifying them
374      *  as directory providers in AndroidManifest.xml:
375      *  <code>
376      *  &lt;meta-data android:name="android.content.ContactDirectory"
377      *                  android:value="true" /&gt;
378      *  </code>
379      *  <p>
380      *  This tag should be placed inside the corresponding content provider declaration.
381      *  </p>
382      *  </li>
383      *  <li>
384      *  Then Contacts Provider sends a {@link Directory#CONTENT_URI Directory.CONTENT_URI}
385      *  query to each of the directory authorities.  A directory provider must implement
386      *  this query and return a list of directories.  Each directory returned by
387      *  the provider must have a unique combination for the {@link #ACCOUNT_NAME} and
388      *  {@link #ACCOUNT_TYPE} columns (nulls are allowed).  Since directory IDs are assigned
389      *  automatically, the _ID field will not be part of the query projection.
390      *  </li>
391      *  <li>Contacts Provider compiles directory lists received from all directory
392      *  providers into one, assigns each individual directory a globally unique ID and
393      *  stores all directory records in the Directory table.
394      *  </li>
395      *  </ul>
396      *  </p>
397      *  <p>Contacts Provider automatically interrogates newly installed or replaced packages.
398      *  Thus simply installing a package containing a directory provider is sufficient
399      *  to have that provider registered.  A package supplying a directory provider does
400      *  not have to contain launchable activities.
```

```
401         * </p>
402         * <p>
403         * Every row in the Directory table is automatically associated with the corresponding pac
kage
404         * (apk).  If the package is later uninstalled, all corresponding directory rows
405         * are automatically removed from the Contacts Provider.
406         * </p>
407         * <p>
408         * When the list of directories handled by a directory provider changes
409         * (for instance when the user adds a new Directory account), the directory provider
410         * should call {@link #notifyDirectoryChange} to notify the Contacts Provider of the chang
e.
411         * In response, the Contacts Provider will requery the directory provider to obtain the
412         * new list of directories.
413         * </p>
414         * <p>
415         * A directory row can be optionally associated with an existing account
416         * (see {@link android.accounts.AccountManager}). If the account is later removed,
417         * the corresponding directory rows are automatically removed from the Contacts Provider.
418         * </p>
419         */
420        public static final class Directory implements BaseColumns {
421
422            /**
423             * Not instantiable.
424             */
425            private Directory() {
426            }
427
428            /**
429             * The content:// style URI for this table.  Requests to this URI can be
430             * performed on the UI thread because they are always unblocking.
431             */
432            public static final Uri CONTENT_URI =
433                    Uri.withAppendedPath(AUTHORITY_URI, "directories");
434
435            /**
436             * The MIME-type of {@link #CONTENT_URI} providing a directory of
437             * contact directories.
438             */
439            public static final String CONTENT_TYPE =
440                    "vnd.android.cursor.dir/contact_directories";
441
442            /**
443             * The MIME type of a {@link #CONTENT_URI} item.
444             */
445            public static final String CONTENT_ITEM_TYPE =
446                    "vnd.android.cursor.item/contact_directory";
447
448            /**
449             * _ID of the default directory, which represents locally stored contacts.
450             */
451            public static final long DEFAULT = 0;
452
453            /**
454             * _ID of the directory that represents locally stored invisible contacts.
455             */
456            public static final long LOCAL_INVISIBLE = 1;
457
458            /**
459             * The name of the package that owns this directory. Contacts Provider
460             * fill it in with the name of the package containing the directory provider.
461             * If the package is later uninstalled, the directories it owns are
462             * automatically removed from this table.
463             *
464             * <p>TYPE: TEXT</p>
465             */
466            public static final String PACKAGE_NAME = "packageName";
467
468            /**
469             * The type of directory captured as a resource ID in the context of the
470             * package {@link #PACKAGE_NAME}, e.g. "Corporate Directory"
471             *
472             * <p>TYPE: INTEGER</p>
473             */
474            public static final String TYPE_RESOURCE_ID = "typeResourceId";
475
476            /**
477             * An optional name that can be used in the UI to represent this directory,
478             * e.g. "Acme Corp"
479             * <p>TYPE: text</p>
480             */
```

Case 5:12-cv-00630-LHK  Document 117-4  Filed 04/23/12   Page 8 of 105

```
481    public static final String DIRECTORY_AUTHORITY = "authority";
482
483        /**
484         * <p>
485         * The authority of the Directory Provider. Contacts Provider will
486         * use this authority to forward requests to the directory provider.
487         * A directory provider can leave this column empty - Contacts Provider will fill it i
n.
488         * </p>
489         * <p>
490         * Clients of this API should not send requests directly to this authority.
491         * All directory requests must be routed through Contacts Provider.
492         * </p>
493         *
494         * <p>TYPE: text</p>
495         */
496        public static final String DIRECTORY_AUTHORITY = "authority";
497
498        /**
499         * The account type which this directory is associated.
500         *
501         * <p>TYPE: text</p>
502         */
503        public static final String ACCOUNT_TYPE = "accountType";
504
505        /**
506         * The account with which this directory is associated. If the account is later
507         * removed, the directories it owns are automatically removed from this table.
508         *
509         * <p>TYPE: text</p>
510         */
511        public static final String ACCOUNT_NAME = "accountName";
512
513        /**
514         * One of {@link #EXPORT_SUPPORT_NONE}, {@link #EXPORT_SUPPORT_ANY_ACCOUNT},
515         * {@link #EXPORT_SUPPORT_SAME_ACCOUNT_ONLY}. This is the expectation the
516         * directory has for data exported from it.  Clients must obey this setting.
517         */
518        public static final String EXPORT_SUPPORT = "exportSupport";
519
520        /**
521         * An {@link #EXPORT_SUPPORT} setting that indicates that the directory
522         * does not allow any data to be copied out of it.
523         */
524        public static final int EXPORT_SUPPORT_NONE = 0;
525
526        /**
527         * An {@link #EXPORT_SUPPORT} setting that indicates that the directory
528         * allow its data copied only to the account specified by
529         * {@link #ACCOUNT_TYPE}/{@link #ACCOUNT_NAME}.
530         */
531        public static final int EXPORT_SUPPORT_SAME_ACCOUNT_ONLY = 1;
532
533        /**
534         * An {@link #EXPORT_SUPPORT} setting that indicates that the directory
535         * allow its data copied to any contacts account.
536         */
537        public static final int EXPORT_SUPPORT_ANY_ACCOUNT = 2;
538
539        /**
540         * One of {@link #SHORTCUT_SUPPORT_NONE}, {@link #SHORTCUT_SUPPORT_DATA_ITEMS_ONLY},
541         * {@link #SHORTCUT_SUPPORT_FULL}. This is the expectation the directory
542         * has for shortcuts created for its elements. Clients must obey this setting.
543         */
544        public static final String SHORTCUT_SUPPORT = "shortcutSupport";
545
546        /**
547         * An {@link #SHORTCUT_SUPPORT} setting that indicates that the directory
548         * does not allow any shortcuts created for its contacts.
549         */
550        public static final int SHORTCUT_SUPPORT_NONE = 0;
551
552        /**
553         * An {@link #SHORTCUT_SUPPORT} setting that indicates that the directory
554         * allow creation of shortcuts for data items like email, phone or postal address,
555         * but not the entire contact.
556         */
557        public static final int SHORTCUT_SUPPORT_DATA_ITEMS_ONLY = 1;
558
559        /**
560         * An {@link #SHORTCUT_SUPPORT} setting that indicates that the directory
561         * allow creation of shortcuts for contact as well as their constituent elements.
```

Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 9 of 105

```
562        public static final int SHORTCUT_SUPPORT_FULL = 2;
563
564
565        /**
566         * One of {@link #PHOTO_SUPPORT_NONE}, {@link #PHOTO_SUPPORT_THUMBNAIL_ONLY},
567         * {@link #PHOTO_SUPPORT_FULL}. This is a feature flag indicating the extent
568         * to which the directory supports contact photos.
569         */
570        public static final String PHOTO_SUPPORT = "photoSupport";
571
572        /**
573         * An {@link #PHOTO_SUPPORT} setting that indicates that the directory
574         * does not provide any photos.
575         */
576        public static final int PHOTO_SUPPORT_NONE = 0;
577
578        /**
579         * An {@link #PHOTO_SUPPORT} setting that indicates that the directory
580         * can only produce small size thumbnails of contact photos.
581         */
582        public static final int PHOTO_SUPPORT_THUMBNAIL_ONLY = 1;
583
584        /**
585         * An {@link #PHOTO_SUPPORT} setting that indicates that the directory
586         * has full-size contact photos, but cannot provide scaled thumbnails.
587         */
588        public static final int PHOTO_SUPPORT_FULL_SIZE_ONLY = 2;
589
590        /**
591         * An {@link #PHOTO_SUPPORT} setting that indicates that the directory
592         * can produce thumbnails as well as full-size contact photos.
593         */
594        public static final int PHOTO_SUPPORT_FULL = 3;
595
596        /**
597         * Notifies the system of a change in the list of directories handled by
598         * a particular directory provider. The Contacts provider will turn around
599         * and send a query to the directory provider for the full list of directories,
600         * which will replace the previous list.
601         */
602        public static void notifyDirectoryChange(ContentResolver resolver) {
603            // This is done to trigger a query by Contacts Provider back to the directory prov
ider.
604            // No data needs to be sent back, because the provider can infer the calling
605            // package from binder.
606            ContentValues contentValues = new ContentValues();
607            resolver.update(Directory.CONTENT_URI, contentValues, null, null);
608        }
609    }
610
611    /**
612     * @hide should be removed when users are updated to refer to SyncState
613     * @deprecated use SyncState instead
614     */
615    @Deprecated
616    public interface SyncStateColumns extends SyncStateContract.Columns {
617    }
618
619    /**
620     * A table provided for sync adapters to use for storing private sync state data for conta
cts.
621     *
622     * @see SyncStateContract
623     */
624    public static final class SyncState implements SyncStateContract.Columns {
625        /**
626         * This utility class cannot be instantiated
627         */
628        private SyncState() {}
629
630        public static final String CONTENT_DIRECTORY =
631            SyncStateContract.Constants.CONTENT_DIRECTORY;
632
633        /**
634         * The content:// style URI for this table
635         */
636        public static final Uri CONTENT_URI =
637            Uri.withAppendedPath(AUTHORITY_URI, CONTENT_DIRECTORY);
638
639        /**
640         * @see android.provider.SyncStateContract.Helpers#get
641         */
```

```
642                 throws RemoteException {
644             return SyncStateContract.Helpers.get(provider, CONTENT_URI, account);
645         }
646
647         /**
648          * @see android.provider.SyncStateContract.Helpers#get
649          */
650         public static Pair<Uri, byte[]> getWithUri(ContentProviderClient provider, Account acc
ount)
651                 throws RemoteException {
652             return SyncStateContract.Helpers.getWithUri(provider, CONTENT_URI, account);
653         }
654
655         /**
656          * @see android.provider.SyncStateContract.Helpers#set
657          */
658         public static void set(ContentProviderClient provider, Account account, byte[] data)
659                 throws RemoteException {
660             SyncStateContract.Helpers.set(provider, CONTENT_URI, account, data);
661         }
662
663         /**
664          * @see android.provider.SyncStateContract.Helpers#newSetOperation
665          */
666         public static ContentProviderOperation newSetOperation(Account account, byte[] data) {
667             return SyncStateContract.Helpers.newSetOperation(CONTENT_URI, account, data);
668         }
669     }
670
671
672     /**
673      * A table provided for sync adapters to use for storing private sync state data for the
674      * user's personal profile.
675      *
676      * @see SyncStateContract
677      */
678     public static final class ProfileSyncState implements SyncStateContract.Columns {
679         /**
680          * This utility class cannot be instantiated
681          */
682         private ProfileSyncState() {}
683
684         public static final String CONTENT_DIRECTORY =
685                 SyncStateContract.Constants.CONTENT_DIRECTORY;
686
687         /**
688          * The content:// style URI for this table
689          */
690         public static final Uri CONTENT_URI =
691                 Uri.withAppendedPath(Profile.CONTENT_URI, CONTENT_DIRECTORY);
692
693         /**
694          * @see android.provider.SyncStateContract.Helpers#get
695          */
696         public static byte[] get(ContentProviderClient provider, Account account)
697                 throws RemoteException {
698             return SyncStateContract.Helpers.get(provider, CONTENT_URI, account);
699         }
700
701         /**
702          * @see android.provider.SyncStateContract.Helpers#get
703          */
704         public static Pair<Uri, byte[]> getWithUri(ContentProviderClient provider, Account acc
ount)
705                 throws RemoteException {
706             return SyncStateContract.Helpers.getWithUri(provider, CONTENT_URI, account);
707         }
708
709         /**
710          * @see android.provider.SyncStateContract.Helpers#set
711          */
712         public static void set(ContentProviderClient provider, Account account, byte[] data)
713                 throws RemoteException {
714             SyncStateContract.Helpers.set(provider, CONTENT_URI, account, data);
715         }
716
717         /**
718          * @see android.provider.SyncStateContract.Helpers#newSetOperation
719          */
720         public static ContentProviderOperation newSetOperation(Account account, byte[] data) {
721             return SyncStateContract.Helpers.newSetOperation(CONTENT_URI, account, data);
```

Case 5:12-cv-00630-LHK    Document 117-7    Filed 04/23/12    Page 11 of 105

```java
722              }
723          }
724
725          /**
726           * Generic columns for use by sync adapters. The specific functions of
727           * these columns are private to the sync adapter. Other clients of the API
728           * should not attempt to either read or write this column.
729           *
730           * @see RawContacts
731           * @see Groups
732           */
733          protected interface BaseSyncColumns {
734
735              /** Generic column for use by sync adapters. */
736              public static final String SYNC1 = "sync1";
737              /** Generic column for use by sync adapters. */
738              public static final String SYNC2 = "sync2";
739              /** Generic column for use by sync adapters. */
740              public static final String SYNC3 = "sync3";
741              /** Generic column for use by sync adapters. */
742              public static final String SYNC4 = "sync4";
743          }
744
745          /**
746           * Columns that appear when each row of a table belongs to a specific
747           * account, including sync information that an account may need.
748           *
749           * @see RawContacts
750           * @see Groups
751           */
752          protected interface SyncColumns extends BaseSyncColumns {
753              /**
754               * The name of the account instance to which this row belongs, which when paired with
755               * {@link #ACCOUNT_TYPE} identifies a specific account.
756               * <P>Type: TEXT</P>
757               */
758              public static final String ACCOUNT_NAME = "account_name";
759
760              /**
761               * The type of account to which this row belongs, which when paired with
762               * {@link #ACCOUNT_NAME} identifies a specific account.
763               * <P>Type: TEXT</P>
764               */
765              public static final String ACCOUNT_TYPE = "account_type";
766
767              /**
768               * String that uniquely identifies this row to its source account.
769               * <P>Type: TEXT</P>
770               */
771              public static final String SOURCE_ID = "sourceid";
772
773              /**
774               * Version number that is updated whenever this row or its related data
775               * changes.
776               * <P>Type: INTEGER</P>
777               */
778              public static final String VERSION = "version";
779
780              /**
781               * Flag indicating that {@link #VERSION} has changed, and this row needs
782               * to be synchronized by its owning account.
783               * <P>Type: INTEGER (boolean)</P>
784               */
785              public static final String DIRTY = "dirty";
786          }
787
788          /**
789           * Columns of {@link ContactsContract.Contacts} that track the user's
790           * preferences for, or interactions with, the contact.
791           *
792           * @see Contacts
793           * @see RawContacts
794           * @see ContactsContract.Data
795           * @see PhoneLookup
796           * @see ContactsContract.Contacts.AggregationSuggestions
797           */
798          protected interface ContactOptionsColumns {
799              /**
800               * The number of times a contact has been contacted
801               * <P>Type: INTEGER</P>
802               */
803              public static final String TIMES_CONTACTED = "times_contacted";
```

```java
804        /**
805         * The last time a contact was contacted.
806         * <P>Type: INTEGER</P>
807         */
808        public static final String LAST_TIME_CONTACTED = "last_time_contacted";
809
810        /**
811         * Is the contact starred?
812         * <P>Type: INTEGER (boolean)</P>
813         */
814        public static final String STARRED = "starred";
815
816        /**
817         * URI for a custom ringtone associated with the contact. If null or missing,
818         * the default ringtone is used.
819         * <P>Type: TEXT (URI to the ringtone)</P>
820         */
821        public static final String CUSTOM_RINGTONE = "custom_ringtone";
822
823        /**
824         * Whether the contact should always be sent to voicemail. If missing,
825         * defaults to false.
826         * <P>Type: INTEGER (0 for false, 1 for true)</P>
827         */
828        public static final String SEND_TO_VOICEMAIL = "send_to_voicemail";
829    }
830
831    /**
832     * Columns of {@link ContactsContract.Contacts} that refer to intrinsic
833     * properties of the contact, as opposed to the user-specified options
834     * found in {@link ContactOptionsColumns}.
835     *
836     * @see Contacts
837     * @see ContactsContract.Data
838     * @see PhoneLookup
839     * @see ContactsContract.Contacts.AggregationSuggestions
840     */
841    protected interface ContactsColumns {
842        /**
843         * The display name for the contact.
844         * <P>Type: TEXT</P>
845         */
846        public static final String DISPLAY_NAME = ContactNameColumns.DISPLAY_NAME_PRIMARY;
847
848        /**
849         * Reference to the row in the RawContacts table holding the contact name.
850         * <P>Type: INTEGER REFERENCES raw_contacts(_id)</P>
851         * @hide
852         */
853        public static final String NAME_RAW_CONTACT_ID = "name_raw_contact_id";
854
855        /**
856         * Reference to the row in the data table holding the photo.  A photo can
857         * be referred to either by ID (this field) or by URI (see {@link #PHOTO_THUMBNAIL_URI
858 }
859         * and {@link #PHOTO_URI}).
860         * If PHOTO_ID is null, consult {@link #PHOTO_URI} or {@link #PHOTO_THUMBNAIL_URI},
861         * which is a more generic mechanism for referencing the contact photo, especially for
862         * contacts returned by non-local directories (see {@link Directory}).
863         *
864         * <P>Type: INTEGER REFERENCES data(_id)</P>
865         */
866        public static final String PHOTO_ID = "photo_id";
867
868        /**
869         * Photo file ID of the full-size photo.  If present, this will be used to populate
870         * {@link #PHOTO_URI}.  The ID can also be used with
871         * {@link ContactsContract.DisplayPhoto#CONTENT_URI} to create a URI to the photo.
872         * If this is present, {@link #PHOTO_ID} is also guaranteed to be populated.
873         *
874         * <P>Type: INTEGER</P>
875         */
876        public static final String PHOTO_FILE_ID = "photo_file_id";
877
878        /**
879         * A URI that can be used to retrieve the contact's full-size photo.
880         * If PHOTO_FILE_ID is not null, this will be populated with a URI based off
881         * {@link ContactsContract.DisplayPhoto#CONTENT_URI}.  Otherwise, this will
882         * be populated with the same value as {@link #PHOTO_THUMBNAIL_URI}.
883         * A photo can be referred to either by a URI (this field) or by ID
884         * (see {@link #PHOTO_ID}). If either PHOTO_FILE_ID or PHOTO_ID is not null,
```

```
885         * vice versa).  Thus using PHOTO_URI is a more robust method of retrieving
886         * contact photos.
887         *
888         *
889         * <P>Type: TEXT</P>
890         */
891        public static final String PHOTO_URI = "photo_uri";
892
893        /**
894         * A URI that can be used to retrieve a thumbnail of the contact's photo.
895         * A photo can be referred to either by a URI (this field or {@link #PHOTO_URI})
896         * or by ID (see {@link #PHOTO_ID}). If PHOTO_ID is not null, PHOTO_URI and
897         * PHOTO_THUMBNAIL_URI shall not be null (but not necessarily vice versa).
898         * If the content provider does not differentiate between full-size photos
899         * and thumbnail photos, PHOTO_THUMBNAIL_URI and {@link #PHOTO_URI} can contain
900         * the same value, but either both shall be null or both not null.
901         *
902         * <P>Type: TEXT</P>
903         */
904        public static final String PHOTO_THUMBNAIL_URI = "photo_thumb_uri";
905
906        /**
907         * Flag that reflects the {@link Groups#GROUP_VISIBLE} state of any
908         * {@link CommonDataKinds.GroupMembership} for this contact.
909         */
910        public static final String IN_VISIBLE_GROUP = "in_visible_group";
911
912        /**
913         * Flag that reflects whether this contact represents the user's
914         * personal profile entry.
915         */
916        public static final String IS_USER_PROFILE = "is_user_profile";
917
918        /**
919         * An indicator of whether this contact has at least one phone number. "1" if there is
920         * at least one phone number, "0" otherwise.
921         * <P>Type: INTEGER</P>
922         */
923        public static final String HAS_PHONE_NUMBER = "has_phone_number";
924
925        /**
926         * An opaque value that contains hints on how to find the contact if
927         * its row id changed as a result of a sync or aggregation.
928         */
929        public static final String LOOKUP_KEY = "lookup";
930    }
931
932    /**
933     * @see Contacts
934     */
935    protected interface ContactStatusColumns {
936        /**
937         * Contact presence status. See {@link StatusUpdates} for individual status
938         * definitions.
939         * <p>Type: NUMBER</p>
940         */
941        public static final String CONTACT_PRESENCE = "contact_presence";
942
943        /**
944         * Contact Chat Capabilities. See {@link StatusUpdates} for individual
945         * definitions.
946         * <p>Type: NUMBER</p>
947         */
948        public static final String CONTACT_CHAT_CAPABILITY = "contact_chat_capability";
949
950        /**
951         * Contact's latest status update.
952         * <p>Type: TEXT</p>
953         */
954        public static final String CONTACT_STATUS = "contact_status";
955
956        /**
957         * The absolute time in milliseconds when the latest status was
958         * inserted/updated.
959         * <p>Type: NUMBER</p>
960         */
961        public static final String CONTACT_STATUS_TIMESTAMP = "contact_status_ts";
962
963        /**
964         * The package containing resources for this status: label and icon.
965         * <p>Type: TEXT</p>
966         */
```

```
 967    public static final String CONTACT_STATUS_RES_PACKAGE = "status_res_package";
 968
 969        /**
 970         * The resource ID of the label describing the source of contact
 971         * status, e.g. "Google Talk". This resource is scoped by the
 972         * {@link #CONTACT_STATUS_RES_PACKAGE}.
 973         * <p>Type: NUMBER</p>
 974         */
 975        public static final String CONTACT_STATUS_LABEL = "contact_status_label";
 976
 977        /**
 978         * The resource ID of the icon for the source of contact status. This
 979         * resource is scoped by the {@link #CONTACT_STATUS_RES_PACKAGE}.
 980         * <p>Type: NUMBER</p>
 981         */
 982        public static final String CONTACT_STATUS_ICON = "contact_status_icon";
 983    }
 984
 985    /**
 986     * Constants for various styles of combining given name, family name etc into
 987     * a full name.  For example, the western tradition follows the pattern
 988     * 'given name' 'middle name' 'family name' with the alternative pattern being
 989     * 'family name' 'given name' 'middle name'.  The CJK tradition is
 990     * 'family name' 'middle name' 'given name', with Japanese favoring a space between
 991     * the names and Chinese omitting the space.
 992     */
 993    public interface FullNameStyle {
 994        public static final int UNDEFINED = 0;
 995        public static final int WESTERN = 1;
 996
 997        /**
 998         * Used if the name is written in Hanzi/Kanji/Hanja and we could not determine
 999         * which specific language it belongs to: Chinese, Japanese or Korean.
1000         */
1001        public static final int CJK = 2;
1002
1003        public static final int CHINESE = 3;
1004        public static final int JAPANESE = 4;
1005        public static final int KOREAN = 5;
1006    }
1007
1008    /**
1009     * Constants for various styles of capturing the pronunciation of a person's name.
1010     */
1011    public interface PhoneticNameStyle {
1012        public static final int UNDEFINED = 0;
1013
1014        /**
1015         * Pinyin is a phonetic method of entering Chinese characters. Typically not explicitl
y
1016         * shown in UIs, but used for searches and sorting.
1017         */
1018        public static final int PINYIN = 3;
1019
1020        /**
1021         * Hiragana and Katakana are two common styles of writing out the pronunciation
1022         * of a Japanese names.
1023         */
1024        public static final int JAPANESE = 4;
1025
1026        /**
1027         * Hangul is the Korean phonetic alphabet.
1028         */
1029        public static final int KOREAN = 5;
1030    }
1031
1032    /**
1033     * Types of data used to produce the display name for a contact. In the order
1034     * of increasing priority: {@link #EMAIL}, {@link #PHONE},
1035     * {@link #ORGANIZATION}, {@link #NICKNAME}, {@link #STRUCTURED_NAME}.
1036     */
1037    public interface DisplayNameSources {
1038        public static final int UNDEFINED = 0;
1039        public static final int EMAIL = 10;
1040        public static final int PHONE = 20;
1041        public static final int ORGANIZATION = 30;
1042        public static final int NICKNAME = 35;
1043        public static final int STRUCTURED_NAME = 40;
1044    }
1045
1046    /**
1047     * Contact name and contact name metadata columns in the RawContacts table.
```

```
1048        *   Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 15 of 105
1049        * @see Contacts
1050        * @see RawContacts
1051        */
1052      protected interface ContactNameColumns {
1053
1054          /**
1055           * The kind of data that is used as the display name for the contact, such as
1056           * structured name or email address.  See {@link DisplayNameSources}.
1057           */
1058          public static final String DISPLAY_NAME_SOURCE = "display_name_source";
1059
1060          /**
1061           * <p>
1062           * The standard text shown as the contact's display name, based on the best
1063           * available information for the contact (for example, it might be the email address
1064           * if the name is not available).
1065           * The information actually used to compute the name is stored in
1066           * {@link #DISPLAY_NAME_SOURCE}.
1067           * </p>
1068           * <p>
1069           * A contacts provider is free to choose whatever representation makes most
1070           * sense for its target market.
1071           * For example in the default Android Open Source Project implementation,
1072           * if the display name is
1073           * based on the structured name and the structured name follows
1074           * the Western full-name style, then this field contains the "given name first"
1075           * version of the full name.
1076           * <p>
1077           *
1078           * @see ContactsContract.ContactNameColumns#DISPLAY_NAME_ALTERNATIVE
1079           */
1080          public static final String DISPLAY_NAME_PRIMARY = "display_name";
1081
1082          /**
1083           * <p>
1084           * An alternative representation of the display name, such as "family name first"
1085           * instead of "given name first" for Western names.  If an alternative is not
1086           * available, the values should be the same as {@link #DISPLAY_NAME_PRIMARY}.
1087           * </p>
1088           * <p>
1089           * A contacts provider is free to provide alternatives as necessary for
1090           * its target market.
1091           * For example the default Android Open Source Project contacts provider
1092           * currently provides an
1093           * alternative in a single case:  if the display name is
1094           * based on the structured name and the structured name follows
1095           * the Western full name style, then the field contains the "family name first"
1096           * version of the full name.
1097           * Other cases may be added later.
1098           * </p>
1099           */
1100          public static final String DISPLAY_NAME_ALTERNATIVE = "display_name_alt";
1101
1102          /**
1103           * The phonetic alphabet used to represent the {@link #PHONETIC_NAME}.  See
1104           * {@link PhoneticNameStyle}.
1105           */
1106          public static final String PHONETIC_NAME_STYLE = "phonetic_name_style";
1107
1108          /**
1109           * <p>
1110           * Pronunciation of the full name in the phonetic alphabet specified by
1111           * {@link #PHONETIC_NAME_STYLE}.
1112           * </p>
1113           * <p>
1114           * The value may be set manually by the user. This capability is of
1115           * interest only in countries with commonly used phonetic alphabets,
1116           * such as Japan and Korea. See {@link PhoneticNameStyle}.
1117           * </p>
1118           */
1119          public static final String PHONETIC_NAME = "phonetic_name";
1120
1121          /**
1122           * Sort key that takes into account locale-based traditions for sorting
1123           * names in address books.  The default
1124           * sort key is {@link #DISPLAY_NAME_PRIMARY}.  For Chinese names
1125           * the sort key is the name's Pinyin spelling, and for Japanese names
1126           * it is the Hiragana version of the phonetic name.
1127           */
1128          public static final String SORT_KEY_PRIMARY = "sort_key";
1129
```

Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 16 of 105

```
1130           * Sort key based on the alternative representation of the full name,
1131           * {@link #DISPLAY_NAME_ALTERNATIVE}.  Thus for Western names,
1132           * it is the one using the "family name first" format.
1133           */
1134          public static final String SORT_KEY_ALTERNATIVE = "sort_key_alt";
1135      }
1136
1137
1138      /**
1139       * URI parameter and cursor extras that return counts of rows grouped by the
1140       * address book index, which is usually the first letter of the sort key.
1141       * When this parameter is supplied, the row counts are returned in the
1142       * cursor extras bundle.
1143       *
1144       * @hide
1145       */
1146      public final static class ContactCounts {
1147
1148          /**
1149           * Add this query parameter to a URI to get back row counts grouped by
1150           * the address book index as cursor extras. For most languages it is the
1151           * first letter of the sort key. This parameter does not affect the main
1152           * content of the cursor.
1153           *
1154           * @hide
1155           */
1156          public static final String ADDRESS_BOOK_INDEX_EXTRAS = "address_book_index_extras";
1157
1158          /**
1159           * The array of address book index titles, which are returned in the
1160           * same order as the data in the cursor.
1161           * <p>TYPE: String[]</p>
1162           *
1163           * @hide
1164           */
1165          public static final String EXTRA_ADDRESS_BOOK_INDEX_TITLES = "address_book_index_titles";
1166
1167          /**
1168           * The array of group counts for the corresponding group.  Contains the same number
1169           * of elements as the EXTRA_ADDRESS_BOOK_INDEX_TITLES array.
1170           * <p>TYPE: int[]</p>
1171           *
1172           * @hide
1173           */
1174          public static final String EXTRA_ADDRESS_BOOK_INDEX_COUNTS = "address_book_index_counts";
1175      }
1176
1177      /**
1178       * Constants for the contacts table, which contains a record per aggregate
1179       * of raw contacts representing the same person.
1180       * <h3>Operations</h3>
1181       * <dl>
1182       * <dt><b>Insert</b></dt>
1183       * <dd>A Contact cannot be created explicitly. When a raw contact is
1184       * inserted, the provider will first try to find a Contact representing the
1185       * same person. If one is found, the raw contact's
1186       * {@link RawContacts#CONTACT_ID} column gets the _ID of the aggregate
1187       * Contact. If no match is found, the provider automatically inserts a new
1188       * Contact and puts its _ID into the {@link RawContacts#CONTACT_ID} column
1189       * of the newly inserted raw contact.</dd>
1190       * <dt><b>Update</b></dt>
1191       * <dd>Only certain columns of Contact are modifiable:
1192       * {@link #TIMES_CONTACTED}, {@link #LAST_TIME_CONTACTED}, {@link #STARRED},
1193       * {@link #CUSTOM_RINGTONE}, {@link #SEND_TO_VOICEMAIL}. Changing any of
1194       * these columns on the Contact also changes them on all constituent raw
1195       * contacts.</dd>
1196       * <dt><b>Delete</b></dt>
1197       * <dd>Be careful with deleting Contacts! Deleting an aggregate contact
1198       * deletes all constituent raw contacts. The corresponding sync adapters
1199       * will notice the deletions of their respective raw contacts and remove
1200       * them from their back end storage.</dd>
1201       * <dt><b>Query</b></dt>
1202       * <dd>
1203       * <ul>
1204       * <li>If you need to read an individual contact, consider using
1205       * {@link #CONTENT_LOOKUP_URI} instead of {@link #CONTENT_URI}.</li>
1206       * <li>If you need to look up a contact by the phone number, use
1207       * {@link PhoneLookup#CONTENT_FILTER_URI PhoneLookup.CONTENT_FILTER_URI},
1208       * which is optimized for this purpose.</li>
1209       * <li>If you need to look up a contact by partial name, e.g. to produce
1210       * filter-as-you-type suggestions, use the {@link #CONTENT_FILTER_URI} URI.
1211       * <li>If you need to look up a contact by some data element like email
```

Case 5:12-cv-00630-LHK Document 157-7 Filed 04/23/12 Page 17 of 105

```
1212    *  added to this map. Like a Document, this represents a contacts table.
1213    *  The result will contain contact ID, name etc.
1214    * </ul>
1215    * </dd>
1216    * </dl>
1217    * <h2>Columns</h2>
1218    * <table class="jd-sumtable">
1219    * <tr>
1220    * <th colspan='4'>Contacts</th>
1221    * </tr>
1222    * <tr>
1223    * <td>long</td>
1224    * <td>{@link #_ID}</td>
1225    * <td>read-only</td>
1226    * <td>Row ID. Consider using {@link #LOOKUP_KEY} instead.</td>
1227    * </tr>
1228    * <tr>
1229    * <td>String</td>
1230    * <td>{@link #LOOKUP_KEY}</td>
1231    * <td>read-only</td>
1232    * <td>An opaque value that contains hints on how to find the contact if its
1233    * row id changed as a result of a sync or aggregation.</td>
1234    * </tr>
1235    * <tr>
1236    * <td>long</td>
1237    * <td>NAME_RAW_CONTACT_ID</td>
1238    * <td>read-only</td>
1239    * <td>The ID of the raw contact that contributes the display name
1240    * to the aggregate contact. During aggregation one of the constituent
1241    * raw contacts is chosen using a heuristic: a longer name or a name
1242    * with more diacritic marks or more upper case characters is chosen.</td>
1243    * </tr>
1244    * <tr>
1245    * <td>String</td>
1246    * <td>DISPLAY_NAME_PRIMARY</td>
1247    * <td>read-only</td>
1248    * <td>The display name for the contact. It is the display name
1249    * contributed by the raw contact referred to by the NAME_RAW_CONTACT_ID
1250    * column.</td>
1251    * </tr>
1252    * <tr>
1253    * <td>long</td>
1254    * <td>{@link #PHOTO_ID}</td>
1255    * <td>read-only</td>
1256    * <td>Reference to the row in the {@link ContactsContract.Data} table holding the photo.
1257    * That row has the mime type
1258    * {@link CommonDataKinds.Photo#CONTENT_ITEM_TYPE}. The value of this field
1259    * is computed automatically based on the
1260    * {@link CommonDataKinds.Photo#IS_SUPER_PRIMARY} field of the data rows of
1261    * that mime type.</td>
1262    * </tr>
1263    * <tr>
1264    * <td>long</td>
1265    * <td>{@link #PHOTO_URI}</td>
1266    * <td>read-only</td>
1267    * <td>A URI that can be used to retrieve the contact's full-size photo. This
1268    * column is the preferred method of retrieving the contact photo.</td>
1269    * </tr>
1270    * <tr>
1271    * <td>long</td>
1272    * <td>{@link #PHOTO_THUMBNAIL_URI}</td>
1273    * <td>read-only</td>
1274    * <td>A URI that can be used to retrieve the thumbnail of contact's photo.  This
1275    * column is the preferred method of retrieving the contact photo.</td>
1276    * </tr>
1277    * <tr>
1278    * <td>int</td>
1279    * <td>{@link #IN_VISIBLE_GROUP}</td>
1280    * <td>read-only</td>
1281    * <td>An indicator of whether this contact is supposed to be visible in the
1282    * UI. "1" if the contact has at least one raw contact that belongs to a
1283    * visible group; "0" otherwise.</td>
1284    * </tr>
1285    * <tr>
1286    * <td>int</td>
1287    * <td>{@link #HAS_PHONE_NUMBER}</td>
1288    * <td>read-only</td>
1289    * <td>An indicator of whether this contact has at least one phone number.
1290    * "1" if there is at least one phone number, "0" otherwise.</td>
1291    * </tr>
1292    * <tr>
1293    * <td>int</td>
```

```
1294    * <td>int</td>int</td>int</td>
1295    * <td>read/write</td>
1296    * <td>The number of times the contact has been contacted. See
1297    * {@link #markAsContacted}. When raw contacts are aggregated, this field is
1298    * computed automatically as the maximum number of times contacted among all
1299    * constituent raw contacts. Setting this field automatically changes the
1300    * corresponding field on all constituent raw contacts.</td>
1301    * </tr>
1302    * <tr>
1303    * <td>long</td>
1304    * <td>{@link #LAST_TIME_CONTACTED}</td>
1305    * <td>read/write</td>
1306    * <td>The timestamp of the last time the contact was contacted. See
1307    * {@link #markAsContacted}. Setting this field also automatically
1308    * increments {@link #TIMES_CONTACTED}. When raw contacts are aggregated,
1309    * this field is computed automatically as the latest time contacted of all
1310    * constituent raw contacts. Setting this field automatically changes the
1311    * corresponding field on all constituent raw contacts.</td>
1312    * </tr>
1313    * <tr>
1314    * <td>int</td>
1315    * <td>{@link #STARRED}</td>
1316    * <td>read/write</td>
1317    * <td>An indicator for favorite contacts: '1' if favorite, '0' otherwise.
1318    * When raw contacts are aggregated, this field is automatically computed:
1319    * if any constituent raw contacts are starred, then this field is set to
1320    * '1'. Setting this field automatically changes the corresponding field on
1321    * all constituent raw contacts.</td>
1322    * </tr>
1323    * <tr>
1324    * <td>String</td>
1325    * <td>{@link #CUSTOM_RINGTONE}</td>
1326    * <td>read/write</td>
1327    * <td>A custom ringtone associated with a contact. Typically this is the
1328    * URI returned by an activity launched with the
1329    * {@link android.media.RingtoneManager#ACTION_RINGTONE_PICKER} intent.</td>
1330    * </tr>
1331    * <tr>
1332    * <td>int</td>
1333    * <td>{@link #SEND_TO_VOICEMAIL}</td>
1334    * <td>read/write</td>
1335    * <td>An indicator of whether calls from this contact should be forwarded
1336    * directly to voice mail ('1') or not ('0'). When raw contacts are
1337    * aggregated, this field is automatically computed: if <i>all</i>
1338    * constituent raw contacts have SEND_TO_VOICEMAIL=1, then this field is set
1339    * to '1'. Setting this field automatically changes the corresponding field
1340    * on all constituent raw contacts.</td>
1341    * </tr>
1342    * <tr>
1343    * <td>int</td>
1344    * <td>{@link #CONTACT_PRESENCE}</td>
1345    * <td>read-only</td>
1346    * <td>Contact IM presence status. See {@link StatusUpdates} for individual
1347    * status definitions. Automatically computed as the highest presence of all
1348    * constituent raw contacts. The provider may choose not to store this value
1349    * in persistent storage. The expectation is that presence status will be
1350    * updated on a regular basic.</td>
1351    * </tr>
1352    * <tr>
1353    * <td>String</td>
1354    * <td>{@link #CONTACT_STATUS}</td>
1355    * <td>read-only</td>
1356    * <td>Contact's latest status update. Automatically computed as the latest
1357    * of all constituent raw contacts' status updates.</td>
1358    * </tr>
1359    * <tr>
1360    * <td>long</td>
1361    * <td>{@link #CONTACT_STATUS_TIMESTAMP}</td>
1362    * <td>read-only</td>
1363    * <td>The absolute time in milliseconds when the latest status was
1364    * inserted/updated.</td>
1365    * </tr>
1366    * <tr>
1367    * <td>String</td>
1368    * <td>{@link #CONTACT_STATUS_RES_PACKAGE}</td>
1369    * <td>read-only</td>
1370    * <td> The package containing resources for this status: label and icon.</td>
1371    * </tr>
1372    * <tr>
1373    * <td>long</td>
1374    * <td>{@link #CONTACT_STATUS_LABEL}</td>
1375    * <td>read-only</td>
```

```
1376         * <Case 5:12-cv-00630-LHK 1 Document 1117-7 the Filed 04/23/12 Page 19 of
1377         * e.g. "Google Talk". This resource is scoped by the
1378         * {@link #CONTACT_STATUS_RES_PACKAGE}.</td>
1379         * </tr>
1380         * <tr>
1381         * <td>long</td>
1382         * <td>{@link #CONTACT_STATUS_ICON}</td>
1383         * <td>read-only</td>
1384         * <td>The resource ID of the icon for the source of contact status. This
1385         * resource is scoped by the {@link #CONTACT_STATUS_RES_PACKAGE}.</td>
1386         * </tr>
1387         * </table>
1388         */
1389        public static class Contacts implements BaseColumns, ContactsColumns,
1390            ContactOptionsColumns, ContactNameColumns, ContactStatusColumns {
1391            /**
1392             * This utility class cannot be instantiated
1393             */
1394            private Contacts()  {}
1395
1396            /**
1397             * The content:// style URI for this table
1398             */
1399            public static final Uri CONTENT_URI = Uri.withAppendedPath(AUTHORITY_URI, "contacts");
1400
1401            /**
1402             * A content:// style URI for this table that should be used to create
1403             * shortcuts or otherwise create long-term links to contacts. This URI
1404             * should always be followed by a "/" and the contact's {@link #LOOKUP_KEY}.
1405             * It can optionally also have a "/" and last known contact ID appended after
1406             * that. This "complete" format is an important optimization and is highly recommended
1407             * <p>
1408             * As long as the contact's row ID remains the same, this URI is
1409             * equivalent to {@link #CONTENT_URI}. If the contact's row ID changes
1410             * as a result of a sync or aggregation, this URI will look up the
1411             * contact using indirect information (sync IDs or constituent raw
1412             * contacts).
1413             * <p>
1414             * Lookup key should be appended unencoded - it is stored in the encoded
1415             * form, ready for use in a URI.
1416             */
1417            public static final Uri CONTENT_LOOKUP_URI = Uri.withAppendedPath(CONTENT_URI,
1418                "lookup");
1419
1420            /**
1421             * Base {@link Uri} for referencing a single {@link Contacts} entry,
1422             * created by appending {@link #LOOKUP_KEY} using
1423             * {@link Uri#withAppendedPath(Uri, String)}. Provides
1424             * {@link OpenableColumns} columns when queried, or returns the
1425             * referenced contact formatted as a vCard when opened through
1426             * {@link ContentResolver#openAssetFileDescriptor(Uri, String)}.
1427             */
1428            public static final Uri CONTENT_VCARD_URI = Uri.withAppendedPath(CONTENT_URI,
1429                "as_vcard");
1430
1431            /**
1432             * Boolean parameter that may be used with {@link #CONTENT_VCARD_URI}
1433             * and {@link #CONTENT_MULTI_VCARD_URI} to indicate that the returned
1434             * vcard should not contain a photo.
1435             *
1436             * @hide
1437             */
1438            public static final String QUERY_PARAMETER_VCARD_NO_PHOTO = "nophoto";
1439
1440            /**
1441             * Base {@link Uri} for referencing multiple {@link Contacts} entry,
1442             * created by appending {@link #LOOKUP_KEY} using
1443             * {@link Uri#withAppendedPath(Uri, String)}. The lookup keys have to be
1444             * encoded and joined with the colon (":") separator. The resulting string
1445             * has to be encoded again. Provides
1446             * {@link OpenableColumns} columns when queried, or returns the
1447             * referenced contact formatted as a vCard when opened through
1448             * {@link ContentResolver#openAssetFileDescriptor(Uri, String)}.
1449             *
1450             * This is private API because we do not have a well-defined way to
1451             * specify several entities yet. The format of this Uri might change in the future
1452             * or the Uri might be completely removed.
1453             *
1454             * @hide
1455             */
1456            public static final Uri CONTENT_MULTI_VCARD_URI = Uri.withAppendedPath(CONTENT_URI,
```

```java
        /**
         * Builds a {@link #CONTENT_LOOKUP_URI} style {@link Uri} describing the
         * requested {@link Contacts} entry.
         *
         * @param contactUri A {@link #CONTENT_URI} row, or an existing
         *            {@link #CONTENT_LOOKUP_URI} to attempt refreshing.
         */
        public static Uri getLookupUri(ContentResolver resolver, Uri contactUri) {
            final Cursor c = resolver.query(contactUri, new String[] {
                    Contacts.LOOKUP_KEY, Contacts._ID
            }, null, null, null);
            if (c == null) {
                return null;
            }

            try {
                if (c.moveToFirst()) {
                    final String lookupKey = c.getString(0);
                    final long contactId = c.getLong(1);
                    return getLookupUri(contactId, lookupKey);
                }
            } finally {
                c.close();
            }
            return null;
        }

        /**
         * Build a {@link #CONTENT_LOOKUP_URI} lookup {@link Uri} using the
         * given {@link ContactsContract.Contacts#_ID} and {@link #LOOKUP_KEY}.
         */
        public static Uri getLookupUri(long contactId, String lookupKey) {
            return ContentUris.withAppendedId(Uri.withAppendedPath(Contacts.CONTENT_LOOKUP_URI,
                    lookupKey), contactId);
        }

        /**
         * Computes a content URI (see {@link #CONTENT_URI}) given a lookup URI.
         * <p>
         * Returns null if the contact cannot be found.
         */
        public static Uri lookupContact(ContentResolver resolver, Uri lookupUri) {
            if (lookupUri == null) {
                return null;
            }

            Cursor c = resolver.query(lookupUri, new String[]{Contacts._ID}, null, null, null);
            if (c == null) {
                return null;
            }

            try {
                if (c.moveToFirst()) {
                    long contactId = c.getLong(0);
                    return ContentUris.withAppendedId(Contacts.CONTENT_URI, contactId);
                }
            } finally {
                c.close();
            }
            return null;
        }

        /**
         * Mark a contact as having been contacted. Updates two fields:
         * {@link #TIMES_CONTACTED} and {@link #LAST_TIME_CONTACTED}. The
         * TIMES_CONTACTED field is incremented by 1 and the LAST_TIME_CONTACTED
         * field is populated with the current system time.
         *
         * @param resolver the ContentResolver to use
         * @param contactId the person who was contacted
         */
        public static void markAsContacted(ContentResolver resolver, long contactId) {
            Uri uri = ContentUris.withAppendedId(CONTENT_URI, contactId);
            ContentValues values = new ContentValues();
            // TIMES_CONTACTED will be incremented when LAST_TIME_CONTACTED is modified.
            values.put(LAST_TIME_CONTACTED, System.currentTimeMillis());
            resolver.update(uri, values, null, null);
        }
```

```java
1537    /**
1538     * The content:// style URI used for "type-to-filter" functionality on the
1539     * {@link #CONTENT_URI} URI. The filter string will be used to match
1540     * various parts of the contact name. The filter argument should be passed
1541     * as an additional path segment after this URI.
1542     */
1543    public static final Uri CONTENT_FILTER_URI = Uri.withAppendedPath(
1544            CONTENT_URI, "filter");
1545
1546
1547    /**
1548     * The content:// style URI for this table joined with useful data from
1549     * {@link ContactsContract.Data}, filtered to include only starred contacts
1550     * and the most frequently contacted contacts.
1551     */
1552    public static final Uri CONTENT_STREQUENT_URI = Uri.withAppendedPath(
1553            CONTENT_URI, "strequent");
1554
1555    /**
1556     * The content:// style URI for showing frequently contacted person listing.
1557     * @hide
1558     */
1559    public static final Uri CONTENT_FREQUENT_URI = Uri.withAppendedPath(
1560            CONTENT_URI, "frequent");
1561
1562    /**
1563     * The content:// style URI used for "type-to-filter" functionality on the
1564     * {@link #CONTENT_STREQUENT_URI} URI. The filter string will be used to match
1565     * various parts of the contact name. The filter argument should be passed
1566     * as an additional path segment after this URI.
1567     */
1568    public static final Uri CONTENT_STREQUENT_FILTER_URI = Uri.withAppendedPath(
1569            CONTENT_STREQUENT_URI, "filter");
1570
1571    public static final Uri CONTENT_GROUP_URI = Uri.withAppendedPath(
1572            CONTENT_URI, "group");
1573
1574    /**
1575     * The MIME type of {@link #CONTENT_URI} providing a directory of
1576     * people.
1577     */
1578    public static final String CONTENT_TYPE = "vnd.android.cursor.dir/contact";
1579
1580    /**
1581     * The MIME type of a {@link #CONTENT_URI} subdirectory of a single
1582     * person.
1583     */
1584    public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/contact";
1585
1586    /**
1587     * The MIME type of a {@link #CONTENT_URI} subdirectory of a single
1588     * person.
1589     */
1590    public static final String CONTENT_VCARD_TYPE = "text/x-vcard";
1591
1592    /**
1593     * A sub-directory of a single contact that contains all of the constituent raw contac
t
1594     * {@link ContactsContract.Data} rows.  This directory can be used either
1595     * with a {@link #CONTENT_URI} or {@link #CONTENT_LOOKUP_URI}.
1596     */
1597    public static final class Data implements BaseColumns, DataColumns {
1598        /**
1599         * no public constructor since this is a utility class
1600         */
1601        private Data() {}
1602
1603        /**
1604         * The directory twig for this sub-table
1605         */
1606        public static final String CONTENT_DIRECTORY = "data";
1607    }
1608
1609    /**
1610     * <p>
1611     * A sub-directory of a contact that contains all of its
1612     * {@link ContactsContract.RawContacts} as well as
1613     * {@link ContactsContract.Data} rows. To access this directory append
1614     * {@link #CONTENT_DIRECTORY} to the contact URI.
1615     * </p>
1616     * <p>
1617     * Entity has three ID fields: {@link #CONTACT_ID} for the contact,
```

```
1618          * the data rows. Entity always contains at least one row per
1619          * constituent raw contact, even if there are no actual data rows. In
1620          * this case the {@link #DATA_ID} field will be null.
1621          * </p>
1622          * <p>
1623          * Entity reads all data for the entire contact in one transaction, to
1624          * guarantee consistency.  There is significant data duplication
1625          * in the Entity (each row repeats all Contact columns and all RawContact
1626          * columns), so the benefits of transactional consistency should be weighed
1627          * against the cost of transferring large amounts of denormalized data
1628          * from the Provider.
1629          * </p>
1630          * <p>
1631          * To reduce the amount of data duplication the contacts provider and directory
1632          * providers implementing this protocol are allowed to provide common Contacts
1633          * and RawContacts fields in the first row returned for each raw contact only and
1634          * leave them as null in subsequent rows.
1635          * </p>
1636          */
1637         public static final class Entity implements BaseColumns, ContactsColumns,
1638                 ContactNameColumns, RawContactsColumns, BaseSyncColumns, SyncColumns, DataColu
1639 mns,
1640                 StatusColumns, ContactOptionsColumns, ContactStatusColumns {
1641             /**
1642              * no public constructor since this is a utility class
1643              */
1644             private Entity() {
1645             }
1646
1647             /**
1648              * The directory twig for this sub-table
1649              */
1650             public static final String CONTENT_DIRECTORY = "entities";
1651
1652             /**
1653              * The ID of the raw contact row.
1654              * <P>Type: INTEGER</P>
1655              */
1656             public static final String RAW_CONTACT_ID = "raw_contact_id";
1657
1658             /**
1659              * The ID of the data row. The value will be null if this raw contact has no
1660              * data rows.
1661              * <P>Type: INTEGER</P>
1662              */
1663             public static final String DATA_ID = "data_id";
1664         }
1665
1666         /**
1667          * <p>
1668          * A sub-directory of a single contact that contains all of the constituent raw contac
1669 t
1670          * {@link ContactsContract.StreamItems} rows.  This directory can be used either
1671          * with a {@link #CONTENT_URI} or {@link #CONTENT_LOOKUP_URI}.
1672          * </p>
1673          * <p>
1674          * Querying for social stream data requires android.permission.READ_SOCIAL_STREAM
1675          * permission.
1676          * </p>
1677          * @hide
1678          */
1679         public static final class StreamItems implements StreamItemsColumns {
1680             /**
1681              * no public constructor since this is a utility class
1682              */
1683             private StreamItems() {}
1684
1685             /**
1686              * The directory twig for this sub-table
1687              */
1688             public static final String CONTENT_DIRECTORY = "stream_items";
1689         }
1690
1691         /**
1692          * <p>
1693          * A <i>read-only</i> sub-directory of a single contact aggregate that
1694          * contains all aggregation suggestions (other contacts). The
1695          * aggregation suggestions are computed based on approximate data
1696          * matches with this contact.
1697          * </p>
1698          * <p>
```

Case 5:12-cv-00630-LHK  Document 117-7  Filed 04/23/12  Page 23 of 105

```
1698          * make sure the user experience is acceptable when the query runs for a
1699          * long time.</i>
1700          * <p>
1701          * Usage example:
1702          *
1703          * <pre>
1704          * Uri uri = Contacts.CONTENT_URI.buildUpon()
1705          *          .appendEncodedPath(String.valueOf(contactId))
1706          *          .appendPath(Contacts.AggregationSuggestions.CONTENT_DIRECTORY)
1707          *          .appendQueryParameter(&quot;limit&quot;, &quot;3&quot;)
1708          *          .build()
1709          * Cursor cursor = getContentResolver().query(suggestionsUri,
1710          *          new String[] {Contacts.DISPLAY_NAME, Contacts._ID, Contacts.LOOKUP_KEY},
1711          *          null, null, null);
1712          * </pre>
1713          *
1714          * </p>
1715          * <p>
1716          * This directory can be used either with a {@link #CONTENT_URI} or
1717          * {@link #CONTENT_LOOKUP_URI}.
1718          * </p>
1719          */
1720         public static final class AggregationSuggestions implements BaseColumns, ContactsColumns
1721 ,
1722                 ContactOptionsColumns, ContactStatusColumns {
1723             /**
1724              * No public constructor since this is a utility class
1725              */
1726             private AggregationSuggestions() {}
1727
1728             /**
1729              * The directory twig for this sub-table. The URI can be followed by an optional
1730              * type-to-filter, similar to
1731              * {@link android.provider.ContactsContract.Contacts#CONTENT_FILTER_URI}.
1732              */
1733             public static final String CONTENT_DIRECTORY = "suggestions";
1734
1735             /**
1736              * Used with {@link Builder#addParameter} to specify what kind of data is
1737              * supplied for the suggestion query.
1738              *
1739              * @hide
1740              */
1741             public static final String PARAMETER_MATCH_NAME = "name";
1742
1743             /**
1744              * Used with {@link Builder#addParameter} to specify what kind of data is
1745              * supplied for the suggestion query.
1746              *
1747              * @hide
1748              */
1749             public static final String PARAMETER_MATCH_EMAIL = "email";
1750
1751             /**
1752              * Used with {@link Builder#addParameter} to specify what kind of data is
1753              * supplied for the suggestion query.
1754              *
1755              * @hide
1756              */
1757             public static final String PARAMETER_MATCH_PHONE = "phone";
1758
1759             /**
1760              * Used with {@link Builder#addParameter} to specify what kind of data is
1761              * supplied for the suggestion query.
1762              *
1763              * @hide
1764              */
1765             public static final String PARAMETER_MATCH_NICKNAME = "nickname";
1766
1767             /**
1768              * A convenience builder for aggregation suggestion content URIs.
1769              *
1770              * TODO: change documentation for this class to use the builder.
1771              * @hide
1772              */
1773             public static final class Builder {
1774                 private long mContactId;
1775                 private ArrayList<String> mKinds = new ArrayList<String>();
1776                 private ArrayList<String> mValues = new ArrayList<String>();
1777                 private int mLimit;
1778
```

```
1779                              * Optional existing contact ID.  If it is not provided, the search
1780                              * will be based exclusively on the values supplied with {@link #addParameter}
1781    .                         */
1782
1783                    public Builder setContactId(long contactId) {
1784                        this.mContactId = contactId;
1785                        return this;
1786                    }
1787
1788                    /**
1789                     * A value that can be used when searching for an aggregation
1790                     * suggestion.
1791                     *
1792                     * @param kind can be one of
1793                     *              {@link AggregationSuggestions#PARAMETER_MATCH_NAME},
1794                     *              {@link AggregationSuggestions#PARAMETER_MATCH_EMAIL},
1795                     *              {@link AggregationSuggestions#PARAMETER_MATCH_NICKNAME},
1796                     *              {@link AggregationSuggestions#PARAMETER_MATCH_PHONE}
1797                     */
1798                    public Builder addParameter(String kind, String value) {
1799                        if (!TextUtils.isEmpty(value)) {
1800                            mKinds.add(kind);
1801                            mValues.add(value);
1802                        }
1803                        return this;
1804                    }
1805
1806                    public Builder setLimit(int limit) {
1807                        mLimit = limit;
1808                        return this;
1809                    }
1810
1811                    public Uri build() {
1812                        android.net.Uri.Builder builder = Contacts.CONTENT_URI.buildUpon();
1813                        builder.appendEncodedPath(String.valueOf(mContactId));
1814                        builder.appendPath(Contacts.AggregationSuggestions.CONTENT_DIRECTORY);
1815                        if (mLimit != 0) {
1816                            builder.appendQueryParameter("limit", String.valueOf(mLimit));
1817                        }
1818
1819                        int count = mKinds.size();
1820                        for (int i = 0; i < count; i++) {
1821                            builder.appendQueryParameter("query", mKinds.get(i) + ":" + mValues.get
1822 (i));
1823
1824                        return builder.build();
1825                    }
1826                }
1827
1828                /**
1829                 * @hide
1830                 */
1831                public static final Builder builder() {
1832                    return new Builder();
1833                }
1834            }
1835
1836            /**
1837             * A <i>read-only</i> sub-directory of a single contact that contains
1838             * the contact's primary photo.  The photo may be stored in up to two ways -
1839             * the default "photo" is a thumbnail-sized image stored directly in the data
1840             * row, while the "display photo", if present, is a larger version stored as
1841             * a file.
1842             * <p>
1843             * Usage example:
1844             * <dl>
1845             * <dt>Retrieving the thumbnail-sized photo</dt>
1846             * <dd>
1847             * <pre>
1848             * public InputStream openPhoto(long contactId) {
1849             *     Uri contactUri = ContentUris.withAppendedId(Contacts.CONTENT_URI, contactId);
1850             *     Uri photoUri = Uri.withAppendedPath(contactUri, Contacts.Photo.CONTENT_DIRECTOR
1851 Y);
1852             *     Cursor cursor = getContentResolver().query(photoUri,
1853             *          new String[] {Contacts.Photo.PHOTO}, null, null, null);
1854             *     if (cursor == null) {
1855             *         return null;
1856             *     }
1857             *     try {
1858             *         if (cursor.moveToFirst()) {
```

Case 5:12-cv-00630-LHK   Document 117-10   Filed 04/23/12   Page 25 of 105

```
1858        *            if (data != null) {
1859        *                return new ByteArrayInputStream(data);
1860        *            }
1861        *        }
1862        *    } finally {
1863        *        cursor.close();
1864        *    }
1865        *    return null;
1866        * }
1867        * </pre>
1868        * </dd>
1869        * <dt>Retrieving the larger photo version</dt>
1870        * <dd>
1871        * <pre>
1872        * public InputStream openDisplayPhoto(long contactId) {
1873        *    Uri contactUri = ContentUris.withAppendedId(Contacts.CONTENT_URI, contactId);
1874        *    Uri displayPhotoUri = Uri.withAppendedPath(contactUri, Contacts.Photo.DISPLAY_P
1875   HOTO);
        *    try {
1876        *        AssetFileDescriptor fd =
1877        *            getContentResolver().openAssetFileDescriptor(displayPhotoUri, "r");
1878        *        return fd.createInputStream();
1879        *    } catch (IOException e) {
1880        *        return null;
1881        *    }
1882        * }
1883        * </pre>
1884        * </dd>
1885        * </dl>
1886        *
1887        * </p>
1888        * <p>You may also consider using the convenience method
1889        * {@link ContactsContract.Contacts#openContactPhotoInputStream(ContentResolver, Uri,
1890   boolean)}
        * to retrieve the raw photo contents of either the thumbnail-sized or the full-sized
1891   photo.
        * </p>
1892        * <p>
1893        * This directory can be used either with a {@link #CONTENT_URI} or
1894        * {@link #CONTENT_LOOKUP_URI}.
1895        * </p>
1896        */
1897       public static final class Photo implements BaseColumns, DataColumnsWithJoins {
1898           /**
1899            * no public constructor since this is a utility class
1900            */
1901           private Photo() {}
1902
1903           /**
1904            * The directory twig for this sub-table
1905            */
1906           public static final String CONTENT_DIRECTORY = "photo";
1907
1908           /**
1909            * The directory twig for retrieving the full-size display photo.
1910            */
1911           public static final String DISPLAY_PHOTO = "display_photo";
1912
1913           /**
1914            * Full-size photo file ID of the raw contact.
1915            * See {@link ContactsContract.DisplayPhoto}.
1916            * <p>
1917            * Type: NUMBER
1918            */
1919           public static final String PHOTO_FILE_ID = DATA14;
1920
1921           /**
1922            * Thumbnail photo of the raw contact. This is the raw bytes of an image
1923            * that could be inflated using {@link android.graphics.BitmapFactory}.
1924            * <p>
1925            * Type: BLOB
1926            */
1927           public static final String PHOTO = DATA15;
1928       }
1929
1930       /**
1931        * Opens an InputStream for the contacts's photo and returns the
1932        * photo as a byte stream.
1933        * @param cr The content resolver to use for querying
1934        * @param contactUri the contact whose photo should be used. This can be used with
1935        * either a {@link #CONTENT_URI} or a {@link #CONTENT_LOOKUP_URI} URI.
1936        */
```

```
1937            * Case12-cv-00630-LHK Document117 Filed 04/23/12 Page 26 of 105 photo
1938            * available, it is returned. If false, this function always tries to get the thumbnai
     l
1939            * @return an InputStream of the photo, or null if no photo is present
1940            */
1941          public static InputStream openContactPhotoInputStream(ContentResolver cr, Uri contactU
     ri,
1942                  boolean preferHighres) {
1943              if (preferHighres) {
1944                  final Uri displayPhotoUri = Uri.withAppendedPath(contactUri,
1945                          Contacts.Photo.DISPLAY_PHOTO);
1946                  InputStream inputStream;
1947                  try {
1948                      AssetFileDescriptor fd = cr.openAssetFileDescriptor(displayPhotoUri, "r");
1949                      return fd.createInputStream();
1950                  } catch (IOException e) {
1951                      // fallback to the thumbnail code
1952                  }
1953              }
1954
1955              Uri photoUri = Uri.withAppendedPath(contactUri, Photo.CONTENT_DIRECTORY);
1956              if (photoUri == null) {
1957                  return null;
1958              }
1959              Cursor cursor = cr.query(photoUri,
1960                      new String[] {
1961                          ContactsContract.CommonDataKinds.Photo.PHOTO
1962                      }, null, null, null);
1963              try {
1964                  if (cursor == null || !cursor.moveToNext()) {
1965                      return null;
1966                  }
1967                  byte[] data = cursor.getBlob(0);
1968                  if (data == null) {
1969                      return null;
1970                  }
1971                  return new ByteArrayInputStream(data);
1972              } finally {
1973                  if (cursor != null) {
1974                      cursor.close();
1975                  }
1976              }
1977          }
1978
1979          /**
1980           * Opens an InputStream for the contacts's thumbnail photo and returns the
1981           * photo as a byte stream.
1982           * @param cr The content resolver to use for querying
1983           * @param contactUri the contact whose photo should be used. This can be used with
1984           * either a {@link #CONTENT_URI} or a {@link #CONTENT_LOOKUP_URI} URI.
1985           * @return an InputStream of the photo, or null if no photo is present
1986           * @see #openContactPhotoInputStream(ContentResolver, Uri, boolean), if instead
1987           * of the thumbnail the high-res picture is preferred
1988           */
1989          public static InputStream openContactPhotoInputStream(ContentResolver cr, Uri contactU
     ri) {
1990              return openContactPhotoInputStream(cr, contactUri, false);
1991          }
1992      }
1993
1994      /**
1995       * <p>
1996       * Constants for the user's profile data, which is represented as a single contact on
1997       * the device that represents the user.  The profile contact is not aggregated
1998       * together automatically in the same way that normal contacts are, each
1999       * account (including data set, if applicable) on the device may contribute a single
2000       * raw contact representing the user's personal profile data from that source.
2001       * </p>
2002       * <p>
2003       * Access to the profile entry through these URIs (or incidental access to parts of
2004       * the profile if retrieved directly via ID) requires additional permissions beyond
2005       * the read/write contact permissions required by the provider.  Querying for profile
2006       * data requires android.permission.READ_PROFILE permission, and inserting or
2007       * updating profile data requires android.permission.WRITE_PROFILE permission.
2008       * </p>
2009       * <h3>Operations</h3>
2010       * <dl>
2011       * <dt><b>Insert</b></dt>
2012       * <dd>The user's profile entry cannot be created explicitly (attempting to do so
2013       * will throw an exception). When a raw contact is inserted into the profile, the
2014       * provider will check for the existence of a profile on the device.  If one is
2015       * found, the raw contact's {@link RawContacts#CONTACT_ID} column gets the _ID of
```

```
2016        * the _ID for the newly-inserted profile Contact is returned, and its
2017        * its _ID is put into the {@link RawContacts#CONTACT_ID} column of the newly
2018        * inserted raw contact.</dd>
2019        * <dt><b>Update</b></dt>
2020        * <dd>The profile Contact has the same update restrictions as Contacts in general,
2021        * but requires the android.permission.WRITE_PROFILE permission.</dd>
2022        * <dt><b>Delete</b></dt>
2023        * <dd>The profile Contact cannot be explicitly deleted.  It will be removed
2024        * automatically if all of its constituent raw contact entries are deleted.</dd>
2025        * <dt><b>Query</b></dt>
2026        * <dd>
2027        * <ul>
2028        * <li>The {@link #CONTENT_URI} for profiles behaves in much the same way as
2029        * retrieving a contact by ID, except that it will only ever return the user's
2030        * profile contact.
2031        * </li>
2032        * <li>
2033        * The profile contact supports all of the same sub-paths as an individual contact
2034        * does - the content of the profile contact can be retrieved as entities or
2035        * data rows.  Similarly, specific raw contact entries can be retrieved by appending
2036        * the desired raw contact ID within the profile.
2037        * </li>
2038        * </ul>
2039        * </dd>
2040        * </dl>
2041        */
2042       public static final class Profile implements BaseColumns, ContactsColumns,
2043               ContactOptionsColumns, ContactNameColumns, ContactStatusColumns {
2044           /**
2045            * This utility class cannot be instantiated
2046            */
2047           private Profile() {
2048           }
2049
2050           /**
2051            * The content:// style URI for this table, which requests the contact entry
2052            * representing the user's personal profile data.
2053            */
2054           public static final Uri CONTENT_URI = Uri.withAppendedPath(AUTHORITY_URI, "profile");
2055
2056           /**
2057            * {@link Uri} for referencing the user's profile {@link Contacts} entry,
2058            * Provides {@link OpenableColumns} columns when queried, or returns the
2059            * user's profile contact formatted as a vCard when opened through
2060            * {@link ContentResolver#openAssetFileDescriptor(Uri, String)}.
2061            */
2062           public static final Uri CONTENT_VCARD_URI = Uri.withAppendedPath(CONTENT_URI,
2063                   "as_vcard");
2064
2065           /**
2066            * {@link Uri} for referencing the raw contacts that make up the user's profile
2067            * {@link Contacts} entry.  An individual raw contact entry within the profile
2068            * can be addressed by appending the raw contact ID.  The entities or data within
2069            * that specific raw contact can be requested by appending the entity or data
2070            * path as well.
2071            */
2072           public static final Uri CONTENT_RAW_CONTACTS_URI = Uri.withAppendedPath(CONTENT_URI,
2073                   "raw_contacts");
2074
2075           /**
2076            * The minimum ID for any entity that belongs to the profile.  This essentially
2077            * defines an ID-space in which profile data is stored, and is used by the provider
2078            * to determine whether a request via a non-profile-specific URI should be directed
2079            * to the profile data rather than general contacts data, along with all the special
2080            * permission checks that entails.
2081            *
2082            * Callers may use {@link #isProfileId} to check whether a specific ID falls into
2083            * the set of data intended for the profile.
2084            */
2085           public static final long MIN_ID = Long.MAX_VALUE - (long) Integer.MAX_VALUE;
2086       }
2087
2088       /**
2089        * This method can be used to identify whether the given ID is associated with profile
2090        * data.  It does not necessarily indicate that the ID is tied to valid data, merely
2091        * that accessing data using this ID will result in profile access checks and will only
2092        * return data from the profile.
2093        *
2094        * @param id The ID to check.
2095        * @return Whether the ID is associated with profile data.
2096        */
2097       public static boolean isProfileId(long id) {
```

Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 28 of 105

```
2098            return RawContacts._ID;
2099        }
2100
2101    protected interface RawContactsColumns {
2102        /**
2103         * A reference to the {@link ContactsContract.Contacts#_ID} that this
2104         * data belongs to.
2105         * <P>Type: INTEGER</P>
2106         */
2107        public static final String CONTACT_ID = "contact_id";
2108
2109        /**
2110         * The data set within the account that this row belongs to.  This allows
2111         * multiple sync adapters for the same account type to distinguish between
2112         * each others' data.
2113         *
2114         * This is empty by default, and is completely optional.  It only needs to
2115         * be populated if multiple sync adapters are entering distinct data for
2116         * the same account type and account name.
2117         * <P>Type: TEXT</P>
2118         */
2119        public static final String DATA_SET = "data_set";
2120
2121        /**
2122         * A concatenation of the account type and data set (delimited by a forward
2123         * slash) - if the data set is empty, this will be the same as the account
2124         * type.  For applications that need to be aware of the data set, this can
2125         * be used instead of account type to distinguish sets of data.  This is
2126         * never intended to be used for specifying accounts.
2127         * @hide
2128         */
2129        public static final String ACCOUNT_TYPE_AND_DATA_SET = "account_type_and_data_set";
2130
2131        /**
2132         * The aggregation mode for this contact.
2133         * <P>Type: INTEGER</P>
2134         */
2135        public static final String AGGREGATION_MODE = "aggregation_mode";
2136
2137        /**
2138         * The "deleted" flag: "0" by default, "1" if the row has been marked
2139         * for deletion. When {@link android.content.ContentResolver#delete} is
2140         * called on a raw contact, it is marked for deletion and removed from its
2141         * aggregate contact. The sync adaptor deletes the raw contact on the server and
2142         * then calls ContactResolver.delete once more, this time passing the
2143         * {@link ContactsContract#CALLER_IS_SYNCADAPTER} query parameter to finalize
2144         * the data removal.
2145         * <P>Type: INTEGER</P>
2146         */
2147        public static final String DELETED = "deleted";
2148
2149        /**
2150         * The "name_verified" flag: "1" means that the name fields on this raw
2151         * contact can be trusted and therefore should be used for the entire
2152         * aggregated contact.
2153         * <p>
2154         * If an aggregated contact contains more than one raw contact with a
2155         * verified name, one of those verified names is chosen at random.
2156         * If an aggregated contact contains no verified names, the
2157         * name is chosen randomly from the constituent raw contacts.
2158         * </p>
2159         * <p>
2160         * Updating this flag from "0" to "1" automatically resets it to "0" on
2161         * all other raw contacts in the same aggregated contact.
2162         * </p>
2163         * <p>
2164         * Sync adapters should only specify a value for this column when
2165         * inserting a raw contact and leave it out when doing an update.
2166         * </p>
2167         * <p>
2168         * The default value is "0"
2169         * </p>
2170         * <p>Type: INTEGER</p>
2171         *
2172         * @hide
2173         */
2174        public static final String NAME_VERIFIED = "name_verified";
2175
2176        /**
2177         * The "read-only" flag: "0" by default, "1" if the row cannot be modified or
2178         * deleted except by a sync adapter.  See {@link ContactsContract#CALLER_IS_SYNCADAPTE
        R}.
```

```
2179          */
2180
2181         public static final String RAW_CONTACT_IS_READ_ONLY = "raw_contact_is_read_only";
2182
2183         /**
2184          * Flag that reflects whether this raw contact belongs to the user's
2185          * personal profile entry.
2186          */
2187         public static final String RAW_CONTACT_IS_USER_PROFILE = "raw_contact_is_user_profile";
2188     }
2189
2190     /**
2191      * Constants for the raw contacts table, which contains one row of contact
2192      * information for each person in each synced account. Sync adapters and
2193      * contact management apps
2194      * are the primary consumers of this API.
2195      *
2196      * <h3>Aggregation</h3>
2197      * <p>
2198      * As soon as a raw contact is inserted or whenever its constituent data
2199      * changes, the provider will check if the raw contact matches other
2200      * existing raw contacts and if so will aggregate it with those. The
2201      * aggregation is reflected in the {@link RawContacts} table by the change of the
2202      * {@link #CONTACT_ID} field, which is the reference to the aggregate contact.
2203      * </p>
2204      * <p>
2205      * Changes to the structured name, organization, phone number, email address,
2206      * or nickname trigger a re-aggregation.
2207      * </p>
2208      * <p>
2209      * See also {@link AggregationExceptions} for a mechanism to control
2210      * aggregation programmatically.
2211      * </p>
2212      *
2213      * <h3>Operations</h3>
2214      * <dl>
2215      * <dt><b>Insert</b></dt>
2216      * <dd>
2217      * <p>
2218      * Raw contacts can be inserted incrementally or in a batch.
2219      * The incremental method is more traditional but less efficient.
2220      * It should be used
2221      * only if no {@link Data} values are available at the time the raw contact is created:
2222      * <pre>
2223      * ContentValues values = new ContentValues();
2224      * values.put(RawContacts.ACCOUNT_TYPE, accountType);
2225      * values.put(RawContacts.ACCOUNT_NAME, accountName);
2226      * Uri rawContactUri = getContentResolver().insert(RawContacts.CONTENT_URI, values);
2227      * long rawContactId = ContentUris.parseId(rawContactUri);
2228      * </pre>
2229      * </p>
2230      * <p>
2231      * Once {@link Data} values become available, insert those.
2232      * For example, here's how you would insert a name:
2233      *
2234      * <pre>
2235      * values.clear();
2236      * values.put(Data.RAW_CONTACT_ID, rawContactId);
2237      * values.put(Data.MIMETYPE, StructuredName.CONTENT_ITEM_TYPE);
2238      * values.put(StructuredName.DISPLAY_NAME, &quot;Mike Sullivan&quot;);
2239      * getContentResolver().insert(Data.CONTENT_URI, values);
2240      * </pre>
2241      * </p>
2242      * <p>
2243      * The batch method is by far preferred.  It inserts the raw contact and its
2244      * constituent data rows in a single database transaction
2245      * and causes at most one aggregation pass.
2246      * <pre>
2247      * ArrayList&lt;ContentProviderOperation&gt; ops =
2248      *          new ArrayList&lt;ContentProviderOperation&gt;();
2249      * ...
2250      * int rawContactInsertIndex = ops.size();
2251      * ops.add(ContentProviderOperation.newInsert(RawContacts.CONTENT_URI)
2252      *          .withValue(RawContacts.ACCOUNT_TYPE, accountType)
2253      *          .withValue(RawContacts.ACCOUNT_NAME, accountName)
2254      *          .build());
2255      *
2256      * ops.add(ContentProviderOperation.newInsert(Data.CONTENT_URI)
2257      *          .withValueBackReference(Data.RAW_CONTACT_ID, rawContactInsertIndex)
2258      *          .withValue(Data.MIMETYPE, StructuredName.CONTENT_ITEM_TYPE)
2259      *          .withValue(StructuredName.DISPLAY_NAME, &quot;Mike Sullivan&quot;)
2260      *          .build());
```

```
2261        *    Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 30 of 105
2262        * getContentResolver().applyBatch(ContactsContract.AUTHORITY, ops);
2263        * </pre>
2264        * </p>
2265        * <p>
2266        * Note the use of {@link ContentProviderOperation.Builder#withValueBackReference(String,
      int)}
2267        * to refer to the as-yet-unknown index value of the raw contact inserted in the
2268        * first operation.
2269        * </p>
2270        *
2271        * <dt><b>Update</b></dt>
2272        * <dd><p>
2273        * Raw contacts can be updated incrementally or in a batch.
2274        * Batch mode should be used whenever possible.
2275        * The procedures and considerations are analogous to those documented above for inserts.
2276        * </p></dd>
2277        * <dt><b>Delete</b></dt>
2278        * <dd><p>When a raw contact is deleted, all of its Data rows as well as StatusUpdates,
2279        * AggregationExceptions, PhoneLookup rows are deleted automatically. When all raw
2280        * contacts associated with a {@link Contacts} row are deleted, the {@link Contacts} row
2281        * itself is also deleted automatically.
2282        * </p>
2283        * <p>
2284        * The invocation of {@code resolver.delete(...)}, does not immediately delete
2285        * a raw contacts row.
2286        * Instead, it sets the {@link #DELETED} flag on the raw contact and
2287        * removes the raw contact from its aggregate contact.
2288        * The sync adapter then deletes the raw contact from the server and
2289        * finalizes phone-side deletion by calling {@code resolver.delete(...)}
2290        * again and passing the {@link ContactsContract#CALLER_IS_SYNCADAPTER} query parameter.<p
      >
2291        * <p>Some sync adapters are read-only, meaning that they only sync server-side
2292        * changes to the phone, but not the reverse.  If one of those raw contacts
2293        * is marked for deletion, it will remain on the phone.  However it will be
2294        * effectively invisible, because it will not be part of any aggregate contact.
2295        * </dd>
2296        *
2297        * <dt><b>Query</b></dt>
2298        * <dd>
2299        * <p>
2300        * It is easy to find all raw contacts in a Contact:
2301        * <pre>
2302        * Cursor c = getContentResolver().query(RawContacts.CONTENT_URI,
2303        *          new String[]{RawContacts._ID},
2304        *          RawContacts.CONTACT_ID + "=?",
2305        *          new String[]{String.valueOf(contactId)}, null);
2306        * </pre>
2307        * </p>
2308        * <p>
2309        * To find raw contacts within a specific account,
2310        * you can either put the account name and type in the selection or pass them as query
2311        * parameters.  The latter approach is preferable, especially when you can reuse the
2312        * URI:
2313        * <pre>
2314        * Uri rawContactUri = RawContacts.URI.buildUpon()
2315        *          .appendQueryParameter(RawContacts.ACCOUNT_NAME, accountName)
2316        *          .appendQueryParameter(RawContacts.ACCOUNT_TYPE, accountType)
2317        *          .build();
2318        * Cursor c1 = getContentResolver().query(rawContactUri,
2319        *          RawContacts.STARRED + "&lt;&gt;0", null, null, null);
2320        * ...
2321        * Cursor c2 = getContentResolver().query(rawContactUri,
2322        *          RawContacts.DELETED + "&lt;&gt;0", null, null, null);
2323        * </pre>
2324        * </p>
2325        * <p>The best way to read a raw contact along with all the data associated with it is
2326        * by using the {@link Entity} directory. If the raw contact has data rows,
2327        * the Entity cursor will contain a row for each data row.  If the raw contact has no
2328        * data rows, the cursor will still contain one row with the raw contact-level information
      .
2329        * <pre>
2330        * Uri rawContactUri = ContentUris.withAppendedId(RawContacts.CONTENT_URI, rawContactId);
2331        * Uri entityUri = Uri.withAppendedPath(rawContactUri, Entity.CONTENT_DIRECTORY);
2332        * Cursor c = getContentResolver().query(entityUri,
2333        *          new String[]{RawContacts.SOURCE_ID, Entity.DATA_ID, Entity.MIMETYPE, Entity.DA
      TA1},
2334        *          null, null, null);
2335        * try {
2336        *     while (c.moveToNext()) {
2337        *         String sourceId = c.getString(0);
2338        *         if (!c.isNull(1)) {
```

Case 5:12-cv-00630-LHK   Document 147-7   Filed 04/23/12   Page 31 of 105

```
2339    *                  String data = c.getString(3);
2340    *                  ...
2341    *              }
2342    *          }
2343    *      }
2344    *  } finally {
2345    *      c.close();
2346    *  }
2347    * </pre>
2348    * </p>
2349    * </dd>
2350    * </dl>
2351    * <h2>Columns</h2>
2352    *
2353    * <table class="jd-sumtable">
2354    * <tr>
2355    * <th colspan='4'>RawContacts</th>
2356    * </tr>
2357    * <tr>
2358    * <td>long</td>
2359    * <td>{@link #_ID}</td>
2360    * <td>read-only</td>
2361    * <td>Row ID. Sync adapters should try to preserve row IDs during updates. In other words,
2362    * it is much better for a sync adapter to update a raw contact rather than to delete and
2363    * re-insert it.</td>
2364    * </tr>
2365    * <tr>
2366    * <td>long</td>
2367    * <td>{@link #CONTACT_ID}</td>
2368    * <td>read-only</td>
2369    * <td>The ID of the row in the {@link ContactsContract.Contacts} table
2370    * that this raw contact belongs
2371    * to. Raw contacts are linked to contacts by the aggregation process, which can be controlled
2372    * by the {@link #AGGREGATION_MODE} field and {@link AggregationExceptions}.</td>
2373    * </tr>
2374    * <tr>
2375    * <td>int</td>
2376    * <td>{@link #AGGREGATION_MODE}</td>
2377    * <td>read/write</td>
2378    * <td>A mechanism that allows programmatic control of the aggregation process. The allowed
2379    * values are {@link #AGGREGATION_MODE_DEFAULT}, {@link #AGGREGATION_MODE_DISABLED}
2380    * and {@link #AGGREGATION_MODE_SUSPENDED}. See also {@link AggregationExceptions}.</td>
2381    * </tr>
2382    * <tr>
2383    * <td>int</td>
2384    * <td>{@link #DELETED}</td>
2385    * <td>read/write</td>
2386    * <td>The "deleted" flag: "0" by default, "1" if the row has been marked
2387    * for deletion. When {@link android.content.ContentResolver#delete} is
2388    * called on a raw contact, it is marked for deletion and removed from its
2389    * aggregate contact. The sync adaptor deletes the raw contact on the server and
2390    * then calls ContactResolver.delete once more, this time passing the
2391    * {@link ContactsContract#CALLER_IS_SYNCADAPTER} query parameter to finalize
2392    * the data removal.</td>
2393    * </tr>
2394    * <tr>
2395    * <td>int</td>
2396    * <td>{@link #TIMES_CONTACTED}</td>
2397    * <td>read/write</td>
2398    * <td>The number of times the contact has been contacted. To have an effect
2399    * on the corresponding value of the aggregate contact, this field
2400    * should be set at the time the raw contact is inserted.
2401    * After that, this value is typically updated via
2402    * {@link ContactsContract.Contacts#markAsContacted}.</td>
2403    * </tr>
2404    * <tr>
2405    * <td>long</td>
2406    * <td>{@link #LAST_TIME_CONTACTED}</td>
2407    * <td>read/write</td>
2408    * <td>The timestamp of the last time the contact was contacted. To have an effect
2409    * on the corresponding value of the aggregate contact, this field
2410    * should be set at the time the raw contact is inserted.
2411    * After that, this value is typically updated via
2412    * {@link ContactsContract.Contacts#markAsContacted}.
2413    * </td>
2414    * </tr>
2415    * <tr>
2416    * <td>int</td>
2417    * <td>{@link #STARRED}</td>
```

Case 5:12-cv-00630-LHK    Document 117-7    Filed 04/23/12    Page 32 of 105

```
2418        * <td>An indicator for favorite contacts: '1' if favorite, '0' otherwise.
2419        * <td>An indicator for favorite contacts: '1' if favorite, '0' otherwise.
2420        * Changing this field immediately affects the corresponding aggregate contact:
2421        * if any raw contacts in that aggregate contact are starred, then the contact
2422        * itself is marked as starred.</td>
2423        * </tr>
2424        * <tr>
2425        * <td>String</td>
2426        * <td>{@link #CUSTOM_RINGTONE}</td>
2427        * <td>read/write</td>
2428        * <td>A custom ringtone associated with a raw contact. Typically this is the
2429        * URI returned by an activity launched with the
2430        * {@link android.media.RingtoneManager#ACTION_RINGTONE_PICKER} intent.
2431        * To have an effect on the corresponding value of the aggregate contact, this field
2432        * should be set at the time the raw contact is inserted. To set a custom
2433        * ringtone on a contact, use the field {@link ContactsContract.Contacts#CUSTOM_RINGTONE
2434        * Contacts.CUSTOM_RINGTONE}
2435        * instead.</td>
2436        * </tr>
2437        * <tr>
2438        * <td>int</td>
2439        * <td>{@link #SEND_TO_VOICEMAIL}</td>
2440        * <td>read/write</td>
2441        * <td>An indicator of whether calls from this raw contact should be forwarded
2442        * directly to voice mail ('1') or not ('0'). To have an effect
2443        * on the corresponding value of the aggregate contact, this field
2444        * should be set at the time the raw contact is inserted.</td>
2445        * </tr>
2446        * <tr>
2447        * <td>String</td>
2448        * <td>{@link #ACCOUNT_NAME}</td>
2449        * <td>read/write-once</td>
2450        * <td>The name of the account instance to which this row belongs, which when paired with
2451        * {@link #ACCOUNT_TYPE} identifies a specific account.
2452        * For example, this will be the Gmail address if it is a Google account.
2453        * It should be set at the time the raw contact is inserted and never
2454        * changed afterwards.</td>
2455        * </tr>
2456        * <tr>
2457        * <td>String</td>
2458        * <td>{@link #ACCOUNT_TYPE}</td>
2459        * <td>read/write-once</td>
2460        * <td>
2461        * <p>
2462        * The type of account to which this row belongs, which when paired with
2463        * {@link #ACCOUNT_NAME} identifies a specific account.
2464        * It should be set at the time the raw contact is inserted and never
2465        * changed afterwards.
2466        * </p>
2467        * <p>
2468        * To ensure uniqueness, new account types should be chosen according to the
2469        * Java package naming convention.  Thus a Google account is of type "com.google".
2470        * </p>
2471        * </td>
2472        * </tr>
2473        * <tr>
2474        * <td>String</td>
2475        * <td>{@link #DATA_SET}</td>
2476        * <td>read/write-once</td>
2477        * <td>
2478        * <p>
2479        * The data set within the account that this row belongs to.  This allows
2480        * multiple sync adapters for the same account type to distinguish between
2481        * each others' data.  The combination of {@link #ACCOUNT_TYPE},
2482        * {@link #ACCOUNT_NAME}, and {@link #DATA_SET} identifies a set of data
2483        * that is associated with a single sync adapter.
2484        * </p>
2485        * <p>
2486        * This is empty by default, and is completely optional.  It only needs to
2487        * be populated if multiple sync adapters are entering distinct data for
2488        * the same account type and account name.
2489        * </p>
2490        * <p>
2491        * It should be set at the time the raw contact is inserted and never
2492        * changed afterwards.
2493        * </p>
2494        * </td>
2495        * </tr>
2496        * <tr>
2497        * <td>String</td>
2498        * <td>{@link #SOURCE_ID}</td>
2499        * <td>read/write</td>
```

```
2500        * <Case 5:12-cv-00630-LHK  Document 1177-7  Filed 04/23/14  Page 33 of 105
2501        * Typically it is set at the time the raw contact is inserted and never
2502        * changed afterwards. The one notable exception is a new raw contact: it
2503        * will have an account name and type (and possibly a data set), but no
2504        * source id. This indicates to the sync adapter that a new contact needs
2505        * to be created server-side and its ID stored in the corresponding
2506        * SOURCE_ID field on the phone.
2507        * </td>
2508        * </tr>
2509        * <tr>
2510        * <td>int</td>
2511        * <td>{@link #VERSION}</td>
2512        * <td>read-only</td>
2513        * <td>Version number that is updated whenever this row or its related data
2514        * changes. This field can be used for optimistic locking of a raw contact.
2515        * </td>
2516        * </tr>
2517        * <tr>
2518        * <td>int</td>
2519        * <td>{@link #DIRTY}</td>
2520        * <td>read/write</td>
2521        * <td>Flag indicating that {@link #VERSION} has changed, and this row needs
2522        * to be synchronized by its owning account.  The value is set to "1" automatically
2523        * whenever the raw contact changes, unless the URI has the
2524        * {@link ContactsContract#CALLER_IS_SYNCADAPTER} query parameter specified.
2525        * The sync adapter should always supply this query parameter to prevent
2526        * unnecessary synchronization: user changes some data on the server,
2527        * the sync adapter updates the contact on the phone (without the
2528        * CALLER_IS_SYNCADAPTER flag) flag, which sets the DIRTY flag,
2529        * which triggers a sync to bring the changes to the server.
2530        * </td>
2531        * </tr>
2532        * <tr>
2533        * <td>String</td>
2534        * <td>{@link #SYNC1}</td>
2535        * <td>read/write</td>
2536        * <td>Generic column provided for arbitrary use by sync adapters.
2537        * The content provider
2538        * stores this information on behalf of the sync adapter but does not
2539        * interpret it in any way.
2540        * </td>
2541        * </tr>
2542        * <tr>
2543        * <td>String</td>
2544        * <td>{@link #SYNC2}</td>
2545        * <td>read/write</td>
2546        * <td>Generic column for use by sync adapters.
2547        * </td>
2548        * </tr>
2549        * <tr>
2550        * <td>String</td>
2551        * <td>{@link #SYNC3}</td>
2552        * <td>read/write</td>
2553        * <td>Generic column for use by sync adapters.
2554        * </td>
2555        * </tr>
2556        * <tr>
2557        * <td>String</td>
2558        * <td>{@link #SYNC4}</td>
2559        * <td>read/write</td>
2560        * <td>Generic column for use by sync adapters.
2561        * </td>
2562        * </tr>
2563        * </table>
2564        */
2565       public static final class RawContacts implements BaseColumns, RawContactsColumns,
2566               ContactOptionsColumns, ContactNameColumns, SyncColumns  {
2567           /**
2568            * This utility class cannot be instantiated
2569            */
2570           private RawContacts() {
2571           }
2572
2573           /**
2574            * The content:// style URI for this table, which requests a directory of
2575            * raw contact rows matching the selection criteria.
2576            */
2577           public static final Uri CONTENT_URI = Uri.withAppendedPath(AUTHORITY_URI, "raw_contacts")
2578   ;
2579           /**
2580            * The MIME type of the results from {@link #CONTENT_URI} when a specific
```

Case 5:12-cv-00630-LHK Document 117-7 Filed 04/20/12 Page 34 of 105

```
2581                 */
2582
2583         public static final String CONTENT_TYPE = "vnd.android.cursor.dir/raw_contact";
2584
2585         /**
2586          * The MIME type of the results when a raw contact ID is appended to {@link #CONTENT_U
     RI},
2587          * yielding a subdirectory of a single person.
2588          */
2589         public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/raw_contact";
2590
2591         /**
2592          * Aggregation mode: aggregate immediately after insert or update operation(s) are com
     plete.
2593          */
2594         public static final int AGGREGATION_MODE_DEFAULT = 0;
2595
2596         /**
2597          * Aggregation mode: aggregate at the time the raw contact is inserted/updated.
2598          * @deprecated Aggregation is synchronous, this historic value is a no-op
2599          */
2600         @Deprecated
2601         public static final int AGGREGATION_MODE_IMMEDIATE = 1;
2602
2603         /**
2604          * <p>
2605          * Aggregation mode: aggregation suspended temporarily, and is likely to be resumed la
     ter.
2606          * Changes to the raw contact will update the associated aggregate contact but will no
     t
2607          * result in any change in how the contact is aggregated. Similar to
2608          * {@link #AGGREGATION_MODE_DISABLED}, but maintains a link to the corresponding
2609          * {@link Contacts} aggregate.
2610          * </p>
2611          * <p>
2612          * This can be used to postpone aggregation until after a series of updates, for bette
     r
2613          * performance and/or user experience.
2614          * </p>
2615          * <p>
2616          * Note that changing
2617          * {@link #AGGREGATION_MODE} from {@link #AGGREGATION_MODE_SUSPENDED} to
2618          * {@link #AGGREGATION_MODE_DEFAULT} does not trigger an aggregation pass, but any
2619          * subsequent
2620          * change to the raw contact's data will.
2621          * </p>
2622          */
2623         public static final int AGGREGATION_MODE_SUSPENDED = 2;
2624
2625         /**
2626          * <p>
2627          * Aggregation mode: never aggregate this raw contact.  The raw contact will not
2628          * have a corresponding {@link Contacts} aggregate and therefore will not be included
     in
2629          * {@link Contacts} query results.
2630          * </p>
2631          * <p>
2632          * For example, this mode can be used for a raw contact that is marked for deletion wh
     ile
2633          * waiting for the deletion to occur on the server side.
2634          * </p>
2635          *
2636          * @see #AGGREGATION_MODE_SUSPENDED
2637          */
2638         public static final int AGGREGATION_MODE_DISABLED = 3;
2639
2640         /**
2641          * Build a {@link android.provider.ContactsContract.Contacts#CONTENT_LOOKUP_URI}
2642          * style {@link Uri} for the parent {@link android.provider.ContactsContract.Contacts}
2643          * entry of the given {@link RawContacts} entry.
2644          */
2645         public static Uri getContactLookupUri(ContentResolver resolver, Uri rawContactUri) {
2646             // TODO: use a lighter query by joining rawcontacts with contacts in provider
2647             final Uri dataUri = Uri.withAppendedPath(rawContactUri, Data.CONTENT_DIRECTORY);
2648             final Cursor cursor = resolver.query(dataUri, new String[] {
2649                     RawContacts.CONTACT_ID, Contacts.LOOKUP_KEY
2650             }, null, null, null);
2651
2652             Uri lookupUri = null;
2653             try {
2654                 if (cursor != null && cursor.moveToFirst()) {
2655                     final long contactId = cursor.getLong(0);
```

```
2656                    return Contacts.getLookupUri(contactId, lookupKey);
2657                }
2658            } finally {
2659                if (cursor != null) cursor.close();
2660            }
2661            return lookupUri;
2662        }
2663
2664        /**
2665         * A sub-directory of a single raw contact that contains all of its
2666         * {@link ContactsContract.Data} rows. To access this directory
2667         * append {@link Data#CONTENT_DIRECTORY} to the raw contact URI.
2668         */
2669        public static final class Data implements BaseColumns, DataColumns {
2670            /**
2671             * no public constructor since this is a utility class
2672             */
2673            private Data() {
2674            }
2675
2676            /**
2677             * The directory twig for this sub-table
2678             */
2679            public static final String CONTENT_DIRECTORY = "data";
2680        }
2681
2682        /**
2683         * <p>
2684         * A sub-directory of a single raw contact that contains all of its
2685         * {@link ContactsContract.Data} rows. To access this directory append
2686         * {@link RawContacts.Entity#CONTENT_DIRECTORY} to the raw contact URI. See
2687         * {@link RawContactsEntity} for a stand-alone table containing the same
2688         * data.
2689         * </p>
2690         * <p>
2691         * Entity has two ID fields: {@link #_ID} for the raw contact
2692         * and {@link #DATA_ID} for the data rows.
2693         * Entity always contains at least one row, even if there are no
2694         * actual data rows. In this case the {@link #DATA_ID} field will be
2695         * null.
2696         * </p>
2697         * <p>
2698         * Using Entity should be preferred to using two separate queries:
2699         * RawContacts followed by Data. The reason is that Entity reads all
2700         * data for a raw contact in one transaction, so there is no possibility
2701         * of the data changing between the two queries.
2702         */
2703        public static final class Entity implements BaseColumns, DataColumns {
2704            /**
2705             * no public constructor since this is a utility class
2706             */
2707            private Entity() {
2708            }
2709
2710            /**
2711             * The directory twig for this sub-table
2712             */
2713            public static final String CONTENT_DIRECTORY = "entity";
2714
2715            /**
2716             * The ID of the data row. The value will be null if this raw contact has no
2717             * data rows.
2718             * <P>Type: INTEGER</P>
2719             */
2720            public static final String DATA_ID = "data_id";
2721        }
2722
2723        /**
2724         * <p>
2725         * A sub-directory of a single raw contact that contains all of its
2726         * {@link ContactsContract.StreamItems} rows. To access this directory append
2727         * {@link RawContacts.StreamItems#CONTENT_DIRECTORY} to the raw contact URI. See
2728         * {@link ContactsContract.StreamItems} for a stand-alone table containing the
2729         * same data.
2730         * </p>
2731         * <p>
2732         * Access to the social stream through this sub-directory requires additional permissi
2733    ons
2734         * beyond the read/write contact permissions required by the provider.  Querying for
2735         * social stream data requires android.permission.READ_SOCIAL_STREAM permission, and
2736         * inserting or updating social stream items requires android.permission.WRITE_SOCIAL_
```

```
                * permission.
                * </p>
                * @hide
                */
               public static final class StreamItems implements BaseColumns, StreamItemsColumns {
                   /**
                    * No public constructor since this is a utility class
                    */
                   private StreamItems() {
                   }

                   /**
                    * The directory twig for this sub-table
                    */
                   public static final String CONTENT_DIRECTORY = "stream_items";
               }

               /**
                * <p>
                * A sub-directory of a single raw contact that represents its primary
                * display photo.  To access this directory append
                * {@link RawContacts.DisplayPhoto#CONTENT_DIRECTORY} to the raw contact URI.
                * The resulting URI represents an image file, and should be interacted with
                * using ContentResolver.openAssetFileDescriptor.
                * <p>
                * <p>
                * Note that the sub-directory also supports opening the photo as an asset file
                * in write mode.  Callers can create or replace the primary photo associated
                * with this raw contact by opening the asset file and writing the full-size
                * photo contents into it.  When the file is closed, the image will be parsed,
                * sized down if necessary for the full-size display photo and thumbnail
                * dimensions, and stored.
                * </p>
                * <p>
                * Usage example:
                * <pre>
                * public void writeDisplayPhoto(long rawContactId, byte[] photo) {
                *     Uri rawContactPhotoUri = Uri.withAppendedPath(
                *             ContentUris.withAppendedId(RawContacts.CONTENT_URI, rawContactId),
                *             RawContacts.DisplayPhoto.CONTENT_DIRECTORY);
                *     try {
                *         AssetFileDescriptor fd =
                *             getContentResolver().openAssetFileDescriptor(rawContactPhotoUri, "rw");
                *         OutputStream os = fd.createOutputStream();
                *         os.write(photo);
                *         os.close();
                *         fd.close();
                *     } catch (IOException e) {
                *         // Handle error cases.
                *     }
                * }
                * </pre>
                * </p>
                */
               public static final class DisplayPhoto {
                   /**
                    * No public constructor since this is a utility class
                    */
                   private DisplayPhoto() {
                   }

                   /**
                    * The directory twig for this sub-table
                    */
                   public static final String CONTENT_DIRECTORY = "display_photo";
               }

               /**
                * TODO: javadoc
                * @param cursor
                * @return
                */
               public static EntityIterator newEntityIterator(Cursor cursor) {
                   return new EntityIteratorImpl(cursor);
               }

               private static class EntityIteratorImpl extends CursorEntityIterator {
                   private static final String[] DATA_KEYS = new String[]{
                           Data.DATA1,
                           Data.DATA2,
                           Data.DATA3,
```

```
2818                            Data.DATA5,
2819                            Data.DATA6,
2820                            Data.DATA7,
2821                            Data.DATA8,
2822                            Data.DATA9,
2823                            Data.DATA10,
2824                            Data.DATA11,
2825                            Data.DATA12,
2826                            Data.DATA13,
2827                            Data.DATA14,
2828                            Data.DATA15,
2829                            Data.SYNC1,
2830                            Data.SYNC2,
2831                            Data.SYNC3,
2832                            Data.SYNC4};
2833
2834
2835            public EntityIteratorImpl(Cursor cursor) {
2836                super(cursor);
2837            }
2838
2839            @Override
2840            public android.content.Entity getEntityAndIncrementCursor(Cursor cursor)
2841                    throws RemoteException {
2842                final int columnRawContactId = cursor.getColumnIndexOrThrow(RawContacts._ID);
2843                final long rawContactId = cursor.getLong(columnRawContactId);
2844
2845                // we expect the cursor is already at the row we need to read from
2846                ContentValues cv = new ContentValues();
2847                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, cv, ACCOUNT_NAME);
2848                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, cv, ACCOUNT_TYPE);
2849                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, cv, DATA_SET);
2850                DatabaseUtils.cursorLongToContentValuesIfPresent(cursor, cv, _ID);
2851                DatabaseUtils.cursorLongToContentValuesIfPresent(cursor, cv, DIRTY);
2852                DatabaseUtils.cursorLongToContentValuesIfPresent(cursor, cv, VERSION);
2853                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, cv, SOURCE_ID);
2854                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, cv, SYNC1);
2855                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, cv, SYNC2);
2856                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, cv, SYNC3);
2857                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, cv, SYNC4);
2858                DatabaseUtils.cursorLongToContentValuesIfPresent(cursor, cv, DELETED);
2859                DatabaseUtils.cursorLongToContentValuesIfPresent(cursor, cv, CONTACT_ID);
2860                DatabaseUtils.cursorLongToContentValuesIfPresent(cursor, cv, STARRED);
2861                DatabaseUtils.cursorIntToContentValuesIfPresent(cursor, cv, NAME_VERIFIED);
2862                android.content.Entity contact = new android.content.Entity(cv);
2863
2864                // read data rows until the contact id changes
2865                do {
2866                    if (rawContactId != cursor.getLong(columnRawContactId)) {
2867                        break;
2868                    }
2869                    // add the data to to the contact
2870                    cv = new ContentValues();
2871                    cv.put(Data._ID, cursor.getLong(cursor.getColumnIndexOrThrow(Entity.DATA_I
D)));
2872                    DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, cv,
2873                            Data.RES_PACKAGE);
2874                    DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, cv, Data.MIMETY
PE);
2875                    DatabaseUtils.cursorLongToContentValuesIfPresent(cursor, cv, Data.IS_PRIMA
RY);
2876                    DatabaseUtils.cursorLongToContentValuesIfPresent(cursor, cv,
2877                            Data.IS_SUPER_PRIMARY);
2878                    DatabaseUtils.cursorLongToContentValuesIfPresent(cursor, cv, Data.DATA_VER
SION);
2879                    DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, cv,
2880                            CommonDataKinds.GroupMembership.GROUP_SOURCE_ID);
2881                    DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, cv,
2882                            Data.DATA_VERSION);
2883                    for (String key : DATA_KEYS) {
2884                        final int columnIndex = cursor.getColumnIndexOrThrow(key);
2885                        switch (cursor.getType(columnIndex)) {
2886                            case Cursor.FIELD_TYPE_NULL:
2887                                // don't put anything
2888                                break;
2889                            case Cursor.FIELD_TYPE_INTEGER:
2890                            case Cursor.FIELD_TYPE_FLOAT:
2891                            case Cursor.FIELD_TYPE_STRING:
2892                                cv.put(key, cursor.getString(columnIndex));
2893                                break;
2894                            case Cursor.FIELD_TYPE_BLOB:
2895                                cv.put(key, cursor.getBlob(columnIndex));
```

```
2896                              default:
2897                                  throw new IllegalStateException("Invalid or unhandled data type");
2898                              }
2899                          }
2900                          contact.addSubValue(ContactsContract.Data.CONTENT_URI, cv);
2901                      } while (cursor.moveToNext());
2902
2903                      return contact;
2904                  }
2905
2906              }
2907          }
2908
2909          /**
2910           * Social status update columns.
2911           *
2912           * @see StatusUpdates
2913           * @see ContactsContract.Data
2914           */
2915          protected interface StatusColumns {
2916              /**
2917               * Contact's latest presence level.
2918               * <P>Type: INTEGER (one of the values below)</P>
2919               */
2920              public static final String PRESENCE = "mode";
2921
2922              /**
2923               * @deprecated use {@link #PRESENCE}
2924               */
2925              @Deprecated
2926              public static final String PRESENCE_STATUS = PRESENCE;
2927
2928              /**
2929               * An allowed value of {@link #PRESENCE}.
2930               */
2931              int OFFLINE = 0;
2932
2933              /**
2934               * An allowed value of {@link #PRESENCE}.
2935               */
2936              int INVISIBLE = 1;
2937
2938              /**
2939               * An allowed value of {@link #PRESENCE}.
2940               */
2941              int AWAY = 2;
2942
2943              /**
2944               * An allowed value of {@link #PRESENCE}.
2945               */
2946              int IDLE = 3;
2947
2948              /**
2949               * An allowed value of {@link #PRESENCE}.
2950               */
2951              int DO_NOT_DISTURB = 4;
2952
2953              /**
2954               * An allowed value of {@link #PRESENCE}.
2955               */
2956              int AVAILABLE = 5;
2957
2958              /**
2959               * Contact latest status update.
2960               * <p>Type: TEXT</p>
2961               */
2962              public static final String STATUS = "status";
2963
2964              /**
2965               * @deprecated use {@link #STATUS}
2966               */
2967              @Deprecated
2968              public static final String PRESENCE_CUSTOM_STATUS = STATUS;
2969
2970              /**
2971               * The absolute time in milliseconds when the latest status was inserted/updated.
2972               * <p>Type: NUMBER</p>
2973               */
2974              public static final String STATUS_TIMESTAMP = "status_ts";
2975
2976              /**
2977
```

```
2978            * <p>Type: TEXT</p>
2979            */
2980           public static final String STATUS_RES_PACKAGE = "status_res_package";
2981
2982
2983           /**
2984            * The resource ID of the label describing the source of the status update, e.g. "Goog
le
2985            * Talk".  This resource should be scoped by the {@link #STATUS_RES_PACKAGE}.
2986            * <p>Type: NUMBER</p>
2987            */
2988           public static final String STATUS_LABEL = "status_label";
2989
2990           /**
2991            * The resource ID of the icon for the source of the status update.
2992            * This resource should be scoped by the {@link #STATUS_RES_PACKAGE}.
2993            * <p>Type: NUMBER</p>
2994            */
2995           public static final String STATUS_ICON = "status_icon";
2996
2997           /**
2998            * Contact's audio/video chat capability level.
2999            * <P>Type: INTEGER (one of the values below)</P>
3000            */
3001           public static final String CHAT_CAPABILITY = "chat_capability";
3002
3003           /**
3004            * An allowed flag of {@link #CHAT_CAPABILITY}. Indicates audio-chat capability (micro
phone
3005            * and speaker)
3006            */
3007           public static final int CAPABILITY_HAS_VOICE = 1;
3008
3009           /**
3010            * An allowed flag of {@link #CHAT_CAPABILITY}. Indicates that the contact's device ca
n
3011            * display a video feed.
3012            */
3013           public static final int CAPABILITY_HAS_VIDEO = 2;
3014
3015           /**
3016            * An allowed flag of {@link #CHAT_CAPABILITY}. Indicates that the contact's device ha
s a
3017            * camera that can be used for video chat (e.g. a front-facing camera on a phone).
3018            */
3019           public static final int CAPABILITY_HAS_CAMERA = 4;
3020        }
3021
3022        /**
3023         * <p>
3024         * Constants for the stream_items table, which contains social stream updates from
3025         * the user's contact list.
3026         * </p>
3027         * <p>
3028         * Only a certain number of stream items will ever be stored under a given raw contact.
3029         * Users of this API can query {@link ContactsContract.StreamItems#CONTENT_LIMIT_URI} to
3030         * determine this limit, and should restrict the number of items inserted in any given
3031         * transaction correspondingly.  Insertion of more items beyond the limit will
3032         * automatically lead to deletion of the oldest items, by {@link StreamItems#TIMESTAMP}.
3033         * </p>
3034         * <p>
3035         * Access to the social stream through these URIs requires additional permissions beyond t
he
3036         * read/write contact permissions required by the provider.  Querying for social stream da
ta
3037         * requires android.permission.READ_SOCIAL_STREAM permission, and inserting or updating so
cial
3038         * stream items requires android.permission.WRITE_SOCIAL_STREAM permission.
3039         * </p>
3040         * <h3>Operations</h3>
3041         * <dl>
3042         * <dt><b>Insert</b></dt>
3043         * <dd>
3044         * <p>Social stream updates are always associated with a raw contact.  There are a couple
3045         * of ways to insert these entries.
3046         * <dl>
3047         * <dt>Via the {@link RawContacts.StreamItems#CONTENT_DIRECTORY} sub-path of a raw contact
:</dt>
3048         * <dd>
3049         * <pre>
3050         * ContentValues values = new ContentValues();
3051         * values.put(StreamItems.TEXT, "Breakfasted at Tiffanys");
```

```
3052      *  values.put(StreamItems.TIMESTAMP, timestamp);
3053      *  values.put(StreamItems.COMMENTS, "3 people reshared this");
3054      *  Uri streamItemUri = getContentResolver().insert(
3055      *          Uri.withAppendedPath(ContentUris.withAppendedId(RawContacts.CONTENT_URI, rawContact
Id),
3056      *          RawContacts.StreamItems.CONTENT_DIRECTORY), values);
3057      *  long streamItemId = ContentUris.parseId(streamItemUri);
3058      *  </pre>
3059      *  </dd>
3060      *  <dt>Via {@link StreamItems#CONTENT_URI}:</dt>
3061      *  <dd>
3062      * <pre>
3063      *  ContentValues values = new ContentValues();
3064      *  values.put(StreamItems.RAW_CONTACT_ID, rawContactId);
3065      *  values.put(StreamItems.TEXT, "Breakfasted at Tiffanys");
3066      *  values.put(StreamItems.TIMESTAMP, timestamp);
3067      *  values.put(StreamItems.COMMENTS, "3 people reshared this");
3068      *  Uri streamItemUri = getContentResolver().insert(StreamItems.CONTENT_URI, values);
3069      *  long streamItemId = ContentUris.parseId(streamItemUri);
3070      * </pre>
3071      *  </dd>
3072      *  </dl>
3073      *  </dd>
3074      *  </p>
3075      *  <p>
3076      * Once a {@link StreamItems} entry has been inserted, photos associated with that
3077      * social update can be inserted.  For example, after one of the insertions above,
3078      * photos could be added to the stream item in one of the following ways:
3079      *  <dl>
3080      *  <dt>Via a URI including the stream item ID:</dt>
3081      *  <dd>
3082      *  <pre>
3083      *  values.clear();
3084      *  values.put(StreamItemPhotos.SORT_INDEX, 1);
3085      *  values.put(StreamItemPhotos.PHOTO, photoData);
3086      *  getContentResolver().insert(Uri.withAppendedPath(
3087      *          ContentUris.withAppendedId(StreamItems.CONTENT_URI, streamItemId),
3088      *          StreamItems.StreamItemPhotos.CONTENT_DIRECTORY), values);
3089      *  </pre>
3090      *  </dd>
3091      *  <dt>Via {@link ContactsContract.StreamItems#CONTENT_PHOTO_URI}:</dt>
3092      *  <dd>
3093      *  <pre>
3094      *  values.clear();
3095      *  values.put(StreamItemPhotos.STREAM_ITEM_ID, streamItemId);
3096      *  values.put(StreamItemPhotos.SORT_INDEX, 1);
3097      *  values.put(StreamItemPhotos.PHOTO, photoData);
3098      *  getContentResolver().insert(StreamItems.CONTENT_PHOTO_URI, values);
3099      *  </pre>
3100      *  <p>Note that this latter form allows the insertion of a stream item and its
3101      * photos in a single transaction, by using {@link ContentProviderOperation} with
3102      * back references to populate the stream item ID in the {@link ContentValues}.
3103      *  </dd>
3104      *  </dl>
3105      *  </p>
3106      *  </dd>
3107      *  <dt><b>Update</b></dt>
3108      *  <dd>Updates can be performed by appending the stream item ID to the
3109      * {@link StreamItems#CONTENT_URI} URI.  Only social stream entries that were
3110      * created by the calling package can be updated.</dd>
3111      *  <dt><b>Delete</b></dt>
3112      *  <dd>Deletes can be performed by appending the stream item ID to the
3113      * {@link StreamItems#CONTENT_URI} URI.  Only social stream entries that were
3114      * created by the calling package can be deleted.</dd>
3115      *  <dt><b>Query</b></dt>
3116      *  <dl>
3117      *  <dt>Finding all social stream updates for a given contact</dt>
3118      *  <dd>By Contact ID:
3119      *  <pre>
3120      *  Cursor c = getContentResolver().query(Uri.withAppendedPath(
3121      *          ContentUris.withAppendedId(Contacts.CONTENT_URI, contactId),
3122      *          Contacts.StreamItems.CONTENT_DIRECTORY),
3123      *          null, null, null, null);
3124      *  </pre>
3125      *  </dd>
3126      *  <dd>By lookup key:
3127      *  <pre>
3128      *  Cursor c = getContentResolver().query(Contacts.CONTENT_URI.buildUpon()
3129      *          .appendPath(lookupKey)
3130      *          .appendPath(Contacts.StreamItems.CONTENT_DIRECTORY).build(),
3131      *          null, null, null, null);
3132      *  </pre>
```

```
3133        * <dt>
3134        * <dt>Finding all social stream updates for a given raw contact</dt>
3135        * <dd>
3136        * <pre>
3137        * Cursor c = getContentResolver().query(Uri.withAppendedPath(
3138        *          ContentUris.withAppendedId(RawContacts.CONTENT_URI, rawContactId),
3139        *          RawContacts.StreamItems.CONTENT_DIRECTORY)),
3140        *          null, null, null, null);
3141        * </pre>
3142        * </dd>
3143        * <dt>Querying for a specific stream item by ID</dt>
3144        * <dd>
3145        * <pre>
3146        * Cursor c = getContentResolver().query(ContentUris.withAppendedId(
3147        *          StreamItems.CONTENT_URI, streamItemId),
3148        *          null, null, null, null);
3149        * </pre>
3150        * </dd>
3151        * </dl>
3152        * @hide
3153        */
3154       public static final class StreamItems implements BaseColumns, StreamItemsColumns {
3155           /**
3156            * This utility class cannot be instantiated
3157            */
3158           private StreamItems() {
3159           }
3160
3161           /**
3162            * The content:// style URI for this table, which handles social network stream
3163            * updates for the user's contacts.
3164            */
3165           public static final Uri CONTENT_URI = Uri.withAppendedPath(AUTHORITY_URI, "stream_items")
     ;
3166
3167           /**
3168            * <p>
3169            * A content:// style URI for the photos stored in a sub-table underneath
3170            * stream items.  This is only used for inserts, and updates - queries and deletes
3171            * for photos should be performed by appending
3172            * {@link StreamItems.StreamItemPhotos#CONTENT_DIRECTORY} path to URIs for a
3173            * specific stream item.
3174            * </p>
3175            * <p>
3176            * When using this URI, the stream item ID for the photo(s) must be identified
3177            * in the {@link ContentValues} passed in.
3178            * </p>
3179            */
3180           public static final Uri CONTENT_PHOTO_URI = Uri.withAppendedPath(CONTENT_URI, "photo");
3181
3182           /**
3183            * This URI allows the caller to query for the maximum number of stream items
3184            * that will be stored under any single raw contact.
3185            */
3186           public static final Uri CONTENT_LIMIT_URI =
3187                   Uri.withAppendedPath(AUTHORITY_URI, "stream_items_limit");
3188
3189           /**
3190            * The MIME type of a directory of stream items.
3191            */
3192           public static final String CONTENT_TYPE = "vnd.android.cursor.dir/stream_item";
3193
3194           /**
3195            * The MIME type of a single stream item.
3196            */
3197           public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/stream_item";
3198
3199           /**
3200            * Queries to {@link ContactsContract.StreamItems#CONTENT_LIMIT_URI} will
3201            * contain this column, with the value indicating the maximum number of
3202            * stream items that will be stored under any single raw contact.
3203            */
3204           public static final String MAX_ITEMS = "max_items";
3205
3206           /**
3207            * <p>
3208            * A sub-directory of a single stream item entry that contains all of its
3209            * photo rows. To access this
3210            * directory append {@link StreamItems.StreamItemPhotos#CONTENT_DIRECTORY} to
3211            * an individual stream item URI.
3212            * </p>
3213            * <p>
```

Case 5:12-cv-00630-LHK Document 117-7 Filed 04/23/12 Page 42 of 105

```
3214             * access. Adding new items to a raw contact's stream requires read/writ
e
3215             * contact permissions required by the provider.  Querying for social stream photos
3216             * requires android.permission.READ_SOCIAL_STREAM permission, and inserting or updatin
g
3217             * social stream photos requires android.permission.WRITE_SOCIAL_STREAM permission.
3218             * </p>
3219             */
3220            public static final class StreamItemPhotos
3221                    implements BaseColumns, StreamItemPhotosColumns {
3222                /**
3223                 * No public constructor since this is a utility class
3224                 */
3225                private StreamItemPhotos() {
3226                }
3227
3228                /**
3229                 * The directory twig for this sub-table
3230                 */
3231                public static final String CONTENT_DIRECTORY = "photo";
3232
3233                /**
3234                 * The MIME type of a directory of stream item photos.
3235                 */
3236                public static final String CONTENT_TYPE = "vnd.android.cursor.dir/stream_item_photo";
3237
3238                /**
3239                 * The MIME type of a single stream item photo.
3240                 */
3241                public static final String CONTENT_ITEM_TYPE
3242                        = "vnd.android.cursor.item/stream_item_photo";
3243            }
3244        }
3245
3246        /**
3247         * Columns in the StreamItems table.
3248         *
3249         * @see ContactsContract.StreamItems
3250         * @hide
3251         */
3252        protected interface StreamItemsColumns {
3253            /**
3254             * A reference to the {@link android.provider.ContactsContract.Contacts#_ID}
3255             * that this stream item belongs to.
3256             *
3257             * <p>Type: INTEGER</p>
3258             * <p>read-only</p>
3259             */
3260            public static final String CONTACT_ID = "contact_id";
3261
3262            /**
3263             * A reference to the {@link android.provider.ContactsContract.Contacts#LOOKUP_KEY}
3264             * that this stream item belongs to.
3265             *
3266             * <p>Type: TEXT</p>
3267             * <p>read-only</p>
3268             */
3269            public static final String CONTACT_LOOKUP_KEY = "contact_lookup";
3270
3271            /**
3272             * A reference to the {@link RawContacts#_ID}
3273             * that this stream item belongs to.
3274             * <p>Type: INTEGER</p>
3275             */
3276            public static final String RAW_CONTACT_ID = "raw_contact_id";
3277
3278            /**
3279             * The package name to use when creating {@link Resources} objects for
3280             * this stream item. This value is only designed for use when building
3281             * user interfaces, and should not be used to infer the owner.
3282             * <P>Type: TEXT</P>
3283             */
3284            public static final String RES_PACKAGE = "res_package";
3285
3286            /**
3287             * The account type to which the raw_contact of this item is associated. See
3288             * {@link RawContacts#ACCOUNT_TYPE}
3289             *
3290             * <p>Type: TEXT</p>
3291             * <p>read-only</p>
3292             */
3293            public static final String ACCOUNT_TYPE = "account_type";
```

```java
3294        /**
3295         * The account name to which the raw_contact of this item is associated. See
3296         * {@link RawContacts#ACCOUNT_NAME}
3297         *
3298         * <p>Type: TEXT</p>
3299         * <p>read-only</p>
3300         */
3301        public static final String ACCOUNT_NAME = "account_name";
3302
3303        /**
3304         * The data set within the account that the raw_contact of this row belongs to. This a
3305    llows
3306         * multiple sync adapters for the same account type to distinguish between
3307         * each others' data.
3308         * {@link RawContacts#DATA_SET}
3309         *
3310         * <P>Type: TEXT</P>
3311         * <p>read-only</p>
3312         */
3313        public static final String DATA_SET = "data_set";
3314
3315        /**
3316         * The source_id of the raw_contact that this row belongs to.
3317         * {@link RawContacts#SOURCE_ID}
3318         *
3319         * <P>Type: TEXT</P>
3320         * <p>read-only</p>
3321         */
3322        public static final String RAW_CONTACT_SOURCE_ID = "raw_contact_source_id";
3323
3324        /**
3325         * The resource name of the icon for the source of the stream item.
3326         * This resource should be scoped by the {@link #RES_PACKAGE}. As this can only refere
3327    nce
3328         * drawables, the "@drawable/" prefix must be omitted.
3329         * <P>Type: TEXT</P>
3330         */
3331        public static final String RES_ICON = "icon";
3332
3333        /**
3334         * The resource name of the label describing the source of the status update, e.g. "Go
3335    ogle
3336         * Talk". This resource should be scoped by the {@link #RES_PACKAGE}. As this can only
3337         * reference strings, the "@string/" prefix must be omitted.
3338         * <p>Type: TEXT</p>
3339         */
3340        public static final String RES_LABEL = "label";
3341
3342        /**
3343         * <P>
3344         * The main textual contents of the item. Typically this is content
3345         * that was posted by the source of this stream item, but it can also
3346         * be a textual representation of an action (e.g. âM-^@M-^]Checked in at Joe'sâM-^@
3347    M-^]).
3348         * This text is displayed to the user and allows formatting and embedded
3349         * resource images via HTML (as parseable via
3350         * {@link android.text.Html#fromHtml}).
3351         * </P>
3352         * <P>
3353         * Long content may be truncated and/or ellipsized - the exact behavior
3354         * is unspecified, but it should not break tags.
3355         * </P>
3356         * <P>Type: TEXT</P>
3357         */
3358        public static final String TEXT = "text";
3359
3360        /**
3361         * The absolute time (milliseconds since epoch) when this stream item was
3362         * inserted/updated.
3363         * <P>Type: NUMBER</P>
3364         */
3365        public static final String TIMESTAMP = "timestamp";
3366
3367        /**
3368         * <P>
3369         * Summary information about the stream item, for example to indicate how
3370         * many people have reshared it, how many have liked it, how many thumbs
3371         * up and/or thumbs down it has, what the original source was, etc.
3372         * </P>
3373         * <P>
3374         * This text is displayed to the user and allows simple formatting via
```

```java
3294    /**
3295     * The account name to which the raw_contact of this item is associated. See
3296     * {@link RawContacts#ACCOUNT_NAME}
3297     *
3298     * <p>Type: TEXT</p>
3299     * <p>read-only</p>
3300     */
3301    public static final String ACCOUNT_NAME = "account_name";
3302
3303    /**
3304     * The data set within the account that the raw_contact of this row belongs to. This a
3305    llows
3306     * multiple sync adapters for the same account type to distinguish between
3307     * each others' data.
3308     * {@link RawContacts#DATA_SET}
3309     *
3310     * <P>Type: TEXT</P>
3311     * <p>read-only</p>
3312     */
3313    public static final String DATA_SET = "data_set";
3314
3315    /**
3316     * The source_id of the raw_contact that this row belongs to.
3317     * {@link RawContacts#SOURCE_ID}
3318     *
3319     * <P>Type: TEXT</P>
3320     * <p>read-only</p>
3321     */
3322    public static final String RAW_CONTACT_SOURCE_ID = "raw_contact_source_id";
3323
3324    /**
3325     * The resource name of the icon for the source of the stream item.
3326     * This resource should be scoped by the {@link #RES_PACKAGE}. As this can only refere
3327    nce
3328     * drawables, the "@drawable/" prefix must be omitted.
3329     * <P>Type: TEXT</P>
3330     */
3331    public static final String RES_ICON = "icon";
3332
3333    /**
3334     * The resource name of the label describing the source of the status update, e.g. "Go
3335    ogle
3336     * Talk". This resource should be scoped by the {@link #RES_PACKAGE}. As this can only
3337     * reference strings, the "@string/" prefix must be omitted.
3338     * <p>Type: TEXT</p>
3339     */
3340    public static final String RES_LABEL = "label";
3341
3342    /**
3343     * <P>
3344     * The main textual contents of the item. Typically this is content
3345     * that was posted by the source of this stream item, but it can also
3346     * be a textual representation of an action (e.g. âM-^@M-^]Checked in at Joe'sâM-^@
3347    M-^]).
3348     * This text is displayed to the user and allows formatting and embedded
3349     * resource images via HTML (as parseable via
3350     * {@link android.text.Html#fromHtml}).
3351     * </P>
3352     * <P>
3353     * Long content may be truncated and/or ellipsized - the exact behavior
3354     * is unspecified, but it should not break tags.
3355     * </P>
3356     * <P>Type: TEXT</P>
3357     */
3358    public static final String TEXT = "text";
3359
3360    /**
3361     * The absolute time (milliseconds since epoch) when this stream item was
3362     * inserted/updated.
3363     * <P>Type: NUMBER</P>
3364     */
3365    public static final String TIMESTAMP = "timestamp";
3366
3367    /**
3368     * <P>
3369     * Summary information about the stream item, for example to indicate how
3370     * many people have reshared it, how many have liked it, how many thumbs
3371     * up and/or thumbs down it has, what the original source was, etc.
3372     * </P>
3373     * <P>
3374     * This text is displayed to the user and allows simple formatting via
```

```
3372        * </P>
3373        * <P>
3374        * Long content may be truncated and/or ellipsized - the exact behavior
3375        * is unspecified, but it should not break tags.
3376        * </P>
3377        * <P>Type: TEXT</P>
3378        */
3379       public static final String COMMENTS = "comments";
3380
3381       /** Generic column for use by sync adapters. */
3382       public static final String SYNC1 = "stream_item_sync1";
3383       /** Generic column for use by sync adapters. */
3384       public static final String SYNC2 = "stream_item_sync2";
3385       /** Generic column for use by sync adapters. */
3386       public static final String SYNC3 = "stream_item_sync3";
3387       /** Generic column for use by sync adapters. */
3388       public static final String SYNC4 = "stream_item_sync4";
3389   }
3390
3391
3392   /**
3393    * <p>
3394    * Constants for the stream_item_photos table, which contains photos associated with
3395    * social stream updates.
3396    * </p>
3397    * <p>
3398    * Access to social stream photos requires additional permissions beyond the read/write
3399    * contact permissions required by the provider.  Querying for social stream photos
3400    * requires android.permission.READ_SOCIAL_STREAM permission, and inserting or updating
3401    * social stream photos requires android.permission.WRITE_SOCIAL_STREAM permission.
3402    * </p>
3403    * <h3>Operations</h3>
3404    * <dl>
3405    * <dt><b>Insert</b></dt>
3406    * <dd>
3407    * <p>Social stream photo entries are associated with a social stream item.  Photos
3408    * can be inserted into a social stream item in a couple of ways:
3409    * <dl>
3410    * <dt>
3411    * Via the {@link StreamItems.StreamItemPhotos#CONTENT_DIRECTORY} sub-path of a
3412    * stream item:
3413    * </dt>
3414    * <dd>
3415    * <pre>
3416    * ContentValues values = new ContentValues();
3417    * values.put(StreamItemPhotos.SORT_INDEX, 1);
3418    * values.put(StreamItemPhotos.PHOTO, photoData);
3419    * Uri photoUri = getContentResolver().insert(Uri.withAppendedPath(
3420    *     ContentUris.withAppendedId(StreamItems.CONTENT_URI, streamItemId)
3421    *     StreamItems.StreamItemPhotos#CONTENT_DIRECTORY), values);
3422    * long photoId = ContentUris.parseId(photoUri);
3423    * </pre>
3424    * </dd>
3425    * <dt>Via the {@link ContactsContract.StreamItems#CONTENT_PHOTO_URI} URI:</dt>
3426    * <dd>
3427    * <pre>
3428    * ContentValues values = new ContentValues();
3429    * values.put(StreamItemPhotos.STREAM_ITEM_ID, streamItemId);
3430    * values.put(StreamItemPhotos.SORT_INDEX, 1);
3431    * values.put(StreamItemPhotos.PHOTO, photoData);
3432    * Uri photoUri = getContentResolver().insert(StreamItems.CONTENT_PHOTO_URI, values);
3433    * long photoId = ContentUris.parseId(photoUri);
3434    * </pre>
3435    * </dd>
3436    * </dl>
3437    * </p>
3438    * </dd>
3439    * <dt><b>Update</b></dt>
3440    * <dd>
3441    * <p>Updates can only be made against a specific {@link StreamItemPhotos} entry,
3442    * identified by both the stream item ID it belongs to and the stream item photo ID.
3443    * This can be specified in two ways.
3444    * <dl>
3445    * <dt>Via the {@link StreamItems.StreamItemPhotos#CONTENT_DIRECTORY} sub-path of a
3446    * stream item:
3447    * </dt>
3448    * <dd>
3449    * <pre>
3450    * ContentValues values = new ContentValues();
3451    * values.put(StreamItemPhotos.PHOTO, newPhotoData);
3452    * getContentResolver().update(
3453    *     ContentUris.withAppendedId(
```

```
3454    *          ContentUris.withAppendedId(StreamItems.CONTENT_URI, streamItemId)
3455    *          StreamItems.StreamItemPhotos#CONTENT_DIRECTORY),
3456    *          streamItemPhotoId), values, null, null);
3457    * </pre>
3458    * </dd>
3459    *
3460    * <dt>Via the {@link ContactsContract.StreamItems#CONTENT_PHOTO_URI} URI:</dt>
3461    * <dd>
3462    * <pre>
3463    * ContentValues values = new ContentValues();
3464    * values.put(StreamItemPhotos.STREAM_ITEM_ID, streamItemId);
3465    * values.put(StreamItemPhotos.PHOTO, newPhotoData);
3466    * getContentResolver().update(StreamItems.CONTENT_PHOTO_URI, values);
3467    * </pre>
3468    * </dd>
3469    * </dl>
3470    * </p>
3471    * </dd>
3472    * <dt><b>Delete</b></dt>
3473    * <dd>Deletes can be made against either a specific photo item in a stream item, or
3474    * against all or a selected subset of photo items under a stream item.
3475    * For example:
3476    * <dl>
3477    * <dt>Deleting a single photo via the
3478    * {@link StreamItems.StreamItemPhotos#CONTENT_DIRECTORY} sub-path of a stream item:
3479    * </dt>
3480    * <dd>
3481    * <pre>
3482    * getContentResolver().delete(
3483    *          ContentUris.withAppendedId(
3484    *              Uri.withAppendedPath(
3485    *                  ContentUris.withAppendedId(StreamItems.CONTENT_URI, streamItemId)
3486    *                  StreamItems.StreamItemPhotos#CONTENT_DIRECTORY),
3487    *          streamItemPhotoId), null, null);
3488    * </pre>
3489    * </dd>
3490    * <dt>Deleting all photos under a stream item</dt>
3491    * <dd>
3492    * <pre>
3493    * getContentResolver().delete(
3494    *          Uri.withAppendedPath(
3495    *              ContentUris.withAppendedId(StreamItems.CONTENT_URI, streamItemId)
3496    *              StreamItems.StreamItemPhotos#CONTENT_DIRECTORY), null, null);
3497    * </pre>
3498    * </dd>
3499    * </dl>
3500    * </dd>
3501    * <dt><b>Query</b></dt>
3502    * <dl>
3503    * <dt>Querying for a specific photo in a stream item</dt>
3504    * <dd>
3505    * <pre>
3506    * Cursor c = getContentResolver().query(
3507    *          ContentUris.withAppendedId(
3508    *              Uri.withAppendedPath(
3509    *                  ContentUris.withAppendedId(StreamItems.CONTENT_URI, streamItemId)
3510    *                  StreamItems.StreamItemPhotos#CONTENT_DIRECTORY),
3511    *          streamItemPhotoId), null, null, null, null);
3512    * </pre>
3513    * </dd>
3514    * <dt>Querying for all photos in a stream item</dt>
3515    * <dd>
3516    * <pre>
3517    * Cursor c = getContentResolver().query(
3518    *          Uri.withAppendedPath(
3519    *              ContentUris.withAppendedId(StreamItems.CONTENT_URI, streamItemId)
3520    *              StreamItems.StreamItemPhotos#CONTENT_DIRECTORY),
3521    *          null, null, null, StreamItemPhotos.SORT_INDEX);
3522    * </pre>
3523    * </dl>
3524    * The record will contain both a {@link StreamItemPhotos#PHOTO_FILE_ID} and a
3525    * {@link StreamItemPhotos#PHOTO_URI}.  The {@link StreamItemPhotos#PHOTO_FILE_ID}
3526    * can be used in conjunction with the {@link ContactsContract.DisplayPhoto} API to
3527    * retrieve photo content, or you can open the {@link StreamItemPhotos#PHOTO_URI} as
3528    * an asset file, as follows:
3529    * <pre>
3530    * public InputStream openDisplayPhoto(String photoUri) {
3531    *     try {
3532    *         AssetFileDescriptor fd = getContentResolver().openAssetFileDescriptor(photoUri,
3533 "r");        return fd.createInputStream();
3534    *     } catch (IOException e) {
```

Case 5:12-cv-00630-LHK  Document 117-7  Filed 04/23/12  Page 46 of 105

```
3535        *        }
3536        *      }
3537        *    }
3538        * <pre>
3539        * </dd>
3540        * </dl>
3541        * @hide
3542        */
3543       public static final class StreamItemPhotos implements BaseColumns, StreamItemPhotosColumns
     {
3544           /**
3545            * No public constructor since this is a utility class
3546            */
3547           private StreamItemPhotos() {
3548           }
3549
3550           /**
3551            * <p>
3552            * The binary representation of the photo.  Any size photo can be inserted;
3553            * the provider will resize it appropriately for storage and display.
3554            * </p>
3555            * <p>
3556            * This is only intended for use when inserting or updating a stream item photo.
3557            * To retrieve the photo that was stored, open {@link StreamItemPhotos#PHOTO_URI}
3558            * as an asset file.
3559            * </p>
3560            * <P>Type: BLOB</P>
3561            */
3562           public static final String PHOTO = "photo";
3563       }
3564
3565       /**
3566        * Columns in the StreamItemPhotos table.
3567        *
3568        * @see ContactsContract.StreamItemPhotos
3569        * @hide
3570        */
3571       protected interface StreamItemPhotosColumns {
3572           /**
3573            * A reference to the {@link StreamItems#_ID} this photo is associated with.
3574            * <P>Type: NUMBER</P>
3575            */
3576           public static final String STREAM_ITEM_ID = "stream_item_id";
3577
3578           /**
3579            * An integer to use for sort order for photos in the stream item.  If not
3580            * specified, the {@link StreamItemPhotos#_ID} will be used for sorting.
3581            * <P>Type: NUMBER</P>
3582            */
3583           public static final String SORT_INDEX = "sort_index";
3584
3585           /**
3586            * Photo file ID for the photo.
3587            * See {@link ContactsContract.DisplayPhoto}.
3588            * <P>Type: NUMBER</P>
3589            */
3590           public static final String PHOTO_FILE_ID = "photo_file_id";
3591
3592           /**
3593            * URI for retrieving the photo content, automatically populated.  Callers
3594            * may retrieve the photo content by opening this URI as an asset file.
3595            * <P>Type: TEXT</P>
3596            */
3597           public static final String PHOTO_URI = "photo_uri";
3598
3599           /** Generic column for use by sync adapters. */
3600           public static final String SYNC1 = "stream_item_photo_sync1";
3601           /** Generic column for use by sync adapters. */
3602           public static final String SYNC2 = "stream_item_photo_sync2";
3603           /** Generic column for use by sync adapters. */
3604           public static final String SYNC3 = "stream_item_photo_sync3";
3605           /** Generic column for use by sync adapters. */
3606           public static final String SYNC4 = "stream_item_photo_sync4";
3607       }
3608
3609       /**
3610        * <p>
3611        * Constants for the photo files table, which tracks metadata for hi-res photos
3612        * stored in the file system.
3613        * </p>
3614        *
3615        * @hide
```

```
3616        */  Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 47 of 105
3617     public static final class PhotoFiles implements BaseColumns, PhotoFilesColumns {
3618         /**
3619          * No public constructor since this is a utility class
3620          */
3621         private PhotoFiles() {
3622         }
3623     }
3624
3625     /**
3626      * Columns in the PhotoFiles table.
3627      *
3628      * @see ContactsContract.PhotoFiles
3629      *
3630      * @hide
3631      */
3632     protected interface PhotoFilesColumns {
3633
3634         /**
3635          * The height, in pixels, of the photo this entry is associated with.
3636          * <P>Type: NUMBER</P>
3637          */
3638         public static final String HEIGHT = "height";
3639
3640         /**
3641          * The width, in pixels, of the photo this entry is associated with.
3642          * <P>Type: NUMBER</P>
3643          */
3644         public static final String WIDTH = "width";
3645
3646         /**
3647          * The size, in bytes, of the photo stored on disk.
3648          * <P>Type: NUMBER</P>
3649          */
3650         public static final String FILESIZE = "filesize";
3651     }
3652
3653     /**
3654      * Columns in the Data table.
3655      *
3656      * @see ContactsContract.Data
3657      */
3658     protected interface DataColumns {
3659         /**
3660          * The package name to use when creating {@link Resources} objects for
3661          * this data row. This value is only designed for use when building user
3662          * interfaces, and should not be used to infer the owner.
3663          *
3664          * @hide
3665          */
3666         public static final String RES_PACKAGE = "res_package";
3667
3668         /**
3669          * The MIME type of the item represented by this row.
3670          */
3671         public static final String MIMETYPE = "mimetype";
3672
3673         /**
3674          * A reference to the {@link RawContacts#_ID}
3675          * that this data belongs to.
3676          */
3677         public static final String RAW_CONTACT_ID = "raw_contact_id";
3678
3679         /**
3680          * Whether this is the primary entry of its kind for the raw contact it belongs to.
3681          * <P>Type: INTEGER (if set, non-0 means true)</P>
3682          */
3683         public static final String IS_PRIMARY = "is_primary";
3684
3685         /**
3686          * Whether this is the primary entry of its kind for the aggregate
3687          * contact it belongs to. Any data record that is "super primary" must
3688          * also be "primary".
3689          * <P>Type: INTEGER (if set, non-0 means true)</P>
3690          */
3691         public static final String IS_SUPER_PRIMARY = "is_super_primary";
3692
3693         /**
3694          * The "read-only" flag: "0" by default, "1" if the row cannot be modified or
3695          * deleted except by a sync adapter.  See {@link ContactsContract#CALLER_IS_SYNCADAPTE
R}.
3696          * <P>Type: INTEGER</P>
```

```
3697        public static final String IS_READ_ONLY = "is_read_only";
3698
3699
3700        /**
3701         * The version of this data record. This is a read-only value. The data column is
3702         * guaranteed to not change without the version going up. This value is monotonically
3703         * increasing.
3704         * <P>Type: INTEGER</P>
3705         */
3706        public static final String DATA_VERSION = "data_version";
3707
3708        /** Generic data column, the meaning is {@link #MIMETYPE} specific */
3709        public static final String DATA1 = "data1";
3710        /** Generic data column, the meaning is {@link #MIMETYPE} specific */
3711        public static final String DATA2 = "data2";
3712        /** Generic data column, the meaning is {@link #MIMETYPE} specific */
3713        public static final String DATA3 = "data3";
3714        /** Generic data column, the meaning is {@link #MIMETYPE} specific */
3715        public static final String DATA4 = "data4";
3716        /** Generic data column, the meaning is {@link #MIMETYPE} specific */
3717        public static final String DATA5 = "data5";
3718        /** Generic data column, the meaning is {@link #MIMETYPE} specific */
3719        public static final String DATA6 = "data6";
3720        /** Generic data column, the meaning is {@link #MIMETYPE} specific */
3721        public static final String DATA7 = "data7";
3722        /** Generic data column, the meaning is {@link #MIMETYPE} specific */
3723        public static final String DATA8 = "data8";
3724        /** Generic data column, the meaning is {@link #MIMETYPE} specific */
3725        public static final String DATA9 = "data9";
3726        /** Generic data column, the meaning is {@link #MIMETYPE} specific */
3727        public static final String DATA10 = "data10";
3728        /** Generic data column, the meaning is {@link #MIMETYPE} specific */
3729        public static final String DATA11 = "data11";
3730        /** Generic data column, the meaning is {@link #MIMETYPE} specific */
3731        public static final String DATA12 = "data12";
3732        /** Generic data column, the meaning is {@link #MIMETYPE} specific */
3733        public static final String DATA13 = "data13";
3734        /** Generic data column, the meaning is {@link #MIMETYPE} specific */
3735        public static final String DATA14 = "data14";
3736        /**
3737         * Generic data column, the meaning is {@link #MIMETYPE} specific. By convention,
3738         * this field is used to store BLOBs (binary data).
3739         */
3740        public static final String DATA15 = "data15";
3741
3742        /** Generic column for use by sync adapters. */
3743        public static final String SYNC1 = "data_sync1";
3744        /** Generic column for use by sync adapters. */
3745        public static final String SYNC2 = "data_sync2";
3746        /** Generic column for use by sync adapters. */
3747        public static final String SYNC3 = "data_sync3";
3748        /** Generic column for use by sync adapters. */
3749        public static final String SYNC4 = "data_sync4";
3750    }
3751
3752    /**
3753     * Combines all columns returned by {@link ContactsContract.Data} table queries.
3754     *
3755     * @see ContactsContract.Data
3756     */
3757    protected interface DataColumnsWithJoins extends BaseColumns, DataColumns, StatusColumns,
3758            RawContactsColumns, ContactsColumns, ContactNameColumns, ContactOptionsColumns,
3759            ContactStatusColumns {
3760    }
3761
3762    /**
3763     * <p>
3764     * Constants for the data table, which contains data points tied to a raw
3765     * contact.  Each row of the data table is typically used to store a single
3766     * piece of contact
3767     * information (such as a phone number) and its
3768     * associated metadata (such as whether it is a work or home number).
3769     * </p>
3770     * <h3>Data kinds</h3>
3771     * <p>
3772     * Data is a generic table that can hold any kind of contact data.
3773     * The kind of data stored in a given row is specified by the row's
3774     * {@link #MIMETYPE} value, which determines the meaning of the
3775     * generic columns {@link #DATA1} through
3776     * {@link #DATA15}.
3777     * For example, if the data kind is
3778     * {@link CommonDataKinds.Phone Phone.CONTENT_ITEM_TYPE}, then the column
```

```
3779   * data represents a phone number, but if the data kind is
3780   * phone number, but if the data kind is
3781   * {@link CommonDataKinds.Email Email.CONTENT_ITEM_TYPE}, then {@link #DATA1}
3782   * stores the email address.
3783   * Sync adapters and applications can introduce their own data kinds.
3784   * </p>
3785   * <p>
3786   * ContactsContract defines a small number of pre-defined data kinds, e.g.
3787   * {@link CommonDataKinds.Phone}, {@link CommonDataKinds.Email} etc. As a
3788   * convenience, these classes define data kind specific aliases for DATA1 etc.
3789   * For example, {@link CommonDataKinds.Phone Phone.NUMBER} is the same as
3790   * {@link ContactsContract.Data Data.DATA1}.
3791   * </p>
3792   * <p>
3793   * {@link #DATA1} is an indexed column and should be used for the data element that is
3794   * expected to be most frequently used in query selections. For example, in the
3795   * case of a row representing email addresses {@link #DATA1} should probably
3796   * be used for the email address itself, while {@link #DATA2} etc can be
3797   * used for auxiliary information like type of email address.
3798   * </p>
3799   * <p>
3800   * By convention, {@link #DATA15} is used for storing BLOBs (binary data).
3801   * </p>
3802   * <p>
3803   * The sync adapter for a given account type must correctly handle every data type
3804   * used in the corresponding raw contacts.  Otherwise it could result in lost or
3805   * corrupted data.
3806   * </p>
3807   * <p>
3808   * Similarly, you should refrain from introducing new kinds of data for an other
3809   * party's account types. For example, if you add a data row for
3810   * "favorite song" to a raw contact owned by a Google account, it will not
3811   * get synced to the server, because the Google sync adapter does not know
3812   * how to handle this data kind. Thus new data kinds are typically
3813   * introduced along with new account types, i.e. new sync adapters.
3814   * </p>
3815   * <h3>Batch operations</h3>
3816   * <p>
3817   * Data rows can be inserted/updated/deleted using the traditional
3818   * {@link ContentResolver#insert}, {@link ContentResolver#update} and
3819   * {@link ContentResolver#delete} methods, however the newer mechanism based
3820   * on a batch of {@link ContentProviderOperation} will prove to be a better
3821   * choice in almost all cases. All operations in a batch are executed in a
3822   * single transaction, which ensures that the phone-side and server-side
3823   * state of a raw contact are always consistent. Also, the batch-based
3824   * approach is far more efficient: not only are the database operations
3825   * faster when executed in a single transaction, but also sending a batch of
3826   * commands to the content provider saves a lot of time on context switching
3827   * between your process and the process in which the content provider runs.
3828   * </p>
3829   * <p>
3830   * The flip side of using batched operations is that a large batch may lock
3831   * up the database for a long time preventing other applications from
3832   * accessing data and potentially causing ANRs ("Application Not Responding"
3833   * dialogs.)
3834   * </p>
3835   * <p>
3836   * To avoid such lockups of the database, make sure to insert "yield points"
3837   * in the batch. A yield point indicates to the content provider that before
3838   * executing the next operation it can commit the changes that have already
3839   * been made, yield to other requests, open another transaction and continue
3840   * processing operations. A yield point will not automatically commit the
3841   * transaction, but only if there is another request waiting on the
3842   * database. Normally a sync adapter should insert a yield point at the
3843   * beginning of each raw contact operation sequence in the batch. See
3844   * {@link ContentProviderOperation.Builder#withYieldAllowed(boolean)}.
3845   * </p>
3846   * <h3>Operations</h3>
3847   * <dl>
3848   * <dt><b>Insert</b></dt>
3849   * <dd>
3850   * <p>
3851   * An individual data row can be inserted using the traditional
3852   * {@link ContentResolver#insert(Uri, ContentValues)} method. Multiple rows
3853   * should always be inserted as a batch.
3854   * </p>
3855   * <p>
3856   * An example of a traditional insert:
3857   * <pre>
3858   * ContentValues values = new ContentValues();
3859   * values.put(Data.RAW_CONTACT_ID, rawContactId);
3860   * values.put(Data.MIMETYPE, Phone.CONTENT_ITEM_TYPE);
```

```
3861        *   values.put(Phone.TYPE, Phone.TYPE_CUSTOM);
3862        *   values.put(Phone.TYPE, Phone.TYPE_CUSTOM);
3863        *   values.put(Phone.LABEL, "free directory assistance");
3864        *   Uri dataUri = getContentResolver().insert(Data.CONTENT_URI, values);
3865        * </pre>
3866        * <p>
3867        * The same done using ContentProviderOperations:
3868        * <pre>
3869        * ArrayList&lt;ContentProviderOperation&gt; ops =
3870        *          new ArrayList&lt;ContentProviderOperation&gt;();
3871        *
3872        * ops.add(ContentProviderOperation.newInsert(Data.CONTENT_URI)
3873        *          .withValue(Data.RAW_CONTACT_ID, rawContactId)
3874        *          .withValue(Data.MIMETYPE, Phone.CONTENT_ITEM_TYPE)
3875        *          .withValue(Phone.NUMBER, "1-800-GOOG-411")
3876        *          .withValue(Phone.TYPE, Phone.TYPE_CUSTOM)
3877        *          .withValue(Phone.LABEL, "free directory assistance")
3878        *          .build());
3879        * getContentResolver().applyBatch(ContactsContract.AUTHORITY, ops);
3880        * </pre>
3881        * </p>
3882        * <dt><b>Update</b></dt>
3883        * <dd>
3884        * <p>
3885        * Just as with insert, update can be done incrementally or as a batch,
3886        * the batch mode being the preferred method:
3887        * <pre>
3888        * ArrayList&lt;ContentProviderOperation&gt; ops =
3889        *          new ArrayList&lt;ContentProviderOperation&gt;();
3890        *
3891        * ops.add(ContentProviderOperation.newUpdate(Data.CONTENT_URI)
3892        *          .withSelection(Data._ID + "=?", new String[]{String.valueOf(dataId)})
3893        *          .withValue(Email.DATA, "somebody@android.com")
3894        *          .build());
3895        * getContentResolver().applyBatch(ContactsContract.AUTHORITY, ops);
3896        * </pre>
3897        * </p>
3898        * </dd>
3899        * <dt><b>Delete</b></dt>
3900        * <dd>
3901        * <p>
3902        * Just as with insert and update, deletion can be done either using the
3903        * {@link ContentResolver#delete} method or using a ContentProviderOperation:
3904        * <pre>
3905        * ArrayList&lt;ContentProviderOperation&gt; ops =
3906        *          new ArrayList&lt;ContentProviderOperation&gt;();
3907        *
3908        * ops.add(ContentProviderOperation.newDelete(Data.CONTENT_URI)
3909        *          .withSelection(Data._ID + "=?", new String[]{String.valueOf(dataId)})
3910        *          .build());
3911        * getContentResolver().applyBatch(ContactsContract.AUTHORITY, ops);
3912        * </pre>
3913        * </p>
3914        * </dd>
3915        * <dt><b>Query</b></dt>
3916        * <dd>
3917        * <p>
3918        * <dl>
3919        * <dt>Finding all Data of a given type for a given contact</dt>
3920        * <dd>
3921        * <pre>
3922        * Cursor c = getContentResolver().query(Data.CONTENT_URI,
3923        *          new String[] {Data._ID, Phone.NUMBER, Phone.TYPE, Phone.LABEL},
3924        *          Data.CONTACT_ID + &quot;=?&quot; + " AND "
3925        *                  + Data.MIMETYPE + "='" + Phone.CONTENT_ITEM_TYPE + "'",
3926        *          new String[] {String.valueOf(contactId)}, null);
3927        * </pre>
3928        * </p>
3929        * <p>
3930        * </dd>
3931        * <dt>Finding all Data of a given type for a given raw contact</dt>
3932        * <dd>
3933        * <pre>
3934        * Cursor c = getContentResolver().query(Data.CONTENT_URI,
3935        *          new String[] {Data._ID, Phone.NUMBER, Phone.TYPE, Phone.LABEL},
3936        *          Data.RAW_CONTACT_ID + &quot;=?&quot; + " AND "
3937        *                  + Data.MIMETYPE + "='" + Phone.CONTENT_ITEM_TYPE + "'",
3938        *          new String[] {String.valueOf(rawContactId)}, null);
3939        * </pre>
3940        * </dd>
3941        * <dt>Finding all Data for a given raw contact</dt>
3942        * <dd>
```

Case 5:12-cv-00630-LHK Document 117-1 Filed 04/23/12 Page 51 of 105

```
3943      * Most sync adapters will want to include the data rows in the projection
3944      * along with the raw contact itself.  For that you should use the
3945      * {@link RawContactsEntity}. See also {@link RawContacts}.
3946      * </dd>
3947      * </dl>
3948      * </p>
3949      * </dd>
3950      * </dl>
3951      * <h2>Columns</h2>
3952      * <p>
3953      * Many columns are available via a {@link Data#CONTENT_URI} query.  For best performance you
3954      * should explicitly specify a projection to only those columns that you need.
3955      * </p>
3956      * <table class="jd-sumtable">
3957      * <tr>
3958      * <th colspan='4'>Data</th>
3959      * </tr>
3960      * <tr>
3961      * <td style="width: 7em;">long</td>
3962      * <td style="width: 20em;">{@link #_ID}</td>
3963      * <td style="width: 5em;">read-only</td>
3964      * <td>Row ID. Sync adapter should try to preserve row IDs during updates. In other words,
3965      * it would be a bad idea to delete and re-insert a data row. A sync adapter should
3966      * always do an update instead.</td>
3967      * </tr>
3968      * <tr>
3969      * <td>String</td>
3970      * <td>{@link #MIMETYPE}</td>
3971      * <td>read/write-once</td>
3972      * <td>
3973      * <p>The MIME type of the item represented by this row. Examples of common
3974      * MIME types are:
3975      * <ul>
3976      * <li>{@link CommonDataKinds.StructuredName StructuredName.CONTENT_ITEM_TYPE}</li>
3977      * <li>{@link CommonDataKinds.Phone Phone.CONTENT_ITEM_TYPE}</li>
3978      * <li>{@link CommonDataKinds.Email Email.CONTENT_ITEM_TYPE}</li>
3979      * <li>{@link CommonDataKinds.Photo Photo.CONTENT_ITEM_TYPE}</li>
3980      * <li>{@link CommonDataKinds.Organization Organization.CONTENT_ITEM_TYPE}</li>
3981      * <li>{@link CommonDataKinds.Im Im.CONTENT_ITEM_TYPE}</li>
3982      * <li>{@link CommonDataKinds.Nickname Nickname.CONTENT_ITEM_TYPE}</li>
3983      * <li>{@link CommonDataKinds.Note Note.CONTENT_ITEM_TYPE}</li>
3984      * <li>{@link CommonDataKinds.StructuredPostal StructuredPostal.CONTENT_ITEM_TYPE}</li>
3985      * <li>{@link CommonDataKinds.GroupMembership GroupMembership.CONTENT_ITEM_TYPE}</li>
3986      * <li>{@link CommonDataKinds.Website Website.CONTENT_ITEM_TYPE}</li>
3987      * <li>{@link CommonDataKinds.Event Event.CONTENT_ITEM_TYPE}</li>
3988      * <li>{@link CommonDataKinds.Relation Relation.CONTENT_ITEM_TYPE}</li>
3989      * <li>{@link CommonDataKinds.SipAddress SipAddress.CONTENT_ITEM_TYPE}</li>
3990      * </ul>
3991      * </p>
3992      * </td>
3993      * </tr>
3994      * <tr>
3995      * <td>long</td>
3996      * <td>{@link #RAW_CONTACT_ID}</td>
3997      * <td>read/write-once</td>
3998      * <td>The id of the row in the {@link RawContacts} table that this data belongs to.</td>
3999      * </tr>
4000      * <tr>
4001      * <td>int</td>
4002      * <td>{@link #IS_PRIMARY}</td>
4003      * <td>read/write</td>
4004      * <td>Whether this is the primary entry of its kind for the raw contact it belongs to.
4005      * "1" if true, "0" if false.
4006      * </td>
4007      * </tr>
4008      * <tr>
4009      * <td>int</td>
4010      * <td>{@link #IS_SUPER_PRIMARY}</td>
4011      * <td>read/write</td>
4012      * <td>Whether this is the primary entry of its kind for the aggregate
4013      * contact it belongs to. Any data record that is "super primary" must
4014      * also be "primary".  For example, the super-primary entry may be
4015      * interpreted as the default contact value of its kind (for example,
4016      * the default phone number to use for the contact).</td>
4017      * </tr>
4018      * <tr>
4019      * <td>int</td>
4020      * <td>{@link #DATA_VERSION}</td>
4021      * <td>read-only</td>
4022      * <td>The version of this data record. Whenever the data row changes
4023      * the version goes up. This value is monotonically increasing.</td>
```

Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 52 of 105

```
4024    * <tr>
4025    * <tr>
4026    * <td>Any type</td>
4027    * <td>
4028    * {@link #DATA1}<br>
4029    * {@link #DATA2}<br>
4030    * {@link #DATA3}<br>
4031    * {@link #DATA4}<br>
4032    * {@link #DATA5}<br>
4033    * {@link #DATA6}<br>
4034    * {@link #DATA7}<br>
4035    * {@link #DATA8}<br>
4036    * {@link #DATA9}<br>
4037    * {@link #DATA10}<br>
4038    * {@link #DATA11}<br>
4039    * {@link #DATA12}<br>
4040    * {@link #DATA13}<br>
4041    * {@link #DATA14}<br>
4042    * {@link #DATA15}
4043    * </td>
4044    * <td>read/write</td>
4045    * <td>
4046    * <p>
4047    * Generic data columns.  The meaning of each column is determined by the
4048    * {@link #MIMETYPE}.  By convention, {@link #DATA15} is used for storing
4049    * BLOBs (binary data).
4050    * </p>
4051    * <p>
4052    * Data columns whose meaning is not explicitly defined for a given MIMETYPE
4053    * should not be used.  There is no guarantee that any sync adapter will
4054    * preserve them.  Sync adapters themselves should not use such columns either,
4055    * but should instead use {@link #SYNC1}-{@link #SYNC4}.
4056    * </p>
4057    * </td>
4058    * </tr>
4059    * <tr>
4060    * <td>Any type</td>
4061    * <td>
4062    * {@link #SYNC1}<br>
4063    * {@link #SYNC2}<br>
4064    * {@link #SYNC3}<br>
4065    * {@link #SYNC4}
4066    * </td>
4067    * <td>read/write</td>
4068    * <td>Generic columns for use by sync adapters. For example, a Photo row
4069    * may store the image URL in SYNC1, a status (not loaded, loading, loaded, error)
4070    * in SYNC2, server-side version number in SYNC3 and error code in SYNC4.</td>
4071    * </tr>
4072    * </table>
4073    *
4074    * <p>
4075    * Some columns from the most recent associated status update are also available
4076    * through an implicit join.
4077    * </p>
4078    * <table class="jd-sumtable">
4079    * <tr>
4080    * <th colspan='4'>Join with {@link StatusUpdates}</th>
4081    * </tr>
4082    * <tr>
4083    * <td style="width: 7em;">int</td>
4084    * <td style="width: 20em;">{@link #PRESENCE}</td>
4085    * <td style="width: 5em;">read-only</td>
4086    * <td>IM presence status linked to this data row. Compare with
4087    * {@link #CONTACT_PRESENCE}, which contains the contact's presence across
4088    * all IM rows. See {@link StatusUpdates} for individual status definitions.
4089    * The provider may choose not to store this value
4090    * in persistent storage. The expectation is that presence status will be
4091    * updated on a regular basic.
4092    * </td>
4093    * </tr>
4094    * <tr>
4095    * <td>String</td>
4096    * <td>{@link #STATUS}</td>
4097    * <td>read-only</td>
4098    * <td>Latest status update linked with this data row.</td>
4099    * </tr>
4100    * <tr>
4101    * <td>long</td>
4102    * <td>{@link #STATUS_TIMESTAMP}</td>
4103    * <td>read-only</td>
4104    * <td>The absolute time in milliseconds when the latest status was
4105    * inserted/updated for this data row.</td>
```

Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 53 of 105

```
4106        * <tr>
4107        * <tr>
4108        * <td>String</td>
4109        * <td>{@link #STATUS_RES_PACKAGE}</td>
4110        * <td>read-only</td>
4111        * <td>The package containing resources for this status: label and icon.</td>
4112        * </tr>
4113        * <tr>
4114        * <td>long</td>
4115        * <td>{@link #STATUS_LABEL}</td>
4116        * <td>read-only</td>
4117        * <td>The resource ID of the label describing the source of status update linked
4118        * to this data row. This resource is scoped by the {@link #STATUS_RES_PACKAGE}.</td>
4119        * </tr>
4120        * <tr>
4121        * <td>long</td>
4122        * <td>{@link #STATUS_ICON}</td>
4123        * <td>read-only</td>
4124        * <td>The resource ID of the icon for the source of the status update linked
4125        * to this data row. This resource is scoped by the {@link #STATUS_RES_PACKAGE}.</td>
4126        * </tr>
4127        * </table>
4128        *
4129        * <p>
4130        * Some columns from the associated raw contact are also available through an
4131        * implicit join.  The other columns are excluded as uninteresting in this
4132        * context.
4133        * </p>
4134        *
4135        * <table class="jd-sumtable">
4136        * <tr>
4137        * <th colspan='4'>Join with {@link ContactsContract.RawContacts}</th>
4138        * </tr>
4139        * <tr>
4140        * <td style="width: 7em;">long</td>
4141        * <td style="width: 20em;">{@link #CONTACT_ID}</td>
4142        * <td style="width: 5em;">read-only</td>
4143        * <td>The id of the row in the {@link Contacts} table that this data belongs
4144        * to.</td>
4145        * </tr>
4146        * <tr>
4147        * <td>int</td>
4148        * <td>{@link #AGGREGATION_MODE}</td>
4149        * <td>read-only</td>
4150        * <td>See {@link RawContacts}.</td>
4151        * </tr>
4152        * <tr>
4153        * <td>int</td>
4154        * <td>{@link #DELETED}</td>
4155        * <td>read-only</td>
4156        * <td>See {@link RawContacts}.</td>
4157        * </tr>
4158        * </table>
4159        *
4160        * <p>
4161        * The ID column for the associated aggregated contact table
4162        * {@link ContactsContract.Contacts} is available
4163        * via the implicit join to the {@link RawContacts} table, see above.
4164        * The remaining columns from this table are also
4165        * available, through an implicit join.  This
4166        * facilitates lookup by
4167        * the value of a single data element, such as the email address.
4168        * </p>
4169        *
4170        * <table class="jd-sumtable">
4171        * <tr>
4172        * <th colspan='4'>Join with {@link ContactsContract.Contacts}</th>
4173        * </tr>
4174        * <tr>
4175        * <td style="width: 7em;">String</td>
4176        * <td style="width: 20em;">{@link #LOOKUP_KEY}</td>
4177        * <td style="width: 5em;">read-only</td>
4178        * <td>See {@link ContactsContract.Contacts}</td>
4179        * </tr>
4180        * <tr>
4181        * <td>String</td>
4182        * <td>{@link #DISPLAY_NAME}</td>
4183        * <td>read-only</td>
4184        * <td>See {@link ContactsContract.Contacts}</td>
4185        * </tr>
4186        * <tr>
4187        * <td>long</td>
```

Case 5:12-cv-00630-LHK    Document 117-7    Filed 04/23/12    Page 54 of 105

```
4188     * <td>int</td>
4189     * <td>read-only</td>
4190     * <td>See {@link ContactsContract.Contacts}.</td>
4191     * </tr>
4192     * <tr>
4193     * <td>int</td>
4194     * <td>{@link #IN_VISIBLE_GROUP}</td>
4195     * <td>read-only</td>
4196     * <td>See {@link ContactsContract.Contacts}.</td>
4197     * </tr>
4198     * <tr>
4199     * <td>int</td>
4200     * <td>{@link #HAS_PHONE_NUMBER}</td>
4201     * <td>read-only</td>
4202     * <td>See {@link ContactsContract.Contacts}.</td>
4203     * </tr>
4204     * <tr>
4205     * <td>int</td>
4206     * <td>{@link #TIMES_CONTACTED}</td>
4207     * <td>read-only</td>
4208     * <td>See {@link ContactsContract.Contacts}.</td>
4209     * </tr>
4210     * <tr>
4211     * <td>long</td>
4212     * <td>{@link #LAST_TIME_CONTACTED}</td>
4213     * <td>read-only</td>
4214     * <td>See {@link ContactsContract.Contacts}.</td>
4215     * </tr>
4216     * <tr>
4217     * <td>int</td>
4218     * <td>{@link #STARRED}</td>
4219     * <td>read-only</td>
4220     * <td>See {@link ContactsContract.Contacts}.</td>
4221     * </tr>
4222     * <tr>
4223     * <td>String</td>
4224     * <td>{@link #CUSTOM_RINGTONE}</td>
4225     * <td>read-only</td>
4226     * <td>See {@link ContactsContract.Contacts}.</td>
4227     * </tr>
4228     * <tr>
4229     * <td>int</td>
4230     * <td>{@link #SEND_TO_VOICEMAIL}</td>
4231     * <td>read-only</td>
4232     * <td>See {@link ContactsContract.Contacts}.</td>
4233     * </tr>
4234     * <tr>
4235     * <td>int</td>
4236     * <td>{@link #CONTACT_PRESENCE}</td>
4237     * <td>read-only</td>
4238     * <td>See {@link ContactsContract.Contacts}.</td>
4239     * </tr>
4240     * <tr>
4241     * <td>String</td>
4242     * <td>{@link #CONTACT_STATUS}</td>
4243     * <td>read-only</td>
4244     * <td>See {@link ContactsContract.Contacts}.</td>
4245     * </tr>
4246     * <tr>
4247     * <td>long</td>
4248     * <td>{@link #CONTACT_STATUS_TIMESTAMP}</td>
4249     * <td>read-only</td>
4250     * <td>See {@link ContactsContract.Contacts}.</td>
4251     * </tr>
4252     * <tr>
4253     * <td>String</td>
4254     * <td>{@link #CONTACT_STATUS_RES_PACKAGE}</td>
4255     * <td>read-only</td>
4256     * <td>See {@link ContactsContract.Contacts}.</td>
4257     * </tr>
4258     * <tr>
4259     * <td>long</td>
4260     * <td>{@link #CONTACT_STATUS_LABEL}</td>
4261     * <td>read-only</td>
4262     * <td>See {@link ContactsContract.Contacts}.</td>
4263     * </tr>
4264     * <tr>
4265     * <td>long</td>
4266     * <td>{@link #CONTACT_STATUS_ICON}</td>
4267     * <td>read-only</td>
4268     * <td>See {@link ContactsContract.Contacts}.</td>
4269     * </tr>
```

```
4270        * </Code>
4271        */
4272     public final static class Data implements DataColumnsWithJoins {
4273        /**
4274         * This utility class cannot be instantiated
4275         */
4276        private Data() {}
4277
4278        /**
4279         * The content:// style URI for this table, which requests a directory
4280         * of data rows matching the selection criteria.
4281         */
4282        public static final Uri CONTENT_URI = Uri.withAppendedPath(AUTHORITY_URI, "data");
4283
4284        /**
4285         * The MIME type of the results from {@link #CONTENT_URI}.
4286         */
4287        public static final String CONTENT_TYPE = "vnd.android.cursor.dir/data";
4288
4289        /**
4290         * <p>
4291         * Build a {@link android.provider.ContactsContract.Contacts#CONTENT_LOOKUP_URI}
4292         * style {@link Uri} for the parent {@link android.provider.ContactsContract.Contacts}
4293         * entry of the given {@link ContactsContract.Data} entry.
4294         * </p>
4295         * <p>
4296         * Returns the Uri for the contact in the first entry returned by
4297         * {@link ContentResolver#query(Uri, String[], String, String[], String)}
4298         * for the provided {@code dataUri}.  If the query returns null or empty
4299         * results, silently returns null.
4300         * </p>
4301         */
4302        public static Uri getContactLookupUri(ContentResolver resolver, Uri dataUri) {
4303            final Cursor cursor = resolver.query(dataUri, new String[] {
4304                    RawContacts.CONTACT_ID, Contacts.LOOKUP_KEY
4305            }, null, null, null);
4306
4307            Uri lookupUri = null;
4308            try {
4309                if (cursor != null && cursor.moveToFirst()) {
4310                    final long contactId = cursor.getLong(0);
4311                    final String lookupKey = cursor.getString(1);
4312                    return Contacts.getLookupUri(contactId, lookupKey);
4313                }
4314            } finally {
4315                if (cursor != null) cursor.close();
4316            }
4317            return lookupUri;
4318        }
4319    }
4320
4321    /**
4322     * <p>
4323     * Constants for the raw contacts entities table, which can be thought of as
4324     * an outer join of the raw_contacts table with the data table.  It is a strictly
4325     * read-only table.
4326     * </p>
4327     * <p>
4328     * If a raw contact has data rows, the RawContactsEntity cursor will contain
4329     * a one row for each data row. If the raw contact has no data rows, the
4330     * cursor will still contain one row with the raw contact-level information
4331     * and nulls for data columns.
4332     *
4333     * <pre>
4334     * Uri entityUri = ContentUris.withAppendedId(RawContactsEntity.CONTENT_URI, rawContactId);
4335     * Cursor c = getContentResolver().query(entityUri,
4336     *          new String[]{
4337     *              RawContactsEntity.SOURCE_ID,
4338     *              RawContactsEntity.DATA_ID,
4339     *              RawContactsEntity.MIMETYPE,
4340     *              RawContactsEntity.DATA1
4341     *          }, null, null, null);
4342     * try {
4343     *     while (c.moveToNext()) {
4344     *         String sourceId = c.getString(0);
4345     *         if (!c.isNull(1)) {
4346     *             String mimeType = c.getString(2);
4347     *             String data = c.getString(3);
4348     *             ...
4349     *         }
4350     *     }
```

Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 56 of 105

```
4351    * } catch ... {
                  c.close();
4352    * }
4353    *
4354    * </pre>
4355    *
4356    * <h3>Columns</h3>
4357    * RawContactsEntity has a combination of RawContact and Data columns.
4358    *
4359    * <table class="jd-sumtable">
4360    * <tr>
4361    * <th colspan='4'>RawContacts</th>
4362    * </tr>
4363    * <tr>
4364    * <td style="width: 7em;">long</td>
4365    * <td style="width: 20em;">{@link #_ID}</td>
4366    * <td style="width: 5em;">read-only</td>
4367    * <td>Raw contact row ID. See {@link RawContacts}.</td>
4368    * </tr>
4369    * <tr>
4370    * <td>long</td>
4371    * <td>{@link #CONTACT_ID}</td>
4372    * <td>read-only</td>
4373    * <td>See {@link RawContacts}.</td>
4374    * </tr>
4375    * <tr>
4376    * <td>int</td>
4377    * <td>{@link #AGGREGATION_MODE}</td>
4378    * <td>read-only</td>
4379    * <td>See {@link RawContacts}.</td>
4380    * </tr>
4381    * <tr>
4382    * <td>int</td>
4383    * <td>{@link #DELETED}</td>
4384    * <td>read-only</td>
4385    * <td>See {@link RawContacts}.</td>
4386    * </tr>
4387    * </table>
4388    *
4389    * <table class="jd-sumtable">
4390    * <tr>
4391    * <th colspan='4'>Data</th>
4392    * </tr>
4393    * <tr>
4394    * <td style="width: 7em;">long</td>
4395    * <td style="width: 20em;">{@link #DATA_ID}</td>
4396    * <td style="width: 5em;">read-only</td>
4397    * <td>Data row ID. It will be null if the raw contact has no data rows.</td>
4398    * </tr>
4399    * <tr>
4400    * <td>String</td>
4401    * <td>{@link #MIMETYPE}</td>
4402    * <td>read-only</td>
4403    * <td>See {@link ContactsContract.Data}.</td>
4404    * </tr>
4405    * <tr>
4406    * <td>int</td>
4407    * <td>{@link #IS_PRIMARY}</td>
4408    * <td>read-only</td>
4409    * <td>See {@link ContactsContract.Data}.</td>
4410    * </tr>
4411    * <tr>
4412    * <td>int</td>
4413    * <td>{@link #IS_SUPER_PRIMARY}</td>
4414    * <td>read-only</td>
4415    * <td>See {@link ContactsContract.Data}.</td>
4416    * </tr>
4417    * <tr>
4418    * <td>int</td>
4419    * <td>{@link #DATA_VERSION}</td>
4420    * <td>read-only</td>
4421    * <td>See {@link ContactsContract.Data}.</td>
4422    * </tr>
4423    * <tr>
4424    * <td>Any type</td>
4425    * <td>
4426    * {@link #DATA1}<br>
4427    * {@link #DATA2}<br>
4428    * {@link #DATA3}<br>
4429    * {@link #DATA4}<br>
4430    * {@link #DATA5}<br>
4431    * {@link #DATA6}<br>
4432    * {@link #DATA7}<br>
```

```
4433          *  {@link #DATA9}<br>
4434          *  {@link #DATA9}<br>
4435          *  {@link #DATA10}<br>
4436          *  {@link #DATA11}<br>
4437          *  {@link #DATA12}<br>
4438          *  {@link #DATA13}<br>
4439          *  {@link #DATA14}<br>
4440          *  {@link #DATA15}
4441          *  </td>
4442          *  <td>read-only</td>
4443          *  <td>See {@link ContactsContract.Data}.</td>
4444          *  </tr>
4445          *  <tr>
4446          *  <td>Any type</td>
4447          *  <td>
4448          *  {@link #SYNC1}<br>
4449          *  {@link #SYNC2}<br>
4450          *  {@link #SYNC3}<br>
4451          *  {@link #SYNC4}
4452          *  </td>
4453          *  <td>read-only</td>
4454          *  <td>See {@link ContactsContract.Data}.</td>
4455          *  </tr>
4456          *  </table>
4457          */
4458         public final static class RawContactsEntity
4459                 implements BaseColumns, DataColumns, RawContactsColumns {
4460             /**
4461              * This utility class cannot be instantiated
4462              */
4463             private RawContactsEntity() {}
4464
4465             /**
4466              * The content:// style URI for this table
4467              */
4468             public static final Uri CONTENT_URI =
4469                     Uri.withAppendedPath(AUTHORITY_URI, "raw_contact_entities");
4470
4471             /**
4472              * The content:// style URI for this table, specific to the user's profile.
4473              */
4474             public static final Uri PROFILE_CONTENT_URI =
4475                     Uri.withAppendedPath(Profile.CONTENT_URI, "raw_contact_entities");
4476
4477             /**
4478              * The MIME type of {@link #CONTENT_URI} providing a directory of raw contact entities
.
4479              */
4480             public static final String CONTENT_TYPE = "vnd.android.cursor.dir/raw_contact_entity";
4481
4482             /**
4483              * If {@link #FOR_EXPORT_ONLY} is explicitly set to "1", returned Cursor toward
4484              * Data.CONTENT_URI contains only exportable data.
4485              *
4486              * This flag is useful (currently) only for vCard exporter in Contacts app, which
4487              * needs to exclude "un-exportable" data from available data to export, while
4488              * Contacts app itself has privilege to access all data including "un-expotable"
4489              * ones and providers return all of them regardless of the callers' intention.
4490              * <P>Type: INTEGER</p>
4491              *
4492              * @hide Maybe available only in Eclair and not really ready for public use.
4493              * TODO: remove, or implement this feature completely. As of now (Eclair),
4494              * we only use this flag in queryEntities(), not query().
4495              */
4496             public static final String FOR_EXPORT_ONLY = "for_export_only";
4497
4498             /**
4499              * The ID of the data column. The value will be null if this raw contact has no data r
ows.
4500              * <P>Type: INTEGER</P>
4501              */
4502             public static final String DATA_ID = "data_id";
4503         }
4504
4505         /**
4506          * @see PhoneLookup
4507          */
4508         protected interface PhoneLookupColumns {
4509             /**
4510              * The phone number as the user entered it.
4511              * <P>Type: TEXT</P>
4512              */
```

Case 5:12-cv-00630-LHK  Document 117-7  Filed 04/23/12  Page 58 of 105

```
4513
4514
4515          /**
4516           * The type of phone number, for example Home or Work.
4517           * <P>Type: INTEGER</P>
4518           */
4519          public static final String TYPE = "type";
4520
4521          /**
4522           * The user defined label for the phone number.
4523           * <P>Type: TEXT</P>
4524           */
4525          public static final String LABEL = "label";
4526
4527          /**
4528           * The phone number's E164 representation.
4529           * <P>Type: TEXT</P>
4530           *
4531           * @hide
4532           */
4533          public static final String NORMALIZED_NUMBER = "normalized_number";
4534      }
4535
4536      /**
4537       * A table that represents the result of looking up a phone number, for
4538       * example for caller ID. To perform a lookup you must append the number you
4539       * want to find to {@link #CONTENT_FILTER_URI}.  This query is highly
4540       * optimized.
4541       * <pre>
4542       * Uri uri = Uri.withAppendedPath(PhoneLookup.CONTENT_FILTER_URI, Uri.encode(phoneNumber));
4543       * resolver.query(uri, new String[]{PhoneLookup.DISPLAY_NAME,...
4544       * </pre>
4545       *
4546       * <h3>Columns</h3>
4547       *
4548       * <table class="jd-sumtable">
4549       * <tr>
4550       * <th colspan='4'>PhoneLookup</th>
4551       * </tr>
4552       * <tr>
4553       * <td>String</td>
4554       * <td>{@link #NUMBER}</td>
4555       * <td>read-only</td>
4556       * <td>Phone number.</td>
4557       * </tr>
4558       * <tr>
4559       * <td>String</td>
4560       * <td>{@link #TYPE}</td>
4561       * <td>read-only</td>
4562       * <td>Phone number type. See {@link CommonDataKinds.Phone}.</td>
4563       * </tr>
4564       * <tr>
4565       * <td>String</td>
4566       * <td>{@link #LABEL}</td>
4567       * <td>read-only</td>
4568       * <td>Custom label for the phone number. See {@link CommonDataKinds.Phone}.</td>
4569       * </tr>
4570       * </table>
4571       * <p>
4572       * Columns from the Contacts table are also available through a join.
4573       * </p>
4574       * <table class="jd-sumtable">
4575       * <tr>
4576       * <th colspan='4'>Join with {@link Contacts}</th>
4577       * </tr>
4578       * <tr>
4579       * <td>long</td>
4580       * <td>{@link #_ID}</td>
4581       * <td>read-only</td>
4582       * <td>Contact ID.</td>
4583       * </tr>
4584       * <tr>
4585       * <td>String</td>
4586       * <td>{@link #LOOKUP_KEY}</td>
4587       * <td>read-only</td>
4588       * <td>See {@link ContactsContract.Contacts}</td>
4589       * </tr>
4590       * <tr>
4591       * <td>String</td>
4592       * <td>{@link #DISPLAY_NAME}</td>
4593       * <td>read-only</td>
```

Case 5:12-cv-00630-LHK Document 113-7 Filed 04/23/12 Page 59 of 105

```
4594        *  <tr>
4595        *  </tr>
4596        *  <tr>
4597        *  <td>long</td>
4598        *  <td>{@link #PHOTO_ID}</td>
4599        *  <td>read-only</td>
4600        *  <td>See {@link ContactsContract.Contacts}.</td>
4601        *  </tr>
4602        *  <tr>
4603        *  <td>int</td>
4604        *  <td>{@link #IN_VISIBLE_GROUP}</td>
4605        *  <td>read-only</td>
4606        *  <td>See {@link ContactsContract.Contacts}.</td>
4607        *  </tr>
4608        *  <tr>
4609        *  <td>int</td>
4610        *  <td>{@link #HAS_PHONE_NUMBER}</td>
4611        *  <td>read-only</td>
4612        *  <td>See {@link ContactsContract.Contacts}.</td>
4613        *  </tr>
4614        *  <tr>
4615        *  <td>int</td>
4616        *  <td>{@link #TIMES_CONTACTED}</td>
4617        *  <td>read-only</td>
4618        *  <td>See {@link ContactsContract.Contacts}.</td>
4619        *  </tr>
4620        *  <tr>
4621        *  <td>long</td>
4622        *  <td>{@link #LAST_TIME_CONTACTED}</td>
4623        *  <td>read-only</td>
4624        *  <td>See {@link ContactsContract.Contacts}.</td>
4625        *  </tr>
4626        *  <tr>
4627        *  <td>int</td>
4628        *  <td>{@link #STARRED}</td>
4629        *  <td>read-only</td>
4630        *  <td>See {@link ContactsContract.Contacts}.</td>
4631        *  </tr>
4632        *  <tr>
4633        *  <td>String</td>
4634        *  <td>{@link #CUSTOM_RINGTONE}</td>
4635        *  <td>read-only</td>
4636        *  <td>See {@link ContactsContract.Contacts}.</td>
4637        *  </tr>
4638        *  <tr>
4639        *  <td>int</td>
4640        *  <td>{@link #SEND_TO_VOICEMAIL}</td>
4641        *  <td>read-only</td>
4642        *  <td>See {@link ContactsContract.Contacts}.</td>
4643        *  </tr>
4644        *  </table>
4645        */
4646       public static final class PhoneLookup implements BaseColumns, PhoneLookupColumns,
4647               ContactsColumns, ContactOptionsColumns {
4648           /**
4649            * This utility class cannot be instantiated
4650            */
4651           private PhoneLookup() {}
4652
4653           /**
4654            * The content:// style URI for this table. Append the phone number you want to lookup
4655            * to this URI and query it to perform a lookup. For example:
4656            * <pre>
4657            * Uri lookupUri = Uri.withAppendedPath(PhoneLookup.CONTENT_URI, Uri.encode(phoneNumbe
r));
4658            * </pre>
4659            */
4660           public static final Uri CONTENT_FILTER_URI = Uri.withAppendedPath(AUTHORITY_URI,
4661                   "phone_lookup");
4662
4663           /**
4664            * The MIME type of {@link #CONTENT_FILTER_URI} providing a directory of phone lookup
rows.
4665            *
4666            * @hide
4667            */
4668           public static final String CONTENT_TYPE = "vnd.android.cursor.dir/phone_lookup";
4669       }
4670
4671       /**
4672        * Additional data mixed in with {@link StatusColumns} to link
4673        * back to specific {@link ContactsContract.Data#_ID} entries.
```

```
4674          *  Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 60 of 105
4675          * @see StatusUpdates
4676          */
4677         protected interface PresenceColumns {
4678
4679             /**
4680              * Reference to the {@link Data#_ID} entry that owns this presence.
4681              * <P>Type: INTEGER</P>
4682              */
4683             public static final String DATA_ID = "presence_data_id";
4684
4685             /**
4686              * See {@link CommonDataKinds.Im} for a list of defined protocol constants.
4687              * <p>Type: NUMBER</p>
4688              */
4689             public static final String PROTOCOL = "protocol";
4690
4691             /**
4692              * Name of the custom protocol.  Should be supplied along with the {@link #PROTOCOL} v
alue
4693              * {@link ContactsContract.CommonDataKinds.Im#PROTOCOL_CUSTOM}.  Should be null or
4694              * omitted if {@link #PROTOCOL} value is not
4695              * {@link ContactsContract.CommonDataKinds.Im#PROTOCOL_CUSTOM}.
4696              *
4697              * <p>Type: NUMBER</p>
4698              */
4699             public static final String CUSTOM_PROTOCOL = "custom_protocol";
4700
4701             /**
4702              * The IM handle the presence item is for. The handle is scoped to
4703              * {@link #PROTOCOL}.
4704              * <P>Type: TEXT</P>
4705              */
4706             public static final String IM_HANDLE = "im_handle";
4707
4708             /**
4709              * The IM account for the local user that the presence data came from.
4710              * <P>Type: TEXT</P>
4711              */
4712             public static final String IM_ACCOUNT = "im_account";
4713         }
4714
4715         /**
4716          * <p>
4717          * A status update is linked to a {@link ContactsContract.Data} row and captures
4718          * the user's latest status update via the corresponding source, e.g.
4719          * "Having lunch" via "Google Talk".
4720          * </p>
4721          * <p>
4722          * There are two ways a status update can be inserted: by explicitly linking
4723          * it to a Data row using {@link #DATA_ID} or indirectly linking it to a data row
4724          * using a combination of {@link #PROTOCOL} (or {@link #CUSTOM_PROTOCOL}) and
4725          * {@link #IM_HANDLE}.  There is no difference between insert and update, you can use
4726          * either.
4727          * </p>
4728          * <p>
4729          * Inserting or updating a status update for the user's profile requires either using
4730          * the {@link #DATA_ID} to identify the data row to attach the update to, or
4731          * {@link StatusUpdates#PROFILE_CONTENT_URI} to ensure that the change is scoped to the
4732          * profile.
4733          * </p>
4734          * <p>
4735          * You cannot use {@link ContentResolver#update} to change a status, but
4736          * {@link ContentResolver#insert} will replace the latests status if it already
4737          * exists.
4738          * </p>
4739          * <p>
4740          * Use {@link ContentResolver#bulkInsert(Uri, ContentValues[])} to insert/update statuses
4741          * for multiple contacts at once.
4742          * </p>
4743          *
4744          * <h3>Columns</h3>
4745          * <table class="jd-sumtable">
4746          * <tr>
4747          * <th colspan='4'>StatusUpdates</th>
4748          * </tr>
4749          * <tr>
4750          * <td>long</td>
4751          * <td>{@link #DATA_ID}</td>
4752          * <td>read/write</td>
4753          * <td>Reference to the {@link Data#_ID} entry that owns this presence. If this
4754          * field is <i>not</i> specified, the provider will attempt to find a data row
```

```
4755      *  {@link #IM_HANDLE} columns.
4756      *  </td>
4757      *  </tr>
4758      *  <tr>
4759      *  <td>long</td>
4760      *  <td>{@link #PROTOCOL}</td>
4761      *  <td>read/write</td>
4762      *  <td>See {@link CommonDataKinds.Im} for a list of defined protocol constants.</td>
4763      *  </tr>
4764      *  <tr>
4765      *  <td>String</td>
4766      *  <td>{@link #CUSTOM_PROTOCOL}</td>
4767      *  <td>read/write</td>
4768      *  <td>Name of the custom protocol.  Should be supplied along with the {@link #PROTOCOL} v
4769 alue
           *  {@link ContactsContract.CommonDataKinds.Im#PROTOCOL_CUSTOM}.  Should be null or
4770      *  omitted if {@link #PROTOCOL} value is not
4771      *  {@link ContactsContract.CommonDataKinds.Im#PROTOCOL_CUSTOM}.</td>
4772      *  </tr>
4773      *  <tr>
4774      *  <td>String</td>
4775      *  <td>{@link #IM_HANDLE}</td>
4776      *  <td>read/write</td>
4777      *  <td> The IM handle the presence item is for. The handle is scoped to
4778      *  {@link #PROTOCOL}.</td>
4779      *  </tr>
4780      *  <tr>
4781      *  <td>String</td>
4782      *  <td>{@link #IM_ACCOUNT}</td>
4783      *  <td>read/write</td>
4784      *  <td>The IM account for the local user that the presence data came from.</td>
4785      *  </tr>
4786      *  <tr>
4787      *  <td>int</td>
4788      *  <td>{@link #PRESENCE}</td>
4789      *  <td>read/write</td>
4790      *  <td>Contact IM presence status. The allowed values are:
4791      *  <p>
4792      *  <ul>
4793      *  <li>{@link #OFFLINE}</li>
4794      *  <li>{@link #INVISIBLE}</li>
4795      *  <li>{@link #AWAY}</li>
4796      *  <li>{@link #IDLE}</li>
4797      *  <li>{@link #DO_NOT_DISTURB}</li>
4798      *  <li>{@link #AVAILABLE}</li>
4799      *  </ul>
4800      *  </p>
4801      *  <p>
4802      *  Since presence status is inherently volatile, the content provider
4803      *  may choose not to store this field in long-term storage.
4804      *  </p>
4805      *  </td>
4806      *  </tr>
4807      *  <tr>
4808      *  <td>int</td>
4809      *  <td>{@link #CHAT_CAPABILITY}</td>
4810      *  <td>read/write</td>
4811      *  <td>Contact IM chat compatibility value. The allowed values combinations of the followi
4812 ng
           *  flags. If None of these flags is set, the device can only do text messaging.
4813      *  <p>
4814      *  <ul>
4815      *  <li>{@link #CAPABILITY_HAS_VIDEO}</li>
4816      *  <li>{@link #CAPABILITY_HAS_VOICE}</li>
4817      *  <li>{@link #CAPABILITY_HAS_CAMERA}</li>
4818      *  </ul>
4819      *  </p>
4820      *  <p>
4821      *  Since chat compatibility is inherently volatile as the contact's availability moves fro
4822 m
           *  one device to another, the content provider may choose not to store this field in long-
4823 term
           *  storage.
4824      *  </p>
4825      *  </td>
4826      *  </tr>
4827      *  <tr>
4828      *  <td>String</td>
4829      *  <td>{@link #STATUS}</td>
4830      *  <td>read/write</td>
4831      *  <td>Contact's latest status update, e.g. "having toast for breakfast"</td>
4832
```

Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 62 of 105

```
4833        * <tr>
4834        * <tr>
4835        * <td>long</td>
4836        * <td>{@link #STATUS_TIMESTAMP}</td>
4837        * <td>read/write</td>
4838        * <td>The absolute time in milliseconds when the status was
4839        * entered by the user. If this value is not provided, the provider will follow
4840        * this logic: if there was no prior status update, the value will be left as null.
4841        * If there was a prior status update, the provider will default this field
4842        * to the current time.</td>
4843        * </tr>
4844        * <tr>
4845        * <td>String</td>
4846        * <td>{@link #STATUS_RES_PACKAGE}</td>
4847        * <td>read/write</td>
4848        * <td> The package containing resources for this status: label and icon.</td>
4849        * </tr>
4850        * <tr>
4851        * <td>long</td>
4852        * <td>{@link #STATUS_LABEL}</td>
4853        * <td>read/write</td>
4854        * <td>The resource ID of the label describing the source of contact status,
4855        * e.g. "Google Talk". This resource is scoped by the
4856        * {@link #STATUS_RES_PACKAGE}.</td>
4857        * </tr>
4858        * <tr>
4859        * <td>long</td>
4860        * <td>{@link #STATUS_ICON}</td>
4861        * <td>read/write</td>
4862        * <td>The resource ID of the icon for the source of contact status. This
4863        * resource is scoped by the {@link #STATUS_RES_PACKAGE}.</td>
4864        * </tr>
4865        * </table>
4866        */
4867       public static class StatusUpdates implements StatusColumns, PresenceColumns {
4868
4869           /**
4870            * This utility class cannot be instantiated
4871            */
4872           private StatusUpdates() {}
4873
4874           /**
4875            * The content:// style URI for this table
4876            */
4877           public static final Uri CONTENT_URI = Uri.withAppendedPath(AUTHORITY_URI, "status_updates"
       );
4878
4879           /**
4880            * The content:// style URI for this table, specific to the user's profile.
4881            */
4882           public static final Uri PROFILE_CONTENT_URI =
4883                   Uri.withAppendedPath(Profile.CONTENT_URI, "status_updates");
4884
4885           /**
4886            * Gets the resource ID for the proper presence icon.
4887            *
4888            * @param status the status to get the icon for
4889            * @return the resource ID for the proper presence icon
4890            */
4891           public static final int getPresenceIconResourceId(int status) {
4892               switch (status) {
4893                   case AVAILABLE:
4894                       return android.R.drawable.presence_online;
4895                   case IDLE:
4896                   case AWAY:
4897                       return android.R.drawable.presence_away;
4898                   case DO_NOT_DISTURB:
4899                       return android.R.drawable.presence_busy;
4900                   case INVISIBLE:
4901                       return android.R.drawable.presence_invisible;
4902                   case OFFLINE:
4903                   default:
4904                       return android.R.drawable.presence_offline;
4905               }
4906           }
4907
4908           /**
4909            * Returns the precedence of the status code the higher number being the higher preced
       ence.
4910            *
4911            * @param status The status code.
4912            * @return An integer representing the precedence, 0 being the lowest.
```

```
        public static final int getPresencePrecedence(int status) {
            // Keep this function here incase we want to enforce a different precedence than the
            // natural order of the status constants.
            return status;
        }

        /**
         * The MIME type of {@link #CONTENT_URI} providing a directory of
         * status update details.
         */
        public static final String CONTENT_TYPE = "vnd.android.cursor.dir/status-update";

        /**
         * The MIME type of a {@link #CONTENT_URI} subdirectory of a single
         * status update detail.
         */
        public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/status-update";
    }

    /**
     * @deprecated This old name was never meant to be made public. Do not use.
     */
    @Deprecated
    public static final class Presence extends StatusUpdates {

    }

    /**
     * Additional column returned by the {@link Contacts#CONTENT_FILTER_URI} providing the
     * explanation of why the filter matched the contact.  Specifically, it contains the
     * data elements that matched the query.  The overall number of words in the snippet
     * can be capped.
     *
     * @hide
     */
    public static class SearchSnippetColumns {

        /**
         * The search snippet constructed according to the SQLite rules, see
         * http://www.sqlite.org/fts3.html#snippet
         * <p>
         * The snippet may contain (parts of) several data elements comprising
         * the contact.
         *
         * @hide
         */
        public static final String SNIPPET = "snippet";


        /**
         * Comma-separated parameters for the generation of the snippet:
         * <ul>
         * <li>The "start match" text. Default is &lt;b&gt;</li>
         * <li>The "end match" text. Default is &lt;/b&gt;</li>
         * <li>The "ellipsis" text. Default is &lt;b&gt;...&lt;/b&gt;</li>
         * <li>Maximum number of tokens to include in the snippet. Can be either
         * a positive or a negative number: A positive number indicates how many
         * tokens can be returned in total. A negative number indicates how many
         * tokens can be returned per occurrence of the search terms.</li>
         * </ul>
         *
         * @hide
         */
        public static final String SNIPPET_ARGS_PARAM_KEY = "snippet_args";

        /**
         * A key to ask the provider to defer the snippeting to the client if possible.
         * Value of 1 implies true, 0 implies false when 0 is the default.
         * When a cursor is returned to the client, it should check for an extra with the name
         * {@link ContactsContract#DEFERRED_SNIPPETING} in the cursor. If it exists, the client
         * should do its own snippeting using {@link ContactsContract#snippetize}. If
         * it doesn't exist, the snippet column in the cursor should already contain a snippetized
         * string.
         *
         * @hide
         */
        public static final String DEFERRED_SNIPPETING_KEY = "deferred_snippeting";
    }
```

```java
        /**
         * Container for definitions of common data types stored in the {@link ContactsContract.Da
ta}
         * table.
         */
        public static final class CommonDataKinds {
            /**
             * This utility class cannot be instantiated
             */
            private CommonDataKinds() {}

            /**
             * The {@link Data#RES_PACKAGE} value for common data that should be
             * shown using a default style.
             *
             * @hide RES_PACKAGE is hidden
             */
            public static final String PACKAGE_COMMON = "common";

            /**
             * The base types that all "Typed" data kinds support.
             */
            public interface BaseTypes {
                /**
                 * A custom type. The custom label should be supplied by user.
                 */
                public static int TYPE_CUSTOM = 0;
            }

            /**
             * Columns common across the specific types.
             */
            protected interface CommonColumns extends BaseTypes {
                /**
                 * The data for the contact method.
                 * <P>Type: TEXT</P>
                 */
                public static final String DATA = DataColumns.DATA1;

                /**
                 * The type of data, for example Home or Work.
                 * <P>Type: INTEGER</P>
                 */
                public static final String TYPE = DataColumns.DATA2;

                /**
                 * The user defined label for the the contact method.
                 * <P>Type: TEXT</P>
                 */
                public static final String LABEL = DataColumns.DATA3;
            }

            /**
             * A data kind representing the contact's proper name. You can use all
             * columns defined for {@link ContactsContract.Data} as well as the following aliases.
             *
             * <h2>Column aliases</h2>
             * <table class="jd-sumtable">
             * <tr>
             * <th>Type</th><th>Alias</th><th colspan='2'>Data column</th>
             * </tr>
             * <tr>
             * <td>String</td>
             * <td>{@link #DISPLAY_NAME}</td>
             * <td>{@link #DATA1}</td>
             * <td></td>
             * </tr>
             * <tr>
             * <td>String</td>
             * <td>{@link #GIVEN_NAME}</td>
             * <td>{@link #DATA2}</td>
             * <td></td>
             * </tr>
             * <tr>
             * <td>String</td>
             * <td>{@link #FAMILY_NAME}</td>
             * <td>{@link #DATA3}</td>
             * <td></td>
             * </tr>
             * <tr>
             * <td>String</td>
```

```
5073         * <td>{@link #DATA4}</td>
5074         * <td>Common prefixes in English names are "Mr", "Ms", "Dr" etc.</td>
5075         * </tr>
5076         * <tr>
5077         * <td>String</td>
5078         * <td>{@link #MIDDLE_NAME}</td>
5079         * <td>{@link #DATA5}</td>
5080         * <td></td>
5081         * </tr>
5082         * <tr>
5083         * <td>String</td>
5084         * <td>{@link #SUFFIX}</td>
5085         * <td>{@link #DATA6}</td>
5086         * <td>Common suffixes in English names are "Sr", "Jr", "III" etc.</td>
5087         * </tr>
5088         * <tr>
5089         * <td>String</td>
5090         * <td>{@link #PHONETIC_GIVEN_NAME}</td>
5091         * <td>{@link #DATA7}</td>
5092         * <td>Used for phonetic spelling of the name, e.g. Pinyin, Katakana, Hiragana</td>
5093         * </tr>
5094         * <tr>
5095         * <td>String</td>
5096         * <td>{@link #PHONETIC_MIDDLE_NAME}</td>
5097         * <td>{@link #DATA8}</td>
5098         * <td></td>
5099         * </tr>
5100         * <tr>
5101         * <td>String</td>
5102         * <td>{@link #PHONETIC_FAMILY_NAME}</td>
5103         * <td>{@link #DATA9}</td>
5104         * <td></td>
5105         * </tr>
5106         * </table>
5107         */
5108        public static final class StructuredName implements DataColumnsWithJoins {
5109            /**
5110             * This utility class cannot be instantiated
5111             */
5112            private StructuredName() {}
5113
5114            /** MIME type used when storing this in data table. */
5115            public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/name";
5116
5117            /**
5118             * The name that should be used to display the contact.
5119             * <i>Unstructured component of the name should be consistent with
5120             * its structured representation.</i>
5121             * <p>
5122             * Type: TEXT
5123             */
5124            public static final String DISPLAY_NAME = DATA1;
5125
5126            /**
5127             * The given name for the contact.
5128             * <P>Type: TEXT</P>
5129             */
5130            public static final String GIVEN_NAME = DATA2;
5131
5132            /**
5133             * The family name for the contact.
5134             * <P>Type: TEXT</P>
5135             */
5136            public static final String FAMILY_NAME = DATA3;
5137
5138            /**
5139             * The contact's honorific prefix, e.g. "Sir"
5140             * <P>Type: TEXT</P>
5141             */
5142            public static final String PREFIX = DATA4;
5143
5144            /**
5145             * The contact's middle name
5146             * <P>Type: TEXT</P>
5147             */
5148            public static final String MIDDLE_NAME = DATA5;
5149
5150            /**
5151             * The contact's honorific suffix, e.g. "Jr"
5152             */
5153            public static final String SUFFIX = DATA6;
```

```
5155            /**
5156             * The phonetic version of the given name for the contact.
5157             * <P>Type: TEXT</P>
5158             */
5159            public static final String PHONETIC_GIVEN_NAME = DATA7;
5160
5161            /**
5162             * The phonetic version of the additional name for the contact.
5163             * <P>Type: TEXT</P>
5164             */
5165            public static final String PHONETIC_MIDDLE_NAME = DATA8;
5166
5167            /**
5168             * The phonetic version of the family name for the contact.
5169             * <P>Type: TEXT</P>
5170             */
5171            public static final String PHONETIC_FAMILY_NAME = DATA9;
5172
5173            /**
5174             * The style used for combining given/middle/family name into a full name.
5175             * See {@link ContactsContract.FullNameStyle}.
5176             *
5177             * @hide
5178             */
5179            public static final String FULL_NAME_STYLE = DATA10;
5180
5181            /**
5182             * The alphabet used for capturing the phonetic name.
5183             * See ContactsContract.PhoneticNameStyle.
5184             * @hide
5185             */
5186            public static final String PHONETIC_NAME_STYLE = DATA11;
5187        }
5188
5189        /**
5190         * <p>A data kind representing the contact's nickname. For example, for
5191         * Bob Parr ("Mr. Incredible"):
5192         * <pre>
5193         * ArrayList&lt;ContentProviderOperation&gt; ops =
5194         *          new ArrayList&lt;ContentProviderOperation&gt;();
5195         *
5196         * ops.add(ContentProviderOperation.newInsert(Data.CONTENT_URI)
5197         *          .withValue(Data.RAW_CONTACT_ID, rawContactId)
5198         *          .withValue(Data.MIMETYPE, StructuredName.CONTENT_ITEM_TYPE)
5199         *          .withValue(StructuredName.DISPLAY_NAME, &quot;Bob Parr&quot;)
5200         *          .build());
5201         *
5202         * ops.add(ContentProviderOperation.newInsert(Data.CONTENT_URI)
5203         *          .withValue(Data.RAW_CONTACT_ID, rawContactId)
5204         *          .withValue(Data.MIMETYPE, Nickname.CONTENT_ITEM_TYPE)
5205         *          .withValue(Nickname.NAME, "Mr. Incredible")
5206         *          .withValue(Nickname.TYPE, Nickname.TYPE_CUSTOM)
5207         *          .withValue(Nickname.LABEL, "Superhero")
5208         *          .build());
5209         *
5210         * getContentResolver().applyBatch(ContactsContract.AUTHORITY, ops);
5211         * </pre>
5212         * </p>
5213         * <p>
5214         * You can use all columns defined for {@link ContactsContract.Data} as well as the
5215         * following aliases.
5216         * </p>
5217         *
5218         * <h2>Column aliases</h2>
5219         * <table class="jd-sumtable">
5220         * <tr>
5221         * <th>Type</th><th>Alias</th><th colspan='2'>Data column</th>
5222         * </tr>
5223         * <tr>
5224         * <td>String</td>
5225         * <td>{@link #NAME}</td>
5226         * <td>{@link #DATA1}</td>
5227         * <td></td>
5228         * </tr>
5229         * <tr>
5230         * <td>int</td>
5231         * <td>{@link #TYPE}</td>
5232         * <td>{@link #DATA2}</td>
5233         * <td>
5234         * Allowed values are:
5235         * <p>
```

Case 5:12-cv-00630-LHK    Document 117-7    Filed 04/23/12    Page 67 of 105

```
5237          * <li>{@link #TYPE_CUSTOM}. Put the actual type in {@link #LABEL}.</li>
5238          * <li>{@link #TYPE_DEFAULT}</li>
5239          * <li>{@link #TYPE_OTHER_NAME}</li>
5240          * <li>{@link #TYPE_MAIDEN_NAME}</li>
5241          * <li>{@link #TYPE_SHORT_NAME}</li>
5242          * <li>{@link #TYPE_INITIALS}</li>
5243          * </ul>
5244          * </p>
5245          * </td>
5246          * </tr>
5247          * <tr>
5248          * <td>String</td>
5249          * <td>{@link #LABEL}</td>
5250          * <td>{@link #DATA3}</td>
5251          * <td></td>
5252          * </tr>
5253          * </table>
5254          */
5255         public static final class Nickname implements DataColumnsWithJoins, CommonColumns {
5256             /**
5257              * This utility class cannot be instantiated
5258              */
5259             private Nickname() {}
5260
5261             /** MIME type used when storing this in data table. */
5262             public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/nickname";
5263
5264             public static final int TYPE_DEFAULT = 1;
5265             public static final int TYPE_OTHER_NAME = 2;
5266             public static final int TYPE_MAIDEN_NAME = 3;
5267             /** @deprecated Use TYPE_MAIDEN_NAME instead. */
5268             @Deprecated
5269             public static final int TYPE_MAINDEN_NAME = 3;
5270             public static final int TYPE_SHORT_NAME = 4;
5271             public static final int TYPE_INITIALS = 5;
5272
5273             /**
5274              * The name itself
5275              */
5276             public static final String NAME = DATA;
5277         }
5278
5279         /**
5280          * <p>
5281          * A data kind representing a telephone number.
5282          * </p>
5283          * <p>
5284          * You can use all columns defined for {@link ContactsContract.Data} as
5285          * well as the following aliases.
5286          * </p>
5287          * <h2>Column aliases</h2>
5288          * <table class="jd-sumtable">
5289          * <tr>
5290          * <th>Type</th>
5291          * <th>Alias</th><th colspan='2'>Data column</th>
5292          * </tr>
5293          * <tr>
5294          * <td>String</td>
5295          * <td>{@link #NUMBER}</td>
5296          * <td>{@link #DATA1}</td>
5297          * <td></td>
5298          * </tr>
5299          * <tr>
5300          * <td>int</td>
5301          * <td>{@link #TYPE}</td>
5302          * <td>{@link #DATA2}</td>
5303          * <td>Allowed values are:
5304          * <p>
5305          * <ul>
5306          * <li>{@link #TYPE_CUSTOM}. Put the actual type in {@link #LABEL}.</li>
5307          * <li>{@link #TYPE_HOME}</li>
5308          * <li>{@link #TYPE_MOBILE}</li>
5309          * <li>{@link #TYPE_WORK}</li>
5310          * <li>{@link #TYPE_FAX_WORK}</li>
5311          * <li>{@link #TYPE_FAX_HOME}</li>
5312          * <li>{@link #TYPE_PAGER}</li>
5313          * <li>{@link #TYPE_OTHER}</li>
5314          * <li>{@link #TYPE_CALLBACK}</li>
5315          * <li>{@link #TYPE_CAR}</li>
5316          * <li>{@link #TYPE_COMPANY_MAIN}</li>
5317          * <li>{@link #TYPE_ISDN}</li>
5318          * <li>{@link #TYPE_ISDN}</li>
```

```
5319          * <li>{@link #TYPE_OTHER_FAX}</li>
5320          * <li>{@link #TYPE_RADIO}</li>
5321          * <li>{@link #TYPE_TELEX}</li>
5322          * <li>{@link #TYPE_TTY_TDD}</li>
5323          * <li>{@link #TYPE_WORK_MOBILE}</li>
5324          * <li>{@link #TYPE_WORK_PAGER}</li>
5325          * <li>{@link #TYPE_ASSISTANT}</li>
5326          * <li>{@link #TYPE_MMS}</li>
5327          * </ul>
5328          * </p>
5329          * </td>
5330          * </tr>
5331          * <tr>
5332          * <td>String</td>
5333          * <td>{@link #LABEL}</td>
5334          * <td>{@link #DATA3}</td>
5335          * <td></td>
5336          * </tr>
5337          * </table>
5338          */
5339         public static final class Phone implements DataColumnsWithJoins, CommonColumns {
5340             /**
5341              * This utility class cannot be instantiated
5342              */
5343             private Phone() {}
5344
5345             /** MIME type used when storing this in data table. */
5346             public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/phone_v2";
5347
5348             /**
5349              * The MIME type of {@link #CONTENT_URI} providing a directory of
5350              * phones.
5351              */
5352             public static final String CONTENT_TYPE = "vnd.android.cursor.dir/phone_v2";
5353
5354             /**
5355              * The content:// style URI for all data records of the
5356              * {@link #CONTENT_ITEM_TYPE} MIME type, combined with the
5357              * associated raw contact and aggregate contact data.
5358              */
5359             public static final Uri CONTENT_URI = Uri.withAppendedPath(Data.CONTENT_URI,
5360                     "phones");
5361
5362             /**
5363              * The content:// style URL for phone lookup using a filter. The filter returns
5364              * records of MIME type {@link #CONTENT_ITEM_TYPE}. The filter is applied
5365              * to display names as well as phone numbers. The filter argument should be passed
5366              * as an additional path segment after this URI.
5367              */
5368             public static final Uri CONTENT_FILTER_URI = Uri.withAppendedPath(CONTENT_URI,
5369                     "filter");
5370
5371             public static final int TYPE_HOME = 1;
5372             public static final int TYPE_MOBILE = 2;
5373             public static final int TYPE_WORK = 3;
5374             public static final int TYPE_FAX_WORK = 4;
5375             public static final int TYPE_FAX_HOME = 5;
5376             public static final int TYPE_PAGER = 6;
5377             public static final int TYPE_OTHER = 7;
5378             public static final int TYPE_CALLBACK = 8;
5379             public static final int TYPE_CAR = 9;
5380             public static final int TYPE_COMPANY_MAIN = 10;
5381             public static final int TYPE_ISDN = 11;
5382             public static final int TYPE_MAIN = 12;
5383             public static final int TYPE_OTHER_FAX = 13;
5384             public static final int TYPE_RADIO = 14;
5385             public static final int TYPE_TELEX = 15;
5386             public static final int TYPE_TTY_TDD = 16;
5387             public static final int TYPE_WORK_MOBILE = 17;
5388             public static final int TYPE_WORK_PAGER = 18;
5389             public static final int TYPE_ASSISTANT = 19;
5390             public static final int TYPE_MMS = 20;
5391
5392             /**
5393              * The phone number as the user entered it.
5394              * <P>Type: TEXT</P>
5395              */
5396             public static final String NUMBER = DATA;
5397
5398             /**
5399              * The phone number's E164 representation.
5400              */
```

```
5401              *
5402              * @hide
5403              */
5404         public static final String NORMALIZED_NUMBER = DATA4;
5405
5406
5407             /**
5408              * @deprecated use {@link #getTypeLabel(Resources, int, CharSequence)} instead.
5409              * @hide
5410              */
5411             @Deprecated
5412             public static final CharSequence getDisplayLabel(Context context, int type,
5413                     CharSequence label, CharSequence[] labelArray) {
5414                 return getTypeLabel(context.getResources(), type, label);
5415             }
5416
5417             /**
5418              * @deprecated use {@link #getTypeLabel(Resources, int, CharSequence)} instead.
5419              * @hide
5420              */
5421             @Deprecated
5422             public static final CharSequence getDisplayLabel(Context context, int type,
5423                     CharSequence label) {
5424                 return getTypeLabel(context.getResources(), type, label);
5425             }
5426
5427             /**
5428              * Return the string resource that best describes the given
5429              * {@link #TYPE}. Will always return a valid resource.
5430              */
5431             public static final int getTypeLabelResource(int type) {
5432                 switch (type) {
5433                     case TYPE_HOME: return com.android.internal.R.string.phoneTypeHome;
5434                     case TYPE_MOBILE: return com.android.internal.R.string.phoneTypeMobile;
5435                     case TYPE_WORK: return com.android.internal.R.string.phoneTypeWork;
5436                     case TYPE_FAX_WORK: return com.android.internal.R.string.phoneTypeFaxWork;
5437                     case TYPE_FAX_HOME: return com.android.internal.R.string.phoneTypeFaxHome;
5438                     case TYPE_PAGER: return com.android.internal.R.string.phoneTypePager;
5439                     case TYPE_OTHER: return com.android.internal.R.string.phoneTypeOther;
5440                     case TYPE_CALLBACK: return com.android.internal.R.string.phoneTypeCallback
5441 ;
                     case TYPE_CAR: return com.android.internal.R.string.phoneTypeCar;
5442                     case TYPE_COMPANY_MAIN: return com.android.internal.R.string.phoneTypeComp
anyMain;
5443                     case TYPE_ISDN: return com.android.internal.R.string.phoneTypeIsdn;
5444                     case TYPE_MAIN: return com.android.internal.R.string.phoneTypeMain;
5445                     case TYPE_OTHER_FAX: return com.android.internal.R.string.phoneTypeOtherFa
x;
5446                     case TYPE_RADIO: return com.android.internal.R.string.phoneTypeRadio;
5447                     case TYPE_TELEX: return com.android.internal.R.string.phoneTypeTelex;
5448                     case TYPE_TTY_TDD: return com.android.internal.R.string.phoneTypeTtyTdd;
5449                     case TYPE_WORK_MOBILE: return com.android.internal.R.string.phoneTypeWorkM
obile;
5450                     case TYPE_WORK_PAGER: return com.android.internal.R.string.phoneTypeWorkPa
ger;
5451                     case TYPE_ASSISTANT: return com.android.internal.R.string.phoneTypeAssista
nt;
5452                     case TYPE_MMS: return com.android.internal.R.string.phoneTypeMms;
5453                     default: return com.android.internal.R.string.phoneTypeCustom;
5454                 }
5455             }
5456
5457             /**
5458              * Return a {@link CharSequence} that best describes the given type,
5459              * possibly substituting the given {@link #LABEL} value
5460              * for {@link #TYPE_CUSTOM}.
5461              */
5462             public static final CharSequence getTypeLabel(Resources res, int type,
5463                     CharSequence label) {
5464                 if ((type == TYPE_CUSTOM || type == TYPE_ASSISTANT) && !TextUtils.isEmpty(labe
l)) {
5465                     return label;
5466                 } else {
5467                     final int labelRes = getTypeLabelResource(type);
5468                     return res.getText(labelRes);
5469                 }
5470             }
5471         }
5472
5473         /**
5474          * <p>
5475          * A data kind representing an email address.
```

```
 5476            * <p>
 5477            * You can use all columns defined for {@link ContactsContract.Data} as
 5478            * well as the following aliases.
 5479            * </p>
 5480            * <h2>Column aliases</h2>
 5481            * <table class="jd-sumtable">
 5482            * <tr>
 5483            * <th>Type</th>
 5484            * <th>Alias</th><th colspan='2'>Data column</th>
 5485            * </tr>
 5486            * <tr>
 5487            * <td>String</td>
 5488            * <td>{@link #ADDRESS}</td>
 5489            * <td>{@link #DATA1}</td>
 5490            * <td>Email address itself.</td>
 5491            * </tr>
 5492            * <tr>
 5493            * <td>int</td>
 5494            * <td>{@link #TYPE}</td>
 5495            * <td>{@link #DATA2}</td>
 5496            * <td>Allowed values are:
 5497            * <p>
 5498            * <ul>
 5499            * <li>{@link #TYPE_CUSTOM}. Put the actual type in {@link #LABEL}.</li>
 5500            * <li>{@link #TYPE_HOME}</li>
 5501            * <li>{@link #TYPE_WORK}</li>
 5502            * <li>{@link #TYPE_OTHER}</li>
 5503            * <li>{@link #TYPE_MOBILE}</li>
 5504            * </ul>
 5505            * </p>
 5506            * </td>
 5507            * </tr>
 5508            * <tr>
 5509            * <td>String</td>
 5510            * <td>{@link #LABEL}</td>
 5511            * <td>{@link #DATA3}</td>
 5512            * <td></td>
 5513            * </tr>
 5514            * </table>
 5515            */
 5516          public static final class Email implements DataColumnsWithJoins, CommonColumns {
 5517              /**
 5518               * This utility class cannot be instantiated
 5519               */
 5520              private Email() {}
 5521
 5522              /** MIME type used when storing this in data table. */
 5523              public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/email_v2";
 5524
 5525              /**
 5526               * The MIME type of {@link #CONTENT_URI} providing a directory of email addresses.
 5527               */
 5528              public static final String CONTENT_TYPE = "vnd.android.cursor.dir/email_v2";
 5529
 5530              /**
 5531               * The content:// style URI for all data records of the
 5532               * {@link #CONTENT_ITEM_TYPE} MIME type, combined with the
 5533               * associated raw contact and aggregate contact data.
 5534               */
 5535              public static final Uri CONTENT_URI = Uri.withAppendedPath(Data.CONTENT_URI,
 5536                      "emails");
 5537
 5538              /**
 5539               * <p>
 5540               * The content:// style URL for looking up data rows by email address. The
 5541               * lookup argument, an email address, should be passed as an additional path segme
 nt
 5542               * after this URI.
 5543               * </p>
 5544               * <p>Example:
 5545               * <pre>
 5546               * Uri uri = Uri.withAppendedPath(Email.CONTENT_LOOKUP_URI, Uri.encode(email));
 5547               * Cursor c = getContentResolver().query(uri,
 5548               *          new String[]{Email.CONTACT_ID, Email.DISPLAY_NAME, Email.DATA},
 5549               *          null, null, null);
 5550               * </pre>
 5551               * </p>
 5552               */
 5553              public static final Uri CONTENT_LOOKUP_URI = Uri.withAppendedPath(CONTENT_URI,
 5554                      "lookup");
 5555
 5556
```

```
5557                 * <p>
5558                 * The content:// style URL for email lookup using a filter. The filter returns
5559                 * records of MIME type {@link #CONTENT_ITEM_TYPE}. The filter is applied
5560                 * to display names as well as email addresses. The filter argument should be pass
ed
5561                 * as an additional path segment after this URI.
5562                 * </p>
5563                 * <p>The query in the following example will return "Robert Parr (bob@incredibles
.com)"
5564                 * as well as "Bob Parr (incredible@android.com)".
5565                 * <pre>
5566                 * Uri uri = Uri.withAppendedPath(Email.CONTENT_LOOKUP_URI, Uri.encode("bob"));
5567                 * Cursor c = getContentResolver().query(uri,
5568                 *          new String[]{Email.DISPLAY_NAME, Email.DATA},
5569                 *          null, null, null);
5570                 * </pre>
5571                 * </p>
5572                 */
5573                public static final Uri CONTENT_FILTER_URI = Uri.withAppendedPath(CONTENT_URI,
5574                        "filter");
5575
5576                /**
5577                 * The email address.
5578                 * <P>Type: TEXT</P>
5579                 */
5580                public static final String ADDRESS = DATA1;
5581
5582                public static final int TYPE_HOME = 1;
5583                public static final int TYPE_WORK = 2;
5584                public static final int TYPE_OTHER = 3;
5585                public static final int TYPE_MOBILE = 4;
5586
5587                /**
5588                 * The display name for the email address
5589                 * <P>Type: TEXT</P>
5590                 */
5591                public static final String DISPLAY_NAME = DATA4;
5592
5593                /**
5594                 * Return the string resource that best describes the given
5595                 * {@link #TYPE}. Will always return a valid resource.
5596                 */
5597                public static final int getTypeLabelResource(int type) {
5598                    switch (type) {
5599                        case TYPE_HOME: return com.android.internal.R.string.emailTypeHome;
5600                        case TYPE_WORK: return com.android.internal.R.string.emailTypeWork;
5601                        case TYPE_OTHER: return com.android.internal.R.string.emailTypeOther;
5602                        case TYPE_MOBILE: return com.android.internal.R.string.emailTypeMobile;
5603                        default: return com.android.internal.R.string.emailTypeCustom;
5604                    }
5605                }
5606
5607                /**
5608                 * Return a {@link CharSequence} that best describes the given type,
5609                 * possibly substituting the given {@link #LABEL} value
5610                 * for {@link #TYPE_CUSTOM}.
5611                 */
5612                public static final CharSequence getTypeLabel(Resources res, int type,
5613                        CharSequence label) {
5614                    if (type == TYPE_CUSTOM && !TextUtils.isEmpty(label)) {
5615                        return label;
5616                    } else {
5617                        final int labelRes = getTypeLabelResource(type);
5618                        return res.getText(labelRes);
5619                    }
5620                }
5621            }
5622
5623            /**
5624             * <p>
5625             * A data kind representing a postal addresses.
5626             * </p>
5627             * <p>
5628             * You can use all columns defined for {@link ContactsContract.Data} as
5629             * well as the following aliases.
5630             * </p>
5631             * <h2>Column aliases</h2>
5632             * <table class="jd-sumtable">
5633             * <tr>
5634             * <th>Type</th>
5635             * <th>Alias</th><th colspan='2'>Data column</th>
```

```
5637          *  <tr>
5638          *  <td>String</td>
5639          *  <td>{@link #FORMATTED_ADDRESS}</td>
5640          *  <td>{@link #DATA1}</td>
5641          *  <td></td>
5642          *  </tr>
5643          *  <tr>
5644          *  <td>int</td>
5645          *  <td>{@link #TYPE}</td>
5646          *  <td>{@link #DATA2}</td>
5647          *  <td>Allowed values are:
5648          *  <p>
5649          *  <ul>
5650          *  <li>{@link #TYPE_CUSTOM}. Put the actual type in {@link #LABEL}.</li>
5651          *  <li>{@link #TYPE_HOME}</li>
5652          *  <li>{@link #TYPE_WORK}</li>
5653          *  <li>{@link #TYPE_OTHER}</li>
5654          *  </ul>
5655          *  </p>
5656          *  </td>
5657          *  </tr>
5658          *  <tr>
5659          *  <td>String</td>
5660          *  <td>{@link #LABEL}</td>
5661          *  <td>{@link #DATA3}</td>
5662          *  <td></td>
5663          *  </tr>
5664          *  <tr>
5665          *  <td>String</td>
5666          *  <td>{@link #STREET}</td>
5667          *  <td>{@link #DATA4}</td>
5668          *  <td></td>
5669          *  </tr>
5670          *  <tr>
5671          *  <td>String</td>
5672          *  <td>{@link #POBOX}</td>
5673          *  <td>{@link #DATA5}</td>
5674          *  <td>Post Office Box number</td>
5675          *  </tr>
5676          *  <tr>
5677          *  <td>String</td>
5678          *  <td>{@link #NEIGHBORHOOD}</td>
5679          *  <td>{@link #DATA6}</td>
5680          *  <td></td>
5681          *  </tr>
5682          *  <tr>
5683          *  <td>String</td>
5684          *  <td>{@link #CITY}</td>
5685          *  <td>{@link #DATA7}</td>
5686          *  <td></td>
5687          *  </tr>
5688          *  <tr>
5689          *  <td>String</td>
5690          *  <td>{@link #REGION}</td>
5691          *  <td>{@link #DATA8}</td>
5692          *  <td></td>
5693          *  </tr>
5694          *  <tr>
5695          *  <td>String</td>
5696          *  <td>{@link #POSTCODE}</td>
5697          *  <td>{@link #DATA9}</td>
5698          *  <td></td>
5699          *  </tr>
5700          *  <tr>
5701          *  <td>String</td>
5702          *  <td>{@link #COUNTRY}</td>
5703          *  <td>{@link #DATA10}</td>
5704          *  <td></td>
5705          *  </tr>
5706          *  </table>
5707          */
5708         public static final class StructuredPostal implements DataColumnsWithJoins, CommonColumn
5709 s {
5710             /**
5711              * This utility class cannot be instantiated
5712              */
5713             private StructuredPostal() {
5714             }
5715
5716             /** MIME type used when storing this in data table. */
5717             public static final String CONTENT_ITEM_TYPE =
```

```
5718
5719
5720        /**
5721         * The MIME type of {@link #CONTENT_URI} providing a directory of
5722         * postal addresses.
5723         */
5724        public static final String CONTENT_TYPE = "vnd.android.cursor.dir/postal-address_v2";
5725
5726        /**
5727         * The content:// style URI for all data records of the
5728         * {@link StructuredPostal#CONTENT_ITEM_TYPE} MIME type.
5729         */
5730        public static final Uri CONTENT_URI = Uri.withAppendedPath(Data.CONTENT_URI,
5731                "postals");
5732
5733        public static final int TYPE_HOME = 1;
5734        public static final int TYPE_WORK = 2;
5735        public static final int TYPE_OTHER = 3;
5736
5737        /**
5738         * The full, unstructured postal address. <i>This field must be
5739         * consistent with any structured data.</i>
5740         * <p>
5741         * Type: TEXT
5742         */
5743        public static final String FORMATTED_ADDRESS = DATA;
5744
5745        /**
5746         * Can be street, avenue, road, etc. This element also includes the
5747         * house number and room/apartment/flat/floor number.
5748         * <p>
5749         * Type: TEXT
5750         */
5751        public static final String STREET = DATA4;
5752
5753        /**
5754         * Covers actual P.O. boxes, drawers, locked bags, etc. This is
5755         * usually but not always mutually exclusive with street.
5756         * <p>
5757         * Type: TEXT
5758         */
5759        public static final String POBOX = DATA5;
5760
5761        /**
5762         * This is used to disambiguate a street address when a city
5763         * contains more than one street with the same name, or to specify a
5764         * small place whose mail is routed through a larger postal town. In
5765         * China it could be a county or a minor city.
5766         * <p>
5767         * Type: TEXT
5768         */
5769        public static final String NEIGHBORHOOD = DATA6;
5770
5771        /**
5772         * Can be city, village, town, borough, etc. This is the postal town
5773         * and not necessarily the place of residence or place of business.
5774         * <p>
5775         * Type: TEXT
5776         */
5777        public static final String CITY = DATA7;
5778
5779        /**
5780         * A state, province, county (in Ireland), Land (in Germany),
5781         * departement (in France), etc.
5782         * <p>
5783         * Type: TEXT
5784         */
5785        public static final String REGION = DATA8;
5786
5787        /**
5788         * Postal code. Usually country-wide, but sometimes specific to the
5789         * city (e.g. "2" in "Dublin 2, Ireland" addresses).
5790         * <p>
5791         * Type: TEXT
5792         */
5793        public static final String POSTCODE = DATA9;
5794
5795        /**
5796         * The name or code of the country.
5797         * <p>
5798         * Type: TEXT
5799         */
```

```
5800
5801
5802        /**
5803         * Return the string resource that best describes the given
5804         * {@link #TYPE}. Will always return a valid resource.
5805         */
5806        public static final int getTypeLabelResource(int type) {
5807            switch (type) {
5808                case TYPE_HOME: return com.android.internal.R.string.postalTypeHome;
5809                case TYPE_WORK: return com.android.internal.R.string.postalTypeWork;
5810                case TYPE_OTHER: return com.android.internal.R.string.postalTypeOther;
5811                default: return com.android.internal.R.string.postalTypeCustom;
5812            }
5813        }
5814
5815        /**
5816         * Return a {@link CharSequence} that best describes the given type,
5817         * possibly substituting the given {@link #LABEL} value
5818         * for {@link #TYPE_CUSTOM}.
5819         */
5820        public static final CharSequence getTypeLabel(Resources res, int type,
5821                CharSequence label) {
5822            if (type == TYPE_CUSTOM && !TextUtils.isEmpty(label)) {
5823                return label;
5824            } else {
5825                final int labelRes = getTypeLabelResource(type);
5826                return res.getText(labelRes);
5827            }
5828        }
5829    }
5830
5831    /**
5832     * <p>
5833     * A data kind representing an IM address
5834     * </p>
5835     * <p>
5836     * You can use all columns defined for {@link ContactsContract.Data} as
5837     * well as the following aliases.
5838     * </p>
5839     * <h2>Column aliases</h2>
5840     * <table class="jd-sumtable">
5841     * <tr>
5842     * <th>Type</th>
5843     * <th>Alias</th><th colspan='2'>Data column</th>
5844     * </tr>
5845     * <tr>
5846     * <td>String</td>
5847     * <td>{@link #DATA}</td>
5848     * <td>{@link #DATA1}</td>
5849     * <td></td>
5850     * </tr>
5851     * <tr>
5852     * <td>int</td>
5853     * <td>{@link #TYPE}</td>
5854     * <td>{@link #DATA2}</td>
5855     * <td>Allowed values are:
5856     * <p>
5857     * <ul>
5858     * <li>{@link #TYPE_CUSTOM}. Put the actual type in {@link #LABEL}.</li>
5859     * <li>{@link #TYPE_HOME}</li>
5860     * <li>{@link #TYPE_WORK}</li>
5861     * <li>{@link #TYPE_OTHER}</li>
5862     * </ul>
5863     * </p>
5864     * </td>
5865     * </tr>
5866     * <tr>
5867     * <td>String</td>
5868     * <td>{@link #LABEL}</td>
5869     * <td>{@link #DATA3}</td>
5870     * <td></td>
5871     * </tr>
5872     * <tr>
5873     * <td>String</td>
5874     * <td>{@link #PROTOCOL}</td>
5875     * <td>{@link #DATA5}</td>
5876     * <td>
5877     * <p>
5878     * Allowed values:
5879     * <ul>
5880     * <li>{@link #PROTOCOL_CUSTOM}. Also provide the actual protocol name
5881     * as {@link #CUSTOM_PROTOCOL}.</li>
```

```
5882         *  <li>{@link #PROTOCOL_MSN}</li>
5883         *  <li>{@link #PROTOCOL_YAHOO}</li>
5884         *  <li>{@link #PROTOCOL_SKYPE}</li>
5885         *  <li>{@link #PROTOCOL_QQ}</li>
5886         *  <li>{@link #PROTOCOL_GOOGLE_TALK}</li>
5887         *  <li>{@link #PROTOCOL_ICQ}</li>
5888         *  <li>{@link #PROTOCOL_JABBER}</li>
5889         *  <li>{@link #PROTOCOL_NETMEETING}</li>
5890         *  </ul>
5891         *  </p>
5892         *  </td>
5893         *  </tr>
5894         *  <tr>
5895         *  <td>String</td>
5896         *  <td>{@link #CUSTOM_PROTOCOL}</td>
5897         *  <td>{@link #DATA6}</td>
5898         *  <td></td>
5899         *  </tr>
5900         *  </table>
5901         */
5902        public static final class Im implements DataColumnsWithJoins, CommonColumns {
5903            /**
5904             * This utility class cannot be instantiated
5905             */
5906            private Im() {}
5907
5908            /** MIME type used when storing this in data table. */
5909            public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/im";
5910
5911            public static final int TYPE_HOME = 1;
5912            public static final int TYPE_WORK = 2;
5913            public static final int TYPE_OTHER = 3;
5914
5915            /**
5916             * This column should be populated with one of the defined
5917             * constants, e.g. {@link #PROTOCOL_YAHOO}. If the value of this
5918             * column is {@link #PROTOCOL_CUSTOM}, the {@link #CUSTOM_PROTOCOL}
5919             * should contain the name of the custom protocol.
5920             */
5921            public static final String PROTOCOL = DATA5;
5922
5923            public static final String CUSTOM_PROTOCOL = DATA6;
5924
5925            /*
5926             * The predefined IM protocol types.
5927             */
5928            public static final int PROTOCOL_CUSTOM = -1;
5929            public static final int PROTOCOL_AIM = 0;
5930            public static final int PROTOCOL_MSN = 1;
5931            public static final int PROTOCOL_YAHOO = 2;
5932            public static final int PROTOCOL_SKYPE = 3;
5933            public static final int PROTOCOL_QQ = 4;
5934            public static final int PROTOCOL_GOOGLE_TALK = 5;
5935            public static final int PROTOCOL_ICQ = 6;
5936            public static final int PROTOCOL_JABBER = 7;
5937            public static final int PROTOCOL_NETMEETING = 8;
5938
5939            /**
5940             * Return the string resource that best describes the given
5941             * {@link #TYPE}. Will always return a valid resource.
5942             */
5943            public static final int getTypeLabelResource(int type) {
5944                switch (type) {
5945                    case TYPE_HOME: return com.android.internal.R.string.imTypeHome;
5946                    case TYPE_WORK: return com.android.internal.R.string.imTypeWork;
5947                    case TYPE_OTHER: return com.android.internal.R.string.imTypeOther;
5948                    default: return com.android.internal.R.string.imTypeCustom;
5949                }
5950            }
5951
5952            /**
5953             * Return a {@link CharSequence} that best describes the given type,
5954             * possibly substituting the given {@link #LABEL} value
5955             * for {@link #TYPE_CUSTOM}.
5956             */
5957            public static final CharSequence getTypeLabel(Resources res, int type,
5958                    CharSequence label) {
5959                if (type == TYPE_CUSTOM && !TextUtils.isEmpty(label)) {
5960                    return label;
5961                } else {
5962                    final int labelRes = getTypeLabelResource(type);
```

Case 5:12-cv-00630-LHK Document 117-7   Filed 04/23/12   Page 76 of 105

```java
5964                }
5965            }
5966        }
5967
5968        /**
5969         * Return the string resource that best describes the given
5970         * {@link #PROTOCOL}. Will always return a valid resource.
5971         */
5972        public static final int getProtocolLabelResource(int type) {
5973            switch (type) {
5974                case PROTOCOL_AIM: return com.android.internal.R.string.imProtocolAim;
5975                case PROTOCOL_MSN: return com.android.internal.R.string.imProtocolMsn;
5976                case PROTOCOL_YAHOO: return com.android.internal.R.string.imProtocolYahoo;
5977                case PROTOCOL_SKYPE: return com.android.internal.R.string.imProtocolSkype;
5978                case PROTOCOL_QQ: return com.android.internal.R.string.imProtocolQq;
5979                case PROTOCOL_GOOGLE_TALK: return com.android.internal.R.string.imProtocol
GoogleTalk;
5980                case PROTOCOL_ICQ: return com.android.internal.R.string.imProtocolIcq;
5981                case PROTOCOL_JABBER: return com.android.internal.R.string.imProtocolJabbe
r;
5982                case PROTOCOL_NETMEETING: return com.android.internal.R.string.imProtocolN
etMeeting;
5983                default: return com.android.internal.R.string.imProtocolCustom;
5984            }
5985        }
5986
5987        /**
5988         * Return a {@link CharSequence} that best describes the given
5989         * protocol, possibly substituting the given
5990         * {@link #CUSTOM_PROTOCOL} value for {@link #PROTOCOL_CUSTOM}.
5991         */
5992        public static final CharSequence getProtocolLabel(Resources res, int type,
5993                CharSequence label) {
5994            if (type == PROTOCOL_CUSTOM && !TextUtils.isEmpty(label)) {
5995                return label;
5996            } else {
5997                final int labelRes = getProtocolLabelResource(type);
5998                return res.getText(labelRes);
5999            }
6000        }
6001        }
6002
6003        /**
6004         * <p>
6005         * A data kind representing an organization.
6006         * </p>
6007         * <p>
6008         * You can use all columns defined for {@link ContactsContract.Data} as
6009         * well as the following aliases.
6010         * </p>
6011         * <h2>Column aliases</h2>
6012         * <table class="jd-sumtable">
6013         * <tr>
6014         * <th>Type</th>
6015         * <th>Alias</th><th colspan='2'>Data column</th>
6016         * </tr>
6017         * <tr>
6018         * <td>String</td>
6019         * <td>{@link #COMPANY}</td>
6020         * <td>{@link #DATA1}</td>
6021         * <td></td>
6022         * </tr>
6023         * <tr>
6024         * <td>int</td>
6025         * <td>{@link #TYPE}</td>
6026         * <td>{@link #DATA2}</td>
6027         * <td>Allowed values are:
6028         * <p>
6029         * <ul>
6030         * <li>{@link #TYPE_CUSTOM}. Put the actual type in {@link #LABEL}.</li>
6031         * <li>{@link #TYPE_WORK}</li>
6032         * <li>{@link #TYPE_OTHER}</li>
6033         * </ul>
6034         * </p>
6035         * </td>
6036         * </tr>
6037         * <tr>
6038         * <td>String</td>
6039         * <td>{@link #LABEL}</td>
6040         * <td>{@link #DATA3}</td>
6041         * <td></td>
6042         * </tr>
```

```
6043      * <td>String</td>
6044      * <tr>
6045      * <td>{@link #TITLE}</td>
6046      * <td>{@link #DATA4}</td>
6047      * <td></td>
6048      * </tr>
6049      * <tr>
6050      * <td>String</td>
6051      * <td>{@link #DEPARTMENT}</td>
6052      * <td>{@link #DATA5}</td>
6053      * <td></td>
6054      * </tr>
6055      * <tr>
6056      * <td>String</td>
6057      * <td>{@link #JOB_DESCRIPTION}</td>
6058      * <td>{@link #DATA6}</td>
6059      * <td></td>
6060      * </tr>
6061      * <tr>
6062      * <td>String</td>
6063      * <td>{@link #SYMBOL}</td>
6064      * <td>{@link #DATA7}</td>
6065      * <td></td>
6066      * </tr>
6067      * <tr>
6068      * <td>String</td>
6069      * <td>{@link #PHONETIC_NAME}</td>
6070      * <td>{@link #DATA8}</td>
6071      * <td></td>
6072      * </tr>
6073      * <tr>
6074      * <td>String</td>
6075      * <td>{@link #OFFICE_LOCATION}</td>
6076      * <td>{@link #DATA9}</td>
6077      * <td></td>
6078      * </tr>
6079      * <tr>
6080      * <td>String</td>
6081      * <td>PHONETIC_NAME_STYLE</td>
6082      * <td>{@link #DATA10}</td>
6083      * <td></td>
6084      * </tr>
6085      * </table>
6086      */
6087     public static final class Organization implements DataColumnsWithJoins, CommonColumns {
6088         /**
6089          * This utility class cannot be instantiated
6090          */
6091         private Organization() {}
6092
6093         /** MIME type used when storing this in data table. */
6094         public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/organization";
6095
6096         public static final int TYPE_WORK = 1;
6097         public static final int TYPE_OTHER = 2;
6098
6099         /**
6100          * The company as the user entered it.
6101          * <P>Type: TEXT</P>
6102          */
6103         public static final String COMPANY = DATA;
6104
6105         /**
6106          * The position title at this company as the user entered it.
6107          * <P>Type: TEXT</P>
6108          */
6109         public static final String TITLE = DATA4;
6110
6111         /**
6112          * The department at this company as the user entered it.
6113          * <P>Type: TEXT</P>
6114          */
6115         public static final String DEPARTMENT = DATA5;
6116
6117         /**
6118          * The job description at this company as the user entered it.
6119          * <P>Type: TEXT</P>
6120          */
6121         public static final String JOB_DESCRIPTION = DATA6;
6122
6123         /**
6124          * The symbol of this company as the user entered it.
```

```
6125         */
6126
6127        public static final String SYMBOL = DATA7;
6128
6129        /**
6130         * The phonetic name of this company as the user entered it.
6131         * <P>Type: TEXT</P>
6132         */
6133        public static final String PHONETIC_NAME = DATA8;
6134
6135        /**
6136         * The office location of this organization.
6137         * <P>Type: TEXT</P>
6138         */
6139        public static final String OFFICE_LOCATION = DATA9;
6140
6141        /**
6142         * The alphabet used for capturing the phonetic name.
6143         * See {@link ContactsContract.PhoneticNameStyle}.
6144         * @hide
6145         */
6146        public static final String PHONETIC_NAME_STYLE = DATA10;
6147
6148        /**
6149         * Return the string resource that best describes the given
6150         * {@link #TYPE}. Will always return a valid resource.
6151         */
6152        public static final int getTypeLabelResource(int type) {
6153            switch (type) {
6154                case TYPE_WORK: return com.android.internal.R.string.orgTypeWork;
6155                case TYPE_OTHER: return com.android.internal.R.string.orgTypeOther;
6156                default: return com.android.internal.R.string.orgTypeCustom;
6157            }
6158        }
6159
6160        /**
6161         * Return a {@link CharSequence} that best describes the given type,
6162         * possibly substituting the given {@link #LABEL} value
6163         * for {@link #TYPE_CUSTOM}.
6164         */
6165        public static final CharSequence getTypeLabel(Resources res, int type,
6166                CharSequence label) {
6167            if (type == TYPE_CUSTOM && !TextUtils.isEmpty(label)) {
6168                return label;
6169            } else {
6170                final int labelRes = getTypeLabelResource(type);
6171                return res.getText(labelRes);
6172            }
6173        }
6174    }
6175
6176    /**
6177     * <p>
6178     * A data kind representing a relation.
6179     * </p>
6180     * <p>
6181     * You can use all columns defined for {@link ContactsContract.Data} as
6182     * well as the following aliases.
6183     * </p>
6184     * <h2>Column aliases</h2>
6185     * <table class="jd-sumtable">
6186     * <tr>
6187     * <th>Type</th>
6188     * <th>Alias</th><th colspan='2'>Data column</th>
6189     * </tr>
6190     * <tr>
6191     * <td>String</td>
6192     * <td>{@link #NAME}</td>
6193     * <td>{@link #DATA1}</td>
6194     * <td></td>
6195     * </tr>
6196     * <tr>
6197     * <td>int</td>
6198     * <td>{@link #TYPE}</td>
6199     * <td>{@link #DATA2}</td>
6200     * <td>Allowed values are:
6201     * <p>
6202     * <ul>
6203     * <li>{@link #TYPE_CUSTOM}. Put the actual type in {@link #LABEL}.</li>
6204     * <li>{@link #TYPE_ASSISTANT}</li>
6205     * <li>{@link #TYPE_BROTHER}</li>
6206     * <li>{@link #TYPE_CHILD}</li>
```

```
6207            * <li>{@link #TYPE_FATHER}</li>
6208            * <li>{@link #TYPE_FRIEND}</li>
6209            * <li>{@link #TYPE_MANAGER}</li>
6210            * <li>{@link #TYPE_MOTHER}</li>
6211            * <li>{@link #TYPE_PARENT}</li>
6212            * <li>{@link #TYPE_PARTNER}</li>
6213            * <li>{@link #TYPE_REFERRED_BY}</li>
6214            * <li>{@link #TYPE_RELATIVE}</li>
6215            * <li>{@link #TYPE_SISTER}</li>
6216            * <li>{@link #TYPE_SPOUSE}</li>
6217            * </ul>
6218            * </p>
6219            * </td>
6220            * </tr>
6221            * <tr>
6222            * <td>String</td>
6223            * <td>{@link #LABEL}</td>
6224            * <td>{@link #DATA3}</td>
6225            * <td></td>
6226            * </tr>
6227            * </table>
6228            */
6229           public static final class Relation implements DataColumnsWithJoins, CommonColumns {
6230               /**
6231                * This utility class cannot be instantiated
6232                */
6233               private Relation() {}
6234
6235
6236               /** MIME type used when storing this in data table. */
6237               public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/relation";
6238
6239               public static final int TYPE_ASSISTANT = 1;
6240               public static final int TYPE_BROTHER = 2;
6241               public static final int TYPE_CHILD = 3;
6242               public static final int TYPE_DOMESTIC_PARTNER = 4;
6243               public static final int TYPE_FATHER = 5;
6244               public static final int TYPE_FRIEND = 6;
6245               public static final int TYPE_MANAGER = 7;
6246               public static final int TYPE_MOTHER = 8;
6247               public static final int TYPE_PARENT = 9;
6248               public static final int TYPE_PARTNER = 10;
6249               public static final int TYPE_REFERRED_BY = 11;
6250               public static final int TYPE_RELATIVE = 12;
6251               public static final int TYPE_SISTER = 13;
6252               public static final int TYPE_SPOUSE = 14;
6253
6254               /**
6255                * The name of the relative as the user entered it.
6256                * <P>Type: TEXT</P>
6257                */
6258               public static final String NAME = DATA;
6259
6260               /**
6261                * Return the string resource that best describes the given
6262                * {@link #TYPE}. Will always return a valid resource.
6263                */
6264               public static final int getTypeLabelResource(int type) {
6265                   switch (type) {
6266                       case TYPE_ASSISTANT: return com.android.internal.R.string.relationTypeAssi
stant;
6267                       case TYPE_BROTHER: return com.android.internal.R.string.relationTypeBrothe
r;
6268                       case TYPE_CHILD: return com.android.internal.R.string.relationTypeChild;
6269                       case TYPE_DOMESTIC_PARTNER:
6270                           return com.android.internal.R.string.relationTypeDomesticPartner;
6271                       case TYPE_FATHER: return com.android.internal.R.string.relationTypeFather;
6272                       case TYPE_FRIEND: return com.android.internal.R.string.relationTypeFriend;
6273                       case TYPE_MANAGER: return com.android.internal.R.string.relationTypeManage
r;
6274                       case TYPE_MOTHER: return com.android.internal.R.string.relationTypeMother;
6275                       case TYPE_PARENT: return com.android.internal.R.string.relationTypeParent;
6276                       case TYPE_PARTNER: return com.android.internal.R.string.relationTypePartne
r;
6277                       case TYPE_REFERRED_BY:
6278                           return com.android.internal.R.string.relationTypeReferredBy;
6279                       case TYPE_RELATIVE: return com.android.internal.R.string.relationTypeRelat
ive;
6280                       case TYPE_SISTER: return com.android.internal.R.string.relationTypeSister;
6281                       case TYPE_SPOUSE: return com.android.internal.R.string.relationTypeSpouse;
6282                       default: return com.android.internal.R.string.orgTypeCustom;
6283                   }
```

```java
        /**
         * Return a {@link CharSequence} that best describes the given type,
         * possibly substituting the given {@link #LABEL} value
         * for {@link #TYPE_CUSTOM}.
         */
        public static final CharSequence getTypeLabel(Resources res, int type,
                CharSequence label) {
            if (type == TYPE_CUSTOM && !TextUtils.isEmpty(label)) {
                return label;
            } else {
                final int labelRes = getTypeLabelResource(type);
                return res.getText(labelRes);
            }
        }
    }


    /**
     * <p>
     * A data kind representing an event.
     * </p>
     * <p>
     * You can use all columns defined for {@link ContactsContract.Data} as
     * well as the following aliases.
     * </p>
     * <h2>Column aliases</h2>
     * <table class="jd-sumtable">
     * <tr>
     * <th>Type</th>
     * <th>Alias</th><th colspan='2'>Data column</th>
     * </tr>
     * <tr>
     * <td>String</td>
     * <td>{@link #START_DATE}</td>
     * <td>{@link #DATA1}</td>
     * <td></td>
     * </tr>
     * <tr>
     * <td>int</td>
     * <td>{@link #TYPE}</td>
     * <td>{@link #DATA2}</td>
     * <td>Allowed values are:
     * <p>
     * <ul>
     * <li>{@link #TYPE_CUSTOM}. Put the actual type in {@link #LABEL}.</li>
     * <li>{@link #TYPE_ANNIVERSARY}</li>
     * <li>{@link #TYPE_OTHER}</li>
     * <li>{@link #TYPE_BIRTHDAY}</li>
     * </ul>
     * </p>
     * </td>
     * </tr>
     * <tr>
     * <td>String</td>
     * <td>{@link #LABEL}</td>
     * <td>{@link #DATA3}</td>
     * <td></td>
     * </tr>
     * </table>
     */
    public static final class Event implements DataColumnsWithJoins, CommonColumns {
        /**
         * This utility class cannot be instantiated
         */
        private Event() {}

        /** MIME type used when storing this in data table. */
        public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/contact_event";

        public static final int TYPE_ANNIVERSARY = 1;
        public static final int TYPE_OTHER = 2;
        public static final int TYPE_BIRTHDAY = 3;

        /**
         * The event start date as the user entered it.
         * <P>Type: TEXT</P>
         */
        public static final String START_DATE = DATA;

        /**
         * Return the string resource that best describes the given
```

```
6366            */
6367
6368           public static int getTypeResource(Integer type) {
6369               if (type == null) {
6370                   return com.android.internal.R.string.eventTypeOther;
6371               }
6372               switch (type) {
6373                   case TYPE_ANNIVERSARY:
6374                       return com.android.internal.R.string.eventTypeAnniversary;
6375                   case TYPE_BIRTHDAY: return com.android.internal.R.string.eventTypeBirthday
6375  ;
6376                   case TYPE_OTHER: return com.android.internal.R.string.eventTypeOther;
6377                   default: return com.android.internal.R.string.eventTypeCustom;
6378               }
6379           }
6380       }
6381
6382       /**
6383        * <p>
6384        * A data kind representing a photo for the contact.
6385        * </p>
6386        * <p>
6387        * Some sync adapters will choose to download photos in a separate
6388        * pass. A common pattern is to use columns {@link ContactsContract.Data#SYNC1}
6389        * through {@link ContactsContract.Data#SYNC4} to store temporary
6390        * data, e.g. the image URL or ID, state of download, server-side version
6391        * of the image.  It is allowed for the {@link #PHOTO} to be null.
6392        * </p>
6393        * <p>
6394        * You can use all columns defined for {@link ContactsContract.Data} as
6395        * well as the following aliases.
6396        * </p>
6397        * <h2>Column aliases</h2>
6398        * <table class="jd-sumtable">
6399        * <tr>
6400        * <th>Type</th>
6401        * <th>Alias</th><th colspan='2'>Data column</th>
6402        * </tr>
6403        * <tr>
6404        * <td>NUMBER</td>
6405        * <td>{@link #PHOTO_FILE_ID}</td>
6406        * <td>{@link #DATA14}</td>
6407        * <td>ID of the hi-res photo file.</td>
6408        * </tr>
6409        * <tr>
6410        * <td>BLOB</td>
6411        * <td>{@link #PHOTO}</td>
6412        * <td>{@link #DATA15}</td>
6413        * <td>By convention, binary data is stored in DATA15.  The thumbnail of the
6414        * photo is stored in this column.</td>
6415        * </tr>
6416        * </table>
6417        */
6418       public static final class Photo implements DataColumnsWithJoins {
6419           /**
6420            * This utility class cannot be instantiated
6421            */
6422           private Photo() {}
6423
6424           /** MIME type used when storing this in data table. */
6425           public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/photo";
6426
6427           /**
6428            * Photo file ID for the display photo of the raw contact.
6429            * See {@link ContactsContract.DisplayPhoto}.
6430            * <p>
6431            * Type: NUMBER
6432            */
6433           public static final String PHOTO_FILE_ID = DATA14;
6434
6435           /**
6436            * Thumbnail photo of the raw contact. This is the raw bytes of an image
6437            * that could be inflated using {@link android.graphics.BitmapFactory}.
6438            * <p>
6439            * Type: BLOB
6440            */
6441           public static final String PHOTO = DATA15;
6442       }
6443
6444       /**
6445        * <p>
6446        * Notes about the contact.
```

```
6447        * <p>
6448        * You can use all columns defined for {@link ContactsContract.Data} as
6449        * well as the following aliases.
6450        * </p>
6451        * <h2>Column aliases</h2>
6452        * <table class="jd-sumtable">
6453        * <tr>
6454        * <th>Type</th>
6455        * <th>Alias</th><th colspan='2'>Data column</th>
6456        * </tr>
6457        * <tr>
6458        * <td>String</td>
6459        * <td>{@link #NOTE}</td>
6460        * <td>{@link #DATA1}</td>
6461        * <td></td>
6462        * </tr>
6463        * </table>
6464        */
6465       public static final class Note implements DataColumnsWithJoins {
6466           /**
6467            * This utility class cannot be instantiated
6468            */
6469           private Note() {}
6470
6471           /** MIME type used when storing this in data table. */
6472           public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/note";
6473
6474           /**
6475            * The note text.
6476            * <P>Type: TEXT</P>
6477            */
6478           public static final String NOTE = DATA1;
6479       }
6480
6481       /**
6482        * <p>
6483        * Group Membership.
6484        * </p>
6485        * <p>
6486        * You can use all columns defined for {@link ContactsContract.Data} as
6487        * well as the following aliases.
6488        * </p>
6489        * <h2>Column aliases</h2>
6490        * <table class="jd-sumtable">
6491        * <tr>
6492        * <th>Type</th>
6493        * <th>Alias</th><th colspan='2'>Data column</th>
6494        * </tr>
6495        * <tr>
6496        * <td>long</td>
6497        * <td>{@link #GROUP_ROW_ID}</td>
6498        * <td>{@link #DATA1}</td>
6499        * <td></td>
6500        * </tr>
6501        * <tr>
6502        * <td>String</td>
6503        * <td>{@link #GROUP_SOURCE_ID}</td>
6504        * <td>none</td>
6505        * <td>
6506        * <p>
6507        * The sourceid of the group that this group membership refers to.
6508        * Exactly one of this or {@link #GROUP_ROW_ID} must be set when
6509        * inserting a row.
6510        * </p>
6511        * <p>
6512        * If this field is specified, the provider will first try to
6513        * look up a group with this {@link Groups Groups.SOURCE_ID}.  If such a group
6514        * is found, it will use the corresponding row id.  If the group is not
6515        * found, it will create one.
6516        * </td>
6517        * </tr>
6518        * </table>
6519        */
6520       public static final class GroupMembership implements DataColumnsWithJoins {
6521           /**
6522            * This utility class cannot be instantiated
6523            */
6524           private GroupMembership() {}
6525
6526           /** MIME type used when storing this in data table. */
6527           public static final String CONTENT_ITEM_TYPE =
6528
```

Case 5:12-cv-00630-LHK   Document 117   Filed 04/23/12   Page 83 of 105

```
6529
6530                /**
6531                 * The row id of the group that this group membership refers to. Exactly one of
6532                 * this or {@link #GROUP_SOURCE_ID} must be set when inserting a row.
6533                 * <P>Type: INTEGER</P>
6534                 */
6535                public static final String GROUP_ROW_ID = DATA1;
6536
6537                /**
6538                 * The sourceid of the group that this group membership refers to.  Exactly one of
6539                 * this or {@link #GROUP_ROW_ID} must be set when inserting a row.
6540                 * <P>Type: TEXT</P>
6541                 */
6542                public static final String GROUP_SOURCE_ID = "group_sourceid";
6543            }
6544
6545            /**
6546             * <p>
6547             * A data kind representing a website related to the contact.
6548             * </p>
6549             * <p>
6550             * You can use all columns defined for {@link ContactsContract.Data} as
6551             * well as the following aliases.
6552             * </p>
6553             * <h2>Column aliases</h2>
6554             * <table class="jd-sumtable">
6555             * <tr>
6556             * <th>Type</th>
6557             * <th>Alias</th><th colspan='2'>Data column</th>
6558             * </tr>
6559             * <tr>
6560             * <td>String</td>
6561             * <td>{@link #URL}</td>
6562             * <td>{@link #DATA1}</td>
6563            * <td></td>
6564             * </tr>
6565             * <tr>
6566             * <td>int</td>
6567             * <td>{@link #TYPE}</td>
6568             * <td>{@link #DATA2}</td>
6569             * <td>Allowed values are:
6570             * <p>
6571             * <ul>
6572             * <li>{@link #TYPE_CUSTOM}. Put the actual type in {@link #LABEL}.</li>
6573             * <li>{@link #TYPE_HOMEPAGE}</li>
6574             * <li>{@link #TYPE_BLOG}</li>
6575             * <li>{@link #TYPE_PROFILE}</li>
6576             * <li>{@link #TYPE_HOME}</li>
6577             * <li>{@link #TYPE_WORK}</li>
6578             * <li>{@link #TYPE_FTP}</li>
6579             * <li>{@link #TYPE_OTHER}</li>
6580             * </ul>
6581             * </p>
6582             * </td>
6583             * </tr>
6584             * <tr>
6585             * <td>String</td>
6586             * <td>{@link #LABEL}</td>
6587             * <td>{@link #DATA3}</td>
6588             * <td></td>
6589             * </tr>
6590             * </table>
6591             */
6592            public static final class Website implements DataColumnsWithJoins, CommonColumns {
6593                /**
6594                 * This utility class cannot be instantiated
6595                 */
6596                private Website() {}
6597
6598                /** MIME type used when storing this in data table. */
6599                public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/website";
6600
6601                public static final int TYPE_HOMEPAGE = 1;
6602                public static final int TYPE_BLOG = 2;
6603                public static final int TYPE_PROFILE = 3;
6604                public static final int TYPE_HOME = 4;
6605                public static final int TYPE_WORK = 5;
6606                public static final int TYPE_FTP = 6;
6607                public static final int TYPE_OTHER = 7;
6608
6609                /**
6610
```

Case 5:12-cv-00630-LHK  Document 117-7   Filed 04/23/12   Page 84 of 105

```
6611              * <P>Type: TEXT</P>
6612              */
6613
6614             public static final String URL = DATA;
6615         }
6616
6617         /**
6618          * <p>
6619          * A data kind representing a SIP address for the contact.
6620          * </p>
6621          * <p>
6622          * You can use all columns defined for {@link ContactsContract.Data} as
6623          * well as the following aliases.
6624          * </p>
6625          * <h2>Column aliases</h2>
6626          * <table class="jd-sumtable">
6627          * <tr>
6628          * <th>Type</th>
6629          * <th>Alias</th><th colspan='2'>Data column</th>
6630          * </tr>
6631          * <tr>
6632          * <td>String</td>
6633          * <td>{@link #SIP_ADDRESS}</td>
6634          * <td>{@link #DATA1}</td>
6635          * <td></td>
6636          * </tr>
6637          * <tr>
6638          * <td>int</td>
6639          * <td>{@link #TYPE}</td>
6640          * <td>{@link #DATA2}</td>
6641          * <td>Allowed values are:
6642          * <p>
6643          * <ul>
6644          * <li>{@link #TYPE_CUSTOM}. Put the actual type in {@link #LABEL}.</li>
6645          * <li>{@link #TYPE_HOME}</li>
6646          * <li>{@link #TYPE_WORK}</li>
6647          * <li>{@link #TYPE_OTHER}</li>
6648          * </ul>
6649          * </p>
6650          * </td>
6651          * </tr>
6652          * <tr>
6653          * <td>String</td>
6654          * <td>{@link #LABEL}</td>
6655          * <td>{@link #DATA3}</td>
6656          * <td></td>
6657          * </tr>
6658          * </table>
6659          */
6660         public static final class SipAddress implements DataColumnsWithJoins, CommonColumns {
6661             /**
6662              * This utility class cannot be instantiated
6663              */
6664             private SipAddress() {}
6665
6666             /** MIME type used when storing this in data table. */
6667             public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/sip_address";
6668
6669             public static final int TYPE_HOME = 1;
6670             public static final int TYPE_WORK = 2;
6671             public static final int TYPE_OTHER = 3;
6672
6673             /**
6674              * The SIP address.
6675              * <P>Type: TEXT</P>
6676              */
6677             public static final String SIP_ADDRESS = DATA1;
6678             // ...and TYPE and LABEL come from the CommonColumns interface.
6679
6680             /**
6681              * Return the string resource that best describes the given
6682              * {@link #TYPE}. Will always return a valid resource.
6683              */
6684             public static final int getTypeLabelResource(int type) {
6685                 switch (type) {
6686                     case TYPE_HOME: return com.android.internal.R.string.sipAddressTypeHome;
6687                     case TYPE_WORK: return com.android.internal.R.string.sipAddressTypeWork;
6688                     case TYPE_OTHER: return com.android.internal.R.string.sipAddressTypeOther;
6689                     default: return com.android.internal.R.string.sipAddressTypeCustom;
6690                 }
6691             }
6692
```

```
6693               * Return a {@link CharSequence} that best describes the given type,
6694               * possibly substituting the given {@link #LABEL} value
6695               * for {@link #TYPE_CUSTOM}.
6696               */
6697              public static final CharSequence getTypeLabel(Resources res, int type,
6698                      CharSequence label) {
6699                  if (type == TYPE_CUSTOM && !TextUtils.isEmpty(label)) {
6700                      return label;
6701                  } else {
6702                      final int labelRes = getTypeLabelResource(type);
6703                      return res.getText(labelRes);
6704                  }
6705              }
6706          }
6707
6708
6709          /**
6710           * A data kind representing an Identity related to the contact.
6711           * <p>
6712           * This can be used as a signal by the aggregator to combine raw contacts into
6713           * contacts, e.g. if two contacts have Identity rows with
6714           * the same NAMESPACE and IDENTITY values the aggregator can know that they refer
6715           * to the same person.
6716           * </p>
6717           */
6718          public static final class Identity implements DataColumnsWithJoins {
6719              /**
6720               * This utility class cannot be instantiated
6721               */
6722              private Identity() {}
6723
6724              /** MIME type used when storing this in data table. */
6725              public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/identity";
6726
6727              /**
6728               * The identity string.
6729               * <P>Type: TEXT</P>
6730               */
6731              public static final String IDENTITY = DataColumns.DATA1;
6732
6733              /**
6734               * The namespace of the identity string, e.g. "com.google"
6735               * <P>Type: TEXT</P>
6736               */
6737              public static final String NAMESPACE = DataColumns.DATA2;
6738          }
6739      }
6740
6741      /**
6742       * @see Groups
6743       */
6744      protected interface GroupsColumns {
6745          /**
6746           * The data set within the account that this group belongs to.  This allows
6747           * multiple sync adapters for the same account type to distinguish between
6748           * each others' group data.
6749           *
6750           * This is empty by default, and is completely optional.  It only needs to
6751           * be populated if multiple sync adapters are entering distinct group data
6752           * for the same account type and account name.
6753           * <P>Type: TEXT</P>
6754           */
6755          public static final String DATA_SET = "data_set";
6756
6757          /**
6758           * A concatenation of the account type and data set (delimited by a forward
6759           * slash) - if the data set is empty, this will be the same as the account
6760           * type.  For applications that need to be aware of the data set, this can
6761           * be used instead of account type to distinguish sets of data.  This is
6762           * never intended to be used for specifying accounts.
6763           * @hide
6764           */
6765          public static final String ACCOUNT_TYPE_AND_DATA_SET = "account_type_and_data_set";
6766
6767          /**
6768           * The display title of this group.
6769           * <p>
6770           * Type: TEXT
6771           */
6772          public static final String TITLE = "title";
6773
6774          /**
```

```
6775              * this group. This value is only designed for use when building user
6776              * interfaces, and should not be used to infer the owner.
6777              *
6778              * @hide
6779              */
6780             public static final String RES_PACKAGE = "res_package";
6781
6782             /**
6783              * The display title of this group to load as a resource from
6784              * {@link #RES_PACKAGE}, which may be localized.
6785              * <P>Type: TEXT</P>
6786              *
6787              * @hide
6788              */
6789             public static final String TITLE_RES = "title_res";
6790
6791             /**
6792              * Notes about the group.
6793              * <p>
6794              * Type: TEXT
6795              */
6796             public static final String NOTES = "notes";
6797
6798             /**
6799              * The ID of this group if it is a System Group, i.e. a group that has a special meaning
6800              * to the sync adapter, null otherwise.
6801              * <P>Type: TEXT</P>
6802              */
6803             public static final String SYSTEM_ID = "system_id";
6804
6805             /**
6806              * The total number of {@link Contacts} that have
6807              * {@link CommonDataKinds.GroupMembership} in this group. Read-only value that is only
6808              * present when querying {@link Groups#CONTENT_SUMMARY_URI}.
6809              * <p>
6810              * Type: INTEGER
6811              */
6812             public static final String SUMMARY_COUNT = "summ_count";
6813
6814             /**
6815              * A boolean query parameter that can be used with {@link Groups#CONTENT_SUMMARY_URI}.
6816              * It will additionally return {@link #SUMMARY_GROUP_COUNT_PER_ACCOUNT}.
6817              *
6818              * @hide
6819              */
6820             public static final String PARAM_RETURN_GROUP_COUNT_PER_ACCOUNT =
6821                     "return_group_count_per_account";
6822
6823             /**
6824              * The total number of groups of the account that a group belongs to.
6825              * This column is available only when the parameter
6826              * {@link #PARAM_RETURN_GROUP_COUNT_PER_ACCOUNT} is specified in
6827              * {@link Groups#CONTENT_SUMMARY_URI}.
6828              *
6829              * For example, when the account "A" has two groups "group1" and "group2", and the account
6830              * "B" has a group "group3", the rows for "group1" and "group2" return "2" and the row for
6831              * "group3" returns "1" for this column.
6832              *
6833              * Note: This counts only non-favorites, non-auto-add, and not deleted groups.
6834              *
6835              * Type: INTEGER
6836              * @hide
6837              */
6838             public static final String SUMMARY_GROUP_COUNT_PER_ACCOUNT = "group_count_per_account";
6839
6840             /**
6841              * The total number of {@link Contacts} that have both
6842              * {@link CommonDataKinds.GroupMembership} in this group, and also have phone numbers.
6843              * Read-only value that is only present when querying
6844              * {@link Groups#CONTENT_SUMMARY_URI}.
6845              * <p>
6846              * Type: INTEGER
6847              */
6848             public static final String SUMMARY_WITH_PHONES = "summ_phones";
6849
6850             /**
6851              * Flag indicating if the contacts belonging to this group should be
6852              * visible in any user interface.
6853
```

```
         * Type: INTEGER (boolean)
         */
        public static final String GROUP_VISIBLE = "group_visible";


        /**
         * The "deleted" flag: "0" by default, "1" if the row has been marked
         * for deletion. When {@link android.content.ContentResolver#delete} is
         * called on a group, it is marked for deletion. The sync adaptor
         * deletes the group on the server and then calls ContactResolver.delete
         * once more, this time setting the the
         * {@link ContactsContract#CALLER_IS_SYNCADAPTER} query parameter to
         * finalize the data removal.
         * <P>Type: INTEGER</P>
         */
        public static final String DELETED = "deleted";


        /**
         * Whether this group should be synced if the SYNC_EVERYTHING settings
         * is false for this group's account.
         * <p>
         * Type: INTEGER (boolean)
         */
        public static final String SHOULD_SYNC = "should_sync";


        /**
         * Any newly created contacts will automatically be added to groups that have this
         * flag set to true.
         * <p>
         * Type: INTEGER (boolean)
         */
        public static final String AUTO_ADD = "auto_add";


        /**
         * When a contacts is marked as a favorites it will be automatically added
         * to the groups that have this flag set, and when it is removed from favorites
         * it will be removed from these groups.
         * <p>
         * Type: INTEGER (boolean)
         */
        public static final String FAVORITES = "favorites";


        /**
         * The "read-only" flag: "0" by default, "1" if the row cannot be modified or
         * deleted except by a sync adapter.  See {@link ContactsContract#CALLER_IS_SYNCADAPTE
R}.
         * <P>Type: INTEGER</P>
         */
        public static final String GROUP_IS_READ_ONLY = "group_is_read_only";
    }


    /**
     * Constants for the groups table. Only per-account groups are supported.
     * <h2>Columns</h2>
     * <table class="jd-sumtable">
     * <tr>
     * <th colspan='4'>Groups</th>
     * </tr>
     * <tr>
     * <td>long</td>
     * <td>{@link #_ID}</td>
     * <td>read-only</td>
     * <td>Row ID. Sync adapter should try to preserve row IDs during updates.
     * In other words, it would be a really bad idea to delete and reinsert a
     * group. A sync adapter should always do an update instead.</td>
     * </tr>
     # <tr>
     * <td>String</td>
     * <td>{@link #DATA_SET}</td>
     * <td>read/write-once</td>
     * <td>
     * <p>
     * The data set within the account that this group belongs to.  This allows
     * multiple sync adapters for the same account type to distinguish between
     * each others' group data.  The combination of {@link #ACCOUNT_TYPE},
     * {@link #ACCOUNT_NAME}, and {@link #DATA_SET} identifies a set of data
     * that is associated with a single sync adapter.
     * </p>
     * <p>
     * This is empty by default, and is completely optional.  It only needs to
     * be populated if multiple sync adapters are entering distinct data for
     * the same account type and account name.
```

Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 88 of 105

```
6935         * <p>
6936         * It should be set at the time the group is inserted and never changed
6937         * afterwards.
6938         * </p>
6939         * </td>
6940         * </tr>
6941         * <tr>
6942         * <td>String</td>
6943         * <td>{@link #TITLE}</td>
6944         * <td>read/write</td>
6945         * <td>The display title of this group.</td>
6946         * </tr>
6947         * <tr>
6948         * <td>String</td>
6949         * <td>{@link #NOTES}</td>
6950         * <td>read/write</td>
6951         * <td>Notes about the group.</td>
6952         * </tr>
6953         * <tr>
6954         * <td>String</td>
6955         * <td>{@link #SYSTEM_ID}</td>
6956         * <td>read/write</td>
6957         * <td>The ID of this group if it is a System Group, i.e. a group that has a
6958         * special meaning to the sync adapter, null otherwise.</td>
6959         * </tr>
6960         * <tr>
6961         * <td>int</td>
6962         * <td>{@link #SUMMARY_COUNT}</td>
6963         * <td>read-only</td>
6964         * <td>The total number of {@link Contacts} that have
6965         * {@link CommonDataKinds.GroupMembership} in this group. Read-only value
6966         * that is only present when querying {@link Groups#CONTENT_SUMMARY_URI}.</td>
6967         * </tr>
6968         * <tr>
6969         * <td>int</td>
6970         * <td>{@link #SUMMARY_WITH_PHONES}</td>
6971         * <td>read-only</td>
6972         * <td>The total number of {@link Contacts} that have both
6973         * {@link CommonDataKinds.GroupMembership} in this group, and also have
6974         * phone numbers. Read-only value that is only present when querying
6975         * {@link Groups#CONTENT_SUMMARY_URI}.</td>
6976         * </tr>
6977         * <tr>
6978         * <td>int</td>
6979         * <td>{@link #GROUP_VISIBLE}</td>
6980         * <td>read-only</td>
6981         * <td>Flag indicating if the contacts belonging to this group should be
6982         * visible in any user interface. Allowed values: 0 and 1.</td>
6983         * </tr>
6984         * <tr>
6985         * <td>int</td>
6986         * <td>{@link #DELETED}</td>
6987         * <td>read/write</td>
6988         * <td>The "deleted" flag: "0" by default, "1" if the row has been marked
6989         * for deletion. When {@link android.content.ContentResolver#delete} is
6990         * called on a group, it is marked for deletion. The sync adaptor deletes
6991         * the group on the server and then calls ContactResolver.delete once more,
6992         * this time setting the the {@link ContactsContract#CALLER_IS_SYNCADAPTER}
6993         * query parameter to finalize the data removal.</td>
6994         * </tr>
6995         * <tr>
6996         * <td>int</td>
6997         * <td>{@link #SHOULD_SYNC}</td>
6998         * <td>read/write</td>
6999         * <td>Whether this group should be synced if the SYNC_EVERYTHING settings
7000         * is false for this group's account.</td>
7001         * </tr>
7002         * </table>
7003         */
7004        public static final class Groups implements BaseColumns, GroupsColumns, SyncColumns {
7005            /**
7006             * This utility class cannot be instantiated
7007             */
7008            private Groups() {
7009            }
7010
7011
7012            /**
7013             * The content:// style URI for this table
7014             */
7015            public static final Uri CONTENT_URI = Uri.withAppendedPath(AUTHORITY_URI, "groups");
7016
```

Case 5:12-cv-00630-LHK Document 117-7 Filed 04/23/12 Page 89 of 105

```
7017         * The content:// style URI for this table joined with details data from
7018         * {@link ContactsContract.Data}.
7019         */
7020        public static final Uri CONTENT_SUMMARY_URI = Uri.withAppendedPath(AUTHORITY_URI,
7021            "groups_summary");
7022
7023
7024        /**
7025         * The MIME type of a directory of groups.
7026         */
7027        public static final String CONTENT_TYPE = "vnd.android.cursor.dir/group";
7028
7029        /**
7030         * The MIME type of a single group.
7031         */
7032        public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/group";
7033
7034        public static EntityIterator newEntityIterator(Cursor cursor) {
7035            return new EntityIteratorImpl(cursor);
7036        }
7037
7038        private static class EntityIteratorImpl extends CursorEntityIterator {
7039            public EntityIteratorImpl(Cursor cursor) {
7040                super(cursor);
7041            }
7042
7043            @Override
7044            public Entity getEntityAndIncrementCursor(Cursor cursor) throws RemoteException {
7045                // we expect the cursor is already at the row we need to read from
7046                final ContentValues values = new ContentValues();
7047                DatabaseUtils.cursorLongToContentValuesIfPresent(cursor, values, _ID);
7048                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, values, ACCOUNT_NAM
E);
7049                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, values, ACCOUNT_TYP
E);
7050                DatabaseUtils.cursorLongToContentValuesIfPresent(cursor, values, DIRTY);
7051                DatabaseUtils.cursorLongToContentValuesIfPresent(cursor, values, VERSION);
7052                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, values, SOURCE_ID);
7053                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, values, RES_PACKAGE
);
7054                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, values, TITLE);
7055                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, values, TITLE_RES);
7056                DatabaseUtils.cursorLongToContentValuesIfPresent(cursor, values, GROUP_VISIBLE
);
7057                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, values, SYNC1);
7058                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, values, SYNC2);
7059                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, values, SYNC3);
7060                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, values, SYNC4);
7061                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, values, SYSTEM_ID);
7062                DatabaseUtils.cursorLongToContentValuesIfPresent(cursor, values, DELETED);
7063                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, values, NOTES);
7064                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, values, SHOULD_SYNC
);
7065                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, values, FAVORITES);
7066                DatabaseUtils.cursorStringToContentValuesIfPresent(cursor, values, AUTO_ADD);
7067                cursor.moveToNext();
7068                return new Entity(values);
7069            }
7070        }
7071    }
7072
7073    /**
7074     * <p>
7075     * Constants for the contact aggregation exceptions table, which contains
7076     * aggregation rules overriding those used by automatic aggregation. This
7077     * type only supports query and update. Neither insert nor delete are
7078     * supported.
7079     * </p>
7080     * <h2>Columns</h2>
7081     * <table class="jd-sumtable">
7082     * <tr>
7083     * <th colspan='4'>AggregationExceptions</th>
7084     * </tr>
7085     * <tr>
7086     * <td>int</td>
7087     * <td>{@link #TYPE}</td>
7088     * <td>read/write</td>
7089     * <td>The type of exception: {@link #TYPE_KEEP_TOGETHER},
7090     * {@link #TYPE_KEEP_SEPARATE} or {@link #TYPE_AUTOMATIC}.</td>
7091     * </tr>
7092     * <tr>
7093     * <td>long</td>
```

Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 90 of 105

```
7094      * <td>read/write</td>
7095      * <td>read/write</td>
7096      * <td>A reference to the {@link RawContacts#_ID} of the raw contact that
7097      * the rule applies to.</td>
7098      * </tr>
7099      * <tr>
7100      * <td>long</td>
7101      * <td>{@link #RAW_CONTACT_ID2}</td>
7102      * <td>read/write</td>
7103      * <td>A reference to the other {@link RawContacts#_ID} of the raw contact
7104      * that the rule applies to.</td>
7105      * </tr>
7106      * </table>
7107      */
7108     public static final class AggregationExceptions implements BaseColumns {
7109         /**
7110          * This utility class cannot be instantiated
7111          */
7112         private AggregationExceptions() {}
7113
7114         /**
7115          * The content:// style URI for this table
7116          */
7117         public static final Uri CONTENT_URI =
7118                 Uri.withAppendedPath(AUTHORITY_URI, "aggregation_exceptions");
7119
7120         /**
7121          * The MIME type of {@link #CONTENT_URI} providing a directory of data.
7122          */
7123         public static final String CONTENT_TYPE = "vnd.android.cursor.dir/aggregation_exception";
7124
7125         /**
7126          * The MIME type of a {@link #CONTENT_URI} subdirectory of an aggregation exception
7127          */
7128         public static final String CONTENT_ITEM_TYPE =
7129                 "vnd.android.cursor.item/aggregation_exception";
7130
7131         /**
7132          * The type of exception: {@link #TYPE_KEEP_TOGETHER}, {@link #TYPE_KEEP_SEPARATE} or
7133          * {@link #TYPE_AUTOMATIC}.
7134          *
7135          * <P>Type: INTEGER</P>
7136          */
7137         public static final String TYPE = "type";
7138
7139         /**
7140          * Allows the provider to automatically decide whether the specified raw contacts shou
ld
7141          * be included in the same aggregate contact or not.
7142          */
7143         public static final int TYPE_AUTOMATIC = 0;
7144
7145         /**
7146          * Makes sure that the specified raw contacts are included in the same
7147          * aggregate contact.
7148          */
7149         public static final int TYPE_KEEP_TOGETHER = 1;
7150
7151         /**
7152          * Makes sure that the specified raw contacts are NOT included in the same
7153          * aggregate contact.
7154          */
7155         public static final int TYPE_KEEP_SEPARATE = 2;
7156
7157         /**
7158          * A reference to the {@link RawContacts#_ID} of the raw contact that the rule applies
to.
7159          */
7160         public static final String RAW_CONTACT_ID1 = "raw_contact_id1";
7161
7162         /**
7163          * A reference to the other {@link RawContacts#_ID} of the raw contact that the rule
7164          * applies to.
7165          */
7166         public static final String RAW_CONTACT_ID2 = "raw_contact_id2";
7167     }
7168
7169     /**
7170      * @see Settings
7171      */
7172     protected interface SettingsColumns {
7173         /**
```

```java
7174             * <P>Type: TEXT</P>
7175             */
7176            public static final String ACCOUNT_NAME = "account_name";
7177
7178
7179            /**
7180             * The type of account to which this row belongs, which when paired with
7181             * {@link #ACCOUNT_NAME} identifies a specific account.
7182             * <P>Type: TEXT</P>
7183             */
7184            public static final String ACCOUNT_TYPE = "account_type";
7185
7186            /**
7187             * The data set within the account that this row belongs to.  This allows
7188             * multiple sync adapters for the same account type to distinguish between
7189             * each others' data.
7190             *
7191             * This is empty by default, and is completely optional.  It only needs to
7192             * be populated if multiple sync adapters are entering distinct data for
7193             * the same account type and account name.
7194             * <P>Type: TEXT</P>
7195             */
7196            public static final String DATA_SET = "data_set";
7197
7198            /**
7199             * Depending on the mode defined by the sync-adapter, this flag controls
7200             * the top-level sync behavior for this data source.
7201             * <p>
7202             * Type: INTEGER (boolean)
7203             */
7204            public static final String SHOULD_SYNC = "should_sync";
7205
7206            /**
7207             * Flag indicating if contacts without any {@link CommonDataKinds.GroupMembership}
7208             * entries should be visible in any user interface.
7209             * <p>
7210             * Type: INTEGER (boolean)
7211             */
7212            public static final String UNGROUPED_VISIBLE = "ungrouped_visible";
7213
7214            /**
7215             * Read-only flag indicating if this {@link #SHOULD_SYNC} or any
7216             * {@link Groups#SHOULD_SYNC} under this account have been marked as
7217             * unsynced.
7218             */
7219            public static final String ANY_UNSYNCED = "any_unsynced";
7220
7221            /**
7222             * Read-only count of {@link Contacts} from a specific source that have
7223             * no {@link CommonDataKinds.GroupMembership} entries.
7224             * <p>
7225             * Type: INTEGER
7226             */
7227            public static final String UNGROUPED_COUNT = "summ_count";
7228
7229            /**
7230             * Read-only count of {@link Contacts} from a specific source that have
7231             * no {@link CommonDataKinds.GroupMembership} entries, and also have phone numbers.
7232             * <p>
7233             * Type: INTEGER
7234             */
7235            public static final String UNGROUPED_WITH_PHONES = "summ_phones";
7236        }
7237
7238        /**
7239         * <p>
7240         * Contacts-specific settings for various {@link Account}'s.
7241         * </p>
7242         * <h2>Columns</h2>
7243         * <table class="jd-sumtable">
7244         * <tr>
7245         * <th colspan='4'>Settings</th>
7246         * </tr>
7247         * <tr>
7248         * <td>String</td>
7249         * <td>{@link #ACCOUNT_NAME}</td>
7250         * <td>read/write-once</td>
7251         * <td>The name of the account instance to which this row belongs.</td>
7252         * </tr>
7253         * <tr>
7254         * <td>String</td>
7255         * <td>{@link #ACCOUNT_TYPE}</td>
```

Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 92 of 105

```
7256         * <tr>
7257         * <td>The type of account to which this row belongs, which when paired with
7258         * {@link #ACCOUNT_NAME} identifies a specific account.</td>
7259         * </tr>
7260         * <tr>
7261         * <td>int</td>
7262         * <td>{@link #SHOULD_SYNC}</td>
7263         * <td>read/write</td>
7264         * <td>Depending on the mode defined by the sync-adapter, this flag controls
7265         * the top-level sync behavior for this data source.</td>
7266         * </tr>
7267         * <tr>
7268         * <td>int</td>
7269         * <td>{@link #UNGROUPED_VISIBLE}</td>
7270         * <td>read/write</td>
7271         * <td>Flag indicating if contacts without any
7272         * {@link CommonDataKinds.GroupMembership} entries should be visible in any
7273         * user interface.</td>
7274         * </tr>
7275         * <tr>
7276         * <td>int</td>
7277         * <td>{@link #ANY_UNSYNCED}</td>
7278         * <td>read-only</td>
7279         * <td>Read-only flag indicating if this {@link #SHOULD_SYNC} or any
7280         * {@link Groups#SHOULD_SYNC} under this account have been marked as
7281         * unsynced.</td>
7282         * </tr>
7283         * <tr>
7284         * <td>int</td>
7285         * <td>{@link #UNGROUPED_COUNT}</td>
7286         * <td>read-only</td>
7287         * <td>Read-only count of {@link Contacts} from a specific source that have
7288         * no {@link CommonDataKinds.GroupMembership} entries.</td>
7289         * </tr>
7290         * <tr>
7291         * <td>int</td>
7292         * <td>{@link #UNGROUPED_WITH_PHONES}</td>
7293         * <td>read-only</td>
7294         * <td>Read-only count of {@link Contacts} from a specific source that have
7295         * no {@link CommonDataKinds.GroupMembership} entries, and also have phone
7296         * numbers.</td>
7297         * </tr>
7298         * </table>
7299         */
7300        public static final class Settings implements SettingsColumns {
7301            /**
7302             * This utility class cannot be instantiated
7303             */
7304            private Settings() {
7305            }
7306
7307            /**
7308             * The content:// style URI for this table
7309             */
7310            public static final Uri CONTENT_URI =
7311                    Uri.withAppendedPath(AUTHORITY_URI, "settings");
7312
7313            /**
7314             * The MIME-type of {@link #CONTENT_URI} providing a directory of
7315             * settings.
7316             */
7317            public static final String CONTENT_TYPE = "vnd.android.cursor.dir/setting";
7318
7319            /**
7320             * The MIME-type of {@link #CONTENT_URI} providing a single setting.
7321             */
7322            public static final String CONTENT_ITEM_TYPE = "vnd.android.cursor.item/setting";
7323        }
7324
7325        /**
7326         * Private API for inquiring about the general status of the provider.
7327         *
7328         * @hide
7329         */
7330        public static final class ProviderStatus {
7331
7332            /**
7333             * Not instantiable.
7334             */
7335            private ProviderStatus() {
7336            }
7337
```

```
7338          * The content:// style URI for this table.  Requests to this URI can be
7339          * performed on the UI thread because they are always unblocking.
7340          *
7341          * @hide
7342          */
7343         public static final Uri CONTENT_URI =
7344                 Uri.withAppendedPath(AUTHORITY_URI, "provider_status");
7345
7346
7347         /**
7348          * The MIME-type of {@link #CONTENT_URI} providing a directory of
7349          * settings.
7350          *
7351          * @hide
7352          */
7353         public static final String CONTENT_TYPE = "vnd.android.cursor.dir/provider_status";
7354
7355         /**
7356          * An integer representing the current status of the provider.
7357          *
7358          * @hide
7359          */
7360         public static final String STATUS = "status";
7361
7362         /**
7363          * Default status of the provider.
7364          *
7365          * @hide
7366          */
7367         public static final int STATUS_NORMAL = 0;
7368
7369         /**
7370          * The status used when the provider is in the process of upgrading.  Contacts
7371          * are temporarily unaccessible.
7372          *
7373          * @hide
7374          */
7375         public static final int STATUS_UPGRADING = 1;
7376
7377         /**
7378          * The status used if the provider was in the process of upgrading but ran
7379          * out of storage. The DATA1 column will contain the estimated amount of
7380          * storage required (in bytes). Update status to STATUS_NORMAL to force
7381          * the provider to retry the upgrade.
7382          *
7383          * @hide
7384          */
7385         public static final int STATUS_UPGRADE_OUT_OF_MEMORY = 2;
7386
7387         /**
7388          * The status used during a locale change.
7389          *
7390          * @hide
7391          */
7392         public static final int STATUS_CHANGING_LOCALE = 3;
7393
7394         /**
7395          * The status that indicates that there are no accounts and no contacts
7396          * on the device.
7397          *
7398          * @hide
7399          */
7400         public static final int STATUS_NO_ACCOUNTS_NO_CONTACTS = 4;
7401
7402         /**
7403          * Additional data associated with the status.
7404          *
7405          * @hide
7406          */
7407         public static final String DATA1 = "data1";
7408     }
7409
7410     /**
7411      * <p>
7412      * API allowing applications to send usage information for each {@link Data} row to the
7413      * Contacts Provider.
7414      * </p>
7415      * <p>
7416      * With the feedback, Contacts Provider may return more contextually appropriate results f
7417 or   * Data listing, typically supplied with
7418      * {@link ContactsContract.Contacts#CONTENT_FILTER_URI},
```

```
7419        * {@link ContactsContract.CommonDataKinds.Phone#CONTENT_URI Case 5:12-cv-00630-LHK   Document 154-7   Filed 04/23/12   Page 94 of 105
7420        * {@link ContactsContract.CommonDataKinds.Phone#CONTENT_FILTER_URI}, and users can benefi
7421   t
            * from better ranked (sorted) lists in applications that show auto-complete list.
7422        * </p>
7423        * <p>
7424        * There is no guarantee for how this feedback is used, or even whether it is used at all.
7425        * The ranking algorithm will make best efforts to use the feedback data, but the exact
7426        * implementation, the storage data structures as well as the resulting sort order is devi
7427   ce
            * and version specific and can change over time.
7428        * </p>
7429        * <p>
7430        * When updating usage information, users of this API need to use
7431        * {@link ContentResolver#update(Uri, ContentValues, String, String[])} with a Uri constru
7432   cted
            * from {@link DataUsageFeedback#FEEDBACK_URI}. The Uri must contain one or more data id(s
7433   ) as
            * its last path. They also need to append a query parameter to the Uri, to specify the ty
7434   pe of
            * the communication, which enables the Contacts Provider to differentiate between kinds o
7435   f
            * interactions using the same contact data field (for example a phone number can be used
7436   to
            * make phone calls or send SMS).
7437        * </p>
7438        * <p>
7439        * Selection and selectionArgs are ignored and must be set to null. To get data ids,
7440        * you may need to call {@link ContentResolver#query(Uri, String[], String, String[], Stri
7441   ng)}
            * toward {@link Data#CONTENT_URI}.
7442        * </p>
7443        * <p>
7444        * {@link ContentResolver#update(Uri, ContentValues, String, String[])} returns a positive
7445        * integer when successful, and returns 0 if no contact with that id was found.
7446        * </p>
7447        * <p>
7448        * Example:
7449        * <pre>
7450        * Uri uri = DataUsageFeedback.FEEDBACK_URI.buildUpon()
7451        *          .appendPath(TextUtils.join(",", dataIds))
7452        *          .appendQueryParameter(DataUsageFeedback.USAGE_TYPE,
7453        *                  DataUsageFeedback.USAGE_TYPE_CALL)
7454        *          .build();
7455        * boolean successful = resolver.update(uri, new ContentValues(), null, null) > 0;
7456        * </pre>
7457        * </p>
7458        */
7459      public static final class DataUsageFeedback {
7460
7461          /**
7462           * The content:// style URI for sending usage feedback.
7463           * Must be used with {@link ContentResolver#update(Uri, ContentValues, String, String[
7464   ])}.
               */
7465          public static final Uri FEEDBACK_URI =
7466                  Uri.withAppendedPath(Data.CONTENT_URI, "usagefeedback");
7467
7468          /**
7469           * <p>
7470           * Name for query parameter specifying the type of data usage.
7471           * </p>
7472           */
7473          public static final String USAGE_TYPE = "type";
7474
7475          /**
7476           * <p>
7477           * Type of usage for voice interaction, which includes phone call, voice chat, and
7478           * video chat.
7479           * </p>
7480           */
7481          public static final String USAGE_TYPE_CALL = "call";
7482
7483          /**
7484           * <p>
7485           * Type of usage for text interaction involving longer messages, which includes email.
7486           * </p>
7487           */
7488          public static final String USAGE_TYPE_LONG_TEXT = "long_text";
7489
7490          /**
7491           * <p>
```

Case 5:12-cv-00630-LHK  Document 117-17  Filed 04/23/12  Page 95 of 105

```
7492                    * Case 5:12-cv-00630-LHK in Document 117-17 in this message, includes SMS,
7493                    * text chat with email addresses.
7494                    * </p>
7495                    */
7496                   public static final String USAGE_TYPE_SHORT_TEXT = "short_text";
7497               }
7498
7499               /**
7500                * Helper methods to display QuickContact dialogs that allow users to pivot on
7501                * a specific {@link Contacts} entry.
7502                */
7503               public static final class QuickContact {
7504                   /**
7505                    * Action used to trigger person pivot dialog.
7506                    * @hide
7507                    */
7508                   public static final String ACTION_QUICK_CONTACT =
7509                           "com.android.contacts.action.QUICK_CONTACT";
7510
7511                   /**
7512                    * Extra used to specify pivot dialog location in screen coordinates.
7513                    * @deprecated Use {@link Intent#setSourceBounds(Rect)} instead.
7514                    * @hide
7515                    */
7516                   @Deprecated
7517                   public static final String EXTRA_TARGET_RECT = "target_rect";
7518
7519                   /**
7520                    * Extra used to specify size of pivot dialog.
7521                    * @hide
7522                    */
7523                   public static final String EXTRA_MODE = "mode";
7524
7525                   /**
7526                    * Extra used to indicate a list of specific MIME-types to exclude and
7527                    * not display. Stored as a {@link String} array.
7528                    * @hide
7529                    */
7530                   public static final String EXTRA_EXCLUDE_MIMES = "exclude_mimes";
7531
7532                   /**
7533                    * Small QuickContact mode, usually presented with minimal actions.
7534                    */
7535                   public static final int MODE_SMALL = 1;
7536
7537                   /**
7538                    * Medium QuickContact mode, includes actions and light summary describing
7539                    * the {@link Contacts} entry being shown. This may include social
7540                    * status and presence details.
7541                    */
7542                   public static final int MODE_MEDIUM = 2;
7543
7544                   /**
7545                    * Large QuickContact mode, includes actions and larger, card-like summary
7546                    * of the {@link Contacts} entry being shown. This may include detailed
7547                    * information, such as a photo.
7548                    */
7549                   public static final int MODE_LARGE = 3;
7550
7551                   /**
7552                    * Trigger a dialog that lists the various methods of interacting with
7553                    * the requested {@link Contacts} entry. This may be based on available
7554                    * {@link ContactsContract.Data} rows under that contact, and may also
7555                    * include social status and presence details.
7556                    *
7557                    * @param context The parent {@link Context} that may be used as the
7558                    *            parent for this dialog.
7559                    * @param target Specific {@link View} from your layout that this dialog
7560                    *            should be centered around. In particular, if the dialog
7561                    *            has a "callout" arrow, it will be pointed and centered
7562                    *            around this {@link View}.
7563                    * @param lookupUri A {@link ContactsContract.Contacts#CONTENT_LOOKUP_URI} style
7564                    *            {@link Uri} that describes a specific contact to feature
7565                    *            in this dialog.
7566                    * @param mode Any of {@link #MODE_SMALL}, {@link #MODE_MEDIUM}, or
7567                    *            {@link #MODE_LARGE}, indicating the desired dialog size,
7568                    *            when supported.
7569                    * @param excludeMimes Optional list of {@link Data#MIMETYPE} MIME-types
7570                    *            to exclude when showing this dialog. For example, when
7571                    *            already viewing the contact details card, this can be used
7572                    *            to omit the details entry from the dialog.
7573                    */
```

Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 96 of 105

```
7574        public static void showQuickContact(Context context, View target, Uri lookupUri, int m
ode,
7575                String[] excludeMimes) {
7576            // Find location and bounds of target view, adjusting based on the
7577            // assumed local density.
7578            final float appScale = context.getResources().getCompatibilityInfo().applicationSc
ale;
7579            final int[] pos = new int[2];
7580            target.getLocationOnScreen(pos);
7581
7582            final Rect rect = new Rect();
7583            rect.left = (int) (pos[0] * appScale + 0.5f);
7584            rect.top = (int) (pos[1] * appScale + 0.5f);
7585            rect.right = (int) ((pos[0] + target.getWidth()) * appScale + 0.5f);
7586            rect.bottom = (int) ((pos[1] + target.getHeight()) * appScale + 0.5f);
7587
7588            // Trigger with obtained rectangle
7589            showQuickContact(context, rect, lookupUri, mode, excludeMimes);
7590        }
7591
7592        /**
7593         * Trigger a dialog that lists the various methods of interacting with
7594         * the requested {@link Contacts} entry. This may be based on available
7595         * {@link ContactsContract.Data} rows under that contact, and may also
7596         * include social status and presence details.
7597         *
7598         * @param context The parent {@link Context} that may be used as the
7599         *            parent for this dialog.
7600         * @param target Specific {@link Rect} that this dialog should be
7601         *            centered around, in screen coordinates. In particular, if
7602         *            the dialog has a "callout" arrow, it will be pointed and
7603         *            centered around this {@link Rect}. If you are running at a
7604         *            non-native density, you need to manually adjust using
7605         *            {@link DisplayMetrics#density} before calling.
7606         * @param lookupUri A
7607         *            {@link ContactsContract.Contacts#CONTENT_LOOKUP_URI} style
7608         *            {@link Uri} that describes a specific contact to feature
7609         *            in this dialog.
7610         * @param mode Any of {@link #MODE_SMALL}, {@link #MODE_MEDIUM}, or
7611         *            {@link #MODE_LARGE}, indicating the desired dialog size,
7612         *            when supported.
7613         * @param excludeMimes Optional list of {@link Data#MIMETYPE} MIME-types
7614         *            to exclude when showing this dialog. For example, when
7615         *            already viewing the contact details card, this can be used
7616         *            to omit the details entry from the dialog.
7617         */
7618        public static void showQuickContact(Context context, Rect target, Uri lookupUri, int m
ode,
7619                String[] excludeMimes) {
7620            // Launch pivot dialog through intent for now
7621            final Intent intent = new Intent(ACTION_QUICK_CONTACT);
7622            intent.setFlags(Intent.FLAG_ACTIVITY_NEW_TASK | Intent.FLAG_ACTIVITY_CLEAR_TOP
7623                    | Intent.FLAG_ACTIVITY_RESET_TASK_IF_NEEDED);
7624
7625            intent.setData(lookupUri);
7626            intent.setSourceBounds(target);
7627            intent.putExtra(EXTRA_MODE, mode);
7628            intent.putExtra(EXTRA_EXCLUDE_MIMES, excludeMimes);
7629            context.startActivity(intent);
7630        }
7631    }
7632
7633    /**
7634     * Helper class for accessing full-size photos by photo file ID.
7635     * <p>
7636     * Usage example:
7637     * <dl>
7638     * <dt>Retrieving a full-size photo by photo file ID (see
7639     * {@link ContactsContract.ContactsColumns#PHOTO_FILE_ID})
7640     * </dt>
7641     * <dd>
7642     * <pre>
7643     * public InputStream openDisplayPhoto(long photoFileId) {
7644     *     Uri displayPhotoUri = ContentUris.withAppendedId(DisplayPhoto.CONTENT_URI, photoKey
);
7645     *     try {
7646     *         AssetFileDescriptor fd = getContentResolver().openAssetFileDescriptor(
7647     *             displayPhotoUri, "r");
7648     *         return fd.createInputStream();
7649     *     } catch (IOException e) {
7650     *         return null;
7651     *     }
```

Case 5:12-cv-00630-LHK   Document 117-7   Filed 04/23/12   Page 97 of 105

```
7652        * } </pre>
7653        * </dd>
7654        * </dd>
7655        * </dl>
7656        * </p>
7657        */
7658       public static final class DisplayPhoto {
7659           /**
7660            * no public constructor since this is a utility class
7661            */
7662           private DisplayPhoto() {}
7663
7664           /**
7665            * The content:// style URI for this class, which allows access to full-size photos,
7666            * given a key.
7667            */
7668           public static final Uri CONTENT_URI = Uri.withAppendedPath(AUTHORITY_URI, "display_photo"
7669   );
7670           /**
7671            * This URI allows the caller to query for the maximum dimensions of a display photo
7672            * or thumbnail.  Requests to this URI can be performed on the UI thread because
7673            * they are always unblocking.
7674            */
7675           public static final Uri CONTENT_MAX_DIMENSIONS_URI =
7676                   Uri.withAppendedPath(AUTHORITY_URI, "photo_dimensions");
7677
7678           /**
7679            * Queries to {@link ContactsContract.DisplayPhoto#CONTENT_MAX_DIMENSIONS_URI} will
7680            * contain this column, populated with the maximum height and width (in pixels)
7681            * that will be stored for a display photo.  Larger photos will be down-sized to
7682            * fit within a square of this many pixels.
7683            */
7684           public static final String DISPLAY_MAX_DIM = "display_max_dim";
7685
7686           /**
7687            * Queries to {@link ContactsContract.DisplayPhoto#CONTENT_MAX_DIMENSIONS_URI} will
7688            * contain this column, populated with the height and width (in pixels) for photo
7689            * thumbnails.
7690            */
7691           public static final String THUMBNAIL_MAX_DIM = "thumbnail_max_dim";
7692       }
7693
7694       /**
7695        * Contains helper classes used to create or manage {@link android.content.Intent Intents}
7696        * that involve contacts.
7697        */
7698       public static final class Intents {
7699           /**
7700            * This is the intent that is fired when a search suggestion is clicked on.
7701            */
7702           public static final String SEARCH_SUGGESTION_CLICKED =
7703                   "android.provider.Contacts.SEARCH_SUGGESTION_CLICKED";
7704
7705           /**
7706            * This is the intent that is fired when a search suggestion for dialing a number
7707            * is clicked on.
7708            */
7709           public static final String SEARCH_SUGGESTION_DIAL_NUMBER_CLICKED =
7710                   "android.provider.Contacts.SEARCH_SUGGESTION_DIAL_NUMBER_CLICKED";
7711
7712           /**
7713            * This is the intent that is fired when a search suggestion for creating a contact
7714            * is clicked on.
7715            */
7716           public static final String SEARCH_SUGGESTION_CREATE_CONTACT_CLICKED =
7717                   "android.provider.Contacts.SEARCH_SUGGESTION_CREATE_CONTACT_CLICKED";
7718
7719           /**
7720            * Starts an Activity that lets the user pick a contact to attach an image to.
7721            * After picking the contact it launches the image cropper in face detection mode.
7722            */
7723           public static final String ATTACH_IMAGE =
7724                   "com.android.contacts.action.ATTACH_IMAGE";
7725
7726           /**
7727            * This is the intent that is fired when the user clicks the "invite to the network" b
7728   utton
7728            * on a contact.  Only sent to an activity which is explicitly registered by a contact
7729            * provider which supports the "invite to the network" feature.
7730            * <p>
7731            * {@link Intent#getData()} contains the lookup URI for the contact.
```

```
7732
7733        public static final String INVITE_CONTACT =
7734                "com.android.contacts.action.INVITE_CONTACT";
7735
7736        /**
7737         * Takes as input a data URI with a mailto: or tel: scheme. If a single
7738         * contact exists with the given data it will be shown. If no contact
7739         * exists, a dialog will ask the user if they want to create a new
7740         * contact with the provided details filled in. If multiple contacts
7741         * share the data the user will be prompted to pick which contact they
7742         * want to view.
7743         * <p>
7744         * For <code>mailto:</code> URIs, the scheme specific portion must be a
7745         * raw email address, such as one built using
7746         * {@link Uri#fromParts(String, String, String)}.
7747         * <p>
7748         * For <code>tel:</code> URIs, the scheme specific portion is compared
7749         * to existing numbers using the standard caller ID lookup algorithm.
7750         * The number must be properly encoded, for example using
7751         * {@link Uri#fromParts(String, String, String)}.
7752         * <p>
7753         * Any extras from the {@link Insert} class will be passed along to the
7754         * create activity if there are no contacts to show.
7755         * <p>
7756         * Passing true for the {@link #EXTRA_FORCE_CREATE} extra will skip
7757         * prompting the user when the contact doesn't exist.
7758         */
7759        public static final String SHOW_OR_CREATE_CONTACT =
7760                "com.android.contacts.action.SHOW_OR_CREATE_CONTACT";
7761
7762        /**
7763         * Starts an Activity that lets the user select the multiple phones from a
7764         * list of phone numbers which come from the contacts or
7765         * {@link #EXTRA_PHONE_URIS}.
7766         * <p>
7767         * The phone numbers being passed in through {@link #EXTRA_PHONE_URIS}
7768         * could belong to the contacts or not, and will be selected by default.
7769         * <p>
7770         * The user's selection will be returned from
7771         * {@link android.app.Activity#onActivityResult(int, int, android.content.Intent)}
7772         * if the resultCode is
7773         * {@link android.app.Activity#RESULT_OK}, the array of picked phone
7774         * numbers are in the Intent's
7775         * {@link #EXTRA_PHONE_URIS}; otherwise, the
7776         * {@link android.app.Activity#RESULT_CANCELED} is returned if the user
7777         * left the Activity without changing the selection.
7778         *
7779         * @hide
7780         */
7781        public static final String ACTION_GET_MULTIPLE_PHONES =
7782                "com.android.contacts.action.GET_MULTIPLE_PHONES";
7783
7784        /**
7785         * Used with {@link #SHOW_OR_CREATE_CONTACT} to force creating a new
7786         * contact if no matching contact found. Otherwise, default behavior is
7787         * to prompt user with dialog before creating.
7788         * <p>
7789         * Type: BOOLEAN
7790         */
7791        public static final String EXTRA_FORCE_CREATE =
7792                "com.android.contacts.action.FORCE_CREATE";
7793
7794        /**
7795         * Used with {@link #SHOW_OR_CREATE_CONTACT} to specify an exact
7796         * description to be shown when prompting user about creating a new
7797         * contact.
7798         * <p>
7799         * Type: STRING
7800         */
7801        public static final String EXTRA_CREATE_DESCRIPTION =
7802                "com.android.contacts.action.CREATE_DESCRIPTION";
7803
7804        /**
7805         * Used with {@link #ACTION_GET_MULTIPLE_PHONES} as the input or output value.
7806         * <p>
7807         * The phone numbers want to be picked by default should be passed in as
7808         * input value. These phone numbers could belong to the contacts or not.
7809         * <p>
7810         * The phone numbers which were picked by the user are returned as output
7811         * value.
7812         * <p>
7813         * Type: array of URIs, the tel URI is used for the phone numbers which don't
```

Case 5:12-cv-00630-LHK   Document 157-7   Filed 04/23/12   Page 99 of 105

```
7814          *
7815          * @hide
7816          */
7817         public static final String EXTRA_PHONE_URIS =
7818                 "com.android.contacts.extra.PHONE_URIS";
7819
7820
7821         /**
7822          * Optional extra used with {@link #SHOW_OR_CREATE_CONTACT} to specify a
7823          * dialog location using screen coordinates. When not specified, the
7824          * dialog will be centered.
7825          *
7826          * @hide
7827          */
7828         @Deprecated
7829         public static final String EXTRA_TARGET_RECT = "target_rect";
7830
7831         /**
7832          * Optional extra used with {@link #SHOW_OR_CREATE_CONTACT} to specify a
7833          * desired dialog style, usually a variation on size. One of
7834          * {@link #MODE_SMALL}, {@link #MODE_MEDIUM}, or {@link #MODE_LARGE}.
7835          *
7836          * @hide
7837          */
7838         @Deprecated
7839         public static final String EXTRA_MODE = "mode";
7840
7841         /**
7842          * Value for {@link #EXTRA_MODE} to show a small-sized dialog.
7843          *
7844          * @hide
7845          */
7846         @Deprecated
7847         public static final int MODE_SMALL = 1;
7848
7849         /**
7850          * Value for {@link #EXTRA_MODE} to show a medium-sized dialog.
7851          *
7852          * @hide
7853          */
7854         @Deprecated
7855         public static final int MODE_MEDIUM = 2;
7856
7857         /**
7858          * Value for {@link #EXTRA_MODE} to show a large-sized dialog.
7859          *
7860          * @hide
7861          */
7862         @Deprecated
7863         public static final int MODE_LARGE = 3;
7864
7865         /**
7866          * Optional extra used with {@link #SHOW_OR_CREATE_CONTACT} to indicate
7867          * a list of specific MIME-types to exclude and not display. Stored as a
7868          * {@link String} array.
7869          *
7870          * @hide
7871          */
7872         @Deprecated
7873         public static final String EXTRA_EXCLUDE_MIMES = "exclude_mimes";
7874
7875         /**
7876          * Intents related to the Contacts app UI.
7877          *
7878          * @hide
7879          */
7880         public static final class UI {
7881             /**
7882              * The action for the default contacts list tab.
7883              */
7884             public static final String LIST_DEFAULT =
7885                     "com.android.contacts.action.LIST_DEFAULT";
7886
7887             /**
7888              * The action for the contacts list tab.
7889              */
7890             public static final String LIST_GROUP_ACTION =
7891                     "com.android.contacts.action.LIST_GROUP";
7892
7893             /**
7894              * When in LIST_GROUP_ACTION mode, this is the group to display.
7895              */
```

```java
7896                    "com.android.contacts.action.LIST_GROUP";
7897
7898            /**
7899             * The action for the all contacts list tab.
7900             */
7901            public static final String LIST_ALL_CONTACTS_ACTION =
7902                    "com.android.contacts.action.LIST_ALL_CONTACTS";
7903
7904            /**
7905             * The action for the contacts with phone numbers list tab.
7906             */
7907            public static final String LIST_CONTACTS_WITH_PHONES_ACTION =
7908                    "com.android.contacts.action.LIST_CONTACTS_WITH_PHONES";
7909
7910            /**
7911             * The action for the starred contacts list tab.
7912             */
7913            public static final String LIST_STARRED_ACTION =
7914                    "com.android.contacts.action.LIST_STARRED";
7915
7916            /**
7917             * The action for the frequent contacts list tab.
7918             */
7919            public static final String LIST_FREQUENT_ACTION =
7920                    "com.android.contacts.action.LIST_FREQUENT";
7921
7922            /**
7923             * The action for the "strequent" contacts list tab. It first lists the starred
7924             * contacts in alphabetical order and then the frequent contacts in descending
7925             * order of the number of times they have been contacted.
7926             */
7927            public static final String LIST_STREQUENT_ACTION =
7928                    "com.android.contacts.action.LIST_STREQUENT";
7929
7930            /**
7931             * A key for to be used as an intent extra to set the activity
7932             * title to a custom String value.
7933             */
7934            public static final String TITLE_EXTRA_KEY =
7935                    "com.android.contacts.extra.TITLE_EXTRA";
7936
7937            /**
7938             * Activity Action: Display a filtered list of contacts
7939             * <p>
7940             * Input: Extra field {@link #FILTER_TEXT_EXTRA_KEY} is the text to use for
7941             * filtering
7942             * <p>
7943             * Output: Nothing.
7944             */
7945            public static final String FILTER_CONTACTS_ACTION =
7946                    "com.android.contacts.action.FILTER_CONTACTS";
7947
7948            /**
7949             * Used as an int extra field in {@link #FILTER_CONTACTS_ACTION}
7950             * intents to supply the text on which to filter.
7951             */
7952            public static final String FILTER_TEXT_EXTRA_KEY =
7953                    "com.android.contacts.extra.FILTER_TEXT";
7954        }
7955
7956        /**
7957         * Convenience class that contains string constants used
7958         * to create contact {@link android.content.Intent Intents}.
7959         */
7960        public static final class Insert {
7961            /** The action code to use when adding a contact */
7962            public static final String ACTION = Intent.ACTION_INSERT;
7963
7964            /**
7965             * If present, forces a bypass of quick insert mode.
7966             */
7967            public static final String FULL_MODE = "full_mode";
7968
7969            /**
7970             * The extra field for the contact name.
7971             * <P>Type: String</P>
7972             */
7973            public static final String NAME = "name";
7974
7975            // TODO add structured name values here.
7976
7977            /**
```

```
7978              * <P>Type: String</P>
7979              */
7980
7981             public static final String PHONETIC_NAME = "phonetic_name";
7982
7983             /**
7984              * The extra field for the contact company.
7985              * <P>Type: String</P>
7986              */
7987             public static final String COMPANY = "company";
7988
7989             /**
7990              * The extra field for the contact job title.
7991              * <P>Type: String</P>
7992              */
7993             public static final String JOB_TITLE = "job_title";
7994
7995             /**
7996              * The extra field for the contact notes.
7997              * <P>Type: String</P>
7998              */
7999             public static final String NOTES = "notes";
8000
8001             /**
8002              * The extra field for the contact phone number.
8003              * <P>Type: String</P>
8004              */
8005             public static final String PHONE = "phone";
8006
8007             /**
8008              * The extra field for the contact phone number type.
8009              * <P>Type: Either an integer value from
8010              * {@link CommonDataKinds.Phone},
8011              *  or a string specifying a custom label.</P>
8012              */
8013             public static final String PHONE_TYPE = "phone_type";
8014
8015             /**
8016              * The extra field for the phone isprimary flag.
8017              * <P>Type: boolean</P>
8018              */
8019             public static final String PHONE_ISPRIMARY = "phone_isprimary";
8020
8021             /**
8022              * The extra field for an optional second contact phone number.
8023              * <P>Type: String</P>
8024              */
8025             public static final String SECONDARY_PHONE = "secondary_phone";
8026
8027             /**
8028              * The extra field for an optional second contact phone number type.
8029              * <P>Type: Either an integer value from
8030              * {@link CommonDataKinds.Phone},
8031              *  or a string specifying a custom label.</P>
8032              */
8033             public static final String SECONDARY_PHONE_TYPE = "secondary_phone_type";
8034
8035             /**
8036              * The extra field for an optional third contact phone number.
8037              * <P>Type: String</P>
8038              */
8039             public static final String TERTIARY_PHONE = "tertiary_phone";
8040
8041             /**
8042              * The extra field for an optional third contact phone number type.
8043              * <P>Type: Either an integer value from
8044              * {@link CommonDataKinds.Phone},
8045              *  or a string specifying a custom label.</P>
8046              */
8047             public static final String TERTIARY_PHONE_TYPE = "tertiary_phone_type";
8048
8049             /**
8050              * The extra field for the contact email address.
8051              * <P>Type: String</P>
8052              */
8053             public static final String EMAIL = "email";
8054
8055             /**
8056              * The extra field for the contact email type.
8057              * <P>Type: Either an integer value from
8058              * {@link CommonDataKinds.Email}
8059              *  or a string specifying a custom label.</P>
```

```
        public static final String EMAIL_TYPE = "email_type";

        /**
         * The extra field for the email isprimary flag.
         * <P>Type: boolean</P>
         */
        public static final String EMAIL_ISPRIMARY = "email_isprimary";

        /**
         * The extra field for an optional second contact email address.
         * <P>Type: String</P>
         */
        public static final String SECONDARY_EMAIL = "secondary_email";

        /**
         * The extra field for an optional second contact email type.
         * <P>Type: Either an integer value from
         * {@link CommonDataKinds.Email}
         *  or a string specifying a custom label.</P>
         */
        public static final String SECONDARY_EMAIL_TYPE = "secondary_email_type";

        /**
         * The extra field for an optional third contact email address.
         * <P>Type: String</P>
         */
        public static final String TERTIARY_EMAIL = "tertiary_email";

        /**
         * The extra field for an optional third contact email type.
         * <P>Type: Either an integer value from
         * {@link CommonDataKinds.Email}
         *  or a string specifying a custom label.</P>
         */
        public static final String TERTIARY_EMAIL_TYPE = "tertiary_email_type";

        /**
         * The extra field for the contact postal address.
         * <P>Type: String</P>
         */
        public static final String POSTAL = "postal";

        /**
         * The extra field for the contact postal address type.
         * <P>Type: Either an integer value from
         * {@link CommonDataKinds.StructuredPostal}
         *  or a string specifying a custom label.</P>
         */
        public static final String POSTAL_TYPE = "postal_type";

        /**
         * The extra field for the postal isprimary flag.
         * <P>Type: boolean</P>
         */
        public static final String POSTAL_ISPRIMARY = "postal_isprimary";

        /**
         * The extra field for an IM handle.
         * <P>Type: String</P>
         */
        public static final String IM_HANDLE = "im_handle";

        /**
         * The extra field for the IM protocol
         */
        public static final String IM_PROTOCOL = "im_protocol";

        /**
         * The extra field for the IM isprimary flag.
         * <P>Type: boolean</P>
         */
        public static final String IM_ISPRIMARY = "im_isprimary";

        /**
         * The extra field that allows the client to supply multiple rows of
         * arbitrary data for a single contact created using the {@link Intent#ACTION_INSE
RT}
         * or edited using {@link Intent#ACTION_EDIT}. It is an ArrayList of
         * {@link ContentValues}, one per data row. Supplying this extra is
         * similar to inserting multiple rows into the {@link Data} table,
         * except the user gets a chance to see and edit them before saving.
```

```
8141              * If supplied values are not visible in the editor UI, they will be
8142              * dropped.  Duplicate data will dropped.  Some fields
8143              * like {@link CommonDataKinds.Email#TYPE Email.TYPE} may be automatically
8144              * adjusted to comply with the constraints of the specific account type.
8145              * For example, an Exchange contact can only have one phone numbers of type Home,
8146              * so the contact editor may choose a different type for this phone number to
8147              * avoid dropping the valueable part of the row, which is the phone number.
8148              * <p>
8149              * Example:
8150              * <pre>
8151              * ArrayList&lt;ContentValues&gt; data = new ArrayList&lt;ContentValues&gt;();
8152              *
8153              * ContentValues row1 = new ContentValues();
8154              * row1.put(Data.MIMETYPE, Organization.CONTENT_ITEM_TYPE);
8155              * row1.put(Organization.COMPANY, "Android");
8156              * data.add(row1);
8157              *
8158              * ContentValues row2 = new ContentValues();
8159              * row2.put(Data.MIMETYPE, Email.CONTENT_ITEM_TYPE);
8160              * row2.put(Email.TYPE, Email.TYPE_CUSTOM);
8161              * row2.put(Email.LABEL, "Green Bot");
8162              * row2.put(Email.ADDRESS, "android@android.com");
8163              * data.add(row2);
8164              *
8165              * Intent intent = new Intent(Intent.ACTION_INSERT, Contacts.CONTENT_URI);
8166              * intent.putParcelableArrayListExtra(Insert.DATA, data);
8167              *
8168              * startActivity(intent);
8169              * </pre>
8170              */
8171             public static final String DATA = "data";
8172
8173             /**
8174              * Used to specify the account in which to create the new contact.
8175              * <p>
8176              * If this value is not provided, the user is presented with a disambiguation
8177              * dialog to chose an account
8178              * <p>
8179              * Type: {@link Account}
8180              *
8181              * @hide
8182              */
8183             public static final String ACCOUNT = "com.android.contacts.extra.ACCOUNT";
8184
8185             /**
8186              * Used to specify the data set within the account in which to create the
8187              * new contact.
8188              * <p>
8189              * This value is optional - if it is not specified, the contact will be
8190              * created in the base account, with no data set.
8191              * <p>
8192              * Type: String
8193              *
8194              * @hide
8195              */
8196             public static final String DATA_SET = "com.android.contacts.extra.DATA_SET";
8197         }
8198     }
8199
8200     /**
8201      * Creates a snippet out of the given content that matches the given query.
8202      * @param content - The content to use to compute the snippet.
8203      * @param displayName - Display name for the contact - if this already contains the search
8204      *        content, no snippet should be shown.
8205      * @param query - String to search for in the content.
8206      * @param snippetStartMatch - Marks the start of the matching string in the snippet.
8207      * @param snippetEndMatch - Marks the end of the matching string in the snippet.
8208      * @param snippetEllipsis - Ellipsis string appended to the end of the snippet (if too lon
8209 g).
8210      * @param snippetMaxTokens - Maximum number of words from the snippet that will be display
8211 ed.
8212      * @return The computed snippet, or null if the snippet could not be computed or should no
      t be
8213      *         shown.
8214      *
8215      * @hide
8216      */
      public static String snippetize(String content, String displayName, String query,
8217             char snippetStartMatch, char snippetEndMatch, String snippetEllipsis,
8218             int snippetMaxTokens) {
8219
```

Case 5:12-cv-00630-LHK    Document 17-7    Filed 04/23/12    Page 104 of 105

```
8220
8221              if (TextUtils.isEmpty(content) || TextUtils.isEmpty(query) ||
8222                      TextUtils.isEmpty(displayName) || !content.toLowerCase().contains(lowerQuery))
         {
8223                  return null;
8224              }
8225
8226              // If the display name already contains the query term, return empty – snippets should
8227              // not be needed in that case.
8228              String lowerDisplayName = displayName != null ? displayName.toLowerCase() : "";
8229              List<String> nameTokens = new ArrayList<String>();
8230              List<Integer> nameTokenOffsets = new ArrayList<Integer>();
8231              split(lowerDisplayName.trim(), nameTokens, nameTokenOffsets);
8232              for (String nameToken : nameTokens) {
8233                  if (nameToken.startsWith(lowerQuery)) {
8234                      return null;
8235                  }
8236              }
8237
8238              String[] contentLines = content.split("\n");
8239
8240              // Locate the lines of the content that contain the query term.
8241              for (String contentLine : contentLines) {
8242                  if (contentLine.toLowerCase().contains(lowerQuery)) {
8243
8244                      // Line contains the query string – now search for it at the start of tokens.
8245                      List<String> lineTokens = new ArrayList<String>();
8246                      List<Integer> tokenOffsets = new ArrayList<Integer>();
8247                      split(contentLine.trim(), lineTokens, tokenOffsets);
8248
8249                      // As we find matches against the query, we'll populate this list with the mar
         ked
8250                      // (or unchanged) tokens.
8251                      List<String> markedTokens = new ArrayList<String>();
8252
8253                      int firstToken = -1;
8254                      int lastToken = -1;
8255                      for (int i = 0; i < lineTokens.size(); i++) {
8256                          String token = lineTokens.get(i);
8257                          String lowerToken = token.toLowerCase();
8258                          if (lowerToken.startsWith(lowerQuery)) {
8259
8260                              // Query term matched; surround the token with match markers.
8261                              markedTokens.add(snippetStartMatch + token + snippetEndMatch);
8262
8263                              // If this is the first token found with a match, mark the token
8264                              // positions to use for assembling the snippet.
8265                              if (firstToken == -1) {
8266                                  firstToken =
8267                                          Math.max(0, i - (int) Math.floor(
8268                                                  Math.abs(snippetMaxTokens)
8269                                                  / 2.0));
8270                                  lastToken =
8271                                          Math.min(lineTokens.size(), firstToken +
8272                                                  Math.abs(snippetMaxTokens));
8273                              }
8274                          } else {
8275                              markedTokens.add(token);
8276                          }
8277                      }
8278
8279                      // Assemble the snippet by piecing the tokens back together.
8280                      if (firstToken > -1) {
8281                          StringBuilder sb = new StringBuilder();
8282                          if (firstToken > 0) {
8283                              sb.append(snippetEllipsis);
8284                          }
8285                          for (int i = firstToken; i < lastToken; i++) {
8286                              String markedToken = markedTokens.get(i);
8287                              String originalToken = lineTokens.get(i);
8288                              sb.append(markedToken);
8289                              if (i < lastToken - 1) {
8290                                  // Add the characters that appeared between this token and the nex
         t.
8291                                  sb.append(contentLine.substring(
8292                                          tokenOffsets.get(i) + originalToken.length(),
8293                                          tokenOffsets.get(i + 1)));
8294                              }
8295                          }
8296                          if (lastToken < lineTokens.size()) {
8297                              sb.append(snippetEllipsis);
8298                          }
```

Case 5:12-cv-00630-LHK  Document 117-7   Filed 04/23/12  Page 105 of 105

```
8299                        }
8300                    }
8301                }
8302            }
8303            return null;
8304        }
8305
8306        /**
8307         * Pattern for splitting a line into tokens.  This matches e-mail addresses as a single to
ken,
8308         * otherwise splitting on any group of non-alphanumeric characters.
8309         *
8310         * @hide
8311         */
8312        private static Pattern SPLIT_PATTERN =
8313            Pattern.compile("([\\w-\\.]+)@((?:[\\w]+\\.)+)([a-zA-Z]{2,4})|[\\w]+");
8314
8315        /**
8316         * Helper method for splitting a string into tokens.  The lists passed in are populated wi
th the
8317         * tokens and offsets into the content of each token.  The tokenization function parses e-
mail
8318         * addresses as a single token; otherwise it splits on any non-alphanumeric character.
8319         * @param content Content to split.
8320         * @param tokens List of token strings to populate.
8321         * @param offsets List of offsets into the content for each token returned.
8322         *
8323         * @hide
8324         */
8325        private static void split(String content, List<String> tokens, List<Integer> offsets) {
8326            Matcher matcher = SPLIT_PATTERN.matcher(content);
8327            while (matcher.find()) {
8328                tokens.add(matcher.group());
8329                offsets.add(matcher.start());
8330            }
8331        }
8332
8333
8334 }
```