# EXHIBIT H

```
1   /*
2    * Copyright (C) 2009 The Android Open Source Project
3    *
4    * Licensed under the Apache License, Version 2.0 (the "License");
5    * you may not use this file except in compliance with the License.
6    * You may obtain a copy of the License at
7    *
8    *      http://www.apache.org/licenses/LICENSE-2.0
9    *
10   * Unless required by applicable law or agreed to in writing, software
11   * distributed under the License is distributed on an "AS IS" BASIS,
12   * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
13   * See the License for the specific language governing permissions and
14   * limitations under the License
15   */
16
17  package com.android.providers.contacts;
18
19  import com.android.common.content.SyncStateContentProviderHelper;
20  import com.android.providers.contacts.ContactAggregator.AggregationSuggestionParameter;
21  import com.android.providers.contacts.ContactLookupKey.LookupKeySegment;
22  import com.android.providers.contacts.ContactsDatabaseHelper.AggregatedPresenceColumns;
23  import com.android.providers.contacts.ContactsDatabaseHelper.AggregationExceptionColumns;
24  import com.android.providers.contacts.ContactsDatabaseHelper.Clauses;
25  import com.android.providers.contacts.ContactsDatabaseHelper.ContactsColumns;
26  import com.android.providers.contacts.ContactsDatabaseHelper.ContactsStatusUpdatesColumns;
27  import com.android.providers.contacts.ContactsDatabaseHelper.DataColumns;
28  import com.android.providers.contacts.ContactsDatabaseHelper.DataUsageStatColumns;
29  import com.android.providers.contacts.ContactsDatabaseHelper.GroupsColumns;
30  import com.android.providers.contacts.ContactsDatabaseHelper.MimetypesColumns;
31  import com.android.providers.contacts.ContactsDatabaseHelper.NameLookupColumns;
32  import com.android.providers.contacts.ContactsDatabaseHelper.NameLookupType;
33  import com.android.providers.contacts.ContactsDatabaseHelper.PhoneColumns;
34  import com.android.providers.contacts.ContactsDatabaseHelper.PhoneLookupColumns;
35  import com.android.providers.contacts.ContactsDatabaseHelper.PhotoFilesColumns;
36  import com.android.providers.contacts.ContactsDatabaseHelper.PresenceColumns;
37  import com.android.providers.contacts.ContactsDatabaseHelper.RawContactsColumns;
38  import com.android.providers.contacts.ContactsDatabaseHelper.SearchIndexColumns;
39  import com.android.providers.contacts.ContactsDatabaseHelper.SettingsColumns;
40  import com.android.providers.contacts.ContactsDatabaseHelper.StatusUpdatesColumns;
41  import com.android.providers.contacts.ContactsDatabaseHelper.StreamItemPhotosColumns;
42  import com.android.providers.contacts.ContactsDatabaseHelper.StreamItemsColumns;
43  import com.android.providers.contacts.ContactsDatabaseHelper.Tables;
44  import com.android.providers.contacts.ContactsDatabaseHelper.Views;
45  import com.android.providers.contacts.SearchIndexManager.FtsQueryBuilder;
46  import com.android.providers.contacts.util.DbQueryUtils;
47  import com.android.vcard.VCardComposer;
48  import com.android.vcard.VCardConfig;
49  import com.google.android.collect.Lists;
50  import com.google.android.collect.Maps;
51  import com.google.android.collect.Sets;
52  import com.google.common.annotations.VisibleForTesting;
53
54  import android.accounts.Account;
55  import android.accounts.AccountManager;
56  import android.accounts.OnAccountsUpdateListener;
57  import android.app.Notification;
58  import android.app.NotificationManager;
59  import android.app.PendingIntent;
60  import android.app.SearchManager;
61  import android.content.ContentProviderOperation;
62  import android.content.ContentProviderResult;
63  import android.content.ContentResolver;
64  import android.content.ContentUris;
65  import android.content.ContentValues;
66  import android.content.Context;
67  import android.content.IContentService;
68  import android.content.Intent;
69  import android.content.OperationApplicationException;
70  import android.content.SharedPreferences;
71  import android.content.SyncAdapterType;
72  import android.content.UriMatcher;
73  import android.content.pm.PackageManager;
74  import android.content.pm.PackageManager.NameNotFoundException;
75  import android.content.pm.ProviderInfo;
76  import android.content.res.AssetFileDescriptor;
77  import android.content.res.Resources;
78  import android.content.res.Resources.NotFoundException;
79  import android.database.AbstractCursor;
80  import android.database.CrossProcessCursor;
81  import android.database.Cursor;
82  import android.database.CursorWindow;
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 3 of 101

```
 83  import android.database.CrossProcessCursor;
 84  import android.database.DatabaseUtils;
 85  import android.database.MatrixCursor;
 86  import android.database.MatrixCursor.RowBuilder;
 87  import android.database.sqlite.SQLiteDatabase;
 88  import android.database.sqlite.SQLiteDoneException;
 89  import android.database.sqlite.SQLiteQueryBuilder;
 90  import android.graphics.Bitmap;
 91  import android.graphics.BitmapFactory;
 92  import android.net.Uri;
 93  import android.net.Uri.Builder;
 94  import android.os.AsyncTask;
 95  import android.os.Binder;
 96  import android.os.Bundle;
 97  import android.os.Handler;
 98  import android.os.HandlerThread;
 99  import android.os.Message;
100  import android.os.ParcelFileDescriptor;
101  import android.os.ParcelFileDescriptor.AutoCloseInputStream;
102  import android.os.Process;
103  import android.os.RemoteException;
104  import android.os.StrictMode;
105  import android.os.SystemClock;
106  import android.os.SystemProperties;
107  import android.preference.PreferenceManager;
108  import android.provider.BaseColumns;
109  import android.provider.ContactsContract;
110  import android.provider.ContactsContract.AggregationExceptions;
111  import android.provider.ContactsContract.Authorization;
112  import android.provider.ContactsContract.CommonDataKinds.Email;
113  import android.provider.ContactsContract.CommonDataKinds.GroupMembership;
114  import android.provider.ContactsContract.CommonDataKinds.Im;
115  import android.provider.ContactsContract.CommonDataKinds.Nickname;
116  import android.provider.ContactsContract.CommonDataKinds.Note;
117  import android.provider.ContactsContract.CommonDataKinds.Organization;
118  import android.provider.ContactsContract.CommonDataKinds.Phone;
119  import android.provider.ContactsContract.CommonDataKinds.Photo;
120  import android.provider.ContactsContract.CommonDataKinds.SipAddress;
121  import android.provider.ContactsContract.CommonDataKinds.StructuredName;
122  import android.provider.ContactsContract.CommonDataKinds.StructuredPostal;
123  import android.provider.ContactsContract.ContactCounts;
124  import android.provider.ContactsContract.Contacts;
125  import android.provider.ContactsContract.Contacts.AggregationSuggestions;
126  import android.provider.ContactsContract.Data;
127  import android.provider.ContactsContract.DataUsageFeedback;
128  import android.provider.ContactsContract.Directory;
129  import android.provider.ContactsContract.DisplayPhoto;
130  import android.provider.ContactsContract.Groups;
131  import android.provider.ContactsContract.Intents;
132  import android.provider.ContactsContract.PhoneLookup;
133  import android.provider.ContactsContract.PhotoFiles;
134  import android.provider.ContactsContract.Profile;
135  import android.provider.ContactsContract.ProviderStatus;
136  import android.provider.ContactsContract.RawContacts;
137  import android.provider.ContactsContract.RawContactsEntity;
138  import android.provider.ContactsContract.SearchSnippetColumns;
139  import android.provider.ContactsContract.Settings;
140  import android.provider.ContactsContract.StatusUpdates;
141  import android.provider.ContactsContract.StreamItemPhotos;
142  import android.provider.ContactsContract.StreamItems;
143  import android.provider.LiveFolders;
144  import android.provider.OpenableColumns;
145  import android.provider.SyncStateContract;
146  import android.telephony.PhoneNumberUtils;
147  import android.telephony.TelephonyManager;
148  import android.text.TextUtils;
149  import android.util.Log;
150
151  import java.io.BufferedWriter;
152  import java.io.ByteArrayOutputStream;
153  import java.io.File;
154  import java.io.FileNotFoundException;
155  import java.io.IOException;
156  import java.io.OutputStream;
157  import java.io.OutputStreamWriter;
158  import java.io.Writer;
159  import java.security.SecureRandom;
160  import java.text.SimpleDateFormat;
161  import java.util.ArrayList;
162  import java.util.Arrays;
163  import java.util.Collections;
164  import java.util.Date;
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 4 of 101

```
165  import java.util.HashMap;
166  import java.util.HashSet;
167  import java.util.List;
168  import java.util.Locale;
169  import java.util.Map;
170  import java.util.Set;
171  import java.util.concurrent.CountDownLatch;
172
173  /**
174   * Contacts content provider. The contract between this provider and applications
175   * is defined in {@link ContactsContract}.
176   */
177  public class ContactsProvider2 extends AbstractContactsProvider
178          implements OnAccountsUpdateListener {
179
180      private static final String TAG = "ContactsProvider";
181
182      private static final boolean VERBOSE_LOGGING = Log.isLoggable(TAG, Log.VERBOSE);
183
184      private static final int BACKGROUND_TASK_INITIALIZE = 0;
185      private static final int BACKGROUND_TASK_OPEN_WRITE_ACCESS = 1;
186      private static final int BACKGROUND_TASK_IMPORT_LEGACY_CONTACTS = 2;
187      private static final int BACKGROUND_TASK_UPDATE_ACCOUNTS = 3;
188      private static final int BACKGROUND_TASK_UPDATE_LOCALE = 4;
189      private static final int BACKGROUND_TASK_UPGRADE_AGGREGATION_ALGORITHM = 5;
190      private static final int BACKGROUND_TASK_UPDATE_SEARCH_INDEX = 6;
191      private static final int BACKGROUND_TASK_UPDATE_PROVIDER_STATUS = 7;
192      private static final int BACKGROUND_TASK_UPDATE_DIRECTORIES = 8;
193      private static final int BACKGROUND_TASK_CHANGE_LOCALE = 9;
194      private static final int BACKGROUND_TASK_CLEANUP_PHOTOS = 10;
195
196      /** Default for the maximum number of returned aggregation suggestions. */
197      private static final int DEFAULT_MAX_SUGGESTIONS = 5;
198
199      /** Limit for the maximum number of social stream items to store under a raw contact. */
200      private static final int MAX_STREAM_ITEMS_PER_RAW_CONTACT = 5;
201
202      /** Rate limit (in ms) for photo cleanup.  Do it at most once per day. */
203      private static final int PHOTO_CLEANUP_RATE_LIMIT = 24 * 60 * 60 * 1000;
204
205      /**
206       * Default expiration duration for pre-authorized URIs.  May be overridden from a secure
207       * setting.
208       */
209      private static final int DEFAULT_PREAUTHORIZED_URI_EXPIRATION = 5 * 60 * 1000;
210
211      /**
212       * Random URI parameter that will be appended to preauthorized URIs for uniqueness.
213       */
214      private static final String PREAUTHORIZED_URI_TOKEN = "perm_token";
215
216      /**
217       * Property key for the legacy contact import version. The need for a version
218       * as opposed to a boolean flag is that if we discover bugs in the contact import process,
219       * we can trigger re-import by incrementing the import version.
220       */
221      private static final String PROPERTY_CONTACTS_IMPORTED = "contacts_imported_v1";
222      private static final int PROPERTY_CONTACTS_IMPORT_VERSION = 1;
223      private static final String PREF_LOCALE = "locale";
224
225      private static final String PROPERTY_AGGREGATION_ALGORITHM = "aggregation_v2";
226      private static final int PROPERTY_AGGREGATION_ALGORITHM_VERSION = 2;
227
228      private static final String AGGREGATE_CONTACTS = "sync.contacts.aggregate";
229
230      private static final ProfileAwareUriMatcher sUriMatcher =
231              new ProfileAwareUriMatcher(UriMatcher.NO_MATCH);
232
233      /**
234       * Used to insert a column into strequent results, which enables SQL to sort the list usin
g
235       * the total times contacted. See also {@link #sStrequentFrequentProjectionMap}.
236       */
237      private static final String TIMES_USED_SORT_COLUMN = "times_used_sort";
238
239      private static final String STREQUENT_ORDER_BY = Contacts.STARRED + " DESC, "
240              + TIMES_USED_SORT_COLUMN + " DESC, "
241              + Contacts.DISPLAY_NAME + " COLLATE LOCALIZED ASC";
242      private static final String STREQUENT_LIMIT =
243              "(SELECT COUNT(1) FROM " + Tables.CONTACTS + " WHERE "
244              + Contacts.STARRED + "=1) + 25";
245
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 5 of 101

```
246         private static final String CONTACTS_BY_NAME = Contacts.SORT_KEY_PRIMARY + " DESC,"
247             + Contacts.DISPLAY_NAME + " COLLATE LOCALIZED ASC";
248
249         /* package */ static final String UPDATE_TIMES_CONTACTED_CONTACTS_TABLE =
250             "UPDATE " + Tables.CONTACTS + " SET " + Contacts.TIMES_CONTACTED + "=" +
251             " CASE WHEN " + Contacts.TIMES_CONTACTED + " IS NULL THEN 1 ELSE " +
252             "(" + Contacts.TIMES_CONTACTED + " + 1) END WHERE " + Contacts._ID + "=?";
253
254         /* package */ static final String UPDATE_TIMES_CONTACTED_RAWCONTACTS_TABLE =
255             "UPDATE " + Tables.RAW_CONTACTS + " SET " + RawContacts.TIMES_CONTACTED + "=" +
256             " CASE WHEN " + RawContacts.TIMES_CONTACTED + " IS NULL THEN 1 ELSE " +
257             "(" + RawContacts.TIMES_CONTACTED + " + 1) END WHERE " + RawContacts.CONTACT_ID + "=
?";
258
259         /* package */ static final String PHONEBOOK_COLLATOR_NAME = "PHONEBOOK";
260
261         // Regex for splitting query strings - we split on any group of non-alphanumeric character
s,
262         // excluding the @ symbol.
263         /* package */ static final String QUERY_TOKENIZER_REGEX = "[^\\w@]+";
264
265         private static final int CONTACTS = 1000;
266         private static final int CONTACTS_ID = 1001;
267         private static final int CONTACTS_LOOKUP = 1002;
268         private static final int CONTACTS_LOOKUP_ID = 1003;
269         private static final int CONTACTS_ID_DATA = 1004;
270         private static final int CONTACTS_FILTER = 1005;
271         private static final int CONTACTS_STREQUENT = 1006;
272         private static final int CONTACTS_STREQUENT_FILTER = 1007;
273         private static final int CONTACTS_GROUP = 1008;
274         private static final int CONTACTS_ID_PHOTO = 1009;
275         private static final int CONTACTS_LOOKUP_PHOTO = 1010;
276         private static final int CONTACTS_LOOKUP_ID_PHOTO = 1011;
277         private static final int CONTACTS_ID_DISPLAY_PHOTO = 1012;
278         private static final int CONTACTS_LOOKUP_DISPLAY_PHOTO = 1013;
279         private static final int CONTACTS_LOOKUP_ID_DISPLAY_PHOTO = 1014;
280         private static final int CONTACTS_AS_VCARD = 1015;
281         private static final int CONTACTS_AS_MULTI_VCARD = 1016;
282         private static final int CONTACTS_LOOKUP_DATA = 1017;
283         private static final int CONTACTS_LOOKUP_ID_DATA = 1018;
284         private static final int CONTACTS_ID_ENTITIES = 1019;
285         private static final int CONTACTS_LOOKUP_ENTITIES = 1020;
286         private static final int CONTACTS_LOOKUP_ID_ENTITIES = 1021;
287         private static final int CONTACTS_ID_STREAM_ITEMS = 1022;
288         private static final int CONTACTS_LOOKUP_STREAM_ITEMS = 1023;
289         private static final int CONTACTS_LOOKUP_ID_STREAM_ITEMS = 1024;
290         private static final int CONTACTS_FREQUENT = 1025;
291
292         private static final int RAW_CONTACTS = 2002;
293         private static final int RAW_CONTACTS_ID = 2003;
294         private static final int RAW_CONTACTS_DATA = 2004;
295         private static final int RAW_CONTACT_ENTITY_ID = 2005;
296         private static final int RAW_CONTACTS_ID_DISPLAY_PHOTO = 2006;
297         private static final int RAW_CONTACTS_ID_STREAM_ITEMS = 2007;
298         private static final int RAW_CONTACTS_ID_STREAM_ITEMS_ID = 2008;
299
300         private static final int DATA = 3000;
301         private static final int DATA_ID = 3001;
302         private static final int PHONES = 3002;
303         private static final int PHONES_ID = 3003;
304         private static final int PHONES_FILTER = 3004;
305         private static final int EMAILS = 3005;
306         private static final int EMAILS_ID = 3006;
307         private static final int EMAILS_LOOKUP = 3007;
308         private static final int EMAILS_FILTER = 3008;
309         private static final int POSTALS = 3009;
310         private static final int POSTALS_ID = 3010;
311
312         private static final int PHONE_LOOKUP = 4000;
313
314         private static final int AGGREGATION_EXCEPTIONS = 6000;
315         private static final int AGGREGATION_EXCEPTION_ID = 6001;
316
317         private static final int STATUS_UPDATES = 7000;
318         private static final int STATUS_UPDATES_ID = 7001;
319
320         private static final int AGGREGATION_SUGGESTIONS = 8000;
321
322         private static final int SETTINGS = 9000;
323
324         private static final int GROUPS = 10000;
325         private static final int GROUPS_ID = 10001;
```

```
326     private static final int SYNCSTATE = 11000;
327
328     private static final int SYNCSTATE = 11000;
329     private static final int SYNCSTATE_ID = 11001;
330     private static final int PROFILE_SYNCSTATE = 11002;
331     private static final int PROFILE_SYNCSTATE_ID = 11003;
332
333     private static final int SEARCH_SUGGESTIONS = 12001;
334     private static final int SEARCH_SHORTCUT = 12002;
335
336     private static final int LIVE_FOLDERS_CONTACTS = 14000;
337     private static final int LIVE_FOLDERS_CONTACTS_WITH_PHONES = 14001;
338     private static final int LIVE_FOLDERS_CONTACTS_FAVORITES = 14002;
339     private static final int LIVE_FOLDERS_CONTACTS_GROUP_NAME = 14003;
340
341     private static final int RAW_CONTACT_ENTITIES = 15001;
342
343     private static final int PROVIDER_STATUS = 16001;
344
345     private static final int DIRECTORIES = 17001;
346     private static final int DIRECTORIES_ID = 17002;
347
348     private static final int COMPLETE_NAME = 18000;
349
350     private static final int PROFILE = 19000;
351     private static final int PROFILE_ENTITIES = 19001;
352     private static final int PROFILE_DATA = 19002;
353     private static final int PROFILE_DATA_ID = 19003;
354     private static final int PROFILE_AS_VCARD = 19004;
355     private static final int PROFILE_RAW_CONTACTS = 19005;
356     private static final int PROFILE_RAW_CONTACTS_ID = 19006;
357     private static final int PROFILE_RAW_CONTACTS_ID_DATA = 19007;
358     private static final int PROFILE_RAW_CONTACTS_ID_ENTITIES = 19008;
359     private static final int PROFILE_STATUS_UPDATES = 19009;
360     private static final int PROFILE_RAW_CONTACT_ENTITIES = 19010;
361     private static final int PROFILE_PHOTO = 19011;
362     private static final int PROFILE_DISPLAY_PHOTO = 19012;
363
364     private static final int DATA_USAGE_FEEDBACK_ID = 20001;
365
366     private static final int STREAM_ITEMS = 21000;
367     private static final int STREAM_ITEMS_PHOTOS = 21001;
368     private static final int STREAM_ITEMS_ID = 21002;
369     private static final int STREAM_ITEMS_ID_PHOTOS = 21003;
370     private static final int STREAM_ITEMS_ID_PHOTOS_ID = 21004;
371     private static final int STREAM_ITEMS_LIMIT = 21005;
372
373     private static final int DISPLAY_PHOTO = 22000;
374     private static final int PHOTO_DIMENSIONS = 22001;
375
376     // Inserts into URIs in this map will direct to the profile database if the parent record'
    s
377     // value (looked up from the ContentValues object with the key specified by the value in t
    his
378     // map) is in the profile ID-space (see {@link ProfileDatabaseHelper#PROFILE_ID_SPACE}).
379     private static final Map<Integer, String> INSERT_URI_ID_VALUE_MAP = Maps.newHashMap();
380     static {
381         INSERT_URI_ID_VALUE_MAP.put(DATA, Data.RAW_CONTACT_ID);
382         INSERT_URI_ID_VALUE_MAP.put(RAW_CONTACTS_DATA, Data.RAW_CONTACT_ID);
383         INSERT_URI_ID_VALUE_MAP.put(STATUS_UPDATES, StatusUpdates.DATA_ID);
384         INSERT_URI_ID_VALUE_MAP.put(STREAM_ITEMS, StreamItems.RAW_CONTACT_ID);
385         INSERT_URI_ID_VALUE_MAP.put(RAW_CONTACTS_ID_STREAM_ITEMS, StreamItems.RAW_CONTACT_ID);
386         INSERT_URI_ID_VALUE_MAP.put(STREAM_ITEMS_PHOTOS, StreamItemPhotos.STREAM_ITEM_ID);
387         INSERT_URI_ID_VALUE_MAP.put(STREAM_ITEMS_ID_PHOTOS, StreamItemPhotos.STREAM_ITEM_ID);
388     }
389
390     // Any interactions that involve these URIs will also require the calling package to have
    either
391     // android.permission.READ_SOCIAL_STREAM permission or android.permission.WRITE_SOCIAL_STR
    EAM
392     // permission, depending on the type of operation being performed.
393     private static final List<Integer> SOCIAL_STREAM_URIS = Lists.newArrayList(
394         CONTACTS_ID_STREAM_ITEMS,
395         CONTACTS_LOOKUP_STREAM_ITEMS,
396         CONTACTS_LOOKUP_ID_STREAM_ITEMS,
397         RAW_CONTACTS_ID_STREAM_ITEMS,
398         RAW_CONTACTS_ID_STREAM_ITEMS_ID,
399         STREAM_ITEMS,
400         STREAM_ITEMS_PHOTOS,
401         STREAM_ITEMS_ID,
402         STREAM_ITEMS_ID_PHOTOS,
403         STREAM_ITEMS_ID_PHOTOS_ID
```

```
404           );     Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 7 of 101
405
406       private static final String SELECTION_FAVORITES_GROUPS_BY_RAW_CONTACT_ID =
407               RawContactsColumns.CONCRETE_ID + "=? AND "
408                       + GroupsColumns.CONCRETE_ACCOUNT_NAME
409                       + "=" + RawContactsColumns.CONCRETE_ACCOUNT_NAME + " AND "
410                       + GroupsColumns.CONCRETE_ACCOUNT_TYPE
411                       + "=" + RawContactsColumns.CONCRETE_ACCOUNT_TYPE + " AND ("
412                       + GroupsColumns.CONCRETE_DATA_SET
413                       + "=" + RawContactsColumns.CONCRETE_DATA_SET + " OR "
414                       + GroupsColumns.CONCRETE_DATA_SET + " IS NULL AND "
415                       + RawContactsColumns.CONCRETE_DATA_SET + " IS NULL)"
416                       + " AND " + Groups.FAVORITES + " != 0";
417
418       private static final String SELECTION_AUTO_ADD_GROUPS_BY_RAW_CONTACT_ID =
419               RawContactsColumns.CONCRETE_ID + "=? AND "
420                       + GroupsColumns.CONCRETE_ACCOUNT_NAME + "="
421                       + RawContactsColumns.CONCRETE_ACCOUNT_NAME + " AND "
422                       + GroupsColumns.CONCRETE_ACCOUNT_TYPE + "="
423                       + RawContactsColumns.CONCRETE_ACCOUNT_TYPE + " AND ("
424                       + GroupsColumns.CONCRETE_DATA_SET + "="
425                       + RawContactsColumns.CONCRETE_DATA_SET + " OR "
426                       + GroupsColumns.CONCRETE_DATA_SET + " IS NULL AND "
427                       + RawContactsColumns.CONCRETE_DATA_SET + " IS NULL)"
428                       + " AND " + Groups.AUTO_ADD + " != 0";
429
430       private static final String[] PROJECTION_GROUP_ID
431               = new String[]{Tables.GROUPS + "." + Groups._ID};
432
433       private static final String SELECTION_GROUPMEMBERSHIP_DATA = DataColumns.MIMETYPE_ID + "=?
      "
434               + "AND " + GroupMembership.GROUP_ROW_ID + "=?"
435               + "AND " + GroupMembership.RAW_CONTACT_ID + "=?";
436
437       private static final String SELECTION_STARRED_FROM_RAW_CONTACTS =
438               "SELECT " + RawContacts.STARRED
439                       + " FROM " + Tables.RAW_CONTACTS + " WHERE " + RawContacts._ID + "=?";
440
441       private interface DataContactsQuery {
442           public static final String TABLE = "data "
443                   + "JOIN raw_contacts ON (data.raw_contact_id = raw_contacts._id) "
444                   + "JOIN contacts ON (raw_contacts.contact_id = contacts._id)";
445
446           public static final String[] PROJECTION = new String[] {
447               RawContactsColumns.CONCRETE_ID,
448               RawContactsColumns.CONCRETE_ACCOUNT_TYPE,
449               RawContactsColumns.CONCRETE_ACCOUNT_NAME,
450               RawContactsColumns.CONCRETE_DATA_SET,
451               DataColumns.CONCRETE_ID,
452               ContactsColumns.CONCRETE_ID
453           };
454
455           public static final int RAW_CONTACT_ID = 0;
456           public static final int ACCOUNT_TYPE = 1;
457           public static final int ACCOUNT_NAME = 2;
458           public static final int DATA_SET = 3;
459           public static final int DATA_ID = 4;
460           public static final int CONTACT_ID = 5;
461       }
462
463       interface RawContactsQuery {
464           String TABLE = Tables.RAW_CONTACTS;
465
466           String[] COLUMNS = new String[] {
467                   RawContacts.DELETED,
468                   RawContacts.ACCOUNT_TYPE,
469                   RawContacts.ACCOUNT_NAME,
470                   RawContacts.DATA_SET,
471           };
472
473           int DELETED = 0;
474           int ACCOUNT_TYPE = 1;
475           int ACCOUNT_NAME = 2;
476           int DATA_SET = 3;
477       }
478
479       public static final String DEFAULT_ACCOUNT_TYPE = "com.google";
480
481       /** Sql where statement for filtering on groups. */
482       private static final String CONTACTS_IN_GROUP_SELECT =
483               Contacts._ID + " IN "
484                       + "(SELECT " + RawContacts.CONTACT_ID
```

```
485                        + " WHERE " + RawContactsColumns.CONCRETE_ID + " IN "
486                        + "(SELECT " + DataColumns.CONCRETE_RAW_CONTACT_ID
487                        + " FROM " + Tables.DATA_JOIN_MIMETYPES
488                        + " WHERE " + DataColumns.MIMETYPE_ID + "=?"
489                                + " AND " + GroupMembership.GROUP_ROW_ID + "="
490                                + "(SELECT " + Tables.GROUPS + "." + Groups._ID
491                                + " FROM " + Tables.GROUPS
492                                + " WHERE " + Groups.TITLE + "=?)))";
493
494
495     /** Sql for updating DIRTY flag on multiple raw contacts */
496     private static final String UPDATE_RAW_CONTACT_SET_DIRTY_SQL =
497             "UPDATE " + Tables.RAW_CONTACTS +
498             " SET " + RawContacts.DIRTY + "=1" +
499             " WHERE " + RawContacts._ID + " IN (";
500
501     /** Sql for updating VERSION on multiple raw contacts */
502     private static final String UPDATE_RAW_CONTACT_SET_VERSION_SQL =
503             "UPDATE " + Tables.RAW_CONTACTS +
504             " SET " + RawContacts.VERSION + " = " + RawContacts.VERSION + " + 1" +
505             " WHERE " + RawContacts._ID + " IN (";
506
507     // Current contacts - those contacted within the last 3 days (in seconds)
508     private static final long EMAIL_FILTER_CURRENT = 3 * 24 * 60 * 60;
509
510     // Recent contacts - those contacted within the last 30 days (in seconds)
511     private static final long EMAIL_FILTER_RECENT = 30 * 24 * 60 * 60;
512
513     private static final String TIME_SINCE_LAST_USED =
514             "(strftime('%s', 'now') - " + DataUsageStatColumns.LAST_TIME_USED + " / 1000)";
515
516     /*
517      * Sorting order for email address suggestions: first starred, then the rest.
518      * second in_visible_group, then the rest.
519      * Within the four (starred/unstarred, in_visible_group/not-in-visible_group) groups
520      * - three buckets: very recently contacted, then fairly
521      * recently contacted, then the rest. Within each of the bucket - descending count
522      * of times contacted (both for data row and for contact row). If all else fails, alphabet
ical.
523      * (Super)primary email address is returned before other addresses for the same contact.
524      */
525     private static final String EMAIL_FILTER_SORT_ORDER =
526             Contacts.STARRED + " DESC, "
527             + Contacts.IN_VISIBLE_GROUP + " DESC, "
528             + "(CASE WHEN " + TIME_SINCE_LAST_USED + " < " + EMAIL_FILTER_CURRENT
529             + " THEN 0 "
530                     + " WHEN " + TIME_SINCE_LAST_USED + " < " + EMAIL_FILTER_RECENT
531             + " THEN 1 "
532             + " ELSE 2 END), "
533             + DataUsageStatColumns.TIMES_USED + " DESC, "
534             + Contacts.DISPLAY_NAME + ", "
535             + Data.CONTACT_ID + ", "
536             + Data.IS_SUPER_PRIMARY + " DESC, "
537             + Data.IS_PRIMARY + " DESC";
538
539     /** Currently same as {@link #EMAIL_FILTER_SORT_ORDER} */
540     private static final String PHONE_FILTER_SORT_ORDER = EMAIL_FILTER_SORT_ORDER;
541
542     /** Name lookup types used for contact filtering */
543     private static final String CONTACT_LOOKUP_NAME_TYPES =
544             NameLookupType.NAME_COLLATION_KEY + "," +
545             NameLookupType.EMAIL_BASED_NICKNAME + "," +
546             NameLookupType.NICKNAME;
547
548     /**
549      * If any of these columns are used in a Data projection, there is no point in
550      * using the DISTINCT keyword, which can negatively affect performance.
551      */
552     private static final String[] DISTINCT_DATA_PROHIBITING_COLUMNS = {
553             Data._ID,
554             Data.RAW_CONTACT_ID,
555             Data.NAME_RAW_CONTACT_ID,
556             RawContacts.ACCOUNT_NAME,
557             RawContacts.ACCOUNT_TYPE,
558             RawContacts.DATA_SET,
559             RawContacts.ACCOUNT_TYPE_AND_DATA_SET,
560             RawContacts.DIRTY,
561             RawContacts.NAME_VERIFIED,
562             RawContacts.SOURCE_ID,
563             RawContacts.VERSION,
564     };
565
```

```
566        private static final ProjectionMap sContactsColumns = ProjectionMap.builder()
567                .add(Contacts.CUSTOM_RINGTONE)
568                .add(Contacts.DISPLAY_NAME)
569                .add(Contacts.DISPLAY_NAME_ALTERNATIVE)
570                .add(Contacts.DISPLAY_NAME_SOURCE)
571                .add(Contacts.IN_VISIBLE_GROUP)
572                .add(Contacts.LAST_TIME_CONTACTED)
573                .add(Contacts.LOOKUP_KEY)
574                .add(Contacts.PHONETIC_NAME)
575                .add(Contacts.PHONETIC_NAME_STYLE)
576                .add(Contacts.PHOTO_ID)
577                .add(Contacts.PHOTO_FILE_ID)
578                .add(Contacts.PHOTO_URI)
579                .add(Contacts.PHOTO_THUMBNAIL_URI)
580                .add(Contacts.SEND_TO_VOICEMAIL)
581                .add(Contacts.SORT_KEY_ALTERNATIVE)
582                .add(Contacts.SORT_KEY_PRIMARY)
583                .add(Contacts.STARRED)
584                .add(Contacts.TIMES_CONTACTED)
585                .add(Contacts.HAS_PHONE_NUMBER)
586                .build();
587
588        private static final ProjectionMap sContactsPresenceColumns = ProjectionMap.builder()
589                .add(Contacts.CONTACT_PRESENCE,
590                        Tables.AGGREGATED_PRESENCE + "." + StatusUpdates.PRESENCE)
591                .add(Contacts.CONTACT_CHAT_CAPABILITY,
592                        Tables.AGGREGATED_PRESENCE + "." + StatusUpdates.CHAT_CAPABILITY)
593                .add(Contacts.CONTACT_STATUS,
594                        ContactsStatusUpdatesColumns.CONCRETE_STATUS)
595                .add(Contacts.CONTACT_STATUS_TIMESTAMP,
596                        ContactsStatusUpdatesColumns.CONCRETE_STATUS_TIMESTAMP)
597                .add(Contacts.CONTACT_STATUS_RES_PACKAGE,
598                        ContactsStatusUpdatesColumns.CONCRETE_STATUS_RES_PACKAGE)
599                .add(Contacts.CONTACT_STATUS_LABEL,
600                        ContactsStatusUpdatesColumns.CONCRETE_STATUS_LABEL)
601                .add(Contacts.CONTACT_STATUS_ICON,
602                        ContactsStatusUpdatesColumns.CONCRETE_STATUS_ICON)
603                .build();
604
605        private static final ProjectionMap sSnippetColumns = ProjectionMap.builder()
606                .add(SearchSnippetColumns.SNIPPET)
607                .build();
608
609        private static final ProjectionMap sRawContactColumns = ProjectionMap.builder()
610                .add(RawContacts.ACCOUNT_NAME)
611                .add(RawContacts.ACCOUNT_TYPE)
612                .add(RawContacts.DATA_SET)
613                .add(RawContacts.ACCOUNT_TYPE_AND_DATA_SET)
614                .add(RawContacts.DIRTY)
615                .add(RawContacts.NAME_VERIFIED)
616                .add(RawContacts.SOURCE_ID)
617                .add(RawContacts.VERSION)
618                .build();
619
620        private static final ProjectionMap sRawContactSyncColumns = ProjectionMap.builder()
621                .add(RawContacts.SYNC1)
622                .add(RawContacts.SYNC2)
623                .add(RawContacts.SYNC3)
624                .add(RawContacts.SYNC4)
625                .build();
626
627        private static final ProjectionMap sDataColumns = ProjectionMap.builder()
628                .add(Data.DATA1)
629                .add(Data.DATA2)
630                .add(Data.DATA3)
631                .add(Data.DATA4)
632                .add(Data.DATA5)
633                .add(Data.DATA6)
634                .add(Data.DATA7)
635                .add(Data.DATA8)
636                .add(Data.DATA9)
637                .add(Data.DATA10)
638                .add(Data.DATA11)
639                .add(Data.DATA12)
640                .add(Data.DATA13)
641                .add(Data.DATA14)
642                .add(Data.DATA15)
643                .add(Data.DATA_VERSION)
644                .add(Data.IS_PRIMARY)
645                .add(Data.IS_SUPER_PRIMARY)
646                .add(Data.MIMETYPE)
647                .add(Data.RES_PACKAGE)
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 10 of 101

```
648                    .add(Data.SYNC2)
649                    .add(Data.SYNC3)
650                    .add(Data.SYNC4)
651                    .add(GroupMembership.GROUP_SOURCE_ID)
652                    .build();
653
654
655     private static final ProjectionMap sContactPresenceColumns = ProjectionMap.builder()
656                    .add(Contacts.CONTACT_PRESENCE,
657                            Tables.AGGREGATED_PRESENCE + '.' + StatusUpdates.PRESENCE)
658                    .add(Contacts.CONTACT_CHAT_CAPABILITY,
659                            Tables.AGGREGATED_PRESENCE + '.' + StatusUpdates.CHAT_CAPABILITY)
660                    .add(Contacts.CONTACT_STATUS,
661                            ContactsStatusUpdatesColumns.CONCRETE_STATUS)
662                    .add(Contacts.CONTACT_STATUS_TIMESTAMP,
663                            ContactsStatusUpdatesColumns.CONCRETE_STATUS_TIMESTAMP)
664                    .add(Contacts.CONTACT_STATUS_RES_PACKAGE,
665                            ContactsStatusUpdatesColumns.CONCRETE_STATUS_RES_PACKAGE)
666                    .add(Contacts.CONTACT_STATUS_LABEL,
667                            ContactsStatusUpdatesColumns.CONCRETE_STATUS_LABEL)
668                    .add(Contacts.CONTACT_STATUS_ICON,
669                            ContactsStatusUpdatesColumns.CONCRETE_STATUS_ICON)
670                    .build();
671
672     private static final ProjectionMap sDataPresenceColumns = ProjectionMap.builder()
673                    .add(Data.PRESENCE, Tables.PRESENCE + "." + StatusUpdates.PRESENCE)
674                    .add(Data.CHAT_CAPABILITY, Tables.PRESENCE + "." + StatusUpdates.CHAT_CAPABILITY)
675                    .add(Data.STATUS, StatusUpdatesColumns.CONCRETE_STATUS)
676                    .add(Data.STATUS_TIMESTAMP, StatusUpdatesColumns.CONCRETE_STATUS_TIMESTAMP)
677                    .add(Data.STATUS_RES_PACKAGE, StatusUpdatesColumns.CONCRETE_STATUS_RES_PACKAGE)
678                    .add(Data.STATUS_LABEL, StatusUpdatesColumns.CONCRETE_STATUS_LABEL)
679                    .add(Data.STATUS_ICON, StatusUpdatesColumns.CONCRETE_STATUS_ICON)
680                    .build();
681
682     /** Contains just BaseColumns._COUNT */
683     private static final ProjectionMap sCountProjectionMap = ProjectionMap.builder()
684                    .add(BaseColumns._COUNT, "COUNT(*)")
685                    .build();
686
687     /** Contains just the contacts columns */
688     private static final ProjectionMap sContactsProjectionMap = ProjectionMap.builder()
689                    .add(Contacts._ID)
690                    .add(Contacts.HAS_PHONE_NUMBER)
691                    .add(Contacts.NAME_RAW_CONTACT_ID)
692                    .add(Contacts.IS_USER_PROFILE)
693                    .addAll(sContactsColumns)
694                    .addAll(sContactsPresenceColumns)
695                    .build();
696
697     /** Contains just the contacts columns */
698     private static final ProjectionMap sContactsProjectionWithSnippetMap = ProjectionMap.build
   er()
699                    .addAll(sContactsProjectionMap)
700                    .addAll(sSnippetColumns)
701                    .build();
702
703     /** Used for pushing starred contacts to the top of a times contacted list **/
704     private static final ProjectionMap sStrequentStarredProjectionMap = ProjectionMap.builder(
   )
705                    .addAll(sContactsProjectionMap)
706                    .add(TIMES_USED_SORT_COLUMN, String.valueOf(Long.MAX_VALUE))
707                    .build();
708
709     private static final ProjectionMap sStrequentFrequentProjectionMap = ProjectionMap.builder
   ()
710                    .addAll(sContactsProjectionMap)
711                    .add(TIMES_USED_SORT_COLUMN, "SUM(" + DataUsageStatColumns.CONCRETE_TIMES_USED +
   ")")
712                    .build();
713
714     /**
715      * Used for Strequent Uri with {@link ContactsContract#STREQUENT_PHONE_ONLY}, which allows
716      * users to obtain part of Data columns. Right now Starred part just returns NULL for
717      * those data columns (frequent part should return real ones in data table).
718      **/
719     private static final ProjectionMap sStrequentPhoneOnlyStarredProjectionMap
720                    = ProjectionMap.builder()
721                    .addAll(sContactsProjectionMap)
722                    .add(TIMES_USED_SORT_COLUMN, String.valueOf(Long.MAX_VALUE))
723                    .add(Phone.NUMBER, "NULL")
724                    .add(Phone.TYPE, "NULL")
725                    .add(Phone.LABEL, "NULL")
```

```
726
727
728        /**
729         * Used for Strequent Uri with {@link ContactsContract#STREQUENT_PHONE_ONLY}, which allows
730         * users to obtain part of Data columns. We hard-code {@link Contacts#IS_USER_PROFILE} to
     NULL,
731         * because sContactsProjectionMap specifies a field that doesn't exist in the view behind
     the
732         * query that uses this projection map.
733         **/
734        private static final ProjectionMap sStrequentPhoneOnlyFrequentProjectionMap
735                = ProjectionMap.builder()
736                .addAll(sContactsProjectionMap)
737                .add(TIMES_USED_SORT_COLUMN, DataUsageStatColumns.CONCRETE_TIMES_USED)
738                .add(Phone.NUMBER)
739                .add(Phone.TYPE)
740                .add(Phone.LABEL)
741                .add(Contacts.IS_USER_PROFILE, "NULL")
742                .build();
743
744        /** Contains just the contacts vCard columns */
745        private static final ProjectionMap sContactsVCardProjectionMap = ProjectionMap.builder()
746                .add(Contacts._ID)
747                .add(OpenableColumns.DISPLAY_NAME, Contacts.DISPLAY_NAME + " || '.vcf'")
748                .add(OpenableColumns.SIZE, "NULL")
749                .build();
750
751        /** Contains just the raw contacts columns */
752        private static final ProjectionMap sRawContactsProjectionMap = ProjectionMap.builder()
753                .add(RawContacts._ID)
754                .add(RawContacts.CONTACT_ID)
755                .add(RawContacts.DELETED)
756                .add(RawContacts.DISPLAY_NAME_PRIMARY)
757                .add(RawContacts.DISPLAY_NAME_ALTERNATIVE)
758                .add(RawContacts.DISPLAY_NAME_SOURCE)
759                .add(RawContacts.PHONETIC_NAME)
760                .add(RawContacts.PHONETIC_NAME_STYLE)
761                .add(RawContacts.SORT_KEY_PRIMARY)
762                .add(RawContacts.SORT_KEY_ALTERNATIVE)
763                .add(RawContacts.TIMES_CONTACTED)
764                .add(RawContacts.LAST_TIME_CONTACTED)
765                .add(RawContacts.CUSTOM_RINGTONE)
766                .add(RawContacts.SEND_TO_VOICEMAIL)
767                .add(RawContacts.STARRED)
768                .add(RawContacts.AGGREGATION_MODE)
769                .add(RawContacts.RAW_CONTACT_IS_USER_PROFILE)
770                .addAll(sRawContactColumns)
771                .addAll(sRawContactSyncColumns)
772                .build();
773
774        /** Contains the columns from the raw entity view*/
775        private static final ProjectionMap sRawEntityProjectionMap = ProjectionMap.builder()
776                .add(RawContacts._ID)
777                .add(RawContacts.CONTACT_ID)
778                .add(RawContacts.Entity.DATA_ID)
779                .add(RawContacts.DELETED)
780                .add(RawContacts.STARRED)
781                .add(RawContacts.RAW_CONTACT_IS_USER_PROFILE)
782                .addAll(sRawContactColumns)
783                .addAll(sRawContactSyncColumns)
784                .addAll(sDataColumns)
785                .build();
786
787        /** Contains the columns from the contact entity view*/
788        private static final ProjectionMap sEntityProjectionMap = ProjectionMap.builder()
789                .add(Contacts.Entity._ID)
790                .add(Contacts.Entity.CONTACT_ID)
791                .add(Contacts.Entity.RAW_CONTACT_ID)
792                .add(Contacts.Entity.DATA_ID)
793                .add(Contacts.Entity.NAME_RAW_CONTACT_ID)
794                .add(Contacts.Entity.DELETED)
795                .add(Contacts.IS_USER_PROFILE)
796                .addAll(sContactsColumns)
797                .addAll(sContactPresenceColumns)
798                .addAll(sRawContactColumns)
799                .addAll(sRawContactSyncColumns)
800                .addAll(sDataColumns)
801                .addAll(sDataPresenceColumns)
802                .build();
803
804        /** Contains columns from the data view */
805        private static final ProjectionMap sDataProjectionMap = ProjectionMap.builder()
```

Case 5:12-cv-00630-LHK    Document 117-8    Filed 04/23/12    Page 12 of 101

```
806                     .add(Data.RAW_CONTACT_ID)
807                     .add(Data.CONTACT_ID)
808                     .add(Data.NAME_RAW_CONTACT_ID)
809                     .add(RawContacts.RAW_CONTACT_IS_USER_PROFILE)
810                     .addAll(sDataColumns)
811                     .addAll(sDataPresenceColumns)
812                     .addAll(sRawContactColumns)
813                     .addAll(sContactsColumns)
814                     .addAll(sContactPresenceColumns)
815                     .build();
816
817
818         /** Contains columns from the data view */
819         private static final ProjectionMap sDistinctDataProjectionMap = ProjectionMap.builder()
820                     .add(Data._ID, "MIN(" + Data._ID + ")")
821                     .add(RawContacts.CONTACT_ID)
822                     .add(RawContacts.RAW_CONTACT_IS_USER_PROFILE)
823                     .addAll(sDataColumns)
824                     .addAll(sDataPresenceColumns)
825                     .addAll(sContactsColumns)
826                     .addAll(sContactPresenceColumns)
827                     .build();
828
829         /** Contains the data and contacts columns, for joined tables */
830         private static final ProjectionMap sPhoneLookupProjectionMap = ProjectionMap.builder()
831                     .add(PhoneLookup._ID, "contacts_view." + Contacts._ID)
832                     .add(PhoneLookup.LOOKUP_KEY, "contacts_view." + Contacts.LOOKUP_KEY)
833                     .add(PhoneLookup.DISPLAY_NAME, "contacts_view." + Contacts.DISPLAY_NAME)
834                     .add(PhoneLookup.LAST_TIME_CONTACTED, "contacts_view." + Contacts.LAST_TIME_CONTACTED)
835                     .add(PhoneLookup.TIMES_CONTACTED, "contacts_view." + Contacts.TIMES_CONTACTED)
836                     .add(PhoneLookup.STARRED, "contacts_view." + Contacts.STARRED)
837                     .add(PhoneLookup.IN_VISIBLE_GROUP, "contacts_view." + Contacts.IN_VISIBLE_GROUP)
838                     .add(PhoneLookup.PHOTO_ID, "contacts_view." + Contacts.PHOTO_ID)
839                     .add(PhoneLookup.PHOTO_URI, "contacts_view." + Contacts.PHOTO_URI)
840                     .add(PhoneLookup.PHOTO_THUMBNAIL_URI, "contacts_view." + Contacts.PHOTO_THUMBNAIL_URI)
841                     .add(PhoneLookup.CUSTOM_RINGTONE, "contacts_view." + Contacts.CUSTOM_RINGTONE)
842                     .add(PhoneLookup.HAS_PHONE_NUMBER, "contacts_view." + Contacts.HAS_PHONE_NUMBER)
843                     .add(PhoneLookup.SEND_TO_VOICEMAIL, "contacts_view." + Contacts.SEND_TO_VOICEMAIL)
844                     .add(PhoneLookup.NUMBER, Phone.NUMBER)
845                     .add(PhoneLookup.TYPE, Phone.TYPE)
846                     .add(PhoneLookup.LABEL, Phone.LABEL)
847                     .add(PhoneLookup.NORMALIZED_NUMBER, Phone.NORMALIZED_NUMBER)
848                     .build();
849
850         /** Contains the just the {@link Groups} columns */
851         private static final ProjectionMap sGroupsProjectionMap = ProjectionMap.builder()
852                     .add(Groups._ID)
853                     .add(Groups.ACCOUNT_NAME)
854                     .add(Groups.ACCOUNT_TYPE)
855                     .add(Groups.DATA_SET)
856                     .add(Groups.ACCOUNT_TYPE_AND_DATA_SET)
857                     .add(Groups.SOURCE_ID)
858                     .add(Groups.DIRTY)
859                     .add(Groups.VERSION)
860                     .add(Groups.RES_PACKAGE)
861                     .add(Groups.TITLE)
862                     .add(Groups.TITLE_RES)
863                     .add(Groups.GROUP_VISIBLE)
864                     .add(Groups.SYSTEM_ID)
865                     .add(Groups.DELETED)
866                     .add(Groups.NOTES)
867                     .add(Groups.SHOULD_SYNC)
868                     .add(Groups.FAVORITES)
869                     .add(Groups.AUTO_ADD)
870                     .add(Groups.GROUP_IS_READ_ONLY)
871                     .add(Groups.SYNC1)
872                     .add(Groups.SYNC2)
873                     .add(Groups.SYNC3)
874                     .add(Groups.SYNC4)
875                     .build();
876
877         /** Contains {@link Groups} columns along with summary details */
878         private static final ProjectionMap sGroupsSummaryProjectionMap = ProjectionMap.builder()
879                     .addAll(sGroupsProjectionMap)
880                     .add(Groups.SUMMARY_COUNT,
881                             "(SELECT COUNT(" + ContactsColumns.CONCRETE_ID + ") FROM "
882                             + Tables.CONTACTS_JOIN_RAW_CONTACTS_DATA_FILTERED_BY_GROUPMEMBERSHIP
883                             + ")")
884                     .add(Groups.SUMMARY_WITH_PHONES,
885                             "(SELECT COUNT(" + ContactsColumns.CONCRETE_ID + ") FROM "
886                             + Tables.CONTACTS_JOIN_RAW_CONTACTS_DATA_FILTERED_BY_GROUPMEMBERSHIP
887                             + " WHERE " + Contacts.HAS_PHONE_NUMBER + ")")
```

```
888
889
890         // This is only exposed as hidden API for the contacts app, so we can be very specific in
891         // the filtering
892         private static final ProjectionMap sGroupsSummaryProjectionMapWithGroupCountPerAccount =
893                 ProjectionMap.builder()
894                 .addAll(sGroupsSummaryProjectionMap)
895                 .add(Groups.SUMMARY_GROUP_COUNT_PER_ACCOUNT,
896                     "(SELECT COUNT(*) FROM " + Views.GROUPS + " WHERE "
897                         + "(" + Groups.ACCOUNT_NAME + "="
898                             + GroupsColumns.CONCRETE_ACCOUNT_NAME
899                         + " AND "
900                         + Groups.ACCOUNT_TYPE + "=" + GroupsColumns.CONCRETE_ACCOUNT_TYPE
901                         + " AND "
902                         + Groups.DELETED + "=0 AND "
903                         + Groups.FAVORITES + "=0 AND "
904                         + Groups.AUTO_ADD + "=0"
905                     + ")"
906                     + " GROUP BY "
907                         + Groups.ACCOUNT_NAME + "." + Groups.ACCOUNT_TYPE
908                     + ")")
909                 .build();
910
911         /** Contains the agg_exceptions columns */
912         private static final ProjectionMap sAggregationExceptionsProjectionMap = ProjectionMap.bui
lder()
913                 .add(AggregationExceptionColumns._ID, Tables.AGGREGATION_EXCEPTIONS + "._id")
914                 .add(AggregationExceptions.TYPE)
915                 .add(AggregationExceptions.RAW_CONTACT_ID1)
916                 .add(AggregationExceptions.RAW_CONTACT_ID2)
917                 .build();
918
919         /** Contains the agg_exceptions columns */
920         private static final ProjectionMap sSettingsProjectionMap = ProjectionMap.builder()
921                 .add(Settings.ACCOUNT_NAME)
922                 .add(Settings.ACCOUNT_TYPE)
923                 .add(Settings.DATA_SET)
924                 .add(Settings.UNGROUPED_VISIBLE)
925                 .add(Settings.SHOULD_SYNC)
926                 .add(Settings.ANY_UNSYNCED,
927                     "(CASE WHEN MIN(" + Settings.SHOULD_SYNC
928                     + ",(SELECT "
929                         + "(CASE WHEN MIN(" + Groups.SHOULD_SYNC + ") IS NULL"
930                         + " THEN 1"
931                         + " ELSE MIN(" + Groups.SHOULD_SYNC + ")"
932                         + " END)"
933                     + " FROM " + Tables.GROUPS
934                     + " WHERE " + GroupsColumns.CONCRETE_ACCOUNT_NAME + "="
935                         + SettingsColumns.CONCRETE_ACCOUNT_NAME
936                     + " AND " + GroupsColumns.CONCRETE_ACCOUNT_TYPE + "="
937                         + SettingsColumns.CONCRETE_ACCOUNT_TYPE
938                     + " AND ((" + GroupsColumns.CONCRETE_DATA_SET + " IS NULL AND "
939                         + SettingsColumns.CONCRETE_DATA_SET + " IS NULL) OR ("
940                         + GroupsColumns.CONCRETE_DATA_SET + "="
941                         + SettingsColumns.CONCRETE_DATA_SET + ")))=0"
942                     + " THEN 1"
943                     + " ELSE 0"
944                     + " END)")
945                 .add(Settings.UNGROUPED_COUNT,
946                     "(SELECT COUNT(*)"
947                     + " FROM (SELECT 1"
948                         + " FROM " + Tables.SETTINGS_JOIN_RAW_CONTACTS_DATA_MIMETYPES_CONT
ACTS
949                         + " GROUP BY " + Clauses.GROUP_BY_ACCOUNT_CONTACT_ID
950                         + " HAVING " + Clauses.HAVING_NO_GROUPS
951                     + "))")
952                 .add(Settings.UNGROUPED_WITH_PHONES,
953                     "(SELECT COUNT(*)"
954                     + " FROM (SELECT 1"
955                         + " FROM " + Tables.SETTINGS_JOIN_RAW_CONTACTS_DATA_MIMETYPES_CONT
ACTS
956                         + " WHERE " + Contacts.HAS_PHONE_NUMBER
957                         + " GROUP BY " + Clauses.GROUP_BY_ACCOUNT_CONTACT_ID
958                         + " HAVING " + Clauses.HAVING_NO_GROUPS
959                     + "))")
960                 .build();
961
962         /** Contains StatusUpdates columns */
963         private static final ProjectionMap sStatusUpdatesProjectionMap = ProjectionMap.builder()
964                 .add(PresenceColumns.RAW_CONTACT_ID)
965                 .add(StatusUpdates.DATA_ID, DataColumns.CONCRETE_ID)
966                 .add(StatusUpdates.IM_ACCOUNT)
```

```
967                     .add(StatusUpdates.PROTOCOL)
968                     // We cannot allow a null in the custom protocol field, because SQLite3 does not
969                     // properly enforce uniqueness of null values
970                     .add(StatusUpdates.CUSTOM_PROTOCOL,
971                         "(CASE WHEN " + StatusUpdates.CUSTOM_PROTOCOL + "=''"
972                         + " THEN NULL"
973                         + " ELSE " + StatusUpdates.CUSTOM_PROTOCOL + " END)")
974                     .add(StatusUpdates.PRESENCE)
975                     .add(StatusUpdates.CHAT_CAPABILITY)
976                     .add(StatusUpdates.STATUS)
977                     .add(StatusUpdates.STATUS_TIMESTAMP)
978                     .add(StatusUpdates.STATUS_RES_PACKAGE)
979                     .add(StatusUpdates.STATUS_ICON)
980                     .add(StatusUpdates.STATUS_LABEL)
981                     .build();
982
983         /** Contains StreamItems columns */
984         private static final ProjectionMap sStreamItemsProjectionMap = ProjectionMap.builder()
985                     .add(StreamItems._ID)
986                     .add(StreamItems.CONTACT_ID)
987                     .add(StreamItems.CONTACT_LOOKUP_KEY)
988                     .add(StreamItems.ACCOUNT_NAME)
989                     .add(StreamItems.ACCOUNT_TYPE)
990                     .add(StreamItems.DATA_SET)
991                     .add(StreamItems.RAW_CONTACT_ID)
992                     .add(StreamItems.RAW_CONTACT_SOURCE_ID)
993                     .add(StreamItems.RES_PACKAGE)
994                     .add(StreamItems.RES_ICON)
995                     .add(StreamItems.RES_LABEL)
996                     .add(StreamItems.TEXT)
997                     .add(StreamItems.TIMESTAMP)
998                     .add(StreamItems.COMMENTS)
999                     .add(StreamItems.SYNC1)
1000                    .add(StreamItems.SYNC2)
1001                    .add(StreamItems.SYNC3)
1002                    .add(StreamItems.SYNC4)
1003                    .build();
1004
1005        private static final ProjectionMap sStreamItemPhotosProjectionMap = ProjectionMap.builder(
1006    )
1007                    .add(StreamItemPhotos._ID, StreamItemPhotosColumns.CONCRETE_ID)
1008                    .add(StreamItems.RAW_CONTACT_ID)
1009                    .add(StreamItems.RAW_CONTACT_SOURCE_ID, RawContactsColumns.CONCRETE_SOURCE_ID)
1010                    .add(StreamItemPhotos.STREAM_ITEM_ID)
1011                    .add(StreamItemPhotos.SORT_INDEX)
1012                    .add(StreamItemPhotos.PHOTO_FILE_ID)
1013                    .add(StreamItemPhotos.PHOTO_URI,
1014                        "'" + DisplayPhoto.CONTENT_URI + "'||'/'||" + StreamItemPhotos.PHOTO_FILE_ID)
1015                    .add(PhotoFiles.HEIGHT)
1016                    .add(PhotoFiles.WIDTH)
1017                    .add(PhotoFiles.FILESIZE)
1018                    .add(StreamItemPhotos.SYNC1)
1019                    .add(StreamItemPhotos.SYNC2)
1020                    .add(StreamItemPhotos.SYNC3)
1021                    .add(StreamItemPhotos.SYNC4)
1022                    .build();
1023
1024        /** Contains Live Folders columns */
1025        private static final ProjectionMap sLiveFoldersProjectionMap = ProjectionMap.builder()
1026                    .add(LiveFolders._ID, Contacts._ID)
1027                    .add(LiveFolders.NAME, Contacts.DISPLAY_NAME)
1028                    // TODO: Put contact photo back when we have a way to display a default icon
1029                    // for contacts without a photo
1030                    // .add(LiveFolders.ICON_BITMAP, Photos.DATA)
1031                    .build();
1032
1033        /** Contains {@link Directory} columns */
1034        private static final ProjectionMap sDirectoryProjectionMap = ProjectionMap.builder()
1035                    .add(Directory._ID)
1036                    .add(Directory.PACKAGE_NAME)
1037                    .add(Directory.TYPE_RESOURCE_ID)
1038                    .add(Directory.DISPLAY_NAME)
1039                    .add(Directory.DIRECTORY_AUTHORITY)
1040                    .add(Directory.ACCOUNT_TYPE)
1041                    .add(Directory.ACCOUNT_NAME)
1042                    .add(Directory.EXPORT_SUPPORT)
1043                    .add(Directory.SHORTCUT_SUPPORT)
1044                    .add(Directory.PHOTO_SUPPORT)
1045                    .build();
1046
1047        // where clause to update the status_updates table
```

Case 5:12-cv-00630-LHK Document 117-3 Filed 04/23/12 Page 15 of 101

```
1048    private static final String UPDATED_STATUS_WHERE_CLAUSE =
1049            StatusUpdatesColumns.DATA_ID + " IN(SELECT Distinct " + StatusUpdates.DATA_ID +
1050            " FROM " + Tables.STATUS_UPDATES + " LEFT OUTER JOIN " + Tables.PRESENCE +
1051            " ON " + StatusUpdatesColumns.DATA_ID + " = " + StatusUpdates.DATA_ID + " WHERE ";
1052
1053    private static final String[] EMPTY_STRING_ARRAY = new String[0];
1054
1055    /**
1056     * Notification ID for failure to import contacts.
1057     */
1058    private static final int LEGACY_IMPORT_FAILED_NOTIFICATION = 1;
1059
1060    private static final String DEFAULT_SNIPPET_ARG_START_MATCH = "[";
1061    private static final String DEFAULT_SNIPPET_ARG_END_MATCH = "]";
1062    private static final String DEFAULT_SNIPPET_ARG_ELLIPSIS = "…";
1063    private static final int DEFAULT_SNIPPET_ARG_MAX_TOKENS = -10;
1064
1065    private boolean sIsPhoneInitialized;
1066    private boolean sIsPhone;
1067
1068    private StringBuilder mSb = new StringBuilder();
1069    private String[] mSelectionArgs1 = new String[1];
1070    private String[] mSelectionArgs2 = new String[2];
1071    private ArrayList<String> mSelectionArgs = Lists.newArrayList();
1072
1073    private Account mAccount;
1074
1075    /**
1076     * Stores mapping from type Strings exposed via {@link DataUsageFeedback} to
1077     * type integers in {@link DataUsageStatColumns}.
1078     */
1079    private static final Map<String, Integer> sDataUsageTypeMap;
1080
1081    static {
1082        // Contacts URI matching table
1083        final UriMatcher matcher = sUriMatcher;
1084        matcher.addURI(ContactsContract.AUTHORITY, "contacts", CONTACTS);
1085        matcher.addURI(ContactsContract.AUTHORITY, "contacts/#", CONTACTS_ID);
1086        matcher.addURI(ContactsContract.AUTHORITY, "contacts/#/data", CONTACTS_ID_DATA);
1087        matcher.addURI(ContactsContract.AUTHORITY, "contacts/#/entities", CONTACTS_ID_ENTITIES);
1088        matcher.addURI(ContactsContract.AUTHORITY, "contacts/#/suggestions",
1089                AGGREGATION_SUGGESTIONS);
1090        matcher.addURI(ContactsContract.AUTHORITY, "contacts/#/suggestions/*",
1091                AGGREGATION_SUGGESTIONS);
1092        matcher.addURI(ContactsContract.AUTHORITY, "contacts/#/photo", CONTACTS_ID_PHOTO);
1093        matcher.addURI(ContactsContract.AUTHORITY, "contacts/#/display_photo",
1094                CONTACTS_ID_DISPLAY_PHOTO);
1095        matcher.addURI(ContactsContract.AUTHORITY, "contacts/#/stream_items",
1096                CONTACTS_ID_STREAM_ITEMS);
1097        matcher.addURI(ContactsContract.AUTHORITY, "contacts/filter", CONTACTS_FILTER);
1098        matcher.addURI(ContactsContract.AUTHORITY, "contacts/filter/*", CONTACTS_FILTER);
1099        matcher.addURI(ContactsContract.AUTHORITY, "contacts/lookup/*", CONTACTS_LOOKUP);
1100        matcher.addURI(ContactsContract.AUTHORITY, "contacts/lookup/*/data", CONTACTS_LOOKUP_DATA);
1101        matcher.addURI(ContactsContract.AUTHORITY, "contacts/lookup/*/photo",
1102                CONTACTS_LOOKUP_PHOTO);
1103        matcher.addURI(ContactsContract.AUTHORITY, "contacts/lookup/*/#", CONTACTS_LOOKUP_ID);
1104        matcher.addURI(ContactsContract.AUTHORITY, "contacts/lookup/*/#/data",
1105                CONTACTS_LOOKUP_ID_DATA);
1106        matcher.addURI(ContactsContract.AUTHORITY, "contacts/lookup/*/#/photo",
1107                CONTACTS_LOOKUP_ID_PHOTO);
1108        matcher.addURI(ContactsContract.AUTHORITY, "contacts/lookup/*/display_photo",
1109                CONTACTS_LOOKUP_DISPLAY_PHOTO);
1110        matcher.addURI(ContactsContract.AUTHORITY, "contacts/lookup/*/#/display_photo",
1111                CONTACTS_LOOKUP_ID_DISPLAY_PHOTO);
1112        matcher.addURI(ContactsContract.AUTHORITY, "contacts/lookup/*/entities",
1113                CONTACTS_LOOKUP_ENTITIES);
1114        matcher.addURI(ContactsContract.AUTHORITY, "contacts/lookup/*/#/entities",
1115                CONTACTS_LOOKUP_ID_ENTITIES);
1116        matcher.addURI(ContactsContract.AUTHORITY, "contacts/lookup/*/stream_items",
1117                CONTACTS_LOOKUP_STREAM_ITEMS);
1118        matcher.addURI(ContactsContract.AUTHORITY, "contacts/lookup/*/#/stream_items",
1119                CONTACTS_LOOKUP_ID_STREAM_ITEMS);
1120        matcher.addURI(ContactsContract.AUTHORITY, "contacts/as_vcard/*", CONTACTS_AS_VCARD);
1121        matcher.addURI(ContactsContract.AUTHORITY, "contacts/as_multi_vcard/*",
1122                CONTACTS_AS_MULTI_VCARD);
1123        matcher.addURI(ContactsContract.AUTHORITY, "contacts/strequent/", CONTACTS_STREQUENT);
1124        matcher.addURI(ContactsContract.AUTHORITY, "contacts/strequent/filter/*",
1125                CONTACTS_STREQUENT_FILTER);
1126        matcher.addURI(ContactsContract.AUTHORITY, "contacts/group/*", CONTACTS_GROUP);
1127        matcher.addURI(ContactsContract.AUTHORITY, "contacts/frequent", CONTACTS_FREQUENT);
1128
1129        matcher.addURI(ContactsContract.AUTHORITY, "raw_contacts", RAW_CONTACTS);
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 16 of 101

```
1130     ...
1131     matcher.addURI(ContactsContract.AUTHORITY, "raw_contacts/#/data", RAW_CONTACTS_DATA);
1132     matcher.addURI(ContactsContract.AUTHORITY, "raw_contacts/#/display_photo",
1133             RAW_CONTACTS_ID_DISPLAY_PHOTO);
1134     matcher.addURI(ContactsContract.AUTHORITY, "raw_contacts/#/entity", RAW_CONTACT_ENTITY_ID);
1135     matcher.addURI(ContactsContract.AUTHORITY, "raw_contacts/#/stream_items",
1136             RAW_CONTACTS_ID_STREAM_ITEMS);
1137     matcher.addURI(ContactsContract.AUTHORITY, "raw_contacts/#/stream_items/#",
1138             RAW_CONTACTS_ID_STREAM_ITEMS_ID);
1139
1140     matcher.addURI(ContactsContract.AUTHORITY, "raw_contact_entities", RAW_CONTACT_ENTITIES);
1141
1142     matcher.addURI(ContactsContract.AUTHORITY, "data", DATA);
1143     matcher.addURI(ContactsContract.AUTHORITY, "data/#", DATA_ID);
1144     matcher.addURI(ContactsContract.AUTHORITY, "data/phones", PHONES);
1145     matcher.addURI(ContactsContract.AUTHORITY, "data/phones/#", PHONES_ID);
1146     matcher.addURI(ContactsContract.AUTHORITY, "data/phones/filter", PHONES_FILTER);
1147     matcher.addURI(ContactsContract.AUTHORITY, "data/phones/filter/*", PHONES_FILTER);
1148     matcher.addURI(ContactsContract.AUTHORITY, "data/emails", EMAILS);
1149     matcher.addURI(ContactsContract.AUTHORITY, "data/emails/#", EMAILS_ID);
1150     matcher.addURI(ContactsContract.AUTHORITY, "data/emails/lookup", EMAILS_LOOKUP);
1151     matcher.addURI(ContactsContract.AUTHORITY, "data/emails/lookup/*", EMAILS_LOOKUP);
1152     matcher.addURI(ContactsContract.AUTHORITY, "data/emails/filter", EMAILS_FILTER);
1153     matcher.addURI(ContactsContract.AUTHORITY, "data/emails/filter/*", EMAILS_FILTER);
1154     matcher.addURI(ContactsContract.AUTHORITY, "data/postals", POSTALS);
1155     matcher.addURI(ContactsContract.AUTHORITY, "data/postals/#", POSTALS_ID);
1156     /** "*" is in CSV form with data ids ("123,456,789") */
1157     matcher.addURI(ContactsContract.AUTHORITY, "data/usagefeedback/*", DATA_USAGE_FEEDBACK_ID);
1158
1159     matcher.addURI(ContactsContract.AUTHORITY, "groups", GROUPS);
1160     matcher.addURI(ContactsContract.AUTHORITY, "groups/#", GROUPS_ID);
1161     matcher.addURI(ContactsContract.AUTHORITY, "groups_summary", GROUPS_SUMMARY);
1162
1163     matcher.addURI(ContactsContract.AUTHORITY, SyncStateContentProviderHelper.PATH, SYNCST
ATE);
1164     matcher.addURI(ContactsContract.AUTHORITY, SyncStateContentProviderHelper.PATH + "/#",
1165             SYNCSTATE_ID);
1166     matcher.addURI(ContactsContract.AUTHORITY, "profile/" + SyncStateContentProviderHelper.PA
TH,
1167             PROFILE_SYNCSTATE);
1168     matcher.addURI(ContactsContract.AUTHORITY,
1169             "profile/" + SyncStateContentProviderHelper.PATH + "/#",
1170             PROFILE_SYNCSTATE_ID);
1171
1172     matcher.addURI(ContactsContract.AUTHORITY, "phone_lookup/*", PHONE_LOOKUP);
1173     matcher.addURI(ContactsContract.AUTHORITY, "aggregation_exceptions",
1174             AGGREGATION_EXCEPTIONS);
1175     matcher.addURI(ContactsContract.AUTHORITY, "aggregation_exceptions/*",
1176             AGGREGATION_EXCEPTION_ID);
1177
1178     matcher.addURI(ContactsContract.AUTHORITY, "settings", SETTINGS);
1179
1180     matcher.addURI(ContactsContract.AUTHORITY, "status_updates", STATUS_UPDATES);
1181     matcher.addURI(ContactsContract.AUTHORITY, "status_updates/#", STATUS_UPDATES_ID);
1182
1183     matcher.addURI(ContactsContract.AUTHORITY, SearchManager.SUGGEST_URI_PATH_QUERY,
1184             SEARCH_SUGGESTIONS);
1185     matcher.addURI(ContactsContract.AUTHORITY, SearchManager.SUGGEST_URI_PATH_QUERY + "/*"
,
1186             SEARCH_SUGGESTIONS);
1187     matcher.addURI(ContactsContract.AUTHORITY, SearchManager.SUGGEST_URI_PATH_SHORTCUT + "
/*",
1188             SEARCH_SHORTCUT);
1189
1190     matcher.addURI(ContactsContract.AUTHORITY, "live_folders/contacts",
1191             LIVE_FOLDERS_CONTACTS);
1192     matcher.addURI(ContactsContract.AUTHORITY, "live_folders/contacts/*",
1193             LIVE_FOLDERS_CONTACTS_GROUP_NAME);
1194     matcher.addURI(ContactsContract.AUTHORITY, "live_folders/contacts_with_phones",
1195             LIVE_FOLDERS_CONTACTS_WITH_PHONES);
1196     matcher.addURI(ContactsContract.AUTHORITY, "live_folders/favorites",
1197             LIVE_FOLDERS_CONTACTS_FAVORITES);
1198
1199     matcher.addURI(ContactsContract.AUTHORITY, "provider_status", PROVIDER_STATUS);
1200
1201     matcher.addURI(ContactsContract.AUTHORITY, "directories", DIRECTORIES);
1202     matcher.addURI(ContactsContract.AUTHORITY, "directories/#", DIRECTORIES_ID);
1203
1204     matcher.addURI(ContactsContract.AUTHORITY, "complete_name", COMPLETE_NAME);
1205
1206     matcher.addURI(ContactsContract.AUTHORITY, "profile", PROFILE);
1207     matcher.addURI(ContactsContract.AUTHORITY, "profile/entities", PROFILE_ENTITIES);
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 17 of 101

```
1208            matcher.addURI(ContactsContract.AUTHORITY, "profile/data/#", PROFILE_DATA_ID);
1209            matcher.addURI(ContactsContract.AUTHORITY, "profile/photo", PROFILE_PHOTO);
1210            matcher.addURI(ContactsContract.AUTHORITY, "profile/display_photo", PROFILE_DISPLAY_PHOTO);
1211            matcher.addURI(ContactsContract.AUTHORITY, "profile/as_vcard", PROFILE_AS_VCARD);
1212            matcher.addURI(ContactsContract.AUTHORITY, "profile/raw_contacts", PROFILE_RAW_CONTACTS);
1213            matcher.addURI(ContactsContract.AUTHORITY, "profile/raw_contacts/#",
1214                    PROFILE_RAW_CONTACTS_ID);
1215            matcher.addURI(ContactsContract.AUTHORITY, "profile/raw_contacts/#/data",
1216                    PROFILE_RAW_CONTACTS_ID_DATA);
1217            matcher.addURI(ContactsContract.AUTHORITY, "profile/raw_contacts/#/entity",
1218                    PROFILE_RAW_CONTACTS_ID_ENTITIES);
1219            matcher.addURI(ContactsContract.AUTHORITY, "profile/status_updates",
1220                    PROFILE_STATUS_UPDATES);
1221            matcher.addURI(ContactsContract.AUTHORITY, "profile/raw_contact_entities",
1222                    PROFILE_RAW_CONTACT_ENTITIES);
1223
1224
1225            matcher.addURI(ContactsContract.AUTHORITY, "stream_items", STREAM_ITEMS);
1226            matcher.addURI(ContactsContract.AUTHORITY, "stream_items/photo", STREAM_ITEMS_PHOTOS);
1227            matcher.addURI(ContactsContract.AUTHORITY, "stream_items/#", STREAM_ITEMS_ID);
1228            matcher.addURI(ContactsContract.AUTHORITY, "stream_items/#/photo", STREAM_ITEMS_ID_PHOTOS);
1229            matcher.addURI(ContactsContract.AUTHORITY, "stream_items/#/photo/#",
1230                    STREAM_ITEMS_ID_PHOTOS_ID);
1231            matcher.addURI(ContactsContract.AUTHORITY, "stream_items_limit", STREAM_ITEMS_LIMIT);
1232
1233            matcher.addURI(ContactsContract.AUTHORITY, "display_photo/#", DISPLAY_PHOTO);
1234            matcher.addURI(ContactsContract.AUTHORITY, "photo_dimensions", PHOTO_DIMENSIONS);
1235
1236            HashMap<String, Integer> tmpTypeMap = new HashMap<String, Integer>();
1237            tmpTypeMap.put(DataUsageFeedback.USAGE_TYPE_CALL, DataUsageStatColumns.USAGE_TYPE_INT_
CALL);
1238            tmpTypeMap.put(DataUsageFeedback.USAGE_TYPE_LONG_TEXT,
1239                    DataUsageStatColumns.USAGE_TYPE_INT_LONG_TEXT);
1240            tmpTypeMap.put(DataUsageFeedback.USAGE_TYPE_SHORT_TEXT,
1241                    DataUsageStatColumns.USAGE_TYPE_INT_SHORT_TEXT);
1242            sDataUsageTypeMap = Collections.unmodifiableMap(tmpTypeMap);
1243        }
1244
1245        private static class DirectoryInfo {
1246            String authority;
1247            String accountName;
1248            String accountType;
1249        }
1250
1251        /**
1252         * Cached information about contact directories.
1253         */
1254        private HashMap<String, DirectoryInfo> mDirectoryCache = new HashMap<String, DirectoryInfo
>();
1255        private boolean mDirectoryCacheValid = false;
1256
1257        /**
1258         * An entry in group id cache. It maps the combination of (account type, account name, dat
a set,
1259         * and source id) to group row id.
1260         */
1261        public static class GroupIdCacheEntry {
1262            String accountType;
1263            String accountName;
1264            String dataSet;
1265            String sourceId;
1266            long groupId;
1267        }
1268
1269        // We don't need a soft cache for groups - the assumption is that there will only
1270        // be a small number of contact groups. The cache is keyed off source id.  The value
1271        // is a list of groups with this group id.
1272        private HashMap<String, ArrayList<GroupIdCacheEntry>> mGroupIdCache = Maps.newHashMap();
1273
1274        /**
1275         * Maximum dimension (height or width) of display photos.  Larger images will be scaled
1276         * to fit.
1277         */
1278        private int mMaxDisplayPhotoDim;
1279
1280        /**
1281         * Maximum dimension (height or width) of photo thumbnails.
1282         */
1283        private int mMaxThumbnailPhotoDim;
1284
1285        /**
1286         * Sub-provider for handling profile requests against the profile database.
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 18 of 101

```
1287        */  private ProfileProvider mProfileProvider;
1288
1289
1290        private NameSplitter mNameSplitter;
1291        private NameLookupBuilder mNameLookupBuilder;
1292
1293        private PostalSplitter mPostalSplitter;
1294
1295        private ContactDirectoryManager mContactDirectoryManager;
1296
1297        // The database tag to use for representing the contacts DB in contacts transactions.
1298        /* package */ static final String CONTACTS_DB_TAG = "contacts";
1299
1300        // The database tag to use for representing the profile DB in contacts transactions.
1301        /* package */ static final String PROFILE_DB_TAG = "profile";
1302
1303        /**
1304         * The active (thread-local) database.  This will be switched between a contacts-specific
1305         * database and a profile-specific database, depending on what the current operation is
1306         * targeted to.
1307         */
1308        private final ThreadLocal<SQLiteDatabase> mActiveDb = new ThreadLocal<SQLiteDatabase>();
1309
1310        /**
1311         * The thread-local holder of the active transaction.  Shared between this and the profile
1312         * provider, to keep transactions on both databases synchronized.
1313         */
1314        private final ThreadLocal<ContactsTransaction> mTransactionHolder =
1315                new ThreadLocal<ContactsTransaction>();
1316
1317        // This variable keeps track of whether the current operation is intended for the profile
DB.
1318        private final ThreadLocal<Boolean> mInProfileMode = new ThreadLocal<Boolean>();
1319
1320        // Separate data row handler instances for contact data and profile data.
1321        private HashMap<String, DataRowHandler> mDataRowHandlers;
1322        private HashMap<String, DataRowHandler> mProfileDataRowHandlers;
1323
1324        // Depending on whether the action being performed is for the profile, we will use one of
two
1325        // database helper instances.
1326        private final ThreadLocal<ContactsDatabaseHelper> mDbHelper =
1327                new ThreadLocal<ContactsDatabaseHelper>();
1328        private ContactsDatabaseHelper mContactsHelper;
1329        private ProfileDatabaseHelper mProfileHelper;
1330
1331        // Depending on whether the action being performed is for the profile or not, we will use
one of
1332        // two aggregator instances.
1333        private final ThreadLocal<ContactAggregator> mAggregator = new ThreadLocal<ContactAggregat
or>();
1334        private ContactAggregator mContactAggregator;
1335        private ContactAggregator mProfileAggregator;
1336
1337        // Depending on whether the action being performed is for the profile or not, we will use
one of
1338        // two photo store instances (with their files stored in separate subdirectories).
1339        private final ThreadLocal<PhotoStore> mPhotoStore = new ThreadLocal<PhotoStore>();
1340        private PhotoStore mContactsPhotoStore;
1341        private PhotoStore mProfilePhotoStore;
1342
1343        // The active transaction context will switch depending on the operation being performed.
1344        // Both transaction contexts will be cleared out when a batch transaction is started, and
1345        // each will be processed separately when a batch transaction completes.
1346        private TransactionContext mContactTransactionContext = new TransactionContext(false);
1347        private TransactionContext mProfileTransactionContext = new TransactionContext(true);
1348        private final ThreadLocal<TransactionContext> mTransactionContext =
1349                new ThreadLocal<TransactionContext>();
1350
1351        // Duration in milliseconds that pre-authorized URIs will remain valid.
1352        private long mPreAuthorizedUriDuration;
1353
1354        // Map of single-use pre-authorized URIs to expiration times.
1355        private Map<Uri, Long> mPreAuthorizedUris = Maps.newHashMap();
1356
1357        // Random number generator.
1358        private SecureRandom mRandom = new SecureRandom();
1359
1360        private LegacyApiSupport mLegacyApiSupport;
1361        private GlobalSearchSupport mGlobalSearchSupport;
1362        private CommonNicknameCache mCommonNicknameCache;
1363        private SearchIndexManager mSearchIndexManager;
```

```
1364        private ContentValues mValues = new ContentValues();
1365        private HashMap<String, Boolean> mAccountWritability = Maps.newHashMap();
1366
1367        private int mProviderStatus = ProviderStatus.STATUS_NORMAL;
1368        private boolean mProviderStatusUpdateNeeded;
1369        private long mEstimatedStorageRequirement = 0;
1370        private volatile CountDownLatch mReadAccessLatch;
1371        private volatile CountDownLatch mWriteAccessLatch;
1372        private boolean mAccountUpdateListenerRegistered;
1373        private boolean mOkToOpenAccess = true;
1374
1375        private boolean mVisibleTouched = false;
1376
1377        private boolean mSyncToNetwork;
1378
1379        private Locale mCurrentLocale;
1380        private int mContactsAccountCount;
1381
1382        private HandlerThread mBackgroundThread;
1383        private Handler mBackgroundHandler;
1384
1385        private long mLastPhotoCleanup = 0;
1386
1387        @Override
1388        public boolean onCreate() {
1389            if (Log.isLoggable(Constants.PERFORMANCE_TAG, Log.DEBUG)) {
1390                Log.d(Constants.PERFORMANCE_TAG, "ContactsProvider2.onCreate start");
1391            }
1392            super.onCreate();
1393            try {
1394                return initialize();
1395            } catch (RuntimeException e) {
1396                Log.e(TAG, "Cannot start provider", e);
1397                return false;
1398            } finally {
1399                if (Log.isLoggable(Constants.PERFORMANCE_TAG, Log.DEBUG)) {
1400                    Log.d(Constants.PERFORMANCE_TAG, "ContactsProvider2.onCreate finish");
1401                }
1402            }
1403        }
1404
1405        private boolean initialize() {
1406            StrictMode.setThreadPolicy(
1407                    new StrictMode.ThreadPolicy.Builder().detectAll().penaltyLog().build());
1408
1409            Resources resources = getContext().getResources();
1410            mMaxDisplayPhotoDim = resources.getInteger(
1411                    R.integer.config_max_display_photo_dim);
1412            mMaxThumbnailPhotoDim = resources.getInteger(
1413                    R.integer.config_max_thumbnail_photo_dim);
1414
1415            mContactsHelper = getDatabaseHelper(getContext());
1416            mDbHelper.set(mContactsHelper);
1417
1418            // Set up the DB helper for keeping transactions serialized.
1419            setDbHelperToSerializeOn(mContactsHelper, CONTACTS_DB_TAG);
1420
1421            mContactDirectoryManager = new ContactDirectoryManager(this);
1422            mGlobalSearchSupport = new GlobalSearchSupport(this);
1423
1424            // The provider is closed for business until fully initialized
1425            mReadAccessLatch = new CountDownLatch(1);
1426            mWriteAccessLatch = new CountDownLatch(1);
1427
1428            mBackgroundThread = new HandlerThread("ContactsProviderWorker",
1429                    Process.THREAD_PRIORITY_BACKGROUND);
1430            mBackgroundThread.start();
1431            mBackgroundHandler = new Handler(mBackgroundThread.getLooper()) {
1432                @Override
1433                public void handleMessage(Message msg) {
1434                    performBackgroundTask(msg.what, msg.obj);
1435                }
1436            };
1437
1438            // Set up the sub-provider for handling profiles.
1439            mProfileProvider = getProfileProvider();
1440            mProfileProvider.setDbHelperToSerializeOn(mContactsHelper, CONTACTS_DB_TAG);
1441            ProviderInfo profileInfo = new ProviderInfo();
1442            profileInfo.readPermission = "android.permission.READ_PROFILE";
1443            profileInfo.writePermission = "android.permission.WRITE_PROFILE";
1444            mProfileProvider.attachInfo(getContext(), profileInfo);
1445
```

```
1446        mPreAuthorizedUriDuration.clear(); // AuthorizedContext.java
1447
1448        // Initialize the pre-authorized URI duration.
1449        mPreAuthorizedUriDuration = android.provider.Settings.Secure.getLong(
1450                getContext().getContentResolver(),
1451                android.provider.Settings.Secure.CONTACTS_PREAUTH_URI_EXPIRATION,
1452                DEFAULT_PREAUTHORIZED_URI_EXPIRATION);
1453
1454        scheduleBackgroundTask(BACKGROUND_TASK_INITIALIZE);
1455        scheduleBackgroundTask(BACKGROUND_TASK_IMPORT_LEGACY_CONTACTS);
1456        scheduleBackgroundTask(BACKGROUND_TASK_UPDATE_ACCOUNTS);
1457        scheduleBackgroundTask(BACKGROUND_TASK_UPDATE_LOCALE);
1458        scheduleBackgroundTask(BACKGROUND_TASK_UPGRADE_AGGREGATION_ALGORITHM);
1459        scheduleBackgroundTask(BACKGROUND_TASK_UPDATE_SEARCH_INDEX);
1460        scheduleBackgroundTask(BACKGROUND_TASK_UPDATE_PROVIDER_STATUS);
1461        scheduleBackgroundTask(BACKGROUND_TASK_OPEN_WRITE_ACCESS);
1462        scheduleBackgroundTask(BACKGROUND_TASK_CLEANUP_PHOTOS);
1463
1464        return true;
1465    }
1466
1467    /**
1468     * (Re)allocates all locale-sensitive structures.
1469     */
1470    private void initForDefaultLocale() {
1471        Context context = getContext();
1472        mLegacyApiSupport = new LegacyApiSupport(context, mContactsHelper, this,
1473                mGlobalSearchSupport);
1474        mCurrentLocale = getLocale();
1475        mNameSplitter = mContactsHelper.createNameSplitter();
1476        mNameLookupBuilder = new StructuredNameLookupBuilder(mNameSplitter);
1477        mPostalSplitter = new PostalSplitter(mCurrentLocale);
1478        mCommonNicknameCache = new CommonNicknameCache(mContactsHelper.getReadableDatabase());
1479        ContactLocaleUtils.getIntance().setLocale(mCurrentLocale);
1480        mContactAggregator = new ContactAggregator(this, mContactsHelper,
1481                createPhotoPriorityResolver(context), mNameSplitter, mCommonNicknameCache);
1482        mContactAggregator.setEnabled(SystemProperties.getBoolean(AGGREGATE_CONTACTS, true));
1483        mProfileAggregator = new ProfileAggregator(this, mProfileHelper,
1484                createPhotoPriorityResolver(context), mNameSplitter, mCommonNicknameCache);
1485        mProfileAggregator.setEnabled(SystemProperties.getBoolean(AGGREGATE_CONTACTS, true));
1486        mSearchIndexManager = new SearchIndexManager(this);
1487
1488        mContactsPhotoStore = new PhotoStore(getContext().getFilesDir(), mContactsHelper);
1489        mProfilePhotoStore = new PhotoStore(new File(getContext().getFilesDir(), "profile"),
1490                mProfileHelper);
1491
1492        mDataRowHandlers = new HashMap<String, DataRowHandler>();
1493        initDataRowHandlers(mDataRowHandlers, mContactsHelper, mContactAggregator,
1494                mContactsPhotoStore);
1495        mProfileDataRowHandlers = new HashMap<String, DataRowHandler>();
1496        initDataRowHandlers(mProfileDataRowHandlers, mProfileHelper, mProfileAggregator,
1497                mProfilePhotoStore);
1498
1499        // Set initial thread-local state variables for the Contacts DB.
1500        switchToContactMode();
1501    }
1502
1503    private void initDataRowHandlers(Map<String, DataRowHandler> handlerMap,
1504            ContactsDatabaseHelper dbHelper, ContactAggregator contactAggregator,
1505            PhotoStore photoStore) {
1506        Context context = getContext();
1507        handlerMap.put(Email.CONTENT_ITEM_TYPE,
1508                new DataRowHandlerForEmail(context, dbHelper, contactAggregator));
1509        handlerMap.put(Im.CONTENT_ITEM_TYPE,
1510                new DataRowHandlerForIm(context, dbHelper, contactAggregator));
1511        handlerMap.put(Organization.CONTENT_ITEM_TYPE,
1512                new DataRowHandlerForOrganization(context, dbHelper, contactAggregator));
1513        handlerMap.put(Phone.CONTENT_ITEM_TYPE,
1514                new DataRowHandlerForPhoneNumber(context, dbHelper, contactAggregator));
1515        handlerMap.put(Nickname.CONTENT_ITEM_TYPE,
1516                new DataRowHandlerForNickname(context, dbHelper, contactAggregator));
1517        handlerMap.put(StructuredName.CONTENT_ITEM_TYPE,
1518                new DataRowHandlerForStructuredName(context, dbHelper, contactAggregator,
1519                        mNameSplitter, mNameLookupBuilder));
1520        handlerMap.put(StructuredPostal.CONTENT_ITEM_TYPE,
1521                new DataRowHandlerForStructuredPostal(context, dbHelper, contactAggregator,
1522                        mPostalSplitter));
1523        handlerMap.put(GroupMembership.CONTENT_ITEM_TYPE,
1524                new DataRowHandlerForGroupMembership(context, dbHelper, contactAggregator,
1525                        mGroupIdCache));
1526        handlerMap.put(Photo.CONTENT_ITEM_TYPE,
1527                new DataRowHandlerForPhoto(context, dbHelper, contactAggregator, photoStore));
```

```
1528                new DataRowHandlerForNote(context, dbHelper, contactAggregator));
1529
1530        }
1531
1532        /**
1533         * Visible for testing.
1534         */
1535        /* package */ PhotoPriorityResolver createPhotoPriorityResolver(Context context) {
1536            return new PhotoPriorityResolver(context);
1537        }
1538
1539        protected void scheduleBackgroundTask(int task) {
1540            mBackgroundHandler.sendEmptyMessage(task);
1541        }
1542
1543        protected void scheduleBackgroundTask(int task, Object arg) {
1544            mBackgroundHandler.sendMessage(mBackgroundHandler.obtainMessage(task, arg));
1545        }
1546
1547        protected void performBackgroundTask(int task, Object arg) {
1548            switch (task) {
1549                case BACKGROUND_TASK_INITIALIZE: {
1550                    initForDefaultLocale();
1551                    mReadAccessLatch.countDown();
1552                    mReadAccessLatch = null;
1553                    break;
1554                }
1555
1556                case BACKGROUND_TASK_OPEN_WRITE_ACCESS: {
1557                    if (mOkToOpenAccess) {
1558                        mWriteAccessLatch.countDown();
1559                        mWriteAccessLatch = null;
1560                    }
1561                    break;
1562                }
1563
1564                case BACKGROUND_TASK_IMPORT_LEGACY_CONTACTS: {
1565                    if (isLegacyContactImportNeeded()) {
1566                        importLegacyContactsInBackground();
1567                    }
1568                    break;
1569                }
1570
1571                case BACKGROUND_TASK_UPDATE_ACCOUNTS: {
1572                    Context context = getContext();
1573                    if (!mAccountUpdateListenerRegistered) {
1574                        AccountManager.get(context).addOnAccountsUpdatedListener(this, null, false
);
1575                        mAccountUpdateListenerRegistered = true;
1576                    }
1577
1578                    // Update the accounts for both the contacts and profile DBs.
1579                    Account[] accounts = AccountManager.get(context).getAccounts();
1580                    switchToContactMode();
1581                    boolean accountsChanged = updateAccountsInBackground(accounts);
1582                    switchToProfileMode();
1583                    accountsChanged |= updateAccountsInBackground(accounts);
1584
1585                    updateContactsAccountCount(accounts);
1586                    updateDirectoriesInBackground(accountsChanged);
1587                    break;
1588                }
1589
1590                case BACKGROUND_TASK_UPDATE_LOCALE: {
1591                    updateLocaleInBackground();
1592                    break;
1593                }
1594
1595                case BACKGROUND_TASK_CHANGE_LOCALE: {
1596                    changeLocaleInBackground();
1597                    break;
1598                }
1599
1600                case BACKGROUND_TASK_UPGRADE_AGGREGATION_ALGORITHM: {
1601                    if (isAggregationUpgradeNeeded()) {
1602                        upgradeAggregationAlgorithmInBackground();
1603                    }
1604                    break;
1605                }
1606
1607                case BACKGROUND_TASK_UPDATE_SEARCH_INDEX: {
1608                    updateSearchIndexInBackground();
```

```
1609                }
1610            }
1611
1612            case BACKGROUND_TASK_UPDATE_PROVIDER_STATUS: {
1613                updateProviderStatus();
1614                break;
1615            }
1616
1617            case BACKGROUND_TASK_UPDATE_DIRECTORIES: {
1618                if (arg != null) {
1619                    mContactDirectoryManager.onPackageChanged((String) arg);
1620                }
1621                break;
1622            }
1623
1624            case BACKGROUND_TASK_CLEANUP_PHOTOS: {
1625                // Check rate limit.
1626                long now = System.currentTimeMillis();
1627                if (now - mLastPhotoCleanup > PHOTO_CLEANUP_RATE_LIMIT) {
1628                    mLastPhotoCleanup = now;
1629
1630                    // Clean up photo stores for both contacts and profiles.
1631                    switchToContactMode();
1632                    cleanupPhotoStore();
1633                    switchToProfileMode();
1634                    cleanupPhotoStore();
1635                    break;
1636                }
1637            }
1638        }
1639    }
1640
1641    public void onLocaleChanged() {
1642        if (mProviderStatus != ProviderStatus.STATUS_NORMAL
1643                && mProviderStatus != ProviderStatus.STATUS_NO_ACCOUNTS_NO_CONTACTS) {
1644            return;
1645        }
1646
1647        scheduleBackgroundTask(BACKGROUND_TASK_CHANGE_LOCALE);
1648    }
1649
1650    /**
1651     * Verifies that the contacts database is properly configured for the current locale.
1652     * If not, changes the database locale to the current locale using an asynchronous task.
1653     * This needs to be done asynchronously because the process involves rebuilding
1654     * large data structures (name lookup, sort keys), which can take minutes on
1655     * a large set of contacts.
1656     */
1657    protected void updateLocaleInBackground() {
1658
1659        // The process is already running - postpone the change
1660        if (mProviderStatus == ProviderStatus.STATUS_CHANGING_LOCALE) {
1661            return;
1662        }
1663
1664        final SharedPreferences prefs = PreferenceManager.getDefaultSharedPreferences(getConte
xt());
1665        final String providerLocale = prefs.getString(PREF_LOCALE, null);
1666        final Locale currentLocale = mCurrentLocale;
1667        if (currentLocale.toString().equals(providerLocale)) {
1668            return;
1669        }
1670
1671        int providerStatus = mProviderStatus;
1672        setProviderStatus(ProviderStatus.STATUS_CHANGING_LOCALE);
1673        mContactsHelper.setLocale(this, currentLocale);
1674        mProfileHelper.setLocale(this, currentLocale);
1675        prefs.edit().putString(PREF_LOCALE, currentLocale.toString()).apply();
1676        setProviderStatus(providerStatus);
1677    }
1678
1679    /**
1680     * Reinitializes the provider for a new locale.
1681     */
1682    private void changeLocaleInBackground() {
1683        // Re-initializing the provider without stopping it.
1684        // Locking the database will prevent inserts/updates/deletes from
1685        // running at the same time, but queries may still be running
1686        // on other threads. Those queries may return inconsistent results.
1687        SQLiteDatabase db = mContactsHelper.getWritableDatabase();
1688        SQLiteDatabase profileDb = mProfileHelper.getWritableDatabase();
1689        db.beginTransaction();
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 23 of 101

```
1690        initForDefaultLocale();
1691        try {
1692            initForDefaultLocale();
1693            db.setTransactionSuccessful();
1694            profileDb.setTransactionSuccessful();
1695        } finally {
1696            db.endTransaction();
1697            profileDb.endTransaction();
1698        }
1699
1700        updateLocaleInBackground();
1701    }
1702
1703    protected void updateSearchIndexInBackground() {
1704        mSearchIndexManager.updateIndex();
1705    }
1706
1707    protected void updateDirectoriesInBackground(boolean rescan) {
1708        mContactDirectoryManager.scanAllPackages(rescan);
1709    }
1710
1711    private void updateProviderStatus() {
1712        if (mProviderStatus != ProviderStatus.STATUS_NORMAL
1713                && mProviderStatus != ProviderStatus.STATUS_NO_ACCOUNTS_NO_CONTACTS) {
1714            return;
1715        }
1716
1717        // No accounts/no contacts status is true if there are no account and
1718        // there are no contacts or one profile contact
1719        if (mContactsAccountCount == 0) {
1720            long contactsNum = DatabaseUtils.queryNumEntries(mContactsHelper.getReadableDataba
se(),
1721                    Tables.CONTACTS, null);
1722            long profileNum = DatabaseUtils.queryNumEntries(mProfileHelper.getReadableDatabase
(),
1723                    Tables.CONTACTS, null);
1724
1725            // TODO: Different status if there is a profile but no contacts?
1726            if (contactsNum == 0 && profileNum <= 1) {
1727                setProviderStatus(ProviderStatus.STATUS_NO_ACCOUNTS_NO_CONTACTS);
1728            } else {
1729                setProviderStatus(ProviderStatus.STATUS_NORMAL);
1730            }
1731        } else {
1732            setProviderStatus(ProviderStatus.STATUS_NORMAL);
1733        }
1734    }
1735
1736    /* Visible for testing */
1737    protected void cleanupPhotoStore() {
1738        SQLiteDatabase db = mDbHelper.get().getWritableDatabase();
1739        mActiveDb.set(db);
1740
1741        // Assemble the set of photo store file IDs that are in use, and send those to the pho
to
1742        // store.  Any photos that aren't in that set will be deleted, and any photos that no
1743        // longer exist in the photo store will be returned for us to clear out in the DB.
1744        long photoMimeTypeId = mDbHelper.get().getMimeTypeId(Photo.CONTENT_ITEM_TYPE);
1745        Cursor c = db.query(Views.DATA, new String[]{Data._ID, Photo.PHOTO_FILE_ID},
1746                DataColumns.MIMETYPE_ID + "=" + photoMimeTypeId + " AND "
1747                        + Photo.PHOTO_FILE_ID + " IS NOT NULL", null, null, null, null);
1748        Set<Long> usedPhotoFileIds = Sets.newHashSet();
1749        Map<Long, Long> photoFileIdToDataId = Maps.newHashMap();
1750        try {
1751            while (c.moveToNext()) {
1752                long dataId = c.getLong(0);
1753                long photoFileId = c.getLong(1);
1754                usedPhotoFileIds.add(photoFileId);
1755                photoFileIdToDataId.put(photoFileId, dataId);
1756            }
1757        } finally {
1758            c.close();
1759        }
1760
1761        // Also query for all social stream item photos.
1762        c = db.query(Tables.STREAM_ITEM_PHOTOS + " JOIN " + Tables.STREAM_ITEMS
1763                + " ON " + StreamItemPhotos.STREAM_ITEM_ID + "=" + StreamItemsColumns.CONCRETE
_ID
1764                + " JOIN " + Tables.RAW_CONTACTS
1765                + " ON " + StreamItems.RAW_CONTACT_ID + "=" + RawContactsColumns.CONCRETE_ID,
1766                new String[]{
1767                        StreamItemPhotosColumns.CONCRETE_ID,
```

```
1768                                    StreamItemPhotos.PHOTO_FILE_ID,
1769                                    StreamItemPhotos.PHOTO_FILE_ID,
1770                                    RawContacts.ACCOUNT_TYPE,
1771                                    RawContacts.ACCOUNT_NAME
1772                                },
1773                                null, null, null, null, null);
1774                Map<Long, Long> photoFileIdToStreamItemPhotoId = Maps.newHashMap();
1775                Map<Long, Long> streamItemPhotoIdToStreamItemId = Maps.newHashMap();
1776                Map<Long, Account> streamItemPhotoIdToAccount = Maps.newHashMap();
1777                try {
1778                    while (c.moveToNext()) {
1779                        long streamItemPhotoId = c.getLong(0);
1780                        long streamItemId = c.getLong(1);
1781                        long photoFileId = c.getLong(2);
1782                        String accountType = c.getString(3);
1783                        String accountName = c.getString(4);
1784                        usedPhotoFileIds.add(photoFileId);
1785                        photoFileIdToStreamItemPhotoId.put(photoFileId, streamItemPhotoId);
1786                        streamItemPhotoIdToStreamItemId.put(streamItemPhotoId, streamItemId);
1787                        Account account = new Account(accountName, accountType);
1788                        streamItemPhotoIdToAccount.put(photoFileId, account);
1789                    }
1790                } finally {
1791                    c.close();
1792                }
1793
1794                // Run the photo store cleanup.
1795                Set<Long> missingPhotoIds = mPhotoStore.get().cleanup(usedPhotoFileIds);
1796
1797                // If any of the keys we're using no longer exist, clean them up.  We need to do these
1798                // using internal APIs or direct DB access to avoid permission errors.
1799                if (!missingPhotoIds.isEmpty()) {
1800                    try {
1801                        db.beginTransactionWithListener(this);
1802                        for (long missingPhotoId : missingPhotoIds) {
1803                            if (photoFileIdToDataId.containsKey(missingPhotoId)) {
1804                                long dataId = photoFileIdToDataId.get(missingPhotoId);
1805                                ContentValues updateValues = new ContentValues();
1806                                updateValues.putNull(Photo.PHOTO_FILE_ID);
1807                                updateData(ContentUris.withAppendedId(Data.CONTENT_URI, dataId),
1808                                        updateValues, null, null, false);
1809                            }
1810                            if (photoFileIdToStreamItemPhotoId.containsKey(missingPhotoId)) {
1811                                // For missing photos that were in stream item photos, just delete the
1812                                // stream item photo.
1813                                long streamItemPhotoId = photoFileIdToStreamItemPhotoId.get(missingPho
toId);
1814                                db.delete(Tables.STREAM_ITEM_PHOTOS, StreamItemPhotos._ID + "=?",
1815                                        new String[]{String.valueOf(streamItemPhotoId)});
1816                            }
1817                        }
1818                        db.setTransactionSuccessful();
1819                    } catch (Exception e) {
1820                        // Cleanup failure is not a fatal problem.  We'll try again later.
1821                        Log.e(TAG, "Failed to clean up outdated photo references", e);
1822                    } finally {
1823                        db.endTransaction();
1824                    }
1825                }
1826            }
1827
1828        @Override
1829        protected ContactsDatabaseHelper getDatabaseHelper(final Context context) {
1830            return ContactsDatabaseHelper.getInstance(context);
1831        }
1832
1833        @Override
1834        protected ThreadLocal<ContactsTransaction> getTransactionHolder() {
1835            return mTransactionHolder;
1836        }
1837
1838        public ProfileProvider getProfileProvider() {
1839            return new ProfileProvider(this);
1840        }
1841
1842        @VisibleForTesting
1843        /* package */ PhotoStore getPhotoStore() {
1844            return mContactsPhotoStore;
1845        }
1846
1847        @VisibleForTesting
1848        /* package */ PhotoStore getProfilePhotoStore() {
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 25 of 101

```
1849      return mSingleVCardUri;
1850    }
1851
1852    /* package */ int getMaxDisplayPhotoDim() {
1853      return mMaxDisplayPhotoDim;
1854    }
1855
1856    /* package */ int getMaxThumbnailPhotoDim() {
1857      return mMaxThumbnailPhotoDim;
1858    }
1859
1860    /* package */ NameSplitter getNameSplitter() {
1861      return mNameSplitter;
1862    }
1863
1864    /* package */ NameLookupBuilder getNameLookupBuilder() {
1865      return mNameLookupBuilder;
1866    }
1867
1868    /* Visible for testing */
1869    public ContactDirectoryManager getContactDirectoryManagerForTest() {
1870      return mContactDirectoryManager;
1871    }
1872
1873    /* Visible for testing */
1874    protected Locale getLocale() {
1875      return Locale.getDefault();
1876    }
1877
1878    private boolean inProfileMode() {
1879      Boolean profileMode = mInProfileMode.get();
1880      return profileMode != null && profileMode;
1881    }
1882
1883    protected boolean isLegacyContactImportNeeded() {
1884      int version = Integer.parseInt(
1885          mContactsHelper.getProperty(PROPERTY_CONTACTS_IMPORTED, "0"));
1886      return version < PROPERTY_CONTACTS_IMPORT_VERSION;
1887    }
1888
1889    protected LegacyContactImporter getLegacyContactImporter() {
1890      return new LegacyContactImporter(getContext(), this);
1891    }
1892
1893    /**
1894     * Imports legacy contacts as a background task.
1895     */
1896    private void importLegacyContactsInBackground() {
1897      Log.v(TAG, "Importing legacy contacts");
1898      setProviderStatus(ProviderStatus.STATUS_UPGRADING);
1899
1900      final SharedPreferences prefs = PreferenceManager.getDefaultSharedPreferences(getConte
xt());
1901      mContactsHelper.setLocale(this, mCurrentLocale);
1902      prefs.edit().putString(PREF_LOCALE, mCurrentLocale.toString()).commit();
1903
1904      LegacyContactImporter importer = getLegacyContactImporter();
1905      if (importLegacyContacts(importer)) {
1906        onLegacyContactImportSuccess();
1907      } else {
1908        onLegacyContactImportFailure();
1909      }
1910    }
1911
1912    /**
1913     * Unlocks the provider and declares that the import process is complete.
1914     */
1915    private void onLegacyContactImportSuccess() {
1916      NotificationManager nm =
1917        (NotificationManager)getContext().getSystemService(Context.NOTIFICATION_SERVICE);
1918      nm.cancel(LEGACY_IMPORT_FAILED_NOTIFICATION);
1919
1920      // Store a property in the database indicating that the conversion process succeeded
1921      mContactsHelper.setProperty(PROPERTY_CONTACTS_IMPORTED,
1922          String.valueOf(PROPERTY_CONTACTS_IMPORT_VERSION));
1923      setProviderStatus(ProviderStatus.STATUS_NORMAL);
1924      Log.v(TAG, "Completed import of legacy contacts");
1925    }
1926
1927    /**
1928     * Announces the provider status and keeps the provider locked.
1929     */
```

```
1930    private void importFailureNotification(int resId) {
1931        Context context = getContext();
1932        NotificationManager nm =
1933            (NotificationManager)context.getSystemService(Context.NOTIFICATION_SERVICE);
1934
1935        // Show a notification
1936        Notification n = new Notification(android.R.drawable.stat_notify_error,
1937                context.getString(R.string.upgrade_out_of_memory_notification_ticker),
1938                System.currentTimeMillis());
1939        n.setLatestEventInfo(context,
1940                context.getString(R.string.upgrade_out_of_memory_notification_title),
1941                context.getString(R.string.upgrade_out_of_memory_notification_text),
1942                PendingIntent.getActivity(context, 0, new Intent(Intents.UI.LIST_DEFAULT), 0))
;
1943        n.flags |= Notification.FLAG_NO_CLEAR | Notification.FLAG_ONGOING_EVENT;
1944
1945        nm.notify(LEGACY_IMPORT_FAILED_NOTIFICATION, n);
1946
1947        setProviderStatus(ProviderStatus.STATUS_UPGRADE_OUT_OF_MEMORY);
1948        Log.v(TAG, "Failed to import legacy contacts");
1949
1950        // Do not let any database changes until this issue is resolved.
1951        mOkToOpenAccess = false;
1952    }
1953
1954    /* Visible for testing */
1955    /* package */ boolean importLegacyContacts(LegacyContactImporter importer) {
1956        boolean aggregatorEnabled = mContactAggregator.isEnabled();
1957        mContactAggregator.setEnabled(false);
1958        try {
1959            if (importer.importContacts()) {
1960
1961                // TODO aggregate all newly added raw contacts
1962                mContactAggregator.setEnabled(aggregatorEnabled);
1963                return true;
1964            }
1965        } catch (Throwable e) {
1966            Log.e(TAG, "Legacy contact import failed", e);
1967        }
1968        mEstimatedStorageRequirement = importer.getEstimatedStorageRequirement();
1969        return false;
1970    }
1971
1972    /**
1973     * Wipes all data from the contacts database.
1974     */
1975    /* package */ void wipeData() {
1976        mContactsHelper.wipeData();
1977        mProfileHelper.wipeData();
1978        mContactsPhotoStore.clear();
1979        mProfilePhotoStore.clear();
1980        mProviderStatus = ProviderStatus.STATUS_NO_ACCOUNTS_NO_CONTACTS;
1981    }
1982
1983    /**
1984     * During intialization, this content provider will
1985     * block all attempts to change contacts data. In particular, it will hold
1986     * up all contact syncs. As soon as the import process is complete, all
1987     * processes waiting to write to the provider are unblocked and can proceed
1988     * to compete for the database transaction monitor.
1989     */
1990    private void waitForAccess(CountDownLatch latch) {
1991        if (latch == null) {
1992            return;
1993        }
1994
1995        while (true) {
1996            try {
1997                latch.await();
1998                return;
1999            } catch (InterruptedException e) {
2000                Thread.currentThread().interrupt();
2001            }
2002        }
2003    }
2004
2005    /**
2006     * Determines whether the given URI should be directed to the profile
2007     * database rather than the contacts database.  This is true under either
2008     * of three conditions:
2009     * 1. The URI itself is specifically for the profile.
2010     * 2. The URI contains ID references that are in the profile ID-space.
```

Case 5:12-cv-00630-LHK   Document 471-8   Filed 04/23/12   Page 27 of 101

```
2011        * 3. The URI-to-ID mapping has a value for this particular URI, and the inserted lookup key.
2012        * @param uri The URI to examine.
2013        * @return Whether to direct the DB operation to the profile database.
2014        */
2015      private boolean mapsToProfileDb(Uri uri) {
2016          return sUriMatcher.mapsToProfile(uri);
2017      }
2018
2019      /**
2020       * Determines whether the given URI with the given values being inserted
2021       * should be directed to the profile database rather than the contacts
2022       * database.  This is true if the URI already maps to the profile DB from
2023       * a call to {@link #mapsToProfileDb} or if the URI matches a URI that
2024       * specifies parent IDs via the ContentValues, and the given ContentValues
2025       * contains an ID in the profile ID-space.
2026       * @param uri The URI to examine.
2027       * @param values The values being inserted.
2028       * @return Whether to direct the DB insert to the profile database.
2029       */
2030      private boolean mapsToProfileDbWithInsertedValues(Uri uri, ContentValues values) {
2031          if (mapsToProfileDb(uri)) {
2032              return true;
2033          }
2034          int match = sUriMatcher.match(uri);
2035          if (INSERT_URI_ID_VALUE_MAP.containsKey(match)) {
2036              String idField = INSERT_URI_ID_VALUE_MAP.get(match);
2037              if (values.containsKey(idField)) {
2038                  long id = values.getAsLong(idField);
2039                  if (ContactsContract.isProfileId(id)) {
2040                      return true;
2041                  }
2042              }
2043          }
2044          return false;
2045      }
2046
2047      /**
2048       * Switches the provider's thread-local context variables to prepare for performing
2049       * a profile operation.
2050       */
2051      protected void switchToProfileMode() {
2052          mDbHelper.set(mProfileHelper);
2053          mTransactionContext.set(mProfileTransactionContext);
2054          mAggregator.set(mProfileAggregator);
2055          mPhotoStore.set(mProfilePhotoStore);
2056          mInProfileMode.set(true);
2057      }
2058
2059      /**
2060       * Switches the provider's thread-local context variables to prepare for performing
2061       * a contacts operation.
2062       */
2063      protected void switchToContactMode() {
2064          mDbHelper.set(mContactsHelper);
2065          mTransactionContext.set(mContactTransactionContext);
2066          mAggregator.set(mContactAggregator);
2067          mPhotoStore.set(mContactsPhotoStore);
2068          mInProfileMode.set(false);
2069
2070          // Clear out the active database; modification operations will set this to the contacts DB.
2071          mActiveDb.set(null);
2072      }
2073
2074      @Override
2075      public Uri insert(Uri uri, ContentValues values) {
2076          waitForAccess(mWriteAccessLatch);
2077
2078          // Enforce stream items access check if applicable.
2079          enforceSocialStreamWritePermission(uri);
2080
2081          if (mapsToProfileDbWithInsertedValues(uri, values)) {
2082              switchToProfileMode();
2083              return mProfileProvider.insert(uri, values);
2084          } else {
2085              switchToContactMode();
2086              return super.insert(uri, values);
2087          }
2088      }
2089
2090      @Override
2091      public int update(Uri uri, ContentValues values, String selection, String[] selectionArgs)
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 28 of 101

```
2092          {
             if (mWriteAccessLatch != null) {
2093              // We are stuck trying to upgrade contacts db.  The only update request
2094              // allowed in this case is an update of provider status, which will trigger
2095              // an attempt to upgrade contacts again.
2096              int match = sUriMatcher.match(uri);
2097              if (match == PROVIDER_STATUS) {
2098                  Integer newStatus = values.getAsInteger(ProviderStatus.STATUS);
2099                  if (newStatus != null && newStatus == ProviderStatus.STATUS_UPGRADING) {
2100                      scheduleBackgroundTask(BACKGROUND_TASK_IMPORT_LEGACY_CONTACTS);
2101                      return 1;
2102                  } else {
2103                      return 0;
2104                  }
2105              }
2106          }
2107          waitForAccess(mWriteAccessLatch);
2108
2109          // Enforce stream items access check if applicable.
2110          enforceSocialStreamWritePermission(uri);
2111
2112          if (mapsToProfileDb(uri)) {
2113              switchToProfileMode();
2114              return mProfileProvider.update(uri, values, selection, selectionArgs);
2115          } else {
2116              switchToContactMode();
2117              return super.update(uri, values, selection, selectionArgs);
2118          }
2119      }
2120
2121      @Override
2122      public int delete(Uri uri, String selection, String[] selectionArgs) {
2123          waitForAccess(mWriteAccessLatch);
2124
2125          // Enforce stream items access check if applicable.
2126          enforceSocialStreamWritePermission(uri);
2127
2128          if (mapsToProfileDb(uri)) {
2129              switchToProfileMode();
2130              return mProfileProvider.delete(uri, selection, selectionArgs);
2131          } else {
2132              switchToContactMode();
2133              return super.delete(uri, selection, selectionArgs);
2134          }
2135      }
2136
2137      /**
2138       * Replaces the current (thread-local) database to use for the operation with the given on
e.
2139       * @param db The database to use.
2140       */
2141      /* package */ void substituteDb(SQLiteDatabase db) {
2142          mActiveDb.set(db);
2143      }
2144
2145      @Override
2146      public Bundle call(String method, String arg, Bundle extras) {
2147          waitForAccess(mReadAccessLatch);
2148          if (method.equals(Authorization.AUTHORIZATION_METHOD)) {
2149              Uri uri = (Uri) extras.getParcelable(Authorization.KEY_URI_TO_AUTHORIZE);
2150
2151              // Check permissions on the caller.  The URI can only be pre-authorized if the cal
ler
2152              // already has the necessary permissions.
2153              enforceSocialStreamReadPermission(uri);
2154              if (mapsToProfileDb(uri)) {
2155                  mProfileProvider.enforceReadPermission(uri);
2156              }
2157
2158              // If there hasn't been a security violation yet, we're clear to pre-authorize the
 URI.
2159              Uri authUri = preAuthorizeUri(uri);
2160              Bundle response = new Bundle();
2161              response.putParcelable(Authorization.KEY_AUTHORIZED_URI, authUri);
2162              return response;
2163          }
2164          return null;
2165      }
2166
2167      /**
2168       * Pre-authorizes the given URI, adding an expiring permission token to it and placing tha
t
```

```
2169          * in the case that we want to restrict it.
2170          * @param uri The URI to pre-authorize.
2171          * @return A pre-authorized URI that will not require special permissions to use.
2172          */
2173         private Uri preAuthorizeUri(Uri uri) {
2174             String token = String.valueOf(mRandom.nextLong());
2175             Uri authUri = uri.buildUpon()
2176                     .appendQueryParameter(PREAUTHORIZED_URI_TOKEN, token)
2177                     .build();
2178             long expiration = SystemClock.elapsedRealtime() + mPreAuthorizedUriDuration;
2179             mPreAuthorizedUris.put(authUri, expiration);
2180
2181             return authUri;
2182         }
2183
2184         /**
2185          * Checks whether the given URI has an unexpired permission token that would grant access
to          * query the content.  If it does, the regular permission check should be skipped.
2186          * @param uri The URI being accessed.
2187          * @return Whether the URI is a pre-authorized URI that is still valid.
2188          */
2189         public boolean isValidPreAuthorizedUri(Uri uri) {
2190             // Only proceed if the URI has a permission token parameter.
2191             if (uri.getQueryParameter(PREAUTHORIZED_URI_TOKEN) != null) {
2192                 // First expire any pre-authorization URIs that are no longer valid.
2193                 long now = SystemClock.elapsedRealtime();
2194                 Set<Uri> expiredUris = Sets.newHashSet();
2195                 for (Uri preAuthUri : mPreAuthorizedUris.keySet()) {
2196                     if (mPreAuthorizedUris.get(preAuthUri) < now) {
2197                         expiredUris.add(preAuthUri);
2198                     }
2199                 }
2200                 for (Uri expiredUri : expiredUris) {
2201                     mPreAuthorizedUris.remove(expiredUri);
2202                 }
2203
2204                 // Now check to see if the pre-authorized URI map contains the URI.
2205                 if (mPreAuthorizedUris.containsKey(uri)) {
2206                     // Unexpired token - skip the permission check.
2207                     return true;
2208                 }
2209             }
2210             return false;
2211         }
2212
2213         @Override
2214         protected boolean yield(ContactsTransaction transaction) {
2215             // If there's a profile transaction in progress, and we're yielding, we need to
2216             // end it.  Unlike the Contacts DB yield (which re-starts a transaction at its
2217             // conclusion), we can just go back into a state in which we have no active
2218             // profile transaction, and let it be re-created as needed.  We can't hold onto
2219             // the transaction without risking a deadlock.
2220             SQLiteDatabase profileDb = transaction.removeDbForTag(PROFILE_DB_TAG);
2221             if (profileDb != null) {
2222                 profileDb.setTransactionSuccessful();
2223                 profileDb.endTransaction();
2224             }
2225
2226             // Now proceed with the Contacts DB yield.
2227             SQLiteDatabase contactsDb = transaction.getDbForTag(CONTACTS_DB_TAG);
2228             return contactsDb != null && contactsDb.yieldIfContendedSafely(SLEEP_AFTER_YIELD_DELAY
);
2229         }
2230
2231         @Override
2232         public ContentProviderResult[] applyBatch(ArrayList<ContentProviderOperation> operations)
2233                 throws OperationApplicationException {
2234             waitForAccess(mWriteAccessLatch);
2235             return super.applyBatch(operations);
2236         }
2237
2238         @Override
2239         public int bulkInsert(Uri uri, ContentValues[] values) {
2240             waitForAccess(mWriteAccessLatch);
2241             return super.bulkInsert(uri, values);
2242         }
2243
2244         @Override
2245         public void onBegin() {
2246             if (VERBOSE_LOGGING) {
2247                 Log.v(TAG, "onBeginTransaction");
2248
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 30 of 101

```
2249
2250        if (inProfileMode()) {
2251            mProfileAggregator.clearPendingAggregations();
2252            mProfileTransactionContext.clear();
2253        } else {
2254            mContactAggregator.clearPendingAggregations();
2255            mContactTransactionContext.clear();
2256        }
2257    }
2258
2259    @Override
2260    public void onCommit() {
2261        if (VERBOSE_LOGGING) {
2262            Log.v(TAG, "beforeTransactionCommit");
2263        }
2264        flushTransactionalChanges();
2265        mAggregator.get().aggregateInTransaction(mTransactionContext.get(), mActiveDb.get());
2266        if (mVisibleTouched) {
2267            mVisibleTouched = false;
2268            mDbHelper.get().updateAllVisible();
2269        }
2270
2271        updateSearchIndexInTransaction();
2272
2273        if (mProviderStatusUpdateNeeded) {
2274            updateProviderStatus();
2275            mProviderStatusUpdateNeeded = false;
2276        }
2277    }
2278
2279    @Override
2280    public void onRollback() {
2281        // Not used.
2282    }
2283
2284    private void updateSearchIndexInTransaction() {
2285        Set<Long> staleContacts = mTransactionContext.get().getStaleSearchIndexContactIds();
2286        Set<Long> staleRawContacts = mTransactionContext.get().getStaleSearchIndexRawContactId
s();
2287        if (!staleContacts.isEmpty() || !staleRawContacts.isEmpty()) {
2288            mSearchIndexManager.updateIndexForRawContacts(staleContacts, staleRawContacts);
2289            mTransactionContext.get().clearSearchIndexUpdates();
2290        }
2291    }
2292
2293    private void flushTransactionalChanges() {
2294        if (VERBOSE_LOGGING) {
2295            Log.v(TAG, "flushTransactionChanges");
2296        }
2297
2298        for (long rawContactId : mTransactionContext.get().getInsertedRawContactIds()) {
2299            mDbHelper.get().updateRawContactDisplayName(mActiveDb.get(), rawContactId);
2300            mAggregator.get().onRawContactInsert(mTransactionContext.get(), mActiveDb.get(),
2301                    rawContactId);
2302        }
2303
2304        Set<Long> dirtyRawContacts = mTransactionContext.get().getDirtyRawContactIds();
2305        if (!dirtyRawContacts.isEmpty()) {
2306            mSb.setLength(0);
2307            mSb.append(UPDATE_RAW_CONTACT_SET_DIRTY_SQL);
2308            appendIds(mSb, dirtyRawContacts);
2309            mSb.append(")");
2310            mActiveDb.get().execSQL(mSb.toString());
2311        }
2312
2313        Set<Long> updatedRawContacts = mTransactionContext.get().getUpdatedRawContactIds();
2314        if (!updatedRawContacts.isEmpty()) {
2315            mSb.setLength(0);
2316            mSb.append(UPDATE_RAW_CONTACT_SET_VERSION_SQL);
2317            appendIds(mSb, updatedRawContacts);
2318            mSb.append(")");
2319            mActiveDb.get().execSQL(mSb.toString());
2320        }
2321
2322        // Update sync states.
2323        for (Map.Entry<Long, Object> entry : mTransactionContext.get().getUpdatedSyncStates())
 {
2324            long id = entry.getKey();
2325            if (mDbHelper.get().getSyncState().update(mActiveDb.get(), id, entry.getValue()) <
= 0) {
2326                throw new IllegalStateException(
2327                        "unable to update sync state, does it still exist?");
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 31 of 101

```
2328                  }
2329
2330
2331              mTransactionContext.get().clear();
2332          }
2333
2334          /**
2335           * Appends comma separated ids.
2336           * @param ids Should not be empty
2337           */
2338          private void appendIds(StringBuilder sb, Set<Long> ids) {
2339              for (long id : ids) {
2340                  sb.append(id).append(',');
2341              }
2342
2343              sb.setLength(sb.length() - 1); // Yank the last comma
2344          }
2345
2346          @Override
2347          protected void notifyChange() {
2348              notifyChange(mSyncToNetwork);
2349              mSyncToNetwork = false;
2350          }
2351
2352          protected void notifyChange(boolean syncToNetwork) {
2353              getContext().getContentResolver().notifyChange(ContactsContract.AUTHORITY_URI, null,
2354                      syncToNetwork);
2355          }
2356
2357          protected void setProviderStatus(int status) {
2358              if (mProviderStatus != status) {
2359                  mProviderStatus = status;
2360                  getContext().getContentResolver().notifyChange(ProviderStatus.CONTENT_URI, null, f
alse);
2361              }
2362          }
2363
2364          public DataRowHandler getDataRowHandler(final String mimeType) {
2365              if (inProfileMode()) {
2366                  return getDataRowHandlerForProfile(mimeType);
2367              }
2368              DataRowHandler handler = mDataRowHandlers.get(mimeType);
2369              if (handler == null) {
2370                  handler = new DataRowHandlerForCustomMimetype(
2371                          getContext(), mContactsHelper, mContactAggregator, mimeType);
2372                  mDataRowHandlers.put(mimeType, handler);
2373              }
2374              return handler;
2375          }
2376
2377          public DataRowHandler getDataRowHandlerForProfile(final String mimeType) {
2378              DataRowHandler handler = mProfileDataRowHandlers.get(mimeType);
2379              if (handler == null) {
2380                  handler = new DataRowHandlerForCustomMimetype(
2381                          getContext(), mProfileHelper, mProfileAggregator, mimeType);
2382                  mProfileDataRowHandlers.put(mimeType, handler);
2383              }
2384              return handler;
2385          }
2386
2387          @Override
2388          protected Uri insertInTransaction(Uri uri, ContentValues values) {
2389              if (VERBOSE_LOGGING) {
2390                  Log.v(TAG, "insertInTransaction: " + uri + " " + values);
2391              }
2392
2393              // Default active DB to the contacts DB if none has been set.
2394              if (mActiveDb.get() == null) {
2395                  mActiveDb.set(mContactsHelper.getWritableDatabase());
2396              }
2397
2398              final boolean callerIsSyncAdapter =
2399                      readBooleanQueryParameter(uri, ContactsContract.CALLER_IS_SYNCADAPTER, false);
2400
2401              final int match = sUriMatcher.match(uri);
2402              long id = 0;
2403
2404              switch (match) {
2405                  case SYNCSTATE:
2406                  case PROFILE_SYNCSTATE:
2407                      id = mDbHelper.get().getSyncState().insert(mActiveDb.get(), values);
2408                      break;
```

```
2409              case CONTACTS: {
2410                  insertContact(values);
2411                  break;
2412              }
2413
2414
2415              case PROFILE: {
2416                  throw new UnsupportedOperationException(
2417                      "The profile contact is created automatically");
2418              }
2419
2420              case RAW_CONTACTS:
2421              case PROFILE_RAW_CONTACTS: {
2422                  id = insertRawContact(uri, values, callerIsSyncAdapter);
2423                  mSyncToNetwork |= !callerIsSyncAdapter;
2424                  break;
2425              }
2426
2427              case RAW_CONTACTS_DATA:
2428              case PROFILE_RAW_CONTACTS_ID_DATA: {
2429                  int segment = match == RAW_CONTACTS_DATA ? 1 : 2;
2430                  values.put(Data.RAW_CONTACT_ID, uri.getPathSegments().get(segment));
2431                  id = insertData(values, callerIsSyncAdapter);
2432                  mSyncToNetwork |= !callerIsSyncAdapter;
2433                  break;
2434              }
2435
2436              case RAW_CONTACTS_ID_STREAM_ITEMS: {
2437                  values.put(StreamItems.RAW_CONTACT_ID, uri.getPathSegments().get(1));
2438                  id = insertStreamItem(uri, values);
2439                  mSyncToNetwork |= !callerIsSyncAdapter;
2440                  break;
2441              }
2442
2443              case DATA:
2444              case PROFILE_DATA: {
2445                  id = insertData(values, callerIsSyncAdapter);
2446                  mSyncToNetwork |= !callerIsSyncAdapter;
2447                  break;
2448              }
2449
2450              case GROUPS: {
2451                  id = insertGroup(uri, values, callerIsSyncAdapter);
2452                  mSyncToNetwork |= !callerIsSyncAdapter;
2453                  break;
2454              }
2455
2456              case SETTINGS: {
2457                  id = insertSettings(uri, values);
2458                  mSyncToNetwork |= !callerIsSyncAdapter;
2459                  break;
2460              }
2461
2462              case STATUS_UPDATES:
2463              case PROFILE_STATUS_UPDATES: {
2464                  id = insertStatusUpdate(values);
2465                  break;
2466              }
2467
2468              case STREAM_ITEMS: {
2469                  id = insertStreamItem(uri, values);
2470                  mSyncToNetwork |= !callerIsSyncAdapter;
2471                  break;
2472              }
2473
2474              case STREAM_ITEMS_PHOTOS: {
2475                  id = insertStreamItemPhoto(uri, values);
2476                  mSyncToNetwork |= !callerIsSyncAdapter;
2477                  break;
2478              }
2479
2480              case STREAM_ITEMS_ID_PHOTOS: {
2481                  values.put(StreamItemPhotos.STREAM_ITEM_ID, uri.getPathSegments().get(1));
2482                  id = insertStreamItemPhoto(uri, values);
2483                  mSyncToNetwork |= !callerIsSyncAdapter;
2484                  break;
2485              }
2486
2487              default:
2488                  mSyncToNetwork = true;
2489                  return mLegacyApiSupport.insert(uri, values);
2490          }
```

```
2491                Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 33 of 101
2492            if (id < 0) {
2493                return null;
2494            }
2495
2496            return ContentUris.withAppendedId(uri, id);
2497        }
2498
2499        /**
2500         * If account is non-null then store it in the values. If the account is
2501         * already specified in the values then it must be consistent with the
2502         * account, if it is non-null.
2503         *
2504         * @param uri Current {@link Uri} being operated on.
2505         * @param values {@link ContentValues} to read and possibly update.
2506         * @throws IllegalArgumentException when only one of
2507         *             {@link RawContacts#ACCOUNT_NAME} or
2508         *             {@link RawContacts#ACCOUNT_TYPE} is specified, leaving the
2509         *             other undefined.
2510         * @throws IllegalArgumentException when {@link RawContacts#ACCOUNT_NAME}
2511         *             and {@link RawContacts#ACCOUNT_TYPE} are inconsistent between
2512         *             the given {@link Uri} and {@link ContentValues}.
2513         */
2514        private Account resolveAccount(Uri uri, ContentValues values) throws IllegalArgumentExcept
    ion {
2515            String accountName = getQueryParameter(uri, RawContacts.ACCOUNT_NAME);
2516            String accountType = getQueryParameter(uri, RawContacts.ACCOUNT_TYPE);
2517            final boolean partialUri = TextUtils.isEmpty(accountName) ^ TextUtils.isEmpty(accountT
    ype);
2518
2519            String valueAccountName = values.getAsString(RawContacts.ACCOUNT_NAME);
2520            String valueAccountType = values.getAsString(RawContacts.ACCOUNT_TYPE);
2521            final boolean partialValues = TextUtils.isEmpty(valueAccountName)
2522                    ^ TextUtils.isEmpty(valueAccountType);
2523
2524            if (partialUri || partialValues) {
2525                // Throw when either account is incomplete
2526                throw new IllegalArgumentException(mDbHelper.get().exceptionMessage(
2527                        "Must specify both or neither of ACCOUNT_NAME and ACCOUNT_TYPE", uri));
2528            }
2529
2530            // Accounts are valid by only checking one parameter, since we've
2531            // already ruled out partial accounts.
2532            final boolean validUri = !TextUtils.isEmpty(accountName);
2533            final boolean validValues = !TextUtils.isEmpty(valueAccountName);
2534
2535            if (validValues && validUri) {
2536                // Check that accounts match when both present
2537                final boolean accountMatch = TextUtils.equals(accountName, valueAccountName)
2538                        && TextUtils.equals(accountType, valueAccountType);
2539                if (!accountMatch) {
2540                    throw new IllegalArgumentException(mDbHelper.get().exceptionMessage(
2541                            "When both specified, ACCOUNT_NAME and ACCOUNT_TYPE must match", uri));
2542                }
2543            } else if (validUri) {
2544                // Fill values from Uri when not present
2545                values.put(RawContacts.ACCOUNT_NAME, accountName);
2546                values.put(RawContacts.ACCOUNT_TYPE, accountType);
2547            } else if (validValues) {
2548                accountName = valueAccountName;
2549                accountType = valueAccountType;
2550            } else {
2551                return null;
2552            }
2553
2554            // Use cached Account object when matches, otherwise create
2555            if (mAccount == null
2556                    || !mAccount.name.equals(accountName)
2557                    || !mAccount.type.equals(accountType)) {
2558                mAccount = new Account(accountName, accountType);
2559            }
2560
2561            return mAccount;
2562        }
2563
2564        /**
2565         * Resolves the account and builds an {@link AccountWithDataSet} based on the data set spe
    cified
2566         * in the URI or values (if any).
2567         * @param uri Current {@link Uri} being operated on.
2568         * @param values {@link ContentValues} to read and possibly update.
2569         */
```

```
2570    private AccountWithDataSet resolveAccountWithDataSet(Uri uri, ContentValues values) {
2571        final Account account = resolveAccount(uri, values);
2572        AccountWithDataSet accountWithDataSet = null;
2573        if (account != null) {
2574            String dataSet = getQueryParameter(uri, RawContacts.DATA_SET);
2575            if (dataSet == null) {
2576                dataSet = values.getAsString(RawContacts.DATA_SET);
2577            } else {
2578                values.put(RawContacts.DATA_SET, dataSet);
2579            }
2580            accountWithDataSet = new AccountWithDataSet(account.name, account.type, dataSet);
2581        }
2582        return accountWithDataSet;
2583    }
2584
2585    /**
2586     * Inserts an item in the contacts table
2587     *
2588     * @param values the values for the new row
2589     * @return the row ID of the newly created row
2590     */
2591    private long insertContact(ContentValues values) {
2592        throw new UnsupportedOperationException("Aggregate contacts are created automatically");
2593    }
2594
2595    /**
2596     * Inserts an item in the raw contacts table
2597     *
2598     * @param uri the values for the new row
2599     * @param values the account this contact should be associated with. may be null.
2600     * @param callerIsSyncAdapter
2601     * @return the row ID of the newly created row
2602     */
2603    private long insertRawContact(Uri uri, ContentValues values, boolean callerIsSyncAdapter)
     {
2604        mValues.clear();
2605        mValues.putAll(values);
2606        mValues.putNull(RawContacts.CONTACT_ID);
2607
2608        AccountWithDataSet accountWithDataSet = resolveAccountWithDataSet(uri, mValues);
2609
2610        if (values.containsKey(RawContacts.DELETED)
2611                && values.getAsInteger(RawContacts.DELETED) != 0) {
2612            mValues.put(RawContacts.AGGREGATION_MODE, RawContacts.AGGREGATION_MODE_DISABLED);
2613        }
2614
2615        long rawContactId = mActiveDb.get().insert(Tables.RAW_CONTACTS,
2616                RawContacts.CONTACT_ID, mValues);
2617        int aggregationMode = RawContacts.AGGREGATION_MODE_DEFAULT;
2618        if (mValues.containsKey(RawContacts.AGGREGATION_MODE)) {
2619            aggregationMode = mValues.getAsInteger(RawContacts.AGGREGATION_MODE);
2620        }
2621        mAggregator.get().markNewForAggregation(rawContactId, aggregationMode);
2622
2623        // Trigger creation of a Contact based on this RawContact at the end of transaction
2624        mTransactionContext.get().rawContactInserted(rawContactId, accountWithDataSet);
2625
2626        if (!callerIsSyncAdapter) {
2627            addAutoAddMembership(rawContactId);
2628            final Long starred = values.getAsLong(RawContacts.STARRED);
2629            if (starred != null && starred != 0) {
2630                updateFavoritesMembership(rawContactId, starred != 0);
2631            }
2632        }
2633
2634        mProviderStatusUpdateNeeded = true;
2635        return rawContactId;
2636    }
2637
2638    private void addAutoAddMembership(long rawContactId) {
2639        final Long groupId = findGroupByRawContactId(SELECTION_AUTO_ADD_GROUPS_BY_RAW_CONTACT_
     ID,
2640                rawContactId);
2641        if (groupId != null) {
2642            insertDataGroupMembership(rawContactId, groupId);
2643        }
2644    }
2645
2646    private Long findGroupByRawContactId(String selection, long rawContactId) {
2647        Cursor c = mActiveDb.get().query(Tables.GROUPS + "." + Tables.RAW_CONTACTS,
2648                PROJECTION_GROUP_ID, selection,
2649                new String[]{Long.toString(rawContactId)},
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 35 of 101

```
2650
2651            try {
2652                while (c.moveToNext()) {
2653                    return c.getLong(0);
2654                }
2655                return null;
2656            } finally {
2657                c.close();
2658            }
2659        }
2660
2661        private void updateFavoritesMembership(long rawContactId, boolean isStarred) {
2662            final Long groupId = findGroupByRawContactId(SELECTION_FAVORITES_GROUPS_BY_RAW_CONTACT
_ID,
2663                    rawContactId);
2664            if (groupId != null) {
2665                if (isStarred) {
2666                    insertDataGroupMembership(rawContactId, groupId);
2667                } else {
2668                    deleteDataGroupMembership(rawContactId, groupId);
2669                }
2670            }
2671        }
2672
2673        private void insertDataGroupMembership(long rawContactId, long groupId) {
2674            ContentValues groupMembershipValues = new ContentValues();
2675            groupMembershipValues.put(GroupMembership.GROUP_ROW_ID, groupId);
2676            groupMembershipValues.put(GroupMembership.RAW_CONTACT_ID, rawContactId);
2677            groupMembershipValues.put(DataColumns.MIMETYPE_ID,
2678                    mDbHelper.get().getMimeTypeId(GroupMembership.CONTENT_ITEM_TYPE));
2679            mActiveDb.get().insert(Tables.DATA, null, groupMembershipValues);
2680        }
2681
2682        private void deleteDataGroupMembership(long rawContactId, long groupId) {
2683            final String[] selectionArgs = {
2684                    Long.toString(mDbHelper.get().getMimeTypeId(GroupMembership.CONTENT_ITEM_TYPE)
),
2685                    Long.toString(groupId),
2686                    Long.toString(rawContactId)};
2687            mActiveDb.get().delete(Tables.DATA, SELECTION_GROUPMEMBERSHIP_DATA, selectionArgs);
2688        }
2689
2690        /**
2691         * Inserts an item in the data table
2692         *
2693         * @param values the values for the new row
2694         * @return the row ID of the newly created row
2695         */
2696        private long insertData(ContentValues values, boolean callerIsSyncAdapter) {
2697            long id = 0;
2698            mValues.clear();
2699            mValues.putAll(values);
2700
2701            long rawContactId = mValues.getAsLong(Data.RAW_CONTACT_ID);
2702
2703            // Replace package with internal mapping
2704            final String packageName = mValues.getAsString(Data.RES_PACKAGE);
2705            if (packageName != null) {
2706                mValues.put(DataColumns.PACKAGE_ID, mDbHelper.get().getPackageId(packageName));
2707            }
2708            mValues.remove(Data.RES_PACKAGE);
2709
2710            // Replace mimetype with internal mapping
2711            final String mimeType = mValues.getAsString(Data.MIMETYPE);
2712            if (TextUtils.isEmpty(mimeType)) {
2713                throw new IllegalArgumentException(Data.MIMETYPE + " is required");
2714            }
2715
2716            mValues.put(DataColumns.MIMETYPE_ID, mDbHelper.get().getMimeTypeId(mimeType));
2717            mValues.remove(Data.MIMETYPE);
2718
2719            DataRowHandler rowHandler = getDataRowHandler(mimeType);
2720            id = rowHandler.insert(mActiveDb.get(), mTransactionContext.get(), rawContactId, mValu
es);
2721            if (!callerIsSyncAdapter) {
2722                mTransactionContext.get().markRawContactDirty(rawContactId);
2723            }
2724            mTransactionContext.get().rawContactUpdated(rawContactId);
2725            return id;
2726        }
2727
2728        /**
```

```
2729        * In case 5.12-rev-00680-14Kean-Document-al.7-3rev-Rec-04/2G/12-ed-Page-36-of-101
2730        * account in the raw contact for which the stream item is being inserted. If the
2731        * new stream item results in more stream items under this raw contact than the limit,
2732        * the oldest one will be deleted (note that if the stream item inserted was the
2733        * oldest, it will be immediately deleted, and this will return 0).
2734        *
2735        * @param uri the insertion URI
2736        * @param values the values for the new row
2737        * @return the stream item _ID of the newly created row, or 0 if it was not created
2738        */
2739       private long insertStreamItem(Uri uri, ContentValues values) {
2740           long id = 0;
2741           mValues.clear();
2742           mValues.putAll(values);
2743
2744           long rawContactId = mValues.getAsLong(StreamItems.RAW_CONTACT_ID);
2745
2746           // Ensure that the raw contact exists and belongs to the caller's account.
2747           Account account = resolveAccount(uri, mValues);
2748           enforceModifyingAccount(account, rawContactId);
2749
2750           // Don't attempt to insert accounts params - they don't exist in the stream items tabl
       e.
2751           mValues.remove(RawContacts.ACCOUNT_NAME);
2752           mValues.remove(RawContacts.ACCOUNT_TYPE);
2753
2754           // Insert the new stream item.
2755           id = mActiveDb.get().insert(Tables.STREAM_ITEMS, null, mValues);
2756           if (id == -1) {
2757               // Insertion failed.
2758               return 0;
2759           }
2760
2761           // Check to see if we're over the limit for stream items under this raw contact.
2762           // It's possible that the inserted stream item is older than the the existing
2763           // ones, in which case it may be deleted immediately (resetting the ID to 0).
2764           id = cleanUpOldStreamItems(rawContactId, id);
2765
2766           return id;
2767       }
2768
2769       /**
2770        * Inserts an item in the stream_item_photos table.  The account is checked against
2771        * the account in the raw contact that owns the stream item being modified.
2772        *
2773        * @param uri the insertion URI
2774        * @param values the values for the new row
2775        * @return the stream item photo _ID of the newly created row, or 0 if there was an issue
2776        *     with processing the photo or creating the row
2777        */
2778       private long insertStreamItemPhoto(Uri uri, ContentValues values) {
2779           long id = 0;
2780           mValues.clear();
2781           mValues.putAll(values);
2782
2783           long streamItemId = mValues.getAsLong(StreamItemPhotos.STREAM_ITEM_ID);
2784           if (streamItemId != 0) {
2785               long rawContactId = lookupRawContactIdForStreamId(streamItemId);
2786
2787               // Ensure that the raw contact exists and belongs to the caller's account.
2788               Account account = resolveAccount(uri, mValues);
2789               enforceModifyingAccount(account, rawContactId);
2790
2791               // Don't attempt to insert accounts params - they don't exist in the stream item
2792               // photos table.
2793               mValues.remove(RawContacts.ACCOUNT_NAME);
2794               mValues.remove(RawContacts.ACCOUNT_TYPE);
2795
2796               // Process the photo and store it.
2797               if (processStreamItemPhoto(mValues, false)) {
2798                   // Insert the stream item photo.
2799                   id = mActiveDb.get().insert(Tables.STREAM_ITEM_PHOTOS, null, mValues);
2800               }
2801           }
2802           return id;
2803       }
2804
2805       /**
2806        * Processes the photo contained in the {@link ContactsContract.StreamItemPhotos#PHOTO}
2807        * field of the given values, attempting to store it in the photo store.  If successful,
2808        * the resulting photo file ID will be added to the values for insert/update in the table.
2809        * <p>
```

```
2810        * Inserting a valid picture (i.e. whether the insertion will
2811        * still return true).  If inserting, a valid picture must be specified.
2812        * @param values The content values provided by the caller.
2813        * @param forUpdate Whether this photo is being processed for update (vs. insert).
2814        * @return Whether the insert or update should proceed.
2815        */
2816       private boolean processStreamItemPhoto(ContentValues values, boolean forUpdate) {
2817           if (!values.containsKey(StreamItemPhotos.PHOTO)) {
2818               return forUpdate;
2819           }
2820           byte[] photoBytes = values.getAsByteArray(StreamItemPhotos.PHOTO);
2821           if (photoBytes == null) {
2822               return forUpdate;
2823           }
2824
2825           // Process the photo and store it.
2826           try {
2827               long photoFileId = mPhotoStore.get().insert(new PhotoProcessor(photoBytes,
2828                       mMaxDisplayPhotoDim, mMaxThumbnailPhotoDim, true), true);
2829               if (photoFileId != 0) {
2830                   values.put(StreamItemPhotos.PHOTO_FILE_ID, photoFileId);
2831                   values.remove(StreamItemPhotos.PHOTO);
2832                   return true;
2833               } else {
2834                   // Couldn't store the photo, return 0.
2835                   Log.e(TAG, "Could not process stream item photo for insert");
2836                   return false;
2837               }
2838           } catch (IOException ioe) {
2839               Log.e(TAG, "Could not process stream item photo for insert", ioe);
2840               return false;
2841           }
2842       }
2843
2844       /**
2845        * Looks up the raw contact ID that owns the specified stream item.
2846        * @param streamItemId The ID of the stream item.
2847        * @return The associated raw contact ID, or -1 if no such stream item exists.
2848        */
2849       private long lookupRawContactIdForStreamId(long streamItemId) {
2850           long rawContactId = -1;
2851           Cursor c = mActiveDb.get().query(Tables.STREAM_ITEMS,
2852                   new String[]{StreamItems.RAW_CONTACT_ID},
2853                   StreamItems._ID + "=?", new String[]{String.valueOf(streamItemId)},
2854                   null, null, null);
2855           try {
2856               if (c.moveToFirst()) {
2857                   rawContactId = c.getLong(0);
2858               }
2859           } finally {
2860               c.close();
2861           }
2862           return rawContactId;
2863       }
2864
2865       /**
2866        * If the given URI is reading stream items or stream photos, this will run a permission c
heck
2867        * for the android.permission.READ_SOCIAL_STREAM permission - otherwise it will do nothing
.
2868        * @param uri The URI to check.
2869        */
2870       private void enforceSocialStreamReadPermission(Uri uri) {
2871           if (SOCIAL_STREAM_URIS.contains(sUriMatcher.match(uri))
2872                   && !isValidPreAuthorizedUri(uri)) {
2873               getContext().enforceCallingOrSelfPermission(
2874                       "android.permission.READ_SOCIAL_STREAM", null);
2875           }
2876       }
2877
2878       /**
2879        * If the given URI is modifying stream items or stream photos, this will run a permission
 check
2880        * for the android.permission.WRITE_SOCIAL_STREAM permission - otherwise it will do nothin
g.
2881        * @param uri The URI to check.
2882        */
2883       private void enforceSocialStreamWritePermission(Uri uri) {
2884           if (SOCIAL_STREAM_URIS.contains(sUriMatcher.match(uri))) {
2885               getContext().enforceCallingOrSelfPermission(
2886                       "android.permission.WRITE_SOCIAL_STREAM", null);
2887           }
```

```
2888        }
2889
2890        /**
2891         * Checks whether the given raw contact ID is owned by the given account.
2892         * If the resolved account is null, this will return true iff the raw contact
2893         * is also associated with the "null" account.
2894         *
2895         * If the resolved account does not match, this will throw a security exception.
2896         * @param account The resolved account (may be null).
2897         * @param rawContactId The raw contact ID to check for.
2898         */
2899        private void enforceModifyingAccount(Account account, long rawContactId) {
2900            String accountSelection = RawContactsColumns.CONCRETE_ID + "=? AND "
2901                    + RawContactsColumns.CONCRETE_ACCOUNT_NAME + "=? AND "
2902                    + RawContactsColumns.CONCRETE_ACCOUNT_TYPE + "=?";
2903            String noAccountSelection = RawContactsColumns.CONCRETE_ID + "=? AND "
2904                    + RawContactsColumns.CONCRETE_ACCOUNT_NAME + " IS NULL AND "
2905                    + RawContactsColumns.CONCRETE_ACCOUNT_TYPE + " IS NULL";
2906            Cursor c;
2907            if (account != null) {
2908                c = mActiveDb.get().query(Tables.RAW_CONTACTS,
2909                        new String[]{RawContactsColumns.CONCRETE_ID}, accountSelection,
2910                        new String[]{String.valueOf(rawContactId), mAccount.name, mAccount.type},
2911                        null, null, null);
2912            } else {
2913                c = mActiveDb.get().query(Tables.RAW_CONTACTS,
2914                        new String[]{RawContactsColumns.CONCRETE_ID}, noAccountSelection,
2915                        new String[]{String.valueOf(rawContactId)},
2916                        null, null, null);
2917            }
2918            try {
2919                if(c.getCount() == 0) {
2920                    throw new SecurityException("Caller account does not match raw contact ID "
2921                        + rawContactId);
2922                }
2923            } finally {
2924                c.close();
2925            }
2926        }
2927
2928        /**
2929         * Checks whether the given selection of stream items matches up with the given
2930         * account.  If any of the raw contacts fail the account check, this will throw a
2931         * security exception.
2932         * @param account The resolved account (may be null).
2933         * @param selection The selection.
2934         * @param selectionArgs The selection arguments.
2935         * @return The list of stream item IDs that would be included in this selection.
2936         */
2937        private List<Long> enforceModifyingAccountForStreamItems(Account account, String selection
,
2938                String[] selectionArgs) {
2939            List<Long> streamItemIds = Lists.newArrayList();
2940            SQLiteQueryBuilder qb = new SQLiteQueryBuilder();
2941            setTablesAndProjectionMapForStreamItems(qb);
2942            Cursor c = qb.query(mActiveDb.get(),
2943                    new String[]{StreamItems._ID, StreamItems.RAW_CONTACT_ID},
2944                    selection, selectionArgs, null, null, null);
2945            try {
2946                while (c.moveToNext()) {
2947                    streamItemIds.add(c.getLong(0));
2948
2949                    // Throw a security exception if the account doesn't match the raw contact's.
2950                    enforceModifyingAccount(account, c.getLong(1));
2951                }
2952            } finally {
2953                c.close();
2954            }
2955            return streamItemIds;
2956        }
2957
2958        /**
2959         * Checks whether the given selection of stream item photos matches up with the given
2960         * account.  If any of the raw contacts fail the account check, this will throw a
2961         * security exception.
2962         * @param account The resolved account (may be null).
2963         * @param selection The selection.
2964         * @param selectionArgs The selection arguments.
2965         * @return The list of stream item photo IDs that would be included in this selection.
2966         */
2967        private List<Long> enforceModifyingAccountForStreamItemPhotos(Account account, String sele
ction,
```

```
2968                  List<Long> streamItemPhotoIds = Lists.newArrayList();
2969                  SQLiteQueryBuilder qb = new SQLiteQueryBuilder();
2970                  setTablesAndProjectionMapForStreamItemPhotos(qb);
2971                  Cursor c = qb.query(mActiveDb.get(),
2972                          new String[]{StreamItemPhotos._ID, StreamItems.RAW_CONTACT_ID},
2973                          selection, selectionArgs, null, null, null);
2974              try {
2975                  while (c.moveToNext()) {
2976                      streamItemPhotoIds.add(c.getLong(0));
2977
2978                      // Throw a security exception if the account doesn't match the raw contact's.
2979                      enforceModifyingAccount(account, c.getLong(1));
2980                  }
2981              } finally {
2982                  c.close();
2983              }
2984              return streamItemPhotoIds;
2985          }
2986
2987          /**
2988           * Queries the database for stream items under the given raw contact.  If there are
2989           * more entries than {@link ContactsProvider2#MAX_STREAM_ITEMS_PER_RAW_CONTACT},
2990           * the oldest entries (as determined by timestamp) will be deleted.
2991           * @param rawContactId The raw contact ID to examine for stream items.
2992           * @param insertedStreamItemId The ID of the stream item that was just inserted,
2993           *     prompting this cleanup.  Callers may pass 0 if no insertion prompted the
2994           *     cleanup.
2995           * @return The ID of the inserted stream item if it still exists after cleanup;
2996           *     0 otherwise.
2997           */
2998          private long cleanUpOldStreamItems(long rawContactId, long insertedStreamItemId) {
2999              long postCleanupInsertedStreamId = insertedStreamItemId;
3000              Cursor c = mActiveDb.get().query(Tables.STREAM_ITEMS, new String[]{StreamItems._ID},
3001                      StreamItems.RAW_CONTACT_ID + "=?", new String[]{String.valueOf(rawContactId)},
3002                      null, null, StreamItems.TIMESTAMP + " DESC, " + StreamItems._ID + " DESC");
3003              try {
3004                  int streamItemCount = c.getCount();
3005                  if (streamItemCount <= MAX_STREAM_ITEMS_PER_RAW_CONTACT) {
3006                      // Still under the limit - nothing to clean up!
3007                      return insertedStreamItemId;
3008                  } else {
3009                      c.moveToLast();
3010                      while (c.getPosition() >= MAX_STREAM_ITEMS_PER_RAW_CONTACT) {
3011                          long streamItemId = c.getLong(0);
3012                          if (insertedStreamItemId == streamItemId) {
3013                              // The stream item just inserted is being deleted.
3014                              postCleanupInsertedStreamId = 0;
3015                          }
3016                          deleteStreamItem(c.getLong(0));
3017                          c.moveToPrevious();
3018                      }
3019                  }
3020              } finally {
3021                  c.close();
3022              }
3023              return postCleanupInsertedStreamId;
3024          }
3025
3026          /**
3027           * Delete data row by row so that fixing of primaries etc work correctly.
3028           */
3029          private int deleteData(String selection, String[] selectionArgs, boolean callerIsSyncAdapt
3030      er) {
3031              int count = 0;
3032
3033              // Note that the query will return data according to the access restrictions,
3034              // so we don't need to worry about deleting data we don't have permission to read.
3035              Uri dataUri = inProfileMode()
3036                      ? Uri.withAppendedPath(Profile.CONTENT_URI, RawContacts.Data.CONTENT_DIRECTORY
3037      )
3038                      : Data.CONTENT_URI;
3039              Cursor c = query(dataUri, DataRowHandler.DataDeleteQuery.COLUMNS,
3040                      selection, selectionArgs, null);
3040              try {
3041                  while(c.moveToNext()) {
3042                      long rawContactId = c.getLong(DataRowHandler.DataDeleteQuery.RAW_CONTACT_ID);
3043                      String mimeType = c.getString(DataRowHandler.DataDeleteQuery.MIMETYPE);
3044                      DataRowHandler rowHandler = getDataRowHandler(mimeType);
3045                      count += rowHandler.delete(mActiveDb.get(), mTransactionContext.get(), c);
3046                      if (!callerIsSyncAdapter) {
3047                          mTransactionContext.get().markRawContactDirty(rawContactId);
```

```
3048                }
3049
3050            } finally {
3051                c.close();
3052            }
3053
3054            return count;
3055        }
3056
3057        /**
3058         * Delete a data row provided that it is one of the allowed mime types.
3059         */
3060        public int deleteData(long dataId, String[] allowedMimeTypes) {
3061
3062            // Note that the query will return data according to the access restrictions,
3063            // so we don't need to worry about deleting data we don't have permission to read.
3064            mSelectionArgs1[0] = String.valueOf(dataId);
3065            Cursor c = query(Data.CONTENT_URI, DataRowHandler.DataDeleteQuery.COLUMNS, Data._ID +
"=?",
3066                    mSelectionArgs1, null);
3067
3068            try {
3069                if (!c.moveToFirst()) {
3070                    return 0;
3071                }
3072
3073                String mimeType = c.getString(DataRowHandler.DataDeleteQuery.MIMETYPE);
3074                boolean valid = false;
3075                for (int i = 0; i < allowedMimeTypes.length; i++) {
3076                    if (TextUtils.equals(mimeType, allowedMimeTypes[i])) {
3077                        valid = true;
3078                        break;
3079                    }
3080                }
3081
3082                if (!valid) {
3083                    throw new IllegalArgumentException("Data type mismatch: expected "
3084                            + Lists.newArrayList(allowedMimeTypes));
3085                }
3086                DataRowHandler rowHandler = getDataRowHandler(mimeType);
3087                return rowHandler.delete(mActiveDb.get(), mTransactionContext.get(), c);
3088            } finally {
3089                c.close();
3090            }
3091        }
3092
3093        /**
3094         * Inserts an item in the groups table
3095         */
3096        private long insertGroup(Uri uri, ContentValues values, boolean callerIsSyncAdapter) {
3097            mValues.clear();
3098            mValues.putAll(values);
3099
3100            final AccountWithDataSet accountWithDataSet = resolveAccountWithDataSet(uri, mValues);
3101
3102            // Replace package with internal mapping
3103            final String packageName = mValues.getAsString(Groups.RES_PACKAGE);
3104            if (packageName != null) {
3105                mValues.put(GroupsColumns.PACKAGE_ID, mDbHelper.get().getPackageId(packageName));
3106            }
3107            mValues.remove(Groups.RES_PACKAGE);
3108
3109            final boolean isFavoritesGroup = mValues.getAsLong(Groups.FAVORITES) != null
3110                    ? mValues.getAsLong(Groups.FAVORITES) != 0
3111                    : false;
3112
3113            if (!callerIsSyncAdapter) {
3114                mValues.put(Groups.DIRTY, 1);
3115            }
3116
3117            long result = mActiveDb.get().insert(Tables.GROUPS, Groups.TITLE, mValues);
3118
3119            if (!callerIsSyncAdapter && isFavoritesGroup) {
3120                // add all starred raw contacts to this group
3121                String selection;
3122                String[] selectionArgs;
3123                if (accountWithDataSet == null) {
3124                    selection = RawContacts.ACCOUNT_NAME + " IS NULL AND "
3125                            + RawContacts.ACCOUNT_TYPE + " IS NULL AND "
3126                            + RawContacts.DATA_SET + " IS NULL";
3127                    selectionArgs = null;
3128                } else if (accountWithDataSet.getDataSet() == null) {
```

Case 5:12-cv-00630-LHK   Document 174-8   Filed 04/23/12   Page 41 of 101

```
3129                            + RawContacts.ACCOUNT_TYPE + "=? AND "
3130                            + RawContacts.DATA_SET + " IS NULL";
3131                        selectionArgs = new String[] {
3132                            accountWithDataSet.getAccountName(),
3133                            accountWithDataSet.getAccountType()
3134                        };
3135                    } else {
3136                        selection = RawContacts.ACCOUNT_NAME + "=? AND "
3137                            + RawContacts.ACCOUNT_TYPE + "=? AND "
3138                            + RawContacts.DATA_SET + "=?";
3139                        selectionArgs = new String[] {
3140                            accountWithDataSet.getAccountName(),
3141                            accountWithDataSet.getAccountType(),
3142                            accountWithDataSet.getDataSet()
3143                        };
3144                    }
3145                    Cursor c = mActiveDb.get().query(Tables.RAW_CONTACTS,
3146                            new String[]{RawContacts._ID, RawContacts.STARRED},
3147                            selection, selectionArgs, null, null, null);
3148                    try {
3149                        while (c.moveToNext()) {
3150                            if (c.getLong(1) != 0) {
3151                                final long rawContactId = c.getLong(0);
3152                                insertDataGroupMembership(rawContactId, result);
3153                                mTransactionContext.get().markRawContactDirty(rawContactId);
3154                            }
3155                        }
3156                    } finally {
3157                        c.close();
3158                    }
3159                }
3160
3161                if (mValues.containsKey(Groups.GROUP_VISIBLE)) {
3162                    mVisibleTouched = true;
3163                }
3164
3165
3166                return result;
3167            }
3168
3169            private long insertSettings(Uri uri, ContentValues values) {
3170                // Before inserting, ensure that no settings record already exists for the
3171                // values being inserted (this used to be enforced by a primary key, but that no
3172                // longer works with the nullable data_set field added).
3173                String accountName = values.getAsString(Settings.ACCOUNT_NAME);
3174                String accountType = values.getAsString(Settings.ACCOUNT_TYPE);
3175                String dataSet = values.getAsString(Settings.DATA_SET);
3176                Uri.Builder settingsUri = Settings.CONTENT_URI.buildUpon();
3177                if (accountName != null) {
3178                    settingsUri.appendQueryParameter(Settings.ACCOUNT_NAME, accountName);
3179                }
3180                if (accountType != null) {
3181                    settingsUri.appendQueryParameter(Settings.ACCOUNT_TYPE, accountType);
3182                }
3183                if (dataSet != null) {
3184                    settingsUri.appendQueryParameter(Settings.DATA_SET, dataSet);
3185                }
3186                Cursor c = queryLocal(settingsUri.build(), null, null, null, null, 0);
3187                try {
3188                    if (c.getCount() > 0) {
3189                        // If a record was found, replace it with the new values.
3190                        String selection = null;
3191                        String[] selectionArgs = null;
3192                        if (accountName != null && accountType != null) {
3193                            selection = Settings.ACCOUNT_NAME + "=? AND " + Settings.ACCOUNT_TYPE + "=?
";
3194                            if (dataSet == null) {
3195                                selection += " AND " + Settings.DATA_SET + " IS NULL";
3196                                selectionArgs = new String[] {accountName, accountType};
3197                            } else {
3198                                selection += " AND " + Settings.DATA_SET + "=?";
3199                                selectionArgs = new String[] {accountName, accountType, dataSet};
3200                            }
3201                        }
3202                        return updateSettings(uri, values, selection, selectionArgs);
3203                    }
3204                } finally {
3205                    c.close();
3206                }
3207
3208                // If we didn't find a duplicate, we're fine to insert.
3209                final long id = mActiveDb.get().insert(Tables.SETTINGS, null, values);
```

```
3210
3211        if (values.containsKey(Settings.UNGROUPED_VISIBLE)) {
3212            mVisibleTouched = true;
3213        }
3214
3215        return id;
3216    }
3217
3218    /**
3219     * Inserts a status update.
3220     */
3221    public long insertStatusUpdate(ContentValues values) {
3222        final String handle = values.getAsString(StatusUpdates.IM_HANDLE);
3223        final Integer protocol = values.getAsInteger(StatusUpdates.PROTOCOL);
3224        String customProtocol = null;
3225
3226        if (protocol != null && protocol == Im.PROTOCOL_CUSTOM) {
3227            customProtocol = values.getAsString(StatusUpdates.CUSTOM_PROTOCOL);
3228            if (TextUtils.isEmpty(customProtocol)) {
3229                throw new IllegalArgumentException(
3230                    "CUSTOM_PROTOCOL is required when PROTOCOL=PROTOCOL_CUSTOM");
3231            }
3232        }
3233
3234        long rawContactId = -1;
3235        long contactId = -1;
3236        Long dataId = values.getAsLong(StatusUpdates.DATA_ID);
3237        String accountType = null;
3238        String accountName = null;
3239        mSb.setLength(0);
3240        mSelectionArgs.clear();
3241        if (dataId != null) {
3242            // Lookup the contact info for the given data row.
3243
3244            mSb.append(Tables.DATA + "." + Data._ID + "=?");
3245            mSelectionArgs.add(String.valueOf(dataId));
3246        } else {
3247            // Lookup the data row to attach this presence update to
3248
3249            if (TextUtils.isEmpty(handle) || protocol == null) {
3250                throw new IllegalArgumentException("PROTOCOL and IM_HANDLE are required");
3251            }
3252
3253            // TODO: generalize to allow other providers to match against email
3254            boolean matchEmail = Im.PROTOCOL_GOOGLE_TALK == protocol;
3255
3256            String mimeTypeIdIm = String.valueOf(mDbHelper.get().getMimeTypeIdForIm());
3257            if (matchEmail) {
3258                String mimeTypeIdEmail = String.valueOf(mDbHelper.get().getMimeTypeIdForEmail(
));

3259
3260                // The following hack forces SQLite to use the (mimetype_id,data1) index, othe
rwise
3261                // the "OR" conjunction confuses it and it switches to a full scan of
3262                // the raw_contacts table.
3263
3264                // This code relies on the fact that Im.DATA and Email.DATA are in fact the sa
me
3265                // column - Data.DATA1
3266                mSb.append(DataColumns.MIMETYPE_ID + " IN (?,?)" +
3267                    " AND " + Data.DATA1 + "=?" +
3268                    " AND ((" + DataColumns.MIMETYPE_ID + "=? AND " + Im.PROTOCOL + "=?");
3269                mSelectionArgs.add(mimeTypeIdEmail);
3270                mSelectionArgs.add(mimeTypeIdIm);
3271                mSelectionArgs.add(handle);
3272                mSelectionArgs.add(mimeTypeIdIm);
3273                mSelectionArgs.add(String.valueOf(protocol));
3274                if (customProtocol != null) {
3275                    mSb.append(" AND " + Im.CUSTOM_PROTOCOL + "=?");
3276                    mSelectionArgs.add(customProtocol);
3277                }
3278                mSb.append(") OR (" + DataColumns.MIMETYPE_ID + "=?))");
3279                mSelectionArgs.add(mimeTypeIdEmail);
3280            } else {
3281                mSb.append(DataColumns.MIMETYPE_ID + "=?" +
3282                    " AND " + Im.PROTOCOL + "=?" +
3283                    " AND " + Im.DATA + "=?");
3284                mSelectionArgs.add(mimeTypeIdIm);
3285                mSelectionArgs.add(String.valueOf(protocol));
3286                mSelectionArgs.add(handle);
3287                if (customProtocol != null) {
3288                    mSb.append(" AND " + Im.CUSTOM_PROTOCOL + "=?");
```

```
3289                        }
3290                    }
3291                }
3292
3293                if (values.containsKey(StatusUpdates.DATA_ID)) {
3294                    mSb.append(" AND " + DataColumns.CONCRETE_ID + "=?");
3295                    mSelectionArgs.add(values.getAsString(StatusUpdates.DATA_ID));
3296                }
3297            }
3298
3299            Cursor cursor = null;
3300            try {
3301                cursor = mActiveDb.get().query(DataContactsQuery.TABLE, DataContactsQuery.PROJECTI
ON,
3302                        mSb.toString(), mSelectionArgs.toArray(EMPTY_STRING_ARRAY), null, null,
3303                        Clauses.CONTACT_VISIBLE + " DESC, " + Data.RAW_CONTACT_ID);
3304                if (cursor.moveToFirst()) {
3305                    dataId = cursor.getLong(DataContactsQuery.DATA_ID);
3306                    rawContactId = cursor.getLong(DataContactsQuery.RAW_CONTACT_ID);
3307                    accountType = cursor.getString(DataContactsQuery.ACCOUNT_TYPE);
3308                    accountName = cursor.getString(DataContactsQuery.ACCOUNT_NAME);
3309                    contactId = cursor.getLong(DataContactsQuery.CONTACT_ID);
3310                } else {
3311                    // No contact found, return a null URI
3312                    return -1;
3313                }
3314            } finally {
3315                if (cursor != null) {
3316                    cursor.close();
3317                }
3318            }
3319
3320            if (values.containsKey(StatusUpdates.PRESENCE)) {
3321                if (customProtocol == null) {
3322                    // We cannot allow a null in the custom protocol field, because SQLite3 does n
ot
3323                    // properly enforce uniqueness of null values
3324                    customProtocol = "";
3325                }
3326
3327                mValues.clear();
3328                mValues.put(StatusUpdates.DATA_ID, dataId);
3329                mValues.put(PresenceColumns.RAW_CONTACT_ID, rawContactId);
3330                mValues.put(PresenceColumns.CONTACT_ID, contactId);
3331                mValues.put(StatusUpdates.PROTOCOL, protocol);
3332                mValues.put(StatusUpdates.CUSTOM_PROTOCOL, customProtocol);
3333                mValues.put(StatusUpdates.IM_HANDLE, handle);
3334                if (values.containsKey(StatusUpdates.IM_ACCOUNT)) {
3335                    mValues.put(StatusUpdates.IM_ACCOUNT, values.getAsString(StatusUpdates.IM_ACCO
UNT));
3336                }
3337                mValues.put(StatusUpdates.PRESENCE,
3338                        values.getAsString(StatusUpdates.PRESENCE));
3339                mValues.put(StatusUpdates.CHAT_CAPABILITY,
3340                        values.getAsString(StatusUpdates.CHAT_CAPABILITY));
3341
3342                // Insert the presence update
3343                mActiveDb.get().replace(Tables.PRESENCE, null, mValues);
3344            }
3345
3346
3347            if (values.containsKey(StatusUpdates.STATUS)) {
3348                String status = values.getAsString(StatusUpdates.STATUS);
3349                String resPackage = values.getAsString(StatusUpdates.STATUS_RES_PACKAGE);
3350                Resources resources = getContext().getResources();
3351                if (!TextUtils.isEmpty(resPackage)) {
3352                    PackageManager pm = getContext().getPackageManager();
3353                    try {
3354                        resources = pm.getResourcesForApplication(resPackage);
3355                    } catch (NameNotFoundException e) {
3356                        Log.w(TAG, "Contact status update resource package not found: "
3357                                + resPackage);
3358                    }
3359                }
3360                Integer labelResourceId = values.getAsInteger(StatusUpdates.STATUS_LABEL);
3361
3362                if ((labelResourceId == null || labelResourceId == 0) && protocol != null) {
3363                    labelResourceId = Im.getProtocolLabelResource(protocol);
3364                }
3365                String labelResource = getResourceName(resources, "string", labelResourceId);
3366
3367                Integer iconResourceId = values.getAsInteger(StatusUpdates.STATUS_ICON);
```

```
3368
3369
3370            String iconResource = getResourceName(resources, "drawable", iconResourceId);
3371
3372            if (TextUtils.isEmpty(status)) {
3373                mDbHelper.get().deleteStatusUpdate(dataId);
3374            } else {
3375                Long timestamp = values.getAsLong(StatusUpdates.STATUS_TIMESTAMP);
3376                if (timestamp != null) {
3377                    mDbHelper.get().replaceStatusUpdate(dataId, timestamp, status, resPackage,
3378                            iconResourceId, labelResourceId);
3379                } else {
3380                    mDbHelper.get().insertStatusUpdate(dataId, status, resPackage, iconResourc
eId,
3381                            labelResourceId);
3382                }
3383
3384                // For forward compatibility with the new stream item API, insert this status
update
3385                // there as well.  If we already have a stream item from this source, update t
hat
3386                // one instead of inserting a new one (since the semantics of the old status u
pdate
3387                // API is to only have a single record).
3388                if (rawContactId != -1 && !TextUtils.isEmpty(status)) {
3389                    ContentValues streamItemValues = new ContentValues();
3390                    streamItemValues.put(StreamItems.RAW_CONTACT_ID, rawContactId);
3391                    // Status updates are text only but stream items are HTML.
3392                    streamItemValues.put(StreamItems.TEXT, statusUpdateToHtml(status));
3393                    streamItemValues.put(StreamItems.COMMENTS, "");
3394                    streamItemValues.put(StreamItems.RES_PACKAGE, resPackage);
3395                    streamItemValues.put(StreamItems.RES_ICON, iconResource);
3396                    streamItemValues.put(StreamItems.RES_LABEL, labelResource);
3397                    streamItemValues.put(StreamItems.TIMESTAMP,
3398                            timestamp == null ? System.currentTimeMillis() : timestamp);
3399
3400                    // Note: The following is basically a workaround for the fact that status
item
3401                    // updates didn't do any sort of account enforcement, while social stream
count
3402                    // updates do.  We can't expect callers of the old API to start passing ac
 for
3403                    // information along, so we just populate the account params appropriately
nt
3404                    // the raw contact.  Data set is not relevant here, as we only check accou
3405                    // name and type.
3406                    if (accountName != null && accountType != null) {
3407                        streamItemValues.put(RawContacts.ACCOUNT_NAME, accountName);
3408                        streamItemValues.put(RawContacts.ACCOUNT_TYPE, accountType);
3409                    }
3410
3411                    // Check for an existing stream item from this source, and insert or updat
e.
3412                    Uri streamUri = StreamItems.CONTENT_URI;
3413                    Cursor c = queryLocal(streamUri, new String[]{StreamItems._ID},
3414                            StreamItems.RAW_CONTACT_ID + "=?",
3415                            new String[]{String.valueOf(rawContactId)},
3416                            null, -1 /* directory ID */);
3417                    try {
3418                        if (c.getCount() > 0) {
3419                            c.moveToFirst();
3420                            updateInTransaction(ContentUris.withAppendedId(streamUri, c.getLon
g(0)),
3421                                    streamItemValues, null, null);
3422                        } else {
3423                            insertInTransaction(streamUri, streamItemValues);
3424                        }
3425                    } finally {
3426                        c.close();
3427                    }
3428                }
3429            }
3430        }
3431
3432        if (contactId != -1) {
3433            mAggregator.get().updateLastStatusUpdateId(contactId);
3434        }
3435
3436        return dataId;
3437    }
3438
3439    /** Converts a status update to HTML. */
```

```
3440    private static String htmlEncode(String status) {
3441        return TextUtils.htmlEncode(status);
3442    }
3443
3444    private String getResourceName(Resources resources, String expectedType, Integer resourceI
d) {
3445        try {
3446            if (resourceId == null || resourceId == 0) return null;
3447
3448            // Resource has an invalid type (e.g. a string as icon)? ignore
3449            final String resourceEntryName = resources.getResourceEntryName(resourceId);
3450            final String resourceTypeName = resources.getResourceTypeName(resourceId);
3451            if (!expectedType.equals(resourceTypeName)) {
3452                Log.w(TAG, "Resource " + resourceId + "(" + resourceEntryName + ")is of type " +
3453                        resourceTypeName + " but " + expectedType + " is required.");
3454                return null;
3455            }
3456
3457            return resourceEntryName;
3458        } catch (NotFoundException e) {
3459            return null;
3460        }
3461    }
3462
3463    @Override
3464    protected int deleteInTransaction(Uri uri, String selection, String[] selectionArgs) {
3465        if (VERBOSE_LOGGING) {
3466            Log.v(TAG, "deleteInTransaction: " + uri);
3467        }
3468
3469        // Default active DB to the contacts DB if none has been set.
3470        if (mActiveDb.get() == null) {
3471            mActiveDb.set(mContactsHelper.getWritableDatabase());
3472        }
3473
3474        flushTransactionalChanges();
3475        final boolean callerIsSyncAdapter =
3476            readBooleanQueryParameter(uri, ContactsContract.CALLER_IS_SYNCADAPTER, false);
3477        final int match = sUriMatcher.match(uri);
3478        switch (match) {
3479            case SYNCSTATE:
3480            case PROFILE_SYNCSTATE:
3481                return mDbHelper.get().getSyncState().delete(mActiveDb.get(), selection,
3482                        selectionArgs);
3483
3484            case SYNCSTATE_ID: {
3485                String selectionWithId =
3486                    (SyncStateContract.Columns._ID + "=" + ContentUris.parseId(uri) + " ")
3487                    + (selection == null ? "" : " AND (" + selection + ")");
3488                return mDbHelper.get().getSyncState().delete(mActiveDb.get(), selectionWithId,
3489                        selectionArgs);
3490            }
3491
3492            case PROFILE_SYNCSTATE_ID: {
3493                String selectionWithId =
3494                    (SyncStateContract.Columns._ID + "=" + ContentUris.parseId(uri) + " ")
3495                    + (selection == null ? "" : " AND (" + selection + ")");
3496                return mProfileHelper.getSyncState().delete(mActiveDb.get(), selectionWithId,
3497                        selectionArgs);
3498            }
3499
3500            case CONTACTS: {
3501                // TODO
3502                return 0;
3503            }
3504
3505            case CONTACTS_ID: {
3506                long contactId = ContentUris.parseId(uri);
3507                return deleteContact(contactId, callerIsSyncAdapter);
3508            }
3509
3510            case CONTACTS_LOOKUP: {
3511                final List<String> pathSegments = uri.getPathSegments();
3512                final int segmentCount = pathSegments.size();
3513                if (segmentCount < 3) {
3514                    throw new IllegalArgumentException(mDbHelper.get().exceptionMessage(
3515                        "Missing a lookup key", uri));
3516                }
3517                final String lookupKey = pathSegments.get(2);
3518                final long contactId = lookupContactIdByLookupKey(mActiveDb.get(), lookupKey);
3519                return deleteContact(contactId, callerIsSyncAdapter);
3520            }
```

```
3521                case CONTACTS_LOOKUP_ID: {
3522                    // lookup contact by id and lookup key to see if they still match the actual r
3523      ecord
3524                    final List<String> pathSegments = uri.getPathSegments();
3525                    final String lookupKey = pathSegments.get(2);
3526                    SQLiteQueryBuilder lookupQb = new SQLiteQueryBuilder();
3527                    setTablesAndProjectionMapForContacts(lookupQb, uri, null);
3528                    long contactId = ContentUris.parseId(uri);
3529                    String[] args;
3530                    if (selectionArgs == null) {
3531                        args = new String[2];
3532                    } else {
3533                        args = new String[selectionArgs.length + 2];
3534                        System.arraycopy(selectionArgs, 0, args, 2, selectionArgs.length);
3535                    }
3536                    args[0] = String.valueOf(contactId);
3537                    args[1] = Uri.encode(lookupKey);
3538                    lookupQb.appendWhere(Contacts._ID + "=? AND " + Contacts.LOOKUP_KEY + "=?");
3539                    Cursor c = query(mActiveDb.get(), lookupQb, null, selection, args, null, null,
3540                        null);
3541                    try {
3542                        if (c.getCount() == 1) {
3543                            // contact was unmodified so go ahead and delete it
3544                            return deleteContact(contactId, callerIsSyncAdapter);
3545                        } else {
3546                            // row was changed (e.g. the merging might have changed), we got multi
3546      ple
3547                            // rows or the supplied selection filtered the record out
3548                            return 0;
3549                        }
3550                    } finally {
3551                        c.close();
3552                    }
3553                }
3554
3555                case RAW_CONTACTS:
3556                case PROFILE_RAW_CONTACTS: {
3557                    int numDeletes = 0;
3558                    Cursor c = mActiveDb.get().query(Tables.RAW_CONTACTS,
3559                        new String[]{RawContacts._ID, RawContacts.CONTACT_ID},
3560                        appendAccountToSelection(uri, selection), selectionArgs, null, null, n
3560      ull);
3561                    try {
3562                        while (c.moveToNext()) {
3563                            final long rawContactId = c.getLong(0);
3564                            long contactId = c.getLong(1);
3565                            numDeletes += deleteRawContact(rawContactId, contactId,
3566                                callerIsSyncAdapter);
3567                        }
3568                    } finally {
3569                        c.close();
3570                    }
3571                    return numDeletes;
3572                }
3573
3574                case RAW_CONTACTS_ID:
3575                case PROFILE_RAW_CONTACTS_ID: {
3576                    final long rawContactId = ContentUris.parseId(uri);
3577                    return deleteRawContact(rawContactId, mDbHelper.get().getContactId(rawContactI
3577      d),
3578                        callerIsSyncAdapter);
3579                }
3580
3581                case DATA:
3582                case PROFILE_DATA: {
3583                    mSyncToNetwork |= !callerIsSyncAdapter;
3584                    return deleteData(appendAccountToSelection(uri, selection), selectionArgs,
3585                        callerIsSyncAdapter);
3586                }
3587
3588                case DATA_ID:
3589                case PHONES_ID:
3590                case EMAILS_ID:
3591                case POSTALS_ID:
3592                case PROFILE_DATA_ID: {
3593                    long dataId = ContentUris.parseId(uri);
3594                    mSyncToNetwork |= !callerIsSyncAdapter;
3595                    mSelectionArgs1[0] = String.valueOf(dataId);
3596                    return deleteData(Data._ID + "=?", mSelectionArgs1, callerIsSyncAdapter);
3597                }
3598
```

```
3599                    mSyncToNetwork |= !callerIsSyncAdapter;
3600                    return deleteGroup(uri, ContentUris.parseId(uri), callerIsSyncAdapter);
3601                }
3602
3603
3604            case GROUPS: {
3605                    int numDeletes = 0;
3606                    Cursor c = mActiveDb.get().query(Tables.GROUPS, new String[]{Groups._ID},
3607                            appendAccountToSelection(uri, selection), selectionArgs, null, null, n
      ull);
3608                    try {
3609                        while (c.moveToNext()) {
3610                            numDeletes += deleteGroup(uri, c.getLong(0), callerIsSyncAdapter);
3611                        }
3612                    } finally {
3613                        c.close();
3614                    }
3615                    if (numDeletes > 0) {
3616                        mSyncToNetwork |= !callerIsSyncAdapter;
3617                    }
3618                    return numDeletes;
3619                }
3620
3621            case SETTINGS: {
3622                    mSyncToNetwork |= !callerIsSyncAdapter;
3623                    return deleteSettings(uri, appendAccountToSelection(uri, selection), selection
      Args);
3624                }
3625
3626            case STATUS_UPDATES:
3627            case PROFILE_STATUS_UPDATES: {
3628                    return deleteStatusUpdates(selection, selectionArgs);
3629                }
3630
3631            case STREAM_ITEMS: {
3632                    mSyncToNetwork |= !callerIsSyncAdapter;
3633                    return deleteStreamItems(uri, new ContentValues(), selection, selectionArgs);
3634                }
3635
3636            case STREAM_ITEMS_ID: {
3637                    mSyncToNetwork |= !callerIsSyncAdapter;
3638                    return deleteStreamItems(uri, new ContentValues(),
3639                            StreamItems._ID + "=?",
3640                            new String[]{uri.getLastPathSegment()});
3641                }
3642
3643            case RAW_CONTACTS_ID_STREAM_ITEMS_ID: {
3644                    mSyncToNetwork |= !callerIsSyncAdapter;
3645                    String rawContactId = uri.getPathSegments().get(1);
3646                    String streamItemId = uri.getLastPathSegment();
3647                    return deleteStreamItems(uri, new ContentValues(),
3648                            StreamItems.RAW_CONTACT_ID + "=? AND " + StreamItems._ID + "=?",
3649                            new String[]{rawContactId, streamItemId});
3650
3651                }
3652
3653            case STREAM_ITEMS_ID_PHOTOS: {
3654                    mSyncToNetwork |= !callerIsSyncAdapter;
3655                    String streamItemId = uri.getPathSegments().get(1);
3656                    String selectionWithId =
3657                        (StreamItemPhotos.STREAM_ITEM_ID + "=" + streamItemId + " ")
3658                            + (selection == null ? "" : " AND(" + selection + ")");
3659                    return deleteStreamItemPhotos(uri, new ContentValues(),
3660                            selectionWithId, selectionArgs);
3661                }
3662
3663            case STREAM_ITEMS_ID_PHOTOS_ID: {
3664                    mSyncToNetwork |= !callerIsSyncAdapter;
3665                    String streamItemId = uri.getPathSegments().get(1);
3666                    String streamItemPhotoId = uri.getPathSegments().get(3);
3667                    return deleteStreamItemPhotos(uri, new ContentValues(),
3668                            StreamItemPhotosColumns.CONCRETE_ID + "=? AND "
3669                            + StreamItemPhotos.STREAM_ITEM_ID + "=?",
3670                            new String[]{streamItemPhotoId, streamItemId});
3671                }
3672
3673            default: {
3674                    mSyncToNetwork = true;
3675                    return mLegacyApiSupport.delete(uri, selection, selectionArgs);
3676                }
3677        }
3678    }
```

```
3679        public int deleteGroup(Uri uri, long groupId, boolean callerIsSyncAdapter) {
3680            mGroupIdCache.clear();
3681            final long groupMembershipMimetypeId = mDbHelper.get()
3682                .getMimeTypeId(GroupMembership.CONTENT_ITEM_TYPE);
3683            mActiveDb.get().delete(Tables.DATA, DataColumns.MIMETYPE_ID + "="
3684                + groupMembershipMimetypeId + " AND " + GroupMembership.GROUP_ROW_ID + "="
3685                + groupId, null);
3686
3687
3688            try {
3689                if (callerIsSyncAdapter) {
3690                    return mActiveDb.get().delete(Tables.GROUPS, Groups._ID + "=" + groupId, null)
3690    ;
3691                } else {
3692                    mValues.clear();
3693                    mValues.put(Groups.DELETED, 1);
3694                    mValues.put(Groups.DIRTY, 1);
3695                    return mActiveDb.get().update(Tables.GROUPS, mValues, Groups._ID + "=" + group
3695    Id,
3696                            null);
3697                }
3698            } finally {
3699                mVisibleTouched = true;
3700            }
3701        }
3702
3703        private int deleteSettings(Uri uri, String selection, String[] selectionArgs) {
3704            final int count = mActiveDb.get().delete(Tables.SETTINGS, selection, selectionArgs);
3705            mVisibleTouched = true;
3706            return count;
3707        }
3708
3709        private int deleteContact(long contactId, boolean callerIsSyncAdapter) {
3710            mSelectionArgs1[0] = Long.toString(contactId);
3711            Cursor c = mActiveDb.get().query(Tables.RAW_CONTACTS, new String[]{RawContacts._ID},
3712                    RawContacts.CONTACT_ID + "=?", mSelectionArgs1,
3713                    null, null, null);
3714            try {
3715                while (c.moveToNext()) {
3716                    long rawContactId = c.getLong(0);
3717                    markRawContactAsDeleted(rawContactId, callerIsSyncAdapter);
3718                }
3719            } finally {
3720                c.close();
3721            }
3722
3723            mProviderStatusUpdateNeeded = true;
3724
3725            return mActiveDb.get().delete(Tables.CONTACTS, Contacts._ID + "=" + contactId, null);
3726        }
3727
3728        public int deleteRawContact(long rawContactId, long contactId, boolean callerIsSyncAdapter
3728    ) {
3729            mAggregator.get().invalidateAggregationExceptionCache();
3730            mProviderStatusUpdateNeeded = true;
3731
3732            // Find and delete stream items associated with the raw contact.
3733            Cursor c = mActiveDb.get().query(Tables.STREAM_ITEMS,
3734                    new String[]{StreamItems._ID},
3735                    StreamItems.RAW_CONTACT_ID + "=?", new String[]{String.valueOf(rawContactId)},
3736                    null, null, null);
3737            try {
3738                while (c.moveToNext()) {
3739                    deleteStreamItem(c.getLong(0));
3740                }
3741            } finally {
3742                c.close();
3743            }
3744
3745            if (callerIsSyncAdapter || rawContactIsLocal(rawContactId)) {
3746                mActiveDb.get().delete(Tables.PRESENCE,
3747                        PresenceColumns.RAW_CONTACT_ID + "=" + rawContactId, null);
3748                int count = mActiveDb.get().delete(Tables.RAW_CONTACTS,
3749                        RawContacts._ID + "=" + rawContactId, null);
3750                mAggregator.get().updateAggregateData(mTransactionContext.get(), contactId);
3751                return count;
3752            } else {
3753                mDbHelper.get().removeContactIfSingleton(rawContactId);
3754                return markRawContactAsDeleted(rawContactId, callerIsSyncAdapter);
3755            }
3756        }
3757
```

```
3758    /** Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 49 of 101
3759     * Returns whether the given raw contact ID is local (i.e. has no account associated with
it).
         */
3760
3761    private boolean rawContactIsLocal(long rawContactId) {
3762        Cursor c = mActiveDb.get().query(Tables.RAW_CONTACTS,
3763            new String[] {
3764                    RawContacts.ACCOUNT_NAME,
3765                    RawContacts.ACCOUNT_TYPE,
3766                    RawContacts.DATA_SET
3767            },
3768            RawContacts._ID + "=?",
3769            new String[] {String.valueOf(rawContactId)}, null, null, null);
3770        try {
3771            return c.moveToFirst() && c.isNull(0) && c.isNull(1) && c.isNull(2);
3772        } finally {
3773            c.close();
3774        }
3775    }
3776
3777    private int deleteStatusUpdates(String selection, String[] selectionArgs) {
3778        // delete from both tables: presence and status_updates
3779        // TODO should account type/name be appended to the where clause?
3780        if (VERBOSE_LOGGING) {
3781            Log.v(TAG, "deleting data from status_updates for " + selection);
3782        }
3783        mActiveDb.get().delete(Tables.STATUS_UPDATES, getWhereClauseForStatusUpdatesTable(select
ion),
3784            selectionArgs);
3785        return mActiveDb.get().delete(Tables.PRESENCE, selection, selectionArgs);
3786    }
3787
3788    private int deleteStreamItems(Uri uri, ContentValues values, String selection,
3789            String[] selectionArgs) {
3790        // First query for the stream items to be deleted, and check that they belong
3791        // to the account.
3792        Account account = resolveAccount(uri, values);
3793        List<Long> streamItemIds = enforceModifyingAccountForStreamItems(
3794                account, selection, selectionArgs);
3795
3796        // If no security exception has been thrown, we're fine to delete.
3797        for (long streamItemId : streamItemIds) {
3798            deleteStreamItem(streamItemId);
3799        }
3800
3801        mVisibleTouched = true;
3802        return streamItemIds.size();
3803    }
3804
3805    private int deleteStreamItem(long streamItemId) {
3806        // Note that this does not enforce the modifying account.
3807        deleteStreamItemPhotos(streamItemId);
3808        return mActiveDb.get().delete(Tables.STREAM_ITEMS, StreamItems._ID + "=?",
3809            new String[]{String.valueOf(streamItemId)});
3810    }
3811
3812    private int deleteStreamItemPhotos(Uri uri, ContentValues values, String selection,
3813            String[] selectionArgs) {
3814        // First query for the stream item photos to be deleted, and check that they
3815        // belong to the account.
3816        Account account = resolveAccount(uri, values);
3817        enforceModifyingAccountForStreamItemPhotos(account, selection, selectionArgs);
3818
3819        // If no security exception has been thrown, we're fine to delete.
3820        return mActiveDb.get().delete(Tables.STREAM_ITEM_PHOTOS, selection, selectionArgs);
3821    }
3822
3823    private int deleteStreamItemPhotos(long streamItemId) {
3824        // Note that this does not enforce the modifying account.
3825        return mActiveDb.get().delete(Tables.STREAM_ITEM_PHOTOS,
3826            StreamItemPhotos.STREAM_ITEM_ID + "=?",
3827            new String[]{String.valueOf(streamItemId)});
3828    }
3829
3830    private int markRawContactAsDeleted(long rawContactId, boolean callerIsSyncAdapter) {
3831        mSyncToNetwork = true;
3832
3833        mValues.clear();
3834        mValues.put(RawContacts.DELETED, 1);
3835        mValues.put(RawContacts.AGGREGATION_MODE, RawContacts.AGGREGATION_MODE_DISABLED);
3836        mValues.put(RawContactsColumns.AGGREGATION_NEEDED, 1);
3837        mValues.putNull(RawContacts.CONTACT_ID);
```

```
3838          return updateRawContact(rawContactId, mValues, callerIsSyncAdapter);
3839          return updateRawContact(rawContactId, mValues, callerIsSyncAdapter);
3840      }
3841
3842      @Override
3843      protected int updateInTransaction(Uri uri, ContentValues values, String selection,
3844              String[] selectionArgs) {
3845          if (VERBOSE_LOGGING) {
3846              Log.v(TAG, "updateInTransaction: " + uri);
3847          }
3848
3849          // Default active DB to the contacts DB if none has been set.
3850          if (mActiveDb.get() == null) {
3851              mActiveDb.set(mContactsHelper.getWritableDatabase());
3852          }
3853
3854          int count = 0;
3855
3856          final int match = sUriMatcher.match(uri);
3857          if (match == SYNCSTATE_ID && selection == null) {
3858              long rowId = ContentUris.parseId(uri);
3859              Object data = values.get(ContactsContract.SyncState.DATA);
3860              mTransactionContext.get().syncStateUpdated(rowId, data);
3861              return 1;
3862          }
3863          flushTransactionalChanges();
3864          final boolean callerIsSyncAdapter =
3865                  readBooleanQueryParameter(uri, ContactsContract.CALLER_IS_SYNCADAPTER, false);
3866          switch(match) {
3867              case SYNCSTATE:
3868              case PROFILE_SYNCSTATE:
3869                  return mDbHelper.get().getSyncState().update(mActiveDb.get(), values,
3870                          appendAccountToSelection(uri, selection), selectionArgs);
3871
3872              case SYNCSTATE_ID: {
3873                  selection = appendAccountToSelection(uri, selection);
3874                  String selectionWithId =
3875                          (SyncStateContract.Columns._ID + "=" + ContentUris.parseId(uri) + " ")
3876                          + (selection == null ? "" : " AND (" + selection + ")");
3877                  return mDbHelper.get().getSyncState().update(mActiveDb.get(), values,
3878                          selectionWithId, selectionArgs);
3879              }
3880
3881              case PROFILE_SYNCSTATE_ID: {
3882                  selection = appendAccountToSelection(uri, selection);
3883                  String selectionWithId =
3884                          (SyncStateContract.Columns._ID + "=" + ContentUris.parseId(uri) + " ")
3885                          + (selection == null ? "" : " AND(" + selection + ")");
3886                  return mProfileHelper.getSyncState().update(mActiveDb.get(), values,
3887                          selectionWithId, selectionArgs);
3888              }
3889
3890              case CONTACTS:
3891              case PROFILE: {
3892                  count = updateContactOptions(values, selection, selectionArgs, callerIsSyncAdapter);
3893                  break;
3894              }
3895
3896              case CONTACTS_ID: {
3897                  count = updateContactOptions(ContentUris.parseId(uri), values, callerIsSyncAdapter);
3898                  break;
3899              }
3900
3901              case CONTACTS_LOOKUP:
3902              case CONTACTS_LOOKUP_ID: {
3903                  final List<String> pathSegments = uri.getPathSegments();
3904                  final int segmentCount = pathSegments.size();
3905                  if (segmentCount < 3) {
3906                      throw new IllegalArgumentException(mDbHelper.get().exceptionMessage(
3907                              "Missing a lookup key", uri));
3908                  }
3909                  final String lookupKey = pathSegments.get(2);
3910                  final long contactId = lookupContactIdByLookupKey(mActiveDb.get(), lookupKey);
3911                  count = updateContactOptions(contactId, values, callerIsSyncAdapter);
3912                  break;
3913              }
3914
3915              case RAW_CONTACTS_DATA:
3916              case PROFILE_RAW_CONTACTS_ID_DATA: {
3917                  int segment = match == RAW_CONTACTS_DATA ? 1 : 2;
```

```
3918                String selectionWithId = (Data.RAW_CONTACT_ID + "=" + rawContactId + " ")
3919                        + (selection == null ? "" : " AND " + selection);
3920
3921
3922                count = updateData(uri, values, selectionWithId, selectionArgs, callerIsSyncAd
apter);
3923
3924                break;
3925            }
3926
3927            case DATA:
3928            case PROFILE_DATA: {
3929                count = updateData(uri, values, appendAccountToSelection(uri, selection),
3930                        selectionArgs, callerIsSyncAdapter);
3931                if (count > 0) {
3932                    mSyncToNetwork |= !callerIsSyncAdapter;
3933                }
3934                break;
3935            }
3936
3937            case DATA_ID:
3938            case PHONES_ID:
3939            case EMAILS_ID:
3940            case POSTALS_ID: {
3941                count = updateData(uri, values, selection, selectionArgs, callerIsSyncAdapter)
;
3942                if (count > 0) {
3943                    mSyncToNetwork |= !callerIsSyncAdapter;
3944                }
3945                break;
3946            }
3947
3948            case RAW_CONTACTS:
3949            case PROFILE_RAW_CONTACTS: {
3950                selection = appendAccountToSelection(uri, selection);
3951                count = updateRawContacts(values, selection, selectionArgs, callerIsSyncAdapte
r);
3952                break;
3953            }
3954
3955            case RAW_CONTACTS_ID: {
3956                long rawContactId = ContentUris.parseId(uri);
3957                if (selection != null) {
3958                    selectionArgs = insertSelectionArg(selectionArgs, String.valueOf(rawContac
tId));
3959                    count = updateRawContacts(values, RawContacts._ID + "=?"
3960                            + " AND(" + selection + ")", selectionArgs,
3961                            callerIsSyncAdapter);
3962                } else {
3963                    mSelectionArgs1[0] = String.valueOf(rawContactId);
3964                    count = updateRawContacts(values, RawContacts._ID + "=?", mSelectionArgs1,
3965                            callerIsSyncAdapter);
3966                }
3967                break;
3968            }
3969
3970            case GROUPS: {
3971                count = updateGroups(uri, values, appendAccountToSelection(uri, selection),
3972                        selectionArgs, callerIsSyncAdapter);
3973                if (count > 0) {
3974                    mSyncToNetwork |= !callerIsSyncAdapter;
3975                }
3976                break;
3977            }
3978
3979            case GROUPS_ID: {
3980                long groupId = ContentUris.parseId(uri);
3981                selectionArgs = insertSelectionArg(selectionArgs, String.valueOf(groupId));
3982                String selectionWithId = Groups._ID + "=?"
3983                        + (selection == null ? "" : " AND " + selection);
3984                count = updateGroups(uri, values, selectionWithId, selectionArgs,
3985                        callerIsSyncAdapter);
3986                if (count > 0) {
3987                    mSyncToNetwork |= !callerIsSyncAdapter;
3988                }
3989                break;
3990            }
3991
3992            case AGGREGATION_EXCEPTIONS: {
3993                count = updateAggregationException(mActiveDb.get(), values);
3994                break;
3995            }
```

```
3996
3997            case SETTINGS: {
3998                count = updateSettings(uri, values, appendAccountToSelection(uri, selection),
3999                        selectionArgs);
4000                mSyncToNetwork |= !callerIsSyncAdapter;
4001                break;
4002            }
4003
4004            case STATUS_UPDATES:
4005            case PROFILE_STATUS_UPDATES: {
4006                count = updateStatusUpdate(uri, values, selection, selectionArgs);
4007                break;
4008            }
4009
4010            case STREAM_ITEMS: {
4011                count = updateStreamItems(uri, values, selection, selectionArgs);
4012                break;
4013            }
4014
4015            case STREAM_ITEMS_ID: {
4016                count = updateStreamItems(uri, values, StreamItems._ID + "=?",
4017                        new String[]{uri.getLastPathSegment()});
4018                break;
4019            }
4020
4021            case RAW_CONTACTS_ID_STREAM_ITEMS_ID: {
4022                String rawContactId = uri.getPathSegments().get(1);
4023                String streamItemId = uri.getLastPathSegment();
4024                count = updateStreamItems(uri, values,
4025                        StreamItems.RAW_CONTACT_ID + "=? AND " + StreamItems._ID + "=?",
4026                        new String[]{rawContactId, streamItemId});
4027                break;
4028            }
4029
4030            case STREAM_ITEMS_PHOTOS: {
4031                count = updateStreamItemPhotos(uri, values, selection, selectionArgs);
4032                break;
4033            }
4034
4035            case STREAM_ITEMS_ID_PHOTOS: {
4036                String streamItemId = uri.getPathSegments().get(1);
4037                count = updateStreamItemPhotos(uri, values,
4038                        StreamItemPhotos.STREAM_ITEM_ID + "=?", new String[]{streamItemId});
4039                break;
4040            }
4041
4042            case STREAM_ITEMS_ID_PHOTOS_ID: {
4043                String streamItemId = uri.getPathSegments().get(1);
4044                String streamItemPhotoId = uri.getPathSegments().get(3);
4045                count = updateStreamItemPhotos(uri, values,
4046                        StreamItemPhotosColumns.CONCRETE_ID + "=? AND " +
4047                            StreamItemPhotosColumns.CONCRETE_STREAM_ITEM_ID + "=?",
4048                        new String[]{streamItemPhotoId, streamItemId});
4049                break;
4050            }
4051
4052            case DIRECTORIES: {
4053                mContactDirectoryManager.scanPackagesByUid(Binder.getCallingUid());
4054                count = 1;
4055                break;
4056            }
4057
4058            case DATA_USAGE_FEEDBACK_ID: {
4059                if (handleDataUsageFeedback(uri)) {
4060                    count = 1;
4061                } else {
4062                    count = 0;
4063                }
4064                break;
4065            }
4066
4067            default: {
4068                mSyncToNetwork = true;
4069                return mLegacyApiSupport.update(uri, values, selection, selectionArgs);
4070            }
4071        }
4072
4073        return count;
4074    }
4075
4076    private int updateStatusUpdate(Uri uri, ContentValues values, String selection,
4077            String[] selectionArgs) {
```

```
4078
4079          // TODO should account type/name be appended to the where clause?
4080          int updateCount = 0;
4081          ContentValues settableValues = getSettableColumnsForStatusUpdatesTable(values);
4082          if (settableValues.size() > 0) {
4083              updateCount = mActiveDb.get().update(Tables.STATUS_UPDATES,
4084                      settableValues,
4085                      getWhereClauseForStatusUpdatesTable(selection),
4086                      selectionArgs);
4087          }
4088
4089          // now update the Presence table
4090          settableValues = getSettableColumnsForPresenceTable(values);
4091          if (settableValues.size() > 0) {
4092              updateCount = mActiveDb.get().update(Tables.PRESENCE, settableValues,
4093                      selection, selectionArgs);
4094          }
4095          // TODO updateCount is not entirely a valid count of updated rows because 2 tables cou
ld
4096          // potentially get updated in this method.
4097          return updateCount;
4098      }
4099
4100      private int updateStreamItems(Uri uri, ContentValues values, String selection,
4101              String[] selectionArgs) {
4102          // Stream items can't be moved to a new raw contact.
4103          values.remove(StreamItems.RAW_CONTACT_ID);
4104
4105          // Check that the stream items being updated belong to the account.
4106          Account account = resolveAccount(uri, values);
4107          enforceModifyingAccountForStreamItems(account, selection, selectionArgs);
4108
4109          // Don't attempt to update accounts params - they don't exist in the stream items tabl
e.
4110          values.remove(RawContacts.ACCOUNT_NAME);
4111          values.remove(RawContacts.ACCOUNT_TYPE);
4112
4113          // If there's been no exception, the update should be fine.
4114          return mActiveDb.get().update(Tables.STREAM_ITEMS, values, selection, selectionArgs);
4115      }
4116
4117      private int updateStreamItemPhotos(Uri uri, ContentValues values, String selection,
4118              String[] selectionArgs) {
4119          // Stream item photos can't be moved to a new stream item.
4120          values.remove(StreamItemPhotos.STREAM_ITEM_ID);
4121
4122          // Check that the stream item photos being updated belong to the account.
4123          Account account = resolveAccount(uri, values);
4124          enforceModifyingAccountForStreamItemPhotos(account, selection, selectionArgs);
4125
4126          // Don't attempt to update accounts params - they don't exist in the stream item
4127          // photos table.
4128          values.remove(RawContacts.ACCOUNT_NAME);
4129          values.remove(RawContacts.ACCOUNT_TYPE);
4130
4131          // Process the photo (since we're updating, it's valid for the photo to not be present
).
4132          if (processStreamItemPhoto(values, true)) {
4133              // If there's been no exception, the update should be fine.
4134              return mActiveDb.get().update(Tables.STREAM_ITEM_PHOTOS, values, selection,
4135                      selectionArgs);
4136          }
4137          return 0;
4138      }
4139
4140      /**
4141       * Build a where clause to select the rows to be updated in status_updates table.
4142       */
4143      private String getWhereClauseForStatusUpdatesTable(String selection) {
4144          mSb.setLength(0);
4145          mSb.append(WHERE_CLAUSE_FOR_STATUS_UPDATES_TABLE);
4146          mSb.append(selection);
4147          mSb.append(")");
4148          return mSb.toString();
4149      }
4150
4151      private ContentValues getSettableColumnsForStatusUpdatesTable(ContentValues values) {
4152          mValues.clear();
4153          ContactsDatabaseHelper.copyStringValue(mValues, StatusUpdates.STATUS, values,
4154              StatusUpdates.STATUS);
4155          ContactsDatabaseHelper.copyStringValue(mValues, StatusUpdates.STATUS_TIMESTAMP, values
,
```

```
4156           ContactsDatabaseHelper.INSTANCE_ABC_CONTINUOUS_ME
4157           ContactsDatabaseHelper.copyStringValue(mValues, StatusUpdates.STATUS_RES_PACKAGE, valu
es,
4158               StatusUpdates.STATUS_RES_PACKAGE);
4159           ContactsDatabaseHelper.copyStringValue(mValues, StatusUpdates.STATUS_LABEL, values,
4160               StatusUpdates.STATUS_LABEL);
4161           ContactsDatabaseHelper.copyStringValue(mValues, StatusUpdates.STATUS_ICON, values,
4162               StatusUpdates.STATUS_ICON);
4163           return mValues;
4164       }
4165
4166       private ContentValues getSettableColumnsForPresenceTable(ContentValues values) {
4167           mValues.clear();
4168           ContactsDatabaseHelper.copyStringValue(mValues, StatusUpdates.PRESENCE, values,
4169               StatusUpdates.PRESENCE);
4170           ContactsDatabaseHelper.copyStringValue(mValues, StatusUpdates.CHAT_CAPABILITY, values,
4171               StatusUpdates.CHAT_CAPABILITY);
4172           return mValues;
4173       }
4174
4175       private int updateGroups(Uri uri, ContentValues values, String selectionWithId,
4176               String[] selectionArgs, boolean callerIsSyncAdapter) {
4177
4178           mGroupIdCache.clear();
4179
4180           ContentValues updatedValues;
4181           if (!callerIsSyncAdapter && !values.containsKey(Groups.DIRTY)) {
4182               updatedValues = mValues;
4183               updatedValues.clear();
4184               updatedValues.putAll(values);
4185               updatedValues.put(Groups.DIRTY, 1);
4186           } else {
4187               updatedValues = values;
4188           }
4189
4190           int count = mActiveDb.get().update(Tables.GROUPS, updatedValues, selectionWithId,
4191               selectionArgs);
4192           if (updatedValues.containsKey(Groups.GROUP_VISIBLE)) {
4193               mVisibleTouched = true;
4194           }
4195
4196           // TODO: This will not work for groups that have a data set specified, since the conte
nt
4197           // resolver will not be able to request a sync for the right source (unless it is upda
ted
4198           // to key off account with data set).
4199           if (updatedValues.containsKey(Groups.SHOULD_SYNC)
4200                   && updatedValues.getAsInteger(Groups.SHOULD_SYNC) != 0) {
4201               Cursor c = mActiveDb.get().query(Tables.GROUPS, new String[]{Groups.ACCOUNT_NAME,
4202                   Groups.ACCOUNT_TYPE}, selectionWithId, selectionArgs, null,
4203                   null, null);
4204               String accountName;
4205               String accountType;
4206               try {
4207                   while (c.moveToNext()) {
4208                       accountName = c.getString(0);
4209                       accountType = c.getString(1);
4210                       if (!TextUtils.isEmpty(accountName) && !TextUtils.isEmpty(accountType)) {
4211                           Account account = new Account(accountName, accountType);
4212                           ContentResolver.requestSync(account, ContactsContract.AUTHORITY,
4213                               new Bundle());
4214                           break;
4215                       }
4216                   }
4217               } finally {
4218                   c.close();
4219               }
4220           }
4221           return count;
4222       }
4223
4224       private int updateSettings(Uri uri, ContentValues values, String selection,
4225               String[] selectionArgs) {
4226           final int count = mActiveDb.get().update(Tables.SETTINGS, values, selection, selection
Args);
4227           if (values.containsKey(Settings.UNGROUPED_VISIBLE)) {
4228               mVisibleTouched = true;
4229           }
4230           return count;
4231       }
4232
4233       private int updateRawContacts(ContentValues values, String selection, String[] selectionAr
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 55 of 101

```
4234    gs,                 boolean callerIsSyncAdapter) {
4235        if (values.containsKey(RawContacts.CONTACT_ID)) {
4236            throw new IllegalArgumentException(RawContacts.CONTACT_ID + " should not be included " +
4237                    "in content values. Contact IDs are assigned automatically");
4238        }
4239
4240        if (!callerIsSyncAdapter) {
4241            selection = DatabaseUtils.concatenateWhere(selection,
4242                    RawContacts.RAW_CONTACT_IS_READ_ONLY + "=0");
4243        }
4244
4245        int count = 0;
4246        Cursor cursor = mActiveDb.get().query(Views.RAW_CONTACTS,
4247                new String[] { RawContacts._ID }, selection,
4248                selectionArgs, null, null, null);
4249        try {
4250            while (cursor.moveToNext()) {
4251                long rawContactId = cursor.getLong(0);
4252                updateRawContact(rawContactId, values, callerIsSyncAdapter);
4253                count++;
4254            }
4255        } finally {
4256            cursor.close();
4257        }
4258
4259        return count;
4260    }
4261
4262    private int updateRawContact(long rawContactId, ContentValues values,
4263            boolean callerIsSyncAdapter) {
4264        final String selection = RawContacts._ID + " =?";
4265        mSelectionArgs1[0] = Long.toString(rawContactId);
4266        final boolean requestUndoDelete = (values.containsKey(RawContacts.DELETED)
4267                && values.getAsInteger(RawContacts.DELETED) == 0);
4268        int previousDeleted = 0;
4269        String accountType = null;
4270        String accountName = null;
4271        String dataSet = null;
4272        if (requestUndoDelete) {
4273            Cursor cursor = mActiveDb.get().query(RawContactsQuery.TABLE, RawContactsQuery.COL
UMNS,
4274                    selection, mSelectionArgs1, null, null, null);
4275            try {
4276                if (cursor.moveToFirst()) {
4277                    previousDeleted = cursor.getInt(RawContactsQuery.DELETED);
4278                    accountType = cursor.getString(RawContactsQuery.ACCOUNT_TYPE);
4279                    accountName = cursor.getString(RawContactsQuery.ACCOUNT_NAME);
4280                    dataSet = cursor.getString(RawContactsQuery.DATA_SET);
4281                }
4282            } finally {
4283                cursor.close();
4284            }
4285            values.put(ContactsContract.RawContacts.AGGREGATION_MODE,
4286                    ContactsContract.RawContacts.AGGREGATION_MODE_DEFAULT);
4287        }
4288
4289        int count = mActiveDb.get().update(Tables.RAW_CONTACTS, values, selection, mSelectionA
rgs1);
4290        if (count != 0) {
4291            if (values.containsKey(RawContacts.AGGREGATION_MODE)) {
4292                int aggregationMode = values.getAsInteger(RawContacts.AGGREGATION_MODE);
4293
4294                // As per ContactsContract documentation, changing aggregation mode
4295                // to DEFAULT should not trigger aggregation
4296                if (aggregationMode != RawContacts.AGGREGATION_MODE_DEFAULT) {
4297                    mAggregator.get().markForAggregation(rawContactId, aggregationMode, false)
;
4298                }
4299            }
4300            if (values.containsKey(RawContacts.STARRED)) {
4301                if (!callerIsSyncAdapter) {
4302                    updateFavoritesMembership(rawContactId,
4303                            values.getAsLong(RawContacts.STARRED) != 0);
4304                }
4305                mAggregator.get().updateStarred(rawContactId);
4306            } else {
4307                // if this raw contact is being associated with an account, then update the
4308                // favorites group membership based on whether or not this contact is starred.
4309                // If it is starred, add a group membership, if one doesn't already exist
4310                // otherwise delete any matching group memberships.
4311                if (!callerIsSyncAdapter && values.containsKey(RawContacts.ACCOUNT_NAME)) {
```

```
4312                                                            SELECTION_STARRED_FROM_RAW_CONTACTS,
4313                                    SELECTION_STARRED_FROM_RAW_CONTACTS,
4314                                    new String[]{Long.toString(rawContactId)});
4315                            updateFavoritesMembership(rawContactId, starred);
4316                        }
4317                    }
4318
4319                    // if this raw contact is being associated with an account, then add a
4320                    // group membership to the group marked as AutoAdd, if any.
4321                    if (!callerIsSyncAdapter && values.containsKey(RawContacts.ACCOUNT_NAME)) {
4322                        addAutoAddMembership(rawContactId);
4323                    }
4324
4325                    if (values.containsKey(RawContacts.SOURCE_ID)) {
4326                        mAggregator.get().updateLookupKeyForRawContact(mActiveDb.get(), rawContactId);
4327                    }
4328                    if (values.containsKey(RawContacts.NAME_VERIFIED)) {
4329
4330                        // If setting NAME_VERIFIED for this raw contact, reset it for all
4331                        // other raw contacts in the same aggregate
4332                        if (values.getAsInteger(RawContacts.NAME_VERIFIED) != 0) {
4333                            mDbHelper.get().resetNameVerifiedForOtherRawContacts(rawContactId);
4334                        }
4335                        mAggregator.get().updateDisplayNameForRawContact(mActiveDb.get(), rawContactId
);
4336                    }
4337                    if (requestUndoDelete && previousDeleted == 1) {
4338                        mTransactionContext.get().rawContactInserted(rawContactId,
4339                                new AccountWithDataSet(accountName, accountType, dataSet));
4340                    }
4341                }
4342                return count;
4343            }
4344
4345            private int updateData(Uri uri, ContentValues values, String selection,
4346                    String[] selectionArgs, boolean callerIsSyncAdapter) {
4347                mValues.clear();
4348                mValues.putAll(values);
4349                mValues.remove(Data._ID);
4350                mValues.remove(Data.RAW_CONTACT_ID);
4351                mValues.remove(Data.MIMETYPE);
4352
4353                String packageName = values.getAsString(Data.RES_PACKAGE);
4354                if (packageName != null) {
4355                    mValues.remove(Data.RES_PACKAGE);
4356                    mValues.put(DataColumns.PACKAGE_ID, mDbHelper.get().getPackageId(packageName));
4357                }
4358
4359                if (!callerIsSyncAdapter) {
4360                    selection = DatabaseUtils.concatenateWhere(selection,
4361                            Data.IS_READ_ONLY + "=0");
4362                }
4363
4364                int count = 0;
4365
4366                // Note that the query will return data according to the access restrictions,
4367                // so we don't need to worry about updating data we don't have permission to read.
4368                Cursor c = queryLocal(uri,
4369                        DataRowHandler.DataUpdateQuery.COLUMNS,
4370                        selection, selectionArgs, null, -1 /* directory ID */);
4371                try {
4372                    while(c.moveToNext()) {
4373                        count += updateData(mValues, c, callerIsSyncAdapter);
4374                    }
4375                } finally {
4376                    c.close();
4377                }
4378
4379                return count;
4380            }
4381
4382            private int updateData(ContentValues values, Cursor c, boolean callerIsSyncAdapter) {
4383                if (values.size() == 0) {
4384                    return 0;
4385                }
4386
4387                final String mimeType = c.getString(DataRowHandler.DataUpdateQuery.MIMETYPE);
4388                DataRowHandler rowHandler = getDataRowHandler(mimeType);
4389                boolean updated =
4390                        rowHandler.update(mActiveDb.get(), mTransactionContext.get(), values, c,
4391                                callerIsSyncAdapter);
4392                if (Photo.CONTENT_ITEM_TYPE.equals(mimeType)) {
```

Case 5:12-cv-00630-LHK   Document 147-3   Filed 04/23/12   Page 57 of 101

```
4393                }
4394            }
4395            return updated ? 1 : 0;
4396        }
4397
4398        private int updateContactOptions(ContentValues values, String selection,
4399                String[] selectionArgs, boolean callerIsSyncAdapter) {
4400            int count = 0;
4401            Cursor cursor = mActiveDb.get().query(Views.CONTACTS,
4402                    new String[] { Contacts._ID }, selection, selectionArgs, null, null, null);
4403            try {
4404                while (cursor.moveToNext()) {
4405                    long contactId = cursor.getLong(0);
4406
4407                    updateContactOptions(contactId, values, callerIsSyncAdapter);
4408                    count++;
4409                }
4410            } finally {
4411                cursor.close();
4412            }
4413
4414            return count;
4415        }
4416
4417        private int updateContactOptions(long contactId, ContentValues values,
4418                boolean callerIsSyncAdapter) {
4419
4420            mValues.clear();
4421            ContactsDatabaseHelper.copyStringValue(mValues, RawContacts.CUSTOM_RINGTONE,
4422                    values, Contacts.CUSTOM_RINGTONE);
4423            ContactsDatabaseHelper.copyLongValue(mValues, RawContacts.SEND_TO_VOICEMAIL,
4424                    values, Contacts.SEND_TO_VOICEMAIL);
4425            ContactsDatabaseHelper.copyLongValue(mValues, RawContacts.LAST_TIME_CONTACTED,
4426                    values, Contacts.LAST_TIME_CONTACTED);
4427            ContactsDatabaseHelper.copyLongValue(mValues, RawContacts.TIMES_CONTACTED,
4428                    values, Contacts.TIMES_CONTACTED);
4429            ContactsDatabaseHelper.copyLongValue(mValues, RawContacts.STARRED,
4430                    values, Contacts.STARRED);
4431
4432            // Nothing to update - just return
4433            if (mValues.size() == 0) {
4434                return 0;
4435            }
4436
4437            if (mValues.containsKey(RawContacts.STARRED)) {
4438                // Mark dirty when changing starred to trigger sync
4439                mValues.put(RawContacts.DIRTY, 1);
4440            }
4441
4442            mSelectionArgs1[0] = String.valueOf(contactId);
4443            mActiveDb.get().update(Tables.RAW_CONTACTS, mValues, RawContacts.CONTACT_ID + "=?"
4444                    + " AND " + RawContacts.RAW_CONTACT_IS_READ_ONLY + "=0", mSelectionArgs1);
4445
4446            if (mValues.containsKey(RawContacts.STARRED) && !callerIsSyncAdapter) {
4447                Cursor cursor = mActiveDb.get().query(Views.RAW_CONTACTS,
4448                        new String[] { RawContacts._ID }, RawContacts.CONTACT_ID + "=?",
4449                        mSelectionArgs1, null, null, null);
4450                try {
4451                    while (cursor.moveToNext()) {
4452                        long rawContactId = cursor.getLong(0);
4453                        updateFavoritesMembership(rawContactId,
4454                                mValues.getAsLong(RawContacts.STARRED) != 0);
4455                    }
4456                } finally {
4457                    cursor.close();
4458                }
4459            }
4460
4461            // Copy changeable values to prevent automatically managed fields from
4462            // being explicitly updated by clients.
4463            mValues.clear();
4464            ContactsDatabaseHelper.copyStringValue(mValues, RawContacts.CUSTOM_RINGTONE,
4465                    values, Contacts.CUSTOM_RINGTONE);
4466            ContactsDatabaseHelper.copyLongValue(mValues, RawContacts.SEND_TO_VOICEMAIL,
4467                    values, Contacts.SEND_TO_VOICEMAIL);
4468            ContactsDatabaseHelper.copyLongValue(mValues, RawContacts.LAST_TIME_CONTACTED,
4469                    values, Contacts.LAST_TIME_CONTACTED);
4470            ContactsDatabaseHelper.copyLongValue(mValues, RawContacts.TIMES_CONTACTED,
4471                    values, Contacts.TIMES_CONTACTED);
4472            ContactsDatabaseHelper.copyLongValue(mValues, RawContacts.STARRED,
4473                    values, Contacts.STARRED);
4474
```

Case 5:12-cv-00630-LHK   Document 117-8  Filed 04/23/12   Page 58 of 101

```
4475                              mSelectionArgs1);
4476
4477
4478             if (values.containsKey(Contacts.LAST_TIME_CONTACTED) &&
4479                     !values.containsKey(Contacts.TIMES_CONTACTED)) {
4480                 mActiveDb.get().execSQL(UPDATE_TIMES_CONTACTED_CONTACTS_TABLE, mSelectionArgs1);
4481                 mActiveDb.get().execSQL(UPDATE_TIMES_CONTACTED_RAWCONTACTS_TABLE, mSelectionArgs1)
        ;
4482             }
4483             return rslt;
4484         }
4485
4486         private int updateAggregationException(SQLiteDatabase db, ContentValues values) {
4487             int exceptionType = values.getAsInteger(AggregationExceptions.TYPE);
4488             long rcId1 = values.getAsInteger(AggregationExceptions.RAW_CONTACT_ID1);
4489             long rcId2 = values.getAsInteger(AggregationExceptions.RAW_CONTACT_ID2);
4490
4491             long rawContactId1;
4492             long rawContactId2;
4493             if (rcId1 < rcId2) {
4494                 rawContactId1 = rcId1;
4495                 rawContactId2 = rcId2;
4496             } else {
4497                 rawContactId2 = rcId1;
4498                 rawContactId1 = rcId2;
4499             }
4500
4501             if (exceptionType == AggregationExceptions.TYPE_AUTOMATIC) {
4502                 mSelectionArgs2[0] = String.valueOf(rawContactId1);
4503                 mSelectionArgs2[1] = String.valueOf(rawContactId2);
4504                 db.delete(Tables.AGGREGATION_EXCEPTIONS,
4505                         AggregationExceptions.RAW_CONTACT_ID1 + "=? AND "
4506                         + AggregationExceptions.RAW_CONTACT_ID2 + "=?", mSelectionArgs2);
4507             } else {
4508                 ContentValues exceptionValues = new ContentValues(3);
4509                 exceptionValues.put(AggregationExceptions.TYPE, exceptionType);
4510                 exceptionValues.put(AggregationExceptions.RAW_CONTACT_ID1, rawContactId1);
4511                 exceptionValues.put(AggregationExceptions.RAW_CONTACT_ID2, rawContactId2);
4512                 db.replace(Tables.AGGREGATION_EXCEPTIONS, AggregationExceptions._ID,
4513                         exceptionValues);
4514             }
4515
4516             mAggregator.get().invalidateAggregationExceptionCache();
4517             mAggregator.get().markForAggregation(rawContactId1,
4518                     RawContacts.AGGREGATION_MODE_DEFAULT, true);
4519             mAggregator.get().markForAggregation(rawContactId2,
4520                     RawContacts.AGGREGATION_MODE_DEFAULT, true);
4521
4522             mAggregator.get().aggregateContact(mTransactionContext.get(), db, rawContactId1);
4523             mAggregator.get().aggregateContact(mTransactionContext.get(), db, rawContactId2);
4524
4525             // The return value is fake - we just confirm that we made a change, not count actual
4526             // rows changed.
4527             return 1;
4528         }
4529
4530         public void onAccountsUpdated(Account[] accounts) {
4531             scheduleBackgroundTask(BACKGROUND_TASK_UPDATE_ACCOUNTS);
4532         }
4533
4534         protected boolean updateAccountsInBackground(Account[] accounts) {
4535             // TODO : Check the unit test.
4536             boolean accountsChanged = false;
4537             SQLiteDatabase db = mDbHelper.get().getWritableDatabase();
4538             mActiveDb.set(db);
4539             db.beginTransaction();
4540
4541             // WARNING: This method can be run in either contacts mode or profile mode.  It is
4542             // absolutely imperative that no calls be made inside the following try block that can
4543             // interact with the contacts DB.  Otherwise it is quite possible for a deadlock to oc
        cur.
4544             try {
4545                 Set<AccountWithDataSet> existingAccountsWithDataSets =
4546                         findValidAccountsWithDataSets(Tables.ACCOUNTS);
4547
4548                 // Add a row to the ACCOUNTS table (with no data set) for each new account.
4549                 for (Account account : accounts) {
4550                     AccountWithDataSet accountWithDataSet = new AccountWithDataSet(
4551                             account.name, account.type, null);
4552                     if (!existingAccountsWithDataSets.contains(accountWithDataSet)) {
4553                         accountsChanged = true;
4554
```

Case 5:12-cv-00630-LHK Document 117-8 Filed 04/23/12 Page 59 of 101

```
4555                              // an account that no longer has any sub-accounts for the given account.
4556                              db.execSQL("INSERT INTO " + Tables.ACCOUNTS + "(" + RawContacts.ACCOUNT_NAM
E
4557                                      + "," + RawContacts.ACCOUNT_TYPE + "," + RawContacts.DATA_SET
4558                                      + ") VALUES (?, ?, ?)",
4559                                      new String[] {
4560                                              accountWithDataSet.getAccountName(),
4561                                              accountWithDataSet.getAccountType(),
4562                                              accountWithDataSet.getDataSet()
4563                                      });
4564                          }
4565                      }
4566
4567                      // Check each of the existing sub-accounts against the account list.  If the ownin
g
4568                      // account no longer exists, the sub-account and all its data should be deleted.
4569                      List<AccountWithDataSet> accountsWithDataSetsToDelete =
4570                              new ArrayList<AccountWithDataSet>();
4571                      List<Account> accountList = Arrays.asList(accounts);
4572                      for (AccountWithDataSet accountWithDataSet : existingAccountsWithDataSets) {
4573                          Account owningAccount = new Account(
4574                                  accountWithDataSet.getAccountName(), accountWithDataSet.getAccountType
());
4575                          if (!accountList.contains(owningAccount)) {
4576                              accountsWithDataSetsToDelete.add(accountWithDataSet);
4577                          }
4578                      }
4579
4580                      if (!accountsWithDataSetsToDelete.isEmpty()) {
4581                          accountsChanged = true;
4582                          for (AccountWithDataSet accountWithDataSet : accountsWithDataSetsToDelete) {
4583                              Log.d(TAG, "removing data for removed account " + accountWithDataSet);
4584                              String[] accountParams = new String[] {
4585                                      accountWithDataSet.getAccountName(),
4586                                      accountWithDataSet.getAccountType()
4587                              };
4588                              String[] accountWithDataSetParams = accountWithDataSet.getDataSet() == nul
l
4589                                      ? accountParams
4590                                      : new String[] {
4591                                              accountWithDataSet.getAccountName(),
4592                                              accountWithDataSet.getAccountType(),
4593                                              accountWithDataSet.getDataSet()
4594                                      };
4595                              String groupsDataSetClause = " AND " + Groups.DATA_SET
4596                                      + (accountWithDataSet.getDataSet() == null ? " IS NULL" : " = ?");
4597                              String rawContactsDataSetClause = " AND " + RawContacts.DATA_SET
4598                                      + (accountWithDataSet.getDataSet() == null ? " IS NULL" : " = ?");
4599                              String settingsDataSetClause = " AND " + Settings.DATA_SET
4600                                      + (accountWithDataSet.getDataSet() == null ? " IS NULL" : " = ?");
4601
4602                              db.execSQL(
4603                                      "DELETE FROM " + Tables.GROUPS +
4604                                      " WHERE " + Groups.ACCOUNT_NAME + " = ?" +
4605                                      " AND " + Groups.ACCOUNT_TYPE + " = ?" +
4606                                      groupsDataSetClause, accountWithDataSetParams);
4607                              db.execSQL(
4608                                      "DELETE FROM " + Tables.PRESENCE +
4609                                      " WHERE " + PresenceColumns.RAW_CONTACT_ID + " IN(" +
4610                                          "SELECT " + RawContacts._ID +
4611                                          " FROM " + Tables.RAW_CONTACTS +
4612                                          " WHERE " + RawContacts.ACCOUNT_NAME + " = ?" +
4613                                          " AND " + RawContacts.ACCOUNT_TYPE + " = ?" +
4614                                          rawContactsDataSetClause + ")", accountWithDataSetParams);
4615                              db.execSQL(
4616                                      "DELETE FROM " + Tables.STREAM_ITEM_PHOTOS +
4617                                      " WHERE " + StreamItemPhotos.STREAM_ITEM_ID + " IN(" +
4618                                          "SELECT " + StreamItems._ID +
4619                                          " FROM " + Tables.STREAM_ITEMS +
4620                                          " WHERE " + StreamItems.RAW_CONTACT_ID + " IN(" +
4621                                              "SELECT " + RawContacts._ID +
4622                                              " FROM " + Tables.RAW_CONTACTS +
4623                                              " WHERE " + RawContacts.ACCOUNT_NAME + " = ?" +
4624                                              " AND " + RawContacts.ACCOUNT_TYPE + " = ?" +
4625                                              rawContactsDataSetClause + "))",
4626                                      accountWithDataSetParams);
4627                              db.execSQL(
4628                                      "DELETE FROM " + Tables.STREAM_ITEMS +
4629                                      " WHERE " + StreamItems.RAW_CONTACT_ID + " IN(" +
4630                                          "SELECT " + RawContacts._ID +
4631                                          " FROM " + Tables.RAW_CONTACTS +
4632                                          " WHERE " + RawContacts.ACCOUNT_NAME + " = ?" +
```

Case 5:12-cv-00630-LHK　Document 117-8　Filed 04/23/12　Page 60 of 101

```
4633                                    rawContactsDataSetClause + ")",
4634                            accountWithDataSetParams);
4635                    db.execSQL(
4636                            "DELETE FROM " + Tables.RAW_CONTACTS +
4637                            " WHERE " + RawContacts.ACCOUNT_NAME + " = ?" +
4638                            " AND " + RawContacts.ACCOUNT_TYPE + " = ?" +
4639                            rawContactsDataSetClause, accountWithDataSetParams);
4640                    db.execSQL(
4641                            "DELETE FROM " + Tables.SETTINGS +
4642                            " WHERE " + Settings.ACCOUNT_NAME + " = ?" +
4643                            " AND " + Settings.ACCOUNT_TYPE + " = ?" +
4644                            settingsDataSetClause, accountWithDataSetParams);
4645                    db.execSQL(
4646                            "DELETE FROM " + Tables.ACCOUNTS +
4647                            " WHERE " + RawContacts.ACCOUNT_NAME + " =?" +
4648                            " AND " + RawContacts.ACCOUNT_TYPE + " =?" +
4649                            rawContactsDataSetClause, accountWithDataSetParams);
4650                    db.execSQL(
4651                            "DELETE FROM " + Tables.DIRECTORIES +
4652                            " WHERE " + Directory.ACCOUNT_NAME + " =?" +
4653                            " AND " + Directory.ACCOUNT_TYPE + " =?", accountParams);
4654                    resetDirectoryCache();
4655                }
4656
4657                // Find all aggregated contacts that used to contain the raw contacts
4658                // we have just deleted and see if they are still referencing the deleted
4659                // names or photos.  If so, fix up those contacts.
4660                HashSet<Long> orphanContactIds = Sets.newHashSet();
4661                Cursor cursor = db.rawQuery("SELECT " + Contacts._ID +
4662                        " FROM " + Tables.CONTACTS +
4663                        " WHERE (" + Contacts.NAME_RAW_CONTACT_ID + " NOT NULL AND " +
4664                                Contacts.NAME_RAW_CONTACT_ID + " NOT IN " +
4665                                        "(SELECT " + RawContacts._ID +
4666                                        " FROM " + Tables.RAW_CONTACTS + "))" +
4667                        " OR (" + Contacts.PHOTO_ID + " NOT NULL AND " +
4668                                Contacts.PHOTO_ID + " NOT IN " +
4669                                        "(SELECT " + Data._ID +
4670                                        " FROM " + Tables.DATA + "))", null);
4671                try {
4672                    while (cursor.moveToNext()) {
4673                        orphanContactIds.add(cursor.getLong(0));
4674                    }
4675                } finally {
4676                    cursor.close();
4677                }
4678
4679                for (Long contactId : orphanContactIds) {
4680                    mAggregator.get().updateAggregateData(mTransactionContext.get(), contactId
4681 );
4682                }
4683                mDbHelper.get().updateAllVisible();
4684
4685                // Don't bother updating the search index if we're in profile mode - there is
no
4686                // search index for the profile DB, and updating it for the contacts DB in thi
s case
4687                // makes no sense and risks a deadlock.
4688                if (!inProfileMode()) {
4689                    updateSearchIndexInTransaction();
4690                }
4691            }
4692
4693            // Now that we've done the account-based additions and subtractions from the Accou
nts
4694            // table, check for raw contacts that have been added with a data set and add Acco
unts
4695            // entries for those if necessary.
4696            existingAccountsWithDataSets = findValidAccountsWithDataSets(Tables.ACCOUNTS);
4697            Set<AccountWithDataSet> rawContactAccountsWithDataSets =
4698                    findValidAccountsWithDataSets(Tables.RAW_CONTACTS);
4699            rawContactAccountsWithDataSets.removeAll(existingAccountsWithDataSets);
4700
4701            // Any remaining raw contact sub-accounts need to be added to the Accounts table.
4702            for (AccountWithDataSet accountWithDataSet : rawContactAccountsWithDataSets) {
4703                accountsChanged = true;
4704
4705                // Add an account entry to match the raw contact.
4706                db.execSQL("INSERT INTO " + Tables.ACCOUNTS + " (" + RawContacts.ACCOUNT_NAME
4707                        + "," + RawContacts.ACCOUNT_TYPE + "," + RawContacts.DATA_SET
4708                        + ") VALUES (?, ?, ?)",
4709                        new String[] {
```

```
4710                                        accountWithDataSet.getAccountType(),
4711                                        accountWithDataSet.getDataSet()
4712                                  });
4713                          }
4714
4715
4716                  if (accountsChanged) {
4717                      // TODO: Should sync state take data set into consideration?
4718                      mDbHelper.get().getSyncState().onAccountsChanged(db, accounts);
4719                  }
4720                  db.setTransactionSuccessful();
4721              } finally {
4722                  db.endTransaction();
4723              }
4724              mAccountWritability.clear();
4725
4726              if (accountsChanged) {
4727                  updateContactsAccountCount(accounts);
4728                  updateProviderStatus();
4729              }
4730
4731              return accountsChanged;
4732          }
4733
4734          private void updateContactsAccountCount(Account[] accounts) {
4735              int count = 0;
4736              for (Account account : accounts) {
4737                  if (isContactsAccount(account)) {
4738                      count++;
4739                  }
4740              }
4741              mContactsAccountCount = count;
4742          }
4743
4744          protected boolean isContactsAccount(Account account) {
4745              final IContentService cs = ContentResolver.getContentService();
4746              try {
4747                  return cs.getIsSyncable(account, ContactsContract.AUTHORITY) > 0;
4748              } catch (RemoteException e) {
4749                  Log.e(TAG, "Cannot obtain sync flag for account: " + account, e);
4750                  return false;
4751              }
4752          }
4753
4754          public void onPackageChanged(String packageName) {
4755              scheduleBackgroundTask(BACKGROUND_TASK_UPDATE_DIRECTORIES, packageName);
4756          }
4757
4758          /**
4759           * Finds all distinct account types and data sets present in the specified table.
4760           */
4761          private Set<AccountWithDataSet> findValidAccountsWithDataSets(String table) {
4762              Set<AccountWithDataSet> accountsWithDataSets = new HashSet<AccountWithDataSet>();
4763              Cursor c = mActiveDb.get().rawQuery(
4764                      "SELECT DISTINCT " + RawContacts.ACCOUNT_NAME + "," + RawContacts.ACCOUNT_TYPE +
4765                      "," + RawContacts.DATA_SET +
4766                      " FROM " + table, null);
4767              try {
4768                  while (c.moveToNext()) {
4769                      if (!c.isNull(0) && !c.isNull(1)) {
4770                          accountsWithDataSets.add(
4771                                  new AccountWithDataSet(c.getString(0), c.getString(1), c.getString
(2)));
4772                      }
4773                  }
4774              } finally {
4775                  c.close();
4776              }
4777              return accountsWithDataSets;
4778          }
4779
4780          @Override
4781          public Cursor query(Uri uri, String[] projection, String selection, String[] selectionArgs
,
4782                  String sortOrder) {
4783
4784              waitForAccess(mReadAccessLatch);
4785
4786              // Enforce stream items access check if applicable.
4787              enforceSocialStreamReadPermission(uri);
4788
4789              // Query the profile DB if appropriate.
```

```
4790                switchToProfileMode();
4791                switchToProfileMode();
4792                return mProfileProvider.query(uri, projection, selection, selectionArgs, sortOrder
     );
4793            }
4794
4795            // Otherwise proceed with a normal query against the contacts DB.
4796            switchToContactMode();
4797            mActiveDb.set(mContactsHelper.getReadableDatabase());
4798            String directory = getQueryParameter(uri, ContactsContract.DIRECTORY_PARAM_KEY);
4799            if (directory == null) {
4800                return addSnippetExtrasToCursor(uri,
4801                        queryLocal(uri, projection, selection, selectionArgs, sortOrder, -1));
4802            } else if (directory.equals("0")) {
4803                return addSnippetExtrasToCursor(uri,
4804                        queryLocal(uri, projection, selection, selectionArgs, sortOrder,
4805                                Directory.DEFAULT));
4806            } else if (directory.equals("1")) {
4807                return addSnippetExtrasToCursor(uri,
4808                        queryLocal(uri, projection, selection, selectionArgs, sortOrder,
4809                                Directory.LOCAL_INVISIBLE));
4810            }
4811
4812            DirectoryInfo directoryInfo = getDirectoryAuthority(directory);
4813            if (directoryInfo == null) {
4814                Log.e(TAG, "Invalid directory ID: " + uri);
4815                return null;
4816            }
4817
4818            Builder builder = new Uri.Builder();
4819            builder.scheme(ContentResolver.SCHEME_CONTENT);
4820            builder.authority(directoryInfo.authority);
4821            builder.encodedPath(uri.getEncodedPath());
4822            if (directoryInfo.accountName != null) {
4823                builder.appendQueryParameter(RawContacts.ACCOUNT_NAME, directoryInfo.accountName);
4824            }
4825            if (directoryInfo.accountType != null) {
4826                builder.appendQueryParameter(RawContacts.ACCOUNT_TYPE, directoryInfo.accountType);
4827            }
4828
4829            String limit = getLimit(uri);
4830            if (limit != null) {
4831                builder.appendQueryParameter(ContactsContract.LIMIT_PARAM_KEY, limit);
4832            }
4833
4834            Uri directoryUri = builder.build();
4835
4836            if (projection == null) {
4837                projection = getDefaultProjection(uri);
4838            }
4839
4840            Cursor cursor = getContext().getContentResolver().query(directoryUri, projection, sele
     ction,
4841                    selectionArgs, sortOrder);
4842
4843            if (cursor == null) {
4844                return null;
4845            }
4846
4847            CrossProcessCursor crossProcessCursor = getCrossProcessCursor(cursor);
4848            if (crossProcessCursor != null) {
4849                return addSnippetExtrasToCursor(uri, cursor);
4850            } else {
4851                return matrixCursorFromCursor(addSnippetExtrasToCursor(uri, cursor));
4852            }
4853        }
4854
4855        private Cursor addSnippetExtrasToCursor(Uri uri, Cursor cursor) {
4856
4857            // If the cursor doesn't contain a snippet column, don't bother wrapping it.
4858            if (cursor.getColumnIndex(SearchSnippetColumns.SNIPPET) < 0) {
4859                return cursor;
4860            }
4861
4862            // Parse out snippet arguments for use when snippets are retrieved from the cursor.
4863            String[] args = null;
4864            String snippetArgs =
4865                    getQueryParameter(uri, SearchSnippetColumns.SNIPPET_ARGS_PARAM_KEY);
4866            if (snippetArgs != null) {
4867                args = snippetArgs.split(",");
4868            }
4869
```

```
4870        String startMatch = args != null && args.length > 0 ? args[0]
4871                : DEFAULT_SNIPPET_ARG_START_MATCH;
4872        String endMatch = args != null && args.length > 1 ? args[1]
4873                : DEFAULT_SNIPPET_ARG_END_MATCH;
4874        String ellipsis = args != null && args.length > 2 ? args[2]
4875                : DEFAULT_SNIPPET_ARG_ELLIPSIS;
4876        int maxTokens = args != null && args.length > 3 ? Integer.parseInt(args[3])
4877                : DEFAULT_SNIPPET_ARG_MAX_TOKENS;
4878
4879        // Snippet data is needed for the snippeting on the client side, so store it in the cu
rsor
4880        if (cursor instanceof AbstractCursor && deferredSnippetingRequested(uri)){
4881            Bundle oldExtras = cursor.getExtras();
4882            Bundle extras = new Bundle();
4883            if (oldExtras != null) {
4884                extras.putAll(oldExtras);
4885            }
4886            extras.putString(ContactsContract.DEFERRED_SNIPPETING_QUERY, query);
4887
4888            ((AbstractCursor) cursor).setExtras(extras);
4889        }
4890        return cursor;
4891    }
4892
4893    private Cursor addDeferredSnippetingExtra(Cursor cursor) {
4894        if (cursor instanceof AbstractCursor){
4895            Bundle oldExtras = cursor.getExtras();
4896            Bundle extras = new Bundle();
4897            if (oldExtras != null) {
4898                extras.putAll(oldExtras);
4899            }
4900            extras.putBoolean(ContactsContract.DEFERRED_SNIPPETING, true);
4901            ((AbstractCursor) cursor).setExtras(extras);
4902        }
4903        return cursor;
4904    }
4905
4906    private CrossProcessCursor getCrossProcessCursor(Cursor cursor) {
4907        Cursor c = cursor;
4908        if (c instanceof CrossProcessCursor) {
4909            return (CrossProcessCursor) c;
4910        } else if (c instanceof CursorWindow) {
4911            return getCrossProcessCursor(((CursorWrapper) c).getWrappedCursor());
4912        } else {
4913            return null;
4914        }
4915    }
4916
4917    public MatrixCursor matrixCursorFromCursor(Cursor cursor) {
4918        MatrixCursor newCursor = new MatrixCursor(cursor.getColumnNames());
4919        int numColumns = cursor.getColumnCount();
4920        String data[] = new String[numColumns];
4921        cursor.moveToPosition(-1);
4922        while (cursor.moveToNext()) {
4923            for (int i = 0; i < numColumns; i++) {
4924                data[i] = cursor.getString(i);
4925            }
4926            newCursor.addRow(data);
4927        }
4928        return newCursor;
4929    }
4930
4931    private static final class DirectoryQuery {
4932        public static final String[] COLUMNS = new String[] {
4933                Directory._ID,
4934                Directory.DIRECTORY_AUTHORITY,
4935                Directory.ACCOUNT_NAME,
4936                Directory.ACCOUNT_TYPE
4937        };
4938
4939        public static final int DIRECTORY_ID = 0;
4940        public static final int AUTHORITY = 1;
4941        public static final int ACCOUNT_NAME = 2;
4942        public static final int ACCOUNT_TYPE = 3;
4943    }
4944
4945    /**
4946     * Reads and caches directory information for the database.
4947     */
4948    private DirectoryInfo getDirectoryAuthority(String directoryId) {
4949        synchronized (mDirectoryCache) {
4950
```

```
4951                 mDirectoryCache.clear();
4952             SQLiteDatabase db = mDbHelper.get().getReadableDatabase();
4953             Cursor cursor = db.query(Tables.DIRECTORIES,
4954                 DirectoryQuery.COLUMNS,
4955                 null, null, null, null, null);
4956             try {
4957                 while (cursor.moveToNext()) {
4958                     DirectoryInfo info = new DirectoryInfo();
4959                     String id = cursor.getString(DirectoryQuery.DIRECTORY_ID);
4960                     info.authority = cursor.getString(DirectoryQuery.AUTHORITY);
4961                     info.accountName = cursor.getString(DirectoryQuery.ACCOUNT_NAME);
4962                     info.accountType = cursor.getString(DirectoryQuery.ACCOUNT_TYPE);
4963                     mDirectoryCache.put(id, info);
4964                 }
4965             } finally {
4966                 cursor.close();
4967             }
4968             mDirectoryCacheValid = true;
4969         }
4970
4971         return mDirectoryCache.get(directoryId);
4972     }
4973 }
4974
4975     public void resetDirectoryCache() {
4976         synchronized(mDirectoryCache) {
4977             mDirectoryCacheValid = false;
4978         }
4979     }
4980
4981     protected Cursor queryLocal(Uri uri, String[] projection, String selection,
4982         String[] selectionArgs, String sortOrder, long directoryId) {
4983         if (VERBOSE_LOGGING) {
4984             Log.v(TAG, "query: " + uri);
4985         }
4986
4987         // Default active DB to the contacts DB if none has been set.
4988         if (mActiveDb.get() == null) {
4989             mActiveDb.set(mContactsHelper.getReadableDatabase());
4990         }
4991
4992         SQLiteQueryBuilder qb = new SQLiteQueryBuilder();
4993         String groupBy = null;
4994         String limit = getLimit(uri);
4995         boolean snippetDeferred = false;
4996
4997         // The expression used in bundleLetterCountExtras() to get count.
4998         String addressBookIndexerCountExpression = null;
4999
5000         final int match = sUriMatcher.match(uri);
5001         switch (match) {
5002             case SYNCSTATE:
5003             case PROFILE_SYNCSTATE:
5004                 return mDbHelper.get().getSyncState().query(mActiveDb.get(), projection, selection,
5005                     selectionArgs, sortOrder);
5006
5007             case CONTACTS: {
5008                 setTablesAndProjectionMapForContacts(qb, uri, projection);
5009                 appendLocalDirectorySelectionIfNeeded(qb, directoryId);
5010                 break;
5011             }
5012
5013             case CONTACTS_ID: {
5014                 long contactId = ContentUris.parseId(uri);
5015                 setTablesAndProjectionMapForContacts(qb, uri, projection);
5016                 selectionArgs = insertSelectionArg(selectionArgs, String.valueOf(contactId));
5017                 qb.appendWhere(Contacts._ID + "=?");
5018                 break;
5019             }
5020
5021             case CONTACTS_LOOKUP:
5022             case CONTACTS_LOOKUP_ID: {
5023                 List<String> pathSegments = uri.getPathSegments();
5024                 int segmentCount = pathSegments.size();
5025                 if (segmentCount < 3) {
5026                     throw new IllegalArgumentException(mDbHelper.get().exceptionMessage(
5027                         "Missing a lookup key", uri));
5028                 }
5029
5030                 String lookupKey = pathSegments.get(2);
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 65 of 101

```
5032                        long contactId = Long.parseLong(pathSegments.get(3));
5033                        SQLiteQueryBuilder lookupQb = new SQLiteQueryBuilder();
5034                        setTablesAndProjectionMapForContacts(lookupQb, uri, projection);
5035
5036
5037                        Cursor c = queryWithContactIdAndLookupKey(lookupQb, mActiveDb.get(), uri,
5038                                projection, selection, selectionArgs, sortOrder, groupBy, limit,
5039                                Contacts._ID, contactId, Contacts.LOOKUP_KEY, lookupKey);
5040                        if (c != null) {
5041                            return c;
5042                        }
5043                    }
5044
5045                    setTablesAndProjectionMapForContacts(qb, uri, projection);
5046                    selectionArgs = insertSelectionArg(selectionArgs,
5047                            String.valueOf(lookupContactIdByLookupKey(mActiveDb.get(), lookupKey))
        );
5048                    qb.appendWhere(Contacts._ID + "=?");
5049                    break;
5050                }
5051
5052                case CONTACTS_LOOKUP_DATA:
5053                case CONTACTS_LOOKUP_ID_DATA:
5054                case CONTACTS_LOOKUP_PHOTO:
5055                case CONTACTS_LOOKUP_ID_PHOTO: {
5056                    List<String> pathSegments = uri.getPathSegments();
5057                    int segmentCount = pathSegments.size();
5058                    if (segmentCount < 4) {
5059                        throw new IllegalArgumentException(mDbHelper.get().exceptionMessage(
5060                                "Missing a lookup key", uri));
5061                    }
5062                    String lookupKey = pathSegments.get(2);
5063                    if (segmentCount == 5) {
5064                        long contactId = Long.parseLong(pathSegments.get(3));
5065                        SQLiteQueryBuilder lookupQb = new SQLiteQueryBuilder();
5066                        setTablesAndProjectionMapForData(lookupQb, uri, projection, false);
5067                        if (match == CONTACTS_LOOKUP_PHOTO || match == CONTACTS_LOOKUP_ID_PHOTO) {
5068                            qb.appendWhere(" AND " + Data._ID + "=" + Contacts.PHOTO_ID);
5069                        }
5070                        lookupQb.appendWhere(" AND ");
5071                        Cursor c = queryWithContactIdAndLookupKey(lookupQb, mActiveDb.get(), uri,
5072                                projection, selection, selectionArgs, sortOrder, groupBy, limit,
5073                                Data.CONTACT_ID, contactId, Data.LOOKUP_KEY, lookupKey);
5074                        if (c != null) {
5075                            return c;
5076                        }
5077
5078                        // TODO see if the contact exists but has no data rows (rare)
5079                    }
5080
5081                    setTablesAndProjectionMapForData(qb, uri, projection, false);
5082                    long contactId = lookupContactIdByLookupKey(mActiveDb.get(), lookupKey);
5083                    selectionArgs = insertSelectionArg(selectionArgs,
5084                            String.valueOf(contactId));
5085                    if (match == CONTACTS_LOOKUP_PHOTO || match == CONTACTS_LOOKUP_ID_PHOTO) {
5086                        qb.appendWhere(" AND " + Data._ID + "=" + Contacts.PHOTO_ID);
5087                    }
5088                    qb.appendWhere(" AND " + Data.CONTACT_ID + "=?");
5089                    break;
5090                }
5091
5092                case CONTACTS_ID_STREAM_ITEMS: {
5093                    long contactId = Long.parseLong(uri.getPathSegments().get(1));
5094                    setTablesAndProjectionMapForStreamItems(qb);
5095                    selectionArgs = insertSelectionArg(selectionArgs, String.valueOf(contactId));
5096                    qb.appendWhere(StreamItems.CONTACT_ID + "=?");
5097                    break;
5098                }
5099
5100                case CONTACTS_LOOKUP_STREAM_ITEMS:
5101                case CONTACTS_LOOKUP_ID_STREAM_ITEMS: {
5102                    List<String> pathSegments = uri.getPathSegments();
5103                    int segmentCount = pathSegments.size();
5104                    if (segmentCount < 4) {
5105                        throw new IllegalArgumentException(mDbHelper.get().exceptionMessage(
5106                                "Missing a lookup key", uri));
5107                    }
5108                    String lookupKey = pathSegments.get(2);
5109                    if (segmentCount == 5) {
5110                        long contactId = Long.parseLong(pathSegments.get(3));
5111                        SQLiteQueryBuilder lookupQb = new SQLiteQueryBuilder();
5112                        setTablesAndProjectionMapForStreamItems(lookupQb);
```

```
5113                    ...ateFilterUri(...getPathSegments().get(1), uri,
5114                         projection, selection, selectionArgs, sortOrder, groupBy, limit,
5115                         StreamItems.CONTACT_ID, contactId,
5116                         StreamItems.CONTACT_LOOKUP_KEY, lookupKey);
5117                    if (c != null) {
5118                         return c;
5119                    }
5120                }

5121
5122                setTablesAndProjectionMapForStreamItems(qb);
5123                long contactId = lookupContactIdByLookupKey(mActiveDb.get(), lookupKey);
5124                selectionArgs = insertSelectionArg(selectionArgs, String.valueOf(contactId));
5125                qb.appendWhere(RawContacts.CONTACT_ID + "=?");
5126                break;
5127            }

5128
5129            case CONTACTS_AS_VCARD: {
5130                final String lookupKey = Uri.encode(uri.getPathSegments().get(2));
5131                long contactId = lookupContactIdByLookupKey(mActiveDb.get(), lookupKey);
5132                qb.setTables(Views.CONTACTS);
5133                qb.setProjectionMap(sContactsVCardProjectionMap);
5134                selectionArgs = insertSelectionArg(selectionArgs,
5135                         String.valueOf(contactId));
5136                qb.appendWhere(Contacts._ID + "=?");
5137                break;
5138            }

5139
5140            case CONTACTS_AS_MULTI_VCARD: {
5141                SimpleDateFormat dateFormat = new SimpleDateFormat("yyyyMMdd_HHmmss");
5142                String currentDateString = dateFormat.format(new Date()).toString();
5143                return mActiveDb.get().rawQuery(
5144                    "SELECT " +
5145                    "'vcards_'||?||'.vcf' AS " + OpenableColumns.DISPLAY_NAME + "," +
5146                    " NULL AS " + OpenableColumns.SIZE,
5147                    new String[] { currentDateString });
5148            }

5149
5150            case CONTACTS_FILTER: {
5151                String filterParam = "";
5152                boolean deferredSnipRequested = deferredSnippetingRequested(uri);
5153                if (uri.getPathSegments().size() > 2) {
5154                    filterParam = uri.getLastPathSegment();
5155                }
5156                setTablesAndProjectionMapForContactsWithSnippet(
5157                         qb, uri, projection, filterParam, directoryId,
5158                         deferredSnipRequested);
5159                snippetDeferred = isSingleWordQuery(filterParam) &&
5160                         deferredSnipRequested && snippetNeeded(projection);
5161                break;
5162            }

5163
5164            case CONTACTS_STREQUENT_FILTER:
5165            case CONTACTS_STREQUENT: {
5166                // Basically the resultant SQL should look like this:
5167                // (SQL for listing starred items)
5168                // UNION ALL
5169                // (SQL for listing frequently contacted items)
5170                // ORDER BY ...

5171
5172                final boolean phoneOnly = readBooleanQueryParameter(
5173                         uri, ContactsContract.STREQUENT_PHONE_ONLY, false);
5174                if (match == CONTACTS_STREQUENT_FILTER && uri.getPathSegments().size() > 3) {
5175                    String filterParam = uri.getLastPathSegment();
5176                    StringBuilder sb = new StringBuilder();
5177                    sb.append(Contacts._ID + " IN ");
5178                    appendContactFilterAsNestedQuery(sb, filterParam);
5179                    selection = DbQueryUtils.concatenateClauses(selection, sb.toString());
5180                }

5181
5182                String[] subProjection = null;
5183                if (projection != null) {
5184                    subProjection = appendProjectionArg(projection, TIMES_USED_SORT_COLUMN);
5185                }

5186
5187                // Build the first query for starred
5188                setTablesAndProjectionMapForContacts(qb, uri, projection, false);
5189                qb.setProjectionMap(phoneOnly ?
5190                         sStrequentPhoneOnlyStarredProjectionMap
5191                         : sStrequentStarredProjectionMap);
5192                if (phoneOnly) {
5193                    qb.appendWhere(DbQueryUtils.concatenateClauses(
5194                         selection, Contacts.HAS_PHONE_NUMBER + "=1"));
```

```
5195                qb.setStrict(true);
5196        final String starredQuery = qb.buildQuery(subProjection,
5197                Contacts.STARRED + "=1", Contacts._ID, null, null, null);
5198
5199                // Reset the builder.
5200                qb = new SQLiteQueryBuilder();
5201                qb.setStrict(true);
5202
5203                // Build the second query for frequent part.
5204        final String frequentQuery;
5205        if (phoneOnly) {
5206            final StringBuilder tableBuilder = new StringBuilder();
5207            // In phone only mode, we need to look at view_data instead of
5208            // contacts/raw_contacts to obtain actual phone numbers. One problem is th
5209 at
5210            // view_data is much larger than view_contacts, so our query might become
5210 much
5211            // slower.
5212            //
5213            // To avoid the possible slow down, we start from data usage table and joi
5213 n
5214            // view_data to the table, assuming data usage table is quite smaller than
5215            // data rows (almost always it should be), and we don't want any phone
5216            // numbers not used by the user. This way sqlite is able to drop a number
5216 of
5217            // rows in view_data in the early stage of data lookup.
5218            tableBuilder.append(Tables.DATA_USAGE_STAT
5219                + " INNER JOIN " + Views.DATA + " " + Tables.DATA
5220                + " ON (" + DataUsageStatColumns.CONCRETE_DATA_ID + "="
5221                    + DataColumns.CONCRETE_ID + " AND "
5222                + DataUsageStatColumns.CONCRETE_USAGE_TYPE + "="
5223                    + DataUsageStatColumns.USAGE_TYPE_INT_CALL + ")");
5224            appendContactPresenceJoin(tableBuilder, projection, RawContacts.CONTACT_ID
5224 );
5225            appendContactStatusUpdateJoin(tableBuilder, projection,
5226                ContactsColumns.LAST_STATUS_UPDATE_ID);
5227
5228            qb.setTables(tableBuilder.toString());
5229            qb.setProjectionMap(sStrequentPhoneOnlyFrequentProjectionMap);
5230            qb.appendWhere(DbQueryUtils.concatenateClauses(
5231                selection,
5232                Contacts.STARRED + "=0 OR " + Contacts.STARRED + " IS NULL",
5233                MimetypesColumns.MIMETYPE + " IN ("
5234                + "'" + Phone.CONTENT_ITEM_TYPE + "',"
5235                + "'" + SipAddress.CONTENT_ITEM_TYPE + "')"));
5236            frequentQuery = qb.buildQuery(subProjection, null, null, null, null, null)
5236 ;
5237        } else {
5238            setTablesAndProjectionMapForContacts(qb, uri, projection, true);
5239            qb.setProjectionMap(sStrequentFrequentProjectionMap);
5240            qb.appendWhere(DbQueryUtils.concatenateClauses(
5241                selection,
5242                "(" + Contacts.STARRED + " =0 OR " + Contacts.STARRED + " IS NULL)"))
5242 ;
5243            frequentQuery = qb.buildQuery(subProjection,
5244                null, Contacts._ID, null, null, null);
5245        }
5246
5247                // Put them together
5248        final String unionQuery =
5249                qb.buildUnionQuery(new String[] {starredQuery, frequentQuery},
5250                    STREQUENT_ORDER_BY, STREQUENT_LIMIT);
5251
5252            // Here, we need to use selection / selectionArgs (supplied from users) "twice
5252 ",
5253            // as we want them both for starred items and for frequently contacted items.
5254            //
5255            // e.g. if the user specify selection = "starred =?" and selectionArgs = "0",
5256            // the resultant SQL should be like:
5257            // SELECT ... WHERE starred =? AND ...
5258            // UNION ALL
5259            // SELECT ... WHERE starred =? AND ...
5260            String[] doubledSelectionArgs = null;
5261        if (selectionArgs != null) {
5262            final int length = selectionArgs.length;
5263            doubledSelectionArgs = new String[length * 2];
5264            System.arraycopy(selectionArgs, 0, doubledSelectionArgs, 0, length);
5265            System.arraycopy(selectionArgs, 0, doubledSelectionArgs, length, length);
5266        }
5267
5268            Cursor cursor = mActiveDb.get().rawQuery(unionQuery, doubledSelectionArgs);
```

```
5269                            cursor.setNotificationUri(getContext().getContentResolver(),
5270                                    ContactsContract.AUTHORITY_URI);
5271                        }
5272                        return cursor;
5273                    }
5274
5275
5276                    case CONTACTS_FREQUENT: {
5277                        setTablesAndProjectionMapForContacts(qb, uri, projection, true);
5278                        qb.setProjectionMap(sStrequentFrequentProjectionMap);
5279                        groupBy = Contacts._ID;
5280                        if (!TextUtils.isEmpty(sortOrder)) {
5281                            sortOrder = FREQUENT_ORDER_BY + "." + sortOrder;
5282                        } else {
5283                            sortOrder = FREQUENT_ORDER_BY;
5284                        }
5285                        break;
5286                    }
5287
5288                    case CONTACTS_GROUP: {
5289                        setTablesAndProjectionMapForContacts(qb, uri, projection);
5290                        if (uri.getPathSegments().size() > 2) {
5291                            qb.appendWhere(CONTACTS_IN_GROUP_SELECT);
5292                            String groupMimeTypeId = String.valueOf(
5293                                    mDbHelper.get().getMimeTypeId(GroupMembership.CONTENT_ITEM_TYPE));
5294                            selectionArgs = insertSelectionArg(selectionArgs, uri.getLastPathSegment()
          );
5295                            selectionArgs = insertSelectionArg(selectionArgs, groupMimeTypeId);
5296                        }
5297                        break;
5298                    }
5299
5300                    case PROFILE: {
5301                        setTablesAndProjectionMapForContacts(qb, uri, projection);
5302                        break;
5303                    }
5304
5305                    case PROFILE_ENTITIES: {
5306                        setTablesAndProjectionMapForEntities(qb, uri, projection);
5307                        break;
5308                    }
5309
5310                    case PROFILE_AS_VCARD: {
5311                        qb.setTables(Views.CONTACTS);
5312                        qb.setProjectionMap(sContactsVCardProjectionMap);
5313                        break;
5314                    }
5315
5316                    case CONTACTS_ID_DATA: {
5317                        long contactId = Long.parseLong(uri.getPathSegments().get(1));
5318                        setTablesAndProjectionMapForData(qb, uri, projection, false);
5319                        selectionArgs = insertSelectionArg(selectionArgs, String.valueOf(contactId));
5320                        qb.appendWhere(" AND " + RawContacts.CONTACT_ID + "=?");
5321                        break;
5322                    }
5323
5324                    case CONTACTS_ID_PHOTO: {
5325                        long contactId = Long.parseLong(uri.getPathSegments().get(1));
5326                        setTablesAndProjectionMapForData(qb, uri, projection, false);
5327                        selectionArgs = insertSelectionArg(selectionArgs, String.valueOf(contactId));
5328                        qb.appendWhere(" AND " + RawContacts.CONTACT_ID + "=?");
5329                        qb.appendWhere(" AND " + Data._ID + "=" + Contacts.PHOTO_ID);
5330                        break;
5331                    }
5332
5333                    case CONTACTS_ID_ENTITIES: {
5334                        long contactId = Long.parseLong(uri.getPathSegments().get(1));
5335                        setTablesAndProjectionMapForEntities(qb, uri, projection);
5336                        selectionArgs = insertSelectionArg(selectionArgs, String.valueOf(contactId));
5337                        qb.appendWhere(" AND " + RawContacts.CONTACT_ID + "=?");
5338                        break;
5339                    }
5340
5341                    case CONTACTS_LOOKUP_ENTITIES:
5342                    case CONTACTS_LOOKUP_ID_ENTITIES: {
5343                        List<String> pathSegments = uri.getPathSegments();
5344                        int segmentCount = pathSegments.size();
5345                        if (segmentCount < 4) {
5346                            throw new IllegalArgumentException(mDbHelper.get().exceptionMessage(
5347                                    "Missing a lookup key", uri));
5348                        }
5349                        String lookupKey = pathSegments.get(2);
```

```
5350
5351                    long contactId = Long.parseLong(pathSegments.get(3));
5352                    SQLiteQueryBuilder lookupQb = new SQLiteQueryBuilder();
5353                    setTablesAndProjectionMapForEntities(lookupQb, uri, projection);
5354                    lookupQb.appendWhere(" AND ");
5355
5356                    Cursor c = queryWithContactIdAndLookupKey(lookupQb, mActiveDb.get(), uri,
5357                            projection, selection, selectionArgs, sortOrder, groupBy, limit,
5358                            Contacts.Entity.CONTACT_ID, contactId,
5359                            Contacts.Entity.LOOKUP_KEY, lookupKey);
5360                    if (c != null) {
5361                        return c;
5362                    }
5363                }
5364
5365                setTablesAndProjectionMapForEntities(qb, uri, projection);
5366                selectionArgs = insertSelectionArg(selectionArgs,
5367                        String.valueOf(lookupContactIdByLookupKey(mActiveDb.get(), lookupKey))
);
5368                qb.appendWhere(" AND " + Contacts.Entity.CONTACT_ID + " =?");
5369                break;
5370            }
5371
5372            case STREAM_ITEMS: {
5373                setTablesAndProjectionMapForStreamItems(qb);
5374                break;
5375            }
5376
5377            case STREAM_ITEMS_ID: {
5378                setTablesAndProjectionMapForStreamItems(qb);
5379                selectionArgs = insertSelectionArg(selectionArgs, uri.getLastPathSegment());
5380                qb.appendWhere(StreamItems._ID + " =?");
5381                break;
5382            }
5383
5384            case STREAM_ITEMS_LIMIT: {
5385                MatrixCursor cursor = new MatrixCursor(new String[]{StreamItems.MAX_ITEMS}, 1)
;
5386                cursor.addRow(new Object[]{MAX_STREAM_ITEMS_PER_RAW_CONTACT});
5387                return cursor;
5388            }
5389
5390            case STREAM_ITEMS_PHOTOS: {
5391                setTablesAndProjectionMapForStreamItemPhotos(qb);
5392                break;
5393            }
5394
5395            case STREAM_ITEMS_ID_PHOTOS: {
5396                setTablesAndProjectionMapForStreamItemPhotos(qb);
5397                String streamItemId = uri.getPathSegments().get(1);
5398                selectionArgs = insertSelectionArg(selectionArgs, streamItemId);
5399                qb.appendWhere(StreamItemPhotosColumns.CONCRETE_STREAM_ITEM_ID + " =?");
5400                break;
5401            }
5402
5403            case STREAM_ITEMS_ID_PHOTOS_ID: {
5404                setTablesAndProjectionMapForStreamItemPhotos(qb);
5405                String streamItemId = uri.getPathSegments().get(1);
5406                String streamItemPhotoId = uri.getPathSegments().get(3);
5407                selectionArgs = insertSelectionArg(selectionArgs, streamItemPhotoId);
5408                selectionArgs = insertSelectionArg(selectionArgs, streamItemId);
5409                qb.appendWhere(StreamItemPhotosColumns.CONCRETE_STREAM_ITEM_ID + " =? AND " +
5410                        StreamItemPhotosColumns.CONCRETE_ID + " =?");
5411                break;
5412            }
5413
5414            case PHOTO_DIMENSIONS: {
5415                MatrixCursor cursor = new MatrixCursor(
5416                        new String[]{DisplayPhoto.DISPLAY_MAX_DIM, DisplayPhoto.THUMBNAIL_MAX_
DIM},
5417                        1);
5418                cursor.addRow(new Object[]{mMaxDisplayPhotoDim, mMaxThumbnailPhotoDim});
5419                return cursor;
5420            }
5421
5422            case PHONES: {
5423                setTablesAndProjectionMapForData(qb, uri, projection, false);
5424                qb.appendWhere(" AND " + DataColumns.MIMETYPE_ID + " =" +
5425                        mDbHelper.get().getMimeTypeIdForPhone());
5426
5427                // Dedupe phone numbers per contact.
5428                groupBy = RawContacts.CONTACT_ID + "," + Data.DATA1;
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 70 of 101

```
5429                    // In this case, because we dedup phone numbers, the address book indexer nee
5430 ds
5431                    // to take it into account too.  (Otherwise headers will appear in wrong posit
     ions.)
5432                    // So use count(distinct pair(CONTACT_ID, PHONE NUMBER)) instead of count(*).
5433                    // But there's no such thing as pair() on sqlite, we use
5434                    // CONTACT_ID || ',' || PHONE NUMBER instead.
5435                    // This only slows down the query by 14% with 10,000 contacts.
5436                    addressBookIndexerCountExpression = "DISTINCT "
5437                            + RawContacts.CONTACT_ID + "||','||" + Data.DATA1;
5438                    break;
5439                }
5440
5441            case PHONES_ID: {
5442                setTablesAndProjectionMapForData(qb, uri, projection, false);
5443                selectionArgs = insertSelectionArg(selectionArgs, uri.getLastPathSegment());
5444                qb.appendWhere(" AND " + DataColumns.MIMETYPE_ID + " = "
5445                        + mDbHelper.get().getMimeTypeIdForPhone());
5446                qb.appendWhere(" AND " + Data._ID + " =?");
5447                break;
5448            }
5449
5450            case PHONES_FILTER: {
5451                String typeParam = uri.getQueryParameter(DataUsageFeedback.USAGE_TYPE);
5452                Integer typeInt = sDataUsageTypeMap.get(typeParam);
5453                if (typeInt == null) {
5454                    typeInt = DataUsageStatColumns.USAGE_TYPE_INT_CALL;
5455                }
5456                setTablesAndProjectionMapForData(qb, uri, projection, true, typeInt);
5457                qb.appendWhere(" AND " + DataColumns.MIMETYPE_ID + " = "
5458                        + mDbHelper.get().getMimeTypeIdForPhone());
5459                if (uri.getPathSegments().size() > 2) {
5460                    String filterParam = uri.getLastPathSegment();
5461                    StringBuilder sb = new StringBuilder();
5462                    sb.append(" AND (");
5463
5464                    boolean hasCondition = false;
5465                    boolean orNeeded = false;
5466                    final String ftsMatchQuery = SearchIndexManager.getFtsMatchQuery(
5467                            filterParam, FtsQueryBuilder.UNSCOPED_NORMALIZING);
5468                    if (ftsMatchQuery.length() > 0) {
5469                        sb.append(Data.RAW_CONTACT_ID + " IN " +
5470                                "(SELECT " + RawContactsColumns.CONCRETE_ID +
5471                                " FROM " + Tables.SEARCH_INDEX +
5472                                " JOIN " + Tables.RAW_CONTACTS +
5473                                " ON (" + Tables.SEARCH_INDEX + "." + SearchIndexColumns.CONTAC
     T_ID
5474                                    + "=" + RawContactsColumns.CONCRETE_CONTACT_ID + ")" +
5475                                " WHERE " + SearchIndexColumns.NAME + " MATCH '");
5476                        sb.append(ftsMatchQuery);
5477                        sb.append("')");
5478                        orNeeded = true;
5479                        hasCondition = true;
5480                    }
5481
5482                    String number = PhoneNumberUtils.normalizeNumber(filterParam);
5483                    if (!TextUtils.isEmpty(number)) {
5484                        if (orNeeded) {
5485                            sb.append(" OR ");
5486                        }
5487                        sb.append(Data._ID +
5488                                " IN (SELECT DISTINCT " + PhoneLookupColumns.DATA_ID
5489                                + " FROM " + Tables.PHONE_LOOKUP
5490                                + " WHERE " + PhoneLookupColumns.NORMALIZED_NUMBER + " LIKE '");
5491                        sb.append(number);
5492                        sb.append("%')");
5493                        hasCondition = true;
5494                    }
5495
5496                    if (!hasCondition) {
5497                        // If it is neither a phone number nor a name, the query should return
5498                        // an empty cursor.  Let's ensure that.
5499                        sb.append("0");
5500                    }
5501                    sb.append(")");
5502                    qb.appendWhere(sb);
5503                }
5504                groupBy = "(CASE WHEN " + PhoneColumns.NORMALIZED_NUMBER
5505                        + " IS NOT NULL THEN " + PhoneColumns.NORMALIZED_NUMBER
5506                        + " ELSE " + Phone.NUMBER + " END)," + RawContacts.CONTACT_ID;
5507                if (sortOrder == null) {
```

```
5508                       sortOrder = accountPromotionSortOrder + "," + PHONE_FILTER_SORT_ORDer(uri)
     ;
5509                   if (!TextUtils.isEmpty(accountPromotionSortOrder)) {
5510                       sortOrder = accountPromotionSortOrder + "," + PHONE_FILTER_SORT_ORDER;
5511                   } else {
5512                       sortOrder = PHONE_FILTER_SORT_ORDER;
5513                   }
5514               }
5515               break;
5516           }
5517
5518           case EMAILS: {
5519               setTablesAndProjectionMapForData(qb, uri, projection, false);
5520               qb.appendWhere(" AND " + DataColumns.MIMETYPE_ID + " = "
5521                       + mDbHelper.get().getMimeTypeIdForEmail());
5522               break;
5523           }
5524
5525           case EMAILS_ID: {
5526               setTablesAndProjectionMapForData(qb, uri, projection, false);
5527               selectionArgs = insertSelectionArg(selectionArgs, uri.getLastPathSegment());
5528               qb.appendWhere(" AND " + DataColumns.MIMETYPE_ID + " = "
5529                       + mDbHelper.get().getMimeTypeIdForEmail()
5530                       + " AND " + Data._ID + " =?");
5531               break;
5532           }
5533
5534           case EMAILS_LOOKUP: {
5535               setTablesAndProjectionMapForData(qb, uri, projection, false);
5536               qb.appendWhere(" AND " + DataColumns.MIMETYPE_ID + " = "
5537                       + mDbHelper.get().getMimeTypeIdForEmail());
5538               if (uri.getPathSegments().size() > 2) {
5539                   String email = uri.getLastPathSegment();
5540                   String address = mDbHelper.get().extractAddressFromEmailAddress(email);
5541                   selectionArgs = insertSelectionArg(selectionArgs, address);
5542                   qb.appendWhere(" AND UPPER(" + Email.DATA + " )=UPPER(?)");
5543               }
5544               break;
5545           }
5546
5547           case EMAILS_FILTER: {
5548               String typeParam = uri.getQueryParameter(DataUsageFeedback.USAGE_TYPE);
5549               Integer typeInt = sDataUsageTypeMap.get(typeParam);
5550               if (typeInt == null) {
5551                   typeInt = DataUsageStatColumns.USAGE_TYPE_INT_LONG_TEXT;
5552               }
5553               setTablesAndProjectionMapForData(qb, uri, projection, true, typeInt);
5554               String filterParam = null;
5555
5556               if (uri.getPathSegments().size() > 3) {
5557                   filterParam = uri.getLastPathSegment();
5558                   if (TextUtils.isEmpty(filterParam)) {
5559                       filterParam = null;
5560                   }
5561               }
5562
5563               if (filterParam == null) {
5564                   // If the filter is unspecified, return nothing
5565                   qb.appendWhere(" AND 0");
5566               } else {
5567                   StringBuilder sb = new StringBuilder();
5568                   sb.append(" AND " + Data._ID + " IN(");
5569                   sb.append(
5570                           "SELECT " + Data._ID +
5571                           " FROM " + Tables.DATA +
5572                           " WHERE " + DataColumns.MIMETYPE_ID + " =");
5573                   sb.append(mDbHelper.get().getMimeTypeIdForEmail());
5574                   sb.append(" AND " + Data.DATA1 + " LIKE ");
5575                   DatabaseUtils.appendEscapedSQLString(sb, filterParam + '%');
5576                   if (!filterParam.contains("@")) {
5577                       sb.append(
5578                               " UNION SELECT " + Data._ID +
5579                               " FROM " + Tables.DATA +
5580                               " WHERE +" + DataColumns.MIMETYPE_ID + " =");
5581                       sb.append(mDbHelper.get().getMimeTypeIdForEmail());
5582                       sb.append(" AND " + Data.RAW_CONTACT_ID + " IN " +
5583                               "(SELECT " + RawContactsColumns.CONCRETE_ID +
5584                               " FROM " + Tables.SEARCH_INDEX +
5585                               " JOIN " + Tables.RAW_CONTACTS +
5586                               " ON(" + Tables.SEARCH_INDEX + "." + SearchIndexColumns.CONTAC
     T_ID
5587                               + " =" + RawContactsColumns.CONCRETE_CONTACT_ID + ")" +
```

```
5588                         final String ftsMatchQuery = SearchIndexManager.getFtsMatchQuery(
5589                                 filterParam, FtsQueryBuilder.UNSCOPED_NORMALIZING);
5590                         sb.append(ftsMatchQuery);
5591                         sb.append("*")");
5592                     }
5593                     sb.append(")");
5594                     qb.appendWhere(sb);
5595                 }
5596                 groupBy = Email.DATA + "." + RawContacts.CONTACT_ID;
5597                 if (sortOrder == null) {
5598                     final String accountPromotionSortOrder = getAccountPromotionSortOrder(uri)
5599 ;
5600
5601                     if (!TextUtils.isEmpty(accountPromotionSortOrder)) {
5602                         sortOrder = accountPromotionSortOrder + "." + EMAIL_FILTER_SORT_ORDER;
5603                     } else {
5604                         sortOrder = EMAIL_FILTER_SORT_ORDER;
5605                     }
5606                 }
5607                 break;
5608             }
5609
5610             case POSTALS: {
5611                 setTablesAndProjectionMapForData(qb, uri, projection, false);
5612                 qb.appendWhere(" AND " + DataColumns.MIMETYPE_ID + " = "
5613                         + mDbHelper.get().getMimeTypeIdForStructuredPostal());
5614                 break;
5615             }
5616
5617             case POSTALS_ID: {
5618                 setTablesAndProjectionMapForData(qb, uri, projection, false);
5619                 selectionArgs = insertSelectionArg(selectionArgs, uri.getLastPathSegment());
5620                 qb.appendWhere(" AND " + DataColumns.MIMETYPE_ID + " = "
5621                         + mDbHelper.get().getMimeTypeIdForStructuredPostal());
5622                 qb.appendWhere(" AND " + Data._ID + " =?");
5623                 break;
5624             }
5625
5626             case RAW_CONTACTS:
5627             case PROFILE_RAW_CONTACTS: {
5628                 setTablesAndProjectionMapForRawContacts(qb, uri);
5629                 break;
5630             }
5631
5632             case RAW_CONTACTS_ID:
5633             case PROFILE_RAW_CONTACTS_ID: {
5634                 long rawContactId = ContentUris.parseId(uri);
5635                 setTablesAndProjectionMapForRawContacts(qb, uri);
5636                 selectionArgs = insertSelectionArg(selectionArgs, String.valueOf(rawContactId)
5637 );
5638                 qb.appendWhere(" AND " + RawContacts._ID + " =?");
5639                 break;
5640             }
5641
5642             case RAW_CONTACTS_DATA:
5643             case PROFILE_RAW_CONTACTS_ID_DATA: {
5644                 int segment = match == RAW_CONTACTS_DATA ? 1 : 2;
5645                 long rawContactId = Long.parseLong(uri.getPathSegments().get(segment));
5646                 setTablesAndProjectionMapForData(qb, uri, projection, false);
5647                 selectionArgs = insertSelectionArg(selectionArgs, String.valueOf(rawContactId)
5648 );
5649                 qb.appendWhere(" AND " + Data.RAW_CONTACT_ID + " =?");
5650                 break;
5651             }
5652
5653             case RAW_CONTACTS_ID_STREAM_ITEMS: {
5654                 long rawContactId = Long.parseLong(uri.getPathSegments().get(1));
5655                 setTablesAndProjectionMapForStreamItems(qb);
5656                 selectionArgs = insertSelectionArg(selectionArgs, String.valueOf(rawContactId)
5657 );
5658                 qb.appendWhere(StreamItems.RAW_CONTACT_ID + " =?");
5659                 break;
5660             }
5661
5662             case RAW_CONTACTS_ID_STREAM_ITEMS_ID: {
5663                 long rawContactId = Long.parseLong(uri.getPathSegments().get(1));
5664                 long streamItemId = Long.parseLong(uri.getPathSegments().get(3));
5665                 setTablesAndProjectionMapForStreamItems(qb);
5666                 selectionArgs = insertSelectionArg(selectionArgs, String.valueOf(streamItemId)
5667 );
5668                 selectionArgs = insertSelectionArg(selectionArgs, String.valueOf(rawContactId)
5669 );
```

```
5664                             StreamItems._ID + "=?");
5665                     break;
5666             }
5667
5668
5669             case PROFILE_RAW_CONTACTS_ID_ENTITIES: {
5670                 long rawContactId = Long.parseLong(uri.getPathSegments().get(2));
5671                 selectionArgs = insertSelectionArg(selectionArgs, String.valueOf(rawContactId)
);
5672                 setTablesAndProjectionMapForRawEntities(qb, uri);
5673                 qb.appendWhere(" AND " + RawContacts._ID + "=?");
5674                 break;
5675             }
5676
5677             case DATA:
5678             case PROFILE_DATA: {
5679                 setTablesAndProjectionMapForData(qb, uri, projection, false);
5680                 break;
5681             }
5682
5683             case DATA_ID:
5684             case PROFILE_DATA_ID: {
5685                 setTablesAndProjectionMapForData(qb, uri, projection, false);
5686                 selectionArgs = insertSelectionArg(selectionArgs, uri.getLastPathSegment());
5687                 qb.appendWhere(" AND " + Data._ID + "=?");
5688                 break;
5689             }
5690
5691             case PROFILE_PHOTO: {
5692                 setTablesAndProjectionMapForData(qb, uri, projection, false);
5693                 qb.appendWhere(" AND " + Data._ID + "=" + Contacts.PHOTO_ID);
5694                 break;
5695             }
5696
5697             case PHONE_LOOKUP: {
5698
5699                 if (TextUtils.isEmpty(sortOrder)) {
5700                     // Default the sort order to something reasonable so we get consistent
5701                     // results when callers don't request an ordering
5702                     sortOrder = " length(lookup.normalized_number) DESC";
5703                 }
5704
5705                 String number = uri.getPathSegments().size() > 1 ? uri.getLastPathSegment() :
"";
5706                 String numberE164 = PhoneNumberUtils.formatNumberToE164(number,
5707                         mDbHelper.get().getCurrentCountryIso());
5708                 String normalizedNumber =
5709                         PhoneNumberUtils.normalizeNumber(number);
5710                 mDbHelper.get().buildPhoneLookupAndContactQuery(qb, normalizedNumber, numberE1
64);
5711                 qb.setProjectionMap(sPhoneLookupProjectionMap);
5712                 // Phone lookup cannot be combined with a selection
5713                 selection = null;
5714                 selectionArgs = null;
5715                 break;
5716             }
5717
5718             case GROUPS: {
5719                 qb.setTables(Views.GROUPS);
5720                 qb.setProjectionMap(sGroupsProjectionMap);
5721                 appendAccountFromParameter(qb, uri);
5722                 break;
5723             }
5724
5725             case GROUPS_ID: {
5726                 qb.setTables(Views.GROUPS);
5727                 qb.setProjectionMap(sGroupsProjectionMap);
5728                 selectionArgs = insertSelectionArg(selectionArgs, uri.getLastPathSegment());
5729                 qb.appendWhere(Groups._ID + "=?");
5730                 break;
5731             }
5732
5733             case GROUPS_SUMMARY: {
5734                 final boolean returnGroupCountPerAccount =
5735                         readBooleanQueryParameter(uri, Groups.PARAM_RETURN_GROUP_COUNT_PER_ACC
OUNT,
5736                                 false);
5737                 qb.setTables(Views.GROUPS + " AS " + Tables.GROUPS);
5738                 qb.setProjectionMap(returnGroupCountPerAccount ?
5739                         sGroupsSummaryProjectionMapWithGroupCountPerAccount
5740                         : sGroupsSummaryProjectionMap);
5741                 appendAccountFromParameter(qb, uri);
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 74 of 101

```
5742                    break;
5743                }
5744
5745
5746            case AGGREGATION_EXCEPTIONS: {
5747                qb.setTables(Tables.AGGREGATION_EXCEPTIONS);
5748                qb.setProjectionMap(sAggregationExceptionsProjectionMap);
5749                break;
5750            }
5751
5752            case AGGREGATION_SUGGESTIONS: {
5753                long contactId = Long.parseLong(uri.getPathSegments().get(1));
5754                String filter = null;
5755                if (uri.getPathSegments().size() > 3) {
5756                    filter = uri.getPathSegments().get(3);
5757                }
5758                final int maxSuggestions;
5759                if (limit != null) {
5760                    maxSuggestions = Integer.parseInt(limit);
5761                } else {
5762                    maxSuggestions = DEFAULT_MAX_SUGGESTIONS;
5763                }
5764
5765                ArrayList<AggregationSuggestionParameter> parameters = null;
5766                List<String> query = uri.getQueryParameters("query");
5767                if (query != null && !query.isEmpty()) {
5768                    parameters = new ArrayList<AggregationSuggestionParameter>(query.size());
5769                    for (String parameter : query) {
5770                        int offset = parameter.indexOf(':');
5771                        parameters.add(offset == -1
5772                                ? new AggregationSuggestionParameter(
5773                                        AggregationSuggestions.PARAMETER_MATCH_NAME,
5774                                        parameter)
5775                                : new AggregationSuggestionParameter(
5776                                        parameter.substring(0, offset),
5777                                        parameter.substring(offset + 1)));
5778                    }
5779                }
5780
5781                setTablesAndProjectionMapForContacts(qb, uri, projection);
5782
5783                return mAggregator.get().queryAggregationSuggestions(qb, projection, contactId,
5784                        maxSuggestions, filter, parameters);
5785            }
5786
5787            case SETTINGS: {
5788                qb.setTables(Tables.SETTINGS);
5789                qb.setProjectionMap(sSettingsProjectionMap);
5790                appendAccountFromParameter(qb, uri);
5791
5792                // When requesting specific columns, this query requires
5793                // late-binding of the GroupMembership MIME-type.
5794                final String groupMembershipMimetypeId = Long.toString(mDbHelper.get()
5795                        .getMimeTypeId(GroupMembership.CONTENT_ITEM_TYPE));
5796                if (projection != null && projection.length != 0 &&
5797                        mDbHelper.get().isInProjection(projection, Settings.UNGROUPED_COUNT)) {
5798                    selectionArgs = insertSelectionArg(selectionArgs, groupMembershipMimetypeI
    d);
5799                }
5800                if (projection != null && projection.length != 0 &&
5801                        mDbHelper.get().isInProjection(
5802                                projection, Settings.UNGROUPED_WITH_PHONES)) {
5803                    selectionArgs = insertSelectionArg(selectionArgs, groupMembershipMimetypeI
    d);
5804                }
5805
5806                break;
5807            }
5808
5809            case STATUS_UPDATES:
5810            case PROFILE_STATUS_UPDATES: {
5811                setTableAndProjectionMapForStatusUpdates(qb, projection);
5812                break;
5813            }
5814
5815            case STATUS_UPDATES_ID: {
5816                setTableAndProjectionMapForStatusUpdates(qb, projection);
5817                selectionArgs = insertSelectionArg(selectionArgs, uri.getLastPathSegment());
5818                qb.appendWhere(DataColumns.CONCRETE_ID + "=?");
5819                break;
```

```
5820
5821
5822            case SEARCH_SUGGESTIONS: {
5823                return mGlobalSearchSupport.handleSearchSuggestionsQuery(
5824                        mActiveDb.get(), uri, projection, limit);
5825            }
5826
5827            case SEARCH_SHORTCUT: {
5828                String lookupKey = uri.getLastPathSegment();
5829                String filter = getQueryParameter(
5830                        uri, SearchManager.SUGGEST_COLUMN_INTENT_EXTRA_DATA);
5831                return mGlobalSearchSupport.handleSearchShortcutRefresh(
5832                        mActiveDb.get(), projection, lookupKey, filter);
5833            }
5834
5835            case LIVE_FOLDERS_CONTACTS:
5836                qb.setTables(Views.CONTACTS);
5837                qb.setProjectionMap(sLiveFoldersProjectionMap);
5838                break;
5839
5840            case LIVE_FOLDERS_CONTACTS_WITH_PHONES:
5841                qb.setTables(Views.CONTACTS);
5842                qb.setProjectionMap(sLiveFoldersProjectionMap);
5843                qb.appendWhere(Contacts.HAS_PHONE_NUMBER + "=1");
5844                break;
5845
5846            case LIVE_FOLDERS_CONTACTS_FAVORITES:
5847                qb.setTables(Views.CONTACTS);
5848                qb.setProjectionMap(sLiveFoldersProjectionMap);
5849                qb.appendWhere(Contacts.STARRED + "=1");
5850                break;
5851
5852            case LIVE_FOLDERS_CONTACTS_GROUP_NAME:
5853                qb.setTables(Views.CONTACTS);
5854                qb.setProjectionMap(sLiveFoldersProjectionMap);
5855                qb.appendWhere(CONTACTS_IN_GROUP_SELECT);
5856                String groupMimeTypeId = String.valueOf(
5857                        mDbHelper.get().getMimeTypeId(GroupMembership.CONTENT_ITEM_TYPE));
5858                selectionArgs = insertSelectionArg(selectionArgs, uri.getLastPathSegment());
5859                selectionArgs = insertSelectionArg(selectionArgs, groupMimeTypeId);
5860                break;
5861
5862            case RAW_CONTACT_ENTITIES:
5863            case PROFILE_RAW_CONTACT_ENTITIES: {
5864                setTablesAndProjectionMapForRawEntities(qb, uri);
5865                break;
5866            }
5867
5868            case RAW_CONTACT_ENTITY_ID: {
5869                long rawContactId = Long.parseLong(uri.getPathSegments().get(1));
5870                setTablesAndProjectionMapForRawEntities(qb, uri);
5871                selectionArgs = insertSelectionArg(selectionArgs, String.valueOf(rawContactId)
);
5872                qb.appendWhere(" AND " + RawContacts._ID + "=?");
5873                break;
5874            }
5875
5876            case PROVIDER_STATUS: {
5877                return queryProviderStatus(uri, projection);
5878            }
5879
5880            case DIRECTORIES : {
5881                qb.setTables(Tables.DIRECTORIES);
5882                qb.setProjectionMap(sDirectoryProjectionMap);
5883                break;
5884            }
5885
5886            case DIRECTORIES_ID : {
5887                long id = ContentUris.parseId(uri);
5888                qb.setTables(Tables.DIRECTORIES);
5889                qb.setProjectionMap(sDirectoryProjectionMap);
5890                selectionArgs = insertSelectionArg(selectionArgs, String.valueOf(id));
5891                qb.appendWhere(Directory._ID + "=?");
5892                break;
5893            }
5894
5895            case COMPLETE_NAME: {
5896                return completeName(uri, projection);
5897            }
5898
5899            default:
5900                return mLegacyApiSupport.query(uri, projection, selection, selectionArgs,
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 76 of 101

```
5901                }
5902
5903
5904            qb.setStrict(true);
5905
5906            Cursor cursor =
5907                    query(mActiveDb.get(), qb, projection, selection, selectionArgs, sortOrder, gr
oupBy,
5908                            limit);
5909            if (readBooleanQueryParameter(uri, ContactCounts.ADDRESS_BOOK_INDEX_EXTRAS, false)) {
5910                cursor = bundleLetterCountExtras(cursor, mActiveDb.get(), qb, selection,
5911                        selectionArgs, sortOrder, addressBookIndexerCountExpression);
5912            }
5913            if (snippetDeferred) {
5914                cursor = addDeferredSnippetingExtra(cursor);
5915            }
5916            return cursor;
5917        }
5918
5919        private Cursor query(final SQLiteDatabase db, SQLiteQueryBuilder qb, String[] projection,
5920                String selection, String[] selectionArgs, String sortOrder, String groupBy,
5921                String limit) {
5922            if (projection != null && projection.length == 1
5923                    && BaseColumns._COUNT.equals(projection[0])) {
5924                qb.setProjectionMap(sCountProjectionMap);
5925            }
5926            final Cursor c = qb.query(db, projection, selection, selectionArgs, groupBy, null,
5927                    sortOrder, limit);
5928            if (c != null) {
5929                c.setNotificationUri(getContext().getContentResolver(), ContactsContract.AUTHORITY
_URI);
5930            }
5931            return c;
5932        }
5933
5934        /**
5935         * Creates a single-row cursor containing the current status of the provider.
5936         */
5937        private Cursor queryProviderStatus(Uri uri, String[] projection) {
5938            MatrixCursor cursor = new MatrixCursor(projection);
5939            RowBuilder row = cursor.newRow();
5940            for (int i = 0; i < projection.length; i++) {
5941                if (ProviderStatus.STATUS.equals(projection[i])) {
5942                    row.add(mProviderStatus);
5943                } else if (ProviderStatus.DATA1.equals(projection[i])) {
5944                    row.add(mEstimatedStorageRequirement);
5945                }
5946            }
5947            return cursor;
5948        }
5949
5950        /**
5951         * Runs the query with the supplied contact ID and lookup ID.  If the query succeeds,
5952         * it returns the resulting cursor, otherwise it returns null and the calling
5953         * method needs to resolve the lookup key and rerun the query.
5954         */
5955        private Cursor queryWithContactIdAndLookupKey(SQLiteQueryBuilder lookupQb,
5956                SQLiteDatabase db, Uri uri,
5957                String[] projection, String selection, String[] selectionArgs,
5958                String sortOrder, String groupBy, String limit,
5959                String contactIdColumn, long contactId, String lookupKeyColumn, String lookupKey)
{
5960            String[] args;
5961            if (selectionArgs == null) {
5962                args = new String[2];
5963            } else {
5964                args = new String[selectionArgs.length + 2];
5965                System.arraycopy(selectionArgs, 0, args, 2, selectionArgs.length);
5966            }
5967            args[0] = String.valueOf(contactId);
5968            args[1] = Uri.encode(lookupKey);
5969            lookupQb.appendWhere(contactIdColumn + "=? AND " + lookupKeyColumn + "=?");
5970            Cursor c = query(db, lookupQb, projection, selection, args, sortOrder,
5971                    groupBy, limit);
5972            if (c.getCount() != 0) {
5973                return c;
5974            }
5975
5976            c.close();
5977            return null;
5978        }
5979
```

```
5980   private static final class AddressBookIndexQuery {
5981       public static final String LETTER = "letter";
5982       public static final String TITLE = "title";
5983       public static final String COUNT = "count";
5984
5985       public static final String[] COLUMNS = new String[] {
5986               LETTER, TITLE, COUNT
5987       };
5988
5989       public static final int COLUMN_LETTER = 0;
5990       public static final int COLUMN_TITLE = 1;
5991       public static final int COLUMN_COUNT = 2;
5992
5993       // The first letter of the sort key column is what is used for the index headings.
5994       public static final String SECTION_HEADING = "SUBSTR(%1$s,1,1)";
5995
5996       public static final String ORDER_BY = LETTER + " COLLATE " + PHONEBOOK_COLLATOR_NAME;
5997   }
5998
5999   /**
6000    * Computes counts by the address book index titles and adds the resulting tally
6001    * to the returned cursor as a bundle of extras.
6002    */
6003   private Cursor bundleLetterCountExtras(Cursor cursor, final SQLiteDatabase db,
6004           SQLiteQueryBuilder qb, String selection, String[] selectionArgs, String sortOrder,
6005           String countExpression) {
6006       if (!(cursor instanceof AbstractCursor)) {
6007           Log.w(TAG, "Unable to bundle extras.  Cursor is not AbstractCursor.");
6008           return cursor;
6009       }
6010       String sortKey;
6011
6012       // The sort order suffix could be something like "DESC".
6013       // We want to preserve it in the query even though we will change
6014       // the sort column itself.
6015       String sortOrderSuffix = "";
6016       if (sortOrder != null) {
6017           int spaceIndex = sortOrder.indexOf(' ');
6018           if (spaceIndex != -1) {
6019               sortKey = sortOrder.substring(0, spaceIndex);
6020               sortOrderSuffix = sortOrder.substring(spaceIndex);
6021           } else {
6022               sortKey = sortOrder;
6023           }
6024       } else {
6025           sortKey = Contacts.SORT_KEY_PRIMARY;
6026       }
6027
6028       String locale = getLocale().toString();
6029       HashMap<String, String> projectionMap = Maps.newHashMap();
6030       String sectionHeading = String.format(AddressBookIndexQuery.SECTION_HEADING, sortKey);
6031       projectionMap.put(AddressBookIndexQuery.LETTER,
6032               sectionHeading + " AS " + AddressBookIndexQuery.LETTER);
6033
6034       // If "what to count" is not specified, we just count all records.
6035       if (TextUtils.isEmpty(countExpression)) {
6036           countExpression = "*";
6037       }
6038
6039       /**
6040        * Use the GET_PHONEBOOK_INDEX function, which is an android extension for SQLite3,
6041        * to map the first letter of the sort key to a character that is traditionally
6042        * used in phonebooks to represent that letter.  For example, in Korean it will
6043        * be the first consonant in the letter; for Japanese it will be Hiragana rather
6044        * than Katakana.
6045        */
6046       projectionMap.put(AddressBookIndexQuery.TITLE,
6047               "GET_PHONEBOOK_INDEX(" + sectionHeading + ",'" + locale + "')"
6048               + " AS " + AddressBookIndexQuery.TITLE);
6049       projectionMap.put(AddressBookIndexQuery.COUNT,
6050               "COUNT(" + countExpression + ") AS " + AddressBookIndexQuery.COUNT);
6051       qb.setProjectionMap(projectionMap);
6052
6053       Cursor indexCursor = qb.query(db, AddressBookIndexQuery.COLUMNS, selection, selectionA
rgs,
6054               AddressBookIndexQuery.ORDER_BY, null /* having */,
6055               AddressBookIndexQuery.ORDER_BY + sortOrderSuffix);
6056
6057       try {
6058           int groupCount = indexCursor.getCount();
6059           String titles[] = new String[groupCount];
6060           int counts[] = new int[groupCount];
```

```
6061            String currentTitle = null;
6062
6063
6064            // Since GET_PHONEBOOK_INDEX is a many-to-1 function, we may end up
6065            // with multiple entries for the same title.  The following code
6066            // collapses those duplicates.
6067            for (int i = 0; i < groupCount; i++) {
6068                indexCursor.moveToNext();
6069                String title = indexCursor.getString(AddressBookIndexQuery.COLUMN_TITLE);
6070                int count = indexCursor.getInt(AddressBookIndexQuery.COLUMN_COUNT);
6071                if (indexCount == 0 || !TextUtils.equals(title, currentTitle)) {
6072                    titles[indexCount] = currentTitle = title;
6073                    counts[indexCount] = count;
6074                    indexCount++;
6075                } else {
6076                    counts[indexCount - 1] += count;
6077                }
6078            }
6079
6080            if (indexCount < groupCount) {
6081                String[] newTitles = new String[indexCount];
6082                System.arraycopy(titles, 0, newTitles, 0, indexCount);
6083                titles = newTitles;
6084
6085                int[] newCounts = new int[indexCount];
6086                System.arraycopy(counts, 0, newCounts, 0, indexCount);
6087                counts = newCounts;
6088            }
6089
6090            final Bundle bundle = new Bundle();
6091            bundle.putStringArray(ContactCounts.EXTRA_ADDRESS_BOOK_INDEX_TITLES, titles);
6092            bundle.putIntArray(ContactCounts.EXTRA_ADDRESS_BOOK_INDEX_COUNTS, counts);
6093
6094            ((AbstractCursor) cursor).setExtras(bundle);
6095            return cursor;
6096        } finally {
6097            indexCursor.close();
6098        }
6099    }
6100
6101    /**
6102     * Returns the contact Id for the contact identified by the lookupKey.
6103     * Robust against changes in the lookup key: if the key has changed, will
6104     * look up the contact by the raw contact IDs or name encoded in the lookup
6105     * key.
6106     */
6107    public long lookupContactIdByLookupKey(SQLiteDatabase db, String lookupKey) {
6108        ContactLookupKey key = new ContactLookupKey();
6109        ArrayList<LookupKeySegment> segments = key.parse(lookupKey);
6110
6111        long contactId = -1;
6112        if (lookupKeyContainsType(segments, ContactLookupKey.LOOKUP_TYPE_PROFILE)) {
6113            // We should already be in a profile database context, so just look up a single co
ntact.
6114            contactId = lookupSingleContactId(db);
6115        }
6116
6117        if (lookupKeyContainsType(segments, ContactLookupKey.LOOKUP_TYPE_SOURCE_ID)) {
6118            contactId = lookupContactIdBySourceIds(db, segments);
6119            if (contactId != -1) {
6120                return contactId;
6121            }
6122        }
6123
6124        boolean hasRawContactIds =
6125                lookupKeyContainsType(segments, ContactLookupKey.LOOKUP_TYPE_RAW_CONTACT_ID);
6126        if (hasRawContactIds) {
6127            contactId = lookupContactIdByRawContactIds(db, segments);
6128            if (contactId != -1) {
6129                return contactId;
6130            }
6131        }
6132
6133        if (hasRawContactIds
6134                || lookupKeyContainsType(segments, ContactLookupKey.LOOKUP_TYPE_DISPLAY_NAME))
  {
6135            contactId = lookupContactIdByDisplayNames(db, segments);
6136        }
6137
6138        return contactId;
6139    }
6140
```

```
6141    private long lookupContactIdByRawContactId(SQLiteDatabase db, long rawContactId) {
6142        Cursor c = db.query(Tables.CONTACTS, new String[] {Contacts._ID},
6143                null, null, null, null, null, "1");
6144        try {
6145            if (c.moveToFirst()) {
6146                return c.getLong(0);
6147            } else {
6148                return -1;
6149            }
6150        } finally {
6151            c.close();
6152        }
6153    }
6154
6155    private interface LookupBySourceIdQuery {
6156        String TABLE = Views.RAW_CONTACTS;
6157
6158        String COLUMNS[] = {
6159                RawContacts.CONTACT_ID,
6160                RawContacts.ACCOUNT_TYPE_AND_DATA_SET,
6161                RawContacts.ACCOUNT_NAME,
6162                RawContacts.SOURCE_ID
6163        };
6164
6165        int CONTACT_ID = 0;
6166        int ACCOUNT_TYPE_AND_DATA_SET = 1;
6167        int ACCOUNT_NAME = 2;
6168        int SOURCE_ID = 3;
6169    }
6170
6171    private long lookupContactIdBySourceIds(SQLiteDatabase db,
6172                ArrayList<LookupKeySegment> segments) {
6173        StringBuilder sb = new StringBuilder();
6174        sb.append(RawContacts.SOURCE_ID + " IN(");
6175        for (int i = 0; i < segments.size(); i++) {
6176            LookupKeySegment segment = segments.get(i);
6177            if (segment.lookupType == ContactLookupKey.LOOKUP_TYPE_SOURCE_ID) {
6178                DatabaseUtils.appendEscapedSQLString(sb, segment.key);
6179                sb.append(",");
6180            }
6181        }
6182        sb.setLength(sb.length() - 1);          // Last comma
6183        sb.append(") AND " + RawContacts.CONTACT_ID + " NOT NULL");
6184
6185        Cursor c = db.query(LookupBySourceIdQuery.TABLE, LookupBySourceIdQuery.COLUMNS,
6186                sb.toString(), null, null, null, null);
6187        try {
6188            while (c.moveToNext()) {
6189                String accountTypeAndDataSet =
6190                        c.getString(LookupBySourceIdQuery.ACCOUNT_TYPE_AND_DATA_SET);
6191                String accountName = c.getString(LookupBySourceIdQuery.ACCOUNT_NAME);
6192                int accountHashCode =
6193                        ContactLookupKey.getAccountHashCode(accountTypeAndDataSet, accountName
);
6194                String sourceId = c.getString(LookupBySourceIdQuery.SOURCE_ID);
6195                for (int i = 0; i < segments.size(); i++) {
6196                    LookupKeySegment segment = segments.get(i);
6197                    if (segment.lookupType == ContactLookupKey.LOOKUP_TYPE_SOURCE_ID
6198                            && accountHashCode == segment.accountHashCode
6199                            && segment.key.equals(sourceId)) {
6200                        segment.contactId = c.getLong(LookupBySourceIdQuery.CONTACT_ID);
6201                        break;
6202                    }
6203                }
6204            }
6205        } finally {
6206            c.close();
6207        }
6208
6209        return getMostReferencedContactId(segments);
6210    }
6211
6212    private interface LookupByRawContactIdQuery {
6213        String TABLE = Views.RAW_CONTACTS;
6214
6215        String COLUMNS[] = {
6216                RawContacts.CONTACT_ID,
6217                RawContacts.ACCOUNT_TYPE_AND_DATA_SET,
6218                RawContacts.ACCOUNT_NAME,
6219                RawContacts._ID,
6220        };
6221
```

```
6222                                   │
6223            int ACCOUNT_TYPE_AND_DATA_SET = 1;
6224            int ACCOUNT_NAME = 2;
6225            int ID = 3;
6226        }
6227
6228        private long lookupContactIdByRawContactIds(SQLiteDatabase db,
6229                ArrayList<LookupKeySegment> segments) {
6230            StringBuilder sb = new StringBuilder();
6231            sb.append(RawContacts._ID + " IN(");
6232            for (int i = 0; i < segments.size(); i++) {
6233                LookupKeySegment segment = segments.get(i);
6234                if (segment.lookupType == ContactLookupKey.LOOKUP_TYPE_RAW_CONTACT_ID) {
6235                    sb.append(segment.rawContactId);
6236                    sb.append(",");
6237                }
6238            }
6239            sb.setLength(sb.length() - 1);        // Last comma
6240            sb.append(") AND " + RawContacts.CONTACT_ID + " NOT NULL");
6241
6242            Cursor c = db.query(LookupByRawContactIdQuery.TABLE, LookupByRawContactIdQuery.COLUMNS
        ,
6243                    sb.toString(), null, null, null, null);
6244            try {
6245                while (c.moveToNext()) {
6246                    String accountTypeAndDataSet = c.getString(
6247                            LookupByRawContactIdQuery.ACCOUNT_TYPE_AND_DATA_SET);
6248                    String accountName = c.getString(LookupByRawContactIdQuery.ACCOUNT_NAME);
6249                    int accountHashCode =
6250                            ContactLookupKey.getAccountHashCode(accountTypeAndDataSet, accountName
        );
6251                    String rawContactId = c.getString(LookupByRawContactIdQuery.ID);
6252                    for (int i = 0; i < segments.size(); i++) {
6253                        LookupKeySegment segment = segments.get(i);
6254                        if (segment.lookupType == ContactLookupKey.LOOKUP_TYPE_RAW_CONTACT_ID
6255                                && accountHashCode == segment.accountHashCode
6256                                && segment.rawContactId.equals(rawContactId)) {
6257                            segment.contactId = c.getLong(LookupByRawContactIdQuery.CONTACT_ID);
6258                            break;
6259                        }
6260                    }
6261                }
6262            } finally {
6263                c.close();
6264            }
6265
6266            return getMostReferencedContactId(segments);
6267        }
6268
6269        private interface LookupByDisplayNameQuery {
6270            String TABLE = Tables.NAME_LOOKUP_JOIN_RAW_CONTACTS;
6271
6272            String COLUMNS[] = {
6273                    RawContacts.CONTACT_ID,
6274                    RawContacts.ACCOUNT_TYPE_AND_DATA_SET,
6275                    RawContacts.ACCOUNT_NAME,
6276                    NameLookupColumns.NORMALIZED_NAME
6277            };
6278
6279            int CONTACT_ID = 0;
6280            int ACCOUNT_TYPE_AND_DATA_SET = 1;
6281            int ACCOUNT_NAME = 2;
6282            int NORMALIZED_NAME = 3;
6283        }
6284
6285        private long lookupContactIdByDisplayNames(SQLiteDatabase db,
6286                ArrayList<LookupKeySegment> segments) {
6287            StringBuilder sb = new StringBuilder();
6288            sb.append(NameLookupColumns.NORMALIZED_NAME + " IN(");
6289            for (int i = 0; i < segments.size(); i++) {
6290                LookupKeySegment segment = segments.get(i);
6291                if (segment.lookupType == ContactLookupKey.LOOKUP_TYPE_DISPLAY_NAME
6292                        || segment.lookupType == ContactLookupKey.LOOKUP_TYPE_RAW_CONTACT_ID) {
6293                    DatabaseUtils.appendEscapedSQLString(sb, segment.key);
6294                    sb.append(",");
6295                }
6296            }
6297            sb.setLength(sb.length() - 1);        // Last comma
6298            sb.append(") AND " + NameLookupColumns.NAME_TYPE + "=" + NameLookupType.NAME_COLLATION_
        KEY
6299                    + " AND " + RawContacts.CONTACT_ID + " NOT NULL");
6300
```

Case 5:12-cv-00630-LHK Document 117-8 Filed 04/23/12 Page 81 of 101

```
6301                 ContactsDatabaseHelper.getAggregationSuggestionThread().DisplayNameQuery.COLUMNS,
6302                 sb.toString(), null, null, null, null);
6303         try {
6304             while (c.moveToNext()) {
6305                 String accountTypeAndDataSet =
6306                     c.getString(LookupByDisplayNameQuery.ACCOUNT_TYPE_AND_DATA_SET);
6307                 String accountName = c.getString(LookupByDisplayNameQuery.ACCOUNT_NAME);
6308                 int accountHashCode =
6309                     ContactLookupKey.getAccountHashCode(accountTypeAndDataSet, accountName
);
6310                 String name = c.getString(LookupByDisplayNameQuery.NORMALIZED_NAME);
6311                 for (int i = 0; i < segments.size(); i++) {
6312                     LookupKeySegment segment = segments.get(i);
6313                     if ((segment.lookupType == ContactLookupKey.LOOKUP_TYPE_DISPLAY_NAME
6314                             || segment.lookupType == ContactLookupKey.LOOKUP_TYPE_RAW_CONTACT_
ID)
6315                             && accountHashCode == segment.accountHashCode
6316                             && segment.key.equals(name)) {
6317                         segment.contactId = c.getLong(LookupByDisplayNameQuery.CONTACT_ID);
6318                         break;
6319                     }
6320                 }
6321             }
6322         } finally {
6323             c.close();
6324         }
6325
6326         return getMostReferencedContactId(segments);
6327     }
6328
6329     private boolean lookupKeyContainsType(ArrayList<LookupKeySegment> segments, int lookupType
) {
6330         for (int i = 0; i < segments.size(); i++) {
6331             LookupKeySegment segment = segments.get(i);
6332             if (segment.lookupType == lookupType) {
6333                 return true;
6334             }
6335         }
6336
6337         return false;
6338     }
6339
6340     public void updateLookupKeyForRawContact(SQLiteDatabase db, long rawContactId) {
6341         mAggregator.get().updateLookupKeyForRawContact(db, rawContactId);
6342     }
6343
6344     /**
6345      * Returns the contact ID that is mentioned the highest number of times.
6346      */
6347     private long getMostReferencedContactId(ArrayList<LookupKeySegment> segments) {
6348         Collections.sort(segments);
6349
6350         long bestContactId = -1;
6351         int bestRefCount = 0;
6352
6353         long contactId = -1;
6354         int count = 0;
6355
6356         int segmentCount = segments.size();
6357         for (int i = 0; i < segmentCount; i++) {
6358             LookupKeySegment segment = segments.get(i);
6359             if (segment.contactId != -1) {
6360                 if (segment.contactId == contactId) {
6361                     count++;
6362                 } else {
6363                     if (count > bestRefCount) {
6364                         bestContactId = contactId;
6365                         bestRefCount = count;
6366                     }
6367                     contactId = segment.contactId;
6368                     count = 1;
6369                 }
6370             }
6371         }
6372         if (count > bestRefCount) {
6373             return contactId;
6374         } else {
6375             return bestContactId;
6376         }
6377     }
6378
6379     private void setTablesAndProjectionMapForContacts(SQLiteQueryBuilder qb, Uri uri,
```

```
6380                setTablesAndProjectionMapForContacts(qb, uri, projection, false);
6381            }
6382        }
6383
6384        /**
6385         * @param includeDataUsageStat true when the table should include DataUsageStat table.
6386         * Note that this uses INNER JOIN instead of LEFT OUTER JOIN, so some of data in Contacts
6387         * may be dropped.
6388         */
6389        private void setTablesAndProjectionMapForContacts(SQLiteQueryBuilder qb, Uri uri,
6390                String[] projection, boolean includeDataUsageStat) {
6391            StringBuilder sb = new StringBuilder();
6392            sb.append(Views.CONTACTS);
6393
6394            // Just for frequently contacted contacts in Strequent Uri handling.
6395            if (includeDataUsageStat) {
6396                sb.append(" INNER JOIN " +
6397                        Views.DATA_USAGE_STAT + " AS " + Tables.DATA_USAGE_STAT +
6398                        " ON (" +
6399                        DbQueryUtils.concatenateClauses(
6400                                DataUsageStatColumns.CONCRETE_TIMES_USED + " > 0",
6401                                RawContacts.CONTACT_ID + " =" + Views.CONTACTS + "." + Contacts._ID
6402                        ) +
6403                        ")");
6404            }
6405
6406            appendContactPresenceJoin(sb, projection, Contacts._ID);
6407            appendContactStatusUpdateJoin(sb, projection, ContactsColumns.LAST_STATUS_UPDATE_ID);
6408            qb.setTables(sb.toString());
6409            qb.setProjectionMap(sContactsProjectionMap);
6410        }
6411
6412        /**
6413         * Finds name lookup records matching the supplied filter, picks one arbitrary match per
6414         * contact and joins that with other contacts tables.
6415         */
6416        private void setTablesAndProjectionMapForContactsWithSnippet(SQLiteQueryBuilder qb, Uri uri,
6417                String[] projection, String filter, long directoryId, boolean deferredSnippeting) {
6418
6419            StringBuilder sb = new StringBuilder();
6420            sb.append(Views.CONTACTS);
6421
6422            if (filter != null) {
6423                filter = filter.trim();
6424            }
6425
6426            if (TextUtils.isEmpty(filter) || (directoryId != -1 && directoryId != Directory.DEFAULT)) {
6427                sb.append(" JOIN (SELECT NULL AS " + SearchSnippetColumns.SNIPPET + " WHERE 0)");
6428            } else {
6429                appendSearchIndexJoin(sb, uri, projection, filter, deferredSnippeting);
6430            }
6431            appendContactPresenceJoin(sb, projection, Contacts._ID);
6432            appendContactStatusUpdateJoin(sb, projection, ContactsColumns.LAST_STATUS_UPDATE_ID);
6433            qb.setTables(sb.toString());
6434            qb.setProjectionMap(sContactsProjectionWithSnippetMap);
6435        }
6436
6437        private void appendSearchIndexJoin(
6438                StringBuilder sb, Uri uri, String[] projection, String filter,
6439                boolean deferredSnippeting) {
6440
6441            if (snippetNeeded(projection)) {
6442                String[] args = null;
6443                String snippetArgs =
6444                        getQueryParameter(uri, SearchSnippetColumns.SNIPPET_ARGS_PARAM_KEY);
6445                if (snippetArgs != null) {
6446                    args = snippetArgs.split(".");
6447                }
6448
6449                String startMatch = args != null && args.length > 0 ? args[0]
6450                        : DEFAULT_SNIPPET_ARG_START_MATCH;
6451                String endMatch = args != null && args.length > 1 ? args[1]
6452                        : DEFAULT_SNIPPET_ARG_END_MATCH;
6453                String ellipsis = args != null && args.length > 2 ? args[2]
6454                        : DEFAULT_SNIPPET_ARG_ELLIPSIS;
6455                int maxTokens = args != null && args.length > 3 ? Integer.parseInt(args[3])
6456                        : DEFAULT_SNIPPET_ARG_MAX_TOKENS;
6457
6458                appendSearchIndexJoin(
```

```java
6458                        deferredSnippeting);
6459            } else {
6460                appendSearchIndexJoin(sb, filter, false, null, null, null, 0, false);
6461            }
6462        }
6463    }
6464
6465    public void appendSearchIndexJoin(StringBuilder sb, String filter,
6466            boolean snippetNeeded, String startMatch, String endMatch, String ellipsis,
6467            int maxTokens, boolean deferredSnippeting) {
6468        boolean isEmailAddress = false;
6469        String emailAddress = null;
6470        boolean isPhoneNumber = false;
6471        String phoneNumber = null;
6472        String numberE164 = null;
6473
6474        // If the query consists of a single word, we can do snippetizing after-the-fact for a
6475        // performance boost.
6476        boolean singleTokenSearch = isSingleWordQuery(filter);
6477
6478        if (filter.indexOf('@') != -1) {
6479            emailAddress = mDbHelper.get().extractAddressFromEmailAddress(filter);
6480            isEmailAddress = !TextUtils.isEmpty(emailAddress);
6481        } else {
6482            isPhoneNumber = isPhoneNumber(filter);
6483            if (isPhoneNumber) {
6484                phoneNumber = PhoneNumberUtils.normalizeNumber(filter);
6485                numberE164 = PhoneNumberUtils.formatNumberToE164(phoneNumber,
6486                        mDbHelper.get().getCountryIso());
6487            }
6488        }
6489
6490        final String SNIPPET_CONTACT_ID = "snippet_contact_id";
6491        sb.append(" JOIN (SELECT " + SearchIndexColumns.CONTACT_ID + " AS " + SNIPPET_CONTACT_ID)
6491 ;
6492        if (snippetNeeded) {
6493            sb.append(".");
6494            if (isEmailAddress) {
6495                sb.append("ifnull(");
6496                DatabaseUtils.appendEscapedSQLString(sb, startMatch);
6497                sb.append("||(SELECT MIN(" + Email.ADDRESS + ")");
6498                sb.append(" FROM " + Tables.DATA_JOIN_RAW_CONTACTS);
6499                sb.append(" WHERE " + Tables.SEARCH_INDEX + "." + SearchIndexColumns.CONTACT_I
6499 D);
6500                sb.append("=" + RawContacts.CONTACT_ID + " AND " + Email.ADDRESS + " LIKE ");
6501                DatabaseUtils.appendEscapedSQLString(sb, filter + "%");
6502                sb.append(")||");
6503                DatabaseUtils.appendEscapedSQLString(sb, endMatch);
6504                sb.append(".");
6505
6506                // Optimization for single-token search (do only if requested).
6507                if (singleTokenSearch && deferredSnippeting) {
6508                    sb.append(SearchIndexColumns.CONTENT);
6509                } else {
6510                    appendSnippetFunction(sb, startMatch, endMatch, ellipsis, maxTokens);
6511                }
6512                sb.append(")");
6513            } else if (isPhoneNumber) {
6514                sb.append("ifnull(");
6515                DatabaseUtils.appendEscapedSQLString(sb, startMatch);
6516                sb.append("||(SELECT MIN(" + Phone.NUMBER + ")");
6517                sb.append(" FROM " +
6518                        Tables.DATA_JOIN_RAW_CONTACTS + " JOIN " + Tables.PHONE_LOOKUP);
6519                sb.append(" ON " + DataColumns.CONCRETE_ID);
6520                sb.append("=" + Tables.PHONE_LOOKUP + "." + PhoneLookupColumns.DATA_ID);
6521                sb.append(" WHERE " + Tables.SEARCH_INDEX + "." + SearchIndexColumns.CONTACT_I
6521 D);
6522                sb.append("=" + RawContacts.CONTACT_ID);
6523                sb.append(" AND " + PhoneLookupColumns.NORMALIZED_NUMBER + " LIKE'");
6524                sb.append(phoneNumber);
6525                sb.append("%'");
6526                if (!TextUtils.isEmpty(numberE164)) {
6527                    sb.append(" OR " + PhoneLookupColumns.NORMALIZED_NUMBER + " LIKE'");
6528                    sb.append(numberE164);
6529                    sb.append("%'");
6530                }
6531                sb.append(")||");
6532                DatabaseUtils.appendEscapedSQLString(sb, endMatch);
6533                sb.append(".");
6534
6535                // Optimization for single-token search (do only if requested).
6536                if (singleTokenSearch && deferredSnippeting) {
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 84 of 101

```
6537                    } else {
6538                        appendSnippetFunction(sb, startMatch, endMatch, ellipsis, maxTokens);
6539                    }
6540                    sb.append(")");
6541                } else {
6542                    final String normalizedFilter = NameNormalizer.normalize(filter);
6543                    if (!TextUtils.isEmpty(normalizedFilter)) {
6544                        // Optimization for single-token search (do only if requested)..
6545                        if (singleTokenSearch && deferredSnippeting) {
6546                            sb.append(SearchIndexColumns.CONTENT);
6547                        } else {
6548                            sb.append("(CASE WHEN EXISTS (SELECT 1 FROM ");
6549                            sb.append(Tables.RAW_CONTACTS + " AS rc INNER JOIN ");
6550                            sb.append(Tables.NAME_LOOKUP + " AS nl ON (rc." + RawContacts._ID);
6551                            sb.append("=nl." + NameLookupColumns.RAW_CONTACT_ID);
6552                            sb.append(") WHERE nl." + NameLookupColumns.NORMALIZED_NAME);
6553                            sb.append(" GLOB '" + normalizedFilter + "*' AND ");
6554                            sb.append("nl." + NameLookupColumns.NAME_TYPE + "=");
6555                            sb.append(NameLookupType.NAME_COLLATION_KEY + " AND ");
6556                            sb.append(Tables.SEARCH_INDEX + "." + SearchIndexColumns.CONTACT_ID);
6557                            sb.append("=rc." + RawContacts.CONTACT_ID);
6558                            sb.append(") THEN NULL ELSE ");
6559                            appendSnippetFunction(sb, startMatch, endMatch, ellipsis, maxTokens);
6560                            sb.append(" END)");
6561                        }
6562                    } else {
6563                        sb.append("NULL");
6564                    }
6565                }
6566                sb.append(" AS " + SearchSnippetColumns.SNIPPET);
6567            }
6568
6569        sb.append(" FROM " + Tables.SEARCH_INDEX);
6570        sb.append(" WHERE ");
6571        sb.append(Tables.SEARCH_INDEX + " MATCH '");
6572        if (isEmailAddress) {
6573            // we know that the emailAddress contains a @. This phrase search should be
6574            // scoped against "content:" only, but unfortunately SQLite doesn't support
6575            // phrases and scoped columns at once. This is fine in this case however, because:
6576            //  - We can't errornously match against name, as name is all-hex (so the @ can't m
atch)
6577            //  - We can't match against tokens, because phone-numbers can't contain @
6578            final String sanitizedEmailAddress =
6579                    emailAddress == null ? "" : sanitizeMatch(emailAddress);
6580            sb.append("\"");
6581            sb.append(sanitizedEmailAddress);
6582            sb.append("*\"");
6583        } else if (isPhoneNumber) {
6584            // normalized version of the phone number (phoneNumber can only have + and digits)
6585            final String phoneNumberCriteria = " OR tokens:" + phoneNumber + "*";
6586
6587            // international version of this number (numberE164 can only have + and digits)
6588            final String numberE164Criteria =
6589                    (numberE164 != null && !TextUtils.equals(numberE164, phoneNumber))
6590                    ? " OR tokens:" + numberE164 + "*"
6591                    : "";
6592
6593            // combine all criteria
6594            final String commonCriteria =
6595                    phoneNumberCriteria + numberE164Criteria;
6596
6597            // search in content
6598            sb.append(SearchIndexManager.getFtsMatchQuery(filter,
6599                    FtsQueryBuilder.getDigitsQueryBuilder(commonCriteria)));
6600        } else {
6601            // general case: not a phone number, not an email-address
6602            sb.append(SearchIndexManager.getFtsMatchQuery(filter,
6603                    FtsQueryBuilder.SCOPED_NAME_NORMALIZING));
6604        }
6605        // Omit results in "Other Contacts".
6606        sb.append("' AND " + SNIPPET_CONTACT_ID + " IN " + Tables.DEFAULT_DIRECTORY + ")");
6607        sb.append(" ON (" + Contacts._ID + "=" + SNIPPET_CONTACT_ID + ")");
6608    }
6609
6610
6611    private static String sanitizeMatch(String filter) {
6612        return filter.replace("'", "").replace("*", "").replace("-", "").replace("\"", "");
6613    }
6614
6615    private void appendSnippetFunction(
6616            StringBuilder sb, String startMatch, String endMatch, String ellipsis, int maxToke
ns) {
```

```
6617            DatabaseUtils.appendEscapedSQLString(sb, startMatch);
6618            sb.append(",");
6619            DatabaseUtils.appendEscapedSQLString(sb, endMatch);
6620            sb.append(",");
6621            DatabaseUtils.appendEscapedSQLString(sb, ellipsis);
6622
6623
6624            // The index of the column used for the snippet, "content"
6625            sb.append(",1,");
6626            sb.append(maxTokens);
6627            sb.append(")");
6628        }
6629
6630        private void setTablesAndProjectionMapForRawContacts(SQLiteQueryBuilder qb, Uri uri) {
6631            StringBuilder sb = new StringBuilder();
6632            sb.append(Views.RAW_CONTACTS);
6633            qb.setTables(sb.toString());
6634            qb.setProjectionMap(sRawContactsProjectionMap);
6635            appendAccountFromParameter(qb, uri);
6636        }
6637
6638        private void setTablesAndProjectionMapForRawEntities(SQLiteQueryBuilder qb, Uri uri) {
6639            qb.setTables(Views.RAW_ENTITIES);
6640            qb.setProjectionMap(sRawEntityProjectionMap);
6641            appendAccountFromParameter(qb, uri);
6642        }
6643
6644        private void setTablesAndProjectionMapForData(SQLiteQueryBuilder qb, Uri uri,
6645                String[] projection, boolean distinct) {
6646            setTablesAndProjectionMapForData(qb, uri, projection, distinct, null);
6647        }
6648
6649        /**
6650         * @param usageType when non-null {@link Tables#DATA_USAGE_STAT} is joined with the specif
ied
6651         * type.
6652         */
6653        private void setTablesAndProjectionMapForData(SQLiteQueryBuilder qb, Uri uri,
6654                String[] projection, boolean distinct, Integer usageType) {
6655            StringBuilder sb = new StringBuilder();
6656            sb.append(Views.DATA);
6657            sb.append(" data");
6658
6659            appendContactPresenceJoin(sb, projection, RawContacts.CONTACT_ID);
6660            appendContactStatusUpdateJoin(sb, projection, ContactsColumns.LAST_STATUS_UPDATE_ID);
6661            appendDataPresenceJoin(sb, projection, DataColumns.CONCRETE_ID);
6662            appendDataStatusUpdateJoin(sb, projection, DataColumns.CONCRETE_ID);
6663
6664            if (usageType != null) {
6665                appendDataUsageStatJoin(sb, usageType, DataColumns.CONCRETE_ID);
6666            }
6667
6668            qb.setTables(sb.toString());
6669
6670            boolean useDistinct = distinct
6671                    || !mDbHelper.get().isInProjection(projection, DISTINCT_DATA_PROHIBITING_COLUM
NS);
6672            qb.setDistinct(useDistinct);
6673            qb.setProjectionMap(useDistinct ? sDistinctDataProjectionMap : sDataProjectionMap);
6674            appendAccountFromParameter(qb, uri);
6675        }
6676
6677        private void setTableAndProjectionMapForStatusUpdates(SQLiteQueryBuilder qb,
6678                String[] projection) {
6679            StringBuilder sb = new StringBuilder();
6680            sb.append(Views.DATA);
6681            sb.append(" data");
6682            appendDataPresenceJoin(sb, projection, DataColumns.CONCRETE_ID);
6683            appendDataStatusUpdateJoin(sb, projection, DataColumns.CONCRETE_ID);
6684
6685            qb.setTables(sb.toString());
6686            qb.setProjectionMap(sStatusUpdatesProjectionMap);
6687        }
6688
6689        private void setTablesAndProjectionMapForStreamItems(SQLiteQueryBuilder qb) {
6690            qb.setTables(Views.STREAM_ITEMS);
6691            qb.setProjectionMap(sStreamItemsProjectionMap);
6692        }
6693
6694        private void setTablesAndProjectionMapForStreamItemPhotos(SQLiteQueryBuilder qb) {
6695            qb.setTables(Tables.PHOTO_FILES
6696                    + " JOIN " + Tables.STREAM_ITEM_PHOTOS + " ON("
```

```
6697                        + PhotoFilesColumns.CONCRETE_ID
6698                        + ")JOIN " + Tables.STREAM_ITEMS + " ON("
6699                        + StreamItemPhotosColumns.CONCRETE_STREAM_ITEM_ID + "="
6700                        + StreamItemsColumns.CONCRETE_ID + ")"
6701                        + " JOIN " + Tables.RAW_CONTACTS + " ON("
6702                        + StreamItemsColumns.CONCRETE_RAW_CONTACT_ID + "=" + RawContactsColumns.CONCRE
6703      TE_ID
6704                        + ")");
6705              qb.setProjectionMap(sStreamItemPhotosProjectionMap);
6706          }
6707
6708          private void setTablesAndProjectionMapForEntities(SQLiteQueryBuilder qb, Uri uri,
6709                  String[] projection) {
6710              StringBuilder sb = new StringBuilder();
6711              sb.append(Views.ENTITIES);
6712              sb.append(" data");
6713
6714              appendContactPresenceJoin(sb, projection, Contacts.Entity.CONTACT_ID);
6715              appendContactStatusUpdateJoin(sb, projection, ContactsColumns.LAST_STATUS_UPDATE_ID);
6716              appendDataPresenceJoin(sb, projection, Contacts.Entity.DATA_ID);
6717              appendDataStatusUpdateJoin(sb, projection, Contacts.Entity.DATA_ID);
6718
6719              qb.setTables(sb.toString());
6720              qb.setProjectionMap(sEntityProjectionMap);
6721              appendAccountFromParameter(qb, uri);
6722          }
6723
6724          private void appendContactStatusUpdateJoin(StringBuilder sb, String[] projection,
6725                  String lastStatusUpdateIdColumn) {
6726              if (mDbHelper.get().isInProjection(projection,
6727                      Contacts.CONTACT_STATUS,
6728                      Contacts.CONTACT_STATUS_RES_PACKAGE,
6729                      Contacts.CONTACT_STATUS_ICON,
6730                      Contacts.CONTACT_STATUS_LABEL,
6731                      Contacts.CONTACT_STATUS_TIMESTAMP)) {
6732                  sb.append(" LEFT OUTER JOIN " + Tables.STATUS_UPDATES + " "
6733                          + ContactsStatusUpdatesColumns.ALIAS +
6734                          " ON(" + lastStatusUpdateIdColumn + "="
6735                                  + ContactsStatusUpdatesColumns.CONCRETE_DATA_ID + ")");
6736              }
6737          }
6738
6739          private void appendDataStatusUpdateJoin(StringBuilder sb, String[] projection,
6740                  String dataIdColumn) {
6741              if (mDbHelper.get().isInProjection(projection,
6742                      StatusUpdates.STATUS,
6743                      StatusUpdates.STATUS_RES_PACKAGE,
6744                      StatusUpdates.STATUS_ICON,
6745                      StatusUpdates.STATUS_LABEL,
6746                      StatusUpdates.STATUS_TIMESTAMP)) {
6747                  sb.append(" LEFT OUTER JOIN " + Tables.STATUS_UPDATES +
6748                          " ON(" + StatusUpdatesColumns.CONCRETE_DATA_ID + "="
6749                                  + dataIdColumn + ")");
6750              }
6751          }
6752
6753          private void appendDataUsageStatJoin(StringBuilder sb, int usageType, String dataIdColumn)
6754          {
6755              sb.append(" LEFT OUTER JOIN " + Tables.DATA_USAGE_STAT +
6756                      " ON(" + DataUsageStatColumns.CONCRETE_DATA_ID + "=" + dataIdColumn +
6757                      " AND " + DataUsageStatColumns.CONCRETE_USAGE_TYPE + "=" + usageType + ")");
6757          }
6758
6759          private void appendContactPresenceJoin(StringBuilder sb, String[] projection,
6760                  String contactIdColumn) {
6761              if (mDbHelper.get().isInProjection(projection,
6762                      Contacts.CONTACT_PRESENCE, Contacts.CONTACT_CHAT_CAPABILITY)) {
6763                  sb.append(" LEFT OUTER JOIN " + Tables.AGGREGATED_PRESENCE +
6764                          " ON(" + contactIdColumn + "="
6765                                  + AggregatedPresenceColumns.CONCRETE_CONTACT_ID + ")");
6766              }
6767          }
6768
6769          private void appendDataPresenceJoin(StringBuilder sb, String[] projection,
6770                  String dataIdColumn) {
6771              if (mDbHelper.get().isInProjection(projection, Data.PRESENCE, Data.CHAT_CAPABILITY)) {
6772                  sb.append(" LEFT OUTER JOIN " + Tables.PRESENCE +
6773                          " ON(" + StatusUpdates.DATA_ID + "=" + dataIdColumn + ")");
6774              }
6775          }
6776
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 87 of 101

```
6777   private boolean ... (SQLiteQueryBuilder qb, long director
yId) {
6778           if (directoryId == Directory.DEFAULT) {
6779               qb.appendWhere(Contacts._ID + " IN " + Tables.DEFAULT_DIRECTORY);
6780               return true;
6781           } else if (directoryId == Directory.LOCAL_INVISIBLE){
6782               qb.appendWhere(Contacts._ID + " NOT IN " + Tables.DEFAULT_DIRECTORY);
6783               return true;
6784           }
6785           return false;
6786       }
6787
6788       private void appendAccountFromParameter(SQLiteQueryBuilder qb, Uri uri) {
6789           final String accountName = getQueryParameter(uri, RawContacts.ACCOUNT_NAME);
6790           final String accountType = getQueryParameter(uri, RawContacts.ACCOUNT_TYPE);
6791           final String dataSet = getQueryParameter(uri, RawContacts.DATA_SET);
6792
6793           final boolean partialUri = TextUtils.isEmpty(accountName) ^ TextUtils.isEmpty(accountT
ype);
6794           if (partialUri) {
6795               // Throw when either account is incomplete
6796               throw new IllegalArgumentException(mDbHelper.get().exceptionMessage(
6797                       "Must specify both or neither of ACCOUNT_NAME and ACCOUNT_TYPE", uri));
6798           }
6799
6800           // Accounts are valid by only checking one parameter, since we've
6801           // already ruled out partial accounts.
6802           final boolean validAccount = !TextUtils.isEmpty(accountName);
6803           if (validAccount) {
6804               String toAppend = RawContacts.ACCOUNT_NAME + "="
6805                       + DatabaseUtils.sqlEscapeString(accountName) + " AND "
6806                       + RawContacts.ACCOUNT_TYPE + "="
6807                       + DatabaseUtils.sqlEscapeString(accountType);
6808               if (dataSet == null) {
6809                   toAppend += " AND " + RawContacts.DATA_SET + " IS NULL";
6810               } else {
6811                   toAppend += " AND " + RawContacts.DATA_SET + "=" +
6812                           DatabaseUtils.sqlEscapeString(dataSet);
6813               }
6814               qb.appendWhere(toAppend);
6815           } else {
6816               qb.appendWhere("1");
6817           }
6818       }
6819
6820       private String appendAccountToSelection(Uri uri, String selection) {
6821           final String accountName = getQueryParameter(uri, RawContacts.ACCOUNT_NAME);
6822           final String accountType = getQueryParameter(uri, RawContacts.ACCOUNT_TYPE);
6823           final String dataSet = getQueryParameter(uri, RawContacts.DATA_SET);
6824
6825           final boolean partialUri = TextUtils.isEmpty(accountName) ^ TextUtils.isEmpty(accountT
ype);
6826           if (partialUri) {
6827               // Throw when either account is incomplete
6828               throw new IllegalArgumentException(mDbHelper.get().exceptionMessage(
6829                       "Must specify both or neither of ACCOUNT_NAME and ACCOUNT_TYPE", uri));
6830           }
6831
6832           // Accounts are valid by only checking one parameter, since we've
6833           // already ruled out partial accounts.
6834           final boolean validAccount = !TextUtils.isEmpty(accountName);
6835           if (validAccount) {
6836               StringBuilder selectionSb = new StringBuilder(RawContacts.ACCOUNT_NAME + "="
6837                       + DatabaseUtils.sqlEscapeString(accountName) + " AND "
6838                       + RawContacts.ACCOUNT_TYPE + "="
6839                       + DatabaseUtils.sqlEscapeString(accountType));
6840               if (dataSet == null) {
6841                   selectionSb.append(" AND " + RawContacts.DATA_SET + " IS NULL");
6842               } else {
6843                   selectionSb.append(" AND " + RawContacts.DATA_SET + "=")
6844                           .append(DatabaseUtils.sqlEscapeString(dataSet));
6845               }
6846               if (!TextUtils.isEmpty(selection)) {
6847                   selectionSb.append(" AND (");
6848                   selectionSb.append(selection);
6849                   selectionSb.append(')');
6850               }
6851               return selectionSb.toString();
6852           } else {
6853               return selection;
6854           }
6855       }
```

```
6856    /**
6857     * Gets the value of the "limit" URI query parameter.
6858     *
6859     * @return A string containing a non-negative integer, or <code>null</code> if
6860     *          the parameter is not set, or is set to an invalid value.
6861     */
6862    private String getLimit(Uri uri) {
6863        String limitParam = getQueryParameter(uri, ContactsContract.LIMIT_PARAM_KEY);
6864        if (limitParam == null) {
6865            return null;
6866        }
6867        // make sure that the limit is a non-negative integer
6868        try {
6869            int l = Integer.parseInt(limitParam);
6870            if (l < 0) {
6871                Log.w(TAG, "Invalid limit parameter: " + limitParam);
6872                return null;
6873            }
6874            return String.valueOf(l);
6875        } catch (NumberFormatException ex) {
6876            Log.w(TAG, "Invalid limit parameter: " + limitParam);
6877            return null;
6878        }
6879    }
6880
6881
6882    @Override
6883    public AssetFileDescriptor openAssetFile(Uri uri, String mode) throws FileNotFoundExceptio
n {
6884        if (mode.equals("r")) {
6885            waitForAccess(mReadAccessLatch);
6886        } else {
6887            waitForAccess(mWriteAccessLatch);
6888        }
6889        if (mapsToProfileDb(uri)) {
6890            switchToProfileMode();
6891            return mProfileProvider.openAssetFile(uri, mode);
6892        } else {
6893            switchToContactMode();
6894            return openAssetFileLocal(uri, mode);
6895        }
6896    }
6897
6898    public AssetFileDescriptor openAssetFileLocal(Uri uri, String mode)
6899            throws FileNotFoundException {
6900
6901        // Default active DB to the contacts DB if none has been set.
6902        if (mActiveDb.get() == null) {
6903            if (mode.equals("r")) {
6904                mActiveDb.set(mContactsHelper.getReadableDatabase());
6905            } else {
6906                mActiveDb.set(mContactsHelper.getWritableDatabase());
6907            }
6908        }
6909
6910        int match = sUriMatcher.match(uri);
6911        switch (match) {
6912            case CONTACTS_ID_PHOTO: {
6913                long contactId = Long.parseLong(uri.getPathSegments().get(1));
6914                return openPhotoAssetFile(mActiveDb.get(), uri, mode,
6915                        Data._ID + "=" + Contacts.PHOTO_ID + " AND " +
6916                                RawContacts.CONTACT_ID + "=?",
6917                        new String[]{String.valueOf(contactId)});
6918            }
6919
6920            case CONTACTS_ID_DISPLAY_PHOTO: {
6921                if (!mode.equals("r")) {
6922                    throw new IllegalArgumentException(
6923                            "Display photos retrieved by contact ID can only be read.");
6924                }
6925                long contactId = Long.parseLong(uri.getPathSegments().get(1));
6926                Cursor c = mActiveDb.get().query(Tables.CONTACTS,
6927                        new String[]{Contacts.PHOTO_FILE_ID},
6928                        Contacts._ID + "=?", new String[]{String.valueOf(contactId)},
6929                        null, null, null);
6930                try {
6931                    if (c.moveToFirst()) {
6932                        long photoFileId = c.getLong(0);
6933                        return openDisplayPhotoForRead(photoFileId);
6934                    } else {
6935                        // No contact for this ID.
6936                        throw new FileNotFoundException(uri.toString());
```

```java
6937                    } finally {
6938                        c.close();
6939                    }
6940                }
6941            }
6942
6943            case PROFILE_DISPLAY_PHOTO: {
6944                if (!mode.equals("r")) {
6945                    throw new IllegalArgumentException(
6946                            "Display photos retrieved by contact ID can only be read.");
6947                }
6948                Cursor c = mActiveDb.get().query(Tables.CONTACTS,
6949                        new String[]{Contacts.PHOTO_FILE_ID}, null, null, null, null, null);
6950                try {
6951                    if (c.moveToFirst()) {
6952                        long photoFileId = c.getLong(0);
6953                        return openDisplayPhotoForRead(photoFileId);
6954                    } else {
6955                        // No profile record.
6956                        throw new FileNotFoundException(uri.toString());
6957                    }
6958                } finally {
6959                    c.close();
6960                }
6961            }
6962
6963            case CONTACTS_LOOKUP_PHOTO:
6964            case CONTACTS_LOOKUP_ID_PHOTO:
6965            case CONTACTS_LOOKUP_DISPLAY_PHOTO:
6966            case CONTACTS_LOOKUP_ID_DISPLAY_PHOTO: {
6967                if (!mode.equals("r")) {
6968                    throw new IllegalArgumentException(
6969                            "Photos retrieved by contact lookup key can only be read.");
6970                }
6971                List<String> pathSegments = uri.getPathSegments();
6972                int segmentCount = pathSegments.size();
6973                if (segmentCount < 4) {
6974                    throw new IllegalArgumentException(mDbHelper.get().exceptionMessage(
6975                            "Missing a lookup key", uri));
6976                }
6977
6978                boolean forDisplayPhoto = (match == CONTACTS_LOOKUP_ID_DISPLAY_PHOTO
6979                        || match == CONTACTS_LOOKUP_DISPLAY_PHOTO);
6980                String lookupKey = pathSegments.get(2);
6981                String[] projection = new String[]{Contacts.PHOTO_ID, Contacts.PHOTO_FILE_ID};
6982                if (segmentCount == 5) {
6983                    long contactId = Long.parseLong(pathSegments.get(3));
6984                    SQLiteQueryBuilder lookupQb = new SQLiteQueryBuilder();
6985                    setTablesAndProjectionMapForContacts(lookupQb, uri, projection);
6986                    Cursor c = queryWithContactIdAndLookupKey(lookupQb, mActiveDb.get(), uri,
6987                            projection, null, null, null, null,
6988                            Contacts._ID, contactId, Contacts.LOOKUP_KEY, lookupKey);
6989                    if (c != null) {
6990                        try {
6991                            c.moveToFirst();
6992                            if (forDisplayPhoto) {
6993                                long photoFileId =
6994                                        c.getLong(c.getColumnIndex(Contacts.PHOTO_FILE_ID));
6995                                return openDisplayPhotoForRead(photoFileId);
6996                            } else {
6997                                long photoId = c.getLong(c.getColumnIndex(Contacts.PHOTO_ID));
6998                                return openPhotoAssetFile(mActiveDb.get(), uri, mode,
6999                                        Data._ID + "=?", new String[]{String.valueOf(photoId)}
);
7000                            }
7001                        } finally {
7002                            c.close();
7003                        }
7004                    }
7005                }
7006
7007                SQLiteQueryBuilder qb = new SQLiteQueryBuilder();
7008                setTablesAndProjectionMapForContacts(qb, uri, projection);
7009                long contactId = lookupContactIdByLookupKey(mActiveDb.get(), lookupKey);
7010                Cursor c = qb.query(mActiveDb.get(), projection, Contacts._ID + "=?",
7011                        new String[]{String.valueOf(contactId)}, null, null, null);
7012                try {
7013                    c.moveToFirst();
7014                    if (forDisplayPhoto) {
7015                        long photoFileId = c.getLong(c.getColumnIndex(Contacts.PHOTO_FILE_ID))
;
7016                        return openDisplayPhotoForRead(photoFileId);
```

```
7017                              long photoId = c.getLong(c.getColumnIndex(Contacts.PHOTO_ID));
7018                              return openPhotoAssetFile(mActiveDb.get(), uri, mode,
7019                                      Data._ID + "=?", new String[]{String.valueOf(photoId)});
7020                          }
7021                      } finally {
7022                          c.close();
7023                      }
7024                  }
7025              }
7026
7027              case RAW_CONTACTS_ID_DISPLAY_PHOTO: {
7028                  long rawContactId = Long.parseLong(uri.getPathSegments().get(1));
7029                  boolean writeable = !mode.equals("r");
7030
7031                  // Find the primary photo data record for this raw contact.
7032                  SQLiteQueryBuilder qb = new SQLiteQueryBuilder();
7033                  String[] projection = new String[]{Data._ID, Photo.PHOTO_FILE_ID};
7034                  setTablesAndProjectionMapForData(qb, uri, projection, false);
7035                  long photoMimetypeId = mDbHelper.get().getMimeTypeId(Photo.CONTENT_ITEM_TYPE);
7036                  Cursor c = qb.query(mActiveDb.get(), projection,
7037                          Data.RAW_CONTACT_ID + "=? AND " + DataColumns.MIMETYPE_ID + "=?",
7038                          new String[]{String.valueOf(rawContactId), String.valueOf(photoMimetyp
eId)},
7039                          null, null, Data.IS_PRIMARY + " DESC");
7040                  long dataId = 0;
7041                  long photoFileId = 0;
7042                  try {
7043                      if (c.getCount() >= 1) {
7044                          c.moveToFirst();
7045                          dataId = c.getLong(0);
7046                          photoFileId = c.getLong(1);
7047                      }
7048                  } finally {
7049                      c.close();
7050                  }
7051
7052                  // If writeable, open a writeable file descriptor that we can monitor.
7053                  // When the caller finishes writing content, we'll process the photo and
7054                  // update the data record.
7055                  if (writeable) {
7056                      return openDisplayPhotoForWrite(rawContactId, dataId, uri, mode);
7057                  } else {
7058                      return openDisplayPhotoForRead(photoFileId);
7059                  }
7060              }
7061
7062              case DISPLAY_PHOTO: {
7063                  long photoFileId = ContentUris.parseId(uri);
7064                  if (!mode.equals("r")) {
7065                      throw new IllegalArgumentException(
7066                              "Display photos retrieved by key can only be read.");
7067                  }
7068                  return openDisplayPhotoForRead(photoFileId);
7069              }
7070
7071              case DATA_ID: {
7072                  long dataId = Long.parseLong(uri.getPathSegments().get(1));
7073                  long photoMimetypeId = mDbHelper.get().getMimeTypeId(Photo.CONTENT_ITEM_TYPE);
7074                  return openPhotoAssetFile(mActiveDb.get(), uri, mode,
7075                          Data._ID + "=? AND " + DataColumns.MIMETYPE_ID + "=" + photoMimetypeId
,
7076                          new String[]{String.valueOf(dataId)});
7077              }
7078
7079              case PROFILE_AS_VCARD: {
7080                  // When opening a contact as file, we pass back contents as a
7081                  // vCard-encoded stream. We build into a local buffer first,
7082                  // then pipe into MemoryFile once the exact size is known.
7083                  final ByteArrayOutputStream localStream = new ByteArrayOutputStream();
7084                  outputRawContactsAsVCard(uri, localStream, null, null);
7085                  return buildAssetFileDescriptor(localStream);
7086              }
7087
7088              case CONTACTS_AS_VCARD: {
7089                  // When opening a contact as file, we pass back contents as a
7090                  // vCard-encoded stream. We build into a local buffer first,
7091                  // then pipe into MemoryFile once the exact size is known.
7092                  final ByteArrayOutputStream localStream = new ByteArrayOutputStream();
7093                  outputRawContactsAsVCard(uri, localStream, null, null);
7094                  return buildAssetFileDescriptor(localStream);
7095              }
7096
```

```
7097                        final String lookupKeys = uri.getPathSegments().get(2);
7098                        final String[] loopupKeyList = lookupKeys.split(":");
7099                        final StringBuilder inBuilder = new StringBuilder();
7100                        Uri queryUri = Contacts.CONTENT_URI;
7101                        int index = 0;
7102
7103
7104                        // SQLite has limits on how many parameters can be used
7105                        // so the IDs are concatenated to a query string here instead
7106                        for (String lookupKey : loopupKeyList) {
7107                            if (index == 0) {
7108                                inBuilder.append("(");
7109                            } else {
7110                                inBuilder.append(",");
7111                            }
7112                            // TODO: Figure out what to do if the profile contact is in the list.
7113                            long contactId = lookupContactIdByLookupKey(mActiveDb.get(), lookupKey);
7114                            inBuilder.append(contactId);
7115                            index++;
7116                        }
7117                        inBuilder.append(')');
7118                        final String selection = Contacts._ID + " IN " + inBuilder.toString();
7119
7120                        // When opening a contact as file, we pass back contents as a
7121                        // vCard-encoded stream. We build into a local buffer first,
7122                        // then pipe into MemoryFile once the exact size is known.
7123                        final ByteArrayOutputStream localStream = new ByteArrayOutputStream();
7124                        outputRawContactsAsVCard(queryUri, localStream, selection, null);
7125                        return buildAssetFileDescriptor(localStream);
7126                    }
7127
7128                    default:
7129                        throw new FileNotFoundException(mDbHelper.get().exceptionMessage(
7130                                "File does not exist", uri));
7131                }
7132            }
7133
7134        private AssetFileDescriptor openPhotoAssetFile(SQLiteDatabase db, Uri uri, String mode,
7135                String selection, String[] selectionArgs)
7136                throws FileNotFoundException {
7137            if (!"r".equals(mode)) {
7138                throw new FileNotFoundException(mDbHelper.get().exceptionMessage("Mode " + mode
7139                        + " not supported.", uri));
7140            }
7141
7142            String sql =
7143                    "SELECT " + Photo.PHOTO + " FROM " + Views.DATA +
7144                    " WHERE " + selection;
7145            try {
7146                return makeAssetFileDescriptor(
7147                        DatabaseUtils.blobFileDescriptorForQuery(db, sql, selectionArgs));
7148            } catch (SQLiteDoneException e) {
7149                // this will happen if the DB query returns no rows (i.e. contact does not exist)
7150                throw new FileNotFoundException(uri.toString());
7151            }
7152        }
7153
7154        /**
7155         * Opens a display photo from the photo store for reading.
7156         * @param photoFileId The display photo file ID
7157         * @return An asset file descriptor that allows the file to be read.
7158         * @throws FileNotFoundException If no photo file for the given ID exists.
7159         */
7160        private AssetFileDescriptor openDisplayPhotoForRead(long photoFileId)
7161                throws FileNotFoundException {
7162            PhotoStore.Entry entry = mPhotoStore.get().get(photoFileId);
7163            if (entry != null) {
7164                try {
7165                    return makeAssetFileDescriptor(
7166                            ParcelFileDescriptor.open(new File(entry.path),
7167                                    ParcelFileDescriptor.MODE_READ_ONLY),
7168                            entry.size);
7169                } catch (FileNotFoundException fnfe) {
7170                    scheduleBackgroundTask(BACKGROUND_TASK_CLEANUP_PHOTOS);
7171                    throw fnfe;
7172                }
7173            } else {
7174                scheduleBackgroundTask(BACKGROUND_TASK_CLEANUP_PHOTOS);
7175                throw new FileNotFoundException("No photo file found for ID " + photoFileId);
7176            }
7177        }
7178
```

```
7179    /**  Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 92 of 101
7180     * Opens a file descriptor for a photo to be written.  When the caller completes writing
7181     * to the file (closing the output stream), the image will be parsed out and processed.
7182     * If processing succeeds, the given raw contact ID's primary photo record will be
7183     * populated with the inserted image (if no primary photo record exists, the data ID can
7184     * be left as 0, and a new data record will be inserted).
7185     * @param rawContactId Raw contact ID this photo entry should be associated with.
7186     * @param dataId Data ID for a photo mimetype that will be updated with the inserted
7187     *      image.  May be set to 0, in which case the inserted image will trigger creation
7188     *      of a new primary photo image data row for the raw contact.
7189     * @param uri The URI being used to access this file.
7190     * @param mode Read/write mode string.
7191     * @return An asset file descriptor the caller can use to write an image file for the
7192     *      raw contact.
7193     */
7194    private AssetFileDescriptor openDisplayPhotoForWrite(long rawContactId, long dataId, Uri u
ri,
7195            String mode) {
7196        try {
7197            ParcelFileDescriptor[] pipeFds = ParcelFileDescriptor.createPipe();
7198            PipeMonitor pipeMonitor = new PipeMonitor(rawContactId, dataId, pipeFds[0]);
7199            pipeMonitor.executeOnExecutor(AsyncTask.THREAD_POOL_EXECUTOR, (Object[]) null);
7200            return new AssetFileDescriptor(pipeFds[1], 0, AssetFileDescriptor.UNKNOWN_LENGTH);
7201        } catch (IOException ioe) {
7202            Log.e(TAG, "Could not create temp image file in mode " + mode);
7203            return null;
7204        }
7205    }
7206
7207    /**
7208     * Async task that monitors the given file descriptor (the read end of a pipe) for
7209     * the writer finishing.  If the data from the pipe contains a valid image, the image
7210     * is either inserted into the given raw contact or updated in the given data row.
7211     */
7212    private class PipeMonitor extends AsyncTask<Object, Object, Object> {
7213        private final ParcelFileDescriptor mDescriptor;
7214        private final long mRawContactId;
7215        private final long mDataId;
7216        private PipeMonitor(long rawContactId, long dataId, ParcelFileDescriptor descriptor) {
7217            mRawContactId = rawContactId;
7218            mDataId = dataId;
7219            mDescriptor = descriptor;
7220        }
7221
7222        @Override
7223        protected Object doInBackground(Object... params) {
7224            AutoCloseInputStream is = new AutoCloseInputStream(mDescriptor);
7225            try {
7226                Bitmap b = BitmapFactory.decodeStream(is);
7227                if (b != null) {
7228                    waitForAccess(mWriteAccessLatch);
7229                    PhotoProcessor processor = new PhotoProcessor(b, mMaxDisplayPhotoDim,
7230                            mMaxThumbnailPhotoDim);
7231
7232                    // Store the compressed photo in the photo store.
7233                    PhotoStore photoStore = ContactsContract.isProfileId(mRawContactId)
7234                            ? mProfilePhotoStore
7235                            : mContactsPhotoStore;
7236                    long photoFileId = photoStore.insert(processor);
7237
7238                    // Depending on whether we already had a data row to attach the photo
7239                    // to, do an update or insert.
7240                    if (mDataId != 0) {
7241                        // Update the data record with the new photo.
7242                        ContentValues updateValues = new ContentValues();
7243
7244                        // Signal that photo processing has already been handled.
7245                        updateValues.put(DataRowHandlerForPhoto.SKIP_PROCESSING_KEY, true);
7246
7247                        if (photoFileId != 0) {
7248                            updateValues.put(Photo.PHOTO_FILE_ID, photoFileId);
7249                        }
7250                        updateValues.put(Photo.PHOTO, processor.getThumbnailPhotoBytes());
7251                        update(ContentUris.withAppendedId(Data.CONTENT_URI, mDataId),
7252                                updateValues, null, null);
7253                    } else {
7254                        // Insert a new primary data record with the photo.
7255                        ContentValues insertValues = new ContentValues();
7256
7257                        // Signal that photo processing has already been handled.
7258                        insertValues.put(DataRowHandlerForPhoto.SKIP_PROCESSING_KEY, true);
7259
```

```
7260                    insertValues.put(Data.IS_PRIMARY, 1);
7261                    if (photoFileId != 0) {
7262                        insertValues.put(Photo.PHOTO_FILE_ID, photoFileId);
7263                    }
7264                    insertValues.put(Photo.PHOTO, processor.getThumbnailPhotoBytes());
7265                    insert(RawContacts.CONTENT_URI.buildUpon()
7266                            .appendPath(String.valueOf(mRawContactId))
7267                            .appendPath(RawContacts.Data.CONTENT_DIRECTORY).build(),
7268                            insertValues);
7269                }
7270
7271            }
7272        } catch (IOException e) {
7273            throw new RuntimeException(e);
7274        }
7275        return null;
7276    }
7277 }
7278
7279    private static final String CONTACT_MEMORY_FILE_NAME = "contactAssetFile";
7280
7281    /**
7282     * Returns an {@link AssetFileDescriptor} backed by the
7283     * contents of the given {@link ByteArrayOutputStream}.
7284     */
7285    private AssetFileDescriptor buildAssetFileDescriptor(ByteArrayOutputStream stream) {
7286        try {
7287            stream.flush();
7288
7289            final byte[] byteData = stream.toByteArray();
7290
7291            return makeAssetFileDescriptor(
7292                    ParcelFileDescriptor.fromData(byteData, CONTACT_MEMORY_FILE_NAME),
7293                    byteData.length);
7294        } catch (IOException e) {
7295            Log.w(TAG, "Problem writing stream into an ParcelFileDescriptor: " + e.toString());
7296            return null;
7297        }
7298    }
7299
7300    private AssetFileDescriptor makeAssetFileDescriptor(ParcelFileDescriptor fd) {
7301        return makeAssetFileDescriptor(fd, AssetFileDescriptor.UNKNOWN_LENGTH);
7302    }
7303
7304    private AssetFileDescriptor makeAssetFileDescriptor(ParcelFileDescriptor fd, long length)
7305 {
7306        return fd != null ? new AssetFileDescriptor(fd, 0, length) : null;
7307    }
7308
7309    /**
7310     * Output {@link RawContacts} matching the requested selection in the vCard
7311     * format to the given {@link OutputStream}. This method returns silently if
7312     * any errors encountered.
7313     */
7314    private void outputRawContactsAsVCard(Uri uri, OutputStream stream,
7315            String selection, String[] selectionArgs) {
7316        final Context context = this.getContext();
7317        int vcardconfig = VCardConfig.VCARD_TYPE_DEFAULT;
7318        if(uri.getBooleanQueryParameter(
7319                Contacts.QUERY_PARAMETER_VCARD_NO_PHOTO, false)) {
7320            vcardconfig |= VCardConfig.FLAG_REFRAIN_IMAGE_EXPORT;
7321        }
7322        final VCardComposer composer =
7323                new VCardComposer(context, vcardconfig, false);
7324        Writer writer = null;
7325        final Uri rawContactsUri;
7326        if (mapsToProfileDb(uri)) {
7327            // Pre-authorize the URI, since the caller would have already gone through the
7328            // permission check to get here, but the pre-authorization at the top level wouldn
7329 't
                    // carry over to the raw contact.
7330            rawContactsUri = preAuthorizeUri(RawContactsEntity.PROFILE_CONTENT_URI);
7331        } else {
7332            rawContactsUri = RawContactsEntity.CONTENT_URI;
7333        }
7334        try {
7335            writer = new BufferedWriter(new OutputStreamWriter(stream));
7336            if (!composer.init(uri, selection, selectionArgs, null, rawContactsUri)) {
7337                Log.w(TAG, "Failed to init VCardComposer");
7338                return;
7339            }
```

```
7340                    while (!composer.isAfterLast()) {
7341                        writer.write(composer.createOneEntry());
7342                    }
7343                } catch (IOException e) {
7344                    Log.e(TAG, "IOException: " + e);
7345                } finally {
7346                    composer.terminate();
7347                    if (writer != null) {
7348                        try {
7349                            writer.close();
7350                        } catch (IOException e) {
7351                            Log.w(TAG, "IOException during closing output stream: " + e);
7352                        }
7353                    }
7354                }
7355            }
7356        }
7357
7358        @Override
7359        public String getType(Uri uri) {
7360
7361            waitForAccess(mReadAccessLatch);
7362
7363            final int match = sUriMatcher.match(uri);
7364            switch (match) {
7365                case CONTACTS:
7366                    return Contacts.CONTENT_TYPE;
7367                case CONTACTS_LOOKUP:
7368                case CONTACTS_ID:
7369                case CONTACTS_LOOKUP_ID:
7370                case PROFILE:
7371                    return Contacts.CONTENT_ITEM_TYPE;
7372                case CONTACTS_AS_VCARD:
7373                case CONTACTS_AS_MULTI_VCARD:
7374                case PROFILE_AS_VCARD:
7375                    return Contacts.CONTENT_VCARD_TYPE;
7376                case CONTACTS_ID_PHOTO:
7377                case CONTACTS_LOOKUP_ID_PHOTO:
7378                case CONTACTS_LOOKUP_ID_PHOTO:
7379                case CONTACTS_ID_DISPLAY_PHOTO:
7380                case CONTACTS_LOOKUP_DISPLAY_PHOTO:
7381                case CONTACTS_LOOKUP_ID_DISPLAY_PHOTO:
7382                case RAW_CONTACTS_ID_DISPLAY_PHOTO:
7383                case DISPLAY_PHOTO:
7384                    return "image/jpeg";
7385                case RAW_CONTACTS:
7386                case PROFILE_RAW_CONTACTS:
7387                    return RawContacts.CONTENT_TYPE;
7388                case RAW_CONTACTS_ID:
7389                case PROFILE_RAW_CONTACTS_ID:
7390                    return RawContacts.CONTENT_ITEM_TYPE;
7391                case DATA:
7392                case PROFILE_DATA:
7393                    return Data.CONTENT_TYPE;
7394                case DATA_ID:
7395                    long id = ContentUris.parseId(uri);
7396                    if (ContactsContract.isProfileId(id)) {
7397                        return mProfileHelper.getDataMimeType(id);
7398                    } else {
7399                        return mContactsHelper.getDataMimeType(id);
7400                    }
7401                case PHONES:
7402                    return Phone.CONTENT_TYPE;
7403                case PHONES_ID:
7404                    return Phone.CONTENT_ITEM_TYPE;
7405                case PHONE_LOOKUP:
7406                    return PhoneLookup.CONTENT_TYPE;
7407                case EMAILS:
7408                    return Email.CONTENT_TYPE;
7409                case EMAILS_ID:
7410                    return Email.CONTENT_ITEM_TYPE;
7411                case POSTALS:
7412                    return StructuredPostal.CONTENT_TYPE;
7413                case POSTALS_ID:
7414                    return StructuredPostal.CONTENT_ITEM_TYPE;
7415                case AGGREGATION_EXCEPTIONS:
7416                    return AggregationExceptions.CONTENT_TYPE;
7417                case AGGREGATION_EXCEPTION_ID:
7418                    return AggregationExceptions.CONTENT_ITEM_TYPE;
7419                case SETTINGS:
7420                    return Settings.CONTENT_TYPE;
7421                case AGGREGATION_SUGGESTIONS:
```

Case 5:11-cv-01846-LHK Document 117-8   Filed 04/23/12   Page 95 of 101

```
7422                    case SEARCH_SUGGESTIONS:
7423                        return SearchManager.SUGGEST_MIME_TYPE;
7424                    case SEARCH_SHORTCUT:
7425                        return SearchManager.SHORTCUT_MIME_TYPE;
7426                    case DIRECTORIES:
7427                        return Directory.CONTENT_TYPE;
7428                    case DIRECTORIES_ID:
7429                        return Directory.CONTENT_ITEM_TYPE;
7430                    case STREAM_ITEMS:
7431                        return StreamItems.CONTENT_TYPE;
7432                    case STREAM_ITEMS_ID:
7433                        return StreamItems.CONTENT_ITEM_TYPE;
7434                    case STREAM_ITEMS_ID_PHOTOS:
7435                        return StreamItems.StreamItemPhotos.CONTENT_TYPE;
7436                    case STREAM_ITEMS_ID_PHOTOS_ID:
7437                        return StreamItems.StreamItemPhotos.CONTENT_ITEM_TYPE;
7438                    case STREAM_ITEMS_PHOTOS:
7439                        throw new UnsupportedOperationException("Not supported for write-only URI " + uri);
7440                    default:
7441                        return mLegacyApiSupport.getType(uri);
7442                }
7443            }
7444
7445        public String[] getDefaultProjection(Uri uri) {
7446            final int match = sUriMatcher.match(uri);
7447            switch (match) {
7448                    case CONTACTS:
7449                    case CONTACTS_LOOKUP:
7450                    case CONTACTS_ID:
7451                    case CONTACTS_LOOKUP_ID:
7452                    case AGGREGATION_SUGGESTIONS:
7453                    case PROFILE:
7454                        return sContactsProjectionMap.getColumnNames();
7455
7456                    case CONTACTS_ID_ENTITIES:
7457                    case PROFILE_ENTITIES:
7458                        return sEntityProjectionMap.getColumnNames();
7459
7460                    case CONTACTS_AS_VCARD:
7461                    case CONTACTS_AS_MULTI_VCARD:
7462                    case PROFILE_AS_VCARD:
7463                        return sContactsVCardProjectionMap.getColumnNames();
7464
7465                    case RAW_CONTACTS:
7466                    case RAW_CONTACTS_ID:
7467                    case PROFILE_RAW_CONTACTS:
7468                    case PROFILE_RAW_CONTACTS_ID:
7469                        return sRawContactsProjectionMap.getColumnNames();
7470
7471                    case DATA_ID:
7472                    case PHONES:
7473                    case PHONES_ID:
7474                    case EMAILS:
7475                    case EMAILS_ID:
7476                    case POSTALS:
7477                    case POSTALS_ID:
7478                    case PROFILE_DATA:
7479                        return sDataProjectionMap.getColumnNames();
7480
7481                    case PHONE_LOOKUP:
7482                        return sPhoneLookupProjectionMap.getColumnNames();
7483
7484                    case AGGREGATION_EXCEPTIONS:
7485                    case AGGREGATION_EXCEPTION_ID:
7486                        return sAggregationExceptionsProjectionMap.getColumnNames();
7487
7488                    case SETTINGS:
7489                        return sSettingsProjectionMap.getColumnNames();
7490
7491                    case DIRECTORIES:
7492                    case DIRECTORIES_ID:
7493                        return sDirectoryProjectionMap.getColumnNames();
7494
7495                    default:
7496                        return null;
7497            }
7498        }
7499
7500        private class StructuredNameLookupBuilder extends NameLookupBuilder {
7501
7502            public StructuredNameLookupBuilder(NameSplitter splitter) {
7503
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 96 of 101

```
7504
7505            }
7506
7507            @Override
7508            protected void insertNameLookup(long rawContactId, long dataId, int lookupType,
7509                    String name) {
7510                mDbHelper.get().insertNameLookup(rawContactId, dataId, lookupType, name);
7511            }
7512
7513            @Override
7514            protected String[] getCommonNicknameClusters(String normalizedName) {
7515                return mCommonNicknameCache.getCommonNicknameClusters(normalizedName);
7516            }
7517        }
7518
7519        public void appendContactFilterAsNestedQuery(StringBuilder sb, String filterParam) {
7520            sb.append("(" +
7521                    "SELECT DISTINCT " + RawContacts.CONTACT_ID +
7522                    " FROM " + Tables.RAW_CONTACTS +
7523                    " JOIN " + Tables.NAME_LOOKUP +
7524                    " ON(" + RawContactsColumns.CONCRETE_ID + "=" +
7525                        + NameLookupColumns.RAW_CONTACT_ID + ")" +
7526                    " WHERE normalized_name GLOB '");
7527            sb.append(NameNormalizer.normalize(filterParam));
7528            sb.append("*' AND " + NameLookupColumns.NAME_TYPE +
7529                    " IN(" + CONTACT_LOOKUP_NAME_TYPES + "))");
7530        }
7531
7532        public boolean isPhoneNumber(String filter) {
7533            boolean atLeastOneDigit = false;
7534            int len = filter.length();
7535            for (int i = 0; i < len; i++) {
7536                char c = filter.charAt(i);
7537                if (c >= '0' && c <= '9') {
7538                    atLeastOneDigit = true;
7539                } else if (c != '*' && c != '#' && c != '+' && c != 'N' && c != '.' && c != ';'
7540                        && c != '-' && c != '(' && c != ')' && c != ' ') {
7541                    return false;
7542                }
7543            }
7544            return atLeastOneDigit;
7545        }
7546
7547        /**
7548         * Takes components of a name from the query parameters and returns a cursor with those
7549         * components as well as all missing components.  There is no database activity involved
7550         * in this so the call can be made on the UI thread.
7551         */
7552        private Cursor completeName(Uri uri, String[] projection) {
7553            if (projection == null) {
7554                projection = sDataProjectionMap.getColumnNames();
7555            }
7556
7557            ContentValues values = new ContentValues();
7558            DataRowHandlerForStructuredName handler = (DataRowHandlerForStructuredName)
7559                    getDataRowHandler(StructuredName.CONTENT_ITEM_TYPE);
7560
7561            copyQueryParamsToContentValues(values, uri,
7562                    StructuredName.DISPLAY_NAME,
7563                    StructuredName.PREFIX,
7564                    StructuredName.GIVEN_NAME,
7565                    StructuredName.MIDDLE_NAME,
7566                    StructuredName.FAMILY_NAME,
7567                    StructuredName.SUFFIX,
7568                    StructuredName.PHONETIC_NAME,
7569                    StructuredName.PHONETIC_FAMILY_NAME,
7570                    StructuredName.PHONETIC_MIDDLE_NAME,
7571                    StructuredName.PHONETIC_GIVEN_NAME
7572            );
7573
7574            handler.fixStructuredNameComponents(values, values);
7575
7576            MatrixCursor cursor = new MatrixCursor(projection);
7577            Object[] row = new Object[projection.length];
7578            for (int i = 0; i < projection.length; i++) {
7579                row[i] = values.get(projection[i]);
7580            }
7581            cursor.addRow(row);
7582            return cursor;
7583        }
7584
7585        private void copyQueryParamsToContentValues(ContentValues values, Uri uri, String... colum
```

```
7585    ns) {
7586            for (String column : columns) {
7587                String param = uri.getQueryParameter(column);
7588                if (param != null) {
7589                    values.put(column, param);
7590                }
7591            }
7592        }
7593
7594
7595        /**
7596         * Inserts an argument at the beginning of the selection arg list.
7597         */
7598        private String[] insertSelectionArg(String[] selectionArgs, String arg) {
7599            if (selectionArgs == null) {
7600                return new String[] {arg};
7601            } else {
7602                int newLength = selectionArgs.length + 1;
7603                String[] newSelectionArgs = new String[newLength];
7604                newSelectionArgs[0] = arg;
7605                System.arraycopy(selectionArgs, 0, newSelectionArgs, 1, selectionArgs.length);
7606                return newSelectionArgs;
7607            }
7608        }
7609
7610        private String[] appendProjectionArg(String[] projection, String arg) {
7611            if (projection == null) {
7612                return null;
7613            }
7614            final int length = projection.length;
7615            String[] newProjection = new String[length + 1];
7616            System.arraycopy(projection, 0, newProjection, 0, length);
7617            newProjection[length] = arg;
7618            return newProjection;
7619        }
7620
7621        protected Account getDefaultAccount() {
7622            AccountManager accountManager = AccountManager.get(getContext());
7623            try {
7624                Account[] accounts = accountManager.getAccountsByType(DEFAULT_ACCOUNT_TYPE);
7625                if (accounts != null && accounts.length > 0) {
7626                    return accounts[0];
7627                }
7628            } catch (Throwable e) {
7629                Log.e(TAG, "Cannot determine the default account for contacts compatibility", e);
7630            }
7631            return null;
7632        }
7633
7634        /**
7635         * Returns true if the specified account type and data set is writable.
7636         */
7637        protected boolean isWritableAccountWithDataSet(String accountTypeAndDataSet) {
7638            if (accountTypeAndDataSet == null) {
7639                return true;
7640            }
7641
7642            Boolean writable = mAccountWritability.get(accountTypeAndDataSet);
7643            if (writable != null) {
7644                return writable;
7645            }
7646
7647            IContentService contentService = ContentResolver.getContentService();
7648            try {
7649                // TODO(dsantoro): Need to update this logic to allow for sub-accounts.
7650                for (SyncAdapterType sync : contentService.getSyncAdapterTypes()) {
7651                    if (ContactsContract.AUTHORITY.equals(sync.authority) &&
7652                            accountTypeAndDataSet.equals(sync.accountType)) {
7653                        writable = sync.supportsUploading();
7654                        break;
7655                    }
7656                }
7657            } catch (RemoteException e) {
7658                Log.e(TAG, "Could not acquire sync adapter types");
7659            }
7660
7661            if (writable == null) {
7662                writable = false;
7663            }
7664
7665            mAccountWritability.put(accountTypeAndDataSet, writable);
7666            return writable;
```

```
7667        }    Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 98 of 101
7668
7669
7670      /* package */ static boolean readBooleanQueryParameter(Uri uri, String parameter,
7671            boolean defaultValue) {
7672
7673         // Manually parse the query, which is much faster than calling uri.getQueryParameter
7674         String query = uri.getEncodedQuery();
7675         if (query == null) {
7676            return defaultValue;
7677         }
7678
7679         int index = query.indexOf(parameter);
7680         if (index == -1) {
7681            return defaultValue;
7682         }
7683
7684         index += parameter.length();
7685
7686         return !matchQueryParameter(query, index, "=0", false)
7687                && !matchQueryParameter(query, index, "=false", true);
7688      }
7689
7690      private static boolean matchQueryParameter(String query, int index, String value,
7691            boolean ignoreCase) {
7692         int length = value.length();
7693         return query.regionMatches(ignoreCase, index, value, 0, length)
7694                && (query.length() == index + length || query.charAt(index + length) == '&');
7695      }
7696
7697      /**
7698       * A fast re-implementation of {@link Uri#getQueryParameter}
7699       */
7700      /* package */ static String getQueryParameter(Uri uri, String parameter) {
7701         String query = uri.getEncodedQuery();
7702         if (query == null) {
7703            return null;
7704         }
7705
7706         int queryLength = query.length();
7707         int parameterLength = parameter.length();
7708
7709         String value;
7710         int index = 0;
7711         while (true) {
7712            index = query.indexOf(parameter, index);
7713            if (index == -1) {
7714               return null;
7715            }
7716
7717            // Should match against the whole parameter instead of its suffix.
7718            // e.g. The parameter "param" must not be found in "some_param=val".
7719            if (index > 0) {
7720               char prevChar = query.charAt(index - 1);
7721               if (prevChar != '?' && prevChar != '&') {
7722                  // With "some_param=val1&param=val2", we should find second "param" occurr
ence.
7723                  index += parameterLength;
7724                  continue;
7725               }
7726            }
7727
7728            index += parameterLength;
7729
7730            if (queryLength == index) {
7731               return null;
7732            }
7733
7734            if (query.charAt(index) == '=') {
7735               index++;
7736               break;
7737            }
7738         }
7739
7740         int ampIndex = query.indexOf('&', index);
7741         if (ampIndex == -1) {
7742            value = query.substring(index);
7743         } else {
7744            value = query.substring(index, ampIndex);
7745         }
7746
7747         return Uri.decode(value);
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 99 of 101

```
7748        }
7749
7750        protected boolean isAggregationUpgradeNeeded() {
7751            if (!mContactAggregator.isEnabled()) {
7752                return false;
7753            }
7754
7755            int version = Integer.parseInt(mContactsHelper.getProperty(
7756                    PROPERTY_AGGREGATION_ALGORITHM, "1"));
7757            return version < PROPERTY_AGGREGATION_ALGORITHM_VERSION;
7758        }
7759
7760        protected void upgradeAggregationAlgorithmInBackground() {
7761            // This upgrade will affect very few contacts, so it can be performed on the
7762            // main thread during the initial boot after an OTA
7763
7764            Log.i(TAG, "Upgrading aggregation algorithm");
7765            int count = 0;
7766            long start = SystemClock.currentThreadTimeMillis();
7767            SQLiteDatabase db = null;
7768            try {
7769                switchToContactMode();
7770                db = mContactsHelper.getWritableDatabase();
7771                mActiveDb.set(db);
7772                db.beginTransaction();
7773                Cursor cursor = db.query(true,
7774                        Tables.RAW_CONTACTS + " r1 JOIN " + Tables.RAW_CONTACTS + " r2",
7775                        new String[]{"r1." + RawContacts._ID},
7776                        "r1." + RawContacts._ID + "!=r2." + RawContacts._ID +
7777                        " AND r1." + RawContacts.CONTACT_ID + "=r2." + RawContacts.CONTACT_ID +
7778                        " AND r1." + RawContacts.ACCOUNT_NAME + "=r2." + RawContacts.ACCOUNT_NAME +
7779                        " AND r1." + RawContacts.ACCOUNT_TYPE + "=r2." + RawContacts.ACCOUNT_TYPE +
7780                        " AND r1." + RawContacts.DATA_SET + "=r2." + RawContacts.DATA_SET,
7781                        null, null, null, null, null);
7782                try {
7783                    while (cursor.moveToNext()) {
7784                        long rawContactId = cursor.getLong(0);
7785                        mContactAggregator.markForAggregation(rawContactId,
7786                                RawContacts.AGGREGATION_MODE_DEFAULT, true);
7787                        count++;
7788                    }
7789                } finally {
7790                    cursor.close();
7791                }
7792                mContactAggregator.aggregateInTransaction(mTransactionContext.get(), db);
7793                updateSearchIndexInTransaction();
7794                db.setTransactionSuccessful();
7795                mContactsHelper.setProperty(PROPERTY_AGGREGATION_ALGORITHM,
7796                        String.valueOf(PROPERTY_AGGREGATION_ALGORITHM_VERSION));
7797            } finally {
7798                if (db != null) {
7799                    db.endTransaction();
7800                }
7801                long end = SystemClock.currentThreadTimeMillis();
7802                Log.i(TAG, "Aggregation algorithm upgraded for " + count
7803                        + " contacts, in " + (end - start) + "ms");
7804            }
7805        }
7806
7807        /* Visible for testing */
7808        boolean isPhone() {
7809            if (!sIsPhoneInitialized) {
7810                sIsPhone = new TelephonyManager(getContext()).isVoiceCapable();
7811                sIsPhoneInitialized = true;
7812            }
7813            return sIsPhone;
7814        }
7815
7816        private boolean handleDataUsageFeedback(Uri uri) {
7817            final long currentTimeMillis = System.currentTimeMillis();
7818            final String usageType = uri.getQueryParameter(DataUsageFeedback.USAGE_TYPE);
7819            final String[] ids = uri.getLastPathSegment().trim().split(",");
7820            final ArrayList<Long> dataIds = new ArrayList<Long>();
7821
7822            for (String id : ids) {
7823                dataIds.add(Long.valueOf(id));
7824            }
7825            final boolean successful;
7826            if (TextUtils.isEmpty(usageType)) {
7827                Log.w(TAG, "Method for data usage feedback isn't specified. Ignoring.");
7828                successful = false;
7829            } else {
```

header content

Case 5:12-cv-00630-LHK Document 117-8 Filed 04/23/12 Page 100 of 101

```
7830                                                                                    0;
7831                  }
7832
7833                  // Handle old API. This doesn't affect the result of this entire method.
7834                  final String[] questionMarks = new String[ids.length];
7835                  Arrays.fill(questionMarks, "?");
7836                  final String where = Data._ID + " IN(" + TextUtils.join(",", questionMarks) + ")";
7837                  final Cursor cursor = mActiveDb.get().query(
7838                          Views.DATA,
7839                          new String[] { Data.CONTACT_ID },
7840                          where, ids, null, null, null);
7841                  try {
7842                      while (cursor.moveToNext()) {
7843                          mSelectionArgs1[0] = cursor.getString(0);
7844                          ContentValues values2 = new ContentValues();
7845                          values2.put(Contacts.LAST_TIME_CONTACTED, currentTimeMillis);
7846                          mActiveDb.get().update(Tables.CONTACTS, values2, Contacts._ID + "=?",
7847                                  mSelectionArgs1);
7848                          mActiveDb.get().execSQL(UPDATE_TIMES_CONTACTED_CONTACTS_TABLE, mSelectionArgs1
7849                          mActiveDb.get().execSQL(UPDATE_TIMES_CONTACTED_RAWCONTACTS_TABLE, mSelectionAr
gs1);
7850                      }
7851                  } finally {
7852                      cursor.close();
7853                  }
7854
7855                  return successful;
7856              }
7857
7858              /**
7859               * Update {@link Tables#DATA_USAGE_STAT}.
7860               *
7861               * @return the number of rows affected.
7862               */
7863              @VisibleForTesting
7864              /* package */ int updateDataUsageStat(
7865                      List<Long> dataIds, String type, long currentTimeMillis) {
7866                  final int typeInt = sDataUsageTypeMap.get(type);
7867                  final String where = DataUsageStatColumns.DATA_ID + " =? AND "
7868                          + DataUsageStatColumns.USAGE_TYPE_INT + " =?";
7869                  final String[] columns =
7870                          new String[] { DataUsageStatColumns._ID, DataUsageStatColumns.TIMES_USED };
7871                  final ContentValues values = new ContentValues();
7872                  for (Long dataId : dataIds) {
7873                      final String[] args = new String[] { dataId.toString(), String.valueOf(typeInt) };
7874                      mActiveDb.get().beginTransaction();
7875                      try {
7876                          final Cursor cursor = mActiveDb.get().query(Tables.DATA_USAGE_STAT, columns, w
here,
7877                                  args, null, null, null);
7878                          try {
7879                              if (cursor.getCount() > 0) {
7880                                  if (!cursor.moveToFirst()) {
7881                                      Log.e(TAG,
7882                                              "moveToFirst() failed while getAccount() returned non-zero.");
7883                                  } else {
7884                                      values.clear();
7885                                      values.put(DataUsageStatColumns.TIMES_USED, cursor.getInt(1) + 1);
7886                                      values.put(DataUsageStatColumns.LAST_TIME_USED, currentTimeMillis)
;
7887                                      mActiveDb.get().update(Tables.DATA_USAGE_STAT, values,
7888                                              DataUsageStatColumns._ID + " =?",
7889                                              new String[] { cursor.getString(0) });
7890                                  }
7891                              } else {
7892                                  values.clear();
7893                                  values.put(DataUsageStatColumns.DATA_ID, dataId);
7894                                  values.put(DataUsageStatColumns.USAGE_TYPE_INT, typeInt);
7895                                  values.put(DataUsageStatColumns.TIMES_USED, 1);
7896                                  values.put(DataUsageStatColumns.LAST_TIME_USED, currentTimeMillis);
7897                                  mActiveDb.get().insert(Tables.DATA_USAGE_STAT, null, values);
7898                              }
7899                              mActiveDb.get().setTransactionSuccessful();
7900                          } finally {
7901                              cursor.close();
7902                          }
7903                      } finally {
7904                          mActiveDb.get().endTransaction();
7905                      }
7906                  }
7907
```

Case 5:12-cv-00630-LHK   Document 117-8   Filed 04/23/12   Page 101 of 101

```
7908                }
7909            }
7910
7911            /**
7912             * Returns a sort order String for promoting data rows (email addresses, phone numbers, et
c.)
7913             * associated with a primary account. The primary account should be supplied from applicat
ions
7914             * with {@link ContactsContract#PRIMARY_ACCOUNT_NAME} and
7915             * {@link ContactsContract#PRIMARY_ACCOUNT_TYPE}. Null will be returned when the primary
7916             * account isn't available.
7917             */
7918            private String getAccountPromotionSortOrder(Uri uri) {
7919                final String primaryAccountName =
7920                        uri.getQueryParameter(ContactsContract.PRIMARY_ACCOUNT_NAME);
7921                final String primaryAccountType =
7922                        uri.getQueryParameter(ContactsContract.PRIMARY_ACCOUNT_TYPE);
7923
7924                // Data rows associated with primary account should be promoted.
7925                if (!TextUtils.isEmpty(primaryAccountName)) {
7926                    StringBuilder sb = new StringBuilder();
7927                    sb.append("(CASE WHEN " + RawContacts.ACCOUNT_NAME + "=");
7928                    DatabaseUtils.appendEscapedSQLString(sb, primaryAccountName);
7929                    if (!TextUtils.isEmpty(primaryAccountType)) {
7930                        sb.append(" AND " + RawContacts.ACCOUNT_TYPE + "=");
7931                        DatabaseUtils.appendEscapedSQLString(sb, primaryAccountType);
7932                    }
7933                    sb.append(" THEN 0 ELSE 1 END)");
7934                    return sb.toString();
7935                } else {
7936                    return null;
7937                }
7938            }
7939
7940            /**
7941             * Checks the URI for a deferred snippeting request
7942             * @return a boolean indicating if a deferred snippeting request is in the RI
7943             */
7944            private boolean deferredSnippetingRequested(Uri uri) {
7945                String deferredSnippeting =
7946                    getQueryParameter(uri, SearchSnippetColumns.DEFERRED_SNIPPETING_KEY);
7947                return !TextUtils.isEmpty(deferredSnippeting) &&  deferredSnippeting.equals("1");
7948            }
7949
7950            /**
7951             * Checks if query is a single word or not.
7952             * @return a boolean indicating if the query is one word or not
7953             */
7954            private boolean isSingleWordQuery(String query) {
7955                return query.split(QUERY_TOKENIZER_REGEX).length == 1;
7956            }
7957
7958            /**
7959             * Checks the projection for a SNIPPET column indicating that a snippet is needed
7960             * @return a boolean indicating if a snippet is needed or not.
7961             */
7962            private boolean snippetNeeded(String [] projection) {
7963                return mDbHelper.get().isInProjection(projection, SearchSnippetColumns.SNIPPET);
7964            }
7965    }
```