# EXHIBIT K

# EINet MacWAIS *Software Version 1.28*

Table of Contents:

- Shareware Registration
- Distribution Includes
- Legal Restrictions
- Deliverables
- Installation
- If You Have Problems Or Suggestions
- Improvements Made From Version 1.27 to 1.28
- Improvements Made From Version 1.26 to 1.27
- Improvements Made From Version 1.25 to 1.26
- Improvements Made From Version 1.24 to 1.25
- Improvements Made From Version 1.23 to 1.24

Last Update: *February 23, 1994*

## Shareware Registration

The MCC EINet MacWAIS Version 1.28 software is distributed as shareware. This software may be copied and distributed freely for evaluation. The evaluation period is 30 days. After this time, MCC requests that you register your copy and obtain a license. The registration fee is $35.00 (US). Checks only please. Make checks payable to MCC and send them to:

> *EINet Mac Shareware*
> *MCC*
> *3500 West Balcones Center Drive*
> *Austin, TX 78759-6509*
> *USA*
>
> Internet Email: *License-Info@EINet.net*

You will be sent a registration key to remove the start-up reminder.

## This Distribution Includes:

- EINet `MacWAIS` 1.28

## LEGAL RESTRICTIONS

Copyright 1992,1993,1994 Microelectronics and Computer Technology Corporation (MCC). All Rights Reserved. Derived from WAIS Version 8b5.1. All other product of service marks contained in this software are trademarks oor registered trademarks of their respective owners.

The above copyright notice and other legends and markings must appear on all complete or partial copies of

ths software and supporting documentation. If MCC's EINet MacWAIS is integrated in any non-commercial application, such application should display in its ``About'' dialog box or in its online help, and in its documentation, that it is using MCC's EINet MacWAIS and should list the above notice and legends.

MCC's EINet MacWAIS MAY NOT be distributed as part of a commercial software release or for resale purposes without prior written permission form MCC.

MCC's EINet MacWAIS is made available AS IS. MCC MAKES NO WARRANTY OR REPRESENTATION, EXPRESS OR IMPLIED, CONCERNING THE QUALITY OF ANY RESULTS TO BE ACHIEVED BY THE USE OF MCC'S EINET MacWAIS TECHNOLOGY, REPORST, KNOW-HOW, OR ANY OTHER INFORMATION FURNISHED HEREUNDER, OR TO ANY OTHER MATTER WHATSOEVER, INCLUDING, BUT NOT LIMITED TO ITS MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

## Deliverables

EINet MacWAIS is available by *anonmyous* FTP to host `ftp.einet.net.` Connect `(cd)` to the directory `/einet/mac` and `get` the following file using FTP's `binary` mode.

- `macwais1.28.sea.hqx` - EINet Shareware MacWAIS Client

  (The new version can also be retrieved via `MacWAIS` from the EINet-shareware Source that was included with earlier releases. Just open the ``EINet Shareware'' Question and ask for ``*macwais*''. Retrieve and save the file `macwais1.28.sea.hqx`, and then use StuffIt Expander (or any other comparable program) to de-binhex and expand the archive.)

## Installation

`MacWAIS` and the `wais-sources` folder may be located anywhere on your hard disk. Once `MacTCP` is installed, `MacWAIS` is ready to go!

## If you have problems or suggestions

To report bugs or suggest enhancements please email to *MAC-Shareware@EINet.net*.

## Improvements made from version 1.27 to 1.28 *(23Feb94)*:

A couple of versions have skipped by without my updating the shareware release for which I apologize. Significant **new** features include: ``smart'' allocation of `MaxResDocs`, and character translation for codes > 128 *(it's about time, eh Alberto? :-)*.

A new version of the User Manual was **not** generated for this release. (But I am including the Manual generated for 1.26 which is slightly different than that for 1.25.)

Special thanks go to Alberto Arabia *(arabia@mathp7.jussieu.fr)* for suggesting and testing the addition of extended character translation, and to Nathaniel Lee *(than@wais.com)* for suggesting and testing the addition of ``multi-sources''.

`MacWAIS`:

- Made changes to accommodate addition of *Type* argument to prefs-utils functions.
- Turned ``Smart Link'' back on. This may or may not cause problems.
- Modified allocation of `MaxResDocs` so it's ``smarter''. Before, `MaxResDocs` was evenly allocated amongst all sources. Thus, if `MaxResDocs = 40`, and a Question is directed to 2 sources, then each source will have the opportunity to return 20 result docs. In this example, if the 1st source only returns, say, 2 documents, then there are 18 result docs that'll go unused. Now, remaining docs are re-allocated amongst the remaining sources. Thus, to continue this example, the 2nd source, instead of having 20 docs (as initially allocated) will have 38.
- Began adding ``multi-sources''. (A ``multi-source'' is a single source file that contains multiple source descriptions.) They can be viewed, but they can't be edited. (Currently, when editing a multi-source, changes can only be made to the head element. A subsequent release will enable the editing of multi-sources from within MacWAIS.)
- Added ISO-1 translation for characters > 128. (The translation information is contained in Resource `'cmap', id = 128`.)
- Modified `ProgressD` so `BytesPerSec` value is updated either every time additional bytes are received or every second -- whichever occurs first.
- Modified `mwdRetrieve` so cursor is made visible before search is initiated.

