# EXHIBIT L

```xml
1   <manifest xmlns:android="http://schemas.android.com/apk/res/android"
2             package="com.android.providers.applications"
3             android:sharedUserId="android.uid.shared">
4
5       <uses-permission android:name="android.permission.PACKAGE_USAGE_STATS" />
6
7       <application android:process="android.process.acore" android:label="@string/app_label">
8
9           <provider android:name="ApplicationsProvider" android:authorities="applications"
10                  android:syncable="false" android:multiprocess="false" />
11
12          <activity android:name="ApplicationLauncher"
13                  android:label="@string/search_label"
14                  android:stateNotNeeded="true"
15                  android:excludeFromRecents="true">
16
17              <intent-filter>
18                  <action android:name="android.intent.action.SEARCH" />
19                  <category android:name="android.intent.category.DEFAULT" />
20              </intent-filter>
21
22              <meta-data android:name="android.app.searchable"
23                      android:resource="@xml/searchable" />
24          </activity>
25
26      </application>
27  </manifest>
```