Case 5:12-cv-00630-LHK   Document 117-15   Filed 04/23/12   Page 1 of 5

# EXHIBIT O

Case 5:12-cv-00630-LHK   Document 117-15   Filed 04/23/12   Page 2 of 5

```xml
1   <!--
2   /*
3    * Copyright 2006, The Android Open Source Project
4    *
5    * Licensed under the Apache License, Version 2.0 (the "License");
6    * you may not use this file except in compliance with the License.
7    * You may obtain a copy of the License at
8    *
9    *     http://www.apache.org/licenses/LICENSE-2.0
10   *
11   * Unless required by applicable law or agreed to in writing, software
12   * distributed under the License is distributed on an "AS IS" BASIS,
13   * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
14   * See the License for the specific language governing permissions and
15   * limitations under the License.
16   */
17  -->
18
19  <manifest xmlns:android="http://schemas.android.com/apk/res/android" package="com.android.brow
    ser">
20
21      <original-package android:name="com.android.browser" />
22
23      <permission android:name="com.android.browser.permission.PRELOAD"
24          android:label="@string/permission_preload_label"
25          android:protectionLevel="signatureOrSystem" />
26
27      <uses-permission android:name="android.permission.ACCESS_COARSE_LOCATION"/>
28      <uses-permission android:name="android.permission.ACCESS_DOWNLOAD_MANAGER"/>
29      <uses-permission android:name="android.permission.ACCESS_FINE_LOCATION"/>
30      <uses-permission android:name="android.permission.ACCESS_NETWORK_STATE"/>
31      <uses-permission android:name="android.permission.ACCESS_WIFI_STATE"/>
32      <uses-permission android:name="android.permission.GET_ACCOUNTS"/>
33      <uses-permission android:name="android.permission.USE_CREDENTIALS"/>
34      <uses-permission android:name="android.permission.INTERNET" />
35      <uses-permission android:name="android.permission.NFC" />
36      <uses-permission android:name="android.permission.SEND_DOWNLOAD_COMPLETED_INTENTS" />
37      <uses-permission android:name="android.permission.SET_WALLPAPER" />
38      <uses-permission android:name="android.permission.WAKE_LOCK"/>
39      <uses-permission android:name="android.permission.WRITE_EXTERNAL_STORAGE" />
40      <uses-permission android:name="android.permission.WRITE_SETTINGS" />
41      <uses-permission android:name="android.permission.READ_SYNC_SETTINGS" />
42      <uses-permission android:name="android.permission.WRITE_SYNC_SETTINGS" />
43      <uses-permission android:name="android.permission.MANAGE_ACCOUNTS" />
44      <uses-permission android:name="com.android.browser.permission.READ_HISTORY_BOOKMARKS"/>
45      <uses-permission android:name="com.android.browser.permission.WRITE_HISTORY_BOOKMARKS"/>
46      <uses-permission android:name="com.android.launcher.permission.INSTALL_SHORTCUT"/>
47
48      <application    android:name="Browser"
49                      android:label="@string/application_name"
50                      android:icon="@mipmap/ic_launcher_browser"
51                      android:backupAgent=".BrowserBackupAgent"
52                      android:hardwareAccelerated="true"
53                      android:taskAffinity="android.task.browser" >
54
55          <provider android:name=".provider.BrowserProvider2"
56                      android:authorities="com.android.browser;browser"
57                      android:multiprocess="true"
58                      android:readPermission="com.android.browser.permission.READ_HISTORY_BOOKMARK
    S"
59                      android:writePermission="com.android.browser.permission.WRITE_HISTORY_BOOKMA
    RKS">
60              <path-permission android:path="/bookmarks/search_suggest_query"
61                      android:readPermission="android.permission.GLOBAL_SEARCH" />
62          </provider>
63          <activity android:name="BrowserActivity"
64                      android:label="@string/application_name"
65                      android:launchMode="singleTask"
66                      android:alwaysRetainTaskState="true"
67                      android:configChanges="orientation|keyboardHidden|keyboard|screenSize"
68                      android:theme="@style/BrowserTheme"
69                      android:windowSoftInputMode="adjustResize" >
70              <intent-filter>
71                  <action android:name="android.speech.action.VOICE_SEARCH_RESULTS" />
72                  <category android:name="android.intent.category.DEFAULT" />
73              </intent-filter>
74              <!-- For these schemes were not particular MIME type has been
75                   supplied, we are a good candidate. -->
76              <intent-filter>
77                  <action android:name="android.intent.action.VIEW" />
78                  <category android:name="android.intent.category.DEFAULT" />
79                  <category android:name="android.intent.category.BROWSABLE" />
```

```
 80                <data android:scheme="http" />
 81                <data android:scheme="https" />
