# EXHIBIT Q

Case 5:12-cv-00630-LHK   Document 117-17   Filed 04/23/12   Page 2 of 29

```
1    /*
2     * Copyright (C) 2010 he Android Open Source Project
3     *
4     * Licensed under the Apache License, Version 2.0 (the "License");
5     * you may not use this file except in compliance with the License.
6     * You may obtain a copy of the License at
7     *
8     *      http://www.apache.org/licenses/LICENSE-2.0
9     *
10    * Unless required by applicable law or agreed to in writing, software
11    * distributed under the License is distributed on an "AS IS" BASIS,
12    * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
13    * See the License for the specific language governing permissions and
14    * limitations under the License
15    */
16
17   package com.android.browser.provider;
18
19   import android.accounts.Account;
20   import android.accounts.AccountManager;
21   import android.app.SearchManager;
22   import android.content.ContentResolver;
23   import android.content.ContentUris;
24   import android.content.ContentValues;
25   import android.content.Context;
26   import android.content.Intent;
27   import android.content.UriMatcher;
28   import android.content.res.Resources;
29   import android.content.res.TypedArray;
30   import android.database.AbstractCursor;
31   import android.database.ContentObserver;
32   import android.database.Cursor;
33   import android.database.DatabaseUtils;
34   import android.database.MatrixCursor;
35   import android.database.sqlite.SQLiteDatabase;
36   import android.database.sqlite.SQLiteOpenHelper;
37   import android.database.sqlite.SQLiteQueryBuilder;
38   import android.net.Uri;
39   import android.provider.BaseColumns;
40   import android.provider.Browser;
41   import android.provider.Browser.BookmarkColumns;
42   import android.provider.BrowserContract;
43   import android.provider.BrowserContract.Accounts;
44   import android.provider.BrowserContract.Bookmarks;
45   import android.provider.BrowserContract.ChromeSyncColumns;
46   import android.provider.BrowserContract.Combined;
47   import android.provider.BrowserContract.History;
48   import android.provider.BrowserContract.Images;
49   import android.provider.BrowserContract.Searches;
50   import android.provider.BrowserContract.Settings;
51   import android.provider.BrowserContract.SyncState;
52   import android.provider.ContactsContract.RawContacts;
53   import android.provider.SyncStateContract;
54   import android.text.TextUtils;
55
56   import com.android.browser.R;
57   import com.android.browser.UrlUtils;
58   import com.android.browser.widget.BookmarkThumbnailWidgetProvider;
59   import com.android.common.content.SyncStateContentProviderHelper;
60   import com.google.common.annotations.VisibleForTesting;
61
62   import java.io.ByteArrayOutputStream;
63   import java.io.File;
64   import java.io.IOException;
65   import java.io.InputStream;
66   import java.util.Arrays;
67   import java.util.HashMap;
68
69   public class BrowserProvider2 extends SQLiteContentProvider {
70
71       public static final String PARAM_GROUP_BY = "groupBy";
72       public static final String PARAM_ALLOW_EMPTY_ACCOUNTS = "allowEmptyAccounts";
73
74       public static final String LEGACY_AUTHORITY = "browser";
75       static final Uri LEGACY_AUTHORITY_URI = new Uri.Builder()
76               .authority(LEGACY_AUTHORITY).scheme("content").build();
77
78       public static interface Thumbnails {
79           public static final Uri CONTENT_URI = Uri.withAppendedPath(
80                   BrowserContract.AUTHORITY_URI, "thumbnails");
81           public static final String _ID = "_id";
82           public static final String THUMBNAIL = "thumbnail";
```

```java
 83        }
 84
 85        public static interface OmniboxSuggestions {
 86            public static final Uri CONTENT_URI = Uri.withAppendedPath(
 87                    BrowserContract.AUTHORITY_URI, "omnibox_suggestions");
 88            public static final String _ID = "_id";
 89            public static final String URL = "url";
 90            public static final String TITLE = "title";
 91            public static final String IS_BOOKMARK = "bookmark";
 92        }
 93
 94        static final String TABLE_BOOKMARKS = "bookmarks";
 95        static final String TABLE_HISTORY = "history";
 96        static final String TABLE_IMAGES = "images";
 97        static final String TABLE_SEARCHES = "searches";
 98        static final String TABLE_SYNC_STATE = "syncstate";
 99        static final String TABLE_SETTINGS = "settings";
100        static final String TABLE_SNAPSHOTS = "snapshots";
101        static final String TABLE_THUMBNAILS = "thumbnails";
102
103        static final String TABLE_BOOKMARKS_JOIN_IMAGES = "bookmarks LEFT OUTER JOIN images " +
104                "ON bookmarks.url = images." + Images.URL;
105        static final String TABLE_HISTORY_JOIN_IMAGES = "history LEFT OUTER JOIN images " +
106                "ON history.url = images." + Images.URL;
107
108        static final String VIEW_ACCOUNTS = "v_accounts";
109        static final String VIEW_SNAPSHOTS_COMBINED = "v_snapshots_combined";
110        static final String VIEW_OMNIBOX_SUGGESTIONS = "v_omnibox_suggestions";
111
112        static final String FORMAT_COMBINED_JOIN_SUBQUERY_JOIN_IMAGES =
113                "history LEFT OUTER JOIN (%s) bookmarks " +
114                "ON history.url = bookmarks.url LEFT OUTER JOIN images " +
115                "ON history.url = images.url_key";
116
117        static final String DEFAULT_SORT_HISTORY = History.DATE_LAST_VISITED + " DESC";
118        static final String DEFAULT_SORT_ACCOUNTS =
119                Accounts.ACCOUNT_NAME + " IS NOT NULL DESC, "
120                + Accounts.ACCOUNT_NAME + " ASC";
121
122        private static final String TABLE_BOOKMARKS_JOIN_HISTORY =
123                "history LEFT OUTER JOIN bookmarks ON history.url = bookmarks.url";
124
125        private static final String[] SUGGEST_PROJECTION = new String[] {
126                qualifyColumn(TABLE_HISTORY, History._ID),
127                qualifyColumn(TABLE_HISTORY, History.URL),
128                bookmarkOrHistoryColumn(Combined.TITLE),
129                bookmarkOrHistoryLiteral(Combined.URL,
130                        Integer.toString(R.drawable.ic_bookmark_off_holo_dark),
131                        Integer.toString(R.drawable.ic_history_holo_dark)),
132                qualifyColumn(TABLE_HISTORY, History.DATE_LAST_VISITED)};
133
134        private static final String SUGGEST_SELECTION =
135                "history.url LIKE ? OR history.url LIKE ? OR history.url LIKE ? OR history.url LIKE ?"
136                + " OR history.title LIKE ? OR bookmarks.title LIKE ?";
137
138        private static final String ZERO_QUERY_SUGGEST_SELECTION =
139                TABLE_HISTORY + "." + History.DATE_LAST_VISITED + " != 0";
140
141        private static final String SUGGEST_ORDER_BY =
142                TABLE_HISTORY + "." + History.DATE_LAST_VISITED + " DESC";
143
144        private static final String IMAGE_PRUNE =
145                "url_key NOT IN (SELECT url FROM bookmarks " +
146                "WHERE url IS NOT NULL AND deleted == 0) AND url_key NOT IN " +
147                "(SELECT url FROM history WHERE url IS NOT NULL)";
148
149        static final int THUMBNAILS = 10;
150        static final int THUMBNAILS_ID = 11;
151        static final int OMNIBOX_SUGGESTIONS = 20;
152
153        static final int BOOKMARKS = 1000;
154        static final int BOOKMARKS_ID = 1001;
155        static final int BOOKMARKS_FOLDER = 1002;
156        static final int BOOKMARKS_FOLDER_ID = 1003;
157        static final int BOOKMARKS_SUGGESTIONS = 1004;
158        static final int BOOKMARKS_DEFAULT_FOLDER_ID = 1005;
159
160        static final int HISTORY = 2000;
161        static final int HISTORY_ID = 2001;
162
163        static final int SEARCHES = 3000;
164        static final int SEARCHES_ID = 3001;
```

```
165
166        static final int SYNCSTATE = 4000;
167        static final int SYNCSTATE_ID = 4001;
168
169        static final int IMAGES = 5000;
170
171        static final int COMBINED = 6000;
172        static final int COMBINED_ID = 6001;
173
174        static final int ACCOUNTS = 7000;
175
176        static final int SETTINGS = 8000;
177
178        static final int LEGACY = 9000;
179        static final int LEGACY_ID = 9001;
180
181        public static final long FIXED_ID_ROOT = 1;
182
183        // Default sort order for unsync'd bookmarks
184        static final String DEFAULT_BOOKMARKS_SORT_ORDER =
185            Bookmarks.IS_FOLDER + " DESC, position ASC, _id ASC";
186
187        // Default sort order for sync'd bookmarks
188        static final String DEFAULT_BOOKMARKS_SORT_ORDER_SYNC = "position ASC, _id ASC";
189
190        static final UriMatcher URI_MATCHER = new UriMatcher(UriMatcher.NO_MATCH);
191
192        static final HashMap<String, String> ACCOUNTS_PROJECTION_MAP = new HashMap<String, String>
           ();
193        static final HashMap<String, String> BOOKMARKS_PROJECTION_MAP = new HashMap<String, String
           >();
194        static final HashMap<String, String> OTHER_BOOKMARKS_PROJECTION_MAP =
195            new HashMap<String, String>();
196        static final HashMap<String, String> HISTORY_PROJECTION_MAP = new HashMap<String, String>(
           );
197        static final HashMap<String, String> SYNC_STATE_PROJECTION_MAP = new HashMap<String, Strin
           g>();
198        static final HashMap<String, String> IMAGES_PROJECTION_MAP = new HashMap<String, String>()
           ;
199        static final HashMap<String, String> COMBINED_HISTORY_PROJECTION_MAP = new HashMap<String,
            String>();
200        static final HashMap<String, String> COMBINED_BOOKMARK_PROJECTION_MAP = new HashMap<String
           , String>();
201        static final HashMap<String, String> SEARCHES_PROJECTION_MAP = new HashMap<String, String>
           ();
202        static final HashMap<String, String> SETTINGS_PROJECTION_MAP = new HashMap<String, String>
           ();
203
204        static {
205            final UriMatcher matcher = URI_MATCHER;
206            final String authority = BrowserContract.AUTHORITY;
207            matcher.addURI(authority, "accounts", ACCOUNTS);
208            matcher.addURI(authority, "bookmarks", BOOKMARKS);
209            matcher.addURI(authority, "bookmarks/#", BOOKMARKS_ID);
210            matcher.addURI(authority, "bookmarks/folder", BOOKMARKS_FOLDER);
211            matcher.addURI(authority, "bookmarks/folder/#", BOOKMARKS_FOLDER_ID);
212            matcher.addURI(authority, "bookmarks/folder/id", BOOKMARKS_DEFAULT_FOLDER_ID);
213            matcher.addURI(authority,
214                    SearchManager.SUGGEST_URI_PATH_QUERY,
215                    BOOKMARKS_SUGGESTIONS);
216            matcher.addURI(authority,
217                    "bookmarks/" + SearchManager.SUGGEST_URI_PATH_QUERY,
218                    BOOKMARKS_SUGGESTIONS);
