# EXHIBIT S

```xml
1   <?xml version="1.0" encoding="utf-8"?>
2   <!--
3   /*
4    * Copyright (C) 2007-2008 Esmertec AG.
5    * Copyright (C) 2007-2008 The Android Open Source Project
6    *
7    * Licensed under the Apache License, Version 2.0 (the "License");
8    * you may not use this file except in compliance with the License.
9    * You may obtain a copy of the License at
10   *
11   *      http://www.apache.org/licenses/LICENSE-2.0
12   *
13   * Unless required by applicable law or agreed to in writing, software
14   * distributed under the License is distributed on an "AS IS" BASIS,
15   * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
16   * See the License for the specific language governing permissions and
17   * limitations under the License.
18   */
19  -->
20  <manifest xmlns:android="http://schemas.android.com/apk/res/android"
21          package="com.android.mms">
22
23      <original-package android:name="com.android.mms" />
24
25      <uses-permission android:name="android.permission.RECEIVE_BOOT_COMPLETED" />
26      <uses-permission android:name="android.permission.CALL_PHONE" />
27      <uses-permission android:name="android.permission.READ_CONTACTS" />
28      <uses-permission android:name="android.permission.WRITE_CONTACTS" />
29      <uses-permission android:name="android.permission.READ_PROFILE" />
30      <uses-permission android:name="android.permission.RECEIVE_SMS" />
31      <uses-permission android:name="android.permission.RECEIVE_MMS" />
32      <uses-permission android:name="android.permission.SEND_SMS" />
33      <uses-permission android:name="android.permission.VIBRATE" />
34      <uses-permission android:name="android.permission.INTERNET" />
35      <uses-permission android:name="android.permission.READ_SMS"/>
36      <uses-permission android:name="android.permission.WRITE_SMS"/>
37      <uses-permission android:name="android.permission.ACCESS_NETWORK_STATE" />
38      <uses-permission android:name="android.permission.CHANGE_NETWORK_STATE" />
39      <uses-permission android:name="android.permission.READ_PHONE_STATE" />
40      <uses-permission android:name="android.permission.WAKE_LOCK" />
41      <uses-permission android:name="android.permission.WRITE_EXTERNAL_STORAGE" />
42      <uses-permission android:name="android.permission.INSTALL_DRM" />
43
44      <application android:name="MmsApp"
45              android:label="@string/app_label"
46              android:icon="@mipmap/ic_launcher_smsmms"
47              android:taskAffinity="android.task.mms"
48              android:allowTaskReparenting="true">
49
50          <service android:name=".transaction.TransactionService"
51                  android:exported="true" />
52
53          <service android:name=".transaction.SmsReceiverService"
54                  android:exported="true" />
55
56          <activity android:name=".ui.ConversationList"
57                  android:label="@string/app_label"
58                  android:configChanges="orientation|screenSize|keyboardHidden"
59                  android:theme="@style/MmsHoloTheme"
60                  android:uiOptions="splitActionBarWhenNarrow"
61                  android:launchMode="singleTop">
62              <intent-filter>
63                  <action android:name="android.intent.action.MAIN" />
64                  <category android:name="android.intent.category.LAUNCHER" />
65                  <category android:name="android.intent.category.DEFAULT" />
66              </intent-filter>
67              <intent-filter>
68                  <action android:name="android.intent.action.MAIN" />
69                  <category android:name="android.intent.category.DEFAULT" />
70                  <data android:mimeType="vnd.android.cursor.dir/mms" />
71              </intent-filter>
72              <intent-filter>
73                  <action android:name="android.intent.action.MAIN" />
74                  <category android:name="android.intent.category.DEFAULT" />
75                  <data android:mimeType="vnd.android-dir/mms-sms" />
76              </intent-filter>
77          </activity>
78
79          <activity android:name=".ui.ComposeMessageActivity"
80                  android:configChanges="orientation|screenSize|keyboardHidden"
81                  android:windowSoftInputMode="stateHidden"
82                  android:theme="@style/MmsHoloTheme"
```

```xml
 83              android:launchMode="singleTop" >
 84              <intent-filter>
 85                  <action android:name="android.intent.action.VIEW" />
 86                  <category android:name="android.intent.category.DEFAULT" />
 87                  <data android:mimeType="vnd.android-dir/mms-sms" />
 88              </intent-filter>
 89              <intent-filter>
 90                  <action android:name="android.intent.action.VIEW" />
 91                  <action android:name="android.intent.action.SENDTO" />
 92                  <category android:name="android.intent.category.DEFAULT" />
 93                  <category android:name="android.intent.category.BROWSABLE" />
 94                  <data android:scheme="sms" />
 95                  <data android:scheme="smsto" />
