# EXHIBIT T

Case 5:12-cv-00630-LHK   Document 117-20   Filed 04/23/12   Page 2 of 2

```xml
1   <?xml version="1.0" encoding="utf-8"?>
2   <!-- Copyright (C) 2007 The Android Open Source Project
3
4       Licensed under the Apache License, Version 2.0 (the "License");
5       you may not use this file except in compliance with the License.
6       You may obtain a copy of the License at
7
8            http://www.apache.org/licenses/LICENSE-2.0
9
10      Unless required by applicable law or agreed to in writing, software
11      distributed under the License is distributed on an "AS IS" BASIS,
12      WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
13      See the License for the specific language governing permissions and
14      limitations under the License.
15  -->
16
17  <manifest xmlns:android="http://schemas.android.com/apk/res/android"
18          package="com.android.providers.telephony"
19          coreApp="true"
20          android:sharedUserId="android.uid.phone">
21
22      <uses-permission android:name="android.permission.WRITE_EXTERNAL_STORAGE" />
23
24      <application android:process="com.android.phone"
25                   android:allowClearUserData="false"
26                   android:allowBackup="false"
27                   android:label="@string/app_label"
28                   android:icon="@drawable/ic_launcher_phone">
29
30          <provider android:name="TelephonyProvider"
31                    android:authorities="telephony"
32                    android:multiprocess="true" />
33
34          <provider android:name="SmsProvider"
35                    android:authorities="sms"
36                    android:multiprocess="true"
37                    android:readPermission="android.permission.READ_SMS"
38                    android:writePermission="android.permission.WRITE_SMS" />
39
40          <provider android:name="MmsProvider"
41                    android:authorities="mms"
42                    android:multiprocess="true"
43                    android:readPermission="android.permission.READ_SMS"
44                    android:writePermission="android.permission.WRITE_SMS">
45              <grant-uri-permission android:pathPrefix="/part/" />
46              <grant-uri-permission android:pathPrefix="/drm/" />
47          </provider>
48
49          <provider android:name="MmsSmsProvider"
50                    android:authorities="mms-sms"
51                    android:multiprocess="true"
52                    android:readPermission="android.permission.READ_SMS"
53                    android:writePermission="android.permission.WRITE_SMS" />
54      </application>
55  </manifest>
```