# EXHIBIT V

```xml
1   <?xml version="1.0" encoding="utf-8"?>
2   <!--
3   /*
4   ** Copyright 2009, Google Inc.
5   **
6   ** Licensed under the Apache License, Version 2.0 (the "License");
7   ** you may not use this file except in compliance with the License.
8   ** You may obtain a copy of the License at
9   **
10  **     http://www.apache.org/licenses/LICENSE-2.0
11  **
12  ** Unless required by applicable law or agreed to in writing, software
13  ** distributed under the License is distributed on an "AS IS" BASIS,
14  ** WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
15  ** See the License for the specific language governing permissions and
16  ** limitations under the License.
17  */
18  -->
19
20  <searchable xmlns:android="http://schemas.android.com/apk/res/android"
21      android:label="@string/search_label"
22      android:hint="@string/search_hint"
23
24      android:searchSettingsDescription="@string/search_setting_description"
25      android:searchSuggestAuthority="com.android.mms.SuggestionsProvider"
26      android:searchSuggestSelection="pattern"
27      android:searchSuggestIntentAction="android.intent.action.SEARCH"
28      android:imeOptions="actionSearch"
29
30      android:includeInGlobalSearch="true"
31  />
```