# EXHIBIT X

```xml
1   <?xml version="1.0" encoding="utf-8"?>
2   <!-- Copyright (C) 2007 The Android Open Source Project
3   
4        Licensed under the Apache License, Version 2.0 (the "License");
5        you may not use this file except in compliance with the License.
6        You may obtain a copy of the License at
7   
8             http://www.apache.org/licenses/LICENSE-2.0
9   
10       Unless required by applicable law or agreed to in writing, software
11       distributed under the License is distributed on an "AS IS" BASIS,
12       WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
13       See the License for the specific language governing permissions and
14       limitations under the License.
15  -->
16  
17  <manifest xmlns:android="http://schemas.android.com/apk/res/android"
18          package="com.android.music">
19  
20      <original-package android:name="com.android.music" />
21      <uses-sdk android:minSdkVersion="8" android:targetSdkVersion="9"/>
22      <uses-permission android:name="android.permission.WRITE_SETTINGS" />
23      <uses-permission android:name="android.permission.SYSTEM_ALERT_WINDOW" />
24      <uses-permission android:name="android.permission.WAKE_LOCK" />
25      <uses-permission android:name="android.permission.INTERNET" />
26      <uses-permission android:name="android.permission.READ_PHONE_STATE" />
27      <uses-permission android:name="android.permission.WRITE_EXTERNAL_STORAGE" />
28      <uses-permission android:name="android.permission.BROADCAST_STICKY" />
29  
30      <application android:icon="@drawable/app_music"
31          android:label="@string/musicbrowserlabel"
32          android:taskAffinity="android.task.music"
33          android:allowTaskReparenting="true">
34          <meta-data
35              android:name="android.app.default_searchable"
36              android:value="com.android.music.QueryBrowserActivity"
37          />
38          <activity android:name="com.android.music.MusicBrowserActivity"
39              android:theme="@android:style/Theme.NoTitleBar"
40              android:exported="true"
41          >
42              <intent-filter>
43                  <action android:name="android.intent.action.MAIN" />
44                  <action android:name="android.intent.action.MUSIC_PLAYER" />
45                  <category android:name="android.intent.category.DEFAULT" />
46                  <category android:name="android.intent.category.LAUNCHER" />
47              </intent-filter>
48          </activity>
49          <receiver android:name="com.android.music.MediaButtonIntentReceiver">
50              <intent-filter>
51                  <action android:name="android.intent.action.MEDIA_BUTTON" />
52                  <action android:name="android.media.AUDIO_BECOMING_NOISY" />
53              </intent-filter>
54          </receiver>
55          <!-- This is the "current music playing" panel, which has special
56               launch behavior.  We clear its task affinity, so it will not
57               be associated with the main media task and if launched
58               from a notification will not bring the rest of the media app
59               to the foreground.  We make it singleTask so that when others
60               launch it (such as media) we will launch in to our own task.
61               We set clearTaskOnLaunch because the user
62               can go to a playlist from this activity, so if they later return
63               to it we want it back in its initial state.  We exclude from
64               recents since this is accessible through a notification when
65               appropriate. -->
66          <activity android:name="com.android.music.MediaPlaybackActivity"
67                  android:theme="@android:style/Theme.NoTitleBar"
68                  android:label="@string/mediaplaybacklabel"
69                  android:taskAffinity=""
70                  android:launchMode="singleTask"
71                  android:clearTaskOnLaunch="true"
72                  android:excludeFromRecents="true"
73                  android:exported="true" >
74              <intent-filter>
75                  <action android:name="android.intent.action.VIEW" />
76                  <category android:name="android.intent.category.DEFAULT" />
77                  <data android:scheme="content"/>
78                  <data android:host="media"/>
79                  <data android:mimeType="audio/*"/>
80                  <data android:mimeType="application/ogg"/>
81                  <data android:mimeType="application/x-ogg"/>
82                  <data android:mimeType="application/itunes"/>
```

Case 5:12-cv-00630-LHK   Document 117-24   Filed 04/23/12   Page 2 of 5

```
 83                </activity>
 84                <intent-filter>
 85                    <action android:name="com.android.music.PLAYBACK_VIEWER" />
 86                    <category android:name="android.intent.category.DEFAULT" />
 87                </intent-filter>
 88            </activity>
 89
 90            <activity android:name="AudioPreview" android:theme="@android:style/Theme.Dialog"
 91                    android:taskAffinity=""
 92                    android:excludeFromRecents="true" android:exported="true" >
 93                <intent-filter>
 94                    <action android:name="android.intent.action.VIEW" />
 95                    <category android:name="android.intent.category.DEFAULT" />
