# EXHIBIT Y

```
1   /*
2    * Copyright (C) 2006 The Android Open Source Project
3    *
4    * Licensed under the Apache License, Version 2.0 (the "License");
5    * you may not use this file except in compliance with the License.
6    * You may obtain a copy of the License at
7    *
8    *      http://www.apache.org/licenses/LICENSE-2.0
9    *
10   * Unless required by applicable law or agreed to in writing, software
11   * distributed under the License is distributed on an "AS IS" BASIS,
12   * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
13   * See the License for the specific language governing permissions and
14   * limitations under the License.
15   */
16
17  package com.android.providers.media;
18
19  import android.app.SearchManager;
20  import android.content.BroadcastReceiver;
21  import android.content.ComponentName;
22  import android.content.ContentProvider;
23  import android.content.ContentProviderOperation;
24  import android.content.ContentProviderResult;
25  import android.content.ContentResolver;
26  import android.content.ContentUris;
27  import android.content.ContentValues;
28  import android.content.Context;
29  import android.content.Intent;
30  import android.content.IntentFilter;
31  import android.content.OperationApplicationException;
32  import android.content.ServiceConnection;
33  import android.content.SharedPreferences;
34  import android.content.UriMatcher;
35  import android.content.res.Resources;
36  import android.database.Cursor;
37  import android.database.DatabaseUtils;
38  import android.database.MatrixCursor;
39  import android.database.SQLException;
40  import android.database.sqlite.SQLiteDatabase;
41  import android.database.sqlite.SQLiteOpenHelper;
42  import android.database.sqlite.SQLiteQueryBuilder;
43  import android.graphics.Bitmap;
44  import android.graphics.BitmapFactory;
45  import android.media.MediaFile;
46  import android.media.MediaScanner;
47  import android.media.MiniThumbFile;
48  import android.mtp.MtpConstants;
49  import android.mtp.MtpStorage;
50  import android.net.Uri;
51  import android.os.Binder;
52  import android.os.Environment;
53  import android.os.FileUtils;
54  import android.os.Handler;
55  import android.os.HandlerThread;
56  import android.os.Message;
57  import android.os.ParcelFileDescriptor;
58  import android.os.Process;
59  import android.os.RemoteException;
60  import android.os.SystemProperties;
61  import android.os.storage.StorageManager;
62  import android.os.storage.StorageVolume;
63  import android.preference.PreferenceManager;
64  import android.provider.BaseColumns;
65  import android.provider.MediaStore;
66  import android.provider.MediaStore.Audio;
67  import android.provider.MediaStore.Files;
68  import android.provider.MediaStore.Files.FileColumns;
69  import android.provider.MediaStore.Images;
70  import android.provider.MediaStore.Images.ImageColumns;
71  import android.provider.MediaStore.MediaColumns;
72  import android.provider.MediaStore.Video;
73  import android.text.TextUtils;
74  import android.util.Log;
75
76  import java.io.File;
77  import java.io.FileInputStream;
78  import java.io.FileNotFoundException;
79  import java.io.IOException;
80  import java.io.OutputStream;
81  import java.text.Collator;
82  import java.util.ArrayList;
```

Case 5:12-cv-00630-LHK   Document 117-25   Filed 04/23/12   Page 3 of 59

```java
83  import java.util.HashMap;
84  import java.util.HashSet;
85  import java.util.Iterator;
86  import java.util.List;
87  import java.util.PriorityQueue;
88  import java.util.Stack;
89
90  /**
91   * Media content provider. See {@link android.provider.MediaStore} for details.
92   * Separate databases are kept for each external storage card we see (using the
93   * card's ID as an index).  The content visible at content://media/external/...
94   * changes with the card.
95   */
96  public class MediaProvider extends ContentProvider {
97      private static final Uri MEDIA_URI = Uri.parse("content://media");
98      private static final Uri ALBUMART_URI = Uri.parse("content://media/external/audio/albumart");
99      private static final int ALBUM_THUMB = 1;
100     private static final int IMAGE_THUMB = 2;
101
102     private static final HashMap<String, String> sArtistAlbumsMap = new HashMap<String, String
    >();
103     private static final HashMap<String, String> sFolderArtMap = new HashMap<String, String>()
    ;
104
105     // A HashSet of paths that are pending creation of album art thumbnails.
106     private HashSet mPendingThumbs = new HashSet();
107
108     // A Stack of outstanding thumbnail requests.
109     private Stack mThumbRequestStack = new Stack();
110
111     // The lock of mMediaThumbQueue protects both mMediaThumbQueue and mCurrentThumbRequest.
112     private MediaThumbRequest mCurrentThumbRequest = null;
113     private PriorityQueue<MediaThumbRequest> mMediaThumbQueue =
114             new PriorityQueue<MediaThumbRequest>(MediaThumbRequest.PRIORITY_NORMAL,
115             MediaThumbRequest.getComparator());
116
117     private boolean mCaseInsensitivePaths;
118     private static String[] mExternalStoragePaths;
119
120     // For compatibility with the approximately 0 apps that used mediaprovider search in
121     // releases 1.0, 1.1 or 1.5
122     private String[] mSearchColsLegacy = new String[] {
123             android.provider.BaseColumns._ID,
124             MediaStore.Audio.Media.MIME_TYPE,
125             "(CASE WHEN grouporder=1 THEN " + R.drawable.ic_search_category_music_artist +
126             " ELSE CASE WHEN grouporder=2 THEN " + R.drawable.ic_search_category_music_album +
127             " ELSE " + R.drawable.ic_search_category_music_song + " END END" +
128             ") AS " + SearchManager.SUGGEST_COLUMN_ICON_1,
129             "0 AS " + SearchManager.SUGGEST_COLUMN_ICON_2,
130             "text1 AS " + SearchManager.SUGGEST_COLUMN_TEXT_1,
131             "text1 AS " + SearchManager.SUGGEST_COLUMN_QUERY,
132             "CASE when grouporder=1 THEN data1 ELSE artist END AS data1",
133             "CASE when grouporder=1 THEN data2 ELSE " +
134                 "CASE WHEN grouporder=2 THEN NULL ELSE album END END AS data2",
135             "match as ar",
136             SearchManager.SUGGEST_COLUMN_INTENT_DATA,
137             "grouporder",
138             "NULL AS itemorder" // We should be sorting by the artist/album/title keys, but that
139                                 // column is not available here, and the list is already sorte
    d.
140     };
141     private String[] mSearchColsFancy = new String[] {
142             android.provider.BaseColumns._ID,
143             MediaStore.Audio.Media.MIME_TYPE,
144             MediaStore.Audio.Artists.ARTIST,
145             MediaStore.Audio.Albums.ALBUM,
146             MediaStore.Audio.Media.TITLE,
147             "data1",
148             "data2",
149     };
150     // If this array gets changed, please update the constant below to point to the correct it
    em.
151     private String[] mSearchColsBasic = new String[] {
152             android.provider.BaseColumns._ID,
153             MediaStore.Audio.Media.MIME_TYPE,
154             "(CASE WHEN grouporder=1 THEN " + R.drawable.ic_search_category_music_artist +
155             " ELSE CASE WHEN grouporder=2 THEN " + R.drawable.ic_search_category_music_album +
156             " ELSE " + R.drawable.ic_search_category_music_song + " END END" +
157             ") AS " + SearchManager.SUGGEST_COLUMN_ICON_1,
158             "text1 AS " + SearchManager.SUGGEST_COLUMN_TEXT_1,
159             "text1 AS " + SearchManager.SUGGEST_COLUMN_QUERY,
160             "(CASE WHEN grouporder=1 THEN '%1'" +  // %1 gets replaced with localized string.
```

```
161             "ELSE CASE WHEN text2!='' " + MediaStore.UNKNOWN_STRING + "' THEN text2" +
162             " ELSE CASE WHEN text2!='' " + MediaStore.UNKNOWN_STRING + "' THEN text2" +
163             " ELSE NULL END END END) AS " + SearchManager.SUGGEST_COLUMN_TEXT_2,
164             SearchManager.SUGGEST_COLUMN_INTENT_DATA
165     };
166     // Position of the TEXT_2 item in the above array.
167     private final int SEARCH_COLUMN_BASIC_TEXT2 = 5;
168
169     private static final String[] mMediaTableColumns = new String[] {
170             FileColumns._ID,
171             FileColumns.MEDIA_TYPE,
172     };
173
174     private Uri mAlbumArtBaseUri = Uri.parse("content://media/external/audio/albumart");
175
176     private BroadcastReceiver mUnmountReceiver = new BroadcastReceiver() {
177         @Override
178         public void onReceive(Context context, Intent intent) {
179             if (intent.getAction().equals(Intent.ACTION_MEDIA_EJECT)) {
180                 StorageVolume storage = (StorageVolume)intent.getParcelableExtra(
181                         StorageVolume.EXTRA_STORAGE_VOLUME);
182                 // If primary external storage is ejected, then remove the external volume
183                 // notify all cursors backed by data on that volume.
184                 if (storage.getPath().equals(mExternalStoragePaths[0])) {
185                     detachVolume(Uri.parse("content://media/external"));
186                     sFolderArtMap.clear();
187                     MiniThumbFile.reset();
188                 } else {
189                     // If secondary external storage is ejected, then we delete all database
190                     // entries for that storage from the files table.
191                     synchronized (mDatabases) {
192                         DatabaseHelper database = mDatabases.get(EXTERNAL_VOLUME);
193                         Uri uri = Uri.parse("file://" + storage.getPath());
194                         if (database != null) {
195                             try {
196                                 // Send media scanner started and stopped broadcasts for apps
that rely
197                                 // on these Intents for coarse grained media database notifica
tions.
198                                 context.sendBroadcast(
199                                         new Intent(Intent.ACTION_MEDIA_SCANNER_STARTED, uri));
200
201                                 // don't send objectRemoved events - MTP be sending StorageRem
oved anyway
202                                 mDisableMtpObjectCallbacks = true;
203                                 Log.d(TAG, "deleting all entries for storage " + storage);
204                                 SQLiteDatabase db = database.getWritableDatabase();
205                                 // First clear the file path to disable the _DELETE_FILE datab
ase hook.
206                                 // We do this to avoid deleting files if the volume is remount
ed while
207                                 // we are still processing the unmount event.
208                                 ContentValues values = new ContentValues();
209                                 values.put(Files.FileColumns.DATA, "");
210                                 String where = FileColumns.STORAGE_ID + "=?";
211                                 String[] whereArgs = new String[] { Integer.toString(storage.g
etStorageId()) };
212                                 db.update("files", values, where, whereArgs);
213                                 // now delete the records
214                                 db.delete("files", where, whereArgs);
215                                 // notify on media Uris as well as the files Uri
216                                 context.getContentResolver().notifyChange(
217                                         Audio.Media.getContentUri(EXTERNAL_VOLUME), null);
218                                 context.getContentResolver().notifyChange(
219                                         Images.Media.getContentUri(EXTERNAL_VOLUME), null);
220                                 context.getContentResolver().notifyChange(
221                                         Video.Media.getContentUri(EXTERNAL_VOLUME), null);
222                                 context.getContentResolver().notifyChange(
223                                         Files.getContentUri(EXTERNAL_VOLUME), null);
224                             } catch (Exception e) {
225                                 Log.e(TAG, "exception deleting storage entries", e);
226                             } finally {
227                                 context.sendBroadcast(
228                                         new Intent(Intent.ACTION_MEDIA_SCANNER_FINISHED, uri))
;
229                                 mDisableMtpObjectCallbacks = false;
230                             }
231                         }
232                     }
233                 }
234             }
235         }
```

```
236        };
237
238        // set to disable sending events when the operation originates from MTP
239        private boolean mDisableMtpObjectCallbacks;
240
241        private final SQLiteDatabase.CustomFunction mObjectRemovedCallback =
242                    new SQLiteDatabase.CustomFunction() {
243            public void callback(String[] args) {
244                // do nothing if the operation originated from MTP
245                if (mDisableMtpObjectCallbacks) return;
246
247                Log.d(TAG, "object removed " + args[0]);
248                IMtpService mtpService = mMtpService;
249                if (mtpService != null) {
250                    try {
251                        sendObjectRemoved(Integer.parseInt(args[0]));
252                    } catch (NumberFormatException e) {
253                        Log.e(TAG, "NumberFormatException in mObjectRemovedCallback", e);
254                    }
255                }
256            }
257        };
258
259        /**
260         * Wrapper class for a specific database (associated with one particular
261         * external card, or with internal storage).  Can open the actual database
262         * on demand, create and upgrade the schema, etc.
263         */
264        static final class DatabaseHelper extends SQLiteOpenHelper {
265            final Context mContext;
266            final String mName;
267            final boolean mInternal;  // True if this is the internal database
268            final boolean mEarlyUpgrade;
269            final SQLiteDatabase.CustomFunction mObjectRemovedCallback;
270            boolean mUpgradeAttempted; // Used for upgrade error handling
271
272            // In memory caches of artist and album data.
273            HashMap<String, Long> mArtistCache = new HashMap<String, Long>();
274            HashMap<String, Long> mAlbumCache = new HashMap<String, Long>();
275
276            public DatabaseHelper(Context context, String name, boolean internal,
277                    boolean earlyUpgrade,
278                    SQLiteDatabase.CustomFunction objectRemovedCallback) {
279                super(context, name, null, DATABASE_VERSION);
280                mContext = context;
281                mName = name;
282                mInternal = internal;
283                mEarlyUpgrade = earlyUpgrade;
284                mObjectRemovedCallback = objectRemovedCallback;
285            }
286
287            /**
288             * Creates database the first time we try to open it.
289             */
290            @Override
291            public void onCreate(final SQLiteDatabase db) {
292                updateDatabase(db, mInternal, 0, DATABASE_VERSION);
293            }
294
295            /**
296             * Updates the database format when a new content provider is used
297             * with an older database format.
298             */
299            @Override
300            public void onUpgrade(final SQLiteDatabase db, final int oldV, final int newV) {
301                mUpgradeAttempted = true;
302                updateDatabase(db, mInternal, oldV, newV);
303            }
304
305            @Override
306            public synchronized SQLiteDatabase getWritableDatabase() {
307                SQLiteDatabase result = null;
308                mUpgradeAttempted = false;
309                try {
310                    result = super.getWritableDatabase();
311                } catch (Exception e) {
312                    if (!mUpgradeAttempted) {
313                        Log.e(TAG, "failed to open database " + mName, e);
314                        return null;
315                    }
316                }
317
```

```
318   database, delete and try ag
ain.
319           // This will result in the creation of a fresh database, which will be repopulated
320           // when the media scanner runs.
321           if (result == null && mUpgradeAttempted) {
322               mContext.getDatabasePath(mName).delete();
323               result = super.getWritableDatabase();
324           }
325           return result;
326       }
327
328       /**
329        * For devices that have removable storage, we support keeping multiple databases
330        * to allow users to switch between a number of cards.
331        * On such devices, touch this particular database and garbage collect old databases.
332        * An LRU cache system is used to clean up databases for old external
333        * storage volumes.
334        */
335       @Override
336       public void onOpen(SQLiteDatabase db) {
337
338           // Turn on WAL optimization
339           db.enableWriteAheadLogging();
340
341           if (mInternal) return;  // The internal database is kept separately.
342
343           if (mEarlyUpgrade) return; // Doing early upgrade.
344
345           if (mObjectRemovedCallback != null) {
346               db.addCustomFunction("_OBJECT_REMOVED", 1, mObjectRemovedCallback);
347           }
348
349           // the code below is only needed on devices with removable storage
350           if (!Environment.isExternalStorageRemovable()) return;
351
352           // touch the database file to show it is most recently used
353           File file = new File(db.getPath());
354           long now = System.currentTimeMillis();
355           file.setLastModified(now);
356
357           // delete least recently used databases if we are over the limit
358           String[] databases = mContext.databaseList();
359           int count = databases.length;
360           int limit = MAX_EXTERNAL_DATABASES;
361
362           // delete external databases that have not been used in the past two months
363           long twoMonthsAgo = now - OBSOLETE_DATABASE_DB;
364           for (int i = 0; i < databases.length; i++) {
365               File other = mContext.getDatabasePath(databases[i]);
366               if (INTERNAL_DATABASE_NAME.equals(databases[i]) || file.equals(other)) {
367                   databases[i] = null;
368                   count--;
369                   if (file.equals(other)) {
370                       // reduce limit to account for the existence of the database we
371                       // are about to open, which we removed from the list.
372                       limit--;
373                   }
374               } else {
375                   long time = other.lastModified();
376                   if (time < twoMonthsAgo) {
377                       if (LOCAL_LOGV) Log.v(TAG, "Deleting old database " + databases[i]);
378                       mContext.deleteDatabase(databases[i]);
379                       databases[i] = null;
380                       count--;
381                   }
382               }
383           }
384
385           // delete least recently used databases until
386           // we are no longer over the limit
387           while (count > limit) {
388               int lruIndex = -1;
389               long lruTime = 0;
390
391               for (int i = 0; i < databases.length; i++) {
392                   if (databases[i] != null) {
393                       long time = mContext.getDatabasePath(databases[i]).lastModified();
394                       if (lruTime == 0 || time < lruTime) {
395                           lruIndex = i;
396                           lruTime = time;
397                       }
398                   }
```

```
399
400
401                    // delete least recently used database
402                    if (lruIndex != -1) {
403                        if (LOCAL_LOGV) Log.v(TAG, "Deleting old database " + databases[lruIndex]);
404                        mContext.deleteDatabase(databases[lruIndex]);
405                        databases[lruIndex] = null;
406                        count--;
407                    }
408                }
409            }
410        }
411
412    // synchronize on mMtpServiceConnection when accessing mMtpService
413    private IMtpService mMtpService;
414
415    private final ServiceConnection mMtpServiceConnection = new ServiceConnection() {
416        public void onServiceConnected(ComponentName className, android.os.IBinder service) {
417            synchronized (this) {
418                mMtpService = IMtpService.Stub.asInterface(service);
419            }
420        }
421
422        public void onServiceDisconnected(ComponentName className) {
423            synchronized (this) {
424                mMtpService = null;
425            }
426        }
427    };
428
429    private static final String[] sDefaultFolderNames = {
430        Environment.DIRECTORY_MUSIC,
431        Environment.DIRECTORY_PODCASTS,
432        Environment.DIRECTORY_RINGTONES,
433        Environment.DIRECTORY_ALARMS,
434        Environment.DIRECTORY_NOTIFICATIONS,
435        Environment.DIRECTORY_PICTURES,
436        Environment.DIRECTORY_MOVIES,
437        Environment.DIRECTORY_DOWNLOADS,
438        Environment.DIRECTORY_DCIM,
439    };
440
441    // creates default folders (Music, Downloads, etc)
442    private void createDefaultFolders(SQLiteDatabase db) {
443        // Use a SharedPreference to ensure we only do this once.
444        // We don't want to annoy the user by recreating the directories
445        // after she has deleted them.
446        SharedPreferences prefs = PreferenceManager.getDefaultSharedPreferences(getContext());
447        if (prefs.getInt("created_default_folders", 0) == 0) {
448            for (String folderName : sDefaultFolderNames) {
449                File file = Environment.getExternalStoragePublicDirectory(folderName);
450                if (!file.exists()) {
451                    file.mkdirs();
452                    insertDirectory(db, file.getAbsolutePath());
453                }
454            }
455
456            SharedPreferences.Editor e = prefs.edit();
457            e.clear();
458            e.putInt("created_default_folders", 1);
459            e.commit();
460        }
461    }
462
463    @Override
464    public boolean onCreate() {
465        final Context context = getContext();
466
467        sArtistAlbumsMap.put(MediaStore.Audio.Albums._ID, "audio.album_id AS " +
468                MediaStore.Audio.Albums._ID);
469        sArtistAlbumsMap.put(MediaStore.Audio.Albums.ALBUM, "album");
470        sArtistAlbumsMap.put(MediaStore.Audio.Albums.ALBUM_KEY, "album_key");
471        sArtistAlbumsMap.put(MediaStore.Audio.Albums.FIRST_YEAR, "MIN(year) AS " +
472                MediaStore.Audio.Albums.FIRST_YEAR);
473        sArtistAlbumsMap.put(MediaStore.Audio.Albums.LAST_YEAR, "MAX(year) AS " +
474                MediaStore.Audio.Albums.LAST_YEAR);
475        sArtistAlbumsMap.put(MediaStore.Audio.Media.ARTIST, "artist");
476        sArtistAlbumsMap.put(MediaStore.Audio.Media.ARTIST_ID, "artist");
477        sArtistAlbumsMap.put(MediaStore.Audio.Media.ARTIST_KEY, "artist_key");
478        sArtistAlbumsMap.put(MediaStore.Audio.Albums.NUMBER_OF_SONGS, "count(*) AS " +
479                MediaStore.Audio.Albums.NUMBER_OF_SONGS);
480        sArtistAlbumsMap.put(MediaStore.Audio.Albums.ALBUM_ART, "album_art._data AS " +
```

```
481
482
483             mSearchColsBasic[SEARCH_COLUMN_BASIC_TEXT2] =
484                     mSearchColsBasic[SEARCH_COLUMN_BASIC_TEXT2].replaceAll(
485                         "%1", context.getString(R.string.artist_label));
486         mDatabases = new HashMap<String, DatabaseHelper>();
487         attachVolume(INTERNAL_VOLUME);
488
489         IntentFilter iFilter = new IntentFilter(Intent.ACTION_MEDIA_EJECT);
490         iFilter.addDataScheme("file");
491         context.registerReceiver(mUnmountReceiver, iFilter);
492
493         mCaseInsensitivePaths = true;
494
495         StorageManager storageManager =
496                 (StorageManager)context.getSystemService(Context.STORAGE_SERVICE);
497         mExternalStoragePaths = storageManager.getVolumePaths();
498
499         // open external database if external storage is mounted
500         String state = Environment.getExternalStorageState();
501         if (Environment.MEDIA_MOUNTED.equals(state) ||
502                 Environment.MEDIA_MOUNTED_READ_ONLY.equals(state)) {
503             attachVolume(EXTERNAL_VOLUME);
504         }
505
506         HandlerThread ht = new HandlerThread("thumbs thread", Process.THREAD_PRIORITY_BACKGROUND)
;
507         ht.start();
508         mThumbHandler = new Handler(ht.getLooper()) {
509             @Override
510             public void handleMessage(Message msg) {
511                 if (msg.what == IMAGE_THUMB) {
512                     synchronized (mMediaThumbQueue) {
513                         mCurrentThumbRequest = mMediaThumbQueue.poll();
514                     }
515                     if (mCurrentThumbRequest == null) {
516                         Log.w(TAG, "Have message but no request?");
517                     } else {
518                         try {
519                             File origFile = new File(mCurrentThumbRequest.mPath);
520                             if (origFile.exists() && origFile.length() > 0) {
521                                 mCurrentThumbRequest.execute();
522                             } else {
523                                 // original file hasn't been stored yet
524                                 synchronized (mMediaThumbQueue) {
525                                     Log.w(TAG, "original file hasn't been stored yet: " + mCurrentThumbReque
st.mPath);
526                                 }
527                             }
528                         } catch (IOException ex) {
529                             Log.w(TAG, ex);
530                         } catch (UnsupportedOperationException ex) {
531                             // This could happen if we unplug the sd card during insert/update
/delete
532                             // See getDatabaseForUri.
533                             Log.w(TAG, ex);
534                         } catch (OutOfMemoryError err) {
535                             /*
536                              * Note: Catching Errors is in most cases considered
537                              * bad practice. However, in this case it is
538                              * motivated by the fact that corrupt or very large
539                              * images may cause a huge allocation to be
540                              * requested and denied. The bitmap handling API in
541                              * Android offers no other way to guard against
542                              * these problems than by catching OutOfMemoryError.
543                              */
544                             Log.w(TAG, err);
545                         } finally {
546                             synchronized (mCurrentThumbRequest) {
547                                 mCurrentThumbRequest.mState = MediaThumbRequest.State.DONE;
548                                 mCurrentThumbRequest.notifyAll();
549                             }
550                         }
551                     }
552                 } else if (msg.what == ALBUM_THUMB) {
553                     ThumbData d;
554                     synchronized (mThumbRequestStack) {
555                         d = (ThumbData)mThumbRequestStack.pop();
556                     }
557
558                     makeThumbInternal(d);
559                     synchronized (mPendingThumbs) {
```

```
560                    }
561                }
562            }
563        };
564
565
566        return true;
567    }
568
569    private static final String IMAGE_COLUMNS =
570                    "_data,_size,_display_name,mime_type,title,date_added," +
571                    "date_modified,description,picasa_id,isprivate,latitude,longitude," +
572                    "datetaken,orientation,mini_thumb_magic,bucket_id,bucket_display_name," +
573                    "width,height";
574
575    private static final String IMAGE_COLUMNSv407 =
576                    "_data,_size,_display_name,mime_type,title,date_added," +
577                    "date_modified,description,picasa_id,isprivate,latitude,longitude," +
578                    "datetaken,orientation,mini_thumb_magic,bucket_id,bucket_display_name";
579
580    private static final String AUDIO_COLUMNSv99 =
581                    "_data,_display_name,_size,mime_type,date_added," +
582                    "date_modified,title,title_key,duration,artist_id,composer,album_id," +
583                    "track,year,is_ringtone,is_music,is_alarm,is_notification,is_podcast," +
584                    "bookmark";
585
586    private static final String AUDIO_COLUMNSv100 =
587                    "_data,_display_name,_size,mime_type,date_added," +
588                    "date_modified,title,title_key,duration,artist_id,composer,album_id," +
589                    "track,year,is_ringtone,is_music,is_alarm,is_notification,is_podcast," +
590                    "bookmark,album_artist";
591
592    private static final String AUDIO_COLUMNSv405 =
593                    "_data,_display_name,_size,mime_type,date_added,is_drm," +
594                    "date_modified,title,title_key,duration,artist_id,composer,album_id," +
595                    "track,year,is_ringtone,is_music,is_alarm,is_notification,is_podcast," +
596                    "bookmark,album_artist";
597
598    private static final String VIDEO_COLUMNS =
599                    "_data,_display_name,_size,mime_type,date_added,date_modified," +
600                    "title,duration,artist,album,resolution,description,isprivate,tags," +
601                    "category,language,mini_thumb_data,latitude,longitude,datetaken," +
602                    "mini_thumb_magic,bucket_id,bucket_display_name,bookmark,width," +
603                    "height";
604
605    private static final String VIDEO_COLUMNSv407 =
606                    "_data,_display_name,_size,mime_type,date_added,date_modified," +
607                    "title,duration,artist,album,resolution,description,isprivate,tags," +
608                    "category,language,mini_thumb_data,latitude,longitude,datetaken," +
609                    "mini_thumb_magic,bucket_id,bucket_display_name, bookmark";
610
611    private static final String PLAYLIST_COLUMNS = "_data,name,date_added,date_modified";
612
613    /**
614     * This method takes care of updating all the tables in the database to the
615     * current version, creating them if necessary.
