# EXHIBIT Z

```
 1   /*
 2    * Copyright (C) 2007 The Android Open Source Project
 3    *
 4    * Licensed under the Apache License, Version 2.0 (the "License");
 5    * you may not use this file except in compliance with the License.
 6    * You may obtain a copy of the License at
 7    *
 8    *      http://www.apache.org/licenses/LICENSE-2.0
 9    *
10    * Unless required by applicable law or agreed to in writing, software
11    * distributed under the License is distributed on an "AS IS" BASIS,
12    * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
13    * See the License for the specific language governing permissions and
14    * limitations under the License.
15    */
16   
17   package com.android.music;
18   
19   import com.android.music.MusicUtils.ServiceToken;
20   
21   import android.app.ListActivity;
22   import android.app.SearchManager;
23   import android.content.AsyncQueryHandler;
24   import android.content.BroadcastReceiver;
25   import android.content.ComponentName;
26   import android.content.ContentResolver;
27   import android.content.Context;
28   import android.content.Intent;
29   import android.content.IntentFilter;
30   import android.content.ServiceConnection;
31   
32   import android.database.Cursor;
33   import android.database.DatabaseUtils;
34   import android.media.AudioManager;
35   import android.net.Uri;
36   import android.os.Bundle;
37   import android.os.Handler;
38   import android.os.IBinder;
39   import android.os.Message;
40   import android.provider.BaseColumns;
41   import android.provider.MediaStore;
42   import android.text.TextUtils;
43   import android.util.Log;
44   import android.view.KeyEvent;
45   import android.view.MenuItem;
46   import android.view.View;
47   import android.view.ViewGroup;
48   import android.view.Window;
49   import android.view.ViewGroup.OnHierarchyChangeListener;
50   import android.widget.ImageView;
51   import android.widget.ListView;
52   import android.widget.SimpleCursorAdapter;
53   import android.widget.TextView;
54   
55   import java.util.ArrayList;
56   
57   public class QueryBrowserActivity extends ListActivity
58   implements MusicUtils.Defs, ServiceConnection
59   {
60       private final static int PLAY_NOW = 0;
61       private final static int ADD_TO_QUEUE = 1;
62       private final static int PLAY_NEXT = 2;
63       private final static int PLAY_ARTIST = 3;
64       private final static int EXPLORE_ARTIST = 4;
65       private final static int PLAY_ALBUM = 5;
66       private final static int EXPLORE_ALBUM = 6;
67       private final static int REQUERY = 3;
68       private QueryListAdapter mAdapter;
69       private boolean mAdapterSent;
70       private String mFilterString = "";
71       private ServiceToken mToken;
72   
73       public QueryBrowserActivity()
74       {
75       }
76   
77       /** Called when the activity is first created. */
78       @Override
79       public void onCreate(Bundle icicle)
80       {
81           super.onCreate(icicle);
82           setVolumeControlStream(AudioManager.STREAM_MUSIC);
```

```
 83             mAdapter.setActivity(null);
 84             mToken = MusicUtils.bindToService(this, this);
 85             // defer the real work until we're bound to the service
 86         }
 87     
 88     
 89         public void onServiceConnected(ComponentName name, IBinder service) {
 90             IntentFilter f = new IntentFilter();
 91             f.addAction(Intent.ACTION_MEDIA_SCANNER_STARTED);
 92             f.addAction(Intent.ACTION_MEDIA_UNMOUNTED);
 93             f.addDataScheme("file");
 94             registerReceiver(mScanListener, f);
 95     
 96             Intent intent = getIntent();
 97             String action = intent != null ? intent.getAction() : null;
 98     
 99             if (Intent.ACTION_VIEW.equals(action)) {
100                 // this is something we got from the search bar
101                 Uri uri = intent.getData();
102                 String path = uri.toString();
103                 if (path.startsWith("content://media/external/audio/media/")) {
104                     // This is a specific file
105                     String id = uri.getLastPathSegment();
106                     long [] list = new long[] { Long.valueOf(id) };
107                     MusicUtils.playAll(this, list, 0);
108                     finish();
109                     return;
110                 } else if (path.startsWith("content://media/external/audio/albums/")) {
111                     // This is an album, show the songs on it
112                     Intent i = new Intent(Intent.ACTION_PICK);
113                     i.setDataAndType(Uri.EMPTY, "vnd.android.cursor.dir/track");
114                     i.putExtra("album", uri.getLastPathSegment());
115                     startActivity(i);
116                     finish();
117                     return;
118                 } else if (path.startsWith("content://media/external/audio/artists/")) {
119                     // This is an artist, show the albums for that artist
120                     Intent i = new Intent(Intent.ACTION_PICK);
121                     i.setDataAndType(Uri.EMPTY, "vnd.android.cursor.dir/album");
122                     i.putExtra("artist", uri.getLastPathSegment());
123                     startActivity(i);
124                     finish();
125                     return;
