# EXHIBIT PP

# Workbook

# WordPerfect

## for Windows

### VERSION 5.2

WordPerfect is a registered trademark of WordPerfect Corporation within the United States and other countries.  Button Bar, Quick List, and Grammatik are trademarks of WordPerfect Corporation worldwide.  Windows is a trademark of Microsoft Corporation.  All other brand or product names are trademarks or registered trademarks of their respective companies.

Version 5.2
©WordPerfect Corporation 1992
All Rights Reserved.
Printed in U.S.A.

WKUSWWP52—3/93
74  —  2 0—7  0

**WordPerfect Corporation** • 1555 N. Technology Way • Orem, Utah  84057-2399 U.S.A.
Telephone: (801) 225-5000 • Telex: 820618 • Fax: (801) 222-5077

Case 5:12-cv-00630-LHK   Document 117-42   Filed 04/23/12   Page 4 of 8

## Lesson 14: Speller/Thesaurus

The WordPerfect Speller lets you check a document for misspelled words. When a misspelled word is found, the Speller offers possible spelling choices so that you can replace the error. You can also have the Speller search for words containing numbers, duplicate words, and irregular capitalization.

The WordPerfect Thesaurus lets you view the synonyms and antonyms of a specified word. If you want, you can replace the specified word with a word from the Thesaurus.

The Speller and the Thesaurus can be accessed from WordPerfect or from Windows without running WordPerfect.

In this lesson, you will learn how to do the following:

- Spell-Check a Document
- Replace a Word Using the Thesaurus
- View Multiple Word Lists

**Before You Begin**

1  Start WordPerfect.

2  Select the Workbook Printer.

*Note: To do the lessons, you select the Workbook Printer. To print the lessons, you must select your own printer.*

3  Open LEARN13.WKB from the Learning Files.

**Spell-Check a Document**

You can use the WordPerfect Speller to check the spelling in the HALVA International annual corporate report.

1  Choose **S**peller from the **T**ools menu.

⌨  Press **Speller** (Ctrl+F1).

▲ *Check Entire Document*



The Speller window initially is set to spell-check the entire document.

2  Choose S**t**art to begin spell-checking.

The Speller compares each word in the document to the list of words in the WordPerfect dictionary to make sure that every word is spelled correctly. Whenever WordPerfect can't match a word against the list, the Speller stops and displays suggested spellings for the word.

The first word that the Speller stops on is "Howard," found in the footnote on the first page. Sometimes the Speller stops on a proper name because the word isn't found in the dictionary. Suggested spellings for the word are then displayed.

**A** *Suggested Spellings*
**B** *Selected Word*
**C** *Word Not Found*



Because the word "Howard" is spelled correctly, you can choose Skip A**l**ways to keep the current spelling and to have the Speller skip over any other occurrence of this word in this document.

**3** Choose Skip A**l**ways.

The next word not found by the Speller is "Keele" (Howard's last name). You need to edit proper nouns manually if they are misspelled.

**4** Click in the Replace **W**ith text box.

⌨ *Press **Tab** until you move to the Replace With text box.*

**5** Type **Keele**, then choose **R**eplace or press **Enter**.

*Note: If you have a mouse, you can make extensive changes to your document while the Speller remains on screen. Simply click on the document, make changes, then click back on the Speller and choose **R**esume.*

The Speller next stops on the word "50th." The Speller initially is set to stop on words containing numbers.

**6** Choose Skip A**l**ways to indicate that the spelling is correct and to skip over any other occurrence of this word.

Two occurrences of "the" appear next to each other, so the Speller stops on the second occurrence of the duplicate word. A Speller dialog box appears.



**7** Choose Delete **2**nd to delete the second occurrence of "the."

The Speller next stops on the word "Metcalf" (the last name of HALVA International's president). Words you use often that are not in the WordPerfect dictionary can be added to a supplementary dictionary. The words you add to a supplementary dictionary are bypassed when you run the Speller.

**8** Choose **A**dd to add "Metcalf" to a supplementary dictionary.

The next word is "COncerning." The Speller stops on words containing irregular capitalization.



**9** Choose **R**eplace to replace the uppercase "O" with a lowercase "o."

**10** Now that you know how spell-checking works, finish spell-checking the document.

When all the words in the document have been checked, a "Spell check completed" message box appears.

**11** Choose OK to end spell-checking.

### Replace a Word Using the Thesaurus

The WordPerfect Thesaurus lets you view the synonyms and antonyms of a specified word. You can even replace the specified word with a word from the Thesaurus.

To look up and replace a word using the Thesaurus,

**1** Press **Ctrl+Home** to move the insertion point to the beginning of the corporate report.

**2** Place the insertion point in the word "grow" at the end of the second paragraph.

3   Choose **T**hesaurus from the **T**ools menu.

☑   Press **Thesaurus** (Alt+F1).

▲ Word List
▲ Scroll Bar
▲ Selected Word



The word "grow" appears in the text box, and a list of synonyms appears in the word list. You can scroll down the word list to see additional synonyms and antonyms.

4   Scroll down until the word "thrive" appears.

You decide that you like the word "thrive" better than "grow."

5   Select "thrive" then choose **R**eplace to replace the word "grow" and return to the document window.

### View Multiple Word Lists

You can display as many as three word lists at one time in the Thesaurus window.

1   Place the insertion point in the word "corporation" in the first paragraph.

2   Choose **T**hesaurus from the **T**ools menu.

☑   Press **Thesaurus** (Alt+F1).

3   Scroll down the word list until the word "business" appears, then double-click "business."

A second word list appears, this time containing synonyms for the word "business." Notice that "business" also appears in the text box.



What Next?

**4**    Scroll down the second word list until the word "enterprise" appears, then double-click "enterprise."

A third word list appears, containing synonyms and antonyms for the word "enterprise." After looking at all the options, you decide you want to replace the word "corporation" with the word "company."

**5**    Select the word "company" from the second word list, then choose **R**eplace.

The word "company" replaces the word "corporation" in the document.

**6**    Choose Save **A**s from the **F**ile menu, then save the file as REPORT to ensure that you do not change the LEARN13.WKB file.

*Press **Save As** (F3), then save the file as REPORT.*

---

**What Next?**

You can move on to *Lesson 15: Tables*, or you can quit WordPerfect. For additional information related to this lesson, you can turn to *Speller* in the *WP Shared Applications Guides*.

*Lesson 14: Speller/Thesaurus* **165**