# EXHIBIT RR

INTERNET ARCHIVE
WayBackMachine BETA     http://www.metacrawler.com/                          Go                OCT  NOV  DEC  C

1,952 captures
11 Nov 96 – 28 Jul 11                                                                          ◀ 11 ▶
                                                                                        1995  1996  1998



# *MetaCrawler Parallel Web Search Service*

## by *Erik Selberg* and *Oren Etzioni*

Try the new MetaCrawler Beta!
If you're searching for a person's home page, try Ahoy!

● Examples ● Beta Site ● Add Site ● About ●

Search for:

as a **Phrase**          **All** of these words          **Any** of these words

Fast Search          Comprehensive Search

**For better results, please specify:**

**Search Region:**   The World          **Search Sites:**   Any

**Performance parameters:**

**Max wait:**          1     minutes     **Match type:**     Loose

[ About | Help | Problems | Add Site | Search ]
*webmaster@metacrawler.com*

© Copyright 1995, 1996 Erik Selberg and Oren Etzioni