# EXHIBIT TT

1) What is freeWAIS-sf?
  1.1) What does 'stemming' mean?
  1.2) What does 'soundex' mean?
2) Where to get ...
  2.1) Most of the ftp accessable Stuff is mirrored on different
  2.2) Where can I get this list (freeWAIS-sf-faq)
  2.3) Where can I get the comp.infosystems.wais FAQ
  2.4) What is the current Version of freeWAIS-sf?
  2.5) Where can I get freeWAIS-sf?
  2.6) Where can I get documentation about freeWAIS-sf?
  2.7) Where can i get examples of this $#@ format files?
3) Is there ...?
  3.1) Is there and Emacs client for freeWAIS-sf?
  3.2) Is there an X11 client for freeWAIS-sf
  3.3) Does the X client compile with X11R6
  3.4) Is there a WWW gateway dedicated for usage with freeWAIS-sf?
4) Can I ...
  4.1) How must a file name look like?
5) How can I ...
  5.1) How can I index index mails?
  5.2) How can I index HTML entities?
  5.3) How can I force 'c++' to appear in the index?
  5.4) How can I index HTML files?
  5.5) How can I index my http server?
  5.6) How can I index my ftp server?
6) Trouble ...
  6.1) waisindex dumps core when it reads more than 20 filenames from
  stdin.
  6.2) Hey, is directory-of-servers at quake.think.com down or what?
  6.3) Compilation of the ctype directory does not work!
  6.4) warning: couldn't open database.syn -translation disabled.
7) Does freeWAIS-sf run on ....
8) Does freeWAIS-sf work with ...
  8.1) Can i use other wais clients to query a freeWAIS-sf server?
  8.2) Can i link freeWAIS-sf with gopher?
  8.3) * Gopher Error: Nothing Available!
9) Gopher Error: Nothing Available!
  9.1) Can i link freeWAIS-sf with Mosaic?
  9.2) Can i link freeWAIS-sf with the cern httpd?
-----------------------------------------------------------------------

1) What is freeWAIS-sf?

   FreeWAIS-sf is an extension of the freeWAIS software provided by
   the the Clearinghouse for Networked Information Discovery and
   Retrieval (CNIDR). The SF suffix in the software name stands for
   "structured fields," an indexing and search feature which
   distinguishes this software from its predecessors.

It is based on the version 0.202 of this software but includes and
enhances much of what freeWAIS-0.3 contains.

Major extensions of FreeWAIS-sf include:

   Introduction of text, date, and numeric field structures
   within a document, which allows a document to be indexed
   using potentially overlapping fields.

   Support for complex Boolean searches (a query parser is
   integrated in the server).

   Stemming and phonetic coding may be switched on and off for
   each individual field.

   Definition of document format and layout of the headlines are
   now configurable by a new specification language based on
   regular expressions. No C-code must be written to index new
   document types.

   Installation procedure now just requires running a sh script
   and answering simple questions. The script is generated using
   the GNU autoconf utility. No Makefile sets for individual
   systems are necessary. For development purposes, additional
   Imakefiles are provided since the Makefiles do not contain
   dependencies

   Support for country specific character sets (8-Bit)

   Lots of bug fixes.

All changes are restricted to the indexer and server to allow
existing clients to query FreeWAIS-sf databases. Document types
contained in the original distribution remain intact. You can use
FreeWAIS-sf as you would use original freeWAIS or take advantage of
its enhanced features.

-------------------------------

 1.1) What does 'stemming' mean?

   Stemming in a field means, that every word is reduced to its word
   stemm, before it is added to or search in the index. This way
   'computer', 'computing' and 'computers' are treated identically.

-------------------------------

 1.2) What does 'soundex' mean?

   Like stemming, every word is mapped to its soundex code before
   added to or search in the index. Equal or similar sounding words
   are treated as if tey were identical.

