# EXHIBIT UU

# FreeWAIS-sf: A Wide Area Information Server for Structured Documents and Retrieval Functionality

**Table of Contents:**

  I. **Introduction**
 II. **Features of FreeWAIS-sf**
       1. **Technical specifications**
       2. **Indexing features**
       3. **Search features**
       4. **Results display**
       5. **Costs, license, registration**
       6. **Unique features**
III. **FreeWAIS-sf Applications demonstration**
IV. **FreeWAIS-sf Indexing and search performance**
 V. **Installation**
VI. **Our observations**

## I. Introduction:

- When developed: 1988
- Developed by: Thinking Machines et al. Later adopted by CNIDR. Presently maintained by University of Dortmund, Germany.
    - Ulrich Pfeifer, University of Dortmund;
    - Norbert Fuhr, University of Dortmund; and
    - Tung Huynh, University of Dortmund.
- Current version: 2.2.10
- Purpose/target usage: Implements free text search and ranking using a client-server architecture. A collection of modules for indexing large collections of documents of arbitrary formats, and query functionality involving search in individual structure elements of the documents.
- WWW Gateway: SFgate is a gateway between the World Wide Web (WWW) and WAIS (Wide Area Information Servers) written in Perl. It is specially suited for usage with freeWAIS-sf, as it supports all its extensions. But all servers speaking the WAIS protocol can be contacted. SFgate is designed as a CGI script so that it is usable with any WWW server supporting the CGI standard.
- Before running SFgate the following softwares are needed:

    --   a HTTP server which calls SFgate
    --   a Perl interpreter, version 5.002 or higher
    --   the freeWAIS-sf distribution
    --   the Perl module Wais.pm
    --   SFgate itself
    --   you may want to use SFproxy, an indexing HTTP proxy

- SFgate relies on Wais.pm so before installing SFgate, Wais.pm should be installed.
- Availability:
    - The FreeWAIS-sf software can be obtained via anonymous ftp from some of the ftp archive hosts: ftp.wsct.wsc.com
      ftp.maxwell.syr.edu

- ftp.germany.eu.net
- ftp.leo.org

  - The Wais Perl Module can be obtained from: http://www.perl.com/CPAN/authors/id/ULPFR/
  - SFgate can be had from: ftp://ftp.germany.eu.net/
- Documentation:
  - FreeWAIS-sf documentation: http://ls6-www.informatik.uni-dortmund.de/freeWAIS-sf/
  - SFgate documentation: http://ls6-www.informatik.uni-dortmund.de/ir/projects/SFgate/
- Example usage:
  - DBIS
    - -- Literature on Database Programming Languages
    - -- DBIS Technical Report Library
  - BioPD University of Padova
    - -- Serials at Vallisneri Library
    - -- Research Projects in Biomedical Field
    - -- Interdepartmental building phonebook
    - -- People inviolved in Telethon projects
  - Computer Science Bibliography Collection
  - Environmental Resources Information Network (ERIN), Canberra, Australia

- Related sources:
  - Ulrich Pfeifer., Nobert Fuhr., and Tung Huynh. Searching Structured Documents with the Enhanced Retrieval Functionality of freeWAIS-sf and SFgate.

## II. Features of FreeWAIS-sf:

### 1. Technical Specifications:

| FreeWAIS-sf: Technical Specifications | |
|---|---|
| Server platforms supported<br><br>- Operating system<br>- Compiler<br>- Web server | - FreeWAIS-sf has been ported to number of machines under platforms like:<br><br>- **IRIX 5.2 IP12 cc, 1.1 IRIX 5.3 IP22 gcc 2.7.0 1.2-pre8**<br>- **DYNIX/ptx 4.0 i386 cc**<br>- **FreeBSD 2.2-ALPHA i386 gcc 2.7.2,**<br>- **HP-UX A.09.05 9000/735 gcc 1.0, 1.1,  HP-UX A.09.00 9000/827 cc**<br>- **ULTRIX 4.4 RISC gcc 1.0, ULTRIX 4.4 RISC cc 2.0.60, ULTRIX 4.5 VAX cc**<br>- **NetBSD 1.1 i386 gcc 1.0,**<br>- **OSF1 V3.0 alpha gcc 2.7.0**<br>- **SunOS 4.1.1 sun4c cc, SunOS 4.1.1 sun4 gcc 2.6.2**<br>- **Solaris 2.5.1 cc, Solaris 2.5.1 gcc**<br>- **Linux 1.3 i586 gcc, Linux 1.2.9 i586 gcc, Linux 1.2 i486 gcc** |

