# EXHIBIT YY
# VIDEO