# EXHIBIT ZZ

# LIST OF MATERIALS RELIED ON
## Expert Declaration of Jaime Carbonell, Ph.D.

U.S. Patent No. 8,086,604

Prosecution history of U.S. Patent No. 8,086,604

Prosecution history of U.S. Patent No. 6,847,959

Expert Declaration of Dr. Nathaniel Polish Concerning U.S. Patent No. 8,086,604 and Exhibits thereto

April 3, 2012 Deposition Transcript of Nathaniel Polish, and Exhibits.

Declaration of Björn Bringert

Declaration of Lyle Bickley

Kellem, Jeff.  "WAIS, A Sketch Of An Overview."  23 September 1991

"WAIStation User Guide"  retrieved from:
http://iubio.bio.indiana.edu/soft/util/mac/waistation.readme

Lynch, C.  "The Z39.50 Information Retrieval Standard."  D-lib magazine 1997.
obtained from:  http://www.dlib.org/dlib/april97/04lynch.html

FreeWAIS-SF Frequently Asked Questions:  http://iubio.bio.indiana.edu/soft/util/wais/freewais-sf.faq

Kahle, Brewster.  Overview of WAIS (1991)
http://web.urz.uni-heidelberg.de/Netzdienste/internet/tools/info/wais/overview.html

http://www.archive.org/details/WaisDemonstration

"FreeWAIS-sf: A Wide Area Information Server for Structured Documents and Retrieval Functionality"
obtained from: http://www.ncsi.iisc.ernet.in/raja/netlis/wise/wais/freewais-sf.htm

Pfeifer, Ulrich.  "freeWAIS-sf."  1995.
obtained from:  www.cs.cornell.edu/cdlrg/starts/files/fwsf.ps

RFC 1625 "WAIS over Z39.50-1988" June 1994
http://www.rfc-editor.org/rfc/rfc1625.txt

"TVA: How to Create a WAIS Query"
obtained from:  http://web.archive.org/web/19970613094631/http://www.tva.gov/gils/howto.htm

Materials Relied On                                              2


"WAIS Search Help"
obtained from:  http://web.archive.org/web/19980219043602/http://cdsweb.u-strasbg.fr/wais-help.html

Source Code:  freeWAIS-sf-2.2.12.tar.gz

"The MetaCrawler Architecture for Resource Aggregation on the Web," Selberg and Etzioni, November 8, 1996.

GNU Emacs Manual – Searching and Replacement.
http://sunsite.univie.ac.at/textbooks/emacs/emacs_16.html#SEC86

WordPerfect for Windows Version 5.2, Lesson 14

U.S. Patent No. 6,324,534 to Neal et al.

U.S. Patent No. 6,005,565 to Legall et al.

U.S. Patent No. 6,049,796 to Siitonen et al.

SQLite FTS3 and FTS4 Extensions, http://www.sqlite.org/fts3.html

Portions of the publicly available version of Android 4.0 source code, available at http://www.google.com/nexus/#/tech-specs and http://source.android.com/source/downloading.html