# EXHIBIT A



617.621.3100
Ten Canal Park, 1st Floor
Cambridge, MA 02141
www.elys.com

| | |
|---|---|
| **Name:** | Geoff A. Cohen, Ph.D. |
| **Education:** | • Duke University, Ph.D., Computer Science, 2001<br>• Princeton University, A.B. Woodrow Wilson School of Public and International Affairs, 1992 |
| **Employment History:** | • 2005-present, Elysium Digital, L.L.C., Computer Scientist<br>• 2003-2005, Coherence Engine, Principal<br>• 1999-2002, Cap Gemini Ernst & Young Center for Business Innovation, Senior Consultant/Manager<br>• 1996-1997, IBM, Intern<br>• 1994-1995, Data General, Intern<br>• 1992-1994, Congressional Budget Office, National Security Division, Assistant Analyst |
| **Professional Activities:** | • National Research Council Workshop on Deterring CyberAttacks, July 2010,<br>• Member, USACM, Public Policy Committee of the Association for Computing Machinery<br>• Peer Reviewer, U.S. Department of Commerce Broadband Technology Opportunities Program, 2009 |
| **Publications:** | • "Targeting Third-Party Collaboration," in Proceedings of a Workshop on Deterring CyberAttacks: Informing Strategies and Developing Options for U.S. Policy, National Academies Press, 2010<br>• "The Invisible Handshake: Open Source Principles for Business," Monitor Networks white paper, May 2005<br>• "Using Bytecode Transformation to Integrate New Features," in *Aspect Oriented Software Development*, Robert Filman, editor, Addison-Wesley, September 2004<br>• "Spaces of the Real: How Sensors Will Change the Way We See the World," *Perspectives on Business Innovation*, January 2003<br>• "The Bionic Organization," Geoff A. Cohen and John S. Parkinson, *Perspectives on Business Innovation*, May 2002<br>• "An Open Letter to the Software Nobility," Geoff A. Cohen and Alan Radding, Center for Business Innovation Working Paper, February 2002<br>• "Travels in Silicon: Reflections on the Center for Business Innovation's Untethered Devices Rave," Geoff A. Cohen and Mukul Kanabar, Center for Business Innovation Working Paper, June 2001<br>• "Architecture, Implementation, and Applications of Bytecode Transformation," Ph.D. dissertation, May 2001<br>• "Pushing Platforms: Corporate Venture Funds," *Perspectives on Business Innovation*, May 2000<br>• "Toward Automatic State Management for Replicated Dynamic Web Services" by Geoff Berry, Jeff Chase, Geoff Cohen, Landon Cox, and Amin Vahdat. 1999 Netstore |

|  |  |
|---|---|
|  | Symposium, October 1999. |
|  | • "Automatic Program Transformation with JOIE," Geoff A. Cohen, Jeffrey S. Chase, and David L. Kaminsky. USENIX Annual Technical Symposium, June 1998 |
|  | • Co-inventor of U.S. Patent 6,324,543, "Dynamic object migration method using proxy object links to support automatic object distribution in an object-oriented environment" |
|  | • Co-inventor of U.S. Patent 6,125,400, "Method and system of running object oriented programs across a network through compression and distillation of remote method invocation" |
|  | • Co-inventor of U.S. Patent 6,072,953, "Apparatus and method for dynamically modifying class files during loading for execution" |
|  | • Co-inventor of U.S. Patent 6,011,918, "Methods, systems, and computer program products for generating client/server applications" |
|  | • Co-inventor of U.S. Patent 5,805,829, "Process for running applets over non-IP networks" |
| **Prior Testimony:** | • Deposed in official capacity as member of Town of Brookline committee in *Omnipoint v. Town of Brookline* (US District Court, Massachusetts, 2006) |
|  | • Submitted expert report on behalf of eCopy, Inc. in the matter of *eCopy, Inc. v. Embassy Software Corporation ("Old Embassy"), Embassy Software Corporation ("New Embassy"), and Jeffrey K. Tidd* (US District Court, New Hampshire, 2007) |
|  | • Submitted affidavit and multiple expert reports concerning patent infringement and claim construction on behalf of Honeywell, Inc. in *The Matter of Certain Automotive Multimedia Display and Navigation systems, Components Thereof, and Products Containing Same* (U.S. International Trade Commission, 2009) |
|  | • Deposed on two occasions as expert witness on behalf of Honeywell, Inc. in *The Matter of Certain Automotive Multimedia Display and Navigation systems, Components Thereof, and Products Containing Same* (U.S. International Trade Commission, 2009) |
|  | • Testified as expert witness on behalf of Honeywell, Inc in *The Matter of Certain Automotive Multimedia Display and Navigation systems, Components Thereof, and Products Containing Same* (U.S. International Trade Commission, 2009) |
|  | • Submitted declaration on behalf of Imation Corp. *et* al in *Toshiba Corporation v. Imation Corp. et al* (US District Court, Western District of Wisconsin, 2010) |