# EXHIBIT B

## LIST OF MATERIALS RELIED UPON
### Expert Declaration of Geoff Cohen, Ph.D.

United States Patent Number 5,946,647 and file history

Re-examination file history for US Patent 5,946,647

Expert Declaration of Dr. Todd C. Mowry Concerning U.S. Patent No. 5,946,647 and Exhibits thereto

Transcript of the April 4, 2012 Deposition of Todd C. Mowry and Exhibits

Transcript of the April 6, 2012 Deposition of David John Wright and Exhibits

Transcript of the April 20, 2012 Deposition of Greg Christie

Order of March 19, 2012 in *Apple Inc. et al. v. Motorola, Inc. and Motorola Mobility, Inc.*, U.S. D.C. N.D. Ill. C.A. No. 1:11-cv-08540

Declaration of Michael W. Schaffer Regarding Perspective

Declaration of Dianne Hackborn

Declaration of Cary Clark

Portions of Android 4.0.2 source code, available at http://www.google.com/nexus/#/tech-specs and http://source.android.com/source/downloading.html downloaded according to the instructions at source.android.com

Android Developer Documents, including:

> http://www.kandroid.org/online-pdk/guide/telephony.html
> http://developer.android.com/reference/android/content/Intent.html
> http://developer.android.com/reference/android/view/View.html
> http://developer.android.com/reference/android/app/Dialog.html
> http://developer.android.com/guide/topics/fundamentals.html
> http://developer.android.com/reference/android/app/Activity.html•
> http://developer.android.com/guide/topics/intents/intents-filters.html

Materials Relied On

Conger, Jim, *Microsoft Foundation Class Primer*, Waite Group Press, Emeryville, CA, 1993.

mhonarc.txt from the doc directory of the MHonArc distribution.

mhonarc (the mail MHonArc Perl script) from the top level of the MHonArc distribution.

README.WRI (a NCSA Mosaic for Microsoft Windows Installation and Configuration Guide) from the top level of the Mosaic2.0Alpha9 distribution

RELNOTES.HTM (a NCSA Mosaic for Microsoft Windows Installation and Configuration Guide) from the top level of the Mosaic2.0Alpha9 distribution.

The Perl History Records , http://perldoc.perl.org/perlhist.html

MosaicMail script by Earl Hood, Oct 26, 1994,
http://www.mhonarc.jp/mirror/release/MHonArc/2.5.14/extras/MosaicMail,.

Dougherty, Dale, Koman, Richard, *The Mosaic Handbook,* O'Reilly & Associates, Inc., 1994.

Lecture slides downloaded from http://www.cs.cmu.edu/~213/lectures/21-network-programming-1up.pdf, http://www.cs.cmu.edu/~213/lectures/13-exceptions-1up.pdf, http://www.cs.cmu.edu/~213/lectures/12-linking-1up.pdf


European Patent EP 0 458 563 A2 (Nokia)

Newton Programmer's Guide, copyright 1993, 1994 Apple Computer, Inc.

*Sidekick Version 1.5 Owner's Handbook,* Borland International, Inc, Scotia Valley, CA, March 1985.

Perspective Handbook, Copyright 1992, Pensoft Corporation (Handbook)

Lookup Guide to The EO Personal Communicator, Copyright 1992, 1993, EO, Inc. (Lookup Guide)


Perspective Source Code

The AT&T EO Travel Guide, Copyright 1993 John Wiley & Sons, Inc. (Travel Guide)

Materials Relied On

U.S. Patent No. 5,859,636

PenPoint API Reference, Vol. I, pp. 39-42

Declaration of Jim Miller

European Patent Publication No. EP 0458563A2 (Nokia)

U.S. Patent No. 8,046,721 and file history

U.S. Patent No. 7,657,849 and file history

Declaration of Dr. Ravin Balakrishnan Concerning U.S. Patent No. 8,046,721 and Exhibits Thereto

Transcript of the April 6, 2012 Deposition of Ravin Balakrishnan and Exhibits

1991 video of the HCIL touchscreen toggle switches (University of Maryland)
http://www.youtube.com/watch?v=wFWbdxicvK0

Plaisant video, http://hcil.cs.umd.edu/video/1991/1991_touchscreentoggles.mpg

Plaisant, C "Touchscreen Toggle Switches: Push or Slide?  Design Issues and Usability Study" (Nov. 1990)

Plaisant, C.  "Touchscreen Toggle Design."  (1992)

Blickenstorfer, C.  "NeoNode N1: Can a unique interface put this compelling smart phone on the map?"  Pen Computing Magazine.  (retrieved at:  http://pencomputing.com/WinCE/neonode-n1-review.html)

Neonode video http://www.youtube.com/watch?v=Tj-KS2kfIr0

Neonode N1m videos :

Neonode N1 User's Guide

NeoNode Quick Start Guide ver. 0.5

NeoNode N1m specifications (retrieved at: http://www.gsmarena.com/neonode_n1m-1137.php)

Materials Relied On


U.S. Patent No. 5,821,933 to Keller

U.S. Patent Application 2005/0289476 to Tokkonen

US 2005/0134578 to Chambers.

US 5,923,908 to Schrock.

Neonode N1 Development Description ver. 1