# EXHIBIT C
# FILED UNDER SEAL

**FILED UNDER SEAL**

**U.S. Patent No. 5,946,647**

**Perspective / EO Personal Communicator**

**References cited:**
- Perspective Handbook, Copyright 1992, Pensoft Corporation (Handbook)
- Lookup Guide to The EO Personal Communicator, Copyright 1992, 1993, EO, Inc. (Lookup Guide)
- Pensoft Source Code (Source Code)
- The AT&T EO Travel Guide, Copyright 1993 John Wiley & Sons, Inc. (Travel Guide)
- Deposition of Dr. Todd C. Mowry Concerning U.S. Patent No. 5,946,647 (Mowry Deposition)
- PenPoint Architectural Reference, Vol. 1

| Claim | Disclosure |
|---|---|
| 1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | Apple has taken the position that the preamble is not limiting. *See* Mowry Dep. Tr. at 101:4-6.<br><br>Even if it is found to be limiting, Perspective discloses a computer-based system for detecting structures in data and performing actions on detected structures.  See, e.g.: |

1

**CONFIDENTIAL**

Another aspect of the EO that differentiates it from traditional computers is how all the EO's communications capabilities are combined in a single unit. With an EO you have built-in E-mail, fax, telephone, networking, and data communications capabilities all in a single unit.

Despite the differences, when talking about the EO, terms like hardware, software, RAM, ROM, and other computer terms are all going to be used. This is because the EO uses existing computer technology as its base and the features that make the EO a communicator are in addition to, not instead of, existing computer technology.

This chapter looks at the physical aspects of the EO. In doing so, the EO will be described using the same terms used to describe computers. The EO's physical components (disk drives, memory, etc.) make it easy to discuss it as if it were just a computer—part of what makes the EO more than a computer is the fundamental integration of all its hardware and software.

(Travel Guide at 1-2)

When using the communicator you write and view all of your information directly on the EO's screen. Any function you want the EO to perform is done by drawing "gestures" on the EO's screen. A gesture is a special mark that you draw which the EO interprets as a command to perform a specific task. All commands such as copying, moving items, opening, and closing documents are executed in this fashion. (Chapter 3 contains a list of all the gestures and their meanings.)

(Travel Guide at 1-3)

**CONFIDENTIAL**

2

All of the EO's hardware is packed into a device that can weigh from 2.2 pounds (a standard EO 440) to 5.1 pounds (an EO 880 with the Cellular option) all as a single unit. This is amazing by itself. But when you consider the software that comes with the EO and how it all integrates, the EO Personal Communicator is even more impressive.

The EO has eight megabytes of ROM (Read Only Memory) containing the operating system and all of the applications that come on the EO. Eight megabytes is equivalent to five and a half 3.5-inch floppy disks. The top of the line Macintosh only has two megabytes of ROM, while most MS-DOS machines only have enough ROM to make the machine turn itself on—usually about a quarter of a megabyte. The advantage is speed—computers access data in ROM much faster than data on a disk. The EO has enough ROM to hold everything it needs to run, plus many of the programs you'll use.

The following is a list of what's installed in an EO's ROMs:

**Clock***   An accessory so you can quickly get the date and time.

**EO Calc**   A program that lets you work with numbers using a "columnar pad."

**EO Lock**   A utility that protects an EO from unauthorized access.

**EO Phone**   A program that controls the Cellular Option which can also be used with a standard telephone.

**EO Sound**   A program that you can use to record and playback voice notes.

**GO Fax**   The program that sends and receives faxes.

**GO Mail**   The program used to send and receive Electronic mail using AT&T EasyLink services.

**MiniNote***   A basic program used to draw simple graphics and for taking notes that are stored in electronic ink.

**MiniText***   A basic word processing program that has been optimized for pen input.

**PenPoint**   The EO's operating system. The operating system is all of the software that makes the EO function as a computing device.

**PenTOPS**   Networking software that lets you connect to an MS-DOS machine running PenCentral (also included with the EO).

**Personal Perspective**   A very powerful and complete personal information manager. It includes a day planner with a calendar and appointment scheduler, an address book, and a notes register. Personal Perspective is used to keep track of all your contacts, manage your time, and keep track of your projects.

(Travel Guide at 1-8 to 9)

**CONFIDENTIAL**

3

The Associate is Personal Perspective's behind-the-scenes information linker. Whenever information is entered into linked detail items, the Associate will attempt to link the information to a corresponding item. If the Associate cannot find a corresponding item, it will ask you if you want to create a new one.

