# EXHIBIT D

**U.S. Patent No. 5,946,647**

**Filed:** February 1, 1996
**Priority Date:** February 1, 1996
**Issued:** August 31, 1999
**Inventors:** James R. Miller, Thomas Bonura, Bonnie Nardi, David Wright
**Assignee (on face of patent):** Apple Computer, Inc.
**Title:** "System and method for performing an action on a structure in computer-generated data"

**SIDEKICK**

**References cited:**

- **SKOH** - *Sidekick Version 1.5 Owner's Handbook,* Borland International, Inc, Scotia Valley, CA, March 1985.

| Claim | Disclosure |
|---|---|
| 1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | Apple has taken the position that the preamble is not limiting. *See* Mowry Dep. Tr. at 101:4-6.<br><br>To the extent that the preamble is limiting, this limitation is disclosed in Sidekick.<br><br>A microcomputer running Sidekick discloses a computer based system:<br><br>Mimimum System Configuration: SIDEKICK is available now for your IBM PC, XT, AT, jr. and 100% compatible microcomputers. The IBM PC jr. will only accept the SIDEKICK not copy-protected version. Your computer must have at least 128K RAM, one disk drive and PC-DOS 1.0 or greater. A Hayes™-compatible modem required for the autodialer function.<br><br>**SKOH:rear cover.**<br><br>The Sidekick program has a component called the "Dialer" which detects telephone numbers in the data and allows the user to select and perform actions (such as dialing the number) on the detected structures. |

| | |
|---|---|
| | **Dialer** This automatic dialer takes numbers from its own phone directory **or picks them directly off the screen.** You may find the number with dBASE-III or any other database that you already own, and Sidekick will make the call!<br><br>**SKOH:p1.**<br><br>The Dialer turns your computer into an automatic dialer provided that you have a modem connected to your computer. It must be a Hayes modem or compatible, or a PcJr modem on the IBM PC jr. The VOAD Keyboard Phone is also supported.<br><br>*'My communications package does the same thing'* you might say. Sure, but does it do it while you are in the middle of your database, word processor, spreadsheet, or BASIC? Or does it pick phone numbers from any other program and dial them for you? Since we know the answers, we know you will use the Sidekick Dialer a lot.<br><br>**SKOH:p29.**<br><br>An Autodialer for all your phone calls: It will look-up and dial telephone numbers for you. (A modem is required to use this function.)<br><br>**SKOH:rear cover.** |
| [1. cont'd] an input device for receiving data; | The Sidekick Handbook discloses an input device for receiving data. Because it runs on a microcomputer, the running Sidekick program inherently includes input devices such as a keyboard for receiving user input. The Sidekick handbook specifically discloses the use of a keyboard to activate the Sidekick program and to control a word processor. |

| | |
|---|---|
| | As with the other windows, you may activate the Dialer while the caLendar window is open. Instead, we'd like to demonstrate a very nice feature of the Dialer, so please [Esc]ape your way out of Sidekick.<br><br>Now fire up your customer database, if you have one, or anything else that displays phone numbers of people you frequently call. It could be as simple as a text file that you maintain with your word processor. Then activate Sidekick again by pressing [Ctrl][Alt] .<br><br>**SKOH:p28.**<br><br>In addition, when the Dialer component of the Sidekick program is activated, it receives data that other applications have written to the screen from the display memory associated with the screen.<br><br>**Dialer** This automatic dialer takes numbers from its own phone directory **or picks them directly off the screen.** You may find the number with dBASE-III or any other database that you already own, and Sidekick will make the call!<br><br>**SKOH:p1.** |
| [1. cont'd] an output device for presenting the data; | Through the disclosure of program requirements, the Sidekick Handbook also discloses an output device for presenting the data.<br><br>*Mimimum System Configuration: SIDEKICK is available now for your IBM PC, XT, AT, jr. and 100% compatible microcomputers. The IBM PC jr. will only accept the SIDEKICK not copy-protected version. Your computer must have at least 128K RAM, one disk drive and PC-DOS 1.0 or greater. A Hayes™-compatible modem required for the autodialer function.*<br><br>**SKOH:rear cover.**<br><br>Furthermore, the Sidekick Handbook also explicitly discloses the installation of monitor adapters controlling output to a display screen. |

