# EXHIBIT E

## U.S.  Patent No. 5,946,647

## EP 0 458 563 A2 (Nokia)

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
| 1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | Apple has taken the position that the preamble is not limiting.  *See* Mowry Dep. Tr. at 101:4-6.<br><br>To the extent that the preamble is limiting, this limitation is disclosed in Nokia.<br><br>Nokia discloses a computer-based system for detecting structures in data and performing actions on detected structures. Nokia discloses a telephone that automatically recognizes telephone numbers in text and then allowing the user to take the actions on the detected number, such as modifying the number, calling the number, or storing the number in the telephone's contact list. See, e.g.:<br><br>⑤⑦    A telephone apparatus which is made up of a radio telephone part comprises a memory unit, a circuit for forming an outgoing call, a display and a keyboard, and of a receiver part for receiving alphanumeric messages and for displaying them in the said display. The telephone apparatus additionally includes a memory for storing an alphanumeric message and a circuit for displaying in the display a telephone number, contained in this present message, and a circuit, connected to the keyboard, for transferring the telephone number in the display at each given time to the register for the forming of a telephone call.<br><br>Abstract. |

<u>U.S.  Patent No. 5,946,647</u>

<u>EP 0 458 563 A2 (Nokia)</u>

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
| | The invention relates to a telephone apparatus which is made up of a telephone part, specifically a radio telephone part, which comprises at least a memory unit for storing a telephone number or numbers, a first electrical circuit for forming an outgoing telephone call according to a number in the register, a display and a keyboard, and of a receiver part for receiving alphanumeric messages and for displaying them in the said display. The invention thus relates to semiautomatic operation of a radio telephone apparatus, the apparatus performing certain functions automatically when its user so orders. In other words, the user of the radio telephone apparatus may press certain keys in the apparatus and thereby cause a certain function included in the invention to take place. 1:1-15.<br><br>It can be deemed to be the most important advantage of the invention that the apparatus is capable of interpreting as a telephone number a character string included in an arbitrary text message, either automatically or aided by the user, and this number can, when necessary, be modified, and the apparatus according to the invention is capable of calling this number, when necessary. It is a further advantage of the invention that such use of the apparatus does not require significant concentration by the user, such as reading a number from a display and memorizing it, or a considerable quantity of key operations, and that the apparatus can be made so small in size that it can be connected to telephone apparatuses available, without substantially increasing their size. |

## U.S.  Patent No. 5,946,647

### EP 0 458 563 A2 (Nokia)

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
| --- | --- |
|  | 2:23-37.<br><br>According to the present invention, a call to a telephone number contained in a text message would take place in the following principal steps:<br>(1) The RPK searches out a telephone number contained in the message,<br>(2) the user accepts the number, and<br>(3) the RPK makes a call to the number.<br>Alternatively, the telephone number can be stored in a short-selection directory included in the RPK, which would take place in the following principal steps (two of which are the same as above):<br>(1) The RPK searches out a telephone number contained in the message,<br>(2) the user accepts the number,<br>(4) The RPK searches from the message the name under which the number is to be recorded, and<br>(5) the RPK stores the number under the name in the directory.<br>5:25-43. |

**U.S.  Patent No. 5,946,647**

**EP 0 458 563 A2 (Nokia)**

| Claim Limitation | EP 0 458 563 A2 Published November 27, 1991 |
|---|---|
| an input device for receiving data; | Nokia discloses an input device.  Nokia discloses two input devices, a telephone that includes a keyboard and a receiver for receiving alphanumeric text messages.<br><br>(57)    A telephone apparatus which is made up of a radio telephone part comprises a memory unit, a circuit for forming an outgoing call, a display and a keyboard, and of a receiver part for receiving alphanumeric messages and for displaying them in the said display. The telephone apparatus additionally includes a memory for storing an alphanumeric message and a circuit for displaying in the display a telephone number, contained in this present message, and a circuit, connected to the keyboard, for transferring the telephone number in the display at each given time to the register for the forming of a telephone call.<br><br>Abstract<br><br>    The invention relates to a telephone apparatus which is made up of a telephone part, specifically a radio telephone part, which comprises at least a memory unit for storing a telephone number or numbers, a first electrical circuit for forming an outgoing telephone call according to a number in the register, a display and a keyboard, and of a receiver part for receiving alphanumeric messages and for displaying them in the said display. The invention thus relates to semiautomatic operation of a radio telephone apparatus, the apparatus performing certain functions automatically when its user so orders. In other words, the user of the radio telephone apparatus may press certain keys in the apparatus and thereby cause a certain function included in the invention to take place.<br>1:1-15 |

