# EXHIBIT F

<u>U.S. Patent No. 5,946,647</u>

<u>MHonArc and Mosaic</u>

**References cited:**
- **MHonDoc**: the file mhonarc.txt from the doc directory of the MHonArc distribution.
- **MHonArc**: the file mhonarc (the mail MHonArc Perl script) from the top level of the MHonArc distribution.
- **MosReadMe**: the file README.WRI (a NCSA Mosaic for Microsoft Windows Installation and Configuaration Guide) from the top level of the Mosaic2.0Alpha9 distribution.
- **MosRelNotes**: the file RELNOTES.HTM (a NCSA Mosaic for Microsoft Windows Installation and Configuaration Guide) from the top level of the Mosaic2.0Alpha9 distribution.
- **Perl**: http://perldoc.perl.org/perlhist.html , The Perl History Records.
- **MosaicMail**: http://www.mhonarc.jp/mirror/release/MHonArc/2.5.14/extras/MosaicMail, MosaicMail script by Earl Hood, Oct 26, 1994.
- **MosHandbook:** Dougherty, Dale, Koman, Richard, *The Mosaic Handbook,* O'Reilly & Associates, Inc., 1994.

| Claim | Disclosure |
|---|---|
| 1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | Apple has taken the position that the preamble is not limiting.  *See* Mowry Dep. Tr. at 101:4-6.<br><br>To the extent that the preamble is limiting, this limitation is disclosed in the MHonArc and Mosaic combination.<br><br>A microcomputer running the combination of MHonArc and Mosaic discloses a computer-based system for detecting structures in data and performing actions on detected structures.<br><br>    MHonArc is a Perl program for converting e-mail messages as specified in RFC 822 and RFC 1521 (MIME) to HTML. MHonArc can perform the following tasks:<br><br>      * Convert mh(1) mail folders or mail(1) style mailboxes into an HTML mail archive.<br>      * Add new e-mail messages to an existing HTML mail archive generated by MHonArc. |

      * Convert a single message to HTML.

**MHonDoc**:lines 74-82.

MHonArc itself is a Perl script that is executed by the Perl 4.0 interpreter program. A 'Very Stable' release of Perl 4.036 was available in February, 1993 as a win32 binary for Windows 3.1 and Windows NT.

```
1.  Pump- Release Date Notes
2.  king            (by no means
3.                     comprehensive,
4.                     see Changes*
5.                     for details)
6.  ==================================================================
```

[…]

```
1.       4.034     1992-Jun-11
2.       4.035     1992-Jun-23
3.  Larry 4.036    1993-Feb-05    Very stable.
```

**Perl**:lines 1-6, 48-50.

As a Perl program, MHonArc is capable of running on a variety of operating systems which support a Perl interpreter, including Microsoft Windows. MHonArc contains copyright notices dated in 1994.

Mosaic is browser application intended to display and interact with documents in HTML.

   NCSA Mosaic is a network navigational tool that will allow you to easily access networked information with the click of a button.  Mosaic is capable of accessing data via protocols such

   as HTTP, Gopher, FTP and NNTP (Usenet News) natively, and other data services such as Archie, WAIS, and Veronica through gateways.  NCSA Mosaic was designed to provide its user transparent and seamless access to these information sources and services.  Mosaic capable of running under the following processor architectures and  operating systems.

   Below are the naming schemes we are using for this release.

    With a Setup Program:

    mos20a9.exe ....................................          Win3.x, WWG & NT (iX86 processor)

Without a Setup Program:

x86.mosaic.2.0.0a9.exe.....................    Win3.x, WWG & NT (iX86 processor)

axp.mosaic.2.0.0a9.exe.....................    NT for the DEC aXP

mips.mosaic.2.0.0a9.exe...................    NT for the MipsPC

ppc.Mosaic.2.0.0a9.exe.....................    NT for the Power PC

Software Requirements

Before we get started we must assume your system meets one or more of the following Operating System and environments:

   - Microsoft Windows NT

   - Windows v3.1, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured.

   - Windows for Workgroups, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured.

   - You have an Internet access provider or you plan on using Mosaic in Stand-Alone mode.  NOTE: NCSA doesn't provide Internet access to the general public.

