# EXHIBIT G

**U.S. Patent No. 5,946,647**

**Apple Newton**

**References cited:**
- Newton Programmer's Guide, copyright 1993, 1994 Apple Computer, Inc.
- Deposition of Greg Christie, 4-20-2012 (Christie Depo)

| Claim | Disclosure |
|---|---|
| 1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | Apple has taken the position that the preamble is not limiting.  *See* Mowry Dep. Tr. at 101:4-6.<br><br>To the extent that the preamble is limiting, Newton discloses a computer-based system for detecting structures in data and performing actions on detected structures.  See, e.g.: |

1

|  | The Newton system software is divided into three levels, as shown in Figure 1-1.

The lowest level includes the operating system and the low-level communications system. These parts of the system interact directly with the hardware and perform basic operations such as memory management, input and output, and task switching. NewtonScript applications have no direct access to system services at this low level.

The middle level consists of system services which NewtonScript applications can directly access and interact with to accomplish tasks. The system provides hundreds of routines which applications can use to take advantage of these services.

At the highest level are components that applications can use to construct their user interfaces. These reusable components neatly package commonly needed user interface objects such as buttons, lists, tables, input fields, and so on. These components incorporate NewtonScript code that makes use of the system services in the middle level, and which an application can override to customize an object.

(Newton Programmer's Guide at 1-1) |
|---|---|



**Figure 1-1**      System software overview

(Newton Programmer's Guide at 1-2)

|  | The Newton platform incorporates a sophisticated preemptive, multi-tasking operating system. The operating system is a modular set of tasks performing functions such as memory management, task management, scheduling, task to task communications, input and output, power management and other low-level functions. The operating system manages and interacts directly with the hardware.<br><br>A significant part of the operating system is concerned with low-level communication functions. The communication subsystem runs as a separate task. It manages the hardware communication resources available in the system. These include serial, Fax modem, AppleTalk networking, and infrared. The communication architecture is extensible, and new communication protocols can be installed and removed at run time, to support additional services and external devices that may be added.<br><br>Another separate operating system task of interest is the Inker. The Inker task is responsible for gathering and displaying input from the electronic tablet overlaying the screen when the user writes on the Newton. The Inker exists as a separate task so that the Newton can gather input and display electronic ink at the same time as other operations are occurring.<br><br>(Newton Programmer's Guide at 1-3) |
|--|--|

The Newton system software contains hundreds of routines organized into functional groups of services. Your application can use these routines to accomplish specific tasks such as opening and closing views, storing and retrieving data, routing data through a communication link, playing sounds, drawing shapes, and so on. This section includes brief descriptions of the more important system services with which your application will need to interact.

(Newton Programmer's Guide at 1-5)

The Newton recognition system uses a sophisticated multiple-recognizer architecture. There are recognizers for text, shapes, and gestures, which are normally simultaneously active. An arbitrator examines the results of the recognizers and returns the recognition match that has the highest confidence. The user can temporarily turn off text and/or shape recognition to limit the possible results.

(Newton Programmer's Guide at 1-8)

Recognition is modeless. That is, the user does not need to put the system in a special mode or use a special dialog box in order to write. The user can write in any input field at any time.

(Newton Programmer's Guide at 1-9)

## Intelligent Assistant

A key part of the Newton information architecture is the Intelligent Assistant. The Intelligent Assistant is a system service that attempts to complete actions for the user according to deductions it makes about the task that the user is currently performing. The Assistant is always instantly available to the user through the Assist button, yet remains non-intrusive.

| | |
|---|---|
| | The Assistant knows how to complete several built-in tasks; they are Scheduling (adding meetings), Finding, Reminding (adding Todo items), Mailing, Faxing, Printing, Calling, and getting time information from the Time Zones map. Each of these tasks has several synonyms; for example, the user can write "call," "phone," "ring," or "dial" to make a phone call. |
| | Applications can add new tasks so that the Assistant supports their special capabilities and services. The Newton unified data model makes it possible for the Assistant to access data stored by any application, thus allowing the Assistant to be well-integrated in the system. |
| | (Newton Programmer's Guide at 1-9 to 10) |
| [1. cont'd] an input device for receiving data; | Newton discloses an input device for receiving data.  See, e.g.: Another separate operating system task of interest is the Inker. The Inker task is responsible for gathering and displaying input from the electronic tablet overlaying the screen when the user writes on the Newton. The Inker exists as a separate task so that the Newton can gather input and display electronic ink at the same time as other operations are occurring. <br><br> (Newton Programmer's Guide at 1-3) <br><br> **Written Input and Recognition** <br><br> This chapter discusses how to control and work with written input and the recognition system. Also included is information on how to do hit testing of areas on the screen and how to work with dictionaries, which support recognition. |

