# EXHIBIT H

U.S. Patent No. 5,946,647

Microsoft Foundation Classes

**References cited:**
 **CON** - Conger, Jim, *Microsoft Foundation Class Primer*, Waite Group Press, Emeryville, CA, 1993.
  •

| Claim | Disclosure |
|---|---|
| 1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | Apple has taken the position that the preamble is not limiting.  *See* Mowry Dep. Tr. at 101:4-6.<br><br>The Microsoft Foundation Classes (MFC) defined the Microsoft tools used to create applications on Microsoft Windows computer-based systems.<br><br>"The MFC classes are designed primarily as a basis for creating Windows 3.1 and Windows NT applications." **CON:p1.**<br><br>"Figure 1-3 shows how a Windows program operates.  Windows applications interact with the Windows environment, not directly with the hardware.  If an application decides to write or draw something on the screen, it calls a function within Windows.  Internally, Windows decodes the function call and translates it into hardware commands." **CON:p6.** |

1

| | |
|---|---|
| | 
CON:p6. |
| [1. cont'd] an input device for receiving data; | |
| [1. cont'd] an output device for presenting the data; | |
| [1. cont'd] a memory storing information including program routines including an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | The 'Message Map' of MFC provides a memory storing information on linking a set of actions (in the form of conventional pointers) to a popup menu which can be associated with detected structures.<br><br>"The MFC approach to processing messages is to divert each message that the program will process to a separate function.  The function does whatever action is appropriate in the program for that one message, and then returns.  The diversion of messages to individual functions is done with a 'message map'.  The message map specifies which functions get called for specific messages, and then lets any other messages pass on to the default message processing logic.  Figure 3-4 shows how the message map diverts functions." **CON:p76**. |

2

| | |
|---|---|
| | 

Figure 3-4 Message Mapping |
| | **CON:p77.** |
| [1. cont'd] a user interface enabling the selection of a detected structure and a linked action; and | The MFC menu provides a user interface enabling the selection of an action from the Message Map associated with a detected structure |

3

> ### Defining a Menu
>
> Menus are defined in the .RC file with a few lines of text. MINIMAL3 defines a menu called "MyMenu" that contains two menu items (see Listing 3-14). The first item is "Beep" and the second is "Quit." Note that the ID values (IDM_BEEP and IDM_QUIT) defined in the MINIMAL3.H header file are assigned to each menu item. These menu ID values are used to determine which menu item has been selected in the body of the C program.
>
> The menu character strings that will be displayed on the menu bar are both preceded by ampersand (&) characters. This results in the first letter of each menu item being underlined. Pressing (ALT)-(B) will result in the "Beep" menu item being activated, while pressing (ALT)-(Q) will result in the "Quit" menu item being activated. This a quick way to provide keyboard alternatives for menu item selections.

.CON:p87.

> **Listing 3-14** The Menu Definition
> ```
> MyMenu      MENU
> {
>     MENUITEM "&Beep",    IDM_BEEP
>     MENUITEM "&Quit",    IDM_QUIT
> }
> ```

**CON:p87**.

A MFC pop-up menu can be associated with a particular location within the display window of an application.

"The last type of window we will explore in this chapter is the pop-up window. Pop-ups are similar to child windows, in that they are related to a parent window. However, pop-up windows are not restricted to the parent window's client area. Pop-ups can appear anywhere on the screen and can cover up portions of the parent window and

4

|  | other program windows. " **CON:p319**<br><br>"Creating pop-up windows is just like creating child windows, except the WS_POPUP window style is used in place of WS_CHILD when calling CWnd::Create()." **CON:p320**<br><br>Thus a child menu specified by: |
|---|---|

