# EXHIBIT I

# U.S. Patent No. 5,946,647

# U.S. Patent No. 5,859,636

| **Claim Limitation** | **U.S. Patent No. 5,859,636 ("Pandit")** <br> **Filed Dec. 27, 1995** |
|---|---|
| 1. A computer-based system for detecting structures in data and performing actions on detected structures, comprising: | Apple has taken the position that the preamble is not limiting.  *See* Mowry Dep. Tr. at 101:4-6. <br><br> To the extent that the preamble is limiting, this limitation is disclosed in Pandit. <br><br> Pandit teaches a computer-based system for detecting structures in data and performing actions on detected structures. <br><br>     Text of a predetermined class is recognized in a body of text. After recognition, operations relevant to the recognized text may be performed. For example, text such as telephone numbers, telefax numbers, and dates can be recognized in a body of text. Options are provided for selecting and running operations and programs relevant to the recognized text, such as, telephone dialers, telefaxing programs, writable databases etc. Libraries of subroutines are provided for each class of text to be recognized. Each library typically includes a plurality of operations which may be run on the particular class of text. The libraries are recognized at run time of an application, so that additional libraries and operations may be added without a need for recompiling. A single class of text is recognizable in a number of formats without limits as to the origin of the body of text. <br><br> Abstract. <br><br>     The invention pertains to recognition of text in a body of text as belonging to a predetermined class and performing an operation relevant to the recognized text. <br><br> 1:53-55. <br><br>     The present invention can be embodied in the form of computer-implemented processes and apparatuses for practicing those processes.  The present invention also can be embodied in the form of computer program code embodied in tangible media, such as floppy diskettes, CD-ROMS, hard drives, or any other computer-readable storage |

# U.S. Patent No. 5,946,647

# U.S. Patent No. 5,859,636

| Claim Limitation | U.S. Patent No. 5,859,636 ("Pandit") <br> Filed Dec. 27, 1995 |
|---|---|
|  | medium, wherein, when the computer program code is loaded into and executed by a computer, the computer becomes an apparatus for practicing the invention. The present invention can also be embodied in the form of computer program code, for example, whether stored in a storage medium, loaded into and/or executed by a computer, or transmitted over some transmission medium, such as over electrical wiring or cabling, through fiber optics, or via electromagnetic radiation, wherein, when the computer program code is loaded into and executed by a computer, the computer becomes an apparatus for practicing the invention. <br><br> 5:26-43. |
| [a] an input device for receiving data; | Pandit discloses an input device for receiving data. Such input devices include a mouse or a keyboard. <br><br> A user can "click" on the Date menu name 12 or otherwise call the menu by one or more keystrokes on a keyboard associated with the video monitor to display or pull down the contents of the menu (step 24). <br><br> 2:15-19. <br><br> A user is able to run one or more of the programs relevant to dates which are identified in the pulled-down menu in a known manner, such as by clicking on the name of the program as it appears in the pulled-down menu (step 25) or through the execution of one or more keyboard key strokes. <br><br> 2:41-46. |
| [b] an output device for presenting the data; | Pandit discloses an output device, a video monitor, for presenting the data. |

# U.S. Patent No. 5,946,647

# U.S. Patent No. 5,859,636

| Claim Limitation | U.S. Patent No. 5,859,636 ("Pandit")<br>Filed Dec. 27, 1995 |
|---|---|
| | Referring to FIG. 1a and FIG. 2, for example, a date 11 in text appearing on a video monitor is accented (step 21 of FIG. 2) for example by shading, underlining or pointing to and clicking on the text.<br><br>2:4-6.<br><br>FIG. 1a |

