# EXHIBIT N

# Linking

15-213 / 18-213: Introduction to Computer Systems
12th Lecture, Feb. 23, 2012

**Instructors:**

Todd C. Mowry & Anthony Rowe

# Today

- **Linking**
- Case study: Library interpositioning

# Example C Program

### `main.c`

```c
int buf[2] = {1, 2};

int main()
{
   swap();
   return 0;
}
```

### `swap.c`

```c
extern int buf[];

int *bufp0 = &buf[0];
static int *bufp1;

void swap()
{
   int temp;

   bufp1 = &buf[1];
   temp = *bufp0;
   *bufp0 = *bufp1;
   *bufp1 = temp;
}
```

3

# Static Linking

- **Programs are translated and linked using a *compiler driver*:**
  - unix> *gcc –O2 –g –o p main.c swap.c*
  - unix> *./p*



main.c     swap.c     *Source files*

Translators (cpp, cc1, as)     Translators (cpp, cc1, as)

main.o     swap.o     *Separately compiled relocatable object files*

Linker (ld)

p

*Fully linked <u>executable</u> object file (contains code and data for all functions defined in main.c and swap.c)*

4

**Carnegie Mellon**

# Why Linkers?

■ **Reason 1: Modularity**

- Program can be written as a collection of smaller source files, rather than one monolithic mass.

- Can build libraries of common functions (more on this later)
  - e.g., Math library, standard C library

**Carnegie Mellon**

# Why Linkers? (cont)

■ **Reason 2: Efficiency**

- Time: Separate compilation
  - Change one source file, compile, and then relink.
  - No need to recompile other source files.

- Space: Libraries
  - Common functions can be aggregated into a single file...
  - Yet executable files and running memory images contain only code for the functions they actually use.

6

**Carnegie Mellon**

# What Do Linkers Do?

- **Step 1. Symbol resolution**

  - Programs define and reference *symbols* (variables and functions):
    - `void swap() {…}    /* define symbol swap */`
    - `swap();            /* reference symbol a */`
    - `int *xp = &x;      /* define symbol xp, reference x */`

  - Symbol definitions are stored (by compiler) in *symbol table*.
    - Symbol table is an array of structs
    - Each entry includes name, size, and location of symbol.

  - Linker associates each symbol reference with exactly one symbol definition.

# What Do Linkers Do? (cont)

■ **Step 2. Relocation**

- Merges separate code and data sections into single sections

- Relocates symbols from their relative locations in the `.o` files to their final absolute memory locations in the executable.

- Updates all references to these symbols to reflect their new positions.

# Three Kinds of Object Files (Modules)

- **Relocatable object file (`.o` file)**
  - Contains code and data in a form that can be combined with other relocatable object files to form executable object file.
    - Each `.o` file is produced from exactly one source (`.c`) file

- **Executable object file (`a.out` file)**
  - Contains code and data in a form that can be copied directly into memory and then executed.

- **Shared object file (`.so` file)**
  - Special type of relocatable object file that can be loaded into memory and linked dynamically, at either load time or run-time.
  - Called *Dynamic Link Libraries* (DLLs) by Windows

9

# Executable and Linkable Format (ELF)

■ **Standard binary format for object files**

■ **Originally proposed by AT&T System V Unix**

  ▪ Later adopted by BSD Unix variants and Linux

■ **One unified format for**

  ▪ Relocatable object files (`.o`),

  ▪ Executable object files (`a.out`)

  ▪ Shared object files (`.so`)


■ **Generic name: ELF binaries**

**Carnegie Mellon**

# ELF Object File Format

- **Elf header**
  - Word size, byte ordering, file type (.o, exec, .so), machine type, etc.

- **Segment header table**
  - Page size, virtual addresses memory segments (sections), segment sizes.

- **`.text` section**
  - Code

- **`.rodata section`**
  - Read only data: jump tables, ...

- **`.data` section**
  - Initialized global variables

- **`.bss` section**
  - Uninitialized global variables
  - "Block Started by Symbol"
  - "Better Save Space"
  - Has section header but occupies no space

| |
|---|
| **ELF header** |
| **Segment header table (required for executables)** |
| **`.text` section** |
| **`.rodata` section** |
| **`.data` section** |
| **`.bss` section** |
| **`.symtab` section** |
| **`.rel.txt` section** |
| **`.rel.data` section** |
| **`.debug` section** |
| **Section header table** |

0

11

**Carnegie Mellon**

# ELF Object File Format (cont.)

- **`.symtab` section**
  - Symbol table
  - Procedure and static variable names
  - Section names and locations

- **`.rel.text` section**
  - Relocation info for `.text` section
  - Addresses of instructions that will need to be modified in the executable
  - Instructions for modifying.

