# EXHIBIT O

# Exceptional Control Flow: Exceptions and Processes

15-213 / 18-213: Introduction to Computer Systems
13th Lecture, Feb. 28, 2011

**Instructors:**

Todd C. Mowry & Anthony Rowe

Case 5:12-cv-00630-LHK   Document 118-15   Filed 04/23/12   Page 3 of 38

# Today

- **Exceptional Control Flow**
- **Processes**

# Control Flow

- **Processors do only one thing:**
  - From startup to shutdown, a CPU simply reads and executes (interprets) a sequence of instructions, one at a time
  - This sequence is the CPU's *control flow* (or *flow of control*)



*Physical control flow*

Time

<startup>
$inst_1$
$inst_2$
$inst_3$
…
$inst_n$
<shutdown>

3

# Altering the Control Flow

- **Up to now: two mechanisms for changing control flow:**
  - Jumps and branches
  - Call and return

  Both react to changes in ***program state***

- **Insufficient  for a useful system:**
  **Difficult to react to changes in *system state***
  - data arrives from a disk or a network adapter
  - instruction divides by zero
  - user hits Ctrl-C at the keyboard
  - System timer expires

- **System needs mechanisms for "exceptional control flow"**

4

# Exceptional Control Flow

- **Exists at all levels of a computer system**
- **Low level mechanisms**
  - Exceptions
    - change in control flow in response to a system event (i.e., change in system state)
  - Combination of hardware and OS software
- **Higher level mechanisms**
  - Process context switch
  - Signals
  - Nonlocal jumps: setjmp()/longjmp()
  - Implemented by either:
    - OS software (context switch and signals)
    - C language runtime library (nonlocal jumps)

# Exceptions

- **An *exception* is a transfer of control to the OS in response to some *event*  (i.e., change in processor state)**



- **Examples:**
  div by 0, arithmetic overflow, page fault, I/O request completes, Ctrl-C

# Exception Tables



- **Each type of event has a unique exception number k**

- **k = index into exception table (a.k.a. interrupt vector)**

- **Handler k is called each time exception k occurs**

# Asynchronous Exceptions (Interrupts)

- **Caused by events external to the processor**
  - Indicated by setting the processor's interrupt pin
  - Handler returns to "next" instruction

- **Examples:**
  - I/O interrupts
    - hitting Ctrl-C at the keyboard
    - arrival of a packet from a network
    - arrival of data from a disk
  - Hard reset interrupt
    - hitting the reset button
  - Soft reset interrupt
    - hitting Ctrl-Alt-Delete on a PC

# Synchronous Exceptions

- **Caused by events that occur as a result of executing an instruction:**
  - *Traps*
    - Intentional
    - Examples: **system calls**, breakpoint traps, special instructions
    - Returns control to "next" instruction
  - *Faults*
    - Unintentional but possibly recoverable
    - Examples: page faults (recoverable), protection faults (unrecoverable), floating point exceptions
    - Either re-executes faulting ("current") instruction or aborts
  - *Aborts*
    - unintentional and unrecoverable
    - Examples: parity error, machine check
    - Aborts current program

# Trap Example: Opening File

- User calls: **open(filename, options)**
- Function **open** executes system call instruction **int**

```
0804d070 <__libc_open>:
 . . .
 804d082:       cd 80                  int    $0x80
 804d084:       5b                     pop    %ebx
 . . .
```



- OS must find or create file, get it ready for reading or writing
- Returns integer file descriptor

**Carnegie Mellon**

# Fault Example: Page Fault

- User writes to memory location
- That portion (page) of user's memory is currently on disk

```
int a[1000];
main ()
{
    a[500] = 13;
}
```

```
80483b7:       c7 05 10 9d 04 08 0d   movl    $0xd,0x8049d10
```



- Page handler must load page into physical memory
- Returns to faulting instruction
- Successful on second try

11

# Fault Example: Invalid Memory Reference

```
int a[1000];
main ()
{
    a[5000] = 13;
}
```

```
80483b7:    c7 05 60 e3 04 08 0d  movl  $0xd,0x804e360
```



- Page handler detects invalid address
- Sends **SIGSEGV** signal to user process
- User process exits with "segmentation fault"

# Exception Table IA32 (Excerpt)

| Exception Number | Description | Exception Class |
|---|---|---|
| 0 | Divide error | Fault |
| 13 | General protection fault | Fault |
| 14 | Page fault | Fault |
| 18 | Machine check | Abort |
| 32-127 | OS-defined | Interrupt or trap |
| 128 (0x80) | System call | Trap |
| 129-255 | OS-defined | Interrupt or trap |

**Check Table 6-1:**
**http://download.intel.com/design/processor/manuals/253665.pdf**

13

# Today

- **Exceptional Control Flow**
- **Processes**

# Processes

- **Definition: A *process* is an instance of a running program.**
  - One of the most profound ideas in computer science
  - Not the same as "program" or "processor"

- **Process provides each program with two key abstractions:**
  - Logical control flow
    - Each program seems to have exclusive use of the CPU
  - Private virtual address space
    - Each program seems to have exclusive use of main memory

