# EXHIBIT P

# Network Programming

15-213 / 18-213: Introduction to Computer Systems
21st Lecture, April. 4, 2012

**Instructors:**

Todd Mowry and Anthony Rowe

# A Programmer's View of the Internet

- **Hosts are mapped to a set of 32-bit *IP addresses***
  - 128.2.217.13

- **The set of IP addresses is mapped to a set of identifiers called Internet *domain names***
  - 128.2.217.13 is mapped to  www.cs.cmu.edu

- **A process on one Internet host can communicate with a process on another Internet host over a *connection***

2

# Internet Connections

- **Clients and servers communicate by sending streams of bytes over *connections*:**
  - Point-to-point, full-duplex (2-way communication), and reliable

- ***A socket* is an endpoint of a connection**
  - Socket address is an `IPaddress:port` pair

- **A *port* is a 16-bit integer that identifies a process:**
  - ***Ephemeral port*:** Assigned automatically on client when client makes a connection request
  - ***Well-known port:*** Associated with some service provided by a server (e.g., port 80 is associated with Web servers)

- **A connection is uniquely identified by the socket addresses of its endpoints (*socket pair*)**
  - `(cliaddr:cliport, servaddr:servport)`

3

# Anatomy of an Internet Connection



51213 is an ephemeral port
allocated by the kernel

80 is a well-known port
associated with Web servers

# A Client-Server Transaction



*Note: clients and servers are processes running on hosts (can be the same or different hosts)*

- **Most network applications are based on the client-server model:**
  - A *server* process and one or more *client* processes
  - Server manages some *resource*
  - Server provides *service* by manipulating resource for clients
  - Server activated by request from client (vending machine analogy)

5

# Clients

- **Examples of client programs**
  - Web browsers, `ftp, telnet, ssh`

- **How does a client find the server?**
  - The IP address in the server socket address identifies the host (more precisely, an adapter on the host)
  - The (well-known) port in the server socket address identifies the service, and thus implicitly identifies the server process that performs that service.
  - Examples of well know ports
    - Port 7: Echo server
    - Port 23: Telnet server
    - Port 25: Mail server
    - Port 80: Web server

**Carnegie Mellon**

# Using Ports to Identify Services





# Servers

- **Servers are long-running processes (daemons)**
    - Created at boot-time (typically) by the init process (process 1)
    - Run continuously until the machine is turned off

- **Each server waits for requests to arrive on a well-known port associated with a particular service**
    - Port 7: echo server
    - Port 23: telnet server
    - Port 25: mail server
    - Port 80: HTTP server

- **A machine that runs a server process is also often referred to as a "server"**

# Server Examples

- **Web server (port 80)**
  - Resource: files/compute cycles (CGI programs)
  - Service: retrieves files and runs CGI programs on behalf of the client

- **FTP server (20, 21)**
  - Resource: files
  - Service: stores and retrieve files

  > See `/etc/services` for a comprehensive list of the port mappings on a Linux machine

- **Telnet server (23)**
  - Resource: terminal
  - Service: proxies a terminal on the server machine

- **Mail server (25)**
  - Resource: email "spool" file
  - Service: stores mail messages in spool file

**Carnegie Mellon**

# Sockets Interface

- **Created in the early 80's as part of the original Berkeley distribution of Unix that contained an early version of the Internet protocols**

- **Provides a user-level interface to the network**

- **Underlying basis for all Internet applications**

- **Based on client/server programming model**

10

# Sockets

- **What is a socket?**
  - To the kernel, a socket is an endpoint of communication
  - To an application, a socket is a file descriptor that lets the application read/write from/to the network
    - *Remember:* All Unix I/O devices, including networks, are modeled as files

- **Clients and servers communicate with each other by reading from and writing to socket descriptors**



- **The main distinction between regular file I/O and socket I/O is how the application "opens" the socket descriptors**

