# EXHIBIT Q



**1**

## Linking and the Associate

A *link* represents a relationship between two items. For example, people are employed by a company, so there is a relationship between person and company. Links tie related information together. For example, while looking at an appointment it is useful to know the phone number of the person with whom you are meeting, so you can call to confirm the meeting. Links can also track the history of all your interactions. While looking at the information for a person, you can also see a list of all the meetings with that person.



Links can be established several ways. The *Associate* is a part of Perspective that automatically establishes links by recognizing the names of people, companies, etc. you write. It looks within the ProfileBook to see if you have previously entered the name, and creates the link. You can also manually link two items. To get information from those links, you can open the profile for any linked item. Links are displayed as bold text in documents and profiles, so you can find them easily.

## Notes

You can create notes in Perspective and retrieve them from several places. The Associate can automatically file the note by recognizing names you enter and creating links, or you can manually link the note to other items. Within Perspective, each note is an item. Notes can be easily retrieved at any time.

## Topics

In addition to establishing links between related items, you can also cross-reference or group items using the Topic category. Once you have entered topics such as marketing, proposal ideas, or financials, you can quickly link all related items to the topic. The Associate automatically creates the links whenever you write the topic name in an appointment, to do, note, etc. You can also float the Topic Index and manually link the items. The Topic Index gives you quick access to all items related to the topic.

## Embedding documents

Perspective helps you organize your documents, as well as your information. Any PenPoint document can be embedded in an item in Perspective. You have access to this embedded document from every Perspective document that displays this item. For example, you might want to embed a faxed map in a person's item, or embed a proposal in a company's item. While looking at an appointment with a person you can then get quick access to the proposal.

**2**

# Topic Index

Tracking appointments, to do's, contacts, and notes by *topic* lets you organize diverse information. If you create a topic for each area of interest or responsibility such as financial, forecasting or marketing, you can use the Topic Index to track all meetings, notes and people related to each topic. The Topic Index lists your topics, along with notes, embedded documents and other information related to the topics.

For example, if you want to keep track of information for an article you are writing, create a topic called *Article*. Jot down related information and ideas at any time: in phone conversations, when you read articles in the paper, or at the weekly staff meeting. Perspective's Associate automatically links any item that mentions *Article* to the topic. In addition, you can manually link other relevant items even though they do not explicitly mention the word *Article*. When you begin to write the article, use the Topic Index to see all related ideas and information including embedded documents such as an analysis you performed in Numero™ . For more information on linking, see "Linking Information" in Chapter 3 on page 36.

| Topic Index ‹ 6 › | | |
|---|---|---|
| Document  Edit  Options  Actions  Create | | A |
| **All Topic Items** | | |
| Name | Calendar Items | General Links |
| 1 Article | Map Route - article Oct 4, 92  Interview List Oct 5, 92  Work on article Oct 10, 92 ...  Due:Skate article Oct 15, 9 ... | Note October 13, 1992 |
| 2 Company | Board Mtg Oct 20, 92 2:00 ...  (Ink) Oct 19, 92 4:00 PM | Note October 9, 1992 |
| 3 Distribution | Distribution -Finish Propos ...  Revise Distribution Strateg ...  Distribution- Revise strate ...  Distribution- Strat Oct 5, 9 ...  Distribution - Revise strate ... | |
| 4 Financial | Revise Budgets Oct 7, 92 | Note October 12, 1992 |
| 5 Forecasting | (Ink) Oct 20, 92 10:00 AM | |
| 6 Marketing | Reprints from Mkg. Oct 14 ... | |

Use the Topic Index to:

- track diverse pieces of information linked to your topics,

- look at notes or embedded documents related to each topic, and

- jot down ideas or information about a topic.

For information on how to use and customize a Topic Index, see Chapter 7, "Listing Information" on page 123. For information on linking notes to topics, see Chapter 8, "Notes & Embedded Documents" on page 145.

# Entering Information

**3**

With Perspective, you can use the pen to write information on the screen just as you do with pen and paper. You can enter information anywhere in Perspective — in a document, in a profile or in a note. Your writing can be kept in your own handwriting (*ink*) or translated to printed characters (*text*). If you write in text, the Associate recognizes names and automatically files and cross-references information for you. When you enter information, it is stored in the ProfileBook so all documents can display it.

## Entering information in a document

When you write on a blank line (or row) in any Perspective document, Perspective creates a new item. Perspective automatically categorizes the items you create based on where you write. For example, when you write in the Appointment Tile of the Day Planner, Perspective assigns the new item to the category Appointment. When you add a new entry in the Topic Index, Perspective assigns it to the Topic category.

