# EXHIBIT R



# Lookup Guide

To the EO™ Personal Communicator

**2** Lookup Guide to the EO Personal Communicator
**Basics**

# Basics

**This section describes the basic concepts and skills you
need to work with the on-screen elements of your EO Personal
Communicator. This section tells you how to work with
the Notebook and Bookshelf, how to use the EO pen to make
gestures, and how to get immediate on-screen help.**

## Learning the Basics

Your EO Personal Communicator is easy to use, but to use it
successfully you need to learn a new way of using a pen. The
gestures you use on the EO represent a new "alphabet." Printing
and writing by hand on the screen represent a new way of
adding information. Most people need a little time to become
accustomed to these new skills.

### Practice is essential

Whether you're new to computers or an advanced user, we
encourage you to spend an hour or two with the printed tutorial,
*Getting Started with Your EO Personal Communicator*. The
tutorial shows you how to open two on-screen learning tools:
Gesture Practice and Handwriting Practice. By working through
these sessions and the printed tutorials, you'll save much time
and trouble later on, when you put your EO to work.

### You may need to train your handwriting

Most EO users get gestures and handwriting right only after
they've put in some practice. As the Handwriting Practice
session shows, your EO can recognize two or three common
ways of writing each letter. Everyone's handwriting is unique,
however, and you may need to adapt your style of printing for
better recognition by your EO. If you become frustrated at first,
remember that you're learning a completely new technology.
Practice should make you an expert user in just a few hours.

**2**   Lookup Guide to the EO Personal Communicator
Basics

| Symbol | Name | Action | Where the gesture works |
|---|---|---|---|
| | Flick down | Scrolls a line to the bottom of the screen. Also scrolls a pop-up list. Zooms a floating document. | Any page. On the scroll margin, scrolls down in a document. In the title line, reduces the page view. On a notebook tab, shows overlapped tab. |
| | Flick right | Scrolls to the right | Any page. On tabs in the Day Planner, shows overlapped tabs to the right. |
| | Flick left | Scrolls to the left | Any page. On tabs in the Day Planner, shows overlapped tabs to the left. On tabs in the Table of Contents, shows all tabs at once. |
| | Tap | Selects one character. Chooses menus and options. Turns to a page. | In a fill-in field, opens an editing pad. On an icon, opens whatever the icon represents. On a title in the Table of Contents, selects the title. On a page number, icon, or page turn arrow, turns to a page. |
| | Press | Selects a box in a pad. Starts a move operation. | In a document, sets a text insertion point. In a selection, creates a *single* dashed line (marquee) that shows that the selection can be moved. |
| | Tap press | Starts a copy operation. | Text, Table of Contents. In a selection, creates a *double* dashed line (marquee) that shows that the selection can be copied. |
| ? | Question mark | Opens Quick Help. | Any page. |

a document on the EO. Instead, you simply turn to another
page. The EO saves any new work and any changes when you
turn a page.

You can also choose **Checkpoint** from the Document menu to
save changes. Checkpoint is the EO's equivalent of a *save*
command. The Revert option in the Document menu tells the
EO to switch the document back to the state it was in when you
first turned to it.

## Moving or Copying a Document

At times you may want to move documents around in the
Notebook. You can move documents to change the order of the
Table of Contents, and you can also move documents from
section to section and from the EO to an external disk drive.

If you want to revise a document and keep the original version
intact, you can make a copy and revise the copy. You may also
want to make a copy for backup purposes. Bear in mind that
copies use up storage space. For instructions on removing
unused copies, refer to "Deleting a Document," on page 65.

### To move a document

1. **In the Notebook Table of Contents, press ⌁ the name of the
document you want to move.**
   A *single* dashed line (marquee) appears around the name.

Document ready
to move

Address Book
Note Index
ProfileBook
Tutorials
Sales Report
Calc