# EXHIBIT S



# The AT&T EO Travel Guide

Your complete guide to mobile computing with the AT&T EO Personal Communicator

Foreword by Alain Rossmann, President of EO Incorporated

KEN MAKI



CHAPTER 1

# An Overview of the EO

## Introduction

One of the things you'll notice about the EO is that it is not called a computer. It is a personal communicator. This does not mean that it does not perform computing functions, it means that it was designed first and foremost as a device to enhance and enable person to person communications. It is a cousin to the computer, but it is more than a computer.

Computers cannot be used as if they were a pad of paper or a Day Runner. Even the most portable notebook computer cannot easily be used to take notes at a meeting, conference, or in a class. Every time a notebook computer is used you have to have at least a seat so you can hold it in your lap or a surface of some type so you can open the notebook, start it, and use the keyboard.

The EO is held in one arm like a pad of paper while you write directly on the screen. The EO can be used in any position whether you are standing up, sitting down, or at a desk. Also, when you use the EO you are not placing a barrier between yourself and someone

else, which is what happens when a notebook computer's screen forces its way between the user and anyone in front of them. These are some of the differences between the EO and other computers that make it a personal communicator.

Another aspect of the EO that differentiates it from traditional computers is how all the EO's communications capabilities are combined in a single unit. With an EO you have built-in E-mail, fax, telephone, networking, and data communications capabilities all in a single unit.

Despite the differences, when talking about the EO, terms like hardware, software, RAM, ROM, and other computer terms are all going to be used. This is because the EO uses existing computer technology as its base and the features that make the EO a communicator are in addition to, not instead of, existing computer technology.

This chapter looks at the physical aspects of the EO. In doing so, the EO will be described using the same terms used to describe computers. The EO's physical components (disk drives, memory, etc.) make it easy to discuss it as if it were just a computer—part of what makes the EO more than a computer is the fundamental integration of all its hardware and software.

So as you read this chapter do not be fooled into thinking that the EO is just another computer trying to distinguish itself with a new name. It isn't.

To find out what the EO really is we'll start by looking at the communicator's hardware. The physical attributes of the EO 440 and 880 will be examined in detail. The EO's accessories will be discussed as well. You will also find in this chapter sections that describe how the EO works in technical terms.

# The EO's Hardware

EO Inc., makes two personal communicators, the EO 440 and the EO 880. Both of these communicators are similar and share the same technology. The EO 440 is the less expensive of the two machines. It is a bit smaller and lacks some of the features found

AN OVERVIEW OF THE EO  3

in the 880. EO wanted to provide for everyone's communication needs, so a range of products is required. Some people are willing to make the sacrifice on size, weight, and battery life to get the EO 880's larger screen, backlighting, and more expansion. This is especially true of corporate customers.

This section will look at both the EO 440 and 880. You will find descriptions and illustrations of the communicators. A comparison between the EO 440 and 880 will be covered so you can see exactly how they differ. And, you will also find a section that briefly describes the software that comes with both communicators.

## A Closer Look at the EO

EO Inc., makes two personal communicators, the EO 440 and the EO 880. Both of the communicators are thin rectangular devices that have small bulges on either side called ears. Figure 1.1 shows the front view of both the EO 440 and the EO 880.

When using the communicator you write and view all of your information directly on the EO's screen. Any function you want the EO to perform is done by drawing "gestures" on the EO's screen. A gesture is a special mark that you draw which the EO interprets as a command to perform a specific task. All commands such as copying, moving items, opening, and closing documents are executed in this fashion. (Chapter 3 contains a list of all the gestures and their meanings.)



**Figure 1.1**
Front view of (a) the EO 440 and (b) EO 880



**Figure 1.4**
An EO 440 with the Cellular option

need a standard cellular phone with additional cables and connectors. Using a cellular phone with another computer presents so many problems that most people wouldn't even think about trying it. It's hard enough just carrying everything else you need.

## Expansion Capabilities

In addition to the EO being a highly mobile and complete personal computing solution, it is also expandable. Both the EO 440 and 880 can use PCMCIA cards, and the EO 880 also has a SCSI port. (PCMCIA stands for Personal Computer Memory Card International Association.) The PCMCIA originally set out to develop standards for using small credit card-sized memory cards, but the interface that was designed is now being used for modems, hard drives, solid-state flash disks, and networking cards. PCMCIA cards are classified as Type I, II, or III (the classification pertains to the thickness of the card which often impacts the card's function). Currently most cards are Type II with hard drives being available as Type II and III cards.

