# EXHIBIT GG



*This is Sidekick*

# INTRODUCTION

## This is Sidekick

Sidekick is a lot of things, but first and foremost **it is always there when you need it**. That's because it is right there in your computer's memory all the time until you turn the power off or reset your machine. No matter which other program you are using - word processor, data base, spreadsheet, TURBO Pascal, BASIC, or whatever - Sidekick is always present 'underneath' it and may be activated immediately with a single keystroke. What's more: your other program continues as if nothing happened when you return from Sidekick.

In short, Sidekick adds a new dimension to your computer - and to your daily work, even to your life if you are a heavy computer user. It helps you organize your work and keeps your desk free of the eternal pile of paper notes, pencils, hand-calculators, phone-directories, and the whatnot that gets lost all the time anyway. You work smarter; you work easier.

**Notepad** A full-screen, WordStar/TURBO Pascal-compatible text editor. It includes automatic word wrap and special notepad features like *cut and paste*. It will even time and date stamp your notes - automatically if you want.

**Calculator** This is a normal, everyday business pocket calculator which appears on your screen. However, it also offers special features for programmers.

**Calendar** This is a perpetual calendar. With it, you can keep track of your daily appointments.

**Dialer** This automatic dialer takes numbers from its own phone directory **or picks them directly off the screen**. You may find the number with dBASE-III or any other database that you already own, and Sidekick will make the call!

*When to Start SideKick From*

## When to Start SideKick

Sidekick is a *resident program*, which means that it is loaded into memory and stays there until you switch off the computer. Sidekick is therefore running even while you run other programs such as a word processor or a spreadsheet.

Sidekick may not be the only resident program you use on your computer; programs such as print spoolers, RAM disks, and keyboard enhancers (Borland's *SuperKey*, for example) are other examples of resident programs. If you use any of these, it is essential that you load them in the following order:

1) Load any non-Borland resident programs **first** (print spoolers, RAM-disks, or what have you).

2) If you have SuperKey, load it **after** any non-Borland resident programs.

3) Finally load *SideKick* as the **last** resident program.

## Where to Start SideKick From

If you use a tree-structured directory, it is important that you change to the directory where you keep Sidekick's .COM and .HLP files before you start Sidekick.

This is because Sidekick must know where to find these files when you save a Sidekick setup, or when you use the on-line help system.

If you have your Sidekick files in the directory \\**SK**, and all your other programs in one called \\**SYSTEM**, you could set up a DOS *path* with the command:

```
SET PATH=C:\SYSTEM;C:\SK
```


Now you can call a program from any directory, and DOS will use the path to find the programs in their directories. But **don't** do that with Sidekick. You **must** be on the directory that contains Sidekick's .COM and .HLP files when you start it, or you cannot save setups or use the help system.

*Activate Sidekick*

# Chapter 2.
# TAKE YOUR SIDEKICK FOR A RIDE

## Activate Sidekick

If you have followed the instructions in chapter 1 , Sidekick is now loaded into memory. It stays there until you either turn off the computer or reset it.

You may use the computer exactly as usual; fire up your spreadsheet, word processor, TURBO Pascal, or even BASIC (disk BASIC, that is), and go to work. **Anytime** you need Sidekick, just press:

Ctrl Alt

which means: hold down the Ctrl and Alt keys at the same time.

Another way to call Sidekick is to hold down both ⇧ keys. The Sidekick main selection window now pops up in the middle of the screen:



**Figure 2-1: Sidekick Main Selection Window**

You may now select the window you want to use in one of three ways:

**1)** Enter the highlighted capital letter in the window name (in either upper or lower case, or with the Alt key depressed).

*caLendar*

## <F2>
### ✉-Print

✉ is used to print one day, or a period of days, from the current appointment caLendar. You are asked to specify the first date and the last date.

You may just press ⏎ when asked for *first month*, and printing will start from the first appointment in the caLendar. Then enter the last date you want to print. Again you may just press ⏎, and the printing will continue until the date of the last appointment in the caLendar.

### F4 -Print all

is used to print all appointments in the current appointment caLendar.

### F5 -Delete

F5 is used to delete one day, or a period of days, from the current appointment caLendar. You'll have to specify the first and last date of this period. If you just press ⏎ when asked for *first month*, the deletions will start with the first one found. Then enter the last date you want to delete. If you press ⏎ once again, all appointments until yesterday's date will be deleted.

---

Well, that's enough about the caLendar for the present. If you need more information, it's in chapter 5. For now, let's go on to the next window: the Dialer.

As with the other windows, you may activate the Dialer while the caLendar window is open. Instead, we'd like to demonstrate a very nice feature of the Dialer, so please Esc ape your way out of Sidekick.

Now fire up your customer database, if you have one, or anything else that displays phone numbers of people you frequently call. It could be as simple as a text file that you maintain with your word processor. Then activate Sidekick again by pressing Ctrl Alt .

*Dialer*

## Dialer

The Dialer turns your computer into an automatic dialer provided that you have a modem connected to your computer. It must be a Hayes modem or compatible, or a PcJr modem on the IBM PC jr. The VOAD Keyboard Phone is also supported.

