# EXHIBIT II (Part 1/3)

NEWPORT NEWS

Case 5:12-cv-00630-LHK   Document 118-35   Filed 04/23/12   Page 2 of 6

...aturing The Global Network Navigator™

Enhanced includes NCSA Mosaic software on disk!

DISK NOT
INCLUDED

# THE
# MOSAIC
# HANDBOOK



## *for Microsoft Windows*



A NUTSHELL®

HANDBOOK

*DALE DOUGHERTY & RICHARD KOMAN*

O'REILLY & ASSOCIATES, INC.



DISKETTE
INCLUDED

THE MOSAIC HANDBOOK *for Microsoft Windows*

025.
04
D744

RTY & KOMAN
SSOCIATES, INC.

025.04
D744

DAVID I
BARNIS

# THE
# MOSAIC
# HANDBOOK

*For Microsoft Windows*



NEWPORT NEWS PUBLIC LIBRARY SYSTEM
VIRGIL I. GRISSOM BRANCH

# THE
# MOSAIC
# HANDBOOK

*For Microsoft Windows*



*Dale Dougherty & Richard Koman*

O'Reilly & Associates, Inc.
103 Morris Street, Suite A
Sebastopol, CA 95472
(800) 998-9938 • (707) 829-0515
Email: *nuts@ora.com*

***The Mosaic Handbook for Microsoft Windows***
by Dale Dougherty and Richard Koman

Copyright © 1994  O'Reilly & Associates, Inc.  All rights reserved.
Printed in the United States of America.

***Editor:*** Dale Dougherty

***Production Editor:*** Clairemarie Fisher O'Leary

***Printing History:***

      October 1994:      First Edition.

O'Reilly & Associates and the author specifically disclaim all warranties, expressed or implied, including but not limited to implied warranties of merchantability and fitness for particular purpose with respect to the diskettes and the programs therein contained, and in no event shall O'Reilly & Associates or the author be liable for any loss of profit or any other commercial damage, including but not limited to special, incidental, consequential, or other damages.

Nutshell Handbook and the Nutshell Handbook logo are registered trademarks of O'Reilly & Associates, Inc.

Microsoft is a registered trademark and Windows is a trademark of Microsoft Corporation in the United States of America and in other countries.

Many of the designations used by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and O'Reilly & Associates, Inc. was aware of a trademark claim, the designations have been printed in caps or initial caps.

While every precaution has been taken in the preparation of this book, the publisher assumes no responsibility for errors or omissions, or for damages resulting from the use of the information contained herein.



This book is printed on acid-free paper with 80% recycled content, 15-20% post-consumer waste. O'Reilly & Associates is committed to using paper with the highest recycled content available consistent with high quality.

ISBN:  1-56592-094-5

# TABLE OF CONTENTS

FOREWORD _____ XV

PREFACE _____ XVII

    The Best of the Net                                           xviii
What This Book Is About                                         xix
Enhanced NCSA Mosaic                                            xx
    Support and Registration                                   xxi
The Home Page                                                   xxi
    The Mosaic Handbook Hotlist                                xxii
Conventions                                                     xxii
Acknowledgments                                                 xxii

CHAPTER ONE
THE WIDE WORLD OF INTERNET SERVICES _____ 1

What Is the Internet?                                           1
    The Internet Is Distributed                                2
    The Internet Is International                              2
    The Internet Is Wide Open                                  3
The Internet and Online Services                                3
The Client and the Server                                       4
    Information Servers                                         5
The Development of WWW and Mosaic                               9
    The World Wide Web at CERN                                 9
    Early Browser Development                                  10
    The Development of Mosaic at NCSA                          12
    Commercialization and Future Developments                 13
Developing the Global Network Navigator                         15

CHAPTER TWO

GETTING STARTED WITH MOSAIC _____ 17

The Right Kind of Internet Connection          17
    Peak Performance                           19
Installing Mosaic                              19
Starting Mosaic                                20
    The Mosaic Interface                       20
Connecting to GNN                              21
    A Look at GNN                              23
    Multimedia in Mosaic                       23
    Getting Your Page                          24
Mosaic's Navigation Tools                      25
    Back and Forward                           26
    Hotlist                                    26
    History                                    30
    Entering URLs                              31
    Finding Text                               32
    Saving and Printing                        32
Document-Based Features                        35
    Searching                                  35
    Filling Out Forms                          36
    Understanding URLs                         36
When Things Go Wrong                           38

CHAPTER THREE

EXPLORING THE WORLD WIDE WEB _____ 41

The Ages-old Problem of Navigation             42
The Global Network Navigator                   43
    The Whole Internet Catalog                 45
Mosaic Handbook Hotlist                        53
    NCSA Mosaic What's New                     53
    FAQ Directory                              53
    Netizens                                   55
    Commercial Sites on the Web                57
    Discovering Information Services           57
Other Lists and Resource Guides                62
    CERN's General Overview of the Web         62

Special Internet Connections                          63
CyberSight                                            64
Searching the Web                                     65
    The Wanderer                                      66
    CUSI                                              66
    ALIWEB                                            66
    CUI W3 Catalog                                    67
    WebCrawler                                        67
    EINet Galaxy                                      67
    The World Wide Web Worm                           68

## CHAPTER FOUR

### ACCESSING OTHER INTERNET SERVICES _____ 69

Mosaic and Gopher                                    70
    Using the Hotlist to Manage Gophers              73
    Getting Gophers with URLs                        73
    Searching Through Gopherspace                    73
WAIS                                                 77
Mosaic and FTP                                       79
    Downloading Files with FTP                       81
    Downloading a Program                            85
    Using FTP with Hypertext                         87
Network News                                         89

## CHAPTER FIVE

### CUSTOMIZING MOSAIC _____ 93

Changing Your Home Page                              93
    Using Another Document as Your Home Page         94
    Creating Your Own Home Page                      94
Changing Preferences                                 98
    Load Images Automatically                        98
    Underline Links                                  100
    Set Home Page                                    100
    Proxy Server                                     100
    Style Sheets                                     100
Advanced Customization                               104
The Format of EMOSAIC.INI                            105
    Functional Attributes                            106

| | |
|---|---|
| Display Attributes | 109 |
| Style Sheets | 112 |
| Performance | 116 |

## CHAPTER SIX

### USING MOSAIC FOR MULTIMEDIA _____ 119

| | |
|---|---|
| What You'll Need | 120 |
| Installing a Viewer | 120 |
| Downloading and Installing LView | 122 |
| Configuring LView | 122 |
| Getting the Big Picture | 124 |
| Digital Drive-In | 126 |
| Installing MPEGPlay | 127 |
| Watching Waterfalls | 127 |
| Sound Waves | 130 |
| Installing WHAM | 131 |
| Listening to the Underground | 131 |
| Other Viewers and Files | 132 |

## CHAPTER SEVEN

### CREATING HTML DOCUMENTS_____ 133

| | |
|---|---|
| The Power of Hypertext | 133 |
| The Hypertext Theory of Relativity | 134 |
| Getting Started | 135 |
| Tags | 136 |
| Attributes | 137 |
| URLs | 137 |
| Writing HTML | 137 |
| Identification Tags | 138 |
| Crafting the Page: Formatting Text | 140 |
| Weaving Threads: Anchor Links | 149 |
| Creating Your Own Home Page | 154 |
| Using HoTMetaL to Create Documents | 157 |
| Marking Up | 158 |
| Rules Checking | 159 |
| Viewing | 159 |
| Resources | 160 |

CHAPTER EIGHT

FUTURE DIRECTIONS _____ 163

    W3O                                                                                 163
        MIT's Michael L. Dertouzos on W3O                       164
    WWW Project Information                                          170
        WWW Newsgroups                                          170
        Mailing Lists                                                    171
    VRML: Visualizing Web Space                                 172
        VRML Resources                                              172


APPENDIX A

MOSAIC REFERENCE GUIDE _____ 173

    The Toolbar                                                            173
        Back and Forward Arrows                              173
        URL Display                                                     174
    The Menus                                                            174
        The File Menu                                                 174
        Edit menu                                                        176
        Navigate Menu                                              177
        Windows                                                         179
        GNN                                                               179
        Help                                                                179


APPENDIX B

HTML REFERENCE GUIDE _____ 181


GLOSSARY _____ 183


INDEX _____ 193

# FIGURES

1–1 Layers of the Internet                                                           3
1–2 How Mosaic retrieves a document                                                 11
1–3 Sample Mosaic screen                                                            14
2–1 Mosaic Handbook Home Page                                                       21
2–2 Elements of Mosaic's interface                                                  22
2–3 GNN NetNews                                                                     24
2–4 W3O Initiative Update                                                           27
2–5 Hotlist                                                                         28
2–6 Hotlist with Scan Current list                                                  29
2–7 Hotlist exported to document                                                    30
2–8 The History dialog box                                                          31
2–9 Entering a URL                                                                  31
2–10 Listing of the Travelers' Center's features directory                          32
2–11 The Save As dialog box                                                         34
2–12 Searching the contents of GNN                                                  35
2–13 Search results are returned as a list of hypertext items                       36
2–14 GNN Registration Form                                                          37
3–1 The What's Up in GNN page                                                       44
3–2 GNN Home navigational icon                                                      45
3–3 The Whole Internet Catalog                                                      46
3–4 The Whole Internet Catalog entry for the Palace of Diocletian                   48
3–5 The home page for the Palace exhibition                                         48
3–6 The Entrance Hall document                                                      50
3–7 Department of Education Web server                                              51
3–8 USENET FAQs                                                                     54
3–9 Netizens page                                                                   56
3–10 Home page for the Space Telescope Science Institute                            59
3–11 Web servers listed by country                                                  64
4–1 Library of Congress Gopher                                                      71
4–2 Government Information menu                                                      71
4–3 Mosaic displays an ASCII file                                                   72
4–4 Top-level menu of the Gopher server at UT-Austin                                74

4–5 Choosing a Veronica server                                                      75
4–6 Searching Veronica for a string of text                                         75
4–7 Veronica search response                                                        76
4–8 Searching the WAIS directory                                                    78
4–9 Results of WAIS directory search                                                79
4–10 Results of searching the WIC                                                   80
4–11 WIC description of Smithsonian image server                                    81
4–12 Top-level directories of photo1.si.edu                                         82
4–13 The images directory                                                           83
4–14 Clicking on a text file displays its contents                                  83
4–15 Contents of gif89a                                                             84
4–16 Contents of the air-space directory                                            85
4–17 Contents of DOS directory                                                      86
4–18 APOLLO.GIF                                                                     87
4–19 WinMosaic External Viewer Information page                                     88
4–20 Messages in rec.pets.dogs                                                      89
4–21 Message contents                                                               90
5–1 Exported hotlist file viewed in Mosaic                                          95
5–2 Edited home page file                                                           98
5–3 Generic icons seen when Load Images Automatically is off                        99
5–4 Alternate text, displayed when available                                        101
5–5 Notes From the Road formatted with Sans Serif Small style sheet                 102
5–6 Notes From the Road formatted with Mixed Large style sheet                      103
6–1 NCSA's Mosaic Viewer page                                                       121
6–2 Space Telescope Science Institute Recent Observations page                      125
6–3 Orion Nebula (Photo: C.R. O'Dell (Rice University) and NASA.)                    126
6–4 Waterfall movie displayed in MPEGView                                           129
6–5 Waterfall movie with dither options                                             130
6–6 Waveform of an audio file                                                       132
7–1 Marx Brothers home page                                                         138
7–2 Document with an <H1> heading and plain text viewed in Mosaic                   141
7–3 Document with paragraphs, line breaks, and horizontal rule                      142
7–4 An unordered list viewed in Mosaic                                              143
7–5 An ordered list viewed in Mosaic                                                144
7–6 Table of Contents with nested lists, viewed in Mosaic                           145
7–7 HTML glossary as viewed in Mosaic                                               146
7–8 EM and STRONG types viewed in Mosaic                                            147
7–9 Hypertext links displayed in status bar in Mosaic                               150

7–10 Hypertext used to link to text within a document       151
7–11 Custom bullets used as hypertext anchors               154
7–12 Personal home page                                     156
7–13 The HoTMetaL interface                                 158
7–14 HoTMetaL's structure view                              160

# TABLES

2–1 Anatomy of a URL                                                    38
4–1 Common File Types and Modes                                         85
4–2 Common Compression Programs                                         86
5–1 Functional Attributes in EMOSAIC.INI                               107
5–2 MIME Types, Associated External Viewers, and Possible Suffixes     109
5–3 Display Attributes in EMOSAIC.INI                                  110
5–4 Some Common Colors and Their RGB Values                            111
5–5 Attributes and Values for the Styles Section of EMOSAIC.INI        112
6–1 Common MIME Types and Subtypes                                     132
B–1 Tags                                                               181
B–2 Tag Attributes                                                     182

*xiii*

# FOREWORD

I always enjoy giving demos of Mosaic and showing people interesting places to go on the Internet. At tradeshows or in boardrooms, whether there's one person or many looking over my shoulder or watching it on a big screen, I watch to see when they "get" it. When do they really get the power of Mosaic? When do they really understand what the Internet makes possible? When do they realize that this is something they always wanted to do with a computer?

One thing I usually do when Mosaic appears on the screen is to distinguish between the Mosaic interface and the document that is displayed. I say, "When I use the scrollbar, which Mosaic provides, everything that moves is in the document window, where formatted documents containing text and graphics are displayed. The document itself contains any number of hypertext links, or connections to other documents anywhere on the Net. I move the mouse pointer over a link and click on it. Right away, Mosaic begins retrieving the document from a remote information server."

Then I stop and explain that the document I just retrieved came from Geneva, Switzerland. Usually, someone smiles. Next I get a document from a server in Australia and yet another from a university in Texas. At that point, someone usually asks a question, just to be sure. This gives me the chance to stop and emphasize to the audience that we are traveling great distances across the Internet. Sometimes there is a delay in making a long-distance connection, and then I have the opportunity to make the same point. But often enough the document pops up on the screen, just as if it were on my local system. "Did you see that?" I ask. "I just got that document from a World Wide Web server in Vancouver, B.C."

Mosaic makes it easy to navigate the Internet, and the connections that it makes are transparent to the user. I begin to worry that the audience might not grasp the power behind such a simple interface. So, I explain what the World Wide Web is.

