# EXHIBIT II (Part 2/3)

few of the eclectic categories (Hot Stuff, Kitsch, Cybversive). For example, if you go to the Funky category, you'll see pointers to such unusual resources as "Coke Machines," a site that helps you track the status of Coke and other vending machines around the world. Another site, "Roadkill R Us" ("a cornucopia of carcasses"), will give you access to more information on the truly tasteless than you ever dreamed of finding.

## Searching the Web

After you've used these lists, you might decide to set out on your own to find things on the Web. You'll find several useful databases (or automated indexes), with new ones appearing all the time. Not all the searching interfaces are easy to use, and some searches will result in dead-ends or direct you to more information than you want.

The first thing to know about searching on the Web is that you are not really searching the documents on the Web itself. Rather, you are searching databases of information that have been collected from documents on the Web. These databases may include information for each document such as:

- Title

- Location (the URL)

- Documents that are linked to and from this document

- Keywords, abstracts, or brief descriptions of document contents

All this data is gathered off the Net and organized into a database, with links pointing back to the original documents. When you search for a word or phrase, you are really running a program on a remote computer that knows how to query and extract information from these databases. If your search is successful (i.e., your search words match up with words in the database), the program on the remote computer returns a Web document that contains links to the original documents.

Many of the searching databases are constructed and updated by programs called "robots" or "spiders" that continually "travel" the Net finding documents. As they encounter documents, they record information about each document, which is then used to update the database of documents.

Although robots sound like the perfect way to search the Web, there are a few problems. First, it takes a long time to search the Web, and so databases generated by robots may become out of date as documents are deleted or moved. Second, robots are generally indiscriminate about what databases they search, and a search in a robot-generated database may result in a huge number of "successful" searches, but a small number of really useful documents.

*The Mosaic Handbook For Microsoft Windows*

### NOTE

For information on the general design of robots, and technical descriptions of robot programs on the Web, see "World Wide Web Wanderers, Spiders and Robots" (*http://web.nexor.co.uk/mak/doc/robots/robots.html*).

Most searching interfaces have a single text entry field for entering simple queries. Some interfaces are more complex, allowing you to reduce the scope of your search. Unless otherwise specified, most searchers will find any instance of a word, whether full or partial, upper- or lowercase. For example, entering "zine" will match "magazine" as well as "zine." Below we introduce a number of these search servers for the Web.

## The Wanderer

*http://www.mit.edu:8001/people/mkgray/comprehensive.html*

If at this point you're asking the question, "How big is the Web?" go to The World Wide Web Wanderer, a Perl script automaton created by Matthew Grey. The Wanderer travels the Web searching for Web sites. It does a breadth-first search of the Web, looking for and including in a queue all the URLs contained in every document it encounters. At last count (June 1994), the Wanderer had found more than 3000 sites on the Web. These are all listed (by numerical IP addresses, host sites, or by country); check out part or all of the list to see just how big your search can be when you search the Web.

## CUSI

*http://web.nexor.co.uk/susi/cusi.html*

CUSI, part of the Web at Nexor (a UK-based technology company) is a forms-based interface to many of the searchable indexes listed below, as well as other databases including catalogs, phone books, dictionaries, and technical documents. It's relatively easy to use, and you'll find it helpful to have so many of these searchers available in one document.

## ALIWEB

*http://web.nexor.co.uk/aliweb/doc/aliweb.html*

ALIWEB (Archie-Like Indexing for the Web) is a distributed indexing system. Because it is modeled after Archie, a program that maintains a database of software programs listed in public archives on the Net, you ask it where to find a particular program. ALIWEB's index database is generated from descriptions stored as files on the servers that contain the documents being indexed. This means that as long as publishers keep their own local descriptions up to date, ALIWEB has the potential to be of high quality. However, because it doesn't index every document

*Exploring the World Wide Web*

on the Web, it's not a good place to look for instances of specific words or phrases.

## CUI W3 Catalog

*http://cui_www.unige.ch/w3catalog*

The CUI searcher is a database of indexes to several popular lists and resource guides, including:

- NCSA's What's New
- NCSA's Starting Points
- CERN's W3 Virtual Library Subject Catalog and selected sub-lists
- Martijn Koster's ALIWEB—Archie-like Indexing for the Web
- Scott Yanoff's Internet Services List
- Simon Gibbs' list of Multimedia Information Sources
- John December's list of Computer-Mediated Communication Information Sources and Internet Tools Summary

Most of these resources are manually maintained subject-oriented lists (some of which are described earlier in this chapter), making the CUI catalog a good place to start if you know the topic of a search ("agriculture," for instance). Also, if a search is successful, it will return not just a list of documents, but the entry that contains the word or phrase.

## WebCrawler

*http://www.biotech.washington.edu/WebCrawler/WebQuery.html*

WebCrawler is a robot that keeps an index of the contents of all the documents it comes across. Its interface is surprisingly simple—you type the words you're looking for into a single text entry box and click **Search**. A checkbox controls whether the words you are looking for must all be present in a document being searched (logical "AND") or whether only a subset may be present (logical "OR").

## EINet Galaxy

*http://www.einet.net/galaxy.html*

EINet Galaxy is a combination hierarchical subject catalog and searchable database. This server, unlike the others, grabs all the documents it can find (not just HTML) and indexes them in a WAIS server. Thus you are searching the content of the Web and you get back as many hits as you ask for. It has a confusing interface, however, and searches often result in a large number of items returned.

*The Mosaic Handbook For Microsoft Windows*

## The World Wide Web Worm

*http://www.cs.colorado.edu/home/mcbryan/WWWW.html*

The World Wide Web Worm is a database of Web document titles, URLs, and cross-references. Its power lies in the detailed level of searching that can be done: in addition to searching for words or phrases in a document title, you can search for specific URLs or patterns within URLs. For instance, you can find documents at a particular host by searching for the hostname in the URL database. You can even search for particular types of files—searching for ".mpg" might find all the MPEG moving-image files in the database. Because WWWW keeps track of links between documents, you can supply a URL and find all the documents that link to that URL. The WWWW home page describes many such powerful search examples, although it doesn't say how often the Worm does its work.

Before concluding this tour of the Web, we should add that you are exploring an ever-expanding online universe. Things change every day, at every hour. This is especially important to remember if you can't find what you are looking for, or if the subject area of key interest does not have a strong set of resources on the Net. Someone may notice the deficiency one day and begin putting up a lot of useful information the next day. You may even be the person who makes that contribution!

# ACCESSING OTHER INTERNET SERVICES

*Mosaic and Gopher*
*WAIS*
*Mosaic and FTP*
*Network News*

So far, we have used Mosaic to access Web servers. However, Mosaic can also access other types of Internet servers, such as Gopher, WAIS, and FTP. In Chapter 1, *The Wide World of Internet Services*, we explained that these services were available on the Internet before Web servers existed. Each service has its own distinct way of providing information to users, just as the Web does. However, Mosaic can be used not only as a Web client, but also as a Gopher client. It can be used as a client to access WAIS servers, news servers, and FTP archives. Because Mosaic is such a multipurpose browser, it has become the Swiss Army knife of the Internet.

In exploring the Internet, you may be surprised when you traverse a link and you don't end up in a Web document. Instead, you'll see a list of topics, each one appearing as a link, and, if you look at the URL, you will be able to identify it as a Gopher server. Similarly, you may see a list of filenames and directories. If you check the URL, you'll find that you have accessed an FTP server. In both cases, it is pretty obvious that you are not viewing a Web document.

In this chapter, we demonstrate how to use Mosaic to access these different types of servers. You don't have to learn too much about navigating to these servers. Rather, you will come to recognize the differences in the way they organize information. Knowing that a link points to a Gopher server tells you something about how the information will be presented.

Below is a list of the services covered in this chapter, along with a short description of each.

Gopher          Gopher is a menu-based information system that allows users to browse through a hierarchical organization and select items from menus. Each item on the menu represents either a file or a directory.

*The Mosaic Handbook for Microsoft Windows*

WAIS        WAIS, which stands for Wide Area Information Servers, is a search-and-retrieval system that lets users search a full-text index of all documents in a database.

FTP        FTP, which stands for File Transfer Protocol, is an application that lets you download files from remote servers.

Network news    Network news is a system of bulletin board discussion groups covering every kind of subject from computer science to sex, pets, and surfboarding.

If you are interested in learning more about the Internet services discussed in this chapter and comparing other client interfaces, see *The Whole Internet User's Guide and Catalog* by Ed Krol.

## Mosaic and Gopher

Not too long ago there were a lot more Gopher servers on the Net than Web servers. There are still a lot of Gopher servers around because they are an easy way to provide information to a broad audience. What is distinctive about Gopher is that you navigate through menus, and each item on the menu is either a file or another menu with additional selections. In Mosaic, these choices are links, and you select the item you want by clicking on the link. Figure 4-1 shows the Library of Congress Gopher as viewed in Mosaic. We begin at the top-level menu of this



*Figure 4-1. Library of Congress Gopher*

70

*Accessing Other Internet Services*

Gopher.  If you click on **Government Information**, Mosaic retrieves the contents of that menu, as shown in Figure 4-2.



*Figure 4–2. Government Information menu*

This menu contains four links, each of which takes you to another menu as you navigate to the next level of detail in the hierarchy. Clicking on **Federal Information Resources** takes you to a menu with more directories. On you go, tunneling through directories until you come to a menu that contains some files.  Clicking on a filename displays the contents of the file. Most Gopher servers deliver ASCII files that Mosaic displays in a fixed font.  An example of such a file is shown in Figure 4-3.  Besides letting users browse through categories of information, Gopher can transparently access information from other Gopher servers. In addition, most Gopher servers contain pointers to all the other Gopher servers in the world, so it is truly a global system.

There are some disadvantages, however. In our example, we didn't go through all the layers of menus that it took to get to a text file, but there were more than a dozen. Sometimes Gopher seems like a case study in the limitations of hierarchical filing systems. The problem is that it becomes absurd (not to mention boring) to keep selecting menu items, only to be confronted by another menu list. After padding through a dozen or so of these menus, you may lose interest in whatever you were looking for.

Given the choice, most people would rather use a Web server than a Gopher server.  However, you don't always have a choice, as some organizations may not yet be able to provide information in HTML on a Web server. You also see interesting Web/Gopher hybrids. For example, if a business already has a Gopher server, they might create a Web server with only a few original documents that serve as a high-level interface to the Gopher server. In other words, after the home page, their Web server points to information managed on the Gopher server.

*The Mosaic Handbook for Microsoft Windows*



*Figure 4–3. Mosaic displays an ASCII file*

That said, however, remember that lots of good information can be found in Gopher servers. *The Whole Internet Catalog* in *GNN* contains pointers to quite a few good Gopher servers, including:

- African National Congress Gopher

- The Bible

- Envirogopher

- CIA World Factbook

- Project Gutenberg

- The California Museum of Photography

## Using the Hotlist to Manage Gophers

Since the good stuff (the documents) may be buried several layers deep in a Gopher, you'll want to use all the tools at your disposal to manage them. You can use your hotlist to create bookmarks in the Gophers you use regularly. Each menu level in Gopher can be identified by a URL. Thus, when you get to the menu level that you want, you can just choose **Add This Document** from the **Navigate** menu to add that Gopher menu to your hotlist. Of course, you can still travel up and down the menus once you're in the Gopher.

## Getting Gophers with URLs

A Gopher URL is a lot like a Web URL, except that the service protocol is different, of course. Instead of *http*, you use the Gopher protocol. So to contact the Library of Congress Gopher, select **Open URL** from the **File** menu and type:

```
gopher://marvel.loc.gov
```

This takes you to the main menu of the server. As discussed above, it becomes pure drudgery to have to navigate through all those menus. Mosaic can help you avoid some of this awkwardness by allowing you to connect directly to a particular menu level. For instance, you can get directly to the **Federal Information Resources** menu in the Library of Congress Gopher by typing the URL:

```
gopher://marvel.loc.gov/11/federal/fedinfo
```

## Searching Through Gopherspace

Since tunneling through menus can be a time-consuming way to find information, especially if you're looking for specific information, there are several applications for searching "gopherspace." On a Gopher menu you may see an option for searching. If you select this option, you will go to another document where you are prompted to enter a search keyword. The Gopher server then returns a menu of items matching the search criteria. Many Gopher servers also have a gateway to a WAIS server that contains a full-text index of the contents of the Gopher. We'll talk more about WAIS servers in the next section.

There are also several tools that index all of gopherspace, not just a single server. You can specify a search string that will be matched against an index of words in Gopher titles or text files. Because they are modeled after an Internet search tool called Archie, these search tools were named after characters from the *Archie* comic books.

*The Mosaic Handbook for Microsoft Windows*

### Veronica

Veronica searches all of the menu items on all Gopher servers for a string of words or characters that you enter. Follow these steps to use Veronica:

1. Log on to the Gopher server at the University of Texas at Austin by entering the following URL:

   `gopher://bongo.cc.utexas.edu`

   Figure 4-4 shows the top-level menu of this Gopher server.



