# EXHIBIT II (Part 3/3)

*The Mosaic Handbook for Microsoft Windows*

```
Name<BR>
Address<BR>
Phone Number
<P>
```

**Rules** <HR>

To make a horizontal rule, don't make the mistake of just typing a bunch of under-line characters. Because various browsers may be set up for different line widths, this may create unattractive effects for some users. Instead, use <HR>. It causes a paragraph break and draws a horizontal rule across the screen.

In the following example, we've added paragraph tags, line break tags, and a hori-zontal rule to the Marx Brothers Home Page. Figure 7-3 shows the display of this document in Mosaic. There are three separate paragraphs on this page. Note that no paragraph tag is used before the horizontal rule because the <HR> tag automati-cally starts a new paragraph.



*Figure 7-3. Document with paragraphs, line breaks, and horizontal rule*

```
<HTML>
<HEAD>
<TITLE>The Marx Brothers Home Page</TITLE>
</HEAD>
<BODY>
<H1>The Marx Brothers Web Server</H1>
Welcome Marx Brothers fans!
<P>This server takes as its philosophy Groucho's opening song from
"Horse Feathers":
<P>"Whatever it is, I'm against it<BR>
No matter whose it is or who commenced it,<BR>
I'm against it!"
<HR>
```

*Creating HTML Documents*

### Lists and glossaries

The list and glossary tags can be powerful because they allow for fairly sophisticated formatting through simple tags. Lists are a good illustration of the power of HTML because they let the author generally indicate the nature of the information, while the browsers take care of the exact format.

Lists are simply paragraphs, sentences, phrases, or single words presented in an itemized format. There are several kinds of lists. The most commonly used ones are ordered lists and unordered lists. Glossaries have a structure in which each item is a term followed by a definition. The terms are usually short items, while the definitions can be several paragraphs in length. Both glossaries and lists can be nested.

### Lists

Entries in unordered lists are preceded by bullets. Entries in ordered lists are preceded by numbers in ascending order. Lists start with an opening tag (<UL> for unordered lists, <OL> for ordered lists) and end with a closing tag. Each item in the list is preceded by the <LI> tag, which does not require a closing tag. The syntax for an unordered list is:

```
<UL>
<LI>Text
<LI>Text
</UL>
```

This example shows an unordered list in HTML, and Figure 7-4 shows the list displayed in Mosaic.



*Figure 7–4. An unordered list viewed in Mosaic*

```
Here is a list of the Marx Brothers' Paramount films:
<UL>
<LI>The Coconuts (1929)
<LI>Animal Crackers (1930)
<LI>Monkey Business (1931)
```

*The Mosaic Handbook for Microsoft Windows*

```
<LI>Horse Feathers (1932)
<LI>Duck Soup (1933)
</UL>
```

The syntax is very similar for ordered lists, with just the opening and closing tags changing:

```
<OL>
<LI>Text
<LI>Text
</OL>
```

Figure 7-5 shows what the previous example looks like in Mosaic if we use an ordered list instead of an unordered one.



*Figure 7–5. An ordered list viewed in Mosaic*

Both ordered and unordered lists can be nested to create an outline format, and both kinds of lists can be combined within a larger list. For instance, the following example gives a table of contents for a book about the Marx Brothers in which unordered lists are nested within an ordered list. Figure 7-6 shows the list as viewed in Mosaic.

```
<H1>Table of Contents</H1>
<OL>
<LI>Vaudeville Days
        <UL>
        <LI>Fun in Hi Skule
        <LI>Mr. Green's Reception
        <LI>Home Again
        </UL>
<LI>On Broadway
        <UL>
        <LI>I'll Say She Is (1924)
        <LI>The Coconuts (1925)
        <LI>Animal Crackers (1928)
```

```
                </UL>
<LI>The Paramount Films
                <UL>
                <LI>The Coconuts (1929)
                <LI>Animal Crackers (1930)
                <LI>Monkey Business (1931)
                <LI>Horse Feathers (1932)
                <LI>Duck Soup (1933)
                </UL>
</OL>
```



*Figure 7–6. Table of Contents with nested lists, viewed in Mosaic*

### Glossaries

As mentioned earlier, glossaries consist of terms, which are usually short, and longer descriptions, which are indented in Mosaic. Glossaries use four tags:

- <DL> to start the glossary

- <DT> for the main entry or term

- <DD> for the descriptive paragraph, or definition

- </DL> to end the glossary

*The Mosaic Handbook for Microsoft Windows*

The syntax is:

```
<DL>
<DT>Term One
<DD>Definition of Term One.
<DT>Term Two
<DD>Definition of Term Two.
</DL>
```

The following example gives the HTML for a two-item glossary. Figure 7-7 shows how the glossary is presented in Mosaic.

```
<H2>Marx Brothers Film Summaries</H2>
<DL>
<DT>"The Coconuts" (1929)
<DD>Their first film, for Paramount, puts the brothers in Florida during
the land boom of the 1920s. It features the famous "Why a Duck?" routine
with Groucho and Chico.
<DT>"Animal Crackers" (1930)
<DD>Like "The Coconuts," based on a Broadway show of the same name,
"Animal Crackers" features Groucho as Captain Spaulding, the African explorer.
<P>It boasts the classic line: "One morning I shot an elephant in my pajamas.
How he got in my pajamas, I don't know."
</DL>
```



*Figure 7-7. HTML glossary as viewed in Mosaic*

Note that <P> can be used within definitions to create multiple paragraphs. Other formatting tags, except the heading tags, can also be used. You can nest ordered

*Creating HTML Documents*

and unordered lists within a glossary. For example, you could include an outline (which could include many nested lists) within a glossary definition.

### Text attributes

```
<EM> and </EM>
<STRONG> and </STRONG>
<B> and </B>
<I> and </I>
<U> and </U>
```

There are two kinds of tags for text attributes in HTML—physical styles (bold, italic, underline) and logical styles, which let the author format based on his intentions rather than having to specify the exact look of the text. The primary logical styles are `<EM>` (for emphasized text) and `<STRONG>` (for even more emphasized text). The idea is that emphasized text is visually louder than plain text and stronger text is louder still, as shown below:

```
This is very important: <EM>Always lock the door when you leave.</EM>
<STRONG>Always.</STRONG>
```

Figure 7-8 shows how this is presented in Mosaic.



*Figure 7–8. EM and STRONG types viewed in Mosaic*

As a rule, you should use `<EM>` and `<STRONG>` instead of the physical styles (`<B>`, `<I>`, and `<U>`). This is because every browser understands these tags and interprets them in a relative, rather than absolute, way. That is, while different browsers display `<EM>` and `<STRONG>` differently, they will all display `<EM>` text as louder than plain text and `<STRONG>` text as louder than `<EM>` text.

In X Mosaic and Windows Mosaic, text tagged with `<EM>` displays in italic, and text tagged as `<STRONG>` displays in bold. Mac Mosaic underlines the emphasized text and puts strong text in bold. Lynx underlines emphasized text and does the same for strong text.

As for underlining—don't. Underlined text is too easily confused with hypertext links, which are often underlined.

*The Mosaic Handbook for Microsoft Windows*

### Preformatted text

> `<PRE>` and `</PRE>`

Sometimes you want to control exactly the way text will look. You can do that (within limitations) by using the `<PRE>` tag. Preformatted text always appears in a monospaced font like Courier, and unlike with other HTML text, carriage returns and extra spaces work. For these reasons, many people use preformatted text for tables, like this:

```
<PRE>
Title                  Date
A Night at the Opera   1937
A Day at the Races     1938
At the Circus          1939
Go West                1940
The Big Store          1941
</PRE>
```

You can use most other tags, including hypertext links, within preformatted text.

### Address format

> `<ADDRESS>` and `</ADDRESS>`

This tag was originally intended as a format for contact information at the bottom of a page, but you can use it whenever you want to set a paragraph such as a date apart from the rest of the page. Text appears in italics.

### Special characters

What do you do when you want to use characters that have special meanings in HTML? There are four such characters:

- < (the left angle bracket)

- > (the right angle bracket)

- & (ampersand)

- " (quote marks)

HTML includes character combinations, called escape sequences, to represent these characters in an HTML document. They are:

- &lt; (the escape sequence for <)

- &gt; (the escape sequence for >)

- &amp; (the escape sequence for &)

- &quot; (the escape sequence for ")

*148*

It is important to note that escape sequences are case-sensitive, unlike all other HTML tags. There are many more escape sequences for non-ASCII characters. Some of the more common ones are:

- &ouml; (the escape sequence for a lowercase o with an umlaut)

- &ntilde; (the escape sequence for a lowercase n with a tilde)

- &Egrave; (the escape sequence for an uppercase E with a grave accent)

## *Weaving Threads: Anchor Links*

   &lt;A&gt; and &lt;/A&gt;

Now for the fun part—creating anchors and hypertext links. As discussed earlier, links are the way that users are guided through a body of hypertext information. In the parlance of HTML, an anchor is the hypertext itself—the element that the user selects in order to go to the linked document. An anchor can be a word, a phrase, a picture, an icon, or anything that can be displayed on an HTML page. The linked item, that is, the place the user goes after clicking on the anchor, can be any file—not just another HTML document, but also a Gopher menu, a WAIS database, an FTP site, etc. For the sake of simplicity, however, we'll talk primarily about linking HTML documents together.

### *Linking to other documents*

By now you're quite familiar with how to recognize and use hypertext links. In this section, you'll learn how to create them. We'll start by discussing how to link to other documents on your computer; then we'll move on to linking to other documents on the Internet.

You'll probably start out writing your documents on your PC, but at some point, you'll need to move your files over to an HTTP server to make them available on the Web. For that reason, it's a good idea to use only filenames in your links, not directory names, since your files will have a different path on the server than they do on your PC.

The first step is to create an anchor, which you do with the anchor tag &lt;A&gt;, and the HREF attribute. The anchor tag tells the browser, "Make the following text a hypertext anchor," and HREF tells it, "Link the anchor to this file."  Here's the syntax:

    <A HREF="filename">HYPERTEXT</A>

Consider the original Marx Brothers home page shown in Figure 7-10.  The mouse is positioned over the word **GROUCHO**, which is displayed as a hypertext anchor. At the bottom of the screen Mosaic displays the name of the file that is linked to

*The Mosaic Handbook for Microsoft Windows*



*Figure 7–9.  Hypertext links displayed in status bar in Mosaic*

this anchor. Here is the HTML that causes Mosaic to display **GROUCHO** as a hypertext anchor.

```
<A HREF="groucho.html">Groucho</A>
```

This line says: Make the word **GROUCHO** an anchor that links to the file *groucho.html*. In this case, the file is on the same computer and in the same directory as the active page, so we only gave the filename. But we could link to a file in another directory on the same computer, or to another computer on the Internet.

Let's add to this page a hypertext anchor that links to a document on another server. To do this, we need to give the URL of the linked file. The hypertext will say, "Learn more about the 1930s," and will link to the home page of a collection of documents about the 1930s that exists on a computer called **college.edu**. Here's the HTML:

```
<A HREF="http://college.edu/USHistory/1930s/HomePage.html">Learn
more about the 1930s</A>
```

When users click on the anchor, they are connected to **college.edu** and the linked page is displayed.

When creating links, remember that you can link to any file, not just an HTML page. You can create links to video, audio, graphic, or CAD files. The only proviso

*Creating HTML Documents*

is that users need to have external viewers to handle these files, so you'll probably want to stick to the common formats.

### Naming anchors

Another feature of the anchor tag is the ability to name anchors. This is a helpful navigation technique for large documents. By linking to a named anchor, you can take the user right to a specific part of the page, as illustrated in Figure 7-10. While, in theory, you could link to a named anchor on another server, it's much more common to use names within your own server or within a single page.



*Figure 7–10. Hypertext used to link to text within a document*

Let's say you want to set up an anchor to link **GROUCHO** to an essay later in the same page. The first step is to set up a name for the linked text, using the NAME attribute with the <A> tag. The syntax is:

```
<A NAME="name">TEXT</A>
```

*The Mosaic Handbook for Microsoft Windows*

Here's how we would name the essay about Groucho:

```
<A NAME="grouchobio"><B>Groucho Marx: A Life</B></A><P>
Groucho Marx was famous for quick wit, a greasepaint mustache and
eyebrows, and a big cigar. He and his brothers were the preeminent comedians
of film in the 1930s. While Harpo and Chico made a legendary slapstick duo,
often quoting the vocabulary of vaudeville and burlesque in their routines,
Groucho was without doubt the star of the show. The Marx Brothers started
in burlesque and by the mid-20s were the toast of New York in the Broadway
shows "The Coconuts" and "Animal Crackers." Those plays were brought to the
screen as very early talkies in 1929 and 1930. Their film career was
effectively over by the early '40s but Groucho managed a comeback as host of
the game show "You Bet Your Life" in the 1950s.
```

Note that we only named the title of the essay, but we could have named the entire essay, since it is fairly short. Since the hypertext anchor will take us to the beginning of the essay, there's really no point in naming the entire thing.

Now that we've named the paragraph, we can link to it from earlier in the page:

```
Welcome Marx Brothers fans!
<HR>
Get information about the brothers by clicking on their names:
<P><A HREF="#grouchobio"> Groucho</A>
```

The last line of the above code now says: Make **GROUCHO** an anchor and, when the user clicks on it, link to the text named "grouchobio." Note that you use # to specify the name as a link.

Any text can be named, even another anchor. Remember that NAME is an attribute, just like HREF. Here's the syntax for naming text that is also a hypertext anchor:

```
<A HREF="linked file" NAME="#name">Hypertext anchor</A>
```

### Inserting graphics

```
<IMG>
```

The combination of graphics and text is one of the things that make the World Wide Web so interesting. In our Marx Brothers server, we could include photos of the brothers, stills from their films, and so on.

There are two ways to present graphics in the World Wide Web—inline graphics (those that appear within the page) and linked graphics (stand-alone files reached by links). HTML only supports the XBM and GIF file formats for inline graphics; however, if you link to a graphics file, it can be in any format—provided that users have the external viewers with which to view them. The most common file formats are JPEG and GIF; it's probably a good idea to convert graphics to one of those formats. (Chapter 6 has more information about file formats and viewers.)

*Creating HTML Documents*

The tag for inserting an inline graphic is `<IMG>`. Since the tag doesn't refer to text, there's no end tag involved. This tag always requires a source attribute (`SRC`), which defines the name of the file to insert. The value for the `SRC` attribute can be any URL. The URL can point to a GIF or XBM file on any computer on the Internet, although it's probably safer to maintain inline graphics files locally, just in case the other computer is inaccessible.

There are two other attributes that can be included in the tag:

- `ALIGN` specifies how graphics and/or text should align. The values are `TOP`, `MIDDLE`, and `BOTTOM`. They tell the browser to align nearby text with the top, middle, or bottom of the graphic.

- `ALT` defines some alternate text to be used in case a browser cannot display graphics. This is important for users of non-graphical browsers such as Lynx. If the graphic is an integral part of your content, you'll want to be sure to specify some alternate text.

Let's say we want to insert a photo of Groucho before his name and have the accompanying text line up with the bottom of the image. For Lynx users, we'll display the phrase "[Photo of Groucho Marx]." Here's the tag:

```
<IMG SRC="groucho.gif" ALIGN=BOTTOM ALT="[Photo of Groucho Marx]">
```

### Inserting graphics as anchors

We can also insert a graphic and make it an anchor for a hypertext link. Here the photo of Groucho is an anchor to the specified file:

```
<A HREF="marxbros.html"><IMG SRC="groucho.gif" ALIGN=BOTTOM></A>
```

One common use of graphics as anchors is for custom bullets. Instead of using an unordered list, which uses bullets, you can put postage-stamp size graphics in front of text and have them do double duty as custom bullets and hypertext links. It's a good way to give your page some personality. If you wanted to use a picture of Groucho as a linked bullet, for instance, you might write:

```
<P><A HREF="file1.html"><IMG SRC="groucho.gif" ALIGN=BOTTOM></A>Information
about Groucho's life
<P><A HREF="file2.html"><IMG SRC="groucho.gif" ALIGN=BOTTOM></A>Information
about Groucho's family
<P><A HREF="file3.html"><IMG SRC="groucho.gif" ALIGN=BOTTOM></A>Information
about Groucho's work
```

Figure 7-11 shows how this list looks in Mosaic.

*The Mosaic Handbook for Microsoft Windows*



*Figure 7–11. Custom bullets used as hypertext anchors*

# Creating Your Own Home Page

If first impressions really are the most important, you'll want to pay particular attention to your home page. The home page is the first document users come to when they contact your server. It introduces users to your service, tells them what kind of information they'll find, and provides links to documents on your server or others. Beyond that there really are no rules for home pages. Companies, colleges, publications, scientists, students . . . they all have Web servers on the Internet, with very different home pages. In this section, we'll take a look at some of the different home pages out there and discuss how you can make the right impression.

A personal home page occupies a unique niche on the World Wide Web: it represents the Web at its most basic and at its most eccentric. We can lay the blame for this multiple-personality disorder on evolution. From its simple text-based roots in CERN, the WWW home page has rapidly grown into a flexible self-publishing tool. It can now serve as anything from a conservative, professional-looking front door on the Net, to a medium of personal expression that intersects with autobiography, e-zines, and science fiction.

*Creating HTML Documents*

What should you put in your home page? Here are a few thoughts about different approaches (with the linked servers shown in brackets), taken from *GNN*'s *Netizens* feature, written by D.C. Denison.

*Be Professional:*

I graduated from Utah State University [USU] with a degree in Music [Internet Underground Music Archives], and now I work with the Global Network Navigator [GNN].

*Wax Literary:*

It was a dark and stormy night [weather server]. Nancy Drew leaned back in her trusty '62 T-bird [rec.auto.classic] and turned the radio dial to KKSF [SF radio station Web site].

