# EXHIBIT JJ

```
 1:            [IMAGE]
 2:
 3:                                   MHONARC
 4:
 5:      mail2html, mbox2html, mhf2html
 6:
 7:      An Internet mail-to-HTML converter.
 8:
 9:
10:
11:
12:      _____
13:
14: Table of Contents
15:
16:
17:
18:      * Introduction
19:          + Why Use MHonArc?
20:          + Requirements
21:          + Availability
22:      * Quick Start
23:          + Converting MH mail folders, or Mailbox files
24:          + Converting a single message
25:      * Environment Variables
26:      * Command-Line Options
27:      * Resource File
28:          + Resource File Elements
29:          + Example Resource Settings
30:          + Notes on Resource File
31:      * Adding New Messages to an Archive
32:          + Examples
33:          + Notes on Adding New Messages
34:      * MIME
35:          + Default Filters
36:          + Writing Filters
37:          + Specifying Filters
38:      * Index Page Customization
39:          + Filename
40:          + Title
41:          + Include Files
42:          + Listing Layout
43:          + Examples
44:      * Icons
45:          + Defining Icons
46:          + Using Icons
47:      * Archive Integrity
48:      * Tips
49:      * Notes
50:      * Diagnostics
51:          + Informative messages
52:          + Warnings
53:          + Errors
54:
55:
56:
57:
58:      _____
59:
60:      Earl Hood <ehood@convex.com>
```

```
61:      CONVEX Computer Corporation
62:      3000 Waterview Parkway
63:      P.O. Box 833851
64:      Richardson, TX 75083-3851
65:
66:      Phone: (214) 497-4387
67:      FAX: (214) 497-4500
68:
69:
70: _____
71:
72:                            INTRODUCTION
73:
74:      MHonArc is a Perl program for converting e-mail messages as specified
75:      in RFC 822 and RFC 1521 (MIME) to HTML. MHonArc can perform the
76:      following tasks:
77:
78:         * Convert mh(1) mail folders or mail(1) style mailboxes into an HTML
79:           mail archive.
80:         * Add new e-mail messages to an existing HTML mail archive generated
81:           by MHonArc.
82:         * Convert a single message to HTML.
83:
84:      An index page is created when an archive is generated. MHonArc allows
85:      complete customization over the appearance of the index page including
86:      the ability to insert user defined HTML markup and content-type
87:      sensitive icons for the mail messages processed.
88:
89:
90:
91: _____
92:
93: Why Use MHonArc?
94:
95:      Here are some reasons for using MHonArc:
96:
97:         * You need to archive mailing lists for use in a World Wide Web
98:           (WWW) server.
99:         * You want to archive newsgroup postings for use in a WWW server.
100:        * You have a WWW client, but no MIME mail reader. MHonArc will allow
101:          you to read MIME messages that includes images, audio, video, etc
102:          via your Web client.
103:        * You think the MHonArc logo is really cool, and it deserves to be
104:          used.
105:        * You like Perl, and you want to see what it can do.
106:        * Just cuz.
107:
108:
109: _____
110:
111: Requirements
112:
113:      In order to run MHonArc, you must be using it on a UNIX based system
114:      with Perl 4 installed. It is recommed to have patchlevels 34 or later
115:      of Perl.
116:
117:
118:
119: _____
120:
```

```
121: Availability
122:
123:     The latest information on MHonArc, and its availability, may be
124:     obtained at <URL:http://www.oac.uci.edu/indiv/ehood/mhonarc.doc.html>.
125:
126:
127:
128:
129:     _____
130:
131:     [Next:Quick Start]
132:     [ToC]
133:
134:
135:
136:     _____
137:
138:      MHonArc 1.0.0 -- Introduction
139:
140:
141: _____
142:
143:                                 QUICK START
144:
145:     If you cannot wait to get started, this section will give you a "quick
146:     start" on using MHonArc. However, I recommend reading through the
147:     entire documentation to take full advantage of all the features of
148:     MHonArc.
149:
150:
151:
152:     _____
153:
154: Converting MH mail folders, or Mailbox files
155:
156:     Since MHonArc supports MH mail folders and mailbox files, the term
157:     "inbox" will represent the MH mail folder or mailbox file you want
158:     to process. To convert your inbox to an HTML archive, use one of the
159:     following commands:
160:
161:     For an MH mail folder:
162:             % mhonarc <path>/inbox
163:
164:     For a mailbox file:
165:             % mhonarc -mbox <path>/inbox
166:
167:     Where <path> represents the path to the directory that contains inbox.
168:     If you are in the directory that contains inbox, then you can leave
169:     out the "<path>/".
170:
171:     NOTES:
172:             An MH mail folder is actually a UNIX directory file, and
173:             MHonArc expects the filename arguments you give to be
174:             directory files. If -mbox is specified, then the filename
175:             arguments should be UNIX plain files in mailbox format.
176:
177:
178:     MHonArc prints out messages showing its progress as your e-mail is
179:     processed. When MHonArc finishes, the following files will be created:
180:
```

```
181:
182:        * maillist.html: The index file containing links to all mail
183:          messages converted. Messages are listed with subjects and who the
184:          messages are from. All messages are listed in sorted order by date
185:          received/sent.
186:
187:        * msg*.html: HTML versions of the mail messages, where * represents
188:          a number from 0 to the number of message processed minus 1.
189:
190:        * .mhonarc.db: This database file is needed inorder for MHonArc to
191:          perform additions of new mail messages to the archive. Information
192:          is stored to perform mail threading updates when new messages are
193:          added, as well as any resources set via Environment Variables,
194:          Resource File, and/or Command-Line Options.
195:
196:        * Other: Depending on the content-types of the e-mail messages
197:          converted, other files may be created for images, videos,
198:          binaries, etc. See the section on MIME for more information.
199:
200:      The format of each converted mail message is as follows:
201:
202:        * A <LINK REV="made" HREF="mailto:from_address"> is inserted in the
203:          HEAD element of HTML mail message file. This allows readers of the
204:          message to send comments to the author of the mail message within
205:          Web browsers that support such functionality (like Lynx).
206:
207:        * The title (i.e. TITLE element) contains the subject of the
208:          message.
209:
210:        * Hyperlinks to the previous and next messages and the index page
211:          are located at the top of the message.
212:
213:        * Next, the subject appears in a H1 element.
214:
215:        * Next, follows the mail header with fields listed in a UL element
216:          surrounded by HR's.
217:
218:        * Next, the actual body of the mail message.
219:
220:        * Next, links to any follow-up, or referenced, messages. The
221:          messages are listed by subject and who they are from. These links
222:          allows you to easily follow mail threads.
223:
224:        * Last, are verbose links to the previous mail message, next mail
225:          message, and mail index page.
226:
227:      The following is also done for each mail message processed:
228:
229:        * Links are created in the "References" and "In-Reply-To" header
230:          fields, and possibly the message body, if the destination
231:          message-ids are being processed.
232:
233:        * E-mail addresses are converted to "mailto" hyperlinks in "To:",
234:          "From:", "Cc:", and "Sender:" mail header fields. Currently, not
235:          all Web browsers support the mailto URL.
236:
237:        * Newsgroups listed in a "Newsgroups:" mail header field are
238:          converted to news hyperlinks.
239:
240:
```

```
241:     NOTE:
242:             MHonArc allows you to specify more than one MH mail folder, or
243:             mailbox, to process on the command-line. However, you may not
244:             specify both MH mail folders and mailbox files at the same
245:             time.
246:
247:
248:
249:             _____
250:
251: Converting a single message
252:
253:     To convert a single message to HTML use the -single command-line
254:     option. The message to process can be specified by a filename in the
255:     command-line, or by reading the message from standard input if no file
256:     is specified. The filtered message is sent to standard output. All
257:     formatting options apply to the single message as with messages being
258:     processed for an archive, with the exception of formatting related
259:     specificly to archive processing, like index links and mail thread
260:     links.
261:
262:     Examples:
263:
264:     Input from standard input:
265:             % mhonarc -single < messagefile > file.html
266:
267:     Filename on command-line:
268:             % mhonarc -single messagefile > file.html
269:
270:
271:
272:             _____
273:
274:     [Prev:Introduction]
275:     [Next:Environment Variables]
276:     [ToC]
277:
278:
279:
280:             _____
281:
282:      mhonarc 1.0.0 -- Quick Start
283:
284:
285: _____
286:
287:                         ENVIRONMENT VARIABLES
288:
289: MHonArc supports the use of environment variables. The environment
290: variables allow you to set default options everytime you invoke
291: MHonArc. The following environment variables may be used:
292:
293: M2H_DBFILE
294:         Sets the name of MHonArc database file. The default is
295:         ".mhonarc.db". You should not override the default name unless
296:         absolutely necessary, and you are confident about what you are
297:         doing.
298:
299: M2H_DOCURL
300:         Set the URL used to point to MHonArc documentation. The default
```

```
301:                        is, "http://www.oac.uci.edu/indiv/ehood/mhonarc.doc.html".
302:
303:        M2H_FOOTER
304:                Set the HTML footer file to insert at the bottom of the index
305:                page. No default footer file is defined. See Include Files in
306:                Index Page Customization for more information about the
307:                footer file.
308:
309:        M2H_HEADER
310:                Set the HTML header file to insert at the top of the index
311:                page. No default header file is defined. See Include Files in
312:                Index Page Customization for more information about the
313:                header file.
314:
315:        M2H_IDXFNAME
316:                Set the name of the index file. The default is,
317:                "maillist.html".
318:
319:        M2H_LOCKFILE
320:                Set the name of the lock file. The default name use is
321:                ".mhonarc.lck". You should not change the default unless
322:                absolutely necessary. See Archive Integrity for more
323:                information about the lock file.
324:
325:        M2H_LOCKTRIES
326:                Set the number of time MHonArc tries to lock a mail archive
327:                before processing new messages. The default value is 10.
328:                MHonArc waits approximately 3 seconds before each try. See
329:                Archive Integrity for more information on the M2H_LOCKTRIES
330:                environment variable.
331:
332:        M2H_MAILTOURL
333:                Sets the URL for e-mail address hyperlinks. If the environment
334:                variable contains the string, "$TO$", the string is replaced
335:                with the e-mail address being hyperlinked at runtime. MHonArc
336:                uses the following URL by default: mailto:$TO$
337:
338:        M2H_OUTDIR
339:                Set the destination/location of the HTML mail archive. The
340:                default is the current working directory.
341:
342:        M2H_RCFILE
343:                Set the Resource File for MHonArc. No default resource file is
344:                defined.
345:
346:        M2H_TITLE
347:                Set the default title of the index page. The default is "Main
348:                Index".
349:
350:        Environment variables may be overriden by the Resource File or
351:        Command-Line Options.
