# EXHIBIT KK

```
 1: #! /usr/local/bin/perl
 2: ##---------------------------------------------------------------------------##
 3: ##  File:
 4: ##      MHonArc
 5: ##  Author:
 6: ##      Earl Hood       ehood@convex.com
 7: ##  Description:
 8: ##      MHonArc is a Perl program to convert mail to HTML.
 9: ##---------------------------------------------------------------------------##
10: ##  Copyright (C) 1994  Earl Hood, ehood@convex.com
11: ##
12: ##  This program is free software; you can redistribute it and/or modify
13: ##  it under the terms of the GNU General Public License as published by
14: ##  the Free Software Foundation; either version 2 of the License, or
15: ##  (at your option) any later version.
16: ##
17: ##  This program is distributed in the hope that it will be useful,
18: ##  but WITHOUT ANY WARRANTY; without even the implied warranty of
19: ##  MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
20: ##  GNU General Public License for more details.
21: ##
22: ##  You should have received a copy of the GNU General Public License
23: ##  along with this program; if not, write to the Free Software
24: ##  Foundation, Inc., 675 Mass Ave, Cambridge, MA 02139, USA.
25: ##---------------------------------------------------------------------------##
26:
27: ###############################################################################
28: ###############################################################################
29: package main;
30:
31: unshift(@INC, 'lib');
32: require "newgetopt.pl" || die "ERROR: Unable to require newgetopt.pl";
33:
34: ($PROG = $0) =~ s/.*\///;   # Store name of program
35: $VERSION = "1.0.0";
36:
37: ##---------------------------------------------------------------------------##
38: ##  The %Zone array should be augmented to contain all timezone
39: ##  specifications with the positive/negative hour offset from UTC
40: ##  (GMT).
41: %Zone = (
42:      "UTC", 0,   # Universal Coordinated Time
43:      "GMT", 0,   # Greenwich Mean Time
44:      "AST", 4,   # Atlantic Standard Time
45:      "ADT", 3,   # Atlantic Daylight Time
46:      "EST", 5,   # Eastern Standard Time
47:      "EDT", 4,   # Eastern Daylight Time
48:      "CST", 6,   # Central Standard Time
49:      "CDT", 5,   # Central Daylight Time
50:      "MST", 7,   # Mountain Standard Time
51:      "MDT", 6,   # Mountain Daylight Time
52:      "PST", 8,   # Pacific Standard Time
53:      "PDT", 7,   # Pacific Daylight Time
54: );
55: %Month2Num = (
56:      'Jan', 0, 'Feb', 1, 'Mar', 2, 'Apr', 3, 'May', 4, 'Jun', 5, 'Jul', 6,
57:      'Aug', 7, 'Sep', 8, 'Oct', 9, 'Nov', 10, 'Dec', 11,
58: );
59: %WDay2Num = (
60:      'Sun', 0, 'Mon', 1, 'Tue', 2, 'Wed', 3, 'Thu', 4, 'Fri', 5, 'Sat', 6,
```

```
 61: );
 62: ## Assoc array listing mail header fields to exclude in output
 63: %HFieldsExc = (
 64:      'content-', 1,
 65:      'errors-to', 1,
 66:      'forward', 1,
 67:      'lines', 1,
 68:      'message-id', 1,
 69:      'mime-', 1,
 70:      'nntp-', 1,
 71:      'originator', 1,
 72:      'path', 1,
 73:      'precedence', 1,
 74:      'received', 1,
 75:      'replied', 1,
 76:      'return-path', 1,
 77:      'status', 1,
 78:      'via', 1,
 79:      'x-', 1,
 80: );
 81: ## Asocc arrays defining HTML formats to apply to header fields
 82: %HeadFields = (
 83:      "-default-", "",
 84: );
 85: %HeadHeads = (
 86:      "-default-", "em",
 87: );
 88: @FieldOrder = (
 89:      'to',
 90:      'subject',
 91:      'from',
 92:      'date',
 93:      '-extra-',
 94: );
 95: %FieldODefs = (
 96:      'to', 1,
 97:      'subject', 1,
 98:      'from', 1,
 99:      'date', 1,
100: );
101: $NumOfMsgs =  0;    # Total number of messages
102: %Message   = ();    # Message bodies
103: %MsgHead   = ();    # Message heads
104: %MsgHtml   = ();    # Flag if message is html
105: %Subject   = ();    # Message subjects
106: %From      = ();    # Message froms
107: %Date      = ();    # Message dates
108: %MsgId     = ();    # Message Ids to indexes
109: %Refs      = ();    # Message references
110: %Follow    = ();    # Message follow-ups
111: %FolCnt    = ();    # Number of follow-ups
112: %ContentType = ();  # Base content-type of messages
113: %Icons     = ();    # Icon URLs for content-types
114: $AddIndex  = ();
115: $bs        = "\b";
116: $Url       = '(http://|ftp://|afs://|wais://|telnet://|gopher://|' .
117:              'news:|nntp:|mid:|cid:|mailto:|prospero:)';
118: $UrlExp    = $Url . q%[^\s\(\)\|<>"'/]*[^\.;,"'\|\[\]\(\)\s<>]%;
119: $HUrlExp   = $Url . q%[^\s\(\)\|<>"'\&]*[^\.;,"'\|\[\]\(\)\s<>\&]%;
120: $MLCP      = 0;
```

```
121:
122: $curdate   = ''; {
123:       local($sec,$min,$hour,$mday,$mon,$year,$wday,$yday,$isdst) =
124:       gmtime(time());
125:       $curdate = (Sun,Mon,Tue,Wed,Thu,Fri,Sat)[$wday] . ' ' .
126:               (Jan,Feb,Mar,Apr,May,Jun,Jul,Aug,Sep,Oct,Nov,Dec)[$mon] . ' ' .
127:               sprintf("%02d ", $mday) .
128:               sprintf("%02d:%02d:%02d ", $hour, $min, $sec) .
129:               "GMT " .
130:               $year;
131: }
132: $locdate   = ''; {
133:       local($sec,$min,$hour,$mday,$mon,$year,$wday,$yday,$isdst) =
134:       localtime(time());
135:       $locdate = (Sun,Mon,Tue,Wed,Thu,Fri,Sat)[$wday] . ' ' .
136:               (Jan,Feb,Mar,Apr,May,Jun,Jul,Aug,Sep,Oct,Nov,Dec)[$mon] . ' ' .
137:               sprintf("%02d ", $mday) .
138:               sprintf("%02d:%02d:%02d ", $hour, $min, $sec) .
139:               $year;
140: }
141: @Requires = (
142:
143:       "mhexternal.pl",
144:       "mhtxthtml.pl",
145:       "mhtxtplain.pl",
146:       "mhtxtsetext.pl",
147:
148: );
149:
150: %MIMEFilters = (
151:
152:       "application/octet-stream", "m2h_external'filter",
153:       "application/oda", "m2h_external'filter",
154:       "application/pdf", "m2h_external'filter",
155:       "application/postscript", "m2h_external'filter",
156:       "application/rtf", "m2h_external'filter",
157:       "application/x-mif", "m2h_external'filter",
158:       "application/x-csh", "m2h_external'filter",
159:       "application/x-dvi", "m2h_external'filter",
160:       "application/x-hdf", "m2h_external'filter",
161:       "application/x-latex", "m2h_external'filter",
162:       "application/x-netcdf", "m2h_external'filter",
163:       "application/x-sh", "m2h_external'filter",
164:       "application/x-tcl", "m2h_external'filter",
165:       "application/x-tex", "m2h_external'filter",
166:       "application/x-texinfo", "m2h_external'filter",
167:       "application/x-troff", "m2h_external'filter",
168:       "application/x-troff-man", "m2h_external'filter",
169:       "application/x-troff-me", "m2h_external'filter",
170:       "application/x-troff-ms", "m2h_external'filter",
171:       "application/x-wais-source", "m2h_external'filter",
172:       "application/zip", "m2h_external'filter",
173:       "application/x-bcpio", "m2h_external'filter",
174:       "application/x-cpio", "m2h_external'filter",
175:       "application/x-gtar", "m2h_external'filter",
176:       "application/x-shar", "m2h_external'filter",
177:       "application/x-sv4cpio", "m2h_external'filter",
178:       "application/x-sv4crc", "m2h_external'filter",
179:       "application/x-tar", "m2h_external'filter",
180:       "application/x-ustar", "m2h_external'filter",
```

```
181:        "audio/basic", "m2h_external'filter",
182:        "audio/x-aiff", "m2h_external'filter",
183:        "audio/x-wav", "m2h_external'filter",
184:        "image/gif", "m2h_external'filter",
185:        "image/ief", "m2h_external'filter",
186:        "image/jpeg", "m2h_external'filter",
187:        "image/tiff", "m2h_external'filter",
188:        "image/x-cmu-raster", "m2h_external'filter",
189:        "image/x-pict", "m2h_external'filter",
190:        "image/x-portable-anymap", "m2h_external'filter",
191:        "image/x-pnm", "m2h_external'filter",
192:        "image/x-portable-bitmap", "m2h_external'filter",
193:        "image/x-pbm", "m2h_external'filter",
194:        "image/x-portable-graymap", "m2h_external'filter",
195:        "image/x-pgm", "m2h_external'filter",
196:        "image/x-portable-pixmap", "m2h_external'filter",
197:        "image/x-ppm", "m2h_external'filter",
198:        "image/x-rgb", "m2h_external'filter",
199:        "image/x-xbitmap", "m2h_external'filter",
200:        "image/x-xbm", "m2h_external'filter",
201:        "image/x-xpixmap", "m2h_external'filter",
202:        "image/x-xpm", "m2h_external'filter",
203:        "image/x-xwindowdump", "m2h_external'filter",
204:        "image/x-xwd", "m2h_external'filter",
205:        "video/mpeg", "m2h_external'filter",
206:        "video/quicktime", "m2h_external'filter",
207:        "video/x-msvideo", "m2h_external'filter",
208:        "video/x-sgi-movie", "m2h_external'filter",
209:
210:        "message/partial", "m2h_text_plain'filter",
211:        "text/html", "m2h_text_html'filter",
212:        "text/plain", "m2h_text_plain'filter",
213:        "text/richtext", "m2h_text_plain'filter",        ## Need a real filter
214:        "text/tab-separated-values", "m2h_text_plain'filter", ## Need a real filter
215:        "text/setext", "m2h_text_setext'filter",
216:        "text/x-html", "m2h_text_html'filter",
217:        "text/x-setext", "m2h_text_setext'filter",
218:
219: );
220: $X = "\034";    # Separator (normally equals $;)
221: ##-------------------------------------------------------------------------
222: { ## Begin Main
223:
224: select(STDOUT);  $| = 1;
225: &get_cli_opts();
226: &usage() unless ($#ARGV >= 0) || $ADD || $SINGLE || $EDITIDX;
227:
228: local($mesg, $content, $tmp, $index, $sub, $from, $i, $date, $line, @array,
229:        $tmp2, $i_p0, $filename, $add_index, @body, %fields);
230:
231: $i = $NumOfMsgs;
232: ##-------------------##
233: ## Read mail folders ##
234: ##-------------------##
235: if ($EDITIDX) {
236:        print STDOUT "Editing $OUTDIR/$IDXNAME layout ...\n"  unless $QUIET;
237: } elsif ($SINGLE) {            ## Single message to HTML
238:        if ($ARGV[0]) {
239:        open(SINGLE, $ARGV[0]) || &error("ERROR: Unable to open $ARGV[0]");
240:        $handle = 'SINGLE';
```

```
241:        } else {
242:        $handle = 'STDIN';
243:        }
244:        local($mhead);
245:
246:        ## Read header
247:        ($index,$from,$date,$sub,$header) =
248:        &read_mail_header($handle, *mhead, *fields);
249:
250:        ## Read rest of message
251:        $mesg = &read_mail_body($handle, $header, *fields);
252:
253:        print STDOUT "<HTML>\n",
254:                "<HEAD>\n",
255:                "<TITLE>$sub</TITLE>\n",
256:                "</HEAD>\n",
257:                "<BODY>\n",
258:                "<H1>$sub</H1>\n",
259:                "<HR>\n",
260:                $mhead,
261:                "<HR>\n",
262:                $mesg,
263:                "</BODY>\n",
264:                "</HTML>\n";
265:        &quit(0);
266:
267: } elsif ($ADDSINGLE) {               ## Adding single message
268:        print STDOUT "Adding message to $OUTDIR/$IDXNAME\n"  unless $QUIET;
