# EXHIBIT LL

```
                NCSA Mosaic™  for Microsoft Windows
                    Installation and Configuration Guide
```

Introduction

NCSA Mosaic is a network navigational tool that will allow you to easily access networked information with the click of a button.  Mosaic is capable of accessing data via protocols such
as HTTP, Gopher, FTP and NNTP (Usenet News) natively, and other data services such as Archie, WAIS, and Veronica through gateways.  NCSA Mosaic was designed to provide its user transparent and seamless access to these information sources and services.  Mosaic capable of running under the following processor architectures and  operating systems.

Below are the naming schemes we are using for this release.

        With a Setup Program:
            mos20a9.exe ................................... Win3.x, WWG & NT (iX86 processor)

        Without a Setup Program:
        x86.mosaic.2.0.0a9.exe......................   Win3.x, WWG & NT (iX86 processor)
            axp.mosaic.2.0.0a9.exe.......................     NT for the DEC aXP
                mips.mosaic.2.0.0a9.exe.....................NT for the MipsPC
                ppc.Mosaic.2.0.0a9.exe......................     NT for the Power PC

Software Requirements

Before we get started we must assume your system meets one or more of the following Operating System and environments:

   - Microsoft Windows NT

   - Windows v3.1, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured.

   - Windows for Workgroups, with a winsock.dll and the win32s (version 1.20 with OLE) software properly installed and configured.

   - You have an Internet access provider or you plan on using Mosaic in Stand-Alone mode.  NOTE: NCSA doesn't provide Internet access to the general public.


Mosaic is a 32-bit Application

Mosaic is a 32-bit application. This means that Mosaic is compatable with Windows 3.1,  Windows for Workgroups, Windows NT and Win95.  The Windows NT operating system is available for the following processors:    iX86  - Intels 386, 486, and Pentium Processors  aXP  - Digital Equipment Corporation (DEC) aXP 64-bit processor  MIPS  - Mips Technology processor  PPC- Motorola,IBM,Apple Power PC processor       Windows 3.1 and Windows for Workgroups Users:

Before you begin, ensure you are using Win32s v1.20 with OLE 2.02 support.   If you have a 16-bit operating system then you must have the Win32s software .  This software will allow you to run 32-bit applications in
Windows 3.1 or WfW 3.11.   Mosaic is also an OLE compatible application, thus Mosaic users must install the
Win32s v1.20 w/
OLE v2.02 library extensions.   This version of the  Win32s software is available

```
at
NCSA's ftp site, ftp.ncsa.uiuc.edu, in the /Mosaic/Windows directory.  The file
w32sOLE.exe is a self extracting executable.  Just put this file in a temporary
directory like c:\install, type  w32sOLE and the file will decompress into two
files: INSTALL.BAT and W32SPACK.EXE. Type install and W32SPACK will be
decompressed into three directories. Now change directories to c:\install\disk1
and run setup.exe.

Note:
          Win32s v1.20 with OLE 2.02 must be installed BEFORE you install or
use Alpha 9.         The Mosaic Installation Program is also a 32-bit
application.

Using Mosaic as an Internet Information Browser

If you are using Windows 3.x, you will need a 1.1 compliant sockets Dynamic Link
Library (winsock.dll) to use Mosaic as an Internet information browser.  The
winsock.dll provides the necessary TCP/IP networking environment under Windows.
Check your winsock documentation to see whether it is 1.1 compliant.

If you have commerical TCP/IP networking software you must obtain the proprietary
winsock.dll from your respective vendor.

For example:

FTP Inc.

Microsoft's TCP/IP-32 for Windows for Workgroups

NetManage's Chameleon

Novell users need to upgrade v4.1 of Lan Workplace to v4.2.  Users need to ensure
they are using the latest version of Novell's winsock.dll.

PC/NFS Pathworks 5.0a

If you need a 1.1 compliant winsock and you do not have commercial TCP/IP stack
software, there are two possibilities.  The Shareware winsock.dll from Trumpet
International Software or the Chameleon sampler from NetManage Inc.

The Trumpet International Software can be found at the anonymous FTP server
"ftp.utas.edu.au" in the /pc/trumpet/winsock directory.  NCSA also keeps a copy
of this software on our anonymous site, "ftp.ncsa.uiuc.edu".  You can find the
file "winsock.zip" in the /PC/Mosaic/sockets directory.

The Chameleon sampler software can be found at the anonymous FTP server
ftp.netmanage.com in the /pub/demos/sampler directory.

 For more information about ftp'ing softwarefrom any anonymous ftp server, please
refer to the section "Acquiring Software from  NCSA".  For more information about
winsock.dll's, please refer to the FAQs (Frequently Asked Questions) at the end
of this file.


Windows NT users and Win95 beta-testers:

Windows NT and Win95 have the winsock.dll and the Win32s with OLE support built-
in.
```

