# EXHIBIT NN

Search

Perl Programming Documentation

[Download Perl](Download Perl)
[Explore](Explore)

Perl version

Select... 

- Preferences

Manual

- Overview
- Tutorials
- FAQs
- History / Changes
- License

Reference

- Language
- Functions
- Operators
- Special Variables
- Pragmas
- Utilities
- Internals
- Platform Specific

Modules

- A • B • C • D • E
- F • G • H • I • L
- M • N • O • P • S
- T • U • X

# perlhist

Perl 5 version 14.1 documentation
Go to top • Download PDF
Show page index • Show recent pages

Home > History / Changes > perlhist

# perlhist

- NAME
- DESCRIPTION
- INTRODUCTION
- THE KEEPERS OF THE PUMPKIN
    - PUMPKIN?
- THE RECORDS
    - SELECTED RELEASE SIZES
    - SELECTED PATCH SIZES
- THE KEEPERS OF THE RECORDS

# NAME

perlhist - the Perl history records

# DESCRIPTION

This document aims to record the Perl source code releases.

# INTRODUCTION

Perl history in brief, by Larry Wall:

```
1.      Perl 0 introduced Perl to my officemates.
2.      Perl 1 introduced Perl to the world, and changed /\(...\|...\)/ to
3.         /(...|...)/.  \(Dan Faigin still hasn't forgiven me. :-\)
4.      Perl 2 introduced Henry Spencer's regular expression package.
5.      Perl 3 introduced the ability to handle binary data (embedded nulls).
6.      Perl 4 introduced the first Camel book.  Really.  We mostly just
7.         switched version numbers so the book could refer to 4.000.
8.      Perl 5 introduced everything else, including the ability to
9.         introduce everything else.
```

# THE KEEPERS OF THE PUMPKIN

Larry Wall, Andy Dougherty, Tom Christiansen, Charles Bailey, Nick Ing-Simmons, Chip Salzenberg, Tim Bunce, Malcolm Beattie, Gurusamy Sarathy, Graham Barr, Jarkko Hietaniemi, Hugo van der Sanden, Michael Schwern, Rafael Garcia-Suarez, Nicholas Clark, Richard Clamp, Leon Brocard, Dave Mitchell, Jesse Vincent, Ricardo Signes, Steve Hay, Matt S Trout, David Golden, Florian Ragwitz, Tatsuhiko Miyagawa, Chris `BinGOs` Williams, Zefram and Ævar Arnfjörð Bjarmason.

# PUMPKIN?

[from Porting/pumpkin.pod in the Perl source code distribution]

Chip Salzenberg gets credit for that, with a nod to his cow orker, David Croy. We had passed around various names (baton, token, hot potato) but none caught on. Then, Chip asked:

[begin quote]

```
    1.      Who has the patch pumpkin?
```

To explain: David Croy once told me once that at a previous job, there was one tape drive and multiple systems that used it for backups. But instead of some high-tech exclusion software, they used a low-tech method to prevent multiple simultaneous backups: a stuffed pumpkin. No one was allowed to make backups unless they had the "backup pumpkin".

[end quote]

The name has stuck. The holder of the pumpkin is sometimes called the pumpking (keeping the source afloat?) or the pumpkineer (pulling the strings?).

