# EXHIBIT OO

```
 1: #! /usr/local/bin/perl
 2:
 3: ##---------------------------------------------------------------------------##
 4: ##   File:
 5: ##       MosaicMail
 6: ##   Author:
 7: ##       Earl Hood         ehood@convex.com
 8: ##   Copyright (C) 1994, Wed Oct 26 15:00:44 CDT 1994
 9: ##   Thanks:
10: ##   Roman Czyborra <czyborra@cs.tu-berlin.de> -- Whose feedback
11: ##       and sh script greatly improved the program.
12: ##
13: ##   Description:
14: ##       MosaicMail is a simple Perl program that loads a single mail
15: ##   message from STDIN into a running Mosaic process.  If no Mosaic
16: ##   process is running, the script will exec Mosaic.
17: ##   MHonArc is called to do the actual conversion of the e-mail
18: ##   message.  Therefore, MIME messages will be converted.
19: ##
20: ##   Change the values in the CONFIG section below to suit your
21: ##   needs.
22: ##
23: ##   Notes:
24: ##   o   For MH users, the following can be used to process the current
25: ##       mail message:
26: ##
27: ##        % show -noshowproc -noheader | MosaicMail
28: ##
29: ##   o   For Trn users, you can load a newsgroup post into Mosaic
30: ##       by piping the post to MosaicMail:
31: ##
32: ##         | MosaicMail
33: ##
34: ##   o   MHonArc needs to be in your search path
35: ##
36: ##   o   If extra files are created by MHonArc (i.e. for graphics,
37: ##       binaries, etc), they will not get removed.  You'll have
38: ##       to manually remove them.
39: ##
40: ##---------------------------------------------------------------------------##
41: ##     Copyright (C) 1995       Earl Hood, ehood@convex.com
42: ##
43: ##     This program is free software; you can redistribute it and/or modify
44: ##     it under the terms of the GNU General Public License as published by
45: ##     the Free Software Foundation; either version 2 of the License, or
46: ##     (at your option) any later version.
47: ##
48: ##     This program is distributed in the hope that it will be useful,
49: ##     but WITHOUT ANY WARRANTY; without even the implied warranty of
50: ##     MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
51: ##     GNU General Public License for more details.
52: ##
53: ##     You should have received a copy of the GNU General Public License
54: ##     along with this program; if not, write to the Free Software
55: ##     Foundation, Inc., 675 Mass Ave, Cambridge, MA 02139, USA.
56: ##---------------------------------------------------------------------------##
57:
58: ##---------------------------------------------------------------------------
59: ###########################################################################
60: ##---------------------------------------------------------------------------
```

**MosaicMail**  Page 2 of 3

```
 61: ##   CONFIG: Change the following variables to reflect your needs
 62:
 63: ## Location of converted message; directory must exist and be a FULL
 64: ## pathname.
 65: $DESTDIR = "$ENV{'HOME'}/tmp";
 66:
 67: ## Set the following variable to "goto" or "newwin".  "goto" will make
 68: ## Mosaic load the message into the current window.  "newwin" causes
 69: ## Mosaic to load the message into a new window.
 70: $directive = "newwin";
 71:
 72: ## Give location of mknod command for creating FIFO files to communicate
 73: ## with Mosaic.
 74: $mknod = '/etc/mknod';
 75:
 76: ## Uncomment and set the following variable to a MHonArc resource file if
 77: ## you want to customize the format of the converted message
 78: #$ENV{'M2H_RCFILE'} = "mhonarc.rc";
 79:
 80: ##   CONFIG: End change section
 81: ##---------------------------------------------------------------------------
 82: ###########################################################################
 83: ##---------------------------------------------------------------------------
 84:
 85: ##---------------------------------------------------------------------------
 86: ##   Actual code to do the conversion (Should not have to edit)
 87:
 88: ## Read .mosaicpid to find PID of last Mosaic process
 89: if (open(PID, "$ENV{'HOME'}/.mosaicpid")) {
 90:     $pid = <PID>;  chop $pid;  close(PID);
 91:     $tmpfile = "/tmp/Mosaic.$pid";
 92: } else {
 93:     $pid = 0;   # No Moasic process to attach to
 94: }
 95:
 96: ## Set html filename
 97: $htmlfile  = "$DESTDIR/" . time() . ".$$.html";
 98:
 99: ## Set handler to clean up if program is interrupted
100: $SIG{'ABRT'} =
101: $SIG{'HUP'}  =
102: $SIG{'INT'}  =
103: $SIG{'QUIT'} =
104: $SIG{'TERM'} = 'cleanup';
105:
106: ## Make FIFO for html file
107: system("$mknod $htmlfile p") && &error("Unable to create $htmlfile: $!\n");
108:
109: ## Set Mosaic command to use if Mosaic is not currently running
110: $Mosaiccmd = "Mosaic file://localhost/$htmlfile 2>&1 > /dev/null";
111:
112: if ($pid && (kill 'CONT', $pid)) {  # Mosaic session active
113:     ## Set Mosaic control file
114:     system("$mknod $tmpfile p") && &error("Unable to create $tmpfile: $!\n");
115:
116:     ## Signal Mosaic to read control file
117:     kill 'USR1', $pid;
118:
119:     ## Write instructions to control file
120:     open(MTMP, ">$tmpfile") || &error("Unable to open $tmpfile: $!\n");
```

**MosaicMail** **Page 3 of 3**

```
121:     print MTMP "$directive\n",
122:           "file://localhost/$htmlfile\n";
123:     close(MTMP);
124:
125: } else {            # Call Mosaic explicitly
126:     if (!fork()) {  # child
127:     exec($Mosaiccmd);
128:     &error("Unable to exec $Mosaiccmd: $!\n");
129:     }
130: }
131:
132: ## Convert message to HTML by using MHonArc
133: open(MHONARC, "|mhonarc -single -outdir $DESTDIR > $htmlfile");
134: print MHONARC <STDIN>;
135: close(MHONARC);
136:
137: &cleanup();
138:
139: ##---------------------------------------------------------------------
140: sub cleanup {
141:     unlink "/tmp/Mosaic.$pid", $htmlfile;
142:     exit 0;
143: }
144: ##---------------------------------------------------------------------
145: sub error {
146:     warn @_;
147:     &cleanup();
148: }
```