# EXHIBIT PP



# Newton Toolkit

## Newton Programmer's Guide

CHAPTER 1

# Overview

This chapter describes the general architecture of the Newton system software.

The Newton system software is divided into three levels, as shown in Figure 1-1.

The lowest level includes the operating system and the low-level communications system. These parts of the system interact directly with the hardware and perform basic operations such as memory management, input and output, and task switching. NewtonScript applications have no direct access to system services at this low level.

The middle level consists of system services which NewtonScript applications can directly access and interact with to accomplish tasks. The system provides hundreds of routines which applications can use to take advantage of these services.

At the highest level are components that applications can use to construct their user interfaces. These reusable components neatly package commonly needed user interface objects such as buttons, lists, tables, input fields, and so on. These components incorporate NewtonScript code that makes use of the system services in the middle level, and which an application can override to customize an object.

1-1

C H A P T E R  1

Overview

**Figure 1-1**    System software overview



C H A P T E R   1

Overview

# Operating System

The Newton platform incorporates a sophisticated preemptive, multi-tasking operating system. The operating system is a modular set of tasks performing functions such as memory management, task management, scheduling, task to task communications, input and output, power management and other low-level functions. The operating system manages and interacts directly with the hardware.

A significant part of the operating system is concerned with low-level communication functions. The communication subsystem runs as a separate task. It manages the hardware communication resources available in the system. These include serial, Fax modem, AppleTalk networking, and infrared. The communication architecture is extensible, and new communication protocols can be installed and removed at run time, to support additional services and external devices that may be added.

Another separate operating system task of interest is the Inker. The Inker task is responsible for gathering and displaying input from the electronic tablet overlaying the screen when the user writes on the Newton. The Inker exists as a separate task so that the Newton can gather input and display electronic ink at the same time as other operations are occurring.

All Newton applications, including the recognition system, built-in applications, and applications you write, run in a single operating system task, called the Application task.

NewtonScript applications have no direct access to the operating system level of software. Access to certain low-level resources, such as communications, is provided by higher-level interfaces.

CHAPTER 1

Overview

## Memory

The use of random access memory (RAM) in the system is useful to understand, since this resource is shared by the operating system and all applications. Newton RAM is divided into separate domains, or sections, that have controlled access. Each domain has its own heap and stack. It is important to know about three of these domains:

- The operating system domain. This portion of memory is reserved for use by the operating system. Only operating system tasks have access to this domain.

- The storage domain. This portion of memory is reserved for permanent, protected storage of user data. All soups, which store the data, reside here, as well as any packages that have been downloaded into the Newton. To protect the data in the storage domain from inadvertent damage, it can only be accessed through the object storage system interface, described in the chapter "Data Storage and Retrieval." If the user adds a PCMCIA card containing RAM, Flash RAM, or read-only memory (ROM) devices, the memory on the card is used to extend the size of the storage domain.

  The storage domain occupies special persistent memory; that is, this memory is maintained even during a system reset. This protects user data, system software updates, and downloaded packages from being lost during system resets. The used and free space in the storage domain is reported to the user in the Memory item of the Preferences application.

- The application domain. This portion of memory is used for dynamic memory allocation by the recognizers and all Newton applications. A fixed part of this domain is allocated to the NewtonScript heap. The NewtonScript heap is important because most objects allocated as a result of your NewtonScript application code are allocated from the NewtonScript heap. These are the only memory objects to which you have direct access. The NewtonScript heap is shared by all applications.

The system performs automatic memory management of the NewtonScript heap. You don't need to worry about memory allocation or disposal in an application. The system automatically allocates memory when you create a new object in NewtonScript. When references to an object no longer exist, it is freed during the next garbage collection cycle. The system performs garbage collection automatically when it needs additional memory.

CHAPTER 1

Overview

The Newton operating system makes optimum use of memory by using compression. Various parts of memory are compressed and decompressed dynamically and transparently, as needed. This occurs at a low level, and applications don't need to be concerned with these operations.

## Packages

A **package** is the unit in which software is installed on and removed from the Newton. Packages can combine multiple pieces of software into a single unit. The operating system manages packages, which can be installed from PCMCIA cards, from a serial connection to a desktop computer, a network connection, or via modem. When a package comes into the Newton system, the system automatically opens it and dispatches its parts to appropriate handlers in the system.

A package consists of a header, which contains the package name and other information, and one or more **parts,** which contain the software. Parts can include applications, communication drivers, fonts, and system updates (system software code loaded into RAM that overrides or extends the built-in ROM code).