# Improvements made from version 1.26 to 1.27:

MacWAIS:

- Fixed a bug in `init_for_source`. It was parsing the port string with `atoi` -- which yields a 2-byte number. This restricts port numbers to a maximum of 32767. I've changed `atoi` to `atol`.
- Added *ConfirmMessage* function `AMUtils`.
- Added `file-not-found (fnfErr; -43)` error handling to `DoViewOther`. It now asks the user if s/he wants to manually launch a viewing application.
- Renamed `PathNameFromDirID` and `PathNameFromWD` to `DirIDToPath` and `WDToPath` (for consistency). Reordered args to `DirIDToWD`, too.
- Modified `myNCSASocketAbort` so it processes events during `SP_MISC` (which is called during `sock_tcp_connect`). This allows processing to be aborted during socket connects.
- Fixed bug in `VScrollToBar` so it properly scrolls in the presence of an `updateRgn`. Also fixed `VFind` so it updates an existing `updateRgn` properly, too.
- Modified *DoClear, DoCut, and DoPaste* so they mark Question Windows as having been modified.
- Fixed bug in `FilterViewSourceD`. (It was swallowing `<Return>` and `<Enter>` key presses without processing them.)

# Improvements made from version 1.25 to 1.26:

MacWAIS:

- Fixed bug in `suGetDirectoryPath` which incorrectly updated a freshly saved Source's `vRefNum`.
- Modified AddLauncher so ``*Choose Example*'' now filters out applications. (A **common** user error.)
- Added *EditLaunchers* `LDEF`. Disabled launchers are now grayed-out (instead of the hokey ``*+*''/``*-*'' stuff).
- Added call to `initUAS()`.
- Added additional ``*View Catalog As:*'' Preference that queries the user for the viewing style (i.e., either as text or as a document list). This new Preference is now the default.
- Modified `myTextFilter` (used as a `dumptextHook`) so it doesn't remove tabs.
- Fixed bug in `VScrollToBar` so it doesn't attempt to copy screen bits when there's an existing

```
updateRgn.
```

## Improvements made from version 1.24 to 1.25:

`MacWAIS` 1.25 includes one important new capability; namely, a Preference that specifies where temporary files are stored. (Before, this was the folder from which `MacWAIS` was started.) The obvious application is locating `MacWAIS` on a read-only volume. (This new feature was ``encouraged'' by *Pascal.DEGIOVANNI@enslapp.ens-lyon.fr* :-).

As before, updates to the `MSWord` version of the User Manual have been designated by change bars in the right-hand margin. Thanks to Patrick Hoepfner *(hoepfner@heasfs.gsfc.nasa.gov)* the size of the User Manual has shrunk dramatically (e.g., ~550k). The reason? MSWord's ``*Fast Save*'' option (which, heretofore, I was using). It simply appends changes to the end of the file!

`MacWAIS`:

- Added a Temp File Folder Preference allowing `MacWAIS` to be stored on a read-only volume.
- Fixed bug in Select Sources and Edit Source dialogs that prevented the initial filesystem folder from being correct (it would wrongly select the Desktop).
- The names of retrieved Sources now have trailing filesystem paths removed.
- Modified Prefs file creation so it has the correct type and creator.
- Modified local file retrieval so it can handle files > 32K.

## Improvements made from version 1.23 to 1.24:

`MacWAIS` 1.24 includes two important new capabilities. First, it is no longer dependent on Color QuickDraw (which it was **only** by oversight) so it now runs on ``Classic'' QuickDraw Systems (i.e., `PB100`, `SE`, etc.). Second, it now can search Local sources (i.e., indexes that reside locally). (The documentation doesn't reflect the local search capability (sorry, Ann!) -- I'm going to change the Source interface to incorporate this new capability. When I do, the documentation will change.) And, as a plug, I'm working on porting the indexer to the Macintosh. I've got the basic port done (and it works!), I'm now working on the UI. More details at a later date. Updates to the MSWord version of the User Manual are designated by change bars in the right-hand margin. `MacWAIS` 1.24 is roughly 90K *bigger* than 1.23. It grew because I migrated to the new ThinkC 6.0 development environment, and there are bugs with ``smart'' linking; so, I turned that option off (which results in a larger executable). `MacWAIS`:

- New, underlying socket library. This, plus some other modifications, have increased download capability by ~2x.
- Removes Color QuickDraw dependencies. `MacWAIS` now runs on Classic QuickDraw Systems `(PB100, SE, etc.)`. (Reported by *Sami.Tikka@hut.fi*, Kent Kalnasy *(kkalnasy@bvu-lads.loral.com)*, and Jonathan Brecher *(brecher@mac.archive.umich.edu)*. Thanks for the reports -- sorry for the incompability!)
- Allows searching of Local sources. (Note: Local sources can **only** be specified by manually editing the Source description. The `host":ip-name"` line should be removed, and the `":database-name"` should be the Macintosh pathname to the index file. This will ultimately become specifiable directly in `MacWAIS`.)
- In the Select Sources dialog, Selected Sources may be deselected by first highlighting them and then pressing Delete. (The documentation has been updated to reflect this addition.) (Suggested by Harry Morris *(morris@wais.com)*.)
- Miscellaneous shortcuts added to dialogs (e.g., `cmd-D` means ``*Don't Save*'').

Case 5:12-cv-00630-LHK   Document 117-11   Filed 04/23/12   Page 6 of 6

*MAC-Shareware@EINet.net*

Search for:  ○ Galaxy Pages  ○ Galaxy Entries  □ World-wide Web  □ Gopher  □ Hytelnet

**Up** - **Home** - **Help** - **Search** - **Top** -- **EINet Galaxy**