 82                <data android:scheme="about" />
 83                <data android:scheme="javascript" />
 84            </intent-filter>
 85            <!--  For these schemes where any of these particular MIME types
 86                 have been supplied, we are a good candidate. -->
 87            <intent-filter>
 88                <action android:name="android.intent.action.VIEW" />
 89                <category android:name="android.intent.category.BROWSABLE" />
 90                <category android:name="android.intent.category.DEFAULT" />
 91                <data android:scheme="http" />
 92                <data android:scheme="https" />
 93                <data android:scheme="inline" />
 94                <data android:mimeType="text/html"/>
 95                <data android:mimeType="text/plain"/>
 96                <data android:mimeType="application/xhtml+xml"/>
 97                <data android:mimeType="application/vnd.wap.xhtml+xml"/>
 98            </intent-filter>
 99            <!-- For viewing saved web archives. -->
100            <intent-filter>
101                <action android:name="android.intent.action.VIEW" />
102                <category android:name="android.intent.category.BROWSABLE" />
103                <category android:name="android.intent.category.DEFAULT" />
104                <data android:scheme="http" />
105                <data android:scheme="https" />
106                <data android:scheme="file" />
107                <data android:mimeType="application/x-webarchive-xml"/>
108            </intent-filter>
109            <!-- Accept inbound NFC URLs at a low priority -->
110            <intent-filter android:priority="-101">
111                <action android:name="android.nfc.action.NDEF_DISCOVERED" />
112                <category android:name="android.intent.category.DEFAULT" />
113                <data android:scheme="http" />
114                <data android:scheme="https" />
115            </intent-filter>
116            <!-- We are also the main entry point of the browser. -->
117            <intent-filter>
118                <action android:name="android.intent.action.MAIN" />
119                <category android:name="android.intent.category.DEFAULT" />
120                <category android:name="android.intent.category.LAUNCHER" />
121                <category android:name="android.intent.category.BROWSABLE" />
122            </intent-filter>
123            <!-- The maps app is a much better experience, so it's not
124                 worth having this at all... especially for a demo!
125            <intent-filter android:label="Map In Browser">
126                <action android:name="android.intent.action.VIEW" />
127                <category android:name="android.intent.category.DEFAULT" />
128                <data android:mimeType="vnd.android.cursor.item/postal-address" />
129            </intent-filter>
130            -->
131            <intent-filter>
132                <action android:name="android.intent.action.WEB_SEARCH" />
133                <category android:name="android.intent.category.DEFAULT" />
134                <category android:name="android.intent.category.BROWSABLE" />
135                <data android:scheme="" />
136                <data android:scheme="http" />
137                <data android:scheme="https" />
138            </intent-filter>
139            <intent-filter>
140                <action android:name="android.intent.action.MEDIA_SEARCH" />
141                <category android:name="android.intent.category.DEFAULT" />
142            </intent-filter>
143            <intent-filter>
144                <action android:name="android.intent.action.SEARCH" />
145                <category android:name="android.intent.category.DEFAULT" />
146            </intent-filter>
147            <meta-data android:name="android.app.searchable"
148                    android:resource="@xml/searchable" />
149        </activity>
150
151        <activity android:name="ShortcutActivity"
152            android:theme="@style/ShortcutTheme"
153            android:label="@string/shortcut_bookmark"
154            android:icon="@mipmap/ic_launcher_shortcut_browser_bookmark">
155
156            <intent-filter>
157                <action android:name="android.intent.action.CREATE_SHORTCUT" />
158                <category android:name="android.intent.category.DEFAULT" />
159            </intent-filter>
160
161        </activity>
```

```
162
163             <activity android:name="BrowserPreferencesPage" android:label="@string/menu_preferences">
164                 <intent-filter>
165                     <action android:name="android.intent.action.MANAGE_NETWORK_USAGE" />
166                     <category android:name="android.intent.category.DEFAULT" />
167                 </intent-filter>
168             </activity>
169
170             <activity android:name="BookmarkSearch"
171                     android:label="@string/bookmarks_search"
172                     android:stateNotNeeded="true"