219            matcher.addURI(authority, "history", HISTORY);
220            matcher.addURI(authority, "history/#", HISTORY_ID);
221            matcher.addURI(authority, "searches", SEARCHES);
222            matcher.addURI(authority, "searches/#", SEARCHES_ID);
223            matcher.addURI(authority, "syncstate", SYNCSTATE);
224            matcher.addURI(authority, "syncstate/#", SYNCSTATE_ID);
225            matcher.addURI(authority, "images", IMAGES);
226            matcher.addURI(authority, "combined", COMBINED);
227            matcher.addURI(authority, "combined/#", COMBINED_ID);
228            matcher.addURI(authority, "settings", SETTINGS);
229            matcher.addURI(authority, "thumbnails", THUMBNAILS);
230            matcher.addURI(authority, "thumbnails/#", THUMBNAILS_ID);
231            matcher.addURI(authority, "omnibox_suggestions", OMNIBOX_SUGGESTIONS);
232
233            // Legacy
234            matcher.addURI(LEGACY_AUTHORITY, "searches", SEARCHES);
235            matcher.addURI(LEGACY_AUTHORITY, "searches/#", SEARCHES_ID);
236            matcher.addURI(LEGACY_AUTHORITY, "bookmarks", LEGACY);
237            matcher.addURI(LEGACY_AUTHORITY, "bookmarks/#", LEGACY_ID);
```

```
238           matcher.addURI(LEGACY_AUTHORITY,
239                   SearchManager.SUGGEST_URI_PATH_QUERY,
240                   BOOKMARKS_SUGGESTIONS);
241           matcher.addURI(LEGACY_AUTHORITY,
242                   "bookmarks/" + SearchManager.SUGGEST_URI_PATH_QUERY,
243                   BOOKMARKS_SUGGESTIONS);
244
245           // Projection maps
246           HashMap<String, String> map;
247
248           // Accounts
249           map = ACCOUNTS_PROJECTION_MAP;
250           map.put(Accounts.ACCOUNT_TYPE, Accounts.ACCOUNT_TYPE);
251           map.put(Accounts.ACCOUNT_NAME, Accounts.ACCOUNT_NAME);
252           map.put(Accounts.ROOT_ID, Accounts.ROOT_ID);
253
254           // Bookmarks
255           map = BOOKMARKS_PROJECTION_MAP;
256           map.put(Bookmarks._ID, qualifyColumn(TABLE_BOOKMARKS, Bookmarks._ID));
257           map.put(Bookmarks.TITLE, Bookmarks.TITLE);
258           map.put(Bookmarks.URL, Bookmarks.URL);
259           map.put(Bookmarks.FAVICON, Bookmarks.FAVICON);
260           map.put(Bookmarks.THUMBNAIL, Bookmarks.THUMBNAIL);
261           map.put(Bookmarks.TOUCH_ICON, Bookmarks.TOUCH_ICON);
262           map.put(Bookmarks.IS_FOLDER, Bookmarks.IS_FOLDER);
263           map.put(Bookmarks.PARENT, Bookmarks.PARENT);
264           map.put(Bookmarks.POSITION, Bookmarks.POSITION);
265           map.put(Bookmarks.INSERT_AFTER, Bookmarks.INSERT_AFTER);
266           map.put(Bookmarks.IS_DELETED, Bookmarks.IS_DELETED);
267           map.put(Bookmarks.ACCOUNT_NAME, Bookmarks.ACCOUNT_NAME);
268           map.put(Bookmarks.ACCOUNT_TYPE, Bookmarks.ACCOUNT_TYPE);
269           map.put(Bookmarks.SOURCE_ID, Bookmarks.SOURCE_ID);
270           map.put(Bookmarks.VERSION, Bookmarks.VERSION);
271           map.put(Bookmarks.DATE_CREATED, Bookmarks.DATE_CREATED);
272           map.put(Bookmarks.DATE_MODIFIED, Bookmarks.DATE_MODIFIED);
273           map.put(Bookmarks.DIRTY, Bookmarks.DIRTY);
274           map.put(Bookmarks.SYNC1, Bookmarks.SYNC1);
275           map.put(Bookmarks.SYNC2, Bookmarks.SYNC2);
276           map.put(Bookmarks.SYNC3, Bookmarks.SYNC3);
277           map.put(Bookmarks.SYNC4, Bookmarks.SYNC4);
278           map.put(Bookmarks.SYNC5, Bookmarks.SYNC5);
279           map.put(Bookmarks.PARENT_SOURCE_ID, "(SELECT " + Bookmarks.SOURCE_ID +
280                   " FROM " + TABLE_BOOKMARKS + " A WHERE " +
281                   "A." + Bookmarks._ID + "=" + TABLE_BOOKMARKS + "." + Bookmarks.PARENT +
282                   ") AS " + Bookmarks.PARENT_SOURCE_ID);
283           map.put(Bookmarks.INSERT_AFTER_SOURCE_ID, "(SELECT " + Bookmarks.SOURCE_ID +
284                   " FROM " + TABLE_BOOKMARKS + " A WHERE " +
285                   "A." + Bookmarks._ID + "=" + TABLE_BOOKMARKS + "." + Bookmarks.INSERT_AFTER +
286                   ") AS " + Bookmarks.INSERT_AFTER_SOURCE_ID);
287
288           // Other bookmarks
289           OTHER_BOOKMARKS_PROJECTION_MAP.putAll(BOOKMARKS_PROJECTION_MAP);
290           OTHER_BOOKMARKS_PROJECTION_MAP.put(Bookmarks.POSITION,
291                   Long.toString(Long.MAX_VALUE) + " AS " + Bookmarks.POSITION);
292
293           // History
294           map = HISTORY_PROJECTION_MAP;
295           map.put(History._ID, qualifyColumn(TABLE_HISTORY, History._ID));
296           map.put(History.TITLE, History.TITLE);
297           map.put(History.URL, History.URL);
298           map.put(History.FAVICON, History.FAVICON);
299           map.put(History.THUMBNAIL, History.THUMBNAIL);
300           map.put(History.TOUCH_ICON, History.TOUCH_ICON);
301           map.put(History.DATE_CREATED, History.DATE_CREATED);
302           map.put(History.DATE_LAST_VISITED, History.DATE_LAST_VISITED);
303           map.put(History.VISITS, History.VISITS);
304           map.put(History.USER_ENTERED, History.USER_ENTERED);
305
306           // Sync state
307           map = SYNC_STATE_PROJECTION_MAP;
308           map.put(SyncState._ID, SyncState._ID);
309           map.put(SyncState.ACCOUNT_NAME, SyncState.ACCOUNT_NAME);
310           map.put(SyncState.ACCOUNT_TYPE, SyncState.ACCOUNT_TYPE);
311           map.put(SyncState.DATA, SyncState.DATA);
312
313           // Images
314           map = IMAGES_PROJECTION_MAP;
315           map.put(Images.URL, Images.URL);
316           map.put(Images.FAVICON, Images.FAVICON);
317           map.put(Images.THUMBNAIL, Images.THUMBNAIL);
318           map.put(Images.TOUCH_ICON, Images.TOUCH_ICON);
319
```

Case 5:12-cv-00630-LHK   Document 117-17   Filed 04/23/12   Page 6 of 29

```
320         // map = COMBINED_HISTORY_PROJECTION_MAP;
321         map = COMBINED_HISTORY_PROJECTION_MAP;
322         map.put(Combined._ID, bookmarkOrHistoryColumn(Combined._ID));
323         map.put(Combined.TITLE, bookmarkOrHistoryColumn(Combined.TITLE));
324         map.put(Combined.URL, qualifyColumn(TABLE_HISTORY, Combined.URL));
325         map.put(Combined.DATE_CREATED, qualifyColumn(TABLE_HISTORY, Combined.DATE_CREATED));
326         map.put(Combined.DATE_LAST_VISITED, Combined.DATE_LAST_VISITED);
327         map.put(Combined.IS_BOOKMARK, "CASE WHEN " +
328                 TABLE_BOOKMARKS + "." + Bookmarks._ID +
329                 " IS NOT NULL THEN 1 ELSE 0 END AS " + Combined.IS_BOOKMARK);
330         map.put(Combined.VISITS, Combined.VISITS);
331         map.put(Combined.FAVICON, Combined.FAVICON);
332         map.put(Combined.THUMBNAIL, Combined.THUMBNAIL);
333         map.put(Combined.TOUCH_ICON, Combined.TOUCH_ICON);
334         map.put(Combined.USER_ENTERED, "NULL AS " + Combined.USER_ENTERED);
335
336         // Combined bookmark half
337         map = COMBINED_BOOKMARK_PROJECTION_MAP;
338         map.put(Combined._ID, Combined._ID);
339         map.put(Combined.TITLE, Combined.TITLE);
340         map.put(Combined.URL, Combined.URL);
341         map.put(Combined.DATE_CREATED, Combined.DATE_CREATED);
342         map.put(Combined.DATE_LAST_VISITED, "NULL AS " + Combined.DATE_LAST_VISITED);
343         map.put(Combined.IS_BOOKMARK, "1 AS " + Combined.IS_BOOKMARK);
344         map.put(Combined.VISITS, "0 AS " + Combined.VISITS);
345         map.put(Combined.FAVICON, Combined.FAVICON);
346         map.put(Combined.THUMBNAIL, Combined.THUMBNAIL);
347         map.put(Combined.TOUCH_ICON, Combined.TOUCH_ICON);
348         map.put(Combined.USER_ENTERED, "NULL AS " + Combined.USER_ENTERED);
349
350         // Searches
351         map = SEARCHES_PROJECTION_MAP;
352         map.put(Searches._ID, Searches._ID);
353         map.put(Searches.SEARCH, Searches.SEARCH);
354         map.put(Searches.DATE, Searches.DATE);
355
356         // Settings
357         map = SETTINGS_PROJECTION_MAP;
358         map.put(Settings.KEY, Settings.KEY);
359         map.put(Settings.VALUE, Settings.VALUE);
360     }
361
362     static final String bookmarkOrHistoryColumn(String column) {
363         return "CASE WHEN bookmarks." + column + " IS NOT NULL THEN " +
364                 "bookmarks." + column + " ELSE history." + column + " END AS " + column;
365     }
366
367     static final String bookmarkOrHistoryLiteral(String column, String bookmarkValue,
368             String historyValue) {
369         return "CASE WHEN bookmarks." + column + " IS NOT NULL THEN \"" + bookmarkValue +
370                 "\" ELSE \"" + historyValue + "\" END";
371     }
372
373     static final String qualifyColumn(String table, String column) {
374         return table + "." + column + " AS " + column;
375     }
376
377     DatabaseHelper mOpenHelper;
378     SyncStateContentProviderHelper mSyncHelper = new SyncStateContentProviderHelper();
379     // This is so provider tests can intercept widget updating
380     ContentObserver mWidgetObserver = null;
381     boolean mUpdateWidgets = false;
382     boolean mSyncToNetwork = true;
383
384     final class DatabaseHelper extends SQLiteOpenHelper {
385         static final String DATABASE_NAME = "browser2.db";
386         static final int DATABASE_VERSION = 32;
387         public DatabaseHelper(Context context) {
388             super(context, DATABASE_NAME, null, DATABASE_VERSION);
389         }
390
391         @Override
392         public void onCreate(SQLiteDatabase db) {
393             db.execSQL("CREATE TABLE " + TABLE_BOOKMARKS + "(" +
394                     Bookmarks._ID + " INTEGER PRIMARY KEY AUTOINCREMENT," +
395                     Bookmarks.TITLE + " TEXT," +
396                     Bookmarks.URL + " TEXT," +
397                     Bookmarks.IS_FOLDER + " INTEGER NOT NULL DEFAULT 0," +
398                     Bookmarks.PARENT + " INTEGER," +
399                     Bookmarks.POSITION + " INTEGER NOT NULL," +
400                     Bookmarks.INSERT_AFTER + " INTEGER," +
401                     Bookmarks.IS_DELETED + " INTEGER NOT NULL DEFAULT 0," +
```

Case 5:12-cv-00630-LHK Document 117-17  Filed 04/23/12  Page 7 of 29

```
402                    Bookmarks.ACCOUNT_TYPE + " TEXT," +
403                    Bookmarks.SOURCE_ID + " TEXT," +
404                    Bookmarks.VERSION + " INTEGER NOT NULL DEFAULT 1," +
405                    Bookmarks.DATE_CREATED + " INTEGER," +
406                    Bookmarks.DATE_MODIFIED + " INTEGER," +
407                    Bookmarks.DIRTY + " INTEGER NOT NULL DEFAULT 0," +
408                    Bookmarks.SYNC1 + " TEXT," +
409                    Bookmarks.SYNC2 + " TEXT," +
410                    Bookmarks.SYNC3 + " TEXT," +
411                    Bookmarks.SYNC4 + " TEXT," +
412                    Bookmarks.SYNC5 + " TEXT" +
413                    ");");
414
415            // TODO indices
416
417            db.execSQL("CREATE TABLE " + TABLE_HISTORY + "(" +
418                    History._ID + " INTEGER PRIMARY KEY AUTOINCREMENT," +
419                    History.TITLE + " TEXT," +
420                    History.URL + " TEXT NOT NULL," +
421                    History.DATE_CREATED + " INTEGER," +