 96              </intent-filter>
 97              <intent-filter>
 98                  <action android:name="android.intent.action.VIEW" />
 99                  <action android:name="android.intent.action.SENDTO" />
100                  <category android:name="android.intent.category.DEFAULT" />
101                  <category android:name="android.intent.category.BROWSABLE" />
102                  <data android:scheme="mms" />
103                  <data android:scheme="mmsto" />
104              </intent-filter>
105              <intent-filter>
106                  <action android:name="android.intent.action.SEND" />
107                  <category android:name="android.intent.category.DEFAULT" />
108                  <data android:mimeType="image/*" />
109              </intent-filter>
110              <intent-filter>
111                  <action android:name="android.intent.action.SEND" />
112                  <category android:name="android.intent.category.DEFAULT" />
113                  <data android:mimeType="video/*" />
114              </intent-filter>
115              <intent-filter>
116                  <action android:name="android.intent.action.SEND" />
117                  <category android:name="android.intent.category.DEFAULT" />
118                  <data android:mimeType="text/plain" />
119              </intent-filter>
120              <intent-filter>
121                  <action android:name="android.intent.action.SEND_MULTIPLE" />
122                  <category android:name="android.intent.category.DEFAULT" />
123                  <data android:mimeType="image/*" />
124                  <data android:mimeType="video/*" />
125              </intent-filter>
126          </activity>
127
128          <activity-alias android:name=".ui.ForwardMessageActivity"
129                  android:targetActivity=".ui.ComposeMessageActivity"
130                  android:configChanges="orientation|screenSize|keyboardHidden"
131                  android:windowSoftInputMode="stateHidden"
132                  android:theme="@style/MmsHoloTheme" >
133          </activity-alias>
134
135          <activity android:name=".ui.DeliveryReportActivity"
136              android:label="@string/delivery_report_activity"
137              android:theme="@android:style/Theme.Dialog">
138          </activity>
139
140          <activity android:name=".ui.WarnOfStorageLimitsActivity"
141                  android:theme="@android:style/Theme.Dialog"
142                  android:label="@string/storage_limits_activity"
143                  android:excludeFromRecents="true">
144          </activity>
145
146          <activity android:name=".ui.EditSlideDurationActivity"
147              android:label="@string/change_duration_activity"
148              android:theme="@android:style/Theme.Dialog">
149          </activity>
150
151          <activity android:name=".ui.SlideshowEditActivity"
152              android:theme="@style/MmsHoloTheme"
153              android:label="@string/edit_slideshow_activity" />
154
155          <activity android:name=".ui.SlideEditorActivity"
156              android:windowSoftInputMode="adjustResize"
157              android:theme="@style/MmsHoloTheme"
158              android:label="@string/edit_slide_activity" />
159
160          <activity android:name=".ui.SlideshowActivity"
161              android:noHistory="true"
162              android:configChanges="orientation|screenSize|keyboardHidden"
163              android:theme="@style/MmsHoloTheme"
164              android:label="@string/slideshow_activity">
```

```
165              </activity>
166
167              <activity android:name=".ui.ClassZeroActivity"
168                  android:label="@string/class_0_message_activity"
169                  android:theme="@android:style/Theme.Translucent"
170                  android:excludeFromRecents="true">
171              </activity>
172
173              <activity android:name=".ui.MessagingPreferenceActivity"
174                  android:theme="@style/MmsHoloTheme"
175                  android:label="@string/preferences_title" />
176
177              <receiver android:name=".transaction.PushReceiver"
178                  android:permission="android.permission.BROADCAST_WAP_PUSH">
179                  <intent-filter>
180                      <action android:name="android.provider.Telephony.WAP_PUSH_RECEIVED" />
181                      <data android:mimeType="application/vnd.wap.mms-message" />
182                  </intent-filter>
183              </receiver>
184
185              <receiver android:name=".transaction.MmsSystemEventReceiver">
186                  <intent-filter>
187                      <action android:name="android.intent.action.CONTENT_CHANGED" />
188                  </intent-filter>
189                  <intent-filter>
190                      <action android:name="android.intent.action.BOOT_COMPLETED" />
191                  </intent-filter>
192              </receiver>
193
194              <activity android:name=".ui.ManageSimMessages"
195                      android:theme="@style/MmsHoloTheme"
196                      android:launchMode="singleTop"