 96                    <data android:scheme="file"/>
 97                    <data android:mimeType="audio/*"/>
 98                    <data android:mimeType="application/ogg"/>
 99                    <data android:mimeType="application/x-ogg"/>
100                    <data android:mimeType="application/itunes"/>
101                </intent-filter>
102                <intent-filter>
103                    <action android:name="android.intent.action.VIEW" />
104                    <category android:name="android.intent.category.DEFAULT" />
105                    <category android:name="android.intent.category.BROWSABLE" />
106                    <data android:scheme="http" />
107                    <data android:mimeType="audio/*"/>
108                    <data android:mimeType="application/ogg"/>
109                    <data android:mimeType="application/x-ogg"/>
110                    <data android:mimeType="application/itunes"/>
111                </intent-filter>
112                <intent-filter
113                    android:priority="-1">
114                    <action android:name="android.intent.action.VIEW" />
115                    <category android:name="android.intent.category.DEFAULT" />
116                    <category android:name="android.intent.category.BROWSABLE" />
117                    <data android:scheme="content" />
118                    <data android:mimeType="audio/*"/>
119                    <data android:mimeType="application/ogg"/>
120                    <data android:mimeType="application/x-ogg"/>
121                    <data android:mimeType="application/itunes"/>
122                </intent-filter>
123            </activity>
124
125            <activity android:name="com.android.music.ArtistAlbumBrowserActivity" android:exported
    ="false" >
126                <intent-filter>
127                    <action android:name="android.intent.action.PICK" />
128                    <category android:name="android.intent.category.DEFAULT" />
129                    <data android:mimeType="vnd.android.cursor.dir/artistalbum"/>
130                </intent-filter>
131            </activity>
132            <activity android:name="com.android.music.AlbumBrowserActivity" android:exported="fals
    e" >
133                <intent-filter>
134                    <action android:name="android.intent.action.PICK" />
135                    <category android:name="android.intent.category.DEFAULT" />
136                    <data android:mimeType="vnd.android.cursor.dir/album"/>
137                </intent-filter>
138            </activity>
139            <activity android:name="com.android.music.NowPlayingActivity" android:exported="false"
     >
140                <intent-filter>
141                    <action android:name="android.intent.action.PICK" />
142                    <category android:name="android.intent.category.DEFAULT" />
143                    <data android:mimeType="vnd.android.cursor.dir/nowplaying"/>
144                </intent-filter>
145            </activity>
146            <activity android:name="com.android.music.TrackBrowserActivity" android:exported="fals
    e" >
147                <intent-filter>
148                    <action android:name="android.intent.action.EDIT" />
149                    <action android:name="android.intent.action.PICK" />
150                    <category android:name="android.intent.category.DEFAULT" />
151                    <data android:mimeType="vnd.android.cursor.dir/track"/>
152                </intent-filter>
153            </activity>
154            <activity android:name="com.android.music.QueryBrowserActivity"
155                    android:theme="@android:style/Theme.NoTitleBar"
156                    android:exported="true" >
157                <intent-filter>
158                    <action android:name="android.intent.action.SEARCH" />
159                    <action android:name="android.intent.action.MEDIA_SEARCH" />
160                    <category android:name="android.intent.category.DEFAULT" />
```

Case 5:12-cv-00630-LHK   Document 117-24   Filed 04/23/12   Page 4 of 5

```
161                </activity>
162                <meta-data
163                    android:name="android.app.searchable"
164                    android:resource="@xml/searchable"
165                />
166            </activity>
167            <activity android:name="com.android.music.PlaylistBrowserActivity"
168                    android:label="@string/musicbrowserlabel"
169                    android:exported="true" >
170                <intent-filter>
171                    <action android:name="android.intent.action.PICK" />
172                    <category android:name="android.intent.category.DEFAULT" />
173                    <data android:mimeType="vnd.android.cursor.dir/playlist"/>
174                </intent-filter>
175                <intent-filter>
176                    <action android:name="android.intent.action.VIEW" />
177                    <category android:name="android.intent.category.DEFAULT" />
178                    <data android:mimeType="vnd.android.cursor.dir/playlist"/>
179                </intent-filter>
180            </activity>
181            <activity-alias android:name="com.android.music.PlaylistShortcutActivity"
182                    android:targetActivity="com.android.music.PlaylistBrowserActivity"
183                    android:label="@string/musicshortcutlabel"