616     * This method can only update databases at schema 63 or higher, which was
617     * created August 1, 2008. Older database will be cleared and recreated.
618     * @param db Database
619     * @param internal True if this is the internal media database
620     */
621    private static void updateDatabase(SQLiteDatabase db, boolean internal,
622            int fromVersion, int toVersion) {
623
624        // sanity checks
625        if (toVersion != DATABASE_VERSION) {
626            Log.e(TAG, "Illegal update request. Got " + toVersion + ", expected " +
627                    DATABASE_VERSION);
628            throw new IllegalArgumentException();
629        } else if (fromVersion > toVersion) {
630            Log.e(TAG, "Illegal update request: can't downgrade from " + fromVersion +
631                    " to " + toVersion + ". Did you forget to wipe data?");
632            throw new IllegalArgumentException();
633        }
634
635        // Revisions 84-86 were a failed attempt at supporting the "album artist" id3 tag.
636        // We can't downgrade from those revisions, so start over.
637        // (the initial change to do this was wrong, so now we actually need to start over
638        // if the database version is 84-89)
639        // Post-gingerbread, revisions 91-94 were broken in a way that is not easy to repair.
640        // However version 91 was reused in a divergent development path for gingerbread,
641        // so we need to support upgrades from 91.
```

```
642        // ... something deleted
643        if (fromVersion < 63 || (fromVersion >= 84 && fromVersion <= 89) ||
644                (fromVersion >= 92 && fromVersion <= 94)) {
645            // Drop everything and start over.
646            Log.i(TAG, "Upgrading media database from version " +
647                    fromVersion + " to " + toVersion + ", which will destroy all old data");
648            fromVersion = 63;
649            db.execSQL("DROP TABLE IF EXISTS images");
650            db.execSQL("DROP TRIGGER IF EXISTS images_cleanup");
651            db.execSQL("DROP TABLE IF EXISTS thumbnails");
652            db.execSQL("DROP TRIGGER IF EXISTS thumbnails_cleanup");
653            db.execSQL("DROP TABLE IF EXISTS audio_meta");
654            db.execSQL("DROP TABLE IF EXISTS artists");
655            db.execSQL("DROP TABLE IF EXISTS albums");
656            db.execSQL("DROP TABLE IF EXISTS album_art");
657            db.execSQL("DROP VIEW IF EXISTS artist_info");
658            db.execSQL("DROP VIEW IF EXISTS album_info");
659            db.execSQL("DROP VIEW IF EXISTS artists_albums_map");
660            db.execSQL("DROP TRIGGER IF EXISTS audio_meta_cleanup");
661            db.execSQL("DROP TABLE IF EXISTS audio_genres");
662            db.execSQL("DROP TABLE IF EXISTS audio_genres_map");
663            db.execSQL("DROP TABLE IF EXISTS audio_genres_cleanup");
664            db.execSQL("DROP TABLE IF EXISTS audio_playlists");
665            db.execSQL("DROP TABLE IF EXISTS audio_playlists_map");
666            db.execSQL("DROP TRIGGER IF EXISTS audio_playlists_cleanup");
667            db.execSQL("DROP TRIGGER IF EXISTS albumart_cleanup1");
668            db.execSQL("DROP TRIGGER IF EXISTS albumart_cleanup2");
669            db.execSQL("DROP TABLE IF EXISTS video");
670            db.execSQL("DROP TRIGGER IF EXISTS video_cleanup");
671            db.execSQL("DROP TABLE IF EXISTS objects");
672            db.execSQL("DROP TRIGGER IF EXISTS images_objects_cleanup");
673            db.execSQL("DROP TRIGGER IF EXISTS audio_objects_cleanup");
674            db.execSQL("DROP TRIGGER IF EXISTS video_objects_cleanup");
675            db.execSQL("DROP TRIGGER IF EXISTS playlists_objects_cleanup");
676
677            db.execSQL("CREATE TABLE IF NOT EXISTS images (" +
678                    "_id INTEGER PRIMARY KEY," +
679                    "_data TEXT," +
680                    "_size INTEGER," +
681                    "_display_name TEXT," +
682                    "mime_type TEXT," +
683                    "title TEXT," +
684                    "date_added INTEGER," +
685                    "date_modified INTEGER," +
686                    "description TEXT," +
687                    "picasa_id TEXT," +
688                    "isprivate INTEGER," +
689                    "latitude DOUBLE," +
690                    "longitude DOUBLE," +
691                    "datetaken INTEGER," +
692                    "orientation INTEGER," +
693                    "mini_thumb_magic INTEGER," +
694                    "bucket_id TEXT," +
695                    "bucket_display_name TEXT" +
696                    ");");
697
698            db.execSQL("CREATE INDEX IF NOT EXISTS mini_thumb_magic_index on images(mini_thumb_magic);");
699
700            db.execSQL("CREATE TRIGGER IF NOT EXISTS images_cleanup DELETE ON images " +
701                    "BEGIN " +
702                    "DELETE FROM thumbnails WHERE image_id = old._id;" +
703                    "SELECT _DELETE_FILE(old._data);" +
704                    "END");
705
706            // create image thumbnail table
707            db.execSQL("CREATE TABLE IF NOT EXISTS thumbnails (" +
708                    "_id INTEGER PRIMARY KEY," +
709                    "_data TEXT," +
710                    "image_id INTEGER," +
711                    "kind INTEGER," +
712                    "width INTEGER," +
713                    "height INTEGER" +
714                    ");");
715
716            db.execSQL("CREATE INDEX IF NOT EXISTS image_id_index on thumbnails(image_id);");
717
718            db.execSQL("CREATE TRIGGER IF NOT EXISTS thumbnails_cleanup DELETE ON thumbnails " +
719                    "BEGIN " +
720                    "SELECT _DELETE_FILE(old._data);" +
721                    "END");
722
723            // Contains meta data about audio files
```

Case 5:12-cv-00630-LHK Document 11.7-25 Filed 04/23/12 Page 11 of 59

```
724                         "_id INTEGER PRIMARY KEY," +
725                         "_data TEXT UNIQUE NOT NULL," +
726                         "_display_name TEXT," +
727                         "_size INTEGER," +
728                         "mime_type TEXT," +
729                         "date_added INTEGER," +
730                         "date_modified INTEGER," +
731                         "title TEXT NOT NULL," +
732                         "title_key TEXT NOT NULL," +
733                         "duration INTEGER," +
734                         "artist_id INTEGER," +
735                         "composer TEXT," +
736                         "album_id INTEGER," +
737                         "track INTEGER," +      // track is an integer to allow proper sorting
738                         "year INTEGER CHECK(year!=0)," +
739                         "is_ringtone INTEGER," +
740                         "is_music INTEGER," +
741                         "is_alarm INTEGER," +
742                         "is_notification INTEGER" +
743                         ");");
744
745
746             // Contains a sort/group "key" and the preferred display name for artists
747             db.execSQL("CREATE TABLE IF NOT EXISTS artists (" +
748                         "artist_id INTEGER PRIMARY KEY," +
749                         "artist_key TEXT NOT NULL UNIQUE," +
750                         "artist TEXT NOT NULL" +
751                         ");");
752
753             // Contains a sort/group "key" and the preferred display name for albums
754             db.execSQL("CREATE TABLE IF NOT EXISTS albums (" +
755                         "album_id INTEGER PRIMARY KEY," +
756                         "album_key TEXT NOT NULL UNIQUE," +
757                         "album TEXT NOT NULL" +
758                         ");");
759
760             db.execSQL("CREATE TABLE IF NOT EXISTS album_art (" +
761                         "album_id INTEGER PRIMARY KEY," +
762                         "_data TEXT" +
763                         ");");
764
765             recreateAudioView(db);
766
767
768             // Provides some extra info about artists, like the number of tracks
769             // and albums for this artist
770             db.execSQL("CREATE VIEW IF NOT EXISTS artist_info AS " +
771                         "SELECT artist_id AS _id, artist, artist_key, " +
772                         "COUNT(DISTINCT album) AS number_of_albums, " +
773                         "COUNT(*) AS number_of_tracks FROM audio WHERE is_music=1 "+
774                         "GROUP BY artist_key;");
775
776             // Provides extra info albums, such as the number of tracks
777             db.execSQL("CREATE VIEW IF NOT EXISTS album_info AS " +
778                         "SELECT audio.album_id AS _id, album, album_key, " +
779                         "MIN(year) AS minyear, " +
780                         "MAX(year) AS maxyear, artist, artist_id, artist_key, " +
781                         "count(*) AS " + MediaStore.Audio.Albums.NUMBER_OF_SONGS +
782                         ",album_art._data AS album_art" +
783                         " FROM audio LEFT OUTER JOIN album_art ON audio.album_id=album_art.album_id" +
784                         " WHERE is_music=1 GROUP BY audio.album_id;");
785
786             // For a given artist_id, provides the album_id for albums on
787             // which the artist appears.
788             db.execSQL("CREATE VIEW IF NOT EXISTS artists_albums_map AS " +
789                         "SELECT DISTINCT artist_id, album_id FROM audio_meta;");
790
791             /*
792              * Only external media volumes can handle genres, playlists, etc.
793              */
794             if (!internal) {
795                 // Cleans up when an audio file is deleted
796                 db.execSQL("CREATE TRIGGER IF NOT EXISTS audio_meta_cleanup DELETE ON audio_meta " +
797                             "BEGIN " +
798                                 "DELETE FROM audio_genres_map WHERE audio_id = old._id;" +
799                                 "DELETE FROM audio_playlists_map WHERE audio_id = old._id;" +
800                             "END");
801
802                 // Contains audio genre definitions
803                 db.execSQL("CREATE TABLE IF NOT EXISTS audio_genres (" +
804                             "_id INTEGER PRIMARY KEY," +
805                             "name TEXT NOT NULL" +
```

```
806
807
808                    // Contains mappings between audio genres and audio files
809            db.execSQL("CREATE TABLE IF NOT EXISTS audio_genres_map (" +
810                        "_id INTEGER PRIMARY KEY," +
811                        "audio_id INTEGER NOT NULL," +
812                        "genre_id INTEGER NOT NULL" +
813                        ");");
814
815                    // Cleans up when an audio genre is delete
816            db.execSQL("CREATE TRIGGER IF NOT EXISTS audio_genres_cleanup DELETE ON audio_genres " +
817                        "BEGIN " +
818                            "DELETE FROM audio_genres_map WHERE genre_id = old._id;" +
819                        "END");
820
821                    // Contains audio playlist definitions
822            db.execSQL("CREATE TABLE IF NOT EXISTS audio_playlists (" +
823                        "_id INTEGER PRIMARY KEY," +
824                        "_data TEXT," +   // _data is path for file based playlists, or null
825                        "name TEXT NOT NULL," +
826                        "date_added INTEGER," +
827                        "date_modified INTEGER" +
828                        ");");
829
830                    // Contains mappings between audio playlists and audio files
831            db.execSQL("CREATE TABLE IF NOT EXISTS audio_playlists_map (" +
832                        "_id INTEGER PRIMARY KEY," +
833                        "audio_id INTEGER NOT NULL," +
834                        "playlist_id INTEGER NOT NULL," +
835                        "play_order INTEGER NOT NULL" +
836                        ");");
837
838                    // Cleans up when an audio playlist is deleted
839            db.execSQL("CREATE TRIGGER IF NOT EXISTS audio_playlists_cleanup DELETE ON audio_playlists " +
840                        "BEGIN " +
841                            "DELETE FROM audio_playlists_map WHERE playlist_id = old._id;" +
842                            "SELECT _DELETE_FILE(old._data);" +
843                        "END");
844
845                    // Cleans up album_art table entry when an album is deleted
846            db.execSQL("CREATE TRIGGER IF NOT EXISTS albumart_cleanup1 DELETE ON albums " +
847                        "BEGIN " +
848                            "DELETE FROM album_art WHERE album_id = old.album_id;" +
849                        "END");
850
851                    // Cleans up album_art when an album is deleted
852            db.execSQL("CREATE TRIGGER IF NOT EXISTS albumart_cleanup2 DELETE ON album_art " +
853                        "BEGIN " +
854                            "SELECT _DELETE_FILE(old._data);" +
855                        "END");
856        }
857
858                    // Contains meta data about video files
859            db.execSQL("CREATE TABLE IF NOT EXISTS video (" +
860                        "_id INTEGER PRIMARY KEY," +
861                        "_data TEXT NOT NULL," +
862                        "_display_name TEXT," +
863                        "_size INTEGER," +
864                        "mime_type TEXT," +
865                        "date_added INTEGER," +
866                        "date_modified INTEGER," +
867                        "title TEXT," +
868                        "duration INTEGER," +
869                        "artist TEXT," +
870                        "album TEXT," +
871                        "resolution TEXT," +
872                        "description TEXT," +
873                        "isprivate INTEGER," +   // for YouTube videos
874                        "tags TEXT," +            // for YouTube videos
875                        "category TEXT," +        // for YouTube videos
876                        "language TEXT," +        // for YouTube videos
877                        "mini_thumb_data TEXT," +
878                        "latitude DOUBLE," +
879                        "longitude DOUBLE," +
880                        "datetaken INTEGER," +
881                        "mini_thumb_magic INTEGER" +
882                        ");");
883
884            db.execSQL("CREATE TRIGGER IF NOT EXISTS video_cleanup DELETE ON video " +
885                        "BEGIN " +
886                            "SELECT _DELETE_FILE(old._data);" +
887                        "END");
```

Case 5:12-cv-00630-LHK    Document 117-25    Filed 04/23/12    Page 13 of 59

```
 888
 889
 890        // At this point the database is at least at schema version 63 (it was
 891        // either created at version 63 by the code above, or was already at
 892        // version 63 or later)
 893
 894        if (fromVersion < 64) {
 895            // create the index that updates the database to schema version 64
 896            db.execSQL("CREATE INDEX IF NOT EXISTS sort_index on images(datetaken ASC, _id ASC);");
 897        }
 898
 899        /*
 900         *  Android 1.0 shipped with database version 64
 901         */
 902
 903        if (fromVersion < 65) {
 904            // create the index that updates the database to schema version 65
 905            db.execSQL("CREATE INDEX IF NOT EXISTS titlekey_index on audio_meta(title_key);");
 906        }
 907
 908        // In version 66, originally we updateBucketNames(db, "images"),
 909        // but we need to do it in version 89 and therefore save the update here.
 910
 911        if (fromVersion < 67) {
 912            // create the indices that update the database to schema version 67
 913            db.execSQL("CREATE INDEX IF NOT EXISTS albumkey_index on albums(album_key);");
 914            db.execSQL("CREATE INDEX IF NOT EXISTS artistkey_index on artists(artist_key);");
 915        }
 916
 917        if (fromVersion < 68) {
 918            // Create bucket_id and bucket_display_name columns for the video table.
 919            db.execSQL("ALTER TABLE video ADD COLUMN bucket_id TEXT;");
 920            db.execSQL("ALTER TABLE video ADD COLUMN bucket_display_name TEXT");
 921
 922            // In version 68, originally we updateBucketNames(db, "video"),
 923            // but we need to do it in version 89 and therefore save the update here.
 924        }
 925
 926        if (fromVersion < 69) {
 927            updateDisplayName(db, "images");
 928        }
 929
 930        if (fromVersion < 70) {
 931            // Create bookmark column for the video table.
 932            db.execSQL("ALTER TABLE video ADD COLUMN bookmark INTEGER;");
 933        }
 934
 935        if (fromVersion < 71) {
 936            // There is no change to the database schema, however a code change
 937            // fixed parsing of metadata for certain files bought from the
 938            // iTunes music store, so we want to rescan files that might need it.
 939            // We do this by clearing the modification date in the database for
 940            // those files, so that the media scanner will see them as updated
 941            // and rescan them.
 942            db.execSQL("UPDATE audio_meta SET date_modified=0 WHERE _id IN (" +
 943                    "SELECT _id FROM audio where mime_type='audio/mp4' AND " +
 944                    "artist='" + MediaStore.UNKNOWN_STRING + "' AND " +
 945                    "album='" + MediaStore.UNKNOWN_STRING + "'" +
 946                    ");");
 947        }
 948
 949        if (fromVersion < 72) {
 950            // Create is_podcast and bookmark columns for the audio table.
 951            db.execSQL("ALTER TABLE audio_meta ADD COLUMN is_podcast INTEGER;");
 952            db.execSQL("UPDATE audio_meta SET is_podcast=1 WHERE _data LIKE '%/podcasts/%';");
 953            db.execSQL("UPDATE audio_meta SET is_music=0 WHERE is_podcast=1" +
 954                    " AND _data NOT LIKE '%/music/%';");
 955            db.execSQL("ALTER TABLE audio_meta ADD COLUMN bookmark INTEGER;");
 956
 957            // New columns added to tables aren't visible in views on those tables
 958            // without opening and closing the database (or using the 'vacuum' command,
 959            // which we can't do here because all this code runs inside a transaction).
 960            // To work around this, we drop and recreate the affected view and trigger.
 961            recreateAudioView(db);
 962        }
 963
 964        /*
 965         *  Android 1.5 shipped with database version 72
 966         */
 967
 968        if (fromVersion < 73) {
 969            // There is no change to the database schema, but we now do case insensitive
```

```
970                    // ringtone, podcast, etc, so we might need to reclassify some files.
971                    db.execSQL("UPDATE audio_meta SET is_music=1 WHERE is_music=0 AND " +
972                            "_data LIKE '%/music/%';");
973                    db.execSQL("UPDATE audio_meta SET is_ringtone=1 WHERE is_ringtone=0 AND " +
974                            "_data LIKE '%/ringtones/%';");
975                    db.execSQL("UPDATE audio_meta SET is_notification=1 WHERE is_notification=0 AND " +
976                            "_data LIKE '%/notifications/%';");
977                    db.execSQL("UPDATE audio_meta SET is_alarm=1 WHERE is_alarm=0 AND " +
978                            "_data LIKE '%/alarms/%';");
979                    db.execSQL("UPDATE audio_meta SET is_podcast=1 WHERE is_podcast=0 AND " +
980                            "_data LIKE '%/podcasts/%';");
981            }
982
983            if (fromVersion < 74) {
984                    // This view is used instead of the audio view by the union below, to force
985                    // sqlite to use the title_key index. This greatly reduces memory usage
986                    // (no separate copy pass needed for sorting, which could cause errors on
987                    // large datasets) and improves speed (by about 35% on a large dataset)
988                    db.execSQL("CREATE VIEW IF NOT EXISTS searchhelpertitle AS SELECT * FROM audio " +
989                            "ORDER BY title_key;");
990
991                    db.execSQL("CREATE VIEW IF NOT EXISTS search AS " +
992                            "SELECT _id," +
993                            "'artist' AS mime_type," +
994                            "artist," +
995                            "NULL AS album," +
996                            "NULL AS title," +
997                            "artist AS text1," +
998                            "NULL AS text2," +
999                            "number_of_albums AS data1," +
1000                           "number_of_tracks AS data2," +
1001                           "artist_key AS match," +
1002                           "'content://media/external/audio/artists/'||_id AS suggest_intent_data," +
1003                           "1 AS grouporder " +
1004                           "FROM artist_info WHERE (artist!='" + MediaStore.UNKNOWN_STRING + "')" +
1005                    "UNION ALL " +
1006                           "SELECT _id," +
1007                           "'album' AS mime_type," +
1008                           "artist," +
1009                           "album," +
1010                           "NULL AS title," +
1011                           "album AS text1," +
1012                           "artist AS text2," +
1013                           "NULL AS data1," +
1014                           "NULL AS data2," +
1015                           "artist_key||' '||album_key AS match," +
1016                           "'content://media/external/audio/albums/'||_id AS suggest_intent_data," +
1017                           "2 AS grouporder " +
1018                           "FROM album_info WHERE (album!='" + MediaStore.UNKNOWN_STRING + "')" +
1019                    "UNION ALL " +
1020                           "SELECT searchhelpertitle._id AS _id," +
1021                           "mime_type," +
1022                           "artist," +
1023                           "album," +
1024                           "title," +
1025                           "title AS text1," +
1026                           "artist AS text2," +
1027                           "NULL AS data1," +
1028                           "NULL AS data2," +
1029                           "artist_key||' '||album_key||' '||title_key AS match," +
1030                           "'content://media/external/audio/media/'||searchhelpertitle._id AS " +
1031                           "suggest_intent_data," +
1032                           "3 AS grouporder " +
1033                           "FROM searchhelpertitle WHERE (title != '') "
1034                           );
1035            }
1036
1037            if (fromVersion < 75) {
1038                    // Force a rescan of the audio entries so we can apply the new logic to
1039                    // distinguish same-named albums.
1040                    db.execSQL("UPDATE audio_meta SET date_modified=0;");
1041                    db.execSQL("DELETE FROM albums");
1042            }
1043
1044            if (fromVersion < 76) {
1045                    // We now ignore double quotes when building the key, so we have to remove all of
1046 them
1047                    // from existing keys.
1048                    db.execSQL("UPDATE audio_meta SET title_key=" +
1049                            "REPLACE(title_key,x'081D08C29F081D',x'081D') " +
1050                            "WHERE title_key LIKE '%'||x'081D08C29F081D'||'%';");
```

Case 5:12-cv-00630-LHK Document 117-25    Filed 04/23/12    Page 15 of 59

```
1051                     "REPLACE(album_key,x'081D08C29F081D',x'081D') " +
1052                     "WHERE album_key LIKE '%'||x'081D08C29F081D'||'%';");
1053             db.execSQL("UPDATE artists SET artist_key=" +
1054                     "REPLACE(artist_key,x'081D08C29F081D',x'081D') " +
1055                     "WHERE artist_key LIKE '%'||x'081D08C29F081D'||'%';");
1056         }
1057
1058
1059         /*
1060          *  Android 1.6 shipped with database version 76
1061          */
1062
1063         if (fromVersion < 77) {
1064             // create video thumbnail table
1065             db.execSQL("CREATE TABLE IF NOT EXISTS videothumbnails (" +
1066                     "_id INTEGER PRIMARY KEY," +
1067                     "_data TEXT," +
1068                     "video_id INTEGER," +
1069                     "kind INTEGER," +
1070                     "width INTEGER," +
1071                     "height INTEGER" +
1072                     ");");
1073
1074             db.execSQL("CREATE INDEX IF NOT EXISTS video_id_index on videothumbnails(video_id);");
1075
1076             db.execSQL("CREATE TRIGGER IF NOT EXISTS videothumbnails_cleanup DELETE ON videothumbnails " +
1077                     "BEGIN " +
1078                         "SELECT _DELETE_FILE(old._data);" +
1079                     "END");
1080         }
1081
1082         /*
1083          *  Android 2.0 and 2.0.1 shipped with database version 77
1084          */
1085
1086         if (fromVersion < 78) {
1087             // Force a rescan of the video entries so we can update
1088             // latest changed DATE_TAKEN units (in milliseconds).
1089             db.execSQL("UPDATE video SET date_modified=0;");
1090         }
1091
1092         /*
1093          *  Android 2.1 shipped with database version 78
1094          */
1095
1096         if (fromVersion < 79) {
1097             // move /sdcard/albumthumbs to
1098             // /sdcard/Android/data/com.android.providers.media/albumthumbs,
1099             // and update the database accordingly
1100
1101             String oldthumbspath = mExternalStoragePaths[0] + "/albumthumbs";
1102             String newthumbspath = mExternalStoragePaths[0] + "/" + ALBUM_THUMB_FOLDER;
1103             File thumbsfolder = new File(oldthumbspath);
1104             if (thumbsfolder.exists()) {
1105                 // move folder to its new location
1106                 File newthumbsfolder = new File(newthumbspath);
1107                 newthumbsfolder.getParentFile().mkdirs();
1108                 if(thumbsfolder.renameTo(newthumbsfolder)) {
1109                     // update the database
1110                     db.execSQL("UPDATE album_art SET _data=REPLACE(_data,'" +
1111                             oldthumbspath + "','" + newthumbspath + "');");
1112                 }
1113             }
1114         }
1115
1116         if (fromVersion < 80) {
1117             // Force rescan of image entries to update DATE_TAKEN as UTC timestamp.
1118             db.execSQL("UPDATE images SET date_modified=0;");
1119         }
1120
1121         if (fromVersion < 81 && !internal) {
1122             // Delete entries starting with /mnt/sdcard. This is for the benefit
1123             // of users running builds between 2.0.1 and 2.1 final only, since
1124             // users updating from 2.0 or earlier will not have such entries.
1125
1126             // First we need to update the _data fields in the affected tables, since
1127             // otherwise deleting the entries will also delete the underlying files
1128             // (via a trigger), and we want to keep them.