126                 }
127             }
128     
129             mFilterString = intent.getStringExtra(SearchManager.QUERY);
130             if (MediaStore.INTENT_ACTION_MEDIA_SEARCH.equals(action)) {
131                 String focus = intent.getStringExtra(MediaStore.EXTRA_MEDIA_FOCUS);
132                 String artist = intent.getStringExtra(MediaStore.EXTRA_MEDIA_ARTIST);
133                 String album = intent.getStringExtra(MediaStore.EXTRA_MEDIA_ALBUM);
134                 String title = intent.getStringExtra(MediaStore.EXTRA_MEDIA_TITLE);
135                 if (focus != null) {
136                     if (focus.startsWith("audio/") && title != null) {
137                         mFilterString = title;
138                     } else if (focus.equals(MediaStore.Audio.Albums.ENTRY_CONTENT_TYPE)) {
139                         if (album != null) {
140                             mFilterString = album;
141                             if (artist != null) {
142                                 mFilterString = mFilterString + " " + artist;
143                             }
144                         }
145                     } else if (focus.equals(MediaStore.Audio.Artists.ENTRY_CONTENT_TYPE)) {
146                         if (artist != null) {
147                             mFilterString = artist;
148                         }
149                     }
150                 }
151             }
152     
153             setContentView(R.layout.query_activity);
154             mTrackList = getListView();
155             mTrackList.setTextFilterEnabled(true);
156             if (mAdapter == null) {
157                 mAdapter = new QueryListAdapter(
158                         getApplication(),
159                         this,
160                         R.layout.track_list_item,
161                         null, // cursor
162                         new String[] {},
163                         new int[] {});
164                 setListAdapter(mAdapter);
```

```java
165                    if (mAdapter.getQueryHandler() != null && mFilterString != null) {
166                        getQueryCursor(mAdapter.getQueryHandler(), null);
167                    } else {
168                        mTrackList.setFilterText(mFilterString);
169                        mFilterString = null;
170                    }
171                } else {
172                    mAdapter.setActivity(this);
173                    setListAdapter(mAdapter);
174                    mQueryCursor = mAdapter.getCursor();
175                    if (mQueryCursor != null) {
176                        init(mQueryCursor);
177                    } else {
178                        getQueryCursor(mAdapter.getQueryHandler(), mFilterString);
179                    }
180                }
181            }
182
183            public void onServiceDisconnected(ComponentName name) {
184
185            }
186
187            @Override
188            public Object onRetainNonConfigurationInstance() {
189                mAdapterSent = true;
190                return mAdapter;
191            }
192
193            @Override
194            public void onPause() {
195                mReScanHandler.removeCallbacksAndMessages(null);
196                super.onPause();
197            }
198
199            @Override
200            public void onDestroy() {
201                MusicUtils.unbindFromService(mToken);
202                unregisterReceiver(mScanListener);
203                // If we have an adapter and didn't send it off to another activity yet, we should
204                // close its cursor, which we do by assigning a null cursor to it. Doing this
205                // instead of closing the cursor directly keeps the framework from accessing
206                // the closed cursor later.
207                if (!mAdapterSent && mAdapter != null) {
208                     mAdapter.changeCursor(null);
209                }
210                // Because we pass the adapter to the next activity, we need to make
211                // sure it doesn't keep a reference to this activity. We can do this
212                // by clearing its DatasetObservers, which setListAdapter(null) does.
213                setListAdapter(null);
214                mAdapter = null;
215                super.onDestroy();
216            }
217
218            /*
219             * This listener gets called when the media scanner starts up, and when the
220             * sd card is unmounted.
221             */
222            private BroadcastReceiver mScanListener = new BroadcastReceiver() {
223                @Override
224                public void onReceive(Context context, Intent intent) {
225                    MusicUtils.setSpinnerState(QueryBrowserActivity.this);
226                    mReScanHandler.sendEmptyMessage(0);
227                }
228            };
229
230            private Handler mReScanHandler = new Handler() {
231                @Override
232                public void handleMessage(Message msg) {
233                    if (mAdapter != null) {
234                        getQueryCursor(mAdapter.getQueryHandler(), null);
235                    }
236                    // if the query results in a null cursor, onQueryComplete() will
237                    // call init(), which will post a delayed message to this handler
238                    // in order to try again.