-------------------------------

2) Where to get ... Date: Sun Feb 19 1995

------------------------------

  2.1) Most of the ftp accessable Stuff is mirrored on different
  sites. Please check archie or one of the sites below. The load on
  our server is growing out of bounds. We will have to close it for
  the public, if the load will not decrease significantly. Since all
  Packets are routed over the EUnet site, it will be faster to get
  the stuff from there as from ls6-www.


  ftp.germany.eu.net
     /pub/infosystems/wais/Unido-LS6/freeWAIS-sf-1.1/
  ftp.switch.ch
     /mirror/wais/servers/sf-alpha/freeWAIS-sf-1.1/
  ftp.leo.org
     /pub/comp/infosys/wais/freeWAIS/freeWAIS-sf-1.1/


------------------------------

  2.2) Where can I get this list (freeWAIS-sf-faq)

   ftp://ls6-www.informatik.uni-dortmund.de/pub/wais/FAQ
   http://www.cis.ohio-state.edu/hypertext/faq/usenet/wais-faq/freeWAIS-sf/faq.html

------------------------------

  2.3) Where can I get the comp.infosystems.wais FAQ


    http://www.cis.ohio-state.edu/hypertext/faq/usenet/wais-faq/getting-started/faq.html

------------------------------

  2.4) What is the current Version of freeWAIS-sf?

   The latest release of freeWAIS-sf is 1.1 from January 1995.

------------------------------

  2.5) Where can I get freeWAIS-sf?

   You can fetch them from
   ftp://ls6-www.informatik.uni-dortmund.de/pub/wais/


       30292 Apr  6 05:42 FAQ
           0 Feb  6 09:45 GET-THIS-FROM-ftp.germany.eu.net:=pub=infosystems=wais=Unido-LS6
        5657 Jan 23 12:52 README
       45553 Oct 26 13:52 SFgate-3.3.tar.gz

```
   46564 Jan  4 19:02 SFgate-3.4.tar.gz
   51882 Apr  8 15:15 SFgate-3.5.tar.gz
   52948 Apr  8 15:30 SFgate-3.6.tar.gz
  852114 Jan  4 15:33 client-toolkit-EZ-2.2.1.tar.gz
     512 Dec  2 09:48 directory-of-servers
     512 May 27  1994 essence
     512 Apr 18 20:06 fmt-examples
     512 Jan 10 17:31 freeWAIS-sf-1.0
     512 Feb 10 11:49 freeWAIS-sf-1.1
   41466 Mar 30 13:39 freeWAIS-sf.ps.gz
    5675 Oct  5  1994 gopher2.016.patch.gz
   12797 Aug  8  1994 waisperl-0.2.1.tar.gz
   12767 Jun 22  1994 waisperl-0.2.tar.gz
   38970 Nov  3 11:42 waisperl5-0.3.tar.gz
   30113 Nov 24 10:43 z3950-spec.txt.gz
```

  If you get the sources (freeWAIS-sf-1.1.tgz), unpack them with:

     gunzip -c | tar xvf - freeWAIS-sf-1.1.tgz

  This will create a directory freeWAIS-sf-1.1. Change to the new
  directory and enter:

     ./configure

  Which will determine some system parameters and ask you for some
  installation options. The script will tell you how to proceed.

-------------------------------

 2.6) Where can I get documentation about freeWAIS-sf?

   Documentation is still rudimentary. Any volonteers for writing
   parts of a more verbose ;-) documentation?

      HTML:     Check http://ls6-www.informatik.uni-dortmund.de/freeWAIS-sf/
      Postscript: ftp:/ls6-www.informatik.uni-dortmund.de/pub/wais/freeWAIS-sf.ps.gz
      TeX:      Included in the sources.

-------------------------------

 2.7) Where can i get examples of this $#@ format files?

   You can fetch examples from
   ftp://ls6-www.informatik.uni-dortmund.de/pub/wais/fmt-examples

```
       223 Jun 14  1994 Douglas.fde
       717 Jun 14  1994 Douglas.fmt
      3026 Jun 14  1994 Douglas.text
       849 Aug 19  1994 HCIBIB.fmt
       667 Jun 10  1994 HCIIR.fmt
       158 Apr 13 10:37 WRb.fde
```

```
      969 Apr 13 10:37 WRb.fmt
     3049 Apr 13 10:37 WRb.text
      849 Aug 19  1994 bibdb-html.fmt
      844 Aug 19  1994 demo.fmt
      143 Jun 10  1994 ftp-pages.fmt
      849 Aug 19  1994 irdigest.fmt
      838 Aug 19  1994 journals.fmt
      483 Apr 18 20:06 proxy-html.fmt
      143 Jun 10  1994 www-pages.fmt
```

------------------------------

3) Is there ...?