|  |  |
|---|---|
|  | (*For this workshop, FreeWAIS is installed on Pentium II PC with RH Linux 5.1*)<br><br>• No web server specifications. |
| Scalability:<br><br>• Index local doc collections only<br>• Index doc collections on multiple web servers (remote indexing) | Only Local document collections.<br><br>A module "SFProxy" in SFGate can be used for remote indexing. |
| Technical support:<br><br>• E-Mail<br>• Mailing list<br>• Documentation on Web site | NO<br>Yes (send mail to `majordomo@wsct.wsc.com' with `subscribe wais' in the body)<br>Yes (http://ls6-www.informatik.uni-dortmund.de/freeWAIS-sf/) |
| Source code availability | Yes (with the package) |
| Main program modules | waisindex (building database indexes)<br>waissearch (database search)<br>waisserver (serves WAIS requests)<br>swais (simple WAIS interface to search local databases)<br>xwais (X11 client for wais databases) |

## II. Features of FreeWAIS-sf:

## 2. Indexing Interface:

| FreeWAIS-sf: Indexing Interface ||
|---|---|
| File/document formats supported (HTML, ASCII, PDF, SQL, Spread sheets, WYSIWYG) | HTML, ASCII, MAIL files, BibteX, LaTeX, TeX, DVI, PostScript, Refer format, irlist, mh_bboard, jargon 2.9.8 format, netnews format files.<br>Only filename indexing for GIF, TIFF, JPEG and PICT file formats. |
| Indexing level support:<br><br>• File/directory level<br>• Multi-record files (e.g. bibliographic records in a file) | • Yes<br>• Yes |
| Specification of document collections<br><br>• Package specific/ independent | • Package independent<br>• Single directory & its sub directories |

| | |
|---|---|
| • Single/ multiple source directories (and sub directories) | |
| Standard formats recognised (MARC, BIB-REF, MEDLINE, etc.) | Supports LaTeX, BibteX, Refer, MEDLINE, BIOSIS formatted Bibliography files. |
| Customisation of document formats | Yes (through waisindex command line options) |
| Stemming | Yes. (An option `-stem' during indexing time, a case of stemming for global databases) |
| Stop words | Yes |
| Field level indexing | Yes |
| Database updation (merging) | Yes (using option `-a' at indexing time) |
| Compression support | No |

## II. Features of FreeWAIS-sf:

## 3. Search Interface:

| FreeWAIS-sf: Search Interface ||
|---|---|
| Boolean | Yes (terms connected with Boolean operators AND, OR and NOT) also in conjuction with searching numeric database fields using predicates e.g., >1997, >= 1980, <= 1974 ==1971. |
| Query term weighting | Yes (with ranked queries. e.g., 'atleast 10 "information retrieval"') |
| Relevancy ranking | Yes (Vector Space Model) |
| Proximity/phrase searching | Phrase searching only. But proximity searching can be configured at install time at the expense of phrase searching. |
| Truncation | Through word stem automatically, using `*' as the tail trucation symbol. |
| Search set manipulation | No |
| Duplicate detection | No |
| Field level searching | Yes, by creating a .fmt file, defining the field names and their relative format, including the regular expression. The filename should be that of the database being built (indexed) with extension `fmt' and should be placed priorly in the directory where the index files reside. |
| Thesaurus/concept searching | No |

| | |
|---|---|
| QBE (Query-By-Example)/ Relevance feedback searching | Yes |
| Customisation (thru CGI programming) | Yes (by calling 'SFgate' through HTML forms) |
| Soundex search | Yes |
| Additional features | Multiple databases of arbitrary formats can be accessed using SFgate, like Bibliographical, HTML etc,. <br> SFgate provides several converters before showing the records. Basically these are perl subroutines called by SFgate. Some converters provided are: BibTeX converter for tagged format, converts tagged format (journals), BibTeX converter for WRb format and others. |