The Associate links everything back to a Names Item profile. If you are scheduling a meeting with someone named Bob and enter "Bob" into an Appointment profile, the Associate will look at all of the people named Bob in your Address Book. Should you know several Bobs, the Associate will pop up a list of the different Bobs and ask which one you want linked to the Appointment item or to create an new Person profile. If the Associate can not find a profile to link, it will ask if you want to create a new one. Figure 5.6 shows the Associate asking which Bob to use while an appointment is being scheduled.

After you have chosen the correct Bob, he is entered into the Appointment profile and the name Bob is displayed in bold text. Bold text indicates that the name is linked to an item in the Address Book. By double tapping ✓ on the name Bob, the Person profile for Bob will automatically open. Figure 5.7 shows the name Bob in the Appointment list with Bob's profile floating in front.

(Travel Guide 5-169)

**CONFIDENTIAL**

4

| [1. cont'd] an input device for receiving data; | Perspective discloses an input device for receiving data.  See, e.g.: |
|---|---|
| | With Perspective, you can use the pen to write information on the screen just as you do with pen and paper. You can enter information anywhere in Perspective — in a document, in a profile or in a note. Your writing can be kept in your own handwriting (*ink*) or translated to printed characters (*text*). If you write in text, the Associate recognizes names and automatically files and cross-references information for you. When you enter information, it is stored in the ProfileBook so all documents can display it.<br><br>(Handbook at 3-27)<br><br>Your EO Personal Communicator is easy to use, but to use it successfully you need to learn a new way of using a pen. The gestures you use on the EO represent a new "alphabet." Printing and writing by hand on the screen represent a new way of adding information. Most people need a little time to become accustomed to these new skills.<br><br>(Lookup Guide at 2-31)<br><br>**Most frequently used gestures**<br><br>|Symbol|Name|Action|Where the gesture works|<br>|---|---|---|---|<br>|∧|Caret|Opens the Create menu to insert a new document. Opens a writing pad you can use to insert text. Opens pop-up menus.|Text. In the Table of Contents, on the Bookshelf, or in the cork margin, opens a pop-up create menu so that you can create a document.|<br>|✓|Check (tick)|Opens an option sheet.|Text, Table of Contents, title line, Bookshelf, and cork margin.|<br>|○|Circle|Opens a writing pad you can use to edit text.|Text, Notebook tabs, title line, Bookshelf, cork margin.|<br><br>(Lookup Guide at 2-35) |

5

**CONFIDENTIAL**

| [1. cont'd] an output device for presenting the data; | Perspective discloses an output device for presenting the data.  See, e.g.:<br>For the EO 440:<br><br>Display       7.5 inch diagonal, 640 X 480 pixels, 8 levels of gray, 110 dots per inch, 0.23 dot pitch, high-contrast reflective supertwist LCD. The screen response time is 250 ms and the refresh rate is 70 Hz.<br><br>(Travel Guide at 1-16)<br><br>and for the EO 880:<br>Display       9.4 inch diagonal, 640 X 480 pixels, 8 levels of gray, 85 dots per inch, 0.30 dot pitch, transmissive backlit supertwist LCD. The screen response time is 150 ms and the refresh rate is 70 Hz.<br><br>(Travel Guide at 1-19) |

**CONFIDENTIAL**

6

| [1. cont'd] a memory storing information including program routines | Perspective discloses a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures.  See, e.g.: |
|---|---|
| | For the EO 440: |
| | Internal Storage options    20 megabyte internal hard drive. 2.5, 5, 10, and 20 megabyte SunDisks. |
| | (Travel Guide at 1-16) |
| | and for the EO 880: |
| | Internal Storage options    64 megabyte internal hard drive. 2.5, 5, 10, and 20 megabyte SunDisks. |
| | (Travel Guide at 1-19) |
| | At times you may want to move documents around in the Notebook. You can move documents to change the order of the Table of Contents, and you can also move documents from section to section and from the EO to an external disk drive.<br><br>If you want to revise a document and keep the original version intact, you can make a copy and revise the copy. You may also want to make a copy for backup purposes. Bear in mind that copies use up storage space. For instructions on removing unused copies, refer to "Deleting a Document," on page 65. |
| | (Lookup Guide at 2-63) |
| | Perspective organizes information into categories, details and items. In database terms a category is the same as a table; an item is a record; and a detail is equivalent to a field. |
| | (Handbook at 11-203) |
| | **Perspective's Lists**<br>Note    All of the EO's programs are also called documents, and all documents are viewed as—and called—pages. So, talking about a document is synonymous to talking about a computer program. The |
| | (Travel Guide at 5-164) |

**CONFIDENTIAL**

7

including an analyzer server for detecting structures in the data, and for linking actions to the detected structures;



## Linking and the Associate

A *link* represents a relationship between two items. For example, people are employed by a company, so there is a relationship between person and company. Links tie related information together. For example, while looking at an appointment it is useful to know the phone number of the person with whom you are meeting, so you can call to confirm the meeting. Links can also track the history of all your interactions. While looking at the information for a person, you can also see a list of all the meetings with that person.