| | |
|---|---|
| | These are the things you should know about your computer when you install Sidekick:<br><br>**Which monitor adapter(s) are installed?**<br>Monochrome Monitor Adapter<br>Color Monitor Adapter<br>Both Monitor Adapters<br><br>**What is your default display mode?**<br>Monochrome display<br>Color display 80x25<br>B/W display 80x25<br><br>**Which asynchronous communications port does your modem use?**<br>COM1<br>COM2<br><br>**SKOH:p94.** |
| [1. cont'd] a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The Sidekick Handbook discloses a memory storing information including program routines. Specifically, it explains that the Sidekick program is a "resident program" which is stored in the memory of the computer when running.<br><br>Sidekick is a *resident program*, which means that it is loaded into memory and stays there until you switch off the computer. Sidekick is therefore running even while you run other programs such as a word processor or a spreadsheet.<br><br>**SKOH:p8.**<br><br>The Sidekick program, which is stored in memory, is comprised of server routines which run independently of client applications and receive data containing structures from the client applications |

| | |
|---|---|
| | Sidekick is a lot of things, but first and foremost **it is always there when you need it**. That's because it is right there in your computer's memory all the time until you turn the power off or reset your machine. No matter which other program you are using - word processor, data base, spreadsheet, TURBO Pascal, BASIC, or whatever - Sidekick is always present 'underneath' it and may be activated immediately with a single keystroke. What's more: your other program continues as if nothing happened when you return from Sidekick.<br>**SKOH:p1.**<br><br>The Sidekick analyzer server is an "analyzer server" under both the Posner and ITC claim constructions.<br><br>Sidekick can be invoked by the user to run independently of the client application through keyboard input.<br><br>**Activate Sidekick**<br><br>If you have followed the instructions in chapter 1 , Sidekick is now loaded into memory. It stays there until you either turn off the computer or reset it.<br><br>You may use the computer exactly as usual; fire up your spreadsheet, word processor, TURBO Pascal, or even BASIC (disk BASIC, that is), and go to work. **Anytime** you need Sidekick, just press:<br><br>Ctrl Alt<br><br>which means: hold down the Ctrl and Alt keys at the same time.<br><br>Another way to call Sidekick is to hold down both ⇧ keys. The Sidekick main selection window now pops up in the middle of the screen:<br>**SKOH:p13.** |

| | |
|---|---|
| | The Dialer routine of Sidekick is an analyzer server for detecting structures in the data, and for linking actions to the detected structures<br><br>As with the other windows, you may activate the Dialer while the caLendar window is open. Instead, we'd like to demonstrate a very nice feature of the Dialer, so please [Esc]ape your way out of Sidekick.<br><br>Now fire up your customer database, if you have one, or anything else that displays phone numbers of people you frequently call. It could be as simple as a text file that you maintain with your word processor. Then activate Sidekick again by pressing [Ctrl][Alt] .<br><br>**SKOH:p28.**<br><br>When the Sidekick Dialer is activated, it analyzes data that has been written to the output device by one of the client applications to detect structures matching a phone number pattern. The Sidekick Dialer is installed with knowledge of the attached modem configuration, and uses this information in the specification of actions to be linked to detected structures. |

| | |
|---|---|
| | **Dialer**<br><br>The Dialer turns your computer into an automatic dialer provided that you have a modem connected to your computer. It must be a Hayes modem or compatible, or a PcJr modem on the IBM PC jr. The VOAD Keyboard Phone is also supported.<br><br>*'My communications package does the same thing'* you might say. Sure, but does it do it while you are in the middle of your database, word processor, spreadsheet, or BASIC? Or does it pick phone numbers from any other program and dial them for you? Since we know the answers, we know you will use the Sidekick Dialer a lot.<br><br>Before using the Dialer, you must tell Sidekick which communications port your modem is on. This is done with the installation program SKINST, see page 99 .<br><br>With Sidekick's main selection window on the screen, press [Alt][D] (or [D] or [F5], if you prefer) to activate the Dialer. The first phone number on the screen is pointed out, and you can make the call by pressing [↵].<br><br>**SKOH:p29.**<br><br>A telephone number is unique because it contains certain special characters. The default setup assumes either a left or right parenthesis and/or a hyphen, but this may be changed by the Dialer installation. Further, telephone numbers must not contain commas, periods, slashes, or other characters which are used in dates, amounts, and other numeric information.<br><br>**SKOH:p75.**<br><br>The pattern used by the Sidekick Analyzer Server to detect telephone number structures is user configurable, thereby supporting the detection of a variety of structures. |