U.S.  Patent No. 5,946,647

EP 0 458 563 A2 (Nokia)

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
| | Furthermore, it can be stated that the messages received by RPKs will typically include telephone numbers to which the user of an RPK is requested to place calls. In the present application, by 'text communication', 'text message' or 'alphanumeric message', etc., is meant a message which may contain telephone numbers and/or other text based on the alphabet or other numeric data. A message made up of a telephone number alone is not here included in the concept alphanumeric.<br>4:47-56 |
| an output device for presenting the data; | Nokia discloses an output device for presenting the data.  Nokia discloses a screen that displays text to the user and a display that presents the telephone number to the user.<br><br>(57)   A telephone apparatus which is made up of a radio telephone part comprises a memory unit, a circuit for forming an outgoing call, a display and a keyboard, and of a receiver part for receiving alphanumeric messages and for displaying them in the said display. The telephone apparatus additionally includes a memory for storing an alphanumeric message and a circuit for displaying in the display a telephone number, contained in this present message, and a circuit, connected to the keyboard, for transferring the telephone number in the display at each given time to the register for the forming of a telephone call.<br>Abstract |

<u>U.S. Patent No. 5,946,647</u>

<u>EP 0 458 563 A2 (Nokia)</u>

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
| | The invention relates to a telephone apparatus which is made up of a telephone part, specifically a radio telephone part, which comprises at least a memory unit for storing a telephone number or numbers, a first electrical circuit for forming an outgoing telephone call according to a number in the register, a display and a keyboard, and of a receiver part for receiving alphanumeric messages and for displaying them in the said display. The invention thus relates to semiautomatic operation of a radio telephone apparatus, the apparatus performing certain functions automatically when its user so orders. In other words, the user of the radio telephone apparatus may press certain keys in the apparatus and thereby cause a certain function included in the invention to take place. 1:1-15<br><br>For example, the following circuits and switch means may be provided:-<br><br>* * * |

**U.S.  Patent No. 5,946,647**

**EP 0 458 563 A2 (Nokia)**

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
| | 4. A fourth circuit, which can be pre-programmed to recognize characters indicating the beginning and/or end of a telephone number possibly included in the alphanumeric present message or, alternatively, to recognize from the alphanumeric present message a character string which, according to the programmed algorithm, is probably a telephone number, this fourth circuit then transferring the found number, or character string, to the display for the purpose of being assessed by the user.<br>9:9-32 |
| a memory storing information including program routines including | Nokia discloses a memory storing information including program routines. The telephone includes memory for storing data, such as program routines or text messages.<br><br>    For example, the following circuits and switch means may be provided:-<br><br>                    * * * |

### U.S.  Patent No. 5,946,647

### EP 0 458 563 A2 (Nokia)

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
| | 3. A third circuit, connected to the keyboard, for transferring the telephone number in the display at each given time to the memory for forming a call and/or for further processing.<br>4. A fourth circuit, which can be pre-programmed to recognize characters indicating the beginning and/or end of a telephone number possibly included in the alphanumeric present message or, alternatively, to recognize from the alphanumeric present message a character string which, according to the programmed algorithm, is probably a telephone number, this fourth circuit then transferring the found number, or character string, to the display for the purpose of being assessed by the user.<br>9:9-32 |
| an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | At least under the ITC construction, Nokia discloses an analyzer server for detecting structures in the data, and for linking actions to the detected structures. Nokia discloses an analyzer server that detects phone numbers in text messages. The analyzer server of Nokia discloses linking detected telephone numbers to actions, such as calling, modifying, or storing the detected structure. |