Mosaic is a 32-bit Application

Mosaic is a 32-bit application. This means that Mosaic is compatable with Windows 3.1,

Windows for Workgroups, Windows NT and Win95.  The Windows NT operating system is

available for the following processors:

**MosReadMe:lines 6-37.**

3

|  | Because MHonArc is a program which generates HTML documents and Mosaic is a program which displays and supports user interaction with HTML documents, it is natural and obvious to use Mosaic in combination with MHonArc to process the MHonArc output data.  The use of MHonArc and Mosaic in combination is specifically referenced by Earl Hood (the author of MHonArc) in the documentation for the related MosaicMail script: |
|  | <pre>#! /usr/local/bin/perl<br>##-------------------------------------------------------------------------<br>##<br>## File:<br>##    MosaicMail<br>## Author:<br>##    Earl Hood    ehood@convex.com<br>##          Copyright (C) 1994, Wed Oct 26 15:00:44 CDT 1994<br>## Thanks:<br>##          Roman Czyborra <czyborra@cs.tu-berlin.de> -- Whose feedback<br>##                      and sh script greatly improved the program.<br>##<br>## Description:<br>##    MosaicMail is a simple Perl program that loads a single mail<br>##          message from STDIN into a running Mosaic process.  If no Mosaic<br>##          process is running, the script will exec Mosaic.<br>##          MHonArc is called to do the actual conversion of the e-mail<br>##          message.  Therefore, MIME messages will be converted.<br>##</pre>**MosaicMail**: lines 1-19. |
| [1. cont'd] an input device for receiving data; | A microcomputer running MHonArc comprises an input device for receiving data.  Specifically, the electronic mail files used as input to MHonArc would be received via a network adapter or modem, or from fixed or removable disk media.<br><br>      Converting MH mail folders, or Mailbox files<br><br>      Since MHonArc supports MH mail folders and mailbox files, the term "inbox" will represent the MH mail folder or mailbox file you want to process. To convert your inbox to an HTML archive, use one of the following commands: |

      For an MH mail folder:
         % mhonarc <path>/inbox


      For a mailbox file:
         % mhonarc -mbox <path>/inbox


      Where <path> represents the path to the directory that contains inbox.
      If you are in the directory that contains inbox, then you can leave
      out the "<path>/".


      NOTES:
         An MH mail folder is actually a UNIX directory file, and
         MHonArc expects the filename arguments you give to be
         directory files. If -mbox is specified, then the filename
         arguments should be UNIX plain files in mailbox format.

**MHonDoc**:lines 154-175.


      Description:
       MHonArc converts mail messages to HTML and creates an index page linking
      to each mail message.  MHonArc can be renamed to assume the following
      options:
         mhonarc:     -mh   (File arguments are MH mail folders)
         mbox2html:    -mbox  (File arguments are mail(1) mailbox files)
            <anyname>:     -mh


      The -mbox option always specifies mail(1) mailbox processing regardless
      of the program name or the -mh option.  The -mh option can be used to
      process MH mail folders if the program name is mbox2html.

**MHonArc**: lines 1419-1429.


A microcomputer running Mosaic discloses additional input devices for receiving data. Specifically, the Mosaic Handbook references running Mosaic with a mouse and a screen.


      Consider the original Marx Brothers home page shown in Figure 7-10. The mouse is positioned over the word GROUCHO, which is displayed as a hypertext anchor. At the bottom of the screen Mosaic displays the name of the file that is linked to



*Figure 7–9. Hypertext links displayed in status bar in Mosaic*

this anchor. Here is the HTML that causes Mosaic to display GROUCHO as a hypertext anchor.

**MosHandbook**: pp. 149-150.

| [1. cont'd] an output device for presenting the data; | A microcomputer running Mosaic discloses an output device for presenting the data obtained from MHonArc on the computer screen. |



**Screenshot of the Mosaic browser displaying HTML output from MHonArc.**

| [1. cont'd] a memory storing information including program routines including an analyzer server for detecting structures in the data, and for | A microcomputer running the combination of MHonArc and Mosaic discloses a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures.<br><br>The combination of MHonArc and Mosaic discloses an "analyzer server" under the ITC claim construction and under Apple's interpretation of the Posner claim construction.<br><br>The MHonArc program, when interpreted and stored in memory by the Perl interpreter detects three different types of structures in the input data (unstructured email text):  untagged email addresses, HTTP URLs, and mailto URLs. |
|---|---|