|  | The Newton recognition system uses a sophisticated multiple-recognizer architecture. There are recognizers for words, shapes, and gestures. The word recognizers work together with built-in dictionaries to choose words that accurately match what the user has written.<br><br>For each view, you can configure which recognizers are enabled and how they are configured. For example, the word recognizer can be set to recognize only names, or names and phone numbers, or only words in a custom dictionary that you supply, among other choices.<br><br>Most recognition events are handled automatically by the system view classes so you don't need to do anything in your application to handle recognition events unless you want to do something special. For example, when a user writes a word in a `clParagraphView`, that view automatically passes the strokes to the recognizer, accepts the recognized word back, and displays the word. In addition, the view automatically handles correction for you. (The user can double-tap on a word to get a list of the top five recognition matches for it, or to use the keyboard to correct it.)<br><br>(Newton Programmer's Guide at 6-1 to 2) |
|--|--|

## Keyboard View (clKeyboardView)

The `clKeyboardView` class is used to display keyboard-like arrays of buttons that can be pressed (tapped with the pen) to perform an action. Here is an example:



(Newton Programmer's Guide at 4-21)

Built into the system root view are four different keyboards shown in Figure 2-12. You can access the built-in keyboards using these symbols:

- `'alphaKeyboard` for the full alphanumeric keyboard
- `'numericKeyboard` for a number keyboard
- `'dateKeyboard` for a keyboard that allows date and time entry
- `'phoneKeyboard` for a keyboard that allows phone number entry

An on-screen keyboard can be opened by the user with a double tap on an input field (as long as gestures are allowed). The kind of keyboard displayed is determined by what type of input is recognized by the field. For example,



Alpha Keyboard



Numeric Keyboard



Phone Keyboard



Date Keyboard

a field in which only numbers are recognized would use the numeric keyboard. The user can also open a keyboard from the corrector pop-up list, shown when they are correcting a recognized word.

(Newton Programmer's Guide at 2-100 to 101)

| [1. cont'd] an output device for presenting the data; | Newton discloses an output device for presenting the data.  See, e.g.: |
|---|---|
| | This chapter describes how to draw simple graphics and text inside of views on the Newton. |
| | With the Newton drawing system, you can draw these kinds of objects: |
| | ■ Lines |
| | ■ Rectangles |
| | ■ Rounded rectangles |
| | ■ Ovals (including circles) |
| | ■ Polygons |
| | ■ Wedges |
| | ■ Regions |
| | ■ Text |
| | ■ Pictures |
| | ■ Bitmaps |
| | (Newton Programmer's Guide at 9-1) |
| | When a view is shown on the screen, the Newton system draws it according to the parameters you have specified in the view template. When the system is done drawing, it sends the `viewDrawScript` message to the view. If you want to do your own drawing, you must provide a `viewDrawScript` method to handle this message. Your `viewDrawScript` method should call whatever drawing routines you want. |
| | (Newton Programmer's Guide at 9-2) |

## View System

**Views** are the basic building blocks of most applications. A view is simply a rectangular area mapped onto the screen. Nearly every individual visual item you see on the screen is a view. Views display information to the user in the form of text and graphics, and the user interacts with views by tapping on them, writing in them, dragging them, and so on. A view is defined by a frame that contains slots specifying view attributes such as its bounds, fill color, alignment relative to other views, and so on.

The view system comprises that part of the system that you work with to manipulate views. There are routines to open, close, animate, scroll, highlight, and lay out views, to name just a few of the kinds of things you can do. Refer to the chapter "Views" for basic information about views and descriptions of all the routines you can use to interact with the view system.

(Newton Programmer's Guide at 1-7)

| [1. cont'd] a memory storing information including program routines<br><br>including an analyzer server for detecting structures in the data,<br><br>and for linking actions to the detected structures; | Newton discloses a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures.  See, e.g.:<br><br>Newton applications store data in a common format called the frame. Dissimilar data types can be stored in any frame and a common set of predefined data types supported by all frames allow Newton applications to share data virtually transparently. Frames can grow and shrink dynamically, and frame data is automatically compressed and decompressed by the object system when the frame is accessed or stored.<br><br>This chapter describes the Newton data storage model and the system-supplied functions and methods used to store and retrieve data.<br><br>(Newton Programmer's Guide at 7-1 )<br><br>The basis of data storage on the Newton is an object called the **frame.** Like a database record, a frame stores data items. Frames are dynamic; in other words, they can grow and shrink as necessary. Thus the frame offers an extremely flexible and efficient means of storing data.<br><br>Individual data items in the frame are stored in **slots,** which may be thought of as the fields of the database record. Slots can store data directly, using predefined data types to represent strings, numeric formats, arrays, and binary objects. These system-supplied data types, in conjunction with the frames-based data storage model, allow Newton applications to share data directly. A single slot can store items of dissimilar data types.<br><br>(Newton Programmer's Guide at 7-2) |

The Intelligent Assistant (IA) is a system service that attempts to complete actions for the user according to deductions it makes about the task that the user is currently performing. The Assistant is always instantly available to the user, yet remains non-intrusive. It can be thought of as an alternate interface to Newton that allows the user to invoke services fluidly, according to current context.