5

**Listing 8-13** FIXCHILD.CPP

```cpp
// fixchild.cpp              demonstrate independent child window

#include <afxwin.h>          // class library header file
#include "fixchild.h"        // header file for resource data
#include "fixchild.hpp"      // header file for this program

CTheApp theApp ;             // create one CTheApp object - runs program

BOOL CTheApp::InitInstance () // override default InitInstance()
{
    m_pMainWnd = new CMainWindow () ;           // create a main window
    m_pMainWnd->ShowWindow (m_nCmdShow) ;       // make it visible
    m_pMainWnd->UpdateWindow () ;               // paint center
    return TRUE ;
}


CMainWindow::CMainWindow ()     // constructor for main window
{
    Create (NULL, "Two Fixed Children", WS_OVERLAPPEDWINDOW,
        rectDefault, NULL, "MyMenu") ;

    CRect ClientRect ;
    this->GetClientRect (ClientRect) ;          // get client area size
    int nWidth = ClientRect.Width () ;
    ClientRect.right -= nWidth / 2 ;            // cut in half
    LeftSide.Create ("", WS_CHILD | WS_BORDER | WS_VISIBLE,
        ClientRect, this, NULL, RGB (255, 0, 0)) ;

    ClientRect.left++ ;                         // reduce width by one
    ClientRect.OffsetRect (nWidth / 2, 0) ; // move to right side
    RightSide.Create ("", WS_CHILD | WS_BORDER | WS_VISIBLE,
        ClientRect, this, NULL, RGB (0, 0, 255)) ;
}

BEGIN_MESSAGE_MAP (CMainWindow, CFrameWnd)
    ON_COMMAND (IDM_QUIT, OnExit)   // "Quit" menu item
    ON_WM_SIZE ()                   // parent window size changed
END_MESSAGE_MAP ()

void CMainWindow::OnExit ()         // respond to menu item "Quit"
{
    this->DestroyWindow () ;        // destroy main window,
}                                   // this stops application

void CMainWindow::OnSize (UINT nType, int cx, int cy)
{                                   // resize child windows to fit
    LeftSide.MoveWindow (0, 0, cx/2, cy, TRUE) ;
    RightSide.MoveWindow (1 + (cx/2), 0, cx, cy, TRUE) ;
}
```

```
//---------------- Left child window section --------------------//

BOOL LChild::Create (char FAR* lpName, DWORD dwStyle,
    RECT& rect, CWnd* pParent, UINT nID, DWORD dwColor)
{
    CBrush brush (dwColor) ;
                                        // create child window
    ClassName = AfxRegisterWndClass (CS_HREDRAW | CS_VREDRAW,
        AfxGetApp()->LoadStandardCursor (IDC_ARROW),
        brush.GetSafeHandle (), NULL ) ;
    CWnd::Create (ClassName, lpName, dwStyle, rect,
        pParent, nID) ;
    CRect ButtonRect (20, 50, 130, 90) ;
    ChildButton.Create ("Push Me!",
        WS_CHILD | BS_PUSHBUTTON | WS_VISIBLE, ButtonRect,
        this, IDM_LEFTBUTTON) ;
    return TRUE ;
}

BEGIN_MESSAGE_MAP (LChild, CWnd)  // process messages for child
    ON_WM_PAINT ()
    ON_COMMAND (IDM_LEFTBUTTON, OnButton)
END_MESSAGE_MAP ()

void LChild::OnPaint ()             // child window paint function
{
    CString string ("Text in Child Window 1.") ;
    CPaintDC dc (this) ;
    dc.TextOut (10, 25, string, string.GetLength () ) ;
}

void LChild::OnButton ()            // respond to button selection
{
    (this->GetParent ())->SetWindowText ("Child 1 Button") ;
}

//---------------- Right child window section --------------------//

BOOL RChild::Create (char FAR* lpName, DWORD dwStyle,
    RECT& rect, CWnd* pParent, UINT nID, DWORD dwColor)
{
                                        // create child window
    CBrush brush (dwColor) ;
                                        // create child window
    ClassName = AfxRegisterWndClass (CS_HREDRAW | CS_VREDRAW,
        AfxGetApp()->LoadStandardCursor (IDC_ARROW),
        brush.GetSafeHandle (), NULL ) ;
    CWnd::Create (ClassName, lpName, dwStyle, rect,
        pParent, nID) ;
    CRect ButtonRect (20, 50, 130, 90) ;
```