# U.S. Patent No. 5,946,647

# U.S. Patent No. 5,859,636

| Claim Limitation | U.S. Patent No. 5,859,636 ("Pandit") Filed Dec. 27, 1995 |
|---|---|
| | FIGS. 1a-1f are graphic representations of recognized text on video monitors in accordance with the invention; <br><br> 1:60-61. <br><br> The pull-down menus provided by the invention identify the operations and/or programs which relate to the class of text accented, highlighted or otherwise indicated. For example, referring again to FIG. 1a where date 11 has been accented and recognized by the invention, the pulled-down menu 18 can identify operations and/or programs relevant to dates, such as the calendar program and appointment programs shown as well as a To-Do list program, an anniversary database, a scheduling program etc. . . . <br><br> 2:33-41. |
| [c] a memory storing information including program routines including | Pandit discloses a memory storing information including program routines. <br><br> The present invention can be embodied in the form of computer-implemented processes and apparatuses for practicing those processes.  The present invention also can be embodied in the form of computer program code embodied in tangible media, such as floppy diskettes, CD-ROMS, hard drives, or any other computer-readable storage medium, wherein, when the computer program code is loaded into and executed by a computer, the computer becomes an apparatus for practicing the invention.  The present invention can also be embodied in the form of computer program code, for example, whether stored in a storage medium, loaded into and/or executed by a computer, or transmitted over some transmission medium, such as over electrical wiring or cabling, through fiber optics, or via electromagnetic radiation, wherein, when the computer program code is loaded into and executed by a computer, the computer becomes an apparatus for practicing the invention. |

# U.S. Patent No. 5,946,647

# U.S. Patent No. 5,859,636

| **Claim Limitation** | **U.S. Patent No. 5,859,636 ("Pandit")** <br> **Filed Dec. 27, 1995** |
|---|---|
|  | 5:26-43. |
| [d] an analyzer server for detecting structures in the data, and for linking actions to the detected structures; | Pandit discloses an analyzer server for detecting structures in the data, and for linking actions to the detected structures. <br><br> Pandit discloses an analyzer server under both the Posner and ITC claim constructions. <br><br>   Text of a predetermined class is recognized in a body of text. After recognition, operations relevant to the recognized text may be performed. For example, text such as telephone numbers, telefax numbers, and dates can be recognized in a body of text. Options are provided for selecting and running operations and programs relevant to the recognized text, such as, telephone dialers, telefaxing programs, writable databases etc. Libraries of subroutines are provided for each class of text to be recognized. Each library typically includes a plurality of operations which may be run on the particular class of text. The libraries are recognized at run time of an application, so that additional libraries and operations may be added without a need for recompiling. A single class of text is recognizable in a number of formats without limits as to the origin of the body of text. <br><br> Abstract. <br><br>   The invention selectively recognizes text and performs relevant operations based on the recognition. Referring to FIG. 1a and FIG. 2, for example, a date 11 in text appearing on a video monitor is accented (step 21 of FIG. 2) for example by shading, underlining or pointing to and clicking on the text. The invention recognizes the accented text (step 22), and provides a menu bar 13 in which the name of menu 12 corresponding to the class of text accented is highlighted or shown in bold type, thereby showing that the menu is enabled (step 23).  In the example of FIG. 1a, the Date menu 12 is shown in bold type, signifying that the invention includes a menu of operations and/or programs which are relevant to dates. A user can "click" on the Date menu name 12 or otherwise call the |

# U.S. Patent No. 5,946,647

# U.S. Patent No. 5,859,636

| Claim Limitation | U.S. Patent No. 5,859,636 ("Pandit") <br> Filed Dec. 27, 1995 |
|---|---|
| | menu by one or more keystrokes on a keyboard associated with the video monitor to display or pull down the contents of the menu (step 24). A view of an embodiment of a pulled-down Date menu 18 is shown in FIG. 1b. A user may directly call a calender or appointment database program from pulled-down menu 18. Other programs may be included in pulled-down date menu 18 as discussed below. <br><br> 2:3-23. <br><br> As shown in FIGS. 1c-1f, the invention is not limited to the recognition of dates in text and preferred embodiments of the invention can recognize e-mail addresses and telephone numbers. In fact, there is no limit on the type of text which can be recognized by the invention and additional embodiments can recognize such classes of text as Uniform Resource Locators, nouns, verbs, names, street addresses, etc. <br><br> 2:24:32. <br><br> The pull-down menus provided by the invention identify the operations and/or programs which relate to the class of text accented, highlighted or otherwise indicated. For example, referring again to FIG. 1a where date 11 has been accented and recognized by the invention, the pulled-down menu 18 can identify operations and/or programs relevant to dates, such as the calendar program and appointment programs shown as well as a To-Do list program, an anniversary database, a scheduling program etc. . . . A user is able to run one or more of the programs relevant to dates which are identified in the pulled-down menu in a known manner, such as by clicking on the name of the program as it appears in the pulled-down menu (step 25) or through the execution of one or more keyboard key strokes. <br><br> 2:33-46. |