- **`.rel.data` section**
  - Relocation info for `.data` section
  - Addresses of pointer data that will need to be modified in the merged executable

- **`.debug` section**
  - Info for symbolic debugging (`gcc -g`)

- **Section header table**
  - Offsets and sizes of each section

| |
|---|
| **ELF header** |
| **Segment header table** **(required for executables)** |
| `.text` section |
| `.rodata` section |
| `.data` section |
| `.bss` section |
| `.symtab` section |
| `.rel.txt` section |
| `.rel.data` section |
| `.debug` section |
| **Section header table** |

0

12

# Linker Symbols

- **Global symbols**
  - Symbols defined by module *m* that can be referenced by other modules.
  - E.g.: non-`static` C functions and non-`static` global variables.

- **External symbols**
  - Global symbols that are referenced by module *m* but defined by some other module.

- **Local symbols**
  - Symbols that are defined and referenced exclusively by module *m*.
  - E.g.: C functions and variables defined with the `static` attribute.
  - Local linker symbols are *not* local program variables

**Carnegie Mellon**

# Resolving Symbols



# Relocating Code and Data



**Relocatable Object Files**          **Executable Object File**

Even though private to swap, requires allocation in .bss

15

**Carnegie Mellon**

# Relocation Info (main)

`main.c`                                    `main.o`

```
int buf[2] =
   {1,2};

int main()
{
   swap();
   return 0;
}
```

```
0000000 <main>:
   0:   8d 4c 24 04        lea    0x4(%esp),%ecx
   4:   83 e4 f0           and    $0xfffffff0,%esp
   7:   ff 71 fc           pushl  0xfffffffc(%ecx)
   a:   55                 push   %ebp
   b:   89 e5              mov    %esp,%ebp
   d:   51                 push   %ecx
   e:   83 ec 04           sub    $0x4,%esp
  11:   e8 fc ff ff ff     call   12 <main+0x12>
                       12: R_386_PC32 swap
  16:   83 c4 04           add    $0x4,%esp
  19:   31 c0              xor    %eax,%eax
  1b:   59                 pop    %ecx
  1c:   5d                 pop    %ebp
  1d:   8d 61 fc           lea    0xfffffffc(%ecx),%esp
  20:   c3                 ret
```

Source: `objdump -r -d`

```
Disassembly of section .data:

00000000 <buf>:
   0:   01 00 00 00 02 00 00 00
```

16

# Relocation Info (`swap`, `.text`)

**swap.c**

```
extern int buf[];

int
  *bufp0 = &buf[0];

static int *bufp1;

void swap()
{
  int temp;

  bufp1 = &buf[1];
  temp = *bufp0;
  *bufp0 = *bufp1;
  *bufp1 = temp;
}
```

**swap.o**

```
Disassembly of section .text:

00000000 <swap>:
   0:   8b 15 00 00 00 00       mov     0x0,%edx
                        2: R_386_32     buf
   6:   a1 04 00 00 00          mov     0x4,%eax
                        7: R_386_32     buf
   b:   55                      push    %ebp
   c:   89 e5                   mov     %esp,%ebp
   e:   c7 05 00 00 00 00 04    movl    $0x4,0x0
  15:   00 00 00
                       10: R_386_32     .bss
                       14: R_386_32     buf
  18:   8b 08                   mov     (%eax),%ecx
  1a:   89 10                   mov     %edx,(%eax)
  1c:   5d                      pop     %ebp
  1d:   89 0d 04 00 00 00       mov     %ecx,0x4
                       1f: R_386_32     buf
  23:   c3                      ret
```

17

# Relocation Info (`swap`, `.data`)

**`swap.c`**

```
extern int buf[];

int *bufp0 =
           &buf[0];
static int *bufp1;

void swap()
{
   int temp;

   bufp1 = &buf[1];
   temp = *bufp0;
   *bufp0 = *bufp1;
   *bufp1 = temp;
}
```

```
Disassembly of section .data:

00000000 <bufp0>:
   0:    00 00 00 00

          0: R_386_32 buf
```