- **How are these Illusions maintained?**
  - Process executions interleaved (multitasking) or run on separate cores
  - Address spaces managed by virtual memory system
    - we'll talk about this in a couple of weeks

# Concurrent Processes

- **Two processes *run <span style="color:red">concurrently</span>* (*are concurrent)* if their flows overlap in time**

- **Otherwise, they are *sequential***

- **Examples (running on single core):**
  - Concurrent: A & B, A & C
  - Sequential: B & C



Process A    Process B    Process C

Time

16

# User View of Concurrent Processes

- **Control flows for concurrent processes are physically disjoint in time**

- **However, we can think of concurrent processes as running in parallel with each other**



# Context Switching

- **Processes are managed by a shared chunk of OS code called the *kernel***
  - Important: the kernel is not a separate process, but rather runs as part of some user process

- **Control flow passes from one process to another via a *context switch***



# `fork`: Creating New Processes

- **`int fork(void)`**
  - creates a new process (child process) that is identical to the calling process (parent process)
  - returns 0 to the child process
  - returns child's `pid` (process id) to the parent process

```
pid_t pid = fork();
if (pid == 0) {
    printf("hello from child\n");
} else {
    printf("hello from parent\n");
}
```

- **Fork is interesting (and often confusing) because it is called *once* but returns *twice***

19

# Understanding fork

**Process n**

```
pid_t pid = fork();
if (pid == 0) {
    printf("hello from child\n");
} else {
    printf("hello from parent\n");
}
```

**Child Process m**

```
pid_t pid = fork();
if (pid == 0) {
    printf("hello from child\n");
} else {
    printf("hello from parent\n");
}
```

**pid = m**

```
pid_t pid = fork();
if (pid == 0) {
    printf("hello from child\n");
} else {
    printf("hello from parent\n");
}
```

**pid = 0**

```
pid_t pid = fork();
if (pid == 0) {
    printf("hello from child\n");
} else {
    printf("hello from parent\n");
}
```

```
pid_t pid = fork();
if (pid == 0) {
    printf("hello from child\n");
} else {
    printf("hello from parent\n");
}
```

```
pid_t pid = fork();
if (pid == 0) {
    printf("hello from child\n");
} else {
    printf("hello from parent\n");
}
```

`hello from parent`   *Which one is first?*   `hello from child`

# Fork Example #1

- **Parent and child both run same code**
  - Distinguish parent from child by return value from **fork**
- **Start with same state, but each has private copy**
  - Including shared output file descriptor
  - Relative ordering of their print statements undefined

```
void fork1()
{
    int x = 1;
    pid_t pid = fork();
    if (pid == 0) {
        printf("Child has x = %d\n", ++x);
    } else {
        printf("Parent has x = %d\n", --x);
    }
    printf("Bye from process %d with x = %d\n", getpid(), x);
}
```

# Fork Example #2

- **Two consecutive forks**

```
void fork2()
{
    printf("L0\n");
    fork();
    printf("L1\n");
    fork();
    printf("Bye\n");
}
```



# Fork Example #3

- **Three consecutive forks**

```
void fork3()
{
    printf("L0\n");
    fork();
    printf("L1\n");
    fork();
    printf("L2\n");
    fork();
    printf("Bye\n");
}
```



**Carnegie Mellon**

# Fork Example #4

- **Nested forks in parent**

```
void fork4()
{
    printf("L0\n");
    if (fork() != 0) {
        printf("L1\n");
        if (fork() != 0) {
            printf("L2\n");
            fork();
        }
    }
    printf("Bye\n");
}
```



24

**Carnegie Mellon**

# Fork Example #5

- **Nested forks in children**

```
void fork5()
{
    printf("L0\n");
    if (fork() == 0) {
        printf("L1\n");
        if (fork() == 0) {
            printf("L2\n");
            fork();
        }
    }
    printf("Bye\n");
}
```



# `exit`: Ending a process

- **`void exit(int status)`**
  - exits a process
    - Normally return with status 0
  - **`atexit()`** registers functions to be executed upon exit

```
void cleanup(void) {
    printf("cleaning up\n");
}

void fork6() {
    atexit(cleanup);
    fork();
    exit(0);
}
```

# Zombies

- **Idea**
    - When process terminates, still consumes system resources
        - Various tables maintained by OS
    - Called a "zombie"
        - Living corpse, half alive and half dead

- **Reaping**
    - Performed by parent on terminated child (using `wait` or `waitpid`)
    - Parent is given exit status information
    - Kernel discards process

- **What if parent doesn't reap?**
    - If any parent terminates without reaping a child, then child will be reaped by **`init`** process (pid == 1)
    - So, only need explicit reaping in long-running processes
        - e.g., shells and servers