# Overview of the Sockets Interface



# Socket Address Structures

- **Generic socket address:**
  - For address arguments to **connect**, **bind**, and **accept**
  - Necessary only because C did not have generic (**void \***) pointers when the sockets interface was designed

```
struct sockaddr {
  unsigned short  sa_family;    /* protocol family */
  char            sa_data[14];  /* address data.  */
};
```

`sa_family`



**Family Specific**

13

**Carnegie Mellon**

# Socket Address Structures

- **Internet-specific socket address:**
  - Must cast (`sockaddr_in *`) to (`sockaddr *`) for `connect`, `bind`, and `accept`

```
struct sockaddr_in  {
   unsigned short  sin_family;  /* address family (always AF_INET) */
   unsigned short  sin_port;    /* port num in network byte order */
   struct in_addr  sin_addr;    /* IP addr in network byte order */
   unsigned char   sin_zero[8]; /* pad to sizeof(struct sockaddr) */
};
```



**Carnegie Mellon**

# Example: Echo Client and Server

**On Client**                                                                 **On Server**

```
greatwhite> ./echoserveri 15213
```

```
linux> echoclient greatwhite.ics.cs.cmu.edu 15213
```

```
server connected to BRYANT-TP4.VLSI.CS.CMU.EDU
(128.2.213.29), port 64690
```

```
type: hello there
```

```
server received 12 bytes
```

```
echo: HELLO THERE
type: ^D
```

```
Connection closed
```

15

**Carnegie Mellon**

# Echo Client Main Routine

```
#include "csapp.h"

/* usage: ./echoclient host port */
int main(int argc, char **argv)
{
    int clientfd, port;
    char *host, buf[MAXLINE];
    rio_t rio;
    host = argv[1];  port = atoi(argv[2]);
    clientfd = Open_clientfd(host, port);
    Rio_readinitb(&rio, clientfd);
    printf("type:"); fflush(stdout);
    while (Fgets(buf, MAXLINE, stdin) != NULL) {
        Rio_writen(clientfd, buf, strlen(buf));
        Rio_readlineb(&rio, buf, MAXLINE);
        printf("echo:");
        Fputs(buf, stdout);
        printf("type:"); fflush(stdout);
    }
    Close(clientfd);
    exit(0);
}
```

**Read input line**

**Send line to server**

**Receive line from server**

**Print server response**

16

**Carnegie Mellon**

# Overview of the Sockets Interface



Carnegie Mellon

# Echo Client: `open_clientfd`

```
int open_clientfd(char *hostname, int port) {
  int clientfd;
  struct hostent *hp;
  struct sockaddr_in serveraddr;

  if ((clientfd = socket(AF_INET, SOCK_STREAM, 0)) < 0)
    return -1; /* check errno for cause of error */

  /* Fill in the server's IP address and port */
  if ((hp = gethostbyname(hostname)) == NULL)
    return -2; /* check h_errno for cause of error */
  bzero((char *) &serveraddr, sizeof(serveraddr));
  serveraddr.sin_family = AF_INET;
  bcopy((char *)hp->h_addr_list[0],
        (char *)&serveraddr.sin_addr.s_addr, hp->h_length);
  serveraddr.sin_port = htons(port);

  /* Establish a connection with the server */
  if (connect(clientfd, (SA *) &serveraddr,
      sizeof(serveraddr)) < 0)
    return -1;
  return clientfd;
}
```

This function opens a connection from the client to the server at `hostname:port`

Create socket

Create address

Establish connection

18

# Echo Client: `open_clientfd` `(socket)`

- **`socket` creates a socket descriptor on the client**
  - Just allocates & initializes some internal data structures
  - **`AF_INET`**: indicates that the socket is associated with Internet protocols
  - **`SOCK_STREAM`**: selects a reliable byte stream connection
    - provided by TCP

```
int clientfd;  /* socket descriptor */

if ((clientfd = socket(AF_INET, SOCK_STREAM, 0)) < 0)
    return -1; /* check errno for cause of error */

... <more>
```

# Echo Client: `open_clientfd` (`gethostbyname`)

- **The client then builds the server's Internet address**

```
int clientfd;                 /* socket descriptor */
struct hostent *hp;           /* DNS host entry */
struct sockaddr_in serveraddr; /* server's IP address */

...

/* fill in the server's IP address and port */
if ((hp = gethostbyname(hostname)) == NULL)
    return -2; /* check h_errno for cause of error */
bzero((char *) &serveraddr, sizeof(serveraddr));
serveraddr.sin_family = AF_INET;
serveraddr.sin_port = htons(port);
bcopy((char *)hp->h_addr_list[0],
      (char *)&serveraddr.sin_addr.s_addr, hp->h_length);
```

Check this out!