When you enter information in different columns along the row, you are entering details for the item. For example, when you write in the Address Book, you enter each detail about the person, such as name, address, city, state, and business phone number in a different column.



### Write in a document

- To get a blank line, draw a caret ∧ in the row margin.

- Write directly in a blank space.

- Circle ○ in a blank space to open an edit pad to write into.

- To enter additional values for a detail, draw a caret tap ⋏ on the detail and enter the value in the edit pad. For example, you may have two phone numbers for a person.

## Let the Associate ask for Help

When the Associate is On, you can determine whether or not you want the Associate to ask for help resolving linking questions. For example, if you have two or more people named Dan in Perspective, and write Meet Dan with Let the Associate ask for Help turned On, the Associate asks you which Dan you are meeting. If you have not previously entered a Dan, the Associate asks if you want to create a new profile for Dan. If Let the Associate ask for Help is turned Off, no link is created in either case.

## Setting the Associate

The Associate must be turned on if you want it to automatically create links for you.



**Turn the Associate on or off**

1   In the Options menu, choose Associate.

2   In the Option card that appears, set any of these options:

   - Associate — create links automatically (On), do not create links (Off).

   - Associate in Notes — create links automatically in Notes (Yes), do not create links in Notes (No).

   - Let the Associate ask for Help — Let the Associate ask for help to resolve ambiguous links (Yes), do not create a link if it is ambiguous (No).

3   Tap Ⓨ Apply & Close.

**3**

## Automatic linking of unknown names in appointments, etc.

The Associate also recognizes names not previously entered when you use keywords. The Associate creates profiles for the new names, and automatically links them. If Let the Associate ask for Help is On, you can use one of the keywords below when you write in a description to have the Associate help you create a new profile:

| | | | |
|---|---|---|---|
| • about | • brkfst | • meeting | • with |
| • appointment | • call | • mtg | • w/ |
| • appt | • dinner | • phone | |
| • at | • lunch | • re | |
| • breakfast | • meet | • regarding | |

For example, if you are scheduling a meeting with John, who is not entered into your Address Book, you can schedule an appointment in the following ways:

      12:00 John          No profile created or linking performed.

      12:00 Meet John     New profile created for John and linked to appointment.

Remember, using the keywords when Let the Associate ask for Help is On, helps you build your contact list and adds value to every entry, because the Associate is automatically tying together all information. If you prefer not to use the keywords, you can also create a profile for a new name using the Create menu before you write in the appointment. See "Creating a new item anywhere" in Chapter 3 on page 32.

## Automatic linking in link details

You can write directly into a link detail in the column of a document or in a profile and the Associate automatically creates links if the Associate is On.

If you are writing a name into a link detail, the Associate looks to see if you have previously entered that name. If it finds the name, it creates a link. If it does not find the name, it asks if you want to create a profile for the name if Let the Associate ask for Help is turned On. (The General Links detail leaves unknown names as text. No new names are entered in this detail.)

If you are writing a description into a link detail, the Associate automatically creates a new profile for an appointment. In this way, you can schedule appointments with people from within the Address Book. You can also enter a to do, event, objective, etc. by writing it in and changing the category appropriately. See "Changing the category of an item" in Chapter 4 on page 58. When writing an appointment or event, include the scheduled time, and it is displayed in the Day Planner and the Month Planner. To do's are put on today's to do list. Objectives are scheduled for this month. Therefore, you can write the following descriptions in any Calendar Items detail:

| | |
|---|---|
| Meet Dan on December 15, 1992 at 2:00 | Appointment is scheduled On December 15, 1992 at 2:00. |
| Call Dan | Change category to To Do and it appears on today's to do list. |
| Close Costa deal | Change category to objective and it appears on this month's objective list. |

## Automatic linking in a note

When you write in text within a note, previously entered names are linked if the Associate is Notes in On. Linked names appear in bold. When you write names in a note, follow the same guidelines for writing the name as described above in "Automatic linking of names in appointments, etc."

# More about Linking Information

## Creating a new link manually

You can create a link between two items when the Associate does not automatically create it for you. For example, after you write a note, you might want to link it to an appointment.



### Link a note or a profile to another item

1   Press ! on the pushpin icon ⊸📌 in the upper right corner of the note or profile until a link marquee appears:

   📌 Note October 13, 1992

2   Drag the link marquee, and drop it on the other item.

3   A note from the Associate appears. Specify the name of the link:

   • Link — the original item.

   • To — the item to which you are linking.



   • As — the name of the link. The link name states the relationship between the original item and the item to which you are linking. If there is more than one possible link name, tap the arrow and choose a link name.

4   Tap ⋁ Link.