Right now there are two types of PCMCIA cards that can be used with an EO. One type is a SRAM card which is a memory card that can be used as a disk drive. SRAM cards usually have a low capacity and are expensive. The other type of card is a silicon disk card that can also be used as an additional disk drive. The advantage of the silicon disk card is its data capacity. One company, SunDisk, makes cards that work with the EO in capacities of 2.5, 5, 10, and 20 megabytes.

The reason that more cards are not available is because software needs to be written that will let the EO recognize the cards and

utilize their functions. The software that lets the cards be accessed is usually called a driver. Many vendors are writing drivers right now so that their cards and other computing devices will work on the EO.

Other cards that are under development for the PCMCIA slot include a display pager and network cards. Hopefully, both of these will be available around the end of the year (1993). With the pager card you'll be able to carry it in your pocket like a regular pager, but when it goes off you'll insert it into the PCMCIA slot and the EO will access the pager and display any messages you have received. The network cards, when they are available, will let you connect an EO to an existing Ethernet or Token Ring network so you can share documents with other users and maybe even use the network's electronic mail system.

The EO 440 has one Type II PCMCIA slot, and the 880 has two. The EO 880's two PCMCIA slots will also function as a single Type III PCMCIA slot. The EO 880 also has a SCSI port. (SCSI stands for Small Computer System Interface.) SCSI (pronounced "scuzzy") is another industry standard for connecting peripheral devices to computers. Using the SCSI port, it will be possible to connect hard drives, scanners, printers, and maybe even other computers to the EO.

Right now, all that can be attached to the EO 880's SCSI port are additional hard drives. Once again, it is not a lack of available devices that limits what can be connected to the EO 880, but the availability of drivers. Once companies start writing drivers for the PenPoint operating system the EO 880 will be able to use these other devices.

## The EO's Software

All of the EO's hardware is packed into a device that can weigh from 2.2 pounds (a standard EO 440) to 5.1 pounds (an EO 880 with the Cellular option) all as a single unit. This is amazing by itself. But when you consider the software that comes with the EO and how it all integrates, the EO Personal Communicator is even more impressive.

On the left-hand side of the EO you will find the following ports and doors:

- Power adapter port
- Backup battery door
- Serial port (also called the PC port)
- Parallel port (also called the printer port)
- Keyboard port

On the right hand side of the EO you will find:

- Main battery door
- Phone port (if you have a modem)
- The pen in its slot

And on the bottom of the EO you will see the following:

- Coin cell battery door
- Wireless port used for the Cellular option (this port is covered)
- PCMCIA card door
- RAM and ROM card door

Table 1.1 lists the rest of the EO 440's technical specifications.

The EO 440 is available in the following configurations (please check with EO for up-to-date prices):

- 4 MB RAM, no modem, no hard drive
- 4 MB RAM, modem, no hard drive
- 8 MB RAM, modem
- 8 MB RAM, modem, and 20 MB hard drive
- 12 MB RAM, modem, and 20 MB hard drive

## The EO 880

The EO 8800 is a 4 pound (including battery) personal communicator that looks like Figure 1.7. The EO 880's dimensions are:

**Length**   13.0 inches

| Table 1.1 | The EO 440's technical specifications | |
|---|---|---|
| Microprocessor | AT&T 92010 Hobbit 20 MHz RISC based processor. This processor runs 2.5 times faster than a 20 MHz 386SL CPU and at .7 times the speed of a 33 MHz 486SX CPU. | |
| Memory | RAM | 4 megabytes, expandable to 20. Currently the EO can only be upgraded to 12 megabytes because the memory cards to expand it to 20 are not available. RAM upgrades come on 88 pin JEDEC cards. |
| | ROM | 8 megabytes. The ROM are upgradeable and will be made available as new versions are developed. |
| Modem | Data | High-speed 14,400 bps (38,400 bps with data compression) internal modem. Protocols supported are Bell 103, 212, v.22bis, v.32, v.32bis, v.42, v.42bis, MNP 2-5, MNP10, AXCELL external cell-phone support. |
| | Fax | 9600 bps Group 3 send/receive fax modem. Supports v.27ter and v.29 protocols. |
| Display | 7.5 inch diagonal, 640 X 480 pixels, 8 levels of gray, 110 dots per inch, 0.23 dot pitch, high-contrast reflective supertwist LCD. The screen response time is 250 ms and the refresh rate is 70 Hz. | |
| Internal Storage options | 20 megabyte internal hard drive. 2.5, 5, 10, and 20 megabyte SunDisks. | |
| Power and Batteries | Operating power 3.3 volts. Custom battery pack using NiCad batteries. Standard (2–4 hrs.) and extended life (4–6 hrs.) batteries are available. The extended life batteries add about five ounces. | |
| Input/Output | Parallel AT | 8 bit bi-directional port. |
| | Serial | Mini DIN 8 port requires special cable, maximum speed 230.4 Kbits/sec. |
| | Keyboard | Standard PS/2, PC AT keyboard will work with an adapter. |
| | PCMCIA | Two Type II slots that can also be used as one Type III. |

**Table 1.2   The EO 880's technical specifications**

| Category | Subcategory | Specification |
|---|---|---|
| Microprocessor | | AT&T 92010 Hobbit 30 MHz RISC-based processor. This processor runs at 3.5 times faster than a 20 MHz 386SL CPU and at the same speed as 33 MHz 486SX CPU. |
| Memory | RAM | 4 megabytes, expandable to 20. Currently the EO can only be upgraded to 12 megabytes because the memory cards to expand it to 20 are not available. RAM upgrades come on 88 pin JEDEC cards. |
| | ROM | 8 megabytes. The ROM are upgradeable and will be made available as new versions are developed. |
| Modem | Data | High-speed 14,400 bps (38,400 bps with data compression) internal modem. Protocols supported are Bell 103, 212, v.22bis, v.32, v.32bis, v.42, v.42bis, MNP 2-5, MNP10, AXCELL external cellphone support. |
| | Fax | 9600 bps Group 3 send/receive fax modem. Supports v.27ter and v.29 protocols. |
| Display | | 9.4 inch diagonal, 640 X 480 pixels, 8 levels of gray, 85 dots per inch, 0.30 dot pitch, transmissive backlit supertwist LCD. The screen response time is 150 ms and the refresh rate is 70 Hz. |
| Internal Storage options | | 64 megabyte internal hard drive. 2.5, 5, 10, and 20 megabyte SunDisks. |
| Power and Batteries | | Operating power 5 volts. Custom battery pack using NiCad batteries with a two-hour battery life. |
| Input/Output | Parallel AT | 8 bit bi-directional port. |
| | Serial | Mini DIN 8 port requires special cable, maximum speed 230.4 Kbits/sec. |
| | Keyboard | Standard PS/2, PC AT keyboard will work with an adapter. |
| | SCSI | 50 Pin standard, SCSI I or II port. |
| | VGA Monitor | Standard 66 Mhz VGA Port. |
| | PCMCIA | Two Type II slots that can also be used as one Type III. |

### The Associate

The Associate is Personal Perspective's behind-the-scenes information linker. Whenever information is entered into linked detail items, the Associate will attempt to link the information to a corresponding item. If the Associate cannot find a corresponding item, it will ask you if you want to create a new one.

The Associate links everything back to a Names Item profile. If you are scheduling a meeting with someone named Bob and enter "Bob" into an Appointment profile, the Associate will look at all of the people named Bob in your Address Book. Should you know several Bobs, the Associate will pop up a list of the different Bobs and ask which one you want linked to the Appointment item or to create an new Person profile. If the Associate can not find a profile to link, it will ask if you want to create a new one. Figure 5.6 shows the Associate asking which Bob to use while an appointment is being scheduled.

After you have chosen the correct Bob, he is entered into the Appointment profile and the name Bob is displayed in bold text. Bold text indicates that the name is linked to an item in the Address Book. By double tapping ✏ on the name Bob, the Person profile for Bob will automatically open. Figure 5.7 shows the name Bob in the Appointment list with Bob's profile floating in front.

Also notice that Bob's profile is linked to a company. In Bob's profile his company, Sundisk Corp., is in bold text. Double tapping ✏ on the name Sundisk will bring forward the Company profile for Sundisk (see Fig. 5.8).

**Figure 5.6**
Which Bob?