*'My communications package does the same thing'* you might say. Sure, but does it do it while you are in the middle of your database, word processor, spreadsheet, or BASIC? Or does it pick phone numbers from any other program and dial them for you? Since we know the answers, we know you will use the Sidekick Dialer a lot.

Before using the Dialer, you must tell Sidekick which communications port your modem is on. This is done with the installation program SKINST, see page 99 .

With Sidekick's main selection window on the screen, press `Alt D` (or `D` or `F5`, if you prefer) to activate the Dialer. The first phone number on the screen is pointed out, and you can make the call by pressing ◄┘.



```
CP    (415)-786-8989  CompuPro (S100,CPU,68000)
ERI   (314) 725-5566  EnerTronics  (graphics,3D,software)
INF          555-1212  Information
PH    (609)-927-3770  Plum Hall (Unix,C,Books)
SCS   (408) 287-4640  Santa Clara Systems Inc. (PC clones,network,LAN)
SDS   (214)-340-0303  SDSystems (S100,Disk controllers, CPU)
SYB   (415) 848-8233  SYBEX  (Books)

F1-help F2-New file ◄┘-dial ↕-scroll  search: F3-ID F4-all F5-stop Esc-exit
```

**Figure 2-7: Dialer Window**

*Dialer*

Sidekick "knows" a phone number, because it must contain special
characters. These are usually parentheses or hyphens, but you can
choose other characters with the installation program.

To make things very clear: in order to distinguish a phone number
from dates, amounts, and other numeric information, the phone
number must not contain commas, periods, or slashes.

If you have more than one number on the screen that looks like a
phone number, the first one will be chosen. You can then move to
the next one by pressing ⬚. If you don't want to dial the number
on the screen, but use the Dialer's own phone directory, you just
press the space bar.

If the Dialer cannot find a valid phone number on the screen, it will
load its own phone directory file if it is present on your disk.

The phone directory file must be a standard text file and may be
prepared with the Notepad, with a database program, or with a
Pascal or BASIC program of your own make. See chapter 6 for
details about this file.

The default name of the phone directory file is **PHONE.DIR**, but you
may choose another default name in the Setup window.

Once the file is loaded, it is displayed in the Dialer window, with a
horizontal bar pointing at the first entry. You may scroll your file up
and down using the arrow keys, and press ⏎ to dial when the
desired number is displayed in the bar. Or you may press one of the
following keys:

⟨F3⟩
📧-**New file**
This function key lets you specify a new phone directory file. The
default name is PHONE.DIR (unless you have changed the default
value in the Setup window), but you can have as many different
phone directory files on your disk as you wish, and use ② to switch
between them.

⟨F5⟩
📧-**search INITials**
When you want to call a particular person, simply press F3 and
enter the person's initials. *Initials* are anything starting in column
one of each line in the phone directory - it could be anything you
choose. The dialer will then find the number in the directory, and you
then press ⏎ to dial it.

# Chapter 6.
# DIALER

The Dialer comes pre-installed for a Hayes 1200/1200B or compatible modem. Another modem may be chosen in the installation procedure.

The Dialer works in two different ways:

**1)** It may pick a phone number off the screen. This facility may be used to dial numbers found by other programs.

**2)** It may use its own telephone directory file. If the Dialer cannot find a valid phone number on the screen when you activate it, it will load the directory file instead, if it is present.

A telephone number is unique because it contains certain special characters. The default setup assumes either a left or right parenthesis and/or a hyphen, but this may be changed by the Dialer installation. Further, telephone numbers must not contain commas, periods, slashes, or other characters which are used in dates, amounts, and other numeric information.

If you have more than one number on the screen that looks like a phone number, the first one will be chosen. You can then move to the next one by pressing ⊡. If you don't want to dial the number, but use the Dialer's own phone directory, you just press the space bar.

You can compile your telephone directory in many ways; the easiest is simply to use the Notepad to write it. The contents of each line in the telephone directory should be:

`INITIALS PHONENUMBER COMMENT`

The *INITIALS* may actually be a person's initials, or it may be any other abbreviation or nickname by which you choose to remember your friends, family, or business associates. The identifier is unique only by starting in column one (leading blanks are significant).

*INSTALLATION*

These are the things you should know about your computer when you install Sidekick:

**Which monitor adapter(s) are installed?**
Monochrome Monitor Adapter
Color Monitor Adapter
Both Monitor Adapters

**What is your default display mode?**
Monochrome display
Color display 80x25
B/W display 80x25

**Which asynchronous communications port does your modem use?**
COM1
COM2

## Screen Type

When you press ⑤ to perform screen installation, you get this menu which lets you select the screen mode you want Sidekick to use:

```
Choose one of the following displays:

   0)  Default display mode
   1)  Monochrome display
   2)  Color display 80x25
   3)  B/W   display 80x25


Which display? (Enter no. or Q to exit): _
```
**Figure B-2: Screen Installation Menu**

**Default display mode**
Sidekick will operate in the mode which is active when you **start** Sidekick. If you change screen mode later, Sidekick will still use the mode which was active when you started. Sidekick always uses *80x25 character mode* even if 40x25 is active, and it will use color mode if graphics mode is active when you start.