While Mosaic manages the user interface and the display of documents—in other words, what is visible to the user—the World Wide Web (WWW) is invisible. The WWW is an information architecture, developed at CERN, a particle physics lab in Geneva, Switzerland. The WWW defines the components of a global information system and how they work together. I try to explain how clients like Mosaic are used to access information servers out on the network. How the clients and servers talk to each other is established by a WWW protocol specification known as HTTP (HyperText Transfer Protocol).

*xv*

*The Mosaic Handbook for Microsoft Windows*

The World Wide Web specifications are public, and anyone can follow them to build a client; there is even code available that takes care of common functions. Indeed, that is how Mosaic was developed at the National Center for Supercomputing Applications (NCSA) at the University of Illinois. The virtue of public specifications is that from the outset, the World Wide Web recognized the need to have clients for all platforms. This was fully realized when NCSA came out with versions of Mosaic for the X Window System, Microsoft Windows, and the Macintosh.

As a graphical browser, Mosaic has managed to redefine what it means to be on the Internet. Instead of typing long command lines and having to remember a lot of arcane details, users can find the best the Net has to offer with a couple of mouse clicks. As if that isn't enough, when I show people that Mosaic can be used for multimedia, their reaction is one of disbelief, of seeing the future today. "Can you really find sound and video on the Net?" Yes, I answer, and although it may be impractical today for you to download digital sound bites or MPEG movie clips, the capability is there. The result can be stunning, and worth the wait. As the speed of network connections improve, so much more is possible.

The emergence of Mosaic and the WWW is the most exciting computing development in a decade, supplying the infrastructure needed to usher in the Age of Networked Information. Already, it is changing how people think and work, from elementary school children to CEOs. More and more people are discovering that they can move through the rich landscape of the Internet, find its wealth of resources, and contribute to its growth by becoming information publishers themselves.

It is also redefining what it means to be a publisher. With the *Global Network Navigator*, O'Reilly & Associates is exploring this new territory, and learning how to serve a new audience of online customers. Mosaic is also changing the way businesses and other organizations distribute information. Companies like Digital and Boeing, for instance, are setting up Web servers to distribute employee handbooks, sales sheets, and policies. Users are creating their own home pages and listing their hobbies or favorite places to visit on the Net.

All in all, the World Wide Web is becoming an incredible, enormous interconnected network of information, public and private, commercial and educational, free and for-pay. If you have an Internet connection, all you need is Mosaic to begin exploring these resources on your own.

Well, maybe, that's not all you need. Things are not as easy as they seem in a demo. Knowing where to go and what to do on your own can be a lot more challenging, especially given the size of the Internet. Learning how to navigate the Net and keeping up with all the new resources that are added every day is not easy. That's one reason we created *GNN*, so that you can find this information online and not have to spend your time gathering it. It is also why we developed *The Mosaic Handbook*. This book is more than a description of the Mosaic interface; it's a guide to navigating the Internet.

Dale Dougherty
Publisher, *GNN*

*xvi*

# PREFACE

*What This Book Is About*
*Enhanced NCSA Mosaic*
*The Home Page*
*Conventions*
*Acknowledgments*

Welcome to Mosaic, the program that turns most folks' conception of the Internet on its ear. Forget about the Net being hard to use. Forget about command-line interfaces. Forget about UNIX commands.

You are about to enter the World Wide Web—a strange and fascinating land of hypertext, color graphics, digital video, interactive maps, and other cool stuff. Follow its strands and you'll wind a path through underground music archives, online newspapers and magazines, a warehouse of scientific knowledge, up-to-the-minute weather maps and traffic reports, interactive services, and so much more.

But Mosaic is more than just a Web browser. In fact, it's an integrated interface for the entire Internet. Most services on the Net—including Gopher, WAIS, FTP, newsgroups, and more—can be accessed through Mosaic.

How big is the Web? No one's really sure, since there's no central server registration point, but Matthew Gray, an MIT student who is the author of a program that travels the Internet seeking out new forms of Web life, sums it up pretty well: "Wow, it's big," he says.

But what exactly *is* the World Wide Web? It's a seemingly infinite system of servers on the Internet all tied together by hypertext links. Hypertext is a technology for linking collections of documents. On the Internet, these collections are distributed among a web of information servers. Using a mouse, you can click on a hypertext link in one document and retrieve the linked document from an information server out on the Internet. That server could be anywhere in the world.

The documents that you get can have a lot more than just text. Mosaic supports multimedia documents, and on the Web you can find graphics, video, audio, and other digital media.

*The Mosaic Handbook for Microsoft Windows*

## The Best of the Net

What kind of information servers will you find on the Web? We'll cover that in some depth in this book, but to give you an idea of what's out there, here are some of the servers that in 1994 were named the "Best of the Net" by the *Global Network Navigator* (*GNN*), O'Reilly & Associates' online publications center and guide to Internet resources. In the images that accompany the descriptions of these servers, you'll see different documents displayed within the Mosaic interface. Mosaic displays documents within the area surrounded by the scroll bars.



### International Teletimes

This general-interest magazine is published online from Vancouver, British Columbia, on a shareware model. According to its writer's guidelines, "Teletimes seeks to present informed opinion and observation drawn from the experience of living in a particular place." International Teletimes is a collaboration of many volunteers from around the world, but perhaps most notable is the fact that its editor-in-chief, Ian Wojtowicz, was 16 years old when he received the Best of the Net award.



### New Zealand Information

Perhaps you are traveling to New Zealand, or teaching a class about it. A server at Carnegie-Mellon University will tell you more about New Zealand than you might want to know. Want to know about the climate, or locate Auckland on a map? Listen to a speech in the native Maori language? Want to know what a tuatara is? The most ancient of all living reptiles, and the sole survivor of the beak-heads family, the tuatara lives to be over 100 years old. What's more, while young the tuatara has a third eye. You'll also find out that the main difference between Marmite and Vegemite, two types of yeast extract, is that the latter is Australian and tastes awful.



### U.S. Bureau of the Census

The self-proclaimed "Factfinder for the Nation," the Census Bureau has created a model server for government agencies to follow. In short, it organizes information so that citizens can make their own use of it. You can get financial data on state and local governments as well as schools. The Bureau's statistical briefs are PostScript documents describing poverty in the U.S., analyzing housing changes from 1981–1991, or profiling people of Asian and Pacific Island heritage in the American population. In the Census Bureau Art Gallery, there is a display of posters used to promote participation in the census.

*Preface*



**Xerox PARC Map Viewer**

From the famous research lab that gave birth to the technologies that would become the Apple Macintosh and Adobe PostScript (among others), here's one of the most interactive applications on the Net. MapViewer is an application that dynamically renders a map based on user input. Click on a region and MapViewer will zoom in on it. You can also use a geographic name server to locate a particular location by name. Typing in "San Jose, California," we find that it is the county seat, and had a population of 62,000 in 1980. Its latitude and longitude are also given, and we can click on this information to display a map of the U.S. and a map of Northern California showing where San Jose is.

The Geographic Name Server happens to be located at the University of Buffalo, but that's how the Net works—one computer connects to another, just as one person's work connects to what other people are doing. A map of the world that is created dynamically seems the best way to think of our own new world, where the boundaries of nations and the limits of individuals can be overcome by making so many different connections possible.

Those are just four of the thousands of servers on the Web, with new ones coming online every day. Of course, not all of them are absolutely riveting. Helping you find the ones that interest you is what this book is really all about.

"Wherever you go, there you are," a line from the movie *The Adventures of Buckaroo Bonzai Across the Eighth Dimension,* sort of sums up what Mosaic and the Web are all about. The Web is made for browsing, for following trains of thought, for taking interesting detours whenever they crop up. Mosaic users have a sense of the explorer about them, an excitement about discovering new information, a lust for links.

## *What This Book Is About*

*The Mosaic Handbook for Microsoft Windows* is aimed at everyone who uses Mosaic—or who wants to use Mosaic—to access the Internet. Whether you're a rank beginner or an experienced Net-surfer who wants a guide to Web sites or help with customizing Mosaic, we think you'll get something out of this book.

Chapter 1, *The Wide World of Internet Services,* provides an overview and history of the Internet, including the development of the World Wide Web and Mosaic.

Chapter 2, *Getting Started with Mosaic,* describes how to begin using Enhanced NCSA Mosaic and covers the most important aspects of the Mosaic interface.

Chapter 3, *Exploring the World Wide Web,* covers how to navigate through the World Wide Web. It includes a tour of *GNN* and provides pointers to some of the more fascinating places on the Web.

*xix*

*The Mosaic Handbook for Microsoft Windows*

Chapter 4, *Exploring Other Internet Services*, describes how to use Mosaic as a browser for Gopher, FTP, WAIS, and News.

Chapter 5, *Customizing Mosaic*, explains how to make changes in Mosaic's default behavior.

Chapter 6, *Using Mosaic for Multimedia*, gives the lowdown on using other programs to play audio, video, and other multimedia files.

Chapter 7, *Creating HTML Documents*, gives a tutorial in how to write your own Web documents.

Chapter 8, *Future Directions*, discusses future development of the Web. It introduces the new World Wide Web Organization (W3O), which is a development consortium founded by MIT and CERN.

Appendix A, *Mosaic Reference Guide*, describes the user functions available from Mosaic's menus.

Appendix B, *HTML Reference Guide*, describes the HTML tags used to create World Wide Web documents.

## Enhanced NCSA Mosaic

*The Mosaic Handbook for Microsoft Windows* includes Enhanced NCSA Mosaic on two disks.

Enhanced NCSA Mosaic is based on the original Mosaic developed at the National Center for Supercomputing Applications (NCSA). However, it is not a public domain program, nor is it the same as the versions that can be downloaded from the Net.

Spyglass, Inc. was chosen by NCSA as the master licensee of NCSA Mosaic. They will license Enhanced NCSA Mosaic to other vendors, who will then distribute copies to end users. Spyglass is committed to maintaining a single code base for all three Mosaic platforms and keeping a consistent interface across all platforms. Thus, all three versions should be consistent in their reliability and functionality, which has not been true in the versions on the Net.

Enhanced NCSA Mosaic for Windows features a number of improvements over the original NCSA version, including:

- Dramatically faster performance

- Reduced memory requirements—one-half to one-third the memory previously required

- Easier installation

- Support for printing

- Simplified interface for easier browsing

- Support for forms, allowing for two-way communication between users and Web servers

- Proxy gateway support for security in networked environments

- Online help system.

NCSA is now focusing on research into advanced features for the next generation of Mosaic, such as voice recognition, full-motion video, and intelligent agents for searching on the Internet. NCSA will continue to offer a public-with-copyright version of Mosaic over the Internet, which you can download for free. As part of the NCSA-Spyglass agreement, Spyglass will provide many of its improvements to NCSA, which will incorporate them into their version.

## Support and Registration

This book includes version 1.0 of Enhanced NCSA Mosaic. New versions are expected to be available, and we can provide them online to registered users. Be sure to complete the online registration form accessible from the Mosaic Handbook Home Page. Check the Mosaic Handbook Support Center to learn about updates to the program.

If you have problems with the software, check the online Support Center. If you cannot solve your problem using the online resources, you can send email to *support@gnn.com*. We generally cannot deal with the specifics of your Internet connection beyond what we describe in Chapter 2. Be sure to ask your system administrator or your Internet service provider if you are having problems using Mosaic to access documents on the Internet.

# The Home Page

The disks that come with this book also include the Mosaic Handbook Home Page, which is the first document you see when you start this version of Mosaic.

During the installation process, the Mosaic Handbook Home Page will be copied to your computer's hard disk. The Home Page contains links to the *Global Network Navigator*, the *Mosaic Handbook Hotlist*, which provides online links to all the Internet resources mentioned in this book, and the Mosaic Handbook Support Center. It also has a link to a document that allows you to register your copy of Enhanced NCSA Mosaic. These resources are *not* on the disks shipped with this book; they are on the Internet. If you don't have an Internet connection up and running, you will not be able to access these resources.

The Home Page provides an easy way for you to start using the World Wide Web and the Internet. Later in the book, we will show you how to modify the Home Page and add links to your favorite resources.

*The Mosaic Handbook for Microsoft Windows*

Throughout the book, we'll refer to the Mosaic Handbook Home Page as your Home Page (with initial capital letters) to distinguish it from other home pages in general. Most servers have a home page, which is the first document you come to when connecting to a server. We'll refer to these pages by their full names, such as the NCSA Home Page.

## The Mosaic Handbook Hotlist

Because filenames and server locations change with great frequency, we have created the *Mosaic Handbook Hotlist*. This document will be maintained on the *GNN* server (rather than included on the disks) so that it can be updated if the network addresses of the resources described in this book change.  Online access will also make it more convenient for you because you don't have to type the long addresses yourself.

## Conventions

The following font conventions are used in this book:

| | |
|---|---|
| *Italic* | is used for file and directory names, USENET newsgroups, and to emphasize new terms. |
| **Bold** | is used for commands, command-line options, hypertext links, and Internet names and addresses. |
| `Constant Width` | is used for HTML tags and the contents of files or the output of commands in examples. |
| `Constant Italic` | is used within examples for variables that the reader will replace with an actual value. |
| `Constant Bold` | is used within examples for text that is literally typed by the user. |

## Acknowledgments

This book was produced as the result of a collaborative effort over a fairly short period of time.  Ron Petrusha provided an early draft of the book, and a number of other people contributed throughout the process. In particular, we'd like to thank the entire staff of *GNN*, who are responsible for developing the Internet's premier Web site.  We'd especially like to recognize Joan Callahan, Ellie Cutler, John Labovitz, Jennifer Niederst, and D.C. Denison. Joan, Ellie, and John contributed to Chapter 3.  In Chapter 8, we used articles that D.C. wrote for *GNN* to describe the World Wide Web organization.  Jennifer, *GNN*'s Art Director, designed the Mosaic Handbook Home Page and its supporting documents.

Richard Koman did a terrific job of coming in under pressure to help get this book together.  He wrote chapters 2, 4, 5, 6, and 7. Dale Dougherty, publisher of *GNN*,

*xxii*

wrote chapters 1, 3, and 8. Paula Ferguson did a great job of reviewing the book and adapting it for the X Window System, rewriting chapters 5 and 6 and revising chapters 2 and 4.

Clairemarie Fisher O'Leary steered the book through production, and caught a few errors of ours based on her own knowledge of HTML. Stephen Spainhour shared the production duties in getting the various versions of the book into print. Edie Freedman designed the cover art, capturing our navigation theme. Chris Reilley handled the illustrations throughout the book. Frank Willison, O'Reilly's Managing Editor, coordinated this effort and kept us on track. Chris Tong and Susan Reisler did the indexing. Frank Howard captured the screenshots for the Windows version. Valerie Quercia wrote the glossary. Lenny Muellner and Jessica Hekman provided technical support. Sheryl Avruch and Sue Willing also provided invaluable help with various production and administrative tasks.