*Figure 4-4. Top-level menu of the Gopher server at UT-Austin*

2. Select **Veronica: Search Gopher Menus Worldwide**. This leads you to a menu where you can select a Veronica server, shown in Figure 4-5. As you can see, there are actually two types of Veronica searches—you can search the titles of all Gopher items, or you can search only for directories. If you do the first kind of search, you're likely to get a rather long list of results, so doing a directory search is usually more effective.

   There are a number of different servers to choose from. As a general rule, try the server that's closest to you first. Veronica servers tend to be quite busy; you may not be able to access the first server you try. In fact, don't be surprised if you have to go to Europe before you find a server you can access.

3. Assuming you are able to connect, you will then be presented with a screen that contains a text field, shown in Figure 4-6. Simply enter the text you are searching for in the field and press **Return**.

74

*Accessing Other Internet Services*



*Figure 4–5. Choosing a Veronica server*



*Figure 4–6. Searching Veronica for a string of text*

*The Mosaic Handbook for Microsoft Windows*

4. The Veronica server will then search for that text and return a list of responses, as shown in Figure 4-7. Each response is a hypertext link, and clicking on one brings up either a menu or the contents of a file.



*Figure 4–7. Veronica search response*

Veronica searches accept "Boolean operators," words that specify conditions that must be met in order for Veronica to consider an item as matching the search. Boolean operators separate two or more strings. Veronica understands the following operators:

- AND tells Veronica that both parts of the query must be present. For instance, searching for "Microsoft AND Windows" tells Veronica that only items that contain both "Microsoft" and "Windows" are matches. If no Boolean operators are specified, Veronica assumes there to be an AND between words.

- OR tells Veronica that either part of the query is acceptable as a match. If the query is "Microsoft OR Windows," any items that contain either one of those words is considered a match.

- NOT tells Veronica to search for items containing the first string but not the second. For instance, searching for "Microsoft NOT Windows" searches for

*Accessing Other Internet Services*

items containing "Microsoft" but excludes items that refer to "Windows" or "Microsoft Windows."

You can combine Boolean operators. Veronica evaluates them from right to left, so "Microsoft AND Windows OR NT" searches for items with "NT" or "Microsoft Windows." Veronica also accepts an asterisk as a wildcard character, which represents any combination of characters to the end of the word. For example, "shovel*" would match shovel, shovels, shoveling, shoveled, and so on.

### Jughead

Sometimes you don't want to search the menus of every Gopher server in the world. If you are looking for regional or specialized information, you can use Jughead to search menu titles of Gophers at a single institution. Many colleges and universities use Gopher servers as campus-wide information systems, so students at the University of Texas at Austin can use Jughead to search for information about UTA. Or a medical researcher might use Jughead to search only the Gopher servers at Johns Hopkins University.

In most cases, you use Jughead without knowing it. While UTA's Gopher clearly identifies one menu item as **Jughead: Search Gopher menus at UT Austin**, most others simply say something like **Search Gopher menus at** . . .

As with Veronica, Jughead lets you use the Boolean operators AND, OR, and NOT and the asterisk wildcard. Searches are not case-sensitive. However, Jughead only lets you search for two words at a time and doesn't support the ability to search for specific Gopher resource types.

## WAIS

There are approximately 600 WAIS servers on the Internet which let you search the full text of all the documents in a database. You can access WAIS servers through either the Web or Gopher.

To use WAIS within Gopher, you can pick a WAIS server and search for a string of words. Most WAIS servers aren't terribly sophisticated when it comes to advanced searching techniques, so Boolean operators probably won't work. One good thing about WAIS, however, is that you can ask it questions in plain English, like "What information is there about Silicon Graphics, Inc.?"

Here's how to try it out:

1. Connect to the University of Minnesota Gopher at:

   `gopher://gopher.micro.umn.edu`

2. Choose **Other Gopher and Information Servers**.

3. Choose **WAIS-Based Information**.

*The Mosaic Handbook for Microsoft Windows*

4. Choose **WAIS Databases by Letter**.

5. At this point, you can either search the directory of WAIS servers or choose from an alphabetical list of servers. Since the names of WAIS databases can be a little strange, it's usually better to search the directory. To do that, choose **Directory of WAIS Databases** and enter your query in the search field. For our example, we'll use the query "health insurance," shown in Figure 4-8.



*Figure 4-8. Searching the WAIS directory*

6. After a little while, Mosaic will display a list of WAIS servers that say they have information about health or insurance, as shown in Figure 4-9.

7. At the top of the list is **Health-Security-Act.src**, which is a database of documents related to the health reform bill proposed by President Clinton in 1994. Click on that link to search the database. Enter your query in the search field, and the server will respond with a ranked list of headlines of documents that contain your search words.

8. To see any of these documents, click on the headline, and Mosaic will display the document. If you want to save it, use the **Save As** command.

You can also use WAIS within certain Web servers. For instance, *The Whole Internet Catalog* includes a WAIS server of the documents in *GNN*. To find documents about finance, you can simply enter "finance" in the search field, and Mosaic will

*Accessing Other Internet Services*



*Figure 4–9.  Results of WAIS directory search*

return a list of description files containing that word, as shown in Figure 4-10. Clicking on one of these files will display the page that contains the link. As of this writing, this feature is only available on *GNN*'s NEARnet server, *http://nearnet.gnn.com/gnn/wic/*.

## Mosaic and FTP

Some Web documents, such as *The Whole Internet Catalog*, will link you to FTP servers. FTP is the original Internet application protocol for moving files between computers.

FTP servers generally manage large collections of data—software source code, images, or other data—that is specifically made available for downloading rather than viewing. As a result, files are often stored or compressed in many different formats. This can make FTP a complicated program.

*The Mosaic Handbook for Microsoft Windows*



*Figure 4–10.  Results of searching the WIC*

There are two transfer modes available in FTP—one for binary and one for ASCII (text) files. Binary transfer mode preserves the bit sequence of the file, so that the copy is identical to the original. ASCII mode treats the file as sets of characters so that the document will be readable on the computer receiving the file.  So, using FTP you would have to specify whether you want a binary or an ASCII transfer.

In addition, files are compressed using many different programs, so it's important to identify which files you can decompress and use on your PC. You can usually determine this by looking at file extensions.

Fortunately, using Mosaic to perform FTP transfers simplifies matters quite a bit. This is because Mosaic determines whether a file should be transferred using ASCII or binary transfer mode.

*Accessing Other Internet Services*

One important limitation of using Mosaic as an FTP client is that it only supports anonymous FTP, a service that lets you access a public directory via an anonymous login. If you want to transfer files from a computer on which you have an account, you'll need to use another FTP utility.

## Downloading Files with FTP

Now let's take a look at using Mosaic to transfer files from an FTP site. We'll start at *The Whole Internet Catalog*. In the Art category, the *WIC* has a link to the Smithsonian Institution's image server **photo1.si.edu**, shown in Figure 4-11. Clicking on the GO button will connect you via anonymous FTP to this server.



*Figure 4-11. WIC description of Smithsonian image server*

When you click that button, Mosaic takes care of opening the connection to **photo1.si.edu** and logging you in as an anonymous user. Once connected, Mosaic displays the top-level directories of the server, as shown in Figure 4-12. Now take a look at the URL for this server. The syntax should be familiar to you by now. It

*81*

*The Mosaic Handbook for Microsoft Windows*



*Figure 4–12. Top-level directories of photo1.si.edu*

starts with the service protocol *ftp:*, followed by the separator // and the name of the server. Directories and filenames can be included in the URL, just as with other services. The URL for the Smithsonian image server, then, is:

```
ftp://photo1.si.edu
```

Unlike in Gopher, FTP directory names are not particularly helpful. Remember that you are looking at a UNIX file server meant for transferring files, not browsing, so hints about content are few and far between. Since this is an image server, though, the *images* directory looks promising.

As you can see, each directory is a hypertext link. Clicking on images will display the contents of that directory, as shown in Figure 4-13. Of the seven items here, two are files and five are subdirectories. The files are the ones with file extensions. Looking at file extensions is pretty much the only way to tell what format a file is in. In this directory, *electronic.times.pdf* is an Adobe Acrobat file, and *smithsonian.photo.info.txt* is a plain text file.

The other items are subdirectories. Three of these—*gif89a*, *jfif-uuencode*, and *jpeg*—look most promising as photo archives since their names contain image file formats.

Before we dive into the image directories, let's take a look at the text file *smithsonian.photo.info.txt* to see what it tells us. To read the file, click on the filename. The file is shown in Figure 4-14.

*Accessing Other Internet Services*



Figure 4–13.  *The images directory*



Figure 4–14.  *Clicking on a text file displays its contents*

*The Mosaic Handbook for Microsoft Windows*

The information file explains the file and compression formats of the various files and tells us how to download appropriate software for viewing the images. To save this document for future reference, choose **Save As** from the **File** menu and choose a filename and location on your hard disk.

Now let's see what files are available. Click on the **Back** button to return to the directory listing and then click on **gif89a** to see the contents of that directory, as shown in Figure 4-15.



*Figure 4-15.  Contents of gif89a*

The directory contains several subdirectories, which organize the images by category. Let's try the *air-space* directory, shown in Figure 4-16.  Finally, we've found the images. Notice that these files all end with the extension *.gif.* That tells us that they're images in the GIF format. Remember, now that you know where you're going, you can get right to this directory by entering the URL:

```
ftp://photo1.si.edu/images/gif89a/air-space
```

Now we're ready to download a file. Let's try APOLLO.GIF. Clicking on the filename brings up the **Save As** dialog box, which, of course, lets you specify where to save the document.

Mosaic asks you to save the document, rather than just display it, because graphics files must be downloaded in binary mode.  Mosaic automatically determines whether to transfer in binary or ASCII mode.  Table 4-1 shows which mode is used for different file types.

*Accessing Other Internet Services*



*Figure 4–16. Contents of the air-space directory*

*Table 4–1:  Common File Types and Modes*

| File | Mode |
|------|------|
| Text file | ASCII, by definition |
| Spreadsheet | Probably binary |
| Database file | Probably binary, possibly ASCII |
| Word processor file | Probably binary, possibly ASCII |
| Program source code | ASCII |
| Electronic mail messages | ASCII |
| UNIX shell archive | ASCII |
| UNIX tar file | Binary |
| Backup file | Binary |
| Compressed file | Binary |
| Uuencoded or binhexed file | ASCII |
| Executable file | Binary |
| PostScript (laser printer) file | ASCII |
| Hypertext (HTML) document | ASCII |
| Picture files (GIF, JPEG, MPEG) | Binary |

## Downloading a Program

When the transfer is complete, you can view the image in any program that can display GIF files. (In Chapter 6, *Using Mosaic for Multimedia*, we'll show you how to view GIF and JPEG images with a program called LView.)  If Mosaic is configured to use a GIF viewer, the viewer program will be launched when the download is complete. See Chapter 6 for a detailed discussion of using external viewers

*The Mosaic Handbook for Microsoft Windows*

with Mosaic. The Smithsonian text file recommended a DOS program called CSHOW, which was located in the *apps* directory. To get this, you can move back up to the main directory by clicking on the **Up to** hypertext, which displays the next highest directory, until you reach the main directory. Then click on **apps**.

The *apps* directory has three subdirectories for DOS, Macintosh, and UNIX. Clicking on **dos** displays the contents of that directory, as shown in Figure 4-17.



*Figure 4–17. Contents of DOS directory*

Notice that two of the files in this directory have the extension *.zip*. This indicates that they have been compressed with a DOS compression utility, probably PKZIP. Other times you'll see files with the *.z* or *.gz* extensions. That indicates that a UNIX compression program was used. Table 4-2 gives information about common compression extensions and the associated programs.

*Table 4–2: Common Compression Programs*

| Compression Program | Decompression Program | File Suffix | Typical Filename |
|---|---|---|---|
| compress | uncompress | .Z | *rfc1118.txt.Z* |
| gzip | gunzip | .z or .gz | *textfile.gz* |
| pack | unpack | .z | *textfile.z* |
| Stuffit | unsit | .Sit | *program.Sit* |
| PackIt | unpit | .pit | *report.pit* |
| PKZIP | unzip41 | .ZIP | *package.ZIP* |
| zoo210 | zoo210 | .zoo | *picture.zoo* |

The program we want, however, is in the CSHOW directory. Clicking on it reveals that there are two files in the directory, *cshowa.exe* (the program file) and *describe.txt*. (Files with the *.exe* extension are DOS or Windows application files.)

Click on the text file first to learn about the CSHOW program, then go back and download the program file.

Figure 4-18 shows what APOLLO.GIF looks like.



*Figure 4-18. APOLLO.GIF*

## Using FTP with Hypertext

Another way to use FTP in Mosaic is through hypertext links. Some servers, such as the NCSA Web server, let you download specific files via anonymous FTP by clicking on a hypertext link. This is, of course, a very simple way to get files; you don't have to wade through the FTP server—just click on a link and the file transfer process starts transparently.