*Get Up Close and Personal:*

I live with an amazing standard poodle named Willie [picture of Willie], and love to ponder the meaning of life [philosophy gopher] while watching basketball [GNN Sports Page].

*Be an Information Kiosk:*

Here is a list of all the free Mac software on the Net [Internet Computer Index], all the online guides to cyberspace [GNN Gold Mine], and a list of all the Internet bicycle information [cycling gopher].

The attitude you decide on will tell you a lot about the other aspects of designing your page. If you're creating a professional page, you'll want your photograph to be professional and your links to be clearly identified. If you're being more personal, you can embed lots of links within text, make inside jokes, show off your homemade computer art, and so on.

To help you get started with that first home page, here are a couple of templates. All you need to do is fill in the blanks, and you're off and running. This template is the HTML for a generic personal home page. It uses an inline image, unordered lists, and some links, as well as the <ADDRESS> tag.

```
<HTML><HEAD>
<TITLE>YourName's Home Page</TITLE></HEAD><BODY>
<H1>YourName's Home Page</H1>
<IMG SRC="YourPicture.gif"> picture title
<H2>Where I work/go to school</H2>
I work at <A HREF="URL here">company/school name</A>.
<H2>Hobbies</H2>
<UL>
<LI>description
<LI>description
<LI>description
</UL>
<H2>Personal Hot List</H2>
<UL>
<LI><A HREF="URL here">description</A>
<LI><A HREF="URL here">description</A>
```

*The Mosaic Handbook for Microsoft Windows*

```
<LI><A HREF="URL here">description</A>
</UL>
<ADDRESS>YourName (YourEmailAddress@host.domain) </ADDRESS>
</BODY></HTML>
```

You can fill this out and use it as your home page or customize it as you wish. Figure 7-12 shows a filled-out version of this page.



*Figure 7–12.  Personal home page*

The following template is a somewhat more complex form, featuring custom bullets in glossaries, as well as inline images and plenty of links. Try filling out this template and previewing the results in Mosaic.

```
<HTML><HEAD>
<TITLE>My Favorite Things</TITLE></HEAD>
<BODY>
<H1>These Are a Few of My Favorite Things</H1>
This page is all about the things I like.
```

*Creating HTML Documents*

```
<DL>
<DT>
<IMG ALIGN=BOTTOM SRC="picture.gif">
<A HREF="startrek.html">Star Trek: The Next Generation</A>
<DD>
<I>My all time favorite TV show</I>
<DT>
<IMG ALIGN=BOTTOM SRC="picture.gif">
<A HREF="bogart.html">Casablanca</A>
<DD>
<I>My all time favorite movie</I>
<DT>
<IMG ALIGN=BOTTOM SRC="pics/whiteball.gif">
<A HREF="ulysses.html">Ulysses by James Joyce</A>
<DD>
<I>My all time favorite book</I>
</DL>
</BODY></HTML>
```

# Using HoTMetaL to Create Documents

While HTML is a relatively simple tagging language, it is easy to make mistakes. If you miss an end tag somewhere, your whole document may be displayed in bold or as <H3> text. If the mistake occurs in a large document, it may be rather difficult to find and correct. At the very least, your fingers will get tired from typing out all those tags.

One solution is a new program called HoTMetaL, available in both freeware and commercial versions. There is a link for downloading HoTMetaL on the *Mosaic Handbook Hotlist*, or you can download it yourself using the URL *ftp://ftp.ncsa.uiuc.edu/Web/html/hotmetal/Windows/hotmetal.exe*. Developed by SoftQuad for X and for Windows, HoTMetaL solves some of the problems of writing HTML from scratch. For starters, the **Insert** pull-down menu gives you a list of all the tags, so you don't have to keep them all in your head.

In addition, HoTMetaL is a rules-based program, so it won't let you make any boneheaded mistakes. For instance, whenever you insert a tag, say <H1>, HoTMetaL automatically inserts the appropriate ending tag. All of this saves you from the endless typing of tags. In fact, HoTMetaL's rules are a good bit stricter than they currently need to be, since Mosaic and other browsers are fairly forgiving of documents that don't adhere to the letter of the law. For this reason, HoTMetaL gives you the option of turning off the rules. As the program's manual notes, however, future browsers are likely to be more insistent on proper tagging, so it's a good idea to use HoTMetaL's rules.

HoTMetaL is more than just a fancy macro program; it's also a WYSIWYG editor. Titles, headers, and other tagged text are displayed in different fonts and point sizes to give you an idea of what the document looks like as you're writing it. The display of all tags is configurable by the user.

*157*

*The Mosaic Handbook for Microsoft Windows*

Another strong point of this freeware program is that it allows you to save templates, which is useful if you have many documents with a similar structure. Figure 7-13 is a screen shot of the HoTMetaL interface.



*Figure 7-13. The HoTMetaL interface*

## Marking Up

The primary menu is the **Markup** menu, which lets you insert and edit HTML tags. To get started, you use the **Insert Element** command to bring up a scrolling box of possible tags. By selecting one of the tags, you insert both the opening tag and the closing tag. If you try to insert an element with the cursor positioned where no tags are allowed, HoTMetaL disables the **Insert Element** command. This dialog box also has a checkbox labeled **Include Required Elements**. When this is checked, sub-elements to a tag are automatically inserted along with the tag. For instance, inserting <HTML> automatically inserts <HEAD> as well.

You can edit the attributes and URLs of an element by using the **Edit Attributes and Links** command. Select an element and then choose this command from the **Markup** menu. This brings up a dialog box with the name of each attribute and either a drop-down menu with possible values or a text box for specifying a name of some kind. For instance, if you select an IMG tag, the dialog box will show the ALIGN attribute with the choices TOP, MIDDLE, BOTTOM. Simply select another

158

choice and the element is edited. The dialog box also has text fields for editing the URLs specified with HREF or SRC.

The **Surround** command lets you select text and then surround it with a tag. For instance, you might decide to change a line from plain text to an <H3> heading. To do this, select the text, choose **Surround**, and then pick H3 from the menu. HoTMetaL will put an <H3> tag before the text and </H3> after it.

## *Rules Checking*

HoTMetaL prevents markup errors essentially by removing temptation. The program presents a restricted list of tags, so that only correct tags are available from the **Insert Element** dialog box. This list changes according to the element within which the cursor is positioned. In addition, HoTMetaL disables commands that would cause the document to be incorrectly coded. If at any point this all gets too restrictive, you can turn Rules Checking off by selecting the toggle command **Turn Rules Checking On/Off**. You might want to do this while you perform an intermediate step that temporarily makes the tagging incorrect.

## *Viewing*

While HoTMetaL provides a number of commands for controlling the presentation of text, including the ability to set font families, point sizes, and spacing, it's not the same as previewing in Mosaic. These settings bear no relationship to the way Mosaic will present the document. To make the previewing more useful, HoTMetaL has a **Preview** command, which launches Mosaic and loads the document.

There are two windows, launched from the **View** menu, that help in checking the construction of your document. **Show Structure View** (shown in Figure 7-14) brings up a window that shows the hierarchy of the entire document. Each line represents a new element and has a start tag, an end tag, and the text between them. The lines are indented to show the nesting of tags. For a close-up look at the structure of the selected element, use **Show Link and Context View**. When the selected element is nested within other elements, this window will show the hierarchical sequence up to the selected element. It doesn't show tags before or after the current hierarchy.

While you're still not an HTML expert, you're well on your way now. We haven't covered every single thing you can do with HTML, but you know enough now to create pages as sophisticated as most of what you see on the Web. For information on more advanced elements, see Appendix B.

*The Mosaic Handbook for Microsoft Windows*



*Figure 7–14. HoTMetaL's structure view*

# Resources

A Beginners Guide to HTML
*http://www.ncsa.uiuc.edu/General/Internet/WWW/HTMLPrimer.html*

A Beginners Guide to URLs
*http://www.ncsa.uiuc.edu/demoweb/url-primer.html*

HTML Quick Reference
*http://kuhttp.cc.ukans.edu/lynx_help/HTML_quick.html*

Hyper Text Markup Language (HTML)
*http://info.cern.ch/hypertext/WWW/MarkUp/MarkUp.html*

Style Guide
*http://info.cern.ch/hypertext/WWW/Provider/Style/Overview.html*

WWW Names and Addresses
*http://info.cern.ch/hypertext/WWW/Addressing/Addressing.html*

*Creating HTML Documents*

World Wide Web Initiative
*http://info.cern.ch/hypertext/WWW/TheProject.html*

ISO Latin Characters
*http//info.cern.ch/hypertext/WWW/MarkUp/ISOlat1.html*

# FUTURE DIRECTIONS

*W3O*
*WWW Project Information*
*VRML: Visualizing Web Space*

The Mosaic interface and the World Wide Web information architecture will continue to evolve in new directions. In this chapter, we try to indicate what some of those directions might be and to describe how you can join in the discussions on the Net where the new developments are happening.

We begin with a story from *GNN NetNews* on W3O, the organization created by the Massachusetts Institute of Technology (MIT) and the European Laboratory for Particle Physics (CERN) to shape the future of the WWW. We also include a *GNN* interview by D.C. Denison with Professor Michael Dertouzos of MIT, a key player in creating this international organization. He talks about the goal of creating a Web that includes online entertainment, commerce, and education, and what needs to be done to make this happen.

Also in this chapter, we catalog the newsgroups, mailing lists, and Web servers where you can follow the most recent developments, such as the Virtual Reality Markup Language.

## W3O

Almost from the beginning of the World Wide Web initiative at CERN, project leader Tim Berners-Lee recognized the need for a separate organization that could help to develop WWW standards, as well as much of the common code base. In the summer of 1994 that organization finally emerged, and it was named W3O. The organizing sponsors of W3O consortium are MIT and CERN. Berners-Lee will move from CERN to MIT to serve as the director of W3O.

At MIT, the Web initiative will be based at the Laboratory for Computer Science. Professor Michael L. Dertouzos is the director of the Lab. Dertouzos said that W3O aspires to "enhance the Web by developing the 'bulldozers and backhoes' of the information age, that will work for us—not the other way around, as is often the case today.

"We envision an information market where information and information services can be purchased, sold, or exchanged freely so as to improve the economic well-

*The Mosaic Handbook for Microsoft Windows*

being and the quality of life of people throughout the world, and as a medium for education and the nurturing and integrating of different cultures."

W3O is expected to receive the enthusiastic support of the European Union. "It is of the utmost importance that these computer frameworks be worldwide frameworks," said Dr. Martin Bangemann, the Commissioner of the European Union in charge of industrial policy, information technologies and industries, and telecommunications. "The European Union intends to support this cooperative activity as an important step toward the Global Information Society," he said.

Dr. George Metakides, director of the European Strategic Program for Research and Development in Information Technologies (ESPRIT), which reports to Dr. Bangemann, commented, "Common information navigation tools will be essential for the development of the Global Information Infrastructure. This development of the World Wide Web provides a concrete example that will help us to understand better the transition to the information society."

At the time of the W3O announcement, Tim Berners-Lee commented, "The Web was conceived as a representation of mankind's knowledge, society, and commerce." It is becoming more secure, more interactive, and developing greater richness of meaning. An international base seemed essential to support its very rapid growth and its evolution, while also ensuring its stability.

"Throughout the world, information and communications technologies are generating a new industrial revolution already as significant and far-reaching as those of the past," according to the European Union's Bangemann. "A global information society is emerging which changes the way we work together and the way we live together. The engine driving the transition to the information society is the information infrastructure, which enables us to process, retrieve, and communicate information in whatever form it may take—oral, written, or visual—unconstrained by distance, time or volume."

As you might expect, you can follow the developments at W3O online. As of this writing, there are only a few pages on the Web about W3O, but that should change quickly.

The following URL will get you to the W3O server. (This server may be relocated to MIT.)

```
http://info.cern.ch/hypertext/WWW/Organization/Consortium/W3OSignature.html
```

## *MIT's Michael L. Dertouzos on W3O*

To get a better sense of what W3O might do, as well as what interesting directions the Web might move in, we have an interview with MIT's Professor Dertouzos. This interview was conducted by D.C. Denison and originally appeared in *GNN NetNews* in August of 1994, several weeks after the formation of W3O had been announced.

A secretary gives the visiting reporter a simple way to know when Michael L. Dertouzos has arrived at MIT's Laboratory for Computer Science.

*164*

*Future Directions*

"He's the biggest man who will walk through the door," she says, pointing to the main entrance.

Sure enough, Dertouzos, the director of the Lab and a professor of computer science and electrical engineering at MIT, is easy to spot. Tall and courtly, he sweeps into the office, gathers up a couple of mugs of coffee and some fresh faxes (from Vice President Albert Gore's office, it turns out), and settles down to discuss some big ideas. Like Dertouzos' idea of an "information marketplace," which he has been promoting for 15 years, and the W3O, the brand new international initiative to develop and standardize the World Wide Web.

**How did you get interested in the World Wide Web?**

I was looking for a mechanism that would allow this Lab to concentrate its future research on the architecture of the global information infrastructure, with the emphasis on global. Second, I wanted something that already had millions of users, so it had the voice of reality, but was bendable. Then reality would bend us back, if we proposed stupid things, and we would bend it back, if we proposed clever or useful things.

I really want this lab to be an architect of tomorrow's information infrastructure. There are going to be so many people out there doing interfaces: Time/Warner will have a movie interface and a news interface; Bill Gates will have his own Microsoft interface, so that if you're in Excel you can hook up with somebody on the other side of the ocean who is also using Excel; the telcos will have an interface, each with its own look and feel; the publishers, the Murdochs, will have their own spin on an interface.  Everyone wants to control that, because they see it as a very lucrative market. So there will be no shortage of me-toos, trying to plug you into the infrastructure. But no one's worried about the damn architecture. So I saw this as a fertile ground, for this Laboratory to focus on the architecture. And when I talk about architecture, I'm talking about how machines in one location will understand what the machines in another location want to do. Today, if you look at the Internet, they don't. It's human beings who have to understand. In fact the Web is human browsable.

**Is there a better way, in your opinion?**

Back in the industrial era, we invented machines, and they replaced our muscles. That was a simple thing to understand. We've also come up with ways to produce food by using only three percent of the population, instead of 50 percent. So what are we replacing in the information revolution? What would you say?

**The work of finding and accessing information. The "legwork" it takes to locate sources of information. How's that?**

The mundane mind work, if I may generalize from your words. You want to replace some of the mundane mind work. So in this lab, we're trying to work out schemes that will act as bulldozers and backhoes for the mind. That's a nice metaphor.  The Web doesn't have bulldozers or backhoes; it has shovels. It welcomes you with lots of shovels that you have to operate. All it is now is a Web that links home pages and other pages all over the world: you click, you cross the

*165*

*The Mosaic Handbook for Microsoft Windows*

ocean or the street, and then your brain has to go to work: you have to figure out, "What do I want to do?" and "What do I have to do?" It's like electronic mail: it does some wonderful things, but it has some terrible disadvantages.

**What are its disadvantages?**

It's another shovel in your hands. I can click my little finger and create a hundred copies of your message to me, and my response to you, and 100 minds have to at least read the message address to figure out what I'm telling them. Again, it's the human brain being overloaded. It is not evolution, in productivity terms, when you overload an ancient human brain. It's as if the Industrial Revolution came and you started telling people, "Now if you only start working harder with your muscles, we can offer you a lot of utopias." That's bull. It doesn't work. So viewed from that perspective, the current existing networks are nowhere near where we envision them. This is the vision that I have.

**So you want to make things simpler.**

Correct. But not only simpler. I see it as the human quest to increase productivity, to have others do his work. Technology is there to serve us.

**What are the first things we can expect to see on future versions of the World Wide Web?**

Recreation. There are 80 million households in the country, and a little over two TV sets in each household. That's more than 150 million TV sets. There are only 30 or 40 million PCs. There is also a well-known, $14 billion market that views videos. So the first application is clearly that one.

**Do you think the Web can deliver that kind of entertainment?**

Not in its current form. But the Web, suitably modified, could. But we're talking about the infrastructure of the future here, and that infrastructure clearly has to have the architecture to support recreation. So the first things you're going to see will probably be recreation. The Web today goes through slower lines, but there's nothing prohibiting people from running the Web through television's coaxial cable.

**And after recreation?**

After recreation, I see shopping and mail-order coming right away, because that's natural, once people get used to browsing. Another thrust will come from the business sector, and commerce, by which I mean the whole set of transactions that start with looking for things, move on to negotiations, move on to contracting, and move on to delivery and post delivery. All these steps can be very important, depending on what you're buying or selling. Then there's education, which is the toughest, because although there's plenty of talk about education, there isn't much money. Whereas with entertainment and commerce, there's money and perceived need. So the possibilities for education are beautiful, but will it really happen? The whole area of travel will also be big. But the initial thrust will probably be recreation and commerce. Then I see health care coming in big. There's money there,

and the Web can help save both time and money. Financial services and group-work are other areas that show promise.

**This seems to be a long way from the current system.**

Things always look that way. If you ask people what they want, they generally want 20 percent more than they have—a few more features, smoother operation, etc. But we want to go 150 percent ahead.

**How many people will be working on W3O?**

I don't differentiate between W3O and the rest of the Lab. We have about 500 people working here, and about half of them will be working on the information infrastructure. But specific W3O people, working on the standard, and issuing new versions—probably around 12.

**Is part of W3's appeal its scalability?**

W3 is very clean and unmolested by too many fixed ideas, so you can put some things on it. And it can expand. But our own idea, since day one, has been to build this information market. We're interested in a market, not a utility where someone has all the knowledge and sells it. We're not interested in any of these dictatorial models; we want a market where buyers and sellers come together and buy and sell information. It's decentralized.