352:
353:
354:
355:        _____
356:
357:        [Prev:Quick Start]
358:        [Next:Command-Line Options]
359:        [ToC]
360:
```

```
361:
362:
363:        _____
364:
365:     MHonArc 1.0.0 -- Environment Variables
366:
367:
368:    _____
369:
370:                          COMMAND-LINE OPTIONS
371:
372:    Invoke MHonArc from your Unix shell with the following syntax:
373:
374:    % mhonarc [options] mhfolder...
375:    % mhonarc -mbox [options] mailbox ...
376:    % mhonarc -add [options] < message
377:    % mhonarc -add [options] < mhfolder ...
378:    % mhonarc -add -mbox [options] < mailbox
379:    % mhonarc -single [options] < message > message.html
380:    % mhonarc -single [options] message > message.html
381:
382:
383:    MHonArc has many command-line options. If you do not want to specify a
384:    ton of command-line options each time you use MHonArc, see Resource
385:    File.
386:
387:    The following options are available:
388:
389:    -add
390:            Add new messages to an existing archive. See Adding New
391:            Messages to an Archive for more information.
392:
393:    -dbfile name
394:            Use name for the name of MHonArc database file. The default is
395:            ".mhonarc.db". You should not override the default name unless
396:            absolutely necessary, and you are confident about what you are
397:            doing.
398:
399:    -docurl url
400:            Use url as the URL to MHonArc documentation. The default is
401:            "http://www.oac.uci.edu/indiv/ehood/mhonarc.doc.html".
402:
403:    -editidx
404:            This option tells MHonArc to rewite only the index file. This
405:            option is useful if you need to reformat the index page without
406:            adding new messages. See Index Page Customization on how to
407:            format the index page. -editidx takes precedence over -add and
408:            -single.
409:
410:    -footer filename
411:            Insert contents of filename at the bottom of the index page.
412:            See Include Files in Index Page Customization for more
413:            information about the footer file.
414:
415:    -header filename
416:            Insert contents of filename at the beginning of the index page.
417:            See Include Files in Index Page Customization for more
418:            information about the header file.
419:
420:    -help
```

```
421:            Print out a help message about MHonArc.
422:
423:    -idxfname name
424:            Sets the name of the index file to name. The default is
425:            "maillist.html".
426:
427:    -mailtourl url
428:            Use url for e-mail address hyperlinks in mail message headers.
429:            If the url contains the string, "$TO$", the string will be
430:            replaced with the e-mail address being hyperlinked at runtime.
431:            The default URL is "mailto:$TO$"
432:
433:            The -mailtourl option has no effect if the -nomailto option is
434:            specified.
435:
436:    -mbox
437:            Treat file arguments as mail(1) mailboxes instead of MH mail
438:            folders. This option overrides the -mh option.
439:
440:    -msgsep expression
441:            Use the expression as the Perl regular expression that
442:            signifies the message separator in mailbox files. The default
443:            expression is (without the quotes): "^From " (there is a space
444:            character after the From).
445:
446:    -mh
447:            Treat file arguments as mh(1) mail folders. This option is the
448:            default unless the program name is mbox2html.
449:
450:    -nomailto
451:            Do not convert e-mail addresses in mail headers to mailto
452:            hyperlinks.
453:
454:    -nonews
455:            Do not convert newsgroups in the Newsgroups: mail header field
456:            to news hyperlinks.
457:
458:    -noreverse
459:            Do not perform a reverse listing of the mail messages in the
460:            index page.
461:
462:    -nosort
463:            Do not sort messages by date. Messages will be in the order
464:            they appear in the mailboxes/folders. By default, MHonArc sorts
465:            messages by date sent/received. -nosort takes precedence over
466:            the -sort option.
467:
468:    -outdir path
469:            Set destination/location of the HTML mail archive to path. By
470:            default, the current working directory is used.
471:
472:    -quiet
473:            Suppress processing messages when MHonArc is running.
474:
475:    -rcfile file
476:            Use file as the resource file for MHonArc. See Resource File
477:            for more information. There is no default resource file.
478:
479:    -reverse
480:            List messages in reverse order of the sorting option specified.
```

```
481:            For example, if date sorting is specified, -reverse will cause
482:            messages to be listed in reverse chronological order.
483:
484:    -single
485:            Convert a single mail message to HTML. The message can be
486:            specified by a filename on the command-line, or read from
487:            standard input if no file is given. The filtered message is
488:            sent to standard output. The -single option is useful tp
489:            convert individual messages to HTML not related to a specific
490:            mail archive. Any option related to how message formatting can
491:            be used with the -single option.
492:
493:            The -single takes precedence over the -add option.
494:
495:    -sort
496:            Perform chronological date sorting. This is the default.
497:
498:    -subsort
499:            Sort messages by subject. Subject sorting is case-insensitive,
500:            and begining "Re:", "A", "An", and "The" words are ignored.
501:
502:    -title string
503:            Set the title of the index page to string. The default is "Mail
504:            Index".
505:
506:    -umask umask
507:            Set the umask of the MHonArc process to umask. The value is
508:            treated as an octal number.
509:
510:
511:    NOTE:
512:            The -no* options always take precedence over their
513:            counterparts. For example, if -noreverse and -reverse are both
514:            specified on the command-line, the -noreverse will be applied.
515:
516:    Any arguments that are not part of the command-line options are
517:    treated as mail folders, or mailboxes, containing e-mail messages.
518:
519:
520:
521:            _____
522:
523:    [Prev:Environment Variables]
524:    [Next:Resource File]
525:    [ToC]
526:
527:
528:
529:            _____
530:
531:     MHonArc 1.0.0 -- Command-Line Options
532:
533:
534: _____
535:
536:                              RESOURCE FILE
537:
538:    MHonArc supports the ability to read in a resource file to control the
539:    behavior of MHonArc. The resource file allows you to specify most of
540:    the resources set by environment variables, and command-line options.
```

```
541:        The resource file also allows you to affect MHonArc behavior that
542:        cannot be specified by environment variables, or command-line options.
543:
544:
545:        The resource file is specified by the M2H_RCFILE environment variable
546:        or the -rcfile command-line option. The command-line option overrides
547:        the environment variable if both are defined.
548:
549:        Resources are set in the file by using elements similiar in style to
550:        HTML/SGML markup. However, MHonArc uses simpler parsing rules for the
551:        resource file than standard SGML:
552:
553:           * Any line that is not a recognized element open tag, and the line
554:             is not contained within an element, is ignored. This implies that
555:             regular text can be put anywhere OUTSIDE of recognized elements
556:             for commenting purposes.
557:
558:             NOTE: You should use SGML comment declarations (<!-- ... -->) when
559:             commenting a resource file. This will eliminate possible conflict
560:             with later versions of MHonArc if more stricter parsing rules are
561:             adopted.
562:
563:           * The opening tag of an element must occur by itself on a single
564:             line. Whitespace is allowed before the the open tag.
565:
566:           * No comments are allowed inside elements because the text will be
567:             treated as element content.
568:
569:           * Each format element must be closed with a </element_name> tag on
570:             its own line unless explicitly stated otherwise in the Resource
571:             File Elements section. Whitespace is allowed before the close
572:             tag.
573:
574:           * Some elements can take an optional attribute called "Override".
575:             This tells MHonArc that the contents of the element will
576:             completely override the default behavior of MHonArc, and previous
577:             instances of the element. Example: "<EXCS Override>". If
578:             "Override" is not specified, then the contents of the element
579:             augment the current behavior.
580:
581:           * Element names are case-insensitive.
582:
583:           * Elements can occur in any order in the resource file.
584:
585:
586:
587:        _____
588:
589: Resource File Elements
590:
591:        The following list of elements contain no textual content so no end
592:        tag is required:
593:
594:        MBOX
595:                Treat filename arguments as mailbox files.
596:
597:        MH
598:                Treat filename arguments as MH mail folders.
599:
600:        NOMAILTO
```

```
601:               Do not convert e-mail addresses in mail headers to mailto
602:               hyperlinks.
603:
604:     NONEWS
605:               Do not convert newsgroups in the Newsgroups: mail header field
606:               to news hyperlinks.
607:
608:     NOREVERSE
609:               Do not perform a reverse listing of the mail messages in the
610:               index page.
611:
612:     NOSORT
613:               List messages in the index page in the order they are
614:               processed.
615:
616:     REVERSE
617:               List messages in reverse chronological order if date sorting is
618:               being done, or list messages in reverse processing order if no
619:               date sorting is being done.
620:
621:     SORT
622:               List messages in the index page in chronological order.
623:
624:     SUBSORT
625:               Sort messages by subject. Subject sorting is case-insensitive,
626:               and begining "Re:", "A", "An", and "The" words are ignored.
627:
628:
629:     The following list of elements contain textual content, therefore,
630:     each element must be explicitly closed with an element end tag
631:     (examples are given in Example Resource Settings to help you
632:     understand how the elements are used):
633:
634:     DBFILE
635:               The name of the MHonArc database file. The default is
636:               ".mhonarc.db". You should not override the default name unless
637:               absolutely necessary, and you are confident about what you are
638:               doing.
639:
640:     DOCURL
641:               URL to use for MHonArc documentation. The default is
642:               "http://www.oac.uci.edu/indiv/ehood/mhonarc.doc.html".
643:
644:     EXCS
645:               Each line of the EXCS element specifies a mail header field to
646:               exclude in the converted HTML output. Each line is treated as a
647:               Perl regular expression (NOTE: the regular expression is
648:               already anchored to the begining of the line). MHonArc has a
649:               default list of fields to exclude from mail headers (see
650:               Example (EXCS). Therefore, the list given in the resource
651:               file will augment the default list, unless the "Override"
652:               attribute is specified. If "Override" is specified, the default
653:               list is discarded along with any other lists specified from
654:               previous EXCS elements; and only header fields specified in the
655:               EXCS element are excluded (see Example (EXCS 2)).
656:
657:     FIELDORDER
658:               Each line of the FIELDORDER element is the exact
659:               case-insensitive name of a message header field. The order the
660:               fields are listed is the order they will appear in the filtered
```

```
661:            message. The special field value "-extra-" represents all
662:            fields not explicitly specified in the FIELDORDER element and
663:            not excluded by the EXCS element. Extra fields are listed in
664:            sorted order. See Example (FIELDORDER) for the default value of
665:            the FIELDORDER used by MHonArc.
666:
667:    FIELDSTYLES
668:            Each line in the FIELDSTYLES element defines HTML elements to
669:            wrap around the field text in mail headers (e.g. "To: field
670:            text", "From: field text"). The format of each line is
671:            "field_name:html_element". This specifies to wrap html_element
672:            around the text associated with field_name. If html_element is
673:            empty, then the field text is not wrapped in any element.
674:            MHonArc defines a special field_name called "-default-". This
675:            is default HTML element to wrap field text in if no explicit
676:            specific element is defined for the label.
677:
678:            field_name must be the exact name of a header field name, but
679:            character case is ignored.
680:
681:            See Example (FIELDSTYLES) for the default formatting rules used
682:            by MHonArc.
683:
684:            See also LABELSTYLES.