269:        $handle = $ADD;
270:
271:        ## Read mail head
272:        ($index,$from,$date,$sub,$header) =
273:        &read_mail_header($handle, *mesg, *fields);
274:        ($From{$index},$Date{$index},$Subject{$index}) =
275:        ($from,$date,$sub);
276:
277:        $AddIndex{$index} = 1;
278:        $IndexNum{$index} = $NumOfMsgs++;
279:
280:        $MsgHead{$index} = $mesg . "<HR>\n";
281:
282:        ## Read rest of message
283:        $Message{$index} = &read_mail_body($handle, $header, *fields);
284:
285: } elsif ($MBOX) {                    ## Mail mailbox files
286:        print STDOUT ($ADD ? "Adding" : "Converting"),
287:                " mailbox(es) to $OUTDIR/$IDXNAME"  unless $QUIET;
288:        local($mbox);
289:        foreach $mbox (@ARGV) {
290:        if (!open(FILE, $mbox)) {
291:            warn "\nWarning: Unable to open mailbox: $mbox\n";
292:            next;
293:        }
294:        print STDOUT "\nReading $mbox "  unless $QUIET;
295:        while (<FILE>) { last if /$FROM/o; }
296:        MBOX: while (!eof(FILE)) {
297:            print STDOUT "."  unless $QUIET;
298:            $mesg = '';
299:            ($index,$from,$date,$sub,$header) =
300:            &read_mail_header(FILE, *mesg, *fields);
```

```
301:            ($From{$index},$Date{$index},$Subject{$index}) =
302:            ($from,$date,$sub);
303:            $MsgHead{$index} = $mesg . "<HR>\n";
304:
305:            if ($ADD) { $AddIndex{$index} = 1; }
306:            $IndexNum{$index} = $NumOfMsgs++;
307:
308:            $Message{$index} = &read_mail_body(FILE, $header, *fields);
309:        }
310:        close(FILE);
311:    }
312:
313: } elsif ($MH) {                    ## MH Mail folders
314:     print STDOUT ($ADD ? "Adding" : "Converting"),
315:         " MH mail folder(s) to $OUTDIR/$IDXNAME"  unless $QUIET;
316:     local($maildir, @files);
317:     foreach $maildir (@ARGV) {
318:         if (!opendir(MAILDIR, $maildir)) {
319:             warn "\nWarning: Unable to open mail folder: $maildir\n";
320:             next;
321:         }
322:         print STDOUT "\nReading $maildir "  unless $QUIET;
323:         @files = sort numerically grep(/^\d+$/, readdir(MAILDIR));
324:         closedir(MAILDIR);
325:         foreach (@files) {
326:             if (!open(FILE, "$maildir/$_")) {
327:             warn "\nWarning: Unable to open message: $maildir/$_\n";
328:             next;
329:             }
330:             print STDOUT "."  unless $QUIET;
331:             $mesg = '';
332:             ($index,$from,$date,$sub,$header) =
333:             &read_mail_header(FILE, *mesg, *fields);
334:             ($From{$index},$Date{$index},$Subject{$index}) =
335:             ($from,$date,$sub);
336:             $MsgHead{$index} = $mesg . "<HR>\n";
337:
338:             if ($ADD) { $AddIndex{$index} = 1; }
339:             $IndexNum{$index} = $NumOfMsgs++;
340:
341:             $Message{$index} = &read_mail_body(FILE, $header, *fields);
342:             close(FILE);
343:         }
344:     }
345:
346: } else {                        ## Shouldn't get here
347:     &error( "ERROR: Unrecognized mode");
348: }
349:
350: ## Check if there are any new messages
351: if (!$EDITIDX && $i == $NumOfMsgs) {
352:     print STDOUT "\nNo new messages\n"  unless $QUIET;
353:     &quit(0);
354: }
355:
356: ##-------------------------------------------##
357: ## Setup data structures for final HTML output ##
358: ##-------------------------------------------##
359: ## Sort messages
360: if ($SUBSORT) {
```

```
361:       if ($REVSORT) { @array = sort decrease_subject keys %Subject; }
362:       else { @array = sort increase_subject keys %Subject; }
363: } else {
364:       if ($REVSORT) { @array = sort decrease_index keys %Subject; }
365:       else { @array = sort increase_index keys %Subject; }
366: }
367:
368: ## Compute follow up messages
369: foreach $index (@array) {
370:       $FolCnt{$index} = 0  unless $FolCnt{$index};
371:       foreach (split(/$'X/o, $Refs{$index})) {
372:       next unless defined($IndexNum{$MsgId{$_}});
373:       $tmp = $MsgId{$_};
374:       if ($Follow{$tmp}) { $Follow{$tmp} .= $bs . $index; }
375:       else { $Follow{$tmp} = $index; }
376:       $FolCnt{$tmp}++;
377:       }
378: }
379:
380: ## Check for which messages to update when adding to archive
381: if ($ADD) {
382:       if ($SORTCHNG ||          # Must update all messages if sort change,
383:       ($TITLE ne '' &&      # or if change in index title
384:        $OldTITLE ne $TITLE)) {
385:       foreach $index (@array) { $Update{$IndexNum{$index}} = 1; }
386:       } else {
387:       $i = 0;
388:       foreach $index (@array) {
389:           ## Check for New follow-up links
390:           if ($FollowOld{$index} ne $Follow{$index}) {
391:           $Update{$IndexNum{$index}} = 1;
392:           }
393:           ## Check if new message; must update links in prev/next mesgs
394:           if ($AddIndex{$index}) {
395:           $Update{$IndexNum{$array[$i-1]}} = 1  if $i > 0;
396:           $Update{$IndexNum{$array[$i+1]}} = 1  if $i < $#array;
397:           }
398:           ## Check for New reference links
399:           foreach (split(/$'X/o, $Refs{$index})) {
400:           if (defined($IndexNum{$MsgId{$_}}) &&
401:               $IndexNum{$MsgId{$_}} != $IndexNum{$index}) {
402:               $Update{$IndexNum{$index}} = 1;
403:           }
404:           }
405:           $i++;
406:       }
407:       }
408: }
409:
410: ##-----------##
411: ## Write HTML ##
412: ##-----------##
413: &ign_signals();                 # Ignore termination signals
414: print STDOUT "\nWriting HTML ...\n"  unless $QUIET;
415:
416: ## Open/create index file
417: if ($ADD) {
418:       if (-e "$OUTDIR/$IDXNAME") {
419:       &cp("$OUTDIR/$IDXNAME", "$OUTDIR/$IDXNAME.$$");
420:       open(MAILLISTIN, "$OUTDIR/$IDXNAME.$$")
```

```
421:           || &error("ERROR: Unable to open $OUTDIR/$IDXNAME.$$");
422:       $MLCP = 1;
423:       } else {
424:       $MLCP = 0;
425:       }
426: }
427: open(MAILLIST, "> $OUTDIR/$IDXNAME") ||
428:       &error("ERROR: Unable to create $OUTDIR/$IDXNAME");
429:
430: ## Print top part of index
431: &output_maillist_head(MAILLIST, MAILLISTIN);     # Sets $TITLE if null for
432:                                 # calls to output_mail().
433: ## Output messages to HTML
434: $i = 0;
435: foreach $index (@array) {
436:       ($i_p0, $filename) = &output_mail($index, $i, $#array,
437:                   *array, $AddIndex{$index});
438:       $tmpl = $LITMPL;
439:       $tmpl =~ s/\$([^\$]*)\$/&replace_li_var($1)/ge;
440:       print MAILLIST $tmpl;
441:       $i++;
442: }
443:
444: ## Print bottom part of index
445: &output_maillist_foot(MAILLIST, MAILLISTIN);
446: close(MAILLIST);
447: close(MAILLISTIN), unlink("$OUTDIR/$IDXNAME.$$")  if $MLCP;
448: print STDOUT "$i messages\n"  unless $QUIET;
449:
450: ## Save archive state
451: &output_db();
452: &quit(0);
453:
454: } ## End Main
455:
456: ##-----------------------------------------------------------------------##
457: ##                          SubRoutines                                  ##
458: ##-----------------------------------------------------------------------##
459: ##-----------------------------------------------------------------------
460: ##  get_cli_opts() is responsible for grabbing command-line options
461: ##  and also settings from environment variables and the resource
462: ##  file.
463: ##
464: sub get_cli_opts {
465:       local($tmp, @array);
466:
467:       ## Grab environment variable settings
468:       $DBFILE    = ($ENV{'M2H_DBFILE'} ? $ENV{'M2H_DBFILE'} : ".mhonarc.db");
469:       $DOCURL    = ($ENV{'M2H_DOCURL'} ? $ENV{'M2H_DOCURL'} :
470:           'http://www.oac.uci.edu/indiv/ehood/mhonarc.doc.html');
471:       $FOOTER    = ($ENV{'M2H_FOOTER'} ? $ENV{'M2H_FOOTER'} : "");
472:       $HEADER    = ($ENV{'M2H_HEADER'} ? $ENV{'M2H_HEADER'} : "");
473:       $IDXNAME   = ($ENV{'M2H_IDXFNAME'} ? $ENV{'M2H_IDXFNAME'} :
474:           "maillist.html");
475:       $OUTDIR    = ($ENV{'M2H_OUTDIR'} ? $ENV{'M2H_OUTDIR'} : ".");
476:       $FMTFILE   = ($ENV{'M2H_RCFILE'} ? $ENV{'M2H_RCFILE'} : "");
477:       $TITLE     = ($ENV{'M2H_TITLE'} ? $ENV{'M2H_TITLE'} : "");
478:       $MAILTOURL = ($ENV{'M2H_MAILTOURL'} ? $ENV{'M2H_MAILTOURL'} : "");
479:       $FROM      = ($ENV{'M2H_MSGSEP'} ? $ENV{'M2H_MSGSEP'} : '^From ');
480:       $LOCKFILE  = ($ENV{'M2H_LOCKFILE'} ? $ENV{'M2H_LOCKFILE'} : ".mhonarc.lck");
```

```
481:    $LOCKTRIES = ($ENV{'M2H_LOCKTRIES'} ? $ENV{'M2H_LOCKTRIES'} : 10);
482:
483:    $LIBEG  = "<UL>\n";
484:    $LIEND  = "</UL>\n";
485:    $LITMPL = join('', '<LI><STRONG>$SUBJECT$</STRONG>', "\n",
486:                   '<UL><LI><EM>From</EM>: $FROM$</LI></UL>' , "\n",
487:                   "</LI>\n");
488:
489:    $PREVBL = '[Prev]';
490:    $NEXTBL = '[Next]';
491:    $IDXBL = '[Index]';
492:    $PREVFL = 'Prev';
493:    $NEXTFL = 'Next';
494:    $IDXFL  = 'Index';
495:
496:    ## Init some flags
497:    $NOSORT   = 0;  $REVSORT  = 0;  $NONEWS  = 0;  $EDITIDX   = 0;
498:    $NOMAILTO = 0;  $NOURL   = 0;  $SUBSORT = 0;
499:    $UMASK = sprintf("%o",umask);
500:
501:    &usage() unless
502:    &NGetOpt(
503:    "add",        # Add a message to archive
504:    "dbfile=s", # Database/state filename for mhonarc archive
505:    "docurl=s", # URL to mhonarc documentation
506:    "excfile=s",    # Exclusion header file
507:    "footer=s", # File containing user text for bottom of index page
508:    "header=s", # File containing user text for top of index page
509:    "idxfname=s",  # File name of index page
510:    "mailtourl=s",  # URL to use for e-mail address hyperlinks
511:    "mbox",    # Use mailbox format
512:    "mh",      # Use MH mail folders format
513:    "msgsep=s", # Message separator for mailbox files
514:    "nomailto", # Do not add in mailto links for e-mail addresses
515:    "nonews", # Do not add links to newsgroups
516:    "noreverse",    # List messages in normal order
517:    "nosort",  # Do not sort
518:    "nourl",   # Do not make URL hyperlinks
519:    "outdir=s", # Destination of HTML files
520:    "quiet",   # No status messages while running
521:    "rcfile=s", # Resource file for mhonarc
522:    "reverse",  # List messages in reverse order
523:    "revsort",  # Perform reverse sorting on dates
524:    "single",  # Convert a single message to HTML
525:    "sort",    # Sort messages in increasing date order
526:    "title=s", # Title of index page
527:    "subsort", # Sort message by subject
528:    "umask=i", # Set umask of process
529:    "editidx", # Change index page layout only
530:
531:    "help"     # A brief usage message
532:    );
533:    &usage() if defined($opt_help);
534:
535:    ## Figure what kind of mail we are processing
536:    if ($PROG eq 'mbox2html') { $MBOX = 1; $MH = 0; }
537:    elsif ($PROG eq 'mhf2html') { $MH = 1; $MBOX = 0; }
538:    else { $MH = 1; $MBOX = 0; }
539:
540:    ## These options have NO resource file equivalent.