Using Mosaic as a local file browser

If you do not have a winsock.dll on your system, Mosaic will automatically run in Stand-Alone mode.  In this mode you can use Mosaic to view locally stored HTML files.  For those of you who want to use Mosaic for presentations try ALT-P (Presentation Mode).


Acquiring Software from NCSA

Since you are reading this file, you probably have the latest version of Mosaic. If you are running Win3.1 or Windows for Workgroups you need the latest version of Win32s with the OLE library extensions and a winsock.dll.  If you have Mosaic, Win32s with OLE and a winsock, you can skip this section.  However, if you don't have a winsock.dll or the Win32s software you will find the information in this section useful, especially if you've never downloaded files from NCSA's anonymous ftp server.

To obtain software from NCSA's anonymous ftp server:

Envoke your local ftp client and log into NCSA's Anonymous FTP server.   The address for our anonymous server is ftp.ncsa.uiuc.edu.

At the login prompt enter the name anonymous.

         anonymous

 At the password prompt enter your email address as the password.   For example:

           johndoe@irs.gov

Change directories to /Mosaic/Windows directory.

         cd   /Mosaic/Windows

 List the contents of the directory, using the command:

          ls

Tell the ftp server you want to transfer a binary file by giving the command:

         bin

Get the Mosaic and the Win32s software using the command:

         get mos20a9.exe

If you need the Win32s   (v 1.20 with OLE)
then:

         get w32sOLE.exe
If you need the Trumpet winsock, continue with the following commands:

            cd sockets
            get winsock.zip

You may also be interested in downloading some of the viewer applications we've made available on the server.  If you are interested in downloading these files at this time, give the command

```
        cd /Mosaic/Windows/viewers
```

Viewers are not necessary for installing Mosaic therefore you can postpone these
downloads.  If you interested in more information about these applications, I
suggest you check out the information we have online.  You can get to it by
entering the following URL (Universal Resource Locator) in Open URL dialog box or
the Mosaic command line.

```
       http://www.ncsa.uiuc.edu/SDG/Software/WinMosaic/viewers.html
```

When you are finished downloading the files from our ftp server just give the
command:

```
          bye
```

and the server will log you out.



Compressed Files

Files extended with .zip indicate that the file is in a compressed archived
format.  The extension ".exe" can also indicate a self-extracting compressed
archived file.  In the case of the ".zip" files you must have the latest version
of the PKWare software.  Within the software you will find an executable called
"pkunzip.exe".  This program will decompress ".zip" files.  Just execute the
following command to retrieve the files from the compressed archive:

```
      pkunzip filename.zip
```

In the case of the ".exe" (self-extracting) files you should create a directory
and simply type the name of the file to decompress its contents.  For example
with the file "mos20a9.exe", just type mos20a9 and the file will decompress.

If you need a copy of the SHAREWARE utility PKWare (zip and unzip), you can find
it on our ftp server in the /PC/Windows/Contrib directory.  The file,
"pkz204g.exe", is a self extracting executable file.  We recommend you put it in
it's own directory and just type pkz204g.  The software will unzip itself.  After
you extract the software you will need to add this directory to the "PATH= ... "
statement of your "autoexec.bat" file and reboot your machine so that the changes
will take effect.



Installation Guide for "w32sOLE.exe":

Before you install the new win32s version 1.20 with OLE v2.02, you should remove
all the old win32s files from your c:/windows/system/win32s directory, or rename
the directory to ensure you get a complete installation.  The easiest way to
accomplish this task is to open File Manager and find the Win32s directory.
Highlight the directory folder and select File, Rename.  Enter old32s and select
OK.  Now you're ready to install the "NEW" version of Win32s v1.20 w/OLE v2.02.