# THE RECORDS

```
 1.    Pump-   Release            Date              Notes
 2.    king                                         (by no means
 3.                                                  comprehensive,
 4.                                                  see Changes*
 5.                                                  for details)
 6.    ================================================================
 7.
 8.    Larry   0                  Classified.       Don't ask.
 9.
10.    Larry   1.000              1987-Dec-18
11.
12.            1.001..10          1988-Jan-30
13.            1.011..14          1988-Feb-02
14.    Schwern 1.0.15             2002-Dec-18       Modernization
15.    Richard 1.0_16             2003-Dec-18
16.
17.    Larry   2.000              1988-Jun-05
18.
19.            2.001              1988-Jun-28
20.
21.    Larry   3.000              1989-Oct-18
22.
23.            3.001              1989-Oct-26
24.            3.002..4           1989-Nov-11
25.            3.005              1989-Nov-18
26.            3.006..8           1989-Dec-22
27.            3.009..13          1990-Mar-02
28.            3.014              1990-Mar-13
```

```
29.            3.015         1990-Mar-14
30.            3.016..18     1990-Mar-28
31.            3.019..27     1990-Aug-10     User subs.
32.            3.028         1990-Aug-14
33.            3.029..36     1990-Oct-17
34.            3.037         1990-Oct-20
35.            3.040         1990-Nov-10
36.            3.041         1990-Nov-13
37.            3.042..43     1991-Jan-??
38.            3.044         1991-Jan-12
39.
40.    Larry   4.000         1991-Mar-21
41.
42.            4.001..3      1991-Apr-12
43.            4.004..9      1991-Jun-07
44.            4.010         1991-Jun-10
45.            4.011..18     1991-Nov-05
46.            4.019         1991-Nov-11     Stable.
47.            4.020..33     1992-Jun-08
48.            4.034         1992-Jun-11
49.            4.035         1992-Jun-23
50.    Larry   4.036         1993-Feb-05     Very stable.
51.
52.            5.000alpha1   1993-Jul-31
53.            5.000alpha2   1993-Aug-16
54.            5.000alpha3   1993-Oct-10
55.            5.000alpha4   1993-???-??
56.            5.000alpha5   1993-???-??
57.            5.000alpha6   1994-Mar-18
58.            5.000alpha7   1994-Mar-25
59.    Andy    5.000alpha8   1994-Apr-04
60.    Larry   5.000alpha9   1994-May-05     ext appears.
61.            5.000alpha10  1994-Jun-11
62.            5.000alpha11  1994-Jul-01
63.    Andy    5.000a11a     1994-Jul-07     To fit 14.
64.            5.000a11b     1994-Jul-14
65.            5.000a11c     1994-Jul-19
66.            5.000a11d     1994-Jul-22
67.    Larry   5.000alpha12  1994-Aug-04
68.    Andy    5.000a12a     1994-Aug-08
69.            5.000a12b     1994-Aug-15
70.            5.000a12c     1994-Aug-22
71.            5.000a12d     1994-Aug-22
72.            5.000a12e     1994-Aug-22
73.            5.000a12f     1994-Aug-24
74.            5.000a12g     1994-Aug-24
75.            5.000a12h     1994-Aug-24
76.    Larry   5.000beta1    1994-Aug-30
77.    Andy    5.000b1a      1994-Sep-06
78.    Larry   5.000beta2    1994-Sep-14     Core slushified.
79.    Andy    5.000b2a      1994-Sep-14
80.            5.000b2b      1994-Sep-17
81.            5.000b2c      1994-Sep-17
82.    Larry   5.000beta3    1994-Sep-??
83.    Andy    5.000b3a      1994-Sep-18
84.            5.000b3b      1994-Sep-22
85.            5.000b3c      1994-Sep-23
```

```
 86.              5.000b3d       1994-Sep-27
 87.              5.000b3e       1994-Sep-28
 88.              5.000b3f       1994-Sep-30
 89.              5.000b3g       1994-Oct-04
 90.   Andy       5.000b3h       1994-Oct-07
 91.   Larry?     5.000gamma     1994-Oct-13?
 92.
 93.   Larry      5.000          1994-Oct-17
 94.
 95.   Andy       5.000a         1994-Dec-19
 96.              5.000b         1995-Jan-18
 97.              5.000c         1995-Jan-18
 98.              5.000d         1995-Jan-18
 99.              5.000e         1995-Jan-18
100.              5.000f         1995-Jan-18
101.              5.000g         1995-Jan-18
102.              5.000h         1995-Jan-18
103.              5.000i         1995-Jan-26
104.              5.000j         1995-Feb-07
105.              5.000k         1995-Feb-11
106.              5.000l         1995-Feb-21
107.              5.000m         1995-Feb-28
108.                      5.000n          1995-Mar-07
109.              5.000o         1995-Mar-13?
110.
111.   Larry      5.001          1995-Mar-13
112.
113.   Andy       5.001a         1995-Mar-15
114.              5.001b         1995-Mar-31
115.              5.001c         1995-Apr-07
116.              5.001d         1995-Apr-14
117.              5.001e         1995-Apr-18      Stable.
118.              5.001f         1995-May-31
119.              5.001g         1995-May-25
120.              5.001h         1995-May-25
121.              5.001i         1995-May-30
122.              5.001j         1995-Jun-05
123.              5.001k         1995-Jun-06
124.              5.001l         1995-Jun-06      Stable.
125.              5.001m         1995-Jul-02      Very stable.
126.                      5.001n          1995-Oct-31      Very unstable.
127.              5.002beta1     1995-Nov-21
128.              5.002b1a       1995-Dec-04
129.              5.002b1b       1995-Dec-04
130.              5.002b1c       1995-Dec-04
131.              5.002b1d       1995-Dec-04
132.              5.002b1e       1995-Dec-08
133.              5.002b1f       1995-Dec-08
134.   Tom        5.002b1g       1995-Dec-21      Doc release.
135.   Andy       5.002b1h       1996-Jan-05
136.              5.002b2        1996-Jan-14
137.   Larry      5.002b3        1996-Feb-02
138.   Andy       5.002gamma     1996-Feb-11
139.   Larry      5.002delta     1996-Feb-27
140.