Packages are optionally stored compressed on the Newton. Compressed packages occupy much less space (roughly half of their uncompressed size), but applications in compressed packages may execute somewhat slower and use slightly more battery power, because of the extra work required to uncompress them when they are executed.

# System Services

The Newton system software contains hundreds of routines organized into functional groups of services. Your application can use these routines to accomplish specific tasks such as opening and closing views, storing and retrieving data, routing data through a communication link, playing sounds, drawing shapes, and so on. This section includes brief descriptions of the more important system services with which your application will need to interact.

CHAPTER 1

Overview

## Object Storage System

This section is first because it is key to the Newton information architecture. The object storage system provides persistent storage for data.

Newton uses a unified data model. This means that all data stored by all applications uses a common format. Data can easily be shared among different applications, with no translation necessary. This allows seamless integration of applications with each other and with system services.

Data is stored using a database-like model. Objects are stored as **frames,** which are like database records. A frame contains named **slots,** which hold individual pieces of data, like database fields. For example, an address card in the Names application is stored as a frame that contains a slot for each item on the card: name, address, city, state, zip code, phone number, and so on.

Frames are flexible and can represent a wide variety of structures. Slots in a single frame can contain any kind of NewtonScript object, including other frames, and slots can be added or removed from frames dynamically. For a description of NewtonScript objects, refer to *The NewtonScript Programming Language.*

Groups of related frames are stored in **soups,** which are like databases. For example, all the address cards used by the Names application are stored in the Names soup, and all the notes on the Notepad are stored in the Notes soup. All the frames stored in a soup need not contain identical slots. For example, some frames representing address cards may contain a phone number slot and others may not.

Soups are automatically indexed, and applications can create additional indexes on slots that will be used as keys to find data items. You retrieve items from a soup by performing a query on the soup. Queries can be based on an index value or can search for a string, and can include additional constraints. A query results in a **cursor**—an object representing a position in the set of soup entries that satisfy the query. The cursor can be moved back and forth, and can return the current entry.

CHAPTER 1

Overview

Soups are stored in physical repositories, called **stores.** Stores are akin to disk volumes on personal computers. The Newton always has at least one store— the internal store. Additional stores reside on PCMCIA cards.

The object storage system interface seamlessly merges soups that have the same name on internal and external stores in a **union** soup. This is a virtual soup that provides an interface similar to a real soup. For example, some of the address cards on a Newton may be stored in the internal Names soup and some may be stored in another Names soup on a PCMCIA card. When the card is installed, those names in the card soup are automatically merged with the existing internal names so the user, or an application, need not do any extra work to access those additional names. When the card is removed, the names simply disappear from the card file union soup.

The object storage system is optimized for small chunks of data and is designed to operate in tight memory constraints. Soups are compressed, and retrieved entries are not allocated on the NewtonScript heap until a slot in the entry is accessed.

You can find information about the object storage system interface in the chapter "Data Storage and Retrieval."

## View System

**Views** are the basic building blocks of most applications. A view is simply a rectangular area mapped onto the screen. Nearly every individual visual item you see on the screen is a view. Views display information to the user in the form of text and graphics, and the user interacts with views by tapping on them, writing in them, dragging them, and so on. A view is defined by a frame that contains slots specifying view attributes such as its bounds, fill color, alignment relative to other views, and so on.

The view system comprises that part of the system that you work with to manipulate views. There are routines to open, close, animate, scroll, highlight, and lay out views, to name just a few of the kinds of things you can do. Refer to the chapter "Views" for basic information about views and descriptions of all the routines you can use to interact with the view system.

System Services                                                                    **1-7**

CHAPTER 1

Overview

An application consists of a collection of views all working together. Each application has an **application base view** from which all other views comprising that application descend hierarchically. In turn, the base view of each application installed in the Newton descends from the system **root view.** (Think of the hierarchy as a tree structure turned upside down, with the root at the top.) Thus, each application base view is a **child** of the root view. We call a view in which child views exist the **parent** view of those child views.

The system includes several different primitive **view classes** from which all views are ultimately constructed. Each of these view classes has inherently different behavior and attributes. For example, there are view classes for views that contain text, shapes, pictures, keyboards, analog gauges, and so on. You can learn more about the primitive view classes in the chapter "Working with View Classes."