173                     android:theme="@android:style/Theme.NoDisplay"
174                     android:excludeFromRecents="true">
175                 <intent-filter>
176                     <action android:name="android.intent.action.SEARCH" />
177                     <category android:name="android.intent.category.DEFAULT" />
178                 </intent-filter>
179                 <meta-data android:name="android.app.searchable"
180                         android:resource="@xml/bookmarks_searchable" />
181             </activity>
182
183             <activity android:name="AddBookmarkPage" android:label="Save bookmark"
184                     android:theme="@style/DialogWhenLarge"
185                     android:configChanges="orientation|keyboardHidden|screenSize">
186                 <intent-filter>
187                     <action android:name="android.intent.action.INSERT" />
188                     <category android:name="android.intent.category.DEFAULT" />
189                     <data android:mimeType="vnd.android.cursor.dir/bookmark"/>
190                 </intent-filter>
191             </activity>
192
193             <activity android:name="ComboViewActivity">
194             </activity>
195
196             <!-- Bookmark thumbnail homescreen widget -->
197             <receiver
198                 android:name=".widget.BookmarkThumbnailWidgetProvider"
199                 android:label="@string/bookmarks">
200                 <intent-filter>
201                     <action
202                         android:name="android.appwidget.action.APPWIDGET_UPDATE" />
203                     <action
204                         android:name="com.android.browser.BOOKMARK_APPWIDGET_UPDATE" />
205                 </intent-filter>
206                 <meta-data
207                     android:name="android.appwidget.provider"
208                     android:resource="@xml/bookmarkthumbnailwidget_info" />
209             </receiver>
210             <service
211                 android:name=".widget.BookmarkThumbnailWidgetService"
212                 android:permission="android.permission.BIND_REMOTEVIEWS"
213                 android:exported="false" />
214             <receiver
215                 android:name=".widget.BookmarkWidgetProxy"
216                 android:exported="false" />
217             <activity android:name=".widget.BookmarkWidgetConfigure"
218                 android:theme="@android:style/Theme.Holo.DialogWhenLarge">
219                 <intent-filter>
220                     <action android:name="android.appwidget.action.APPWIDGET_CONFIGURE"/>
221                 </intent-filter>
222             </activity>
223
224             <!-- Makes .BrowserActivity the search target for any activity in Browser -->
225             <meta-data android:name="android.app.default_searchable" android:value=".BrowserActivity" />
226
227             <!-- Application code for RLZ tracking.  RLZ assigns non-unique, non-personally identifiable
228                     tracking labels to client products; these labels sometimes appear in Google search
229                     queries.  See http://code.google.com/p/rlz for more info.
230
231                     This value signifies to the RLZ client that this application uses RLZ tracking. -->
232             <meta-data android:name="com.google.android.partnersetup.RLZ_ACCESS_POINT"
233                     android:value="@string/rlz_access_point" />
234
235             <receiver android:name=".OpenDownloadReceiver">
236                 <intent-filter>
237                     <action android:name="android.intent.action.DOWNLOAD_NOTIFICATION_CLICKED"/>
238                 </intent-filter>
```

```
239             </receiver>
240
241             <!-- For custom home pages (like most visited) -->
242             <provider
243                 android:name=".homepages.HomeProvider"
244                 android:authorities="com.android.browser.home"
245                 android:readPermission="com.android.browser.permission.READ_HISTORY_BOOKMARKS"
246                 android:exported="false" />
247
248             <receiver android:name=".AccountsChangedReceiver">
249                 <intent-filter>
250                     <action android:name="android.accounts.LOGIN_ACCOUNTS_CHANGED" />
251                 </intent-filter>
252             </receiver>
253
254             <receiver android:name=".PreloadRequestReceiver"
255                 android:permission="com.android.browser.permission.PRELOAD" >
256                 <intent-filter>
257                     <action android:name="android.intent.action.PRELOAD"/>
258                     <data android:scheme="http" />
259                 </intent-filter>
260              </receiver>
261
262         <provider android:name=".provider.SnapshotProvider"
263                   android:authorities="com.android.browser.snapshots"
264                   android:exported="false" />
265
266     </application>
267
268 </manifest>
269
```