422                    History.DATE_LAST_VISITED + " INTEGER," +
423                    History.VISITS + " INTEGER NOT NULL DEFAULT 0," +
424                    History.USER_ENTERED + " INTEGER" +
425                    ");");
426
427            db.execSQL("CREATE TABLE " + TABLE_IMAGES + "(" +
428                    Images.URL + " TEXT UNIQUE NOT NULL," +
429                    Images.FAVICON + " BLOB," +
430                    Images.THUMBNAIL + " BLOB," +
431                    Images.TOUCH_ICON + " BLOB" +
432                    ");");
433            db.execSQL("CREATE INDEX imagesUrlIndex ON " + TABLE_IMAGES +
434                    "(" + Images.URL + ")");
435
436            db.execSQL("CREATE TABLE " + TABLE_SEARCHES + "(" +
437                    Searches._ID + " INTEGER PRIMARY KEY AUTOINCREMENT," +
438                    Searches.SEARCH + " TEXT," +
439                    Searches.DATE + " LONG" +
440                    ");");
441
442            db.execSQL("CREATE TABLE " + TABLE_SETTINGS + "(" +
443                    Settings.KEY + " TEXT PRIMARY KEY," +
444                    Settings.VALUE + " TEXT NOT NULL" +
445                    ");");
446
447            createAccountsView(db);
448            createThumbnails(db);
449
450            mSyncHelper.createDatabase(db);
451
452            if (!importFromBrowserProvider(db)) {
453                createDefaultBookmarks(db);
454            }
455
456            enableSync(db);
457            createOmniboxSuggestions(db);
458        }
459
460        void createOmniboxSuggestions(SQLiteDatabase db) {
461            db.execSQL(SQL_CREATE_VIEW_OMNIBOX_SUGGESTIONS);
462        }
463
464        void createThumbnails(SQLiteDatabase db) {
465            db.execSQL("CREATE TABLE IF NOT EXISTS " + TABLE_THUMBNAILS + "(" +
466                    Thumbnails._ID + " INTEGER PRIMARY KEY," +
467                    Thumbnails.THUMBNAIL + " BLOB NOT NULL" +
468                    ");");
469        }
470
471        void enableSync(SQLiteDatabase db) {
472            ContentValues values = new ContentValues();
473            values.put(Settings.KEY, Settings.KEY_SYNC_ENABLED);
474            values.put(Settings.VALUE, 1);
475            insertSettingsInTransaction(db, values);
476            // Enable bookmark sync on all accounts
477            AccountManager am = (AccountManager) getContext().getSystemService(
478                    Context.ACCOUNT_SERVICE);
479            if (am == null) {
480                return;
481            }
482            Account[] accounts = am.getAccountsByType("com.google");
483
```

```
484                         return;
485                     }
486                 }
487                 for (Account account : accounts) {
488                     if (ContentResolver.getIsSyncable(
489                             account, BrowserContract.AUTHORITY) == 0) {
490                         // Account wasn't syncable, enable it
491                         ContentResolver.setIsSyncable(
492                                 account, BrowserContract.AUTHORITY, 1);
493                         ContentResolver.setSyncAutomatically(
494                                 account, BrowserContract.AUTHORITY, true);
495                     }
496                 }
497             }
498
499         boolean importFromBrowserProvider(SQLiteDatabase db) {
500             Context context = getContext();
501             File oldDbFile = context.getDatabasePath(BrowserProvider.sDatabaseName);
502             if (oldDbFile.exists()) {
503                 BrowserProvider.DatabaseHelper helper =
504                         new BrowserProvider.DatabaseHelper(context);
505                 SQLiteDatabase oldDb = helper.getWritableDatabase();
506                 Cursor c = null;
507                 try {
508                     String table = BrowserProvider.TABLE_NAMES[BrowserProvider.URI_MATCH_BOOKM
ARKS];
509                     // Import bookmarks
510                     c = oldDb.query(table,
511                             new String[] {
512                             BookmarkColumns.URL, // 0
513                             BookmarkColumns.TITLE, // 1
514                             BookmarkColumns.FAVICON, // 2
515                             BookmarkColumns.TOUCH_ICON, // 3
516                             BookmarkColumns.CREATED, // 4
517                             }, BookmarkColumns.BOOKMARK + "!=0", null,
518                             null, null, null);
519                     if (c != null) {
520                         while (c.moveToNext()) {
521                             ContentValues values = new ContentValues();
522                             values.put(Bookmarks.URL, c.getString(0));
523                             values.put(Bookmarks.TITLE, c.getString(1));
524                             values.put(Bookmarks.DATE_CREATED, c.getInt(4));
525                             values.put(Bookmarks.POSITION, 0);
526                             values.put(Bookmarks.PARENT, FIXED_ID_ROOT);
527                             ContentValues imageValues = new ContentValues();
528                             imageValues.put(Images.URL, c.getString(0));
529                             imageValues.put(Images.FAVICON, c.getBlob(2));
530                             imageValues.put(Images.TOUCH_ICON, c.getBlob(3));
531                             db.insertOrThrow(TABLE_IMAGES, Images.THUMBNAIL, imageValues);
532                             db.insertOrThrow(TABLE_BOOKMARKS, Bookmarks.DIRTY, values);
533                         }
534                         c.close();
535                     }
536                     // Import history
537                     c = oldDb.query(table,
538                             new String[] {
539                             BookmarkColumns.URL, // 0
540                             BookmarkColumns.TITLE, // 1
541                             BookmarkColumns.VISITS, // 2
542                             BookmarkColumns.DATE, // 3
543                             BookmarkColumns.CREATED, // 4
544                             }, BookmarkColumns.VISITS + " > 0 OR "
545                             + BookmarkColumns.BOOKMARK + " = 0",
546                             null, null, null, null);
547                     if (c != null) {
548                         while (c.moveToNext()) {
549                             ContentValues values = new ContentValues();
550                             values.put(History.URL, c.getString(0));
551                             values.put(History.TITLE, c.getString(1));
552                             values.put(History.VISITS, c.getInt(2));
553                             values.put(History.DATE_LAST_VISITED, c.getLong(3));
554                             values.put(History.DATE_CREATED, c.getLong(4));
555                             db.insertOrThrow(TABLE_HISTORY, History.FAVICON, values);
556                         }
557                         c.close();
558                     }
559                     // Wipe the old DB, in case the delete fails.
560                     oldDb.delete(table, null, null);
561                 } finally {
562                     if (c != null) c.close();
563                     oldDb.close();
564                     helper.close();
```

```
565                 if (!oldDbFile.delete()) {
566                     oldDbFile.deleteOnExit();
567                 }
568
569                 return true;
570             }
571             return false;
572         }
573
574         void createAccountsView(SQLiteDatabase db) {
575             db.execSQL("CREATE VIEW IF NOT EXISTS v_accounts AS "
576                     + "SELECT NULL AS " + Accounts.ACCOUNT_NAME
577                     + ", NULL AS " + Accounts.ACCOUNT_TYPE
578                     + ". " + FIXED_ID_ROOT + " AS " + Accounts.ROOT_ID
579                     + " UNION ALL SELECT " + Accounts.ACCOUNT_NAME
580                     + "." + Accounts.ACCOUNT_TYPE + ". "
581                     + Bookmarks._ID + " AS " + Accounts.ROOT_ID
582                     + " FROM " + TABLE_BOOKMARKS + " WHERE "
583                     + ChromeSyncColumns.SERVER_UNIQUE + " = \""
584                     + ChromeSyncColumns.FOLDER_NAME_BOOKMARKS_BAR + "\" AND "
585                     + Bookmarks.IS_DELETED + " = 0");
586         }
587
588         @Override
589         public void onUpgrade(SQLiteDatabase db, int oldVersion, int newVersion) {
590             if (oldVersion < 32) {
591                 createOmniboxSuggestions(db);
592             }
593             if (oldVersion < 31) {
594                 createThumbnails(db);
595             }
596             if (oldVersion < 30) {
597                 db.execSQL("DROP VIEW IF EXISTS " + VIEW_SNAPSHOTS_COMBINED);
598                 db.execSQL("DROP TABLE IF EXISTS " + TABLE_SNAPSHOTS);
599             }
600             if (oldVersion < 28) {
601                 enableSync(db);
602             }
603             if (oldVersion < 27) {
604                 createAccountsView(db);
605             }
606             if (oldVersion < 26) {
607                 db.execSQL("DROP VIEW IF EXISTS combined");
608             }
609             if (oldVersion < 25) {
610                 db.execSQL("DROP TABLE IF EXISTS " + TABLE_BOOKMARKS);
611                 db.execSQL("DROP TABLE IF EXISTS " + TABLE_HISTORY);
612                 db.execSQL("DROP TABLE IF EXISTS " + TABLE_SEARCHES);
613                 db.execSQL("DROP TABLE IF EXISTS " + TABLE_IMAGES);
614                 db.execSQL("DROP TABLE IF EXISTS " + TABLE_SETTINGS);
615                 mSyncHelper.onAccountsChanged(db, new Account[] {}); // remove all sync info
616                 onCreate(db);
617             }
618         }
619
620         public void onOpen(SQLiteDatabase db) {
621             db.enableWriteAheadLogging();
622             mSyncHelper.onDatabaseOpened(db);
623         }
624
625         private void createDefaultBookmarks(SQLiteDatabase db) {
626             ContentValues values = new ContentValues();
627             // TODO figure out how to deal with localization for the defaults
628
629             // Bookmarks folder
630             values.put(Bookmarks._ID, FIXED_ID_ROOT);
631             values.put(ChromeSyncColumns.SERVER_UNIQUE, ChromeSyncColumns.FOLDER_NAME_BOOKMARK
S);
632             values.put(Bookmarks.TITLE, "Bookmarks");
633             values.putNull(Bookmarks.PARENT);
634             values.put(Bookmarks.POSITION, 0);
635             values.put(Bookmarks.IS_FOLDER, true);
636             values.put(Bookmarks.DIRTY, true);
637             db.insertOrThrow(TABLE_BOOKMARKS, null, values);
638
639             addDefaultBookmarks(db, FIXED_ID_ROOT);
640         }
641
642         private void addDefaultBookmarks(SQLiteDatabase db, long parentId) {
643             Resources res = getContext().getResources();
644             final CharSequence[] bookmarks = res.getTextArray(
645                     R.array.bookmarks);
```

```
646         ... obtain later.