197                      android:label="@string/sim_manage_messages_title">
198                  <intent-filter>
199                      <action android:name="android.intent.action.VIEW" />
200                  </intent-filter>
201              </activity>
202
203              <!-- Require sender permissions to prevent SMS spoofing -->
204              <receiver android:name=".transaction.PrivilegedSmsReceiver"
205                  android:permission="android.permission.BROADCAST_SMS">
206                  <intent-filter>
207                      <action android:name="android.provider.Telephony.SMS_RECEIVED" />
208                  </intent-filter>
209              </receiver>
210
211              <!-- Catch-all receiver for broadcasts that don't have associated security -->
212              <receiver android:name=".transaction.SmsReceiver">
213                  <intent-filter>
214                      <action android:name="android.intent.action.BOOT_COMPLETED" />
215                  </intent-filter>
216                  <intent-filter>
217                      <action android:name="com.android.mms.transaction.MESSAGE_SENT" />
218                      <!-- TODO Do a better data match here. -->
219                      <data android:scheme="content" />
220                  </intent-filter>
221                  <intent-filter>
222                      <action android:name="android.intent.action.SEND_MESSAGE" />
223                  </intent-filter>
224              </receiver>
225
226              <receiver android:name=".transaction.MessageStatusReceiver">
227                  <intent-filter>
228                      <action android:name="com.android.mms.transaction.MessageStatusReceiver.MESSAG
    E_STATUS_RECEIVED" />
229                  </intent-filter>
230              </receiver>
231
232              <receiver android:name=".transaction.SimFullReceiver">
233                  <intent-filter>
234                      <action android:name="android.provider.Telephony.SIM_FULL" />
235                  </intent-filter>
236              </receiver>
237
238              <receiver android:name=".transaction.SmsRejectedReceiver">
239                  <intent-filter>
240                      <action android:name="android.provider.Telephony.SMS_REJECTED" />
241                  </intent-filter>
242              </receiver>
243
244              <activity android:name=".ui.ConfirmRateLimitActivity"
245                      android:theme="@android:style/Theme.Dialog">
```

Case 5:12-cv-00630-LHK   Document 117-19   Filed 04/23/12   Page 5 of 5

```xml
246                <intent-filter>
247                    <action android:name="com.android.mms.RATE_LIMIT_SURPASSED" />
248                    <category android:name="android.intent.category.DEFAULT" />
249                </intent-filter>
250            </activity>
251
252            <activity android:name=".ui.SearchActivity"
253                 android:theme="@style/MmsHoloTheme"
254                 android:label="@string/search"
255                 android:configChanges="orientation|screenSize|keyboardHidden" >
256                <intent-filter>
257                    <action android:name="android.intent.action.SEARCH" />
258                    <category android:name="android.intent.category.DEFAULT" />
259                </intent-filter>
260                <meta-data android:name="android.app.searchable"
261                    android:resource="@xml/searchable" />
262            </activity>
263
264            <meta-data android:name="android.app.default_searchable"
265                android:value=".ui.SearchActivity" />
266
267            <!-- Search Suggestions Provider -->
268            <provider android:name="SuggestionsProvider"
269                android:readPermission="android.permission.READ_SMS"
270                android:authorities="com.android.mms.SuggestionsProvider" >
271                <path-permission
272                        android:pathPrefix="/search_suggest_query"
273                        android:readPermission="android.permission.GLOBAL_SEARCH" />
274                <path-permission
275                        android:pathPrefix="/search_suggest_shortcut"
276                        android:readPermission="android.permission.GLOBAL_SEARCH" />
277            </provider>
278
279            <service android:name=".ui.NoConfirmationSendService"
280                     android:permission="android.permission.SEND_SMS_NO_CONFIRMATION"
281                     android:exported="true" >
282                <intent-filter>
283                    <action android:name="com.android.mms.intent.action.SENDTO_NO_CONFIRMATION" />
284                    <category android:name="android.intent.category.DEFAULT" />
285                    <data android:scheme="sms" />
286                    <data android:scheme="smsto" />
287                </intent-filter>
288            </service>
289
290            <provider android:name="TempFileProvider"
291                      android:authorities="mms_temp_file"
292                      android:multiprocess="true" />
293
294        </application>
295 </manifest>
```