184                    android:icon="@drawable/ic_launcher_shortcut_music_playlist"
185                    android:exported="true" >
186
187                <intent-filter>
188                    <action android:name="android.intent.action.CREATE_SHORTCUT" />
189                    <category android:name="android.intent.category.DEFAULT" />
190                </intent-filter>
191
192            </activity-alias>
193            <activity android:name="com.android.music.VideoBrowserActivity"
194                    android:taskAffinity="android.task.video"
195                    android:label="@string/videobrowserlabel"
196                    android:icon="@drawable/app_video"
197                    android:exported="false" >
198                <intent-filter>
199                    <action android:name="android.intent.action.PICK" />
200                    <category android:name="android.intent.category.DEFAULT" />
201                    <data android:mimeType="vnd.android.cursor.dir/video"/>
202                </intent-filter>
203 <!--
204                <intent-filter>
205                    <action android:name="android.intent.action.MAIN" />
206                    <category android:name="android.intent.category.DEFAULT" />
207                    <category android:name="android.intent.category.LAUNCHER" />
208                </intent-filter>
209 -->
210            </activity>
211            <activity android:name="com.android.music.MediaPickerActivity"
212                    android:label="@string/mediapickerlabel" android:exported="false" >
213 <!--
214                <intent-filter>
215                    <action android:name="android.intent.action.PICK" />
216                    <category android:name="android.intent.category.DEFAULT" />
217                    <data android:mimeType="media/*"/>
218                    <data android:mimeType="audio/*"/>
219                    <data android:mimeType="application/ogg"/>
220                    <data android:mimeType="application/x-ogg"/>
221                    <data android:mimeType="video/*"/>
222                </intent-filter>
223                <intent-filter>
224                    <action android:name="android.intent.action.GET_CONTENT" />
225                    <category android:name="android.intent.category.DEFAULT" />
226                    <category android:name="android.intent.category.OPENABLE" />
227                    <data android:mimeType="media/*"/>
228                    <data android:mimeType="audio/*"/>
229                    <data android:mimeType="application/ogg"/>
230                    <data android:mimeType="application/x-ogg"/>
231                    <data android:mimeType="video/*"/>
232                </intent-filter>
233 -->
234            </activity>
235            <activity android:name="com.android.music.MusicPicker"
236                    android:label="@string/music_picker_title" android:exported="true" >
237                <!-- First way to invoke us: someone asks to get content of
238                     any of the audio types we support. -->
239                <intent-filter>
240                    <action android:name="android.intent.action.GET_CONTENT" />
241                    <category android:name="android.intent.category.DEFAULT" />
242                    <category android:name="android.intent.category.OPENABLE" />
```

```xml
243                <data android:mimeType="application/ogg"/>
244                <data android:mimeType="application/ogg"/>
245                <data android:mimeType="application/x-ogg"/>
246            </intent-filter>
247            <!-- Second way to invoke us: someone asks to pick an item from
248                 some media Uri. -->
249            <intent-filter>
250                <action android:name="android.intent.action.PICK" />
251                <category android:name="android.intent.category.DEFAULT" />
252                <category android:name="android.intent.category.OPENABLE" />
253                <data android:mimeType="vnd.android.cursor.dir/audio"/>
254            </intent-filter>
255        </activity>
256        <activity android:name="com.android.music.CreatePlaylist"
257            android:theme="@android:style/Theme.Dialog" android:exported="false" />
258        <activity android:name="com.android.music.RenamePlaylist"
259            android:theme="@android:style/Theme.Dialog" android:exported="false" />
260        <activity android:name="com.android.music.WeekSelector"
261            android:theme="@android:style/Theme.Dialog" android:exported="false" />
262        <activity android:name="com.android.music.DeleteItems"
263            android:theme="@android:style/Theme.Dialog" android:exported="false" />
264        <activity android:name="com.android.music.ScanningProgress"
265            android:theme="@android:style/Theme.Dialog" android:exported="false" />
266        <service android:name="com.android.music.MediaPlaybackService"
267            android:exported="false" />
268
269        <receiver android:name="com.android.music.MediaAppWidgetProvider">
270            <intent-filter>
271                <action android:name="android.appwidget.action.APPWIDGET_UPDATE" />
272            </intent-filter>
273            <meta-data android:name="android.appwidget.provider" android:resource="@xml/appwidget_info" />
274        </receiver>
275    </application>
276 </manifest>
```