1129             db.execSQL("UPDATE audio_playlists SET _data='////' WHERE _data LIKE '/mnt/sdcard/%';");
1130             db.execSQL("UPDATE images SET _data='////' WHERE _data LIKE '/mnt/sdcard/%';");
1131             db.execSQL("UPDATE video SET _data='////' WHERE _data LIKE '/mnt/sdcard/%';");
1132             db.execSQL("UPDATE videothumbnails SET _data='////' WHERE _data LIKE '/mnt/sdcard/%';");
```

Case 5:12-cv-00630-LHK Document 117-28 Filed 04/23/12 Page 16 of 59

```
1133            db.execSQL("UPDATE audio_art SET _data='////' WHERE _data LIKE '/mnt/sdcard/%';");
1134            db.execSQL("UPDATE audio_art SET _data='////' WHERE _data LIKE '/mnt/sdcard/%';");
1135            db.execSQL("UPDATE audio_meta SET _data='////' WHERE _data LIKE '/mnt/sdcard/%';");
1136            // Once the paths have been renamed, we can safely delete the entries
1137            db.execSQL("DELETE FROM audio_playlists WHERE _data IS '////';");
1138            db.execSQL("DELETE FROM images WHERE _data IS '////';");
1139            db.execSQL("DELETE FROM video WHERE _data IS '////';");
1140            db.execSQL("DELETE FROM videothumbnails WHERE _data IS '////';");
1141            db.execSQL("DELETE FROM thumbnails WHERE _data IS '////';");
1142            db.execSQL("DELETE FROM audio_meta WHERE _data  IS '////';");
1143            db.execSQL("DELETE FROM album_art WHERE _data  IS '////';");
1144
1145            // rename existing entries starting with /sdcard to /mnt/sdcard
1146            db.execSQL("UPDATE audio_meta"  +
1147                    " SET _data='/mnt/sdcard'||SUBSTR(_data,8) WHERE _data LIKE '/sdcard/%';");
1148            db.execSQL("UPDATE audio_playlists"  +
1149                    " SET _data='/mnt/sdcard'||SUBSTR(_data,8) WHERE _data LIKE '/sdcard/%';");
1150            db.execSQL("UPDATE images"  +
1151                    " SET _data='/mnt/sdcard'||SUBSTR(_data,8) WHERE _data LIKE '/sdcard/%';");
1152            db.execSQL("UPDATE video"  +
1153                    " SET _data='/mnt/sdcard'||SUBSTR(_data,8) WHERE _data LIKE '/sdcard/%';");
1154            db.execSQL("UPDATE videothumbnails"  +
1155                    " SET _data='/mnt/sdcard'||SUBSTR(_data,8) WHERE _data LIKE '/sdcard/%';");
1156            db.execSQL("UPDATE thumbnails"  +
1157                    " SET _data='/mnt/sdcard'||SUBSTR(_data,8) WHERE _data LIKE '/sdcard/%';");
1158            db.execSQL("UPDATE album_art"  +
1159                    " SET _data='/mnt/sdcard'||SUBSTR(_data,8) WHERE _data LIKE '/sdcard/%';");
1160
1161            // Delete albums and artists, then clear the modification time on songs, which
1162            // will cause the media scanner to rescan everything, rebuilding the artist and
1163            // album tables along the way, while preserving playlists.
1164            // We need this rescan because ICU also changed, and now generates different
1165            // collation keys
1166            db.execSQL("DELETE from albums");
1167            db.execSQL("DELETE from artists");
1168            db.execSQL("UPDATE audio_meta SET date_modified=0;");
1169        }
1170
1171        if (fromVersion < 82) {
1172            // recreate this view with the correct "group by" specifier
1173            db.execSQL("DROP VIEW IF EXISTS artist_info");
1174            db.execSQL("CREATE VIEW IF NOT EXISTS artist_info AS "  +
1175                    "SELECT artist_id AS _id, artist, artist_key, "  +
1176                    "COUNT(DISTINCT album_key) AS number_of_albums, "  +
1177                    "COUNT(*) AS number_of_tracks FROM audio WHERE is_music=1 "+
1178                    "GROUP BY artist_key;");
1179        }
1180
1181        /* we skipped over version 83, and reverted versions 84, 85 and 86 */
1182
1183        if (fromVersion < 87) {
1184            // The fastscroll thumb needs an index on the strings being displayed,
1185            // otherwise the queries it does to determine the correct position
1186            // becomes really inefficient
1187            db.execSQL("CREATE INDEX IF NOT EXISTS title_idx on audio_meta(title);");
1188            db.execSQL("CREATE INDEX IF NOT EXISTS artist_idx on artists(artist);");
1189            db.execSQL("CREATE INDEX IF NOT EXISTS album_idx on albums(album);");
1190        }
1191
1192        if (fromVersion < 88) {
1193            // Clean up a few more things from versions 84/85/86, and recreate
1194            // the few things worth keeping from those changes.
1195            db.execSQL("DROP TRIGGER IF EXISTS albums_update1;");
1196            db.execSQL("DROP TRIGGER IF EXISTS albums_update2;");
1197            db.execSQL("DROP TRIGGER IF EXISTS albums_update3;");
1198            db.execSQL("DROP TRIGGER IF EXISTS albums_update4;");
1199            db.execSQL("DROP TRIGGER IF EXISTS artist_update1;");
1200            db.execSQL("DROP TRIGGER IF EXISTS artist_update2;");
1201            db.execSQL("DROP TRIGGER IF EXISTS artist_update3;");
1202            db.execSQL("DROP TRIGGER IF EXISTS artist_update4;");
1203            db.execSQL("DROP VIEW IF EXISTS album_artists;");
1204            db.execSQL("CREATE INDEX IF NOT EXISTS album_id_idx on audio_meta(album_id);");
1205            db.execSQL("CREATE INDEX IF NOT EXISTS artist_id_idx on audio_meta(artist_id);");
1206            // For a given artist_id, provides the album_id for albums on
1207            // which the artist appears.
1208            db.execSQL("CREATE VIEW IF NOT EXISTS artists_albums_map AS "  +
1209                    "SELECT DISTINCT artist_id, album_id FROM audio_meta;");
1210        }
1211
1212        // In version 89, originally we updateBucketNames(db, "images") and
1213        // updateBucketNames(db, "video"), but in version 101 we now updateBucketNames
1214        // for all files and therefore can save the update here.
```

```
1215
1216      if (fromVersion < 91) {
1217          // Never query by mini_thumb_magic_index
1218          db.execSQL("DROP INDEX IF EXISTS mini_thumb_magic_index");
1219
1220          // sort the items by taken date in each bucket
1221          db.execSQL("CREATE INDEX IF NOT EXISTS image_bucket_index ON images(bucket_id, datetaken)");
1222          db.execSQL("CREATE INDEX IF NOT EXISTS video_bucket_index ON video(bucket_id, datetaken)");
1223      }
1224
1225
1226      // Gingerbread ended up going to version 100, but didn't yet have the "files"
1227      // table, so we need to create that if we're at 100 or lower. This means
1228      // we won't be able to upgrade pre-release Honeycomb.
1229      if (fromVersion <= 100) {
1230          // Remove various stages of work in progress for MTP support
1231          db.execSQL("DROP TABLE IF EXISTS objects");
1232          db.execSQL("DROP TABLE IF EXISTS files");
1233          db.execSQL("DROP TRIGGER IF EXISTS images_objects_cleanup;");
1234          db.execSQL("DROP TRIGGER IF EXISTS audio_objects_cleanup;");
1235          db.execSQL("DROP TRIGGER IF EXISTS video_objects_cleanup;");
1236          db.execSQL("DROP TRIGGER IF EXISTS playlists_objects_cleanup;");
1237          db.execSQL("DROP TRIGGER IF EXISTS files_cleanup_images;");
1238          db.execSQL("DROP TRIGGER IF EXISTS files_cleanup_audio;");
1239          db.execSQL("DROP TRIGGER IF EXISTS files_cleanup_video;");
1240          db.execSQL("DROP TRIGGER IF EXISTS files_cleanup_playlists;");
1241          db.execSQL("DROP TRIGGER IF EXISTS media_cleanup;");
1242
1243          // Create a new table to manage all files in our storage.
1244          // This contains a union of all the columns from the old
1245          // images, audio_meta, videos and audio_playlist tables.
1246          db.execSQL("CREATE TABLE files (" +
1247                      "_id INTEGER PRIMARY KEY AUTOINCREMENT," +
1248                      "_data TEXT," +     // this can be null for playlists
1249                      "_size INTEGER," +
1250                      "format INTEGER," +
1251                      "parent INTEGER," +
1252                      "date_added INTEGER," +
1253                      "date_modified INTEGER," +
1254                      "mime_type TEXT," +
1255                      "title TEXT," +
1256                      "description TEXT," +
1257                      "_display_name TEXT," +
1258
1259                      // for images
1260                      "picasa_id TEXT," +
1261                      "orientation INTEGER," +
1262
1263                      // for images and video
1264                      "latitude DOUBLE," +
1265                      "longitude DOUBLE," +
1266                      "datetaken INTEGER," +
1267                      "mini_thumb_magic INTEGER," +
1268                      "bucket_id TEXT," +
1269                      "bucket_display_name TEXT," +
1270                      "isprivate INTEGER," +
1271
1272                      // for audio
1273                      "title_key TEXT," +
1274                      "artist_id INTEGER," +
1275                      "album_id INTEGER," +
1276                      "composer TEXT," +
1277                      "track INTEGER," +
1278                      "year INTEGER CHECK(year!=0)," +
1279                      "is_ringtone INTEGER," +
1280                      "is_music INTEGER," +
1281                      "is_alarm INTEGER," +
1282                      "is_notification INTEGER," +
1283                      "is_podcast INTEGER," +
1284                      "album_artist TEXT," +
1285
1286                      // for audio and video
1287                      "duration INTEGER," +
1288                      "bookmark INTEGER," +
1289
1290                      // for video
1291                      "artist TEXT," +
1292                      "album TEXT," +
1293                      "resolution TEXT," +
1294                      "tags TEXT," +
1295                      "category TEXT," +
1296                      "language TEXT," +
```

```
1297
1298
1299                        // for playlists
1300                        "name TEXT," +
1301
1302                        // media_type is used by the views to emulate the old
1303                        // images, audio_meta, videos and audio_playlist tables.
1304                        "media_type INTEGER," +
1305
1306                        // Value of _id from the old media table.
1307                        // Used only for updating other tables during database upgrade.
1308                        "old_id INTEGER" +
1309                        ");");
1310
1311            db.execSQL("CREATE INDEX path_index ON files(_data);");
1312            db.execSQL("CREATE INDEX media_type_index ON files(media_type);");
1313
1314            // Copy all data from our obsolete tables to the new files table
1315
1316            // Copy audio records first, preserving the _id column.
1317            // We do this to maintain compatibility for content Uris for ringtones.
1318            // Unfortunately we cannot do this for images and videos as well.
1319            // We choose to do this for the audio table because the fragility of Uris
1320            // for ringtones are the most common problem we need to avoid.
1321            db.execSQL("INSERT INTO files (_id," + AUDIO_COLUMNSv99 + ",old_id,media_type)" +
1322                    " SELECT _id," + AUDIO_COLUMNSv99 + "._id," + FileColumns.MEDIA_TYPE_AUDIO +
1323                    " FROM audio_meta;");
1324
1325            db.execSQL("INSERT INTO files (" + IMAGE_COLUMNSv407 + ",old_id,media_type) SELECT "
1326                    + IMAGE_COLUMNSv407 + "._id," + FileColumns.MEDIA_TYPE_IMAGE + " FROM images;"
);
1327            db.execSQL("INSERT INTO files (" + VIDEO_COLUMNSv407 + ",old_id,media_type) SELECT "
1328                    + VIDEO_COLUMNSv407 + "._id," + FileColumns.MEDIA_TYPE_VIDEO + " FROM video;")
;
1329            if (!internal) {
1330                db.execSQL("INSERT INTO files (" + PLAYLIST_COLUMNS + ",old_id,media_type) SELECT "
1331                        + PLAYLIST_COLUMNS + "._id," + FileColumns.MEDIA_TYPE_PLAYLIST
1332                        + " FROM audio_playlists;");
1333            }
1334
1335            // Delete the old tables
1336            db.execSQL("DROP TABLE IF EXISTS images");
1337            db.execSQL("DROP TABLE IF EXISTS audio_meta");
1338            db.execSQL("DROP TABLE IF EXISTS video");
1339            db.execSQL("DROP TABLE IF EXISTS audio_playlists");
1340
1341            // Create views to replace our old tables
1342            db.execSQL("CREATE VIEW images AS SELECT _id," + IMAGE_COLUMNSv407 +
1343                    " FROM files WHERE " + FileColumns.MEDIA_TYPE + "="
1344                    + FileColumns.MEDIA_TYPE_IMAGE + ";");
1345            db.execSQL("CREATE VIEW audio_meta AS SELECT _id," + AUDIO_COLUMNSv100 +
1346                    " FROM files WHERE " + FileColumns.MEDIA_TYPE + "="
1347                    + FileColumns.MEDIA_TYPE_AUDIO + ";");
1348            db.execSQL("CREATE VIEW video AS SELECT _id," + VIDEO_COLUMNSv407 +
1349                    " FROM files WHERE " + FileColumns.MEDIA_TYPE + "="
1350                    + FileColumns.MEDIA_TYPE_VIDEO + ";");
1351            if (!internal) {
1352                db.execSQL("CREATE VIEW audio_playlists AS SELECT _id," + PLAYLIST_COLUMNS +
1353                        " FROM files WHERE " + FileColumns.MEDIA_TYPE + "="
1354                        + FileColumns.MEDIA_TYPE_PLAYLIST + ";");
1355            }
1356
1357            // create temporary index to make the updates go faster
1358            db.execSQL("CREATE INDEX tmp ON files(old_id);");
1359
1360            // update the image_id column in the thumbnails table.
1361            db.execSQL("UPDATE thumbnails SET image_id = (SELECT _id FROM files "
1362                    + "WHERE files.old_id = thumbnails.image_id AND files.media_type = "
1363                    + FileColumns.MEDIA_TYPE_IMAGE + ");");
1364
1365            if (!internal) {
1366                // update audio_id in the audio_genres_map table, and
1367                // audio_playlists_map tables and playlist_id in the audio_playlists_map table
1368                db.execSQL("UPDATE audio_genres_map SET audio_id = (SELECT _id FROM files "
1369                        + "WHERE files.old_id = audio_genres_map.audio_id AND files.media_type = "
1370                        + FileColumns.MEDIA_TYPE_AUDIO + ");");
1371                db.execSQL("UPDATE audio_playlists_map SET audio_id = (SELECT _id FROM files "
1372                        + "WHERE files.old_id = audio_playlists_map.audio_id "
1373                        + "AND files.media_type = " + FileColumns.MEDIA_TYPE_AUDIO + ");");
1374                db.execSQL("UPDATE audio_playlists_map SET playlist_id = (SELECT _id FROM files "
1375                        + "WHERE files.old_id = audio_playlists_map.playlist_id "
1376                        + "AND files.media_type = " + FileColumns.MEDIA_TYPE_PLAYLIST + ");");
```

```
1377
1378
1379            // update video_id in the videothumbnails table.
1380            db.execSQL("UPDATE videothumbnails SET video_id = (SELECT _id FROM files "
1381                    + "WHERE files.old_id = videothumbnails.video_id AND files.media_type = "
1382                    + FileColumns.MEDIA_TYPE_VIDEO + ");");
1383
1384            // we don't need this index anymore now
1385            db.execSQL("DROP INDEX tmp;");
1386
1387            // update indices to work on the files table
1388            db.execSQL("DROP INDEX IF EXISTS title_idx");
1389            db.execSQL("DROP INDEX IF EXISTS album_id_idx");
1390            db.execSQL("DROP INDEX IF EXISTS image_bucket_index");
1391            db.execSQL("DROP INDEX IF EXISTS video_bucket_index");
1392            db.execSQL("DROP INDEX IF EXISTS sort_index");
1393            db.execSQL("DROP INDEX IF EXISTS titlekey_index");
1394            db.execSQL("DROP INDEX IF EXISTS artist_id_idx");
1395            db.execSQL("CREATE INDEX title_idx ON files(title);");
1396            db.execSQL("CREATE INDEX album_id_idx ON files(album_id);");
1397            db.execSQL("CREATE INDEX bucket_index ON files(bucket_id, datetaken);");
1398            db.execSQL("CREATE INDEX sort_index ON files(datetaken ASC, _id ASC);");
1399            db.execSQL("CREATE INDEX titlekey_index ON files(title_key);");
1400            db.execSQL("CREATE INDEX artist_id_idx ON files(artist_id);");
1401
1402            // Recreate triggers for our obsolete tables on the new files table
1403            db.execSQL("DROP TRIGGER IF EXISTS images_cleanup");
1404            db.execSQL("DROP TRIGGER IF EXISTS audio_meta_cleanup");
1405            db.execSQL("DROP TRIGGER IF EXISTS video_cleanup");
1406            db.execSQL("DROP TRIGGER IF EXISTS audio_playlists_cleanup");
1407            db.execSQL("DROP TRIGGER IF EXISTS audio_delete");
1408
1409            db.execSQL("CREATE TRIGGER IF NOT EXISTS images_cleanup DELETE ON files " +
1410                    "WHEN old.media_type = " + FileColumns.MEDIA_TYPE_IMAGE + " " +
1411                    "BEGIN " +
1412                        "DELETE FROM thumbnails WHERE image_id = old._id;" +
1413                        "SELECT _DELETE_FILE(old._data);" +
1414                    "END");
1415
1416            db.execSQL("CREATE TRIGGER IF NOT EXISTS video_cleanup DELETE ON files " +
1417                    "WHEN old.media_type = " + FileColumns.MEDIA_TYPE_VIDEO + " " +
1418                    "BEGIN " +
1419                        "SELECT _DELETE_FILE(old._data);" +
1420                    "END");
1421
1422            if (!internal) {
1423                db.execSQL("CREATE TRIGGER IF NOT EXISTS audio_meta_cleanup DELETE ON files " +
1424                        "WHEN old.media_type = " + FileColumns.MEDIA_TYPE_AUDIO + " " +
1425                        "BEGIN " +
1426                            "DELETE FROM audio_genres_map WHERE audio_id = old._id;" +
1427                            "DELETE FROM audio_playlists_map WHERE audio_id = old._id;" +
1428                        "END");
1429
1430                db.execSQL("CREATE TRIGGER IF NOT EXISTS audio_playlists_cleanup DELETE ON files " +
1431                        "WHEN old.media_type = " + FileColumns.MEDIA_TYPE_PLAYLIST + " " +
1432                        "BEGIN " +
1433                            "DELETE FROM audio_playlists_map WHERE playlist_id = old._id;" +
1434                            "SELECT _DELETE_FILE(old._data);" +
1435                        "END");
1436
1437                db.execSQL("CREATE TRIGGER IF NOT EXISTS audio_delete INSTEAD OF DELETE ON audio " +
1438                        "BEGIN " +
1439                            "DELETE from files where _id=old._id;" +
1440                            "DELETE from audio_playlists_map where audio_id=old._id;" +
1441                            "DELETE from audio_genres_map where audio_id=old._id;" +
1442                        "END");
1443            }
1444        }
1445
1446        if (fromVersion < 300) {
1447            // we now compute bucket and display names for all files to avoid problems with fi
les
1448            // that the media scanner might not recognize as images or videos
1449            updateBucketNames(db, "files");
1450        }
1451
1452        if (fromVersion < 301) {
1453            db.execSQL("DROP INDEX IF EXISTS bucket_index");
1454            db.execSQL("CREATE INDEX bucket_index on files(bucket_id, media_type, datetaken, _id)");
1455            db.execSQL("CREATE INDEX bucket_name on files(bucket_id, media_type, bucket_display_name)");
1456        }
1457
```

```
1458            db.execSQL("CREATE INDEX parent_index ON files(parent);");
1459            db.execSQL("CREATE INDEX format_index ON files(format);");
1460        }
1461
1462
1463        if (fromVersion < 303) {
1464            // the album disambiguator hash changed, so rescan songs and force
1465            // albums to be updated. Artists are unaffected.
1466            db.execSQL("DELETE from albums");
1467            db.execSQL("UPDATE files SET date_modified=0 WHERE " + FileColumns.MEDIA_TYPE + "="
1468                    + FileColumns.MEDIA_TYPE_AUDIO + ";");
1469        }
1470
1471        if (fromVersion < 304 && !internal) {
1472            // notifies host when files are deleted
1473            db.execSQL("CREATE TRIGGER IF NOT EXISTS files_cleanup DELETE ON files " +
1474                    "BEGIN " +
1475                        "SELECT _OBJECT_REMOVED(old._id);" +
1476                    "END");
1477
1478        }
1479
1480        if (fromVersion < 305 && internal) {
1481            // version 304 erroneously added this trigger to the internal database
1482            db.execSQL("DROP TRIGGER IF EXISTS files_cleanup");
1483        }
1484
1485        if (fromVersion < 306 && !internal) {
1486            // The genre list was expanded and genre string parsing was tweaked, so
1487            // rebuild the genre list
1488            db.execSQL("UPDATE files SET date_modified=0 WHERE " + FileColumns.MEDIA_TYPE + "="
1489                    + FileColumns.MEDIA_TYPE_AUDIO + ";");
1490            db.execSQL("DELETE FROM audio_genres_map");
1491            db.execSQL("DELETE FROM audio_genres");
1492        }
1493
1494        if (fromVersion < 307 && !internal) {
1495            // Force rescan of image entries to update DATE_TAKEN by either GPSTimeStamp or
1496            // EXIF local time.
1497            db.execSQL("UPDATE files SET date_modified=0 WHERE " + FileColumns.MEDIA_TYPE + "="
1498                    + FileColumns.MEDIA_TYPE_IMAGE + ";");
1499        }
1500
1501        // Database version 401 did not add storage_id to the internal database.
1502        // We need it there too, so add it in version 402
1503        if (fromVersion < 401 || (fromVersion == 401 && internal)) {
1504            // Add column for MTP storage ID
1505            db.execSQL("ALTER TABLE files ADD COLUMN storage_id INTEGER;");
1506            // Anything in the database before this upgrade step will be in the primary storag
e
1507            db.execSQL("UPDATE files SET storage_id=" + MtpStorage.getStorageId(0) + ";");
1508        }
1509
1510        if (fromVersion < 403 && !internal) {
1511            db.execSQL("CREATE VIEW audio_genres_map_noid AS " +
1512                    "SELECT audio_id,genre_id from audio_genres_map;");
1513        }
1514
1515        if (fromVersion < 404) {
1516            // There was a bug that could cause distinct same-named albums to be
1517            // combined again. Delete albums and force a rescan.
1518            db.execSQL("DELETE from albums");
1519            db.execSQL("UPDATE files SET date_modified=0 WHERE " + FileColumns.MEDIA_TYPE + "="
1520                    + FileColumns.MEDIA_TYPE_AUDIO + ";");
1521        }
1522
1523        if (fromVersion < 405) {
1524            // Add is_drm column.
1525            db.execSQL("ALTER TABLE files ADD COLUMN is_drm INTEGER;");
1526
1527            db.execSQL("DROP VIEW IF EXISTS audio_meta");
1528            db.execSQL("CREATE VIEW audio_meta AS SELECT _id," + AUDIO_COLUMNSv405 +
1529                    " FROM files WHERE " + FileColumns.MEDIA_TYPE + "="
1530                    + FileColumns.MEDIA_TYPE_AUDIO + ";");
1531
1532            recreateAudioView(db);
1533        }
1534
1535        if (fromVersion < 407) {
1536            // Rescan files in the media database because a new column has been added
1537            // in table files in version 405 and to recover from problems populating
1538            // the genre tables
```

```
1539                }
1540            }
1541
1542            if (fromVersion < 408) {
1543                // Add the width/height columns for images and video
1544                db.execSQL("ALTER TABLE files ADD COLUMN width INTEGER;");
1545                db.execSQL("ALTER TABLE files ADD COLUMN height INTEGER;");
1546
1547                // Rescan files to fill the columns
1548                db.execSQL("UPDATE files SET date_modified=0;");
1549
1550                // Update images and video views to contain the width/height columns
1551                db.execSQL("DROP VIEW IF EXISTS images");
1552                db.execSQL("DROP VIEW IF EXISTS video");
1553                db.execSQL("CREATE VIEW images AS SELECT _id," + IMAGE_COLUMNS +
1554                        " FROM files WHERE " + FileColumns.MEDIA_TYPE + "="
1555                        + FileColumns.MEDIA_TYPE_IMAGE + ";");
1556                db.execSQL("CREATE VIEW video AS SELECT _id," + VIDEO_COLUMNS +
1557                        " FROM files WHERE " + FileColumns.MEDIA_TYPE + "="
1558                        + FileColumns.MEDIA_TYPE_VIDEO + ";");
1559            }
1560
1561            sanityCheck(db, fromVersion);
1562        }
1563
1564        /**
1565         * Perform a simple sanity check on the database. Currently this tests
1566         * whether all the _data entries in audio_meta are unique
1567         */
1568        private static void sanityCheck(SQLiteDatabase db, int fromVersion) {
1569            Cursor c1 = db.query("audio_meta", new String[] {"count(*)"},
1570                    null, null, null, null, null);
1571            Cursor c2 = db.query("audio_meta", new String[] {"count(distinct _data)"},
1572                    null, null, null, null, null);
1573            c1.moveToFirst();
1574            c2.moveToFirst();
1575            int num1 = c1.getInt(0);
1576            int num2 = c2.getInt(0);
1577            c1.close();
1578            c2.close();
1579            if (num1 != num2) {
1580                Log.e(TAG, "audio_meta._data column is not unique while upgrading" +
1581                        " from schema " +fromVersion + " : " + num1 +"/" + num2);
1582                // Delete all audio_meta rows so they will be rebuilt by the media scanner
1583                db.execSQL("DELETE FROM audio_meta;");
1584            }
1585        }
1586
1587        private static void recreateAudioView(SQLiteDatabase db) {
1588            // Provides a unified audio/artist/album info view.