239                }
240            };
241
242            @Override
243            protected void onActivityResult(int requestCode, int resultCode, Intent intent) {
244                switch (requestCode) {
245                    case SCAN_DONE:
246                        if (resultCode == RESULT_CANCELED) {
```

```java
247                } else {
248                    getQueryCursor(mAdapter.getQueryHandler(), null);
249                }
250                break;
251        }
252    }
253
254    public void init(Cursor c) {
255
256        if (mAdapter == null) {
257            return;
258        }
259        mAdapter.changeCursor(c);
260
261        if (mQueryCursor == null) {
262            MusicUtils.displayDatabaseError(this);
263            setListAdapter(null);
264            mReScanHandler.sendEmptyMessageDelayed(0, 1000);
265            return;
266        }
267        MusicUtils.hideDatabaseError(this);
268    }
269
270    @Override
271    protected void onListItemClick(ListView l, View v, int position, long id)
272    {
273        // Dialog doesn't allow us to wait for a result, so we need to store
274        // the info we need for when the dialog posts its result
275        mQueryCursor.moveToPosition(position);
276        if (mQueryCursor.isBeforeFirst() || mQueryCursor.isAfterLast()) {
277            return;
278        }
279        String selectedType = mQueryCursor.getString(mQueryCursor.getColumnIndexOrThrow(
280                MediaStore.Audio.Media.MIME_TYPE));
281
282        if ("artist".equals(selectedType)) {
283            Intent intent = new Intent(Intent.ACTION_PICK);
284            intent.addFlags(Intent.FLAG_ACTIVITY_CLEAR_TOP);
285            intent.setDataAndType(Uri.EMPTY, "vnd.android.cursor.dir/album");
286            intent.putExtra("artist", Long.valueOf(id).toString());
287            startActivity(intent);
288        } else if ("album".equals(selectedType)) {
289            Intent intent = new Intent(Intent.ACTION_PICK);
290            intent.addFlags(Intent.FLAG_ACTIVITY_CLEAR_TOP);
291            intent.setDataAndType(Uri.EMPTY, "vnd.android.cursor.dir/track");
292            intent.putExtra("album", Long.valueOf(id).toString());
293            startActivity(intent);
294        } else if (position >= 0 && id >= 0){
295            long [] list = new long[] { id };
296            MusicUtils.playAll(this, list, 0);
297        } else {
298            Log.e("QueryBrowser", "invalid position/id: " + position + "/" + id);
299        }
300    }
301
302    @Override
303    public boolean onOptionsItemSelected(MenuItem item) {
304        switch (item.getItemId()) {
305            case USE_AS_RINGTONE: {
306                // Set the system setting to make this the current ringtone
307                MusicUtils.setRingtone(this, mTrackList.getSelectedItemId());
308                return true;
309            }
310
311        }
312        return super.onOptionsItemSelected(item);
313    }
314
315    private Cursor getQueryCursor(AsyncQueryHandler async, String filter) {
316        if (filter == null) {
317            filter = "";
318        }
319        String[] ccols = new String[] {
320                BaseColumns._ID,   // this will be the artist, album or track ID
321                MediaStore.Audio.Media.MIME_TYPE, // mimetype of audio file, or "artist" or "album"
322                MediaStore.Audio.Artists.ARTIST,
323                MediaStore.Audio.Albums.ALBUM,
324                MediaStore.Audio.Media.TITLE,
325                "data1",
326                "data2"
```

Apr 17, 12 12:30                    **QueryBrowserActivity.java**                    Page 5/6

```
328              };Case 5:12-cv-00630-LHK   Document 117-26   Filed 04/23/12   Page 6 of 7
329
330              Uri search = Uri.parse("content://media/external/audio/search/fancy/" +
331                      Uri.encode(filter));
332
333              Cursor ret = null;
334              if (async != null) {
335                  async.startQuery(0, null, search, ccols, null, null, null);
336              } else {
337                  ret = MusicUtils.query(this, search, ccols, null, null, null);
338              }
339              return ret;
340          }
341
342          static class QueryListAdapter extends SimpleCursorAdapter {
343              private QueryBrowserActivity mActivity = null;
344              private AsyncQueryHandler mQueryHandler;
345              private String mConstraint = null;
346              private boolean mConstraintIsValid = false;
347
348              class QueryHandler extends AsyncQueryHandler {
349                  QueryHandler(ContentResolver res) {
350                      super(res);
351                  }
352
353                  @Override
354                  protected void onQueryComplete(int token, Object cookie, Cursor cursor) {
355                      mActivity.init(cursor);
356                  }
357              }
358
359              QueryListAdapter(Context context, QueryBrowserActivity currentactivity,
360                      int layout, Cursor cursor, String[] from, int[] to) {
361                  super(context, layout, cursor, from, to);
362                  mActivity = currentactivity;
363                  mQueryHandler = new QueryHandler(context.getContentResolver());
364              }
365
366              public void setActivity(QueryBrowserActivity newactivity) {
367                  mActivity = newactivity;
368              }
369
370              public AsyncQueryHandler getQueryHandler() {
371                  return mQueryHandler;
372              }
373