------------------------------

  3.1) Is there and Emacs client for freeWAIS-sf?

   Yes the client comes with the source distribution. It is
   auto-magically configured in the installation procedure.

   It is installed in $DESTDIR/lib/emacs/lisp:

```
        75255 Apr  9 11:26 wais.el
```

------------------------------

  3.2) Is there an X11 client for freeWAIS-sf

   Yes the client comes with the source distribution. It is
   auto-magically configured in the installation procedure.

   Application defaults are auto-magically generated and installed in
   It is installed in $DESTDIR/lib:
```
         2106 Apr  9 11:28 XwaisHELP
         6218 Apr  9 11:28 XwaisqHELP
          512 Apr  9 11:28 app-defaults
          512 Apr  8 17:53 emacs
```

   $DESTDIR/lib/app-defaults:
```
        19758 Apr  9 11:28 Xwais
```

------------------------------

  3.3) Does the X client compile with X11R6

   Yes it does.

------------------------------

  3.4) Is there a WWW gateway dedicated for usage with freeWAIS-sf?

   Yes it's called SFgate and can be found on the ftp server
   ftp://ls6-www.informatik.uni-dortmund.de/pub/wais/

   You can see it run at
   http://ls6-www.informatik.uni-dortmund.de/SFgate/bibdb-html. The SF
   icon leads to some documentation about SFgate.


------------------------------

4) Can I ...

------------------------------

 4.1) How must a file name look like?

   A field name must be composed of alpha characters only and must
   have at least 2 characters.

------------------------------

5) How can I ...

------------------------------

 5.1) How can I index index mails?

   cd to your wais source directory (e.g. ~/wais-sources)

   Create a mail.fmt file like the following:

<record-end> /\L/

<layout>
<headline> /^From: / /\J/ 20 /^From: ./
<headline> /^Subject: / /\J/ 80 /^Subject: ./
<end>

<field> /^From: /
from SOUNDEX LOCAL TEXT BOTH
<end> /\J/

<field> /^Subject: /
subject stemming TEXT BOTH
<end> /\J/

   Run 'waisindex -d mail -t fields <files>'

------------------------------

 5.2) How can I index HTML entities?

   You can specify country specific characters during configuration.
   This is (currently) the place to customize the delimiter set. Other
   way round: You can specify, which chars make up words.

You can "misuse" this feature to force special characters ('-', '+', ...) to be treated as parts of words.

If you insist on indexing things like 'Universit&auml;t', you should enter '&;' as country specific characters:

   You can compile freeWASI-sf with it's own ctype package. You should do this, if you want to use special (country specific) chars, which are not supported by your systems ctype.
   Use your systems ctype (no)?
> 
   Ok, will use my own ctype


   I will now ask for your special letters. If you do not want to give the now, edit Default.tmpl after this configure run. Input your upper case letters in the same order than your lower case letters. toupper() and tolower() depend on this order. Input letters wich are upper and lower case in both strings.
   what are your lower case letters ("a"o"u"s)?
> \&;
   what are your upper case letters ("A"O"U"s)?
> \&;

------------------------------

5.3) How can I force 'c++' to appear in the index?

  See question 'How can I index HTML entities ?'

------------------------------

5.4) How can I index HTML files?

  First decide which TYPE your documents should have:

    1) If you want your WAIS server to deliver documents, TYPE should be HTML.


    Your command line should *start*:

      waisindex -T HTML ...

    Then go along as with other databases. You can use type field (-t field) in addition to the -T flags.

    2) If you want an http server to deliver documents, TYPE should be URL. You must tell waisindex, how the URL of the files should be composed. This is done by specifying the prefix to be removed from the file path and a prefix to add:

   Your command line should *start*:

      waisindex -t URL what-to-trim what-to-add ...


   Note: If you have compiled with the modified URL handling
   (Questioned during configure) you can customize the headline also
   with document type URL. But currently only SFgate can handle such
   databases. The default handling is to put the URL in the headline.

------------------------------

 5.5) How can I index my http server?

   See question 'How can I index HTML files?' first.