## II. Features of FreeWAIS-sf:

## 4. Results Display:

| FreeWAIS-sf: Results Display ||
|---|---|
| Formats supported (Native format, ASCII, HTML) | Displays all the documents matching the query in the same format as the Input collections, unless converter is used. Using HTML forms and modifying SFgate the results display can be customised as needed. |
| Relevancy ranking | Yes (vector space model). |
| Option for viewing document summary | Yes (Provides multiple choice headline menu, description list, preformatted, verbose headlines and short headlines) <br> By default SFgate displays only the first 40 docs as maximum doc hits, which can be modified. |
| Keyword-in-context | No (SFgate does not high-light the matching query words in the retrieved documents) |
| Customisation of results display | Some options are provided to the users for Limited customisation through SFgate environment variables |
| Additional features | SFgate is useful when there is a need to query more than one WAIS database in parallel, the setting up a single query interface and the fields available in the different databases coincide exactly in each of the databases. But the more common case is that there are <br> different fields in different databases i.e.,the schemas of the databases differ. In |

such cases the task with respect to heterogeneous databases is to find a mapping of the attributes (or field names) used within a given
query and the attributes (or field names) available in the different databases. This is done by defining a lattice (Predefined Attribute Lattice) on these attributes which reflects the specialization relationships between the attributes.

## II. Features of FreeWAIS-sf:

## 5. Costs, license, registration:

| FreeWAIS-sf: Costs, license, registration, etc. ||
|---|---|
| Completely free | Yes |
| Maintenance fee, license fee and any other contractual requirements | FreeWAIS-sf is the Copyright of University of Dortmund, Germany. |
| Registration for download and use | No |

## II. Features of FreeWAIS-sf:

## 6. Unique Features:

- **Full-text retrieval**: The FreeWAIS comprises a **Full-Text Retrieval system.** A Full-Text retrieval system allows one to create a database out of some given documents and then do queries upon it to retrieve any relevant documents. It is "full-text" in the sense that every non stopword in the text is indexed and the query operates only on this index to do the searching.
- **Graphic files:** It can index the filenames of graphic files like pict, gif, tiff, jepg, jfif.
- **Field Search:** By defining a mandatory format descriptor file, which includes the regular expressions, it is possible to do field level searching of bibliographical databases. Even HTML pages can be indexed by including the tags as the regular expressions. The file extension for this file is `fmt' and the filename should be same as the database name and should be present in the database source directory.
- **SFgate:** The WWW gateway for the wais database

## III. FreeWAIS-sf Applications demonstration:

**Application 1: Multiple Access to Current Contents (bibliographic)**

- Document files:
  - No. of records: **19554**
- Index size: **87.58 MB**

**Application 2: IISc Library OPAC (bibliographic)**

   **IISc Library OPAC (bibliographic) (another interface)**

- No. of records: **79,903** , Disc storage: **20 MB**

- Index size: **69.15 MB**
- Updation frequency: **On new books arrival**

**Application 3:** [Library Web site/HTML pages](#)

- No. of files: **3234** , Disc storage: **4.63 MB**
- Index size: **3.07 MB**

**Application 4:** [HTML Pages with Multiple Records(Infowatch)](#)

- No. of files: **35** , Disc storage: **0.68 MB**
- Index size: **3.07 MB**

**Application 5:** [Full text publications](#)

- No. of publications: **48**, Disc storage: **1.43 MB**
- Index size: **2.79 MB**

**Application 6:** [Electronic Journals](#) (HTML) (Multiple Records)

- No. of files: **1**, Disc storage: **455 KB**

  Index size: **920 KB**

---

**IV. FreeWAIS-sf: Indexing and Search Performance:**

- **Indexing  [ Collection (bibliographic)  ]**

| Input collection size | 100 K | 10 MB | 100 MB |
|---|---|---|---|
| Index time | 3 sec | 5 min | 50 min |
| Index file size | 955 KB | 41 MB | 261 MB |
| No. of files | 53 docs | 5909 docs | 57086 docs |