Links can be established several ways. [redacted] You can also manually link two items. To get information from those links, you can open the profile for any linked item. Links are displayed as bold text in documents and profiles, so you can find them easily.

(Handbook at 1-11)

**CONFIDENTIAL**

8

**Notes**

You can create notes in Perspective and retrieve them from several places. ████████████████████

Within Perspective, each note is an item. Notes can be easily retrieved at any time.

**Topics**

In addition to establishing links between related items, you can also cross-reference or group items using the Topic category. Once you have entered topics such as marketing, proposal ideas, or financials, you can quickly link all related items to the topic. ███████████████ You can also float the Topic Index and manually link the items. The Topic Index gives you quick access to all items related to the topic.

(Handbook at 1-12)

When you write on a blank line (or row) in any Perspective document, Perspective creates a new item. Perspective automatically categorizes the items you create based on where you write. For example, when you write in the Appointment Tile of the Day Planner, Perspective assigns the new item to the category Appointment. When you add a new entry in the Topic Index, Perspective assigns it to the Topic category.

(Handbook at 3-27)

Perspective will also detect structures such as time, dates, and associated words (lunch, breakfast, appointment) and create the appropriate links for them.

the category of an item" in Chapter 4 on page 58. When writing an appointment or event, include the scheduled time, and it is displayed in the Day Planner and the Month Planner. To do's are put on today's to do list. Objectives are scheduled for this month. Therefore, you can write the following descriptions in any Calendar Items detail:

Meet Dan on December 15, 1992 at 2:00          Appointment is scheduled On December 15, 1992 at 2:00.

(Handbook at 3-42)

**CONFIDENTIAL**

The Associate also recognizes names not previously entered when you use keywords. The Associate creates profiles for the new names, and automatically links them. If Let the Associate ask for Help is On, you can use one of the keywords below when you write in a description to have the Associate help you create a new profile:

- about
- appointment
- appt
- at
- breakfast

- brkfst
- call
- dinner
- lunch
- meet

- meeting
- mtg
- phone
- re
- regarding

- with
- w/

For example, if you are scheduling a meeting with John, who is not entered into your Address Book, you can schedule an appointment in the following ways:

| | |
|---|---|
| 12:00 John | No profile created or linking performed. |
| 12:00 Meet John | New profile created for John and linked to appointment. |

(Handbook at 3-41)

10

**CONFIDENTIAL**



**CONFIDENTIAL**

Judge Posner construed "analyzer server" as "a server routine separate from a client that receives data having structures from the client." Dr. Mowry seems to interpret "separate" as requiring only that the code for the routines somehow be distinguishable from the application.

> Q. And why, in your opinion, is the client that is sending the data separate from the server routine, as you understand them?
> A. Well, the functionality for the server has been written to be part of the -- of general shared libraries that are accessed across a number of different applications in Android. The part that's custom-built for browser specifically is -- is separate from the analyzer server.
> Mowry Deposition 121:23-122:7

Under this understanding, Perspective has an analyzer server. The "OREO" and "RECO" code is separate from the PenPoint applications, such as Daily view or Itemnb.

12

**CONFIDENTIAL**

Under a stricter definition that comported with the plain meaning of "server" to one of ordinary skill in the art, it would have been obvious to use a separate process to implement the routines that detected structure and linked actions. Each itemnb database ran as a separate process in PenPoint.

## ▶ Other Ways to Send Messages                                      2.5

Thus far we have limited our discussion to the **ObjectCall**() function for sending a message to an object. **ObjectCall**() executes code in the task that calls **ObjectCall**(). If your code sends a message with **ObjectCall**(), your execution thread goes from your code, to the code of the message handler, then back to your code—all executing in your code's task. This is why you normally use **ObjectCall**() to send **msgNew** to create a new object. By using **ObjectCall**(), you cause the instance-creation code to run in your task. Your task owns the object because it was created in your task.