| | |
|---|---|
| | **Dialer**<br><br>**Modem Type**<br><br>Sidekick comes pre-installed for a Hayes 1200/1200B modem. This installation lets you choose from a list of other popular modems and dialers.<br><br>**Telephone Number Format**<br><br>Sidekick uses certain conventions to distinguish a telephone number from other numbers on the screen or in your telephone directory. By default, a number must meet the following specifications to qualify as a phone number:<br><br>Minimum number of digits: **6** Required character: **- ( )**<br><br>The installation program lets you change these values if they don't fit the format of your phone numbers.<br><br>**Minimum number of digits**<br>Set this value to the shortest telephone number you are likely to encounter. The allowable range is 1 through 80.<br><br>**Required character**<br>This defines which character(s) **must** be present in a phone number. If more than one character is specified, only one of them need be present. Specify up to ten characters as needed. Default required characters are: **- ( )**<br><br>**SKOH**: p99 |

| | |
|---|---|
| [1. cont'd] a user interface enabling the selection of a detected structure and a linked action; and | The Sidekick handbook discloses a user interface for the Dialer routine enabling the selection of a detected structure and a linked action. The selection of a particular detected structure is performed by pressing the "right arrow" key on the keyboard to successively select each of the detected structures on the screen.<br><br>Sidekick "knows" a phone number, because it must contain special characters. These are usually parentheses or hyphens, but you can choose other characters with the installation program.<br><br>To make things very clear: in order to distinguish a phone number from dates, amounts, and other numeric information, the phone number must not contain commas, periods, or slashes.<br><br>If you have more than one number on the screen that looks like a phone number, the first one will be chosen. You can then move to the next one by pressing [→]. If you don't want to dial the number on the screen, but use the Dialer's own phone directory, you just press the space bar.<br><br>If the Dialer cannot find a valid phone number on the screen, it will load its own phone directory file if it is present on your disk.<br><br>**SKOH:p30.**<br><br>The Sidekick Dialer routine provides a user interface that presents the user with a 'dial' action linked to a detected structure. The linked action is a specification of a call to the action processor, directing it to issue a set of commands to the attached modem which will initiate a call to the detected telephone number. The user selects the dial action linked to the currently selected structure by pressing the "Enter" key on the keyboard. |

| | |
|---|---|
| | <br>**(Screenshot of the Sidekick Dialer detecting structures matching a "phone number" pattern and highlighting the first detected structure.)** |
| [1. cont'd] an action processor for performing the selected action linked to the selected structure; and | The Sidekick Handbook discloses an action processor within the Dialer routine for performing the selected action linked to the selected structure.<br><br>The selection of the linked "dial" action processes that action by initiating the dialing of the phone number identified by the detected structure on the modem attached to the computer. The action processor routine performs the linked action by sending commands to the attached modem. |

| | |
|---|---|
| | **Dialer**<br><br>The Dialer turns your computer into an automatic dialer provided that you have a modem connected to your computer. It must be a Hayes modem or compatible, or a PcJr modem on the IBM PC jr. The VOAD Keyboard Phone is also supported.<br><br>*'My communications package does the same thing'* you might say. Sure, but does it do it while you are in the middle of your database, word processor, spreadsheet, or BASIC? Or does it pick phone numbers from any other program and dial them for you? Since we know the answers, we know you will use the Sidekick Dialer a lot.<br><br>Before using the Dialer, you must tell Sidekick which communications port your modem is on. This is done with the installation program SKINST, see page 99 .<br><br>With Sidekick's main selection window on the screen, press [Alt][D] (or [D] or [F5], if you prefer) to activate the Dialer. The first phone number on the screen is pointed out, and you can make the call by pressing [↵].<br><br>**SKOH:p29**.<br><br>The specific set of modem commands issued by the Dialer action processor is disclosed by the Sidekick Handbook.<br><br>The following test duplicates the procedure Sidekick uses when it dials a telephone number.<br><br>Enter the following commands to DOS:<br><br>MODE COM1:300,N,8,1 [↵]<br>COPY CON COM1: [↵]<br>ATDT123-4567 [↵]<br>[F6][↵]<br><br>**SKOH:p105.** |