**U.S.  Patent No. 5,946,647**

**EP 0 458 563 A2 (Nokia)**

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
|  | While the present message is being displayed, the user performs a number search keying, whereupon the RPK will search, starting from the beginning of the message, for the first point at which there is, for example, a numeral and the numeral is followed by at least four of any of the characters included in the following set: numerals, -, /, (, ), space. At least three of these first five characters must be numerals. In other words, the RPK searches for a point which could be a telephone number. Generally, the RPK thus searches from the message a character string which could be a telephone number. There may be various criteria for the character string, and they are not discussed separately in the present application; it is only stated that character string criteria can be formed. They depend, for example, on the country, the language, the practice, etc.<br>6:14-30 |

## U.S. Patent No. 5,946,647

### EP 0 458 563 A2 (Nokia)

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
|  | A third method is that, already at the time of trans-mitting the message, the telephone number to which the user should make a call is separated by some suit-able special character on the basis of which the RPK will unambiguously discriminate the number. Figure 4 depicts one such implementation, in which an asterisk * is used as the recognition character. In this case the RPK will thus search, after the search keying, for a character string delimited by asterisks, and will then display it in the display D.<br>6:51-7:2<br><br>If the user accepts the number he performs an acceptance keying, whereupon the RPK will eliminate from the display any characters following the number and any non-numeric characters inside the number. Now there is visible in the display only a "pure" tele-phone number, and this number is also in the number register, according to which further procedures are possible.<br>7:32-39 |

## U.S. Patent No. 5,946,647

## EP 0 458 563 A2 (Nokia)

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
|  | The objective is that the register and the display of the telephone are now precisely the same as they would be upon the user having fed in the telephone number in its entirety and conventionally, by means of the number keys. A call to a number also takes place in the same manner as in a "normal" call. If a "normal" telephone number is relayed to the exchange one digit at a time (as in a conventional telephone apparatus), some call keying is, of course, necessary for starting the placing of a call.<br><br>8:6-15<br><br>For example, the following circuits and switch means may be provided:-<br>* * * |

## U.S.  Patent No. 5,946,647

### EP 0 458 563 A2 (Nokia)

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
|  | 3. A third circuit, connected to the keyboard, for transferring the telephone number in the display at each given time to the memory for forming a call and/or for further processing.<br>4. A fourth circuit, which can be pre-programmed to recognize characters indicating the beginning and/or end of a telephone number possibly included in the alphanumeric present message or, alternatively, to recognize from the alphanumeric present message a character string which, according to the programmed algorithm, is probably a telephone number, this fourth circuit then transferring the found number, or character string, to the display for the purpose of being assessed by the user.<br>9:9-32 |

**U.S.  Patent No. 5,946,647**

**EP 0 458 563 A2 (Nokia)**

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
|  | At present the so-called GSM recommendations on which the future PLMN mobile telephone network will be based are subject to international standardization. The mobile telephones of this network will have, of course, the property (01) and additionally the property (02), since the network will provide the service P2 in the following two ways:<br>pp) point-to-point short message service, according to which both the mobile telephone apparatuses and other devices can transmit short messages to designated mobile telephones, and<br>cb) cell broadcast short message service, according to which the network operator or any other producer of data can transmit short messages to all radio telephones within a certain (audibility) area.<br>4:4:19<br><br>Under the ITC construction, Nokia discloses an analyzer server that detects structures in data.  Under Judge Posner's construction, using an analyzer server to detect structures and linking actions to the detected structures would have been obvious to a person of ordinary skill in the art. |
| a user interface enabling the selection of a detected structure and a linked action; and | Nokia discloses a user interface enabling the selection of a detected structure and a linked action. Nokia discloses a telephone with a display screen and keyboard to allow the user to select the detected structure and linked action. |