| | |
|---|---|
| linking actions to the detected structures; | The analysis of input data in the MHonArc program is performed in the read_mail_body routine (and other routines that it calls, including MAILread_body) of the MHonArc script.<br><br>　　　　##　　　read_mail_body() reads in the body of a message.  The returned<br>　　　　##　　　filtered body is in *ret.<br>　　　　##<br>　　　　sub read_mail_body {<br>**MHonArc**: lines 773-776.<br><br>　　　　##　　　MAILread_body() parses a MIME message body.  $header is the<br>　　　　##　　　header of the message.  $content is the value of the Content-Type<br>　　　　##　　　field.  $body is the actual message body.  The return value<br>　　　　##　　　is a scalar variable representing the contents of the filtered<br>　　　　##　　　message.<br>　　　　##<br>　　　　sub main'MAILread_body {<br>**MHonArc**: lines 1497-1503.<br><br>MHonarc converts unstructured plain text email messages and MIME encoded email messages into HTML.  In the process of conversion, MHonArc detects certain structures in the email and marks those structures in the HTML output such that the individual structures may be selected in Mosaic.  Specifically, MHonArc detects email addresses in mail header fields,<br><br>　　　　* E-mail addresses are converted to "mailto" hyperlinks in "To:",<br>　　　　"From:", "Cc:", and "Sender:" mail header fields. Currently, not<br>　　　　all Web browsers support the mailto URL.<br>**MHonDoc**: lines 233-235.<br><br>This processing is performed by the routine htmlize_header defined at **MHonArc**: line 2019.<br><br>MHonArc detects and marks http:,  and other, URL references in the plaintext email body by converting them to hyperlinks.<br><br>　　　　text/plain signifies ASCII character data. In the HTMLized message,<br>　　　　the data is wrapped in a PRE element with special characters (< > &) |

converted to entity references. MHonArc will also make any URLs into
hyperlinks. The following URL types are recognized:


    * http://...
    * ftp://...
    * afs://...
    * wais://...
    * telnet://...
    * gopher://...
    * news:...
    * nntp:...
    * mid:...
    * cid:...
    * mailto:...
    * prospero:...

**MHonDoc**: lines 1451-1467.

This processing is performed by the routine convert_line at **MHonArc**: line 1846.

Through this processing, an email is converted to an HTML file that can be processed by Mosaic.  A sample email message file and corresponding HTML output file from MHonArc are demonstrated by:

9

```
From aw585@lafn.org  Fri Mar 28 12:23:43 2008
From: aw585@lafn.org (Dallas)
Date: Fri, 28 Mar 2008 04:23:43 -0700
Subject: [MPlayer-users] usnatch moved to sourceforge
Message-ID: <ElJfCgR-0005br-00@knopper>


I'm sending this to several public forums, (and several
private individuals) but not by CC:  to avoid crosspost
message bounce hell.

As a courtesy to everyone to let them know where I'm sending this:

Lynx-dev:
mailto:lynx-dev@nongnu.org
http://lists.nongnu.org/mailman/options/lynx-dev/

Mplayer-users:
mailto:mplayer-users@mplayerhq.hu
http://lists.mplayerhq.hu/mailman/listinfo/mplayer-users

Rexx Language Association:
mailto:members@rexxla.org
http://www.rexxla.org
(for nonmembers perhaps, news://comp.lang.rexx)

(Los Angeles) LAMP SIG:
mailto:lamp-user@maillist.lampsig.org
http://www.lampsig.org/

Feel free to forward this to any other place you want.

The purpose of this message is to announce that the Rexx
script 'usnatch', previously downloadable from:

http://www.lafn.org/~aw585/usnatch

has been accepted by Sourceforge, and the network
presence moved to:

http://usnatch.sourceforge.net

now including a mailing list.

Also wanted to mention that someone on one of the above lists wanted to
be able to play videos by direct streaming of the Internet, and this is
now possible.  As I recall the current version has an underdocumented
switch to play straight off the net, or alternately you can leave off
the switch to play, and use the USNATCH_DOWNLOAD environmental variable
to redefine the download action from, say wget, to, for example,


'mplayer -vc ffflv -ac mp3 -cache 300 -prefer-ipv4 [URL]'


Regards,

Dallas E. Legan II / legan@acm.org / dallas.legan@gmail.com / aw585@lafn.org
    dallas_legan@users.sourceforge.net
http://isthereanotherquestion.blogspot.com
```

Sample email message file for MHonArc



**HTML document output by MHonArc**

| | |
|---|---|
| [1. cont'd] a user interface enabling the selection of a detected structure and a linked action; and | A microcomputer running the combination of MHonArc and Mosaic discloses a user interface enabling the selection of a detected structure and a linked action.  Once MHonArc has detected and marked structures, Mosaic colors the structures blue to identify them as being selectable.  Each of these structures is selectable via the cursor.<br><br><br><br>**Screenshot of Mosaic display of MHonArc processed email with blue highlighting of a detected email structure in the email header.** |



**Screenshot of body of email HTML generated by MHonArc as displayed in Mosaic demonstrating the blue text identifying detected mailto and http URLs.**

| | |
|---|---|
| [1. cont'd] an action processor for performing the selected action linked to the selected structure; and | A microcomputer running Mosaic discloses an action processor for performing the selected action linked to the selected structure.<br><br>When the user 'right-clicks' on the detected structure, a set of linked actions are presented to the user via a pop-up. In the following screenshot, the user is presented with the options "Load Anchor to Disk" and "Create Internet Shortcut" after right clicking on the email address 'aw585@lafn.org'. |



**Screenshot of Mosaic displaying a pop-up of linked actions once the user has selected an email address structure.**

If the user selects the 'Load Anchor to Disk' action, by 'left-clicking' that item in the pop-up,



**Screenshot of Moaic demonstrating selection of the action to be performed.**

the action processor within Mosaic brings up an email window that allows the user compose a message to the address specified in the detected email structure.