The Assistant knows how to complete several built-in tasks; they are Scheduling (adding meetings), Finding, Reminding (adding Todo items), Mailing, Faxing, Printing, Calling, and getting time information from the WorldClock.

This chapter describes how you can add IA support to your application. It discusses the capabilities and limitations of the Assistant, summarizes the IA architecture, and dissects a typical code example. The chapter concludes with a summary list of steps one must take to implement IA support in a Newton application.

When the user taps the Assist button, the Assistant attempts to complete a task specified by the user. If the Assistant does not have sufficient information to complete an action, it attempts to fill in the missing information according to deductions it makes using the current context. If necessary, the Assistant prompts the user to clarify ambiguities by choosing items from the Assist pop-up menu or by writing one of several synonyms that the Assistant understands. For example, the Assistant invokes the Find task if the user writes any of these phrases: "find", "find it", "locate", or "locate it".

(Newton Programmer's Guide 11-1 to 2)

13

When the user requests assistance, the Assistant invokes the NewtonScript function `parseUtter()`, passing to it the phrase that the user entered on the Newton screen. The `parseUtter` function attempts to match words and phrases with items in each action or object template's `lexicon` slot. Each word or phrase matching a lexicon entry causes the Assistant to create a frame using the template that was matched. Frames created from action templates are called **action frames**; similarly, frames created from target templates are called **target frames.**

At this point, the Assistant has parsed the user input and created a number of data structures, but has not yet determined which task it is trying to complete. The task is selected by matching one of the action frames returned by `parseUtter()` with the primary action slot in one of the task templates registered with the Assistant. The Assistant then uses the task template that was matched to create a frame (the **task frame**) in which it stores all of the information defined in the template, as well as all of the frames created by `parseUtter()`. Note that if the Assistant is unable to match an action template, it tries to determine which task template to use based on the information it does recognize. For example, if the user enters the phrase "buzz 555-1234", the Assistant would not recognize the word buzz as an action for which it has a template, but would display the call template based on its recognition of 555-1234 as having the format of a telephone number.

(Newton Programmer's Guide at 11-8)

The Assist functionality of Newton was separate from the client applications.  Greg Christie, and Apple employee who was manager of the Newton applications team at Apple, testified that Newton was a "system-level function" and that it was available to multiple applications.
*See* Christie Depo. at 22:10-14; 26:15-28:1.

Mr. Christie also confirmed that Newton Assist detected structures and linked actions to those detected structures.  For example, Mr. Christie testified that

10 So in the address book application, if
11 the user was typing a phone number and then
12 tapped on the assist icon --
13 A. Mm-hmm.
14 Q. -- what would happen next?
15 A. Well, the same basic thing that I just
16 described, a slip would appear on the screen and
17 there the range of choices, I think, in that case
18 would have been "call" or "fax," this being the
19 1990s when faxing was pretty hot stuff.

Christie Depo. at 34:10-19; *see also* Christie Depo. at 36:1-41:23.

The Newton analyzer server is an "analyzer server" under both the Posner and ITC claim constructions.

| | |
|---|---|
| [1. cont'd] a user interface enabling the selection of a detected structure and a linked action; and | Newton discloses a user interface enabling the selection of a detected structure and a linked action.  See, e.g.:<br><br>Depending on the amount of information the user has provided at the time the Assistant is invoked, a variety of scenarios may be played out. This section describes how the Assistant reacts in various situations.<br><br>When the user taps the Assist button, Newton passes the current selection to the Assistant, which attempts to determine what the user wants to do. If the user has fully specified the actions Newton is to perform, the Assistant either completes the task or displays an optional task slip before taking further action. A sample task slip is shown in Figure 11-2.<br><br>The task slip is one means by which the Assistant resolves ambiguity—for example, the user can correct the task slip if the Assistant chooses the wrong Bob from the Names soup, or the user can write Bob's fax number on the slip<br><br>**Figure 11-2**     The task slip<br><br><br><br>if the number was not found. The task slip's other main purpose is to provide the user with one last chance to confirm or dismiss execution of the task before the Assistant actually takes action.<br><br>(Newton Programmer's Guide at 11-4 to 5) |

16



Figure 11-3    The Please dialog box

If the user taps Assist without having selected anything on the Newton notepad, the Please dialog box appears with no text present on the label entry input line; the user can then write text here, which is recognized and returned to the label entry input line as Roman text.