7

**CON:p315-316**

Can be converted to a pop-up menu with:

**Listing 8-17** POPUP.CPP

```cpp
// popup.cpp              demonstrate an independent pop-up window

#include <afxwin.h>       // class library header file
#include "popup.h"        // header file for resource data
#include "popup.hpp"      // header file for this program

CTheApp theApp ;          // create one CTheApp object - runs program

BOOL CTheApp::InitInstance ()   // override default InitInstance()
{
    m_pMainWnd = new CMainWindow () ;      // create a main window
    m_pMainWnd->ShowWindow (m_nCmdShow) ;  // make it visible
    m_pMainWnd->UpdateWindow () ;          // paint center
    return TRUE ;
}

CMainWindow::CMainWindow ()   // constructor for main window
{
    Create (NULL, "Popup Parent", WS_OVERLAPPEDWINDOW, rectDefault,
        NULL, "MyMenu") ;
    bPopupExists = FALSE ;    // initialize
}

BEGIN_MESSAGE_MAP (CMainWindow, CFrameWnd)
    ON_COMMAND (IDM_SEND, OnSend)
    ON_COMMAND (IDM_QUIT, OnExit)
    ON_COMMAND (IDM_CREATE, OnCreatePopup)
    ON_MESSAGE (WM_POPUPMESSAGE, OnPopupMessage)
END_MESSAGE_MAP ()

void CMainWindow::OnExit ()          // respond to menu item "Quit"
{
    this->DestroyWindow () ;         // destroy main window,
}                                    // this stops application

void CMainWindow::OnCreatePopup ()   // create pop-up window
{
    if (bPopupExists)                // only make one at a time
        return ;
    CRect PopupRect (10, 50, 210, 200) ;
    Popup.Create ("Pop-up Window",
        WS_POPUP | WS_BORDER | WS_VISIBLE | WS_CAPTION,
        PopupRect, this, NULL, RGB (194, 194, 194)) ;
    bPopupExists = TRUE ;
}

void CMainWindow::OnSend ()          // send a message to pop-up
{
    if (bPopupExists)
        Popup.SendMessage (WM_CUSTOM, 0, 0L) ;
}
```

```
LONG CMainWindow::OnPopupMessage (UINT, LONG) // message from pop-up
{
    bPopupExists = FALSE ;          // remember pop-up destroyed
    return NULL ;
}


//------------------ Pop-up window section ----------------------//

BOOL CPopup::Create (char FAR* lpName, DWORD dwStyle,
    RECT& rect, CWnd* pParent, UINT nID, DWORD dwColor)
{                                       // create pop-up window
    CBrush brush (dwColor) ;

    ClassName = AfxRegisterWndClass (CS_HREDRAW | CS_VREDRAW,
        AfxGetApp()->LoadStandardCursor (IDC_ARROW),
        brush.GetSafeHandle (), NULL ) ;
    CWnd::Create (ClassName, lpName, dwStyle, rect,
        pParent, nID) ;
    CRect ButtonRect (20, 50, 130, 90) ;
    ChildButton.Create ("Destroy Me",
        WS_CHILD | BS_PUSHBUTTON | WS_VISIBLE, ButtonRect,
        this, IDM_POPUPBUTTON) ;
    return TRUE ;
}

BEGIN_MESSAGE_MAP (CPopup, CWnd)    // process messages for pop-up
    ON_WM_PAINT ()
    ON_COMMAND (IDM_POPUPBUTTON, OnButton)  // button pressed
    ON_MESSAGE (WM_CUSTOM, OnMessage)       // message from parent
END_MESSAGE_MAP ()

void CPopup::OnPaint ()                 // Pop-up window paint function
{
    CString string ("Text in Popup Window.") ;
    CPaintDC dc (this) ;
    dc.TextOut (10, 25, string, string.GetLength () ) ;
}

void CPopup::OnButton ()                // respond to button selection
{                                       // tell parent pop-up is exiting
    (this->GetParent ())->SendMessage (WM_POPUPMESSAGE, 0, 0L) ;
    this->DestroyWindow () ;            // remove pop-up window
}

LONG CPopup::OnMessage (UINT, LONG) // respond to message from parent
{
    this->SetWindowText ("Got message!") ;  // change pop-up caption
    return NULL ;
}
```

CON:p321-322.