# U.S. Patent No. 5,946,647

# U.S. Patent No. 5,859,636

| Claim Limitation | U.S. Patent No. 5,859,636 ("Pandit") Filed Dec. 27, 1995 |
|---|---|
| | 3:17-23.<br><br>As noted above the invention preferably includes a library enabling recognition of Uniform Resource Locators (URLs) in text. Consequently, preferred programs which appear on and can be run from the pull-down menu in response to the accenting and subsequent recognition of a URL include World-Wide Web browser programs, such as "NETSCAPE" or "NCSA MOSAIC."<br><br>3:36-49.<br><br>Referring now to FIG. 3, the invention is implemented in one or more modular libraries of subroutines. The libraries can be Dynamically Linked Libraries as understood by those skilled in the art with "MICROSOFT" operating systems. Every subroutine performs a distinct task. In FIG. 3, three libraries 30, 50 and 60 are shown, although the number of libraries which are possible is limited only by the number of possible operations which may be performed. Each library preferably holds five sets of subroutines. For example, Libraries A, B and C each include subroutines a, b, c, d and e. Subroutines a and c are concerned with the class or type of text data recognized by the Library. Subroutines b, d and e are concerned with the operations performed by the Library on the recognized text.<br><br>3:50-59.<br><br>Library A concerns, for example, recognizing and performing operations on dates in text as described above in reference to FIGS. 1a and 1b. Subroutine a (31) of Library A preferably detects a class or type of text data, in this case, dates. Generally, subroutine a is a parser capable of recognizing a class or type of text data in a number of formats. In the case of Library A, the parser subroutine a is able to recognize, for example, date text written in a number of variations, for example 1/1/99, 1/1/1999, 1-1-99, January 1, 1999 etc. |

# U.S. Patent No. 5,946,647

# U.S. Patent No. 5,859,636

| **Claim Limitation** | **U.S. Patent No. 5,859,636 ("Pandit")** <br> **Filed Dec. 27, 1995** |
|---|---|
| | Conventionally, a software program must be entirely recompiled for its functionality to be increased or its operations changed in any manner. The present invention, however, is highly modular and allows libraries to be added at will and additional features to be added to libraries without recompiling. For example, by implementing libraries as "MICROSOFT" Component Object Model Servers or by using equivalent standards known to those skilled in the art, each library is recognized and utilized using the same programming interface, i.e., though the function and results of the subroutines a-e differ from library to library, every library has subroutines a-e. Consequently, an application which is written to recognize and utilize one library can automatically recognize and utilize any other library. Furthermore, an application which is written to recognize and utilize more than one library can automatically recognize and utilize any number of other libraries. Additional libraries can be added at any time, without recompiling, and an application using standards known to those skilled in the art will recognize the addition of one or more libraries at run-time. For example, an application 29 using the invention will use standards known to those skilled in the art to check for the presence of any libraries. Once recognized, the application 29 will be able to use any or all of the libraries. <br><br> 4:32-55. <br><br> This invention does not require that the text be embedded in any document created on or by a particular application program. Any text appearing on a video monitor can be operated on by the invention, whether the text is within an EMail message, World-Wide Web site, created by a word processing or database program, etc. Furthermore, by using parsers as the subroutines for detecting certain types of data, the invention is able to recognize data appearing in a number of formats, rather than a single defined format. <br><br> 5:15-25. |
| [e] a user interface enabling | Pandit discloses a user interface enabling the selection of a detected structure and a linked action. |

# U.S. Patent No. 5,946,647

# U.S. Patent No. 5,859,636

| Claim Limitation | U.S. Patent No. 5,859,636 ("Pandit")<br>Filed Dec. 27, 1995 |
|---|---|
| the selection of a detected structure and a linked action; and | Abstract.<br><br>Text of a predetermined class is recognized in a body of text. After recognition, operations relevant to the recognized text may be performed. For example, text such as telephone numbers, telefax numbers, and dates can be recognized in a body of text. Options are provided for selecting and running operations and programs relevant to the recognized text, such as, telephone dialers, telefaxing programs, writable databases etc. Libraries of subroutines are provided for each class of text to be recognized. Each library typically includes a plurality of operations which may be run on the particular class of text. The libraries are recognized at run time of an application, so that additional libraries and operations may be added without a need for recompiling. A single class of text is recognizable in a number of formats without limits as to the origin of the body of text.<br><br>The invention selectively recognizes text and performs relevant operations based on the recognition. Referring to FIG. 1a and FIG. 2, for example, a date 11 in text appearing on a video monitor is accented (step 21 of FIG. 2) for example by shading, underlining or pointing to and clicking on the text. The invention recognizes the accented text (step 22), and provides a menu bar 13 in which the name of menu 12 corresponding to the class of text accented is highlighted or shown in bold type, thereby showing that the menu is enabled (step 23).  In the example of FIG. 1a, the Date menu 12 is shown in bold type, signifying that the invention includes a menu of operations and/or programs which are relevant to dates. A user can "click" on the Date menu name 12 or otherwise call the menu by one or more keystrokes on a keyboard associated with the video monitor to display or pull down the contents of the menu (step 24). A view of an embodiment of a pulled-down Date menu 18 is shown in FIG. 1b. A user may directly call a calender or appointment database program from pulled-down menu 18. Other programs may be included in pulled-down date menu 18 as discussed below. |