18

**Carnegie Mellon**

# Executable Before/After Relocation (`.text`)

```
0000000 <main>:
    . . .
  e:   83 ec 04          sub     $0x4,%esp
  11:   e8 fc ff ff ff    call    12 <main+0x12>
                          12: R_386_PC32 swap
  16:   83 c4 04          add     $0x4,%esp
    . . .
```

```
0x8048396 + 0x1a
 = 0x80483b0
```

```
08048380 <main>:
 8048380:    8d 4c 24 04          lea     0x4(%esp),%ecx
 8048384:    83 e4 f0             and     $0xfffffff0,%esp
 8048387:    ff 71 fc             pushl   0xfffffffc(%ecx)
 804838a:    55                   push    %ebp
 804838b:    89 e5                mov     %esp,%ebp
 804838d:    51                   push    %ecx
 804838e:    83 ec 04             sub     $0x4,%esp
 8048391:    e8 1a 00 00 00       call    80483b0 <swap>
 8048396:    83 c4 04             add     $0x4,%esp
 8048399:    31 c0                xor     %eax,%eax
 804839b:    59                   pop     %ecx
 804839c:    5d                   pop     %ebp
 804839d:    8d 61 fc             lea     0xfffffffc(%ecx),%esp
 80483a0:    c3                   ret
```

19

```
 0:    8b 15 00 00 00 00        mov     0x0,%edx
                     2: R_386_32      buf
 6:    a1 04 00 00 00           mov     0x4,%eax
                     7: R_386_32      buf

 ...
 e:    c7 05 00 00 00 00 04     movl    $0x4,0x0
15:    00 00 00
                    10: R_386_32      .bss
                    14: R_386_32      buf

 . . .
1d:    89 0d 04 00 00 00        mov     %ecx,0x4
                    1f: R_386_32      buf
23:    c3                       ret
```

```
080483b0 <swap>:
 80483b0:       8b 15 20 96 04 08        mov     0x8049620,%edx
 80483b6:       a1 24 96 04 08           mov     0x8049624,%eax
 80483bb:       55                       push    %ebp
 80483bc:       89 e5                    mov     %esp,%ebp
 80483be:       c7 05 30 96 04 08 24     movl    $0x8049624,0x8049630
 80483c5:       96 04 08
 80483c8:       8b 08                    mov     (%eax),%ecx
 80483ca:       89 10                    mov     %edx,(%eax)
 80483cc:       5d                       pop     %ebp
 80483cd:       89 0d 24 96 04 08        mov     %ecx,0x8049624
 80483d3:       c3                       ret
```

# Executable After Relocation (`.data`)

```
Disassembly of section .data:

08049620 <buf>:
 8049620:        01 00 00 00 02 00 00 00

08049628 <bufp0>:
 8049628:        20 96 04 08
```

21

**Carnegie Mellon**

# Strong and Weak Symbols

- **Program symbols are either strong or weak**
  - ***Strong***: procedures and initialized globals
  - ***Weak***: uninitialized globals

**p1.c**



**p2.c**



22

# Linker's Symbol Rules

- **Rule 1: Multiple strong symbols are not allowed**
  - Each item can be defined only once
  - Otherwise: Linker error

- **Rule 2: Given a strong symbol and multiple weak symbol, choose the strong symbol**
  - References to the weak symbol resolve to the strong symbol

- **Rule 3: If there are multiple weak symbols, pick an arbitrary one**
  - Can override this with `gcc –fno-common`

# Linker Puzzles

```
int x;
p1() {}
```
```
p1() {}
```
Link time error: two strong symbols (**p1**)

```
int x;
p1() {}
```
```
int x;
p2() {}
```
References to **x** will refer to the same uninitialized int. Is this what you really want?

```
int x;
int y;
p1() {}
```
```
double x;
p2() {}
```
Writes to **x** in **p2** might overwrite **y**!
Evil!

```
int x=7;
int y=5;
p1() {}
```
```
double x;
p2() {}
```
Writes to **x** in **p2**  will overwrite **y**!
Nasty!

```
int x=7;
p1() {}
```
```
int x;
p2() {}
```
References to **x** will refer to the same initialized variable.