# Zombie Example

```
void fork7()
{
    if (fork() == 0) {
        /* Child */
        printf("Terminating Child, PID = %d\n",
                getpid());
        exit(0);
    } else {
        printf("Running Parent, PID = %d\n",
                getpid());
        while (1)
            ; /* Infinite loop */
    }
}
```

```
linux> ./forks 7 &
[1] 6639
Running Parent, PID = 6639
Terminating Child, PID = 6640
linux> ps
  PID TTY          TIME CMD
 6585 ttyp9    00:00:00 tcsh
 6639 ttyp9    00:00:03 forks
 6640 ttyp9    00:00:00 forks <defunct>
 6641 ttyp9    00:00:00 ps
linux> kill 6639
[1]    Terminated
linux> ps
  PID TTY          TIME CMD
 6585 ttyp9    00:00:00 tcsh
 6642 ttyp9    00:00:00 ps
```

- **ps** shows child process as "defunct"

- Killing parent allows child to be reaped by **init**

28

# Nonterminating Child Example

```
void fork8()
{
    if (fork() == 0) {
        /* Child */
        printf("Running Child, PID = %d\n",
               getpid());
        while (1)
            ; /* Infinite loop */
    } else {
        printf("Terminating Parent, PID = %d\n",
               getpid());
        exit(0);
    }
}
```

```
linux> ./forks 8
Terminating Parent, PID = 6675
Running Child, PID = 6676
linux> ps
  PID TTY            TIME CMD
 6585 ttyp9      00:00:00 tcsh
 6676 ttyp9      00:00:06 forks
 6677 ttyp9      00:00:00 ps
linux> kill 6676
linux> ps
  PID TTY            TIME CMD
 6585 ttyp9      00:00:00 tcsh
 6678 ttyp9      00:00:00 ps
```

- Child process still active even though parent has terminated

- Must kill explicitly, or else will keep running indefinitely

# `wait`: Synchronizing with Children

- **Parent reaps child by calling the `wait` function**

- **`int wait(int *child_status)`**
  - suspends current process until one of its children terminates
  - return value is the **`pid`** of the child process that terminated
  - if **`child_status != NULL`**, then the object it points to will be set to a status indicating why the child process terminated

# `wait`: Synchronizing with Children

```
void fork9() {
    int child_status;

    if (fork() == 0) {
        printf("HC: hello from child\n");
    }
    else {
        printf("HP: hello from parent\n");
        wait(&child_status);
        printf("CT: child has terminated\n");
    }
    printf("Bye\n");
    exit();
}
```



# `wait()` Example

- If multiple children completed, will take in arbitrary order
- Can use macros WIFEXITED and WEXITSTATUS to get information about exit status

```c
void fork10()
{
    pid_t pid[N];
    int i;
    int child_status;
    for (i = 0; i < N; i++)
        if ((pid[i] = fork()) == 0)
            exit(100+i); /* Child */
    for (i = 0; i < N; i++) {
        pid_t wpid = wait(&child_status);
        if (WIFEXITED(child_status))
            printf("Child %d terminated with exit status %d\n",
                    wpid, WEXITSTATUS(child_status));
        else
            printf("Child %d terminate abnormally\n", wpid);
    }
}
```

# `waitpid()`: Waiting for a Specific Process

- **`waitpid(pid, &status, options)`**
  - suspends current process until specific process terminates
  - various options (see textbook)

```
void fork11()
{
    pid_t pid[N];
    int i;
    int child_status;
    for (i = 0; i < N; i++)
        if ((pid[i] = fork()) == 0)
            exit(100+i); /* Child */
    for (i = N-1; i >= 0; i--) {
        pid_t wpid = waitpid(pid[i], &child_status, 0);
        if (WIFEXITED(child_status))
            printf("Child %d terminated with exit status %d\n",
                    wpid, WEXITSTATUS(child_status));
        else
            printf("Child %d terminated abnormally\n", wpid);
    }
}
```

33

# `execve:` Loading and Running Programs

- **`int execve(`**
  **`char *filename,`**
  **`char *argv[],`**
  **`char *envp[]`**
  **`)`**
- **Loads and runs in current process:**
  - Executable **`filename`**
  - With argument list **`argv`**
  - And environment variable list **`envp`**
- **Does not return (unless error)**
- **Overwrites code, data, and stack**
  - keeps pid, open files and signal context
- **Environment variables:**
  - "name=value" strings
  - `getenv and putenv`



34

**Carnegie Mellon**

# **execve Example**

```
if ((pid = Fork()) == 0) { /* Child runs user job */
    if (execve(argv[0], argv, environ) < 0) {
        printf("%s: Command not found.\n", argv[0]);
        exit(0);
    }
}
```



35

# Summary

- **Exceptions**
  - Events that require nonstandard control flow
  - Generated externally (interrupts) or internally (traps and faults)

- **Processes**
  - At any given time, system has multiple active processes
  - Only one can execute at a time on a single core, though
  - Each process appears to have total control of processor + private memory space

# Summary (cont.)

- **Spawning processes**
  - Call `fork`
  - One call, two returns
- **Process completion**
  - Call `exit`
  - One call, no return
- **Reaping and waiting for processes**
  - Call `wait` or `waitpid`
- **Loading and running programs**
  - Call `execve` (or variant)
  - One call, (normally) no return