# A Careful Look at `bcopy` Arguments

```
/* DNS host entry structure */
struct hostent {
    . . .
    int     h_length;      /* length of an address, in bytes */
    char    **h_addr_list; /* null-terminated array of in_addr structs */
};
```

```
struct sockaddr_in  {
  . . .
  struct in_addr  sin_addr;    /* IP addr in network byte order */
  . . .
};
```

```
/* Internet address structure */
struct in_addr {
    unsigned int s_addr; /* network byte order (big-endian) */
};
```

```
struct hostent *hp;              /* DNS host entry */
struct sockaddr_in serveraddr;   /* server's IP address */
...
bcopy((char *)hp->h_addr_list[0], /* src, dest */
      (char *)&serveraddr.sin_addr.s_addr, hp->h_length);
```

21

# Bcopy Argument Data Structures

**struct hostent**



**struct sockaddr_in**



# Echo Client: `open_clientfd` (connect)

- **Finally the client creates a connection with the server**
  - Client process suspends (blocks) until the connection is created
  - After resuming, the client is ready to begin exchanging messages with the server via Unix I/O calls on descriptor `clientfd`

```
int clientfd;                       /* socket descriptor */
struct sockaddr_in serveraddr;      /* server address */
typedef struct sockaddr SA;         /* generic sockaddr */
...
 /* Establish a connection with the server */
 if (connect(clientfd, (SA *)&serveraddr, sizeof(serveraddr)) < 0)
   return -1;
 return clientfd;
}
```

**Carnegie Mellon**

# Echo Server: Main Routine

```c
int main(int argc, char **argv) {
    int listenfd, connfd, port, clientlen;
    struct sockaddr_in clientaddr;
    struct hostent *hp;
    char *haddrp;
    unsigned short client_port;

    port = atoi(argv[1]); /* the server listens on a port passed
                             on the command line */
    listenfd = open_listenfd(port);

    while (1) {
        clientlen = sizeof(clientaddr);
        connfd = Accept(listenfd, (SA *)&clientaddr, &clientlen);
        hp = Gethostbyaddr((const char *)&clientaddr.sin_addr.s_addr,
                     sizeof(clientaddr.sin_addr.s_addr), AF_INET);
        haddrp = inet_ntoa(clientaddr.sin_addr);
        client_port = ntohs(clientaddr.sin_port);
        printf("server connected to %s (%s), port %u\n",
                hp->h_name, haddrp, client_port);
        echo(connfd);
        Close(connfd);
    }
}
```

# Overview of the Sockets Interface



- **Office Telephone Analogy for Server**
  - Socket:    Buy a phone
  - Bind:    Tell the local administrator what number you want to use
  - Listen:    Plug the phone in
  - Accept:    Answer the phone when it rings

25

# Echo Server: `open_listenfd`

```
int open_listenfd(int port)
{
    int listenfd, optval=1;
    struct sockaddr_in serveraddr;

    /* Create a socket descriptor */
    if ((listenfd = socket(AF_INET, SOCK_STREAM, 0)) < 0)
        return -1;

    /* Eliminates "Address already in use" error from bind. */
    if (setsockopt(listenfd, SOL_SOCKET, SO_REUSEADDR,
                   (const void *)&optval , sizeof(int)) < 0)
        return -1;

... <more>
```