*Notepad File Size*

## Notepad File Size

As Notepad keeps its text entirely within memory, space must be set aside in memory for it. The default size is 4000 characters, but you may choose a smaller size if you have memory problems, or a larger one if you have lots of memory and want Notepad to work on large files.

## Dialer

## Modem Type

Sidekick comes pre-installed for a Hayes 1200/1200B modem. This installation lets you choose from a list of other popular modems and dialers.

## Telephone Number Format

Sidekick uses certain conventions to distinguish a telephone number from other numbers on the screen or in your telephone directory. By default, a number must meet the following specifications to qualify as a phone number:

Minimum number of digits: **6** Required character: - ( )

The installation program lets you change these values if they don't fit the format of your phone numbers.

**Minimum number of digits**
Set this value to the shortest telephone number you are likely to encounter. The allowable range is 1 through 80.

**Required character**
This defines which character(s) **must** be present in a phone number. If more than one character is specified, only one of them need be present. Specify up to ten characters as needed. Default required characters are: - ( )

*Dialer*

**4)** Double check that the telephone number you are trying to dial is valid. You will hear a buzzing sound if an invalid number is used. This could be caused by any of the following errors:

   a. Not enough digits to be a valid phone number.
   b. None of the *required characters* present in the number.
   c. Illegal characters in the phone number.

If this does not solve your problem, then make sure that the modem is configured correctly at the system level.

Even though your communications software recognizes your modem and dials correctly, your system may still be configured incorrectly.

The following test duplicates the procedure Sidekick uses when it dials a telephone number.

Enter the following commands to DOS:

```
MODE COM1:300,N,8,1 ⏎
COPY CON COM1: ⏎
ATDT123-4567 ⏎
F6 ⏎
```

If the telephone number is dialed by your modem, then your system is correctly installed. If not, then please refer to the description of the MODE command in your DOS manual.

## Foreign and Semi-graphic Characters

The Notepad will display foreign characters and semi-graphics if you press

 Ctrl Q G

to activate *Graph* mode. This is very useful, for example, if data that you import from the screen contains frames and other special characters.

You can also 'type' these special characters into the notepad if you hold down the Alt key and enter the character's decimal ASCII value on the numeric keypad.



# SIDEKICK ™

## INFOWORLD'S
## SOFTWARE PRODUCT OF THE YEAR

*Whether you're running WordStar™, Lotus™, dBase™,
or any other program, SIDEKICK puts all these desktop
accessories instantly at your fingertips.*

A full-screen WordStar-like Editor. You may jot down notes and edit files up to 25 pages long.

A Phone Directory for your names, addresses and telephone numbers. Finding a name or a number becomes a snap.

An Autodialer for all your phone calls. It will look-up and dial telephone numbers for you. (A modem is required to use this function.)

A Monthly Calendar functional from year 1901 through year 2099.

A Datebook to remind you of important meetings and appointments.

A full-featured Calculator ideal for business use. It also performs decimal to hexidecimal to binary conversions.

An ASCII Table for easy reference.



All the SIDEKICK windows stacked up over Lotus 1-2-3. From bottom to top: SIDEKICK'S "Menu Window," ASCII Table, Notepad, Calculator and Phone Dialer.



Here's SIDEKICK running over Lotus 1-2-3. In the SIDEKICK Notepad you'll notice data that's been imported directly from the Lotus screen. In the upper right you can see the Calculator.

## The Critics' Choice

"In a simple, beautiful implementation of WordStar's™ block copy commands, SIDEKICK can transport all or any part of the display screen (even an area overlaid by the notepad display) to the notepad."
—**Charles Petzold, PC MAGAZINE**

"SIDEKICK deserves a place in every PC."
—**Garry Ray, PC WEEK**

"SIDEKICK is by far the best we've seen. It is also the least expensive."
—**Ron Mansfield, ENTREPRENEUR**

"If you use a PC, get SIDEKICK. You'll soon become dependent on it."
—**Jerry Pournelle, BYTE**

*Mimimum System Configuration: SIDEKICK is available now for your IBM PC, XT, AT, jr. and 100% compatible microcomputers. The IBM PC jr. will only accept the SIDEKICK not copy-protected version. Your computer must have at least 128K RAM, one disk drive and PC-DOS 1.0 or greater. A Hayes™-compatible modem required for the autodialer function.*



**BORLAND**
INTERNATIONAL

*Software's Newest Direction*
4585 Scotts Valley Drive
Scotts Valley, CA 95066

Sidekick is a trademark of Borland International, Inc.
dBase is a trademark of Ashton-Tate.
IBM and PC-DOS are trademarks of International Business Machines Corp.

Infoworld is a trademark of Popular Computing, Inc., a subsidiary of CW Communications Inc.
Lotus and 1-2-3 are trademarks of Lotus Development Corp.
WordStar is a trademark of Micropro International Corp.