Thanks also to Tim O'Reilly, whose company has made it possible to grow in so many interesting and worthwhile directions.

CHAPTER ONE

# THE WIDE WORLD OF INTERNET SERVICES

<em>What Is the Internet?</em><br>
<em>The Internet and Online Services</em><br>
<em>The Client and the Server</em><br>
<em>The Development of WWW and Mosaic</em><br>
<em>Developing the Global Network Navigator</em>

Without the Internet, Mosaic wouldn't make much sense. Using Mosaic on a computer that's not connected to the Internet is like having a car that sits in the driveway. Before you go to visit the many services that the Internet has to offer, there are a few things you should know about this global network.

This chapter contains basic information about the Internet, which is useful for understanding how Mosaic works. It explains the client/server architecture behind most Internet information services. We also examine the development of the World Wide Web and how Mosaic came to be. If you find yourself itching to get started, please feel free to jump ahead to the next chapter. This chapter isn't "required reading" because it contains information that most people on the Internet already know.

## What Is the Internet?

Not so long ago, if you asked "What is the Internet?" you'd get a technical answer. A longtime Internet user would usually make the following points:

- The Internet is a network of networks, with millions of computers connected to one another.

- The TCP/IP protocols at the core of the Internet describe how messages are addressed and sent as packets from one computer on the network to another. A packet may be routed through several computers to reach its destination.

- The Internet came into being as a U.S. Defense Department network, ARPAnet, that was designed to withstand a nuclear bomb attack. It is a distributed network without a vulnerable central hub.

- The National Science Foundation (NSF) built a network, NSFNET, on the same model as ARPAnet to connect research and educational institutions. Because of

<em>1</em>

*The Mosaic Handbook for Microsoft Windows*

the government funding, commercial traffic was restricted by an Acceptable Use Policy. In the early 1990's private, commercial networks joined the Internet, and restrictions on commercial activity were relaxed.

Today, the Internet has come to mean something much more than a physical network with historical ties to research, education, and national defense. It has become a cultural icon, emblazoned on the cover of *Time* magazine, and the subject of many stories in your hometown newspaper and *The Wall Street Journal.* The Internet has come to represent what the future looks like today, and to suggest what is possible when people can communicate with each other around the world.

The Internet has been variously characterized as the Information Superhighway, the Infobahn, and Cyberspace. It has been called the best reason to have a personal computer at home. John Markoff of *The New York Times* has written that the PC, not the set-top box, will rule the consumer market and that services such as those provided on the Internet will be available sooner and prove more valuable than video-on-demand and 500-channel cable systems.

So, what do people do on the Internet? They exchange email, follow newsgroups, and download files. They also find information and other people. These are things that many people have done for years on traditional online services such as CompuServe and America Online. What's so fascinating about the Internet? How does it differ from these online services?

## The Internet Is Distributed

You could say that CompuServe is a big computer and hard disk in Columbus, Ohio. CompuServe users dial in via modems to access that computer and its data. It is a centralized network, completely owned and operated by CompuServe.

The Internet, in contrast, is completely distributed. Your computer connects to another computer that is connected to another computer. The TCP/IP protocol ties it all together invisibly, so you don't need to know exactly how your data gets from one computer to another halfway around the world. You are accessing not one computer, but many. You connect to your Internet service provider and from that point you can access any computer on the network.

## The Internet Is International

Perhaps the most exciting thing about the Internet is its sheer size. While the Internet has its origins in America and most Internet traffic originates here, it is a global network. The fact that we can retrieve a document from Switzerland, Germany, Japan, or New Zealand demonstrates that we live in an interconnected global community.

*The Wide World of Internet Services*

## The Internet Is Wide Open

Nobody really runs the Internet—at least not yet. Some have compared the Internet to the Wild West, with arguments escalating into flame wars instead of gunfights. There are few rules, at least written ones, but there is a culture that tends to support and enforce its wishes.

The Internet is wide open in a technical sense. Nobody owns the Internet, and there is little proprietary technology involved in its operation. This means that people have lots of choices.

# The Internet and Online Services

One of the most interesting developments on the Internet is its potential to redefine how we obtain online services via a public network. The Internet effectively unbundles the services that a traditional online service provides; that is, the charge for network access is separated from the charge for content. For instance, a customer of Mead Data, which provides Lexis and Nexis online services, uses a private network, a software interface, and a delivery system, all built and maintained by Mead Data in order to supply the content to their users. Users pay high hourly rates for the amount of time they are on Lexis or Nexis accessing content.

**Content**

**Converters**

**Carriers**



*Figure 1–1.  Layers of the Internet*

Figure 1-1 shows the layers of the Internet. Each layer may be supplied by a different vendor. At the bottom is the carrier, the wire over which the bits are transmitted. These are typically phone lines leased from the local and national phone companies, but the carrier can also be a cable company.

The next layer up from the bottom is the *IP* (*Internet Protocol*) layer. Each Internet service provider has a network of computers that it serves, and it routes Internet traffic to and from those machines. At the next layer, you have client and server software. In short, the server software distributes information on the Net, while users run client software to access and display that information.

*3*

*The Mosaic Handbook for Microsoft Windows*

A traditional online service often supplies a single interface program—usable only with that service. On the Internet, you have lots of tools to choose from, including programs to exchange email, participate in newsgroups, and search and gather information. In many cases, there are shareware or public domain versions of these programs as well as more fully featured, commercially supported programs. The point is that there are many sources that can supply you with an Internet connection and the kinds of tools that you use while connected.

Because the Internet is a general-purpose network that has many uses, a company might install an Internet connection just as it does a phone system. It allows users within the company to communicate with the rest of the world. The general-purpose network serves those who want access to information as well as those who want to provide information to others. In fact, with this information infrastructure in place, it becomes easier and cheaper to become an information provider, so more people can do it. That has great potential for revolutionizing the business of online information services.

# The Client and the Server

A key to making Internet information services more accessible is making them easier to use. For many users, their first experience with the Internet was a UNIX command-line prompt:

```
unix%
```

At this prompt, the user would type in various commands such as "who am i" or "ftp" or "rlogin."

Until recently, UNIX was the interface of the Internet and you had to learn something about the UNIX command set to navigate successfully. UNIX is a very powerful operating system (and the Internet, as well as O'Reilly & Associates, owes a lot to UNIX), and networking is part of its basic design. From the very beginning UNIX computers were networked to each other, and programmers found useful ways to take advantage of the benefits. On UNIX systems, many programs were designed with a client/server architecture, which means that a program was divided into two parts that could run on different computers.

Take a word processing program as an example. Imagine that all the file handling routines are executed on a computer dedicated to that task. This software is the *server.* On your personal computer, meanwhile, a program controls the user interface and responds to your interactions. This is the *client.* When you ask for a file, the client program sends a message to the server to send that file. The server complies with the request, and the client then interprets and displays the file.

In other words, the server software on one computer manages the information and access to it, and the client program on another computer manages the user's interactions with the information.

*4*

*The Wide World of Internet Services*

One exciting aspect of client/server design is that multiple clients can interact with a single server or with many different servers. In addition, clients can fit into the user's environment and assume the likeness of other locally run programs.

In short, this means that Windows users can run a Windows client that interacts with servers on powerful UNIX machines. As a user, you get the benefit of using a client that fits into your computing environment, while accessing a central file server that can handle lots of requests at once.

Mosaic is client software, and there are Mosaic clients for the Windows, Macintosh, and X Window System environments. All three programs receive the same information from the server, but they may display it differently. Mosaic is specifically designed to access World Wide Web servers, but it can also access other types of information servers.

## Information Servers

An Internet-based information server is a computer that runs a program to handle incoming requests for information. There are actually many different types of information servers on the Internet. In this section, we will survey FTP, Gopher, and WAIS. Each provides a different way to access information, and user interactions range from the simple to the arcane. When we get to the World Wide Web in the next section, you will better understand how information access can be even easier.

### FTP

If you run an *FTP* (*File Transfer Protocol*) server, you allow users on other computers to log on to your computer and retrieve files that you have put in a public area. Since giving each user an account would be a problem, an FTP server is set up to accept anonymous logins.

When O'Reilly & Associates first published our computer books, we made sample source code available on our FTP server. One server that we use for this is **ftp.ora.com**. We told our readers how to come in using the Internet to retrieve the files. Below you can see a sample FTP session, in which, after logging in, we change directory (**cd**) and then use the **get** command to retrieve the file named *bookcat.txt.*

```
dale % ftp ftp.ora.com
Connected to ruby.ora.com.
220 ruby FTP server (Version wu-2.4(1) Fri Apr 15 14:14:30 EDT 1994) ready.
Name (ftp.ora.com:dale): anonymous
331 Guest login ok, send your complete e-mail address as password.
Password:
230-Welcome to O'Reilly & Associates, Inc. FTP Archive.
230-
230-If your ftp client chokes on this message, log in with a '-' as the
230-first character of your password to disable it.
```

5

*The Mosaic Handbook for Microsoft Windows*

```
230-
230-If you have problems with or questions about this service, send mail to
230-ftp-manager@ora.com; we'll try to fix the problem or answer the
230-question.
230-
230-Current local time is Mon Aug 1 00:02:24 1994
230-
230 Guest login ok, access restrictions apply.
ftp> cd /pub
250-This directory includes...
250-
250-book_covers Image files of the covers of O'Reilly's books
250-book* Book catalog in four different formats
250-errata/ Errata and updates for various O'Reilly titles
250-examples/ Example files and programs from O'Reilly publications
250-
250-"Index" files in this directory and subdirectories have more information.
250-
250-Please read the file Index
250- it was last modified on Thu Jul 21 08:44:06 1994 - 11 days ago
250 CWD command
successful.
ftp> get bookcat.txt
200 PORT command successful.
150 Opening ASCII mode data connection for bookcat.txt (124651 bytes).
226 Transfer complete.
local: bookcat.txt remote: bookcat.txt
127533 bytes received in 31 seconds (4 Kbytes/s)
ftp> quit
```

The advantage of FTP is that any kind of file can be made available, whether ASCII text, PostScript, or various graphics formats. Almost anyone on the Internet can access a file via FTP, although the commands make it feel like a lot of hard work. If you know what you want and where it is located, then FTP works reasonably well.

## Gopher

Gopher originated at the University of Minnesota, where the varsity is known as the Golden Gophers. Gopher made things easy for users looking for information, as well as for organizations wanting to provide information. From the user's point of view, information on a Gopher server is organized as a series of hierarchical menus. Using a Gopher client, you choose a particular item on a menu and receive either a submenu or a text file.

Putting up a Gopher server requires not much more effort than running an FTP server. You arrange files in a set of directories, with each directory corresponding to a menu of choices presented to the user. At O'Reilly & Associates, we set up a Gopher server to provide information about our books.  You can access this

*The Wide World of Internet Services*

Gopher server by running the Gopher client on your local machine. The UNIX command for this is:

```
unix% gopher gopher.ora.com
```

There are different Gopher clients available, including several commercial clients for Windows and the Macintosh. Here is the opening screen from our server:

```
Internet Gopher Information Client v2.0.12

Root gopher server: gopher.ora.com

--> 1. About O'Reilly & Associates
    2. News Flash! -- New Products & Projects/
    3. Detailed Product Descriptions/
    4. Ordering Info/
    5. Complete Listing of Titles
    6. FTP Archive & Email Information/
    7. Feature Articles/
    8. Errata for "Learning Perl"/
    9. Bibliographies/

Press ? for Help, q to Quit Page: 1/1
```

Gopher was responsible for the first big surge in Internet traffic as people began exploring what was available on servers throughout the world. Anyone can quickly understand how to move through the network of Gopher servers.

Unfortunately, what Gopher gained in ease of use, it lost in flexibility. Users felt as though they were always moving from one menu list to another, and when you finally got somewhere, you ended up with a ASCII document that wasn't very enjoyable to read.

## WAIS

*WAIS* (*Wide Area Information Servers*) was developed by a consortium of four companies interested in designing an easy-to-use searching system. The consortium, consisting of Thinking Machines Corp., Apple Computer, Dow Jones, and KPMG Peat Marwick, was lead by Brewster Kahle, then at Thinking Machines in Cambridge, Massachusetts. Brewster saw that there was so much information available on the Internet that anyone would have trouble locating the most relevant documents.

Each WAIS server contains a full-text index of all the documents on the server. A user of a WAIS client submits a simple query, such as a keyword or phrase, and the WAIS server returns a list of the documents that contain those words. If you select one of the documents from the list, it will be displayed on your computer.

Although WAIS was originally developed for use with a graphical client on the Apple Macintosh, in practice most people do not use a WAIS client. They access a WAIS server using either a Gopher client or a WWW client. Therefore, searching

7

*The Mosaic Handbook for Microsoft Windows*

for a document has become an alternative to browsing. For instance, on the O'Reilly Gopher server, you can access a WAIS server to perform a keyword search of the book descriptions online.  This is what a WAIS query looks like:

```
+------------------------Keyword search on Descriptions-----------------------+
| |
| Words to search for |
| _____ |
| | |
| | |
| [Help: ^_] [Cancel: ^G] |
+-----------------------------------------------------------------------------+
```

If we enter the keyword "Internet" in the search field, WAIS will return a list of books whose descriptions contain that word. The result looks like this:

```
Keyword search on Descriptions: Internet

--> 1. !%@:: A Directory of Electronic Mail Addressing & Networks
2. Computer Security Basics
3. Connecting to the Internet: An O'Reilly Buyer's Guide
4. DNS and BIND
5. European Networking
6. Global Network Operations
7. Learning the UNIX Operating System
8. Mobile IP Networking
9. Networked Information and Online Libraries
10. Notable Speeches of the Information Age, John Perry Barlow: USENIX
Conferen..
11. Security and Networks
12. TCP/IP Network Administration
13. The Future of the Internet Protocol
14. The Whole Internet User's Guide & Catalog
15. Volume 6A: Motif Programming Manual
```

Selecting any book by number will display the book's description. Note that WAIS tries to rank the list in order of importance, but you usually have to scan the list and select the most appropriate choice. For instance, the book that is most clearly about the Internet, *The Whole Internet User's Guide and Catalog,* shows up 14th on the list.