As an example, try downloading an external viewer from NCSA's WinMosaic page. To get there, click on the **WinMosaic Viewers** link on the *Mosaic Handbook Hotlist* page. The *External Viewer Information* document is shown in Figure 4-19. When you click on a link to a viewer, for instance, LView, the **Save As** dialog box opens and asks you to specify a filename and location for the file. Mosaic then

*The Mosaic Handbook for Microsoft Windows*



*Figure 4–19.  WinMosaic External Viewer Information page*

downloads the file to your PC. At least it seems that the process is that simple. Here's what actually happens when you click on the link:

1. Mosaic connects to **ftp.ncsa.uiuc.edu**.

2. Mosaic logs you in as an anonymous user.

3. Mosaic sends an FTP request to transfer the file in binary mode.

4. The server downloads the requested file to your computer.

5. Mosaic closes the connection.

# Network News

If you have correctly set up your news server in the EMOSAIC.INI file (see Chapter 5, *Customizing Mosaic*, for details), you will be able to use Mosaic as a newsreader. It's not a very full-featured newsreader, but if you don't use network news intensively, you may be happy reading news through Mosaic. If not, consider getting one of the dedicated newsreaders for the PC, such as AIR News, found in the Internet In A Box product from O'Reilly & Associates and Spry, Inc.



*Figure 4–20. Messages in rec.pets.dogs*

To get started, simply enter the URL for the newsgroup in the **Open URL** dialog. The syntax is:

```
news:newsgroup-name
```

Mosaic does not allow you to specify different news hosts. You define your news server in your .INI file, and so the URL for news does not have a hostname.

To read postings to *rec.pets.dogs*, the URL is *news:rec.pets.dogs*. Mosaic will connect to your news server and display the most recent messages, as shown in

*The Mosaic Handbook for Microsoft Windows*

Figure 4-20. At the top of the screen is a link that reads **Earlier articles**. Clicking on this link displays the next most recent messages. Clicking on a message subject displays that message, as shown in Figure 4-21.



*Figure 4-21. Message contents*

The message body contains links to earlier and later messages in the thread. Clicking on these will, of course, display the linked message.

Unfortunately, after reading a message, there's not much you can do except send personal email to the author. Mosaic doesn't let you respond to messages or post new articles. In fact, there are a number of other drawbacks to using Mosaic as a newsreader:

- You can't use Mosaic to browse a list of all available newsgroups. You have to know the name of the group you want to read.

- You can only access one group at a time.

*Accessing Other Internet Services*

- You have to enter the URL for the newsgroup or save it in your hotlist.

- While you can save messages as text files, you can't download graphics or sound files, which are included in some newsgroups, such as *alt.binaries.multimedia* and *alt.pictures.find-art.graphics*.

As Mosaic continues to develop, we expect that it will improve as a client for Gopher, WAIS, FTP, news, and perhaps even email.

# CUSTOMIZING MOSAIC

*Changing Your Home Page*
*Changing Preferences*
*Advanced Customization*
*The Format of EMOSAIC.INI*

Mosaic is a powerful tool that allows you to explore information and the connections between information in a multimedia environment. But, as we'll see in this chapter, Mosaic is also a flexible environment that can be customized and extended in many different ways. The combination is what makes Mosaic such an exciting tool: Mosaic not only lets you view information, but also gives you control over how the information will be presented.

The most obvious aspect that you can control is type formatting. As a Windows client, Mosaic can take advantage of the fonts loaded on your system to format many different elements of text in many different ways and to combine them within a document. But you can customize several other parts of the interface as well.

In the current version of Enhanced NCSA Mosaic, only a few customization options are accessible through the **Preferences** dialog box. Future versions will include more customization options, but for now, advanced configuration options are only available by editing Mosaic's initialization file, EMOSAIC.INI.

Granted, this is a lot less pleasant than choosing items from a dialog box, but if you are willing to dive into the configuration file, you will have much more control over Mosaic. EMOSAIC.INI lets you configure four major areas of the program: functionality, display settings, style sheets, and performance. Before we discuss these areas, however, we'll discuss changing your home page and setting the options in the **Preferences** dialog box.

## Changing Your Home Page

The home page is a wonderful navigational device that does double duty as map and safe port. Your home page—the document Mosaic retrieves and displays when you launch the program—serves first as your personal navigational map of the Web.

When you're roaming the Net, freely following links and sailing from one server to another, it is not uncommon to find yourself someplace you don't particularly want to be and with no apparent means of getting back out again. When this

*The Mosaic Handbook for Microsoft Windows*

happens, your home page is your safe haven, a return to your familiar map. Whenever you get to a point where you'd like to start fresh, just return to your home page.

The Home Page that comes with this book has links to *GNN* and the *Mosaic Handbook Hotlist*. While this is an excellent starting point, after you've used Mosaic for a while, you may want to change your home page.

There are a number of reasons you may want to specify a different document as your home page. If you use, say, the *GNN Personal Finance* Center frequently, you may want to use the *Personal Finance Home Page* as your home page. If you have certain areas of specific interest, you may want to have a more narrowly focused home page. For example, if you're particularly interested in astrology and space, you may want to select "NASA Information Services Via the WWW" as your home page.

Or if you have discovered a number of servers you return to regularly, you may want to create your own custom map of the Web, which you can keep on your local system and update as needed. You might include URLs to your favorite sports, music, and travel servers, if those are your interests. On the other hand, you might prefer to use your hotlist to navigate to your favorite servers and keep a remote server as your home page.

## Using Another Document as Your Home Page

To change your home page, simply enter the URL of the new home page in the **Home Page** field of the **Preferences** dialog. But how do you find the URL? The best way is to go there—using your hotlist if you have saved it there; using **History** or hypertext links if you haven't. For instance, if you wanted to use *GNN*'s *The Whole Internet Catalog* as your home page, you would go to the *WIC*, select and copy the URL from the display in the toolbar, and paste it into the field in the **Preferences** dialog.

You can also set your home page in EMOSAIC.INI by changing the Home_Page line. See the "Advanced Customization" section, below, on how to do this.

## Creating Your Own Home Page

Creating your own HTML document to use as your home page is a little more involved, but if you want to use your hotlist as your home page, Mosaic's **Export** command (found in the **Hotlist** and **History** dialogs) makes it a snap. **Export** creates an HTML page consisting of all the documents in your hotlist. Every document title is a hypertext link to the actual page on the Net. Here's how to use **Export** to create your own home page:

1. Choose **Hotlist** from the **Navigate** menu.

2. Add and delete items from your hotlist as desired.

*Customizing Mosaic*

3. Click on the **Export** button to export the hotlist to an HTML page.

4. Save this document as a file on your hard disk with the extension .HTM, for example, HOMEPG.HTM. Mosaic then automatically displays this page. Figure 5-1 gives an example.



*Figure 5-1. Exported hotlist file viewed in Mosaic*

5. If you want to rearrange the list or add subject headers, open your home page file in a text editor. The file is coded in HTML and will look something like this:

```
<title>HotList</title>
<h1>HotList Page<\h1>
<a href="http://www.spb.su/">
St. Petersburg Web
</a>
<a href="http://gnn.com/meta/travel/travelwatch2.html">
World Travel Watch
</a>
<a href="http://gnn.com/meta/travel/readingroom.html">
Travelers' Reading Room
```

*The Mosaic Handbook for Microsoft Windows*

```
</a>
<a href="http://hypatia.gsfc.nasa.gov/NASA_homepage.html">
NASA Information Services via World Wide Web
</a>
<a href="http://sd-www.jsc.nasa.gov/jscover.html">
Johnson Space Center
</a>
<a href="http://images.jsc.nasa.gov/html/home.htm">
Image Sciences Division
</a>
<a href="http://tommy.jsc.nasa.gov/">
Automation and Robotics Division
</a>
<a href="http://gnn.com/news/sports/strike/strike-intro.html">
Balance of Power
</a>
<a href="http://gnn.com/news/sports/draft/draft-94.html">
NBA Draft
</a>
<a href="http://gnn.com/news/sports/draft/index.html">
Usenet Mock NBA Draft
</a>
<a href="http://www.nando.net/baseball/bbserv.html">
The Nando X Baseball Server
</a>
```

6. Ignoring the coding for now, you should be able to see that each paragraph is the URL and name of a document in the hotlist. Using the cut and paste functions, you can rearrange the paragraphs to group documents by subject or by title. In this case, we might group the documents into *Sports*, *Travel*, and *Space*.

7. You can try a simple bit of tagging to change the title and main heading and add subject headings to the list:

   ▪ Change the title by changing the first line to:

   ```
   <title>My Home Page</title>
   ```

   ▪ Change the main heading by changing the second line to:

   ```
   <h1>My Home Page</h1>
   ```

   ▪ Insert subject headings by adding new paragraphs using this form:

   ```
   <h2>Sports</h2>
   ```

   ▪ Your edited file will look something like this:

   ```
   <title>My Home Page</title>
   <h1>My Home Page</h1>
   <h2>Travel</h2>
   <a href="http://www.spb.su/">
   St. Petersburg Web
   </a>
   <a href="http://gnn.com/meta/travel/travelwatch2.html">
   ```

*Customizing Mosaic*

```
World Travel Watch
</a>
<a href="http://gnn.com/meta/travel/readingroom.html">
Travelers' Reading Room
</a>
<h2>Space</h2>
<a href="http://hypatia.gsfc.nasa.gov/NASA_homepage.html">
NASA Information Services via World Wide Web
</a>
<a href="http://sd-www.jsc.nasa.gov/jscover.html">
Johnson Space Center
</a>
<a href="http://images.jsc.nasa.gov/html/home.htm">
Image Sciences Division
</a>
<a href="http://tommy.jsc.nasa.gov/">
Automation and Robotics Division
</a>
<h2>Sports</h2>
<a href="http://gnn.com/news/sports/strike/strike-intro.html">
Balance of Power
</a>
<a href="http://gnn.com/news/sports/draft/draft-94.html">
NBA Draft
</a>
<a href="http://gnn.com/news/sports/draft/index.html">
Usenet Mock NBA Draft
</a>
<a href="http://www.nando.net/baseball/bbserv.html">
The Nando X Baseball Server
</a>
```

8. After you save your file, you can preview the results by using Mosaic's **Open Local** command and selecting the file.  Figure 5-2 shows what our example file looks like in Mosaic.

9. Finally, type in the URL of your new home page file, either in the **Home Page** field of the **Preferences** dialog or in the Home_Page line of the EMOSAIC.INI file. For local files, the URL consists of *File:///*, followed by the pathname. For example, the URL for your original home page is:

```
File:///C:\WIN32APP\EMOSAIC\HOMEPAGE.HTM
```

Once you get into composing HTML, you can do quite a bit more with your home page, including adding graphics, writing lists, and incorporating multiple levels of headings. For instructions on writing HTML and a discussion of creating your own home page, see Chapter 7, *Creating HTML Documents*.

*The Mosaic Handbook for Microsoft Windows*



Figure 5–2.  Edited home page file

# Changing Preferences

The basic configuration options available in **Preferences** allow you to change style sheets, set your home page, and specify whether images will be downloaded automatically.

The options available in **Preferences** are:

- Load Images Automatically
- Underline Links
- Set Home Page
- Proxy Server
- Style Sheets

## Load Images Automatically

If you connect to the Internet by dialing in over a SLIP or PPP connection, even with a fast modem, Mosaic may run slower than you would like. The bottleneck is in downloading graphics, especially large ones. By unchecking the **Load Images Automatically** checkbox, you can tell Mosaic not to automatically download images. Instead, Mosaic will draw generic picture icons, as shown in Figure 5-3.

*Customizing Mosaic*



*Figure 5–3.  Generic picture icons, displayed when Load Images Automatically is off*

This speeds things up considerably but, as you can see from the example, really detracts from the design of the page. (If you're working from an office with a dedicated line, you won't need to worry too much about speed.)

Since a lot of the enjoyment of using Mosaic comes from looking at the images on Web pages, you'll want to avoid turning images off. Still, there may be some graphics-laden pages that you use mostly for navigation purposes. Since you know what these pages look like, you can save quite a bit of time by turning images off.

*The Mosaic Handbook for Microsoft Windows*

If you do turn images off, you can get the graphics by choosing **Load Missing Images** from the **Navigate** menu to load all the images on a page. Although it's more time consuming to download images this way, using this option gets you the text of the page fairly quickly, so you can decide if you're even interested in the images.

Some servers, like *GNN*, specify alternate text for Mosaic to use when graphics can't be displayed. In these cases, Mosaic will display the alternate text. If the graphics serve as hypertext, the alternate text will have a bounding box, as shown in Figure 5-4.

To reset Mosaic so that images load automatically, go back to **Preferences** and click on the **Load Images Automatically** checkbox. The next time you connect to a server, you'll get all the images.

## Underline Links

If you have a color monitor, Mosaic will display hypertext in color. If this option is checked in the **Preferences** dialog, links will also be underlined. Unchecking this option will improve performance slightly, since it takes additional time to draw the underlines. If you have a black-and-white or grayscale monitor, however, you should leave **Anchor Underline** on, so you will be able to distinguish hypertext from regular text.

## Set Home Page

As described above, you can change your home page by entering a new URL in the **Set Home Page** field of the **Preferences** window.

## Proxy Server

If you work at a site with a security firewall, you won't be able to access the Internet directly. The workaround is a proxy server located outside of the firewall. Your computer connects to this server, which is on the Internet. The **Proxy Server** field in the **Preferences** dialog lets you specify the address of this proxy server. If you're in this situation, ask your network administrator for help.