**That's not what many corporations are building now.**

No, this is not what's happening today. The scenarios you see today will make it possible for you to watch a movie, but if you want to then sell a service, you won't be able to. So we don't have a market. We don't have an equal place where you and I can transact. We have a broadcast medium, and that's what everybody's after: control, which means broadcast. Never mind if they give you some interaction back, so you can choose what you can buy, it's still broadcast. I've given a name to these models; I call them spiders, because they have a hub, and there's one way out, and they don't let you come back in. There are all sorts of spiders. The European telephone company is a spider: they think that they are going to offer every service you're going to need. That's another spider that prohibits an information market.

If you stop and think about it, it's not in the interest of any single capitalistic agency to promote a universal infrastructure. Any more than it's in the interest of any capitalistic agency to promote a highway system for cars. Who built the highway system in this country? The government. I'm not a socialist, I'm a capitalist, but there are some things that the government has to stimulate. This is one of them. People left to their own devices are going to build spiders, and it will take us 20 years before people will realize, which they will, that there's more money in converting spiders to highways. But by then there may be a lot of things already frozen in place.

*The Mosaic Handbook for Microsoft Windows*

**How will you head off all these spider-builders?**

That's why we're the architects. That's one of our noble duties—to say to people, "Yes, guys, these spiders are great for sending movies to the home, and it's even great to sell L.L. Bean products. But you won't be able to buy, from that home-dweller, his ability to retouch photographs. You won't be able to buy, from that homedweller, his or her ability to work on insurance forms. The way you're going, all you'll be able to get from that homedweller are clicks that are going to say, 'Buy this, sell that, do this, do that.' He cannot put any of his own stuff on.  That's fine. We'll offer you an architecture where you can do all that. But our architecture has hooks. So later, when you see the light, and you see that there's some revenue there, we can turn on that hook, and that person can sell."  And that person can get on the highway system.

**Did you see W3 as a place where a market structure was already working, on a small scale?**

W3 already has a great deal of this information market idea in it.  It's got two beautiful things. The first is an obvious one, that anyone can produce something. You can create a home page that's as elaborate or as silly as you want. The second part of this is that there are 30 million of you doing this, and it is growing into a beautiful edifice. That's how it will continue to grow: if you do a great Web demo for a health center, then every health center and clinic is going to want to be Webbed. That's how it will work.

**It's already working like that.**

Yes, but what we have now is a chaotic evolution of servers with no order. The Internet, really, has no order. It's a mud field, and every ten kilometers of mud, you find a little diamond. That's a situation we will be working to improve.

**What were the negotiations like, with CERN, when you were trying to put W3O together?**

The elements of the deal are really quite obvious. Tim Berners-Lee invented the Web, at CERN, and they have a great understanding of the Web, and a great community of people using the Web. On our part, at MIT, we have the experience with the X Consortium, and our systems work for the last 30 years. And we have architectural research in progress, on the information infrastructure, that is second to none worldwide.

**What's going to attract corporations to the W3O Consortium?**

Corporations are not stupid. They don't want to miss the next standard.  So you offer them a reasonable entry, financially and otherwise, into a consortium, as we did with the X Consortium. You make sure they don't have any spider controls, but you be sure to listen to them, so that they evolve the standard with what they want to see changed, without constraining others from using it. If you get the right balance between openness and response to your users—that is one of the most accepted methods of evolving a standard. It's much faster than an international committee.

**Why?**

Because you have a standard czar, in this case Tim Berners-Lee, who will be in charge of the consortium. And you have a team of elders, 12 people who will constitute his council. At least half of them will come from the consortium; the other half will be knowledgeable technologists and others whom he will consult. All year long people will be saying, "Gee, Tim, wouldn't it be nice if we had X or Y or Z in there?" Or they're saying, "Tim, that thing that you put in last year—that's a piece of junk." Or they're saying, "That feature you put in, that's fantastic." So he listens to all this, he talks to his elders, then come January 1 he drops the sword and he says, "The next version, number 9, of the W3 standard is this." And the minute he issues that, everybody—and I mean everybody—says "Thank God, we have one place where these decisions are made." That honeymoon lasts precisely one day. The very next day they're back bitching and saying, "Let's make this change, that change . . ." That's how the standard works.

So any company that knows about this process—and they all do—is going to say to themselves, "Hey look, there are some pretty good people at W3O, like the inventor, and CERN, and MIT. Maybe there's just a chance that they're going to do something. Can I afford not to be there?" And we need these people. Because without the manufacturers, who are going to build this stuff, and without the users, and without the technologists, who we represent, we don't have anything. You've got to have all three components: users, makers, and researchers.

**How much of a role are you going to play?**

This subject happens to be a rather serious interest of mine, the information infrastructure. I'm writing a book on it. So I'll stop in and ask questions, but I'm not going to interfere. This is really better left to other people. But I'll be watching, making sure that we carve a path that is going to open the usage of these things to the world, and create an infrastructure, rather than create a spider.

**How will you roll out advances to WWW?**

By a system of what I call protocol grafts. You know the way you graft a branch on a tree and it either takes or it doesn't? We are going to be declaring, in a given standard version, that "Here is the standard, and here is the graft region that has the six new things in it. They are not part of the standard; they are for people who want to play. But please send your comments." In the next version, based on the comments, two of these six grafts might make it into the standard, three might drop off, and one might stay for another year of observation. And three new grafts might be added. That's how I plan to resolve these tensions in an orderly way. Otherwise, the Web is going to remain a human-browsable network, which is not very useful. And my people's great ideas will remain unsorted, as to which ones are bull or great.

**What would be an example of a graft?**

Let's say an automated vocabulary, with 100 nouns and 100 verbs, which every server on the Web that implements that standard can now understand. The verbs could be of the form, "Have you?" or be declarative, of the form, "I sent you," or "I

*The Mosaic Handbook for Microsoft Windows*

ask you to send me" or "I ask, do you have?" or "Can you show me how?" And there may be one hundred nouns, having to do with "a file named __" or "a picture named __" or statements of the form "I don't understand." So maybe we announce, "We're putting in this graft extension, a little language that augments the Web, and if you install this software, then you'll be able to not only finger-click, but do some things automatically." So we'll try it as a graft. Nobody is compelled to use it. In fact, if you want simplicity, ask for the version without this. Then, whenever somebody hits you with it, they will get back the message, "Sorry, this node does not understand graft #16." But people being as adventurous as they are, they'll go for the grafts.

**The Internet doesn't lack for adventurous people.**

That's right. You have 15 million adventurous people. Even if half of them say "screw it," that still leaves enough for me to know if a given graft will take or not. And I'm not just talking about the techies. I want to get the regular human beings. So look for deals with some of the entertainment companies.

**When will we see the first new version of WWW coming out of W3O?**

I expect nothing before a year and a half. Tim Berners-Lee will start in September (1994). If we assume version 1.0 was what happened in Geneva, the very earliest you can expect to see version 2.0 will be January '96. Maybe.

# WWW Project Information

The largest repository of the information about the WWW is online, and organized at CERN. The URL for the WWW Project is:

```
http://info.cern.ch/hypertext/WWW/TheProject.html
```

You will find various lists of resources, as well as pointers to technical information about the Web. We have summarized the key information resources below.

## WWW Newsgroups

If you're interested in following, or taking part in, the development of the Web, you can participate in several newsgroups. Here is a list of Web-related newsgroups.

### comp.infosystems.www.users

This newsgroup is the best starting place for learning about using the Web. It is a forum for the discussion of Web browsers and their use with various Internet information sources. Among the topics covered in this group: new user questions, client setup questions, client bug reports, questions on how to locate information on the Web, and comparisons between various client packages.

### *comp.infosystems.www.providers*

This newsgroup is a forum for the discussion of Web server software and presenting information to users. Topics covered include: general server design, setup questions, server bug reports, security issues, HTML page design, and other concerns of information providers.

### *comp.infosystems.www.misc*

A forum for general discussion of Web-related topics that are not covered by the other newsgroups in the hierarchy. According to CERN, "This will likely include discussions of the Web's future, politicking regarding changes in the structure and protocols of the Web that affect both clients and servers, etc."

## *Mailing Lists*

To join any of the CERN mailing lists, send email to *listserv@info.cern.ch* with the following message:

```
subscribe list-name your-name
```

in the body of the message.  For example:

```
subscribe www-announce "Dale Dougherty"
```

If you need more information about CERN's mailing lists, use the following URL:

```
http://info.cern.ch/hypertext/WWW/Administration/Mailing/Overview.html
```

The CERN mailing lists are described in the sections that follow. Many are available in archive form.  If the archive is organized by a program called **Hypermail**, the messages can be viewed sorted by date, subject, or author.

### *www-announce*

A mailing list for anyone interested in WWW, its progress, new data sources, or new software releases.  There is also an archive of the list, which is accessible through Mosaic. The URL for the archive is:

```
http://info.cern.ch/hypertext/WWW/Archive/www-announce
```

### *www-html*

Technical discussions of HTML and HTMLPlus. This is a technical mailing list consisting of design discussions only. This is not the place to ask basic questions about writing HTML, but if you're interested in following the nitty-gritty of the HTML language, you may want to subscribe to this list.

*The Mosaic Handbook for Microsoft Windows*

There is also a hypertext-based archive for this mailing list at:

    http://info.cern.ch/hypertext/WWW/Archive/www-html

### www-proxy

This mailing list is for a technical discussion about WWW proxies, caching, and future directions.

### www-talk

Technical discussion for those developing WWW software or with a deep interest in WWW. (Please keep this to WWW technical design only, *not* general questions from non-developers.) See the hypertext archive at:

    http://gummo.stanford.edu/html/hypermail/archives.html

# VRML: Visualizing Web Space

The idea behind the Virtual Reality Markup Language (VRML) is to create a non-proprietary, platform-independent language, much like HTML, that would allow authors to create virtual reality "scenes." Users of virtual reality servers would be able to walk around a space and push open doors to other parts of the Web. While, as of this writing, VRML is still very much in the "talking about" phase, there is a working specification for VRML, developed by Mark Pesce and Anthony Parisi of the Labyrinth Group in San Francisco.

## VRML Resources

The VRML Web site contains papers, specifications, and links to other VR-related projects. The URL is:

    http://www.wired.com/vrml/

You can subscribe to the www-vrml mailing list by sending email to:

    majordomo@wired.com

with the following in the body of the message:

    subscribe www-vrml your-email-address

# MOSAIC REFERENCE GUIDE

*The Toolbar*
*The Menus*

While using Mosaic is a fairly intuitive experience, the program includes several features that are quite helpful in managing your Mosaic session. This appendix provides a comprehensive guide to Mosaic's toolbar and menu commands. The interface is described in Chapter 2, *Getting Started with Mosaic.*

## The Toolbar

The toolbar contains icons and displays information that helps you understand where you are and how to get to your next destination.

### Back and Forward Arrows

On the left side of the toolbar is the **Back** arrow, which points to the left. You use this button to display the page you were last viewing. Next to it, pointing to the right, is the **Forward** arrow. It works the same way, only in reverse. Normally the **Forward** arrow is dimmed; if you use the **Back** arrow, the **Forward** arrow becomes active, allowing you to return to your most recently downloaded page.

It's kind of like adding pages to a book. Every time you download a new page, you are adding that page to the back of your book; that page then becomes the last page of the book. Flipping back brings you to pages that were downloaded earlier; flipping forward takes you to pages added later.

This navigation process works well for moving through documents held in the cache. It gets a bit confusing, however, if you move too far back. When you move to a document that is not in the cache, Mosaic will download that document; that file will then become the most recent document. The solution is to use **Back** and **Forward** only to move in small increments; use **History** or **Hotlist** to take larger steps.

*The Mosaic Handbook for Microsoft Windows*

## URL Display

On the left side of the toolbar, you will see a field labeled URL. This field tells you the URL of your current document. For instance, when you're looking at the *GNN Home* page, this field reads *http://gnn.com/GNNhome.html*. This text can be copied to the clipboard with the CTRL-C command, just like any other text. This is a handy feature if you want to email a URL to your friends or just keep a list of favorite URLs handy.

# The Menus

There are five menus in Mosaic: **File**, **Edit**, **Navigate**, **Windows**, and **Help**. These menus lets you manage files, change display characteristics, navigate the Web, manage windows, and display online help.

## The File Menu

The **File** menu has commands for file management operations like opening, saving, closing, and printing files.

### New Window

Mosaic lets you open numerous windows, so you can keep many different documents open on your screen at the same time. This can save quite a bit of time in going back and forth to your most frequently used documents. For instance, you could keep *GNN* open in one window and explore other Web offerings in another window. Then, instead of having to find your way back to *GNN*, just switch to the *GNN* window.

### Open URL

As described in Chapter 2, **Open URL** lets you enter a URL in a field.  Mosaic will then contact the server and get the file for you.  Because you have to enter the whole string by hand, it's quite easy to make a mistake. If you get an error message, such as "The program couldn't find the document" or "The program couldn't find the server," check to make sure you entered the URL correctly. Some directories and filenames are case-sensitive, so make sure you entered the URL exactly.

### Open Local

When you're writing HTML documents, it's quite helpful to preview them in Mosaic. To view HTML documents on your PC, use the **Open Local** command. It opens a standard Windows dialog box showing disks and directories.  **Open Local** is handy when writing HTML documents because mistakes are sometimes hard to catch when looking at ASCII text, but they become glaringly obvious when displayed in Mosaic. Remember, you must give your HTML documents a name with

the extension *.htm.* If you don't, Mosaic will display the file as plain text. You can also use **Open Local** to view non-HTML files on your hard disk.

### Save As

This command lets you save the current document to your hard disk as either an HTML document or as plain text with the HTML codes stripped out. This comes in handy if there's a long, particularly useful document that you want to read offline. Just save it as HTML and use the **Open Local** command to view it in Mosaic. Saving as text is better if you plan to put the document in a document of your own, for instance, a memo that you create in a word processing or page layout program.

### Close and Close All

These are used to close windows. **Close** only closes the active window, while **Close All** closes all open windows.

### Print

Selecting the **Print** option prints all pages in the current document. When you print from Mosaic, it prints the document with the margins and header and footer information specified in the **Page Setup** dialog.

### Page Setup

**Page Setup** lets you set the margins and header and footer information for printing the current document. The default margins are .75 -inch on all sides. The headers are set to display the document title in the upper left, the page number in the upper right, the date in the lower left, and the time in the lower right.

### Print Setup

Selecting this option opens the *Print* dialog box, where you can specify your printer, the printing range (either "all" or a range from a starting page to an ending page), and the number of copies. There is also a checkbox to collate when printing multiple copies. Clicking **OK** prints the pages you requested.

Beneath the **OK** and **Cancel** buttons is a button labeled **Setup**. Clicking this button takes you to the Print Setup dialog, where you can specify a printer, paper size, and page orientation (portrait or landscape). Clicking **OK** here takes you back to the *Print* dialog.

### Exit

**Exit** quits the program.

*The Mosaic Handbook for Microsoft Windows*

## Edit menu

The **Edit** menu contains commands that deal with the text of a document.

### Cut, Copy, and Paste

Unlike with other Windows programs, you can't cut, copy, or paste text displayed in Mosaic. That's because the document displayed in Mosaic is really just a representation of the actual HTML file. These commands do have a useful function in Mosaic, however; you can select and copy the text in the toolbar's URL field and paste that into a word processing document or email message. The **Open URL** command also works with cut, copy, and paste operations.

### Find and Find Again

The **Find** command lets you search the current document for a text string, which is highlighted in the document when found. The dialog box includes two checkboxes, one for matching case and one for starting from the top of the document. **Find Again** repeats the search without opening the **Find** dialog box. **Find Again** saves you the step of having to click **OK** within the dialog box.

### View Source

This command lets you see the HTML version of the document. It's useful for people who are previewing their HTML documents in Mosaic or who want to see how somebody else achieved a certain result. You cannot select, copy, cut, or paste from the **View Source** window, however; you can only view and save.

### Preferences

The **Preferences** dialog box lets you control certain aspects of the way Mosaic displays documents to you. **Preferences** is discussed in more detail in Chapter 5, *Customizing Mosaic.*

**Load Images Automatically**
Checking this option sets Mosaic to download inline graphics when downloading an HTML document. Unchecking it downloads only the HTML page, with images replaced by generic picture icons or alternative text, if specified.

**Underline Links**
When this option is checked, Mosaic underlines links.

**Set Home Page**
You can change your home page by entering a URL in this field.

**Proxy Server**
If your organization uses a proxy server, you need to specify the server name in this field.

*Mosaic Reference Guide*

**Style Sheets**
You can change the way Mosaic formats documents by selecting a different style sheet from this pop-up menu.

## Navigate Menu

The Navigate menu contains the options that you will use most often as you traverse the Web.

### Back and Forward

These menu items correspond to the **Back** and **Forward** buttons on the toolbar.

### History

The **History** window contains a list of all the documents you have visited since you first ran the program; it doesn't clear when you quit the program. **History** also contains several buttons that let you manage the list.

**Delete**
To delete entries from the **History** list, select a document title and click **Delete**. Mosaic doesn't ask you to confirm the action.

**Edit**
Selecting a document title and clicking on **Edit** opens a window that lets you change the title and URL of the document.

**Scan Current**
**Scan Current** extracts all of the links in your current page and adds them to the list.

**Go To**
**Go To** is the equivalent of **OK** in Windows dialog boxes. Selecting a document title and clicking **Go To** downloads that document.

**Close**
**Close** exits the **History** window.

### Hotlist

When you find servers you want to be able to get to quickly, you can add them to your hotlist. The **Hotlist** window has several commands for managing your hotlist.

**Add Current**
Clicking on this button adds the current document to your hotlist. When you add Web documents, their titles are displayed in the list. When you add non-Web documents, their URLs are displayed.

*177*

*The Mosaic Handbook for Microsoft Windows*

### Delete

To delete a document from your hotlist, select the document title and click on the **Delete** button.

### Edit

To change the document title displayed in the hotlist, select the title and click on **Edit**. This brings up a window that lets you change the title and URL of the selected document. This is especially handy for non-Web documents, for which Mosaic displays URLs as titles. You may want to change the URLs of documents that have changed location, but it's safer to go to the new location, add that document to your hotlist, and then delete the old one.