685:
686:    FOOTER
687:            File to include at the end of the index page. See Include Files
688:            in Index Page Customization for more information about the
689:            footer file.
690:
691:    HEADER
692:            File to include at the beginning of the index page. See Include
693:            Files in Index Page Customization for more information about
694:            the header file.
695:
696:    ICONS
697:            The ICONS element is used to specify the icons that represent
698:            the different content-types of messages. See the Icons section
699:            on usage of this element.
700:
701:    INDEXBL
702:            The single line value of the INDEXBL element represents the
703:            label text to use for the "Index" button link at the top of
704:            filtered messages. Any HTML markup is allowed as long as it is
705:            legal within the anchor element. See Example (INDEXBL) for
706:            usage of an icon as the Index link. The default value of
707:            INDEXBL is "[Index]".
708:
709:    INDEXFL
710:            The single line value of the INDEXFL element represents the
711:            text to use before the verbose name "Index" link in the footer
712:            of filtered messages. Normal text should be used for this
713:            element since the text will appear in an HTML LI element inside
714:            a UL. Unlike INDEXBL, the text is not wrapped in an anchor. The
715:            default value of INDEXFL is "Index".
716:
717:    IDXFNAME
718:            The name of the index file. The default is "maillist.html".
719:
720:    LABELSTYLES
```

```
721:            Each line in the LABELSTYLES element defines HTML elements to
722:            wrap around labels in mail headers (e.g. "To:", "From:"). The
723:            format of each line is "field_name:html_element". This
724:            specifies to wrap html_element around field_name. If
725:            html_element is empty, then the label is not wrapped in any
726:            element. MHonArc defines a special field_name called
727:            "-default-". This is default HTML element to wrap a label in if
728:            no explicit specific element is defined for the label.
729:
730:            field_name must be the exact name of a header field name, but
731:            character case is ignored.
732:
733:            See Example (LABELSTYLES) for the default formatting rules used
734:            by MHonArc.
735:
736:            See also FIELDSTYLES.
737:
738:    LISTBEGIN
739:            See LISTBEGIN in Index Page Customization for usage of this
740:            element.
741:
742:    LITEMPLATE
743:            See LITEMPLATE in Index Page Customization for usage of this
744:            element.
745:
746:    LISTEND
747:            See LISTEND in Index Page Customization for usage of this
748:            element.
749:
750:    MAILTOURL
751:            URL to use for e-mail address hyperlinks. If the URL contains
752:            the string, "$TO$", the string will be replaced with e-mail
753:            address being hyperlinked. MHonArc will use the following URL
754:            by default: mailto:$TO$
755:
756:    MIMEFILTERS
757:            See MIMEFILTERS in Specifying Filters for usage of this
758:            element.
759:
760:    MSGSEP
761:            Perl regular expression that represents the message separator
762:            for mailbox files. The default expression is "^From ".
763:
764:    NEXTBL
765:            The single line value of the NEXTBL element represents the
766:            label text to use for the "Next" button link at the top of
767:            filtered messages. Any HTML markup is allowed as long as it is
768:            legal within the anchor element. See Example (NEXTBL) for usage
769:            of an icon for the Next link. The default value of NEXTBL is
770:            "[Next]".
771:
772:    NEXTFL
773:            The single line value of the NEXTFL element represents the text
774:            to use before the verbose subject "Next" link in the footer of
775:            filtered messages. Normal text should be used for this element
776:            since the text will appear in an HTML LI element inside a UL.
777:            Unlike NEXTBL, the text is not wrapped in an anchor. The
778:            default value of NEXTFL is "Next".
779:
780:    PERLINC
```

```
781:            Each line represents a path to search when requiring MIME
782:            filters. See Specifying Filters in MIME for the use of this
783:            element.
784:
785:    PREVBL
786:            The single line value of the PREVBL element represents the
787:            label text to use for the "Prev" button link at the top of
788:            filtered messages. Any HTML markup is allowed as long as it is
789:            legal within the anchor element. See Example (PREVBL) for usage
790:            of an icon for the Prev link. The default value of PREVBL is
791:            "[Prev]".
792:
793:    PREVFL
794:            The single line value of the PREVFL element represents the text
795:            to use before the verbose subject "Prev" link in the footer of
796:            filtered messages. Normal text should be used for this element
797:            since the text will appear in an HTML LI element inside a UL.
798:            Unlike PREVBL, the text is not wrapped in an anchor. The
799:            default value of PREVFL is "Prev".
800:
801:    TIMEZONES
802:            Each line of the TIMEZONES element defines a timezone acronym
803:            and its hour offset from UTC/GMT (Universal Coordinate Time).
804:            The format of each line is "timezone_acronym:hour_offset".
805:            Examples of timezone acronyms are: UTC, PDT, EST. The hour
806:            offset is should be positive for timezones West of UTC, and
807:            negative for time zones East of UTC. MHonArc has a default list
808:            of timezone acronyms defined with hour offsets (see Example
809:            (TIMEZONES)). Therefore, the list given in the resource file
810:            will augment the default list, unless the "Override" attribute
811:            is specified. If "Override" is specified, the default list,
812:            along with any other lists specified in previous TIMEZONES
813:            elements, are discarded, and only the timezone acronyms
814:            specified in the TIMEZONES element will be used.
815:
816:            Most of the time, the date used by MHonArc uses a hour offset
817:            instead of a timezone acronym. However, mail messages may
818:            contain timezone acronyms in received/sent dates and MHonArc
819:            must be told what the hour offset from UTC the timezone acronym
820:            represents in order to properly sort messages by date.
821:
822:    TITLE
823:            Title for the index page. The default is "Mail Index".
824:
825:    UMASK
826:            Sets the umask for the MHonArc process. The value is treated as
827:            an octal number.
828:
829:
830:
831:    _____
832:
833: Example Resource Settings
834:
835:    This section gives examples of how to use some of the resource file
836:    elements.
837:
838:    EXAMPLE (DOCURL)
839: <!--  DOCURL element specifies the URL to use for pointing to
840:        MHonArc documentation.  All whitespace is stripped out of the
```

```
841:      line.
842:    -->
843: <DOCURL>
844: http://www.oac.uci.edu/indiv/ehood/mhonarc.doc.html
845: </DOCURL>
846:
847:    EXAMPLE (EXCS)
848: <!--  Each line in the EXCS element is treated as a Perl
849:       (case-insensitive) regular expression for excluding mail header
850:       fields from the HTML output.  All whitespace is stripped out of
851:       each expression.
852:
853:       "Override" attribute may be specified to clear the default
854:       exclusion fields.
855:
856:       The following list represents the default exclusions made by
857:       MHonArc.
858:    -->
859: <EXCS>
860: content-
861: errors-to
862: forward
863: lines
864: message-id
865: mime-
866: nntp-
867: originator
868: path
869: precedence
870: received
871: replied
872: return-path
873: status
874: via
875: x-
876: </EXCS>
877:
878:    EXAMPLE (EXCS 2)
879: <!--  This example overrides the default exclusion fields, and requires
880:       that header fields must EXACTLY match what is listed inorder
881:       to be excluded (this is done by appending a '$' at the end
882:       of each field listed.
883:    -->
884: <EXCS override>
885: apparently-to$
886: apparently-from$
887: replied$
888: received$
889: </EXCS>
890:
891:    EXAMPLE (FIELDORDER)
892: <!--  This represents the default values used by MHonarc
893:    -->
894: <FIELDORDER>
895: to
896: subject
897: from
898: date
899: -extra-
900: </FIELDORDER>
```

```
901:
902:    EXAMPLE (FIELDSTYLES)
903: <!--  Each line in the FIELDSTYLES element specifies the exact
904:       (case-insensitive) name of a mail header field label and what HTML
905:       element to wrap the field text in.  The label and the element are
906:       separated by a colon.  Specifying no HTML element for a field will
907:       cause the field text to appear in regular text.
908:
909:       The special field "-default-" can be defined to tell what fields
910:       are wrapped in if no explicit style is specified for the field.
911:
912:       The following reflects the default formatting used by MHonArc.
913:    -->
914: <FIELDSTYLES>
915: -default-
916: </FIELDSTYLES>
917:
918:    EXAMPLE (FIELDSTYLES 2)
919: <!--  Alternate formatting for field text.
920:    -->
921: <FIELDSTYLES>
922: -default-
923: subject:strong
924: from:strong
925: to:strong
926: keywords:em
927: </FIELDSTYLES>
928:
929:    EXAMPLE (FOOTER)
930: <!--  FOOTER element specifies the file to include at the bottom of the
931:       index page.
932:    -->
933: <FOOTER>
934: /mnt/ehood/public_html/mail/indexfooter.html
935: </FOOTER>
936:
937:    EXAMPLE (HEADER)
938: <!--  HEADER element specifies the file to include at the beginning of
939:       the index page.
940:    -->
941: <HEADER>
942: /mnt/ehood/public_html/mail/indexheader.html
943: </HEADER>
944:
945:    EXAMPLE (IDXFNAME)
946: <!--  IDXFNAME element specifies the filename to give the message
947:       index file.
948:    -->
949: <IDXFNAME>
950: maillist.html
951: </IDXFNAME>
952:
953:    EXAMPLE (INDEXBL)
954: <!--  This shows how you can use an icon for the Index link in messages
955:    -->
956: <INDEXBL>
957: <img src="up.gif" alt="[Index]">
958: </INDEXBL>
959:
960:    EXAMPLE (LABELSTYLES)
```

```
961: <!--   Each line in the LABELSTYLES element specifies the exact
962:        (case-insensitive) name of a mail header field label and what HTML
963:        element to wrap it in.  The label and the element are separated by
964:        a colon.  Specifying no HTML element for a label will cause the
965:        label to appear in regular text.
966:
967:        The special label "-default-" can be defined to tell what labels
968:        are wrapped in if no explicit style is specified
969:
970:        The following reflects the default formatting used by MHonArc.
971:   -->
972: <LABELSTYLES>
973: -default-:em
974: </LABELSTYLES>
975:
976:   EXAMPLE (LABELSTYLES 2)
977: <!--   Remove the default <EM> tag used on field labels, and apply our
978:        format to specific labels
979:   -->
980: <LABELSTYLES>
981: -default-
982: subject:strong
983: from:strong
984: to:strong
985: </LABELSTYLES>
986:
987:   EXAMPLE(MAILTOURL)
988: <!--   MAILTOURL element specifies the URL to use for e-mail address
989:        hyperlinks.  The URL can contain the string '$TO$' embedded in it.
990:        This will get expanded to the e-mail address the link is for.
991:
992:        All whitespace is stripped out of the line.
993:   -->
994: <MAILTOURL>
995: mailto:$TO$
996: </MAILTOURL>
997:
998:   EXAMPLE (NEXTBL)
999: <!--   This shows how you can use an icon for the Next link in messages
1000:   -->
1001: <NEXTBL>
1002: <img src="next.gif" alt="[Next]">
1003: </NEXTBL>
1004:
1005:   EXAMPLE (PREVBL)
1006: <!--   This shows how you can use an icon for the Prev link in messages
1007:   -->
1008: <PREVBL>
1009: <img src="up.gif" alt="[Prev]">
1010: </PREVBL>
1011:
1012:   EXAMPLE (TIMEZONES)
1013: <!--   Time zone acronym definitions.  The TIMEZONES element can be uesd
1014:        to define time zone acronyms and their hour offset from UTC/GMT.