```

```
541:      $QUIET   = (defined($opt_quiet) ? 1 : 0);
542:      if (defined($opt_single)) {
543:      $SINGLE  = 1;  $QUIET = 1;
544:      } else {
545:      $SINGLE = 0;
546:      }
547:      $FMTFILE = $opt_rcfile   if $opt_rcfile;
548:
549:      ## These options must be grabbed before reading the database file
550:      ## since these options may tells us where the database file is.
551:      $OUTDIR  = $opt_outdir    if $opt_outdir;
552:      $DBFILE  = $opt_dbfile    if $opt_dbfile;
553:
554:      $LOCKFILE  = "$OUTDIR/$LOCKFILE";
555:      if (!$SINGLE && !&create_lock_file($LOCKFILE, 1, 0)) {
556:      print STDOUT "Trying to lock mail archive in $OUTDIR ...\n"
557:          unless $QUIET;
558:      if (!&create_lock_file($LOCKFILE, $LOCKTRIES -1, 3)) {
559:          die "Unable to create $LOCKFILE after $LOCKTRIES tries\n";
560:      }
561:      }
562:      ## Race condition exists: if process is terminated before termination
563:      ## handlers set, lock file will not get removed.
564:      &set_handler();
565:
566:      if (defined($opt_editidx)) { $EDITIDX = 1; }
567:
568:      ## Check if adding to an existing archive
569:      if (defined($opt_add) || $EDITIDX) {
570:      $DBFILE = ".mail2html.db"  unless (-e "$OUTDIR/$DBFILE") ||
571:                          (!-e "$OUTDIR/.mail2html.db");
572:      if (-e "$OUTDIR/$DBFILE") {
573:          require "$OUTDIR/$DBFILE"  ||
574:          &error("ERROR: Unable to read $OUTDIR/$DBFILE");
575:          $OldNOSORT  = $NOSORT;
576:          $OldSUBSORT = $SUBSORT;
577:          $OldREVSORT = $REVSORT;
578:          if ($VERSION ne $DbVERSION) {
579:          warn <<EndofWarn;
580: Warning: Database version ($DbVERSION) does not match program version
581:      ($VERSION).  Incorrent behavior may result in this add operation,
582:      and any future add operations.  You should recreate the archive
583:      so versions numbers match.  (Note: This warning will not appear
584:      again on subsequent additions to the archive)
585: EndofWarn
586:          }
587:      }
588:      if ($#ARGV < 0) { $ADDSINGLE = 1; } ## See if adding single mesg
589:      else { $ADDSINGLE = 0; }
590:      $ADD = 'STDIN';
591:      }
592:
593:      ## Read resource file (I initially used the term 'format file').
594:      &read_fmt_file($FMTFILE)  if $FMTFILE;
595:
596:      ## Require MIME filters and other libraries
597:      if (!$EDITIDX) {
598:      unshift(@INC, @PerlINC);
599:      require "timelocal.pl" ||
600:          &error("ERROR: Unable to require timelocal.pl");
```

```
601:        &remove_dups(*Requires);
602:        require 'base64.pl' || &error("ERROR: Unable to require base64.pl");
603:        require 'qprint.pl' || &error("ERROR: Unable to require qprint.pl");
604:        print STDOUT "Requiring MIME filter libraries ...\n"  unless $QUIET;
605:        foreach (@Requires) {
606:            print STDOUT "\t$_\n"  unless $QUIET;
607:            require $_ || &error("ERROR: Unable to require $_");
608:        }
609:    }
610:
611:    ## Get command-line options
612:    $DBFILE    = $opt_dbfile    if $opt_dbfile; # Set again to override db
613:    $DOCURL    = $opt_docurl    if $opt_docurl;
614:    $FOOTER    = $opt_footer    if $opt_footer;
615:    $HEADER    = $opt_header    if $opt_header;
616:    $IDXNAME   = $opt_idxfname  if $opt_idxfname;
617:    $OUTDIR    = $opt_outdir    if $opt_outdir; # Set again to override db
618:    $TITLE     = $opt_title     if $opt_title;
619:    $MAILTOURL = $opt_mailtourl if $opt_mailtourl;
620:    $FROM      = $opt_msgsep    if $opt_msgsep;
621:    $UMASK     = $opt_umask     if $opt_umask;
622:    umask oct($UMASK);
623:
624:    ## Figure out what type of mail processing
625:    if (defined($opt_mbox)) {          # Mailbox takes precedence
626:    $MBOX = 1;  $MH = 0;
627:    } elsif (defined($opt_mh)) {
628:    $MH = 1;  $MBOX = 0;
629:
630:    }
631:    ## Get sort method
632:    $SORTCHNG = 0;
633:    if (defined($opt_nosort)) {      # No sorting takes highest precedence
634:    $NOSORT = 1;  $SUBSORT = 0;
635:    } elsif (defined($opt_subsort)) {   # Subject sort
636:    $SUBSORT = 1;  $NOSORT = 0;
637:    } elsif (defined($opt_sort)) {  # Regular sort is last
638:    $NOSORT = 0;  $SUBSORT = 0;
639:    }
640:    ## Check for listing order
641:    if (defined($opt_noreverse)) {
642:    $REVSORT = 0;
643:    } elsif (defined($opt_reverse) || defined($opt_revsort)) {
644:    $REVSORT = 1;
645:    }
646:    $SORTCHNG = 1  if (($OldNOSORT != $NOSORT) ||
647:                ($OldSUBSORT != $SUBSORT) ||
648:                ($OldREVSORT != $REVSORT));
649:
650:    $NONEWS   = (defined($opt_nonews) ? 1 : $NONEWS);
651:    $NOMAILTO = (defined($opt_nomailto) ? 1 : $NOMAILTO);
652:    $NOURL    = (defined($opt_nourl) ? 1 : $NOURL);
653:
654:    ## Compute array index variables for message sorting.  Used by the
655:    ## increase_index() and decrease_index routines.  The sort index
656:    ## format is "<Unix time spec>$'X<message number>".
657:    if ($NOSORT) {
658:    $_0i = 1;  $_1i = 0;
659:    } else {
660:    $_0i = 0;  $_1i = 1;
```

```
661:     }
662:
663:     $Icons{'unknown'} = $Icons{'text/plain'}  unless $Icons{'unknown'};
664: }
665: ##--------------------------------------------------------------------------
666: ##  read_mail_header() is responsible for parsing the header of
667: ##  a mail message.
668: sub read_mail_header {
669:     local($handle, *mesg, *fields) = @_;
670:     local(%l2o, $header, $index, $from, $sub, $date, $tmp, $msgid,
671:       @refs, @array);
672:
673:     $header = &MAILread_file_header("main'$handle", *fields, *l2o);
674:
675:     ##----------##
676:     ## Get date ##
677:     ##----------##
678:     if ($fields{'received'}) {
679:     @array = split(/$'X/o, $fields{'received'});
680:     $tmp = shift @array;
681:     $date = (split(/;/, $tmp, 2))[1];
682:     } elsif ($fields{'date'}) {
683:     @array = split(/$'X/o, $fields{'date'});
684:     $date = shift @array;
685:     } else {
686:     warn "Warning: Could not find date for message\n";
687:     $date = '';  $index = 0;
688:     }
689:     if ($date) {
690:     local($wday, $mday, $mon, $yr, $time, $zone);
691:     $date =~ s/^\s*//;
692:     @array = split(' ', $date);
693:     if ($array[0] =~ /\d/) {
694:         ($mday, $mon, $yr, $time, $zone) = @array;
695:     } else {
696:         ($wday, $mday, $mon, $yr, $time, $zone) = @array;
697:     }
698:     ($hr, $min, $sec) = split(/:/, $time);
699:     $sec = 0  unless $sec;            # Sometime seconds not defined
700:     if ($zone) {
701:         $index = &timegm($sec,$min,$hr,$mday,$Month2Num{$mon},
702:                 ($yr > 1900 ? $yr-1900 : $yr));
703:     } else {
704:         $index = &timelocal($sec,$min,$hr,$mday,$Month2Num{$mon},
705:                 ($yr > 1900 ? $yr-1900 : $yr));
706:     }
707:
708:     ## Try to modify time/date based on timezone ##
709:     if ($zone =~ /^[\+-]\d+$/) {# Numeric timezone
710:         $zone =~ s/0//g;
711:         $index -= ($zone*3600);
712:     } else {                          # Timezone abbrev
713:         warn qq|Warning: Undefined time zone: "$zone", Line $.\n|
714:         if $zone && !defined($Zone{$zone});
715:         $index += ($Zone{$zone}*3600);     # %Zone defined above
716:     }
717:     }
718:     ##------------##
719:     ## Get Subject ##
720:     ##------------##
```

```
721:    if ($fields{'subject'} !~ /^\s*$/) {
722:    ($sub = $fields{'subject'}) =~ s/\s*$//;
723:    &htmlize(*sub);
724:    } else {
725:    $sub = 'No Subject';
726:    }
727:    ##---------##
728:    ## Get From ##
729:    ##---------##
730:    $tmp = $fields{'from'} || $fields{'apparently-from'};
731:    $from = &convert_line($tmp);
732:    ##-----------##
733:    ## Get Msg-ID ##
734:    ##-----------##
735:    $msgid = $fields{'message-id'} || $fields{'msg-id'} ||
736:          $fields{'content-id'};
737:    $msgid =~ s/\s*<([^>]*)>\s*/$1/g;
738:    ##---------------##
739:    ## Get References ##
740:    ##---------------##
741:    $tmp = $fields{'references'};
742:    while ($tmp =~ s/<([^>]+)>//) {
743:    push(@refs, $1);
744:    }
745:    $tmp = $fields{'in-reply-to'};
746:    if ($tmp =~ s/^[^<]*<([^>]*)>.*$/$1/) {
747:    push(@refs, $tmp)  unless $tmp =~ /^\s*$/;
748:    }
749:    ##----------------------##
750:    ## Create HTML for header ##
751:    ##----------------------##
752:    $mesg .= &htmlize_header(*fields, *l2o);
753:
754:    ## Insure uniqueness of msg-id
755:    $index .= $'X . $NumOfMsgs;
756:
757:    if ($fields{'content-type'}) {
758:    ($tmp = $fields{'content-type'}) =~ m%^\s*([\w-/]+)%;
759:    $tmp = $1 || 'text/plain';
760:    $tmp =~ tr/A-Z/a-z/;
761:    } else {
762:    $tmp = 'text/plain';
763:    }
764:    $ContentType{$index} = $tmp;
765:
766:    $MsgId{$msgid} = $index;
767:    &remove_dups(*refs);                # Remove duplicate msg-ids
768:    $Refs{$index} = join($'X, @refs);
769:
770:    ($index,$from,$date,$sub,$header);
771: }
772: ##-----------------------------------------------------------------------
773: ## read_mail_body() reads in the body of a message.  The returned
774: ##  filtered body is in *ret.