Win32s Installation Procedure:

After you've downloaded the w32sOLE.exe file to your local system:

        - Create a temporary directory called c:/install.
        - With File Manager, drag and drop w32sOLE.exe into c:install.

```
        - Double click on w32sOLE.exe
        - Double click on install.bat  (This batch file should have created three
directories, disk1
           disk2 and disk3)
        - Change directories to disk1.
        - Double click on the setup.exe program and follow the instructions given by
the
          installation program.

 Note: The setup program will copy all the files into their proper places.  Do
not try to move or copy files to or from the windows/sytem or the
windows/system/win32s directories by yourself.

        - Delete the files in the c:/install directory

 The installation process is now completed.



Installing NCSA Mosaic

We're trying to simplify the installation of Mosaic as much as we can.  However,
we do not promote any particular Winsock.dll or network access provider.  Thus,
these important decisions are left up you.  For more information about the
available winsocks and Internet access providers see the FAQ #7 & #14 at the end
of this file.  With this in mind, we must assume you already have your Internet
access and your winsock is installed.

 Ensure you have the appropriate Operating System and environment set up before
you attempt to install Mosaic.  If you are using Windows 3.1 or Windows for
Workgroups 3.11, you MUST install Win32s v1.20 with OLE v2.02 and a winsock.dll.
Windows NT and Windows 95 users have a native Win32s w/OLE environment and the
winsock software is built in to the Operating System.

Note: You MUST install Win32s with OLE before you run the installation program
for Mosaic. The Mosaic installation program is also a 32-bit application and it
requires the existence of Win32s.
The setup program installs Mosaic into the "c:\mosaic" directory by default. You
may install Mosaic into a different directory if you wish.    Please do not try
to install Mosaic into the same directory where you store  the installation files
because the setup process will fail.


Windows 3.1 or Windows for Workgroups

       1.   Install your winsock software
       2.   Make sure your  w32sOLE.exe is properly installed
       3.   Decompress mos20a9.exe into a temporary directory
       4.   Run setup.exe
       5.   Delete the temporary files.
       6.   Double click on the Mosaic icon
       7.   Read the "relnotes.htm" file.
       8.   Click on  "File",  "Open Local File"
       9.   Double click on relnotes.htm.
       10.  (Optional) Download and setup the associated viewer applications.
Enter this URL            into the URL Command line to find more information
about the available viewers.
             http://www.ncsa.uiuc.edu/SDG/Software/WinMosaic/viewers.html

             11.  Have fun, Enjoy!
```

```
Windows NT for the Intel ix86 processors:

     1.   Decompress or Unzip the file "mos20a9.exe" into a temporary directory
     2.   Run setup.exe
     3.   Delete the temporary directory.
     4.   Double click on the Mosaic icon
     5.   Read the "relnotes.htm" file.
     6.   Click on  "File",  "Open Local File"
     7.   Double click on relnotes.htm.
     8.   (Optional) Download and setup the associated viewer applications.  Enter
this URL            into the URL Command line to find more information about the
available viewers.
          http://www.ncsa.uiuc.edu/SDG/Software/WinMosaic/viewers.html
     9.   Have fun, Enjoy!

Windows NT for the DECpc (aXP), Mips processors, PPC:
     Note: There is no "setup" program built-in, just double click on
"mosaic.exe" to
              execute Mosaic.

     1.   Decompress  the respective binary file into a directory.
     2.   Move the file "mosaic.ini" into the "WINNT" directory
     3.   Drag and drop the mosaic.exe file from the File Manager to a Program
Group
     4.   Double click on the Mosaic icon
     5.   Read the "relnotes.htm" file.
     6.   Click on  "File",  "Open Local File"
     7.   Double click on relnotes.htm.
     8.   (Optional) Download and setup the associated viewer applications.  Enter
this URL            into the URL Command line to find more information about the
available viewers.
          http://www.ncsa.uiuc.edu/SDG/Software/WinMosaic/viewers.html
     7.   Have fun, Enjoy!
```

The "mosaic.ini file

The installation program will copy a mosaic.ini file into your windows directory unless one already exists.  If you want  the mosaic.ini to be in another directory, you will have to remove the mosaic.ini file from the c:\windows directory and put the file in the desired directory.  Now define the environment variable MOSAIC.INI in your autoexec.bat.  The environment variable is defined as:

```
     set MOSAIC.INI=c:\complete\directory\path\mosaic.ini
```

After you have edited your autoexec.bat file, you will need to reboot your system so this change will take affect.