141.   Larry      5.002          1996-Feb-29      Prototypes.
142.
```

```
143.    Charles  5.002_01       1996-Mar-25
144.
145.             5.003          1996-Jun-25    Security release.
146.
147.             5.003_01       1996-Jul-31
148.    Nick     5.003_02       1996-Aug-10
149.    Andy     5.003_03       1996-Aug-28
150.             5.003_04       1996-Sep-02
151.             5.003_05       1996-Sep-12
152.             5.003_06       1996-Oct-07
153.             5.003_07       1996-Oct-10
154.    Chip     5.003_08       1996-Nov-19
155.             5.003_09       1996-Nov-26
156.             5.003_10       1996-Nov-29
157.             5.003_11       1996-Dec-06
158.             5.003_12       1996-Dec-19
159.             5.003_13       1996-Dec-20
160.             5.003_14       1996-Dec-23
161.             5.003_15       1996-Dec-23
162.             5.003_16       1996-Dec-24
163.             5.003_17       1996-Dec-27
164.             5.003_18       1996-Dec-31
165.             5.003_19       1997-Jan-04
166.             5.003_20       1997-Jan-07
167.             5.003_21       1997-Jan-15
168.             5.003_22       1997-Jan-16
169.             5.003_23       1997-Jan-25
170.             5.003_24       1997-Jan-29
171.             5.003_25       1997-Feb-04
172.             5.003_26       1997-Feb-10
173.             5.003_27       1997-Feb-18
174.             5.003_28       1997-Feb-21
175.             5.003_90       1997-Feb-25    Ramping up to the 5.004 release.
176.             5.003_91       1997-Mar-01
177.             5.003_92       1997-Mar-06
178.             5.003_93       1997-Mar-10
179.             5.003_94       1997-Mar-22
180.             5.003_95       1997-Mar-25
181.             5.003_96       1997-Apr-01
182.             5.003_97       1997-Apr-03    Fairly widely used.
183.             5.003_97a      1997-Apr-05
184.             5.003_97b      1997-Apr-08
185.             5.003_97c      1997-Apr-10
186.             5.003_97d      1997-Apr-13
187.             5.003_97e      1997-Apr-15
188.             5.003_97f      1997-Apr-17
189.             5.003_97g      1997-Apr-18
190.             5.003_97h      1997-Apr-24
191.             5.003_97i      1997-Apr-25
192.             5.003_97j      1997-Apr-28
193.             5.003_98       1997-Apr-30
194.             5.003_99       1997-May-01
195.             5.003_99a      1997-May-09
196.             p54rc1         1997-May-12    Release Candidates.
197.             p54rc2         1997-May-14
198.
199.    Chip     5.004          1997-May-15    A major maintenance release.
```

```
200.
201.   Tim       5.004_01-t1   1997-???-??    The 5.004 maintenance track.
202.             5.004_01-t2   1997-Jun-11    aka perl5.004m1t2
203.             5.004_01      1997-Jun-13
204.             5.004_01_01   1997-Jul-29    aka perl5.004m2t1
205.             5.004_01_02   1997-Aug-01    aka perl5.004m2t2
206.             5.004_01_03   1997-Aug-05    aka perl5.004m2t3
207.             5.004_02      1997-Aug-07
208.             5.004_02_01   1997-Aug-12    aka perl5.004m3t1
209.             5.004_03-t2   1997-Aug-13    aka perl5.004m3t2
210.             5.004_03      1997-Sep-05
211.             5.004_04-t1   1997-Sep-19    aka perl5.004m4t1
212.             5.004_04-t2   1997-Sep-23    aka perl5.004m4t2
213.             5.004_04-t3   1997-Oct-10    aka perl5.004m4t3
214.             5.004_04-t4   1997-Oct-14    aka perl5.004m4t4
215.             5.004_04      1997-Oct-15
216.             5.004_04-m1   1998-Mar-04    (5.004m5t1) Maint. trials for 5.004_05.
217.             5.004_04-m2   1998-May-01
218.             5.004_04-m3   1998-May-15
219.             5.004_04-m4   1998-May-19
220.             5.004_05-MT5  1998-Jul-21
221.             5.004_05-MT6  1998-Oct-09
222.             5.004_05-MT7  1998-Nov-22
223.             5.004_05-MT8  1998-Dec-03
224.   Chip      5.004_05-MT9  1999-Apr-26
225.             5.004_05      1999-Apr-29
226.
227.   Malcolm   5.004_50      1997-Sep-09    The 5.005 development track.
228.             5.004_51      1997-Oct-02
229.             5.004_52      1997-Oct-15
230.             5.004_53      1997-Oct-16
231.             5.004_54      1997-Nov-14
232.             5.004_55      1997-Nov-25
233.             5.004_56      1997-Dec-18
234.             5.004_57      1998-Feb-03
235.             5.004_58      1998-Feb-06
236.             5.004_59      1998-Feb-13
237.             5.004_60      1998-Feb-20
238.             5.004_61      1998-Feb-27
239.             5.004_62      1998-Mar-06
240.             5.004_63      1998-Mar-17
241.             5.004_64      1998-Apr-03
242.             5.004_65      1998-May-15
243.             5.004_66      1998-May-29
244.   Sarathy   5.004_67      1998-Jun-15
245.             5.004_68      1998-Jun-23
246.             5.004_69      1998-Jun-29
247.             5.004_70      1998-Jul-06
248.             5.004_71      1998-Jul-09
249.             5.004_72      1998-Jul-12
250.             5.004_73      1998-Jul-13
251.             5.004_74      1998-Jul-14    5.005 beta candidate.
252.             5.004_75      1998-Jul-15    5.005 beta1.
253.             5.004_76      1998-Jul-21    5.005 beta2.
254.
255.   Sarathy   5.005         1998-Jul-22    Oneperl.
256.
```

```
257.    Sarathy    5.005_01        1998-Jul-27     The 5.005 maintenance track.
258.               5.005_02-T1     1998-Aug-02
259.               5.005_02-T2     1998-Aug-05
260.               5.005_02        1998-Aug-08
261.    Graham     5.005_03-MT1    1998-Nov-30
262.               5.005_03-MT2    1999-Jan-04
263.               5.005_03-MT3    1999-Jan-17
264.               5.005_03-MT4    1999-Jan-26
265.               5.005_03-MT5    1999-Jan-28
266.               5.005_03-MT6    1999-Mar-05
267.               5.005_03        1999-Mar-28
268.    Leon       5.005_04-RC1    2004-Feb-05