As an application executes, its view frames receive messages from the system and exchange messages with each other. System messages provide an opportunity for a view to respond appropriately to particular events that are occurring. For example, the view system performs default initialization operations when a view is opened. It also sends the view a `viewSetupFormScript` message. If the view includes a method to handle this message, it can perform its own initialization operations in that method.

Handling system messages in your application is optional since the system performs default behaviors for most events. The chapter "Handling System Messages" describes messages that views can receive from the system and explains what your application needs to do to handle them.

## Recognition

The Newton recognition system uses a sophisticated multiple-recognizer architecture. There are recognizers for text, shapes, and gestures, which are normally simultaneously active. An arbitrator examines the results of the recognizers and returns the recognition match that has the highest confidence. The user can temporarily turn off text and/or shape recognition to limit the possible results.

CHAPTER 1

Overview

Recognition is modeless. That is, the user does not need to put the system in a special mode or use a special dialog box in order to write. The user can write in any input field at any time.

The text recognizers can handle printed, cursive, or mixed handwriting. They normally work together with built-in dictionaries to choose words that accurately match what the user has written. Again, this is user-configurable, so the user can choose to temporarily disable the dictionaries so text is recognized letter-by-letter. The user can also add words to the dictionary.

The shape recognizer recognizes both simple and complex geometric objects, cleaning up rough drawings into shapes with straight lines and smooth curves. The shape recognizer also recognizes symmetry, using that property, if present, to help it recognize and display objects.

For each view in an application, you can specify which recognizers are enabled and how they are configured. For example, the text recognizer can be set to recognize only names, or names and phone numbers, or only words in a custom dictionary that you supply, among other choices.

Most recognition events are handled automatically by the system view classes so you don't need to do anything in your application to handle recognition events, unless you want to do something special. For example, when a user writes a word in a text view, that view automatically passes the strokes to the recognizer, accepts the recognized word back, and displays the word. In addition, the view automatically handles correction for you. The user can double-tap on a word to pop-up a list of other possible matches for it, or to use the keyboard to correct it.

Refer to the chapter "Written Input and Recognition" for information on controlling recognition in views, working with dictionaries, and other written input-related topics.

## Intelligent Assistant

A key part of the Newton information architecture is the Intelligent Assistant. The Intelligent Assistant is a system service that attempts to complete actions for the user according to deductions it makes about the task that the user is currently performing. The Assistant is always instantly available to the user through the Assist button, yet remains non-intrusive.

CHAPTER 1

Overview

The Assistant knows how to complete several built-in tasks; they are
Scheduling (adding meetings), Finding, Reminding (adding Todo items),
Mailing, Faxing, Printing, Calling, and getting time information from the
Time Zones map. Each of these tasks has several synonyms; for example, the
user can write "call," "phone," "ring," or "dial" to make a phone call.

Applications can add new tasks so that the Assistant supports their special
capabilities and services. The Newton unified data model makes it possible
for the Assistant to access data stored by any application, thus allowing the
Assistant to be well-integrated in the system.

For details on using the Intelligent Assistant and integrating support for it
into your application, see the chapter "The Intelligent Assistant."

## Communications

The Newton provides a number of built-in communication services.
They include:

- Synchronous and asynchronous serial connection
- Fax/data modem connection (MNP/V.42 and Class 1—T30/T4)
- Point-to-point infrared communication—called beaming (Sharp 9600 and
  Apple IR enhanced protocols)
- AppleTalk ADSP protocol

The basis of the communications architecture is the **endpoint** object. An
endpoint object provides the interface between the user and an underlying
transport service. Endpoints are represented by frames.

A single prototype endpoint provides a standard interface to all communi-
cation services—serial, modem, beaming, and AppleTalk protocols, as
well as third-party communication products. The endpoint object provides
methods for:

- communicating with the underlying transport service
- setting options
- opening and closing connections
- sending and receiving data

CHAPTER 2

Views

## LayoutColumn

*view*:LayoutColumn(*childViews*, *index*)

In the view to which this message is sent (the main view), LayoutColumn displays a subset of views from a larger array of views.

| | |
|---|---|
| *childViews* | The array of views from which you want to display a subset. |
| *index* | The index of the view in the *childViews* array that you want to display at the top of the view to which you send this message. |

This method returns a reference to an array of child views that fill the bounds of the main view, beginning with the view at *index* and containing as many subsequent views as it takes to fill the main view to the bottom. If the view to which this message is sent has not yet been instantiated, or if it is invalid, this method returns nil.

# Working With Keyboard Views

This section describes the keyboard views built into the system and how to access them. Also described are functions and methods related to keyboard views.