647         TypedArray preloads = res.obtainTypedArray(R.array.bookmark_preloads);
648         try {
649             String parent = Long.toString(parentId);
650             String now = Long.toString(System.currentTimeMillis());
651             for (int i = 0; i < size; i = i + 2) {
652                 CharSequence bookmarkDestination = replaceSystemPropertyInString(getContex
t(),
653                         bookmarks[i + 1]);
654                 db.execSQL("INSERT INTO bookmarks (" +
655                         Bookmarks.TITLE + "," +
656                         Bookmarks.URL + "," +
657                         Bookmarks.IS_FOLDER + "," +
658                         Bookmarks.PARENT + "," +
659                         Bookmarks.POSITION + "," +
660                         Bookmarks.DATE_CREATED +
661                     ") VALUES (" +
662                         "'" + bookmarks[i] + "'," +
663                         "'" + bookmarkDestination + "'," +
664                         "0," +
665                         parent + "," +
666                         Integer.toString(i) + "," +
667                         now +
668                         ");");
669
670                 int faviconId = preloads.getResourceId(i, 0);
671                 int thumbId = preloads.getResourceId(i + 1, 0);
672                 byte[] thumb = null, favicon = null;
673                 try {
674                     thumb = readRaw(res, thumbId);
675                 } catch (IOException e) {
676                 }
677                 try {
678                     favicon = readRaw(res, faviconId);
679                 } catch (IOException e) {
680                 }
681                 if (thumb != null || favicon != null) {
682                     ContentValues imageValues = new ContentValues();
683                     imageValues.put(Images.URL, bookmarkDestination.toString());
684                     if (favicon != null) {
685                         imageValues.put(Images.FAVICON, favicon);
686                     }
687                     if (thumb != null) {
688                         imageValues.put(Images.THUMBNAIL, thumb);
689                     }
690                     db.insert(TABLE_IMAGES, Images.FAVICON, imageValues);
691                 }
692             }
693         } catch (ArrayIndexOutOfBoundsException e) {
694         }
695     }
696
697     private byte[] readRaw(Resources res, int id) throws IOException {
698         if (id == 0) {
699             return null;
700         }
701         InputStream is = res.openRawResource(id);
702         try {
703             ByteArrayOutputStream bos = new ByteArrayOutputStream();
704             byte[] buf = new byte[4096];
705             int read;
706             while ((read = is.read(buf)) > 0) {
707                 bos.write(buf, 0, read);
708             }
709             bos.flush();
710             return bos.toByteArray();
711         } finally {
712             is.close();
713         }
714     }
715
716     // XXX: This is a major hack to remove our dependency on gsf constants and
717     // its content provider. http://b/issue?id=2425179
718     private String getClientId(ContentResolver cr) {
719         String ret = "android-google";
720         Cursor c = null;
721         try {
722             c = cr.query(Uri.parse("content://com.google.settings/partner"),
723                     new String[] { "value" }, "name='client_id'", null, null);
724             if (c != null && c.moveToNext()) {
725                 ret = c.getString(0);
726             }
```

```
727                    // fall through to return the default
728            } finally {
729                if (c != null) {
730                    c.close();
731                }
732            }
733        }
734        return ret;
735    }
736
737    private CharSequence replaceSystemPropertyInString(Context context, CharSequence srcSt
ring) {
738        StringBuffer sb = new StringBuffer();
739        int lastCharLoc = 0;
740
741        final String client_id = getClientId(context.getContentResolver());
742
743        for (int i = 0; i < srcString.length(); ++i) {
744            char c = srcString.charAt(i);
745            if (c == '{') {
746                sb.append(srcString.subSequence(lastCharLoc, i));
747                lastCharLoc = i;
748          inner:
749                for (int j = i; j < srcString.length(); ++j) {
750                    char k = srcString.charAt(j);
751                    if (k == '}') {
752                        String propertyKeyValue = srcString.subSequence(i + 1, j).toString
();
753                        if (propertyKeyValue.equals("CLIENT_ID")) {
754                            sb.append(client_id);
755                        } else {
756                            sb.append("unknown");
757                        }
758                        lastCharLoc = j + 1;
759                        i = j;
760                        break inner;
761                    }
762                }
763            }
764        }
765        if (srcString.length() - lastCharLoc > 0) {
766            // Put on the tail, if there is one
767            sb.append(srcString.subSequence(lastCharLoc, srcString.length()));
768        }
769        return sb;
770    }
771    }
772
773    @Override
774    public SQLiteOpenHelper getDatabaseHelper(Context context) {
775        synchronized (this) {
776            if (mOpenHelper == null) {
777                mOpenHelper = new DatabaseHelper(context);
778            }
779            return mOpenHelper;
780        }
781    }
782
783    @Override
784    public boolean isCallerSyncAdapter(Uri uri) {
785        return uri.getBooleanQueryParameter(BrowserContract.CALLER_IS_SYNCADAPTER, false);
786    }
787
788    @VisibleForTesting
789    public void setWidgetObserver(ContentObserver obs) {
790        mWidgetObserver = obs;
791    }
792
793    void refreshWidgets() {
794        mUpdateWidgets = true;
795    }
796
797    @Override
798    protected void onEndTransaction(boolean callerIsSyncAdapter) {
799        super.onEndTransaction(callerIsSyncAdapter);
800        if (mUpdateWidgets) {
801            if (mWidgetObserver == null) {
802                BookmarkThumbnailWidgetProvider.refreshWidgets(getContext());
803            } else {
804                mWidgetObserver.dispatchChange(false);
805            }
806            mUpdateWidgets = false;
```

Case 5:12-cv-00630-LHK   Document 117-17   Filed 04/23/12   Page 12 of 29

```
807                mSyncToNetwork = true;
808            }
809        }
810
811        @Override
812        public String getType(Uri uri) {
813            final int match = URI_MATCHER.match(uri);
814            switch (match) {
815                case LEGACY:
816                case BOOKMARKS:
817                    return Bookmarks.CONTENT_TYPE;
818                case LEGACY_ID:
819                case BOOKMARKS_ID:
820                    return Bookmarks.CONTENT_ITEM_TYPE;
821                case HISTORY:
822                    return History.CONTENT_TYPE;
823                case HISTORY_ID:
824                    return History.CONTENT_ITEM_TYPE;
825                case SEARCHES:
826                    return Searches.CONTENT_TYPE;
827                case SEARCHES_ID:
828                    return Searches.CONTENT_ITEM_TYPE;
829            }
830            return null;
831        }
832
833        boolean isNullAccount(String account) {
834            if (account == null) return true;
835            account = account.trim();
836            return account.length() == 0 || account.equals("null");
837        }
838
839        Object[] getSelectionWithAccounts(Uri uri, String selection, String[] selectionArgs) {
840            // Look for account info
841            String accountType = uri.getQueryParameter(Bookmarks.PARAM_ACCOUNT_TYPE);
842            String accountName = uri.getQueryParameter(Bookmarks.PARAM_ACCOUNT_NAME);
843            boolean hasAccounts = false;
844            if (accountType != null && accountName != null) {
845                if (!isNullAccount(accountType) && !isNullAccount(accountName)) {
846                    selection = DatabaseUtils.concatenateWhere(selection,
847                            Bookmarks.ACCOUNT_TYPE + "=? AND " + Bookmarks.ACCOUNT_NAME + "=? ");
848                    selectionArgs = DatabaseUtils.appendSelectionArgs(selectionArgs,
849                            new String[] { accountType, accountName });
850                    hasAccounts = true;
851                } else {
852                    selection = DatabaseUtils.concatenateWhere(selection,
853                            Bookmarks.ACCOUNT_NAME + " IS NULL AND " +
854                            Bookmarks.ACCOUNT_TYPE + " IS NULL");
855                }
856            }
857            return new Object[] { selection, selectionArgs, hasAccounts };
858        }
859
860        @Override
861        public Cursor query(Uri uri, String[] projection, String selection, String[] selectionArgs
862    ,            String sortOrder) {
863            SQLiteDatabase db = mOpenHelper.getReadableDatabase();
864            final int match = URI_MATCHER.match(uri);
865            SQLiteQueryBuilder qb = new SQLiteQueryBuilder();
866            String limit = uri.getQueryParameter(BrowserContract.PARAM_LIMIT);
867            String groupBy = uri.getQueryParameter(PARAM_GROUP_BY);
868            switch (match) {
869                case ACCOUNTS: {
870                    qb.setTables(VIEW_ACCOUNTS);
871                    qb.setProjectionMap(ACCOUNTS_PROJECTION_MAP);
872                    String allowEmpty = uri.getQueryParameter(PARAM_ALLOW_EMPTY_ACCOUNTS);
873                    if ("false".equals(allowEmpty)) {
874                        selection = DatabaseUtils.concatenateWhere(selection,
875                                SQL_WHERE_ACCOUNT_HAS_BOOKMARKS);
876                    }
877                    if (sortOrder == null) {
878                        sortOrder = DEFAULT_SORT_ACCOUNTS;
879                    }
880                    break;
881                }
882
883                case BOOKMARKS_FOLDER_ID:
884                case BOOKMARKS_ID:
885                case BOOKMARKS: {
886                    // Only show deleted bookmarks if requested to do so
887                    if (!uri.getBooleanQueryParameter(Bookmarks.QUERY_PARAMETER_SHOW_DELETED, fals
```

```
         e)) {
888                        selection = DatabaseUtils.concatenateWhere(
889                                Bookmarks.IS_DELETED + "=0", selection);
890                    }
891
892                    if (match == BOOKMARKS_ID) {
893                        // Tack on the ID of the specific bookmark requested
894                        selection = DatabaseUtils.concatenateWhere(selection,
895                                TABLE_BOOKMARKS + "." + Bookmarks._ID + "=?");
896                        selectionArgs = DatabaseUtils.appendSelectionArgs(selectionArgs,
897                                new String[] { Long.toString(ContentUris.parseId(uri)) });
898                    } else if (match == BOOKMARKS_FOLDER_ID) {
899                        // Tack on the ID of the specific folder requested
900                        selection = DatabaseUtils.concatenateWhere(selection,
901                                TABLE_BOOKMARKS + "." + Bookmarks.PARENT + "=?");
902                        selectionArgs = DatabaseUtils.appendSelectionArgs(selectionArgs,
903                                new String[] { Long.toString(ContentUris.parseId(uri)) });
904                    }
905
906                    Object[] withAccount = getSelectionWithAccounts(uri, selection, selectionArgs)
    ;
907                    selection = (String) withAccount[0];
908                    selectionArgs = (String[]) withAccount[1];
909                    boolean hasAccounts = (Boolean) withAccount[2];
910
911                    // Set a default sort order if one isn't specified
912                    if (TextUtils.isEmpty(sortOrder)) {
913                        if (hasAccounts) {
914                            sortOrder = DEFAULT_BOOKMARKS_SORT_ORDER_SYNC;
915                        } else {
916                            sortOrder = DEFAULT_BOOKMARKS_SORT_ORDER;
917                        }
918                    }
919
920                    qb.setProjectionMap(BOOKMARKS_PROJECTION_MAP);
921                    qb.setTables(TABLE_BOOKMARKS_JOIN_IMAGES);
922                    break;
923                }
924
925                case BOOKMARKS_FOLDER: {
926                    // Look for an account
927                    boolean useAccount = false;
928                    String accountType = uri.getQueryParameter(Bookmarks.PARAM_ACCOUNT_TYPE);
929                    String accountName = uri.getQueryParameter(Bookmarks.PARAM_ACCOUNT_NAME);
930                    if (!isNullAccount(accountType) && !isNullAccount(accountName)) {
931                        useAccount = true;
932                    }
933
934                    qb.setTables(TABLE_BOOKMARKS_JOIN_IMAGES);
935                    String[] args;
936                    String query;
937                    // Set a default sort order if one isn't specified
938                    if (TextUtils.isEmpty(sortOrder)) {
939                        if (useAccount) {
940                            sortOrder = DEFAULT_BOOKMARKS_SORT_ORDER_SYNC;
941                        } else {
942                            sortOrder = DEFAULT_BOOKMARKS_SORT_ORDER;
943                        }
944                    }
945                    if (!useAccount) {
946                        qb.setProjectionMap(BOOKMARKS_PROJECTION_MAP);
947                        String where = Bookmarks.PARENT + "=? AND " + Bookmarks.IS_DELETED + "=0";
948                        where = DatabaseUtils.concatenateWhere(where, selection);
949                        args = new String[] { Long.toString(FIXED_ID_ROOT) };
950                        if (selectionArgs != null) {
951                            args = DatabaseUtils.appendSelectionArgs(args, selectionArgs);
952                        }
953                        query = qb.buildQuery(projection, where, null, null, sortOrder, null);
954                    } else {
955                        qb.setProjectionMap(BOOKMARKS_PROJECTION_MAP);
956                        String where = Bookmarks.ACCOUNT_TYPE + "=? AND " +
957                                Bookmarks.ACCOUNT_NAME + "=? " +
958                                "AND parent = " +
959                                "(SELECT _id FROM " + TABLE_BOOKMARKS + " WHERE " +
960                                ChromeSyncColumns.SERVER_UNIQUE + "=" +
961                                "'" + ChromeSyncColumns.FOLDER_NAME_BOOKMARKS_BAR + "' " +
962                                "AND account_type = ? AND account_name = ?) " +
963                                "AND " + Bookmarks.IS_DELETED + "=0";
964                        where = DatabaseUtils.concatenateWhere(where, selection);
965                        String bookmarksBarQuery = qb.buildQuery(projection,
966                                where, null, null, null, null);
967                        args = new String[] {accountType, accountName,
```

```
968
969                     if (selectionArgs != null) {
970                         args = DatabaseUtils.appendSelectionArgs(args, selectionArgs);
971                     }
972
973                     where = Bookmarks.ACCOUNT_TYPE + "=? AND " + Bookmarks.ACCOUNT_NAME + "=?"
     +
974                         " AND " + ChromeSyncColumns.SERVER_UNIQUE + "=?";
975                     where = DatabaseUtils.concatenateWhere(where, selection);
976                     qb.setProjectionMap(OTHER_BOOKMARKS_PROJECTION_MAP);
977                     String otherBookmarksQuery = qb.buildQuery(projection,
978                         where, null, null, null, null);
979
980                     query = qb.buildUnionQuery(
981                         new String[] { bookmarksBarQuery, otherBookmarksQuery },
982                         sortOrder, limit);
983
984                     args = DatabaseUtils.appendSelectionArgs(args, new String[] {
985                         accountType, accountName, ChromeSyncColumns.FOLDER_NAME_OTHER_BOOK
MARKS,
986                         });
987                     if (selectionArgs != null) {
988                         args = DatabaseUtils.appendSelectionArgs(args, selectionArgs);
989                     }
990                 }
991
992                 Cursor cursor = db.rawQuery(query, args);
993                 if (cursor != null) {
994                     cursor.setNotificationUri(getContext().getContentResolver(),
995                         BrowserContract.AUTHORITY_URI);
996                 }
997                 return cursor;
998             }
999
1000             case BOOKMARKS_DEFAULT_FOLDER_ID: {
1001                 String accountName = uri.getQueryParameter(Bookmarks.PARAM_ACCOUNT_NAME);
1002                 String accountType = uri.getQueryParameter(Bookmarks.PARAM_ACCOUNT_TYPE);
1003                 long id = queryDefaultFolderId(accountName, accountType);
1004                 MatrixCursor c = new MatrixCursor(new String[] {Bookmarks._ID});
1005                 c.newRow().add(id);
1006                 return c;
1007             }
1008
1009             case BOOKMARKS_SUGGESTIONS: {
1010                 return doSuggestQuery(selection, selectionArgs, limit);
1011             }
1012
1013             case HISTORY_ID: {
1014                 selection = DatabaseUtils.concatenateWhere(selection, TABLE_HISTORY + "._id=?")