1589            // Note that views are read-only, so we define a trigger to allow deletes.
1590            db.execSQL("DROP VIEW IF EXISTS audio");
1591            db.execSQL("DROP TRIGGER IF EXISTS audio_delete");
1592            db.execSQL("CREATE VIEW IF NOT EXISTS audio as SELECT * FROM audio_meta " +
1593                    "LEFT OUTER JOIN artists ON audio_meta.artist_id=artists.artist_id " +
1594                    "LEFT OUTER JOIN albums ON audio_meta.album_id=albums.album_id;");
1595
1596            db.execSQL("CREATE TRIGGER IF NOT EXISTS audio_delete INSTEAD OF DELETE ON audio " +
1597                    "BEGIN " +
1598                        "DELETE from audio_meta where _id=old._id;" +
1599                        "DELETE from audio_playlists_map where audio_id=old._id;" +
1600                        "DELETE from audio_genres_map where audio_id=old._id;" +
1601                    "END");
1602        }
1603
1604        /**
1605         * Iterate through the rows of a table in a database, ensuring that the bucket_id and
1606         * bucket_display_name columns are correct.
1607         * @param db
1608         * @param tableName
1609         */
1610        private static void updateBucketNames(SQLiteDatabase db, String tableName) {
1611            // Rebuild the bucket_display_name column using the natural case rather than lower cas
e.
1612            db.beginTransaction();
1613            try {
1614                String[] columns = {BaseColumns._ID, MediaColumns.DATA};
1615                Cursor cursor = db.query(tableName, columns, null, null, null, null, null);
1616                try {
1617                    final int idColumnIndex = cursor.getColumnIndex(BaseColumns._ID);
1618                    final int dataColumnIndex = cursor.getColumnIndex(MediaColumns.DATA);
1619                    String [] rowId = new String[1];
```

```
1620
1621                    String data = cursor.getString(dataColumnIndex);
1622                    rowId[0] = String.valueOf(cursor.getInt(idColumnIndex));
1623                    if (data != null) {
1624                        ContentValues values = new ContentValues();
1625                        computeBucketValues(data, values);
1626                        db.update(tableName, values, "_id=?", rowId);
1627                    } else {
1628                        Log.w(TAG, "null data at id " + rowId);
1629                    }
1630                }
1631            } finally {
1632                cursor.close();
1633            }
1634            db.setTransactionSuccessful();
1635        } finally {
1636            db.endTransaction();
1637        }
1638    }
1639
1640    /**
1641     * Iterate through the rows of a table in a database, ensuring that the
1642     * display name column has a value.
1643     * @param db
1644     * @param tableName
1645     */
1646    private static void updateDisplayName(SQLiteDatabase db, String tableName) {
1647        // Fill in default values for null displayName values
1648        db.beginTransaction();
1649        try {
1650            String[] columns = {BaseColumns._ID, MediaColumns.DATA, MediaColumns.DISPLAY_NAME}
        ;
1651            Cursor cursor = db.query(tableName, columns, null, null, null, null, null);
1652            try {
1653                final int idColumnIndex = cursor.getColumnIndex(BaseColumns._ID);
1654                final int dataColumnIndex = cursor.getColumnIndex(MediaColumns.DATA);
1655                final int displayNameIndex = cursor.getColumnIndex(MediaColumns.DISPLAY_NAME);
1656                ContentValues values = new ContentValues();
1657                while (cursor.moveToNext()) {
1658                    String displayName = cursor.getString(displayNameIndex);
1659                    if (displayName == null) {
1660                        String data = cursor.getString(dataColumnIndex);
1661                        values.clear();
1662                        computeDisplayName(data, values);
1663                        int rowId = cursor.getInt(idColumnIndex);
1664                        db.update(tableName, values, "_id=" + rowId, null);
1665                    }
1666                }
1667            } finally {
1668                cursor.close();
1669            }
1670            db.setTransactionSuccessful();
1671        } finally {
1672            db.endTransaction();
1673        }
1674    }
1675    /**
1676     * @param data The input path
1677     * @param values the content values, where the bucked id name and bucket display name are
updated.
1678     *
1679     */
1680
1681    private static void computeBucketValues(String data, ContentValues values) {
1682        File parentFile = new File(data).getParentFile();
1683        if (parentFile == null) {
1684            parentFile = new File("/");
1685        }
1686
1687        // Lowercase the path for hashing. This avoids duplicate buckets if the
1688        // filepath case is changed externally.
1689        // Keep the original case for display.
1690        String path = parentFile.toString().toLowerCase();
1691        String name = parentFile.getName();
1692
1693        // Note: the BUCKET_ID and BUCKET_DISPLAY_NAME attributes are spelled the
1694        // same for both images and video. However, for backwards-compatibility reasons
1695        // there is no common base class. We use the ImageColumns version here
1696        values.put(ImageColumns.BUCKET_ID, path.hashCode());
1697        values.put(ImageColumns.BUCKET_DISPLAY_NAME, name);
1698    }
1699
```

```
1700    /** @param data The input path
1701     * @param data The input path
1702     * @param values the content values, where the display name is updated.
1703     *
1704     */
1705    private static void computeDisplayName(String data, ContentValues values) {
1706        String s = (data == null ? "" : data.toString());
1707        int idx = s.lastIndexOf('/');
1708        if (idx >= 0) {
1709            s = s.substring(idx + 1);
1710        }
1711        values.put("_display_name", s);
1712    }
1713
1714    /**
1715     * Copy taken time from date_modified if we lost the original value (e.g. after factory re
set)
1716     * This works for both video and image tables.
1717     *
1718     * @param values the content values, where taken time is updated.
1719     */
1720    private static void computeTakenTime(ContentValues values) {
1721        if (! values.containsKey(Images.Media.DATE_TAKEN)) {
1722            // This only happens when MediaScanner finds an image file that doesn't have any u
seful
1723            // reference to get this value. (e.g. GPSTimeStamp)
1724            Long lastModified = values.getAsLong(MediaColumns.DATE_MODIFIED);
1725            if (lastModified != null) {
1726                values.put(Images.Media.DATE_TAKEN, lastModified * 1000);
1727            }
1728        }
1729    }
1730
1731    /**
1732     * This method blocks until thumbnail is ready.
1733     *
1734     * @param thumbUri
1735     * @return
1736     */
1737    private boolean waitForThumbnailReady(Uri origUri) {
1738        Cursor c = this.query(origUri, new String[] { ImageColumns._ID, ImageColumns.DATA,
1739                ImageColumns.MINI_THUMB_MAGIC}, null, null, null);
1740        if (c == null) return false;
1741
1742        boolean result = false;
1743
1744        if (c.moveToFirst()) {
1745            long id = c.getLong(0);
1746            String path = c.getString(1);
1747            long magic = c.getLong(2);
1748
1749            MediaThumbRequest req = requestMediaThumbnail(path, origUri,
1750                    MediaThumbRequest.PRIORITY_HIGH, magic);
1751            if (req == null) {
1752                return false;
1753            }
1754            synchronized (req) {
1755                try {
1756                    while (req.mState == MediaThumbRequest.State.WAIT) {
1757                        req.wait();
1758                    }
1759                } catch (InterruptedException e) {
1760                    Log.w(TAG, e);
1761                }
1762                if (req.mState == MediaThumbRequest.State.DONE) {
1763                    result = true;
1764                }
1765            }
1766        }
1767        c.close();
1768
1769        return result;
1770    }
1771
1772    private boolean matchThumbRequest(MediaThumbRequest req, int pid, long id, long gid,
1773            boolean isVideo) {
1774        boolean cancelAllOrigId = (id == -1);
1775        boolean cancelAllGroupId = (gid == -1);
1776        return (req.mCallingPid == pid) &&
1777                (cancelAllGroupId || req.mGroupId == gid) &&
1778                (cancelAllOrigId || req.mOrigId == id) &&
1779                (req.mIsVideo == isVideo);
```

```java
1780        }
1781
1782        private boolean queryThumbnail(SQLiteQueryBuilder qb, Uri uri, String table,
1783                String column, boolean hasThumbnailId) {
1784            qb.setTables(table);
1785            if (hasThumbnailId) {
1786                // For uri dispatched to this method, the 4th path segment is always
1787                // the thumbnail id.
1788                qb.appendWhere("_id = " + uri.getPathSegments().get(3));
1789                // client already knows which thumbnail it wants, bypass it.
1790                return true;
1791            }
1792            String origId = uri.getQueryParameter("orig_id");
1793            // We can't query ready_flag unless we know original id
1794            if (origId == null) {
1795                // this could be thumbnail query for other purpose, bypass it.
1796                return true;
1797            }
1798
1799            boolean needBlocking = "1".equals(uri.getQueryParameter("blocking"));
1800            boolean cancelRequest = "1".equals(uri.getQueryParameter("cancel"));
1801            Uri origUri = uri.buildUpon().encodedPath(
1802                    uri.getPath().replaceFirst("thumbnails", "media"))
1803                    .appendPath(origId).build();
1804
1805            if (needBlocking && !waitForThumbnailReady(origUri)) {
1806                Log.w(TAG, "original media doesn't exist or it's canceled.");
1807                return false;
1808            } else if (cancelRequest) {
1809                String groupId = uri.getQueryParameter("group_id");
1810                boolean isVideo = "video".equals(uri.getPathSegments().get(1));
1811                int pid = Binder.getCallingPid();
1812                long id = -1;
1813                long gid = -1;
1814
1815                try {
1816                    id = Long.parseLong(origId);
1817                    gid = Long.parseLong(groupId);
1818                } catch (NumberFormatException ex) {
1819                    // invalid cancel request
1820                    return false;
1821                }
1822
1823                synchronized (mMediaThumbQueue) {
1824                    if (mCurrentThumbRequest != null &&
1825                            matchThumbRequest(mCurrentThumbRequest, pid, id, gid, isVideo)) {
1826                        synchronized (mCurrentThumbRequest) {
1827                            mCurrentThumbRequest.mState = MediaThumbRequest.State.CANCEL;
1828                            mCurrentThumbRequest.notifyAll();
1829                        }
1830                    }
1831                    for (MediaThumbRequest mtq : mMediaThumbQueue) {
1832                        if (matchThumbRequest(mtq, pid, id, gid, isVideo)) {
1833                            synchronized (mtq) {
1834                                mtq.mState = MediaThumbRequest.State.CANCEL;
1835                                mtq.notifyAll();
1836                            }
1837
1838                            mMediaThumbQueue.remove(mtq);
1839                        }
1840                    }
1841                }
1842            }
1843
1844            if (origId != null) {
1845                qb.appendWhere(column + " = " + origId);
1846            }
1847            return true;
1848        }
1849        @SuppressWarnings("fallthrough")
1850        @Override
1851        public Cursor query(Uri uri, String[] projectionIn, String selection,
1852                String[] selectionArgs, String sort) {
1853            int table = URI_MATCHER.match(uri);
1854            List<String> prependArgs = new ArrayList<String>();
1855
1856            // Log.v(TAG, "query: uri="+uri+", selection="+selection);
1857            // handle MEDIA_SCANNER before calling getDatabaseForUri()
1858            if (table == MEDIA_SCANNER) {
1859                if (mMediaScannerVolume == null) {
1860                    return null;
1861                } else {
```

Case 5:12-cv-00630-LHK Document 117-25 Filed 04/23/12 Page 25 of 59

```
1862                                               // with no container set, we're querying all media scann
     er
1863                   MatrixCursor c = new MatrixCursor(new String[] {MediaStore.MEDIA_SCANNER_VOLUM
     E});
1864                   c.addRow(new String[] {mMediaScannerVolume});
1865                   return c;
1866               }
1867           }
1868
1869           // Used temporarily (until we have unique media IDs) to get an identifier
1870           // for the current sd card, so that the music app doesn't have to use the
1871           // non-public getFatVolumeId method
1872           if (table == FS_ID) {
1873               MatrixCursor c = new MatrixCursor(new String[] {"fsid"});
1874               c.addRow(new Integer[] {mVolumeId});
1875               return c;
1876           }
1877
1878           if (table == VERSION) {
1879               MatrixCursor c = new MatrixCursor(new String[] {"version"});
1880               c.addRow(new Integer[] {DATABASE_VERSION});
1881               return c;
1882           }
1883
1884           String groupBy = null;
1885           DatabaseHelper database = getDatabaseForUri(uri);
1886           if (database == null) {
1887               return null;
1888           }
1889           SQLiteDatabase db = database.getReadableDatabase();
1890           if (db == null) return null;
1891           SQLiteQueryBuilder qb = new SQLiteQueryBuilder();
1892           String limit = uri.getQueryParameter("limit");
1893           String filter = uri.getQueryParameter("filter");
1894           String [] keywords = null;
1895           if (filter != null) {
1896               filter = Uri.decode(filter).trim();
1897               if (!TextUtils.isEmpty(filter)) {
1898                   String [] searchWords = filter.split(" ");
1899                   keywords = new String[searchWords.length];
1900                   Collator col = Collator.getInstance();
1901                   col.setStrength(Collator.PRIMARY);
1902                   for (int i = 0; i < searchWords.length; i++) {
1903                       String key = MediaStore.Audio.keyFor(searchWords[i]);
1904                       key = key.replace("\\", "\\\\");
1905                       key = key.replace("%", "\\%");
1906                       key = key.replace("_", "\\_");
1907                       keywords[i] = key;
1908                   }
1909               }
1910           }
1911           if (uri.getQueryParameter("distinct") != null) {
1912               qb.setDistinct(true);
1913           }
1914
1915           boolean hasThumbnailId = false;
1916
1917           switch (table) {
1918               case IMAGES_MEDIA:
1919                   qb.setTables("images");
1920                   if (uri.getQueryParameter("distinct") != null)
1921                       qb.setDistinct(true);
1922
1923                   // set the project map so that data dir is prepended to _data.
1924                   //qb.setProjectionMap(mImagesProjectionMap, true);
1925                   break;
1926
1927               case IMAGES_MEDIA_ID:
1928                   qb.setTables("images");
1929                   if (uri.getQueryParameter("distinct") != null)
1930                       qb.setDistinct(true);
1931
1932                   // set the project map so that data dir is prepended to _data.
1933                   //qb.setProjectionMap(mImagesProjectionMap, true);
1934                   qb.appendWhere("_id=?");
1935                   prependArgs.add(uri.getPathSegments().get(3));
1936                   break;
1937
1938               case IMAGES_THUMBNAILS_ID:
1939                   hasThumbnailId = true;
1940               case IMAGES_THUMBNAILS:
1941                   if (!queryThumbnail(qb, uri, "thumbnails", "image_id", hasThumbnailId)) {
```

Case 5:12-cv-00630-LHK    Document 117-25    Filed 04/23/12    Page 26 of 59

```
1942                }
1943            }
1944            break;
1945
1946        case AUDIO_MEDIA:
1947            if (projectionIn != null && projectionIn.length == 1 &&  selectionArgs == null
1948                    && (selection == null || selection.equalsIgnoreCase("is_music=1")
1949                        || selection.equalsIgnoreCase("is_podcast=1") )
1950                    && projectionIn[0].equalsIgnoreCase("count(*)")
1951                    && keywords != null) {
1952                //Log.i("@@@@", "taking fast path for counting songs");
1953                qb.setTables("audio_meta");
1954            } else {
1955                qb.setTables("audio");
1956                for (int i = 0; keywords != null && i < keywords.length; i++) {
1957                    if (i > 0) {
1958                        qb.appendWhere(" AND ");
1959                    }
1960                    qb.appendWhere(MediaStore.Audio.Media.ARTIST_KEY +
1961                            "||" + MediaStore.Audio.Media.ALBUM_KEY +
1962                            "||" + MediaStore.Audio.Media.TITLE_KEY + " LIKE ? ESCAPE '\\'");
1963                    prependArgs.add("%" + keywords[i] + "%");
1964                }
1965            }
1966            break;

1967
1968        case AUDIO_MEDIA_ID:
1969            qb.setTables("audio");
1970            qb.appendWhere("_id=?");
1971            prependArgs.add(uri.getPathSegments().get(3));
1972            break;

1973
1974        case AUDIO_MEDIA_ID_GENRES:
1975            qb.setTables("audio_genres");
1976            qb.appendWhere("_id IN (SELECT genre_id FROM " +
1977                    "audio_genres_map WHERE audio_id=?)");
1978            prependArgs.add(uri.getPathSegments().get(3));
1979            break;

1980
1981        case AUDIO_MEDIA_ID_GENRES_ID:
1982            qb.setTables("audio_genres");
1983            qb.appendWhere("_id=?");
1984            prependArgs.add(uri.getPathSegments().get(5));
1985            break;

1986
1987        case AUDIO_MEDIA_ID_PLAYLISTS:
1988            qb.setTables("audio_playlists");
1989            qb.appendWhere("_id IN (SELECT playlist_id FROM " +
1990                    "audio_playlists_map WHERE audio_id=?)");
1991            prependArgs.add(uri.getPathSegments().get(3));
1992            break;

1993
1994        case AUDIO_MEDIA_ID_PLAYLISTS_ID:
1995            qb.setTables("audio_playlists");
1996            qb.appendWhere("_id=?");
1997            prependArgs.add(uri.getPathSegments().get(5));
1998            break;

1999
2000        case AUDIO_GENRES:
2001            qb.setTables("audio_genres");
2002            break;

2003
2004        case AUDIO_GENRES_ID:
2005            qb.setTables("audio_genres");
2006            qb.appendWhere("_id=?");
2007            prependArgs.add(uri.getPathSegments().get(3));
2008            break;

2009
2010        case AUDIO_GENRES_ALL_MEMBERS:
2011        case AUDIO_GENRES_ID_MEMBERS:
2012            {
2013                // if simpleQuery is true, we can do a simpler query on just audio_genres_
map
2014                // we can do this if we have no keywords and our projection includes just
columns
2015                // from audio_genres_map
2016                boolean simpleQuery = (keywords == null && projectionIn != null
2017                        && (selection == null || selection.equalsIgnoreCase("genre_id=?")));
2018                if (projectionIn != null) {
2019                    for (int i = 0; i < projectionIn.length; i++) {
2020                        String p = projectionIn[i];
2021                        if (p.equals("_id")) {
```

Case 5:12-cv-00630-LHK   Document 117-25   Filed 04/23/12   Page 27 of 59

```
2022                                    // "_id" used to (wrongly) be the audio id in this query, not
2023                                    // the row id of the entry in the map, and we preserve this
2024                                    // behavior for backwards compatibility
2025                                    simpleQuery = false;
2026                                }
2027
2028                                if (simpleQuery && !(p.equals("audio_id") ||
2029                                        p.equals("genre_id"))) {
2030                                    simpleQuery = false;
2031                                }
2032                            }
2033                        }
2034                        if (simpleQuery) {
2035                            qb.setTables("audio_genres_map_noid");
2036                            if (table == AUDIO_GENRES_ID_MEMBERS) {
2037                                qb.appendWhere("genre_id=?");
2038                                prependArgs.add(uri.getPathSegments().get(3));
2039                            }
2040                        } else {
2041                            qb.setTables("audio_genres_map_noid, audio");
2042                            qb.appendWhere("audio._id = audio_id");
2043                            if (table == AUDIO_GENRES_ID_MEMBERS) {
2044                                qb.appendWhere(" AND genre_id=?");
2045                                prependArgs.add(uri.getPathSegments().get(3));
2046                            }
2047                            for (int i = 0; keywords != null && i < keywords.length; i++) {
2048                                qb.appendWhere(" AND ");
2049                                qb.appendWhere(MediaStore.Audio.Media.ARTIST_KEY +
2050                                        "||" + MediaStore.Audio.Media.ALBUM_KEY +
2051                                        "||" + MediaStore.Audio.Media.TITLE_KEY +
2052                                        " LIKE ? ESCAPE '\\'");
2053                                prependArgs.add("%" + keywords[i] + "%");
2054                            }
2055                        }
2056                    }
2057                    break;
2058
2059                case AUDIO_PLAYLISTS:
2060                    qb.setTables("audio_playlists");
2061                    break;
2062
2063                case AUDIO_PLAYLISTS_ID:
2064                    qb.setTables("audio_playlists");
2065                    qb.appendWhere("_id=?");
2066                    prependArgs.add(uri.getPathSegments().get(3));
2067                    break;
2068
2069                case AUDIO_PLAYLISTS_ID_MEMBERS_ID:
2070                case AUDIO_PLAYLISTS_ID_MEMBERS:
2071                    // if simpleQuery is true, we can do a simpler query on just audio_playlists_m
     ap
2072                    // we can do this if we have no keywords and our projection includes just colu
     mns
2073                    // from audio_playlists_map
2074                    boolean simpleQuery = (keywords == null && projectionIn != null
2075                            && (selection == null || selection.equalsIgnoreCase("playlist_id=?")));
2076                    if (projectionIn != null) {
2077                        for (int i = 0; i < projectionIn.length; i++) {
2078                            String p = projectionIn[i];
2079                            if (simpleQuery && !(p.equals("audio_id") ||
2080                                    p.equals("playlist_id") || p.equals("play_order"))) {
2081                                simpleQuery = false;
2082                            }
2083                            if (p.equals("_id")) {
2084                                projectionIn[i] = "audio_playlists_map._id AS _id";
2085                            }
2086                        }
2087                    }
2088                    if (simpleQuery) {
2089                        qb.setTables("audio_playlists_map");
2090                        qb.appendWhere("playlist_id=?");
2091                        prependArgs.add(uri.getPathSegments().get(3));
2092                    } else {
2093                        qb.setTables("audio_playlists_map, audio");
2094                        qb.appendWhere("audio._id = audio_id AND playlist_id=?");
2095                        prependArgs.add(uri.getPathSegments().get(3));
2096                        for (int i = 0; keywords != null && i < keywords.length; i++) {
2097                            qb.appendWhere(" AND ");
2098                            qb.appendWhere(MediaStore.Audio.Media.ARTIST_KEY +
2099                                    "||" + MediaStore.Audio.Media.ALBUM_KEY +
2100                                    "||" + MediaStore.Audio.Media.TITLE_KEY +
2101                                    " LIKE ? ESCAPE '\\'");
```

```
2102                        }
2103                    }
2104                }
2105                if (table == AUDIO_PLAYLISTS_ID_MEMBERS_ID) {
2106                    qb.appendWhere(" AND audio_playlists_map._id=?");
2107                    prependArgs.add(uri.getPathSegments().get(5));
2108                }
2109                break;
2110
2111            case VIDEO_MEDIA:
2112                qb.setTables("video");
2113                break;
2114            case VIDEO_MEDIA_ID:
2115                qb.setTables("video");
2116                qb.appendWhere("_id=?");
2117                prependArgs.add(uri.getPathSegments().get(3));
2118                break;
2119
2120            case VIDEO_THUMBNAILS_ID:
2121                hasThumbnailId = true;
2122            case VIDEO_THUMBNAILS:
2123                if (!queryThumbnail(qb, uri, "videothumbnails", "video_id", hasThumbnailId)) {
2124                    return null;
2125                }
2126                break;
2127
2128            case AUDIO_ARTISTS:
2129                if (projectionIn != null && projectionIn.length == 1 &&  selectionArgs == null
2130                        && (selection == null || selection.length() == 0)
2131                        && projectionIn[0].equalsIgnoreCase("count(*)")
2132                        && keywords != null) {
2133                    //Log.i("@@@@", "taking fast path for counting artists");
2134                    qb.setTables("audio_meta");
2135                    projectionIn[0] = "count(distinct artist_id)";
2136                    qb.appendWhere("is_music=1");
2137                } else {
2138                    qb.setTables("artist_info");
2139                    for (int i = 0; keywords != null && i < keywords.length; i++) {
2140                        if (i > 0) {
2141                            qb.appendWhere(" AND ");
2142                        }
2143                        qb.appendWhere(MediaStore.Audio.Media.ARTIST_KEY +
2144                                " LIKE ? ESCAPE '\\'");
2145                        prependArgs.add("%" + keywords[i] + "%");
2146                    }
2147                }
2148                break;
2149
2150            case AUDIO_ARTISTS_ID:
2151                qb.setTables("artist_info");
2152                qb.appendWhere("_id=?");
2153                prependArgs.add(uri.getPathSegments().get(3));
2154                break;
2155
2156            case AUDIO_ARTISTS_ID_ALBUMS:
2157                String aid = uri.getPathSegments().get(3);
2158                qb.setTables("audio LEFT OUTER JOIN album_art ON" +
2159                        " audio.album_id=album_art.album_id");
2160                qb.appendWhere("is_music=1 AND audio.album_id IN (SELECT album_id FROM " +
2161                        "artists_albums_map WHERE artist_id=?)");
2162                prependArgs.add(aid);
2163                for (int i = 0; keywords != null && i < keywords.length; i++) {
2164                    qb.appendWhere(" AND ");
2165                    qb.appendWhere(MediaStore.Audio.Media.ARTIST_KEY +
2166                            "||" + MediaStore.Audio.Media.ALBUM_KEY +
2167                            " LIKE ? ESCAPE '\\'");
2168                    prependArgs.add("%" + keywords[i] + "%");
2169                }
2170                groupBy = "audio.album_id";
2171                sArtistAlbumsMap.put(MediaStore.Audio.Albums.NUMBER_OF_SONGS_FOR_ARTIST,
2172                        "count(CASE WHEN artist_id==" + aid + " THEN 'foo' ELSE NULL END) AS " +
2173                        MediaStore.Audio.Albums.NUMBER_OF_SONGS_FOR_ARTIST);
2174                qb.setProjectionMap(sArtistAlbumsMap);
2175                break;
2176
2177            case AUDIO_ALBUMS:
2178                if (projectionIn != null && projectionIn.length == 1 &&  selectionArgs == null
2179                        && (selection == null || selection.length() == 0)
2180                        && projectionIn[0].equalsIgnoreCase("count(*)")
2181                        && keywords != null) {
2182                    //Log.i("@@@@", "taking fast path for counting albums");
2183                    qb.setTables("audio_meta");
```

```
2184                        qb.appendWhere("is_music=1");
2185                    } else {
2186                        qb.setTables("album_info");
2187                        for (int i = 0; keywords != null && i < keywords.length; i++) {
2188                            if (i > 0) {
2189                                qb.appendWhere(" AND ");
2190                            }
2191                            qb.appendWhere(MediaStore.Audio.Media.ARTIST_KEY +
2192                                    "||" + MediaStore.Audio.Media.ALBUM_KEY +
2193                                    " LIKE ? ESCAPE '\\'");
2194                            prependArgs.add("%" + keywords[i] + "%");
2195                        }
2196                    }
2197                    break;
2198
2199            case AUDIO_ALBUMS_ID:
2200                qb.setTables("album_info");
2201                qb.appendWhere("_id=?");
2202                prependArgs.add(uri.getPathSegments().get(3));
2203                break;
2204
2205            case AUDIO_ALBUMART_ID:
2206                qb.setTables("album_art");
2207                qb.appendWhere("album_id=?");
2208                prependArgs.add(uri.getPathSegments().get(3));
2209                break;
2210
2211            case AUDIO_SEARCH_LEGACY:
2212                Log.w(TAG,  "Legacy media search Uri used. Please update your code.");
2213                // fall through
2214            case AUDIO_SEARCH_FANCY:
2215            case AUDIO_SEARCH_BASIC:
2216                return doAudioSearch(db, qb, uri, projectionIn, selection,
2217                        combine(prependArgs, selectionArgs), sort, table, limit);
2218
2219            case FILES_ID:
2220            case MTP_OBJECTS_ID:
2221                qb.appendWhere("_id=?");
2222                prependArgs.add(uri.getPathSegments().get(2));
2223                // fall through
2224            case FILES:
2225            case MTP_OBJECTS:
2226                qb.setTables("files");
2227                break;
2228
2229            case MTP_OBJECT_REFERENCES:
2230                int handle = Integer.parseInt(uri.getPathSegments().get(2));
2231                return getObjectReferences(db, handle);
2232
2233            default:
2234                throw new IllegalStateException("Unknown URL: " + uri.toString());
2235        }
2236
2237        // Log.v(TAG, "query = "+ qb.buildQuery(projectionIn, selection,
2238        //         combine(prependArgs, selectionArgs), groupBy, null, sort, limit));
2239        Cursor c = qb.query(db, projectionIn, selection,
2240                combine(prependArgs, selectionArgs), groupBy, null, sort, limit);
2241
2242        if (c != null) {
2243            c.setNotificationUri(getContext().getContentResolver(), uri);
2244        }
2245
2246        return c;
2247    }
2248
2249    private String[] combine(List<String> prepend, String[] userArgs) {
2250        int presize = prepend.size();
2251        if (presize == 0) {
2252            return userArgs;
2253        }
2254
2255        int usersize = (userArgs != null) ? userArgs.length : 0;
2256        String [] combined = new String[presize + usersize];
2257        for (int i = 0; i < presize; i++) {
2258            combined[i] = prepend.get(i);
2259        }
2260        for (int i = 0; i < usersize; i++) {
2261            combined[presize + i] = userArgs[i];
2262        }
2263        return combined;
2264    }
2265
```

```
2266
2267      private Cursor doAudioSearch(SQLiteDatabase db, SQLiteQueryBuilder qb,
2268              Uri uri, String[] projectionIn, String selection,
2269              String[] selectionArgs, String sort, int mode,
2270              String limit) {
2271
2272          String mSearchString = uri.getPath().endsWith("/") ? "" : uri.getLastPathSegment();
2273          mSearchString = mSearchString.replaceAll(" ", " ").trim().toLowerCase();