374              @Override
375              public void bindView(View view, Context context, Cursor cursor) {
376
377                  TextView tv1 = (TextView) view.findViewById(R.id.line1);
378                  TextView tv2 = (TextView) view.findViewById(R.id.line2);
379                  ImageView iv = (ImageView) view.findViewById(R.id.icon);
380                  ViewGroup.LayoutParams p = iv.getLayoutParams();
381                  if (p == null) {
382                      // seen this happen, not sure why
383                      DatabaseUtils.dumpCursor(cursor);
384                      return;
385                  }
386                  p.width = ViewGroup.LayoutParams.WRAP_CONTENT;
387                  p.height = ViewGroup.LayoutParams.WRAP_CONTENT;
388
389                  String mimetype = cursor.getString(cursor.getColumnIndexOrThrow(
390                          MediaStore.Audio.Media.MIME_TYPE));
391
392                  if (mimetype == null) {
393                      mimetype = "audio/";
394                  }
395                  if (mimetype.equals("artist")) {
396                      iv.setImageResource(R.drawable.ic_mp_artist_list);
397                      String name = cursor.getString(cursor.getColumnIndexOrThrow(
398                              MediaStore.Audio.Artists.ARTIST));
399                      String displayname = name;
400                      boolean isunknown = false;
401                      if (name == null || name.equals(MediaStore.UNKNOWN_STRING)) {
402                          displayname = context.getString(R.string.unknown_artist_name);
403                          isunknown = true;
404                      }
405                      tv1.setText(displayname);
406
407                      int numalbums = cursor.getInt(cursor.getColumnIndexOrThrow("data1"));
408                      int numsongs = cursor.getInt(cursor.getColumnIndexOrThrow("data2"));
409
```

Tuesday April 17, 2012                                                                  5/6

```java
410                                    numalbums, numsongs, isunknown);
411
412
413                    tv2.setText(songs_albums);
414
415                } else if (mimetype.equals("album")) {
416                    iv.setImageResource(R.drawable.albumart_mp_unknown_list);
417                    String name = cursor.getString(cursor.getColumnIndexOrThrow(
418                            MediaStore.Audio.Albums.ALBUM));
419                    String displayname = name;
420                    if (name == null || name.equals(MediaStore.UNKNOWN_STRING)) {
421                        displayname = context.getString(R.string.unknown_album_name);
422                    }
423                    tv1.setText(displayname);
424
425                    name = cursor.getString(cursor.getColumnIndexOrThrow(
426                            MediaStore.Audio.Artists.ARTIST));
427                    displayname = name;
428                    if (name == null || name.equals(MediaStore.UNKNOWN_STRING)) {
429                        displayname = context.getString(R.string.unknown_artist_name);
430                    }
431                    tv2.setText(displayname);
432
433                } else if(mimetype.startsWith("audio/") ||
434                        mimetype.equals("application/ogg") ||
435                        mimetype.equals("application/x-ogg")) {
436                    iv.setImageResource(R.drawable.ic_mp_song_list);
437                    String name = cursor.getString(cursor.getColumnIndexOrThrow(
438                            MediaStore.Audio.Media.TITLE));
439                    tv1.setText(name);
440
441                    String displayname = cursor.getString(cursor.getColumnIndexOrThrow(
442                            MediaStore.Audio.Artists.ARTIST));
443                    if (displayname == null || displayname.equals(MediaStore.UNKNOWN_STRING)) {
444                        displayname = context.getString(R.string.unknown_artist_name);
445                    }
446                    name = cursor.getString(cursor.getColumnIndexOrThrow(
447                            MediaStore.Audio.Albums.ALBUM));
448                    if (name == null || name.equals(MediaStore.UNKNOWN_STRING)) {
449                        name = context.getString(R.string.unknown_album_name);
450                    }
451                    tv2.setText(displayname + " - " + name);
452                }
453            }
454            @Override
455            public void changeCursor(Cursor cursor) {
456                if (mActivity.isFinishing() && cursor != null) {
457                    cursor.close();
458                    cursor = null;
459                }
460                if (cursor != mActivity.mQueryCursor) {
461                    mActivity.mQueryCursor = cursor;
462                    super.changeCursor(cursor);
463                }
464            }
465            @Override
466            public Cursor runQueryOnBackgroundThread(CharSequence constraint) {
467                String s = constraint.toString();
468                if (mConstraintIsValid && (
469                        (s == null && mConstraint == null) ||
470                        (s != null && s.equals(mConstraint)))) {
471                    return getCursor();
472                }
473                Cursor c = mActivity.getQueryCursor(null, s);
474                mConstraint = s;
475                mConstraintIsValid = true;
476                return c;
477            }
478        }
479
480        private ListView mTrackList;
481        private Cursor mQueryCursor;
482    }
483
```