   Lets assume, your servers pages reside in directory
   '/home/robots/www/pages'. Your servers URL might be
   'http://myserver/'. The database will be named 'www-pages'.

   An easy format file (www-pages.fmt) would be:

      <record-end> /(<.BODY>|<.HTML>)/


      <layout>
      <headline> /<TITLE>/ /<\/TITLE>/ 80 /<TITLE> *./
      <end>


      <field> /<HTML>/
      stemming TEXT GLOBAL
      <end> /<.BODY>/

   Then call

      waisindex -t URL /home/robots/www/pages http://myserver \
          -d www-pages -t fields \
          `find /home/robots/www/pages -type f -name "*.html"`

   If you do not have the modified URL handling compiled in, the
   headline always contains the URL. With the modified handling,
   headlines contain the title string of the HTML document, if there
   is any.

   An example database is running at
   http://ls6-www.informatik.uni-dortmund.de/SFgate/www-pages rsp.
   wais://ls6-www.informatik.uni-dortmund.de/www-pages.

------------------------------

 5.6) How can I index my ftp server?

   See 'How can I index my http server?'.

```
    waisindex -t URL /home/robots/www/pages ftp://myserver \
        -d ftp-files -t fields \
        `find /home/robots/ftp/pub -type f -name "*.txt"`
```

------------------------------

6) Trouble ...

------------------------------

  6.1) waisindex dumps core when it reads more than 20 filenames from
  stdin.

    There is a hardcoded limit of 20 filenames (BLOCK_FILES_FROM_STDIN)
    in ir/waisindex.c which is not even checked for overruns (shudder).
    Either increase that value or use the patch01 for freeWAIS-sf-1.1
    wich allows for an arbitrary number of filenames:


    ftp://ls6-www.informatik.uni-dortmund.de/pub/wais/freeWAIS-sf-1.1/patch01.gz

------------------------------

  6.2) Hey, is directory-of-servers at quake.think.com down or what?

    Yes it is. Use directory-of-servers at cnidir.org or
    server.wais.com instead.

------------------------------

  6.3) Compilation of the ctype directory does not work!

    If you see something like the following

        gcc -c  -DHAVE_CONFIG_H    -g mkctype.c
        mkctype.c: In function `main':
        mkctype.c:115: parse error before character 0344
        mkctype.c:116: parse error before character 0304

    You probably have sed metacharacters (like '&') defined as country
    specific characters. Escape them with a double '\'!

------------------------------

  6.4) warning: couldn't open database.syn -translation disabled.

    I get the following error:
  929: 1: ... -2: warning: couldn't open database.syn -translation disabled.
    Is this a bad thing?