---

**V. Installation of FreeWAIS-sf(for Linux OS)**

**HW:** Pentium II PC with 64 MB RAM, 4.1 GB disc storage
**SW:** Linux RH 5.1, Perl 5.004, GCC, Apache Web server 1.2

**Installation steps (vis-a-vis what is on the CD):**

- Download the FreeWAIS source from some of the ftpsites mentioned above.
- Unpack it with the following command:

    gunzip -cd freeWAIS-sf-2.1.tar.gz | tar xvf -

- The simplest way to compile this package is:

  [*Refer to:* **README** file]

- `**cd**' to the directory containing the package's source code and type `**./configure**' to configure the package for your system. Running `configure' takes a while. While running, it prints some messages telling which features it is checking for.
- configure will display a startup message and begin to check the required system properties.
- Intermixed with questions about various system properties there are some questions about the desired properies of the freeWAIS-sf system itself.
- Finally configure prints the name of the files it generates and some short advice how to proceed.

- Edit the Makefile generated by configure by removing **\*.a** appearing in the line having the variable **RM_CMD** from the main Makefile and the ones occuring in the subdirectories *viz.,* lib, regexp, ir, ui,ctype and x**.** (This is optional if you are not going to install SFgate).
- Type `**make all'** to compile the package. This will also index a test database and run some tests.
- `**make install'** Install binaries and scripts.
- `**make install.man'** Install the manual pages.
- `**make clean'** Remove object files, libraries, backups, ...
- `**make realclean'** Remove files generated by flex, bison, dvips, latex, waisindex.
- If you need the x clients cd to the x subdirectory and enter **xmkmf** and **make depend** prior to **make all** and **make install.**
- Running the tests: After successful compilation the make process indexes a test database and runs some queries. You will have to start the tests manually, if you did not chose the LOCAL_SEARCH option.
    cd FIELD-EXAMPLE
    ../ir/waisserver -d . -p 9565
    make test
    ...
    kill *waisserver*-pid

- Add `.../bin' to your path, if it is not already there (the directory where wais is installed, usually /usr/local/bin)
- The file `.../lib/app-defaults/Xwais' must be found by the X11 server. You can safely move it to some directory

  (e.g. `/usr/X11R6/lib/X11/app-defaults') where your server already searches or add the       `.../lib/X11/app-defaults/Xwais' directory to the search path e.g. by adding `.../lib/X11/app-defaults/Xwais,%N' to the environment variable XUSERFILESEARCHPATH.

- Add `.../man' to your MANPATH.
- Installing the server:
    Add a line for the WAIS protocol to your `/etc/services':

    wais        210/tcp

- You can use any term instead of `wais' if you want. You can choose a port different from 210 if you want.
- To `/etc/inetd.conf' add a line:

    wais   stream  tcp    nowait  wais     installdir/bin/waisserver waisd.d -d databasedir  -e logfile

    Send the inet daemon a `HUP' signal:

    Kill -HUP inetd-pid

- Reboot the system.

### Installation of Wais Perl Module(Wais.pm):
- This perl module uses the libraries generated during the installation of freeWAIS.
- Refer file **INSTALL** in the source directory for building Wais.pm, the WAIS extension module for Perl.

### Installation of SFagte:
- Refer file **README** for more information.
- Type `**make'**
- Type `**make install'**

## VI. Our observations/ recommendations:

- FreeWAIS is perfectly suited for structured indexing, searching and retrieval. Supports field level searching.
- Has powerful retrieval capability.
- It is possible to do both field based as well as global searches.
- Capable of handling complex query searches.
- defining single field or all fields for soundex and phonix searches.
- Handles multiple file formats.
- Indexing for field level searching takes more time rather than indexing for the whole document.
- Installation and management is relatively easy. Care has to be excercised during installations since some of the libraries generated by installing freeWAIS are required during the installation of wais perl extension.