However, the PenPoint™ operating system is multi-tasking. It supports many different tasks; each task gets a share of CPU cycles. Every active document in PenPoint is a separate task (thus embedded documents run in separate tasks from their parent documents). The PenPoint operating system itself uses several tasks. Your own application architecture may involve multiple tasks.

**ObjectSend**() works like **ObjectCall**() except that the message handler code runs in the task that owns the object rather than in your task. Your task waits for the **ObjectSend**() to return; while awaiting the return, your task will continue to dispatch messages sent to objects owned by your task. This prevents a deadlock condition from arising when you send to an object owned by another task, which in turn sends to an object owned by your task.

**ObjectPost**() works like **ObjectSend**() in that the message handler code runs in the object's owning task. However, **ObjectPost**() returns immediately, allowing your task to continue its execution. At some later time, the message handler for the posted message executes in the recipient object's task.

PenPoint Architectural Reference, Vol. 1, pp. 19

Making such a change would involve only editing that single word.

**CONFIDENTIAL**

| [1. cont'd] a user interface enabling the selection of a detected structure and a linked action; and | Perspective discloses a user interface enabling the selection of a detected structure and a linked action.  See, e.g.: |
|---|---|
| | ## Topic Index<br><br>Tracking appointments, to do's, contacts, and notes by *topic* lets you organize diverse information. If you create a topic for each area of interest or responsibility such as financial, forecasting or marketing, you can use the Topic Index to track all meetings, notes and people related to each topic. The Topic Index lists your topics, along with notes, embedded documents and other information related to the topics.<br><br>For example, if you want to keep track of information for an article you are writing, create a topic called Article. Jot down related information and ideas at any time: in phone conversations, when you read articles in the paper, or at the weekly staff meeting. Perspective's Associate automatically links any item that mentions Article to the topic. In addition, you can manually link other relevant items even though they don't explicitly mention the word Article. When you begin to write the article, use the Topic Index to see all related ideas and information including embedded documents such as an analysis you performed in Numero™ . For more information on linking, see "Linking Information" in Chapter 3 on page 36.<br><br>Use the Topic Index to:<br><br>• track diverse pieces of information linked to your topics,<br><br>• look at notes or embedded documents related to each topic, and<br><br>• jot down ideas or information about a topic.<br><br>For information on how to use and customize a Topic Index, see Chapter 7, "Listing Information" on page 123. For information on linking notes to topics, see Chapter 8, "Notes & Embedded Documents" on page 145.<br><br>(Handbook at 2-19) |



(Handbook at 4-54)

Perspective offers a user interface that enables the selection of a detected structure; since the detected structures are marked with kfLink, they are represented in a link font, and can receive gestures. The user selects a detected structure by choosing which detected structure to perform a gesture on, and chooses a linked action by deciding which gesture to perform: double-click for open profile, "D" for dial.

(Source Code at OREOCOMP.C, OREODATA.C, OREOSCAN.C, OREOSTUF.C, OREOUSER.C, DESCTYPE.C, LINKTYPE.C, PIMSVC.H, OREOFMTS.H)

15

**CONFIDENTIAL**

| [1. cont'd] an action processor for performing the selected action linked to the selected structure; and | Perspective discloses an action processor for performing the selected action linked to the selected structure.  See, e.g.: |
|---|---|
| | **Associate**<br><br>You can choose to have the Associate on or off. When the Associate is On, it looks at information you write in text, and whenever possible, creates a link. For example, when you enter an appointment with a person, the Associate looks to see if you have previously entered the person. If it finds a match, it creates a link between the appointment and the person's profile. Linking makes finding relevant information easier.<br><br>(Handbook 3-37)<br><br>**Let the Associate ask for Help**<br><br>When the Associate is On, you can determine whether or not you want the Associate to ask for help resolving linking questions. For example, if you have two or more people named Dan in Perspective, and write Meet Dan with Let the Associate ask for Help turned On, the Associate asks you which Dan you are meeting. If you have not previously entered a Dan, the Associate asks if you want to create a new profile for Dan. If Let the Associate ask for Help is turned Off, no link is created in either case.<br><br>**Setting the Associate**<br><br>The Associate must be turned on if you want it to automatically create links for you.<br><br><br><br>(Handbook at 3-38)<br><br>The ObjCallWarn function will dispatch the selected action and cause the CPU to perform the action. (Source Code – OREOUSER.C lines 1310 to 1311) |