| | |
|---|---|
| [1. cont'd] a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | The Sidekick Handbook discloses a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.<br><br>*Mimimum System Configuration: SIDEKICK is available now for your IBM PC, XT, AT, jr. and 100% compatible microcomputers. The IBM PC jr. will only accept the SIDEKICK not copy-protected version. Your computer must have at least 128K RAM, one disk drive and PC-DOS 1.0 or greater. A Hayes™-compatible modem required for the autodialer function.*<br>**SKOH:rear cover.**<br><br>By virtue of the fact that the Sidekick program must be installed on a IBM PC, XT, AT, jr., or 100% compatible microcomputer with at least 128K RAM, the system must therefore include a processing unit and memory.<br>The Sidekick Handbook also explicitly discloses an output device with a description of the installation of monitor adapters controlling output to a display screen.<br><br>These are the things you should know about your computer when you install Sidekick:<br><br>**Which monitor adapter(s) are installed?**<br>Monochrome Monitor Adapter<br>Color Monitor Adapter<br>Both Monitor Adapters<br><br>**What is your default display mode?**<br>Monochrome display<br>Color display 80x25<br>B/W display 80x25<br><br>**Which asynchronous communications port does your modem use?**<br>COM1<br>COM2<br>**SKOH:p94.**<br><br>The Sidekick Handbook discloses an input device coupled to the processor. Because it runs on |

| | |
|---|---|
| | a microcomputer, it inherently includes input devices such as a keyboard for receiving user input. The Sidekick handbook specifically discloses the use of a keyboard to activate the Sidekick program and to control a word processor.<br><br>As with the other windows, you may activate the Dialer while the caLendar window is open. Instead, we'd like to demonstrate a very nice feature of the Dialer, so please [Esc]ape your way out of Sidekick.<br><br>Now fire up your customer database, if you have one, or anything else that displays phone numbers of people you frequently call. It could be as simple as a text file that you maintain with your word processor. Then activate Sidekick again by pressing [Ctrl][Alt] .<br><br>**SKOH:p28.**<br><br>The Sidekick Handbook discloses that the RAM memory of the microcomputer is memory for controlling the execution of the program routines.<br><br>Sidekick is a *resident program*, which means that it is loaded into memory and stays there until you switch off the computer. Sidekick is therefore running even while you run other programs such as a word processor or a spreadsheet.<br><br>**SKOH:p8.** |
| 2-7 | [Not asserted] |
| 8. The system recited in claim 1, wherein the user interface highlights detected structures. | The Sidekick handbook discloses a system wherein the user interface highlights detected structures.<br><br>With Sidekick's main selection window on the screen, press [Alt][D] (or [D] or [F5], if you prefer) to activate the Dialer. The first phone number on the screen is pointed out, and you can make the call by pressing [↵].<br><br>**SKOH:p29.** |

| | If you have more than one number on the screen that looks like a phone number, the first one will be chosen. You can then move to the next one by pressing [→]. If you don't want to dial the number on the screen, but use the Dialer's own phone directory, you just press the space bar.<br>**SKOH:p30.**<br><br>As evidenced by the following screenshots of the Sidekick Dialer routine detecting (phone number) structures, the on-screen structure is "pointed out" by highlighting.<br><br><br>**(Screenshot of the Sidekick Dialer detecting structures matching a "phone number" pattern and highlighting the first detected structure.)** |
|---|---|

| | |
|---|---|
| |   **(Screenshot of the Sidekick Dialer detecting structures matching a "phone number" pattern in which the user has pressed the "right arrow" key.)** |
| 9-24 | [Not asserted] |