## U.S.  Patent No. 5,946,647

### EP 0 458 563 A2 (Nokia)

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
|  | Typically an RPK has a display D, which is capable of displaying at one time at minimum about twenty characters of a text message and through which a text message can be scrolled. Also, an RPK has a keyboard K, and the user can give commands to the RPK by pressing the keys in the keyboard.<br><br>Hereinafter, 'keying' denotes a command given by means of the keyboard K – it may be the pressing of an individual key, a sequence of pressings of keys, or the pressing of several keys simultaneously, or possibly a command spoken aloud, if the RPK supports voice recognition, or any other method of giving a command. According to the invention, the user may select one text message received, or stored for that purpose in the temporary memory, for display at one time and for processing in the manner according to the present invention. The message thus selected is called 'present message'.<br>5:46-6:5 |

## U.S.  Patent No. 5,946,647

### EP 0 458 563 A2 (Nokia)

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
| | (2) The user accepts the number<br><br>This step will follow only after step (1) above. The objectives are two: either to accept the number or to search a new candidate for a telephone number or the next number in a message containing several numbers, and to correct a telephone number, for example in order to add or to remove an area code. As a result of this step there will be available a telephone number for the steps next in succession.<br>7:15-24<br><br>If the user accepts the number he performs an acceptance keying, whereupon the RPK will eliminate from the display any characters following the number and any non-numeric characters inside the number. Now there is visible in the display only a "pure" telephone number, and this number is also in the number register, according to which further procedures are possible.<br>7:32-39<br><br>For example, the following circuits and switch means may be provided:-<br><div align="center">* * *</div> |

## U.S.  Patent No. 5,946,647

## EP 0 458 563 A2 (Nokia)

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 | |
| --- | --- | --- |
| | 6. A sixth circuit, connected to the keyboard, by means of which circuit the user can, with the help of a certain key or keys, select for operation the desired one of the said telephone number tracing methods pre-programmed in the fourth and fifth circuits, the keyboard including an acceptance key by means of which the user can accept a portion of the present message in the display and transfer this portion to the memory in the case of a telephone number, or to a short-selection directory in the case of a name or the like.<br>9:9-52 | |

**U.S.  Patent No. 5,946,647**

**EP 0 458 563 A2 (Nokia)**

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
| | According to the present invention, a call to a telephone number contained in a text message would take place in the following principal steps:<br>(1) The RPK searches out a telephone number contained in the message,<br>(2) the user accepts the number, and<br>(3) the RPK makes a call to the number.<br>Alternatively, the telephone number can be stored in a short-selection directory included in the RPK, which would take place in the following principal steps (two of which are the same as above):<br>(1) The RPK searches out a telephone number contained in the message,<br>(2) the user accepts the number,<br>(4) The RPK searches from the message the name under which the number is to be recorded, and<br>(5) the RPK stores the number under the name in the directory.<br>5:25-43 |

## U.S.  Patent No. 5,946,647

### EP 0 458 563 A2 (Nokia)

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
| an action processor for performing the selected action linked to the selected structure; and | Nokia discloses an action processor for performing the selected action linked to the selected structure. Nokia discloses performing the selected actions linked to the detected structures.<br><br>**(3) RPK makes a call to the number**<br><br>This step will begin only when the number to be used is in the register and in the display as a consequence of step (2).<br>The objective is that the register and the display of the telephone are now precisely the same as they would be upon the user having fed in the telephone number in its entirety and conventionally, by means of the number keys. A call to a number also takes place in the same manner as in a "normal" call. If a "normal" telephone number is relayed to the exchange one digit at a time (as in a conventional telephone apparatus), some call keying is, of course, necessary for starting the placing of a call.<br>8:1-15 |