**Screenshot of email creation pop-up created by the linked action on an email address**.

If the user selects the 'Create Internet Shortcut' action with a 'left-click', the action is to create a 'shortcut' file in the file system with the extension '.url' and containing a mailto: URL containing the selected email address.

> <DT><A NAME="Shortcut"><B>Create Internet Shortcut</B></A>
> <DD>Internet shortcuts create .url files that contain an anchor URL.
> These files can be opened by File, Open Local File or they can be dragged and dropped from
> File Manager into a Mosaic Window.  When one of these files are opened,
> Mosaic will retrieve the document from the network and display it to you.

**MosRelNotes**: lines 282-286.

If a URL in the body of the email is selected,



**Screenshot of body of email HTML generated by MHonArc as displayed in Mosaic.**

and the user 'right-clicks' the cursor, Mosaic generates a pop-up of four linked actions that can be selected.



**Screenshot of pop-up generated by Mosaic after user 'right-clicks' on http hyperlink.**

In this case, the action pop-up lists the two actions described previously ('Load Anchor to Disk' and 'Create Internet Shortcut') as well as two additional linked actions 'Anchor Information' and 'Spawn Mosaic from Anchor'.

In this case 'Load Anchor to Disk' describes a different linked action, it saves the linked HTML file to disk.

        `<DT><A NAME="Load"><B>Load Anchor to Disk</B>`
        `<DD>Load Anchor to Disk allows you to save that html file to your local disk via a the`

        `"Save As" dialog box.  Note: Only the html file will be saved to disk, not the images that`
        `are associated with that file.  (Yet!)`

| | |
|---|---|
| | **MosRelNotes**: lines 257-260.<br><br>'Anchor Information' displays information about the HTML file specified by the URL structure (URL, Size, Last Modified, Type, Server Type, Mime) and 'Spawn Mosaic at Anchor' opens a new window at the selected URL.<br><br>    &lt;DT&gt;&lt;A NAME="HTMLAnchorInfo"&gt;&lt;B&gt;Anchor Information&lt;/B&gt;<br>    &lt;DD&gt;Mosaic will query the web server for information about the HTML file behind the anchor.  Mosaic<br>    will then display this information to you within a dialog box.  The dialog box contains the<br>    following information:<br>    &lt;P&gt;<br>    &lt;UL&gt;<br>    &lt;LI&gt; URL<br>    &lt;LI&gt; Size<br>    &lt;LI&gt; Last Modified (Date)<br>    &lt;LI&gt; Type (MIME Type/Sub Type)<br>    &lt;LI&gt; Server Type (Web server and version number)<br>    &lt;LI&gt; MIME (version number)<br>    &lt;/UL&gt;<br>    &lt;P&gt;<br>**MosRelNotes**: lines 262-275.<br><br>    &lt;DT&gt;&lt;B&gt;Spawn Mosaic at Anchor&lt;/B&gt;<br>    &lt;DD&gt;This function will open a new Mosaic window with this anchor URL.<br>**MosRelNotes**: lines 288-289. |
| [1. cont'd] a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | A microcomputer running the combination of MHonArc and Mosaic discloses a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.  MHonArc and Mosaic run as programs in the memory of a microcomputer running Windows 3.1, Windows NT, or Windows for Workgroups.  Such microcomputers comprise a processing unit, input device, output device, and memory.<br><br>    MHonArc is a Perl program for converting e-mail messages as specified<br>    in RFC 822 and RFC 1521 (MIME) to HTML.<br>**MHonDoc**:lines 74-75.<br><br>    Software Requirements<br><br>    Before we get started we must assume your system meets one or more of the following Operating System and environments: |

|  |  |
|---|---|
|  | - Microsoft Windows NT<br><br>- Windows v3.1, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured.<br><br>- Windows for Workgroups, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured.<br><br>**MosReadMe:lines 20-28.** |
| 2-7 | [Not asserted] |
| 8. The system recited in claim 1, wherein the user interface highlights detected structures. | A microcomputer running Mosaic discloses a system wherein the user interface highlights detected structures. The Mosaic program highlights structures identified by MHonArc by displaying the structures in a blue color.<br><br><br><br>**Screenshot of the Mosaic display demonstrating the highlighting of structures detected by MHonArc.** |