(Newton Programmer's Guide at 11-6)

Mr. Christie's testimony confirmed that Newton allowed selection of a detected structure and linked action,
 *See, e.g.*, Christie Depo. at 34:10-19.

| | |
|---|---|
| [1. cont'd] an action processor for performing the selected action linked to the selected structure; and | Newton discloses an action processor for performing the selected action linked to the selected structure.  See, e.g.:<br><br>The Intelligent Assistant (IA) is a system service that attempts to complete actions for the user according to deductions it makes about the task that the user is currently performing. The Assistant is always instantly available to the user, yet remains non-intrusive. It can be thought of as an alternate interface to Newton that allows the user to invoke services fluidly, according to current context.<br><br>The Assistant knows how to complete several built-in tasks; they are Scheduling (adding meetings), Finding, Reminding (adding Todo items), Mailing, Faxing, Printing, Calling, and getting time information from the WorldClock.<br><br>This chapter describes how you can add IA support to your application. It discusses the capabilities and limitations of the Assistant, summarizes the IA architecture, and dissects a typical code example. The chapter concludes with a summary list of steps one must take to implement IA support in a Newton application.<br><br>(Newton Programmer's Guide 11-1) |

| | |
|---|---|
| [1. cont'd] a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | Newton discloses a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.  See, e.g.:<br><br>The Newton platform incorporates a sophisticated preemptive, multi-tasking operating system. The operating system is a modular set of tasks performing functions such as memory management, task management, scheduling, task to task communications, input and output, power management and other low-level functions. The operating system manages and interacts directly with the hardware.<br><br>A significant part of the operating system is concerned with low-level communication functions. The communication subsystem runs as a separate task. It manages the hardware communication resources available in the system. These include serial, Fax modem, AppleTalk networking, and infrared. The communication architecture is extensible, and new communication protocols can be installed and removed at run time, to support additional services and external devices that may be added.<br><br>(Newton Programmer's Guide at 1-3) |

| | |
|---|---|
| | |
| 8. The system recited in claim 1, wherein the user interface highlights detected structures. | See claim 1.<br><br>Newton discloses a system wherein the user interface highlights detected structures. See, e.g.:<br><br>**The Postparse Method**<br><br>After the Assistant has stored all of the objects that were created when matching object types specified in the signature array of the task template, it invokes the postparse method.<br><br>The postparse method commonly acts as a dispatching method that invokes the subtasks comprising the primary action—one such subtask might be the display of a task slip view to the user. The postparse method can also perform additional parsing (surprise!) to retrieve information that the Assistant was unable to find on its own.<br><br>For example, if the user input phrase is "Call to Bob" and the word "Bob" does not match any entries in the Names soup, the target of the action "call" is still unknown to the Assistant. However, because the word "to" appears in the call action template's lexicon, the postparse method can find the word that appears after "to" in the original phrase and use it as the target of the action. Because this word, "Bob," does not currently match an existing entry in the soup, the postparse method uses this information to fill out a task slip rather than to actually call Bob. After the user supplies the information missing from the task slip, the postparse method takes care of actually performing the primary action specified in the task frame.<br><br>**IMPORTANT**<br>Once your postparse method is invoked, it is in complete control of Newton. This means that your postparse method must include any code necessary to complete the primary action, such as that required to display a task slip, validate input, and handle errors. ▲ |

(Newton Programmer's Guide at 11-23)

## A Sample Postparse Method

The following code fragment is an example of a postparse method that tests
for the existence of the value slot and accesses its content.

```
postParse: func()
begin
  local index, thePhraseType, thePhraseText;

  for index := 0 to Length(raw)-1 do
  begin
   if ClassOf(raw[index]) = 'Array then
   begin
     thePhraseType := raw[index][0];
     thePhraseText := phrases[index];
   end;
   else
   if ClassOf(raw[index]) = 'lex then
   begin
     thePhraseType := raw[index][0].isa;
     if hasSlot(raw[index][0], 'value) then
      thePhraseText := raw[index][0].value;
     else
      thePhraseText := phrases[index];
   end;
   // Display phrase text in the routing slip for
this task.
     end;
   end;
```

(Newton Programmer's Guide at 11-23 to 24)

### The postparse Slot

The `postparse` slot stores a reference to an action template that is invoked after the Assistant parses the user input. Frequently, the task template's primary action is actually invoked by a postparse method—for example, if the user asks to "fax Bob" and Newton cannot do so until the Assistant has retrieved Bob's fax number, the primary action of sending the fax would correctly be invoked after the `parseUtter` function returns the task frame.

Another common use for the postparse method is to display a task slip view that provides the user with an opportunity to confirm, modify or dismiss the primary action before it is executed.

(Newton Programmer's Guide 11-19)