9

| | |
|---|---|
| [1. cont'd] an action processor for performing the selected action linked to the selected structure; and | The MFC pop-up menu provides an action processor which allows the execution of the action selected from the pop-up menu.<br><br>**Remaining MINIMAL3 Program Files**<br><br>With the resource data and resource header file defined, the only files left to create for MINIMAL3 are the .CPP, .HPP, and .DEF files. They closely follow the MINIMAL2 example. Listing 3-15 shows the MINIMAL3.HPP header file which includes the class definitions for the CMainWindow and CTheApp classes. Note<br><br>**Listing 3-14** The Menu Definition<br><br>```\nMyMenu      MENU\n{\n    MENUITEM "&Beep",    IDM_BEEP\n    MENUITEM "&Quit",    IDM_QUIT\n}\n```<br><br>**CON:p87** |

10

**Listing 3-15** MINIMAL3.HPP Header File

```
// minimal3.hpp    header file for minimal3.cpp

class CMainWindow : public CFrameWnd // derive a main window class
{
public:
    CMainWindow () ;              // declare a constructor
private:
    void OnBeep () ;              // respond to menu items
    void OnExit () ;

    DECLARE_MESSAGE_MAP()         // prepare for message processing
} ;

class CTheApp : public CWinApp   // derive an application class
{
public:
    BOOL InitInstance () ;        // declare new InitInstance()
} ;
```

that the **OnBeep()** and **OnExit()** functions have been declared as members of the CMainWindow class. These functions will respond to menu selections. Unlike functions that respond to specific messages like WM_MOVE and which have predefined names like **OnMove()**, functions that respond to menu items can have any name. MINIMAL3.HPP happens to choose function names that are similar to the predefined function names, but you could call the two functions anything you like.

The DECLARE_MESSAGE_MAP() macro is again included within the CMainWindow class definition in MINIMAL3.HPP to alert the compiler that messages will be processed. Listing 3-16 shows the MINIMAL3.CPP program that includes the message map.

**CON:p88.**

11

**Listing 3-16** MINIMAL3.CPP

```cpp
// minimal3.cpp              first example with a menu

#include <afxwin.h>           // class library header file
#include "minimal3.h"         // header file for resource data
#include "minimal3.hpp"       // header file for this program

CTheApp theApp ;              // create one CTheApp object - runs program

BOOL CTheApp::InitInstance () // override default InitInstance()
{
    m_pMainWnd = new CMainWindow () ;                // create a main window
    m_pMainWnd->SetWindowText (m_lpCmdLine) ; // title == cmd line
    m_pMainWnd->ShowWindow (m_nCmdShow) ;     // make it visible
    m_pMainWnd->UpdateWindow () ;             // paint center
    return TRUE ;
}

CMainWindow::CMainWindow ()   // constructor for window
{
    Create (NULL, "", WS_OVERLAPPEDWINDOW, rectDefault,
        NULL, "MyMenu") ;
}

BEGIN_MESSAGE_MAP (CMainWindow, CFrameWnd)  // message map
    ON_COMMAND (IDM_BEEP, OnBeep)    // WM_COMMAND messages are
    ON_COMMAND (IDM_QUIT, OnExit)    // from menu items
END_MESSAGE_MAP ()

void CMainWindow::OnBeep ()      // respond to menu item "Beep"
{
    ::MessageBeep (0) ;          // beep the speaker
}

void CMainWindow::OnExit ()      // respond to menu item "Quit"
{
    this->DestroyWindow () ;     // destroy main window,
}                                // this stops application
```

**CON:p89.**

12

| | |
|---|---|
| [1. cont'd] a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | |
| 8. The system recited in claim 1, wherein the user interface highlights detected structures. | |