# U.S. Patent No. 5,946,647

# U.S. Patent No. 5,859,636

| Claim Limitation | U.S. Patent No. 5,859,636 ("Pandit") <br> Filed Dec. 27, 1995 |
|---|---|
| | 2:3-23. <br><br>  <br><br> FIG. 1b <br><br> As shown in FIGS. 1c-1f, the invention is not limited to the recognition of dates in text and preferred embodiments of the invention can recognize e-mail addresses and telephone numbers. In fact, there is no limit on the type of text which can be recognized by the invention and additional embodiments can recognize such classes of text as Uniform Resource Locators, nouns, verbs, names, street addresses, etc. <br><br> 2:24:32. |

# U.S. Patent No. 5,946,647

# U.S. Patent No. 5,859,636

| Claim Limitation | U.S. Patent No. 5,859,636 ("Pandit")<br>Filed Dec. 27, 1995 |
|---|---|
|  | <br><br>The pull-down menus provided by the invention identify the operations and/or programs which relate to the class of text accented, highlighted or otherwise indicated. For example, referring again to FIG. 1a where date 11 has been accented and recognized by the invention, the pulled-down menu 18 can identify operations and/or programs relevant to dates, such as the calendar program and appointment programs shown as well as a To-Do list program, an anniversary database, a scheduling program etc. . . . A user is able to run one or more of the programs relevant to dates which are identified in the pulled-down |

# U.S. Patent No. 5,946,647

# U.S. Patent No. 5,859,636

| Claim Limitation | U.S. Patent No. 5,859,636 ("Pandit")<br>Filed Dec. 27, 1995 |
|---|---|
| | menu in a known manner, such as by clicking on the name of the program as it appears in the pulled-down menu (step 25) or through the execution of one or more keyboard key strokes.<br><br>2:33-46.<br><br>[T]he invention is implemented in one or more modular libraries of subroutines. The libraries can be Dynamically Linked Libraries as understood by those skilled in the art with "MICROSOFT" operating systems. Every subroutine performs a distinct task. In FIG. 3, three libraries 30, 50 and 60 are shown, although the number of libraries which are possible is limited only by the number of possible operations which may be performed. Each library preferably holds five sets of subroutines. For example, Libraries A, B and C each include subroutines a, b, c, d and e. Subroutines a and c are concerned with the class or type of text data recognized by the Library. Subroutines b, d and e are concerned with the operations performed by the Library on the recognized text.<br><br>3:36-49. |
| [f] an action processor for performing the selected action linked to the selected structure; and | Pandit discloses an action processor for performing the selected action linked to the selected structure.<br><br>Given a number identifying an operation, subroutine b (32) of Library A performs the identified operation on the recognized text data. For example, subroutine b can call scheduling programs, writable calendar databases, writable to-do list databases, anniversary book databases and any other number of programs or operations relevant to dates.<br><br>4:13-18.<br><br>A person of ordinary skill will understand that any additional libraries, such as Libraries |