**Nightmare scenario: two identical weak structs, compiled by different compilers with different alignment rules.**

24

# Role of .h Files

**c1.c**

```
#include "global.h"

int f() {
   return g+1;
}
```

**global.h**

```
#ifdef INITIALIZE
int g = 23;
static int init = 1;
#else
int g;
static int init = 0;
#endif
```

**c2.c**

```
#include <stdio.h>
#include "global.h"

int main() {
   if (!init)
      g = 37;
   int t = f();
   printf("Calling f yields %d\n", t);
   return 0;
}
```

25

**Carnegie Mellon**

# Running Preprocessor

### `c1.c`

```
#include "global.h"

int f() {
   return g+1;
}
```

### `global.h`

```
#ifdef INITIALIZE
int g = 23;
static int init = 1;
#else
int g;
static int init = 0;
#endif
```

**-DINITIALIZE**

**no initialization**

```
int g = 23;
static int init = 1;
int f() {
   return g+1;
}
```

```
int g;
static int init = 0;
int f() {
   return g+1;
}
```

**#include causes C preprocessor to insert file verbatim**

26

# Role of .h Files (cont.)

## c1.c

```
#include "global.h"

int f() {
   return g+1;
}
```

## global.h

```
#ifdef INITIALIZE
int g = 23;
static int init = 1;
#else
int g;
static int init = 0;
#endif
```

## c2.c

```
#include <stdio.h>
#include "global.h"

int main() {
  if (!init)
     g = 37;
  int t = f();
  printf("Calling f yields %d\n", t);
  return 0;
}
```

**What happens:**

```
gcc -o p c1.c c2.c
   ??
gcc -o p c1.c c2.c \
   -DINITIALIZE
   ??
```

27

# Global Variables

- **Avoid if you can**

- **Otherwise**
  - Use `static`  if you can
  - Initialize if you define a global variable
  - Use `extern` if you use external global variable

# Packaging Commonly Used Functions

- **How to package functions commonly used by programmers?**
    - Math, I/O, memory management, string manipulation, etc.

- **Awkward, given the linker framework so far:**
    - **Option 1:** Put all functions into a single source file
        - Programmers link big object file into their programs
        - Space and time inefficient
    - **Option 2:** Put each function in a separate source file
        - Programmers explicitly link appropriate binaries into their programs
        - More efficient, but burdensome on the programmer

29

# Solution: Static Libraries

■ **Static libraries** (**.a archive files**)

- Concatenate related relocatable object files into a single file with an index (called an *archive*).

- Enhance linker so that it tries to resolve unresolved external references by looking for the symbols in one or more archives.

- If an archive member file resolves reference, link it  into the executable.

# Creating Static Libraries



- Archiver allows incremental updates
- Recompile function that changes and replace .o file in archive.

31

# Commonly Used Libraries

**`libc.a` (the C standard library)**

- 8 MB archive of 1392 object files.
- I/O, memory allocation, signal handling, string handling, data and time, random numbers, integer math

**`libm.a` (the C math library)**

- 1 MB archive of 401 object files.
- floating point math (sin, cos, tan, log, exp, sqrt, …)

```
% ar -t /usr/lib/libc.a | sort
…
fork.o
…
fprintf.o
fpu_control.o
fputc.o
freopen.o
fscanf.o
fseek.o
fstab.o
…
```

```
% ar -t /usr/lib/libm.a | sort
…
e_acos.o
e_acosf.o
e_acosh.o
e_acoshf.o
e_acoshl.o
e_acosl.o
e_asin.o
e_asinf.o
e_asinl.o
…
```

32

# Linking with Static Libraries



addvec.o   multvec.o

main2.c vector.h

**Archiver (ar)**

**Translators (cpp, cc1, as)**

libvector.a          libc.a          *Static libraries*

*Relocatable object files*

main2.o          addvec.o          *printf.o and any other modules called by printf.o*

**Linker (ld)**

p2          *Fully linked executable object file*

33

# Using Static Libraries

■ **Linker's algorithm for resolving external references:**

▪ Scan `.o` files and `.a` files in the command line order.

▪ During the scan, keep a list of the current unresolved references.

▪ As each new `.o` or `.a` file, *obj*, is encountered, try to resolve each unresolved reference in the list against the symbols defined in *obj*.

▪ If any entries in the unresolved list at end of scan, then error.

■ **Problem:**

▪ Command line order matters!