# Echo Server: `open_listenfd` (cont.)

```
...

  /* Listenfd will be an endpoint for all requests to port
      on any IP address for this host */
    bzero((char *) &serveraddr, sizeof(serveraddr));
    serveraddr.sin_family = AF_INET;
    serveraddr.sin_addr.s_addr = htonl(INADDR_ANY);
    serveraddr.sin_port = htons((unsigned short)port);
    if (bind(listenfd, (SA *)&serveraddr, sizeof(serveraddr)) < 0)
        return -1;

    /* Make it a listening socket ready to accept
        connection requests */
    if (listen(listenfd, LISTENQ) < 0)
        return -1;

    return listenfd;
}
```

# Echo Server: `open_listenfd` `(socket)`

- **`socket` creates a socket descriptor on the server**
  - **`AF_INET`**: indicates that the socket is associated with Internet protocols
  - **`SOCK_STREAM`**: selects a reliable byte stream connection (TCP)

```
int listenfd; /* listening socket descriptor */

/* Create a socket descriptor */
if ((listenfd = socket(AF_INET, SOCK_STREAM, 0)) < 0)
    return -1;
```

28

# Echo Server: `open_listenfd` `(setsockopt)`

- **The socket can be given some attributes**

```
...
/* Eliminates "Address already in use" error from bind(). */
if (setsockopt(listenfd, SOL_SOCKET, SO_REUSEADDR,
               (const void *)&optval , sizeof(int)) < 0)
    return -1;
```

- **Handy trick that allows us to rerun the server immediately after we kill it**
  - Otherwise we would have to wait about 15 seconds
  - Eliminates "Address already in use" error from `bind()`

- **Strongly suggest you do this for all your servers to simplify debugging**

29

# Echo Server: `open_listenfd`
## (initialize socket address)

- **Initialize socket with server port number**
- **Accept connection from any IP address**

```
   struct sockaddr_in serveraddr; /* server's socket addr */
...
   /* listenfd will be an endpoint for all requests to port
      on any IP address for this host */
   bzero((char *) &serveraddr, sizeof(serveraddr));
   serveraddr.sin_family = AF_INET;
   serveraddr.sin_port = htons((unsigned short)port);
   serveraddr.sin_addr.s_addr = htonl(INADDR_ANY);
```

- **IP addr and port stored in network (big-endian) byte order**

| | sin_port | | sin_addr | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AF_INET | | | INADDR_ANY | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

sa_family

sin_family

# Echo Server: `open_listenfd` `(bind)`

- **bind associates the socket with the socket address we just created**

```
int listenfd;                    /* listening socket */
struct sockaddr_in serveraddr; /* server's socket addr */

...
  /* listenfd will be an endpoint for all requests to port
     on any IP address for this host */
  if (bind(listenfd, (SA *)&serveraddr, sizeof(serveraddr)) < 0)
      return -1;
```

31

# Echo Server: `open_listenfd` (`listen`)

- **`listen` indicates that this socket will accept connection (`connect`) requests from clients**

- **`LISTENQ` is constant indicating how many pending requests allowed**

```
int listenfd; /* listening socket */

...
 /* Make it a listening socket ready to accept connection requests */
    if (listen(listenfd, LISTENQ) < 0)
        return -1;
    return listenfd;
}
```

- **We're finally ready to enter the main server loop that accepts and processes client connection requests.**

# Echo Server: Main Loop

■ **The server loops endlessly, waiting for connection requests, then reading input from the client, and echoing the input back to the client.**

```
main() {

    /* create and configure the listening socket */

    while(1) {
        /* Accept(): wait for a connection request */
        /* echo(): read and echo input lines from client til EOF */
        /* Close(): close the connection */
    }
}
```

33

**Carnegie Mellon**

# Overview of the Sockets Interface



# Echo Server: `accept`

■ **`accept()` blocks waiting for a connection request**

```
int listenfd; /* listening descriptor */
int connfd;   /* connected descriptor */
struct sockaddr_in clientaddr;
int clientlen;


clientlen = sizeof(clientaddr);
connfd = Accept(listenfd, (SA *)&clientaddr, &clientlen);
```

■ **`accept` returns a *connected descriptor* (`connfd`) with the same properties as the *listening descriptor* (`listenfd`)**