WAIS is a valuable tool for indexing large bodies of information and helping users locate specific documents in a collection. However, most users do not find searching alone to be an intuitive way to work. Therefore, WAIS servers typically run alongside other servers.

For more information about information servers and how to set them up, see *Managing Internet Information Services,* by Cricket Liu, Jerry Peek, Bryan Buus, Russ Jones, and Adrian Nye, published by O'Reilly & Associates.

*8*

# *The Development of WWW and Mosaic*

The World Wide Web is very similar in design to the Internet-based information servers we examined in the last section. However, WWW offers several advances, including a document-oriented view of computing that offers formatted text and graphics instead of menu lists.

## *The World Wide Web at CERN*

The World Wide Web originated at the European Particle Physics Laboratory (CERN) in Geneva, Switzerland. Tim Berners-Lee, an Oxford University graduate who came to CERN with a background in text processing and real-time communications, wanted to create a new kind of information system in which researchers could collaborate and exchange information during the course of a project. For most scientists, a publication presents a record of what a project accomplished; that is, you read it after the project is long over. Tim saw the need for physicists to collaborate in real time, and not just on one project, but on many.

Tim used hypertext technology to link together a web of documents that could be traversed in any manner to seek out information. The web does not imply a hierarchical tree, the structure of most books, or a simple ordered list. In essence, it allows many possible relations between any individual document and others. Tim implemented hypertext as a navigational system, allowing users to move freely from one document to another on the Net, regardless of where the documents are located.

The term "hypertext" was coined in the 1960's by Ted Nelson, who defined it as "non-sequential writing." He wanted to emphasize that hypertext applied not only to locating and reading information, but also to creating it. Nelson popularized the idea in his books and his vision of a global hypertext system called Xanadu. This was a project designed to remain incomplete, rather like building a library to contain all the world's information. Surprisingly, the World Wide Web comes as close to realizing Xanadu as anything Nelson and his associates have achieved, though Nelson has argued that WWW lacks several key aspects of his system.

While the WWW does present a navigational model that is much easier for users, it also presents some problems for information providers. It requires authoring documents in a particular format defined by the system. Specifying a document format is necessary if hypertext links are to be embedded in the document.

There were many implementations of hypertext systems before the World Wide Web. What Tim did, in cooperation with others at CERN, such as Robert Caillau, was to define an Internet-based architecture using open, public specifications and free, sample implementations for both clients and servers. Because the specifications are public, anyone can build a client or a server. Because there are sample implementations and the code can be obtained for free, developers can choose to build or refine parts of the system. Both factors encourage other people to contribute to the project, and as is true of many things on the Internet, the WWW

9

*The Mosaic Handbook for Microsoft Windows*

effort has turned into a collaborative project involving people and organizations from around the world.

## WWW specifications

Let's look briefly at the WWW specifications. While this is not necessary for you to become a Mosaic user, it will help you understand how Mosaic works.

The World Wide Web is a set of public specifications and a library of code for building clients and servers. There are three key specifications:

- URL (*Uniform Resource Locator*)
- HTTP (*HyperText Transfer Protocol*)
- HTML (*HyperText Markup Language*)

Figure 1-2 illustrates how these specifications work together. A URL is the address of a document on a network server. If a user clicks on a link in a document that contains a URL, the client interprets the URL and then initiates a session with the specified server. HTTP is the protocol, a fixed set of messages and replies, that both the client and server understand. Thus, the client sends a message to the server requesting a document and the server returns it. The document itself is coded in HTML, and the browser interprets the HTML to identify the elements of the document and to render it. The use of HTML allows documents to be formatted for presentation using fonts and line justification appropriate for the system on which it is displayed.

The format of a URL is discussed in Chapter 2, *Getting Started with Mosaic*. The HTTP protocol is not discussed further in this book. The basics of HTML are covered in Chapter 7, *Creating HTML Documents*.

## Early Browser Development

The team at CERN implemented a line-mode browser, which is the lowest common denominator among browsers, and can be used from almost any kind of terminal.

```
Welcome to the World-Wide Web
THE WORLD-WIDE WEB

This is just one of many access points to the web, the universe of
information available over networks. To follow references, just type the
number then hit the return (enter) key.

The features you have by connecting to this telnet server are very primitive
compared to the features you have when you run a W3 "client" program on your
own computer. If you possibly can, please pick up a client for your platform
to reduce the load on this service and experience the web in its full
splendor.
```

*The Wide World of Internet Services*



Figure 1–2. *How Mosaic retrieves a document*

```
For more information, select by number:

A list of available W3 client programs[1]
Everything about the W3 project[2]
Places to start exploring[3]
The First International WWW Conference[4]

This telnet service is provided by the WWW team at the European Particle
Physics Laboratory known as CERN[5]
[End]
1-5, Up, Quit, or Help: q
```

The example above shows the initial login session with the line-mode browser, using TELNET to access the CERN server (**info.cern.ch**). As you can see, the screen is formatted ASCII text. Links are numbered and appear inside brackets.  To follow a link, you enter the number of the link at the prompt at the bottom of the screen.

*The Mosaic Handbook for Microsoft Windows*

Another browser with a better interface was developed for Steven Jobs' NeXT computer. However, it did not receive wide usage outside CERN. Lynx, a browser with a full-screen interface, was developed at the University of Kansas by Lou Montulli. This is what a sample screen from the *Global Network Navigator (GNN)* using Lynx looks like:

```
GNN Directory

Global Network Navigator

[1][News]  [2][Whole Internet Catalog]  [3][Arcade]  [4][Magazine]
_____

Metacenters:

[5][Travel Center]  [6][Internet Center]  [7][Finance Center]
_____

Market Resource Centers:

[8]USENIX Association
[9]Lonely Planet Publications
[10]Mountain Travel*Sobek
[11]The Company Corporation
[12]Digital Equipment Corporation
[13]Heller, Ehrman, White, & McAuliffe
[14]Mobile Fidelity Sound Lab
[15]O'Reilly & Associates, Inc.
[16]Bolt Beranek and Newman


[17]Advertiser Index
_____

[18][What's Up in GNN]  [19][Subscribe]

All original text and graphics copyright (c) 1994 O'Reilly & Associates, Inc.
```

In some ways, when the first versions of Mosaic became available in the spring of 1993, WWW had reached proof-of-concept stage but it had not achieved widespread use. While multiple clients existed, none of them suggested the potential of combining text and graphics in a graphical Web client. With an easy-to-use interface that lets you click on a link to navigate the Web, as well as the ability to display graphics, Mosaic made the Internet accessible to a broader group of users.

## The Development of Mosaic at NCSA

The National Center for Supercomputing Applications (NCSA), located at the University of Illinois at Urbana-Champaign (UIUC), was funded by the National Science Foundation to provide supercomputing resources to the research community.

*The Wide World of Internet Services*

NCSA was part of a wider effort by Congress to fund a national infrastructure for high-performance computing and communications.

It would be nice to write that such government funding directly resulted in the development of Mosaic. However, Mosaic came about rather unexpectedly. Marc Andreessen was an undergraduate student at UIUC, who had a part-time job at NCSA, building tools for scientific visualization. He began working on Mosaic as one of those tools, but pretty soon he knew he was onto something bigger. From that point on, Marc was racking up far more hours than his part-time status required. Eventually, Eric Bina joined Marc in developing Mosaic.

To Marc's credit, when he started building Mosaic, he looked around on the Internet and discovered that he didn't have to start from scratch. He found the WWW and saw that it was intended to serve a community similar to the one served by NCSA. Having an existing code base available from CERN meant his work could progress very quickly, even if he had to re-write some of the code to make it usable.

It is hard to point out any single new feature that Mosaic introduced, either as a hypertext browser or a WWW client. Rather, Marc made available a solid program with the right number of features for users to feel amazed and empowered by their ability to navigate the riches of the Internet. Figure 1-3 shows Mosaic viewing the same *GNN* page that was shown before with Lynx.

Marc was not only the developer of Mosaic, he was also its champion. He spent lots of time on the Web developer mailing list, talking about various development issues. He introduced minor improvements, and sometimes major changes, overnight, and sent out new versions for immediate distribution on the Net. While many people anxiously awaited the updates, NCSA wasn't sure what Marc had created, and where it fit inside their organization. Nonetheless, the excitement of government supporters, the press, and the Internet user community was overwhelming. NCSA expanded its Mosaic development efforts, hiring students to develop Windows and Mac versions.

With the April 1993 release of Mosaic 1.0 for the X Window System, Mosaic began to drive the explosive growth of the World Wide Web. By that fall, Version 2.0 of Mosaic for X came out, and the first beta versions of WinMosaic and Mac Mosaic were released.

## Commercialization and Future Developments

NCSA is not a commercial software development organization; it was chartered to create software for scientific researchers and place it in the public domain. NCSA made Mosaic freely available on the Internet "for academic, research, and internal business purposes only." No doubt these terms have helped make Mosaic popular. Anyone can get a copy, try it out, and realize how useful it is. Naturally, commercial software developers have taken notice of Mosaic. Many of them are interested in taking its development further.

*The Mosaic Handbook for Microsoft Windows*



*Figure 1–3.  Sample Mosaic screen*

Because Mosaic is copyrighted, anyone wanting to modify the source code or distribute binaries of Mosaic must obtain a license to do so from NCSA. Initially, NCSA handled the licensing of Mosaic. In August 1994, NCSA announced that it had reached an agreement with Spyglass, Inc., to have them serve as the licensing agent for Mosaic.

As a result of the various licensing deals by companies that will continue development of Mosaic, we may wind up with many different versions of Mosaic. *The Mosaic Handbook for Microsoft Windows* comes with Enhanced NCSA Mosaic, developed by Spyglass, which we chose because it is likely to define the core feature set for Mosaic.

In the long run, NCSA Mosaic may be viewed as the application that made the Internet important, just as Lotus 1-2-3 created a market for IBM personal computers. Others are at work on products that will compete with Mosaic, including Marc Andreessen himself. Marc left NCSA in December 1993 and eventually founded a company with James Clark, one of the founders of Silicon Graphics, Inc. Mosaic Communications Corp. has hired many of the original Mosaic developers from NCSA, and it will be interesting to see what they create in light of such high expectations.

## Developing the Global Network Navigator

At O'Reilly & Associates, we had been looking at various methods of publishing online. After all, we wrote books about computers, and it seemed to make sense to deliver books about computers on computers. We had developed a number of requirements for online publishing and as we began learning about the World Wide Web, we got very excited. At the time, we were just about to publish Ed Krol's *The Whole Internet User's Guide and Catalog,* which would become a bestseller.

We began to explore the Web and wonder what uses a publisher could make of it. One of our first efforts was an online demo of the resource catalog in the Krol book. It was so well received that we began to think of making it into a product, and that led to the development of the *Global Network Navigator.* Using a Web server to put the resource catalog online was the obvious part of it; we also saw the opportunity to create online magazines. The magazine format could be used to portray what people were doing on the Internet, what they were interested in.

As Mosaic became available in the summer of 1993, we began doing demos and showing people just what was possible with the new technology. In fact, we had to take great pains to make people understand where Mosaic ended and *GNN* began—that Mosaic was intended to retrieve documents from network servers and that we ran a network server ready to deliver our documents upon request to Mosaic users.

We launched *GNN* in August 1993 at the Interop tradeshow in San Francisco, and it officially went online October 1. We made *GNN* available for free, but asked that

*The Mosaic Handbook for Microsoft Windows*

users register and become subscribers. As of September 1, 1994, we have over 50,000 subscribers.

*GNN* introduced advertising in our online publications. We make it possible for advertisers to deliver a message in an editorial context that we have created for users. We also think, perhaps ambitiously, that we can change the nature of advertising by asking advertisers to take advantage of this new medium and provide users with only as much information as they are interested in receiving. We call it "content-driven" advertising.

That is all said to give you some flavor of *GNN* as a pioneering effort in online publishing, an ongoing experiment in creating online audiences. As it grows, *GNN* will continue to change, making it difficult to describe on paper, especially using black-and-white screenshots. The real thing is online and in living color. Online, *GNN* may differ some from what you see in this book, but it is a good way to show off the capabilities of Mosaic and to help you explore the World Wide Web.

<u>CHAPTER TWO</u>

# GETTING STARTED WITH MOSAIC

*The Right Kind of Internet Connection*
*Installing Mosaic*
*Starting Mosaic*
*Connecting to GNN*
*Mosaic's Navigation Tools*
*Document-Based Features*
*When Things Go Wrong*

Now that you understand something about how Mosaic, the World Wide Web, and the Internet all fit together, we can start using Mosaic to explore the Web. This chapter will show you how to navigate the Web using hypertext, Mosaic's controls, and Internet path names (called URLs). Once you understand the basic navigation techniques, you can traverse the Web to visit an incredibly wide variety of information sources all over the world.

We assume that you are familiar with the Windows environment, so we don't cover the basics that can be found in any Windows manual. Before getting started, however, we must make sure you are on the Internet and have the right kind of connection to use Mosaic. You can't get started without it.

## *The Right Kind of Internet Connection*

Perhaps the most difficult part of using Mosaic for the new user is understanding how to obtain the right kind of Internet connection. Fortunately, it is getting a lot easier to get an Internet connection these days, especially if you know which applications you want to use, such as email and Mosaic.

In this section, we give an overview of your options for getting on the Internet. If you want more detail, consult Susan Estrada's *Connecting to the Internet: A Buyer's Guide*, also from O'Reilly & Associates.

First of all, you need to find a local *Internet Service Provider* (*ISP*). The ISP essentially maintains a computer network of customers who are connected to the Internet through their computer. There are two major lists of Internet service providers—the Public Dialup Internet Access List, or PDIAL, maintained by Peter Kaminski, and Susan Estrada's Internet Access Provider List, or DLIST. To get a

*The Mosaic Handbook For Microsoft Windows*

copy of PDIAL, send an email message to **info-deli-server@netcom.com** with the text "Send PDIAL" in the body of the message. For information about getting the DLIST, send email to **dlist@ora.com**.

Before you contact an ISP, you should decide which type of connection is best for you. You need to make an assessment of your needs and what you can afford. (It is similar to buying a computer in that regard.)

There are basically three kinds of Internet connections: dialup shell, PPP/SLIP, and dedicated lines.

Dialup Shell Account

> A dialup shell account is usually the cheapest and easiest type of connection you can get. Unfortunately, you can't use Mosaic over that connection. (You have to run a browser such as Lynx on your Internet host computer.)