## Style Sheets

Mosaic lets you control how documents will look by choosing a style sheet. Most word processing and page layout programs use "styles," which let you tag a paragraph of text with certain attributes. For instance, in Microsoft Word for Windows, you can select a paragraph of text, set up a style for it (for example, *heading 1*), and then define that style as, say, Times Roman, 36 points, single-spaced, no indent. In other words, you explicitly tell Word the values of the style and the program applies those values whenever you tag a paragraph with that style.

*Customizing Mosaic*



*Figure 5–4. Alternate text, displayed when available*

HTML operates very differently. There's nothing in an HTML document that specifies font or point size or spacing. All of these style issues are handled by Mosaic. All HTML says is: "This paragraph is heading 1." Mosaic then looks up the settings for the *heading 1* tag and displays the paragraph that way on your computer.

*The Mosaic Handbook for Microsoft Windows*

Since you can edit these settings, you can change the way Mosaic displays documents on your screen. Mosaic makes the process even easier by providing global style sheets. Each style sheet has values for every HTML tag, and you can change the overall look of a document just by changing to a different style sheet. Here's how it works:



*Figure 5–5. Notes From the Road formatted with Sans Serif Small style sheet*

1. As an example, go to "Notes From the Road" in the *Travelers' Center*. Figure 5-5 shows this page formatted with the Sans Serif Small style sheet.

*Customizing Mosaic*

2. Then choose **Preferences** from the **Edit** menu and click on the **Style Sheets** pop-up menu. This lets you choose a different style sheet from a list of available choices. Choose **Mixed Large.**

3. Mosaic immediately updates the display using the new style sheet, as shown in Figure 5-6.



*Figure 5–6. Notes From the Road formatted with Mixed Large style sheet*

If you want to fine-tune any of the style sheets, or if you want to make one from scratch, you need to edit Mosaic's configuration file. We'll show you how to do that in the Advanced Customization section, below.

*The Mosaic Handbook for Microsoft Windows*

## *Advanced Customization*

Once you have your home page all set up, you can begin thinking about the other modifications you'd like to make, such as changing the color of hypertext links and setting up new style sheets. To make these and most other customizations, you have to edit the EMOSAIC.INI file.

When Mosaic is launched, it first checks EMOSAIC.INI to find out how it should treat a whole range of attributes that control the way the program functions and how it displays elements on your screen.

A few caveats are in order before you dive in. First, modifying EMOSAIC.INI can have unexpected consequences, one of which is that, in some rare circumstances, Mosaic may not function correctly or may even crash. Therefore, when modifying EMOSAIC.INI, be sure to make and save a copy of your original initialization file. This way you can always go back to an earlier initialization file that was more or less bug-free.

### NOTE

Windows 3.x initialization files can be read and modified by any text editor, like Notepad or Word for Windows; however, you may find it easier with a specialized editing utility. A good one is INIEdit, available from Charles E. Kindel, Jr., 22925 N.E. 12th Place, Redmond, WA 98053.

As you make changes to your working copy of EMOSAIC.INI, it is also helpful to include "internal documentation" that makes it clear where you've made changes and what the original values of individual keywords were. You can do this by starting a new line with the word "Rem" or with a semicolon. When Mosaic encounters lines that start with either Rem or a semicolon, it ignores the rest of the line. A couple of lines of a sample file show how this might look:

```
Display_Inline_Images=no ;Changed this from yes
```

As a general rule, you should quit Mosaic before editing the EMOSAIC.INI file. In the first place, most changes won't take effect until you restart the program. This is because most of the settings contained within the initialization file are read only once, when Mosaic is loaded, and are stored in memory thereafter. But more importantly, it is possible that Mosaic may overwrite the new values with its previous values, and all your hard work will be for naught.

*Customizing Mosaic*

# *The Format of EMOSAIC.INI*

Initialization files in Windows are simple lists in which keywords that describe application behavior are defined with certain values. The syntax is:

```
keyword=value
```

Some keywords take a `yes` or `no` answer (or `true` or `false`, if you prefer; either is acceptable, although it's best to be consistent); other keywords need a specific file or font name. Still others need values in a specific format. In the discussion below, we include tables that show possible values and default settings for each attribute.

For the sake of readability, EMOSAIC.INI is organized into sections, with the section name appearing in brackets. While you should keep the keywords within their indicated sections, the sections can be in any order. The following example shows an EMOSAIC.INI file that includes all the attributes that Mosaic understands. This is not the actual initialization file that is included on your disk.

```
[Main]
Display_Inline_Images=yes
Anchor_Underline=yes
Help_File=help/mo-
help.htm
Hotlist_File=hotlist.htm
Grey Background=no
Anchor_Visitation_Horizon=1

[Styles]
Default_Style_Sheet=Normal
Count_Style_Sheets=2
StyleSheet_Name_1=Normal
Normal_Normal_font=Times New Roman, NoBold, 12, NoItalic, NoUnderline
Normal_H1_font=Times New Roman, Bold, 18, NoItalic, NoUnderline
Normal_H2_font=Times New Roman, Bold, 16, NoItalic, NoUnderline
Normal_H3_font=Times New Roman, NoBold, 16, NoItalic, NoUnderline
Normal_H4_font=Times New Roman, Bold, 14, NoItalic, NoUnderline
Normal_H5_font=Times New Roman, NoBold, 14, NoItalic, NoUnderline
Normal_H6_font=Times New Roman, Bold, 14, NoItalic, NoUnderline
Normal_Listing_Font=Courier New, NoBold, 12, NoItalic, NoUnderline
Normal_Pre_font=Courier New, NoBold, 10, NoItalic, NoUnderline
Normal_Address_font=Times New Roman, NoBold, 12, NoItalic, NoUnderline
Normal_BlockQuote_font=Times New Roman, NoBold, 12, NoItalic, NoUnderline
StyleSheet_Name_2=Medium
Medium_Normal_font=Times New Roman, NoBold, 14, NoItalic, NoUnderline
Medium_H1_font=Times New Roman, Bold, 36, NoItalic, NoUnderline
Medium_H2_font=Times New Roman, Bold, 30, NoItalic, NoUnderline
Medium_H3_font=Times New Roman, NoBold, 24, NoItalic, NoUnderline
Medium_H4_font=Times New Roman, Bold, 18, NoItalic, NoUnderline
Medium_H5_font=Times New Roman, NoBold, 18, NoItalic, NoUnderline
Medium_H6_font=Times New Roman, Bold, 18, NoItalic, NoUnderline
Medium_Listing_Font=Courier New, NoBold, 14, NoItalic, NoUnderline
Medium_Pre_font=Courier New, NoBold, 12, NoItalic, NoUnderline
```

*105*

*The Mosaic Handbook for Microsoft Windows*

```
Medium_Address_font=Times New Roman, NoBold, 12, NoItalic, NoUnderline
Medium_BlockQuote_font=Times New Roman, NoBold, 12, NoItalic, NoUnderline

[Viewers]
TYPE0=application/postscript
application/postscript=c:\gs\gsnt.exe %s

[Suffixes]
application/postscript=.ps

[Services]
NNTP_Server=
Proxy_Server=

[Settings]
Anchor_Color=0, 0, 255
Anchor_Color_Visited=255, 0, 0

[Document Caching]
Number=4

[Image Caching]
Number=50

[Main Window]
width=500
height=400

[PageSetup]
margin_left=0.75
margin_right=0.75
margin_top=0.75
margin_bottom=0.75
```

In this chapter, we have chosen not to follow the sections of the EMOSAIC.INI file, since that organization is neither particularly useful nor required. Instead we have chosen to organize the attributes into four major groups:

- Functional attributes

- Display attributes

- Style sheets

- Performance

## Functional Attributes

By editing certain lines in EMOSAIC.INI you can control functions such as the downloading of images and the use of external programs to display certain files. Table 5-1 shows a chart of the functional attributes.

*Customizing Mosaic*

*Table 5–1: Functional Attributes in EMOSAIC.INI*

| Attribute | Possible Values | Default or Example |
|---|---|---|
| [Main] | | |
| Display_Inline_Images | yes/no | yes |
| Help_File | filename | help/mo-help.htm |
| Hotlist_File | filename | hotlist.htm |
| Home_Page | filename or URL | http:/gnn.com/GNNhome.html |
| [Viewers] | | |
| TYPEn | MIME type/subtype | application/postscript |
| MIME type/subtype | command line | c:/gs/gsnt.exe |
| [Suffixes] | | |
| MIME type/subtype | file extension | .ps |
| [Encodings] | | |
| MIME type/subtype | encoding setting | 8bit |
| [Services] | | |
| NNTP_Server | server name | news.ora.com |
| Proxy_Server | server name | proxy.ora.com |

### Display_Inline_Images

This attribute has the same function as the **Load Images Automatically** option in the **Preferences** dialog. It determines whether inline images (the images that are part of a page) will be automatically displayed with the document. (See the "Performance" section later in this chapter for a discussion of when you might want to disable this function.) Since it's easier to control this setting through the dialog box, leave this key set to yes.

### Hotlist_File

This keyword specifies the file that Mosaic uses to store your hotlist. The default is HOTLIST.HTM. The hotlist file is a standard HTML document with the URLs of the documents you saved in your hotlist. So, if you have another hotlist file that you want to use instead, you can set Mosaic to use that document instead by changing HOTLIST.HTM to the name of your file.

### Home_Page

As discussed above, home pages can be specified in either the **Preferences** dialog or with this attribute in EMOSAIC.INI. While individual users will have more flexibility by setting the home page in **Preferences**, system administrators might want to use the .INI file in order to give a group of users a standard home page. When you first open EMOSAIC.INI, this line will look something like this:

```
Home_Page=File:\\\WIN32APP\EMOSAIC\HOMEPAGE.HTML
```

To change the default home page, change the URL to that of the new home page.

*107*

*The Mosaic Handbook for Microsoft Windows*

### Viewers

Several of the sections of EMOSAIC.INI allow you to configure other programs, called external viewers, which Mosaic launches as needed to display files that it can't handle internally. For instance, Mosaic cannot display video files in the MPEG format. Instead, it launches an MPEG player program, which runs the file in a separate window. Mosaic lets you specify which programs to use with which file formats. In this way, Mosaic is an extensible multimedia viewer; as new media formats become available, you can simply configure Mosaic to use appropriate viewers. (The use of external viewers will be discussed at length in Chapter 6, *Using Mosaic for Multimedia*.)

Enhanced NCSA Mosaic doesn't come with any external viewers; you have to download them yourself from various sites on the Internet. (We'll tell how and where in Chapter 6.) Once you've obtained the programs, you have to tell Mosaic how to use them by editing the Viewers section of EMOSAIC.INI.

Mosaic uses the *Multipurpose Internet Mail Extensions (MIME)* protocol to deal with these external viewers. MIME defines a number of content types and subtypes, which allow MIME-capable programs like Mosaic to recognize different kinds of files and deal with them appropriately.

The MIME type specifies the format of the file—such as image, audio, or video—and the subtype gives the precise file format. Under the type *image* there are various subtypes, including *jpeg, gif,* and *tiff*. MIME types are specified by number using the form TYPE*n*. Any number of MIME types can be specified, but the numbering must be in order, starting with TYPE0, TYPE1, and so on.

So, in the Viewers section, there are two steps to defining viewers: first, match a type number to a MIME type/subtype; second, tell Mosaic what application to use when it encounters a file of that type. The following example sets the definition for viewing MPEG movies:

```
[Viewers]
TYPE0=video/mpeg
video/mpeg=c:\WIN32APP\EMOSAIC\MPEG\MPEGPLAY.EXE %S
```

In this example, the first line defines TYPE0 as MPEG video files, and the second line tells Mosaic the command line to use to launch MPEGPlay, a program that plays MPEG movies. The characters %S at the end of the command line tell the viewer to display the downloaded file.

Although it is not required, you can provide Mosaic with the extensions of files of a certain type. For instance, you can inform Mosaic that video/mpeg files have an extension of *.mpg*. To do this, add the following lines to EMOSAIC.INI:

```
[Suffixes]
video/mpeg=.mpeg, .mp, .mpg
```

Table 5-2 gives examples of some of the MIME types, appropriate Windows programs, and some possible file suffixes. The exact command line you use in your

*Customizing Mosaic*

EMOSAIC.INI file depends on where you install these programs. See Chapter 6 for more detail about installing and using these programs.

*Table 5–2:  MIME Types, Associated External Viewers, and Possible Suffixes*

| MIME Type | Program | Suffixes |
|---|---|---|
| image/gif | LView | .gif |
| image/jpeg | LView | .jpeg, .jpg |
| video/mpeg | MPEGPlay | .mpeg, .mpg |
| video/quicktime | Quick Time Video Player | .qt, .moov, .moo |
| application/postscript | GhostScript | .ps, .eps |

### Services

To use network news or a proxy server through Mosaic, you need to set the appropriate server names in the Services section of EMOSAIC.INI. (The proxy server can also be set in the **Preferences** dialog box.)

**NNTP_Server**
This is the news server that Mosaic connects to when you contact a network news group, such as *rec.music.folk.* Your workplace or Internet provider probably runs a network news server. That's the server name you should use for this attribute, for example:

```
NNTP_Server=news.ora.com
```

If you don't specify a news server in EMOSAIC.INI, you won't be able to read network news via Mosaic.