### Scan Current

**Scan Current** extracts all the URLs of the current document and adds them to your hotlist.

### Export

**Export** creates an HTML document consisting of all of the document titles and URLs in your hotlist. Each title in the document is an active link. When you click on **Export**, Mosaic asks you to name the document, which it then creates and immediately displays.

### Go To

Selecting a title and clicking on **Go To** downloads the selected document.

### Close

**Close** closes the **Hotlist** window.

## Add Current to Hotlist

This option adds the current document to your hotlist, the same as the **Add Current** button in the **Hotlist** window.

## Load Missing Images

If you set Mosaic not to automatically download inline graphics, it will draw generic picture icons where the pictures would be. If you want to see all the images on the page, however, just choose the **Load Missing Images** command and Mosaic will download them for you.

## Reload

This command simply downloads the same page over again. It is useful when Mosaic has a problem displaying an image on your screen. It is often used when writing HTML documents and previewing them in Mosaic. When you edit an HTML document, you can just choose **Reload** to preview the new version.

*Mosaic Reference Guide*

## Windows

The **Windows** menu lists all of your open windows. You can switch windows by selecting the appropriate document title from the window. This menu also contains two commands to organize windows—**Tile** and **Cascade**. **Tile** redraws your screen so each window takes up the same amount of space. **Cascade** arranges open windows so that the title bar of each window is visible.

## GNN

The **GNN** menu lets you move directly to several centers and special-interest publications in *GNN*.

## Help

Mosaic comes with an online help file that explains the interface and the menu operations.

# HTML REFERENCE GUIDE

*Table B-1: Tags*

| Tag | End Tag | Description |
| --- | --- | --- |
| <HTML> | </HTML> | Starts/ends document |
| <HEAD> | </HEAD> | Starts/ends header |
| <TITLE> | </TITLE> | Starts/ends title |
| <BODY> | </BODY> | Starts/ends body |
| <H1>,<H2>, etc. | </H1>,</H2>, etc. | Starts/ends heading text |
| <P> | N/A | Starts new paragraph |
| <BR> | N/A | Inserts line break |
| <HR> | N/A | Inserts horizontal rule |
| <EM> | </EM> | Surrounds emphasized text |
| <STRONG> | </STRONG> | Surrounds stronger text |
| <B> | </B> | Surrounds bold text |
| <I> | </I> | Surrounds italic text |
| <U> | </U> | Surrounds underlined text |
| <ADDRESS> | </ADDRESS> | Surrounds text in address format |
| <BLOCKQUOTE> | </BLOCKQUOTE> | Surrounds text in blockquote format |
| <PRE> | </PRE> | Surrounds preformatted text |
| <DL> | </DL> | Starts/ends glossary |
| <DT> | N/A | Precedes term entry in glossary |
| <DD> | N/A | Precedes term definition in glossary |
| <UL> | </UL> | Starts/ends unordered list |
| <OL> | </OL> | Starts/ends ordered list |
| <LI> | N/A | Precedes entries in list |
| <A> | </A> | Surrounds anchor; start tag requires attributes |
| <IMG> | N/A | Inserts inline graphic |

*The Mosaic Handbook for Microsoft Windows*

*Table B-2: Tag Attributes*

| Tag | End Tag | Attribute | Description | Values |
|-----|---------|-----------|-------------|--------|
| <A> | </A> | | | |
| | | HREF | Defines link destination | File name or anchor name |
| | | NAME | Gives symbolic name to anchor | Any one-word name |
| <IMG> | N/A | | | |
| | | SOURCE | Defines image source file | File name |
| | | ALIGN | Specifies alignment | TOP, MIDDLE, BOTTOM |
| | | ALT | Specifies alternate text | Any text |

*182*

# GLOSSARY

**access provider**
See "Internet Service Provider."

**anchor**
The location of a hypertext link in a document; it can be used to describe the link as it appears in text or graphics as well as the place that the link references.

**Archie**
A program used to locate files that are publicly available by anonymous FTP.

**ARPAnet**
An experimental network established in the 1970's that served as a test environment for the software on which the Internet is based. No longer in existence.

**attributes**
(a) SGML (and HTML) tags may accept attributes that further define their usage, much as parameters are used with command-line options. A tag may be followed by an attribute, which in turn is assigned a particular value.

(b) Configurable characteristics of Mosaic that determine how the program functions and how it displays elements on your screen.

**baud**
When transmitting data, the number of times the medium's "state" changes per second. For example: a 14.4K baud modem changes the signal it sends on the phone line 14,400 times per second. Since each change in state can correspond to multiple bits of data, the actual bit rate of data transfer may exceed the baud rate. See also "bits per second."

**bits per second (bps)**
The speed at which bits are transmitted over a communication medium.

**browser**
A program that interprets and displays HTML documents.

**cache**
Generically speaking, a location in memory where data is stored for easy retrieval, or the process of storing them. Some versions of Mosaic cache the document previously viewed so you can return to it easily. You can configure

*The Mosaic Handbook for Microsoft Windows*

Mosaic to hold an additional number of documents and images in the cache. If a document or image is not available in the cache, Mosaic has to return to the Internet to retrieve it.

**CERN**

The European Particle Physics Laboratory (CERN) in Geneva, Switzerland; hypertext technologies developed at CERN to allow physicists to share information provided the basis for the World Wide Web.

**client**

A software application that works on your behalf to extract some service from a server somewhere on the network.

**dialup**

(a) To connect to a computer by calling it up on the telephone. Often, "dialup" only refers to the kind of connection you make when using a terminal emulator and a regular modem. For the technoids: switched character-oriented asynchronous communication.

(b) A port that accepts dialup connections. ("How many dialup ports on your computer?")

**dialup account**

A type of Internet connection that operates over standard phone lines. Dialup accounts are of two types: shell accounts and PPP/SLIP accounts.

To use a shell account, you typically use a telecommunications program to dial the Internet host and log in. This is a cheap and easy method, but has many limitations; for example, you can't use Mosaic.

A PPP/SLIP account, which requires a high-speed modem, actually puts your computer on the network and allows you to use Mosaic.

See also "Mosaic," "shell," "PPP," "SLIP," and "dedicated line."

**download**

To transfer data from a remote server to your local system. The FTP program is often used to download files.

**DNS**

The Domain Name System; a distributed database system for translating computer names (like **ruby.ora.com**) into numeric Internet addresses (like 194.56.78.2), and vice-versa. DNS allows you to use the Internet without remembering long lists of numbers.

**dedicated line**

A permanently connected private telephone line between two locations. Dedicated lines are typically used to connect a moderate-sized local network to an Internet service provider. If your Internet connection is provided by a dedicated line, you should be able to use Mosaic. See also "Mosaic" and "dialup account."

**Ethernet**

A kind of "local area network" (or LAN). It's difficult to define an Ethernet because there are several different kinds of wiring, which support different communication speeds, ranging from 2 to 10 million bits per second. What makes an Ethernet an Ethernet is the way the computers on the network decide whose turn it is to talk. Computers using TCP/IP are frequently connected to the Internet over an Ethernet. (Say that three times fast.)

**FAQ**

An acronym that generally refers to a list of frequently asked questions and their answers, or a question from the list. Many USENET newsgroups and some non-USENET mailing lists maintain FAQ lists (FAQs) so that participants don't spend a lot of time answering the same set of questions.

**firewall**

See "security firewall."

**FTP**

(a) The File Transfer Protocol; a protocol that defines how to transfer files from one computer to another.

(b) An application program that moves files using the File Transfer Protocol.

**gateway**

A computer system that transfers data between normally incompatible applications or networks. It reformats the data so that it is acceptable for the new network (or application) before passing it on. A gateway may connect two dissimilar networks, like DECnet and the Internet; or it might allow two incompatible applications to communicate over the same network (like mail systems with different message formats).

**GIF**

GIF refers to the Graphics Interchange Format, a graphics file format developed by CompuServe, Inc., which is used on a variety of platforms and systems. GIF is one of the most widely used formats for storing complex graphics, and one of only two formats in which inline images can appear in an HTML document. See also "XBM."

**Gopher**

A menu-based system for exploring Internet resources; the items are arranged in a hierarchy and each item represents either a file or a directory.

**History**

A function of the Mosaic browser that keeps track of all the documents you visit and allows you to call them up again.

**home page**

(a) The graphical door to the information a server provides. The home page is generally a screen or window full of information in which links to related information are included.

(b) A document that you specify for Mosaic to display when you launch the program and that acts as a "safe port" as you navigate the Web.

*The Mosaic Handbook for Microsoft Windows*

**host**

(a) Generically, a computer.

(b) Sometimes, a computer that provides resources to the Internet; also called an Internet host computer.

**Hotlist**

A function of the Mosaic browser that allows you to keep a list of the documents you're most interested in and to call them up again.

**HoTMetaL**

A program from SoftQuad that assists you in formatting documents using HTML codes; available both as freeware and as a commercial product.

**HTML**

The HyperText Markup Language, a subset of SGML, provides codes used to format hypertext documents. Individual codes are used to define the hierarchy and nature of the various components of the document, as well as to specify hypertext links.

**HTTP**

The HyperText Transfer Protocol, a fixed set of messages and replies whereby a client and server communicate during a hypertext link.

**hyperlink**

See "link."

**hypermedia**

See "hypertext."

**hypertext**

Any document that contains links to other documents; selecting a link automatically displays the second document.

**IAB**

See the "Internet Architecture Board."

**IETF**

See the "Internet Engineering Task Force."

**ISP**

See "Internet Service Provider."

**inline image**

An inline image is a graphic image that appears within the current hypertext page. See also "linked image."

**Internet**

(a) Generally (not capitalized), any collection of distinct networks working together as one.

(b) Specifically (capitalized), the world-wide "network of networks," which are connected to each other using the Internet protocol and other similar protocols. The Internet provides file transfer, remote login, electronic mail, news, and other services.

**Internet Architecture Board (IAB)**

The group that makes decisions about standards and other important issues.

**Internet Engineering Task Force (IETF)**

A volunteer group that investigates and solves technical problems and makes recommendations to the Internet Architecture Board (IAB).

**Internet resources**

Public information available via the Internet.

**Internet Service Provider (ISP)**

An organization that provides connections to a part of the Internet. If you want to connect your company's network, or even your personal computer, to the Internet, you have to talk to a "service provider."

**ISO**

The International Standards Organization (or International Organization for Standardization); an organization that has defined a different set of network protocols, called the ISO/OSI protocols. In theory, the ISO/OSI protocols will eventually replace the Internet protocols. When and if this will actually happen is a hotly debated topic.

**JPEG**

JPEG (pronounced "jay-peg"), which is an acronym for the Joint Photographic Experts Group, refers to a standards committee, a method of file compression, and a graphics file format. The committee originated from within the International Standards Organization (ISO) to research and develop standards for the transmission of image data over networks. The results were a highly successful method of data compression and several closely associated file formats to store the data. JPEG files typically contain photographs, video stills, or other complex images. Since Mosaic cannot display JPEG format files as "inline images," it launches a special viewer window in which the images are displayed.

**LAN**

See "Local Area Network."

**leased line**

See "dedicated line."

**link**

In hypertext documents, the connection from one document to another. See also "anchor."

**linked image**

A linked image is a graphic image that appears in a file separate from the current hypertext page; it is displayed by selecting a link. See also "inline image."

**Local Area Network (LAN)**

A grouping of computers that are physically connected within a fairly limited location.

*The Mosaic Handbook for Microsoft Windows*

Lynx
>   A character-based browsing program developed at the University of Kansas.

MIME
>   The Multipurpose Internet Mail Extensions protocol (MIME), that defines a number of content types and subtypes, which allow programs like Mosaic to recognize different kinds of files and deal with them appropriately. The MIME type specifies what kind of file it is, such as image, audio, or video, and the subtype gives the precise file format.

modem
>   A piece of equipment that connects a computer to a data transmission line (typically a telephone line). Most people use modems that transfer data at speeds ranging from 1200 bits per second (bps) to 19.2 Kbps. There are also modems providing higher speeds and supporting other media. These are used for special purposes—for example, to connect a large local network to its network provider over a leased line.

Mosaic
>   A graphical browser for the World Wide Web that supports hypermedia. Mosaic is often used incorrectly as a synonym for the World Wide Web.

MPEG
>   An acronym (pronounced "em-peg") for the Motion Picture Experts Group. MPEG denotes a standards committee, a method of file compression, and a graphics file format. The main application for MPEG is the storage of audio and video data on CD-ROMs for use in multimedia systems. Since Mosaic cannot display MPEG format files as inline images, it launches a special viewer window in which the images are displayed.

MUD/MOO
>   MUD refers to Multi-User Dungeon, a group of role-playing games modelled on the original "Dungeons and Dragons" games. MUDs have also been used as conferencing tools and educational aids. A MOO is an object-oriented MUD. Some experimental Web servers are set up with interactive MUD/MOO interfaces.

multimedia
>   Documents that include different kinds of data, for example, text, audio, and video.

NCSA
>   The National Center for Supercomputing Applications; NCSA produces a public domain version of the Mosaic browsing program and licenses the technology to developers.

NFS
>   The Network File System; a set of protocols that allows you to use files on other network machines as if they were local. So, rather than using FTP to transfer a file to your local computer, you can read it, write it, or edit it on the

*188*

remote computer—using the same commands that you would use locally. NFS was originally developed by Sun Microsystems, Inc., and is widely used.

NSFNET

The National Science Foundation Network; the NSFNET is *not* the Internet. It's just one of the networks that make up the Internet.

OSI

Open Systems Interconnect; another set of network protocols. See "ISO."

packet

A bundle of data. On the Internet, data is broken up into small chunks, called "packets"; each packet traverses the network independently. Packet sizes can vary from roughly 40 to 32,000 bytes, depending on network hardware and media, but packets are normally less than 1500 bytes long.

port

(a) A number that identifies a particular Internet application. When your computer sends a packet to another computer, that packet contains information about what protocol it's using (e.g., TCP), and what application it's trying to communicate with. The "port number" identifies the application.

(b) One of a computer's physical input/output channels (i.e., a plug on the back).

Unfortunately, these two meanings are completely unrelated. The first is more common when you're talking about the Internet (as in "**telnet** to port 1000"); the second is more common when you're talking about hardware ("connect your modem to the serial port on the back of your computer").

PPP

Point-to-Point Protocol; a protocol that allows a computer to use the TCP/IP (Internet) protocols (and become a full-fledged Internet member) with a standard telephone line and a high-speed modem. Although PPP is less common than SLIP, it's quickly increasing in popularity.

PPP/SLIP account

See "dialup account."

protocol

Simply, a definition of how computers will act when talking to each other. Protocol definitions range from how bits are placed on a wire to the format of an electronic mail message. Standard protocols allow computers from different manufacturers to communicate; the computers can use completely different software, providing that the programs running on both ends agree on what the data means.

proxy server

A server on the Internet that provides indirect Internet access to systems excluded from a direct connection by a security firewall.

*The Mosaic Handbook for Microsoft Windows*

**RFC**

A Request For Comments; a set of papers in which the Internet's standards, proposed standards, and generally agreed-upon ideas are documented and published.

**router**

A system that transfers data between two networks that use the same protocols. The networks may differ in physical characteristics (e.g., a router may transfer data between an Ethernet and a leased telephone line).

**security firewall**

A system that isolates an organization's computers from external access, as through the Internet. The organization sometimes provides some Internet access through use of a proxy system. The firewall is intended to protect other machines at the site from potential tampering from the Net.

**server**

(a) Software that allows a computer to offer a service to another computer. Other computers contact the server program by means of matching client software.

(b) The computer on which the server software runs.

**service provider**

See "Internet Service Provider."

**SGML**

Standard Generalized Markup Language; a set of codes used to format documents. Individual codes are used to define the hierarchy and nature of the various components of a document; for example, as headers, options, variables, etc.

**shell**

On a UNIX system, software that accepts and processes command lines from your terminal. UNIX has multiple shells available (e.g., C shell, Bourne shell, Korn shell), each with slightly different command formats and facilities.

**shell account**

See "dialup account."

**SLIP**

Serial Line IP (Internet Protocol); a protocol that allows a computer to use the Internet protocols (and become a full-fledged Internet member) with a standard telephone line and a high-speed modem. SLIP is being superseded by PPP, but still in common use.

**tags**

In HTML, tags are the codes that determine both the structure of information within a document and its presentation.

**TCP/IP**

Transmission Control Protocol/Internet Protocol; the most important of the protocols on which the Internet is based. TCP is a reliable connection-oriented

protocol; IP allows a packet to traverse multiple networks on the way to its final destination.

**TELNET**

(a) A "terminal emulation" protocol that allows you to log in to other computer systems on the Internet.

(b) An application program that allows you to log in to another computer system using the TELNET protocol.

**TIFF**

The Tag Image File Format, a graphics file format developed by Aldus Corporation, which has become a standard format found in most paint, imaging, and desktop publishing programs. TIFF is both powerful and flexible, and allows for storage of grayscale and color images.

**URL**

Uniform Resource Locator; the address of a document on the World Wide Web. The address is contained in a link, which a client interprets in order to connect with the proper server.

**USENET**

An informal, rather anarchic, group of systems that exchange "news." News is essentially similar to "bulletin boards" on other networks. USENET actually predates the Internet, but these days, the Internet is used to transfer much of the USENET's traffic.

**Veronica**

A service that allows you to search all Gopher sites for menu items (files, directories, and other resources).

**viewer**

A program Mosaic launches as needed to display a file in a format it cannot handle internally. For instance, Mosaic launches an MPEG player program to display an MPEG video file in a separate window because it cannot interpret this format.

**visit**

You access a World Wide Web document via a hypertext link. The anchor of a document that has been visited has a different appearance than the anchor of a link you haven't accessed.