1015:        The acronym and the hour offset are separated by a colon.
1016:        Time zones West of UTC/GMT should have postive hour offsets.
1017:        Time zones East of UTC/GMT should have negative hour offsets.
1018:        "Override" attribute may be specified to clear the default
1019:        time zone acronym definitions.
1020:
```

```
1021:         The timzones below define what MHonArc recognize by default.
1022:         All timezones are US based.
1023:   -->
1024: <TIMEZONES>
1025: UTC:0
1026: GMT:0
1027: AST:4
1028: ADT:3
1029: EST:5
1030: EDT:4
1031: CST:6
1032: CDT:5
1033: MST:7
1034: MDT:6
1035: PST:8
1036: PDT:7
1037: </TIMEZONES>
1038:
1039:   EXAMPLE (TITLE)
1040: <!--  TITLE element specifies the message index page title.
1041:   -->
1042: <TITLE>
1043: HTML Mail Archive
1044: </TITLE>
1045:
1046:
1047:
1048:         _____
1049:
1050: Notes on Resource File
1051:
1052:         * Elements can be duplicated. For example, multiple EXCS elements
1053:           can be specified to define mail header fields to exclud from
1054:           filtered messages. Each EXCS element augments the previous element
1055:           instances (unless the Override attribute is set). If an element
1056:           only accepts a single line of content, then the last element, or
1057:           line, defined takes precedence.
1058:
1059:         * If elements have conflicting resource settings (eg. NOSORT and
1060:           SORT), the last element defined takes precedence.
1061:
1062:         * Resource file settings override environment variables.
1063:
1064:         * Command-line options override any settings in the resource file.
1065:
1066:         * If you want to do an exact match of a field in the EXCS element,
1067:           append a '$' after the field name.
1068:
1069:
1070:
1071:         _____
1072:
1073:   [Prev:Command-Line Options]
1074:   [Next:Adding New Messages to an Archive]
1075:   [ToC]
1076:
1077:
1078:
1079:         _____
1080:
```

```
1081:      MHonArc 1.0.0 -- Resource File
1082:
1083:
1084:      _____
1085:
1086:                      ADDING NEW MESSAGES TO AN ARCHIVE
1087:
1088:      MHonArc supports the ability to add new messages to an existing
1089:      archive via the -add option. If no mailbox/folder arguments are given,
1090:      MHonArc assumes that a SINGLE message is being added to the archive
1091:      via standard input. Otherwise, MHonArc adds the messages contained in
1092:      the mailboxes/folders specified.
1093:
1094:      When adding new messages to the archive, MHonArc performs the
1095:      following steps:
1096:
1097:        * Creates a lock file. This insures only one MHonArc process is
1098:          updating the archive at any given moment. See Archive Integrity
1099:          for more information.
1100:
1101:        * Reads the database file. The name, and location, of the database
1102:          file can be explicitly specified via the M2H_DBFILE and M2H_OUTDIR
1103:          environment variables or the command-line options -dbfile and
1104:          -outdir. Otherwise, the current working directory is used.
1105:
1106:          NOTE: The database file must be in the same location as the
1107:          archive since the M2H_OUTDIR variable and -outdir option also
1108:          specify the location of the archive.
1109:
1110:          The database file contains data to update any mail threads and the
1111:          resource settings when MHonArc was last invoked. This allows new
1112:          messages to contain the same formatting/resource specifications as
1113:          existing messages in the archive without having to re-specify the
1114:          resources each time new messages are added. Resources defined in
1115:          the database file override the environment variables.
1116:
1117:          NOTE: If no database file is found, MHonArc will creates a new
1118:          archive.
1119:
1120:        * Read the MHonArc resource file, if specified. The resource file
1121:          will override any settings contained in the database file.
1122:
1123:        * Read the settings specified on the command-line. Command-line
1124:          options override any settings in the database and/or resource
1125:          file.
1126:
1127:        * Processes the new messages and writes them out to HTML.
1128:
1129:        * Rewrites the index page to reflect the update.
1130:
1131:        * Writes a new database file containing the new state of the archive
1132:          and all (new) resource settings.
1133:
1134:      See Notes on Adding New Messages for more information on adding new
1135:      messages to an archive.
1136:
1137:
1138:
1139:      _____
1140:
```

```
1141: Examples
1142:
1143:    ADDING A SINGLE MESSAGE TO ARCHIVE
1144:
1145:    MHonArc can be used to add new messages as they are received by using
1146:    the ".forward" file in your home directory. Here is how I would set up
1147:    my .forward file to invoke MHonArc on incoming mail:
1148:
1149: \ehood, "|/mnt/ehood/bin/webnewmail #ehood"
1150:
1151:    NOTE on .forward entry:
1152:            The "\ehood" tells sendmail to still deposit the incoming
1153:            message to my mail spool file. The "#ehood" Bourne shell
1154:            comment is needed to insure the command is unique from another
1155:            user. Otherwise, sendmail will not invoke the program for you
1156:            or the other user.
1157:
1158:    "webnewmail" is a Perl program that calls MHonArc with the appropriate
1159:    arguments. A wrapper program is used instead of calling MHonArc
1160:    directly to keep the .forward file simple. Here is the code to the
1161:    webnewmail program:
1162:
1163: #!/usr/local/bin/perl
1164:
1165: $cmd = "/mnt/ehood/bin/mhonarc -add -quiet " .
1166:            "-outdir /mnt/ehood/public_html/newmail";
1167: open(M2H, "|$cmd");
1168: print M2H <STDIN>;
1169: close(M2H);
1170:
1171:    The webnewmail can be modified to check the mail header before calling
1172:    MHonArc to perform selective archiving of messages. For example,
1173:    webnewmail can check the To: field and only archive messages that come
1174:    from a specific mailing list.
1175:
1176:
1177:    CRON EXAMPLE
1178:
1179:    This example uses cron(1) to update some mail archives from MH mail
1180:    folders.
1181:
1182:    The following entry is in my crontab file:
1183:
1184: 0 0 * * * webmail
1185:
1186:    webmail is a script executed every night that calls MHonArc to perform
1187:    the update:
1188:
1189: #! /bin/csh -f
1190:
1191: umask 022
1192: setenv M2H_RCFILE $HOME/.mhonarc.rc
1193: ## WWW messages
1194: mhonarc -add \
1195:            -outdir $HOME/public_html/doc/wwwmail \
1196:            $HOME/mail/www
1197: folder +www >& /dev/null
1198: refile first-last +www.ar >& /dev/null    # Archive original messages
1199:
1200: ## Tools messages
```

```
1201: mhonarc -add \
1202:          -outdir $HOME/public_html/doc/toolsmail \
1203:          $HOME/mail/tools $HOME/mail/dtd
1204: folder +tools >& /dev/null
1205: refile first-last +tools.ar >& /dev/null   # Archive original messages
1206: folder +dtd >& /dev/null
1207: refile first-last +dtd.ar >& /dev/null      # Archive original messages
1208:
1209: folder +inbox >& /dev/null                  # Set current folder to inbox
1210:
1211:
1212:     To avoid mail everynight from cron due to output from MHonArc, the
1213:     -quiet option can be used for each call to MHonArc, or use the
1214:     following line in your crontab file:
1215:
1216: 0 0 * * * webmail > /dev/null
1217:
1218:     Standard error is not redirected to /dev/null so mail is still
1219:     received if errors occured during MHonArc execution.
1220:
1221:
1222:
1223:     _____
1224:
1225: Notes on Adding New Messages
1226:
1227:     * As stated earlier, the database file must be in the same location
1228:       as the index page and HTML mail messages.
1229:
1230:     * Sorting options can be changed when adding new messages to an
1231:       archive. I.e. You can change from "chronological sorting" to
1232:       "reverse chronological sorting" and vice-versa by specifying the
1233:       appropriate command-line option, or changing the resource file.
1234:
1235:     * The index page can be reformatted during an add operation. See
1236:       Index Page Customization for more information on controlling
1237:       list formatting.
1238:
1239:     * Changes in mail header formatting rules (via the Resource File)
1240:       will not affect existing messages in an archive. If formatting
1241:       changes are required for existing messages, you must regenerate
1242:       the archive from the source mail messages.
1243:
1244:
1245:
1246:     _____
1247:
1248: [Prev:Resource File]
1249: [Next:MIME]
1250: [ToC]
1251:
1252:
1253:
1254:     _____
1255:
1256:     MHonArc 1.0.0 -- Adding New Messages
1257:
1258:
1259: _____
1260:
```

```
1261:                                    MIME
1262:
1263:        MHonArc has some support for e-mail messages with Multipurpose
1264:        Internet Mail Extensions (MIME) as defined in RFC 1521. MHonArc
1265:        handles the filtering of the various content-types used in MIME in a
1266:        modular fashion. Since new content-types occasionally are defined for
1267:        MIME, this modularity allows users to add new filters to accomodate
1268:        new content-types. Also, filters can be hooked in to override
1269:        MHonArc's default filters, or provide MHonArc with the ability to
1270:        process existing content-types that it cannot handle currently.
1271:
1272:
1273:
1274:
1275:        _____
1276:
1277: Default Filters
1278:
1279:        The default filters provided by MHonArc supports the following MIME
1280:        content-types, which may be overriden by user-defined filters, except
1281:        where noted:
1282:
1283:           * application/*
1284:           * audio/*
1285:           * image/*
1286:           * message/news (cannot override)
1287:           * message/partial
1288:           * message/rfc822 (cannot override)
1289:           * multipart/alternative (cannot override)
1290:           * mulltipart/digest (cannot override)
1291:           * multipart/mixed (cannot override)
1292:           * multipart/parallel (cannot override)
1293:           * text/html
1294:           * text/plain
1295:           * text/setext
1296:           * video/mpeg
1297:           * video/quicktime
1298:
1299:        For more information on how to write your filters, or replace existing
1300:        filters, see Writing Filters.
1301:
1302:        The next sections describes how MHonArc processes the content-types
1303:        listed above.
1304:
1305:
1306:        APPLICATION/*
1307:
1308:        MHonArc extracts the data into a separate file and puts a hyperlink to
1309:        the file into the HTMLized message. If the "name" attribute is defined
1310:        in the Content-Type header field, then the separate file will use the
1311:        attribute as the filename. Otherwise, MHonArc generates a unique
1312:        filename with an extenstion based upon sub-type.