775: ##
776: sub read_mail_body {
777:     local($handle, $header, *fields) = @_;
778:     local($ret, $data);
779:
780:     while (<$handle>) {
```

```
781:      last  if $MBOX && /$FROM/o;
782:      $data .= $_;
783:      }
784:    $fields{'content-type'} = 'text/plain'
785:    if $fields{'content-type'} =~ /^\s*$/;
786:    $ret = &MAILread_body($header, *fields, $data);
787:    $ret = join('',
788:        "<P><UL>\n",
789:        "<LI>Could not process message with given Content-Type: \n",
790:        "<code>", $fields{'content-type'}, "</code>\n",
791:        "</UL>\n"
792:        ) unless $ret;
793:    $ret;
794: }
795: ##------------------------------------------------------------------------##
796: ##  read_fmt_file() parses the resource file.  The name is misleading.
797: ##  (The code for this routine could probably be simplified).
798: ##
799: sub read_fmt_file {
800:    local($file) = shift;
801:    local($line, $tag, $label, $acro, $hr, $type, $routine, $plfile, $url);
802:
803:    print STDOUT "Reading resource file: $file ...\n"  unless $QUIET;
804:    open(FMT, $file) || &error("ERROR: Unable to open resource file: $file");
805:    while ($line = <FMT>) {
806:    next if $line =~ /^\s*$/;
807:    if ($line =~ /^\s*<docurl\s*/i) {        # Doc URL
808:        while ($line = <FMT>) {
809:        last  if $line =~ /^\s*<\/docurl\s*>/i;
810:        next  if $line =~ /^\s*$/;
811:        $line =~ s/\s//g;
812:        $DOCURL = $line;
813:        }
814:    } elsif ($line =~ /^\s*<dbfile\s*/i) {      # Database file
815:        while ($line = <FMT>) {
816:        last  if $line =~ /^\s*<\/dbfile\s*>/i;
817:        next  if $line =~ /^\s*$/;
818:        $line =~ s/\s//g;
819:        $DBFILE = $line;
820:        }
821:    } elsif ($line =~ /^\s*<exc\s*/i) {        # Exclude header fields
822:        %HFieldsExc = ()  if $line =~ /override/i;
823:        while ($line = <FMT>) {
824:        last  if $line =~ /^\s*<\/excs\s*>/i;
825:        $line =~ s/\s//g;  $line =~ tr/A-Z/a-z/;
826:        $HFieldsExc{$line} = 1  if $line;
827:        }
828:    } elsif ($line =~ /^\s*<fieldstyles\s*>/i) {    # Field text style
829:        while ($line = <FMT>) {
830:        last  if $line =~ /^\s*<\/fieldstyles\s*>/i;
831:        next  if $line =~ /^\s*$/;
832:        $line =~ s/\s//g;  $line =~ tr/A-Z/a-z/;
833:        ($label, $tag) = split(/:/,$line);
834:        $HeadFields{$label} = $tag;
835:        }
836:    } elsif ($line =~ /^\s*<fieldorder\s*/i) {  # Field order
837:        @FieldOrder = ();  %FieldODefs = ();
838:        while ($line = <FMT>) {
839:        last  if $line =~ /^\s*<\/fieldorder\s*>/i;
840:        next  if $line =~ /^\s*$/;
```

```
841:          $line =~ s/\s//g;  $line =~ tr/A-Z/a-z/;
842:          push(@FieldOrder, $line);
843:          $FieldODefs{$line} = 1;
844:          }
845:          push(@FieldOrder,'-extra-')  if (!$FieldODefs{'-extra-'});
846:      } elsif ($line =~ /^\s*<footer\s*/i) {       # Footer file
847:          while ($line = <FMT>) {
848:          last  if $line =~ /^\s*<\/footer\s*>/i;
849:          next  if $line =~ /^\s*$/;
850:          $line =~ s/\s//g;
851:          $FOOTER = $line;
852:          }
853:      } elsif ($line =~ /^\s*<header\s*/i) {       # Header file
854:          while ($line = <FMT>) {
855:          last  if $line =~ /^\s*<\/header\s*>/i;
856:          next  if $line =~ /^\s*$/;
857:          $line =~ s/\s//g;
858:          $HEADER = $line;
859:          }
860:      } elsif ($line =~ /^\s*<icons\s*/i) {        # Icons
861:          %Icons = ()  if $line =~ /override/i;
862:          while ($line = <FMT>) {
863:          last  if $line =~ /^\s*<\/icons\s*>/i;
864:          next  if $line =~ /^\s*$/;
865:          $line =~ s/\s//g;
866:          ($type, $url) = split(/:/,$line,2);
867:          $type =~ tr/A-Z/a-z/;
868:          $Icons{$type} = $url;
869:          }
870:      } elsif ($line =~ /^\s*<indexbl\s*/i) {      # Index button label
871:          while ($line = <FMT>) {
872:          last  if $line =~ /^\s*<\/indexbl\s*>/i;
873:          next  if $line =~ /^\s*$/;
874:          $line =~ s/\s*$//g;
875:          $IDXBL = $line;
876:          }
877:      } elsif ($line =~ /^\s*<indexfl\s*/i) {      # Index footer label
878:          while ($line = <FMT>) {
879:          last  if $line =~ /^\s*<\/indexfl\s*>/i;
880:          next  if $line =~ /^\s*$/;
881:          $line =~ s/\s*$//g;
882:          $IDXFL = $line;
883:          }
884:      } elsif ($line =~ /^\s*<idxfname\s*/i) {     # Index filename
885:          while ($line = <FMT>) {
886:          last  if $line =~ /^\s*<\/idxfname\s*>/i;
887:          next  if $line =~ /^\s*$/;
888:          $line =~ s/\s//g;
889:          $IDXNAME = $line;
890:          }
891:      } elsif ($line =~ /^\s*<labelstyles\s*>/i) {    # Field label style
892:          while ($line = <FMT>) {
893:          last  if $line =~ /^\s*<\/labelstyles\s*>/i;
894:          next  if $line =~ /^\s*$/;
895:          $line =~ s/\s//g;  $line =~ tr/A-Z/a-z/;
896:          ($label, $tag) = split(/:/,$line);
897:          $HeadHeads{$label} = $tag;
898:          }
899:      } elsif ($line =~ /^\s*<listbegin\s*/i) {   # List begin
900:          $LIBEG = '';
```

```
901:          while ($line = <FMT>) {
902:          last  if $line =~ /^\s*<\/listbegin\s*>/i;
903:          $LIBEG .= $line;
904:          }
905:      } elsif ($line =~ /^\s*<listend\s*/i) {      # List end
906:          $LIEND = '';
907:          while ($line = <FMT>) {
908:          last  if $line =~ /^\s*<\/listend\s*>/i;
909:          $LIEND .= $line;
910:          }
911:      } elsif ($line =~ /^\s*<litemplate\s*/i) {  # List item template
912:          $LITMPL = '';
913:          while ($line = <FMT>) {
914:          last  if $line =~ /^\s*<\/litemplate\s*>/i;
915:          $LITMPL .= $line;
916:          }
917:      } elsif ($line =~ /^\s*<mailtourl\s*/i) {   # mailto URL
918:          while ($line = <FMT>) {
919:          last  if $line =~ /^\s*<\/mailtourl\s*>/i;
920:          next  if $line =~ /^\s*$/;
921:          $line =~ s/\s//g;
922:          $MAILTOURL = $line;
923:          }
924:      } elsif ($line =~ /^\s*<mbox\s*>/i) {
925:          $MBOX = 1;  $MH = 0;
926:      } elsif ($line =~ /^\s*<mimefilters\s*/i) { # mailto URL
927:          @Requires = (), %MIMEFilters = ()  if $line =~ /override/i;
928:          while ($line = <FMT>) {
929:          last  if $line =~ /^\s*<\/mimefilters\s*>/i;
930:          next  if $line =~ /^\s*$/;
931:          $line =~ s/\s//g;
932:          ($type,$routine,$plfile) = split(/:/,$line,3);
933:          $type =~ tr/A-Z/a-z/;
934:          $MIMEFilters{$type} = $routine;
935:          push(@Requires, $plfile);
936:          }
937:      } elsif ($line =~ /^\s*<mh\s*>/i) {
938:          $MBOX = 0;  $MH = 1;
939:      } elsif ($line =~ /^\s*<msgsep\s*/i) {      # Message separator
940:          while ($line = <FMT>) {
941:          last  if $line =~ /^\s*<\/msgsep\s*>/i;
942:          next  if $line =~ /^\s*$/;
943:          chop $line;
944:          $FROM = $line;
945:          }
946:      } elsif ($line =~ /^\s*<nextbl\s*/i) {      # Next button label
947:          while ($line = <FMT>) {
948:          last  if $line =~ /^\s*<\/nextbl\s*>/i;
949:          next  if $line =~ /^\s*$/;
950:          $line =~ s/\s*$//g;
951:          $NEXTBL = $line;
952:          }
953:      } elsif ($line =~ /^\s*<nextfl\s*/i) {      # Next footer label
954:          while ($line = <FMT>) {
955:          last  if $line =~ /^\s*<\/nextfl\s*>/i;
956:          next  if $line =~ /^\s*$/;
957:          $line =~ s/\s*$//g;
958:          $NEXTFL = $line;
959:          }
960:      } elsif ($line =~ /^\s*<nonews\s*>/i) {
```

```
 961:        $NONEWS = 1;
 962:    } elsif ($line =~ /^\s*<nomailto\s*>/i) {
 963:        $NOMAILTO = 1;
 964:    } elsif ($line =~ /^\s*<noreverse\s*>/i) {
 965:        $REVSORT = 0;
 966:    } elsif ($line =~ /^\s*<nosort\s*>/i) {
 967:        $NOSORT = 1;  $SUBSORT = 0;
 968:    } elsif ($line =~ /^\s*<nourl\s*>/i) {
 969:        $NOURL = 1;
 970:    } elsif ($line =~ /^\s*<perlinc\s*>/i) {      # Message separator
 971:        @PerlINC = ()  if $line =~ /override/i;
 972:        while ($line = <FMT>) {
 973:        last  if $line =~ /^\s*<\/perlinc\s*>/i;
 974:        next  if $line =~ /^\s*$/;
 975:        $line =~ s/\s//g;
 976:        unshift(@PerlINC, $line);
 977:        }
 978:    } elsif ($line =~ /^\s*<prevbl\s*>/i) {       # Prev button label
 979:        while ($line = <FMT>) {
 980:        last  if $line =~ /^\s*<\/prevbl\s*>/i;
 981:        next  if $line =~ /^\s*$/;
 982:        $line =~ s/\s*$//g;
 983:        $PREVBL = $line;
 984:        }
 985:    } elsif ($line =~ /^\s*<prevfl\s*>/i) {       # Prev footer label
 986:        while ($line = <FMT>) {
 987:        last  if $line =~ /^\s*<\/prevfl\s*>/i;
 988:        next  if $line =~ /^\s*$/;
 989:        $line =~ s/\s*$//g;
 990:        $PREVFL = $line;
 991:        }
 992:    } elsif ($line =~ /^\s*<reverse\s*>/i) {
 993:        $REVSORT = 1;
 994:    } elsif ($line =~ /^\s*<sort\s*>/i) {
 995:        $NOSORT = 0;  $SUBSORT = 0;
 996:    } elsif ($line =~ /^\s*<subsort\s*>/i) {
 997:        $NOSORT = 0;  $SUBSORT = 1;
 998:    } elsif ($line =~ /^\s*<timezones\s*>/i) {   # Time zones
 999:        %Zone = ()  if $line =~ /override/i;
1000:        while ($line = <FMT>) {
1001:        last  if $line =~ /^\s*<\/timezones\s*>/i;
1002:        $line =~ s/\s//g;  $line =~ tr/a-z/A-Z/;
1003:        ($acro,$hr) = split(/:/,$line);
1004:        $Zone{$acro} = $hr;
1005:        }
1006:    } elsif ($line =~ /^\s*<title\s*>/i) {        # Title of index page
1007:        while ($line = <FMT>) {
1008:        last  if $line =~ /^\s*<\/title\s*>/i;
1009:        next  if $line =~ /^\s*$/;
1010:        chop $line;
1011:        $TITLE = $line;
1012:        }
1013:    } elsif ($line =~ /^\s*<umask\s*>/i) {        # Umask of process
1014:        while ($line = <FMT>) {
1015:        last  if $line =~ /^\s*<\/umask\s*>/i;
1016:        next  if $line =~ /^\s*$/;
1017:        chop $line;
1018:        $UMASK = $line;
1019:        }
1020:    }
```

```
1021:     }
1022:     close(FMT);
1023: }
1024: ##-------------------------------------------------------------------------
1025: ##  Output/edit a mail message.  The $force is a flag to output
1026: ##  the message and not try to edit it, even though, $ADD may
1027: ##  be set.