We have created an interface that will allow you to configure Mosaic with minimal direct editing of your mosaic.ini file.  Unfortunately, we haven't been able to include all of the settings in the Preferences dialog box in this Alpha release. With this in mind, the mosaic.ini sections listed below do not have an nice GUI (Graphical User Interface) in A9.  However, we plan on adding this functionality in a future Alpha release of Mosaic.  You will have to edit and configure the items listed in the below sections directly.  This can be easily achieved by finding the "mosaic.ini" file using the File Manager and double clicking on the file name.  Windows will then open up the Notepad with the mosaic.ini file in it and you can do your editing.

```
[Settings]

Anchor Color=0,0,255


[proxy information]

http_proxy=http://Your.proxies.name:portNumber/
ftp_proxy=http://Your.proxies.name:portNumber/
wais_proxy=http://Your.proxies.name:portNumber/
gopher_proxy=http://Your.proxies.name:portNumber/
```

For more information about using Mosaic through a firewall I suggest you read the information that is available in FAQ #15 and/or the information that is available on-line at the following URL:

        http://www.ncsa.uiuc.edu/SDG/Software/WinMosaic/ProxyInfo.html



Viewers

NCSA Mosaic for Microsoft Windows uses external viewers or other applications to display certain types of files, such as JPEG images, MPEG movies, etc.  These applications can be Commercial, Shareware, Freeware or Copyright Software.  The choice of viewer for a specific file type is a decision completly left up to you. If you have commercial software then I'm sure you would like to the application you are most familiar with.  Go for it!

We have amassed a collection of Shareware, Freeware and Copyright software viewers and applications that work well with Mosaic.  When we find an application that is legally distributable via ftp, we evaluate it and place a copy of it on our anonymous ftp server.  You can find these viewers by logging into our FTP server and cd'ing to the  /Mosaic/Windows/viewers directory.

For information about viewers, see the following URL:

         http://www.ncsa.uiuc.edu/SDG/Software/WinMosaic/viewers.html



Executing and Testing NCSA Mosaic

Ensure you have installed your winsock.dll, Win32s, and Mosaic Software.  Log into your Internet service provider and establish a SLIP or PPP connection.  If everything is properly configured,  Mosaic will load the Mosaic Home Page from NCSA's WWW server.  If the page doesn't load automatically, click on the red house icon in the toolbar.  This is a quick link to a home page and by default, we've set it to point to the Mosaic Home Page.  If all is well, we suggest you take time and learn more about the Windows version of Mosaic.  From the Main Mosaic Home Page, find the link "Mosaic for Microsoft Windows" and begin to explore the various links.

If you are not able to connect to the Mosaic Home Page, check your winsock and network configuration to ensure all IP numbers are correct.   After verifying that you don't have a type-o, call your network service provider and verify that the IP numbers you were given are correct.

```
NOTE:  IF you have more than one winsock.dll available to windows at any given
time, you will have conflict problems!  Ensure you are only using one winsock and
do NOT mix and match proprietary software.  ie.. I have DEC Pathworks and I'm
trying to install the Trumpet winsock.  IT WON'T WORK!




       The NCSA Mosaic FAQ


Frequently Asked Questions:

       - Common questions our users have about Mosaic
       - Common installation and initial execution problems and solutions
       - Information about Winsock.dlls
       - Information about viewers and the mosaic.ini
       - Running Mosaic over a phone line via SLIP or PPP
       - Finding an Internet SLIP/PPP provider
       - Using Mosaic with from behind a firewall
       - Registration and Licensing information
       - Misc. Information

After Mosaic is installed, I strongly recommend you read the information that is
online at the Mosaic for Microsoft Windows Home Page.   The URL is:

       http://www.ncsa.uiuc.edu/SDG/Software/WinMosaic/HomePage.html



1.  What version of the compression utility PKunzip do I need to unzip Mosaic?

Mosaic is now a self extracting executable which means you don't need the PKunzip
software to decompress the files.  However, you will find it useful to have the
PK software for the other  softwares you will find on the network.   If you would
like to obtain a copy of the latest PK software you can find this shareware
product at the anonymous ftp site oak.oakland.edu.  The file pkz204g.exe is in
the pub/msdos/zip directory.  You can find a copy of this software on our
anonymous ftp site in the  /PC/Windows/Contrib directory.



2.  Do I need to change any of the settings in the mosaic.ini file?

You only need to hand edit the [setting] and [proxy gateway] sections in the
mosaic.ini file with Alpha 9.  We are in the process of creating a graphical user
interface so you will never have to hand edit the mosaic.ini file.



3.  Are OS/2, Windows NT or Win95 supported?

OS/2

Unfortunately not, we do not have the resources to port Mosaic to the OS/2
environment.   However, version 3.0 of OS/2 will allow you to run Win32
applications including Mosaic.
```

Windows NT and Win95

Yes, The current version of Mosaic is a Win32 application and will operate in both Windows NT and Win95.