269.               5.005_04-RC2    2004-Feb-18
270.               5.005_04        2004-Feb-23
271.               5.005_05-RC1    2009-Feb-16
272.
273.    Sarathy    5.005_50        1998-Jul-26     The 5.6 development track.
274.               5.005_51        1998-Aug-10
275.               5.005_52        1998-Sep-25
276.               5.005_53        1998-Oct-31
277.               5.005_54        1998-Nov-30
278.               5.005_55        1999-Feb-16
279.               5.005_56        1999-Mar-01
280.               5.005_57        1999-May-25
281.               5.005_58        1999-Jul-27
282.               5.005_59        1999-Aug-02
283.               5.005_60        1999-Aug-02
284.               5.005_61        1999-Aug-20
285.               5.005_62        1999-Oct-15
286.               5.005_63        1999-Dec-09
287.               5.5.640         2000-Feb-02
288.               5.5.650         2000-Feb-08     beta1
289.               5.5.660         2000-Feb-22     beta2
290.               5.5.670         2000-Feb-29     beta3
291.               5.6.0-RC1       2000-Mar-09     Release candidate 1.
292.               5.6.0-RC2       2000-Mar-14     Release candidate 2.
293.               5.6.0-RC3       2000-Mar-21     Release candidate 3.
294.
295.    Sarathy    5.6.0           2000-Mar-22
296.
297.    Sarathy    5.6.1-TRIAL1    2000-Dec-18     The 5.6 maintenance track.
298.               5.6.1-TRIAL2    2001-Jan-31
299.               5.6.1-TRIAL3    2001-Mar-19
300.               5.6.1-foolish   2001-Apr-01     The "fools-gold" release.
301.               5.6.1           2001-Apr-08
302.    Rafael     5.6.2-RC1       2003-Nov-08
303.               5.6.2           2003-Nov-15     Fix new build issues
304.
305.    Jarkko     5.7.0           2000-Sep-02     The 5.7 track: Development.
306.               5.7.1           2001-Apr-09
307.               5.7.2           2001-Jul-13     Virtual release candidate 0.
308.               5.7.3           2002-Mar-05
309.               5.8.0-RC1       2002-Jun-01
310.               5.8.0-RC2       2002-Jun-21
311.               5.8.0-RC3       2002-Jul-13
312.
313.    Jarkko     5.8.0           2002-Jul-18
```

```
314.
315.   Jarkko     5.8.1-RC1     2003-Jul-10     The 5.8 maintenance track
316.              5.8.1-RC2     2003-Jul-11
317.              5.8.1-RC3     2003-Jul-30
318.              5.8.1-RC4     2003-Aug-01
319.              5.8.1-RC5     2003-Sep-22
320.              5.8.1         2003-Sep-25
321.   Nicholas   5.8.2-RC1     2003-Oct-27
322.              5.8.2-RC2     2003-Nov-03
323.              5.8.2         2003-Nov-05
324.              5.8.3-RC1     2004-Jan-07
325.              5.8.3         2004-Jan-14
326.              5.8.4-RC1     2004-Apr-05
327.              5.8.4-RC2     2004-Apr-15
328.              5.8.4         2004-Apr-21
329.              5.8.5-RC1     2004-Jul-06
330.              5.8.5-RC2     2004-Jul-08
331.              5.8.5         2004-Jul-19
332.              5.8.6-RC1     2004-Nov-11
333.              5.8.6         2004-Nov-27
334.              5.8.7-RC1     2005-May-18
335.              5.8.7         2005-May-30
336.              5.8.8-RC1     2006-Jan-20
337.              5.8.8         2006-Jan-31
338.              5.8.9-RC1     2008-Nov-10
339.              5.8.9-RC2     2008-Dec-06
340.              5.8.9         2008-Dec-14
341.
342.   Hugo       5.9.0         2003-Oct-27     The 5.9 development track
343.   Rafael     5.9.1         2004-Mar-16
344.              5.9.2         2005-Apr-01
345.              5.9.3         2006-Jan-28
346.              5.9.4         2006-Aug-15
347.              5.9.5         2007-Jul-07
348.              5.10.0-RC1    2007-Nov-17
349.              5.10.0-RC2    2007-Nov-25
350.
351.   Rafael     5.10.0        2007-Dec-18
352.
353.   David M    5.10.1-RC1    2009-Aug-06     The 5.10 maintenance track
354.              5.10.1-RC2    2009-Aug-18
355.              5.10.1        2009-Aug-22
356.
357.   Jesse      5.11.0        2009-Oct-02     The 5.11 development track
358.              5.11.1        2009-Oct-20
359.   Leon       5.11.2        2009-Nov-20
360.   Jesse      5.11.3        2009-Dec-20
361.   Ricardo    5.11.4        2010-Jan-20
362.   Steve      5.11.5        2010-Feb-20
363.   Jesse      5.12.0-RC0    2010-Mar-21
364.              5.12.0-RC1    2010-Mar-29
365.              5.12.0-RC2    2010-Apr-01
366.              5.12.0-RC3    2010-Apr-02
367.              5.12.0-RC4    2010-Apr-06
368.              5.12.0-RC5    2010-Apr-09
369.
370.   Jesse      5.12.0        2010-Apr-12
```

```
371.
372.    Jesse      5.12.1-RC2    2010-May-13     The 5.12 maintenance track
373.               5.12.1-RC1    2010-May-09
374.               5.12.1        2010-May-16
375.               5.12.2-RC2    2010-Aug-31
376.               5.12.2        2010-Sep-06
377.    Ricardo    5.12.3-RC1    2011-Jan-09
378.    Ricardo    5.12.3-RC2    2011-Jan-14
379.    Ricardo    5.12.3-RC3    2011-Jan-17
380.    Ricardo    5.12.3        2011-Jan-21
381.
382.    Leon       5.13.0        2010-Apr-20     The 5.13 development track
383.    Ricardo    5.13.1        2010-May-20
384.    Matt       5.13.2        2010-Jun-22
385.    David G    5.13.3        2010-Jul-20
386.    Florian    5.13.4        2010-Aug-20
387.    Steve      5.13.5        2010-Sep-19
388.    Miyagawa   5.13.6        2010-Oct-20
389.    BinGOs     5.13.7        2010-Nov-20
390.    Zefram     5.13.8        2010-Dec-20
391.    Jesse      5.13.9        2011-Jan-20
392.    Ævar       5.13.10       2011-Feb-20
393.    Florian    5.13.11       2011-Mar-20
394.    Jesse      5.14.0RC1     2011-Apr-20
395.    Jesse      5.14.0RC2     2011-May-04
396.    Jesse      5.14.0RC3     2011-May-11
397.
398.    Jesse      5.14.0        2011-May-14     The 5.14 maintenance track
399.    Jesse      5.14.1        2011-Jun-16
```