Built into the system root view are four different keyboards shown in Figure 2-12. You can access the built-in keyboards using these symbols:

- 'alphaKeyboard for the full alphanumeric keyboard
- 'numericKeyboard for a number keyboard
- 'dateKeyboard for a keyboard that allows date and time entry
- 'phoneKeyboard for a keyboard that allows phone number entry

An on-screen keyboard can be opened by the user with a double tap on an input field (as long as gestures are allowed). The kind of keyboard displayed is determined by what type of input is recognized by the field. For example,

CHAPTER 2

Views

**Figure 2-12**     Built-in Keyboards



Alpha Keyboard



Numeric Keyboard



Phone Keyboard



Date Keyboard

a field in which only numbers are recognized would use the numeric keyboard. The user can also open a keyboard from the corrector pop-up list, shown when they are correcting a recognized word.

If you want to open one of these keyboards programmatically, you can use code like this to send it the Open message:

```
getroot().alphaKeyboard:open()
```

The keystrokes entered by the user are sent to the current key receiver view. There can be only one key receiver at a time, and only views of the classes clParagraphView and clEditView can be key receiver views. When a keyboard is open, a blinking I-beam cursor is shown in the key receiver view at the location where characters will be inserted.

# Keyboard View (clKeyboardView)

The `clKeyboardView` class is used to display keyboard-like arrays of buttons that can be pressed (tapped with the pen) to perform an action. Here is an example:



These slots are of interest for a view of the `clKeyboardView` class:

| | |
|---|---|
| `viewBounds` | Set to the size and location where you want the view to appear. |
| `keyDefinitions` | An array that defines the layout of the keys. For details, see the section "Defining the Keys" beginning on page 4-23. |
| `viewFlags` | The default setting is `vVisible + vClickable`. |
| `viewFormat` | Optional. The default setting is `nil`. |
| `keyArrayIndex` | Optional. Determines the array element to be used for a key legend or result, allowing dynamic indexing into an array for legends or results. See the section "Defining the Keys" beginning on page 4-23. |
| `keyHighlightKeys` | Optional. An array of keys that are to be highlighted on the displayed keyboard. (Specify an array of `keyResult` items; see the section "KeyResult" beginning on page 4-24.) |
| `keyResultsAreKeycodes` | Optional. If true, indicates that integers specified as results are to be interpreted as key codes, and the corresponding character is returned. If nil (the default), integers are not converted to characters. |

# Written Input and Recognition

This chapter discusses how to control and work with written input and the recognition system. Also included is information on how to do hit testing of areas on the screen and how to work with dictionaries, which support recognition.

## Overview

The Newton recognition system uses a sophisticated multiple-recognizer architecture. There are recognizers for words, shapes, and gestures. The word recognizers work together with built-in dictionaries to choose words that accurately match what the user has written.

For each view, you can configure which recognizers are enabled and how they are configured. For example, the word recognizer can be set to recognize only names, or names and phone numbers, or only words in a custom dictionary that you supply, among other choices.

CHAPTER 6

Written Input and Recognition

Most recognition events are handled automatically by the system view classes so you don't need to do anything in your application to handle recognition events unless you want to do something special. For example, when a user writes a word in a `clParagraphView`, that view automatically passes the strokes to the recognizer, accepts the recognized word back, and displays the word. In addition, the view automatically handles correction for you. (The user can double-tap on a word to get a list of the top five recognition matches for it, or to use the keyboard to correct it.)

# Controlling Recognition in Views

As mentioned previously, the recognizers and dictionaries enabled for a particular view are configurable. The set of **view flags** specified in the view's `viewFlags` slot define the set of recognizers and dictionaries that are enabled for the view, thereby determining the kinds of data that the user can enter in the view. For example, you could configure a set of view flags that enables the view to recognize words and numbers but not shapes. More information on combining sets of view flags to produce various recognition behaviors is provided later in this section.

## View Flags for Recognition

The following view flags can be specified in the view's `viewFlags` slot to control which kinds of pen input the view recognizes and handles. Note that not all options are available for each view type. For example, a view of the `clView` class can accept clicks (taps) but can't recognize words.

**Note**
Newton ToolKit displays these flags in an area of the screen called Entry Flags because these flags control the entry of recognized data. However, in the code that NTK generates (and when you set these flags procedurally) they are placed in the view's `viewFlags` slot. Hence, this chapter refers to these flags as "view flags." ◆

C H A P T E R   7

# Data Storage and Retrieval

Newton applications store data in a common format called the frame. Dissimilar data types can be stored in any frame and a common set of predefined data types supported by all frames allow Newton applications to share data virtually transparently. Frames can grow and shrink dynamically, and frame data is automatically compressed and decompressed by the object system when the frame is accessed or stored.