     ;
1015                 selectionArgs = DatabaseUtils.appendSelectionArgs(selectionArgs,
1016                     new String[] { Long.toString(ContentUris.parseId(uri)) });
1017                 // fall through
1018             }
1019             case HISTORY: {
1020                 filterSearchClient(selectionArgs);
1021                 if (sortOrder == null) {
1022                     sortOrder = DEFAULT_SORT_HISTORY;
1023                 }
1024                 qb.setProjectionMap(HISTORY_PROJECTION_MAP);
1025                 qb.setTables(TABLE_HISTORY_JOIN_IMAGES);
1026                 break;
1027             }
1028
1029             case SEARCHES_ID: {
1030                 selection = DatabaseUtils.concatenateWhere(selection, TABLE_SEARCHES + "._id=?"
     );
1031                 selectionArgs = DatabaseUtils.appendSelectionArgs(selectionArgs,
1032                     new String[] { Long.toString(ContentUris.parseId(uri)) });
1033                 // fall through
1034             }
1035             case SEARCHES: {
1036                 qb.setTables(TABLE_SEARCHES);
1037                 qb.setProjectionMap(SEARCHES_PROJECTION_MAP);
1038                 break;
1039             }
1040
1041             case SYNCSTATE: {
1042                 return mSyncHelper.query(db, projection, selection, selectionArgs, sortOrder);
1043             }
1044
1045             case SYNCSTATE_ID: {
```

```
1046                    String selectionWithId =
1047                            (SyncStateContract.Columns._ID + "=" + ContentUris.parseId(uri) + " ")
1048                            + (selection == null ? "" : " AND(" + selection + ")");
1049                    return mSyncHelper.query(db, projection, selectionWithId, selectionArgs, sortO
1050
rder);
1051                }

1052
1053                case IMAGES: {
1054                    qb.setTables(TABLE_IMAGES);
1055                    qb.setProjectionMap(IMAGES_PROJECTION_MAP);
1056                    break;
1057                }
1058
1059                case LEGACY_ID:
1060                case COMBINED_ID: {
1061                    selection = DatabaseUtils.concatenateWhere(
1062                            selection, Combined._ID + "=CAST(? AS INTEGER)");
1063                    selectionArgs = DatabaseUtils.appendSelectionArgs(selectionArgs,
1064                            new String[] { Long.toString(ContentUris.parseId(uri)) });
1065                    // fall through
1066                }
1067                case LEGACY:
1068                case COMBINED: {
1069                    if ((match == LEGACY || match == LEGACY_ID)
1070                            && projection == null) {
1071                        projection = Browser.HISTORY_PROJECTION;
1072                    }
1073                    String[] args = createCombinedQuery(uri, projection, qb);
1074                    if (selectionArgs == null) {
1075                        selectionArgs = args;
1076                    } else {
1077                        selectionArgs = DatabaseUtils.appendSelectionArgs(args, selectionArgs);
1078                    }
1079                    break;
1080                }
1081
1082                case SETTINGS: {
1083                    qb.setTables(TABLE_SETTINGS);
1084                    qb.setProjectionMap(SETTINGS_PROJECTION_MAP);
1085                    break;
1086                }
1087
1088                case THUMBNAILS_ID: {
1089                    selection = DatabaseUtils.concatenateWhere(
1090                            selection, Thumbnails._ID + "=?");
1091                    selectionArgs = DatabaseUtils.appendSelectionArgs(selectionArgs,
1092                            new String[] { Long.toString(ContentUris.parseId(uri)) });
1093                    // fall through
1094                }
1095                case THUMBNAILS: {
1096                    qb.setTables(TABLE_THUMBNAILS);
1097                    break;
1098                }
1099
1100                case OMNIBOX_SUGGESTIONS: {
1101                    qb.setTables(VIEW_OMNIBOX_SUGGESTIONS);
1102                    break;
1103                }
1104
1105                default: {
1106                    throw new UnsupportedOperationException("Unknown URL " + uri.toString());
1107                }
1108            }
1109
1110        Cursor cursor = qb.query(db, projection, selection, selectionArgs, groupBy,
1111                null, sortOrder, limit);
1112        cursor.setNotificationUri(getContext().getContentResolver(), BrowserContract.AUTHORITY
_URI);
1113            return cursor;
1114        }
1115
1116        private Cursor doSuggestQuery(String selection, String[] selectionArgs, String limit) {
1117            if (TextUtils.isEmpty(selectionArgs[0])) {
1118                selection = ZERO_QUERY_SUGGEST_SELECTION;
1119                selectionArgs = null;
1120            } else {
1121                String like = selectionArgs[0] + "%";
1122                if (selectionArgs[0].startsWith("http")
1123                        || selectionArgs[0].startsWith("file")) {
1124                    selectionArgs[0] = like;
1125                } else {
```

```
1126              selectionArgs[0] = "http://" + like;
1127              selectionArgs[1] = "http://www." + like;
1128              selectionArgs[2] = "https://" + like;
1129              selectionArgs[3] = "https://www." + like;
1130              // To match against titles.
1131              selectionArgs[4] = like;
1132              selectionArgs[5] = like;
1133              selection = SUGGEST_SELECTION;
1134          }
1135
1136          selection = DatabaseUtils.concatenateWhere(selection,
1137                  Bookmarks.IS_DELETED + " =0 AND " + Bookmarks.IS_FOLDER + " =0");
1138
1139      }
1140      Cursor c = mOpenHelper.getReadableDatabase().query(TABLE_BOOKMARKS_JOIN_HISTORY,
1141              SUGGEST_PROJECTION, selection, selectionArgs, null, null,
1142              SUGGEST_ORDER_BY, null);
1143
1144      return new SuggestionsCursor(c);
1145  }
1146
1147  private String[] createCombinedQuery(
1148          Uri uri, String[] projection, SQLiteQueryBuilder qb) {
1149      String[] args = null;
1150      StringBuilder whereBuilder = new StringBuilder(128);
1151      whereBuilder.append(Bookmarks.IS_DELETED);
1152      whereBuilder.append(" =0");
1153      // Look for account info
1154      Object[] withAccount = getSelectionWithAccounts(uri, null, null);
1155      String selection = (String) withAccount[0];
1156      String[] selectionArgs = (String[]) withAccount[1];
1157      if (selection != null) {
1158          whereBuilder.append(" AND " + selection);
1159          if (selectionArgs != null) {
1160              // We use the selection twice, hence we need to duplicate the args
1161              args = new String[selectionArgs.length * 2];
1162              System.arraycopy(selectionArgs, 0, args, 0, selectionArgs.length);
1163              System.arraycopy(selectionArgs, 0, args, selectionArgs.length,
1164                      selectionArgs.length);
1165          }
1166      }
1167      String where = whereBuilder.toString();
1168      // Build the bookmark subquery for history union subquery
1169      qb.setTables(TABLE_BOOKMARKS);
1170      String subQuery = qb.buildQuery(null, where, null, null, null, null);
1171      // Build the history union subquery
1172      qb.setTables(String.format(FORMAT_COMBINED_JOIN_SUBQUERY_JOIN_IMAGES, subQuery));
1173      qb.setProjectionMap(COMBINED_HISTORY_PROJECTION_MAP);
1174      String historySubQuery = qb.buildQuery(null,
1175              null, null, null, null, null);
1176      // Build the bookmark union subquery
1177      qb.setTables(TABLE_BOOKMARKS_JOIN_IMAGES);
1178      qb.setProjectionMap(COMBINED_BOOKMARK_PROJECTION_MAP);
1179      where += String.format(" AND %s NOT IN (SELECT %s FROM %s)",
1180              Combined.URL, History.URL, TABLE_HISTORY);
1181      String bookmarksSubQuery = qb.buildQuery(null, where,
1182              null, null, null, null);
1183      // Put it all together
1184      String query = qb.buildUnionQuery(
1185              new String[] {historySubQuery, bookmarksSubQuery},
1186              null, null);
1187      qb.setTables("(" + query + ")");
1188      qb.setProjectionMap(null);
1189      return args;
1190  }
1191
1192  int deleteBookmarks(String selection, String[] selectionArgs,
1193          boolean callerIsSyncAdapter) {
1194      //TODO cascade deletes down from folders
1195      final SQLiteDatabase db = mOpenHelper.getWritableDatabase();
1196      if (callerIsSyncAdapter) {
1197          return db.delete(TABLE_BOOKMARKS, selection, selectionArgs);
1198      }
1199      ContentValues values = new ContentValues();
1200      values.put(Bookmarks.DATE_MODIFIED, System.currentTimeMillis());
1201      values.put(Bookmarks.IS_DELETED, 1);
1202      return updateBookmarksInTransaction(values, selection, selectionArgs,
1203              callerIsSyncAdapter);
1204  }
1205
1206      @Override
1207  public int deleteInTransaction(Uri uri, String selection, String[] selectionArgs,
```

Case 5:12-cv-00630-LHK Document 117-17 Filed 04/23/12 Page 17 of 29

```
1208        final int match = URI_MATCHER.match(uri);
1209        final SQLiteDatabase db = mOpenHelper.getWritableDatabase();
1210        int deleted = 0;
1211        switch (match) {
1212            case BOOKMARKS_ID: {
1213                selection = DatabaseUtils.concatenateWhere(selection,
1214                        TABLE_BOOKMARKS + "._id=?");
1215                selectionArgs = DatabaseUtils.appendSelectionArgs(selectionArgs,
1216                        new String[] { Long.toString(ContentUris.parseId(uri)) });
1217                // fall through
1218            }
1219            case BOOKMARKS: {
1220                // Look for account info
1221                Object[] withAccount = getSelectionWithAccounts(uri, selection, selectionArgs)
1222        ;
1223                selection = (String) withAccount[0];
1224                selectionArgs = (String[]) withAccount[1];
1225                deleted = deleteBookmarks(selection, selectionArgs, callerIsSyncAdapter);
1226                pruneImages();
1227                if (deleted > 0) {
1228                    refreshWidgets();
1229                }
1230                break;
1231            }
1232
1233            case HISTORY_ID: {
1234                selection = DatabaseUtils.concatenateWhere(selection, TABLE_HISTORY + "._id=?")
1235        ;
1236                selectionArgs = DatabaseUtils.appendSelectionArgs(selectionArgs,
1237                        new String[] { Long.toString(ContentUris.parseId(uri)) });
1238                // fall through
1239            }
1240            case HISTORY: {
1241                filterSearchClient(selectionArgs);
1242                deleted = db.delete(TABLE_HISTORY, selection, selectionArgs);
1243                pruneImages();
1244                break;
1245            }
1246
1247            case SEARCHES_ID: {
1248                selection = DatabaseUtils.concatenateWhere(selection, TABLE_SEARCHES + "._id=?"