2274
2275          String [] searchWords = mSearchString.length() > 0 ?
2276                  mSearchString.split(" ") : new String[0];
2277          String [] wildcardWords = new String[searchWords.length];
2278          Collator col = Collator.getInstance();
2279          col.setStrength(Collator.PRIMARY);
2280          int len = searchWords.length;
2281          for (int i = 0; i < len; i++) {
2282              // Because we match on individual words here, we need to remove words
2283              // like 'a' and 'the' that aren't part of the keys.
2284              String key = MediaStore.Audio.keyFor(searchWords[i]);
2285              key = key.replace("\\", "\\\\");
2286              key = key.replace("%", "\\%");
2287              key = key.replace("_", "\\_");
2288              wildcardWords[i] =
2289                  (searchWords[i].equals("a") || searchWords[i].equals("an") ||
2290                          searchWords[i].equals("the")) ? "%" : "%" + key + "%";
2291          }
2292
2293          String where = "";
2294          for (int i = 0; i < searchWords.length; i++) {
2295              if (i == 0) {
2296                  where = "match LIKE ? ESCAPE '\\'";
2297              } else {
2298                  where += " AND match LIKE ? ESCAPE '\\'";
2299              }
2300          }
2301
2302          qb.setTables("search");
2303          String [] cols;
2304          if (mode == AUDIO_SEARCH_FANCY) {
2305              cols = mSearchColsFancy;
2306          } else if (mode == AUDIO_SEARCH_BASIC) {
2307              cols = mSearchColsBasic;
2308          } else {
2309              cols = mSearchColsLegacy;
2310          }
2311          return qb.query(db, cols, where, wildcardWords, null, null, null, limit);
2312      }
2313
2314      @Override
2315      public String getType(Uri url)
2316      {
2317          switch (URI_MATCHER.match(url)) {
2318              case IMAGES_MEDIA_ID:
2319              case AUDIO_MEDIA_ID:
2320              case AUDIO_PLAYLISTS_ID_MEMBERS_ID:
2321              case VIDEO_MEDIA_ID:
2322              case FILES_ID:
2323                  Cursor c = null;
2324                  try {
2325                      c = query(url, MIME_TYPE_PROJECTION, null, null, null);
2326                      if (c != null && c.getCount() == 1) {
2327                          c.moveToFirst();
2328                          String mimeType = c.getString(1);
2329                          c.deactivate();
2330                          return mimeType;
2331                      }
2332                  } finally {
2333                      if (c != null) {
2334                          c.close();
2335                      }
2336                  }
2337                  break;
2338
2339              case IMAGES_MEDIA:
2340              case IMAGES_THUMBNAILS:
2341                  return Images.Media.CONTENT_TYPE;
2342              case AUDIO_ALBUMART_ID:
2343              case IMAGES_THUMBNAILS_ID:
2344                  return "image/jpeg";
2345
2346              case AUDIO_MEDIA:
2347              case AUDIO_GENRES_ID_MEMBERS:
```

```
2348                     return Audio.Media.CONTENT_TYPE;
2349
2350
2351             case AUDIO_GENRES:
2352             case AUDIO_MEDIA_ID_GENRES:
2353                     return Audio.Genres.CONTENT_TYPE;
2354             case AUDIO_GENRES_ID:
2355             case AUDIO_MEDIA_ID_GENRES_ID:
2356                     return Audio.Genres.ENTRY_CONTENT_TYPE;
2357             case AUDIO_PLAYLISTS:
2358             case AUDIO_MEDIA_ID_PLAYLISTS:
2359                     return Audio.Playlists.CONTENT_TYPE;
2360             case AUDIO_PLAYLISTS_ID:
2361             case AUDIO_MEDIA_ID_PLAYLISTS_ID:
2362                     return Audio.Playlists.ENTRY_CONTENT_TYPE;
2363
2364             case VIDEO_MEDIA:
2365                     return Video.Media.CONTENT_TYPE;
2366         }
2367         throw new IllegalStateException("Unknown URL:" + url);
2368     }
2369
2370     /**
2371      * Ensures there is a file in the _data column of values, if one isn't
2372      * present a new file is created.
2373      *
2374      * @param initialValues the values passed to insert by the caller
2375      * @return the new values
2376      */
2377     private ContentValues ensureFile(boolean internal, ContentValues initialValues,
2378             String preferredExtension, String directoryName) {
2379         ContentValues values;
2380         String file = initialValues.getAsString(MediaStore.MediaColumns.DATA);
2381         if (TextUtils.isEmpty(file)) {
2382             file = generateFileName(internal, preferredExtension, directoryName);
2383             values = new ContentValues(initialValues);
2384             values.put(MediaStore.MediaColumns.DATA, file);
2385         } else {
2386             values = initialValues;
2387         }
2388
2389         if (!ensureFileExists(file)) {
2390             throw new IllegalStateException("Unable to create new file: " + file);
2391         }
2392         return values;
2393     }
2394
2395     private void sendObjectAdded(long objectHandle) {
2396         synchronized (mMtpServiceConnection) {
2397             if (mMtpService != null) {
2398                 try {
2399                     mMtpService.sendObjectAdded((int)objectHandle);
2400                 } catch (RemoteException e) {
2401                     Log.e(TAG, "RemoteException in sendObjectAdded", e);
2402                     mMtpService = null;
2403                 }
2404             }
2405         }
2406     }
2407
2408     private void sendObjectRemoved(long objectHandle) {
2409         synchronized (mMtpServiceConnection) {
2410             if (mMtpService != null) {
2411                 try {
2412                     mMtpService.sendObjectRemoved((int)objectHandle);
2413                 } catch (RemoteException e) {
2414                     Log.e(TAG, "RemoteException in sendObjectRemoved", e);
2415                     mMtpService = null;
2416                 }
2417             }
2418         }
2419     }
2420
2421     @Override
2422     public int bulkInsert(Uri uri, ContentValues values[]) {
2423         int match = URI_MATCHER.match(uri);
2424         if (match == VOLUMES) {
2425             return super.bulkInsert(uri, values);
2426         }
2427         DatabaseHelper database = getDatabaseForUri(uri);
2428         if (database == null) {
2429             throw new UnsupportedOperationException(
```

```
2430        }
2431    }
2432        SQLiteDatabase db = database.getWritableDatabase();
2433        if (db == null) {
2434            throw new IllegalStateException("Couldn't open database for " + uri);
2435        }
2436
2437        if (match == AUDIO_PLAYLISTS_ID || match == AUDIO_PLAYLISTS_ID_MEMBERS) {
2438            return playlistBulkInsert(db, uri, values);
2439        } else if (match == MTP_OBJECT_REFERENCES) {
2440            int handle = Integer.parseInt(uri.getPathSegments().get(2));
2441            return setObjectReferences(db, handle, values);
2442        }
2443
2444        db.beginTransaction();
2445        int numInserted = 0;
2446        try {
2447            int len = values.length;
2448            for (int i = 0; i < len; i++) {
2449                if (values[i] != null) {
2450                    insertInternal(uri, match, values[i]);
2451                }
2452            }
2453            numInserted = len;
2454            db.setTransactionSuccessful();
2455        } finally {
2456            db.endTransaction();
2457        }
2458        getContext().getContentResolver().notifyChange(uri, null);
2459        return numInserted;
2460    }
2461
2462    @Override
2463    public Uri insert(Uri uri, ContentValues initialValues) {
2464        int match = URI_MATCHER.match(uri);
2465        Uri newUri = insertInternal(uri, match, initialValues);
2466        // do not signal notification for MTP objects.
2467        // we will signal instead after file transfer is successful.
2468        if (newUri != null && match != MTP_OBJECTS) {
2469            getContext().getContentResolver().notifyChange(uri, null);
2470        }
2471        return newUri;
2472    }
2473
2474    private int playlistBulkInsert(SQLiteDatabase db, Uri uri, ContentValues values[]) {
2475        DatabaseUtils.InsertHelper helper =
2476            new DatabaseUtils.InsertHelper(db, "audio_playlists_map");
2477        int audioidcolidx = helper.getColumnIndex(MediaStore.Audio.Playlists.Members.AUDIO_ID)
    ;
2478        int playlistididx = helper.getColumnIndex(Audio.Playlists.Members.PLAYLIST_ID);
2479        int playorderidx = helper.getColumnIndex(MediaStore.Audio.Playlists.Members.PLAY_ORDER
    );
2480        long playlistId = Long.parseLong(uri.getPathSegments().get(3));
2481
2482        db.beginTransaction();
2483        int numInserted = 0;
2484        try {
2485            int len = values.length;
2486            for (int i = 0; i < len; i++) {
2487                helper.prepareForInsert();
2488                // getting the raw Object and converting it long ourselves saves
2489                // an allocation (the alternative is ContentValues.getAsLong, which
2490                // returns a Long object)
2491                long audioid = ((Number) values[i].get(
2492                        MediaStore.Audio.Playlists.Members.AUDIO_ID)).longValue();
2493                helper.bind(audioidcolidx, audioid);
2494                helper.bind(playlistididx, playlistId);
2495                // convert to int ourselves to save an allocation.
2496                int playorder = ((Number) values[i].get(
2497                        MediaStore.Audio.Playlists.Members.PLAY_ORDER)).intValue();
2498                helper.bind(playorderidx, playorder);
2499                helper.execute();
2500            }
2501            numInserted = len;
2502            db.setTransactionSuccessful();
2503        } finally {
2504            db.endTransaction();
2505            helper.close();
2506        }
2507        getContext().getContentResolver().notifyChange(uri, null);
2508        return numInserted;
2509    }
```

```
2510
2511      private long insertDirectory(SQLiteDatabase db, String path) {
2512          ContentValues values = new ContentValues();
2513          values.put(FileColumns.FORMAT, MtpConstants.FORMAT_ASSOCIATION);
2514          values.put(FileColumns.DATA, path);
2515          values.put(FileColumns.PARENT, getParent(db, path));
2516          values.put(FileColumns.STORAGE_ID, getStorageId(path));
2517          File file = new File(path);
2518          if (file.exists()) {
2519              values.put(FileColumns.DATE_MODIFIED, file.lastModified() / 1000);
2520          }
2521          long rowId = db.insert("files", FileColumns.DATE_MODIFIED, values);
2522          sendObjectAdded(rowId);
2523          return rowId;
2524      }
2525
2526      private long getParent(SQLiteDatabase db, String path) {
2527          int lastSlash = path.lastIndexOf('/');
2528          if (lastSlash > 0) {
2529              String parentPath = path.substring(0, lastSlash);
2530              for (int i = 0; i < mExternalStoragePaths.length; i++) {
2531                  if (parentPath.equals(mExternalStoragePaths[i])) {
2532                      return 0;
2533                  }
2534              }
2535              // Use "LIKE" instead of "=" on case insensitive file systems so we do a
2536              // case insensitive match when looking for parent directory.
2537              String selection = (mCaseInsensitivePaths ? MediaStore.MediaColumns.DATA + " LIKE ?
"
2538                      // search only directories.
2539                      + "AND format=" + MtpConstants.FORMAT_ASSOCIATION
2540                      : MediaStore.MediaColumns.DATA + "=?");
2541              String [] selargs = { parentPath };
2542              Cursor c = db.query("files", null, selection, selargs, null, null, null);
2543              try {
2544                  if (c == null || c.getCount() == 0) {
2545                      // parent isn't in the database - so add it
2546                      return insertDirectory(db, parentPath);
2547                  } else {
2548                      c.moveToFirst();
2549                      return c.getLong(0);
2550                  }
2551              } finally {
2552                  if (c != null) c.close();
2553              }
2554          } else {
2555              return 0;
2556          }
2557      }
2558
2559      private int getStorageId(String path) {
2560          for (int i = 0; i < mExternalStoragePaths.length; i++) {
2561              String test = mExternalStoragePaths[i];
2562              if (path.startsWith(test)) {
2563                  int length = test.length();
2564                  if (path.length() == length || path.charAt(length) == '/') {
2565                      return MtpStorage.getStorageId(i);
2566                  }
2567              }
2568          }
2569          // default to primary storage
2570          return MtpStorage.getStorageId(0);
2571      }
2572
2573      private long insertFile(DatabaseHelper database, Uri uri, ContentValues initialValues, int
mediaType,
2574              boolean notify) {
2575          SQLiteDatabase db = database.getWritableDatabase();
2576          ContentValues values = null;
2577
2578          switch (mediaType) {
2579              case FileColumns.MEDIA_TYPE_IMAGE: {
2580                  values = ensureFile(database.mInternal, initialValues, ".jpg", "DCIM/Camera");
2581
2582                  values.put(MediaStore.MediaColumns.DATE_ADDED, System.currentTimeMillis() / 10
00);
2583                  String data = values.getAsString(MediaColumns.DATA);
2584                  if (! values.containsKey(MediaColumns.DISPLAY_NAME)) {
2585                      computeDisplayName(data, values);
2586                  }
2587                  computeTakenTime(values);
2588                  break;
```

Case 5:12-cv-00630-LHK    Document 117-25    Filed 04/23/12    Page 34 of 59

```java
            case FileColumns.MEDIA_TYPE_AUDIO: {
                // SQLite Views are read-only, so we need to deconstruct this
                // insert and do inserts into the underlying tables.
                // If doing this here turns out to be a performance bottleneck,
                // consider moving this to native code and using triggers on
                // the view.
                values = new ContentValues(initialValues);

                String albumartist = values.getAsString(MediaStore.Audio.Media.ALBUM_ARTIST);
                String compilation = values.getAsString(MediaStore.Audio.Media.COMPILATION);
                values.remove(MediaStore.Audio.Media.COMPILATION);

                // Insert the artist into the artist table and remove it from
                // the input values
                Object so = values.get("artist");
                String s = (so == null ? "" : so.toString());
                values.remove("artist");
                long artistRowId;
                HashMap<String, Long> artistCache = database.mArtistCache;
                String path = values.getAsString(MediaStore.MediaColumns.DATA);
                synchronized(artistCache) {
                    Long temp = artistCache.get(s);
                    if (temp == null) {
                        artistRowId = getKeyIdForName(db, "artists", "artist_key", "artist",
                                s, s, path, 0, null, artistCache, uri);
                    } else {
                        artistRowId = temp.longValue();
                    }
                }
                String artist = s;

                // Do the same for the album field
                so = values.get("album");
                s = (so == null ? "" : so.toString());
                values.remove("album");
                long albumRowId;
                HashMap<String, Long> albumCache = database.mAlbumCache;
                synchronized(albumCache) {
                    int albumhash = 0;
                    if (albumartist != null) {
                        albumhash = albumartist.hashCode();
                    } else if (compilation != null && compilation.equals("1")) {
                        // nothing to do, hash already set
                    } else {
                        albumhash = path.substring(0, path.lastIndexOf('/')).hashCode();
                    }
                    String cacheName = s + albumhash;
                    Long temp = albumCache.get(cacheName);
                    if (temp == null) {
                        albumRowId = getKeyIdForName(db, "albums", "album_key", "album",
                                s, cacheName, path, albumhash, artist, albumCache, uri);
                    } else {
                        albumRowId = temp;
                    }
                }

                values.put("artist_id", Integer.toString((int)artistRowId));
                values.put("album_id", Integer.toString((int)albumRowId));
                so = values.getAsString("title");
                s = (so == null ? "" : so.toString());
                values.put("title_key", MediaStore.Audio.keyFor(s));
                // do a final trim of the title, in case it started with the special
                // "sort first" character (ascii \001)
                values.remove("title");
                values.put("title", s.trim());

                computeDisplayName(values.getAsString(MediaStore.MediaColumns.DATA), values);
                break;
            }

            case FileColumns.MEDIA_TYPE_VIDEO: {
                values = ensureFile(database.mInternal, initialValues, ".3gp", "video");
                String data = values.getAsString(MediaStore.MediaColumns.DATA);
                computeDisplayName(data, values);
                computeTakenTime(values);
                break;
            }
        }

        if (values == null) {
```

```
2671        }
2672
2673        // compute bucket_id and bucket_display_name for all files
2674        String path = values.getAsString(MediaStore.MediaColumns.DATA);
2675        if (path != null) {
2676            computeBucketValues(path, values);
2677        }
2678        values.put(MediaStore.MediaColumns.DATE_ADDED, System.currentTimeMillis() / 1000);
2679
2680        long rowId = 0;
2681        Integer i = values.getAsInteger(
2682            MediaStore.MediaColumns.MEDIA_SCANNER_NEW_OBJECT_ID);
2683        if (i != null) {
2684            rowId = i.intValue();
2685            values = new ContentValues(values);
2686            values.remove(MediaStore.MediaColumns.MEDIA_SCANNER_NEW_OBJECT_ID);
2687        }
2688
2689        String title = values.getAsString(MediaStore.MediaColumns.TITLE);
2690        if (title == null && path != null) {
2691            title = MediaFile.getFileTitle(path);
2692        }
2693        values.put(FileColumns.TITLE, title);
2694
2695        String mimeType = values.getAsString(MediaStore.MediaColumns.MIME_TYPE);
2696        Integer formatObject = values.getAsInteger(FileColumns.FORMAT);
2697        int format = (formatObject == null ? 0 : formatObject.intValue());
2698        if (format == 0) {
2699            if (TextUtils.isEmpty(path)) {
2700                // special case device created playlists
2701                if (mediaType == FileColumns.MEDIA_TYPE_PLAYLIST) {
2702                    values.put(FileColumns.FORMAT, MtpConstants.FORMAT_ABSTRACT_AV_PLAYLIST);
2703                    // create a file path for the benefit of MTP
2704                    path = mExternalStoragePaths[0]
2705                        + "/Playlists/" + values.getAsString(Audio.Playlists.NAME);
2706                    values.put(MediaStore.MediaColumns.DATA, path);
2707                    values.put(FileColumns.PARENT, getParent(db, path));
2708                } else {
2709                    Log.e(TAG, "path is empty in insertFile()");
2710                }
2711            } else {
2712                format = MediaFile.getFormatCode(path, mimeType);
2713            }
2714        }
2715        if (format != 0) {
2716            values.put(FileColumns.FORMAT, format);
2717            if (mimeType == null) {
2718                mimeType = MediaFile.getMimeTypeForFormatCode(format);
2719            }
2720        }
2721
2722        if (mimeType == null && path != null) {
2723            mimeType = MediaFile.getMimeTypeForFile(path);
2724        }
2725        if (mimeType != null) {
2726            values.put(FileColumns.MIME_TYPE, mimeType);
2727
2728            if (mediaType == FileColumns.MEDIA_TYPE_NONE && !MediaScanner.isNoMediaPath(path))
     {
2729                int fileType = MediaFile.getFileTypeForMimeType(mimeType);
2730                if (MediaFile.isAudioFileType(fileType)) {
2731                    mediaType = FileColumns.MEDIA_TYPE_AUDIO;
2732                } else if (MediaFile.isVideoFileType(fileType)) {
2733                    mediaType = FileColumns.MEDIA_TYPE_VIDEO;
2734                } else if (MediaFile.isImageFileType(fileType)) {
2735                    mediaType = FileColumns.MEDIA_TYPE_IMAGE;
2736                } else if (MediaFile.isPlayListFileType(fileType)) {
2737                    mediaType = FileColumns.MEDIA_TYPE_PLAYLIST;
2738                }
2739            }
2740        }
2741        values.put(FileColumns.MEDIA_TYPE, mediaType);
2742
2743        if (rowId == 0) {
2744            if (mediaType == FileColumns.MEDIA_TYPE_PLAYLIST) {
2745                String name = values.getAsString(Audio.Playlists.NAME);
2746                if (name == null && path == null) {
2747                    // MediaScanner will compute the name from the path if we have one
2748                    throw new IllegalArgumentException(
2749                        "no name was provided when inserting abstract playlist");
2750                }
2751            } else {
```

```java
                                // path might be null for playlists created on the device
                                // or transfered via MTP
                                throw new IllegalArgumentException(
                                        "no path was provided when inserting new file");
                        }
                    }

                    // make sure modification date and size are set
                    if (path != null) {
                        File file = new File(path);
                        if (file.exists()) {
                            values.put(FileColumns.DATE_MODIFIED, file.lastModified() / 1000);
                            values.put(FileColumns.SIZE, file.length());
                        }
                    }

                    Long parent = values.getAsLong(FileColumns.PARENT);
                    if (parent == null) {
                        if (path != null) {
                            long parentId = getParent(db, path);
                            values.put(FileColumns.PARENT, parentId);
                        }
                    }
                    Integer storage = values.getAsInteger(FileColumns.STORAGE_ID);
                    if (storage == null) {
                        int storageId = getStorageId(path);
                        values.put(FileColumns.STORAGE_ID, storageId);
                    }

                    rowId = db.insert("files", FileColumns.DATE_MODIFIED, values);
                    if (LOCAL_LOGV) Log.v(TAG, "insertFile: values=" + values + " returned: " + rowId);

                    if (rowId != 0 && notify) {
                        sendObjectAdded(rowId);
                    }
                } else {
                    db.update("files", values, FileColumns._ID + "=?",
                            new String[] { Long.toString(rowId) });
                }

                return rowId;
            }

            private Cursor getObjectReferences(SQLiteDatabase db, int handle) {
                Cursor c = db.query("files", mMediaTableColumns, "_id=?",
                        new String[] {  Integer.toString(handle) },
                        null, null, null);
                try {
                    if (c != null && c.moveToNext()) {
                        long playlistId = c.getLong(0);
                        int mediaType = c.getInt(1);
                        if (mediaType != FileColumns.MEDIA_TYPE_PLAYLIST) {
                            // we only support object references for playlist objects
                            return null;
                        }
                        return db.rawQuery(OBJECT_REFERENCES_QUERY,
                                new String[] { Long.toString(playlistId) } );
                    }
                } finally {
                    if (c != null) {
                        c.close();
                    }
                }
                return null;
            }

            private int setObjectReferences(SQLiteDatabase db, int handle, ContentValues values[]) {
                // first look up the media table and media ID for the object
                long playlistId = 0;
                Cursor c = db.query("files", mMediaTableColumns, "_id=?",
                        new String[] {  Integer.toString(handle) },
                        null, null, null);
                try {
                    if (c != null && c.moveToNext()) {
                        int mediaType = c.getInt(1);
                        if (mediaType != FileColumns.MEDIA_TYPE_PLAYLIST) {
                            // we only support object references for playlist objects
                            return 0;
                        }
                        playlistId = c.getLong(0);
                    }
```

```
2834                    if (c != null) {
2835                        c.close();
2836                    }
2837                }
2838            }
2839            if (playlistId == 0) {
2840                return 0;
2841            }
2842
2843            // next delete any existing entries
2844            db.delete("audio_playlists_map", "playlist_id=?",
2845                    new String[] { Long.toString(playlistId) });
2846
2847            // finally add the new entries
2848            int count = values.length;
2849            int added = 0;
2850            ContentValues[] valuesList = new ContentValues[count];
2851            for (int i = 0; i < count; i++) {
2852                // convert object ID to audio ID
2853                long audioId = 0;
2854                long objectId = values[i].getAsLong(MediaStore.MediaColumns._ID);
2855                c = db.query("files", mMediaTableColumns, "_id=?",
2856                        new String[] {  Long.toString(objectId) },
2857                        null, null, null);
2858                try {
2859                    if (c != null && c.moveToNext()) {
2860                        int mediaType = c.getInt(1);
2861                        if (mediaType != FileColumns.MEDIA_TYPE_AUDIO) {
2862                            // we only allow audio files in playlists, so skip
2863                            continue;
2864                        }
2865                        audioId = c.getLong(0);
2866                    }
2867                } finally {
2868                    if (c != null) {
2869                        c.close();
2870                    }
2871                }
2872                if (audioId != 0) {
2873                    ContentValues v = new ContentValues();
2874                    v.put(MediaStore.Audio.Playlists.Members.PLAYLIST_ID, playlistId);
2875                    v.put(MediaStore.Audio.Playlists.Members.AUDIO_ID, audioId);
2876                    v.put(MediaStore.Audio.Playlists.Members.PLAY_ORDER, added);
2877                    valuesList[added++] = v;
2878                }
2879            }
2880            if (added < count) {
2881                // we weren't able to find everything on the list, so lets resize the array
2882                // and pass what we have.