    No it just tells you, that a file database.syn could not be found
    and therefore the synonym table is empty. If you did not intend to
    use synonym tables, you are perfect ok.

```
-------------------------------

7) Does freeWAIS-sf run on ....

   We got UDP packets from freeWAIS-sf servers running on the
   following os/hw/cc combinations:

   A/UX    3.1     mc68040    gcc 2.5.7
   A/UX    3.1.1   mc68040    gcc 2.5.7
   A/UX    3.1.1   mc68040    gcc 2.6.3
   AIX     2       0000001964 cc
   AIX     2       000000525C cc
   AIX     2       0000008314 cc
   AIX     2       0000024535 cc
   AIX     2       000003085C cc
   AIX     2       0000031135 cc
   AIX     2       0000037766 cc
   AIX     2       0000052366 cc
   AIX     2       0000056118 cc
   AIX     2       0000061138 cc
   AIX     2       0000071147 cc
   AIX     2       0000080931 cc
   AIX     2       0000091446 cc
   AIX     2       0000098646 cc
   AIX     2       000013875C cc
   AIX     2       0000139875 cc
   AIX     2       0000149746 cc
   AIX     2       0000195011 cc
   AIX     2       0000201518 cc
   AIX     2       0000217135 gcc
   AIX     2       0000238035 gcc
   AIX     2       0000261834 cc
   AIX     2       0000298037 cc
   AIX     2       0000303835 cc
   AIX     2       0000307746 cc
   AIX     2       0000315337 cc
   AIX     2       0000334735 cc
   AIX     2       0000420476 cc
   AIX     2       0000454858 cc
   AIX     2       0000594042 cc
   AIX     2       0000603735 cc
   AIX     2       0000610646 cc
   AIX     2       0000701818 cc
   AIX     2       0000731441 cc
   AIX     2       0000826246 cc
   AIX     2       0000840341 cc
   AIX     2       0001143866 cc
   AIX     2       0001211046 cc
   AIX     2       0001274866 cc
   AIX     2       0001623141 cc
   AIX     2       0002048547 cc
   AIX     2       0003809731 cc
   AIX     2       0020411076 cc
```

```
AIX        2        i386        cc
BOSX       2        0001849841  cc
BSD/386    1.0      i386        gcc
BSD/386    1.1      i386        gcc
BSD/386    1.1      i386        gcc 2.5.8
FreeBSD    1.1.5(RELE i386      gcc
FreeBSD    1.1.5.1(RE i386      gcc
FreeBSD    2.0-RELEAS i386      gcc
HP-UX      A.09.00  9000/822    gcc 2.5.6
HP-UX      A.09.01  9000/710    gcc 2.4.5
HP-UX      A.09.01  9000/710    gcc 2.5.8
HP-UX      A.09.01  9000/715    gcc 2.4.5
HP-UX      A.09.01  9000/720    gcc 2.5.8
HP-UX      A.09.01  9000/730    gcc 2.4.3
HP-UX      A.09.01  9000/730    gcc 2.6.3
HP-UX      A.09.01  9000/755    gcc 2.5.8
HP-UX      A.09.03  9000/712    gcc 2.5.6
HP-UX      A.09.03  9000/715    unknown
HP-UX      A.09.03  9000/720    gcc 2.4.5
HP-UX      A.09.04  9000/816    gcc 2.5.8
HP-UX      A.09.04  9000/847    gcc 2.5.8
HP-UX      A.09.04  9000/887    gcc 2.3.3
HP-UX      A.09.05  9000/715    cc
HP-UX      A.09.05  9000/715    gcc 2.6.2
HP-UX      A.09.05  9000/735    gcc 2.5.8
IRIX       4.0.5F   IP20        gcc 2.5.2
IRIX       5.2      IP12        cc
IRIX       5.2      IP12        gcc 2.6.3
IRIX       5.2      IP17        cc
IRIX       5.2      IP19        cc
IRIX       5.2      IP20        cc
IRIX       5.2      IP22        cc
IRIX       5.2      IP22        gcc 2.5.8
IRIX       5.2      IP22        gcc 2.6.3
IRIX       5.3      IP12        gcc 2.6.1
IRIX       5.3      IP19        gcc 2.5.8
IRIX       5.3      IP20        cc
Linux      1.0.8    i386        gcc 2.5.8
Linux      1.0.8    i486        gcc 2.5.8
Linux      1.0.9    i486        gcc 2.5.8
Linux      1.0.9    i586        gcc 2.5.8
Linux      1.1.18   i486        gcc 2.5.8
Linux      1.1.18   i586        gcc 2.5.8
Linux      1.1.33   i486        gcc 2.5.7
Linux      1.1.45   i486        gcc 2.5.8
Linux      1.1.45   i486        gcc 2.6.0