**CONFIDENTIAL**

| [1. cont'd] a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | Perspective discloses a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.  See, e.g.: |
| --- | --- |
| | One of the things you'll notice about the EO is that it is not called a computer. It is a personal communicator. This does not mean that it does not perform computing functions, it means that it was designed first and foremost as a device to enhance and enable person to person communications. It is a cousin to the computer, but it is more than a computer. |
| | (Travel Guide at 1-1) |
| | Another aspect of the EO that differentiates it from traditional computers is how all the EO's communications capabilities are combined in a single unit. With an EO you have built-in E-mail, fax, telephone, networking, and data communications capabilities all in a single unit. |
| | Despite the differences, when talking about the EO, terms like hardware, software, RAM, ROM, and other computer terms are all going to be used. This is because the EO uses existing computer technology as its base and the features that make the EO a communicator are in addition to, not instead of, existing computer technology. |
| | This chapter looks at the physical aspects of the EO. In doing so, the EO will be described using the same terms used to describe computers. The EO's physical components (disk drives, memory, etc.) make it easy to discuss it as if it were just a computer—part of what makes the EO more than a computer is the fundamental integration of all its hardware and software. |
| | (Travel Guide at 1-2) |

17

**CONFIDENTIAL**

| Table 1.1 | The EO 440's technical specifications | |
|---|---|---|
| Microprocessor | AT&T 92010 Hobbit 20 MHz RISC based processor. This processor runs 2.5 times faster than a 20 MHz 386SL CPU and at .7 times the speed of a 33 MHz 486SX CPU. | |
| Memory | RAM | 4 megabytes, expandable to 20. Currently the EO can only be upgraded to 12 megabytes because the memory cards to expand it to 20 are not available. RAM upgrades come on 88 pin JEDEC cards. |
| | ROM | 8 megabytes. The ROM are upgradeable and will be made available as new versions are developed. |
| Modem | Data | High-speed 14,400 bps (38,400 bps with data compression) internal modem. Protocols supported are Bell 103, 212, v.22bis, v.32, v.32bis, v.42, v.42bis, MNP 2-5, MNP10, AXCELL external cellphone support. |
| | Fax | 9600 bps Group 3 send/receive fax modem. Supports v.27ter and v.29 protocols. |
| Display | 7.5 inch diagonal, 640 X 480 pixels, 8 levels of gray, 110 dots per inch, 0.23 dot pitch, high-contrast reflective supertwist LCD. The screen response time is 250 ms and the refresh rate is 70 Hz. | |
| Internal Storage options | 20 megabyte internal hard drive. 2.5, 5, 10, and 20 megabyte SunDisks. | |
| Power and Batteries | Operating power 3.3 volts. Custom battery pack using NiCad batteries. Standard (2–4 hrs.) and extended life (4–6 hrs.) batteries are available. The extended life batteries add about five ounces. | |
| Input/Output | Parallel AT | 8 bit bi-directional port. |
| | Serial | Mini DIN 8 port requires special cable, maximum speed 230.4 Kbits/sec. |
| | Keyboard | Standard PS/2, PC AT keyboard will work with an adapter. |
| | PCMCIA | Two Type II slots that can also be used as one Type III. |

(Travel Guide 1-16)

18

**CONFIDENTIAL**

**Table 1.2    The EO 880's technical specifications**

| | | |
|---|---|---|
| Microprocessor | | AT&T 92010 Hobbit 30 MHz RISC-based processor. This processor runs at 3.5 times faster than a 20 MHz 386SL CPU and at the same speed as 33 MHz 486SX CPU. |
| Memory | RAM | 4 megabytes, expandable to 20. Currently the EO can only be upgraded to 12 megabytes because the memory cards to expand it to 20 are not available. RAM upgrades come on 88 pin JEDEC cards. |
| | ROM | 8 megabytes. The ROM are upgradeable and will be made available as new versions are developed. |
| Modem | Data | High-speed 14,400 bps (38,400 bps with data compression) internal modem. Protocols supported are Bell 103, 212, v.22bis, v.32, v.32bis, v.42, v.42bis, MNP 2-5, MNP10, AXCELL external cellphone support. |
| | Fax | 9600 bps Group 3 send/receive fax modem. Supports v.27ter and v.29 protocols. |
| Display | | 9.4 inch diagonal, 640 X 480 pixels, 8 levels of gray, 85 dots per inch, 0.30 dot pitch, transmissive backlit supertwist LCD. The screen response time is 150 ms and the refresh rate is 70 Hz. |
| Internal Storage options | | 64 megabyte internal hard drive. 2.5, 5, 10, and 20 megabyte SunDisks. |
| Power and Batteries | | Operating power 5 volts. Custom battery pack using NiCad batteries with a two-hour battery life. |
| Input/Output | Parallel AT | 8 bit bi-directional port. |
| | Serial | Mini DIN 8 port requires special cable, maximum speed 230.4 Kbits/sec. |
| | Keyboard | Standard PS/2, PC AT keyboard will work with an adapter. |
| | SCSI | 50 Pin standard, SCSI I or II port. |
| | VGA Monitor | Standard 66 Mhz VGA Port. |
| | PCMCIA | Two Type II slots that can also be used as one Type III. |