<u>U.S.  Patent No. 5,946,647</u>

<u>EP 0 458 563 A2 (Nokia)</u>

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
|  | For example, the following circuits and switch means may be provided:-<br>1. A first electrical circuit for forming an outgoing call in accordance with a number in the memory or register.<br>2. A second electrical circuit for displaying in the display a telephone number possibly included in the present message temporarily stored in the memory.<br>3. A third circuit, connected to the keyboard, for transferring the telephone number in the display at each given time to the memory for forming a call and/or for further processing.<br>4. A fourth circuit, which can be pre-programmed to recognize characters indicating the beginning and/or end of a telephone number possibly included in the alphanumeric present message or, alternatively, to recognize from the alphanumeric present message a character string which, according to the programmed algorithm, is probably a telephone number, this fourth circuit then transferring the found number, or character string, to the display for the purpose of being assessed by the user.<br>9:9-32 |

## U.S.  Patent No. 5,946,647

## EP 0 458 563 A2 (Nokia)

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
| a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | Nokia discloses a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. Nokia discloses a computer-system including a keyboard, receiver for text messages, a display, memory, and inherently, a processing unit. |

## U.S.  Patent No. 5,946,647

### EP 0 458 563 A2 (Nokia)

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
|  | The following types of terminal apparatuses are operating or can operate in these networks:<br><br>L1) a mobile telephone which operates in a V1 network and utilizes its services P1 and P2,<br><br>L2) a combined mobile telephone and pager, which operates in a V1 network and utilizes its service P1 and possibly also P2, or operates in a V3 network and utilizes its service P2,<br><br>L3) a combination of a wireless telephone and a pager which operates in a V2 network and utilizes its service P1, or operates in a V3 network and utilizes its service P2.<br><br>These three apparatus types L1, L2 and L3 are referred to in this application as 'radio telephone apparatuses', which is hereinafter abbreviated RPK. Whatever is described below regarding an RPK is to be conceived to apply wherever applicable also to a telephone apparatus in connection with a conventional telephone network. Each RPK has the following properties:<br><br>01) an RPK can form outgoing telephone calls with the help of the service P1 and<br><br>02) an RPK can receive into its memory short alphanumeric messages with the help of the service P2.<br><br>3:34-58 |

U.S.  Patent No. 5,946,647

EP 0 458 563 A2 (Nokia)

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
|---|---|
| | For example, the following circuits and switch means may be provided:-<br>1. A first electrical circuit for forming an outgoing call in accordance with a number in the memory or register.<br>2. A second electrical circuit for displaying in the display a telephone number possibly included in the present message temporarily stored in the memory.<br>3. A third circuit, connected to the keyboard, for transferring the telephone number in the display at each given time to the memory for forming a call and/or for further processing.<br>4. A fourth circuit, which can be pre-programmed to recognize characters indicating the beginning and/or end of a telephone number possibly included in the alphanumeric present message or, alternatively, to recognize from the alphanumeric present message a character string which, according to the programmed algorithm, is probably a telephone number, this fourth circuit then transferring the found number, or character string, to the display for the purpose of being assessed by the user. |

## U.S.  Patent No. 5,946,647

### EP 0 458 563 A2 (Nokia)

| Claim Limitation | EP 0 458 563 A2<br>Published November 27, 1991 |
| --- | --- |
|  | 5. A fifth circuit which can be pre-programmed to scroll in the display an alphanumeric present message which is in the temporary memory, either continuously or in sequences in portions depending on the length of the display, this fifth circuit being connected to the keyboard in such a manner that the user can by means of the keyboard halt in the display the desired portion of this message which is being scrolled.<br>6. A sixth circuit, connected to the keyboard, by means of which circuit the user can, with the help of a certain key or keys, select for operation the desired one of the said telephone number tracing methods pre-programmed in the fourth and fifth circuits, the keyboard including an acceptance key by means of which the user can accept a por-tion of the present message in the display and transfer this portion to the memory in the case of a telephone number, or to a short-selection direc-tory in the case of a name or the like.<br>9:9-52 |