# U.S. Patent No. 5,946,647

# U.S. Patent No. 5,859,636

| Claim Limitation | U.S. Patent No. 5,859,636 ("Pandit") Filed Dec. 27, 1995 |
|---|---|
| | B and C shown in FIG. 3 will have subroutines generally related in function to the subroutines of Library A for implementing the invention with respect to other classes of text. For example, the subroutines of Library B preferably are directed to implementing the invention with respect to EMail addresses in a document and the subroutines of Library C are directed to implementing the invention with respect to telephone and telefax numbers, as shown in FIGS. 1b-1f. Other libraries may be added to, for example, operate on URLs, nouns, verbs, names street addresses, etc.<br><br>4:19-31.<br><br>The invention selectively recognizes text and performs relevant operations based on the recognition. Referring to FIG. 1a and FIG. 2, for example, a date 11 in text appearing on a video monitor is accented (step 21 of FIG. 2) for example by shading, underlining or pointing to and clicking on the text. The invention recognizes the accented text (step 22), and provides a menu bar 13 in which the name of menu 12 corresponding to the class of text accented is highlighted or shown in bold type, thereby showing that the menu is enabled (step 23).  In the example of FIG. 1a, the Date menu 12 is shown in bold type, signifying that the invention includes a menu of operations and/or programs which are relevant to dates. A user can "click" on the Date menu name 12 or otherwise call the menu by one or more keystrokes on a keyboard associated with the video monitor to display or pull down the contents of the menu (step 24). A view of an embodiment of a pulled-down Date menu 18 is shown in FIG. 1b. A user may directly call a calender or appointment database program from pulled-down menu 18. Other programs may be included in pulled-down date menu 18 as discussed below.<br><br>2:3-23.<br><br>As shown in FIGS. 1c-1f, the invention is not limited to the recognition of dates in text and preferred embodiments of the invention can recognize e-mail addresses and |

13

# U.S. Patent No. 5,946,647

# U.S. Patent No. 5,859,636

| Claim Limitation | U.S. Patent No. 5,859,636 ("Pandit")<br>Filed Dec. 27, 1995 |
|---|---|
| | telephone numbers. In fact, there is no limit on the type of text which can be recognized by the invention and additional embodiments can recognize such classes of text as Uniform Resource Locators, nouns, verbs, names, street addresses, etc.<br><br>2:24:32.<br><br>The pull-down menus provided by the invention identify the operations and/or programs which relate to the class of text accented, highlighted or otherwise indicated. For example, referring again to FIG. 1a where date 11 has been accented and recognized by the invention, the pulled-down menu 18 can identify operations and/or programs relevant to dates, such as the calendar program and appointment programs shown as well as a To-Do list program, an anniversary database, a scheduling program etc. . . . A user is able to run one or more of the programs relevant to dates which are identified in the pulled-down menu in a known manner, such as by clicking on the name of the program as it appears in the pulled-down menu (step 25) or through the execution of one or more keyboard key strokes.<br><br>2:33-46.<br><br>[T]he invention is implemented in one or more modular libraries of subroutines. The libraries can be Dynamically Linked Libraries as understood by those skilled in the art with "MICROSOFT" operating systems. Every subroutine performs a distinct task. In FIG. 3, three libraries 30, 50 and 60 are shown, although the number of libraries which are possible is limited only by the number of possible operations which may be performed. Each library preferably holds five sets of subroutines. For example, Libraries A, B and C each include subroutines a, b, c, d and e. Subroutines a and c are concerned with the class or type of text data recognized by the Library. Subroutines b, d and e are concerned with the operations performed by the Library on the recognized text. |

# U.S. Patent No. 5,946,647

# U.S. Patent No. 5,859,636

| Claim Limitation | U.S. Patent No. 5,859,636 ("Pandit") Filed Dec. 27, 1995 |
|---|---|
|  | 3:36-49. |
| [g] a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines. | Pandit discloses a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines.<br><br>The present invention can be embodied in the form of computer-implemented processes and apparatuses for practicing those processes. The present invention also can be embodied in the form of computer program code embodied in tangible media, such as floppy diskettes, CD-ROMS, hard drives, or any other computer-readable storage medium, wherein, when the computer program code is loaded into and executed by a computer, the computer becomes an apparatus for practicing the invention. The present invention can also be embodied in the form of computer program code, for example, whether stored in a storage medium, loaded into and/or executed by a computer, or transmitted over some transmission medium, such as over electrical wiring or cabling, through fiber optics, or via electromagnetic radiation, wherein, when the computer program code is loaded into and executed by a computer, the computer becomes an apparatus for practicing the invention.<br><br>5:26-43. |
| 8. The system recited in claim 1, wherein the user interface highlights detected structures. | Pandit discloses a system wherein the user interface highlights detected structures.<br><br>Subroutine c (33) of Library A provides the menu name corresponding to Library A and its text recognition and operating functions. For example, subroutine c provides the name Date or Dates 12. This name appears in menu bar 13, as shown in FIG. 1a and can be displayed in bold-face type or emphasized in some other way whenever date text has been recognized to signify that a number of operations are available for running on the date text.<br><br>3:60-67. |