▪ Moral: put libraries at the end of the command line.

```
unix> gcc -L. libtest.o -lmine
unix> gcc -L. -lmine libtest.o
libtest.o: In function `main':
libtest.o(.text+0x4): undefined reference to `libfun'
```

34

# Loading Executable Object Files



**Executable Object File**

| |
|---|
| ELF header |
| Program header table (required for executables) |
| .init section |
| .text section |
| .rodata section |
| .data section |
| .bss section |
| .symtab |
| .debug |
| .line |
| .strtab |
| Section header table (required for relocatables) |

0

Memory outside 32-bit address space

0x100000000

Kernel virtual memory

User stack (created at runtime)

%esp (stack pointer)

Memory-mapped region for shared libraries

0xf7e9ddc0

brk

Run-time heap (created by malloc)

Read/write segment (.data, .bss)

Read-only segment (.init, .text, .rodata)

Loaded from the executable file

0x08048000

Unused

0

35

# Shared Libraries

■ **Static libraries have the following disadvantages:**

- Duplication in the stored executables (every function need std libc)
- Duplication in the running executables
- Minor bug fixes of system libraries require each application to explicitly relink

■ **Modern solution: Shared Libraries**

- Object files that contain code and data that are loaded and linked into an application *dynamically,* at either *load-time* or *run-time*
- Also called: dynamic link libraries, DLLs, `.so` files

36

# Shared Libraries (cont.)

- **Dynamic linking can occur when executable is first loaded and run (load-time linking).**
  - Common case for Linux, handled automatically by the dynamic linker (`ld-linux.so`).
  - Standard C library (`libc.so`) usually dynamically linked.

- **Dynamic linking can also occur after program has begun (run-time linking).**
  - In Linux, this is done by calls to the `dlopen()` interface.
    - Distributing software.
    - High-performance web servers.
    - Runtime library interpositioning.

- **Shared library routines can be shared by multiple processes.**
  - More on this when we learn about virtual memory

37

**Carnegie Mellon**

# Dynamic Linking at Load-time



# Dynamic Linking at Run-time

```
#include <stdio.h>
#include <dlfcn.h>

int x[2] = {1, 2};
int y[2] = {3, 4};
int z[2];

int main()
{
    void *handle;
    void (*addvec)(int *, int *, int *, int);
    char *error;

    /* dynamically load the shared lib that contains addvec() */
    handle = dlopen("./libvector.so", RTLD_LAZY);
    if (!handle) {
            fprintf(stderr, "%s\n", dlerror());
            exit(1);
    }
```

Carnegie Mellon

# Dynamic Linking at Run-time

```
    ...

    /* get a pointer to the addvec() function we just loaded */
    addvec = dlsym(handle, "addvec");
    if ((error = dlerror()) != NULL) {
            fprintf(stderr, "%s\n", error);
            exit(1);
    }

    /* Now we can call addvec() just like any other function */
    addvec(x, y, z, 2);
    printf("z = [%d %d]\n", z[0], z[1]);

    /* unload the shared library */
    if (dlclose(handle) < 0) {
            fprintf(stderr, "%s\n", dlerror());
            exit(1);
    }
    return 0;
}
```

# Today

- **Linking**
- **Case study: Library interpositioning**

# Case Study: Library Interpositioning

■ **Library interpositioning : powerful linking technique that allows programmers to intercept calls to arbitrary functions**

■ **Interpositioning can occur at:**

- Compile time: When the source code is compiled

- Link time: When the relocatable object files are statically linked to form an executable object file

- Load/run time: When an executable object file is loaded into memory, dynamically linked, and then executed.

# Some Interpositioning Applications

- **Security**
  - Confinement (sandboxing)
    - Interpose calls to libc functions.
  - Behind the scenes encryption
    - Automatically encrypt otherwise unencrypted network connections.