   ■ Returns when the connection between client and server is created and ready for I/O transfers

   ■ All I/O with the client will be done via the connected socket

■ **`accept`  also fills in client's IP address**

35

**Carnegie Mellon**

# Echo Server: `accept` Illustrated



**1. Server blocks in `accept`, waiting for connection request on listening descriptor `listenfd`**



**2. Client makes connection request by calling and blocking in `connect`**



**3. Server returns `connfd` from `accept`. Client returns from `connect`. Connection is now established between `clientfd` and `connfd`**

# Connected vs. Listening Descriptors

- **Listening descriptor**
  - End point for client connection requests
  - Created once and exists for lifetime of the server

- **Connected descriptor**
  - End point of the connection between client and server
  - A new descriptor is created each time the server accepts a connection request from a client
  - Exists only as long as it takes to service client

- **Why the distinction?**
  - Allows for concurrent servers that can communicate over many client connections simultaneously
    - E.g., Each time we receive a new request, we fork a child to handle the request

# Echo Server: Identifying the Client

- **The server can determine the domain name, IP address, and port of the client**

```
struct hostent *hp;   /* pointer to DNS host entry */
char *haddrp;         /* pointer to dotted decimal string */
unsigned short client_port;
hp = Gethostbyaddr((const char *)&clientaddr.sin_addr.s_addr,
                    sizeof(clientaddr.sin_addr.s_addr), AF_INET);
haddrp = inet_ntoa(clientaddr.sin_addr);
client_port = ntohs(clientaddr.sin_port);
printf("server connected to %s (%s), port %u\n",
       hp->h_name, haddrp, client_port);
```

38

# Echo Server: `echo`

- **The server uses RIO to read and echo text lines until EOF (end-of-file) is encountered.**
  - EOF notification caused by client calling `close(clientfd)`

```c
void echo(int connfd)
{
    size_t n;
    char buf[MAXLINE];
    rio_t rio;

    Rio_readinitb(&rio, connfd);
    while((n = Rio_readlineb(&rio, buf, MAXLINE)) != 0) {
        upper_case(buf);
        Rio_writen(connfd, buf, n);
        printf("server received %d bytes\n", n);
    }
}
```

# Testing Servers Using `telnet`

- **The `telnet` program is invaluable for testing servers that transmit ASCII strings over Internet connections**
  - Our simple echo server
  - Web servers
  - Mail servers

- **Usage:**
  - **`unix> telnet <host> <portnumber>`**
  - Creates a connection with a server running on **`<host>`** and listening on port **`<portnumber>`**

40

# Testing the Echo Server With `telnet`

```
greatwhite> echoserver 15213

linux> telnet greatwhite.ics.cs.cmu.edu 15213
Trying 128.2.220.10...
Connected to greatwhite.ics.cs.cmu.edu.
Escape character is '^]'.
hi there
HI THERE
```

41

# For More Information

- **W. Richard Stevens, "Unix Network Programming: Networking APIs: Sockets and XTI", Volume 1, Second Edition, Prentice Hall, 1998**
  - THE network programming bible
- **Unix Man Pages**
  - Good for detailed information about specific functions
- **Complete versions of the echo client and server are developed in the text**
  - Updated versions linked to course website
  - Feel free to use this code in your assignments

Carnegie Mellon

# Watching Echo Client / Server





43

# Ethical Issues

- **Packet Sniffer**
  - Program that records network traffic visible at node
  - Promiscuous mode: Record traffic that does not have this host as source or destination
- **University Policy**

**Network Traffic: Network traffic should be considered private. Because of this, any "packet sniffing", or other deliberate attempts to read network information which is not intended for your use will be grounds for loss of network privileges for a period of not less than one full semester. In some cases, the loss of privileges may be permanent. Note that <span style="color:red">it is permissable to run a packet sniffer explicitly configured in non-promiscuous mode</span> (you may sniff packets going to or from your machine). This allows users to explore aspects of networking while protecting the privacy of others.**