PPP/SLIP Account

> A PPP/SLIP account usually runs over a high-speed modem (14,400 or 28,000 bits per second, or bps) that connects to your ISP. The main difference between a shell account and a PPP/SLIP account is that the latter puts your computer on the network. Both operate over standard phone lines, and both require you to dial up and connect to an ISP. However, to use a shell account, you typically use a telecommunications program to dial the Internet host and log in. If you have PPP or SLIP, these programs establish the connection and you can then route Internet traffic to and from your machine.

> PPP/SLIP also provides an important piece of the connection puzzle—TCP/IP, the protocols that allows data to traverse multiple networks on the way to its final destination. With a PPP/SLIP account or a dedicated line connection you will be able to use Mosaic just fine.

> While PPP/SLIP connections over fast modems offer reasonable speed, they are still quite a bit slower than dedicated lines, so it's best to get as fast a modem as possible. While you can use a 9600 bps modem with Mosaic, it will seem rather slow. Anything less than 9600 baud is unacceptable.

Dedicated Line

> Many organizations connect to the Internet via a dedicated line, which is a separate telecommunications line that connects you to your ISP. Both of you have a piece of equipment known as a router that routes the traffic between your local area network and the computer network maintained by your ISP. Dedicated lines come in various speeds; the slowest is a 56K line, which is four times faster than a 14.4K bps modem.

*18*

## Peak Performance

When you use Mosaic to retrieve a document from the Internet, there are a number of factors that affect performance. You may click on a link and not get an immediate result. If you understand that your computer is responsible for only a portion of the final result, then you may be more patient. Here are some of the factors affecting performance:

- The speed of your Internet connection

- The amount of traffic on the Internet, which includes all points between you and your destination

- The load on the server from which you are retrieving the document, perhaps along with thousands of other users at the same time

- The size of the document, which often depends on whether or not you are retrieving documents with graphics, or even larger data objects, such as sound or video files

Of these factors, only the first one is really within your control. You may be able to get a higher speed connection by obtaining a faster modem, using ISDN if available, or making arrangements for a dedicated phone line into your business.

# Installing Mosaic

If you have your connection worked out, you're ready to install Mosaic. One of the advantages of Enhanced NCSA Mosaic is that installation is quite simple. Here's how to do it:

- Insert Disk 1 in your floppy drive and type:

  `a:setup`

- The Mosaic Setup Program will launch and automatically install Win32s on your computer. Win32s allows you to run 32-bit programs such as Mosaic on your PC.

- You will then be asked to insert Disk 2. The setup program will ask you to verify the path for Mosaic. It should look something like this:

  `C:\WIN32APP\EMOSAIC\EMOSAIC.EXE`

- Click **OK** to approve the path.

The program will then install Mosaic. When installation is complete, you can create a program group and program item for Mosaic using the Program Manager's **New** command.

*The Mosaic Handbook For Microsoft Windows*

# Starting Mosaic

Now you're ready to use Mosaic to start navigating the Web. Launch Mosaic by double-clicking on its icon in the Program Manager. Mosaic starts by opening a home page, or start-up document. Your version of Mosaic comes with a special home page created just for this book. You copied this document, the Mosaic Handbook Home Page, from the floppy disk to your hard disk when you installed Mosaic. If you are not connected to the Internet, Mosaic will still display the Home Page, but not before displaying a message saying that the network did not initialize properly. If you are using a modem, make sure that PPP or SLIP is able to connect to your Internet Service Provider. PPP and SLIP can be difficult to configure correctly, so talk to your ISP if you're having a problem.

If your organization has an Internet connection and multiple local area networks (LANs) but you can't reach the Internet, you may be on a LAN that isn't configured for TCP/IP. If this is the case, you may need to gateway from your LAN to the TCP/IP LAN, so you can access the Internet. Talk to your network administrator about how to accomplish this.

If things are working correctly, you won't see the network error message. You will see the home page banner, some introductory text, and several graphics that provide links to Registration, *GNN*, the *Mosaic Handbook Hotlist*, and Mosaic Support. We'll begin our introduction to Mosaic by clicking on these links and exploring some of the resources on *GNN*.

## The Mosaic Interface

Before we get started, let's take a minute to get familiar with the Mosaic interface. Some of these will be discussed in more depth later in the chapter, so at this point we'll move quickly through the interface.

It is important to make a distinction between Mosaic itself and the document it is displaying. In Figure 2-1, Mosaic is displaying the Home Page in the document window, but the Home Page is not part of Mosaic. Mosaic displays the title of the active document in the title bar. In this example, the title is "Mosaic Handbook Home Page."

Beneath the menu bar is the toolbar. The two arrows at the left let you navigate back and forth among recently viewed documents. The field labeled "URL" displays the Internet address of the current document. The S-shaped icon at the right activates when Mosaic is busy retrieving a file.

At the bottom of the screen is the status message area, which displays messages about what Mosaic is doing. To the right is a progress indicator bar, which shows (roughly) Mosaic's progress in downloading documents.

The uses of these elements will become clear as we start using the program.

*Getting Started with Mosaic*



*Figure 2-1.  Mosaic Handbook Home Page*

# Connecting to GNN

To get started with Mosaic, let's visit *GNN*. You'll notice that the GNN icon on the Home Page is surrounded by a heavy border, as are the other icons. That tells you that it's a hypertext link. Click on it to go to *GNN*. Mosaic then goes out on the

*The Mosaic Handbook For Microsoft Windows*

Internet and downloads the *GNN Home* page. When it's finished, it displays the formatted page—complete with graphics—on your screen, as shown in Figure 2-2.



*Figure 2–2. Elements of Mosaic's interface*

Each of the graphics on the *GNN Home* page is surrounded by a border, so you know that they're hypertext links. Try clicking on the **What's Up in GNN** bar near the top of the page. After a little while, the *What's Up in GNN* page will display.

22

## A Look at GNN

Congratulations, you've just mastered the most important navigation skill for using Mosaic and the World Wide Web. Clicking on hypertext links is also the easiest and most enjoyable way to navigate the Web.  By just clicking on links, you can explore the Web by following subjects and ideas that interest you, discovering new areas of interest in the process. Hypertext links one document to another, which is linked to another, and so on, through literally thousands of documents.  This system of links gives the World Wide Web its name; the links are like threads in a spider's web, connecting all the different servers together into a single system. Some servers, like the NCSA and CERN servers, have huge numbers of links pointing to them; others have relatively few.  Now that you have hypertext down, let's throw in one of Mosaic's navigation tools. From the *What's Up* page, click on the **Back** arrow (the one pointing to the left) to go back to the *GNN Home* page. Clicking on the **Back** arrow tells Mosaic to display the last document you were looking at.

Let's take a more in-depth look at the *GNN Home* page. Under the *GNN* banner are icons for various centers in *GNN—What's Up in GNN*, *The Whole Internet Catalog*, *GNN Business Pages*, *NetNews*—as well as *GNN*'s special publications, the *Travelers' Center*, the *Personal Finance Center*, and the *Digital Drive-In*. You can visit any of these centers by clicking on the graphic.

At the bottom of the page is a graphic labeled **Subscribe to GNN**. You can click here to fill out a subscription form, which helps us learn who is using *GNN* and what parts of the service are most useful.  Let's get started by going to *NetNews*, shown in Figure 2-3.  Click on the **NetNews** graphic, and Mosaic gets and displays the *NetNews* home page.

## Multimedia in Mosaic

The *GNN* pages integrate text and graphics in one document. These graphics are called *inline graphics* because they are displayed in the document. You can also view full-size images and photographs, animations and video, and listen to sound files.  Mosaic cannot display these files directly but relies on "viewer" programs to display them.

Often you'll see a postage stamp-size graphic that is also a link. This image may be linked to a full-size version of the image, which can be displayed in a graphics viewer program. Other links may take you to video, audio, PostScript files, and many other kinds of files. We'll discuss multimedia in more depth in Chapter 6, *Using Mosaic for Multimedia*.

*The Mosaic Handbook For Microsoft Windows*



*Figure 2–3.  GNN NetNews*

## Getting Your Page

How does hypertext work? Basically, when you click on hypertext—whether it's text or graphics—you are telling Mosaic that you want to see the document that is linked to the hypertext. When you clicked on the **NetNews** graphic, you told Mosaic that you wanted to see the *NetNews* page.

But how does Mosaic know, of all the millions of documents on the Internet, which page is the *NetNews* home page, where it is, or how to get it? It knows because every hypertext link has embedded in it a URL that gives the name of the computer where the document is stored, the path and name of the document, and

the protocol for transferring the document. Every computer on the Internet has a unique name and every document has a unique URL.

When you click on the **NetNews** graphic, for instance, a number of things happen:

- Mosaic looks up the URL for that link, in this case, *http://gnn.com/news /index.html.*

- Mosaic opens an HTTP (the Web protocol) connection to the *GNN* server.

- Mosaic sends the URL to the server to request the *NetNews* home page.

- The *GNN* server sends the *NetNews* home page, which is an HTML (HyperText Markup Language) document. HTML is a simple tagging language that tells Mosaic how to format the document on your computer.

- Often, as with this page, the HTML document includes instructions for graphics files to be displayed at certain positions on the page. Mosaic contacts the server again to download the graphics files.

- When all the related files have been received, Mosaic interprets the HTML tags and displays the document on your computer.

If this all seems complicated, you can be grateful that Mosaic shields you from so much of it. As a Mosaic user, you don't need to know which document you're asking for, what computer it lives on, where that computer is, what the protocol is, or any of the many other things Internet users used to have to know. All you need to be able to do is click on a hypertext link and wait for the document to be delivered.

## *Mosaic's Navigation Tools*

As you link your way around the Web, you'll make the online equivalent of a wrong turn and you'll want to go back where you came from. Other times, you'll find some pages you really like and want to return to often. And you'll probably forget many of the places you've been, but you may want to revisit some of them.

Mosaic provides tools to deal with each of those situations, to give you more control over your Mosaic session than you could possibly have just by following links. The major tools are:

- **Back** and **Forward** buttons (found on the **Toolbar**)

- **History** (found in the **Navigate** menu)

- **Hotlist** (found in the **Navigate** menu)

Using **Back** and **Forward** is like walking around your neighborhood—it's the quickest way to get to your neighbor's house. **History** is like driving your car on the interstate—you have to start it up and pay attention to the exit signs, but it's the best way to cover distance. Finally, the **Hotlist** is like taking a plane to your

*The Mosaic Handbook For Microsoft Windows*

destination—you have to make arrangements first but once you do, you'll get where you're going in a flash.

## Back and Forward

To check out these tools, let's return to *NetNews*. At the top of the page are two news story headlines. (*NetNews* is a constantly changing section, so the version you see when you connect will be different than the version printed here.) Click on the top headline, **W3O Initiative Update**, to read that story. The article, which is reprinted in Chapter 8, *Future Directions*, is shown in Figure 2-4. After you read this article, you may want to go back to the *NetNews* page. To do so, click on the **Back** arrow in the top left corner of the toolbar. Now click on the second headline and Mosaic will display the "Internet Movie of the Week" article. Again, clicking on the **Back** button takes you to back to *NetNews*. But if you click on the **Back** button again, you'll return to the W3O article. That's because you're moving back in the order that you viewed different documents. You were looking at the pages in this order:

1. NetNews
2. W3O article
3. NetNews
4. Internet Movie of the Week

So, starting from "Internet Movie of the Week," clicking **Back** takes you to *NetNews*, then to the W3O article, then back to *NetNews* again, and then back to *GNN Home*.

The **Forward** button works in the same way. From *GNN Home*, clicking the **Forward** button takes you to *NetNews*, "W3O," *NetNews*, and "Internet Movie of the Week."

## Hotlist

A hotlist is Mosaic's way of letting you save a list of your favorite Web sites. Once you've added a page to your hotlist you can go right to it by selecting the entry in your hotlist. Let's take a look at how this works.

Using the **Back** and **Forward** buttons, return to the W3O article. This is a fairly long article, so you might want to return to read it later. To make it easily accessible, you can add the article to your hotlist. Under the **Navigate** menu, you'll see the option **Add Current Document to Hotlist**. Choosing this option adds the article to your hotlist.

*Getting Started with Mosaic*



*Figure 2–4.  W3O Initiative Update*

Now let's take a look at the hotlist. As you can see in Figure 2-5, the only document in the hotlist is the one we just added. When you select that document, the URL appears at the bottom of the **Hotlist** dialog box. As you add more documents to your hotlist, they will appear in the list window. To go to a document on your hotlist, select the title and click on **Go To**.

The **Hotlist** dialog also has several options for managing your hotlist. **Add Current** does the same thing as **Add Current Document to Hotlist**. **Delete** removes documents from the list.

**Hotlist** also has something unusual—a powerful command called **Scan Current**. When you click on this button, Mosaic takes all the URLs from your current

*The Mosaic Handbook For Microsoft Windows*



*Figure 2–5. Hotlist*

document, finds their titles, and adds them to your hotlist. Then you can go right to any of those documents by double-clicking (or using the **Go To** button) on their titles. Since we're looking at the W3O article, clicking on **Scan Current** takes all the links within that page and adds them to the hotlist. Figure 2-6 shows what the hotlist looks like after doing this. This has two advantages. First of all, after you've moved on to another page, you won't have to go back to the original and click on the hypertext to get to the document; just go to **Hotlist** and choose it from the list. Secondly, you'll be able to see the title and URL of the document in the **Hotlist** window, which may give you more information than the hypertext does.

28

*Getting Started with Mosaic*



*Figure 2–6. Hotlist with Scan Current list*

You can also edit the selected entry, using the **Edit** command. With **W3O** selected, click on the **Edit** button. Another dialog box will appear with fields for the **Title** and for the URL. If you want, you can change the title of the document here.

You could also edit the URL here. The only reason you would want to is if a document's URL changes. Usually the server will maintain a document at the old URL, which points to the new document. In this case, add the new document to your hotlist and delete the old one.