**Proxy_Server**
A proxy server lets people behind a security firewall gain access to the Internet without compromising security. Proxy servers are also used to increase performance by holding lots of documents in a cache and then quickly passing them on to users as requested. In these cases, your system administrator may want to set the proxy server in the EMOSAIC.INI file. At O'Reilly & Associates, we might set this attribute to:

```
Proxy_Server=proxy.ora.com
```

## Display Attributes

The display attributes control the way Mosaic presents information, sizes windows, displays pages, and so on. Table 5-3 shows the display attributes, possible values, and default settings.

*109*

*The Mosaic Handbook for Microsoft Windows*

*Table 5–3: Display Attributes in EMOSAIC.INI*

| Attribute | Possible Values | Default or Example |
|---|---|---|
| [Settings] | | |
| Anchor_Color | RGB values | 0, 0. 255 |
| Anchor_Color_Visited | RGB values | 255, 0, 0 |
| [Main] | | |
| Anchor_Underline | yes/no | yes |
| Anchor_Visitation_Horizon | number | 1 |
| Grey Background | yes/no | no |
| [Main Window] | | |
| Width | n pixels | 500 |
| Height | n pixels | 400 |
| [PageSetup] | | |
| Margin_Left | n inches | 0.75 |
| Margin_Right | n inches | 0.75 |
| Margin_Top | n inches | 0.75 |
| Margin_Bottom | n inches | 0.75 |

## Hypertext colors

When running on a color system, Mosaic is set to display hypertext anchors in blue and visited hypertext anchors in red (the ones you've been to) in red. You can change these settings using the `Anchor_Color` and `Anchor_Color_Visited` attributes. Here are the default settings in EMOSAIC.INI:

```
[Settings]
Anchor_Color=0, 0, 255
Anchor_Color_Visited=255, 0, 0
```

To understand these settings, a little color theory is perhaps in order. Computer monitors display color by shooting combinations of red, green, and blue light at your screen. Each of the three light sources can be set for one of 256 levels of intensity, from 0 to 255, with 0 being all the way off and 255 being all the way on. So, the three numbers in these keywords specify a color in terms of red, green, and blue, or RGB, color.

The `Anchor_Color` attribute sets the color of hypertext. With these settings, Mosaic displays hypertext in blue. That's because red (the first number) is set to 0, green (the second number) is set to 0, and blue (the third number) is set to 255.

Likewise, the visited anchor key, which sets the color of hypertext after you've visited the linked document, is set to red because red is all the way on and green and blue are off.

You can change these settings to any colors you want. Table 5-4 shows the RGB values for some basic colors. To discover the RGB values for other colors, try

*Customizing Mosaic*

working in a program that provides a color-mixing palette, write down the RGB values for the colors you like, and then enter them in this section of EMOSAIC.INI.

*Table 5-4: Some Common Colors and Their RGB Values*

| Color | Red | Green | Blue |
|---|---|---|---|
| Black | 0 | 0 | 0 |
| Dark Green | 0 | 128 | 0 |
| Light Blue | 0 | 255 | 255 |
| Olive | 128 | 128 | 0 |
| Dark Grey | 128 | 128 | 128 |
| Light Grey | 192 | 192 | 192 |
| Magenta | 255 | 0 | 128 |
| Purple | 255 | 0 | 255 |
| Yellow | 255 | 255 | 0 |
| White | 255 | 255 | 255 |

### Anchor_Visitation_Horizon

If you haven't visited a document in a certain amount of time, it seems reasonable to consider that link unvisited. Mosaic lets you set that time period with the `Anchor_Visitation_Horizon` attribute. This specifies the number of days before a visited anchor reverts to a normal anchor. When set to 1, visited anchors are only in effect for a day. When set to 2, two days, and so on. When the attribute is set to 0, Mosaic does not change the display of links; visited links are not distinguished from unvisited links.

### Anchor Underline

This line is automatically created by Mosaic when you change the underline setting in the **Preferences** dialog. The default is for underlining to be on.

### Grey Background

Do you prefer reading documents against a white or grey background? Mosaic is set to use a white background (`Grey Background=no`) but many people creating documents assume you have a grey background, so you might want to change this setting to **yes**.

### Window Setup

The `Document Windows` section controls the size of new document windows in Mosaic. If not specified, new document windows are the same size as the main window. To change the size of new windows, enter a `Document Windows` section in EMOSAIC.INI, specifying the width and height in pixels.

*111*

*The Mosaic Handbook for Microsoft Windows*

```
[Document Window]
width=500
height=400
```

If you have a large monitor, you may wish to change these settings. Simply change the numbers in the values for width and height.

### Page Setup

You can change the way documents are displayed within Mosaic's window by editing this section of EMOSAIC.INI. The values for the margin settings are in inches. Here are the default settings:

```
[PageSetup]
margin_left=0.75
margin_right=0.75
margin_top=0.75
margin_bottom=0.75
```

## Style Sheets

As we discussed above, you can change the appearance of documents by changing the style sheet in the **Preferences** menu. But what if you don't like Mosaic's standard style sheets? What if you want to use some of the fonts on your system and mix them in wild and wooly ways? Your graphic designer friends might bristle, but they're your fonts to use or abuse as you wish.

By editing the Styles section of EMOSAIC.INI, you can change the settings for existing style sheets or create brand new ones. Then you can change the way Mosaic displays text by selecting a different style sheet in the **Preferences** dialog box. The display will update immediately.  Table 5-5 shows the attributes of the Styles section.

*Table 5-5:  Attributes and Values for the Styles Section of EMOSAIC.INI*

| Attribute | Possible Value | Default |
| --- | --- | --- |
| Default_Style_Sheet | Style sheet name | Normal |
| Count_Style_Sheets | Number of style sheets | 2 |
| Style_Sheet_Name_n | Style sheet name | Normal |
| StyleSheetName_HTML | Font, bold status, | Normal_H1_font=Times |
| Tag_font | point size, italic status, | New Roman, NoBold, 12, |
|  | underline status | NoItalic, NoUnderline |

To get started, let's take a look at a sample Styles section in EMOSAIC.INI:

```
[Styles]
Default_Style_Sheet=Normal
Count_Style_Sheets=2
StyleSheet_Name_1=Normal
```

*Customizing Mosaic*

```
Normal_Normal_font=Times New Roman, NoBold, 12, NoItalic, NoUnderline
Normal_H1_font=Times New Roman, Bold, 18, NoItalic, NoUnderline
Normal_H2_font=Times New Roman, Bold, 16, NoItalic, NoUnderline
Normal_H3_font=Times New Roman, NoBold, 16, NoItalic, NoUnderline
Normal_H4_font=Times New Roman, Bold, 14, NoItalic, NoUnderline
Normal_H5_font=Times New Roman, NoBold, 14, NoItalic, NoUnderline
Normal_H6_font=Times New Roman, Bold, 14, NoItalic, NoUnderline
Normal_Listing_Font=Courier New, NoBold, 12, NoItalic, NoUnderline
Normal_Pre_font=Courier New, NoBold, 10, NoItalic, NoUnderline
Normal_Address_font=Times New Roman, NoBold, 12, NoItalic, NoUnderline
Normal_BlockQuote_font=Times New Roman, NoBold, 12, NoItalic, NoUnderline
StyleSheet_Name_2=Medium
Medium_Normal_font=Times New Roman, NoBold, 14, NoItalic, NoUnderline
Medium_H1_font=Times New Roman, Bold, 36, NoItalic, NoUnderline
Medium_H2_font=Times New Roman, Bold, 30, NoItalic, NoUnderline
Medium_H3_font=Times New Roman, NoBold, 24, NoItalic, NoUnderline
Medium_H4_font=Times New Roman, Bold, 18, NoItalic, NoUnderline
Medium_H5_font=Times New Roman, NoBold, 18, NoItalic, NoUnderline
Medium_H6_font=Times New Roman, Bold, 18, NoItalic, NoUnderline
Medium_Listing_Font=Courier New, NoBold, 14, NoItalic, NoUnderline
Medium_Pre_font=Courier New, NoBold, 12, NoItalic, NoUnderline
Medium_Address_font=Times New Roman, NoBold, 12, NoItalic, NoUnderline
Medium_BlockQuote_font=Times New Roman, NoBold, 12, NoItalic, NoUnderline
```

There are two style sheets in this example: Normal and Medium. The Medium style sheet generally uses bigger and bolder fonts than the Normal style sheet. Most of the attributes in this section refer to the tags in HTML documents, which tell Mosaic how to format the document. While we won't explain all the tags here (see Chapter 7 for an in-depth treatment of HTML), we'll go through a few to give you an idea of how to edit style sheets.

## Default_Style_Sheet

This attribute specifies which style sheet Mosaic will use when it starts up. The default is set to `Normal` but you can change it to the name of any style sheet that you set up.

## Count_Style_Sheets

This attribute tells Mosaic how many style sheets are defined. If you add additional style sheets, as explained below, be sure to change the number here to reflect the actual number of style sheets.

## Style_Sheet_Name

This attribute defines the name for each style sheet. Notice that the keyword requires the number of the style sheet, while the value is the name of the style sheet. Style sheets must be numbered in order. Thus the keyword for the first style sheet is `StyleSheet_Name_1` and the keyword for the second one is `StyleSheet_Name_2.`

*The Mosaic Handbook for Microsoft Windows*

### Tag-specific attributes

All the other attributes in a style sheet specify the font to be used with different HTML tags. These tags describe the display elements of a document. (See Appendix B, *HTML Reference Guide* for a complete list of HTML tags.) All of the formatting you see on a Web page is a result of these tags. The first tag in the style sheet is called Normal and is applied to standard text. The first word in the keyword is the name of the style sheet (Normal, in this case) and the second is the name of the HTML tag. So the font for the Normal tag is Times New Roman, no bold, 12 points, no italic, no underline.

There are five font attributes that must be in the value for the tag keys: font name, bold status, point size, italic status, and underline status. You must use all five attributes in exactly that order. Bold, italic, and underline are either on or off. To turn off these formats, the form is `NoBold`, `NoItalic`, and `NoUnderline`.

The syntax is:

```
Style-Sheet-
Name_Tag_font=Font, (Bold/NoBold), Point Size, (Italic/NoItalic),
(Underline/NoUnderline).
```

The next tag is H1, which is a top-level heading. H2 is a second-level heading, H3 is a third-level heading, and so on, down to H6. Notice that H1 is set for 18-point Times New Roman Bold, H2 is set for 16-point Times New Roman Bold, and H3 is set for 16-point Times New Roman. The lower heading tags all have the same settings and are rarely used because they can be difficult to distinguish when displayed.

The other keywords specify fonts for other HTML tags. The most common ones are `Listing`, which sets the fonts for ordered and unordered lists, `Pre`, which sets the font for preformatted text, and `Address`, which sets the font for text in the address format. Again, see Chapter 7 for more information about HTML.

From here, it's a simple matter to change these settings as you wish, using different fonts, point sizes, and formatting. Here are some points to remember:

- Make sure that the headings are in decreasing order of prominence; that is, an H3 heading should be less prominent (in either point size or formatting) than an H2 heading, and an H2 heading should be less prominent than an H1 heading.

- Preformatted text (the `Pre` tag) must be in a monospaced font like Courier or Monaco.

- Be aware that some fonts are "display" faces and should only be used at large point sizes, while others are "text" faces, which work well as body copy.

If you want to add a new style sheet, there are only a few additional steps.

- If you want your new style sheet to be the default, change the default keyword accordingly.

*114*

*Customizing Mosaic*

- Change the number in the count style sheets line to reflect the additional style sheet.

- Rather than writing a new style sheet from scratch, paste a copy of an existing style sheet at the end of the Styles section.

- Change the style sheet name to a new name.