**W3O**

An organization created by the Massachusetts Institute of Technology (MIT) and CERN to direct the development of the World Wide Web.

**WAIS**

See "Wide-Area Information Servers."

**WAN**

See "Wide Area Network."

*The Mosaic Handbook for Microsoft Windows*

### Wide-Area Information Servers (WAIS)

A very powerful search-and-retrieval system for information in databases (or libraries) across the Internet. WAIS databases are gradually being adopted for general information storage and retrieval by the Internet community.

### Wide Area Network (WAN)

A grouping of computers that are connected over communication lines, usually in a wide geographic area such as a state, country, or continent.

### World Wide Web (WWW)

A hypertext-based system for finding and accessing Internet resources.

### WWW

See "World Wide Web."

### XBM

XBM refers to the X Bitmap graphics file format, which is the standard for bitmap image files in the X Window System. XBM files contain simple, two-tone images. XBM is one of only two formats in which inline images can appear in an HTML document. See also "GIF."

### X Window System

A network-based windowing system, originally developed at the Massachusetts Institute of Technology (MIT); X is most frequently run in combination with the UNIX operating system.

# INDEX

" (quote) character in HTML (escape
    sequence for), 149
& (ampersand) character in HTML tag,
    136
/ (slash) in HTML tag, 136
; (semicolon) character, 104
< (left angle bracket) character in HTML
    escape sequence for, 149
< (less than) character in HTML tag, 136
< (right angle bracket) character in HTML
    escape sequence for, 149
> (greater than) character in HTML tag,
    136
@ (ampersand) character in HTML
    escape sequence for, 149
È (accent grave) character in HTML
    escape sequence for, 149
ñ (tilde) character in HTML
    escape sequence for, 149

accent grave on uppercase E in HTML
    escape sequence for, 149
access provider (see Internet Service
    Provider)
accessing GNN, 43
accessing non-Web servers, 69-91
Add Current to Hotlist option, 178
adding documents to hotlist, 27-30
addresses
    font for, 114
    guide to in HTML, 160
    tags (HTML), 148
advertising, 57
African National Congress Gopher
    (server), 72

aligning text and graphics in hypertext
    document, 153
ALIWEB, 66
    and CUI W3 Catalog, 67
All Catalog Entries
    link for listing servers in Catalog, 52
alternate text
    in GNN, 100
    tag for, 153
ampersand character in HTML
    escape sequence for, 149
Anchor Underline option in Preferences
    dialog, 100
anchors (hypertext), 183
    controlling underlining of, 100, 111,
        176
    creating, 149-153
    definition, 149
    inserting graphics as, 153
    naming, 151-152
    setting colors for, 110
    tags for, 149
    turning visited to normal, 111
AND operator, 76-77
Andreessen, Marc, 13
annotating EMOSAIC.INI (initialization
    file), 104
anonymous FTP (service), 81
appearance of documents (changing),
    112
Arcade icon on Home Page, 23
Archie, 183
Archie-Like Indexing for World Wide
    Web, 66
ARPAnet, 183
arrows on Mosaic toolbar, 173

art exhibits, 45, 57
  California Museum of Photography,
    72
  Palace of Diocletian at Split, 47-50
  Vatican Exhibit, 58
ASCII
  common ASCII files (table), 84
  transfer mode in FTP, 80
  using files to write HTML, 133
attributes (HTML), 137, 183
  for aligning text and graphics, 153
  for displaying alternate text, 153
  for specifying files, 153
  inserting via HoTMetaL, 158
  table of, 182
audio files, 130-132
  installing external viewer for, 131
automating display of inline images, 107
automating entry of HTML tags, 157-159

Back (arrow) button on Toolbar, 26, 173
Back option on Navigate menu, 177
background color of window (setting),
  111
baud, 183
Beginners Guide to HTML (online docu-
  ment), 160
Beginners Guide to URLs (online docu-
  ment), 160
Berners-Lee, Tim, 9, 163, 168
  statement regarding W3O, 164
Best of the Net in 1994, xviii, 41, 60, 131
Bible (Gopher server), 72
binary
  common binary files (table), 84
  transfer mode in FTP, 80
bits per second (bps), 183
body identifier tag (HTML), 140
bold face
  setting via HTML tags, 147
  setting via initialization file, 112, 114
bookmarks (see History option; hotlists)
Boolean operators accepted by Veronica,
  76
breaking lines, 141
breaking paragraphs, 141
  in glossaries, 146
browsers, 183

development, 10-12
  discussion of World Wide Web, 170
  line-mode, 10
  Lynx, 12
Bureau of the Census (information
  server), xviii

cache, 183
caching
  sample specification in initialization
    file, 106
  setting in initialization file, 116-117
  specifying proxy server to improve,
    109
California Museum of Photography, 72
CERN, 9, 184
  General Overview of the Web, 62-63
    list of servers, 63
changing
  appearance of documents, 100, 112,
    140
  personal home page, 93-103
  preferences, 98-103
characters (Latin)
  guide to, 161
characters (special)
  escape sequences for, 148
CIA World Factbook, 72
client, 184
client/server, 4
Close All option, 175
Close option, 175
colors
  how computers display, 110
  of hypertext anchors (setting), 110
comment characters in initialization file,
  104
commercial applications of future ver-
  sions of World Wide Web, 166
Commercial Sites on the Web (server), 57
commercialization of Mosaic, 13
components of URL, 36-38
compression programs (table), 86
Computer-Mediated Communication
  Information Sources and Internet
  Tools Summary, 67
configuring external viewers, 108
connecting to GNN, 21, 43

Copy option, 176
countries
    finding out about, 60
    list of servers for, 63
creating documents via HoTMetaL,
    157-159
creating links to documents, 149-153
creating own home page, 94-97, 154-157
CUI W3 Catalog, 67
CUSI, 66
customizing Mosaic, 93-118
Cut option, 176
CyberSight, 64

databases (for searching World Wide
    Web), 65-68
    ALIWEB, 66
    CUI W3 Catalog, 67
    CUSI, 66
    EINet Galaxy, 67
    The Wanderer, 66
    WebCrawler, 67
    World Wide Web Worm, 67
Dead Sea Scrolls (exhibit), 58
decompression programs (table), 86
dedicated line, 18, 184
Denison, D.C.
    ideas on home page, 155
    interview with Michael Dertouzos,
    164
    on digital video, 126
Department of Education, 50
Dertouzos, Michael L. (MIT professor)
    interview with, 163-170
dialup, 184
dialup account, 184
Dialup Shell Account, 18
Digital Drive-In (feature of GNN Maga-
    zine), 126
    accessing, 127
Digital Relief Map of United States
    (server), 61
display attributes set in initialization file,
    109-112
Display_Inline_Images attribute in initial-
    ization file, 107
DNS (Domain Name Server), 184
document caching (see caching)

document identifier tag (HTML), 138
documents
    changing appearance of, 100, 112
    creating personal, 133-161
    names of in HTML, 38
    previewing, 32
    printing, 32
    resources for creating hypertext, 160
    saving, 32
    searching GNN documents, 35
    using HoTMetaL to create, 157-159
Domain Name System (DNS), 184
downloading, 184
    external viewers, 120-122
    files with FTP, 81
    programs, 85

Edit menu, 176
editing in HoTMetaL, 158
education documents, 50
EINet Galaxy, 67
EMOSAIC.INI (initialization file)
    caveats about editing, 104
    description, 93
    display attributes (table), 109
    documenting changes to, 104
    editing, 104-118
    editing style sheets in, 112-116
    external viewers
        configuring, 123-124, 131
        defining, 108
    format of, 105-106
    functional attributes (table), 106
    improving performance via, 116-118
    sample file, 105
    setting caching in, 116
    setting display attributes in, 109-112
    setting functional attributes in,
    106-109
    specifying services in, 109
Enhanced NCSA Mosaic, 15
    improvements over original, xx
entering URLs, 31-32
Envirogopher (server), 72
escape sequences for special characters
    in HTML, 148
Ethernet, 185

*Mosaic Handbook for Windows*

European Union (interest in World Wide
      Web), 164
exhibits, 57
      Artserve, 57
      Dead Sea Scrolls, 58
      Hubble Space Telescope, 58
      Vatican Exhibit, 58
Exit option, 175
Exploratorium (interactive media center),
      62
Export button on Hotlist dialog, 30, 95,
      178
extensions
      for external viewer files, 109
      for HTML file, 135
external viewers
      defining in initialization file, 108
      extensions for, 109
      freeware and shareware for, 120
      installing, 120
      installing MPEGPlay (video), 127
      installing WHAM (audio), 131
      MIME types and suffixes for (table),
         109
      NCSA-approved (locating), 121
      need for, 108, 120
      specifying file extensions for in ini-
         tialization file, 108

FAQs (Frequently Asked Questions), 185
      directory, 53
file formats
      associated MIME types/subtypes, 132
      known to MIME, 108
      types and modes (table), 84
File menu, 174-175
file transfer protocol (see FTP)
files
      finding (see finding files)
      printing, 32
      saving, 32
filling out GNN Registration Form, 36
Find Again option, 176
Find option, 176
finding files
      opening local files in Mosaic, 135
      via FTP, 79-88
      via Gopher, 70-77

via Jughead, 77
via Veronica, 74
via World Wide Web, 65-68
finding previously visited documents, 30
finding text, 32
firewall (see security firewall)
fonts and typefaces
      attributes and values (table), 112
      setting attributes for, 114
formatting graphics, 153
formatting text
      via HTML, 140-148
      via style sheets, 100, 112-116
Forward (arrow) button on Toolbar, 26,
      173
Forward option on Navigate menu, 177
Frequently Asked Questions (FAQs), 53,
      185
Fresh Catches page (music), 131
FTP (File Transfer Protocol), 5-6, 185
      accessing via Mosaic, 79-88
      downloading files with, 81
      hypertext and, 87
      transfer modes, 80
functional attributes set in initialization
      file, 106-109
future of World Wide Web, 163-172

gateway, 185
General Overview of the Web (resource
      guide), 62
generic picture icons, 98
      clicking on, 100
Geometry Center (interactive media cen-
      ter), 61
Germany information server, 61
GhostScript program
      MIME type and subtype specification,
         109
GIF files, 124, 185
      installing external viewer for, 123
Global Network Navigator (GNN)
      as navigation tool, 42
      Business Listings, 57
      connecting to, 21, 43
      history of development, 15-16

Global Network Navigator (GNN) (cont'd)
  metacenters on GNN Home page, 42
  Mosaic Handbook
    Hotlist, 53
  Netizens, 55
  NetNews icon, 23
  registration form, 36
  searching all documents in, 35
  special-interest magazines, 58
glossaries (HTML), 143
  tags for, 145
GNN (see Global Network Navigator)
GO links, 45, 48
Gopher, 6-7, 185
  accessing via hotlists, 73
  accessing via URLs, 73
  limitations of, 71
  using Mosaic to access, 70-77
  using to access WAIS, 77
graphics files, 124-129
  aligning display of in document, 153
  as anchors, 153
  configuring external viewer for,
    123-124
  installing external viewer for, 122
  tags for inserting, 152
  (see also inline images; linked
    images)
graphics for navigation, 50
Graphics Interchange Format (see GIF
  files)
grave accent on uppercase E in HTML
  escape sequence for, 149
Grey Background attribute in initializa-
  tion file, 111
guides for creating hypertext documents,
  160

header tag (HTML), 139
headings
  inserting tags for, 140
  setting levels of, 114
help for writing HTML documents,
  157-159
Help menu, 179
History option, 177, 185
  using, 30-31

  versus Back and Forward buttons,
    25, 173
  versus Hotlist option, 25
home page, 21, 185
  creating, 94-97
    own, 154-157
  editing, 93-94
  GNN
    illustration of, 22
    retrieving, 43
    screen elements of, 23
    URL for, 31
  markup language for, 135
  Mosaic Handbook, xxi
  recommended characteristics of, 155
  specifying file for in initialization file,
    107
  templates for creating, 155-157
Home_Page attribute in initialization file,
  107
horizontal rule tag (HTML), 142
host, 186
Hotlist option, 177
  versus Back and Forward buttons,
    25, 173
  versus History option, 25
hotlists, 26-30, 186
  adding documents to, 27
  editing, 29
  in Mosaic Handbook, 53
  maintaining multiple, 30
  specifying file for in initialization file,
    107
  using to manage Gopher, 73
Hotlist_File attribute in initialization file,
  107
HoTMetaL program, 157-159, 186
  markup in, 158
  previewing documents created in,
    159
  rules checking in, 159
HREF attribute for creating links, 149
HTML (HyperText Markup Language), 10,
  134, 186
  attributes, 137, 183
  document names in, 38
  guides to, 160

*Mosaic Handbook for Windows*

HTML (HyperText Markup Language)
(cont'd)
    HoTMetaL program as help, 157-159
    identification tags, 138-140
    mailing list for, 171
    reasons for general formatting speci-
      fications, 134
    tag settings in initialization file, 114
    tags, 136
      (see also tags)
    URLs and, 137
    using Mosaic to preview, 135
    using to create documents, 133-161
HTML Quick Reference (online docu-
    ment), 160
HTML tags (see tags)
HTTP (HyperText Transfer Protocol), 10,
    186
Hubble Space Telescope
    exhibit, 58
    viewing images from, 124
hyperlink, 186
Hypermail program, 171
hypermedia, 186
hypertext, 9, 186
    how it works, 24-25
    power of, 133
    Xanadu, as example of, 9
hypertext anchors (see anchors)
hypertext links (see links)
HyperText Markup Language (see HTML)
HyperText Transfer Protocol (see HTTP)

IAB (Internet Architecture Board), 187
Iceland information server, 61
identification tags (HTML), 138-140
IETF (Internet Engineering Task Force),
    187
image caching (see caching)
image files
    controlling loading of via initializa-
      tion file, 117
    controlling loading of via Preferences
      dialog, 98-100
    downloading via FTP, 84
    inline (see inline images)
    loading missing, 100

    specifying external viewer for in ini-
      tialization file, 108
    viewing, 85
information servers, 5, 6-8
    accessing non-Web servers, 69-91
    FTP, 5
    Gopher, 6
    list by country, 63
    list of in Catalog, 52
    list of on What's New page, 53
    WAIS (Wide Area Information
      Servers), 7-8
information services
    alphabetical list of, 63
    interactive media centers, 61
    international kiosks, 60
    on World Wide Web
      exhibits, 57
      magazines, 58
      overview of, 57-62
initialization file (see EMOSAIC.INI)
inline images, 107, 186
    aligning in document, 153
    contrasted with linked images, 124
    controlling display of, 107
      via initialization file, 117
      via Preferences dialog, 98
    tag for inserting, 152
inserting graphics in hypertext docu-
    ments, 152
installing
    external viewer, 120
    Mosaic, 19
    MPEGPlay player program, 127
    WHAM (Waveform Hold and Modify)
      program, 131
interactive media centers, 61
interface to Mosaic, 20
international kiosks, 60
International Teletimes
    information server, xviii
    magazine, 58
Internet, 186
    contrasted with CompuServe, 3
    description, 1-4
    layers, 3
    list of resources, 45
    list of services, 63

198

Internet (cont'd)
    online services and, 3-8
    resources, 187
    service providers, 18
    types of connections to, 18
Internet Access Provider List, 18
Internet Architecture Board (IAB), 187
Internet Engineering Task Force (IETF), 187
Internet Protocol (IP), 3
Internet Service Provider (ISP), 18, 187
Internet Services List, 63, 67
Internet Underground Music Archive (IUMA), 131
interview with Professor Michael Dertouzos, 164-170
IP, 3
ISMAP navigational graphic, 50
ISO (International Standards Organization), 187
ISO Latin Characters (online document), 161
ISP (Internet Service Provider), 187
italic face
    setting, 112, 114
        via HTML tags, 147

Japan Information server, 61
JPEG files, 124, 187
    installing external viewer for, 123
    viewing Hubble Space Telescope via, 124
    viewing Orion Nebula, 124
Jughead server, 77

LAN (Local Area Network), 187
    problems with, 20
Latin characters (guide to), 161
leased line (see dedicated line)
left angle bracket in HTML
    escape sequence for, 149
line break tag (HTML), 141
linked images, 187
    aligning in document, 153
    contrasted with inline images, 124
    tag for inserting, 152
links, 187
    controlling underlining of

        via initialization file, 111
        via Preferences dialog, 100
    creating, 149-153
    definition, 149
    marking as unvisited, 111
    meaning of underlining, 50
    setting colors of via initialization file, 110-111
    tag for, 149
    using in Mosaic to access FTP, 87
links (hypertext)
    turning visited to normal, 111
lists
    fonts for, 114
    ordered, 143-145
    tags for, 143-145
    unordered, 143-145
Load Images Automatically option in Preferences dialog, 98, 176
Load Missing Images option on Navigate menu, 100, 178
Local Area Network (LAN), 187
logical text styles, 147
LView program, 121-124
    configuring, 122
    downloading and installing, 122
    MIME type and subtype specification, 109
    used to edit images, 126
Lynx, 188
    contrasted with Mosaic, 134
    example of use, 12

magazines, 58-60
mailing lists for World Wide Web initiative, 171
Main Window
    section of initialization file, 106
    sizing, 111
maps, 61
MapViewer, xix
margins (setting), 112
markup in HoTMetaL, 158
Marx Brothers home page, 137
Massachusetts Institute of Technology
    Commercial Web (server), 57
    site of W3O, 164
Medium style sheet, 113