1313:
1314:        Here is the current list of application sub-types (with their filename
1315:        extensions) supported by MHonArc:
1316:
1317:           * octet-stream (bin)
1318:           * oda (oda)
1319:           * pdf (pdf)
1320:           * postscript (ps)
```

```
1321:        * rtf (rtf)
1322:        * x-bcpio (bcpio)
1323:        * x-cpio (cpio)
1324:        * x-csh (csh)
1325:        * x-dvi (dvi)
1326:        * x-gtar (gtar)
1327:        * x-hdf (hdf)
1328:        * x-latex (latex)
1329:        * x-mif (mif)
1330:        * x-netcdf (cdf)
1331:        * x-sh (sh)
1332:        * x-shar (shar)
1333:        * x-sv4cpio (sv4cpio)
1334:        * x-sv4crc (sv4crc)
1335:        * x-tar (tar)
1336:        * x-tcl (tcl)
1337:        * x-tex (tex)
1338:        * x-texinfo (texinfo)
1339:        * x-troff (roff)
1340:        * x-troff-man (man)
1341:        * x-troff-me (me)
1342:        * x-troff-ms (ms)
1343:        * x-ustar (ustar)
1344:        * x-wais-source (src)
1345:        * zip (zip)
1346:
1347:     AUDIO/*
1348:
1349:     MHonArc extracts the data into a separate file and puts a hyperlink to
1350:     the file into the HTMLized message. If the "name" attribute is defined
1351:     in the Content-Type header field, then the separate file will use the
1352:     attribute as the filename. Otherwise, MHonArc generates a unique
1353:     filename with an extension based upon sub-type.
1354:
1355:     Here is the current list of audio sub-types (with their filename
1356:     extensions) supported by MHonArc:
1357:
1358:        * basic (snd)
1359:        * x-aiff (aif)
1360:        * x-wav (wav)
1361:
1362:     IMAGE/*
1363:
1364:     MHonArc will extract the data into a separate file and puts a
1365:     hyperlink to the file into the HTMLized message. If the "name"
1366:     attribute is defined in the Content-Type header field, then the
1367:     separate file will use the attribute as the filename. Otherwise,
1368:     MHonArc will generate a unique filename with an extension based
1369:     upon sub-type.
1370:
1371:     Here is the current list of image sub-types (with their filename
1372:     extensions) supported by MHonArc:
1373:
1374:        * gif (gif)
1375:        * ief (ief)
1376:        * jpeg (jpg)
1377:        * tiff (tif)
1378:        * x-cmu-raster (ras)
1379:        * x-pict (pict)
1380:        * x-portable-anymap (pnm)
```

```
1381:        * x-pnm (pnm)
1382:        * x-portable-bitmap (pbm)
1383:        * x-pbm (pbm)
1384:        * x-portable-graymap (pgm)
1385:        * x-pgm (pgm)
1386:        * x-portable-pixmap (ppm)
1387:        * x-ppm (ppm)
1388:        * x-rgb (rgb)
1389:        * x-xbitmap (xbm)
1390:        * x-xbm (xbm)
1391:        * x-xpixmap (xpm)
1392:        * x-xpm (xpm)
1393:        * x-xwindowdump (xwd)
1394:        * x-xwd (xwd)
1395:
1396:      If the image is a GIF or XBM (X bitmap), the HTML IMG element will be
1397:      used to in-line the image into the HTMLized message.
1398:
1399:      MESSAGE/NEWS
1400:
1401:       message/news signifies an included (MIME) USENET news message. The
1402:       data associated with a message/news part is processed by MHonArc in
1403:       the same manner as a regular mail message.
1404:
1405:      MESSAGE/PARTIAL
1406:
1407:       message/partial signifies that the content is a single part of a
1408:       message split into multiple mail messages. message/partial is treated
1409:       in the same manner as text/plain.
1410:
1411:      MESSAGE/RFC822
1412:
1413:       message/rfc822 signifies an included (MIME) mail message. The data
1414:       associated with a message/rfc822 part is processed by MHonArc in the
1415:       same manner as a regular mail message.
1416:
1417:      MULTIPART/ALTERNATIVE
1418:
1419:       multipart/alternative signifies multiple content-types with the same
1420:       (or similiar) information. MHonArc processes only the latest part that
1421:       has a content-type filter.
1422:
1423:      MULLTIPART/DIGEST
1424:
1425:       mulltipart/digest signifies a series of included mail messages. Each
1426:       part is processed in the same manner as message/rfc822 unless an
1427:       explicit content-type is specifed for each part.
1428:
1429:      MULTIPART/MIXED
1430:
1431:       multipart/mixed signifies data with multiple content-types. MHonArc
1432:       extracts each part and calls the appropriate content-type filter for
1433:       each part, if defined.
1434:
1435:      MULTIPART/PARALLEL
1436:
1437:       multipart/parallel is processed in the same manner as multipart/mixed.
1438:
1439:
1440:      TEXT/HTML
```

```
1441:
1442:    text/html signifies that the data is HTML markup. The data as left "as
1443:    is" with the exception of some processing to legally include the HTML
1444:    into the HTMLized mail message. I.e. MHonArc removes the HEAD an BODY
1445:    tags, the TITLE element will be replaced with an ADDRESS element
1446:    surrounded by HR's, and the BASE element URL will be propogated to
1447:    relative URLs.
1448:
1449:    TEXT/PLAIN
1450:
1451:    text/plain signifies ASCII character data. In the HTMLized message,
1452:    the data is wrapped in a PRE element with special characters (< > &)
1453:    converted to entity references. MHonArc will also make any URLs into
1454:    hyperlinks. The following URL types are recognized:
1455:
1456:       * http://...
1457:       * ftp://...
1458:       * afs://...
1459:       * wais://...
1460:       * telnet://...
1461:       * gopher://...
1462:       * news:...
1463:       * nntp:...
1464:       * mid:...
1465:       * cid:...
1466:       * mailto:...
1467:       * prospero:...
1468:
1469:    TEXT/SETEXT
1470:
1471:    text/setext signifies "structure enhanced text". The data is converted
1472:    into HTML containing hyperlinks as defined by the setext data. For
1473:    more information on setext, see <URL:http://www.bsdi.com/setext/>.
1474:
1475:    VIDEO/*
1476:
1477:    MHonArc extracts the data into a separate file and puts a hyperlink to
1478:    the file into the HTMLized message. If the "name" attribute is defined
1479:    in the Content-Type header field, then the separate file will use the
1480:    attribute as the filename. Otherwise, MHonArc generates a unique
1481:    filename with an extenstion based upon sub-type.
1482:
1483:    Here is the current list of video sub-types (with their filename
1484:    extensions) supported by MHonArc:
1485:
1486:       * mpeg (mpg)
1487:       * quicktime (mov)
1488:       * x-msvideo (avi)
1489:       * x-sgi-movie (movie)
1490:
1491:
1492:    _____
1493:
1494: Writing Filters
1495:
1496:    If you want to write your own filter for use in MHonArc, you need to
1497:    know the Perl programming language. The following information assumes
1498:    you know Perl. To learn how to hook in your filters into MHonArc, see
1499:    Specifying Filters.
1500:
```

```
1501:    FUNCTION INTERFACE OF FILTER
1502:
1503:    MHonArc interfaces with MIME filters by calling a routine with a
1504:    specific set of arguments and treats the return value as the HTML
1505:    markup to include in the message. The prototype of the interface
1506:    routine is as follows:
1507:
1508: sub filter {
1509:    local($head, *fields, $data) = @_;
1510:
1511:    # Filter code here
1512:
1513:    # The last statement should be the HTML return value, unless an
1514:    # explicit return is done.
1515: }
1516:
1517:    Argument Descriptions
1518:
1519:    $head
1520:            This is the header text of the message (or body part if called
1521:            in a mulitpart message).
1522:
1523:    *fields
1524:            This is a pointer to an associative array that has broken down
1525:            $head into field label/field value components. The keys are the
1526:            lower-case representations of the field values. Example: If you
1527:            would like to retrieve the value of the Content-Type field,
1528:            then use the following: $fields{'content-type'}. If a field
1529:            occurs more than once in a header, MHonArc separates the field
1530:            values in the associative array by a '\034' character. To make
1531:            your filter less likely to break due to changes in MHonArc, you
1532:            may use the $'X variable instead of '\034'.
1533:
1534:    $data
1535:            This is a copy of the message (or body part if called in a
1536:            mulitpart message) body. MHonArc has decoded the data for you
1537:            if it was encoded in Quoted-Printable, or Base64.
1538:
1539:     Return Value
1540:
1541:    The return value should be a string representing the HTML markup to
1542:    insert in the HTMLized message. An empty string may be returned to
1543:    tell MHonArc that the routine was unable to filter data.
1544:
1545:
1546:    FILTER WRITING TIPS
1547:
1548:    The following recommendations/tips are given to help you write
1549:    filters:
1550:
1551:        * Qualify your filter in its own package. This eliminates possible
1552:          variable/routine conflicts with MHonArc.
1553:
1554:        * If the filter creates derived files (like the image filters), you
1555:          may use the variable $'OUTDIR to determine the location of the
1556:          mail archive.
1557:
1558:        * Look at the default filters contained in the distribution of
1559:          MHonArc. You can use these as templates for writing your own.
1560:
```

```
1561:        * Make sure your Perl source file ends with a true statement (like
1562:          "1;"). MHonArc just performs a require on the file, and if the
1563:          file does not return true, Perl will abort execution.
1564:
1565:
1566:    USING C
1567:
1568:    If a MIME filter requires the utilization of a C program, or other
1569:    non-Perl executable, a Perl wrapper must be written for the program
1570:    in-order to interface with MHonArc. The wrapper must follow the rules
1571:    as specified in Function Interface of Filter.
1572:
1573:
1574:
1575:        _____
1576:
1577: Specifying Filters
1578:
1579:    Adding new filters, or overriding existing ones, are done via the
1580:    Resource File.
1581:
1582:    MIMEFILTERS
1583:
1584:    The resource element MIMEFILTERS in the Resource File is used to hook
1585:    in user specifed filters into MHonArc. The syntax for each line of the
1586:    the MIMEFILTERS element is as follows:
1587:
1588:    <content-type>:<routine-name>:<file-of-routine>
1589:
1590:    The definition of each colon-separated value is as follows:
1591:
1592:    <content-type>
1593:          The MIME content-type the filter processes. The mulitpart types
1594:          and the message/rfc822 content-types cannot not be overridden.
1595:
1596:    <routine-name>
1597:          The actual routine name of the filter. The name should be fully
1598:          qualified by the package it is definedi (e.g.
1599:          "mypackage'filter").
1600:
1601:    <file-of-routine>
1602:          The name of the file that defines <routine-name>. If the file
1603:          is not a full pathname, MHonArc finds the file by looking in
1604:          the standard include paths of Perl, and the paths specified by
1605:          the PERLINC resource element.
1606:
1607:    Any whitespace is stripped out before processing.