1028: ##
1029: sub output_mail {
1030:     local($index, $i, $maxnum, *array, $force) = @_;
1031:     local($i_p0,$i_p1,$i_m1,$filename,$msgi,$tmp,$tmp2,@array2);
1032:
1033:     # Here $i is the current message count and not necessarily the
1034:     # message number in the filename.
1035:
1036:     $i_p0 = sprintf("%05d",$IndexNum{$array[$i]});
1037:     $i_p1 = sprintf("%05d",$IndexNum{$array[$i+1]});
1038:     $i_m1 = sprintf("%05d",$IndexNum{$array[$i-1]});
1039:
1040:     $filename = "msg" . $i_p0 . ".html";
1041:
1042:     if ($ADD && !$force) {
1043:     return ($i_p0,$filename)  unless $Update{$IndexNum{$index}};
1044:     &cp("$OUTDIR/$filename", "$OUTDIR/$filename.$$");
1045:     open(FILEIN, "$OUTDIR/$filename.$$")
1046:         || &error("ERROR: Unable to open $OUTDIR/$filename.$$");
1047:     }
1048:     open(FILE, "> $OUTDIR/$filename")
1049:     || &error("ERROR: Unable to create $OUTDIR/$filename");
1050:
1051:     ## Output HTML header
1052:     if ($ADD && !$force) {
1053:     while (<FILEIN>) { print FILE; last  if /<!--X-Body-Begin/; }
1054:     } else {
1055:     print FILE "<!--X-Subject: $Subject{$index} -->\n",
1056:             "<!--X-From: $From{$index} -->\n",
1057:             "<!--X-Date: $Date{$index} -->\n",
1058:             "<!--X-Head-End-->\n";
1059:     print FILE "<HTML>\n",
1060:             "<HEAD>\n",
1061:             "<TITLE>$Subject{$index}</TITLE>\n",
1062:             qq|<LINK REV="made" HREF="mailto:|,
1063:                 &extract_email_address($From{$index}), qq|">\n|,
1064:             "</HEAD>\n",
1065:             "<BODY>\n",
1066:             "<!--X-Body-Begin-->\n";
1067:     }
1068:
1069:     ## Output Prev/Next/Index links at top
1070:     if ($ADD && !$force) {
1071:     while (<FILEIN>) { last  if /<!--X-TopPNI-End/; }
1072:     }
1073:     print FILE "<!--X-TopPNI-->\n";
1074:     print FILE qq|<A HREF="msg|, $i_m1, qq|.html">$PREVBL</A>|
1075:     if $i > 0;
1076:     print FILE qq|<A HREF="msg|, $i_p1, qq|.html">$NEXTBL</A>|
1077:     if $i < $maxnum;
1078:     print FILE qq|<A HREF="$IDXNAME#$i_p0">$IDXBL</A></LI>\n|;
1079:     print FILE "<!--X-TopPNI-End-->\n";
1080:
```

```
1081:     ## Output message body
1082:     if ($ADD && !$force) {
1083:     $tmp2 = '';
1084:     while (<FILEIN>) {
1085:         $tmp2 .= $_;
1086:         last  if /<!--X-MsgBody-End/;
1087:     }
1088:     foreach (split(/$'X/o, $Refs{$index})) {# Convert msg-ids to hyperlinks
1089:         ($tmp = $_) =~ s/(\W)/\\1/g;
1090:         if (defined($IndexNum{$MsgId{$_}}) &&
1091:         $IndexNum{$MsgId{$_}} != $IndexNum{$index}) {
1092:         $msgi = sprintf("%05d",$IndexNum{$MsgId{$_}});
1093:         $tmp2 =~ s/$tmp/<A HREF="msg$msgi.html">$_<\/A>/g;
1094:         }
1095:     }
1096:     print FILE $tmp2;
1097:     } else {
1098:     print FILE "<!--X-MsgBody-->\n";
1099:     print FILE "<H1>", $Subject{$index}, "</H1>\n";
1100:     print FILE "<HR>\n";
1101:     foreach (split(/$'X/o, $Refs{$index})) {# Convert msg-ids to hyperlinks
1102:         ($tmp = $_) =~ s/(\W)/\\1/g;
1103:         if (defined($IndexNum{$MsgId{$_}}) &&
1104:         $IndexNum{$MsgId{$_}} != $IndexNum{$index}) {
1105:
1106:         $msgi = sprintf("%05d",$IndexNum{$MsgId{$_}});
1107:         $MsgHead{$index} =~
1108:             s/$tmp/<A HREF="msg$msgi.html">$_<\/A>/g;
1109:         $Message{$index} =~
1110:             s/$tmp/<A HREF="msg$msgi.html">$_<\/A>/g;
1111:         }
1112:     }
1113:
1114:     print FILE $MsgHead{$index};
1115:     print FILE $Message{$index};
1116:     print FILE "<!--X-MsgBody-End-->\n";
1117:     }
1118:
1119:     ## Output any followup messages
1120:     if ($ADD && !$force) {
1121:     while (<FILEIN>) { last  if /<!--X-Follow-Ups-End/; }
1122:     }
1123:     print FILE "<!--X-Follow-Ups-->\n";
1124:     @array2 = split(/$bs/o, $Follow{$index});
1125:     if ($#array2 >= 0) {
1126:     $tmp = 1;          # Here, $tmp a flag if <HR> printed
1127:     print FILE "<HR>\n",
1128:         "<STRONG>Follow-Up(s):</STRONG>\n",
1129:         "<UL>\n";
1130:     foreach (@array2) {
1131:         print FILE "<LI>",
1132:             qq|<STRONG><A HREF="msg|, sprintf("%05d",$IndexNum{$_}),
1133:             qq|.html">$Subject{$_}</A></STRONG></LI>\n|,
1134:             "<UL>\n",
1135:             "<LI><EM>From</EM>: $From{$_}</LI>\n",
1136:             "</UL>\n";
1137:     }
1138:     print FILE "</UL>\n";
1139:     } else {
1140:     $tmp = 0;
```

```
1141:      }
1142:      print FILE "<!--X-Follow-Ups-End-->\n";
1143:
1144:      ## Output any references
1145:      if ($ADD && !$force) {
1146:      while (<FILEIN>) { last  if /<!--X-References-End/; }
1147:      }
1148:      print FILE "<!--X-References-->\n";
1149:      @array2 = split(/$'X/o, $Refs{$index});  $tmp2 = 0;
1150:      if ($#array2 >= 0) {
1151:      foreach (@array2) {
1152:          if (defined($IndexNum{$MsgId{$_}})) {
1153:          if (!$tmp) { print FILE "<HR>\n"; $tmp = 1; }
1154:          if (!$tmp2) {
1155:              print FILE "<STRONG>Reference(s):</STRONG>\n",
1156:                  "<UL>\n";
1157:              $tmp2 = 1;
1158:          }
1159:          print FILE "<LI>",
1160:                  qq|<STRONG><A HREF="msg|,
1161:                  sprintf("%05d",$IndexNum{$MsgId{$_}}),
1162:                  qq|.html">$Subject{$MsgId{$_}}</A></STRONG></LI>\n|,
1163:                  "<UL>\n",
1164:                  "<LI><EM>From</EM>: $From{$MsgId{$_}}</LI>\n",
1165:                  "</UL>\n";
1166:          }
1167:      }
1168:      print FILE "</UL>\n"  if $tmp2;
1169:      }
1170:      print FILE "<!--X-References-End-->\n";
1171:
1172:      ## Output verbose links to prev/next message in list
1173:      if ($ADD && !$force) {
1174:      while (<FILEIN>) { last  if /<!--X-BotPNI-End/; }
1175:      }
1176:      print FILE "<!--X-BotPNI-->\n";
1177:      print FILE "<HR>\n",
1178:          "<UL>\n";
1179:      print FILE "<LI>$PREVFL: ",
1180:          qq|<STRONG><A HREF="msg|, $i_m1,
1181:          qq|.html">$Subject{$array[$i-1]}</A></STRONG>|, "</LI>\n"
1182:          if $i > 0;
1183:      print FILE "<LI>$NEXTFL: ",
1184:          qq|<STRONG><A HREF="msg|, $i_p1,
1185:          qq|.html">$Subject{$array[$i+1]}</A></STRONG>|, "</LI>\n"
1186:          if $i < $maxnum;
1187:      print FILE "<LI>$IDXFL: ",
1188:          qq|<STRONG><A HREF="$IDXNAME#$i_p0">$TITLE</A></STRONG></LI>\n|;
1189:      print FILE "</UL>\n";
1190:      print FILE "<!--X-BotPNI-End-->\n";
1191:      print FILE "</BODY>\n",
1192:          "</HTML>\n";
1193:
1194:      close(FILE);
1195:      close(FILEIN), unlink("$OUTDIR/$filename.$$")  if ($ADD && !$force);
1196:
1197:      ($i_p0, $filename);
1198: }
1199: ##-------------------------------------------------------------------------
1200: ##  output_db() spits out the state of mhonarc to a file.  This
```

```
1201: ##  (database) file contains information to update mail threading
1202: ##  when incremental adding is done.  The actual database file
1203: ##  is a Perl program defining all the internal data structures.  All
1204: ##  mhonarc does is 'require' it when updating.  This is really
1205: ##  fast and avoids storing mail threading info in the HTML message
1206: ##  files -- which would require opening every file to perform
1207: ##  updates.
1208: ##
1209: sub output_db {
1210:     if (open(DB, "> $OUTDIR/$DBFILE")) {
1211:
1212:     print DB "## MHonArc ($VERSION) database/state information\n",
1213:         "## This file is needed to perform updates to the archive\n",
1214:         "## DO NOT MODIFY.\n",
1215:         "##\n";
1216:     &print_var(DB, 'DbVERSION', *VERSION);
1217:     &print_assoc(DB, 'ContentType', *ContentType);
1218:     &print_assoc(DB, 'Date', *Date);
1219:     &print_assoc(DB, 'FieldODefs', *FieldODefs);
1220:     &print_array(DB, 'FieldOrder', *FieldOrder);
1221:     &print_assoc(DB, 'FollowOld', *Follow);
1222:     &print_assoc(DB, 'From', *From);
1223:     &print_assoc(DB, 'HeadFields', *HeadFields);
1224:     &print_assoc(DB, 'HeadHeads', *HeadHeads);
1225:     &print_assoc(DB, 'HFieldsExc', *HFieldsExc);
1226:     &print_assoc(DB, 'Icons', *Icons);
1227:     &print_assoc(DB, 'IndexNum', *IndexNum);
1228:     &print_assoc(DB, 'MIMEFilters', *MIMEFilters);
1229:     &print_assoc(DB, 'MsgId', *MsgId);
1230:     &print_array(DB, 'PerlINC', *PerlINC);
1231:     &print_assoc(DB, 'Refs', *Refs);
1232:     &print_array(DB, 'Requires', *Requires);
1233:     &print_assoc(DB, 'Subject', *Subject);
1234:     &print_var(DB, 'NumOfMsgs', *NumOfMsgs);
1235:     &print_var(DB, 'DOCURL', *DOCURL);
1236:     &print_var(DB, 'IDXBL', *IDXBL);
1237:     &print_var(DB, 'IDXFL', *IDXFL);
1238:     &print_var(DB, 'IDXNAME', *IDXNAME);
1239:     &print_var(DB, 'FROM', *FROM);
1240:     &print_var(DB, 'LIBEG', *LIBEG);
1241:     &print_var(DB, 'LIEND', *LIEND);
1242:     &print_var(DB, 'LITMPL', *LITMPL);
1243:     &print_var(DB, 'MAILTOURL', *MAILTOURL);
1244:     &print_var(DB, 'NEXTBL', *NEXTBL);
1245:     &print_var(DB, 'NEXTFL', *NEXTFL);
1246:     &print_var(DB, 'NONEWS', *NONEWS);
1247:     &print_var(DB, 'NOMAILTO', *NOMAILTO);
1248:     &print_var(DB, 'NOSORT', *NOSORT);
1249:     &print_var(DB, 'NOURL', *NOURL);
1250:     &print_var(DB, 'PREVBL', *PREVBL);
1251:     &print_var(DB, 'PREVFL', *PREVFL);
1252:     &print_var(DB, 'REVSORT', *REVSORT);
1253:     &print_var(DB, 'SUBSORT', *SUBSORT);
1254:     &print_var(DB, 'UMASK', *UMASK);
1255:     &print_var(DB, 'OldTITLE', *TITLE);
1256:     print DB "1;\n";
1257:     } else {
1258:     warn "Warning: Unable to create $OUTDIR/$DBFILE\n";
1259:     }
1260: }
```

```
1261: ##----------------------------------------------------------------------------
1262: ##  output_maillist_head() outputs the beginning of the index page.