4.  Can I run Mosaic without an Internet connection?

Yes.  If Mosaic doesn't find a winsock.dll on your system, it will operate in stand-alone mode.



5. What does the error message "Cannot find winsock.dll" mean?

This is the most common error message users see during the installation. However, when NCSA Mosaic v2.0Alpha9 receives this error message from Windows, it will envoke under Windows in stand-alone mode.  If you do not want to run under your local environment and connect to the Internet then consider the following. The error is caused when Windows can not find the winsock.dll.  To correct this problem, ensure the winsock.dll is in either the c:\windows\system directory or its directory is defined in the PATH= statement of the autoexec.bat.  One of the common misconceptions is that this is a Mosaic error, when in fact it is a Windows system error telling you it can't find a file.


6. What does the error message "Unable to load TCP" mean?

This is another Winsock.dll error message.  It can be caused when the winsock is dependent on other .dll files and the files can not be found or you your system doesn't have enough system resources to launch the program.  A solution to the first possible cause is to ensure you have installed your winsock properly (re-install the winsock).  A solution to the second possible cause is to close other applications or create a larger swap file.  See your windows documentation for details on Enhanced386 and virtual memory.


7.  Where do I get a winsock.dll?

There are a number of companies that have created these winsock.dlls and you must ensure you have a "1.1 compliant" winsock.  If you don't have a 1.1 compliant winsock then you will get an error message like "unable to load TCP/IP" or "Winsock is not 1.1 compliant" and Mosaic will not run.

Note: Information about various winsocks is provided for the convenience of our users and we do not endorse any particular product.  Since we did not develop this software, we can not provide support. If you are having problems with any of these products, then please contact the respective author.


The Common Commercial winsock.dll providers:

        - DEC Pathworks

        - FTP Inc.

        - Microsoft's TCP/IP-32 for Windows for Workgroups

```
        - NetManage Inc.

        - Novell

        - PC/NFS

        - Spry Inc.
```

A Shareware winsock.dll provider:

- Trumpet Software International Winsock was successfully tested during the development of Mosaic.  If you are interested in obtaining a copy of this software you can find it at the anonymous ftp site ftp.utas.edu.au in the /pc/trumpet/winsock directory.  We also maintain a currrent copy of this winsock on our ftp server, ftp.ncsa.uiuc.edu, in the /Mosaic/Windows/sockets directory.  The file is winsock.zip.


8.  I have a winsock.dll and Mosaic is not working?

Are you using a 1.1 compliant winsock?  If your winsock is 1.1 compliant then it will be documented as such.  When in doubt upgrade to the latest version of your network software.  A common error message is "Winsock is not 1.1 compliant".  The Chameleon Sampler that can be found in the back of many books is a 1.0 compliant winsock and you will have to upgrade to the 1.1 compliant version of the winsock.dll


9.  What does the error code "Failed DNS Lookup" mean?

This error could be caused by a few things.  First, the IP number you typed in to the Name server field or  DNS field is wrong.  Second, the machine name you type in the URL is wrong or  is not associated with an IP number.  Third,  this error message occurs when the Name Server is down.