# SELECTED RELEASE SIZES

For example the notation "core: 212 29" in the release 1.000 means that it had in the core 212 kilobytes, in 29 files. The "core".."doc" are explained below.

```
 1.     release           core         lib          ext         t           doc
 2.     ================================================================================
 3.
 4.     1.000              212   29     -     -      -     -      38    51     62    3
 5.     1.014              219   29     -     -      -     -      39    52     68    4
 6.     2.000              309   31     2     3      -     -      55    57     92    4
 7.     2.001              312   31     2     3      -     -      55    57     94    4
 8.     3.000              508   36    24    11      -     -      79    73    156    5
 9.     3.044              645   37    61    20      -     -      90    74    190    6
10.     4.000              635   37    59    20      -     -      91    75    198    4
11.     4.019              680   37    85    29      -     -      98    76    199    4
12.     4.036              709   37    89    30      -     -      98    76    208    5
13.     5.000alpha2        785   50   114    32      -     -     112    86    209    5
14.     5.000alpha3        801   50   117    33      -     -     121    87    209    5
15.     5.000alpha9       1022   56   149    43    116    29     125    90    217    6
16.     5.000a12h          978   49   140    49    205    46     152    97    228    9
17.     5.000b3h          1035   53   232    70    216    38     162    94    218   21
18.     5.000             1038   53   250    76    216    38     154    92    536   62
19.     5.001m            1071   54   388    82    240    38     159    95    544   29
20.     5.002             1121   54   661   101    287    43     155    94    847   35
```

```
   21.    5.003            1129  54    680  102     291    43    166   100    853   35
   22.    5.003_07         1231  60    748  106     396    53    213   137    976   39
   23.    5.004            1351  60   1230  136     408    51    355   161   1587   55
   24.    5.004_01         1356  60   1258  138     410    51    358   161   1587   55
   25.    5.004_04         1375  60   1294  139     413    51    394   162   1629   55
   26.    5.004_05         1463  60   1435  150     394    50    445   175   1855   59
   27.    5.004_51         1401  61   1260  140     413    53    358   162   1594   56
   28.    5.004_53         1422  62   1295  141     438    70    394   162   1637   56
   29.    5.004_56         1501  66   1301  140     447    74    408   165   1648   57
   30.    5.004_59         1555  72   1317  142     448    74    424   171   1678   58
   31.    5.004_62         1602  77   1327  144     629    92    428   173   1674   58
   32.    5.004_65         1626  77   1358  146     615    92    446   179   1698   60
   33.    5.004_68         1856  74   1382  152     619    92    463   187   1784   60
   34.    5.004_70         1863  75   1456  154     675    92    494   194   1809   60
   35.    5.004_73         1874  76   1467  152     762   102    506   196   1883   61
   36.    5.004_75         1877  76   1467  152     770   103    508   196   1896   62
   37.    5.005            1896  76   1469  152     795   103    509   197   1945   63
   38.    5.005_03         1936  77   1541  153     813   104    551   201   2176   72
   39.    5.005_50         1969  78   1842  301     795   103    514   198   1948   63
   40.    5.005_53         1999  79   1885  303     806   104    602   224   2002   67
   41.    5.005_56         2086  79   1970  307     866   113    672   238   2221   75
   42.    5.6.0            2820  79   2626  364    1096   129    863   280   2840   93
   43.    5.6.1            2946  78   2921  430    1171   132   1024   304   3330  102
   44.    5.6.2            2947  78   3143  451    1247   127   1303   387   3406  102
   45.    5.7.0            2977  80   2801  425    1250   132    975   307   3206  100
   46.    5.7.1            3351  84   3442  455    1944   167   1334   357   3698  124
   47.    5.7.2            3491  87   4858  618    3290   298   1598   449   3910  139
   48.    5.7.3            3299  85   4295  537    2196   300   2176   626   4171  120
   49.    5.8.0            3489  87   4533  585    2437   331   2588   726   4368  125
   50.    5.8.1            3674  90   5104  623    2604   353   2983   836   4625  134
   51.    5.8.2            3633  90   5111  623    2623   357   3019   848   4634  135
   52.    5.8.3            3625  90   5141  624    2660   363   3083   869   4669  136
   53.    5.8.4            3653  90   5170  634    2684   368   3148   885   4689  137
   54.    5.8.5            3664  90   4260  303    2707   369   3208   898   4689  138
   55.    5.8.6            3690  90   4271  303    3141   396   3411   925   4709  139
   56.    5.8.7            3788  90   4322  307    3297   401   3485   964   4744  141
   57.    5.8.8            3895  90   4357  314    3409   431   3622  1017   4979  144
   58.    5.8.9            4132  93   5508  330    3826   529   4364  1234   5348  152
   59.    5.9.0            3657  90   4951  626    2603   354   3011   841   4609  135
   60.    5.9.1            3580  90   5196  634    2665   367   3186   889   4725  138
   61.    5.9.2            3863  90   4654  312    3283   403   3551   973   4800  142
   62.    5.9.3            4096  91   5318  381    4806   597   4272  1214   5139  147
   63.    5.9.4            4393  94   5718  415    4578   642   4646  1310   5335  153
   64.    5.9.5            4681  96   6849  479    4827   671   5155  1490   5572  159
   65.    5.10.0           4710  97   7050  486    4899   673   5275  1503   5673  160
   66.    5.10.1           4858  98   7440  519    6195   921   6147  1751   5151  163
   67.    5.12.0           4999 100   1146  121   15227  2176   6400  1843   5342  168
   68.    5.12.1           5000 100   1146  121   15283  2178   6407  1846   5354  169
   69.    5.12.2           5003 100   1146  121   15404  2178   6413  1846   5376  170
   70.    5.12.3           5004 100   1146  121   15529  2180   6417  1848   5391  171
```

The "core"..."doc" mean the following files from the Perl source code distribution. The glob notation ** means recursively, (.) means regular files.

```
    1.  core    *.[hcy]
    2.  lib     lib/**/*.p[ml]
```

```
   3.    ext      ext/**/*.{[hcyt],xs,pm} (for -5.10.1) or
   4.             {dist,ext,cpan}/**/*.{[hcyt],xs,pm} (for 5.12.0-)
   5.    t        t/**/*(.) (for 1-5.005_56) or **/*.t (for 5.6.0-5.7.3)
   6.    doc      {README*,INSTALL,*[_.]man{,.?},pod/**/*.pod}
```