This chapter describes the Newton data storage model and the system-supplied functions and methods used to store and retrieve data.

## Overview

Related frames are grouped in persistent objects called **soups.** A soup resides in a repository called a **store** on a physical storage device. This overview describes the relationships between these objects.

CHAPTER 7

Data Storage and Retrieval

## Frames and Slots

The basis of data storage on the Newton is an object called the **frame.** Like a database record, a frame stores data items. Frames are dynamic; in other words, they can grow and shrink as necessary. Thus the frame offers an extremely flexible and efficient means of storing data.

Individual data items in the frame are stored in **slots,** which may be thought of as the fields of the database record. Slots can store data directly, using predefined data types to represent strings, numeric formats, arrays, and binary objects. These system-supplied data types, in conjunction with the frames-based data storage model, allow Newton applications to share data directly. A single slot can store items of dissimilar data types.

Slots can also store frames and references to frames, slots, and binary objects. This feature of the object system is used to provide dynamic slot lookup and message-passing among frames, as well as slot-based inheritance of frame data. For example, the view object system relies heavily on slot-based inheritance to share attributes and data among view objects.

Frames don't impose any structure on their data, other than the requirement that it must reside in a slot. In practical use, though, the slots in a frame are usually related to each other in some way. They generally store related data and methods that operate on those data, embodying in many ways the classic object-oriented programming definition of an "object." Frames do not implement data hiding, however, nor do they necessarily encapsulate their data.

For more information about the concepts touched upon here, see *The NewtonScript Programming Language.* It contains detailed discussions of frames, slots, system-supplied data types, dynamic slot lookup, message passing and inheritance in NewtonScript.

## Soups

Frames can be stored in a persistent data structure called a **soup.** A soup is simply a collection of frames. The object system does not impose any limitations on the number of frames or the kinds of data that may reside in a soup. In practical use, though, the items in a soup generally have some relationship to one another.

C H A P T E R   9

# Drawing

This chapter describes how to draw simple graphics and text inside of views on the Newton.

With the Newton drawing system, you can draw these kinds of objects:

- Lines
- Rectangles
- Rounded rectangles
- Ovals (including circles)
- Polygons
- Wedges
- Regions
- Text
- Pictures
- Bitmaps

**9-1**

CHAPTER 9

Drawing

In addition to drawing these shapes, you can manipulate shapes in these ways:

- Offsetting (moving)
- Scaling
- Hit testing (see the chapter Written Input and Recognition for a discussion of hit testing)

# Overview

When a view is shown on the screen, the Newton system draws it according to the parameters you have specified in the view template. When the system is done drawing, it sends the `viewDrawScript` message to the view. If you want to do your own drawing, you must provide a `viewDrawScript` method to handle this message. Your `viewDrawScript` method should call whatever drawing routines you want.

Your `viewDrawScript` method is called whenever your view is redrawn. This can happen as a result of a system or user operation, or if your view receives the `Dirty` message. In fact, if you want to execute your drawing calls explicitly at particular times, just send your view the `Dirty` message and the system will respond by redrawing your view and then sending you the `viewDrawScript` message so your drawing routines get executed.

There may be other times when you want to draw in a view besides when the whole view is redrawn. For example, you may have some drawing routines that you want to call just when the user clicks in the view. In this and other cases where you want to draw outside of the `viewDrawScript` method, use the `DoDrawing` method. The `DoDrawing` method simply calls another method that you supply and that contains drawing routines.

CHAPTER 11

# The Intelligent Assistant

The Intelligent Assistant (IA) is a system service that attempts to complete actions for the user according to deductions it makes about the task that the user is currently performing. The Assistant is always instantly available to the user, yet remains non-intrusive. It can be thought of as an alternate interface to Newton that allows the user to invoke services fluidly, according to current context.

The Assistant knows how to complete several built-in tasks; they are Scheduling (adding meetings), Finding, Reminding (adding Todo items), Mailing, Faxing, Printing, Calling, and getting time information from the WorldClock.

This chapter describes how you can add IA support to your application. It discusses the capabilities and limitations of the Assistant, summarizes the IA architecture, and dissects a typical code example. The chapter concludes with a summary list of steps one must take to implement IA support in a Newton application.