1249        );
1250                selectionArgs = DatabaseUtils.appendSelectionArgs(selectionArgs,
1251                        new String[] { Long.toString(ContentUris.parseId(uri)) });
1252                // fall through
1253            }
1254            case SEARCHES: {
1255                deleted = db.delete(TABLE_SEARCHES, selection, selectionArgs);
1256                break;
1257            }
1258
1259            case SYNCSTATE: {
1260                deleted = mSyncHelper.delete(db, selection, selectionArgs);
1261                break;
1262            }
1263            case SYNCSTATE_ID: {
1264                String selectionWithId =
1265                        (SyncStateContract.Columns._ID + "=" + ContentUris.parseId(uri) + " ")
1266                        + (selection == null ? "" : " AND (" + selection + ")");
1267                deleted = mSyncHelper.delete(db, selectionWithId, selectionArgs);
1268                break;
1269            }
1270            case LEGACY_ID: {
1271                selection = DatabaseUtils.concatenateWhere(
1272                        selection, Combined._ID + " = CAST(? AS INTEGER)");
1273                selectionArgs = DatabaseUtils.appendSelectionArgs(selectionArgs,
1274                        new String[] { Long.toString(ContentUris.parseId(uri)) });
1275                // fall through
1276            }
1277            case LEGACY: {
1278                String[] projection = new String[] { Combined._ID,
1279                        Combined.IS_BOOKMARK, Combined.URL };
1280                SQLiteQueryBuilder qb = new SQLiteQueryBuilder();
1281                String[] args = createCombinedQuery(uri, projection, qb);
1282                if (selectionArgs == null) {
1283                    selectionArgs = args;
1284                } else {
1285                    selectionArgs = DatabaseUtils.appendSelectionArgs(
1286                            args, selectionArgs);
1287                }
1288                Cursor c = qb.query(db, projection, selection, selectionArgs,
```

```
1287
1288                    while (c.moveToNext()) {
1289                        long id = c.getLong(0);
1290                        boolean isBookmark = c.getInt(1) != 0;
1291                        String url = c.getString(2);
1292                        if (isBookmark) {
1293                            deleted += deleteBookmarks(Bookmarks._ID + "=?",
1294                                    new String[] { Long.toString(id) },
1295                                    callerIsSyncAdapter);
1296                            db.delete(TABLE_HISTORY, History.URL + "=?",
1297                                    new String[] { url });
1298                        } else {
1299                            deleted += db.delete(TABLE_HISTORY,
1300                                    Bookmarks._ID + "=?",
1301                                    new String[] { Long.toString(id) });
1302                        }
1303                    }
1304                    c.close();
1305                    break;
1306                }
1307                case THUMBNAILS_ID: {
1308                    selection = DatabaseUtils.concatenateWhere(
1309                            selection, Thumbnails._ID + " = ?");
1310                    selectionArgs = DatabaseUtils.appendSelectionArgs(selectionArgs,
1311                            new String[] { Long.toString(ContentUris.parseId(uri)) });
1312                    // fall through
1313                }
1314                case THUMBNAILS: {
1315                    deleted = db.delete(TABLE_THUMBNAILS, selection, selectionArgs);
1316                    break;
1317                }
1318                default: {
1319                    throw new UnsupportedOperationException("Unknown delete URI " + uri);
1320                }
1321            }
1322            if (deleted > 0) {
1323                postNotifyUri(uri);
1324                if (shouldNotifyLegacy(uri)) {
1325                    postNotifyUri(LEGACY_AUTHORITY_URI);
1326                }
1327            }
1328            return deleted;
1329        }
1330
1331        long queryDefaultFolderId(String accountName, String accountType) {
1332            if (!isNullAccount(accountName) && !isNullAccount(accountType)) {
1333                final SQLiteDatabase db = mOpenHelper.getReadableDatabase();
1334                Cursor c = db.query(TABLE_BOOKMARKS, new String[] { Bookmarks._ID },
1335                        ChromeSyncColumns.SERVER_UNIQUE + " =?" +
1336                        " AND account_type = ? AND account_name = ?",
1337                        new String[] { ChromeSyncColumns.FOLDER_NAME_BOOKMARKS_BAR,
1338                        accountType, accountName }, null, null, null);
1339                try {
1340                    if (c.moveToFirst()) {
1341                        return c.getLong(0);
1342                    }
1343                } finally {
1344                    c.close();
1345                }
1346            }
1347            return FIXED_ID_ROOT;
1348        }
1349
1350        @Override
1351        public Uri insertInTransaction(Uri uri, ContentValues values, boolean callerIsSyncAdapter)
       {
1352            int match = URI_MATCHER.match(uri);
1353            final SQLiteDatabase db = mOpenHelper.getWritableDatabase();
1354            long id = -1;
1355            if (match == LEGACY) {
1356                // Intercept and route to the correct table
1357                Integer bookmark = values.getAsInteger(BookmarkColumns.BOOKMARK);
1358                values.remove(BookmarkColumns.BOOKMARK);
1359                if (bookmark == null || bookmark == 0) {
1360                    match = HISTORY;
1361                } else {
1362                    match = BOOKMARKS;
1363                    values.remove(BookmarkColumns.DATE);
1364                    values.remove(BookmarkColumns.VISITS);
1365                    values.remove(BookmarkColumns.USER_ENTERED);
1366                    values.put(Bookmarks.IS_FOLDER, 0);
1367                }
```

```
1368        switch (match) {
1369            case BOOKMARKS: {
1370                // Mark rows dirty if they're not coming from a sync adapter
1371                if (!callerIsSyncAdapter) {
1372                    long now = System.currentTimeMillis();
1373                    values.put(Bookmarks.DATE_CREATED, now);
1374                    values.put(Bookmarks.DATE_MODIFIED, now);
1375                    values.put(Bookmarks.DIRTY, 1);
1376
1377
1378                    boolean hasAccounts = values.containsKey(Bookmarks.ACCOUNT_TYPE)
1379                            || values.containsKey(Bookmarks.ACCOUNT_NAME);
1380                    String accountType = values
1381                            .getAsString(Bookmarks.ACCOUNT_TYPE);
1382                    String accountName = values
1383                            .getAsString(Bookmarks.ACCOUNT_NAME);
1384                    boolean hasParent = values.containsKey(Bookmarks.PARENT);
1385                    if (hasParent && hasAccounts) {
1386                        // Let's make sure it's valid
1387                        long parentId = values.getAsLong(Bookmarks.PARENT);
1388                        hasParent = isValidParent(
1389                                accountType, accountName, parentId);
1390                    } else if (hasParent && !hasAccounts) {
1391                        long parentId = values.getAsLong(Bookmarks.PARENT);
1392                        hasParent = setParentValues(parentId, values);
1393                    }
1394
1395                    // If no parent is set default to the "Bookmarks Bar" folder
1396                    if (!hasParent) {
1397                        values.put(Bookmarks.PARENT,
1398                                queryDefaultFolderId(accountName, accountType));
1399                    }
1400                }
1401
1402                // If no position is requested put the bookmark at the beginning of the list
1403                if (!values.containsKey(Bookmarks.POSITION)) {
1404                    values.put(Bookmarks.POSITION, Long.toString(Long.MIN_VALUE));
1405                }
1406
1407                // Extract out the image values so they can be inserted into the images table
1408                String url = values.getAsString(Bookmarks.URL);
1409                ContentValues imageValues = extractImageValues(values, url);
1410                Boolean isFolder = values.getAsBoolean(Bookmarks.IS_FOLDER);
1411                if ((isFolder == null || !isFolder)
1412                        && imageValues != null && !TextUtils.isEmpty(url)) {
1413                    int count = db.update(TABLE_IMAGES, imageValues, Images.URL + "=?",
1414                            new String[] { url });
1415                    if (count == 0) {
1416                        db.insertOrThrow(TABLE_IMAGES, Images.FAVICON, imageValues);
1417                    }
1418                }
1419
1420                id = db.insertOrThrow(TABLE_BOOKMARKS, Bookmarks.DIRTY, values);
1421                refreshWidgets();
1422                break;
1423            }
1424
1425            case HISTORY: {
1426                // If no created time is specified set it to now
1427                if (!values.containsKey(History.DATE_CREATED)) {
1428                    values.put(History.DATE_CREATED, System.currentTimeMillis());
1429                }
1430                String url = values.getAsString(History.URL);
1431                url = filterSearchClient(url);
1432                values.put(History.URL, url);
1433
1434                // Extract out the image values so they can be inserted into the images table
1435                ContentValues imageValues = extractImageValues(values,
1436                        values.getAsString(History.URL));
1437                if (imageValues != null) {
1438                    db.insertOrThrow(TABLE_IMAGES, Images.FAVICON, imageValues);
1439                }
1440
1441                id = db.insertOrThrow(TABLE_HISTORY, History.VISITS, values);
1442                break;
1443            }
1444
1445            case SEARCHES: {
1446                id = insertSearchesInTransaction(db, values);
1447                break;
1448            }
1449
```

```
1450                         id = mSyncHelper.insert(db, values);
1451                     break;
1452                 }
1453             }
1454
1455             case SETTINGS: {
1456                 id = 0;
1457                 insertSettingsInTransaction(db, values);
1458                 break;
1459             }
1460
1461             case THUMBNAILS: {
1462                 id = db.replaceOrThrow(TABLE_THUMBNAILS, null, values);
1463                 break;
1464             }
1465
1466             default: {
1467                 throw new UnsupportedOperationException("Unknown insert URI " + uri);
1468             }
1469         }
1470
1471         if (id >= 0) {
1472             postNotifyUri(uri);
1473             if (shouldNotifyLegacy(uri)) {
1474                 postNotifyUri(LEGACY_AUTHORITY_URI);
1475             }
1476             return ContentUris.withAppendedId(uri, id);
1477         } else {
1478             return null;
1479         }
1480     }
1481
1482     private String[] getAccountNameAndType(long id) {
1483         if (id <= 0) {
1484             return null;
1485         }
1486         Uri uri = ContentUris.withAppendedId(Bookmarks.CONTENT_URI, id);
1487         Cursor c = query(uri,
1488                 new String[] { Bookmarks.ACCOUNT_NAME, Bookmarks.ACCOUNT_TYPE },
1489                 null, null, null);
1490         try {
1491             if (c.moveToFirst()) {
1492                 String parentName = c.getString(0);
1493                 String parentType = c.getString(1);
1494                 return new String[] { parentName, parentType };
1495             }
1496             return null;
1497         } finally {
1498             c.close();
1499         }
1500     }
1501
1502     private boolean setParentValues(long parentId, ContentValues values) {
1503         String[] parent = getAccountNameAndType(parentId);
1504         if (parent == null) {
1505             return false;
1506         }
1507         values.put(Bookmarks.ACCOUNT_NAME, parent[0]);
1508         values.put(Bookmarks.ACCOUNT_TYPE, parent[1]);
1509         return true;
1510     }
1511
1512     private boolean isValidParent(String accountType, String accountName,
1513             long parentId) {
1514         String[] parent = getAccountNameAndType(parentId);
1515         if (parent != null
1516                 && TextUtils.equals(accountName, parent[0])
1517                 && TextUtils.equals(accountType, parent[1])) {
1518             return true;
1519         }
1520         return false;
1521     }
1522
1523     private void filterSearchClient(String[] selectionArgs) {
1524         if (selectionArgs != null) {
1525             for (int i = 0; i < selectionArgs.length; i++) {
1526                 selectionArgs[i] = filterSearchClient(selectionArgs[i]);
1527             }
1528         }
1529     }
1530
1531     // Filters out the client= param for search urls
```

```
1532      private Case 5:12-cv-00630-LHK-cleanupUrl117-17String url) {
1533              // remove "client" before updating it to the history so that it wont
1534              // show up in the auto-complete list.
1535              int index = url.indexOf("client=");
1536              if (index > 0 && url.contains(".google.")) {
1537                  int end = url.indexOf('&', index);
1538                  if (end > 0) {
1539                      url = url.substring(0, index)
1540                          .concat(url.substring(end + 1));
1541                  } else {
1542                      // the url.charAt(index-1) should be either '?' or '&'
1543                      url = url.substring(0, index-1);
1544                  }
1545              }
1546              return url;
1547      }
1548
1549      /**
1550       * Searches are unique, so perform an UPSERT manually since SQLite doesn't support them.
1551       */
1552      private long insertSearchesInTransaction(SQLiteDatabase db, ContentValues values) {
1553              String search = values.getAsString(Searches.SEARCH);
1554              if (TextUtils.isEmpty(search)) {
1555                  throw new IllegalArgumentException("Must include the SEARCH field");
1556              }
1557              Cursor cursor = null;
1558              try {
1559                  cursor = db.query(TABLE_SEARCHES, new String[] { Searches._ID },
1560                      Searches.SEARCH + "=?", new String[] { search }, null, null, null);
1561                  if (cursor.moveToNext()) {
1562                      long id = cursor.getLong(0);
1563                      db.update(TABLE_SEARCHES, values, Searches._ID + "=?",
1564                          new String[] { Long.toString(id) });
1565                      return id;
1566                  } else {
1567                      return db.insertOrThrow(TABLE_SEARCHES, Searches.SEARCH, values);
1568                  }
1569              } finally {
1570                  if (cursor != null) cursor.close();
1571              }
1572      }
1573
1574      /**
1575       * Settings are unique, so perform an UPSERT manually since SQLite doesn't support them.
1576       */
1577      private long insertSettingsInTransaction(SQLiteDatabase db, ContentValues values) {
1578              String key = values.getAsString(Settings.KEY);
1579              if (TextUtils.isEmpty(key)) {
1580                  throw new IllegalArgumentException("Must include the KEY field");
1581              }
1582              String[] keyArray = new String[] { key };
1583              Cursor cursor = null;
1584              try {
1585                  cursor = db.query(TABLE_SETTINGS, new String[] { Settings.KEY },
1586                      Settings.KEY + "=?", keyArray, null, null, null);
1587                  if (cursor.moveToNext()) {
1588                      long id = cursor.getLong(0);
1589                      db.update(TABLE_SETTINGS, values, Settings.KEY + "=?", keyArray);
1590                      return id;
1591                  } else {
1592                      return db.insertOrThrow(TABLE_SETTINGS, Settings.VALUE, values);
1593                  }
1594              } finally {
1595                  if (cursor != null) cursor.close();
1596              }
1597      }
1598
1599      @Override
1600      public int updateInTransaction(Uri uri, ContentValues values, String selection,
1601              String[] selectionArgs, boolean callerIsSyncAdapter) {
1602              int match = URI_MATCHER.match(uri);
1603              final SQLiteDatabase db = mOpenHelper.getWritableDatabase();
1604              if (match == LEGACY || match == LEGACY_ID) {
1605                  // Intercept and route to the correct table
1606                  Integer bookmark = values.getAsInteger(BookmarkColumns.BOOKMARK);
1607                  values.remove(BookmarkColumns.BOOKMARK);
1608                  if (bookmark == null || bookmark == 0) {
1609                      if (match == LEGACY) {
1610                          match = HISTORY;
1611                      } else {
1612                          match = HISTORY_ID;
1613                      }
```

```
1614              if (match == LEGACY) {
1615                  match = BOOKMARKS;
1616              } else {
1617                  match = BOOKMARKS_ID;
1618              }
1619
1620              values.remove(BookmarkColumns.DATE);
1621              values.remove(BookmarkColumns.VISITS);
1622              values.remove(BookmarkColumns.USER_ENTERED);
1623          }
1624      }
1625      int modified = 0;
1626      switch (match) {
1627          case BOOKMARKS_ID: {
1628              selection = DatabaseUtils.concatenateWhere(selection,
1629                      TABLE_BOOKMARKS + "._id=?");
1630              selectionArgs = DatabaseUtils.appendSelectionArgs(selectionArgs,
1631                      new String[] { Long.toString(ContentUris.parseId(uri)) });
1632              // fall through
1633          }
1634          case BOOKMARKS: {
1635              Object[] withAccount = getSelectionWithAccounts(uri, selection, selectionArgs)
1636      ;
1637              selection = (String) withAccount[0];
1638              selectionArgs = (String[]) withAccount[1];
1639              modified = updateBookmarksInTransaction(values, selection, selectionArgs,
1640                      callerIsSyncAdapter);
1641              if (modified > 0) {
1642                  refreshWidgets();
1643              }
1644              break;
1645          }
1646
1647          case HISTORY_ID: {
1648              selection = DatabaseUtils.concatenateWhere(selection, TABLE_HISTORY + "._id=?")