2883                ContentValues[] newValues = new ContentValues[added];
2884                System.arraycopy(valuesList, 0, newValues, 0, added);
2885                valuesList = newValues;
2886            }
2887            return playlistBulkInsert(db,
2888                    Audio.Playlists.Members.getContentUri(EXTERNAL_VOLUME, playlistId),
2889                    valuesList);
2890        }
2891
2892        private static final String[] GENRE_LOOKUP_PROJECTION = new String[] {
2893                Audio.Genres._ID, // 0
2894                Audio.Genres.NAME, // 1
2895        };
2896
2897        private void updateGenre(long rowId, String genre) {
2898            Uri uri = null;
2899            Cursor cursor = null;
2900            Uri genresUri = MediaStore.Audio.Genres.getContentUri("external");
2901            try {
2902                // see if the genre already exists
2903                cursor = query(genresUri, GENRE_LOOKUP_PROJECTION, MediaStore.Audio.Genres.NAME +
2904                "=?",
2905                                new String[] { genre }, null);
2905                if (cursor == null || cursor.getCount() == 0) {
2906                    // genre does not exist, so create the genre in the genre table
2907                    ContentValues values = new ContentValues();
2908                    values.put(MediaStore.Audio.Genres.NAME, genre);
2909                    uri = insert(genresUri, values);
2910                } else {
2911                    // genre already exists, so compute its Uri
2912                    cursor.moveToNext();
2913                    uri = ContentUris.withAppendedId(genresUri, cursor.getLong(0));
2914                }
```

```
2915                        uri = Uri.withAppendedPath(uri, MediaStore.Audio.Genres.Members.CONTENT_DIRECT
2916   ORY);
                        }
2917                } finally {
2918                    // release the cursor if it exists
2919                    if (cursor != null) {
2920                        cursor.close();
2921                    }
2922                }
2923            }
2924
2925            if (uri != null) {
2926                // add entry to audio_genre_map
2927                ContentValues values = new ContentValues();
2928                values.put(MediaStore.Audio.Genres.Members.AUDIO_ID, Long.valueOf(rowId));
2929                insert(uri, values);
2930            }
2931        }
2932
2933        private Uri insertInternal(Uri uri, int match, ContentValues initialValues) {
2934            long rowId;
2935
2936            if (LOCAL_LOGV) Log.v(TAG, "insertInternal: "+uri+", initValues="+initialValues);
2937            // handle MEDIA_SCANNER before calling getDatabaseForUri()
2938            if (match == MEDIA_SCANNER) {
2939                mMediaScannerVolume = initialValues.getAsString(MediaStore.MEDIA_SCANNER_VOLUME);
2940                return MediaStore.getMediaScannerUri();
2941            }
2942
2943            String genre = null;
2944            if (initialValues != null) {
2945                genre = initialValues.getAsString(Audio.AudioColumns.GENRE);
2946                initialValues.remove(Audio.AudioColumns.GENRE);
2947            }
2948
2949            Uri newUri = null;
2950            DatabaseHelper database = getDatabaseForUri(uri);
2951            if (database == null && match != VOLUMES && match != MTP_CONNECTED) {
2952                throw new UnsupportedOperationException(
2953                    "Unknown URI: " + uri);
2954            }
2955            SQLiteDatabase db = ((match == VOLUMES || match == MTP_CONNECTED) ? null
2956                    : database.getWritableDatabase());
2957
2958            switch (match) {
2959                case IMAGES_MEDIA: {
2960                    rowId = insertFile(database, uri, initialValues, FileColumns.MEDIA_TYPE_IMAGE,
2961   true);
                        if (rowId > 0) {
2962                        newUri = ContentUris.withAppendedId(
2963                                Images.Media.getContentUri(uri.getPathSegments().get(0)), rowId);
2964                    }
2965                    break;
2966                }
2967
2968                // This will be triggered by requestMediaThumbnail (see getThumbnailUri)
2969                case IMAGES_THUMBNAILS: {
2970                    ContentValues values = ensureFile(database.mInternal, initialValues, ".jpg",
2971                        "DCIM/.thumbnails");
2972                    rowId = db.insert("thumbnails", "name", values);
2973                    if (rowId > 0) {
2974                        newUri = ContentUris.withAppendedId(Images.Thumbnails.
2975                                getContentUri(uri.getPathSegments().get(0)), rowId);
2976                    }
2977                    break;
2978                }
2979
2980                // This is currently only used by MICRO_KIND video thumbnail (see getThumbnailUri)
2981                case VIDEO_THUMBNAILS: {
2982                    ContentValues values = ensureFile(database.mInternal, initialValues, ".jpg",
2983                        "DCIM/.thumbnails");
2984                    rowId = db.insert("videothumbnails", "name", values);
2985                    if (rowId > 0) {
2986                        newUri = ContentUris.withAppendedId(Video.Thumbnails.
2987                                getContentUri(uri.getPathSegments().get(0)), rowId);
2988                    }
2989                    break;
2990                }
2991
2992                case AUDIO_MEDIA: {
2993                    rowId = insertFile(database, uri, initialValues, FileColumns.MEDIA_TYPE_AUDIO,
2994   true);
```

```
2994
2995                    newUri = ContentUris.withAppendedId(Audio.Media.getContentUri(uri.getPathS
       egments().get(0)), rowId);
2996                    if (genre != null) {
2997                        updateGenre(rowId, genre);
2998                    }
2999                }
3000                break;
3001            }
3002
3003            case AUDIO_MEDIA_ID_GENRES: {
3004                Long audioId = Long.parseLong(uri.getPathSegments().get(2));
3005                ContentValues values = new ContentValues(initialValues);
3006                values.put(Audio.Genres.Members.AUDIO_ID, audioId);
3007                rowId = db.insert("audio_genres_map", "genre_id", values);
3008                if (rowId > 0) {
3009                    newUri = ContentUris.withAppendedId(uri, rowId);
3010                }
3011                break;
3012            }
3013
3014            case AUDIO_MEDIA_ID_PLAYLISTS: {
3015                Long audioId = Long.parseLong(uri.getPathSegments().get(2));
3016                ContentValues values = new ContentValues(initialValues);
3017                values.put(Audio.Playlists.Members.AUDIO_ID, audioId);
3018                rowId = db.insert("audio_playlists_map", "playlist_id",
3019                        values);
3020                if (rowId > 0) {
3021                    newUri = ContentUris.withAppendedId(uri, rowId);
3022                }
3023                break;
3024            }
3025
3026            case AUDIO_GENRES: {
3027                rowId = db.insert("audio_genres", "audio_id", initialValues);
3028                if (rowId > 0) {
3029                    newUri = ContentUris.withAppendedId(Audio.Genres.getContentUri(uri.getPath
       Segments().get(0)), rowId);
3030                }
3031                break;
3032            }
3033
3034            case AUDIO_GENRES_ID_MEMBERS: {
3035                Long genreId = Long.parseLong(uri.getPathSegments().get(3));
3036                ContentValues values = new ContentValues(initialValues);
3037                values.put(Audio.Genres.Members.GENRE_ID, genreId);
3038                rowId = db.insert("audio_genres_map", "genre_id", values);
3039                if (rowId > 0) {
3040                    newUri = ContentUris.withAppendedId(uri, rowId);
3041                }
3042                break;
3043            }
3044
3045            case AUDIO_PLAYLISTS: {
3046                ContentValues values = new ContentValues(initialValues);
3047                values.put(MediaStore.Audio.Playlists.DATE_ADDED, System.currentTimeMillis() /
        1000);
3048                rowId = insertFile(database, uri, values, FileColumns.MEDIA_TYPE_PLAYLIST, tru
       e);
3049                if (rowId > 0) {
3050                    newUri = ContentUris.withAppendedId(Audio.Playlists.getContentUri(uri.getP
       athSegments().get(0)), rowId);
3051                }
3052                break;
3053            }
3054
3055            case AUDIO_PLAYLISTS_ID:
3056            case AUDIO_PLAYLISTS_ID_MEMBERS: {
3057                Long playlistId = Long.parseLong(uri.getPathSegments().get(3));
3058                ContentValues values = new ContentValues(initialValues);
3059                values.put(Audio.Playlists.Members.PLAYLIST_ID, playlistId);
3060                rowId = db.insert("audio_playlists_map", "playlist_id", values);
3061                if (rowId > 0) {
3062                    newUri = ContentUris.withAppendedId(uri, rowId);
3063                }
3064                break;
3065            }
3066
3067            case VIDEO_MEDIA: {
3068                rowId = insertFile(database, uri, initialValues, FileColumns.MEDIA_TYPE_VIDEO,
        true);
3069                if (rowId > 0) {
```

```
3070                                         ContentUris.withAppendedId(Audio.Media.getContentUri(
3071                                         uri.getPathSegments().get(0)), rowId);
3072                                 }
3073                                 break;
3074                         }
3075
3076                 case AUDIO_ALBUMART: {
3077                         if (database.mInternal) {
3078                                 throw new UnsupportedOperationException("no internal album art allowed");
3079                         }
3080                         ContentValues values = null;
3081                         try {
3082                                 values = ensureFile(false, initialValues, "", ALBUM_THUMB_FOLDER);
3083                         } catch (IllegalStateException ex) {
3084                                 // probably no more room to store albumthumbs
3085                                 values = initialValues;
3086                         }
3087                         rowId = db.insert("album_art", MediaStore.MediaColumns.DATA, values);
3088                         if (rowId > 0) {
3089                                 newUri = ContentUris.withAppendedId(uri, rowId);
3090                         }
3091                         break;
3092                 }
3093
3094                 case VOLUMES:
3095                         return attachVolume(initialValues.getAsString("name"));
3096
3097                 case MTP_CONNECTED:
3098                         synchronized (mMtpServiceConnection) {
3099                                 if (mMtpService == null) {
3100                                         Context context = getContext();
3101                                         // MTP is connected, so grab a connection to MtpService
3102                                         context.bindService(new Intent(context, MtpService.class),
3103                                                 mMtpServiceConnection, Context.BIND_AUTO_CREATE);
3104                                 }
3105                         }
3106                         break;
3107
3108                 case FILES:
3109                         rowId = insertFile(database, uri, initialValues,
3110                                 FileColumns.MEDIA_TYPE_NONE, true);
3111                         if (rowId > 0) {
3112                                 newUri = Files.getContentUri(uri.getPathSegments().get(0), rowId);
3113                         }
3114                         break;
3115
3116                 case MTP_OBJECTS:
3117                         // don't send a notification if the insert originated from MTP
3118                         rowId = insertFile(database, uri, initialValues,
3119                                 FileColumns.MEDIA_TYPE_NONE, false);
3120                         if (rowId > 0) {
3121                                 newUri = Files.getMtpObjectsUri(uri.getPathSegments().get(0), rowId);
3122                         }
3123                         break;
3124
3125                 default:
3126                         throw new UnsupportedOperationException("Invalid URI " + uri);
3127         }
3128
3129         return newUri;
3130 }
3131
3132 @Override
3133 public ContentProviderResult[] applyBatch(ArrayList<ContentProviderOperation> operations)
3134         throws OperationApplicationException {
3135
3136         // The operations array provides no overall information about the URI(s) being operated
3137         // on, so begin a transaction for ALL of the databases.
3138         DatabaseHelper ihelper = getDatabaseForUri(MediaStore.Audio.Media.INTERNAL_CONTENT_URI
);
3139         DatabaseHelper ehelper = getDatabaseForUri(MediaStore.Audio.Media.EXTERNAL_CONTENT_URI
);
3140         SQLiteDatabase idb = ihelper.getWritableDatabase();
3141         idb.beginTransaction();
3142         SQLiteDatabase edb = null;
3143         if (ehelper != null) {
3144                 edb = ehelper.getWritableDatabase();
3145                 edb.beginTransaction();
3146         }
3147         try {
3148                 ContentProviderResult[] result = super.applyBatch(operations);
```

```
3149
3150            if (edb != null) {
3151                edb.setTransactionSuccessful();
3152            }
3153            // Rather than sending targeted change notifications for every Uri
3154            // affected by the batch operation, just invalidate the entire internal
3155            // and external name space.
3156            ContentResolver res = getContext().getContentResolver();
3157            res.notifyChange(Uri.parse("content://media/"), null);
3158            return result;
3159        } finally {
3160            idb.endTransaction();
3161            if (edb != null) {
3162                edb.endTransaction();
3163            }
3164        }
3165    }
3166
3167
3168    private MediaThumbRequest requestMediaThumbnail(String path, Uri uri, int priority, long m
agic) {
3169        synchronized (mMediaThumbQueue) {
3170            MediaThumbRequest req = null;
3171            try {
3172                req = new MediaThumbRequest(
3173                        getContext().getContentResolver(), path, uri, priority, magic);
3174                mMediaThumbQueue.add(req);
3175                // Trigger the handler.
3176                Message msg = mThumbHandler.obtainMessage(IMAGE_THUMB);
3177                msg.sendToTarget();
3178            } catch (Throwable t) {
3179                Log.w(TAG, t);
3180            }
3181            return req;
3182        }
3183    }
3184
3185    private String generateFileName(boolean internal, String preferredExtension, String direct
oryName)
3186    {
3187        // create a random file
3188        String name = String.valueOf(System.currentTimeMillis());
3189
3190        if (internal) {
3191            throw new UnsupportedOperationException("Writing to internal storage is not supported.");
3192 //          return Environment.getDataDirectory()
3193 //              + "/" + directoryName + "/" + name + preferredExtension;
3194        } else {
3195            return mExternalStoragePaths[0] + "/" + directoryName + "/" + name + preferredExten
sion;
3196        }
3197    }
3198
3199    private boolean ensureFileExists(String path) {
3200        File file = new File(path);
3201        if (file.exists()) {
3202            return true;
3203        } else {
3204            // we will not attempt to create the first directory in the path
3205            // (for example, do not create /sdcard if the SD card is not mounted)
3206            int secondSlash = path.indexOf('/', 1);
3207            if (secondSlash < 1) return false;
3208            String directoryPath = path.substring(0, secondSlash);
3209            File directory = new File(directoryPath);
3210            if (!directory.exists())
3211                return false;
3212            file.getParentFile().mkdirs();
3213            try {
3214                return file.createNewFile();
3215            } catch(IOException ioe) {
3216                Log.e(TAG, "File creation failed", ioe);
3217            }
3218            return false;
3219        }
3220    }
3221
3222    private static final class GetTableAndWhereOutParameter {
3223        public String table;
3224        public String where;
3225    }
3226
3227    static final GetTableAndWhereOutParameter sGetTableAndWhereParam =
```

```
3228
3229
3230    private void getTableAndWhere(Uri uri, int match, String userWhere,
3231        GetTableAndWhereOutParameter out) {
3232    String where = null;
3233    switch (match) {
3234        case IMAGES_MEDIA:
3235            out.table = "files";
3236            where = FileColumns.MEDIA_TYPE + "=" + FileColumns.MEDIA_TYPE_IMAGE;
3237            break;
3238
3239        case IMAGES_MEDIA_ID:
3240            out.table = "files";
3241            where = "_id=" + uri.getPathSegments().get(3);
3242            break;
3243
3244        case IMAGES_THUMBNAILS_ID:
3245            where = "_id=" + uri.getPathSegments().get(3);
3246        case IMAGES_THUMBNAILS:
3247            out.table = "thumbnails";
3248            break;
3249
3250        case AUDIO_MEDIA:
3251            out.table = "files";
3252            where = FileColumns.MEDIA_TYPE + "=" + FileColumns.MEDIA_TYPE_AUDIO;
3253            break;
3254
3255        case AUDIO_MEDIA_ID:
3256            out.table = "files";
3257            where = "_id=" + uri.getPathSegments().get(3);
3258            break;
3259
3260        case AUDIO_MEDIA_ID_GENRES:
3261            out.table = "audio_genres";
3262            where = "audio_id=" + uri.getPathSegments().get(3);
3263            break;
3264
3265        case AUDIO_MEDIA_ID_GENRES_ID:
3266            out.table = "audio_genres";
3267            where = "audio_id=" + uri.getPathSegments().get(3) +
3268                " AND genre_id=" + uri.getPathSegments().get(5);
3269          break;
3270
3271        case AUDIO_MEDIA_ID_PLAYLISTS:
3272            out.table = "audio_playlists";
3273            where = "audio_id=" + uri.getPathSegments().get(3);
3274            break;
3275
3276        case AUDIO_MEDIA_ID_PLAYLISTS_ID:
3277            out.table = "audio_playlists";
3278            where = "audio_id=" + uri.getPathSegments().get(3) +
3279                " AND playlists_id=" + uri.getPathSegments().get(5);
3280            break;
3281
3282        case AUDIO_GENRES:
3283            out.table = "audio_genres";
3284            break;
3285
3286        case AUDIO_GENRES_ID:
3287            out.table = "audio_genres";
3288            where = "_id=" + uri.getPathSegments().get(3);
3289            break;
3290
3291        case AUDIO_GENRES_ID_MEMBERS:
3292            out.table = "audio_genres";
3293            where = "genre_id=" + uri.getPathSegments().get(3);
3294            break;
3295
3296        case AUDIO_PLAYLISTS:
3297            out.table = "files";
3298            where = FileColumns.MEDIA_TYPE + "=" + FileColumns.MEDIA_TYPE_PLAYLIST;
3299            break;
3300
3301        case AUDIO_PLAYLISTS_ID:
3302            out.table = "files";
3303            where = "_id=" + uri.getPathSegments().get(3);
3304            break;
3305
3306        case AUDIO_PLAYLISTS_ID_MEMBERS:
3307            out.table = "audio_playlists_map";
3308            where = "playlist_id=" + uri.getPathSegments().get(3);
3309            break;
```

```
3310              case AUDIO_PLAYLISTS_ID_MEMBERS_ID:
3311                  out.table = "audio_playlists_map";
3312                  where = "playlist_id=" + uri.getPathSegments().get(3) +
3313                          " AND _id=" + uri.getPathSegments().get(5);
3314                  break;
3315
3316              case AUDIO_ALBUMART_ID:
3317                  out.table = "album_art";
3318                  where = "album_id=" + uri.getPathSegments().get(3);
3319                  break;
3320
3321              case VIDEO_MEDIA:
3322                  out.table = "files";
3323                  where = FileColumns.MEDIA_TYPE + "=" + FileColumns.MEDIA_TYPE_VIDEO;
3324                  break;
3325
3326              case VIDEO_MEDIA_ID:
3327                  out.table = "files";
3328                  where = "_id=" + uri.getPathSegments().get(3);
3329                  break;
3330
3331              case VIDEO_THUMBNAILS_ID:
3332                  where = "_id=" + uri.getPathSegments().get(3);
3333              case VIDEO_THUMBNAILS:
3334                  out.table = "videothumbnails";
3335                  break;
3336
3337              case FILES_ID:
3338              case MTP_OBJECTS_ID:
3339                  where = "_id=" + uri.getPathSegments().get(2);
3340              case FILES:
3341              case MTP_OBJECTS:
3342                  out.table = "files";
3343                  break;
3344
3345              default:
3346                  throw new UnsupportedOperationException(
3347                          "Unknown or unsupported URL: " + uri.toString());
3348          }
3349
3350          // Add in the user requested WHERE clause, if needed
3351          if (!TextUtils.isEmpty(userWhere)) {
3352              if (!TextUtils.isEmpty(where)) {
3353                  out.where = where + " AND(" + userWhere + ")";
3354              } else {
3355                  out.where = userWhere;
3356              }
3357          } else {
3358              out.where = where;
3359          }
3360      }
3361
3362      @Override
3363      public int delete(Uri uri, String userWhere, String[] whereArgs) {
3364          int count;
3365          int match = URI_MATCHER.match(uri);
3366
3367          // handle MEDIA_SCANNER before calling getDatabaseForUri()
3368          if (match == MEDIA_SCANNER) {
3369              if (mMediaScannerVolume == null) {
3370                  return 0;
3371              }
3372              mMediaScannerVolume = null;
3373              return 1;
3374          }
3375
3376          if (match == VOLUMES_ID) {
3377              detachVolume(uri);
3378              count = 1;
3379          } else if (match == MTP_CONNECTED) {
3380              synchronized (mMtpServiceConnection) {
3381                  if (mMtpService != null) {
3382                      // MTP has disconnected, so release our connection to MtpService
3383                      getContext().unbindService(mMtpServiceConnection);
3384                      count = 1;
3385                      // mMtpServiceConnection.onServiceDisconnected might not get called,
3386                      // so set mMtpService = null here
3387                      mMtpService = null;
3388                  } else {
3389                      count = 0;
3390                  }
3391              }
```

```
3392
3393          } else {
3394              DatabaseHelper database = getDatabaseForUri(uri);
3395              if (database == null) {
3396                  throw new UnsupportedOperationException(
3397                          "Unknown URI: " + uri + " match: " + match);
3398              }
3399              SQLiteDatabase db = database.getWritableDatabase();
3400
3401              synchronized (sGetTableAndWhereParam) {
3402                  getTableAndWhere(uri, match, userWhere, sGetTableAndWhereParam);
3403                  switch (match) {
3404                      case MTP_OBJECTS:
3405                      case MTP_OBJECTS_ID:
3406                          try {
3407                              // don't send objectRemoved event since this originated from MTP
3408                              mDisableMtpObjectCallbacks = true;
3409                              count = db.delete("files", sGetTableAndWhereParam.where, whereArgs)
     ;
3410                          } finally {
3411                              mDisableMtpObjectCallbacks = false;
3412                          }
3413                          break;
3414                      case AUDIO_GENRES_ID_MEMBERS:
3415                          count = db.delete("audio_genres_map",
3416                                  sGetTableAndWhereParam.where, whereArgs);
3417                          break;
3418                      default:
3419                          count = db.delete(sGetTableAndWhereParam.table,
3420                                  sGetTableAndWhereParam.where, whereArgs);
3421                          break;
3422                  }
3423                  // Since there are multiple Uris that can refer to the same files
3424                  // and deletes can affect other objects in storage (like subdirectories
3425                  // or playlists) we will notify a change on the entire volume to make
3426                  // sure no listeners miss the notification.
3427                  String volume = uri.getPathSegments().get(0);
3428                  Uri notifyUri = Uri.parse("content://" + MediaStore.AUTHORITY + "/" + volume);
3429                  getContext().getContentResolver().notifyChange(notifyUri, null);
3430              }
3431          }
3432
3433          return count;
3434      }
3435
3436      @Override
3437      public int update(Uri uri, ContentValues initialValues, String userWhere,
3438              String[] whereArgs) {
3439          int count;
3440          // Log.v(TAG, "update for uri="+uri+", initValues="+initialValues);
3441          int match = URI_MATCHER.match(uri);
3442          DatabaseHelper database = getDatabaseForUri(uri);
3443          if (database == null) {
3444              throw new UnsupportedOperationException(
3445                      "Unknown URI: " + uri);
3446          }
3447          SQLiteDatabase db = database.getWritableDatabase();
3448
3449          String genre = null;
3450          if (initialValues != null) {
3451              genre = initialValues.getAsString(Audio.AudioColumns.GENRE);
3452              initialValues.remove(Audio.AudioColumns.GENRE);
3453          }
3454
3455          synchronized (sGetTableAndWhereParam) {
3456              getTableAndWhere(uri, match, userWhere, sGetTableAndWhereParam);
3457
3458              // special case renaming directories via MTP.