Linux      1.1.47   i486        gcc 2.5.8
Linux      1.1.49   i486        gcc 2.5.8
Linux      1.1.50   i486        gcc 2.5.8
Linux      1.1.50   i586        gcc 2.5.8
Linux      1.1.51   i486        gcc 2.5.8
Linux      1.1.52   i486        gcc 2.5.8
Linux      1.1.52   i486        gcc 2.6.0
Linux      1.1.54   i486        gcc 2.5.8
```

```
Linux     1.1.55    i486      gcc 2.5.8
Linux     1.1.57    i486      gcc 2.5.8
Linux     1.1.59    i386      gcc 2.5.8
Linux     1.1.59    i486      gcc 2.5.8
Linux     1.1.59    i586      gcc 2.5.8
Linux     1.1.60    i486      gcc 2.5.8
Linux     1.1.61    i486      gcc 2.5.8
Linux     1.1.62    i486      gcc 2.5.7
Linux     1.1.62    i486      gcc 2.5.8
Linux     1.1.64    i486      gcc 2.5.8
Linux     1.1.65    i486      gcc 2.5.8
Linux     1.1.70    i486      gcc 2.5.8
Linux     1.1.70    i586      gcc 2.5.8
Linux     1.1.72    i486      gcc 2.5.8
Linux     1.1.73    i486      gcc 2.5.8
Linux     1.1.73    i586      gcc 2.5.8
Linux     1.1.73    i586      gcc 2.6.3
Linux     1.1.75    i486      gcc 2.5.8
Linux     1.1.75    i486      gcc 2.6.2
Linux     1.1.81    i486      gcc 2.5.8
Linux     1.1.82    i486      gcc 2.5.8
Linux     1.1.83    i486      gcc 2.5.8
Linux     1.1.84    i486      gcc 2.6.2
Linux     1.1.85    i486      gcc 2.6.2
Linux     1.1.86    i486      gcc 2.5.8
Linux     1.1.86    i486      gcc 2.6.2
Linux     1.1.86    i586      gcc 2.6.3
Linux     1.1.87    i486      gcc 2.5.8
Linux     1.1.88    i486      gcc 2.5.8
Linux     1.1.94    i486      gcc 2.5.8
Linux     1.1.95    i486      gcc 2.5.8
Linux     1.2.0     i486      gcc 2.5.8
Linux     1.2.0     i486      gcc 2.6.2
Linux     1.2.1     i486      gcc 2.5.8
Linux     1.2.1     i486      gcc 2.6.2
Linux     1.2.1     i486      gcc 2.6.3
Linux     1.2.3     i486      gcc 2.5.8
NetBSD    1.0       i386      gcc
OSF1      V1.3      alpha     cc
OSF1      V2.0      alpha     cc
OSF1      V2.0      alpha     gcc 2.5.4
OSF1      V2.0      alpha     gcc 2.6.0
OSF1      V2.1      alpha     cc
OSF1      V2.1      alpha     gcc 2.5.8
OSF1      V2.1      alpha     gcc 2.6.0
OSF1      V3.0      alpha     cc
OSF1      V3.0      alpha     gcc 2.6.0
OSF1      V3.0      alpha     gcc 2.6.3
SunOS     4.1.1     sun4      cc
SunOS     4.1.1     sun4c     cc
SunOS     4.1.1     sun4c     gcc 2.5.8
SunOS     4.1.1     sun4c     gcc 2.6.0
SunOS     4.1.1     sun4c     gcc 2.6.1
SunOS     4.1.1-GF  sun4c     gcc 2.3.2
```

```
SunOS     4.1.1-GF   sun4c      gcc 2.5.8
SunOS     4.1.1-JL   sun4c      gcc 2.6.2
SunOS     4.1.1-JL   sun4c      gcc 2.6.3
SunOS     4.1.2      sun4       cc
SunOS     4.1.2      sun4       gcc 2.5.8
SunOS     4.1.2      sun4c      cc
SunOS     4.1.2      sun4c      gcc 2.2.2
SunOS     4.1.2      sun4c      gcc 2.4.2
SunOS     4.1.2      sun4c      gcc 2.4.5
SunOS     4.1.2      sun4c      gcc 2.5.7
SunOS     4.1.2      sun4c      gcc 2.5.8
SunOS     4.1.2      sun4c      gcc cygnus-2.3.3
SunOS     4.1.2      sun4m      cc
SunOS     4.1.2      sun4m      gcc 2.4.5
SunOS     4.1.3      sun4       gcc 2.4.5
SunOS     4.1.3      sun4       gcc 2.5.8
SunOS     4.1.3      sun4       gcc 2.6.0
SunOS     4.1.3      sun4c      cc
SunOS     4.1.3      sun4c      gcc 2.3.3
SunOS     4.1.3      sun4c      gcc 2.4.0
SunOS     4.1.3      sun4c      gcc 2.4.5
SunOS     4.1.3      sun4c      gcc 2.5.5
SunOS     4.1.3      sun4c      gcc 2.5.8
SunOS     4.1.3      sun4c      gcc 2.6.0
SunOS     4.1.3      sun4c      gcc 2.6.1
SunOS     4.1.3      sun4m      acc
SunOS     4.1.3      sun4m      cc
SunOS     4.1.3      sun4m      gcc
SunOS     4.1.3      sun4m      gcc 2.3.2
SunOS     4.1.3      sun4m      gcc 2.3.3