(Travel Guide 1-19)

19

**CONFIDENTIAL**

On the left-hand side of the EO you will find the following ports and doors:

- Power adapter port
- Backup battery door
- Serial port (also called the PC port)
- Parallel port (also called the printer port)
- Keyboard port

On the right hand side of the EO you will find:

- Main battery door
- Phone port (if you have a modem)
- The pen in its slot

And on the bottom of the EO you will see the following:

- Coin cell battery door
- Wireless port used for the Cellular option (this port is covered)
- PCMCIA card door
- RAM and ROM card door

(Travel Guide 1-14)

When using the communicator you write and view all of your information directly on the EO's screen. Any function you want the EO to perform is done by drawing "gestures" on the EO's screen. A gesture is a special mark that you draw which the EO interprets as a command to perform a specific task. All commands such as copying, moving items, opening, and closing documents are executed in this fashion. (Chapter 3 contains a list of all the gestures and their meanings.)

(Travel Guide at 1-3)

**CONFIDENTIAL**

20

The EO has eight megabytes of ROM (Read Only Memory) containing the operating system and all of the applications that come on the EO. Eight megabytes is equivalent to five and a half 3.5-inch floppy disks. The top of the line Macintosh only has two megabytes of ROM, while most MS-DOS machines only have enough ROM to make the machine turn itself on—usually about a quarter of a megabyte. The advantage is speed—computers access data in ROM much faster than data on a disk. The EO has enough ROM to hold everything it needs to run, plus many of the programs you'll use.

The following is a list of what's installed in an EO's ROMs:

**Clock**＊   An accessory so you can quickly get the date and time.

**EO Calc**   A program that lets you work with numbers using a "columnar pad."

**EO Lock**   A utility that protects an EO from unauthorized access.

**EO Phone**   A program that controls the Cellular Option which can also be used with a standard telephone.

**EO Sound**   A program that you can use to record and playback voice notes.

**GO Fax**   The program that sends and receives faxes.

**GO Mail**   The program used to send and receive Electronic mail using AT&T EasyLink services.

**MiniNote**＊   A basic program used to draw simple graphics and for taking notes that are stored in electronic ink.

**MiniText**＊   A basic word processing program that has been optimized for pen input.

**PenPoint**   The EO's operating system. The operating system is all of the software that makes the EO function as a computing device.

**PenTOPS**   Networking software that lets you connect to an MS-DOS machine running PenCentral (also included with the EO).

**Personal Perspective**   A very powerful and complete personal information manager. It includes a day planner with a calendar and appointment scheduler, an address book, and a notes register. Personal Perspective is used to keep track of all your contacts, manage your time, and keep track of your projects.

(Travel Guide at 1-9)

**CONFIDENTIAL**

| 8. The system recited in claim 1, wherein the user interface highlights detected structures. | Perspective discloses a system wherein the user interface highlights detected structures. See, e.g.: |
|---|---|
| | Links can be established several ways. The Associate is a part of Perspective that automatically establishes links by recognizing the names of people, companies, etc. you write. It looks within the ProfileBook to see if you have previously entered the name, and creates the link. You can also manually link two items. To get information from those links, you can open the profile for any linked item. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓ |
| | (Handbook at 1-11) |
| | Perspective indicated detected structures by rendering them in a different bold font, a form of highlighting. When the text is being rendered as part of the user interface, the subroutine ScanLineBreaks (found in OREOSTUF.C) checks to see if a word being rendered to the screen is a link (i.e., checks to see if the format marker is equal to kfLink). If so, it changes font using the subroutine OpenLinkFont() (OREOSTUF.C). That font renders bold, distinct from the unlinked text on the screen. |
| | (Source Code at OREOSTUF.C) |

**CONFIDENTIAL**