- **Monitoring and Profiling**
  - Count number of calls to functions
  - Characterize call sites and arguments to functions
  - Malloc tracing
    - Detecting memory leaks
    - **Generating address traces**

**Carnegie Mellon**

# Example program

```c
#include <stdio.h>
#include <stdlib.h>
#include <malloc.h>

int main()
{
    free(malloc(10));
    printf("hello, world\n");
    exit(0);
}
                              hello.c
```

- **Goal: trace the addresses and sizes of the allocated and freed blocks, without modifying the source code.**

- **Three solutions: interpose on the `lib malloc` and `free` functions at compile time, link time, and load/run time.**

44

# Compile-time Interpositioning

```
#ifdef COMPILETIME
/* Compile-time interposition of malloc and free using C
 * preprocessor. A local malloc.h file defines malloc (free)
 * as wrappers mymalloc (myfree) respectively.
 */

#include <stdio.h>
#include <malloc.h>

/*
 * mymalloc - malloc wrapper function
 */
void *mymalloc(size_t size, char *file, int line)
{
    void *ptr = malloc(size);
    printf("%s:%d: malloc(%d)=%p\n", file, line, (int)size,
ptr);
    return ptr;
}
```

mymalloc.c

45

**Carnegie Mellon**

# Compile-time Interpositioning

```
#define malloc(size) mymalloc(size, __FILE__, __LINE__ )
#define free(ptr) myfree(ptr, __FILE__, __LINE__ )

void *mymalloc(size_t size, char *file, int line);
void myfree(void *ptr, char *file, int line);
                                                    malloc.h
```

```
linux> make helloc
gcc -O2 -Wall -DCOMPILETIME -c mymalloc.c
gcc -O2 -Wall -I. -o helloc hello.c mymalloc.o
linux> make runc
./helloc
hello.c:7: malloc(10)=0x501010
hello.c:7: free(0x501010)
hello, world
```

46

# Link-time Interpositioning

```
#ifdef LINKTIME
/* Link-time interposition of malloc and free using the
static linker's (ld) "--wrap symbol" flag. */

#include <stdio.h>

void *__real_malloc(size_t size);
void __real_free(void *ptr);

/*
 * __wrap_malloc - malloc wrapper function
 */
void *__wrap_malloc(size_t size)
{
    void *ptr = __real_malloc(size);
    printf("malloc(%d) = %p\n", (int)size, ptr);
    return ptr;
}
```

mymalloc.c

47

# Link-time Interpositioning

```
linux> make hellol
gcc -O2 -Wall -DLINKTIME -c mymalloc.c
gcc -O2 -Wall -Wl,--wrap,malloc -Wl,--wrap,free \
-o hellol hello.c mymalloc.o
linux> make runl
./hellol
malloc(10) = 0x501010
free(0x501010)
hello, world
```

- **The "`-Wl`" flag passes argument to linker**
- **Telling linker "`--wrap,malloc`"  tells it to resolve references in a special way:**
  - Refs to `malloc` should be resolved as `__wrap_malloc`
  - Refs to  `__real_malloc` should be resolved as `malloc`

**Load/Run-time Interpositioning**

```c
#ifdef RUNTIME
 /* Run-time interposition of malloc and free based on
 * dynamic linker's (ld-linux.so) LD_PRELOAD mechanism */
#define _GNU_SOURCE
#include <stdio.h>
#include <stdlib.h>
#include <dlfcn.h>

void *malloc(size_t size)
{
    static void *(*mallocp)(size_t size);
    char *error;
    void *ptr;

    /* get address of libc malloc */
    if (!mallocp) {
        mallocp = dlsym(RTLD_NEXT, "malloc");
        if ((error = dlerror()) != NULL) {
            fputs(error, stderr);
            exit(1);
        }
    }
    ptr = mallocp(size);
    printf("malloc(%d) = %p\n", (int)size, ptr);
    return ptr;
}
```

mymalloc.c

49

# Load/Run-time Interpositioning

```
linux> make hellor
gcc -O2 -Wall -DRUNTIME -shared -fPIC -o mymalloc.so mymalloc.c
gcc -O2 -Wall -o hellor hello.c
linux> make runr
(LD_PRELOAD="/usr/lib64/libdl.so ./mymalloc.so" ./hellor)
malloc(10) = 0x501010
free(0x501010)
hello, world
```

■  **The `LD_PRELOAD` environment variable tells the dynamic linker to resolve unresolved refs (e.g., to `malloc`) by looking in `libdl.so` and `mymalloc.so` first.**

- **`libdl.so`** necessary to resolve references to the **`dlopen`** functions.

50

# Interpositioning Recap

- **Compile Time**
  - Apparent calls to malloc/free get macro-expanded into calls to mymalloc/myfree

- **Link Time**
  - Use linker trick to have special name resolutions
    - malloc → __wrap_malloc
    - __real_malloc → malloc

- **Compile Time**
  - Implement custom version of malloc/free that use dynamic linking to load library malloc/free under different names