*29*

*The Mosaic Handbook For Microsoft Windows*

Next is the **Export** button. This lets you create a Web document on your computer that contains hypertext links to all the documents in your hotlist. **Export** lets you keep multiple hotlists. For instance, try this:

1. With **W3O** as your active document, choose **Hotlist** from the **Navigate** menu.

2. Choose **Scan Current** to add all the links from that page to the hotlist.

3. Now go back to **Hotlist** and export the hotlist to a document on your hard disk. Give the file a name with an *.htm.* extension, such as *W3O.htm.*

4. Your new hotlist page will display, as shown in Figure 2-7.

5. Choose **Add Current to Hotlist.** You can now open your hotlist page from the **Hotlist** dialog.



*Figure 2–7. Hotlist exported to document*

## History

By the time you've read some of the articles in *NetNews* and visited some of *GNN*'s metacenters, you've been to quite a few places. You probably didn't add to your hotlist all of the documents you might want to look at again. But you don't have to retrace your steps from scratch in order to find those documents. You can use the **History** feature to revisit places you've been.

If you want to go back to the W3O article, for instance, just choose the **History** option from the **Navigate** menu. Select **W3O** and click on **Go To.** Mosaic displays that document. The **History** dialog box, shown in Figure 2-8, contains all the documents you've ever visited, not just the ones you visited in the current session. That

*Getting Started with Mosaic*

makes it quite a powerful tool because you don't have to worry about how to get back to a document you saw a week ago.

On the other hand, it won't take long before your history list is quite unwieldy. To trim it down, use the **Delete** button to remove unwanted documents. All the other buttons in **History** are identical to the ones in **Hotlist**.



*Figure 2–8.  The History dialog box*

## Entering URLs

When you know the URL of a document you want to see, you can enter it directly. For instance, to get to *GNN Home*, you can enter the URL *http://gnn.com /GNNhome.html*, as shown in Figure 2-9.  This has the same effect as clicking on a link to that document or choosing it from a hotlist or history window. All navigation techniques do essentially the same thing—use a URL to identify a document.

*Figure 2–9.  Entering a URL*

*The Mosaic Handbook For Microsoft Windows*

You don't necessarily have to have the full URL to use **Open URL**, however. If you know the directory, you can usually get an index of it by ending the URL with a slash. For instance, try entering this URL: *http://gnn.com/meta/travel/features/*. Figure 2-10 shows the results, an index of all the files in the *Travelers' Center* features directory.



*Figure 2–10. Listing of the Travelers' Center's features directory*

## Finding Text

If you're looking for some specific information in a long document, you can use Mosaic's **Find** command to search for a text string. Choose **Find** from the **Edit** menu, which brings up a window with a text field and two checkboxes, one to match case and one to search from the top of the page. To search, enter the text string in the field and click **OK**.

## Saving and Printing

Mosaic not only lets you navigate around the Net to view documents, it also lets you print documents and save them on your own computer. Both are simple operations.

If you want to print a Web document, just select **Print** from the **File** menu. Mosaic will print the page, with graphics in place. Regardless of the dimensions of the

*Getting Started with Mosaic*

application window, Mosaic will print your page so that if fits neatly on letter-size paper. Mosaic is set to print with .75" margins on all sides, so it will print the page at a width of seven inches. For information about changing the margins, see Chapter 5, *Customizing Mosaic*. If you're switching between printers or need to make other changes in your printing setup, use the **Page Setup** and **Printer Setup** options under the **File** menu.

You can save a text version of the document by using the **Save As** option from the **File** menu, as shown in Figure 2-11. For instance, if you really like one of the "Big World" articles from the Travelers' Center, you can save it to your hard disk so you can read it offline. If you want plain text, set the File Type pop-up menu to **Text Files**, which saves the file with a *.txt* extension. If you want to save the HTML coding, choose **HTML Documents**, which saves the file with a *.btm* extension.

You can also preview and save HTML documents by using the **View Source** option from the **Edit** menu. For more information about HTML, see Chapter 7, *Creating HTML Documents*.

There is no easy way of saving inline graphics on your PC. If you are intent on doing so, you can write down the URL of the graphic as Mosaic downloaded it, then enter that URL using the **Open URL** command. You can then save the file to your disk. Another option would be to take a screenshot of your Mosaic window and cut and paste the graphics into separate documents.

The fact that you can download text and graphics brings up the subject of copyright. Remember that, even though this information is on the Net, it is someone's intellectual property and may be protected by copyright laws. If you're building your own Web documents and want to include someone else's work, it's a simple matter to include a hypertext link to the work, as described in Chapter 7.

In general, you should feel free to save or print a Web document for your own personal use. Copyright issues tend to arise when you distribute a copy of the document or make additional copies.

NEWPORT NEWS PUBLIC LIBRARY SYSTEM
VIRGIL I. GRISSOM BRANCH

*33*

*The Mosaic Handbook For Microsoft Windows*



*Figure 2–11.  The Save As dialog box*



*Figure 2–12.  Searching the contents of GNN*

34

*Getting Started with Mosaic*

# Document-Based Features

Many Web servers offer features beyond simply viewing text and graphics. Two common features are the ability to search a database and to fill out and send a form back to the server.

## Searching

As we discussed earlier, you can search an individual document using Mosaic's **Find** command. But some servers offer a much more sophisticated searching function that lets you search the full text of all documents on the server. These servers use the Wide Area Information Servers (WAIS) system to provide this searching capability.

*GNN* offers the ability to search all the documents in *GNN* using this system. On certain pages of *GNN*, you will see the message, "This is a searchable index. Enter keyword(s):" followed by a blank field. To search *GNN*, you type the words you are looking for in the field and press **Return**, as shown in Figure 2-12.

Let's say you're searching for articles about insurance. Type "insurance" into the field and in a few seconds you'll receive a list of documents that have something to do with insurance. Each item in this "hitlist," shown in Figure 2-13, is a hypertext link that you can click on to retrieve the document. The server considers this



*Figure 2-13. Search results are returned as a list of hypertext items*

*The Mosaic Handbook For Microsoft Windows*

list to be in descending order of relevance. Depending on the results you get, you may beg to differ. One important concept to remember about this kind of searching is that you are searching the full text of every document—not just descriptions of documents. Also remember that you are searching all of *GNN*, not just the center you are in at the time, and only the contents of *GNN*. For information about servers that search the Web, see Chapter 3, *Exploring the World Wide Web*.

## Filling Out Forms

Some Web documents are actually forms that you can fill out and return to the server. The *GNN Registration Form* is one of these. As you go through it, you'll notice that sometimes there are blank fields for you to fill out and sometimes you're asked to pick one of several items. Filling out forms is a fairly intuitive process, as you can see from Figure 2-14. Using your mouse to move from one field to another, fill in the appropriate text. Before you go on to Chapter 3, take the time to register your copy of Mosaic and become a subscriber to *GNN*. To get to the registration page, go to your Home Page and click on the **Register** link.

## Understanding URLs

As we discussed earlier, Mosaic uses URLs to get the documents you ask for, whether you click on a link, enter a URL, or use Mosaic's tools like **Hotlist** and **History**. URLs are the *lingua franca* of the Web. When you find a great new server, you can tell your friends about it by passing along the URL. In fact, there are several mailing lists devoted to announcements about new services. When we talk about Web servers and documents, we talk about their URLs. Although you can get to the servers mentioned in this book by clicking on the links in the *Mosaic Handbook Hotlist*, we also provide the URLs so you can enter them directly.

A URL consists of three main parts: the protocol, the hostname (which is not required in all URLs, although it is for HTTP), and the document's pathname. To use a driving metaphor, the protocol tells Mosaic what kind of road to take, the hostname tells it what exits to take, and the pathname gives directions for getting to a specific location The URL for the *GNN Travelers' Center* is *http://gnn.com/meta /travel/index.html*. This follows the syntax for URLs:

```
protocol://server/directory/filename
```

*Getting Started with Mosaic*



## GNN Registration

We appreciate your taking a few minutes to register for GNN. When you provide us with this information, we learn more about our audience.

There are three steps to the registration process.

1   Fill out the form below, pressing Register when the form is complete.
2   Get your account information and supply a password for your account.
3   Choose which GNN server is closest to you. You will get a URL (an address) for that server and you should write it down and save it to your hotlist.

To use the online registration form, you must use a browser with online form features, such as NCSA Mosaic for X version 2.0+ or Lynx2-1+. If there is not a place for you to type, you cannot use this form. Instead, please send mail to form@gnn.com and an email version of this form will be sent to you automatically. Or, you can save the email version to a file now.

Upon completion of the form, select the REGISTER link at the bottom to enter your subscription. We will then add you to the GNN subscriber list, and provide you with an account number. You will need this number and the GNN password you will create for a variety of GNN services.

## Registration Form

    HELP

        First name

        Last name

*Figure 2–14.  GNN Registration Form*

*The Mosaic Handbook For Microsoft Windows*

Table 2-1 shows the parts of the URL and the corresponding parts of the *GNN What's Up* page.

*Table 2-1: Anatomy of a URL*

| URL | *http://gnn.com/meta/travel/index.html* |
|---|---|
| Protocol | *http:* |
| Host Indicator | *//* |
| Server | *gnn.com* |
| Pathname | */meta/travel* |

You'll notice that this URL starts with *http*. This is the protocol for the World Wide Web. Whenever you contact a Web server, the URL will start with *http*. But Mosaic also works with other Internet applications, so sometimes you'll see a URL that starts with *gopher*, *wais*, or *ftp*. In those cases, Mosaic is contacting one of those non-Web services and presenting the results to you in Web format. (See Chapter 4, *Accessing Other Internet Services*, for more about these information services.)

A colon appears right after the protocol name. It signals the end of the protocol name. Next come two slashes, which indicate that a hostname will follow. (When sharing Web URLs in conversation, it's customary to spell out this part of the URL: "h-t-t-p-colon-slash-slash," unwieldy as that is. *GNN* writer D.C. Denison has suggested that this URL prefix should be abbreviated to "hittip" in conversation, but that shorthand doesn't appear to have caught on.)

The next part of the URL is the server name, in this case *gnn.com*. On the Internet, most computers end in *.com* for commercial sites, *.edu* for educational institutions, *.gov* for government agencies, or *.net* for network providers. By checking the server's extension, you can get an idea of what kind of server you're contacting.

The server name is followed by a directory path, which uses slashes (not backslashes, as in DOS and Windows) to separate directories; in this case, the pathname is */meta/travel*.

Note that the URL ends with *.html*. This is the file extension for Web documents. It stands for HyperText Markup Language, a tagging scheme that lets authors create hypertext documents. When you see this file extension, you know you're receiving a Web page and not a directory or some other kind of file. Documents in other applications may have other file extensions. As you probably know, DOS and Windows only allow three-character file extensions, so Web documents created on these systems will have an extension of *.htm*.

## When Things Go Wrong

Sometimes when you try to open a connection, things don't go quite right. For instance, it might take a *really* long time to connect to the server. It may be that you're connecting to a distant server and it's just going to take a long time. Or you

may be dealing with a slow or overburdened network. If the server is actually down, you'll eventually get an error message from Mosaic that the connection failed.

People often change the locations or names of their documents, which means, of course, that the URL has also changed. The more polite folks out there will leave a document that points to the new URL. If not, however, you'll simply get an error message that the URL couldn't be found.

You'll also get an error message if you make a mistake when entering a URL in the **Open URL** field. If this happens, check the URL and try again. Remember you can use Windows' copy-and-paste functions to avoid typing out URLs. Then, if it still doesn't work, you can go back to the person who gave it to you and give him or her what for.

The thing to remember about Mosaic and the Web is that when things don't work out, it's hardly ever your fault. Just accept the fact that you can't get access right now and try again later.

Now you know the basics of using Mosaic to navigate the Web. In the upcoming chapters, we'll talk more about customizing Mosaic, using other Internet services with Mosaic, and taking advantages of Mosaic's multimedia capabilities.

CHAPTER THREE

# EXPLORING THE WORLD WIDE WEB

*The Ages-old Problem of Navigation*
*The Global Network Navigator*
*Mosaic Handbook Hotlist*
*Other Lists and Resource Guides*
*Searching the Web*

Coming to the Internet for a new user is like arriving in a new country without a map or a guidebook. Mosaic makes it easy to get almost anywhere you want to go on the Net. However, the more difficult part is knowing what places are worth visiting and where they are located. This is especially true on the World Wide Web. Each information server has its own interface or navigational system. Some are highly structured, and others are very loosely organized. That there is such variety as you move from one server to another is one of the fascinating aspects of the Web. But navigation can be confusing and you can get lost.

To explore the Web, you have to know where to look, and the *Global Network Navigator* is a good place to start. *GNN* provides several useful navigational guides for Mosaic users, such as *The Whole Internet Catalog.* There's also the NCSA Mosaic *What's New* page. We will start by using these guides to discover public resources that are available.

In Chapter 2, *Getting Started with Mosaic,* we used *GNN* to demonstrate how the Mosaic interface works. In this chapter, we are going to demonstrate how to use *GNN* itself. We have also organized a tour of the Internet, using selections from *GNN's Best of the Net* award-winning sites to introduce different forms of servers. We will show examples of servers organized as online exhibits, magazines, and kiosks.

As you get more experience using Mosaic to explore the Internet, you will no doubt find your own ways to locate information sources, and you will discover how you best like to navigate from one server to another. As you get out on your own, you'll want to investigate the numerous search facilities described in this chapter that index information on the Web.

*The Mosaic Handbook For Microsoft Windows*

# The Ages-old Problem of Navigation

On the Internet, information is everywhere. Knowing where to look to find the right information is a challenge. There are thousands and thousands of servers worldwide, with hundreds being added every month. How do you find the servers that have the information you are most interested in? How do you learn more about them and where they are located? How do you know when a new server comes online that might interest you? These are the basic problems of Internet navigation.

Navigation is an ages-old challenge that people must face as they enter unfamiliar territory by land or water. The problem is one that can be solved if you have good information, and, throughout the ages, navigational guides for all kinds of people and every form of travel have been published. One of the first books published in the American West, when Pittsburgh was on the frontier, was called *The Navigator*, by Zadok Cramer. The first edition was published in 1802, and it described how to make the journey from Pittsburgh down the Ohio River. It pointed out significant features used to measure distances between places, explained how to avoid numerous hazards, and described what to look for when buying a boat.

*The Navigator* was written for immigrants and traders, people new to the frontier who had never made the journey down the Ohio River. *The Navigator* brought together the experiences of those who made their living on the river, and organized them in a compact form for use by newcomers.

Just as *The Navigator* helped settlers navigate the American frontier, *GNN* is helping people find their way across the terrain of the Internet. The writers and editors of *GNN* have spent a lot of time on the Internet, probably more time than you want to spend yourself. We know where to look and we try to keep up with the dynamic growth of information services on the Internet. *GNN* organizes access to the Internet by creating a variety of publications that will help you pursue your interests and spend your time more productively.