In the following example, we have added a new style sheet called Mixed to the Styles section.

```
[Styles]
Default_Style_Sheet=Mixed
Count_Style_Sheets=3
StyleSheet_Name_1=Normal
Normal_Normal_font=Times New Roman, NoBold, 12, NoItalic, NoUnderline
Normal_H1_font=Times New Roman, Bold, 18, NoItalic, NoUnderline
Normal_H2_font=Times New Roman, Bold, 16, NoItalic, NoUnderline
Normal_H3_font=Times New Roman, NoBold, 16, NoItalic, NoUnderline
Normal_H4_font=Times New Roman, Bold, 14, NoItalic, NoUnderline
Normal_H5_font=Times New Roman, NoBold, 14, NoItalic, NoUnderline
Normal_H6_font=Times New Roman, Bold, 14, NoItalic, NoUnderline
Normal_Listing_Font=Courier New, NoBold, 12, NoItalic, NoUnderline
Normal_Pre_font=Courier New, NoBold, 10, NoItalic, NoUnderline
Normal_Address_font=Times New Roman, NoBold, 12, NoItalic, NoUnderline
Normal_BlockQuote_font=Times New Roman, NoBold, 12, NoItalic, NoUnderline
StyleSheet_Name_1=Normal
Normal_Normal_font=Times New Roman, NoBold, 12, NoItalic, NoUnderline
Normal_H1_font=Times New Roman, Bold, 18, NoItalic, NoUnderline
Normal_H2_font=Times New Roman, Bold, 16, NoItalic, NoUnderline
Normal_H3_font=Times New Roman, NoBold, 16, NoItalic, NoUnderline
Normal_H4_font=Times New Roman, Bold, 14, NoItalic, NoUnderline
Normal_H5_font=Times New Roman, NoBold, 14, NoItalic, NoUnderline
Normal_H6_font=Times New Roman, Bold, 14, NoItalic, NoUnderline
Normal_Listing_Font=Courier New, NoBold, 12, NoItalic, NoUnderline
Normal_Pre_font=Courier New, NoBold, 10, NoItalic, NoUnderline
Normal_Address_font=Times New Roman, NoBold, 12, NoItalic, NoUnderline
Normal_BlockQuote_font=Times New Roman, NoBold, 12, NoItalic, NoUnderline
StyleSheet_Name_3=Mixed
Normal_Normal_font=Palatino, 12, NoItalic, NoUnderline
Normal_H1_font=Helvetica, Bold, 36, NoItalic, NoUnderline
Normal_H2_font=Helvetica, Bold, 30, Italic, NoUnderline
Normal_H3_font=Helvetica, NoBold, 24, Italic, NoUnderline
Normal_H4_font=Helvetica, Bold, 18, NoItalic, NoUnderline
Normal_H5_font=Helvetica, Bold, 18, NoItalic, NoUnderline
Normal_H6_font=Helvetica, Bold, 18, NoItalic, NoUnderline
Normal_Listing_Font=Palatino, NoBold, 12, Italic, NoUnderline
Normal_Pre_font=Courier New, NoBold, 10, NoItalic, NoUnderline
Normal_Address_font=Palatino, NoBold, 12, NoItalic, NoUnderline
Normal_BlockQuote_font=Palatino, NoBold, 12, NoItalic, NoUnderline
```

*The Mosaic Handbook for Microsoft Windows*

Notice that the headings are in Helvetica, while the Normal font and most of the other text styles are in Palatino. The Pre tag is set for Courier, which is a monospaced font. We also changed the default to the new style sheet.

## Performance

It seems like Mosaic and the Web could always stand to be a little faster, no matter what speed Internet connection you have. The Internet, which spans tens of thousands of miles and connects millions of users, of course bears some of the blame for the delays. And HTTP, the Web protocol, could certainly benefit from some speed enhancements. But there is little individual users can do about either of these factors. So we look to Mosaic to improve performance. There are two main methods for improving Mosaic's performance—caching documents and suppressing the retrieval of inline images. Both are focused on the idea of reducing the amount of time Mosaic spends retrieving documents over the Internet.

### Caching

Caches come in a variety of forms, but they all involve some attempt to substitute access to a faster device (like memory) for access to a slower device (like disk drives or remote computers on networks). Without caching, for example, Mosaic must go somewhere in the Internet to retrieve your home page, then go out again to read your next document. If you then decide to return to your home page, it has to go out to retrieve that document all over again.

In a hypermedia system like the World Wide Web, you are likely to return to the same documents over and over again since Mosaic encourages you to follow your trail backward or to return to your home page. But each time that you move backward to a document you've seen previously, Mosaic has to locate it on the network, download it, interpret it, and display it. Clearly, this repetitive searching for and reading of documents over the Internet constitutes a major drain on Mosaic's performance.

To help prevent performance from becoming completely bogged down as it reads and rereads the same documents, Mosaic supports document caching. This means that memory is set aside to hold the contents of documents. When Mosaic reads a document for the first time, it writes the file to memory at the same time it draws it on your screen. The next time, Mosaic simply reads it from the document cache, which is significantly faster than acquiring it over the network.

If document caching is not explicitly controlled within EMOSAIC.INI, Mosaic will cache only the last document that you view. That way, if you switch back from the current document, Mosaic will be able to display that document almost immediately. If you then navigate backward one more document or select a hypertext link to a document that you have not previously viewed, Mosaic will be forced to go out to the Net to find it. As currently configured, however, Mosaic will cache the last four documents that you view.

*Customizing Mosaic*

You can change that number by increasing or decreasing the document caching attribute in EMOSAIC.INI. Similarly, you can change the number of images cached by changing the image caching attribute. The following example shows the default settings.

```
[Document Caching]
Number=4
[Image Caching]
Number=50
```

These settings says that Mosaic can hold four documents and 50 images in the cache. To change the cache setting, just change these numbers. How many documents can Mosaic hold in cache? It depends on how much memory you have. If you set these numbers very high, you will run out of RAM and Mosaic will use virtual memory; however, this will probably still be faster than going out over the network and retrieving them.

Since Mosaic holds so many more images than documents in the cache, reloading a document that is no longer in the cache won't necessarily download the images again. If you want a fresh download of images, you'll have to empty the image cache as well. In this case, use **Open URL** to connect to the server and download the document.

### Viewing selected inline images

As we explained above, you can set Mosaic so that it does not automatically display inline images, either by turning off a checkbox in the **Preferences** dialog or by setting Display_Inline_Images to no in the EMOSAIC.INI file. The selection you make in the **Preferences** dialog will override whatever value you set in EMOSAIC.INI. In future versions of the software, you will be able to control many of these settings through menu options rather than by editing the EMOSAIC.INI file.

CHAPTER SIX

# USING MOSAIC FOR MULTIMEDIA

*What You'll Need*
*Installing a Viewer*
*Getting the Big Picture*
*Digital Drive-In*
*Sound Waves*
*Other Viewers and Files*

Multimedia on the Internet can be one of the most exciting uses of Mosaic. You can play movies and music, look at full-color images of space or great artwork, run scientific animations and models, display 3D graphics, and more.

But Internet multimedia can sometimes be frustrating and is almost always time-consuming. The problem is that these files can be quite large. For instance, a one-minute MPEG movie can be a megabyte or more, a three-minute song might be four or five megabytes, and large full-color graphics are typically half a megabyte or so.

How long it takes to download a file depends on the kind of network connection you have, how far away the server is, and how busy the network is. If you connect to the Internet over a modem, downloading large files will quietly drive you insane if you sit and stare at Mosaic's progress bar. So, when you start downloading movie and sound files, be prepared to take a break or work in another application.

Even so, using multimedia files on the Net can be worth the pain because the results can be stunning, perhaps even more so because it takes so long to get the files. When you bring up that full-screen version of the Mona Lisa, or sit back and play a four-minute track from an unsigned band, or fly through a computer-generated fractal environment . . . in short, when you sit back, stare at your screen, and say, "Wow!" that's when you'll appreciate the full power of Mosaic.

*The Mosaic Handbook for Microsoft Windows*

# What You'll Need

While you don't need a Pentium to run Mosaic, the faster your PC, the happier you'll be. Speed becomes even more of an issue when you're working with multimedia files, but processor speed is not the only issue. For instance, how smoothly video plays is affected by processor speed, available memory, and disk speed.

Even with a fast machine and plenty of memory, you won't have much of a multimedia experience if you can't hear sounds or see color. So you'll need a graphics adapter and a monitor capable of displaying at least 256 colors. (If you're buying a new monitor, be sure to get a low-radiation model.) For sound you'll need a sound card and speakers.

The hardware setup is just one part of the puzzle, though; you'll also need software programs capable of displaying various kinds of files. "Wait a minute," you may be saying, "I have Mosaic. What other software do I need?"

Mosaic cannot directly display all the types of files you might want to use. Instead it relies on other, smaller, programs that are designed to handle specific kinds of files. There are different programs for graphics files, audio files, video files, and so on. When you download a file that Mosaic can't display by itself (basically, anything except HTML and text), it launches one of these programs (referred to as "external viewers" because they are external to Mosaic), which then displays the file. These viewers give Mosaic its power as a multimedia application; they make it possible for Mosaic to display the diversity of digital media on the Internet. In this chapter, we'll show you how to view full-color images, watch movies, and listen to sounds. We'll cover finding and downloading viewers, configuring Mosaic to use them properly, and getting and playing files.

# Installing a Viewer

There's nothing special about viewer applications; you can use any Windows program as a viewer for the file types that program handles. Since the main purpose of external viewers is simply to display files, rather than to do a lot of editing, it's best to use small programs that launch quickly and don't require a lot of memory. There are several freeware and shareware programs available on the Internet that make good viewers. There is no central repository for Windows viewers; different programs exist on many different servers. NCSA, however, has tested several programs, which it has verified will work with WinMosaic, NCSA's Windows version of Mosaic. These viewers also work well with Enhanced NCSA Mosaic, the program that comes with this book. To download some of these programs, go to NCSA's *Windows Viewers* document. You can get there by clicking on the appropriate link on the *Mosaic Handbook Hotlist* in *GNN*, or enter the URL, using Mosaic's **Open URL** command. The URL is *http://www.ncsa.uiuc.edu/SDG/Software /WinMosaic/viewers.html.*

*Using Mosaic for Multimedia*

The document, as shown in Figure 6-1, lists the programs that NCSA has tested and gives brief descriptions of their uses. You can download these programs by clicking on the appropriate hypertext link. In this chapter, we'll download LView (which displays GIF and JPEG graphics files), MPEGPlay (which plays MPEG movies), and WHAM (Waveform Hold and Modify, which plays many different kinds of audio files).



*Figure 6–1. NCSA's Mosaic Viewer page*

*The Mosaic Handbook for Microsoft Windows*

## Downloading and Installing LView

Let's start with LView. When you position your cursor over the LView link, Mosaic tells you the URL of the file:

```
ftp://ftp.ncsa.uiuc.edu/PC/Mosaic/Viewers/lview31.zip
```

From this URL you can tell that you'll be using FTP to download the file from NCSA's FTP server. The *.zip* file extension tells you that this is a compressed file. The *.zip* extension is created by the compression program PKZIP, so to decompress it you'll need to use PKUNZIP, a freeware program available from *ftp://beethoven.cs.colostate.edu:/pub/msdos/pk.*

To download and install LView:

1.  Using Windows' **File Manager**, make a new directory for LView. You may want to make it a subdirectory within the Spyglass directory.

2.  Returning to Mosaic, click on the link for LView. Mosaic will open the **Save As** dialog box. Leave the filename as it is (*lview31.zip*) and select the LView directory. Click on **OK**. Mosaic will then connect you to the FTP server and start the download.

3.  When the download is complete, you'll need to decompress the file using PKUNZIP. Unfortunately, this program does not work properly with Windows running, so quit Mosaic and any other Windows applications, and then quit Windows.

4.  Now you're ready to decompress *lview31.zip* into the LView directory. Assuming that you created a subdirectory for LView within the Spyglass directory, you would type the following at the DOS prompt:

```
PKUNZIP LVIEW31.ZIP \WIN32APP\EMOSAIC\LVIEW
```

5.  PKUNZIP then extracts all the LView files from the compressed file and puts them in the LView directory.

6.  Now create a program item for LView, using the **New** command from the Program Manager's **File** menu. See your Windows manual for details of this operation.

## Configuring LView

OK, LView is now installed on your machine. The next step is to configure Mosaic to work with LView. This is done by editing the Viewers section of the EMOSAIC.INI file. This is what the relevant part of the .INI file looks like when LView is configured correctly.

*122*

*Using Mosaic for Multimedia*

```
[Viewers]
TYPE0=IMAGE/GIF
IMAGE/GIF=C:\WIN32APP\EMOSAIC\LVIEW/LVIEW31.EXE %S
TYPE1=IMAGE/JPEG
IMAGE/JPEG=C:\WIN32APP\EMOSAIC\LVIEW/LVIEW31.EXE %S
```

The configuration process basically tells Mosaic which program to run to handle different types of files. There are three parts to the process:

1. Define a type number for each viewer. The first viewer is TYPE0, the next is TYPE1, and so on. Type numbers must be in order, with no missing numbers. That is, you can't jump from TYPE1 to TYPE3.

2. Define a file type for each type number. These file types are actually part of the MIME specification. MIME is a way of telling a program what kind of file it is dealing with. MIME types consist of types and subtypes. For instance, a GIF file is identified as image/gif. Its type is image and its subtype is GIF. A JPEG file is identified as image/jpeg. In both cases, the identifications tell Mosaic what kind of file is to be displayed. The syntax for defining a file type is:

   `type number=file type`

   In the example above, we defined TYPE0 as image/gif, as follows:

   `TYPE0=IMAGE/GIF`

3. The next step is to tell Mosaic which program to run when GIF files are encountered. The syntax is:

   `file type=application command`

   We want to use LView, of course, so we enter the command line to run LView and open the downloaded file. The line is:

   `IMAGE/GIF=C:\WIN32APP\EMOSAIC\LVIEW\LVIEW31.EXE %S`

   The command line specifies the location of the program file, then gives the name of the program file (*lview31.exe*). The string %s tells LView to open the downloaded file upon launching. If you're not sure of the name of the program file, look in the directory for a file with an *.exe* extension. That's the program file.

Now, since LView also handles JPEG files, we want to configure Mosaic to launch LView when JPEG files are encountered.