*Mosaic Handbook for Windows*

menus in Mosaic, 174-179
metacenters on GNN Home page, 23, 42
MIME (Multipurpose Internet Mail Exten-
    sions) protocol, 188
    description, 108
    specifying LView configuration via,
    123
    types and file format (table), 132
    types and programs (table), 109
    types and subtypes of files, 108
modem, 188
modes and associated file types (table),
    84
MOO, 188
Mosaic, xvii, 188
    as client software, 5
    commercialization, 13
    customizing, 93-118
    example of use, 13
    history of development, 12-13
    initialization file for, 104
    installation, 19
    interface description, 20
    learning about updates to, xxi
    menus, 174-179
    navigation tools, 23, 25-32
    performance factors, 19
    requirements for multimedia, 120
    starting, 20
    toolbar, 173-174
    using as newsreader, 89
    using HoTMetaL to preview own
      documents, 159
    using to access FTP, 79-88
    using to access Gopher, 70-77
    Web development and, 9-12
    window elements, 20
    writing hypertext documents in,
      133-157
Mosaic Handbook
    Home Page, xxi
    Hotlist, 53
Mother Jones (magazine), 60
moving around Mosaic (see navigating
    the Internet)
moving files via FTP, 81
MPEG, 188
    movies on waterfalls, 127

MPEGPlay player program, 108
    installing, 127
    using to watch movie, 128
MUD/MOO, 188
multimedia, 188
Multimedia Information Services, 67
Multipurpose Internet Mail Extensions
    protocol (see MIME)
music server, 131

Names and Addresses (online document),
    160
names in HTML (guide to), 160
naming anchors, 151-152
naming style sheets, 113
National Center for Supercomputing
    Application (see NCSA)
National Science Foundation (NSF), 2
nations (finding out about), 60
Navigate menu, 177-178
navigating the Internet
    importance of, 42
    importance of icons, 43
    ISMAP graphic for, 50
    Mosaic tools for, 23, 25-32
navigating the Whole Internet Catalog,
    45-52
NCSA (National Center for Supercomput-
    ing Applications), 12, 188
nesting of lists and glossaries, 143-144
Netizens, 55
    recommended characteristics of
      home page, 155
Network News, 89
New Window option, 174
New Zealand Information server, xviii, 60
newsgroups for World Wide Web Project,
    170
newsreader (using Mosaic as), 89
NFS (Network File System), 188
Normal style sheet, 113
NOT operator, 76-77
NSFNET, 2, 189

online guides for creating hypertext doc-
    uments, 160
Open Local option, 135, 174
Open URL option, 174

opening URLs in Gopher, 73
OR operator, 76-77
ordered lists (see lists)
Orion Nebula (viewing), 124
OSI, 189
outlining document's contents, 50

packet, 189
page setup
    setting margins, 112
Page Setup option, 175
Palace of Diocletian at Split (art exhibit),
    47-50
paleontology exhibits, 51
paragraph tag (HTML), 141
    using in glossary, 146
Paste option, 176
performance
    attributes of initialization file, 116-118
    factors affecting Mosaic, 19
    improving via caching, 116-118
    improving via proxy server, 109
photography available on Gopher server,
    72
physical text styles, 147
PKUNZIP (DOS decompression utility)
    using to decompress LView, 122
PKZIP (DOS compression utility), 86
point size
    advice on choosing, 114
    setting, 114
port, 189
PPP (Point-to-Point Protocol), 189
PPP/SLIP Account, 18, 189
Preferences dialog, 176
    choosing style sheet, 100, 177
    editing, 98-103
    loading images, 98-100, 176
    setting home page, 100, 176
    specifying proxy server, 100, 176
    underlining anchors, 100, 176
preformatted text
    fonts for, 114
    tags for, 148
Print option, 175
Print Setup option, 175
printing files, 32

problems
    in finding documents, 38
    starting Mosaic, 20
Project Gutenberg, 72
protocol, 189
    grafts, 169
    type in URL, 38
proxy server, 189
    specifying via initialization file, 109
    specifying via Preferences dialog, 176
Proxy Server field in Preferences dialog,
    100, 176
Public Dialup Internet Access List, 18

questions frequently asked (listing), 53
Quick Time Video Player program
    MIME type and subtype specification,
    109
quote marks in HTML
    escape sequence for, 149

recreational uses for future versions of
    World Wide Web, 166
Reload option, 178
Rem (comment characters), 104
resources for creating hypertext docu-
    ments, 160
retrieving Home Page, 43
RFC, 190
RGB (Red-Green-Blue), 110
    values and associated colors (table),
    111
right angle bracket in HTML
    escape sequence for, 149
robot programs, 65
    WebCrawler, 67
router, 190
rules checking in HoTMetaL, 159

Save As option, 175
saving files, 32
Scan Current option on Hotlist dialog, 28,
    178
science exhibit, 62
searchable index, 35
searching
    for text string, 32, 51
    GNN documents, 35

*Mosaic Handbook for Windows*

GNN documents **searching**, GNN documents (cont'd)
    limitations of, 52
    Gopher, 73-77
      via Jughead, 77
      via Veronica, 74
    World Wide Web, 65-68
security firewall, 190
    specifying proxy server as
      workaround, 109
    workaround for, 100
semicolon (comment character), 104
separator character in URL, 38
server, 4, 190
    (see also client/server; information
      servers)
server name in URL, 38
service provider, 190
    (see Internet Service Provider)
Services section of initialization file, 109
Set Home Page option, 176
setting
    margins, 112
    size of text, 114
    size of window, 111
SGML (Standard Generalized Markup Language), 134, 190
    attributes, 183
shell, 190
shell account, 190
size
    of text (setting), 114
    of window (setting), 111
slash character (in HTML tag), 136
SLIP, 190
special characters
    escape sequences for, 148
spider programs, 65
Spyglass, Inc. (Mosaic licensing agent), xx, 15
start-up page (see home page)
starting Mosaic, 20
Starting Points (NCSA) and CUI W3 Catalog, 67
Style Guide (online document), 160
style sheets
    adding (advice on), 114
    attributes and values for (table), 112

    choosing in Preferences dialog, 100, 177
    default setting, 113
    editing in initialization file, 112-116
    names of, 113
    number of, 113
    sample specification in initialization
      file, 105
Style Sheets field in Preferences dialog, 177
Styles section of initialization file
    sample, 105, 112
Subscribe to GNN icon, 23
suffixes for external viewer files, 109
Support Center, xxi
syntax
    for opening local files, 135
    glossary, 145
    HTML tag, 114
    links, 149
    MIME file type specification, 123
    newsgroup URL, 89
    of HTML attributes, 137
    ordered list, 144
    unordered list, 143
    Web URL, 36-38

tables (creating in HTML), 148
tags (HTML), 138-140, 190
    description, 136
    for document parts
      addresses, 148
      anchors, 149
      body identifiers, 140
      bold face text, 147
      document identifiers, 138
      glossaries, 145
      graphics, 152
      headers, 139
      headings, 140
      horizontal rule, 142
      italic face text, 147
      line breaks, 141
      lists, 143-145
      paragraphs, 141
      preformatted text, 148
      style sheets, 114
      tables, 148

for document parts tags (HTML), for document parts (cont'd)
    text attributes, 147
    titles, 139
  inserting via HoTMetaL, 158
  table of, 181
TCP/IP, 1, 3, 190
TELNET, 191
templates for generic home page, 155-157
text
  aligning, 153
  formatting
    changing via style sheets, 100, 112-116
    setting via HTML, 140-148
  HTML attributes for, 147
  in lieu of graphics, 100
  searching for, 32
  size of (setting), 114
  string search in Veronica, 74
TIFF (Tag Image File Format), 191
tilde in HTML
  escape sequence for, 149
title search on Veronica, 74
title tag (HTML), 139
titles of HTML documents (rules about), 139
toolbar (Mosaic), 173-174
transfer modes in FTP, 80

umlaut on a lowercase o in HTML
  escape sequence for, 149
Underline Links field in Preferences dialog, 176
underlining of links
  controlling via initialization file, 100
  controlling via Preferences dialog, 111
  meaning, 50
Uniform Resource Locators (see URLs)
UNIX, 4
  command for Gopher, 7
unordered lists (see lists)
updates to the Whole Internet Catalog, 52
URL field on Mosaic toolbar, 174

URLs (Uniform Resource Locators), 10, 36-38, 191
  adding documents to hotlist via, 27, 177-178
  beginners guide to, 160
  description, 36-38
  for ALIWEB, 66
  for Artserve, 57
  for CERN's mailing lists, 171
  for Commercial Sites on the Web, 57
  for CUI W3 Catalog, 67
  for CUSI, 66
  for CyberSight, 64
  for Dead Sea Scrolls, 58
  for EINet Galaxy, 67
  for Exploratorium, 62
  for external viewers, 120
  for Geometry Center, 61
  for Germany information server, 61
  for GNN Home page, 31
  for Hubble Space Telescope, 58, 124
  for Iceland information server, 61
  for International Teletimes, 58
  for Japan information server, 61
  for Library of Congress Gopher, 73
  for LView, 122
  for Mother Jones, 60
  for Netizens, 55
  for New Zealand information server, 60
  for online guides to hypertext, 160
  for PKUNZIP, 122
  for robot programs, 66
  for sample home page, 97
  for Smithsonian image server, 82
  for spider programs, 66
  for the Wanderer, 66
  for Underground Music Archive, 131
  for United States Map, 61
  for USENET FAQ list, 55
  for Vatican exhibit, 58
  for W3O server, 164
  for WebCrawler, 67
  for What's New (NCSA Mosaic), 53
  for Wired, 60
  for World Wide Web Worm, 67
  for WWW project, 161, 170
  for Xerox PARC, 61

*Mosaic Handbook for Windows*

URLs (Uniform Resource Locators)
(cont'd)
    for Yanoff's Internet Services list, 63
    for Zines, 60
    how to use, 31
    problems entering, 38
    syntax, 36-38
    using to write HTML, 137
USENET, 191
USENET FAQs, 55

Vatican Library (exhibit), 58
Veronica, 74-77, 191
    contrasted with Jughead, 77
    types of searches, 74
video clips, 126
video files
    installing external viewer for, 127
    specifying external viewer for in ini-
    tialization file, 108
View Source option, 176
viewers, 191
    (see also external viewers)
Viewers section of initialization file, 108
    editing to configure
        LView, 123-124
        MPEGPlay, 127
        WHAM, 131
    sample, 106
viewing documents via HoTMetaL, 159
viewing image files, 85
visit, 191

W3O (organization), 163-172, 191
    accessing server, 164
    project information, 170
WAIS (Wide Area Information Servers),
    7-8, 191
    accessing via Gopher, 77
WAN (Wide Area Network), 192
Wanderer, the, 66
watching movies, 126
waterfalls (MPEG movies about), 127
Web (see World Wide Web)
WebCrawler, 67
WHAM (Waveform Hold and Modify) pro-
    gram (installing), 131

What's New page
    in NCSA Mosaic, 53
    and CUI W3 Catalog, 67
    in Whole Internet Catalog document,
    52
What's Up in GNN page, 22-23, 43
Whole Internet Catalog
    description, 45-52
    GO links to other servers, 45, 48
    icon on Home Page, 23
    pointers to Gopher, 72
    Top 50 list, 52
    What's New (document), 52
Wide Area Information Servers (see
    WAIS)
Wide Area Network (WAN), 192
window setup sizing, 111
Windows menu, 179
Wired (magazine), 60
World Wide Web (WWW), xvii, 192
    CERN's General Overview of the
    Web, 62
    characteristics, 10
    future of, 163-172
    history of development, 9-12
    hypertext development and, 9
    Initiative (online document), 161
    mailing lists, 171
    newsgroups, 170
    project newsgroups, 170
    searching, 65-68
    specifications, 10
    Virtual Library, 62
    and CUI W3 Catalog, 67
    Worm, 67
writing HTML documents, 133-161
WWW (see World Wide Web)

X Window System, 192
Xanadu, 9
XBM, 192
Xerox PARC Map Viewer, xix

Zines (magazine list), 60

204

# *About the Authors*

Dale Dougherty is manager of O'Reilly's Digital Media Group. He is publisher of the *Global Network Navigator*. He is also an editor and writer for O'Reilly & Associates. Among other books, Dale has written *sed & awk*, *UNIX Text Processing* (with Tim O'Reilly), *Using UUCP & Usenet* (with Grace Todino), and *Guide to the Pick System*.

Richard Koman is an editor for the *Global Network Navigator*. He is also technology editor for *Communication Arts*, a national graphic design magazine, and former editor of *Online Design*, a California monthly covering electronic design, graphics, and multimedia. He has covered design, publishing, and printing technology for a variety of publications.

# *Colophon*

Our look is the result of reader comments, our own experimentation, and feedback from distribution channels.

Distinctive covers complement our distinctive approach to technical topics, breathing personality and life into potentially dry subjects.

The image featured on the cover of *The Mosaic Handbook for Microsoft Windows* is of a sailor on lookout in a crow's nest. It is likely that this particular crow's nest was attached to the mast of a late 19th century Arctic whaling vessel.

During the whaling industry's height, from about 1820 to the onset of the Civil War, more than 500 ships and 15,000 men, mostly from New England, were employed in the trade at any given time. These ships plied the Atlantic, Pacific, and Indian oceans, hunting mainly sperm whales. The oil derived from the blubber of the sperm whale was considered to be the finest.

By the time the Civil War began, overharvesting had greatly depleted the whale population. New England's whaling fleet was diminished by the War, and the increased availability of petroleum led to a decreased need for the oil of the sperm whale. Whalers shifted their focus to Arctic Ocean, and the huge supplies of baleen they could elicit there from bowhead whales. Baleen is a flexible material found in the mouths of most whales that was used to make umbrellas, corset stays, fishing rods, and knitting needles, among other things.

The hunt for whales was, obviously, a very dangerous profession. Journeys often lasted as long as four years, and boredom, sickness, and death were accepted hazards of the job. Because of the harsh Arctic conditions, these whalers faced a set of perils unknown to those who went before them. The job of lookout was a particularly unpleasant one. There was little or no shelter from the elements in the crow's nest, which was situated 100 feet or more above the deck. Visibility, which was from eight to 12 miles in the Pacific ocean, was rarely more than six miles in the foggy Arctic, and often much less. Watches were for two hours at a time, and injury from falls or frostbite was common.

Today many species of whales are endangered or threatened, including the bowhead and the sperm whale. Only the Pacific Blue whale has increased in population enough to be removed from the endangered list. Since 1946 the International Whaling Commission (IWC) has sought to limit, but not ban, commercial whaling. The IWC has no power to punish nations that exceed the limits that they set forth. Most nations have agreed to a total ban on commercial whaling, but in 1993 Norway and Japan lifted their bans.

Edie Freedman designed this cover. The cover image is adapted from a 19th-century engraving from the Bettman Archives. The cover layout was produced with Quark XPress 3.3 using the ITC Garamond font.

The inside formats were designed by Edie Freedman and implemented in sqtroff by Lenny Muellner. The text and heading fonts are ITC Garamond Light and Garamond Book. The illustrations that appear in the book were created in Aldus Freehand by Chris Reilley, and the screenshots were processed in Adobe PhotoShop using Photomatic. This colophon was written by Clairemarie Fisher O'Leary. Special thanks to Janet Hamilton of the Museum of Science in Boston for her help.



# INTERNET
## Books from O'Reilly & Associates, Inc.
### FALL/WINTER 1994-95

## The Whole Internet User's Guide & Catalog

*By Ed Krol*
*2nd Edition April 1994*
*574 pages, ISBN 1-56592-063-5*



The best book about the Internet just got better! This is the second edition of our comprehensive—and bestselling—introduction to the Internet, the international network that includes virtually every major computer site in the world. In addition to email, file transfer, remote login, and network news, this book pays special attention to some new tools for helping you find information. Useful to beginners and veterans alike, this book will help you explore what's possible on the Net. Also includes a pull-out quick-reference card.

"An ongoing classic."
—*Rochester Business Journal*

"The book against which all subsequent Internet guides are measured, Krol's work has emerged as an indispensable reference to beginners and seasoned travelers alike as they venture out on the data highway."
—*Microtimes*

"*The Whole Internet User's Guide & Catalog* will probably become the Internet user's bible because it provides comprehensive, easy instructions for those who want to get the most from this valuable electronic tool."
—David J. Buerger, Editor, *Communications Week*

"Krol's work is comprehensive and lucid, an overview which presents network basics in clear and understandable language. I consider it essential."
—Paul Gilster, *Triad Business News*

## !%@:: A Directory of Electronic Mail Addressing & Networks

*By Donnalyn Frey & Rick Adams*
*4th Edition June 1994*
*662 pages, ISBN 1-56592-046-5*



This is the only up-to-date directory that charts the networks that make up the Internet, provides contact names and addresses, and describes the services each network provides. It includes all of the major Internet-based networks, as well as various commercial networks such as CompuServe, Delphi, and America Online that are "gatewayed" to the Internet for transfer of electronic mail and other services. If you are someone who wants to connect to the Internet, or someone who already is connected but wants concise, up-to-date information on many of the world's networks, check out this book.

This is the fourth edition of this directory, now in a simplified format designed to allow more frequent updates.

"The book remains the bible of electronic messaging today. One could easily borrow the American Express slogan with the quip 'don't do messaging without it.' The book introduces you to electronic mail in all its many forms and flavors, tells you about the networks throughout the world...with an up-to-date summary of information on each, plus handy references such as all the world's subdomains. The husband-wife team authors are among the most knowledgeable people in the Internet world. This is one of those publications for which you just enter a lifetime subscription."
—Book Review, *ISOC News*

FOR INFORMATION: **800-998-9938**, 707-829-0515; **NUTS@ORA.COM**

### The Mosaic Handbooks

Mosaic is an important application that is becoming instrumental in the growth of the Internet. These books, one for Microsoft Windows, one for the X Window System, and one for the Macintosh, introduce you to Mosaic and its use in navigating and finding information on the World Wide Web. They show you how to use Mosaic to replace some of the traditional Internet functions like FTP, Gopher, Archie, Veronica, and WAIS. For more advanced users, the books describe how to add external viewers to Mosaic (allowing it to display many additional file types) and how to customize the Mosaic interface, such as screen elements, colors, and fonts. The Microsoft and Macintosh versions come with a copy of Mosaic on a floppy disk; the X Window version comes with a CD-ROM. All three books come with a subscription to The Global Network Navigator (GNN)™, the leading WWW-based information service on the Internet.