1608:
1609:    EXAMPLE
1610:
1611:    The following represents the default value of MIMEFILTERS:
1612:
1613: <MIMEFILTERS>
1614: application/octet-stream:m2h_external'filter:mhexternal.pl
1615: application/oda:m2h_external'filter:mhexternal.pl
1616: application/pdf:m2h_external'filter:mhexternal.pl
1617: application/postscript:m2h_external'filter:mhexternal.pl
1618: application/rtf:m2h_external'filter:mhexternal.pl
1619: application/x-bcpio:m2h_external'filter:mhexternal.pl
1620: application/x-cpio:m2h_external'filter:mhexternal.pl
```

```
1621: application/x-csh:m2h_external'filter:mhexternal.pl
1622: application/x-dvi:m2h_external'filter:mhexternal.pl
1623: application/x-gtar:m2h_external'filter:mhexternal.pl
1624: application/x-hdf:m2h_external'filter:mhexternal.pl
1625: application/x-latex:m2h_external'filter:mhexternal.pl
1626: application/x-mif:m2h_external'filter:mhexternal.pl
1627: application/x-netcdf:m2h_external'filter:mhexternal.pl
1628: application/x-sh:m2h_external'filter:mhexternal.pl
1629: application/x-shar:m2h_external'filter:mhexternal.pl
1630: application/x-sv4cpio:m2h_external'filter:mhexternal.pl
1631: application/x-sv4crc:m2h_external'filter:mhexternal.pl
1632: application/x-tar:m2h_external'filter:mhexternal.pl
1633: application/x-tcl:m2h_external'filter:mhexternal.pl
1634: application/x-tex:m2h_external'filter:mhexternal.pl
1635: application/x-texinfo:m2h_external'filter:mhexternal.pl
1636: application/x-troff-man:m2h_external'filter:mhexternal.pl
1637: application/x-troff-me:m2h_external'filter:mhexternal.pl
1638: application/x-troff-ms:m2h_external'filter:mhexternal.pl
1639: application/x-troff:m2h_external'filter:mhexternal.pl
1640: application/x-ustar:m2h_external'filter:mhexternal.pl
1641: application/x-wais-source:m2h_external'filter:mhexternal.pl
1642: application/zip:m2h_external'filter:mhexternal.pl
1643: audio/basic:m2h_external'filter:mhexternal.pl
1644: audio/x-aiff:m2h_external'filter:mhexternal.pl
1645: audio/x-wav:m2h_external'filter:mhexternal.pl
1646: image/gif:m2h_external'filter:mhexternal.pl
1647: image/ief:m2h_external'filter:mhexternal.pl
1648: image/jpeg:m2h_external'filter:mhexternal.pl
1649: image/tiff:m2h_external'filter:mhexternal.pl
1650: image/x-cmu-raster:m2h_external'filter:mhexternal.pl
1651: image/x-pbm:m2h_external'filter:mhexternal.pl
1652: image/x-pgm:m2h_external'filter:mhexternal.pl
1653: image/x-pict:m2h_external'filter:mhexternal.pl
1654: image/x-pnm:m2h_external'filter:mhexternal.pl
1655: image/x-portable-anymap:m2h_external'filter:mhexternal.pl
1656: image/x-portable-bitmap:m2h_external'filter:mhexternal.pl
1657: image/x-portable-graymap:m2h_external'filter:mhexternal.pl
1658: image/x-portable-pixmap:m2h_external'filter:mhexternal.pl
1659: image/x-ppm:m2h_external'filter:mhexternal.pl
1660: image/x-rgb:m2h_external'filter:mhexternal.pl
1661: image/x-xbitmap:m2h_external'filter:mhexternal.pl
1662: image/x-xbm:m2h_external'filter:mhexternal.pl
1663: image/x-xpixmap:m2h_external'filter:mhexternal.pl
1664: image/x-xpm:m2h_external'filter:mhexternal.pl
1665: image/x-xwd:m2h_external'filter:mhexternal.pl
1666: image/x-xwindowdump:m2h_external'filter:mhexternal.pl
1667: message/partial:m2h_text_plain'filter:mhtxtplain.pl
1668: text/html:m2h_text_html'filter:mhtxthtml.pl
1669: text/plain:m2h_text_plain'filter:mhtxtplain.pl
1670: text/richtext:m2h_text_plain'filter:mhtxtplain.pl
1671: text/setext:m2h_text_setext'filter:mhtxtsetext.pl
1672: text/tab-separated-values:m2h_text_plain'filter:mhtxtplain.pl
1673: text/x-html:m2h_text_html'filter:mhtxthtml.pl
1674: text/x-setext:m2h_text_setext'filter:mhtxtsetext.pl
1675: video/mpeg:m2h_external'filter:mhexternal.pl
1676: video/quicktime:m2h_external'filter:mhexternal.pl
1677: video/x-msvideo:m2h_external'filter:mhexternal.pl
1678: video/x-sgi-movie:m2h_external'filter:mhexternal.pl
1679: </MIMEFILTERS>
1680:
```

```
1681:
1682:        _____
1683:
1684:        [Prev:Adding New Messages to an Archive]
1685:        [Next:Index Page Customization]
1686:        [ToC]
1687:
1688:
1689:
1690:        _____
1691:
1692:         MHonArc 1.0.0 -- MIME
1693:
1694:
1695: _____
1696:
1697:                         INDEX PAGE CUSTOMIZATION
1698:
1699:    MHonArc creates an index page with links to all mail messages filtered
1700:    (unless processing a single message with the -single option). MHonArc
1701:    allows you to have complete customization over the appearance of the
1702:    index page.
1703:
1704:
1705:
1706:        _____
1707:
1708: Filename
1709:
1710:    By default, the filename of the index page is "maillist.html".
1711:    However, a different name may be specified with the M2H_IDXFNAME
1712:    environment variable, the IDXFNAME resource element, or the -idxfname
1713:    command-line option.
1714:
1715:
1716:
1717:        _____
1718:
1719: Title
1720:
1721:    The title of the index page is controlled by the M2H_TITLE environment
1722:    variable, the TITLE resource element, or the -title command-line
1723:    option. The text for the title is placed in the HTML TITLE element of
1724:    the index page, and the text also occurs at the very top of the body
1725:    in a H1 element.
1726:
1727:
1728:
1729:        _____
1730:
1731: Include Files
1732:
1733:    MHonArc allows you to include the contents of files into the index
1734:    page via the header and footer resources.
1735:
1736:    The header file is specified via the M2H_HEADER environment variable,
1737:    the HEADER resource element, or the -header command-line option. The
1738:    contents of the header file are inserted above the message listing,
1739:    and right after the H1 title element. NOTE: filename should not
1740:    contain the <HTML>, <HEAD>, and <BODY> tags; these tags are
```

```
1741:      automatically provided by MHonArc.
1742:
1743:      The footer file is specified via the M2H_FOOTER environment variable,
1744:      the FOOTER resource element, or the -footer command-line option. The
1745:      contents of the footer file are inserted after the message listing.
1746:      NOTE: filename should not contain the </BODY>, and </HTML> tags;
1747:      these tags are automatically provided by MHonArc.
1748:
1749:      The header and footer files allow you to incorporate search-forms,
1750:      hyperlinks to other pages, or any other HTML markup you like.
1751:
1752:      It is only necessary to specify the header and/or footer files the
1753:      first time you create an archive. The contents included from the
1754:      header and/or footer files are preserved in any subsequent additions
1755:      to the archive. Only respecify the header and/or footer files if you
1756:      need to make changes to the header/footer contents.
1757:
1758:
1759:
1760:      _____
1761:
1762: Listing Layout
1763:
1764:      MHonArc lists messages in the order specified by the various sort
1765:      options. However, you have complete control on how the message listing
1766:      are formatted via the LISTBEGIN, LITEMPLATE, and LISTEND resource
1767:      elements in the Resource File. These elements allow you to specify the
1768:      HTML markup to use in the index page. When you define the contents for
1769:      the LISTBEGIN, LITEMPLATE, and LISTEND resource elements, you may use
1770:      special variables defined by MHonArc which are expanded to strings
1771:      during run-time.
1772:
1773:      VARIABLE SYNTAX
1774:
1775:      The syntax of the variables to use in the LISTBEGIN, LITEMPLATE, and
1776:      LISTEND resource elements is as follows:
1777:
1778:      $VARIABLE[:N]$
1779:
1780:      The items in []'s are optional. Definition of each part:
1781:
1782:      $
1783:           The $ character represents the beginning, and ending, of the
1784:           variable.
1785:
1786:      VARIABLE
1787:           This is the the actual name of the variable. All variable names
1788:           must be uppercase.
1789:
1790:      :N
1791:           This defines a maximum length of the replacement string for the
1792:           variable. The length specifier is optional.
1793:
1794:      No whitespace is allowed between the opening $ and closing $.
1795:
1796:      Here are some examples of legal variable usage:
1797:
1798:         * $SUBJECT$
1799:         * $FROMNAME$
1800:         * $SUBJECT:50$
```

```
1801:
1802:
1803:     _____
1804:
1805:    LISTBEGIN
1806:
1807:    The LISTBEGIN resource element specifies the text to begin the message
1808:    list. The text can be any valid HTML markup. Plus, MHonArc defines the
1809:    following variables you may use which get expanded at run-time:
1810:
1811:    $GMTDATE$
1812:            Expands to the current UTC/GMT date and time.
1813:
1814:    $LOCALDATE$
1815:            Expands to the current local date and time.
1816:
1817:    $NUMOFMSG$
1818:            The number of messages in the archive.
1819:
1820:    MHonArc's LISTBEGIN default value is the following:
1821:
1822:    <LISTBEGIN>
1823:    <UL>
1824:    </LISTBEGIN>
1825:
1826:
1827:
1828:
1829:     _____
1830:
1831:    LITEMPLATE
1832:
1833:    The LITEMPLATE resource element defines the HTML text to represent each
1834:    message list item. You may use the following variables which are
1835:    expanded at runtime:
1836:
1837:    $A_ATTR$
1838:            The NAME and HREF attributes to use in an anchor to link to the
1839:            archived message. The NAME attribute links the messages to the
1840:            index page.
1841:
1842:    $A_HREF$
1843:            The HREF attribute to use in an anchor to link to the archived
1844:            message.
1845:
1846:    $A_NAME$
1847:            The NAME attributes to use in an anchor for messages to link to
1848:            the index page.
1849:
1850:    $DATE$
1851:            The date of the message.
1852:
1853:    $ICON$
1854:            The context-type sensistive icon. See Icons for information.
1855:
1856:    $ICONURL$
1857:            The URL to the context-type sensistive icon. See Icons for
1858:            information.
1859:
1860:    $NUMFOLUP$
```

```
1861:             Number of follow-up messages for the given message.
1862:
1863:    $FROM$
1864:             The complete text in the From field of the message.
1865:
1866:    $FROMADDR$
1867:             Just the actual e-mail address in the From field of the
1868:             message.
1869:
1870:    $FROMNAME$
1871:             The English name of the person in the From field of the
1872:             message. If no English name is found, the username specified in
1873:             the e-mail address is used.
1874:
1875:    $MSGNUM$
1876:             The message numbers assigned to the message by MHonArc.