1263: ##
1264: sub output_maillist_head {
1265:     local($handle, $cphandle) = @_;
1266:     local($tmp);
1267:
1268:     ## Output title
1269:     if ($TITLE) {                     # New title
1270:     print $handle "<HTML>\n",
1271:               "<HEAD>\n",
1272:               "<!--X-ML-Title-->\n",
1273:               "<TITLE>$TITLE</TITLE>\n",
1274:               "<!--X-ML-Title-End-->\n",
1275:               "</HEAD>\n",
1276:               "<BODY>\n",
1277:               "<!--X-ML-Title-H1-->\n",
1278:               "<H1>$TITLE</H1>\n",
1279:               "<!--X-ML-Title-H1-End-->\n";
1280:     if ($MLCP) {
1281:         while (<$cphandle>) { last  if /<!--X-ML-Title-H1-End/; }
1282:     }
1283:     } elsif ($MLCP) {                 # Keep mallist title
1284:     while (<$cphandle>) {
1285:         print $handle $_;
1286:         if (m%<TITLE>(.*)</TITLE>%) {   # Get title for index links
1287:         $TITLE = $1;
1288:         }
1289:         last  if /<!--X-ML-Title-H1-End/;
1290:     }
1291:     } else {                          # No title
1292:     print $handle "<HTML>\n",
1293:               "<HEAD>\n",
1294:               "<!--X-ML-Title-->\n",
1295:               "<TITLE>Mail Index</TITLE>\n",
1296:               "<!--X-ML-Title-End-->\n",
1297:               "</HEAD>\n",
1298:               "<BODY>\n",
1299:               "<!--X-ML-Title-H1-->\n",
1300:               "<H1>Mail Index</H1>\n",
1301:               "<!--X-ML-Title-H1-End-->\n";
1302:     $TITLE = 'Mail Index';
1303:     }
1304:
1305:     ## Output header file
1306:     if ($HEADER) {                    # Read external header
1307:     print $handle "<!--X-ML-Header-->\n";
1308:     if (open(HEADER, $HEADER)) {
1309:         print $handle <HEADER>;
1310:     } else {
1311:         warn "Warning: Unable to open header: $HEADER\n";
1312:     }
1313:     if ($MLCP) {
1314:         while (<$cphandle>) { last  if /<!--X-ML-Header-End/; }
1315:     }
1316:     print $handle "<!--X-ML-Header-End-->\n";
1317:     } elsif ($MLCP) {                 # Preserve maillist header
1318:     while (<$cphandle>) {
1319:         print $handle $_;
1320:         last  if /<!--X-ML-Header-End/;
```

```
1321:        }
1322:        } else {                        # No header
1323:        print $handle "<!--X-ML-Header-->\n",
1324:                    "<!--X-ML-Header-End-->\n";
1325:        }
1326:
1327:        print $handle "<!--X-ML-Index-->\n";
1328:        $tmp = $LIBEG;
1329:        $tmp =~ s/\$([^\$]*)\$/&replace_li_var($1)/ge;
1330:        print $handle $tmp;
1331: }
1332: ##---------------------------------------------------------------------
1333: ##  output_maillist_foot() outputs the end of the index page.
1334: ##
1335: sub output_maillist_foot {
1336:        local($handle, $cphandle) = @_;
1337:        local($tmp);
1338:
1339:        $tmp = $LIEND;
1340:        $tmp =~ s/\$([^\$]*)\$/&replace_li_var($1)/ge;
1341:        print $handle $tmp;
1342:        print $handle "<!--X-ML-Index-End-->\n";
1343:
1344:        ## Skip past index in old maillist file
1345:        if ($MLCP) {
1346:        while (<$cphandle>) { last  if /<!--X-ML-Index-End/; }
1347:        }
1348:
1349:        ## Output footer file
1350:        if ($FOOTER) {                   # Read external footer
1351:        print $handle "<!--X-ML-Footer-->\n";
1352:        if (open(FOOTER, $FOOTER)) {
1353:            print $handle <FOOTER>;
1354:        } else {
1355:            warn "Warning: Unable to open footer: $FOOTER\n";
1356:        }
1357:        if ($MLCP) {
1358:            while (<$cphandle>) { last  if /<!--X-ML-Footer-End/; }
1359:        }
1360:        print $handle "<!--X-ML-Footer-End-->\n";
1361:        } elsif ($MLCP) {                   # Preserve maillist footer
1362:        while (<$cphandle>) {
1363:            print $handle $_;
1364:            last  if /<!--X-ML-Footer-End/;
1365:        }
1366:        } else {                        # No footer
1367:        print $handle "<!--X-ML-Footer-->\n",
1368:                    "<!--X-ML-Footer-End-->\n";
1369:        }
1370:
1371:        ## Print URL to documentation
1372:        print $handle "<HR>\n";
1373:        print $handle  "<ADDRESS>\n",
1374:                "Mail converted by ",
1375:                qq|<A HREF="$DOCURL"><CODE>MHonArc</CODE></A> $VERSION\n|,
1376:                "</ADDRESS>\n",
1377:                "</BODY>\n",
1378:                "</HTML>\n";
1379: }
1380: ##---------------------------------------------------------------------
```

```
1381: sub usage {
1382:     select(STDOUT);
1383:     print <<EndOfUsage;
1384: Usage:  $PROG [<options>] file ...
1385: Options:
1386:    -add          : Add message(s) to archive
1387:    -dbfile <name>    : Name of $PROG database file
1388:                   (def: ".mhonarc.db")
1389:    -docurl <url>        : URL to $PROG documentation
1390:                          (def: "http://www.oac.uci.edu/indiv/ehood/
1391:                                   mhonarc.doc.html")
1392:    -editidx     : Only edit/change index page
1393:    -footer <file>   : File containing user text for bottom of index page
1394:    -header <file>   : User text to include at top of index page
1395:    -help            : This mesage
1396:    -idxfname <name> : Name of index page
1397:                      (def: "maillist.html")
1398:    -mailtourl <url> : URL to use for e-mail address hyperlinks
1399:                  (def: "mailto:\$TO\$")
1400:    -mbox            : Convert Unix mail(1) mailbox(es)
1401:    -msgsep <exp>    : Message separator expression for mailbox files
1402:                  (def: "^From ")
1403:    -mh              : Convert MH mail folders (this is the default)
1404:    -nomailto   : Do not add in mailto links for e-mail addresses
1405:    -nonews     : Do not add links to newsgroups
1406:    -noreverse       : List messages in normal order
1407:    -nosort          : Do not sort by date
1408:    -outdir <path>   : Destination/location of HTML mail archive
1409:                      (def: ".")
1410:    -quiet    : Suppress status messages during execution
1411:    -rcfile <file>   : Resource file for $PROG
1412:    -reverse    : List messages in reverse order
1413:    -single    : Convert a single message to HTML
1414:    -sort     : Sort by dates (this is the default)
1415:    -title <string>     : Title of index page
1416:                  (def: "Mail Index")
1417:    -umask <umask>   : Umask of $PROG process
1418:
1419: Description:
1420:    MHonArc converts mail messages to HTML and creates an index page linking
1421:    to each mail message.  MHonArc can be renamed to assume the following
1422:    options:
1423:          mhonarc:         -mh    (File arguments are MH mail folders)
1424:          mbox2html:       -mbox  (File arguments are mail(1) mailbox files)
1425:       <anyname>:  -mh
1426:
1427:    The -mbox option always specifies mail(1) mailbox processing regardless
1428:    of the program name or the -mh option.  The -mh option can be used to
1429:    process MH mail folders if the program name is mbox2html.
1430:
1431:    The -add option tells MHonArc to add new mail to the archive.  If no file
1432:    arguments are given, MHonArc reads from STDIN a _single_ mail message.
1433:    If file arguments are given, MHonArc adds the mailbox(es)/folders(s)
1434:    specified to the archive.
1435:
1436:    The -single option tells MHonArc to convert a single message from STDIN
1437:    or a file specified on the command-line, and output the HTML to STDOUT.
1438:    This allows you to convert individual messages separate from an archive.
1439:    -single overrides -add.
1440:
```

```
1441:    Read the documentation for more complete information on the usage MHonArc.
1442:
1443: Version:
1444:   $VERSION
1445:   Copyright (C) 1994  Earl Hood, ehood@convex.com
1446:   MHonArc comes with ABSOLUTELY NO WARRANTY and MHonArc may be copied only
1447:   under the terms of the GNU General Public License (version 2, or later),
1448:   which may be found in the MHonArc distribution.
1449:
1450: EndOfUsage
1451:     exit 0;
1452: }
1453: ############################################################################
1454: ############################################################################
1455: package m2hmail;
1456:
1457: ##-------------------------------------------------------------------------
1458: ##  MAILread_file_header reads (and strips) a mail message header from the
1459: ##  filehandle $handle.  *mesg is a pointer to the mail message.  *fields
1460: ##  is a pointer to an associative array to put field values in indexed
1461: ##  by field labels that have been converted to all lowercase.  *l2o
1462: ##  is an associative array to get the original label text from the
1463: ##  lowercase field label keys.  The return value is the original
1464: ##  header text.
1465: ##
1466: sub main'MAILread_file_header {
1467:     local($handle, *fields, *l2o) = @_;
1468:     local($label, $olabel, $value, $tmp, $header);
1469:     local($d) = ($/);
1470:
1471:     $/ = "\n";  $label = '';
1472:     $header = '';  %fields = ();  %l2o = ();
1473:     while (($tmp = <$handle>) !~ /^\s*$/) {
1474:     $header .= $tmp;
1475:     $tmp =~ s/\n/ /g;
1476:
1477:     ## Check for continuation of a field
1478:     if ($tmp =~ /^\s/) {
1479:         $fields{$label} .= $tmp  if $label;
1480:         next;
1481:     }
1482:
1483:     ## Separate head from field text
1484:     ($olabel, $value) = $tmp =~ /^([^:]+):\s*([\s\S]*)$/;
1485:     ($label = $olabel) =~ tr/A-Z/a-z/;
1486:     $l2o{$label} = $olabel;
1487:     if ($fields{$label}) {
1488:         $fields{$label} .= $'X . $value;
1489:     } else {
1490:         $fields{$label} = $value;
1491:     }
1492:     }
1493:     $/ = $d;
1494:     $header;
1495: }
1496: ##-------------------------------------------------------------------------
1497: ##  MAILread_body() parses a MIME message body.  $header is the
1498: ##  header of the message.  $content is the value of the Content-Type
1499: ##  field.  $body is the actual message body.  The return value
1500: ##  is a scalar variable representing the contents of the filtered
```

```
1501: ##  message.