10.  When I invoked Mosaic I didn't find the Starting Points menu.

This occurs when the mosaic.ini file is NOT in your windows directory or the enviroment variable is wrong.  To correct this problem either copy the mosaic.ini file to your windows directory or ensure you've defined the environment variable properly.  The environmental variable is defined in your autoexec.bat file.  ie.

```
     set MOSAIC.INI=c:\complete\directory\path\mosaic.ini
```


11.  Viewers and the mosaic.ini file.

The real beauty of Mosaic is it's ability to use other already existing products for viewing image files, movie files, post script files, sound files, etc.  If you already have some product that you would like to use as a viewer, you can simply define it in the mosaic.ini file. (See #12 Installing viewers)  If you need to obtain a viewer I suggest you check our on-line information.  See the following URL for more information.

```
         http://www.ncsa.uiuc.edu/SDG/Software/WinMosaic/viewers.html
```

This URL will point you to a number of viewers that have been tested with Mosaic.
After you have selected a viewer you can transfer it to your machine by selecting
Options, Load to Disk... or just hold Shift and click on the link.  If you want
to download these viewers without using Mosaic you can find them on our anonymous
ftp server in the /Mosaic/Windows/viewers directory.


12.  Installing viewers

The selected application or viewers must be able to accept command line
arguments.

This is a general example for defining a new viewer to Mosaic.  Mosaic needs to
know which application to call when it reads a file type that it can't handle.
For example, Configuring Mosaic to read .wav files.

Edit your mosaic.ini file to reflect this information.

I.  In the [Viewers] section of the mosaic.ini file add or edit this information.

```
              TYPEn="audio/wav"
```

Where "n" is a next integer in the list.  The "audio/wave" is a specific MIME
(Multipurpose Internet Mail Extensions) type.  When a file is sent over the
network it is associated with a MIME so the receiving application knows what type
of file it is.  In the default mosaic.ini we distribute,  we have defined some
common MIME  types.  All you have to do is ensure the MIME associations to
applications are properly defined.  You need to type the directory path and
executable name to names point to the proper viewer.  There are two ways to
define the path to your executable.   Note:   XXXX represents the name of the
executable without the .exe extension.

```
     1.  audio/wav="c:\path_to_your_viewer\XXXX %ls"   (explicitly)

     or

     2.  audio/wav="XXXX %ls"

     (This definition implies that the executable is in either the windows
directory or it's           directory is defined in the path statement of your
autoexec.bat.  ie. mplayer.exe would
       become "mplayer %ls")
```


II.  In the [Suffixes] section define the extensions that this new type will
recognize. For example:

```
             audio/wav=.wa,.wav
```

   Note:  - The last extension listed in this definition will be used when
writing a file of that MIME type to your local hard drive.

IMPORTANT:  Since we did not develop the viewers we do not support them.



13.  How do I run Mosaic from home?

- Mosaic will run over a Serial Line Internet Protocol (SLIP) or Point to Point Protocol (PPP) connection.  The most difficult aspect is establishing the SLIP/PPP connection.  The first thing you must do is find an Internet access provider.  NCSA does not provide these services.  If you don't have an Internet access provider, stop here and see FAQ #14.  This FAQ contains a list of some nationwide Internet access providers.

- If you have an Internet access provider and you are using a commercial winsock product, you will have to contact that vendor if you are having problems with their SLIP or PPP product.

- Below is a brief description about establishing a SLIP connection using the Shareware product called Trumpet Software International Winsock version 2.0b.  This particular product has an internal modem dialer, a SLIP driver,  a PPP driver and a convenient login script that will prompt you for the phone number of the provider, your name and your password.   If you need to obtain a copy of this shareware product you can find it at the anonymous ftp site, ftp.utas.edu.au.  The file is located in the /pc/trumpet/winsock directory.  For the convenience of our users we also keep a copy of this Shareware product on our anonymous ftp server, ftp.ncsa.uiuc.edu. The file, winsock.zip, is in the /Mosaic/Windows/sockets directory.

        After you have installed the Trumpet Winsock according to it's instructions, envoke tcpman.exe and select "Setup".  Trumpet will prompt you for the following information about your network connection.  You can get this information from the company or the system administrator that provided you with the SLIP connection.

        IP address              0.0.0.0
        Name server             0.0.0.0            (0.0.0.0 = IP number)
        Gateway         0.0.0.0
        Time sever              0.0.0.0
        Domain Suffix           the.name.of.your.domain
                        ie. "ncsa.uiuc.edu" is our domain.

Check "Internal SLIP"  or "Internal PPP" ,  enter in the port number your modem uses, the baud rate of your modem and any other option you would like to take advantage of.  Save the information, click OK, and exit the program.  Now, your system should be configured properly.  Next, envoke Trumpet and select the "Dialler, Login" option.  The Trumpet winsock will prompt you for the phone number of your Internet access provider.  Next it will prompt you for your login name and you password.  Once the data is entered, the Trumpet winsock make the call to your Internet access provider and log you in.