Here are some statistics for the other subdirectories and one file in the Perl source distribution for somewhat more selected releases.

```
  1.    ========================================================================
  2.       Legend:    kB    #
  3.
  4.                       1.014         2.001         3.044
  5.
  6.    Configure       31     1      37      1      62      1
  7.    eg               -     -      34     28      47     39
  8.    h2pl             -     -       -      -      12     12
  9.    msdos            -     -       -      -      41     13
 10.    os2              -     -       -      -      63     22
 11.    usub             -     -       -      -      21     16
 12.    x2p            103    17     104     17     137     17
 13.
 14.    ========================================================================
 15.
 16.                       4.000         4.019         4.036
 17.
 18.    atarist          -     -       -      -     113     31
 19.    Configure       73     1      83      1      86      1
 20.    eg              47    39      47     39      47     39
 21.    emacs           67     4      67      4      67      4
 22.    h2pl            12    12      12     12      12     12
 23.    hints            -     -       5     42      11     56
 24.    msdos           57    15      58     15      60     15
 25.    os2             81    29      81     29     113     31
 26.    usub            25     7      43      8      43      8
 27.    x2p            147    18     152     19     154     19
 28.
 29.    ========================================================================
 30.
 31.                   5.000a2   5.000a12h   5.000b3h      5.000      5.001m
 32.
 33.     apollo         8    3      8     3     8     3     8     3      8     3
 34.     atarist      113   31    113    31     -     -     -     -      -     -
 35.    bench           -    -      0     1     -     -     -     -      -     -
 36.    Bugs            2    5     26     1     -     -     -     -      -     -
 37.    dlperl         40    5      -     -     -     -     -     -      -     -
 38.    do            127   71      -     -     -     -     -     -      -     -
 39.    Configure       -    -    153     1   159     1   160     1    180     1
 40.    Doc             -    -     26     1    75     7    11     1     11     1
 41.    eg             79   58     53    44    51    43    54    44     54    44
 42.    emacs          67    4    104     6   104     6   104     1    104     6
 43.    h2pl           12   12     12    12    12    12    12    12     12    12
 44.    hints          11   56     12    46    18    48    18    48     44    56
 45.    msdos          60   15     60    15     -     -     -     -      -     -
 46.    os2           113   31    113    31     -     -     -     -      -     -
 47.    U               -    -     62     8   112    42     -     -      -     -
 48.    usub           43    8      -     -     -     -     -     -      -     -
```

```
49.    vms            -     -      80    7    123    9    184   15    304   20
50.    x2p          171    22     171   21    162   20    162   20    279   20
51.
52.   ========================================================================
53.
54.                       5.002         5.003      5.003_07
55.
56.    Configure    201     1     201    1    217    1
57.    eg            54    44      54   44     54   44
58.    emacs        108     1     108    1    143    1
59.    h2pl          12    12      12   12     12   12
60.    hints         73    59      77   60     90   62
61.    os2           84    17      56   10    117   42
62.    plan9          -     -       -    -     79   15
63.    Porting        -     -       -    -     51    1
64.    utils         87     7      88    7     97    7
65.    vms          500    24     475   26    505   27
66.    x2p          280    20     280   20    280   19
67.
68.   ========================================================================
69.
70.                       5.004      5.004_04   5.004_62   5.004_65   5.004_68
71.
72.    beos           -     -       -    -      -    -      1    1      1    1
73.    Configure    225     1     225    1    240    1    248    1    256    1
74.    cygwin32      23     5      23    5     23    5     24    5     24    5
75.    djgpp          -     -       -    -     14    5     14    5     14    5
76.    eg            81    62      81   62     81   62     81   62     81   62
77.    emacs        194     1     204    1    212    2    212    2    212    2
78.    h2pl          12    12      12   12     12   12     12   12     12   12
79.    hints        129    69     132   71    144   72    151   74    155   74
80.    os2          121    42     127   42    127   44    129   44    129   44
81.    plan9         82    15      82   15     82   15     82   15     82   15
82.    Porting       94     2     109    4    203    6    234    8    241    9
83.    qnx            1     2       1    2      1    2      1    2      1    2
84.    utils        112     8     118    8    124    8    156    9    159    9
85.    vms          518    34     524   34    538   34    569   34    569   34
86.    win32        285    33     378   36    470   39    493   39    575   41
87.    x2p          281    19     281   19    281   19    282   19    281   19
88.
89.   ========================================================================
90.
91.                     5.004_70   5.004_73   5.004_75      5.005   5.005_03
92.
93.    apollo         -     -       -    -      -    -      -    -      0    1
94.    beos           1     1       1    1      1    1      1    1      1    1
95.    Configure    256     1     256    1    264    1    264    1    270    1
96.    cygwin32      24     5      24    5     24    5     24    5     24    5
97.    djgpp         14     5      14    5     14    5     14    5     15    5
98.    eg            86    65      86   65     86   65     86   65     86   65
99.    emacs        262     2     262    2    262    2    262    2    274    2
100.   h2pl          12    12      12   12     12   12     12   12     12   12
101.   hints        157    74     157   74    159   74    160   74    179   77
102.   mint           -     -       -    -      -    -      -    -      4    7
103.   mpeix          -     -       -    -      5    3      5    3      5    3
104.   os2          129    44     139   44    142   44    143   44    148   44
105.   plan9         82    15      82   15     82   15     82   15     82   15
```

```
106.    Porting       241     9    253     9    259    10    264    12    272    13
107.    qnx             1     2      1     2      1     2      1     2      1     2
108.    utils         160     9    160     9    160     9    160     9    164     9
109.    vms           570    34    572    34    573    34    575    34    583    34
110.    vos             -     -      -     -      -     -      -     -    156    10
111.    win32         577    41    585    41    585    41    587    41    600    42
112.    x2p           281    19    281    19    281    19    281    19    281    19
113.
114.    ===============================================================================
115.
116.                    5.6.0         5.6.1         5.6.2         5.7.3
117.
118.    apollo          8     3      8     3      8     3      8     3
119.    beos            5     2      5     2      5     2      6     4
120.    Configure     346     1    361     1    363     1    394     1
121.    Cross           -     -      -     -      -     -      4     2
122.    djgpp          19     6     19     6     19     6     21     7
123.    eg            112    71    112    71    112    71      -     -
124.    emacs         303     4    319     4    319     4    319     4
125.    epoc           29     8     35     8     35     8     36     8
126.    h2pl           24    15     24    15     24    15     24    15
127.    hints         242    83    250    84    321    89    272    87
128.    mint           11     9     11     9     11     9     11     9
129.    mpeix           9     4      9     4      9     4      9     4
130.    NetWare         -     -      -     -      -     -    423    57
131.    os2           214    59    224    60    224    60    357    66
132.    plan9          92    17     92    17     92    17     85    15
133.    Porting       361    15    390    16    390    16    425    21
134.    qnx             5     3      5     3      5     3      5     3
135.    utils         228    12    221    11    222    11    267    13
136.    uts             -     -      -     -      -     -     12     3
137.    vmesa          25     4     25     4     25     4     25     4
138.    vms           686    38    627    38    627    38    649    36
139.    vos           227    12    249    15    248    15    281    17
140.    win32         755    41    782    42    801    42   1006    50
141.    x2p           307    20    307    20    307    20    345    20
142.
143.    ===============================================================================
144.
145.                    5.8.0         5.8.1         5.8.2         5.8.3         5.8.4
146.
147.    apollo          8     3      8     3      8     3      8     3      8     3
148.    beos            6     4      6     4      6     4      6     4      6     4
149.    Configure     472     1    493     1    493     1    493     1    494     1
150.    Cross           4     2     45    10     45    10     45    10     45    10
151.    djgpp          21     7     21     7     21     7     21     7     21     7