CHAPTER 11

The Intelligent Assistant

however, you may not necessarily need to define a target template, as the system predefines a number of these for you. The Assistant provides predefined target templates for specifying people, places, times, dates, phone numbers, and various numeric values. Thus, the tasks `find_number`, `open_connection`, and `dial_number` from this example might each be defined by a custom action template, while Bob, on the other hand, can be represented by the predefined target template `who_obj`.

Each action or target template contains a **lexicon,** which specifies a list of words or phrases that the Assistant is to associate with the template. For example, the lexicon for a template defining the act of making a phone call might include the words "call," "dial," and "phone," meaning that this template is used whether the Assistant is asked to "call Bob," "dial Bob," or "phone Bob."

When the user requests assistance, the Assistant invokes the NewtonScript function `parseUtter()`, passing to it the phrase that the user entered on the Newton screen. The `parseUtter` function attempts to match words and phrases with items in each action or object template's `lexicon` slot. Each word or phrase matching a lexicon entry causes the Assistant to create a frame using the template that was matched. Frames created from action templates are called **action frames;** similarly, frames created from target templates are called **target frames.**

At this point, the Assistant has parsed the user input and created a number of data structures, but has not yet determined which task it is trying to complete. The task is selected by matching one of the action frames returned by `parseUtter()` with the primary action slot in one of the task templates registered with the Assistant. The Assistant then uses the task template that was matched to create a frame (the **task frame**) in which it stores all of the information defined in the template, as well as all of the frames created by `parseUtter()`. Note that if the Assistant is unable to match an action template, it tries to determine which task template to use based on the information it does recognize. For example, if the user enters the phrase "buzz 555-1234", the Assistant would not recognize the word buzz as an action for which it has a template, but would display the call template based on its recognition of 555-1234 as having the format of a telephone number.

CHAPTER 11

The Intelligent Assistant

## The postparse Slot

The `postparse` slot stores a reference to an action template that is invoked after the Assistant parses the user input. Frequently, the task template's primary action is actually invoked by a postparse method—for example, if the user asks to "fax Bob" and Newton cannot do so until the Assistant has retrieved Bob's fax number, the primary action of sending the fax would correctly be invoked after the `parseUtter` function returns the task frame.

Another common use for the postparse method is to display a task slip view that provides the user with an opportunity to confirm, modify or dismiss the primary action before it is executed.

A more detailed discussion of the postparse method follows in the section "The Postparse Method," later in this chapter.

## Optional Slots

Your task template may define an optional `taskslip` slot, as well as any other slots that you require.

## The taskslip Slot

The `taskslip` slot is used to reference views associated with the task template, the most common one being a task slip that displays information about the primary action for confirmation or editing by the user.

## Returned Values

The Assistant also creates slots for frames that match any object types stored in the `signature` array; these slots are named according to the corresponding element in the `preconditions` array. For more information, see the section "About the Preconditions and Signature Slots," earlier in this chapter.

After parsing the user input, the Assistant returns values that are stored in the slots `raw`, `phrases`, `noisewords`, and `origphrase`; the remainder of this section discusses the values returned in these slots, which can be used by your postparse method to obtain further information about the phrase entered by the user.

The Intelligent Assistant

# The Postparse Method

After the Assistant has stored all of the objects that were created when matching object types specified in the signature array of the task template, it invokes the postparse method.

The postparse method commonly acts as a dispatching method that invokes the subtasks comprising the primary action—one such subtask might be the display of a task slip view to the user. The postparse method can also perform additional parsing (surprise!) to retrieve information that the Assistant was unable to find on its own.

For example, if the user input phrase is "Call to Bob" and the word "Bob" does not match any entries in the Names soup, the target of the action "call" is still unknown to the Assistant. However, because the word "to" appears in the call action template's lexicon, the postparse method can find the word that appears after "to" in the original phrase and use it as the target of the action. Because this word, "Bob," does not currently match an existing entry in the soup, the postparse method uses this information to fill out a task slip rather than to actually call Bob. After the user supplies the information missing from the task slip, the postparse method takes care of actually performing the primary action specified in the task frame.

**IMPORTANT**

Once your postparse method is invoked, it is in complete control of Newton. This means that your postparse method must include any code necessary to complete the primary action, such as that required to display a task slip, validate input, and handle errors. ▲

## A Sample Postparse Method

The following code fragment is an example of a postparse method that tests for the existence of the value slot and accesses its content.