1649      ;
1650              selectionArgs = DatabaseUtils.appendSelectionArgs(selectionArgs,
1651                      new String[] { Long.toString(ContentUris.parseId(uri)) });
1652              // fall through
1653          }
1654          case HISTORY: {
1655              modified = updateHistoryInTransaction(values, selection, selectionArgs);
1656              break;
1657          }
1658
1659          case SYNCSTATE: {
1660              modified = mSyncHelper.update(mDb, values,
1661                      appendAccountToSelection(uri, selection), selectionArgs);
1662              break;
1663          }
1664
1665          case SYNCSTATE_ID: {
1666              selection = appendAccountToSelection(uri, selection);
1667              String selectionWithId =
1668                      (SyncStateContract.Columns._ID + "=" + ContentUris.parseId(uri) + " ")
1669                      + (selection == null ? "" : " AND(" + selection + ")");
1670              modified = mSyncHelper.update(mDb, values,
1671                      selectionWithId, selectionArgs);
1672              break;
1673          }
1674
1675          case IMAGES: {
1676              String url = values.getAsString(Images.URL);
1677              if (TextUtils.isEmpty(url)) {
1678                  throw new IllegalArgumentException("Images.URL is required");
1679              }
1680              if (!shouldUpdateImages(db, url, values)) {
1681                  return 0;
1682              }
1683              int count = db.update(TABLE_IMAGES, values, Images.URL + "=?",
1684                      new String[] { url });
1685              if (count == 0) {
1686                  db.insertOrThrow(TABLE_IMAGES, Images.FAVICON, values);
1687                  count = 1;
1688              }
1689              // Only favicon is exposed in the public API. If we updated
1690              // the thumbnail or touch icon don't bother notifying the
1691              // legacy authority since it can't read it anyway.
1692              boolean updatedLegacy = false;
1693              if (getUrlCount(db, TABLE_BOOKMARKS, url) > 0) {
1694                  postNotifyUri(Bookmarks.CONTENT_URI);
1695                  updatedLegacy = values.containsKey(Images.FAVICON);
```

Case 5:12-cv-00630-LHK   Document 117-17   Filed 04/23/12   Page 23 of 29

```
1694                         }
1695
1696                         if (getUrlCount(db, TABLE_HISTORY, url) > 0) {
1697                             postNotifyUri(History.CONTENT_URI);
1698                             updatedLegacy = values.containsKey(Images.FAVICON);
1699
1700                         if (pruneImages() > 0 || updatedLegacy) {
1701                             postNotifyUri(LEGACY_AUTHORITY_URI);
1702                         }
1703                         // Even though we may be calling notifyUri on Bookmarks, don't
1704                         // sync to network as images aren't synced. Otherwise this
1705                         // unnecessarily triggers a bookmark sync.
1706                         mSyncToNetwork = false;
1707                         return count;
1708                     }
1709
1710                     case SEARCHES: {
1711                         modified = db.update(TABLE_SEARCHES, values, selection, selectionArgs);
1712                         break;
1713                     }
1714
1715                     case ACCOUNTS: {
1716                         Account[] accounts = AccountManager.get(getContext()).getAccounts();
1717                         mSyncHelper.onAccountsChanged(mDb, accounts);
1718                         break;
1719                     }
1720
1721                     case THUMBNAILS: {
1722                         modified = db.update(TABLE_THUMBNAILS, values,
1723                                 selection, selectionArgs);
1724                         break;
1725                     }
1726
1727                     default: {
1728                         throw new UnsupportedOperationException("Unknown update URI " + uri);
1729                     }
1730                 }
1731                 pruneImages();
1732                 if (modified > 0) {
1733                     postNotifyUri(uri);
1734                     if (shouldNotifyLegacy(uri)) {
1735                         postNotifyUri(LEGACY_AUTHORITY_URI);
1736                     }
1737                 }
1738                 return modified;
1739             }
1740
1741             // We want to avoid sending out more URI notifications than we have to
1742             // Thus, we check to see if the images we are about to store are already there
1743             // This is used because things like a site's favion or touch icon is rarely
1744             // changed, but the browser tries to update it every time the page loads.
1745             // Without this, we will always send out 3 URI notifications per page load.
1746             // With this, that drops to 0 or 1, depending on if the thumbnail changed.
1747             private boolean shouldUpdateImages(
1748                     SQLiteDatabase db, String url, ContentValues values) {
1749                 final String[] projection = new String[] {
1750                         Images.FAVICON,
1751                         Images.THUMBNAIL,
1752                         Images.TOUCH_ICON,
1753                 };
1754                 Cursor cursor = db.query(TABLE_IMAGES, projection, Images.URL + "=?",
1755                         new String[] { url }, null, null, null);
1756                 byte[] nfavicon = values.getAsByteArray(Images.FAVICON);
1757                 byte[] nthumb = values.getAsByteArray(Images.THUMBNAIL);
1758                 byte[] ntouch = values.getAsByteArray(Images.TOUCH_ICON);
1759                 byte[] cfavicon = null;
1760                 byte[] cthumb = null;
1761                 byte[] ctouch = null;
1762                 try {
1763                     if (cursor.getCount() <= 0) {
1764                         return nfavicon != null || nthumb != null || ntouch != null;
1765                     }
1766                     while (cursor.moveToNext()) {
1767                         if (nfavicon != null) {
1768                             cfavicon = cursor.getBlob(0);
1769                             if (!Arrays.equals(nfavicon, cfavicon)) {
1770                                 return true;
1771                             }
1772                         }
1773                         if (nthumb != null) {
1774                             cthumb = cursor.getBlob(1);
1775                             if (!Arrays.equals(nthumb, cthumb)) {
```

```
1776                    }
1777                }
1778
1779                if (ntouch != null) {
1780                    ctouch = cursor.getBlob(2);
1781                    if (!Arrays.equals(ntouch, ctouch)) {
1782                        return true;
1783                    }
1784                }
1785            }
1786        } finally {
1787            cursor.close();
1788        }
1789        return false;
1790    }
1791
1792    int getUrlCount(SQLiteDatabase db, String table, String url) {
1793        Cursor c = db.query(table, new String[] { "COUNT(*)" },
1794                "url=?", new String[] { url }, null, null, null);
1795        try {
1796            int count = 0;
1797            if (c.moveToFirst()) {
1798                count = c.getInt(0);
1799            }
1800            return count;
1801        } finally {
1802            c.close();
1803        }
1804    }
1805
1806    /**
1807     * Does a query to find the matching bookmarks and updates each one with the provided valu
es.
1808     */
1809    int updateBookmarksInTransaction(ContentValues values, String selection,
1810            String[] selectionArgs, boolean callerIsSyncAdapter) {
1811        int count = 0;
1812        final SQLiteDatabase db = mOpenHelper.getWritableDatabase();
1813        final String[] bookmarksProjection = new String[] {
1814                Bookmarks._ID, // 0
1815                Bookmarks.VERSION, // 1
1816                Bookmarks.URL, // 2
1817                Bookmarks.TITLE, // 3
1818                Bookmarks.IS_FOLDER, // 4
1819                Bookmarks.ACCOUNT_NAME, // 5
1820                Bookmarks.ACCOUNT_TYPE, // 6
1821        };
1822        Cursor cursor = db.query(TABLE_BOOKMARKS, bookmarksProjection,
1823                selection, selectionArgs, null, null, null);
1824        boolean updatingParent = values.containsKey(Bookmarks.PARENT);
1825        String parentAccountName = null;
1826        String parentAccountType = null;
1827        if (updatingParent) {
1828            long parent = values.getAsLong(Bookmarks.PARENT);
1829            Cursor c = db.query(TABLE_BOOKMARKS, new String[] {
1830                    Bookmarks.ACCOUNT_NAME, Bookmarks.ACCOUNT_TYPE},
1831                    "_id=?", new String[] { Long.toString(parent) },
1832                    null, null, null);
1833            if (c.moveToFirst()) {
1834                parentAccountName = c.getString(0);
1835                parentAccountType = c.getString(1);
1836            }
1837            c.close();
1838        } else if (values.containsKey(Bookmarks.ACCOUNT_NAME)
1839                || values.containsKey(Bookmarks.ACCOUNT_TYPE)) {
1840            // TODO: Implement if needed (no one needs this yet)
1841        }
1842        try {
1843            String[] args = new String[1];
1844            // Mark the bookmark dirty if the caller isn't a sync adapter
1845            if (!callerIsSyncAdapter) {
1846                values.put(Bookmarks.DATE_MODIFIED, System.currentTimeMillis());
1847                values.put(Bookmarks.DIRTY, 1);
1848            }
1849
1850            boolean updatingUrl = values.containsKey(Bookmarks.URL);
1851            String url = null;
1852            if (updatingUrl) {
1853                url = values.getAsString(Bookmarks.URL);
1854            }
1855            ContentValues imageValues = extractImageValues(values, url);
1856
```

```
1857                  long id = cursor.getLong(0);
1858                  args[0] = Long.toString(id);
1859                  String accountName = cursor.getString(5);
1860                  String accountType = cursor.getString(6);
1861                  // If we are updating the parent and either the account name or
1862                  // type do not match that of the new parent
1863                  if (updatingParent
1864                          && (!TextUtils.equals(accountName, parentAccountName)
1865                              || !TextUtils.equals(accountType, parentAccountType))) {
1866                      // Parent is a different account
1867                      // First, insert a new bookmark/folder with the new account
1868                      // Then, if this is a folder, reparent all it's children
1869                      // Finally, delete the old bookmark/folder
1870                      ContentValues newValues = valuesFromCursor(cursor);
1871                      newValues.putAll(values);
1872                      newValues.remove(Bookmarks._ID);
1873                      newValues.remove(Bookmarks.VERSION);
1874                      newValues.put(Bookmarks.ACCOUNT_NAME, parentAccountName);
1875                      newValues.put(Bookmarks.ACCOUNT_TYPE, parentAccountType);
1876                      Uri insertUri = insertInTransaction(Bookmarks.CONTENT_URI,
1877                              newValues, callerIsSyncAdapter);
1878                      long newId = ContentUris.parseId(insertUri);
1879                      if (cursor.getInt(4) != 0) {
1880                          // This is a folder, reparent
1881                          ContentValues updateChildren = new ContentValues(1);
1882                          updateChildren.put(Bookmarks.PARENT, newId);
1883                          count += updateBookmarksInTransaction(updateChildren,
1884                                  Bookmarks.PARENT + "=?", new String[] {
1885                                  Long.toString(id)}, callerIsSyncAdapter);
1886                      }
1887                      // Now, delete the old one
1888                      Uri uri = ContentUris.withAppendedId(Bookmarks.CONTENT_URI, id);
1889                      deleteInTransaction(uri, null, null, callerIsSyncAdapter);
1890                      count += 1;
1891                  } else {
1892                      if (!callerIsSyncAdapter) {
1893                          // increase the local version for non-sync changes
1894                          values.put(Bookmarks.VERSION, cursor.getLong(1) + 1);
1895                      }
1896                      count += db.update(TABLE_BOOKMARKS, values, "_id=?", args);
1897                  }
1898
1899                  // Update the images over in their table
1900                  if (imageValues != null) {
1901                      if (!updatingUrl) {
1902                          url = cursor.getString(2);
1903                          imageValues.put(Images.URL, url);
1904                      }
1905
1906                      if (!TextUtils.isEmpty(url)) {
1907                          args[0] = url;
1908                          if (db.update(TABLE_IMAGES, imageValues, Images.URL + "=?", args) == 0
1909  ) {
1910                              db.insert(TABLE_IMAGES, Images.FAVICON, imageValues);
1911                          }
1912                      }
1913                  }
1914              }
1915          } finally {
1916              if (cursor != null) cursor.close();
1917          }
1918          return count;
1919      }
1920
1921      ContentValues valuesFromCursor(Cursor c) {
1922          int count = c.getColumnCount();
1923          ContentValues values = new ContentValues(count);
1924          String[] colNames = c.getColumnNames();
1925          for (int i = 0; i < count; i++) {
1926              switch (c.getType(i)) {
1927              case Cursor.FIELD_TYPE_BLOB:
1928                  values.put(colNames[i], c.getBlob(i));
1929                  break;
1930              case Cursor.FIELD_TYPE_FLOAT:
1931                  values.put(colNames[i], c.getFloat(i));
1932                  break;
1933              case Cursor.FIELD_TYPE_INTEGER:
1934                  values.put(colNames[i], c.getLong(i));
1935                  break;
1936              case Cursor.FIELD_TYPE_STRING:
1937                  values.put(colNames[i], c.getString(i));
```

```
1938                    }
1939                }
1940            }
1941            return values;
1942        }
1943
1944        /**
1945         * Does a query to find the matching bookmarks and updates each one with the provided valu
es.