3459              // in this case we must update all paths in the database with
3460              // the directory name as a prefix
3461              if ((match == MTP_OBJECTS || match == MTP_OBJECTS_ID)
3462                      && initialValues != null && initialValues.size() == 1) {
3463                  String oldPath = null;
3464                  String newPath = initialValues.getAsString(MediaStore.MediaColumns.DATA);
3465                  // MtpDatabase will rename the directory first, so we test the new file name
3466                  if (newPath != null && (new File(newPath)).isDirectory()) {
3467                      Cursor cursor = db.query(sGetTableAndWhereParam.table, PATH_PROJECTION,
3468                              userWhere, whereArgs, null, null, null);
3469                      try {
3470                          if (cursor != null && cursor.moveToNext()) {
3471                              oldPath = cursor.getString(1);
3472                          }
```

```
3473                        if (cursor != null) cursor.close();
3474                    }
3475                }
3476                if (oldPath != null) {
3477                    // first rename the row for the directory
3478                    count = db.update(sGetTableAndWhereParam.table, initialValues,
3479                        sGetTableAndWhereParam.where, whereArgs);
3480                    if (count > 0) {
3481                        // then update the paths of any files and folders contained in the
       directory.
3482                        Object[] bindArgs = new Object[] {oldPath + "/", newPath + "/"};
3483                        db.execSQL("UPDATE files SET _data=REPLACE(_data, ?1, ?2);", bindArgs);
3484                    }

3486                    if (count > 0 && !db.inTransaction()) {
3487                        getContext().getContentResolver().notifyChange(uri, null);
3488                    }
3489                    return count;
3490                }
3491            }
3492        }

3494        switch (match) {
3495            case AUDIO_MEDIA:
3496            case AUDIO_MEDIA_ID:
3497                {
3498                    ContentValues values = new ContentValues(initialValues);
3499                    String albumartist = values.getAsString(MediaStore.Audio.Media.ALBUM_A
       RTIST);
3500                    String compilation = values.getAsString(MediaStore.Audio.Media.COMPILA
       TION);
3501                    values.remove(MediaStore.Audio.Media.COMPILATION);

3503                    // Insert the artist into the artist table and remove it from
3504                    // the input values
3505                    String artist = values.getAsString("artist");
3506                    values.remove("artist");
3507                    if (artist != null) {
3508                        long artistRowId;
3509                        HashMap<String, Long> artistCache = database.mArtistCache;
3510                        synchronized(artistCache) {
3511                            Long temp = artistCache.get(artist);
3512                            if (temp == null) {
3513                                artistRowId = getKeyIdForName(db, "artists", "artist_key", "artist"
       ,
3514                                    artist, artist, null, 0, null, artistCache, uri);
3515                            } else {
3516                                artistRowId = temp.longValue();
3517                            }
3518                        }
3519                        values.put("artist_id", Integer.toString((int)artistRowId));
3520                    }

3522                    // Do the same for the album field.
3523                    String so = values.getAsString("album");
3524                    values.remove("album");
3525                    if (so != null) {
3526                        String path = values.getAsString(MediaStore.MediaColumns.DATA);
3527                        int albumHash = 0;
3528                        if (albumartist != null) {
3529                            albumHash = albumartist.hashCode();
3530                        } else if (compilation != null && compilation.equals("1")) {
3531                            // nothing to do, hash already set
3532                        } else {
3533                            if (path == null) {
3534                                if (match == AUDIO_MEDIA) {
3535                                    Log.w(TAG, "Possible multi row album name update without"
3536                                        + " path could give wrong album key");
3537                                } else {
3538                                    //Log.w(TAG, "Specify path to avoid extra query");
3539                                    Cursor c = query(uri,
3540                                        new String[] { MediaStore.Audio.Media.DATA},
3541                                        null, null, null);
3542                                    if (c != null) {
3543                                        try {
3544                                            int numrows = c.getCount();
3545                                            if (numrows == 1) {
3546                                                c.moveToFirst();
3547                                                path = c.getString(0);
3548                                            } else {
3549                                                Log.e(TAG, "" + numrows + " rows for " + uri)
       ;
```

```
3550                                        } finally {
3551                                            c.close();
3552                                        }
3553                                    }
3554                                }
3555                            }
3556                            if (path != null) {
3557                                albumHash = path.substring(0, path.lastIndexOf('/')).hashC
3558     ode();
                            }
3559                        }
3560
3561                        String s = so.toString();
3562                        long albumRowId;
3563                        HashMap<String, Long> albumCache = database.mAlbumCache;
3564                        synchronized(albumCache) {
3565                            String cacheName = s + albumHash;
3566                            Long temp = albumCache.get(cacheName);
3567                            if (temp == null) {
3568                                albumRowId = getKeyIdForName(db, "albums", "album_key", "albu
3569     m",
                                        s, cacheName, path, albumHash, artist, albumCache,
3570      uri);
                            } else {
3571                                albumRowId = temp.longValue();
3572                            }
3573                        }
3574                        values.put("album_id", Integer.toString((int)albumRowId));
3575                    }
3576
3577                    // don't allow the title_key field to be updated directly
3578                    values.remove("title_key");
3579                    // If the title field is modified, update the title_key
3580                    so = values.getAsString("title");
3581                    if (so != null) {
3582                        String s = so.toString();
3583                        values.put("title_key", MediaStore.Audio.keyFor(s));
3584                        // do a final trim of the title, in case it started with the speci
3585     al
                        // "sort first" character (ascii \001)
3586                        values.remove("title");
3587                        values.put("title", s.trim());
3588                    }
3589
3590                    count = db.update(sGetTableAndWhereParam.table, values,
3591                            sGetTableAndWhereParam.where, whereArgs);
3592                    if (genre != null) {
3593                        if (count == 1 && match == AUDIO_MEDIA_ID) {
3594                            long rowId = Long.parseLong(uri.getPathSegments().get(3));
3595                            updateGenre(rowId, genre);
3596                        } else {
3597                            // can't handle genres for bulk update or for non-audio files
3598                            Log.w(TAG, "ignoring genre in update: count = "
3599                                    + count + " match = " + match);
3600                        }
3601                    }
3602                }
3603                break;
3604            case IMAGES_MEDIA:
3605            case IMAGES_MEDIA_ID:
3606            case VIDEO_MEDIA:
3607            case VIDEO_MEDIA_ID:
3608                {
3609                    ContentValues values = new ContentValues(initialValues);
3610                    // Don't allow bucket id or display name to be updated directly.
3611                    // The same names are used for both images and table columns, so
3612                    // we use the ImageColumns constants here.
3613                    values.remove(ImageColumns.BUCKET_ID);
3614                    values.remove(ImageColumns.BUCKET_DISPLAY_NAME);
3615                    // If the data is being modified update the bucket values
3616                    String data = values.getAsString(MediaColumns.DATA);
3617                    if (data != null) {
3618                        computeBucketValues(data, values);
3619                    }
3620                    computeTakenTime(values);
3621                    count = db.update(sGetTableAndWhereParam.table, values,
3622                            sGetTableAndWhereParam.where, whereArgs);
3623                    // if this is a request from MediaScanner, DATA should contains file p
3624     ath
                    // we only process update request from media scanner, otherwise the re
3625     quests
```

```
3626                    if (count > 0 && values.getAsString(MediaStore.MediaColumns.DATA) != n
ull) {
3627                        Cursor c = db.query(sGetTableAndWhereParam.table,
3628                                READY_FLAG_PROJECTION, sGetTableAndWhereParam.where,
3629                                whereArgs, null, null, null);
3630                        if (c != null) {
3631                            try {
3632                                while (c.moveToNext()) {
3633                                    long magic = c.getLong(2);
3634                                    if (magic == 0) {
3635                                        requestMediaThumbnail(c.getString(1), uri,
3636                                                MediaThumbRequest.PRIORITY_NORMAL, 0);
3637                                    }
3638                                }
3639                            } finally {
3640                                c.close();
3641                            }
3642                        }
3643                    }
3644                }
3645                break;

3646
3647            case AUDIO_PLAYLISTS_ID_MEMBERS_ID:
3648                String moveit = uri.getQueryParameter("move");
3649                if (moveit != null) {
3650                    String key = MediaStore.Audio.Playlists.Members.PLAY_ORDER;
3651                    if (initialValues.containsKey(key)) {
3652                        int newpos = initialValues.getAsInteger(key);
3653                        List <String> segments = uri.getPathSegments();
3654                        long playlist = Long.valueOf(segments.get(3));
3655                        int oldpos = Integer.valueOf(segments.get(5));
3656                        return movePlaylistEntry(db, playlist, oldpos, newpos);
3657                    }
3658                    throw new IllegalArgumentException("Need to specify " + key +
3659                            " when using 'move' parameter");
3660                }
3661                // fall through
3662            default:
3663                count = db.update(sGetTableAndWhereParam.table, initialValues,
3664                        sGetTableAndWhereParam.where, whereArgs);
3665                break;
3666        }
3667    }
3668    // in a transaction, the code that began the transaction should be taking
3669    // care of notifications once it ends the transaction successfully
3670    if (count > 0 && !db.inTransaction()) {
3671        getContext().getContentResolver().notifyChange(uri, null);
3672    }
3673    return count;
3674 }
3675
3676 private int movePlaylistEntry(SQLiteDatabase db, long playlist, int from, int to) {
3677     if (from == to) {
3678         return 0;
3679     }
3680     db.beginTransaction();
3681     try {
3682         int numlines = 0;
3683         db.execSQL("UPDATE audio_playlists_map SET play_order=-1" +
3684                 " WHERE play_order=" + from +
3685                 " AND playlist_id=" + playlist);
3686         // We could just run both of the next two statements, but only one of
3687         // of them will actually do anything, so might as well skip the compile
3688         // and execute steps.
3689         if (from  < to) {
3690             db.execSQL("UPDATE audio_playlists_map SET play_order=play_order-1" +
3691                     " WHERE play_order<=" + to + " AND play_order>" + from +
3692                     " AND playlist_id=" + playlist);
3693             numlines = to - from + 1;
3694         } else {
3695             db.execSQL("UPDATE audio_playlists_map SET play_order=play_order+1" +
3696                     " WHERE play_order>=" + to + " AND play_order<" + from +
3697                     " AND playlist_id=" + playlist);
3698             numlines = from - to + 1;
3699         }
3700         db.execSQL("UPDATE audio_playlists_map SET play_order=" + to +
3701                 " WHERE play_order=-1 AND playlist_id=" + playlist);
3702         db.setTransactionSuccessful();
3703         Uri uri = MediaStore.Audio.Playlists.EXTERNAL_CONTENT_URI
3704                 .buildUpon().appendEncodedPath(String.valueOf(playlist)).build();
3705         getContext().getContentResolver().notifyChange(uri, null);
3706
```

```
3707                } finally {
3708                    db.endTransaction();
3709                }
3710            }
3711        }
3712
3713        private static final String[] openFileColumns = new String[] {
3714            MediaStore.MediaColumns.DATA,
3715        };
3716
3717        @Override
3718        public ParcelFileDescriptor openFile(Uri uri, String mode)
3719                throws FileNotFoundException {
3720
3721            ParcelFileDescriptor pfd = null;
3722
3723            if (URI_MATCHER.match(uri) == AUDIO_ALBUMART_FILE_ID) {
3724                // get album art for the specified media file
3725                DatabaseHelper database = getDatabaseForUri(uri);
3726                if (database == null) {
3727                    throw new IllegalStateException("Couldn't open database for " + uri);
3728                }
3729                SQLiteDatabase db = database.getReadableDatabase();
3730                if (db == null) {
3731                    throw new IllegalStateException("Couldn't open database for " + uri);
3732                }
3733                SQLiteQueryBuilder qb = new SQLiteQueryBuilder();
3734                int songid = Integer.parseInt(uri.getPathSegments().get(3));
3735                qb.setTables("audio_meta");
3736                qb.appendWhere("_id=" + songid);
3737                Cursor c = qb.query(db,
3738                        new String [] {
3739                            MediaStore.Audio.Media.DATA,
3740                            MediaStore.Audio.Media.ALBUM_ID },
3741                        null, null, null, null, null);
3742                if (c.moveToFirst()) {
3743                    String audiopath = c.getString(0);
3744                    int albumid = c.getInt(1);
3745                    // Try to get existing album art for this album first, which
3746                    // could possibly have been obtained from a different file.
3747                    // If that fails, try to get it from this specific file.
3748                    Uri newUri = ContentUris.withAppendedId(ALBUMART_URI, albumid);
3749                    try {
3750                        pfd = openFileHelper(newUri, mode);
3751                    } catch (FileNotFoundException ex) {
3752                        // That didn't work, now try to get it from the specific file
3753                        pfd = getThumb(db, audiopath, albumid, null);
3754                    }
3755                }
3756                c.close();
3757                return pfd;
3758            }
3759
3760            try {
3761                pfd = openFileHelper(uri, mode);
3762            } catch (FileNotFoundException ex) {
3763                if (mode.contains("w")) {
3764                    // if the file couldn't be created, we shouldn't extract album art
3765                    throw ex;
3766                }
3767
3768                if (URI_MATCHER.match(uri) == AUDIO_ALBUMART_ID) {
3769                    // Tried to open an album art file which does not exist. Regenerate.
3770                    DatabaseHelper database = getDatabaseForUri(uri);
3771                    if (database == null) {
3772                        throw ex;
3773                    }
3774                    SQLiteDatabase db = database.getReadableDatabase();
3775                    if (db == null) {
3776                        throw new IllegalStateException("Couldn't open database for " + uri);
3777                    }
3778                    SQLiteQueryBuilder qb = new SQLiteQueryBuilder();
3779                    int albumid = Integer.parseInt(uri.getPathSegments().get(3));
3780                    qb.setTables("audio_meta");
3781                    qb.appendWhere("album_id=" + albumid);
3782                    Cursor c = qb.query(db,
3783                            new String [] {
3784                                MediaStore.Audio.Media.DATA },
3785                            null, null, null, MediaStore.Audio.Media.TRACK);
3786                    if (c.moveToFirst()) {
3787                        String audiopath = c.getString(0);
3788                        pfd = getThumb(db, audiopath, albumid, uri);
```

```
3789                        c.close();
3790                    }
3791                    if (pfd == null) {
3792                        throw ex;
3793                    }
3794                }
3795            }
3796            return pfd;
3797        }
3798
3799        private class ThumbData {
3800            SQLiteDatabase db;
3801            String path;
3802            long album_id;
3803            Uri albumart_uri;
3804        }
3805
3806        private void makeThumbAsync(SQLiteDatabase db, String path, long album_id) {
3807            synchronized (mPendingThumbs) {
3808                if (mPendingThumbs.contains(path)) {
3809                    // There's already a request to make an album art thumbnail
3810                    // for this audio file in the queue.
3811                    return;
3812                }
3813
3814                mPendingThumbs.add(path);
3815            }
3816
3817            ThumbData d = new ThumbData();
3818            d.db = db;
3819            d.path = path;
3820            d.album_id = album_id;
3821            d.albumart_uri = ContentUris.withAppendedId(mAlbumArtBaseUri, album_id);
3822
3823            // Instead of processing thumbnail requests in the order they were
3824            // received we instead process them stack-based, i.e. LIFO.
3825            // The idea behind this is that the most recently requested thumbnails
3826            // are most likely the ones still in the user's view, whereas those
3827            // requested earlier may have already scrolled off.
3828            synchronized (mThumbRequestStack) {
3829                mThumbRequestStack.push(d);
3830            }
3831
3832            // Trigger the handler.
3833            Message msg = mThumbHandler.obtainMessage(ALBUM_THUMB);
3834            msg.sendToTarget();
3835        }
3836
3837        // Extract compressed image data from the audio file itself or, if that fails,
3838        // look for a file "AlbumArt.jpg" in the containing directory.
3839        private static byte[] getCompressedAlbumArt(Context context, String path) {
3840            byte[] compressed = null;
3841
3842            try {
3843                File f = new File(path);
3844                ParcelFileDescriptor pfd = ParcelFileDescriptor.open(f,
3845                    ParcelFileDescriptor.MODE_READ_ONLY);
3846
3847                MediaScanner scanner = new MediaScanner(context);
3848                compressed = scanner.extractAlbumArt(pfd.getFileDescriptor());
3849                pfd.close();
3850
3851                // If no embedded art exists, look for a suitable image file in the
3852                // same directory as the media file, except if that directory is
3853                // is the root directory of the sd card or the download directory.
3854                // We look for, in order of preference:
3855                // 0 AlbumArt.jpg
3856                // 1 AlbumArt*Large.jpg
3857                // 2 Any other jpg image with 'albumart' anywhere in the name
3858                // 3 Any other jpg image
3859                // 4 any other png image
3860                if (compressed == null && path != null) {
3861                    int lastSlash = path.lastIndexOf('/');
3862                    if (lastSlash > 0) {
3863
3864                        String artPath = path.substring(0, lastSlash);
3865                        String sdroot = mExternalStoragePaths[0];
3866                        String dwndir = Environment.getExternalStoragePublicDirectory(
3867                            Environment.DIRECTORY_DOWNLOADS).getAbsolutePath();
3868
3869                        String bestmatch = null;
3870                        synchronized (sFolderArtMap) {
```

```
3871                            bestmatch = sFolderArtMap.get(artPath);
3872                        } else if (!artPath.equalsIgnoreCase(sdroot) &&
3873                                   !artPath.equalsIgnoreCase(dwndir)) {
3874                            File dir = new File(artPath);
3875                            String [] entrynames = dir.list();
3876                            if (entrynames == null) {
3877                                return null;
3878                            }
3879                            bestmatch = null;
3880                            int matchlevel = 1000;
3881                            for (int i = entrynames.length - 1; i >=0; i--) {
3882                                String entry = entrynames[i].toLowerCase();
3883                                if (entry.equals("albumart.jpg")) {
3884                                    bestmatch = entrynames[i];
3885                                    break;
3886                                } else if (entry.startsWith("albumart")
3887                                        && entry.endsWith("large.jpg")
3888                                        && matchlevel > 1) {
3889                                    bestmatch = entrynames[i];
3890                                    matchlevel = 1;
3891                                } else if (entry.contains("albumart")
3892                                        && entry.endsWith(".jpg")
3893                                        && matchlevel > 2) {
3894                                    bestmatch = entrynames[i];
3895                                    matchlevel = 2;
3896                                } else if (entry.endsWith(".jpg") && matchlevel > 3) {
3897                                    bestmatch = entrynames[i];
3898                                    matchlevel = 3;
3899                                } else if (entry.endsWith(".png") && matchlevel > 4) {
3900                                    bestmatch = entrynames[i];
3901                                    matchlevel = 4;
3902                                }
3903                            }
3904                            // note that this may insert null if no album art was found
3905                            sFolderArtMap.put(artPath, bestmatch);
3906                        }
3907                    }
3908
3909                    if (bestmatch != null) {
3910                        File file = new File(artPath, bestmatch);
3911                        if (file.exists()) {
3912                            compressed = new byte[(int)file.length()];
3913                            FileInputStream stream = null;
3914                            try {
3915                                stream = new FileInputStream(file);
3916                                stream.read(compressed);
3917                            } catch (IOException ex) {
3918                                compressed = null;
3919                            } finally {
3920                                if (stream != null) {
3921                                    stream.close();
3922                                }
3923                            }
3924                        }
3925                    }
3926                }
3927            } catch (IOException e) {
3928            }
3929
3930            return compressed;
3931        }
3932
3933        // Return a URI to write the album art to and update the database as necessary.
3934        Uri getAlbumArtOutputUri(SQLiteDatabase db, long album_id, Uri albumart_uri) {
3935            Uri out = null;
3936            // TODO: this could be done more efficiently with a call to db.replace(), which
3937            // replaces or inserts as needed, making it unnecessary to query() first.
3938            if (albumart_uri != null) {
3939                Cursor c = query(albumart_uri, new String [] { MediaStore.MediaColumns.DATA },
3940                    null, null, null);
3941                try {
3942                    if (c != null && c.moveToFirst()) {
3943                        String albumart_path = c.getString(0);
3944                        if (ensureFileExists(albumart_path)) {
3945                            out = albumart_uri;
3946                        }
3947                    } else {
3948                        albumart_uri = null;
3949                    }
3950                } finally {
```

```
3953                        c.close();
3954                    }
3955                }
3956            }
3957        }
3958        if (albumart_uri == null){
3959            ContentValues initialValues = new ContentValues();
3960            initialValues.put("album_id", album_id);
3961            try {
3962                ContentValues values = ensureFile(false, initialValues, "", ALBUM_THUMB_FOLDER
);

3963                long rowId = db.insert("album_art", MediaStore.MediaColumns.DATA, values);
3964                if (rowId > 0) {
3965                    out = ContentUris.withAppendedId(ALBUMART_URI, rowId);
3966                }
3967            } catch (IllegalStateException ex) {
3968                Log.e(TAG, "error creating album thumb file");
3969            }
3970        }
3971        return out;
3972    }
3973
3974    // Write out the album art to the output URI, recompresses the given Bitmap
3975    // if necessary, otherwise writes the compressed data.
3976    private void writeAlbumArt(
3977            boolean need_to_recompress, Uri out, byte[] compressed, Bitmap bm) {
3978        boolean success = false;
3979        try {
3980            OutputStream outstream = getContext().getContentResolver().openOutputStream(out);
3981
3982            if (!need_to_recompress) {
3983                // No need to recompress here, just write out the original
3984                // compressed data here.
3985                outstream.write(compressed);
3986                success = true;
3987            } else {
3988                success = bm.compress(Bitmap.CompressFormat.JPEG, 85, outstream);
3989            }
3990
3991            outstream.close();
3992        } catch (FileNotFoundException ex) {
3993            Log.e(TAG, "error creating file", ex);
3994        } catch (IOException ex) {
3995            Log.e(TAG, "error creating file", ex);
3996        }
3997        if (!success) {
3998            // the thumbnail was not written successfully, delete the entry that refers to it
3999            getContext().getContentResolver().delete(out, null, null);
4000        }
4001    }
4002
4003    private ParcelFileDescriptor getThumb(SQLiteDatabase db, String path, long album_id,
4004            Uri albumart_uri) {
4005        ThumbData d = new ThumbData();
4006        d.db = db;
4007        d.path = path;
4008        d.album_id = album_id;
4009        d.albumart_uri = albumart_uri;
4010        return makeThumbInternal(d);
4011    }
4012
4013    private ParcelFileDescriptor makeThumbInternal(ThumbData d) {
4014        byte[] compressed = getCompressedAlbumArt(getContext(), d.path);
4015
4016        if (compressed == null) {
4017            return null;
4018        }
4019
4020        Bitmap bm = null;
4021        boolean need_to_recompress = true;
4022
4023        try {
4024            // get the size of the bitmap
4025            BitmapFactory.Options opts = new BitmapFactory.Options();
4026            opts.inJustDecodeBounds = true;
4027            opts.inSampleSize = 1;
4028            BitmapFactory.decodeByteArray(compressed, 0, compressed.length, opts);
4029
4030            // request a reasonably sized output image
4031            final Resources r = getContext().getResources();
4032            final int maximumThumbSize = r.getDimensionPixelSize(R.dimen.maximum_thumb_size);
4033            while (opts.outHeight > maximumThumbSize || opts.outWidth > maximumThumbSize) {
```

Case 5:12-cv-00630-LHK 2 Document 117-25 Filed 04/23/12 Page 52 of 59

```java
4034                     opts.outWidth /= 2;
4035                     opts.inSampleSize *= 2;
4036                 }
4037             }
4038
4039             if (opts.inSampleSize == 1) {
4040                 // The original album art was of proper size, we won't have to
4041                 // recompress the bitmap later.
4042                 need_to_recompress = false;
4043             } else {
4044                 // get the image for real now
4045                 opts.inJustDecodeBounds = false;
4046                 opts.inPreferredConfig = Bitmap.Config.RGB_565;
4047                 bm = BitmapFactory.decodeByteArray(compressed, 0, compressed.length, opts);
4048
4049                 if (bm != null && bm.getConfig() == null) {
4050                     Bitmap nbm = bm.copy(Bitmap.Config.RGB_565, false);
4051                     if (nbm != null && nbm != bm) {
4052                         bm.recycle();
4053                         bm = nbm;
4054                     }
4055                 }
4056             }
4057         } catch (Exception e) {
4058         }
4059
4060         if (need_to_recompress && bm == null) {
4061             return null;
4062         }
4063
4064         if (d.albumart_uri == null) {
4065             // this one doesn't need to be saved (probably a song with an unknown album),
4066             // so stick it in a memory file and return that
4067             try {
4068                 return ParcelFileDescriptor.fromData(compressed, "albumthumb");
4069             } catch (IOException e) {
4070             }
4071         } else {
4072             // This one needs to actually be saved on the sd card.
4073             // This is wrapped in a transaction because there are various things
4074             // that could go wrong while generating the thumbnail, and we only want
4075             // to update the database when all steps succeeded.
4076             d.db.beginTransaction();
4077             try {
4078                 Uri out = getAlbumArtOutputUri(d.db, d.album_id, d.albumart_uri);
4079
4080                 if (out != null) {
4081                     writeAlbumArt(need_to_recompress, out, compressed, bm);
4082                     getContext().getContentResolver().notifyChange(MEDIA_URI, null);
4083                     ParcelFileDescriptor pfd = openFileHelper(out, "r");
4084                     d.db.setTransactionSuccessful();
4085                     return pfd;
4086                 }
4087             } catch (FileNotFoundException ex) {
4088                 // do nothing, just return null below
4089             } catch (UnsupportedOperationException ex) {
4090                 // do nothing, just return null below
4091             } finally {
4092                 d.db.endTransaction();
4093                 if (bm != null) {
4094                     bm.recycle();
4095                 }
4096             }
4097         }
4098         return null;
4099     }
4100
4101     /**
4102      * Look up the artist or album entry for the given name, creating that entry
4103      * if it does not already exists.