SunOS     4.1.3      sun4m      gcc 2.4.5
SunOS     4.1.3      sun4m      gcc 2.5.6
SunOS     4.1.3      sun4m      gcc 2.5.7
SunOS     4.1.3      sun4m      gcc 2.5.8
SunOS     4.1.3      sun4m      gcc 2.6.0
SunOS     4.1.3      sun4m      gcc 2.6.1
SunOS     4.1.3      sun4m      gcc 2.6.3
SunOS     4.1.3      sun4m      gcc cygnus-2.3.3
SunOS     4.1.3-JL   sun4c      gcc 2.5.8
SunOS     4.1.3-JL   sun4m      gcc 2.5.8
SunOS     4.1.3C     sun4m      gcc 2.5.8
SunOS     4.1.3_Axil sun4m      gcc 2.6.0
SunOS     4.1.3_DB   sun4m      cc
SunOS     4.1.3_U1   sun4       cc
SunOS     4.1.3_U1   sun4c      cc
SunOS     4.1.3_U1   sun4c      gcc 2.4.5
SunOS     4.1.3_U1   sun4c      gcc 2.5.7
SunOS     4.1.3_U1   sun4c      gcc 2.5.8
SunOS     4.1.3_U1   sun4c      gcc 2.6.0
SunOS     4.1.3_U1   sun4m      cc
SunOS     4.1.3_U1   sun4m      gcc
SunOS     4.1.3_U1   sun4m      gcc 2.2.2
SunOS     4.1.3_U1   sun4m      gcc 2.3.3
SunOS     4.1.3_U1   sun4m      gcc 2.4.2
```

```
SunOS    4.1.3_U1  sun4m     gcc 2.4.5
SunOS    4.1.3_U1  sun4m     gcc 2.5.7
SunOS    4.1.3_U1  sun4m     gcc 2.5.8
SunOS    4.1.3_U1  sun4m     gcc 2.6.0
SunOS    4.1.3_U1  sun4m     gcc 2.6.2
SunOS    4.1.3_U1  sun4m     gcc 2.6.3
SunOS    4.1.4     sun4c     gcc 2.6.3
SunOS    4.1.4     sun4m     cc
SunOS    4.1.4     sun4m     gcc
SunOS    4.1B      sun4      cc
SunOS    5.2       sun4c     gcc 2.5.6
SunOS    5.2       sun4m     gcc 2.5.6
SunOS    5.3       sun4c     cc
SunOS    5.3       sun4c     gcc 2.5.6
SunOS    5.3       sun4c     gcc 2.5.8
SunOS    5.3       sun4c     gcc 2.6.3
SunOS    5.3       sun4d     cc
SunOS    5.3       sun4d     gcc
SunOS    5.3       sun4d     gcc 2.4.5
SunOS    5.3       sun4d     gcc 2.5.6
SunOS    5.3       sun4d     gcc 2.5.7
SunOS    5.3       sun4d     gcc 2.5.8
SunOS    5.3       sun4d     gcc 2.6.0
SunOS    5.3       sun4d     gcc 2.6.2
SunOS    5.3       sun4d     gcc 2.6.3
SunOS    5.3       sun4m     acc
SunOS    5.3       sun4m     cc
SunOS    5.3       sun4m     gcc
SunOS    5.3       sun4m     gcc 2.4.5
SunOS    5.3       sun4m     gcc 2.5.6
SunOS    5.3       sun4m     gcc 2.5.7
SunOS    5.3       sun4m     gcc 2.5.8
SunOS    5.3       sun4m     gcc 2.6.0
SunOS    5.3       sun4m     gcc 2.6.1
SunOS    5.3       sun4m     gcc 2.6.2
SunOS    5.3       sun4m     gcc 2.6.3
SunOS    5.3       sun4m     gcc cygnus-2.3.3
SunOS    5.4       i86pc     cc
SunOS    5.4       i86pc     gcc 2.4.5
SunOS    5.4       i86pc     gcc 2.5.8
SunOS    5.4       sun4c     gcc 2.5.6
SunOS    5.4       sun4c     gcc 2.6.3
SunOS    5.4       sun4d     gcc 2.5.6
SunOS    5.4       sun4d     gcc 2.6.0
SunOS    5.4       sun4m     cc
SunOS    5.4       sun4m     gcc 2.5.6
SunOS    5.4       sun4m     gcc 2.5.8
SunOS    5.4       sun4m     gcc 2.6.0
SunOS    5.4       sun4m     gcc 2.6.1
SunOS    5.4       sun4m     gcc 2.6.2
SunOS    5.4       sun4m     gcc 2.6.3
SunOS    5.5       i86pc     gcc
ULTRIX   4.2       RISC      cc
ULTRIX   4.2       RISC      gcc 2.5.6
```

```
ULTRIX    4.2      RISC      gcc 2.5.8
ULTRIX    4.3      RISC      cc
ULTRIX    4.3      RISC      gcc 2.4.5
ULTRIX    4.3      RISC      gcc 2.5.6
ULTRIX    4.3      RISC      gcc 2.5.8
ULTRIX    4.3      RISC      gcc 2.6.1
ULTRIX    4.4      RISC      gcc 2.6.3
UNIX_SV   4.2      i386      cc
UNIX_SV   4.2MP    i386      cc
UNIX_SVR42 4.2     i386      cc
achus     4.2      i386      cc
dgux      5.4      AViiON    gcc
dgux      5.4R2.01 AViiON    gcc
dgux      5.4R2.10 AViiON    gcc
dgux      5.4R2.10 AViiON    gcc 2.4.1
dgux      5.4R3.10 AViiON    gcc
gopher    3.2      i386      cc
mammoth   3.2      i386      gcc 2.6.3
plato     4.0      i386      gcc 2.5.8
telescan  3.2      i386      gcc 2.5.7
```