If you'd like to know more about significant trends and the interesting people on the Net, read *GNN NetNews*, which contains new feature stories and commentary each week. In Chapter 8, *Future Directions*, you can read a story from *GNN Net-News* that explains the new WWW organization, W3O, and has an interview with one of its organizers.

*GNN*'s special interest areas, called metacenters, have publications aimed at specific audiences, those who enjoy travel or want to learn more about personal finance, for example. In the *GNN Travelers' Center*, you will find articles by real-world explorers who send in their dispatches to us.

The Internet is a new communications medium, which is one reason for all the excitement about it. What is so exciting to us, as creators of *GNN*, is that the information you need to navigate the Internet successfully can be effectively presented to you via the Internet.

42

# *The Global Network Navigator*

Let's get started (finally!) by going to *GNN*. As shown in Chapter 2, you can access *GNN* by any of the following methods:

- From the **GNN** menu, select **GNN Home**.

- From the Home Page, click on the link to *GNN*.

- From the **File** menu, choose **Open URL** and type in the URL for *GNN*.

  ```
  http://gnn.com/GNNhome.html
  ```

You are retrieving the *GNN Home* page from one of *GNN*'s information servers on the Internet. (Just to be clear, this page is not on the disk shipped with this book, nor is it on your own hard disk. It is out on the network, and if you can't reach the network, you will get an error message.) The time that it takes to retrieve this page will vary depending on the speed of your connection and other factors.

When Mosaic retrieves the *GNN Home* page, you will have a document that serves as a directory to *GNN*'s publications and special-interest areas. When you choose any of the links on this page, you will download another document from the *GNN* information server. If you choose a publication, you will go to its front page.

NOTE

The figures that we use in this book may differ from what you actually see online in *GNN*. This is because *GNN* is dynamic, and there is always new information. We also restructure *GNN* periodically to accommodate new ideas or services.

One of the links on the *GNN Home* page is to the *What's Up in GNN* page. If you click on this link, you can find an itemized summary of new things that are happening in *GNN*. An example of that page is shown in Figure 3-0. On the *What's Up* page, each item describes a feature to be found somewhere in *GNN*. You can select any of the links and go directly to a publication, for instance, or to a document in any of the publications. For now, just scroll to the bottom of the page. On the bottom, you will see a colorful icon labeled "GNN HOME," as shown in Figure 3-1. This is a navigational icon that will take you back to the *GNN Home* page, where we started. Click on it now to return to our directory of publications. (Of course, you could also use the **Back** button to return to the previous document.)

Navigational icons are but one example of how an information server can provide a system of navigation for its users. For instance, if you get lost in *GNN*, look for the navigational icons at the bottom of a page. They can take you to major sections of *GNN* or back to the home page. Similarly, if you don't see any of *GNN*s navigational icons, then it is probable that you have retrieved a document from another server. In *GNN*, we have explicitly labeled links that take you out of *GNN*

*The Mosaic Handbook For Microsoft Windows*



Figure 3–1.  The What's Up in GNN page

*Exploring the World Wide Web*



*Figure 3–2.  GNN Home navigational icon*

to other servers.  These are called "GO" links, and there is a **GO** button or label that you click on to traverse the link. When you link to a server outside of *GNN*, you go to another information space, and you have to figure out what the rules of navigation are for that server. You can always get back to *GNN* by using the **Back** button.  You will see more examples of navigational choices as we explore *The Whole Internet Catalog.*

Before beginning the next section, click on the link for **The Whole Internet** on the *GNN Home* page and open this publication.

## The Whole Internet Catalog

*The Whole Internet Catalog* is organized by subject. It is selective rather than exhaustive in its listings of resources.  We don't list absolutely every resource on the Net; instead we list the ones that we believe are the best. Our editors check out resources and evaluate them for inclusion in the *Catalog*. (We provide some pointers later in this chapter to listings that attempt to be exhaustive.)

*The Whole Internet Catalog* began as a sampler of Internet resources that appeared first in print in *The Whole Internet User's Guide and Catalog* by Ed Krol, published by O'Reilly & Associates.  We put this catalog online and expanded it, keeping it more up-to-date than any print listing could be.  Each entry in the *Catalog* describes an Internet resource, and provides a link to the resource that allows you to go there directly.

Let's look at a few examples.  The front page of the *Catalog*, as shown in Figure 3-3, has a distinctive masthead followed by several links, which we'll discuss later, that gives you alternative views of the catalog. The main view is a listing of subject categories.  You may need to scroll down the list to see all the subject categories. You can navigate from the main subject listings or more detailed, second-level subject categories. If you are interested in Art, click on that link.  You will go to a list of information servers that specialize in Art. Here is a sample list:

```
Art

    Ansel Adams Photographs
    Architecture, etc.
    Art History in Australia
    ASCII Clipart Collection
```

*The Mosaic Handbook For Microsoft Windows*



*Figure 3–3. The Whole Internet Catalog*

```
Black Artists at the National Museum of American Art
Bodleian Library MSS
The California Museum of Photography
Computer Images & Art
Japanese Art
Kaleidospace
Strange Interactions
Krannert Art Museum
The Ohio State University at Newark, Art Gallery
OTIS
A Roman Palace in ex-Yugoslavia
Smithsonian Institution
Vatican Library MSS Exhibit
```

*Exploring the World Wide Web*

Each name in this list is a link to a catalog entry that describes the server and what it offers. These entries are like cards in a library's card catalog system, describing an online information service. Now, we will select three different servers from the *Catalog* and visit them.

### The Palace of Diocletian at Split

Each entry contains a description of the server, as well as links that take you to it. If you choose "A Roman Palace in ex-Yugoslavia," then you go to the entry for that server, as shown in Figure 3-4. The entry for the Palace at Split shows two links because the information is found on two different servers. Choose the



*Figure 3–4. The Whole Internet Catalog entry for the Palace of Diocletian at Split*

47

*The Mosaic Handbook For Microsoft Windows*

second **GO** link (the first one is to a more experimental version) and you'll go to this server to retrieve the document shown in Figure 3-5.



*Figure 3–5.  The home page for the Palace exhibition*

Let's make sure you understand what happened. You used *The Whole Internet Catalog* to choose an information service and traverse a link that takes you directly to that server. The document in Figure 3-5 is not part of *GNN*; it is a separate resource. This document contains lots of links to additional information, but it does not contain a link back to *GNN*.

48

*Exploring the World Wide Web*

The Palace of Diocletian at Split is an online interactive exhibit. After you have read the introductory text on this page, follow the link at the bottom of the page to the palace. The document, shown in Figure 3-6, is the main navigational document for this exhibit. An image at the top of the page contains buttons that you can click on to visit different areas of the exhibition. You may notice a difference



*Figure 3–6. The Entrance Hall document*

49

*The Mosaic Handbook For Microsoft Windows*

between the buttons found on the graphic and other buttons that you find on a page. These buttons are mapped as specific hot regions on the graphic, and when you click on one of them, the Mosaic browser sends a message to the server giving the coordinates of the region in which you clicked. It then returns a document whose URL has been mapped to that region. (Because of the HTML tag associated with this process, a navigational graphic is known as an ISMAP graphic.) You may also notice that when you move from one button to the next on this graphic, the destination URL that is displayed in the Status box does not change.

If you click on the button labeled **Introduction**, you can begin the exhibit. At the end of the page for each document in the exhibit, you will find the same graphic and you can use it to explore other topics.

When you are done, use the **Back** button to get back to *GNN*. Of course, if you have gone very far into the exhibit, you may find it easier to get back to *GNN* using the **GNN** menu.

If you do back up all the way to the last document you saw in *GNN*, you will return to the listing of Art resources. At this point, you can choose to visit other servers on the list. One that is very different, and definitely not classical, is OTIS, which stands for Operative Term Is Stimulate. See what today's artists are creating using all kinds of computer-based tools.

Or, if you want to choose a different subject, scroll to the bottom of the Art listings and find the navigational icon for *The Whole Internet Catalog*. If you click on it, you will go back to the *Catalog*'s front page, where the subject listings are found.

## U.S. Department of Education

Let's choose another subject area—Government. Select the link for Government, then find the list for U.S. Government Agencies. On that list, you will find the U.S. Department of Education; click on that link.

As the description says, this is an information server that provides all kinds of documents generated by the U.S. Department of Education (**ed.gov**). This entry also includes **GO** links to their Web, Gopher, and FTP servers. We will explain how to use Gopher and FTP in Chapter 4, *Accessing Other Internet Services*; however, when given the choice among servers (presuming that you are using Mosaic), always choose the Web server. If you do so, you will go to this Web server's home page, as shown in Figure 3-7. This server is fairly straightforward; it contains a listing of its contents, most of which are presented on this same page. In other words, if you click on the link near the beginning of the Contents list, you will go to a location further down in the same document. (Mosaic doesn't retrieve the document again off the Net.) This is a form of "outlining" the contents of a document using links. In long documents, it is useful to have an outline with links to the various parts of the document below. Such a list is often labeled "Contents," but another way to identify one is that the links will be displayed as though you had visited them (typically, dashed underline instead of a solid underline) because their destinations appear in the same document.

*50*

*Exploring the World Wide Web*



*Figure 3–7.  Department of Education Web server*

Continue, if you wish, to explore the contents of this server. Otherwise, back up to *The Whole Internet Catalog.*

### The Paleontology Server

Let's find one more resource in a different subject area—Science.  Click on the link for Science and you will see a list of additional categories, one for each

*The Mosaic Handbook For Microsoft Windows*

discipline.  Use the scroll bar to move down through the list and find Paleontology. If you select this link, you will see a list of servers on Paleontology, such as:

```
Honolulu Community College Dinosaur Exhibit
U.C. Berkeley Museum of Paleontology Gopher
U.C. Berkeley Museum of Paleontology Public Exhibits
Paleontological Society Gopher
Palynology & Palaeoclimatology (ANU Bioinformatics Hypermedia Service)
```

Choosing the U.C. Berkeley Museum of Paleontology Public Exhibits link will take you to an entry for this server; select the GO link to visit it.  This particular server has a well-defined but rather large graphic interface.

Once again, you have ventured to a new server and you can explore it as you wish. If you find the Paleontology server interesting, you may want to add it to your hotlist, so that you can go back to it easily.  A good way to use the *Catalog* is to find servers and then compile your own list of those you'd like to visit on a regular basis.

### Alternative views of the Catalog

If you return to *The Whole Internet Catalog* front page, you will find several alternative ways to find information in the *Catalog*. You can look at the following:

Top 50        This document is a list of the entries most frequently accessed in *The Whole Internet Catalog*. It represents what users find most interesting in the *Catalog*.

For instance, you might use the list to check out some of the most popular servers. One server that tends to stay high up on the charts is the Web server for Recipe Archives. You can search the recipe archives when you are at work and you can't consult *The Joy of Cooking*.

What's New     This document describes the most recent updates to the *Catalog*, listing new information servers or ones that have been removed for some reason.

Searching     As of this edition, the searching is somewhat limited.  (We are working on improving it.) You can search using the search dialog box at the bottom of each document; however, that currently searches all of *GNN*, not just the *Catalog*. Searching does not currently work on all *GNN* servers.

An alternative is to browse a list of servers by name. Click on the link for "All Catalog Entries" and you will get an alphabetical listing of all the information servers indexed in the *Catalog*.  If you select **Find** from the **Edit** menu, you can search this document, and perhaps find a server of interest.

*Exploring the World Wide Web*

# Mosaic Handbook Hotlist

We have created a special list of additional resources that you can use to explore the Net and organized them as the *Mosaic Handbook Hotlist*. This *Hotlist* is on the *GNN* server, and there is a link to it on the Home Page. Choose the link **Chapter 3, Exploring the Web**, to get a list of pointers to the servers that we describe in the rest of this chapter. (This will save you having to type in the URLs to access them.) Many of the services can be found in *The Whole Internet Catalog* as well.

It is always possible that these URLs may change, so be sure to check the links on the *Mosaic Handbook Hotlist*.

## NCSA Mosaic What's New

The NCSA Mosaic *What's New* page is the best place on the Internet to find out about new information servers. This page is updated several times a week, and checking it regularly will help you keep up with developments on the Web. Its URL is *http://www.ncsa.uiuc.edu/SDG/Software/Mosaic/Docs/whats-new.html*. A sample entry from this page is shown below:

**Labyrinth Electronic Publishing Project**
*Indiana University, Bloomington, Indiana*
> The Honors Division at Indiana University is proud to announce the unveiling of the Labyrinth Electronic Publishing Project, including: collections of poetry from IU faculty and students, and collections of visual art. Take a look and leave some comments on the art and poetry, or if you are feeling creative yourself, leave some noise on the Graffiti Wall.

What's New announcements are organized by date and presented as short descriptions of new resources or Net happenings. Each announcement contains links to the sites being described.

There is also a What's New archive going back to June 1993. Of course, some of this information can be dated and not as useful, but you can often use it to check for a particular site.

The What's New page is often good reading simply because of the variety in the announcements from educational, government, and commercial sites.

## FAQ Directory

Frequently Asked Questions (FAQs) are lists of questions that new users often ask, in particular, users of USENET newsgroups. As new users visit a newsgroup, they begin asking questions, and many of these questions have been asked by others before them. Eventually, someone realizes that he or she has answered "newbie" questions often enough and sets about creating a document that compiles these questions and their answers.

*The Mosaic Handbook For Microsoft Windows*

Don't get the idea that FAQs are simply answers to obvious questions; they represent the collective wisdom of the Net, and their authors take their work very seriously. You can almost regard the collection of FAQs as an online encyclopedia, they are that broad. By no means are they limited to computer or Internet-related topics. Are you interested in Games or Greek culture, Hockey or Hong Kong, Magic, Model Railroads, or Mexico? All have FAQs.



*Figure 3–8.  USENET FAQs*

There's another reason that the FAQ Directory is like an encyclopedia. You might go there looking for one thing and find yourself browsing any number of subjects

*Exploring the World Wide Web*

that you may know nothing about. That's probably true of a lot of Web servers, which is what makes exploring the Web so enjoyable. Figure 3-8 shows the opening page for USENET FAQs, found on the Ohio State University server and compiled by Thomas Fine. Its URL is *http://www.cis.ohio-state.edu/hypertext/faq/usenet /FAQ-List.html*. You might use this directory of FAQs to find subjects that interest you and learn about a newsgroup where people discuss that subject.