1. Define the next type number, in this case, TYPE1, and match a file type with it, in this case, image/jpeg. So you would type:

   `TYPE1=IMAGE/JPEG`

*The Mosaic Handbook for Microsoft Windows*

2. Tell Mosaic what command line to use when it encounters JPEG files. Since we're using LView again, the command line is the same:

```
IMAGE/JPEG=C:\WIN32APP\EMOSAIC\LVIEW\LVIEW31.EXE %S
```

That's it. Save and close EMOSAIC.INI. Now let's see how Mosaic works together with linked GIF and JPEG files.

## Getting the Big Picture

Most of the files on the Web (aside from HTML files, of course) are graphics files. You may be thinking that Mosaic can already display graphics, since *GNN* contains graphics. In fact, as far as the Web is concerned, there are two kinds of graphics. Inline graphics are arranged on HTML pages, while linked graphics are stand-alone graphics files that require an external viewer like LView. There are several graphics formats, although GIF and JPEG are the most common on the Internet.

GIF is an 8-bit indexed color file format, while JPEG is a compression standard for 24-bit color. Quality depends on the level of compression, but JPEG images are generally better quality than GIF images.

After you install LView and configure the EMOSAIC.INI file, you can view some of the great graphics on the Net. To try this, go to the *Space Telescope Science Institute's* page of recent Hubble Space Telescope images.

The URL is *http://marvel.stsci.edu/EPA/Recent.html*.

This page, shown in Figure 6-2, contains thumbnail images of photographs taken by the Hubble Space Telescope. Clicking on the image downloads a larger JPEG version of the image. There's an icon labeled **GIF**, which you can click on to see the GIF version of the image. There's also a caption icon, for seeing a text file about the photograph.

Let's go ahead and get the JPEG version of the Orion Nebula.

1. Click on the thumbnail photos.

2. When the **Save As** dialog box appears, save the file to your hard disk. Make sure you use a *.jpg* extension.

3. When the download is complete, LView will launch and display the file, as shown in Figure 6-3.

*Using Mosaic for Multimedia*



Figure 6-2.  *Space Telescope Science Institute Recent Observations page*

*The Mosaic Handbook for Microsoft Windows*



*Figure 6–3. Orion Nebula (Photo: C.R. O'Dell (Rice University) and NASA.)*

LView is a full-image editing program, so there's a lot you can do with images once you've downloaded them, including changing color, applying special-effects filters, and changing formats.

## Digital Drive-In

Playing movies on your computer is one of the cooler ways to waste time at work. Actually, digital video has the potential to be quite useful, as well as fun. Imagine reading an entry from Nixon chief of staff H.R. Haldeman's diaries and being able to view a home movie he took on the day of the journal entry. Or learning a new

software program and watching a movie that demonstrates a difficult function. Or reading an author's work and seeing an interview with him.

These are all great uses of video on the network. There aren't many cases where video and text are integrated very tightly, however. Most video clips on the Internet are random clips of a minute or less.

In *Digital Drive-In*, a *GNN* special publication, D.C. Denison explains the state of digital video:

> It's the Internet's final frontier: moving pictures. Every cyberspace news story, when they get to that inevitable 'future of the net' section, mentions the eventual delivery of digital video. So where is it?
>
> *GNN* decided to find out. This involved short bursts of net surfing followed by long stretches of downloading. (A tip for prospective Internet movie downloaders: develop a time-consuming hobby, like rug weaving.) Fortunately all the searching, and waiting, led to a happy discovery: digital movies are already on the net in growing numbers. True, some of them look like animated postage stamps, but they have the spunky appeal of an embryonic art form.

## Installing MPEGPlay

To play movies you get from the Net, you'll need a program that can play MPEG movies. (Although there are some movies in QuickTime format, there are far more MPEG movies. If you're interested in QuickTime, the Viewers page contains a link to download a QuickTime viewer.) To download MPEGPlay, first make a directory for the program. Then return to the NCSA Viewers page and click on the link for MPEGPlay. When the **Save As** dialog appears, save the *.zip* file in the directory. Then quit Windows and unzip the file. To install MPEGPlay into a directory called *MPEG*, type the following at the DOS prompt:

```
PKUNZIP MPEGPLAY.ZIP \WIN32APP\EMOSAIC\MPEG
```

Then add the following lines to the Viewers section of EMOSAIC.INI:

```
TYPE2=VIDEO/MPEG
VIDEO/MPEG=C:/WIN32APP/EMOSAIC\MPEG\MPEGPLAY.EXE %S
```

## Watching Waterfalls

To visit the *Digital Drive-In*, click on the icon on the *GNN Home* page. Among the movies featured in the *Digital Drive-In* is some footage from the Raleigh, North Carolina, *News and Observer's* NandO.net, which integrates video with other information. The *News and Observer* runs a series of features called "Carolina Discoveries," which profile different spots around the state. A story on North Carolina's waterfalls includes two MPEG movies of waterfalls. To see these movies, click on the **GO** button.

*The Mosaic Handbook for Microsoft Windows*

This takes you to a page with links to the two movies. This page tells you the format, file size, and length of the clips. "Views of the cascading water" is a 640K MPEG movie that runs 28 seconds, while "The falling waters and the green forest create a tranquil scene" is a 480K MPEG movie that runs 24 seconds.

As Denison notes, getting movies from the Net involves a lot of waiting, so it's usually better to start with smaller clips since they take less time to download. In this example, we'll get the "tranquil scene" video.

When you click on the link, Mosaic asks you to save the movie on your hard disk. When you click **OK**, the download will start.

If you have configured EMOSAIC.INI correctly, MPEGPlay will launch when the file is downloaded and an information window screen will be displayed. Press **Enter** to dismiss this screen and the movie will start playing.

The program will quit when the movie finishes, unless you stop the movie or set it to loop. While we won't give all the details of MPEGPlay, here are some of the operations.

Figure 6-4 shows the MPEGPlay interface with a movie playing. The toolbar has icons to (from right to left) play a movie, advance one frame at a time, stop the movie, restart the movie, and open a file.

The **Dither** menu lets you set the dithering of the playback. As shown in Figure 6-5, the dither options show the number of colors used in each dithering scheme. It's important not to choose an option with more colors than your computer can display. For instance, unless you have a 24-bit color card in your PC, don't choose full-color, because the colors will be way off. You can experiment with the different options to see what works best for each movie.

*128*

*Using Mosaic for Multimedia*



*Figure 6–4.  Waterfall movie displayed in MPEGView*

The **Options** menu lets you set the movie to loop and to stretch to the size of your window. Don't make your window too big or the movie will start to show its pixels. There are also various technical options for video display. See the online documentation (under the **Help** menu) for details on these options.

Digital video is definitely not the big screen. In fact, it's the very small screen. The *News and Observer*'s Eric Harris says: "When it comes to digital video, we're sort of in the black-and-white TV age."

*The Mosaic Handbook for Microsoft Windows*

```
┌──────────────────────────────────────────────────────────────┐
│ ═        Spyglass Mosaic - [North Carolina Discoveries]    ▼ ▲ │
│  ═   File   Edit   Navigate   Windows    Help              ▼ │
│ ┌──┬──┐ URL: │ http://www.nando.net/ncd/week8/video.html │   │
│ │◁│▷ │                                                       │
└──────────────────────────────────────────────────────────────┘
```

N O R T H   C A R O L I N A

*Discoveries*

**Carolina Cascades**

- Views of the cascading water (Mpeg 640k 28 secs)
- The falling waters and the green forrest create a tranquil scene (Mpeg 480k 24 secs)

*Return to the main index.*

```
┌────────────────────────────────────────────────────────┐
│ ═     MPEGPLAY V1.50 [c] 1993 Michael Simmons        ▼  │
│  File   Movie   Dither   Options   Help                 │
│ ┌──┬──┬──┐  MonoThreshold [16]                          │
│              Mono       [16]                            │
│              gray       [256]     8CLIP.MPG 160×120 420K│
│            √ gray 2×2   [256]                           │
│              Ordered    [256]                           │
│              Ordered 2×2 [256]                          │
│              Full Color [16M]                           │
│              Hi Color   [32K]                           │
│              Fs2Fast    [256]                           │
│              Hybrid     [256]                           │
│              No Dither  [0]                             │
└────────────────────────────────────────────────────────┘
```

*Figure 6–5.  Waterfall movie with dither options*

## Sound Waves

There are all kinds of sounds available on the Internet, from music servers like the
Internet Underground Music Archive, the U2 server, and the Elvis server, to sound
bytes from Internet Talk Radio and *The Late Show with David Letterman.*

*Using Mosaic for Multimedia*

## Installing WHAM

There are many different sound file formats, so to play sounds you need a program that supports many different formats. Although it is a fairly complex program, WHAM (Waveform Hold and Modify) does support most of the sound files you're likely to encounter on the Internet.

WHAM offers all kinds of sound editing and playback controls, but the basic controls are as simple as operating a tape deck. In addition to playing sounds, you can cut the sound apart and splice it together in different ways, splice different sounds together, and other nifty stuff. There's only one track, though, so you can't mix sounds together. Detailed operating instructions are available in the online help file.

To download WHAM, make a directory for it. Then go to the NCSA Viewers page and click on the appropriate link. When the **Save As** dialog appears, save the *.zip* file in the appropriate directory. Quit Windows and unzip the file. Depending on how you set up your directories, you'll type something like this at the DOS prompt:

```
PKUNZIP WHAM.ZIP \WIN32APP\EMOSAIC\WHAM
```

To configure Mosaic to launch WHAM when audio files are encountered, enter the following lines in EMOSAIC.INI:

```
TYPE3=AUDIO/BASIC
AUDIO/BASIC=C:\WIN32APP\EMOSAIC\WHAM\WHAM.EXE %S
```

## Listening to the Underground

One of the most popular music servers on the Internet is the Internet Underground Music Archive, which was awarded a Best of the Net award from *GNN*. "The Net's first free hi-fi music archive," the IUMA is dedicated to promoting unknown and unavailable artists over the Internet.

To use it, click on the Internet Underground Music Archive on the *Mosaic Handbook Hotlist* or enter the IUMA's URL:

```
http://sunsite.unc.edu/ianc/
```

When you get to the IUMA, you'll see one of the hippest home page designs on the Internet, with options to check out bands by artist, label, location, song title, and interactively. You can also select the **Fresh Catches** option to listen to new tracks.

The *Fresh Catches* page describes the music available and provides several links to various versions. There are stereo and mono versions of the whole cut, which typically weigh in at 4 to 5 megabytes, as well as much smaller 15-second samples, which are *.au* files.

*The Mosaic Handbook for Microsoft Windows*

Following the smaller-is-better rule of downloading, choose one of the smaller samples. Once again, Mosaic asks you to save the file and then starts the download. There are numerous sound file formats, most of which are supported by WHAM. But it's important to save sound files with the correct extension, so WHAM can play them correctly.

When the file transfer is complete, WHAM launches and displays a waveform of the sound file, as shown in Figure 6-6.



*Figure 6-6. Waveform of an audio file*

Click on the **Play** button to play the sound or select a portion of the waveform to listen to part of the sound. When you're done, return to Mosaic.

## Other Viewers and Files

In this chapter, we've covered some of the basic file formats you may find on the Net. There are other files you will likely encounter, and you'll have to download appropriate viewers for those file types. To help you configure some of these other file types, Table 6-1 shows the MIME types for common file formats.

*Table 6-1: Common MIME Types and Subtypes*

| MIME Type/Subtype | File Format | Appropriate Viewers |
|---|---|---|
| image/jpeg | JPEG image | LView |
| image/gif | GIF image | LView |
| image/tiff | TIFF image | Paint Shop Pro |
| audio/basic | Sun *.au* sound files | WHAM |
| video/mpeg | MPEG video | MPEGPlay |
| video/quicktime | QuickTime video | QuickTime Viewer |
| application/postscript | GhostView | |

CHAPTER SEVEN

# CREATING HTML DOCUMENTS

*The Power of Hypertext*
*The Hypertext Theory of Relativity*
*Getting Started*
*Writing HTML*
*Creating Your Own Home Page*
*Using HoTMetaL to Create Documents*
*Resources*

So far in this book we've talked about viewing other people's World Wide Web pages. Now we're going to turn the tables and show you how to create your own Web pages. It's not something that requires programming experience or any special skills. All you need is access to a Web server on the Internet (one that uses the HTTP protocol) and the ability to tag text files according to the HTML specification.

Writing HTML documents is actually pretty easy. You can create them using any editor that can save files in plain ASCII text format. Most word processors can write ASCII files, and nearly every text editor writes ASCII files normally.

Unfortunately, there are relatively few tools that help in the process. One of them is Mosaic itself, which lets you preview HTML pages located on your local system. Another is HoTMetaL, a WYSIWYG (what you see is what you get) editor for writing HTML. We'll discuss both of these programs in this chapter.

We'll also go through the standard HTML tags in some detail. While we won't cover every aspect of HTML, we will cover the most common and important tags. You may not be an expert by the time you finish with this chapter, but you will be able to write sophisticated documents for the Web.

## *The Power of Hypertext*

The Web adds a new dimension to writing documents—building hypertext links that connect one document or topic to another. Hypertext is a powerful way to help users navigate through information. To understand just how powerful, think about the way we navigate through printed books. There's a table of contents that describes the content of each chapter; an index that tells you where specific references are located; footnotes and annotations that refer to other sections of the book or to other works; and finally there's the body of the book itself, which (with

*The Mosaic Handbook for Microsoft Windows*

the exception of mystery novels) people often flip through and scan for information that catches their eye.