### The Mosaic Handbook for Microsoft Windows

*By Dale Dougherty & Richard Koman*
*1st Edition October 1994*
*234 pages (est.), ISBN 1-56592-094-5*
*(Floppy disk included)*



### The Mosaic Handbook for the X Window System

*By Dale Dougherty, Richard Koman & Paula Ferguson*
*1st Edition October 1994*
*220 pages (est.), ISBN 1-56592-095-3*
*(CD-ROM included)*



### The Mosaic Handbook for the Macintosh

*By Dale Dougherty & Richard Koman*
*1st Edition October 1994*
*220 pages (est.), ISBN 1-56592-096-1*
*(Floppy disk included)*

### Internet In A Box

*Produced by Spry, Inc.*
*Available late September 1994*
*UPC 799364 01100*
*(sold only in the US and Canada)*



*Internet In A Box*™ is the first shrink-wrapped package to provide a total solution for PC users to get on the Internet. *Internet In A Box* provides instant connectivity, a multimedia Windows interface, a full suite of applications, and a complete online guide to the Internet.  The box contains:

* Two ways to connect to the Internet: five-minute automated connection via SprintLink or manual connection to any PPP provider in the US and Canada.

* A subscription to the Global Network Navigator (GNN)™, an online interactive guide to the Internet.

* Software: The Air Series applications, including Mosaic, electronic mail, Usenet news reader, drag-and-drop file transfer, gopher, and telnet.

* Three books that clearly describe how to use these resources: a special edition of Ed Krol's bestselling *The Whole Internet User's Guide & Catalog*, a *Getting Started* guide, and an *Install* guide.

### Connecting to the Internet

*By Susan Estrada*
*1st Edition August 1993*
*188 pages, ISBN 1-56592-061-9*



This book provides practical advice on how to get an Internet connection. It describes how to assess your needs to determine the kind of Internet service that is best for you and how to find a local access provider and evaluate the services they offer.

Knowing how to purchase the right kind of Internet access can help you save money and avoid a lot of frustration. This book is the fastest way for you to learn how to get on the Internet. Then you can begin exploring one of the world's most valuable resources.

"A much needed 'how to do it' for anyone interested in getting Internet connectivity and using it as part of their organization or enterprise. The sections are simple and straightforward.... If you want to know how to connect your organization, get this book."
—Book Review, *ISOC News*

TO ORDER: **800-889-8969** (CREDIT CARD ORDERS ONLY); **ORDER@ORA.COM**

### Learning the UNIX Operating System

*By Grace Todino, John Strang & Jerry Peek*
*3rd Edition August 1993*
*108 pages, ISBN 1-56592-060-0*



If you are new to UNIX, this concise introduction will tell you just what you need to get started and no more. Why wade through a 600-page book when you can begin working productively in a matter of minutes? It's an ideal primer for Mac and PC users of the Internet who need to know a little bit about UNIX on the systems they visit.

This book is the most effective introduction to UNIX in print. The third edition has been updated and expanded to increase coverage of window systems and networking. It's a handy book for someone just starting with UNIX, as well as someone who encounters a UNIX system as a "visitor" via remote login over the Internet.

"If you have someone on your site who has never worked on a UNIX system and who needs a quick how-to, Nutshell® has the right booklet. *Learning the UNIX Operating System* can get a newcomer rolling in a single session. It covers logging in and out; files and directories; mail; pipes; filters; background-ing; and a large number of other topics. It's clear, cheap, and can render a newcomer productive in a few hours."
*—;login*

### Smileys

*By David W. Sanderson*
*1st Edition March 1993*
*93 pages, ISBN 1-56592-041-4*



From the people who put an armadillo on the cover of a system administrator book comes this collection of the computer underground hiero-glyphs called "smileys." Originally inserted into email messages to denote "said with a cynical smile" :-), smileys now run rampant throughout the electronic mail culture.

"For a quick grin at an odd moment, this is a nice pocket book to carry around  :-)   If you keep this book near your terminal, you could express many heretofore hidden feelings in your email  ;-)   Then again, such things may be frowned upon at your company  :-(   No matter, this is a fun book to have around."
*—Gregory M. Amov, News & Review*

### TCP/IP Network Administration

*By Craig Hunt*
*1st Edition August 1992*
*502 pages, ISBN 0-937175-82-X*



*TCP/IP Network Administration* is a complete guide to setting up and running a TCP/IP network for administrators of networks of systems or lone home systems that access the Internet. It starts with the fundamentals: what the protocols do and how they work, how to request a network address and a name (the forms needed are included in an appendix), and how to set up your network.

Beyond basic setup, the book discusses how to configure important network applications, including sendmail, the r* commands, and some simple setups for NIS and NFS. There are also chapters on troubleshooting and security. In addition, this book covers several important packages that are available from the Net (such as *gated*). Covers BSD and System V TCP/IP implementations.

"*TCP/IP Network Administration* provides a great service to network managers. Any network manager responsible for TCP/IP networking should keep a copy of this inexpensive reference nearby."
*—Network Computing*

### Managing Internet Information Services

*By Cricket Liu, Jerry Peek, Russ Jones, Bryan Buus & Adrian Nye*
*1st Edition Winter 1994/95 (est.)*
*400 pages (est.), ISBN 1-56592-062-7*



This comprehensive guide describes how to set up information services to make them available over the Internet. Providing com-plete coverage of all popular services, it discusses why a company would want to offer Internet services and how to select which ones to provide. Most of the book describes how to set up email services and FTP, Gopher, and World Wide Web servers.

"*Managing Internet Information Services* has long been needed in the Internet community, as well as in many organi-zations with IP-based networks. Although many on the Internet are quite savvy when it comes to administering these types of tools, MIIS will allow a much larger community to join in and perhaps provide more diverse information. This book will be a welcome addition to my Internet shelf."
*—Robert H'obbes' Zakon, MITRE Corporation*

## sendmail

By Bryan Costales, with Eric Allman & Neil Rickert
1st Edition November 1993
830 pages, ISBN 1-56592-056-2



Although sendmail is used on almost every UNIX system, it's one of the last great uncharted territories—and most difficult utilities to learn—in UNIX system administration. This book provides a complete sendmail tutorial, plus extensive reference material. It covers the BSD, UIUC IDA, and V8 versions of sendmail.

"The program and its rule description file, sendmail.cf, have long been regarded as the pit of coals that separated the mild Unix system administrators from the real fire walkers. Now, sendmail syntax, testing, hidden rules, and other mysteries are revealed. Costales, Allman, and Rickert are the indisputable authorities to do the text."
—Ben Smith, *Byte*

## DNS and BIND

By Cricket Liu & Paul Albitz
1st Edition October 1992
418 pages, ISBN 1-56592-010-4



*DNS and BIND* contains all you need to know about the Internet's Domain Name System (DNS) and the Berkeley Internet Name Domain (BIND), its UNIX implementation. The Domain Name System is the Internet's "phone book"; it's a database that tracks important information (in particular, names and addresses) for every computer on the Internet. If you're a system administrator, this book will show you how to set up and maintain the DNS software on your network.

"At 380 pages it blows away easily any vendor supplied information, and because it has an extensive troubleshooting section (using nslookup) it should never be far from your desk—especially when things on your network start to go awry  :-)"
—Ian Hoyle, BHP Research, Melbourne Laboratories

## MH & xmh: E-mail for Users & Programmers

By Jerry Peek
2nd Edition September 1992
728 pages, ISBN 1-56592-027-9



Customizing your email environment can save time and make communicating more enjoyable. *MH & xmh: E-Mail for Users & Programmers* explains how to use, customize, and program with the MH electronic mail commands available on virtually any UNIX system. The handbook also covers *xmh*, an X Window System client that runs MH programs.

The second edition added a chapter on mhook, sections explaining under-appreciated small commands and features, and more examples showing how to use MH to handle common situations.

"The MH bible is irrefutably Jerry Peek's *MH & xmh: E-mail for Users & Programmers*. This book covers just about everything that is known about MH and *xmh* (the X Windows front end to MH), presented in a clear and easy-to-read format. I strongly recommend that anybody serious about MH get a copy."
—James Hamilton, *UnixWorld*

## Practical UNIX Security

By Simson Garfinkel & Gene Spafford
1st Edition June 1991
512 pages, ISBN 0-937175-72-2



*Practical UNIX Security* tells system administrators how to make their UNIX system—either System V or BSD—as secure as it possibly can be without going to trusted system technology. The book describes UNIX concepts and how they enforce security, tells how to defend against and handle security breaches, and explains network security (including UUCP, NFS, Kerberos, and firewall machines) in detail. If you are a UNIX system administrator or user who deals with security, you need this book.

"Timely, accurate, written by recognized experts...covers every imaginable topic relating to Unix security. An excellent book and I recommend it as a valuable addition to any system administrator's or computer site manager's collection."
—Jon Wright, *Informatics* (Australia)

*O'Reilly & Associates—*

# GLOBAL NETWORK NAVIGATOR

The Global Network Navigator (GNN)™ is a unique kind of information service that makes the Internet easy and enjoyable to use. We organize access to the vast information resources of the Internet so that you can find what you want. We also help you understand the Internet and the many ways you can explore it.



*In GNN you'll find:*

### Navigating the Net with GNN

 The *Whole Internet Catalog* contains a descriptive listing of the most useful Net resources and services with live links to those resources.

 The *GNN Business Pages* are where you'll learn about companies who have established a presence on the Internet and use its worldwide reach to help educate consumers.

 The *Internet Help Desk* helps folks who are new to the Net orient themselves and gets them started on the road to Internet exploration.

### News

 *NetNews* is a weekly publication that reports on the news of the Internet, with weekly feature articles that focus on Internet trends and special events. The Sports, Weather, and Comix Pages round out the news.

### Special Interest Publications

 Whether you're planning a trip or are just interested in reading about the journeys of others, you'll find that the *Travelers' Center* contains a rich collection of feature articles and ongoing columns about travel. In the *Travelers' Center*, you can link to many helpful and informative travel-related Internet resources.

The *Personal Finance Center* is the place to go for information about money management and investment on the Internet. Whether you're an old pro at playing the market or are thinking about investing for the first time, you'll read articles and discover Internet resources that will help you to think of the Internet as a personal finance information tool.

*All in all, GNN helps you get more value for the time you spend on the Internet.*

 **The Best of the Web**

The *O'Reilly Resource Center* was voted "**Best Commercial Site**" by users participating in "Best of the Web '94."

*GNN* received "Honorable Mention" for "**Best Overall Site**," "**Best Entertainment Service**," and "**Most Important Service Concept**."

The *GNN NetNews* received "Honorable Mention" for "**Best Document Design**."

## Subscribe Today

GNN is available over the Internet as a subscription service. To get complete information about subscribing to GNN, send email to **info@gnn.com**. If you have access to a World Wide Web browser such as Mosaic or Lynx, you can use the following URL to register online: `http://gnn.com/`

If you use a browser that does not support online forms, you can retrieve an email version of the registration form automatically by sending email to **form@gnn.com**. Fill this form out and send it back to us by email, and we will confirm your registration.

*FOR INFORMATION:* **800-998-9938**, *707-829-0515;* **NUTS@ORA.COM**

# AUDIOTAPES

O'Reilly now offers audiotapes based on interviews with people who are making a profound impact in the world of the Internet. Here we give you a quick overview of what's available. For details on our audiotape collection, send email to **audio@ora.com**.

*"Ever listen to one of those five-minute-long news pieces being broadcast on National Public Radio's 'All Things Considered' and wish they were doing an in-depth story on new technology? Well, your wishes are answered." —Byte*

## Global Network Operations

*Carl Malamud interviews Brian Carpenter, Bernhard Stockman, Mike O'Dell & Geoff Huston*
*Duration: 2 hours, ISBN 1-56592-993-4*

What does it take to actually run a network? In these four interviews, Carl Malamud explores some of the technical and operational issues faced by Internet service providers around the world.

Brian Carpenter is the director for networking at CERN, the high-energy physics laboratory in Geneva, Switzerland. Physicists are some of the world's most active Internet users, and its global user base makes CERN one of the world's most network-intensive sites. Carpenter discusses how he deals with issues such as the OSI and DECnet Phase V protocols and his views on the future of the Internet.

Bernhard Stockman is one of the founders and the technical manager of the European Backbone (EBONE). EBONE has proven to be the first effective transit backbone for Europe and has been a leader in the deployment of CIDR, BGP-4, and other key technologies.

Mike O'Dell is vice president of research at UUNET Technologies. O'Dell has a long record of involvement in data communications, ranging from his service as a telco lab employee, an engineer on several key projects, and a member of the USENIX board to now helping define new services for one of the largest commercial IP service providers.

Geoff Huston is the director of the Australian Academic Research Network (AARNET). AARNET is known as one of the most progressive regional networks, rapidly adopting new services for its users. Huston talks about how networking in Australia has flourished despite astronomically high rates for long-distance lines.

## The Future of the Internet Protocol

*Carl Malamud interviews Steve Deering, Bob Braden, Christian Huitema, Bob Hinden, Peter Ford, Steve Casner, Bernhard Stockman & Noel Chiappa*
*Duration: 4 hours, ISBN 1-56592-996-9*

The explosion of interest in the Internet is stressing what was originally designed as a research and education network. The sheer number of users is requiring new strategies for Internet address allocation; multimedia applications are requiring greater bandwidth and strategies such as "resource reservation" to provide synchronous end-to-end service.

In this series of eight interviews, Carl Malamud talks to some of the researchers who are working to define how the underlying technology of the Internet will need to evolve in order to meet the demands of the next five to ten years.

Give these tapes a try if you're intrigued by such topics as Internet "multicasting" of audio and video, or think your job might one day depend on understanding some of the following buzzwords:

- IPNG (Internet Protocol Next Generation)
- SIP (Simple Internet Protocol)
- TUBA (TCP and UDP with Big Addresses)
- CLNP (Connectionless Network Protocol)
- CIDR (Classless Inter-Domain Routing)

or if you are just interested in getting to know more about the people who are shaping the future.

### Mobile IP Networking
*Carl Malamud interviews Phil Karn & Jun Murai*
*Released Spring 1994*
*Duration: 1 hour, ISBN 1-56592-994-2*

Phil Karn is the father of the KA9Q publicly available implementation of TCP/IP for DOS (which has also been used as the basis for the software in many commercial Internet routers). KA9Q was originally developed to allow "packet radio," that is, TCP/IP over ham radio bands. Phil's current research focus is on commercial applications of wireless data communications.

Jun Murai is one of the most distinguished researchers in the Internet community. Murai is a professor at Keio University and the founder of the Japanese WIDE Internet. Murai talks about his research projects, which range from satellite-based IP multicasting to a massive testbed for mobile computing at the Fujisawa campus of Keio University.

### Networked Information and Online Libraries
*Carl Malamud interviews Peter Deutsch & Cliff Lynch*
*Released September 1993*
*Duration: 1 hour, ISBN 1-56592-998-5*

Peter Deutsch, president of Bunyip Information Services, was one of the co-developers of Archie. In this interview Peter talks about his philosophy for services and compares Archie to X.500. He also talks about what kind of standards we need for networked information retrieval.

Cliff Lynch is currently the director of library automation for the University of California. He discusses issues behind online publishing, such as SGML and the democratization of publishing on the Internet.

### European Networking
*Carl Malamud interviews Glenn Kowack & Rob Blokzijl*
*Released September 1993*
*Duration: 1 hour, ISBN 1-56592-999-3*

Glenn Kowack is chief executive of EUnet, the network that's bringing the Internet to the people of Europe. Glenn talks about EUnet's populist business model and the politics of European networking.

Rob Blokzijl is the network manager for NIKHEF, the Dutch Institute of High Energy Physics. Rob talks about RIPE, the IP user's group for Europe, and the nuts and bolts of European network coordination.

### Security and Networks
*Carl Malamud interviews Jeff Schiller & John Romkey*
*Released September 1993*
*Duration: 1 hour, ISBN 1-56592-997-7*

Jeff Schiller is the manager of MIT's campus network and is one of the Internet's leading security experts. Here, he talks about Privacy Enhanced Mail (PEM), the difficulty of policing the Internet, and whether horses or computers are more useful to criminals.

John Romkey has been a long-time TCP/IP developer and was recently named to the Internet Architecture Board. In this wide-ranging interview, John talks about the famous "ToasterNet" demo at InterOp, what kind of Internet security he'd like to see put in place, and what Internet applications of the future might look like.

### John Perry Barlow
### Notable Speeches of the Information Age
*USENIX Conference Keynote Address*
*San Francisco, CA; January 17, 1994*
*Duration: 1.5 hours, ISBN 1-56592-992-6*

John Perry Barlow—retired Wyoming cattle rancher, a lyricist for the Grateful Dead since 1971— holds a degree in comparative religion from Wesleyan University. He also happens to be a recognized authority on computer security, virtual reality, digitized intellectual property, and the social and legal conditions arising in the global network of computers.

In 1990 Barlow co-founded the Electronic Frontier Foundation with Mitch Kapor and currently serves as chair of its executive committee. He writes and lectures on subjects relating to digital technology and society and is a contributing editor to *Communications of the ACM*, *NeXTWorld*, *Microtimes*, *Mondo 2000*, *Wired*, and other publications.

In his keynote address to the Winter 1994 USENIX Conference, Barlow talks of recent developments in the national information infrastructure, telecommunications regulation, cryptography, globalization of the Internet, intellectual property, and the settlement of Cyberspace. The talk explores the premise that "architecture is politics": that the technology adopted for the coming "information superhighway" will help to determine what is carried on it, and that if the electronic frontier of the Internet is not to be replaced by electronic strip malls, we need to make sure that our technological choices favor bi-directional communication and open platforms.