1877:
1878:    $ORDNUM$
1879:             The current listing number of the message.
1880:
1881:    $SUBJECT$
1882:             The subject text of the message wrapped in an anchor element
1883:             that hyperlinks to the message.
1884:
1885:    $SUBJECTNA$
1886:             The subject text of the message without the anchor element.
1887:
1888:
1889:    NOTE:
1890:             Do not specify $A_ATTR$, $A_NAME, and $SUBJECT$ together in the
1891:             LITEMPLATE element. Since all of these variables contain the
1892:             NAME attribute, invalid HTML will be created since multiple
1893:             anchors will have the same NAME identifier.
1894:
1895:    LITEMPLATE's default value is the following:
1896:
1897:    <LITEMPLATE>
1898:    <LI><STRONG>$SUBJECT$</STRONG>
1899:    <UL><LI><EM>From</EM>: $FROM$</LI></UL>
1900:    </LI>
1901:    </LITEMPLATE>
1902:
1903:
1904:
1905:
1906:    _____
1907:
1908:    LISTEND
1909:
1910:    The LISTEND resource element specifies the text to use to end the
1911:    message list. The text can be any valid HTML markup. Plus, MHonArc
1912:    defines the following variables you may use which are expanded at
1913:    run-time:
1914:
1915:    $CURDATE$
1916:             Expands to the current date and time.
1917:
1918:    $NUMOFMSG$
1919:             The number of messages in the archive.
1920:
```

```
1921:    LISTEND's default value is the following:
1922:
1923:    <LISTEND>
1924:    </UL>
1925:    </LISTEND>
1926:
1927:
1928:
1929:
1930:         _____
1931:
1932: Examples
1933:
1934:    EXAMPLE 1
1935:
1936:    It may be easier to see how the LISTBEGIN, LITEMPLATE, LISTEND
1937:    resource elements work when declared together:
1938:
1939: <!-- This represents the default values used by MHonArc -->
1940: <LISTBEGIN>
1941: <UL>
1942: </LISTBEGIN>
1943:
1944: <LITEMPLATE>
1945: <LI><STRONG>$SUBJECT$</STRONG>
1946: <UL><LI><EM>From</EM>: $FROM$</LI></UL>
1947: </LI>
1948: </LITEMPLATE>
1949:
1950: <LISTEND>
1951: </UL>
1952: </LISTEND>
1953:
1954:    EXAMPLE 2
1955:
1956:    Here's another example that changes the layout into a more compact
1957:    listing, adds Icons usage, and adds a time stamp information on when
1958:    the index page was last updated:
1959:
1960: <listbegin>
1961: <address>
1962: Last update: $CURDATE$<br>
1963: $NUMOFMSG$ messages<br>
1964: </address>
1965: <p>
1966: Messages listed in chronological order.  Listing format is the following:
1967: <blockquote>
1968: <img src="http://foo.org/gifs/gletter.gif" alt="* ">
1969: <strong>Subject</strong><code>  </code>
1970: (# of follow-ups)<code>  </code>
1971: <em>From</em>.
1972: </blockquote>
1973: <p>
1974: <hr>
1975: </listbegin>
1976:
1977: <litemplate>
1978: <img src="$ICONURL$" alt="* "><strong>$SUBJECT:40$</strong>
1979: ($NUMFOLUP$) <em>$FROMNAME$</em><br>
1980: </litemplate>
```

```
1981:
1982: <listend>
1983: </listend>
1984:
1985:
1986:
1987:         _____
1988:
1989:    [Prev:MIME]
1990:    [Next:Icons]
1991:    [ToC]
1992:
1993:
1994:
1995:         _____
1996:
1997:     MHonArc 1.0.0 -- Index Page Customization
1998:
1999:
2000: _____
2001:
2002:                              ICONS
2003:
2004:    MHonArc supports the ability to insert icons in the index page for
2005:    each message based on the message's content-type. For example: You can
2006:    have text/plain messages use a different icon than text/html messages.
2007:
2008:
2009:
2010:
2011:         _____
2012:
2013: Defining Icons
2014:
2015:    To specify the icons for MHonArc to use, you use the ICONS resource
2016:    element in the Resource File. The format of each line in the ICONS
2017:    element is as follows:
2018:
2019:    <content-type>:<URL for icon>
2020:
2021:    <content-type> represents a MIME content-type. <URL for icon> is the
2022:    URL to the icon. The special content-type called "unknown" may be
2023:    defined to specify the icon to use for non-recognized content-types.
2024:    If unknown is not defined, the text/plain icon is used for unknown
2025:    content types.
2026:
2027:    EXAMPLE
2028: <icons>
2029: audio/basic:http://foo.org/gifs/gsound.gif
2030: image/gif:http://foo.org/gifs/gimage.gif
2031: image/jpeg:http://foo.org/gifs/gimage.gif
2032: image/tiff:http://foo.org/gifs/ggraphic.gif
2033: multipart/alternative:http://foo.org/gifs/gmulti.gif
2034: multipart/digest:http://foo.org/gifs/gtext.gif
2035: multipart/mixed:http://foo.org/gifs/gdoc2.gif
2036: multipart/parallel:http://foo.org/gifs/gdoc.gif
2037: text/richtext:http://foo.org/gifs/gdoc.gif
2038: text/html:http://foo.org/gifs/gdoc.gif
2039: text/plain:http://foo.org/gifs/gletter.gif
2040: unknown:http://foo.org/gifs/gunknown.gif
```

```
2041: video/mpeg:http://foo.org/gifs/gmovie.gif
2042: </icons>
2043:
2044:
2045:
2046:        _____
2047:
2048: Using Icons
2049:
2050:     In order to incorporate icons into the index page, insert the $ICON$
2051:     variable into the LITEMPLATE resource element.
2052:
2053:   EXAMPLE
2054: <litemplate>
2055: $ICONURL$<strong>$SUBJECT:40$</strong>
2056: ($NUMFOLUP$) <em>$FROMNAME$</em><br>
2057: </litemplate>
2058:
2059:     The $ICON$ variable expands to the IMG HTML element with the
2060:     appropriate URL in the SRC attribute to the icon. The ALT attribute of
2061:     the IMG element contains the content-type of the message, surrounded
2062:     by []'s, for use with text based browsers.
2063:
2064:
2065:     $ICONURL$ may also be used if you want redefine the format of the IMG
2066:     element.
2067:
2068:   EXAMPLE
2069: <litemplate>
2070: <img src="$ICONURL$" alt="* "><strong>$SUBJECT:40$</strong>
2071: ($NUMFOLUP$) <em>$FROMNAME$</em><br>
2072: </litemplate>
2073:
2074:     This example overrides what is normally used in the ALT attribute.
2075:
2076:
2077:
2078:        _____
2079:
2080:     [Prev:Index Page Customization]
2081:     [Next:Archive Integrity]
2082:     [ToC]
2083:
2084:
2085:
2086:        _____
2087:
2088:     MHonArc 1.0.0 -- Icons
2089:
2090:
2091: _____
2092:
2093:                          ARCHIVE INTEGRITY
2094:
2095:     MHonArc applies safeguards to try to insure that a mail archive does
2096:     not get corrupted due to exceptional circumstances. MHonArc does the
2097:     following to insure a mail archive does not get corrupted:
2098:
2099:       * MHonArc creates a lock file, ".mhonarc.lck", when
2100:         creating/updating an archive. The lock file insures that only one
```

```
2101:         MHonArc process is modifying an archive at any given moment. The
2102:         M2H_LOCKTRIES environment variable allows you to control how long
2103:         a given MHonArc process will wait if an archive is currently
2104:         locked. If MHonArc can not lock the archive after the specified
2105:         number of tries, MHonArc will exit.
2106:
2107:         The lock file becomes very important if you use MHonArc within a
2108:         .forward file. See the example, Adding a Single Message to
2109:         Archive, in the section, Adding New Messages to an Archive, on
2110:         how one might use MHonArc in a .forward file.
2111:
2112:       * MHonArc will ignore the following signals once messages are
2113:         actually being written to disk: SIGABRT, SIGHUP, SIGINT, SIGQUIT,
2114:         SIGTERM. Possible archive corruption can still occur if a SIGKILL
2115:         signal is received since SIGKILLs are uncatchable. A SIGKILL will
2116:         also prevent MHonArc from deleting the lock file. This will
2117:         prevent other invocations of MHonArc from updating the archive. If
2118:         this occurs, you need to manually remove the lock file.
2119:
2120:
2121:
2122:         _____
2123:
2124:    [Prev:Icons]
2125:    [Next:Tips]
2126:    [ToC]
2127:
2128:
2129:
2130:         _____
2131:
2132:     MHonArc 1.0.0 -- Archive Integrity
2133:
2134:
2135:    _____
2136:
2137:                                 TIPS
2138:
2139:    This section gives some helpful tips on using MHonArc:
2140:
2141:       * When using the -add option, there is no need to re-specify the
2142:         resource file (unless you want to override some settings) since
2143:         MHonArc will store all resources in the database file
2144:         (.mhonarc.db) from the last invocation and apply those resource to
2145:         new messages added to the archive.
2146:
2147:       * Unless absolutely necessary, avoid changing the original sorting
2148:         order when adding new messages to an archive. Changing the order
2149:         cause MHonArc to modify every existing message in the archive to
2150:         update the Next/Prev links.
2151:
2152:       * Unless absolutely necessary, avoid changing the title of the index
2153:         page of an archive when adding new messages. This will cause
2154:         MHonArc to modify every existing message in the archive to
2155:         change the Index links to reflect the new name.
2156:
2157:       * Do not respecify the header and footer files if there is no change
2158:         in them when adding new messages. Specifying them causes MHonArc
2159:         to reread them again when it is not necessary.
2160:
```

```
2161:        * MHonArc can be renamed to "mbox2html." If so, the -mbox option is
2162:          automatically assumed.
2163:
2164:        * MHonArc can be renamed to "mhf2html." If so, the -mh options is
2165:          assumed. The renaming is for consistancy since MHonArc, by
2166:          default, processes MH mail folders.
2167:
2168:        * If you want to share a specific resource file among different HTML
2169:          mail archives, leave out elements that (could) qualify a specific
2170:          archive: eg. HEADER, FOOTER, MBOX, MH.
2171:
2172:        * MHonArc can be used to process saved messages from newsgroups if
2173:          the messages are saved in mailbox, or MH mail folder, format; or
2174:          you save the messages by e-mailing them to yourself.
2175:
2176:          NOTE: You can use the -msgsep option, or MSGSEP resource element,
2177:          to process saved newsgroup messages that use a different message
2178:          separator than mailbox files.
2179:
2180:        * If archiving a mass amount of mail messages, it might be useful to
2181:          hook into the mail archive a search engine. You can utilize the
2182:          header, or footer, resources (-header, -footer options or HEADER,
2183:          FOOTER resource file elements) to automatically hook in a form
2184:          into the index page to allow readers to interface with the search
2185:          engine.