1502: ##
1503: sub main'MAILread_body {
1504:     local($header, *fields, $body) = @_;
1505:     local($type, $subtype, $boundary, $part, $parthead, @parts, %partfields,
1506:        %partl2o, $ret, $tmp, $content, $ctype);
1507:
1508:     ## Get type/subtype
1509:     $content = $fields{'content-type'} || 'text/plain';
1510:     ($ctype) = $content =~ m%^\s*([\w-/]+)%;
1511:     $ctype =~ tr/A-Z/a-z/;
1512:     if ($ctype =~ m%/%) {
1513:     ($type,$subtype) = split(/\//, $ctype, 2);
1514:     } elsif ($ctype =~ /text/) {
1515:     $ctype = 'text/plain';
1516:     $type = 'text';  $subtype = 'plain';
1517:     } else {
1518:     $type = $subtype = '';
1519:     }
1520:
1521:     ## If multipart, recursively process each part
1522:     if ($type =~ /multipart/i) {
1523:
1524:         ## Get boundary
1525:         if ($content =~ m%boundary\s*=\s*"([^"]*)"%i) {
1526:            $boundary = $1;
1527:        } else {
1528:            ($boundary) = $content =~ m%boundary\s*=\s*(\S+)%;
1529:        }
1530:        $boundary =~ s/(\W)/\\$1/g;
1531:
1532:        ## Split parts and process each
1533:        $body = "\r\n" . $body;
1534:        if ($subtype =~ /alternative/i) {   # go in reverse order
1535:            @parts = reverse split(/\r?\n--$boundary/, $body);
1536:            pop @parts;
1537:            while ($parts[0] !~ /^--/) { shift @parts; }
1538:            shift @parts;
1539:        } else {
1540:            @parts = split(/\r?\n--$boundary/, $body);
1541:            shift @parts;
1542:            while ($parts[$#parts] !~ /^--/) { pop @parts; }
1543:            pop @parts;
1544:        }
1545:
1546:        ## Process parts
1547:        foreach $part (@parts) {
1548:            $part =~ s/^\r?\n//;      # Drop begining newline
1549:
1550:            ## Read header
1551:            $parthead = &'MAILread_header(*part, *partfields, *partl2o);
1552:
1553:            ## Get content type
1554:            $partcontent = $partfields{'content-type'};
1555:            if (!$partfields{'content-type'}) {
1556:            if ($subtype =~ /digest/) {
1557:                $partfields{'content-type'} = 'message/rfc822'; }
1558:            else { $partfields{'content-type'} = 'text/plain'; }
1559:            }
1560:
```

```
1561:          ## Only use last filterable part in alternate
1562:          if ($subtype =~ /alternative/) {
1563:              $ret = &'MAILread_body($parthead, *partfields, $part);
1564:              last  if $ret;
1565:          } else {
1566:              $tmp = &'MAILread_body($parthead, *partfields, $part) ||
1567:                       join('',
1568:                  "<P><UL><LI>\n",
1569:                  "Could not process part with given Content-Type: \n",
1570:                  "<code>", $partfields{'content-type'}, "</code>\n",
1571:                  "</UL>\n"
1572:                  );
1573:              $ret .= $tmp;
1574:          }
1575:      }
1576:      if (!$ret && ($subtype =~ /alternative/)) {
1577:          $ret = join('',
1578:              "<hr>\n",
1579:              "No recognizable part in ",
1580:              "<code>multipart/alternative</code> part.\n",
1581:              "<hr>\n");
1582:      }
1583:
1584:      ## Message/rfc822 or Message/news
1585:      } elsif ($ctype =~ m%message/(rfc822|news)%) {
1586:      $parthead = &'MAILread_header(*body, *partfields, *part12o);
1587:      $ret = join('',
1588:              "<em>\n",
1589:              "-- BEGIN included message.\n",
1590:              "</em><p>\n",
1591:              "<BLOCKQUOTE>\n");
1592:      $ret .= &'htmlize_header(*partfields, *part12o);
1593:
1594:      $tmp = &'MAILread_body($parthead, *partfields, $body);
1595:      $ret .= $tmp || join('',
1596:              "<P><UL><LI>\n",
1597:              "Could not process part with given Content-Type: \n",
1598:              "<code>", $partfields{'content-type'}, "</code>\n",
1599:              "</UL>\n"
1600:              );
1601:      $ret .= join('',
1602:              "</BLOCKQUOTE>\n",
1603:              "<em>\n",
1604:              "-- END included message\n",
1605:              "</em><p>\n");
1606:
1607:      ## Non-multipart, call registered filter of specified content-type.
1608:      } else {
1609:      ## Call filter
1610:      $filter = $'MIMEFilters{"$ctype"};
1611:      if ($filter) {
1612:          ## Check encoding
1613:          local($encoding) = $fields{'content-transfer-encoding'};
1614:          local($decoded);
1615:          if ($encoding =~ /base64/i) {
1616:          $decoded = &base64'b64decode($body);
1617:          $ret = &$filter($header, *fields, *decoded);
1618:          } elsif ($encoding =~ /quoted-printable/i) {
1619:          $decoded = &quoted_printable'qprdecode($body);
1620:          $ret = &$filter($header, *fields, *decoded);
```

```
1621:              } else {
1622:                  $ret = &$filter($header, *fields, *body);
1623:              }
1624:          } else {
1625:              $ret = '';  # Return null string if no filter to process.
1626:          }
1627:      }
1628:      $ret;
1629: }
1630: ##-------------------------------------------------------------------------
1631: ##  MAILread_header reads (and strips) a mail message header from the
1632: ##  variable *mesg.  *mesg is a pointer to the mail message.  *fields
1633: ##  is a pointer to an associative array to put field values in indexed
1634: ##  by field labels that have been converted to all lowercase.  *l2o
1635: ##  is an associative array to get the original label text from the
1636: ##  lowercase field label keys.  The return value is the original
1637: ##  header text.
1638: ##
1639: sub main'MAILread_header {
1640:      local(*mesg, *fields, *l2o) = @_;
1641:      local($label, $olabel, $value, $tmp, $header);
1642:
1643:      $header = '';  %fields = ();  %l2o = ();  $label = '';
1644:
1645:      ## Read a line at a time.
1646:      while ($mesg =~ s/^([^\n]*\n)//) {
1647:          $tmp = $1;
1648:          last  if $tmp =~ /^\s*$/;   # Done if blank line
1649:          $header .= $tmp;
1650:          $tmp =~ s/\n/ /g;
1651:
1652:          ## Check for continuation of a field
1653:          if ($tmp =~ /^\s/) {
1654:              $fields{$label} .= $tmp  if $label;
1655:              next;
1656:          }
1657:
1658:          ## Separate head from field text
1659:          ($olabel, $value) = $tmp =~ /^([^:]+):\s*([\s\S]*)$/;
1660:          ($label = $olabel) =~ tr/A-Z/a-z/;
1661:          $l2o{$label} = $olabel;
1662:          if ($fields{$label}) {
1663:              $fields{$label} .= $'X . $value;
1664:          } else {
1665:              $fields{$label} = $value;
1666:          }
1667:      }
1668:      $header;
1669: }
1670: ###########################################################################
1671: ###########################################################################
1672: package main;
1673:
1674: ## Miscellaneous routines ##
1675: ##-------------------------------------------------------------------------
1676: ##  replace_li_var() is used to substitute vars in $LITMPL to current
1677: ##  values.  This routine relies on dynamic linking for $i, $i_p0 and
1678: ##  $filename.
1679: sub replace_li_var {
1680:      local($val) = shift;
```

```
1681:     local($var,$len,$tmp,$ret);
1682:     ($var, $len) = split(/:/, $val, 2);
1683:     if     ($var eq 'SUBJECT')   { $tmp = $Subject{$index}; }
1684:     elsif ($var eq 'SUBJECTNA'){ $tmp = $Subject{$index}; }
1685:     elsif ($var eq 'A_ATTR')   { $tmp = qq|NAME="$i_p0" HREF="$filename"|; }
1686:     elsif ($var eq 'A_NAME')   { $tmp = qq|NAME="$i_p0"|; }
1687:     elsif ($var eq 'A_HREF')   { $tmp = qq|HREF="$filename"|; }
1688:     elsif ($var eq 'DATE')     { $tmp = $Date{$index}; }
1689:     elsif ($var eq 'GMTDATE')  { $tmp = $curdate; }
1690:     elsif ($var eq 'ICON')     {
1691:     if ($Icons{$ContentType{$index}}) {
1692:         $tmp = qq|<IMG SRC="$Icons{$ContentType{$index}}" | .
1693:                qq|ALT="[$ContentType{$index}]">|;
1694:     } else {
1695:         $tmp = qq|<IMG SRC="$Icons{'unknown'}" ALT="[unknown]">|;
1696:     }
1697:     }
1698:     elsif ($var eq 'ICONURL')     {
1699:     if ($Icons{$ContentType{$index}}) {
1700:         $tmp = $Icons{$ContentType{$index}}; }
1701:     else {
1702:         $tmp = $Icons{'unknown'}; }
1703:     }
1704:     elsif ($var eq 'NUMFOLUP') { $tmp = $FolCnt{$index}; }
1705:     elsif ($var eq 'FROM')     { $tmp = $From{$index}; }
1706:     elsif ($var eq 'FROMADDR') { $tmp = &extract_email_address($From{$index}); }
1707:     elsif ($var eq 'FROMNAME') { $tmp = &extract_email_name($From{$index}); }
1708:     elsif ($var eq 'LOCALDATE'){ $tmp = $locdate; }
1709:     elsif ($var eq 'MSGNUM')   { $tmp = $i_p0; }
1710:     elsif ($var eq 'NUMOFMSG') { $tmp = $NumOfMsgs; }
1711:     elsif ($var eq 'ORDNUM')   { $tmp = $i+1; }
1712:     else {
1713:     warn qq|Unrecognized LITEMPLATE variable: "$val"\n|;
1714:     }
1715:     if ($len > 0) { $ret = substr($tmp, 0, $len); }
1716:     else { $ret = $tmp; }
1717:     $ret = qq|<A NAME="$i_p0" HREF="$filename">$ret</A>|  if $var eq 'SUBJECT';
1718:     $ret;
1719: }
1720:
1721: ##-------------------------------------------------------------------------
1722: ##  Remove duplicates in an array.
1723: sub remove_dups {
1724:     local(*array) = shift;
1725:     local(%dup);
1726:     @array = grep($dup{$_}++ < 1, @array);
1727:     %dup = ();
1728: }
1729: ##-----------------------------------------------------------------------##
1730: ##  numerically() is used to tell 'sort' to sort by numbers.
1731: sub numerically {
1732:     $a <=> $b;
1733: }
1734: ##-------------------------------------------------------------------------
1735: ##  Add mailto URLs to $str.
1736: sub mailto {
1737:     local(*str) = shift;
1738:     if ($MAILTOURL) {
1739:     $str =~ s|([\!\%\w\.-]+@[\w\.-]+)|&mailUrl($1)|ge;
1740:     } else {
```

```
1741:        $str =~ s|([\!\%\w\.-]+@[\w\.-]+)|<A HREF="mailto:$1">$1</A>|g;
1742:        }
1743: }
1744: ##------------------------------------------------------------------------
1745: sub mailUrl {
1746:        local($to) = shift;
1747:        local($url) = ($MAILTOURL);
1748:        $url =~ s/\$TO\$?/$to/g;
1749:        qq|<A HREF="$url">$to</A>|;
1750: }
1751: ##------------------------------------------------------------------------
1752: sub newsurl {
1753:        local(*str) = shift;
1754:        local($h, @groups);
1755:        $str =~ s/^([^:]*:\s*)//;  $h = $1;
1756:        $str =~ s/\s//g;                # Strip whitespace
1757:        @groups = split(/,/, $str);     # Split groups
1758:        foreach (@groups) {             # Make hyperlinks
1759:        s|(.*)|<A HREF="news:$1">$1</A>|;
1760:        }
1761:        $str = $h . join(', ', @groups);    # Rejoin string
1762: }
1763: ##------------------------------------------------------------------------
1764: ##  Get an e-mail address from (HTML) $str.
1765: sub extract_email_address {
1766:        local($str) = shift;
1767:        local($ret);
1768:
1769:        if ($str =~ s/\(([^\)]+)\)//) {
1770:        $str =~ /\s*(\S+)\s*/;  $ret = $1;
1771:        } elsif ($str =~ /\&lt;(\S+)\&gt;/) {
1772:        $ret = $1;
1773:        } else {
1774:        $str =~ /\s*(\S+)\s*/;  $ret = $1;
1775:        }
1776:        $ret;
1777: }
1778: ##------------------------------------------------------------------------
1779: ##  Get an e-mail name from (HTML) $str.