NOTE:  There are two ways to gain access to the Internet via SLIP:

A) If you have a static slip account, that is, your  IP number doesn't change.

        - login to the server using "Dialler" "Login"
            - iconify the Trumpet windows to get it out of the way.
            - Double click on the Mosaic icon

B) You log into a server that assigns you a random IP number.  If you are randomly assigned an IP number when you login in, it will display on the screen and you will have to enter this new number in the "File, Setup" dialog box and select OK.  At this point Trumpet will prompt you with a dialog box that basically says you need to restart Trumpet for this IP number change to take effect.  Go ahead an acknowledge the box.  Let Trumpet finish logging in; you'll see "SLIP Enabled" at the bottom of the screen when Trumpet is finished.  At this

```
point you will need to re-start the Trumpet application so the IP number effect.
NOTE:  You will NOT loose you phone connection to your service provider when you
close Trumpet.

        - login to the server using "Dialler" "Login"
        - Take note of the IP number
        - Select the "Setup" from the "File" pull down menu
        - Enter the assigned IP number in the "IP address" field
                Note: After you enter the new IP number you will get a message
that
                states you will have to close the application in order for this
number
                 to take affect.  Closing Trumpet will not cause you to loose
your connection.
        - Select OK and acknowledge the dialog box.
        - Allow Trumpet to finish logging in.  You'll see "SLIP Enables" at the
bottom of
          the screen.
        - Restart Trumpet
        - Iconify the window
        - Double click on the Mosaic icon

A couple of notes:

1. The Trumpet winsock saves the phone number, login name and password
information.  If you need to change any of these parameters you will need to run
the "Dialler, Other, setup.cmd"  and Trumpet will prompt you with the phone
number, login name and password dialog boxes.

2. When you are finished with the Trumpet winsock and the network,  ensure you
use the "Dialler, Bye" command.  A problem I have noticed with the Trumpet
software is that if you don't use the Bye command your modem will remain online
until you either power down your system, you open Trumpet and select "Dialler,
Bye" or you send the modem the disconnect string.



14. How do I gain access to the Internet?

Here is a list of some of the companies that can provide nationwide SLIP and PPP
access to the Internet.  These companies are listed in alphabetical order and we
do NOT endorse any particular provider.

Colorado Supernet (info@csn.org)
Colorado School of Mines
1500 Illinois Street
Golden, CO 80401
(800)748-0800

EUnet Communications Services BV  (info@EU.net,  http://www.eu.net/)
Singel 540
1017 AZ Amsterdam
The Netherlands
Tel. +31 20 623 3803
Fax. +31 20 622 4657

Institute for Global Communications (support@igc.apc.org)
PeaceNet/EcoNet/ConflictNet/LaborNet   ** International Provider **
18 deBoom St.
```

```
San Francisco, CA  94107
tel: +1-415-442-0220
fax: +1-415-546-1794

JVNCnet (market@jvnc.net)   ** SLIP only **
Global Enterprise Services
3 Independence Way
Princeton, NJ 08540

NetCom On-Line Communication Services (info@netcom.com)
4000 Moorpark Avenue
Suite 209
San Jose, CA 95117
(408)554-8649

Performance Systems International  (info@psi.com)   ** World Wide Provider **
11800 Sunrise Valley Drive
Suite 1100
Reston, VA  22019
(703)620-6651

UUNET  (info@uunet.uu.net)   ** World Wide Provider **
3110 Fairview Park DR
Suite 570
Falls Church, VA 22042


(If you know of any other Nationwide or International SLIP or PPP service
providers let me know and I'll be happy to add their information to this list.
tmclaren@ncsa.uiuc.edu)   :^)


15.   How do I set up Proxy Gateway Support in NCSA Mosaic for Microsoft Windows

The proxy gateway services allow Mosaic to pass on a network request (in the form
of a URL) to an outside agent which will perform the request for Mosaic, and
return the results to Mosaic. The intended effect of this is to allow Mosaic
clients that are behind firewalls to pass their network requests off to a machine
that can access the internet for Mosaic. A  Mosaic client using a proxy gateway
should feel as if they were directly connected to the internet.

Proxy gateways in Mosaic are expected to talk the HTTP/1.0 protocol.  The URL
that Mosaic wants to access is passed to the proxy in the form of an HTTP/1.0 GET
request. The proxy then accesses the URL, and returns its results back to Mosaic.

Proxy gateways are currently implemented on a per access method basis. This means
each URL access method can send its requests to a different proxy. The current
access methods are ftp, gopher, wais, news, and http.

To get Mosaic to use the proxy gateway support,  you must add this section to
your mosaic.ini file of the format:

[proxy information]
http_proxy=http://your.firewall.machine:portnumber/
ftp_proxy=http://your.firewall.machine:portnumber/
wais_proxy=http://your.firewall.machine:portnumber/
gopher_proxy=http://your.firewall.machine:portnumber/

Where "your.firewall.machine.portnumber" is unique to your environment.  for
example "aixtest.cc.ukans.edu:911".
```