152.    emacs         319     4    329     4    329     4    329     4    329     4
153.    epoc           33     8     33     8     33     8     33     8     33     8
154.    h2pl           24    15     24    15     24    15     24    15     24    15
155.    hints         294    88    321    89    321    89    321    89    348    91
156.    mint           11     9     11     9     11     9     11     9     11     9
157.    mpeix          24     5     25     5     25     5     25     5     25     5
158.    NetWare       488    61    490    61    490    61    490    61    488    61
159.    os2           361    66    445    67    450    67    488    67    488    67
160.    plan9          85    15    325    17    325    17    325    17    321    17
161.    Porting       479    22    537    32    538    32    539    32    538    33
162.    qnx             5     3      5     3      5     3      5     3      5     3
```

```
163.    utils        275    15    258    16    258    16    263    19    263    19
164.    uts           12     3     12     3     12     3     12     3     12     3
165.    vmesa         25     4     25     4     25     4     25     4     25     4
166.    vms          648    36    654    36    654    36    656    36    656    36
167.    vos          330    20    335    20    335    20    335    20    335    20
168.    win32       1062    49   1125    49   1127    49   1126    49   1181    56
169.    x2p          347    20    348    20    348    20    348    20    348    20
170.
171.    ===========================================================================
172.
173.                     5.8.5          5.8.6          5.8.7          5.8.8          5.8.9
174.
175.    apollo         8     3      8     3      8     3      8     3      8     3
176.    beos           6     4      6     4      8     4      8     4      8     4
177.    Configure    494     1    494     1    495     1    506     1    520     1
178.    Cross         45    10     45    10     45    10     45    10     46    10
179.    djgpp         21     7     21     7     21     7     21     7     21     7
180.    emacs        329     4    329     4    329     4    329     4    406     4
181.    epoc          33     8     33     8     33     8     34     8     35     8
182.    h2pl          24    15     24    15     24    15     24    15     24    15
183.    hints        350    91    352    91    355    94    360    94    387    99
184.    mint          11     9     11     9     11     9     11     9     11     9
185.    mpeix         25     5     25     5     25     5     49     6     49     6
186.    NetWare      488    61    488    61    488    61    490    61    491    61
187.    os2          488    67    488    67    488    67    488    67    552    70
188.    plan9        321    17    321    17    321    17    322    17    324    17
189.    Porting      538    34    548    35    549    35    564    37    625    41
190.    qnx            5     3      5     3      5     3      5     3      5     3
191.    utils        265    19    265    19    266    19    267    19    281    21
192.    uts           12     3     12     3     12     3     12     3     12     3
193.    vmesa         25     4     25     4     25     4     25     4     25     4
194.    vms          657    36    658    36    662    36    664    36    716    35
195.    vos          335    20    335    20    335    20    336    21    345    22
196.    win32       1183    56   1190    56   1199    56   1219    56   1484    68
197.    x2p          349    20    349    20    349    20    349    19    350    19
198.
199.    ===========================================================================
200.
201.                     5.9.0          5.9.1          5.9.2          5.9.3          5.9.4
202.
203.    apollo         8     3      8     3      8     3      8     3      8     3
204.    beos           6     4      6     4      8     4      8     4      8     4
205.    Configure    493     1    493     1    495     1    508     1    512     1
206.    Cross         45    10     45    10     45    10     45    10     46    10
207.    djgpp         21     7     21     7     21     7     21     7     21     7
208.    emacs        329     4    329     4    329     4    329     4    329     4
209.    epoc          33     8     33     8     33     8     34     8     34     8
210.    h2pl          24    15     24    15     24    15     24    15     24    15
211.    hints        321    89    346    91    355    94    359    94    366    96
212.    mad            -     -      -     -      -     -      -     -    174     6
213.    mint          11     9     11     9     11     9     11     9     11     9
214.    mpeix         25     5     25     5     25     5     49     6     49     6
215.    NetWare      489    61    487    61    487    61    489    61    489    61
216.    os2          444    67    488    67    488    67    488    67    488    67
217.    plan9        325    17    321    17    321    17    322    17    323    17
218.    Porting      537    32    536    33    549    36    564    38    576    38
219.    qnx            5     3      5     3      5     3      5     3      5     3
```

```
220.     symbian         -      -       -     -       -     -     293    53    293    53
221.     utils         258     16     263    19     268    20     273    23    275    24
222.     uts            12      3      12     3      12     3      12     3     12     3
223.     vmesa          25      4      25     4      25     4      25     4     25     4
224.     vms           660     36     547    33     553    33     661    33    696    33
225.     vos            11      7      11     7      11     7      11     7     11     7
226.     win32        1120     49    1124    51    1191    56    1209    56   1719    90
227.     x2p           348     20     348    20     349    20     349    19    349    19
228.
229.     ===============================================================================
230.
231.                    5.9.5         5.10.0        5.10.1        5.12.0       5.12.1
232.
233.     apollo          8      3       8     3       0     3       0     3      0     3
234.     beos            8      4       8     4       4     4       4     4      4     4
235.     Configure     518      1     518     1     533     1     536     1    536     1
236.     Cross         122     15     122    15     119    15     118    15    118    15
237.     djgpp          21      7      21     7      17     7      17     7     17     7
238.     emacs         329      4     406     4     402     4     402     4    402     4
239.     epoc           34      8      35     8      31     8      31     8     31     8
240.     h2pl           24     15      24    15      12    15      12    15     12    15
241.     hints         377     98     381    98     385   100     368    97    368    97
242.     mad           182      8     182     8     174     8     174     8    174     8
243.     mint           11      9      11     9       3     9       -     -      -     -
244.     mpeix          49      6      49     6      45     6      45     6     45     6
245.     NetWare       489     61     489    61     465    61     466    61    466    61
246.     os2           552     70     552    70     507    70     507    70    507    70
247.     plan9         324     17     324    17     316    17     316    17    316    17
248.     Porting       627     40     632    40     933    53     749    54    749    54
249.     qnx             5      3       5     4       1     4       1     4      1     4
250.     symbian       300     54     300    54     290    54     288    54    288    54
251.     utils         260     26     264    27     268    27     269    27    269    27
252.     uts            12      3      12     3       8     3       8     3      8     3
253.     vmesa          25      4      25     4      21     4      21     4     21     4
254.     vms           690     32     722    32     693    30     645    18    645    18
255.     vos            19      8      19     8      16     8      16     8     16     8
256.     win32        1482     68    1485    68    1497    70    1841    73   1841    73
257.     x2p           349     19     349    19     345    19     345    19    345    19
258.
259.     ===============================================================================
260.
261.                    5.12.2        5.12.3
262.
263.     apollo          0      3       0     3
264.     beos            4      4       4     4
265.     Configure     536      1     536     1
266.     Cross         118     15     118    15
267.     djgpp          17      7      17     7
268.     emacs         402      4     402     4
269.     epoc           31      8      31     8
270.     h2pl           12     15      12    15
271.     hints         368     97     368    97
272.     mad           174      8     174     8
273.     mpeix          45      6      45     6
274.     NetWare       466     61     466    61
275.     os2           507     70     507    70
276.     plan9         316     17     316    17
```

```
277.    Porting           750   54    750   54
278.    qnx                 1    4      1    4
279.    symbian           288   54    288   54
280.    utils             269   27    269   27
281.    uts                 8    3      8    3
282.    vmesa              21    4     21    4
283.    vms               646   18    644   18
284.    vos                16    8     16    8
285.    win32            1841   73   1841   73
286.    x2p               345   19    345   19
```