1946         */
1947        int updateHistoryInTransaction(ContentValues values, String selection, String[] selectionA
rgs) {
1948            int count = 0;
1949            final SQLiteDatabase db = mOpenHelper.getWritableDatabase();
1950            filterSearchClient(selectionArgs);
1951            Cursor cursor = query(History.CONTENT_URI,
1952                    new String[] { History._ID, History.URL },
1953                    selection, selectionArgs, null);
1954            try {
1955                String[] args = new String[1];
1956
1957                boolean updatingUrl = values.containsKey(History.URL);
1958                String url = null;
1959                if (updatingUrl) {
1960                    url = filterSearchClient(values.getAsString(History.URL));
1961                    values.put(History.URL, url);
1962                }
1963                ContentValues imageValues = extractImageValues(values, url);
1964
1965                while (cursor.moveToNext()) {
1966                    args[0] = cursor.getString(0);
1967                    count += db.update(TABLE_HISTORY, values, "_id=?", args);
1968
1969                    // Update the images over in their table
1970                    if (imageValues != null) {
1971                        if (!updatingUrl) {
1972                            url = cursor.getString(1);
1973                            imageValues.put(Images.URL, url);
1974                        }
1975                        args[0] = url;
1976                        if (db.update(TABLE_IMAGES, imageValues, Images.URL + "=?", args) == 0) {
1977                            db.insert(TABLE_IMAGES, Images.FAVICON, imageValues);
1978                        }
1979                    }
1980                }
1981            } finally {
1982                if (cursor != null) cursor.close();
1983            }
1984            return count;
1985        }
1986
1987        String appendAccountToSelection(Uri uri, String selection) {
1988            final String accountName = uri.getQueryParameter(RawContacts.ACCOUNT_NAME);
1989            final String accountType = uri.getQueryParameter(RawContacts.ACCOUNT_TYPE);
1990
1991            final boolean partialUri = TextUtils.isEmpty(accountName) ^ TextUtils.isEmpty(accountT
ype);
1992            if (partialUri) {
1993                // Throw when either account is incomplete
1994                throw new IllegalArgumentException(
1995                        "Must specify both or neither of ACCOUNT_NAME and ACCOUNT_TYPE for " + uri);
1996            }
1997
1998            // Accounts are valid by only checking one parameter, since we've
1999            // already ruled out partial accounts.
2000            final boolean validAccount = !TextUtils.isEmpty(accountName);
2001            if (validAccount) {
2002                StringBuilder selectionSb = new StringBuilder(RawContacts.ACCOUNT_NAME + "="
2003                        + DatabaseUtils.sqlEscapeString(accountName) + " AND "
2004                        + RawContacts.ACCOUNT_TYPE + "="
2005                        + DatabaseUtils.sqlEscapeString(accountType));
2006                if (!TextUtils.isEmpty(selection)) {
2007                    selectionSb.append(" AND (");
2008                    selectionSb.append(selection);
2009                    selectionSb.append(')');
2010                }
2011                return selectionSb.toString();
2012            } else {
2013                return selection;
2014            }
2015        }
2016
```

```
2017            ContentValues imageValues = null;
2018            // favicon
2019            if (values.containsKey(Bookmarks.FAVICON)) {
2020                imageValues = new ContentValues();
2021                imageValues.put(Images.FAVICON, values.getAsByteArray(Bookmarks.FAVICON));
2022                values.remove(Bookmarks.FAVICON);
2023            }
2024
2025
2026            // thumbnail
2027            if (values.containsKey(Bookmarks.THUMBNAIL)) {
2028                if (imageValues == null) {
2029                    imageValues = new ContentValues();
2030                }
2031                imageValues.put(Images.THUMBNAIL, values.getAsByteArray(Bookmarks.THUMBNAIL));
2032                values.remove(Bookmarks.THUMBNAIL);
2033            }
2034
2035            // touch icon
2036            if (values.containsKey(Bookmarks.TOUCH_ICON)) {
2037                if (imageValues == null) {
2038                    imageValues = new ContentValues();
2039                }
2040                imageValues.put(Images.TOUCH_ICON, values.getAsByteArray(Bookmarks.TOUCH_ICON));
2041                values.remove(Bookmarks.TOUCH_ICON);
2042            }
2043
2044            if (imageValues != null) {
2045                imageValues.put(Images.URL,  url);
2046            }
2047            return imageValues;
2048        }
2049
2050        int pruneImages() {
2051            final SQLiteDatabase db = mOpenHelper.getWritableDatabase();
2052            return db.delete(TABLE_IMAGES, IMAGE_PRUNE, null);
2053        }
2054
2055        boolean shouldNotifyLegacy(Uri uri) {
2056            if (uri.getPathSegments().contains("history")
2057                    || uri.getPathSegments().contains("bookmarks")
2058                    || uri.getPathSegments().contains("searches")) {
2059                return true;
2060            }
2061            return false;
2062        }
2063
2064        @Override
2065        protected boolean syncToNetwork(Uri uri) {
2066            if (BrowserContract.AUTHORITY.equals(uri.getAuthority())
2067                    && uri.getPathSegments().contains("bookmarks")) {
2068                return mSyncToNetwork;
2069            }
2070            if (LEGACY_AUTHORITY.equals(uri.getAuthority())) {
2071                // Allow for 3rd party sync adapters
2072                return true;
2073            }
2074            return false;
2075        }
2076
2077        static class SuggestionsCursor extends AbstractCursor {
2078            private static final int ID_INDEX = 0;
2079            private static final int URL_INDEX = 1;
2080            private static final int TITLE_INDEX = 2;
2081            private static final int ICON_INDEX = 3;
2082            private static final int LAST_ACCESS_TIME_INDEX = 4;
2083            // shared suggestion array index, make sure to match COLUMNS
2084            private static final int SUGGEST_COLUMN_INTENT_ACTION_ID = 1;
2085            private static final int SUGGEST_COLUMN_INTENT_DATA_ID = 2;
2086            private static final int SUGGEST_COLUMN_TEXT_1_ID = 3;
2087            private static final int SUGGEST_COLUMN_TEXT_2_TEXT_ID = 4;
2088            private static final int SUGGEST_COLUMN_TEXT_2_URL_ID = 5;
2089            private static final int SUGGEST_COLUMN_ICON_1_ID = 6;
2090            private static final int SUGGEST_COLUMN_LAST_ACCESS_HINT_ID = 7;
2091
2092            // shared suggestion columns
2093            private static final String[] COLUMNS = new String[] {
2094                    BaseColumns._ID,
2095                    SearchManager.SUGGEST_COLUMN_INTENT_ACTION,
2096                    SearchManager.SUGGEST_COLUMN_INTENT_DATA,
2097                    SearchManager.SUGGEST_COLUMN_TEXT_1,
2098                    SearchManager.SUGGEST_COLUMN_TEXT_2,
```

Case 5:12-cv-00630-LHK Document 117-17   Filed 04/23/12   Page 28 of 29

```
2099                SearchManager.SUGGEST_COLUMN_ICON_1,
2100                SearchManager.SUGGEST_COLUMN_ICON_1,
2101                SearchManager.SUGGEST_COLUMN_LAST_ACCESS_HINT};
2102
2103        private final Cursor mSource;
2104
2105        public SuggestionsCursor(Cursor cursor) {
2106            mSource = cursor;
2107        }
2108
2109        @Override
2110        public String[] getColumnNames() {
2111            return COLUMNS;
2112        }
2113
2114        @Override
2115        public String getString(int columnIndex) {
2116            switch (columnIndex) {
2117            case ID_INDEX:
2118                return mSource.getString(columnIndex);
2119            case SUGGEST_COLUMN_INTENT_ACTION_ID:
2120                return Intent.ACTION_VIEW;
2121            case SUGGEST_COLUMN_INTENT_DATA_ID:
2122                return mSource.getString(URL_INDEX);
2123            case SUGGEST_COLUMN_TEXT_2_TEXT_ID:
2124            case SUGGEST_COLUMN_TEXT_2_URL_ID:
2125                return UrlUtils.stripUrl(mSource.getString(URL_INDEX));
2126            case SUGGEST_COLUMN_TEXT_1_ID:
2127                return mSource.getString(TITLE_INDEX);
2128            case SUGGEST_COLUMN_ICON_1_ID:
2129                return mSource.getString(ICON_INDEX);
2130            case SUGGEST_COLUMN_LAST_ACCESS_HINT_ID:
2131                return mSource.getString(LAST_ACCESS_TIME_INDEX);
2132            }
2133            return null;
2134        }
2135
2136        @Override
2137        public int getCount() {
2138            return mSource.getCount();
2139        }
2140
2141        @Override
2142        public double getDouble(int column) {
2143            throw new UnsupportedOperationException();
2144        }
2145
2146        @Override
2147        public float getFloat(int column) {
2148            throw new UnsupportedOperationException();
2149        }
2150
2151        @Override
2152        public int getInt(int column) {
2153            throw new UnsupportedOperationException();
2154        }
2155
2156        @Override
2157        public long getLong(int column) {
2158            switch (column) {
2159            case ID_INDEX:
2160                return mSource.getLong(ID_INDEX);
2161            case SUGGEST_COLUMN_LAST_ACCESS_HINT_ID:
2162                return mSource.getLong(LAST_ACCESS_TIME_INDEX);
2163            }
2164            throw new UnsupportedOperationException();
2165        }
2166
2167        @Override
2168        public short getShort(int column) {
2169            throw new UnsupportedOperationException();
2170        }
2171
2172        @Override
2173        public boolean isNull(int column) {
2174            return mSource.isNull(column);
2175        }
2176
2177        @Override
2178        public boolean onMove(int oldPosition, int newPosition) {
2179            return mSource.moveToPosition(newPosition);
2180        }
```

```
2181        }
2182
2183        // -----------------------------------------------------
2184        //  SQL below, be warned
2185        // -----------------------------------------------------
2186
2187        private static final String SQL_CREATE_VIEW_OMNIBOX_SUGGESTIONS =
2188                "CREATE VIEW IF NOT EXISTS v_omnibox_suggestions "
2189                + " AS "
2190                + " SELECT _id, url, title, 1 AS bookmark, 0 AS visits, 0 AS date "
2191                + " FROM bookmarks "
2192                + " WHERE deleted = 0 AND folder = 0 "
2193                + " UNION ALL "
2194                + " SELECT _id, url, title, 0 AS bookmark, visits, date "
2195                + " FROM history "
2196                + " WHERE url NOT IN (SELECT url FROM bookmarks "
2197                + "   WHERE deleted = 0 AND folder = 0) "
2198                + " ORDER BY bookmark DESC, visits DESC, date DESC ";
2199
2200        private static final String SQL_WHERE_ACCOUNT_HAS_BOOKMARKS =
2201                "0 < ( "
2202                + "SELECT count(*) "
2203                + "FROM bookmarks "
2204                + "WHERE deleted = 0 AND folder = 0 "
2205                + " AND ( "
2206                + "   v_accounts.account_name = bookmarks.account_name "
2207                + "   OR (v_accounts.account_name IS NULL AND bookmarks.account_name IS NULL) "
2208                + " ) "
2209                + " AND ( "
2210                + "   v_accounts.account_type = bookmarks.account_type "
2211                + "   OR (v_accounts.account_type IS NULL AND bookmarks.account_type IS NULL) "
2212                + " ) "
2213                + ")";
2214 }
```