4104      * @param db        The database
4105      * @param table     The table to store the key/name pair in.
4106      * @param keyField  The name of the key-column
4107      * @param nameField The name of the name-column
4108      * @param rawName   The name that the calling app was trying to insert into the database
4109      * @param cacheName The string that will be inserted in to the cache
4110      * @param path      The full path to the file being inserted in to the audio table
4111      * @param albumHash A hash to distinguish between different albums of the same name
4112      * @param artist    The name of the artist, if known
4113      * @param cache     The cache to add this entry to
4114      * @param srcuri    The Uri that prompted the call to this method, used for determining wh
4115 ether this is
```

```
4115        *  Case 5:12-cv-00630-LHK Document 11-25 Filed 04/23/12
4116        * @return        The row ID for this artist/album, or -1 if the provided name was inval
id
4117        */
4118       private long getKeyIdForName(SQLiteDatabase db, String table, String keyField, String name
Field,
4119              String rawName, String cacheName, String path, int albumHash,
4120              String artist, HashMap<String, Long> cache, Uri srcuri) {
4121          long rowId;
4122
4123          if (rawName == null || rawName.length() == 0) {
4124              rawName = MediaStore.UNKNOWN_STRING;
4125          }
4126          String k = MediaStore.Audio.keyFor(rawName);
4127
4128          if (k == null) {
4129              // shouldn't happen, since we only get null keys for null inputs
4130              Log.e(TAG, "null key", new Exception());
4131              return -1;
4132          }
4133
4134          boolean isAlbum = table.equals("albums");
4135          boolean isUnknown = MediaStore.UNKNOWN_STRING.equals(rawName);
4136
4137          // To distinguish same-named albums, we append a hash. The hash is based
4138          // on the "album artist" tag if present, otherwise on the "compilation" tag
4139          // if present, otherwise on the path.
4140          // Ideally we would also take things like CDDB ID in to account, so
4141          // we can group files from the same album that aren't in the same
4142          // folder, but this is a quick and easy start that works immediately
4143          // without requiring support from the mp3, mp4 and Ogg meta data
4144          // readers, as long as the albums are in different folders.
4145          if (isAlbum) {
4146              k = k + albumHash;
4147              if (isUnknown) {
4148                  k = k + artist;
4149              }
4150          }
4151
4152          String [] selargs = { k };
4153          Cursor c = db.query(table, null, keyField + "=?", selargs, null, null, null);
4154
4155          try {
4156              switch (c.getCount()) {
4157                  case 0: {
4158                          // insert new entry into table
4159                          ContentValues otherValues = new ContentValues();
4160                          otherValues.put(keyField, k);
4161                          otherValues.put(nameField, rawName);
4162                          rowId = db.insert(table, "duration", otherValues);
4163                          if (path != null && isAlbum && ! isUnknown) {
4164                              // We just inserted a new album. Now create an album art thumbnail
 for it.
4165                              makeThumbAsync(db, path, rowId);
4166                          }
4167                          if (rowId > 0) {
4168                              String volume = srcuri.toString().substring(16, 24); // extract in
ternal/external
4169                              Uri uri = Uri.parse("content://media/" + volume + "/audio/" + table + "/"
+ rowId);
4170                              getContext().getContentResolver().notifyChange(uri, null);
4171                          }
4172                      }
4173                      break;
4174                  case 1: {
4175                          // Use the existing entry
4176                          c.moveToFirst();
4177                          rowId = c.getLong(0);
4178
4179                          // Determine whether the current rawName is better than what's
4180                          // currently stored in the table, and update the table if it is.
4181                          String currentFancyName = c.getString(2);
4182                          String bestName = makeBestName(rawName, currentFancyName);
4183                          if (!bestName.equals(currentFancyName)) {
4184                              // update the table with the new name
4185                              ContentValues newValues = new ContentValues();
4186                              newValues.put(nameField, bestName);
4187                              db.update(table, newValues, "rowid="+Integer.toString((int)rowId),
null);
4188                              String volume = srcuri.toString().substring(16, 24); // extract in
ternal/external
4189                              Uri uri = Uri.parse("content://media/" + volume + "/audio/" + table + "/"
```

```
4190     + rowId)                      getContext().getContentResolver().notifyChange(uri, null);
4191                                }
4192                            }
4193                            break;
4194                        default:
4195                            // corrupt database
4196                            Log.e(TAG, "Multiple entries in table " + table + " for key " + k);
4197                            rowId = -1;
4198                            break;
4199                    }
4200                } finally {
4201                    if (c != null) c.close();
4202                }
4203
4204                if (cache != null && ! isUnknown) {
4205                    cache.put(cacheName, rowId);
4206                }
4207                return rowId;
4208            }
4209
4210            /**
4211             * Returns the best string to use for display, given two names.
4212             * Note that this function does not necessarily return either one
4213             * of the provided names; it may decide to return a better alternative
4214             * (for example, specifying the inputs "Police" and "Police, The" will
4215             * return "The Police")
4216             *
4217             * The basic assumptions are:
4218             * - longer is better ("The police" is better than "Police")
4219             * - prefix is better ("The Police" is better than "Police, The")
4220             * - accents are better ("Mot&ouml;rhead" is better than "Motorhead")
4221             *
4222             * @param one The first of the two names to consider
4223             * @param two The last of the two names to consider
4224             * @return The actual name to use
4225             */
4226            String makeBestName(String one, String two) {
4227                String name;
4228
4229                // Longer names are usually better.
4230                if (one.length() > two.length()) {
4231                    name = one;
4232                } else {
4233                    // Names with accents are usually better, and conveniently sort later
4234                    if (one.toLowerCase().compareTo(two.toLowerCase()) > 0) {
4235                        name = one;
4236                    } else {
4237                        name = two;
4238                    }
4239                }
4240
4241                // Prefixes are better than postfixes.
4242                if (name.endsWith(",the") || name.endsWith(",the") ||
4243                        name.endsWith(",an") || name.endsWith(",an") ||
4244                        name.endsWith(",a") || name.endsWith(",a")) {
4245                    String fix = name.substring(1 + name.lastIndexOf(','));
4246                    name = fix.trim() + " " + name.substring(0, name.lastIndexOf(','));
4247                }
4248
4249                // TODO: word-capitalize the resulting name
4250                return name;
4251            }
4252
4253
4254            /**
4255             * Looks up the database based on the given URI.
4256             *
4257             * @param uri The requested URI
4258             * @returns the database for the given URI
4259             */
4260            private DatabaseHelper getDatabaseForUri(Uri uri) {
4261                synchronized (mDatabases) {
4262                    if (uri.getPathSegments().size() > 1) {
4263                        return mDatabases.get(uri.getPathSegments().get(0));
4264                    }
4265                }
4266                return null;
4267            }
4268
4269            static boolean isMediaDatabaseName(String name) {
4270                if (INTERNAL_DATABASE_NAME.equals(name)) {
```

```
4271            }
4272            }
4273            if (EXTERNAL_DATABASE_NAME.equals(name)) {
4274                return true;
4275            }
4276            if (name.startsWith("external-")) {
4277                return true;
4278            }
4279            return false;
4280        }
4281
4282        static boolean isInternalMediaDatabaseName(String name) {
4283            if (INTERNAL_DATABASE_NAME.equals(name)) {
4284                return true;
4285            }
4286            return false;
4287        }
4288
4289        /**
4290         * Attach the database for a volume (internal or external).
4291         * Does nothing if the volume is already attached, otherwise
4292         * checks the volume ID and sets up the corresponding database.
4293         *
4294         * @param volume to attach, either {@link #INTERNAL_VOLUME} or {@link #EXTERNAL_VOLUME}.
4295         * @return the content URI of the attached volume.
4296         */
4297        private Uri attachVolume(String volume) {
4298            if (Binder.getCallingPid() != Process.myPid()) {
4299                throw new SecurityException(
4300                        "Opening and closing databases not allowed.");
4301            }
4302
4303            synchronized (mDatabases) {
4304                if (mDatabases.get(volume) != null) {  // Already attached
4305                    return Uri.parse("content://media/" + volume);
4306                }
4307
4308                Context context = getContext();
4309                DatabaseHelper db;
4310                if (INTERNAL_VOLUME.equals(volume)) {
4311                    db = new DatabaseHelper(context, INTERNAL_DATABASE_NAME, true,
4312                            false, mObjectRemovedCallback);
4313                } else if (EXTERNAL_VOLUME.equals(volume)) {
4314                    if (Environment.isExternalStorageRemovable()) {
4315                        String path = mExternalStoragePaths[0];
4316                        int volumeID = FileUtils.getFatVolumeId(path);
4317                        if (LOCAL_LOGV) Log.v(TAG, path + " volume ID: " + volumeID);
4318
4319                        // generate database name based on volume ID
4320                        String dbName = "external-" + Integer.toHexString(volumeID) + ".db";
4321                        db = new DatabaseHelper(context, dbName, false,
4322                                false, mObjectRemovedCallback);
4323                        mVolumeId = volumeID;
4324                    } else {
4325                        // external database name should be EXTERNAL_DATABASE_NAME
4326                        // however earlier releases used the external-XXXXXXXX.db naming
4327                        // for devices without removable storage, and in that case we need to conv
    ert
4328                        // to this new convention
4329                        File dbFile = context.getDatabasePath(EXTERNAL_DATABASE_NAME);
4330                        if (!dbFile.exists()) {
4331                            // find the most recent external database and rename it to
4332                            // EXTERNAL_DATABASE_NAME, and delete any other older
4333                            // external database files
4334                            File recentDbFile = null;
4335                            for (String database : context.databaseList()) {
4336                                if (database.startsWith("external-")) {
4337                                    File file = context.getDatabasePath(database);
4338                                    if (recentDbFile == null) {
4339                                        recentDbFile = file;
4340                                    } else if (file.lastModified() > recentDbFile.lastModified())
    {
4341                                        recentDbFile.delete();
4342                                        recentDbFile = file;
4343                                    } else {
4344                                        file.delete();
4345                                    }
4346                                }
4347                            }
4348                            if (recentDbFile != null) {
4349                                if (recentDbFile.renameTo(dbFile)) {
4350                                    Log.d(TAG, "renamed database " + recentDbFile.getName() +
```

Case 5:12-cv-00630-LHK   Document 117-25   Filed 04/23/12   Page 56 of 59

```
4351                        } else {
4352                            Log.e(TAG, "Failed to rename database " + recentDbFile.getName() +
4353                                    " to " + EXTERNAL_DATABASE_NAME);
4354                            // This shouldn't happen, but if it does, continue using
4355                            // the file under its old name
4356                            dbFile = recentDbFile;
4357                        }
4358                    }
4359                    // else DatabaseHelper will create one named EXTERNAL_DATABASE_NAME
4360                }
4361                db = new DatabaseHelper(context, dbFile.getName(), false,
4362                        false, mObjectRemovedCallback);
4363            } else {
4364            } else {
4365                throw new IllegalArgumentException("There is no volume named " + volume);
4366            }
4367
4368            mDatabases.put(volume, db);
4369
4370            if (!db.mInternal) {
4371                // create default directories (only happens on first boot)
4372                createDefaultFolders(db.getWritableDatabase());
4373
4374                // clean up stray album art files: delete every file not in the database
4375                File[] files = new File(mExternalStoragePaths[0], ALBUM_THUMB_FOLDER).listFile
4376    s();
4377                HashSet<String> fileSet = new HashSet();
4378                for (int i = 0; files != null && i < files.length; i++) {
4379                    fileSet.add(files[i].getPath());
4380                }
4381
4382                Cursor cursor = query(MediaStore.Audio.Albums.EXTERNAL_CONTENT_URI,
4383                        new String[] { MediaStore.Audio.Albums.ALBUM_ART }, null, null, null);
4384                try {
4385                    while (cursor != null && cursor.moveToNext()) {
4386                        fileSet.remove(cursor.getString(0));
4387                    }
4388                } finally {
4389                    if (cursor != null) cursor.close();
4390                }
4391
4392                Iterator<String> iterator = fileSet.iterator();
4393                while (iterator.hasNext()) {
4394                    String filename = iterator.next();
4395                    if (LOCAL_LOGV) Log.v(TAG, "deleting obsolete album art " + filename);
4396                    new File(filename).delete();
4397                }
4398            }
4399        }
4400
4401        if (LOCAL_LOGV) Log.v(TAG, "Attached volume: " + volume);
4402        return Uri.parse("content://media/" + volume);
4403    }
4404
4405    /**
4406     * Detach the database for a volume (must be external).
4407     * Does nothing if the volume is already detached, otherwise
4408     * closes the database and sends a notification to listeners.
4409     *
4410     * @param uri The content URI of the volume, as returned by {@link #attachVolume}
4411     */
4412    private void detachVolume(Uri uri) {
4413        if (Binder.getCallingPid() != Process.myPid()) {
4414            throw new SecurityException(
4415                    "Opening and closing databases not allowed.");
4416        }
4417
4418        String volume = uri.getPathSegments().get(0);
4419        if (INTERNAL_VOLUME.equals(volume)) {
4420            throw new UnsupportedOperationException(
4421                    "Deleting the internal volume is not allowed");
4422        } else if (!EXTERNAL_VOLUME.equals(volume)) {
4423            throw new IllegalArgumentException(
4424                    "There is no volume named " + volume);
4425        }
4426
4427        synchronized (mDatabases) {
4428            DatabaseHelper database = mDatabases.get(volume);
4429            if (database == null) return;
4430
4431            try {
```

```
4432                     File file = new File(database.getReadableDatabase().getPath());
4433                     file.setLastModified(System.currentTimeMillis());
4434                 } catch (Exception e) {
4435                     Log.e(TAG, "Can't touch database file", e);
4436                 }
4437
4438
4439                 mDatabases.remove(volume);
4440                 database.close();
4441             }
4442
4443             getContext().getContentResolver().notifyChange(uri, null);
4444             if (LOCAL_LOGV) Log.v(TAG, "Detached volume: " + volume);
4445         }
4446
4447         private static String TAG = "MediaProvider";
4448         private static final boolean LOCAL_LOGV = false;
4449
4450         static final int DATABASE_VERSION = 408;
4451         private static final String INTERNAL_DATABASE_NAME = "internal.db";
4452         private static final String EXTERNAL_DATABASE_NAME = "external.db";
4453
4454         // maximum number of cached external databases to keep
4455         private static final int MAX_EXTERNAL_DATABASES = 3;
4456
4457         // Delete databases that have not been used in two months
4458         // 60 days in milliseconds (1000 * 60 * 60 * 24 * 60)
4459         private static final long OBSOLETE_DATABASE_DB = 5184000000L;
4460
4461         private HashMap<String, DatabaseHelper> mDatabases;
4462
4463         private Handler mThumbHandler;
4464
4465         // name of the volume currently being scanned by the media scanner (or null)
4466         private String mMediaScannerVolume;
4467
4468         // current FAT volume ID
4469         private int mVolumeId = -1;
4470
4471         static final String INTERNAL_VOLUME = "internal";
4472         static final String EXTERNAL_VOLUME = "external";
4473         static final String ALBUM_THUMB_FOLDER = "Android/data/com.android.providers.media/albumthumbs";
4474
4475         // path for writing contents of in memory temp database
4476         private String mTempDatabasePath;
4477
4478         // WARNING: the values of IMAGES_MEDIA, AUDIO_MEDIA, and VIDEO_MEDIA and AUDIO_PLAYLISTS
4479         // are stored in the "files" table, so do not renumber them unless you also add
4480         // a corresponding database upgrade step for it.
4481         private static final int IMAGES_MEDIA = 1;
4482         private static final int IMAGES_MEDIA_ID = 2;
4483         private static final int IMAGES_THUMBNAILS = 3;
4484         private static final int IMAGES_THUMBNAILS_ID = 4;
4485
4486         private static final int AUDIO_MEDIA = 100;
4487         private static final int AUDIO_MEDIA_ID = 101;
4488         private static final int AUDIO_MEDIA_ID_GENRES = 102;
4489         private static final int AUDIO_MEDIA_ID_GENRES_ID = 103;
4490         private static final int AUDIO_MEDIA_ID_PLAYLISTS = 104;
4491         private static final int AUDIO_MEDIA_ID_PLAYLISTS_ID = 105;
4492         private static final int AUDIO_GENRES = 106;
4493         private static final int AUDIO_GENRES_ID = 107;
4494         private static final int AUDIO_GENRES_ID_MEMBERS = 108;
4495         private static final int AUDIO_GENRES_ALL_MEMBERS = 109;
4496         private static final int AUDIO_PLAYLISTS = 110;
4497         private static final int AUDIO_PLAYLISTS_ID = 111;
4498         private static final int AUDIO_PLAYLISTS_ID_MEMBERS = 112;
4499         private static final int AUDIO_PLAYLISTS_ID_MEMBERS_ID = 113;
4500         private static final int AUDIO_ARTISTS = 114;
4501         private static final int AUDIO_ARTISTS_ID = 115;
4502         private static final int AUDIO_ALBUMS = 116;
4503         private static final int AUDIO_ALBUMS_ID = 117;
4504         private static final int AUDIO_ARTISTS_ID_ALBUMS = 118;
4505         private static final int AUDIO_ALBUMART = 119;
4506         private static final int AUDIO_ALBUMART_ID = 120;
4507         private static final int AUDIO_ALBUMART_FILE_ID = 121;
4508
4509         private static final int VIDEO_MEDIA = 200;
4510         private static final int VIDEO_MEDIA_ID = 201;
4511         private static final int VIDEO_THUMBNAILS = 202;
4512         private static final int VIDEO_THUMBNAILS_ID = 203;
4513
```

```
4514        private static final int THUMBNAILS_ID = 300;
4515        private static final int VOLUMES_ID = 301;
4516
4517        private static final int AUDIO_SEARCH_LEGACY = 400;
4518        private static final int AUDIO_SEARCH_BASIC = 401;
4519        private static final int AUDIO_SEARCH_FANCY = 402;
4520
4521        private static final int MEDIA_SCANNER = 500;
4522
4523        private static final int FS_ID = 600;
4524        private static final int VERSION = 601;
4525
4526        private static final int FILES = 700;
4527        private static final int FILES_ID = 701;
4528
4529        // Used only by the MTP implementation
4530        private static final int MTP_OBJECTS = 702;
4531        private static final int MTP_OBJECTS_ID = 703;
4532        private static final int MTP_OBJECT_REFERENCES = 704;
4533        // UsbReceiver calls insert() and delete() with this URI to tell us
4534        // when MTP is connected and disconnected
4535        private static final int MTP_CONNECTED = 705;
4536
4537        private static final UriMatcher URI_MATCHER =
4538                new UriMatcher(UriMatcher.NO_MATCH);
4539
4540        private static final String[] ID_PROJECTION = new String[] {
4541            MediaStore.MediaColumns._ID
4542        };
4543
4544        private static final String[] PATH_PROJECTION = new String[] {
4545            MediaStore.MediaColumns._ID,
4546                MediaStore.MediaColumns.DATA,
4547        };
4548
4549        private static final String[] MIME_TYPE_PROJECTION = new String[] {
4550                MediaStore.MediaColumns._ID, // 0
4551                MediaStore.MediaColumns.MIME_TYPE, // 1
4552        };
4553
4554        private static final String[] READY_FLAG_PROJECTION = new String[] {
4555                MediaStore.MediaColumns._ID,
4556                MediaStore.MediaColumns.DATA,
4557                Images.Media.MINI_THUMB_MAGIC
4558        };
4559
4560        private static final String OBJECT_REFERENCES_QUERY =
4561            "SELECT " + Audio.Playlists.Members.AUDIO_ID + " FROM audio_playlists_map"
4562            + " WHERE " + Audio.Playlists.Members.PLAYLIST_ID + " =?"
4563            + " ORDER BY " + Audio.Playlists.Members.PLAY_ORDER;
4564
4565        static
4566        {
4567            URI_MATCHER.addURI("media", "*/images/media", IMAGES_MEDIA);
4568            URI_MATCHER.addURI("media", "*/images/media/#", IMAGES_MEDIA_ID);
4569            URI_MATCHER.addURI("media", "*/images/thumbnails", IMAGES_THUMBNAILS);
4570            URI_MATCHER.addURI("media", "*/images/thumbnails/#", IMAGES_THUMBNAILS_ID);
4571
4572            URI_MATCHER.addURI("media", "*/audio/media", AUDIO_MEDIA);
4573            URI_MATCHER.addURI("media", "*/audio/media/#", AUDIO_MEDIA_ID);
4574            URI_MATCHER.addURI("media", "*/audio/media/#/genres", AUDIO_MEDIA_ID_GENRES);
4575            URI_MATCHER.addURI("media", "*/audio/media/#/genres/#", AUDIO_MEDIA_ID_GENRES_ID);
4576            URI_MATCHER.addURI("media", "*/audio/media/#/playlists", AUDIO_MEDIA_ID_PLAYLISTS);
4577            URI_MATCHER.addURI("media", "*/audio/media/#/playlists/#", AUDIO_MEDIA_ID_PLAYLISTS_ID);
4578            URI_MATCHER.addURI("media", "*/audio/genres", AUDIO_GENRES);
4579            URI_MATCHER.addURI("media", "*/audio/genres/#", AUDIO_GENRES_ID);
4580            URI_MATCHER.addURI("media", "*/audio/genres/#/members", AUDIO_GENRES_ID_MEMBERS);
4581            URI_MATCHER.addURI("media", "*/audio/genres/all/members", AUDIO_GENRES_ALL_MEMBERS);
4582            URI_MATCHER.addURI("media", "*/audio/playlists", AUDIO_PLAYLISTS);
4583            URI_MATCHER.addURI("media", "*/audio/playlists/#", AUDIO_PLAYLISTS_ID);
4584            URI_MATCHER.addURI("media", "*/audio/playlists/#/members", AUDIO_PLAYLISTS_ID_MEMBERS);
4585            URI_MATCHER.addURI("media", "*/audio/playlists/#/members/#", AUDIO_PLAYLISTS_ID_MEMBERS_ID);
4586            URI_MATCHER.addURI("media", "*/audio/artists", AUDIO_ARTISTS);
4587            URI_MATCHER.addURI("media", "*/audio/artists/#", AUDIO_ARTISTS_ID);
4588            URI_MATCHER.addURI("media", "*/audio/artists/#/albums", AUDIO_ARTISTS_ID_ALBUMS);
4589            URI_MATCHER.addURI("media", "*/audio/albums", AUDIO_ALBUMS);
4590            URI_MATCHER.addURI("media", "*/audio/albums/#", AUDIO_ALBUMS_ID);
4591            URI_MATCHER.addURI("media", "*/audio/albumart", AUDIO_ALBUMART);
4592            URI_MATCHER.addURI("media", "*/audio/albumart/#", AUDIO_ALBUMART_ID);
4593            URI_MATCHER.addURI("media", "*/audio/media/#/albumart", AUDIO_ALBUMART_FILE_ID);
4594
4595            URI_MATCHER.addURI("media", "*/video/media", VIDEO_MEDIA);
```

Case 5:12-cv-00630-LHK   Document 117-25   Filed 04/23/12   Page 59 of 59

```java
4596       URI_MATCHER.addURI("media", "*/video/media/#", VIDEO_MEDIA_ID);
4597       URI_MATCHER.addURI("media", "*/video/thumbnails", VIDEO_THUMBNAILS);
4598       URI_MATCHER.addURI("media", "*/video/thumbnails/#", VIDEO_THUMBNAILS_ID);
4599
4600       URI_MATCHER.addURI("media", "*/media_scanner", MEDIA_SCANNER);
4601
4602       URI_MATCHER.addURI("media", "*/fs_id", FS_ID);
4603       URI_MATCHER.addURI("media", "*/version", VERSION);
4604
4605       URI_MATCHER.addURI("media", "*/mtp_connected", MTP_CONNECTED);
4606
4607       URI_MATCHER.addURI("media", "*", VOLUMES_ID);
4608       URI_MATCHER.addURI("media", null, VOLUMES);
4609
4610       // Used by MTP implementation
4611       URI_MATCHER.addURI("media", "*/file", FILES);
4612       URI_MATCHER.addURI("media", "*/file/#", FILES_ID);
4613       URI_MATCHER.addURI("media", "*/object", MTP_OBJECTS);
4614       URI_MATCHER.addURI("media", "*/object/#", MTP_OBJECTS_ID);
4615       URI_MATCHER.addURI("media", "*/object/#/references", MTP_OBJECT_REFERENCES);
4616
4617       /**
4618        * @deprecated use the 'basic' or 'fancy' search Uris instead
4619        */
4620       URI_MATCHER.addURI("media", "*/audio/" + SearchManager.SUGGEST_URI_PATH_QUERY,
4621               AUDIO_SEARCH_LEGACY);
4622       URI_MATCHER.addURI("media", "*/audio/" + SearchManager.SUGGEST_URI_PATH_QUERY + "/*",
4623               AUDIO_SEARCH_LEGACY);
4624
4625       // used for search suggestions
4626       URI_MATCHER.addURI("media", "*/audio/search/" + SearchManager.SUGGEST_URI_PATH_QUERY,
4627               AUDIO_SEARCH_BASIC);
4628       URI_MATCHER.addURI("media", "*/audio/search/" + SearchManager.SUGGEST_URI_PATH_QUERY +
4629               "/*", AUDIO_SEARCH_BASIC);
4630
4631       // used by the music app's search activity
4632       URI_MATCHER.addURI("media", "*/audio/search/fancy", AUDIO_SEARCH_FANCY);
4633       URI_MATCHER.addURI("media", "*/audio/search/fancy/*", AUDIO_SEARCH_FANCY);
4634   }
4635 }
```