------------------------------

8) Does freeWAIS-sf work with ...

------------------------------

  8.1) Can i use other wais clients to query a freeWAIS-sf server?

   Yes, all clients running the wais protocol (z39.50 V1 + adds) can
   query an freeWAIS-sf server.

   There is only one small incompatibility, which can be enabled
   during installation of freeWAIS-sf (default is: run compatible).
   This modification only applies to the document type URL and allows
   to customize the headline. The original handling uses the headline
   to store the URL. The modified freeWAIS-sf puts the URL in the
   document id field. But this handling currently is only supported by
   SFgate.

------------------------------

  8.2) Can i link freeWAIS-sf with gopher?

   Yes. Details for linking with gopher 2.1.1 and gopher 2.016 cand be
   found on the http server:
   http://ls6-www.informatik.uni-dortmund.de/freeWAIS-sf/

   Since freeWAIS-sf uses the same protocol than other wais systems
   linking with them is ok - as long as you use only the protocol part
   and do not try to do searches calling internal functions.

------------------------------

  8.3) -----------------------------

9) Gopher Error: Nothing Available!

   Do a "waisindex -export ...". It is important that the host and
   port information is compiled into the *.src file, EVEN IF THE
   SEARCHES ARE LOCAL! I have my gopher, wais , and all the databases
   all on the same machine. It is also important that the waisserver
   is running.


-------------------------------

  9.1) Can i link freeWAIS-sf with Mosaic?

   Yes. No details yet - but it is not hard to do ;-)

-------------------------------

  9.2) Can i link freeWAIS-sf with the cern httpd?

   Direct WAIS access for CERN httpd 3.0 is easy to provide with
   freeWAIS-sf 1.1. The only thing you need to do is rename the WAIS
   libraries in CERN httpd Makefile's.

   If you're a lucky guy and your system supports imake, you need to:


      Retrieve Rainer Klute's Imake extension to CERN httpd 3.0:
      ftp://ftp.germany.eu.net/pub/infosystems/www/cern/WWW-Imake.tar.gz

      Replace WWW.cf in the top-level directory with this code in
      http://ls6-www.informatik.uni-dortmund.de/freeWAIS-sf/section3_13.html

      Update the location of your freeWAIS-sf code in WWW.cf
      (variable WAISDIR)

   If your system doesn't support imake, you need to update manually
   the WAIS libraries in the Makefile pertaining to your architecture
   and the top-level Makefile. And think about how easy life would be
   if only you had imake.