The first thing you should do is scroll down the page, where you will begin to see the long alphabetical list of FAQ subjects. When you select an item on the list, you get one of the following:

- a full FAQ in ASCII text

- a list of questions, shown as hypertext links that you can follow to get the answer

- a list containing several FAQs on a subject, or parts of a single FAQ

For example, if you select "European Union" from the list, you will get a single ASCII document that explains the charter of the European Union and answers basic questions about its objectives.

If you select the Dogs FAQ, you get a list of FAQs on subjects ranging from obedience training to health. There are even more FAQs available on the next level, covering different breeds.

The FAQ server is beginning to offer different ways to access its documents. A new search facility is in the experimental stages so that you can search for an FAQ without knowing its main subject title.

## Netizens

Getting to know others like yourself who are exploring the Internet can be fun. You may know people from email or from their postings in newsgroups. However, the Web has encouraged new forms of expression and users are taking advantage of it by creating their own home pages and putting them on the Net.

*GNN* has a publication called *Netizens* in which users list their home pages for others to view. Visit *Netizens* and see who else is out there on the Internet. Its URL is *http://gnn.com/gnn/meta/internet/netizens/*. From the *Netizens* front page, shown in Figure 3-9, you can browse an alphabetical listing of names or a listing of the most recent additions. For each user, you will find an email address, a location, and a mention of their interests. Most have supplied a link to a home page on their own server.

After you've read Chapter 7, *Creating HTML Documents*, which describes how to create your own home page in HTML, come back and add your name and become a Netizen.

*The Mosaic Handbook For Microsoft Windows*



*Figure 3-9.  Netizens page*

## Commercial Sites on the Web

If you'd like to know if a particular business has information available on the World Wide Web, the Commercial Sites on the Web server at MIT is a good place to look. This student-run server offers an alphabetical listing of companies by name, which are linked directly to their sites. Its URL is *http://tns-www.lcs.mit.edu /commerce.html.* The current document lists over 300 commercial sites, which is one sign of the increasing business activity on the Net. For instance, if you'd like to find out if your favorite computer company is on the Net and offers support, look them up on this server. Remember that this server is essentially just a listing of links to other servers.

If you can't find a particular company, you may know its domain name by exchanging email with someone in that organization. The domain name for O'Reilly & Associates is **ora.com**; for IBM, it is **ibm.com**. If a company has a Web server, it often can be reached by composing an HTTP URL that prefixes "www" to the domain name. For instance, *http://www.ibm.com/.* It may also work without the "www" prefix. Either way, we are guessing at the URL based on conventional practice, but this syntax is not enforced by any software. It produces an error if the company does not have a server or if the server resides at a different address.

*GNN* also provides several ways for you to find companies that want to deliver information about products and services to Mosaic users. The *GNN Business Listings* are advertiser-paid listings that describe in brief what a company does and what information it provides online. This information is provided in a consistent format for users. You can search companies by product or service category as well as by name.

## Discovering Information Services

This section gives an overview of different kinds of Web-based information services. We look at online exhibits, magazines, international kiosks, and interactive media centers.

The servers listed in this section can be accessed directly from the *Mosaic Handbook Hotlist*, but their URLs are also listed here.

### Exhibits

An online exhibit organizes a collection of materials for easy access. Usually, an exhibit integrates text and graphics as a series of documents. Exhibits are usually created by universities or museums, and the number is increasing daily.

- Artserve
  *http://rubens.anu.edu.au/*

*Artserve* from Professor Michael Greenhalgh of Australian National University is a collection of digitized art organized as an art history database. Professor Greenhalgh is also responsible for the Palace at Split that we demonstrated earlier.

*The Mosaic Handbook For Microsoft Windows*

- Vatican Exhibit
  *http://sunsite.unc.edu/expo/vatican.exhibit/Vatican.exhibit.html*

The *Vatican Library MSS Exhibit*, which can be found in the Art section of the *Catalog*, is a guided tour through the collections of the Vatican Library, as they were showcased at the Library of Congress. This exhibit includes some exceptionally beautiful illuminated manuscripts, which are presented as postage-stamp sized images that you can click on to retrieve an enlarged image in a separate window.

- Dead Sea Scrolls
  *http://sunsite.unc.edu/expo/deadsea.scrolls.exhibit/intro.html*

Another interesting exhibition from the Library of Congress is the *Scrolls from the Dead Sea*. This exhibit can be found in Archaeology section of the *Catalog*.

- Hubble Space Telescope
  *http://stsci.edu/top.html*

A fascinating scientific exhibit is sponsored by the *Space Telescope Science Institute* at Johns Hopkins University in Baltimore, Maryland. This resource can be found in the Astronomy section of the *Catalog*. Its home page is shown in Figure 3-9. It includes information about the Hubble Space Telescope as well as a collection of images, including some from the Shoemaker-Levy comet that impacted Jupiter in July of 1994. There are a number of collections of interest to educators and the naturally curious, including a digitized sky survey.

## Magazines

When *GNN* premiered in the fall of 1993, we were the first to create a commercial Web-based magazine. Our first issue of *GNN Magazine* was about the U.S. Government's role in developing the Internet and its involvement in making more information available to the public. Our second issue was on education, and we showed many examples of how teachers are using the Internet in the classroom. Now, *GNN* has developed special-interest magazines in Travel and Personal Finance, with more to come soon.

Creating a magazine can involve more than putting the text of an article online (the most common approach used for a magazine that originates in print). Of particular interest are online magazines that utilize the medium most effectively to create and present content. The Web will be a fascinating place for large and small publishers to create all kinds of magazines, perhaps reaching even more specialized audiences. In a few years the Internet will have more magazines than your local newsstand. Here are some examples you can find today.

- International Teletimes
  *http://www.wimsey.com/teletimes.root/teletimes_home_page.html*

*International Teletimes* is published in Vancouver, British Columbia, as a general-interest magazine. It is representative of many new magazines that are original to the Internet and have no print counterpart. Some are more sophisticated than

58

*Exploring the World Wide Web*



Figure 3–10.  Home page for the Space Telescope Science Institute

*The Mosaic Handbook For Microsoft Windows*

others, and you'll also find that many of the online magazines or *'zines* are very personal in nature, and can be narrowly focused or broadly defined.

- **Zines**
  *http://www.ora.com:8080/johnl/e-zine-list/*

*GNN* Technical Services Manager John Labovitz maintains a 'zines list. This is a reasonably comprehensive list of electronic magazines published on the Net. Many of the 'zines are ASCII-text only, but there are a wide range of formats. Editorially, they are usually idiosyncratic, rather like fanzines and underground newspapers.

- **Wired**
  *http://www.wired.com/*

*Wired* is a magazine oriented toward technology and culture, with an attitude. Its Web server contains sample articles and other information. If you enjoy *Wired*, but find its page layout distracting, reading it online can be a much more pleasant experience. They have announced plans to create a *HotWired* online service based on Web technology.

- **Mother Jones**
  *http://www.mojones.com/motherjones.html*

*Mother Jones*, the mother of investigative reporting, has a Web server at **mojones.com**. You will find a cover image and articles for its bimonthly issues. A sample article from the July/August 1994 issue is "The Cry of the Ocean," by Peter Steinhart, which leads off a special report on how the world fish population is depleted and the consequences not only for the fishing industry but for all of us. The special report ends with an article, "Fishing in the Net," that suggests a few places on the Internet where you can find related information.

## International kiosks

International kiosks provide information about individual countries or states. The Regional and Cultural Interest section of *The Whole Internet Catalog* contains pointers to most countries. Some of these servers use only the native language of the country (i.e., the Norway server is in Norwegian), while others have materials in English as well. For more information on particular countries, check the listing of servers by country described later in this chapter.

- **New Zealand**
  *http://www.cs.cmu.edu:8001/Web/People/mjw/NZ/MainPage.html*

The *New Zealand Information* server, by Michael Witbrock, is a Best of the Net selection. This server is not located in New Zealand, though, but at Carnegie-Mellon University. Even so, it has a lot of depth in its information, and many unusual items.

- Japan
  *http://www.ntt.jp/japan/*

You can learn more about Japan on a *Japanese Information* Web server sponsored by Nippon Telephone and Telegraph (NTT) and produced by Takada Toshihiro. You can find Japanese-language documents as well as a traveler's guide to speaking Japanese, which includes audio samples. You can hear the Japanese national anthem, *Kimigayo*, played on a recorder. You can also find a map of Japan, as well as a lot of political and cultural information.

- Iceland
  *http://www.rfisk.is/english/iceland/rest_of_iceland.html*

You can take a tour of Iceland; if you click on a map of Iceland you'll get photographs from a specific city or region.

- Germany
  *http://www.chemie.fu-berlin.de/adressen/brd.html*

Get more familiar with Germany online. This server contains geopolitical information, as well as a map of Germany. It also provides access to a German language news service.

### Interactive media centers

All Web servers can be considered interactive because of the nature of hypertext. You choose what interests you and go in that direction, almost instantly. However, a number of servers have created special interactive interfaces.

- Xerox PARC Map Viewer
  *http://pubweb.parc.xerox.com/map*

The *Xerox PARC Map Viewer* is a Best of the Net selection that allows you to generate maps of specific areas that you select.

- United States Map
  *http://ageninfo.tamu.edu/apl-us/*

The *Digital Relief Map of the United States* is a color relief map composed of cells. If you click on a cell, Mosaic retrieves a full-blown image of that cell. The map was created by Ray Sterner of the Applied Physics Laboratory at Johns Hopkins University, and distributed on the Web by Hal Mueller of Texas A&M University. This server can be accessed from the Geography section of the *Catalog*.

- The Geometry Center
  *http://www.geom.umn.edu/welcome.html*

*The Geometry Center* at the University of Minnesota, which is dedicated to "the computation and visualization of geometric structures," says that part of its mission is to help mathematicians reach the public. You will find an interesting picture

*The Mosaic Handbook For Microsoft Windows*

archive, forums, and software, some of which only run on workstations. Be sure to check out "A Gallery of Interactive On-Line Geometry."

- Exploratorium
  *http://www.exploratorium.edu/*

San Francisco's innovative Exploratorium has a Web server called *ExploraNet* that is worth looking at. This hands-on science museum is taking advantage of the Net to create an interactive learning center for kids and adults.

## Other Lists and Resource Guides

In addition to *GNN*'s *The Whole Internet Catalog*, there are many subject-oriented lists and resource guides. These lists vary in completeness and timeliness. Some are organized well; others require you to scroll doggedly down a long screen (or screen after screen) of alphabetized entries.

In this section, we describe a sampling of lists and guides that you might find useful.

### CERN's General Overview of the Web

Overview: *http://info.cern.ch/hypertext/WWW/LineMode/Defaults/default.html*
Virtual Library: *http://info.cern.ch/hypertext/DataSources/bySubject/Overview.html*
Servers by Country: *http://info.cern.ch/hypertext/DataSources/WWW/Geographical.html*

The *General Overview of the Web* at CERN is a comprehensive, though less user-friendly, picture of what's available on the Web. On its "Overview" home page, it says that there is no "top" to the Web. This becomes immediately apparent when you link to the *Virtual Library*, which is a distributed subject catalog arranged alphabetically. There is no description of any of the resources in the list; instead, there is just a straight link out to the resource, so it's hard to know what to expect until you get there.

What this listing lacks in descriptiveness it makes up for in comprehensiveness. From Aeronautics and Aeronautical Engineering to Sports, pick a subject you're interested in and click on the link. What you'll get is another list of resources that relate to that subject. These lists are not arranged alphabetically; sometimes there's a brief description of the resource, sometimes there isn't.

If you're looking for information on a specific subject, you'll have to sift through a number of entries on this page before you find a link to what you're looking for—and you may *not* find such a link!

As with NCSA Mosaic's *What's New* page, the *Virtual Library* page gets a lot of its information on new resources from readers who submit pointers to these resources. The *Virtual Library* encourages readers to submit these pointers to maintainers, each of whom is responsible for a particular subject area. Updates appear to be fairly frequent.

*Exploring the World Wide Web*

Also available on the *General Overview of the Web* page is a list of servers, which lists all registered Web servers by country. When you click on this link, you'll see links to registered WWW servers organized by continent, country, and state. It is a long, exhaustive list, and it does contain some explanatory text for some of the entries. It's a great resource if you want to know more about a particular country, especially if you wish to find information in a foreign language.

Figure 3-11 shows the page that lists Web servers by country. Scroll down the list until you see South America (doing so will demonstrate that North America is most heavily represented). Click on the link for Peru. You will go to a brief description of Red Científica Peruana, the Internet Network of Peru. You can follow a link to their server in Peru. Offered in Spanish and (some) English, this server gives basic information about the country, and links to Latin American and Caribbean Gopher servers.

Because this list is so extensive, you might want to use the **Find** feature in Mosaic to locate a particular country or state rather than scroll through the list.

To give you an example of how you can use this list as a point of departure for what can be a fascinating trip to almost anywhere in the world, follow the sequence of links below:

1. Find Malaysia on the list of Web servers by country and follow that link.

2. On the next document, follow the link to the University Sains Malaysia (USM) at Penang server.

3. On the USM server, follow the link to Penang Island.

This document is a tourist information guide, describing the geography, history, and climate of the area. It lists its contents as links at the top. If you select the **Local Food** link you can read about various local dishes, including murtabak: "An Indian styled pizza filled with all the goodness of minced meat and onions and fried over a hot plate. It is eaten with a vegetarian curry."

CERN's list of servers gives you an appreciation of how big the Web really is.

## *Special Internet Connections*

*http://info.cern.ch/hypertext/DataSources/Yanoff.html*

Scott Yanoff offers a standard list of Internet services, which he began compiling in 1991. This exhaustive list, which is organized under broad categories such as Aviation, Law, and Travel (arranged alphabetically), contains entries and links to any kind of Internet service you can think of, from Gopher to TELNET, and everything in between. Though lengthy, the list is made up of terse entries that are not particularly descriptive of the resources they are pointing to. It is not updated on a regular schedule.

*The Mosaic Handbook For Microsoft Windows*



Figure 3–11. *Web servers listed by country*

## CyberSight

*http://cybersight.com/cgi-bin/cs/s?main.gmml*

Terse is not the word to describe CyberSight, however. Billed as the central online "jumping off" point for alternative information seekers, CyberSight offers links to off-beat resources in a lively format. Don't approach this server with any preconceptions; just go to "The What You Want List (nutritious too!)" and choose from a