Hypertext incorporates all these modes of navigating and adds the instant gratification of seeing a referenced work or section immediately. Within the pages of a hypertext server, an author can point to other pages of general content, point to specific information, let users jump to other works, and let them move through a collection of information in either a linear or nonlinear way.

In many cases, Web documents are multimedia documents with graphics, sound, and video files, as well as text. This presents the author with yet another question—how to combine and present all of these media in a unified document.

Almost all servers have a home page, a front door to the server that provides links to other documents. A home page is a place where you can assert your identity, explain the purpose and scope of your server, and set up links to other documents. Later in this chapter, we'll work on creating your own home page.

# The Hypertext Theory of Relativity

HTML is the markup language for World Wide Web documents. A subset of *SGML* (*Standard Generalized Markup Language*), HTML is a standardized language for creating formatted hypertext documents. It lets you perform two main tasks: defining hypertext anchors and links, and describing the format of the document.

Formatting is defined only in rather general, often relative terms. HTML does not tell Mosaic, for example, "Make this line 36 point Palatino." It simply identifies the text as a heading, and Mosaic uses that description to format and display the text.

The reason that HTML describes documents in general rather than specific terms is that there is no single World Wide Web browser that everyone uses. There are several different browsers, and more are likely to be developed in the future.  What they have in common is that they are all able to display HTML documents. But they all do it differently.

The differences between browsers tend to reflect the limitations of different computing environments. For instance, Mosaic runs in a graphical user interface, so it can display graphics, type styles, and point sizes.  Lynx is for character-based environments, so it makes do with more limited formatting capabilities. Some future computer platform might translate all text into spoken words, and a browser for that system might read plain text in a calm voice and headings in hearty yells.

In addition, not all users have the same set of fonts, so a document that specifies Palatino for headlines might use Courier on a system that doesn't include Palatino. That's a common problem when PC users try to share files, and it's one that HTML avoids by leaving the formatting to the browser.

The basic philosophy of HTML is that authors need not be concerned with the way the document will look; that's the job of the browser. If the file is tagged correctly, each browser will display the document to the best of its abilities.

# Getting Started

You already have the most important tool for writing HTML—Mosaic itself. You can use Mosaic to preview documents on your local system by using the **Open Local** command. This works just like the **Open** command in any Windows program: it launches a dialog box that lets you open a file on your computer. Since you're working on local files, this is one time you don't have to be on the network to use Mosaic.

You can also access local files with the **Open URL** command. In this case, you need to use the following syntax:

```
File:///c:/dir/subdir/filename
```

Note that the URL uses slashes, not backslashes as DOS and Windows do.

As we go through examples in this chapter, you can try writing your own HTML documents and previewing them in Mosaic. Remember to save your work as text files and to use the extension *.htm.*

### NOTE

One confusing thing about writing HTML documents on DOS and Windows computers is the filename limitation. Filenames in DOS and Windows can have no more than 11 characters, and file extensions can have no more than three characters. Thus, you should save your HTML documents with an extension of *.htm.* However, most documents on the Web have extensions of *.html,* since UNIX accepts much longer filenames than DOS. We assume that you will eventually move your documents to a UNIX machine for publication on the Web. At this point, you should rename your documents with the *.html* extension for the sake of consistency with other Web documents. (If your documents will actually be served on a DOS computer, you'll have to leave the *.htm* filenames.) In this chapter, we will use the *.html* extension, even though you will initially save files as *.htm.*

Let's take a look at a real-world document. Here is the HTML document that describes the *What's Up in GNN* page:

```
<HTML><HEAD>
<TITLE>What's Up in GNN</TITLE>
</HEAD><BODY>
<A HREF="/gnn/wel/welcome.html">
<IMG ALT="Global Network Navigator--Charting the Internet"
SRC="/gnn/graphics/HOME.gif"></A>
<P>
<IMG ALT="What's Up?" SRC="/gnn/graphics/WU.xbm">
```

*The Mosaic Handbook for Microsoft Windows*

```
<UL>
<LI>The
<A HREF="/gnn/meta/finance/index.html">Personal Finance Center</A>
brings readers
<A HREF="/gnn/meta/finance/feat/foreclosure.html"><B>Real Estate
Foreclosures</B></A>,
a feature article from the Brookfield Economics Institute
discussing the "ins and outs" of foreclosure for buyers and sellers
alike.
<P>
</BODY></HTML>
```

If that looks discouraging, don't worry. It's really not that bad. In fact, once you get the vocabulary down, HTML is quite a simple beast to master. As you can see from the *GNN* example above, you can create highly sophisticated documents using HTML.

There are three basic conventions of the HTML language, and once you understand them, writing HTML is a breeze. These conventions are tags, attributes, and URLs.

## Tags

The most basic element in an HTML document is a tag, which is usually bracketed by the "less than" and "greater than" signs, < and >. Tags often come in pairs and surround text, much like quotation marks, with one tag starting the action and another tag ending it. Ending tags look just like starting tags except for a slash mark preceding the tag name within the brackets. For instance, <H1> is the starting tag for a top-level headline and </H1> is the ending tag. Here's a simple example of how tags are used in HTML:

```
<TITLE>This is the title</TITLE>
<H1>This is a headline</H1>
This is plain text.
```

Some tags work by themselves without ending tags. These tags usually identify special characters or tell the browser to insert something. For instance, the tag &amp; represents the ampersand (&). Often tags are nested inside one another. Some tags accept nesting while others do not. Nesting is often used with lists to create an outline format.

Finally, tags are exclusive, not additive. Two tags can't be added together to create a hybrid effect. Each tag has its own formatting, completely independent of nearby tags. For instance, if you have a sentence in italic (using the <I> tag) and want to put a word or two in bold italic, you might think that just placing the bold tags (<B> and </B>) around the words would work:

```
<I>An italic sentence with <B>bold-italic </B>type.</I>
```

136

It doesn't. Each subsequent tag supersedes the previous tags, so you get regular bold, not bold-italic:

>  *An italic sentence with* **bold-italic** *type.*

Combining the tags (<BI>) doesn't work for the same reason. In fact, there really is no way to call out bold-italic type in HTML.

## Attributes

With some tags, you need to use attributes to define exactly how the action will work. These attributes vary from tag to tag. They are like multiple-choice questions; there are several possible answers, or values, for each attribute. The syntax for using attributes is:

```
<TAG ATTRIBUTE="VALUE">
```

In this chapter, we'll talk about the most important attributes for each of the tags, but we won't necessarily cover all of them. Refer to Appendix B, *HTML Reference Guide*, for more information about these attributes.

## URLs

Attributes are often used to specify files as links.  To specify a file, use the document's URL as the value of an attribute.  For example, IMG, the tag used to include a graphic or figure, takes the attribute SRC (for "source") to indicate which file to use. In this case, the document's URL is the value of SRC:

```
<IMG SRC="http://gnn.com/graphics/HOME.gif">
```

For a more detailed discussion of URLs, see Chapter 2, *Getting Started with Mosaic.*

# Writing HTML

There are two steps in creating a page for the Web—formatting the document and building links to other files. To get started, let's go through a simple HTML document. Below is the HTML document for the home page of a fictional server about the Marx Brothers comedy team.  Figure 7-1 shows how the page appears in Mosaic.

```
<HTML>
<HEAD>
<TITLE>The Marx Brothers Home Page</TITLE></HEAD>
<BODY>
<H1>The Marx Brothers Web Server</H1>
Welcome Marx Brothers Fans!
<HR>
Get Information About The Brothers By Clicking On Their Names:
<P><A HREF="groucho.html">GROUCHO</A>
<P><A HREF="harpo.html">HARPO</A>
```

*The Mosaic Handbook for Microsoft Windows*



*Figure 7-1.  Marx Brothers home page*

```
<P><A HREF="chico.html">CHICO</A>
<P><A HREF="zeppo.html">ZEPPO</A>
</BODY></HTML>
```

## Identification Tags

An HTML document consists of several tags that give information to the browser but don't actually affect the content. These tags give the title of the document and tell the browser when the header starts and ends, when the body starts and ends, and so on.

### Document identifier tag

    <HTML> and </HTML>

The Marx Brothers document opens with the <HTML> tag. <HTML> is the opening tag for all Web documents. It tells the Web browser that this is in fact an HTML document and not some other structured document. </HTML> marks the end of the document. Note that everything else in the document is nested inside these two tags. In fact, Mosaic and most other browsers do not insist on the use of these tags, but using them may prove to be more important in the future.

138

*Creating HTML Documents*

### Header

<HEAD> and </HEAD>

While there are actually several elements that can be included in the header, the only important one is the title.

### Title

<TITLE> and </TITLE>

The title is the name of the document as it appears in the browser's title window, history list, and hotlist. The title tag is part of the header, so it needs to be within the two header tags.

There are a few technical rules worth mentioning here:

- There may only be one title in any document.

- The title cannot contain anchors (explained later), paragraph marks, or text formatting.

- The title is not normally displayed in the text of a document itself, although the opening heading could consist of the same text as the title.

- While there is technically no limit to the length of a title, it's a good idea to keep it less than 64 characters. This is because some browsers may truncate it in window titles, menus, and hotlists.

- Each document within the collection of documents should have a unique title.

- The title should describe the page out of context. That is, it should refer to the whole collection of documents, not just a specific document. You can imagine how confusing it would be if you followed a hypertext link only to arrive at a page labeled merely "Home Page."

In the following example, the title is nested within the header tags, which in turn are nested within the document identifier tags. The ellipsis represents the body of the document, which is itself nested within the HTML tags.

```
<HTML>
     <HEAD>
          <TITLE>The Marx Brothers Home Page
          </TITLE>
     </HEAD>
        ...
</HTML>
```

*The Mosaic Handbook for Microsoft Windows*

### Body identifier

    `<BODY>` and `</BODY>`

We're almost ready to start writing the document, but there is one more technical item. The `<BODY>` tag indicates that we're ready to start the actual document. Now, you might think that since we explicitly ended the header, the Web browser would be able to tell where the body starts, but HTML calls for an explicit tag to start the body. In fact, Mosaic and other browsers don't insist on the use of the body tag, but again, it's a good practice and may be important to future browsers.

## Crafting the Page: Formatting Text

HTML provides several ways to control the presentation of text on the screen. While it doesn't provide precise control over the placement of text and graphics, it does enable you to specify a great deal about the way your page is structured.

### Headings

    `<H1>` and `</H1>` ... `<H6>` and `</H6>`

There are six levels of headings, with `<H1>` having the most emphasis and `<H6>` having the least. Exactly how these headings are displayed is up to the different browsers. Mosaic displays `<H1>` in large bold text, while Lynx puts the header text in all caps and centers it. The other header elements, `<H2>` through `<H6>`, are of gradually reduced emphasis.

Don't use header elements below `<H3>`, because the display of these minor levels is notoriously inconsistent between browsers; a small but readable header in one browser may be indecipherable in another. More importantly, if you feel the need to have more than three levels of information, consider breaking the document up into several smaller documents and linking the documents to each other. Each document could then have its own `<H1>` element.

In the following example, we've added the body tag, an `<H1>` header, and some plain text. The text between the `<H1>` tags is the first thing the user will see. Viewed in Mosaic, it will be the biggest text on the page. `<H1>` indicates the start of the heading text and `</H1>` indicates the end of it. The next line of text has no formatting codes, so it is presented as regular text. Figure 7-2 is a screen shot of this page in Mosaic.

```
<HTML>
<HEAD>
<TITLE>The Marx Brothers Home Page
</TITLE>
</HEAD>
<BODY>
<H1>The Marx Brothers Web Server
</H1>
Welcome Marx Brothers fans!
```

*140*

*Creating HTML Documents*



*Figure 7–2. Document with an <H1> heading and plain text viewed in Mosaic*

### Breaking paragraphs and lines

As far as HTML is concerned, the only thing you can do with a keyboard is type text. It does not respond to even rudimentary formatting techniques, such as entering carriage returns or extra spaces. To format text, even to indicate the beginning of a new paragraph, you must use tags. In this section, we'll discuss the tags that let you control the structure of text on the page. Note that these tags do not require ending tags.

#### Paragraphs <P>

The paragraph tag starts a new paragraph. Since carriage returns are ignored, you could simply place paragraph tags at the appropriate place in a block of text, like this:

```
Paragraph one.<P>Paragraph two.<P>Paragraph three.
```

or you could insert returns to make it easier for you to visualize the page, like this:

```
Paragraph one.
<P>
Paragraph two.
<P>
Paragraph three.
```

The result would be the same—three separate paragraphs. Exactly how those paragraphs would be displayed would, of course, be up to the individual browsers. Most browsers insert space after a paragraph, so there's no need for more than one paragraph tag. In fact you'll want to keep an eye out for redundant paragraph tags, as some browsers (Lynx, for instance) will insert space for every paragraph tag. Mosaic, on the other hand, ignores extra paragraph tags.

#### Line Breaks <BR>

What do you do if you want to break a line but you don't want to start a new paragraph? Simple. Use <BR> for a line break. This tag starts a new line but doesn't format a new paragraph. It is commonly used to format a block of text, such as an address:

*141*