Side A contains the keynote;
Side B contains a question and answer period.

## *O'Reilly on the Net—*
# ONLINE PROGRAM GUIDE

O'Reilly & Associates offers extensive information through our online resources. If you've got Internet access, we invite you to come and explore our little neck-of-the-woods.

### *Online Resource Center*

Most comprehensive among our online offerings is the O'Reilly Resource Center. Here, you'll find detailed information and descriptions on all O'Reilly products: titles, prices, tables of contents, indexes, author bios, CD-ROM directory listings, reviews...you can even view images of the products themselves. We also supply helpful ordering information: how to contact us, how to order online, distributors and bookstores around the world, discounts, upgrades, etc. In addition, we provide informative literature in the field, featuring articles, interviews, bibliographies, and columns that help you stay informed and abreast.

#### *To access ORA's Online Resource Center:*

Point your Web browser (e.g., `mosaic` or `lynx`) to:
`http://gnn.com/ora/`

For the plaintext version, `telnet` or `gopher` to:
`gopher.ora.com`

### *Ora-news*

An easy way to stay informed of the latest projects and products from O'Reilly & Associates is to subscribe to "ora-news," our electronic news service. Subscribers receive email as soon as the information breaks.

#### *To subscribe to "ora-news":*

Send email to:
**listproc@online.ora.com**

and put the following information on the first line of your message (not in "Subject"):
**subscribe ora-news** "your name" **of** "your company"

For example:
**subscribe ora-news Jim Dandy of Mighty Fine Enterprises**

### *FTP*

The example files and programs in many of our books are available electronically via FTP.

#### *To obtain example files and programs from O'Reilly texts:*

`ftp` to:

`ftp.uu.net`
`cd published/oreilly`

or

`ftp.ora.com`

### *Email*

Many other helpful customer services are provided via email. Here's a few of the most popular and useful.

#### *Useful email addresses*

**nuts@ora.com**
 For general questions and information.
**bookquestions@ora.com**
 For technical questions, or corrections, concerning book contents.
**order@ora.com**
 To order books online and for ordering questions.
**catalog@ora.com**
 To receive a free copy of our magazine/catalog, "ora.com" (please include a snailmail address).

### *Snailmail and phones*

**O'Reilly & Associates, Inc.**
**103A Morris Street, Sebastopol, CA 95472**
Inquiries: **707-829-0515, 800-998-9938**
Credit card orders: **800-889-8969**
FAX: **707-829-0104**

*TO ORDER:* **800-889-8969** *(CREDIT CARD ORDERS ONLY);* **ORDER@ORA.COM**

# *O'Reilly & Associates—*
# LISTING OF TITLES

## INTERNET

!%@:: A Directory of Electronic Mail
    Addressing & Networks
Connecting to the Internet: An O'Reilly Buyer's Guide
Internet In A Box
MH & xmh: E-mail for Users & Programmers
The Mosaic Handbook for Microsoft Windows
The Mosaic Handbook for the Macintosh
The Mosaic Handbook for the X Window System
Smileys
The Whole Internet User's Guide & Catalog

## SYSTEM ADMINISTRATION

Computer Security Basics
DNS and BIND
Essential System Administration
Linux Network Administrator's Guide (Fall 94 est.)
Managing Internet Information Services (Fall 94 est.)
Managing NFS and NIS
Managing UUCP and Usenet
sendmail
Practical UNIX Security
PGP: Pretty Good Privacy (Winter 94/95 est.)
System Performance Tuning
TCP/IP Network Administration
termcap & terminfo
X Window System Administrator's Guide: Volume 8
X Window System ,R6, Companion CD (Fall 94 est.)

## USING UNIX AND X

### BASICS

Learning GNU Emacs
Learning the Korn Shell
Learning the UNIX Operating System
Learning the vi Editor
SCO UNIX in a Nutshell
The USENET Handbook (Winter 94/95 est.)
Using UUCP and Usenet
UNIX in a Nutshell: System V Edition
The X Window System in a Nutshell
X Window System User's Guide: Volume 3
X Window System User's Guide, Motif Ed.: Vol. 3M
X User Tools (10/94 est.)

### ADVANCED

Exploring Expect (Winter 94/95 est.)
The Frame Handbook (10/94 est.)
Making TeX Work
Learning Perl
Programming perl
sed & awk
UNIX Power Tools (with CD-ROM)

## PROGRAMMING UNIX, C, AND MULTI-PLATFORM

### FORTRAN/SCIENTIFIC COMPUTING

High Performance Computing
Migrating to Fortran 90
UNIX for FORTRAN Programmers

### C PROGRAMMING LIBRARIES

Practical C Programming
POSIX Programmer's Guide
POSIX.4: Programming for the Real World
    (Fall 94 est.)
Programming with curses
Understanding and Using COFF
Using C on the UNIX System

### C PROGRAMMING TOOLS

Checking C Programs with lint
lex & yacc
Managing Projects with make
Power Programming with RPC
Software Portability with imake

### MULTI-PLATFORM PROGRAMMING

Encyclopedia of Graphics File Formats
Distributing Applications Across DCE and
    Windows NT
Guide to Writing DCE Applications
Multi-Platform Code Management
Understanding DCE
Understanding Japanese Information Processing
ORACLE Performance Tuning

## BERKELEY 4.4 SOFTWARE DISTRIBUTION

4.4BSD System Manager's Manual
4.4BSD User's Reference Manual
4.4BSD User's Supplementary Documents
4.4BSD Programmer's Reference Manual
4.4BSD Programmer's Supplementary Documents
4.4BSD-Lite CD Companion
4.4BSD-Lite CD Companion: International Version

## X PROGRAMMING

Motif Programming Manual: Volume 6A
Motif Reference Manual: Volume 6B
Motif Tools
PEXlib Programming Manual
PEXlib Reference Manual
PHIGS Programming Manual (soft or hard cover)
PHIGS Reference Manual
Programmer's Supplement for R6 (Winter 94/95 est.)
Xlib Programming Manual: Volume 1
Xlib Reference Manual: Volume 2
X Protocol Reference Manual, R5: Volume 0
X Protocol Reference Manual, R6: Volume 0 (11/94 est.)
X Toolkit Intrinsics Programming Manual: Vol. 4
X Toolkit Intrinsics Programming Manual,
    Motif Edition: Volume 4M
X Toolkit Intrinsics Reference Manual: Volume 5
XView Programming Manual: Volume 7A
XView Reference Manual: Volume 7B

## THE X RESOURCE

### A QUARTERLY WORKING JOURNAL FOR X PROGRAMMERS

The X Resource: Issues 0 through 12
    (Issue 12 available 10/94)

## BUSINESS/CAREER

Building a Successful Software Business
Love Your Job!

## TRAVEL

Travelers' Tales Thailand
Travelers' Tales Mexico
Travelers' Tales India (Winter 94/95 est.)

## AUDIOTAPES

### INTERNET TALK RADIO'S "GEEK OF THE WEEK" INTERVIEWS

The Future of the Internet Protocol, 4 hours
Global Network Operations, 2 hours
Mobile IP Networking, 1 hour
Networked Information and
    Online Libraries, 1 hour
Security and Networks, 1 hour
European Networking, 1 hour

### NOTABLE SPEECHES OF THE INFORMATION AGE

John Perry Barlow, 1.5 hours

*FOR INFORMATION:* **800-998-9938**, *707-829-0515; NUTS@ORA.COM*

*O'Reilly & Associates—*

# INTERNATIONAL DISTRIBUTORS

Customers outside North America can now order O'Reilly & Associates books through the following distributors. They offer our international customers faster order processing, more bookstores, increased representation at tradeshows worldwide, and the high quality, responsive service our customers have come to expect.

## EUROPE, MIDDLE EAST, AND AFRICA
*(except Germany, Switzerland, and Austria)*

**INQUIRIES**

International Thomson Publishing Europe
Berkshire House
168-173 High Holborn
London WC1V 7AA
United Kingdom
Telephone: 44-71-497-1422
Fax: 44-71-497-1426
Email: danni.dolbear@itpuk.co.uk

**ORDERS**

International Thomson Publishing Services, Ltd.
Cheriton House, North Way
Andover, Hampshire SP10 5BE
United Kingdom
Telephone: 44-264-342-832 (UK orders)
Telephone: 44-264-342-806 (outside UK)
Fax: 44-264-364418 (UK orders)
Fax: 44-264-342761 (outside UK)

## GERMANY, SWITZERLAND, AND AUSTRIA

International Thomson Publishing GmbH
O'Reilly-International Thomson Verlag
Attn: Mr. G. Miske
Königswinterer Strasse 418
53227 Bonn
Germany
Telephone: 49-228-970240
Fax: 49-228-441342
Email: ora_de@ora.com

## THE AMERICAS, JAPAN, AND OCEANIA

O'Reilly & Associates, Inc.
103A Morris Street
Sebastopol, CA 95472 U.S.A.
Telephone: 707-829-0515
Telephone: 800-998-9938 (U.S. & Canada)
Fax: 707-829-0104
Email: order@ora.com

## ASIA
*(except Japan)*

**INQUIRIES**

International Thomson Publishing Asia
221 Henderson Road
#05 10 Henderson Building
Singapore 0315
Telephone: 65-272-6496
Fax: 65-272-6498

**ORDERS**

Telephone: 65-268-7867
Fax: 65-268-6727

## AUSTRALIA

WoodsLane Pty. Ltd.
Unit 8, 101 Darley Street (P.O. Box 935)
Mona Vale NSW 2103
Australia
Telephone: 61-2-9795944
Fax: 61-2-9973348

## NEW ZEALAND

WoodsLane New Zealand Ltd.
21 Cooks Street (P.O. Box 575)
Wanganui, New Zealand
Telephone: 64-6-3476543
Fax: 64-6-3454840
Email: woods@tmx.mhs.oz.au

TO ORDER:  **800-889-8969** *(CREDIT CARD ORDERS ONLY);* **ORDER@ORA.COM**

### O'Reilly & Associates, Inc.
### End-User License Agreement

NOTICE!  CAREFULLY READ ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT PRIOR TO OPENING THIS PACKAGE.
REMOVING THE DISK FROM ITS PLASTIC CONTAINER INDICATES YOUR ACCEPTANCE OF THE FOLLOWING TERMS AND CONDITIONS.
IF YOU DO NOT AGREE TO THESE TERMS AND CONDITIONS, RETURN THE UNOPENED DISK PACKAGE AND ANY OTHER COMPONENTS
OF THIS PRODUCT TO O'REILLY & ASSOCIATES, INC. ("O'REILLY") FOR A FULL REFUND. NO REFUND WILL BE GIVEN IF THIS PACKAGE
HAS BEEN OPENED OR COMPONENTS OF THE PRODUCT ARE MISSING.

1. **License:**  This License Agreement (the "Agreement") permits you to use one copy of the computer program contained on the disk
in object code form only (the "Program") on any single computer for your own internal business purposes (the "License"). If you have
multiple Licenses for multiple copies of the Program, then the number of copies of the Program in use must never exceed the number of
Licenses held; if the anticipated number of users of the Program will exceed the number of Licenses held, then you must have in place a
reasonable mechanism or procedure to ensure that the number of persons using the Program concurrently does not exceed the number
of Licenses held. For purposes of this Agreement, the Program is "in use" when it is loaded into temporary memory (e.g., RAM) or
installed into the permanent memory (e.g., hard disk, CD-ROM, or any other storage device) of any computer.

2. **Copying of Program:**  You may make one copy of the Program solely for back-up or archival purposes provided that such copy
contains the notices described in paragraph 4 below. Any other copying of the Program or the accompanying documentation is in
violation of this Agreement and applicable intellectual property laws. You may not decompile, disassemble or otherwise reverse-
engineer the Program.

3. **Transfer of Program:**  The Program may not be transferred, assigned, or sublicensed to any third party.

4. **Copyright:**  The Program and the accompanying documentation is protected by United States and international copyright laws and
international trade provisions. You may not remove, obscure, or alter any notice of patent, copyright, trademark, trade secret or other
proprietary right contained in the Program or the accompanying documentation. The licensee acknowledges that it has no right, title,
or interest in or to the Program or the accompanying documentation including without limitation, patent, copyright, trademark, trade
secret or any other proprietary right, except for the License specifically granted herein.

5. **Term:**  The License granted hereunder shall be effective until terminated. The License shall terminate automatically should you
violate any part of this agreement; in the event of such termination you will no longer be entitled to use the Program and must destroy
all copies of the Program or return them to O'Reilly. You may also elect to terminate this Agreement and the License by destroying all
copies of the Program or returning such copies to O'Reilly.

6. **Limited Warranty; Disclaimer and Limitation of Liability:**  THE PROGRAM IS BEING PROVIDED "AS IS" WITHOUT WARRANTY
OF ANY KIND AND O'REILLY HEREBY DISCLAIMS ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, ORAL OR WRITTEN, WITH
RESPECT TO THE PROGRAM INCLUDING WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR ANY
PARTICULAR PURPOSE. IN NO EVENT SHALL O'REILLY BE LIABLE FOR INDIRECT OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT
LIMITATION, LOSS OF INCOME OR PROFITS; NOR SHALL O'REILLY'S LIABILITY IN ANY CASE EXCEED THE AMOUNT PAID FOR THE
PROGRAM LICENSE. THIS LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS; YOU MAY HAVE OTHERS WHICH VARY FROM
STATE TO STATE.

7. **General:**  This agreement constitutes the entire Agreement between you and O'Reilly and supercedes any prior written or oral
agreements concerning the Program, the accompanying documentation, or any other contents of the product package. This Agreement
may not be modified except by a writing signed by both parties. O'Reilly shall not be bound by any provision of any purchase order,
receipt, acceptance, confirmation, correspondence or other similar document unless O'Reilly specifically indicates its acceptance in
writing. This Agreement shall be governed by and construed in accordance with the laws of the State of California.

8. **U.S. Government Restricted Rights:**  Use, duplication or disclosure of the Program by any unit or agency of the United States
Government (the "Government") is subject to the restrictions set forth in FAR 52.227-19 (c) (2), the Rights in Technical Data and
Computer Software clause of DFARS 252.227-7013 (c) (1) (ii), and any similar or successor clauses in the FAR, DFARS, or the DoD
or NASA FAR Supplement, whichever are applicable. In addition to the foregoing, the Government agrees to be bound and abide by
the terms and conditions set forth in this Agreement. All rights reserved under the copyright laws of the United States. Contractor/
manufacturer is O'Reilly & Associates, Inc., 103A Morris Street, Sebastopol, CA 95472.

NEWPORT NEWS PUBLIC LIBRARY SYSTEM
VIRGIL I. GRISSOM BRANCH

# ENHANCED NCSA MOSAIC

*The Mosaic Handbook* includes Enhanced NCSA Mosaic, a commercial version of the NCSA Mosaic browser available on the Internet. Developed by Spyglass, Inc., under arrangement with NCSA, Enhanced NCSA Mosaic maintains a consistent feature set across Windows, Macintosh and X Window System platforms, a first for the Mosaic world. As a commercial version, Enhanced NCSA Mosaic is more reliable and faster, the result of improvements made to the original NCSA Mosaic code.  This version of Enhanced NCSA Mosaic has been customized with the addition of a GNN Menu that offers easy access to GNN's publications.

Enhanced NCSA Mosaic for Windows features a number of improvements over the original NCSA version, including:

- Much improved reliability

- Dramatically faster performance

- Reduced memory requirements—one-half to one-third the memory previously required

- Easier installation

- Support for printing

- Simplified interface for easier browsing

- Support for forms, allowing two-way communication between users and Web servers

- Proxy gateway support for security in networked environments

- Online help system

The Mosaic Handbook Home Page, also included on the accompanying disk, makes using Mosaic even easier. Just point and click to go to the *Global Network Navigator,* the Mosaic Handbook Hotlist (an online guide to all the servers mentioned in this book), and Mosaic Support (an online support center for technical support and software updates.)

To install the software, insert the disk in your floppy drive and type **a:setup** at the DOS prompt.

NEWPORT NEWS PUBLIC LIBRARY SYSTEM
VIRGIL I. GRISSOM BRANCH

# THE MOSAIC HANDBOOK

## *for Microsoft Windows*

Mosaic is changing the face of the Internet. Forget about the Net being hard to use. Forget about command-line interfaces. Developed at the National Center for Super-computing Applications (NCSA), Mosaic brings hypertext, graphics, formatted text and multimedia together in one easy-to-use application.

Using Mosaic, you are about the enter the World Wide Web—a strange and fascinating land of hypertext, color graphics, digital video, interactive maps, and other cool stuff. Follow its strands and you'll wind a path through underground music archives, online art exhibits, online newspapers and magazines, movie servers, a warehouse of scientific knowledge, up-to-the minute weather maps and traffic reports, interactive servers, and much more.



*The GNN Home Page*

*The Mosaic Handbook for Microsoft Windows* is your guidebook to this world. We not only show you how to use Mosaic, we take you on a tour of some of the varied sites on the Web, focusing on the *Global Network Navigator*, O'Reilly & Associates' pioneering Internet publications center.

In addition, *The Mosaic Handbook* explains how to use Mosaic instead of traditional Internet tools and to view multimedia documents, such as digital video, audio and full-color graphics.

You'll learn how to compose HTML (the format for World Wide Web documents) and create a home page complete with links to other servers. We also show you a glimmer of the future of the World Wide Web.

Best of all, *The Mosaic Handbook* comes with Enhanced NCSA Mosaic on disk, a commercial version of NCSA Mosaic that improves upon what's available on the Internet. The disk also contains the Mosaic Handbook Home Page, with links to all of the servers mentioned in the book.



ISBN 1-56592-094-5
X0002UV5AN

The Mosaic Handbook for Microsoft Windows (Nutshell Handbooks)
**Used, Good**
(uG) XS US



*Printed on Recycled Paper*

ISBN 1-56592-094-5