2186:
2187:
2188:
2189:      _____
2190:
2191:      [Prev:Archive Integrity]
2192:      [Next:Notes]
2193:      [ToC]
2194:
2195:
2196:
2197:      _____
2198:
2199:       MHonArc 1.0.0 -- Tips
2200:
2201:
2202:  _____
2203:
2204:                              NOTES
2205:
2206:        * Here is the explicit order of decreasing precedence when setting
2207:          resources/options:
2208:
2209:              + command-line options (highest precedence)
2210:              + resource file
2211:              + database file
2212:              + environment variables (lowest precedence)
2213:
2214:        * Mail thread detection is dependent upon the mail messages
2215:          containing the message id(s) of referenced messages. Most mailers
2216:          reply function will automatically include the message id of the
2217:          message being replied to.
2218:
2219:        * All mail message being converted into HTML are stored in memory
2220:          before they are written to disk. This can eat up much memory if
```

```
2221:        many mail messages are being converted. If you are processing
2222:        multiple mailboxes/folders and worried about memory, you can call
2223:        MHonArc on each one separately using the -add option.
2224:
2225:      * The database file, and the index page, are completely rewritten
2226:        evertime new messages are added. This may cause slight slow-downs
2227:        when archives become very large.
2228:
2229:      * In MH mode (the default), mail messages are assumed to have
2230:        numeric filenames in the mail folder.
2231:
2232:      * When sorting by date, MHonArc tries to use the date listed in the
2233:        first Received field of the message. If no Received field exists,
2234:        than the Date field is used.
2235:
2236:      * No distinction is made, in the output, on which messages came from
2237:        which mail folder/box if multiple mail folders/boxes are
2238:        processed.
2239:
2240:      * MHonArc requires the use of timelocal.pl and newgetopt.pl. These
2241:        libraries are part of the normal Perl distribution.
2242:
2243:      * MHonArc can probably be modified to handle other types of mailers
2244:        (which has been done since the original version only supported MH
2245:        mail folders). The MSGSEP resource gives flexibility in processing
2246:        mailbox style files.
2247:
2248:
2249:
2250:        _____
2251:
2252:    [Prev:Tips]
2253:    [Next:Diagnostics]
2254:    [ToC]
2255:
2256:
2257:
2258:        _____
2259:
2260:     MHonArc 1.0.0 -- Notes
2261:
2262:
2263: _____
2264:
2265:                               DIAGNOSTICS
2266:
2267:    Three types of messages exist in MHonarc: Informative messages,
2268:    Warnings, and Errors. Informative messages give you the current
2269:    status of MHonarc's execution. Warnings signify undesired conditions,
2270:    but are not critical in MHonarc's exection. Errors signify critical
2271:    conditions that inhibit MHonarc from finishing its task.
2272:
2273:    This section describes the various diagnostics MHonarc may produce.
2274:
2275:
2276:
2277:        _____
2278:
2279: Informative messages
2280:
```

```
2281:    Informative messages may be suppressed via the -quiet command-line
2282:    option. Only the more important Informative messages are listed here.
2283:
2284:
2285:    COULD NOT PROCESS MESSAGE WITH GIVEN CONTENT-TYPE: ...
2286:
2287:    MHonarc will output this statement in filtered mail messages for
2288:    content-types it is unable to process. See Default Filters in MIME for
2289:    content-types that MHonarc supports by default. See Writing Filters
2290:    for adding new filters into MHonarc.
2291:
2292:    This is the only Informative message that does not go to standard
2293:    output, but into the actual filtered mail message.
2294:
2295:
2296:
2297:    NO NEW MESSAGES
2298:
2299:    No mail messages exist when performing an add operation to an archive.
2300:    This can occur if an empty MH mail folder, or empty mailbox file, is
2301:    passed to MHonarc.
2302:
2303:
2304:
2305:    REQUIRING MIME FILTER LIBRARIES ...
2306:
2307:    Indicates MHonarc is loading external libraries for filtering mail
2308:    messages. MHonarc will output each library it loads. See MIME for more
2309:    information of filter libraries.
2310:
2311:
2312:
2313:    TRYING TO LOCK MAIL ARCHIVE ...
2314:
2315:    The statement means that a lock file is in place for the archive you
2316:    are trying to update. Normally, an existing lock file implies that
2317:    another MHonarc process is currently using the archive, and other
2318:    MHonarc processes will wait awhile to see if the archive will be
2319:    unlocked.
2320:
2321:    However, there are times when a lock file exists, but no MHonarc
2322:    process is modifying the archive. This can occur if MHonarc is
2323:    abnormally terminated. If you know that no other MHonarc process is
2324:    editing the archive you are try to modify, then manually remove the
2325:    lock file and rerun MHonarc.
2326:
2327:    See Archive Integrity for more information.
2328:
2329:
2330:
2331:    _____
2332:
2333: Warnings
2334:
2335:
2336:    WARNING: COULD NOT FIND DATE FOR MESSAGE
2337:
2338:    MHonarc was unable to find a received/sent date for a mail message.
2339:    With respect to other mail messages, a message with no received/sent
2340:    date is first in chronological order.
```

```
2341:
2342:
2343:
2344:    WARNING: DATABASE VERSION (<DBVERSION>) DOES NOT MATCH PROGRAM VERSION ...
2345:
2346:    Indicates that the version of MHonarc updating an archive is different
2347:    from the version of MHonarc that created the database file for an
2348:    archive. Problems can arise if the database file changes in format
2349:    from different version of MHonarc. See the release notes of the
2350:    MHonarc distribution if changes in the databse format has effects on
2351:    older archives.
2352:
2353:
2354:
2355:    WARNING: UNABLE TO CREATE <OUTDIR>/<DBFILE>
2356:
2357:    Indicates MHonarc was unable to create the database file <dbfile> for
2358:    the mail archive created/modified in <outdir>. This message can occur
2359:    if <outdir> permissions changed during MHonarc execution, the existing
2360:    <dbfile> is read-only, or the file system is full.
2361:
2362:    This message can be severe because no future add operations can be
2363:    performed to the archive.
2364:
2365:
2366:
2367:    WARNING: UNABLE TO OPEN FOOTER: <FOOTER>
2368:
2369:    MHonarc was unable to open the footer file, <footer>, for inclusion
2370:    into the index page. Make sure <footer> exists, and is readable by
2371:    you.
2372:
2373:
2374:
2375:    WARNING: UNABLE TO OPEN HEADER: <HEADER>
2376:
2377:    MHonarc was unable to open the header file, <header>, for inclusion
2378:    into the index page. Make sure <header> exists, and is readable by
2379:    you.
2380:
2381:
2382:
2383:    WARNING: UNABLE TO OPEN MAIL FOLDER: <FOLDER>
2384:
2385:    MHonarc was unable to open the specified MH mail <folder> for reading.
2386:    Make sure <folder> exists and is readable, and executable by you.
2387:
2388:
2389:
2390:    WARNING: UNABLE TO OPEN MAILBOX: <MBOX>
2391:
2392:    MHonarc was unable to open the specified <mbox> for reading. Make sure
2393:    <mbox> exists and is readable by you.
2394:
2395:
2396:
2397:    WARNING: UNABLE TO OPEN MESSAGE: <FOLDER>/<MESSAGE>
2398:
2399:    MHonarc was unable to open the specified MH mail message
2400:    <folder>/<message> for reading. Make sure <folder>/<message> exists
```

```
2401:      and is readable by you.
2402:
2403:
2404:
2405:      WARNING: UNDEFINED TIME ZONE: "<TIMEZONE>"
2406:
2407:      MHonarc has found an unrecognized timezone acronym, <timezone>, in a
2408:      mail message. You can tell MHonarc about other timezone acronyms, and
2409:      their hour offset to UTC, by using the TIMEZONES resource element of
2410:      the Resource File.
2411:
2412:      The timezone UTC (or GMT) is used for an undefined timezone acronym
2413:
2414:
2415:
2416:      _____
2417:
2418: Errors
2419:
2420:
2421:    ERROR: UNABLE TO CREATE <FILE>
2422:
2423:      MHonarc was unable to create <file>. This message can occur if the
2424:      directory being written to is not writable, a read-only file with the
2425:      same name exists, or the file system is full.
2426:
2427:
2428:
2429:    ERROR: UNABLE TO OPEN RESOURCE FILE: <FILE>
2430:
2431:      MHonarc was unable to open the resource file, <file>, for reading.
2432:      Make sure <file> exists, and is readable by you.
2433:
2434:
2435:
2436:    ERROR: UNABLE TO OPEN <FILE>
2437:
2438:      MHonarc was unable to open <file> for reading. Make sure <file>
2439:      exists, and is readable by you.
2440:
2441:
2442:
2443:    ERROR: UNABLE TO REQUIRE BASE64.PL
2444:
2445:      The base64.pl library is needed for MHonarc to decode Base64 encoded
2446:      messages. base64.pl is part of the MHonarc distribution. Make sure you
2447:      properly installed MHonarc via the installation program. See also the
2448:      PERLINC resource element.
2449:
2450:
2451:
2452:    ERROR: UNABLE TO REQUIRE NEWGETOPT.PL
2453:
2454:      The newgetopt.pl library is needed for MHonarc to parse the
2455:      command-line. newgetopt.pl is part of the standard Perl distribution.
2456:      Make sure Perl has been correctly installed at your site.
2457:
2458:
2459:
2460:    ERROR: UNABLE TO REQUIRE QPRINT.PL
```

```
2461:
2462:    The qprint.pl library is needed for MHonarc to decode Quoted-Printable
2463:    encoded messages. qprint.pl is part of the MHonarc distribution. Make
2464:    sure you properly installed MHonarc via the installation program. See
2465:    also the PERLINC resource element.
2466:
2467:
2468:
2469:    ERROR: UNABLE TO REQUIRE TIMELOCAL.PL
2470:
2471:    The timelocal.pl library is needed for MHonarc to process dates in
2472:    messages. timelocal.pl is part of the standard Perl distribution. Make
2473:    sure Perl has been correctly installed at your site.
2474:
2475:
2476:
2477:    ERROR: UNABLE TO REQUIRE <FILE>
2478:
2479:    This message signifies MHonarc was unable to require the MIME filter
2480:    library <file>. Make sure you properly installed MHonarc via the
2481:    installation program. If <file> is your own custom filter, make sure
2482:    you properly registered it in the Resource File. See also Specifying
2483:    Filters and the PERLINC resource element.
2484:
2485:
2486:
2487:    ERROR: UNRECOGNIZED MODE
2488:
2489:    This indicates an internal error in MHonarc. Make sure no one has
2490:    modified the MHonarc source code. Contact the author of MHonarc if you
2491:    get this message.
2492:
2493:
2494:
2495:    _____
2496:
2497:    [Prev:Notes]
2498:    [ToC]
2499:
2500:
2501:
2502:    _____
2503:
2504:    MHonArc 1.0.0 -- Diagnostics
```