1780: sub extract_email_name {
1781:        local($str) = shift;
1782:        local($ret);
1783:
1784:        if ($str =~ /\((([^\)]+)\))/) {       # Name in ()'s
1785:        $ret = $1;
1786:        } elsif ($str =~ /"([^"]+)"/) {    # Name in ""'s
1787:        $ret = $1;
1788:        } elsif ($str =~ s/\&lt;(\S+)\&gt;//) { # Check for: name <addr>
1789:        $ret = $1;
1790:        if ($str !~ /^\s*$/) {
1791:            ($ret = $str) =~ s/\s+/ /g;
1792:        } else {
1793:            $ret =~ s/@.*//;
1794:        }
1795:        } else {                          # Just address
1796:        ($ret = $str) =~ s/@.*//;
1797:        }
1798:        $ret;
1799: }
1800: sub get_header_tags {
```

```
1801:        local($f) = shift;
1802:        local($ftago, $ftagc, $tago, $tagc);
1803:
1804:        ## Get user specified tags
1805:        $tag = (defined($HeadHeads{$f}) ?
1806:            $HeadHeads{$f} : $HeadHeads{"-default-"});
1807:        $ftag = (defined($HeadFields{$f}) ?
1808:             $HeadFields{$f} : $HeadFields{"-default-"});
1809:        if ($tag) { $tago = "<$tagc>";  $tagc = "</$tag>"; }
1810:        else { $tago = $tagc = ''; }
1811:        if ($ftag) { $ftago = "<$ftag>";  $ftagc = "</$ftag>"; }
1812:        else { $ftago = $ftagc = ''; }
1813:
1814:        ($tago, $tagc, $ftago, $ftagc);
1815: }
1816: ##-----------------------------------------------------------------------
1817: sub field_add_links {
1818:        local($label, *fld_text) = @_;
1819:        &mailto(*fld_text)
1820:        if !$NOMAILTO &&
1821:            $label =~ /^(to|from|cc|sender|reply-to)/i;
1822:        &newsurl(*fld_text)
1823:        if !$NONEWS && $label =~ /^newsgroup/i;
1824:
1825: }
1826: ##-----------------------------------------------------------------------
1827: sub exclude_field {
1828:        local($f) = shift;
1829:        local($pat, $ret);
1830:        $ret = 0;
1831:        foreach $pat (keys %HFieldsExc) {
1832:        if ($f =~ /^$pat/i) { $ret = 1;  last; }
1833:        }
1834:        $ret;
1835: }
1836: ##-----------------------------------------------------------------------
1837: ##  "Entify" special characters
1838: sub htmlize {
1839:        local(*txt) = shift;
1840:        $txt =~ s/&/\&amp;/g;
1841:        $txt =~ s/>/\&gt;/g;
1842:        $txt =~ s/</\&lt;/g;
1843:        $txt;
1844: }
1845: ##-----------------------------------------------------------------------
1846: ##  convert_line() translates a line to HTML.  Checks are made for
1847: ##  embedded URLs.
1848: sub convert_line {
1849:        local($tmp) = shift;
1850:        local($item, $item2, @array);
1851:
1852:        if (!$NOURL) {
1853:        if (@array = split(m%($Url[^\s\(\)\|<>"']*[^\.;,"'\|\[\]\(\)\s<>])%o,
1854:                      $tmp)) {
1855:            $tmp = '';
1856:            while($#array > 0) {
1857:            $item = shift @array;
1858:            &htmlize(*item);
1859:            $item2 = shift @array;
1860:            $tmp .= $item . '<A HREF="' . $item2 . '">' . $item2 . '</A>';
```

```
1861:
1862:          # The next line is needed since Perl's split function also
1863:          # returns extra entries for nested ()'s in the split pattern.
1864:          shift @array  if $array[0] =~ m%^$Url$%o;
1865:          }
1866:          $item = shift @array;
1867:          &htmlize(*item);
1868:          $tmp .= $item;
1869:       ## Regular line
1870:       } else {
1871:          &htmlize(*tmp);
1872:       }
1873:       } else {
1874:       &htmlize(*tmp);
1875:       }
1876:       $tmp;
1877: }
1878: ##----------------------------------------------------------------------
1879: ##  Increasing sort function used by Perl's sort.
1880: sub increase_index {
1881:       local(@A) = split(/$'X/o, $a);
1882:       local(@B) = split(/$'X/o, $b);
1883:       local($sret);
1884:       $sret = $A[$_0i] <=> $B[$_0i];
1885:       ($sret == 0 ? $A[$_1i] <=> $B[$_1i] : $sret);
1886: }
1887: ##----------------------------------------------------------------------
1888: ##  Decreasing sort function used by Perl's sort.
1889: sub decrease_index {
1890:       local(@A) = split(/$'X/o, $a);
1891:       local(@B) = split(/$'X/o, $b);
1892:       local($sret);
1893:       $sret = $B[$_0i] <=> $A[$_0i];
1894:       ($sret == 0 ? $B[$_1i] <=> $A[$_1i] : $sret);
1895: }
1896: ##----------------------------------------------------------------------
1897: sub increase_subject {
1898:       local($A, $B) = ($Subject{$a}, $Subject{$b});
1899:       local($at, $bt) = ((split(/$'X/o, $a))[0], (split(/$'X/o, $b))[0]);
1900:       $A =~ tr/A-Z/a-z/;   $B =~ tr/A-Z/a-z/;
1901:       $A =~ s/^\s*re:\s*//i;  $B =~ s/^\s*re:\s*//i;
1902:       $A =~ s/^(the|a|an)\s+//i;  $B =~ s/^(the|a|an)\s+//i;
1903:       local($sret) = ($A cmp $B);
1904:       ($sret == 0 ? $at <=> $bt : $sret);
1905: }
1906: ##----------------------------------------------------------------------
1907: sub decrease_subject {
1908:       local($A, $B) = ($Subject{$a}, $Subject{$b});
1909:       local($at, $bt) = ((split(/$'X/o, $a))[0], (split(/$'X/o, $b))[0]);
1910:       $A =~ tr/A-Z/a-z/;   $B =~ tr/A-Z/a-z/;
1911:       $A =~ s/^\s*re:\s*//i;  $B =~ s/^\s*re:\s*//i;
1912:       $A =~ s/^(the|a|an)\s+//i;  $B =~ s/^(the|a|an)\s+//i;
1913:       local($sret) = ($B cmp $A);
1914:       ($sret == 0 ? $bt <=> $at : $sret);
1915: }
1916: ##----------------------------------------------------------------------
1917: sub print_assoc {
1918:       local($handle, $name, *assoc) = @_;
1919:       local($tmp);
1920:
```

```
1921:        print $handle "%$name = (\n";
1922:        foreach (keys %assoc) {
1923:        ($tmp = $assoc{$_}) =~ s/'/\\'/g;
1924:        print $handle qq|'$_', '$tmp',\n|;
1925:        }
1926:        print $handle ");\n";
1927: }
1928: ##-------------------------------------------------------------------------
1929: sub print_array {
1930:        local($handle, $name, *array) = @_;
1931:        local($tmp);
1932:
1933:        print $handle "\@$name = (\n";
1934:        foreach (@array) {
1935:        ($tmp = $_) =~ s/'/\\'/g;
1936:        print $handle qq|'$tmp',\n|;
1937:        }
1938:        print $handle ");\n";
1939: }
1940: ##-------------------------------------------------------------------------
1941: sub print_var {
1942:        local($handle, $name, *var, $d) = @_;
1943:        local($tmp);
1944:        ($tmp = $var) =~ s/'/\\'/g;
1945:        print $handle qq|\$$name = '$tmp'|;
1946:        print $handle qq|  unless defined(\$$name)|  if $d;
1947:        print $handle qq|;\n|;
1948: }
1949: ##-------------------------------------------------------------------------
1950: ##  Copy a file.
1951: sub cp {
1952:        local($src, $dst) = @_;
1953:        open(SRC, $src) || &error("ERROR: Unable to open $src");
1954:        open(DST, "> $dst") || &error("ERROR: Unable to create $dest");
1955:        print DST <SRC>;
1956:        close(SRC);
1957:        close(DST);
1958: }
1959: ##-------------------------------------------------------------------------
1960: ##  ign_signals() sets mhonarc to ignore termination signals.  This
1961: ##  routine is called right before an archive is written/editted to
1962: ##  help prevent archive corruption.
1963: sub ign_signals {
1964:        $SIG{'ABRT'} = 'IGNORE';
1965:        $SIG{'HUP'}  = 'IGNORE';
1966:        $SIG{'INT'}  = 'IGNORE';
1967:        $SIG{'QUIT'} = 'IGNORE';
1968:        $SIG{'TERM'} = 'IGNORE';
1969: }
1970: ##-------------------------------------------------------------------------
1971: ##  set_handler() sets up the quit() routine to be called when
1972: ##  a termination signal is sent to mhonarc.
1973: sub set_handler {
1974:        $SIG{'INT'}  = 'quit';
1975:        $SIG{'TERM'} = 'quit';
1976:        $SIG{'QUIT'} = 'quit';
1977:        $SIG{'HUP'}  = 'quit';
1978:        $SIG{'ABRT'} = 'quit';
1979: }
1980: ##-------------------------------------------------------------------------
```

```
1981: ##  create_lock_file() creates a file with zero permissions to act
1982: ##  as a lock.  Thanks to Walter_Hobbs@rand.org (Walt Hobbs) for
1983: ##  giving me a way to achieve this in Perl without possible race
1984: ##  conditions or the use of syscall.
1985: sub create_lock_file {
1986:     local($file, $tries, $sleep) = @_;
1987:     local($umask, $ret);
1988:     $ret = 0;
1989:     $sleep = 3  unless $sleep > 0;
1990:     $umask = umask(0777);
1991:     while ($tries > 0) {
1992:     if (open(LCK_FILE, "> $file")) {
1993:         $ret = 1;
1994:         last;
1995:     }
1996:     sleep($sleep);
1997:     $tries--;
1998:     }
1999:     umask($umask);
2000:     $ret;
2001: }
2002: ##-----------------------------------------------------------------------
2003: sub clean_up {
2004:     unlink ($LOCKFILE);
2005: }
2006: ##-----------------------------------------------------------------------
2007: sub error {
2008:     &clean_up();
2009:     die @_, "\n";
2010: }
2011: ##-----------------------------------------------------------------------
2012: sub quit {
2013:     local($status) = shift;
2014:     &clean_up();
2015:     exit $status;
2016: }
2017: ##-----------------------------------------------------------------------
2018: ##  Create HTML for header
2019: sub htmlize_header {
2020:     local(*fields, *l2o) = @_;
2021:     local($tmp, $key, $tago, $tagc, $ftago, $ftagc, $mesg, $item, @array, %hf);
2022:     %hf = %fields;
2023:     $mesg = "<UL>\n";
2024:     foreach $item (@FieldOrder) {
2025:     if ($item eq '-extra-') {
2026:         foreach $key (sort keys %hf) {
2027:         next  if $FieldODefs{$key};
2028:         delete $hf{$key}, next  if &exclude_field($key);
2029:
2030:         @array = split(/$'X/o, $hf{$key});
2031:         foreach $tmp (@array) {
2032:             $tmp = &convert_line($tmp);
2033:             &field_add_links($key, *tmp);
2034:             ($tago, $tagc, $ftago, $ftagc) = &get_header_tags($key);
2035:             $mesg .= join('', "<LI>\n",
2036:                     $tago, $l2o{$key}, $tagc, ": ",
2037:                     $ftago, $tmp, $ftagc, "\n",
2038:                     "</LI>\n");
2039:         }
2040:         delete $hf{$key};
```

```
2041:          }
2042:      } else {
2043:          if (!&exclude_field($item) && $hf{$item}) {
2044:          @array = (split(/$'X/o, $hf{$item}));
2045:          foreach $tmp (@array) {
2046:              $tmp = &convert_line($tmp);
2047:              &field_add_links($item, *tmp);
2048:              ($tago, $tagc, $ftago, $ftagc) = &get_header_tags($item);
2049:              $mesg .= join('', "<LI>\n",
2050:                      $tago, $l2o{$item}, $tagc, ": ",
2051:                      $ftago, $tmp, $ftagc, "\n",
2052:                      "</LI>\n");
2053:          }
2054:          }
2055:          delete $hf{$item};
2056:      }
2057:      }
2058:      $mesg .= "</UL>\n";
2059:      $mesg;
2060: }
```