Since proxy gateways are expected to be used to pass through firewalls, you need to trust your proxy gateway, the best way to get a gateway you trust is to write it yourself.  For information about obtaining an web server that supports proxy services, see:

>  http://info.cern.ch/hypertext/WWW/Daemon/Overview.html


16. Do I need to register NCSA Mosaic?  What is the copyright?

You do not need to register NCSA Mosaic however, Mosaic is copyrighted by the University of Illinois.  Mosaic is available at no cost to individual users, Academic organizations, Government organizations and for internal business use. If you plan to redistribute Mosaic or profit from the use of Mosaic, you are subject to licensing.  If you are interested in licensing Mosaic for commercial use then please refer to the next question.


17. Can I get the Source Code?

The source code is available by licensing agreement only.  In order to obtain a copy of it you must fill out a licensing agreement and mail it to us via some postal service.  We will not accept electronic versions of the agreement!   Just download the agreement and print it out. You can obtain a copy of this agreement in either of the following ways:

>    a. Download it from our ftp server (ftp.ncsa.uiuc.edu or 141.142.3.135) from the /Web/Mosaic/Licensing directory.  There are various formats of this agreement for your convenience.

>    b. Use NCSA Mosaic and enter the following URL:

>>      http://www.ncsa.uiuc.edu/SDG/Software/WinMosaic/source.html

Just select Options... Load to Disk or hold the Shift key and click on one of the available formats.


18. Is NCSA Mosaic available on other platforms?

Yes, besides the Microsoft Windows version, NCSA Mosaic is available for the Macintosh and X-Windows platforms. If you interested in obtaining either of these versions you can find more information about them on our ftp server.  Mosaic for the X platform can be found in the /Mosaic/Unix directory and Mosaic for the Mac platform can be found in /Mosaic/Mac directory.  Please download the respective files and read them before you contact us for technical support.  If you can not find an answer to your question then send email to the appropriate address:

>     mosaic-x@ncsa.uiuc.edu: For X-specific help.
>     mosaic-mac@ncsa.uiuc.edu: For Mac-specific help.


19. Is NCSA Mosaic supported?

Yes, we provide as much information as we can about our browser online.  Please

see the following URL if you have a question about Mosaic.

        http://www.ncsa.uiuc.edu/SDG/Software/WinMosaic/HomePage.html


Feedback to NCSA

Your comments on NCSA Mosaic are important; user feedback is an integral part of
the Software Development Group's (SDG's) planning activities.  Bug reports are
particularly valuable because SDG's tests cannot duplicate all user environments
and equipment configurations.  Bug reports should include enough information to
enable SDG developers to reproduce the problem.  Please specify any information
given by Mosaic, and give us a URL so we can successfully reproduce the problem.
However, before you send any bug reports, comments, or suggestions, please check
our on line information to ensure your information hasn't already been reported.
This will be very helpful to us because we are swamped with email!  You can find
on-line information about known bugs, enhancement requests, FAQ's, viewers, etc.
from our home page.

        http://www.ncsa.uiuc.edu/SDG/Software/WinMosaic/HomePage.html

If the answer to your question is not included in the above source of
information, we will attempt to reply as quickly as possible.  Please remember we
are supporting NCSA Mosaic and we can not provide information about the location
of specific resources on the net.  The easiest way to mail us is to click on
Help, Mail Technical Support... and write your message.  When you are finished
just select Send and we will receive your message.

Thank you,


Mosaic for Windows Technical Support
mosaic-w@ncsa.uiuc.edu

The NCSA Software Development Group
The University of Illinois Urbana-Champaign (USA)