# SELECTED PATCH SIZES

The "diff lines kB" means that for example the patch 5.003_08, to be applied on top of the 5.003_07 (or whatever was before the 5.003_08) added lines for 110 kilobytes, it removed lines for 19 kilobytes, and changed lines for 424 kilobytes. Just the lines themselves are counted, not their context. The "+ - !" become from the diff(1) context diff output format.

```
 1.     Pump-   Release         Date              diff lines kB
 2.     king                                      -------------
 3.                                                +      -    !
 4.     ================================================================
 5.
 6.     Chip    5.003_08        1996-Nov-19      110     19    424
 7.             5.003_09        1996-Nov-26       38      9    248
 8.             5.003_10        1996-Nov-29       29      2     27
 9.             5.003_11        1996-Dec-06       73     12    165
10.             5.003_12        1996-Dec-19      275      6    436
11.             5.003_13        1996-Dec-20       95      1     56
12.             5.003_14        1996-Dec-23       23      7    333
13.             5.003_15        1996-Dec-23        0      0      1
14.             5.003_16        1996-Dec-24       12      3     50
15.             5.003_17        1996-Dec-27       19      1     14
16.             5.003_18        1996-Dec-31       21      1     32
17.             5.003_19        1997-Jan-04       80      3     85
18.             5.003_20        1997-Jan-07       18      1    146
19.             5.003_21        1997-Jan-15       38     10    221
20.             5.003_22        1997-Jan-16        4      0     18
21.             5.003_23        1997-Jan-25       71     15    119
22.             5.003_24        1997-Jan-29      426      1     20
23.             5.003_25        1997-Feb-04       21      8    169
24.             5.003_26        1997-Feb-10       16      1     15
25.             5.003_27        1997-Feb-18       32     10     38
26.             5.003_28        1997-Feb-21       58      4     66
27.             5.003_90        1997-Feb-25       22      2     34
28.             5.003_91        1997-Mar-01       37      1     39
29.             5.003_92        1997-Mar-06       16      3     69
30.             5.003_93        1997-Mar-10       12      3     15
31.             5.003_94        1997-Mar-22      407      7    200
32.             5.003_95        1997-Mar-25       41      1     37
33.             5.003_96        1997-Apr-01      283      5    261
34.             5.003_97        1997-Apr-03       13      2     34
35.             5.003_97a       1997-Apr-05       57      1     27
36.             5.003_97b       1997-Apr-08       14      1     20
37.             5.003_97c       1997-Apr-10       20      1     16
```

```
 38.            5.003_97d    1997-Apr-13      8      0      16
 39.            5.003_97e    1997-Apr-15     15      4      46
 40.            5.003_97f    1997-Apr-17      7      1      33
 41.            5.003_97g    1997-Apr-18      6      1      42
 42.            5.003_97h    1997-Apr-24     23      3      68
 43.            5.003_97i    1997-Apr-25     23      1      31
 44.            5.003_97j    1997-Apr-28     36      1      49
 45.            5.003_98     1997-Apr-30    171     12     539
 46.            5.003_99     1997-May-01      6      0       7
 47.            5.003_99a    1997-May-09     36      2      61
 48.            p54rc1       1997-May-12      8      1      11
 49.            p54rc2       1997-May-14      6      0      40
 50.
 51.      5.004              1997-May-15      4      0       4
 52.
 53. Tim  5.004_01           1997-Jun-13    222     14      57
 54.      5.004_02           1997-Aug-07    112     16     119
 55.      5.004_03           1997-Sep-05    109      0      17
 56.      5.004_04           1997-Oct-15     66      8     173
```

## The patch-free era

In more modern times, named releases don't come as often, and as progress can be followed (nearly) instantly (with rsync, and since late 2008, git) patches between versions are no longer provided. However, that doesn't keep us from calculating how large a patch could have been. Which is shown in the table below. Unless noted otherwise, the size mentioned is the patch to bring version x.y.z to x.y.z+1.

```
  1.  Sarathy   5.6.1       2001-Apr-08    531     44    651
  2.  Rafael    5.6.2       2003-Nov-15     20     11   1819
  3.
  4.  Jarkko    5.8.0       2002-Jul-18   1205     31    471   From 5.7.3
  5.
  6.            5.8.1       2003-Sep-25    243    102   6162
  7.  Nicholas  5.8.2       2003-Nov-05     10     50    788
  8.            5.8.3       2004-Jan-14     31     13    360
  9.            5.8.4       2004-Apr-21     33      8    299
 10.            5.8.5       2004-Jul-19     11     19    255
 11.            5.8.6       2004-Nov-27     35      3    192
 12.            5.8.7       2005-May-30     75     34    778
 13.            5.8.8       2006-Jan-31    131     42   1251
 14.            5.8.9       2008-Dec-14    340    132  12988
 15.
 16.  Hugo      5.9.0       2003-Oct-27    281    168   7132   From 5.8.0
 17.  Rafael    5.9.1       2004-Mar-16     57    250   2107
 18.            5.9.2       2005-Apr-01    720     57    858
 19.            5.9.3       2006-Jan-28   1124    102   1906
 20.            5.9.4       2006-Aug-15    896     60    862
 21.            5.9.5       2007-Jul-07   1149    128   1062
 22.
 23.            5.10.0      2007-Dec-18     50     31  13111   From 5.9.5
```

# THE KEEPERS OF THE RECORDS

Jarkko Hietaniemi <*jhi@iki.fi*>.

Thanks to the collective memory of the Perlfolk. In addition to the Keepers of the Pumpkin also Alan Champion, Mark Dominus, Andreas König, John Macdonald, Matthias Neeracher, Jeff Okamoto, Michael Peppler, Randal Schwartz, and Paul D. Smith sent corrections and additions. Abigail added file and patch size data for the 5.6.0 - 5.10 era.

perldoc.perl.org - Official documentation for the Perl programming language

Contact details

Site maintained by Jon Allen (JJ)
See the project page for more details

Documentation maintained by the Perl 5 Porters

- Manual
    - Overview
    - Tutorials
    - FAQs
    - Changes
- Reference
    - Language
    - Functions
    - Operators
    - Variables
- Modules
    - Modules
    - Pragmas
    - Utilities
- Misc
    - License
    - Internals
    - Platforms