# EXHIBIT RR (Part 1/5)

THE WAITE GROUP

# MICROSOFT
# FOUNDATION CLASS
# PRIMER

PROGRAMMING WINDOWS 3
AND WINDOWS NT WITH MFC



WAITE
GROUP
PRESS



# Microsoft
# Foundation
# Class Primer

## PROGRAMMING WINDOWS 3 AND NT WITH MFC

Jim Conger



**Publisher:** *Mitchell Waite*
**Editorial Director:** *Scott Calamar*
**Managing Editor:** *John Crudo*
**Content Editor:** *Harry Henderson*
**Technical Reviewers:** *Jeff Harbors, David Calhoun*
**Design:** *Michael Rogondino*
**Production:** *Cecelia Morales*
**Illustrations:** *Carl Yoshihana*
**Cover Design:** *Michael Rogondino*
**Production Director:** *Julianne Ososke*

© 1993 by The Waite Group, Inc.®
Published by Waite Group Press™, 200 Tamal Plaza, Corte Madera, CA 94925.

Waite Group Press is distributed to bookstores and book wholesalers by Publishers Group West, Box 8843, Emeryville, CA 94662, 1-800-788-3123 (in California 1-510-658-3453).

All rights reserved. No part of this manual shall be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying, desktop publishing, recording, or otherwise, without permission from the publisher. No patent liability is assumed with respect to the use of the information contained herein. While every precaution has been taken in the preparation of this book, the publisher and author assume no responsibility for errors or omissions. Neither is any liability assumed for damages resulting from the use of the information contained herein.

All terms mentioned in this book that are known to be registered trademarks, trademarks, or service marks are listed below. In addition, terms suspected of being trademarks, registered trademarks, or service marks have been appropriately capitalized. Waite Group Press cannot attest to the accuracy of this information. Use of a term in this book should not be regarded as affecting the validity of any registered trademark, trademark, or service mark.

The Waite Group is a registered trademark of The Waite Group, Inc.
Waite Group Press and The Waite Group logo are trademarks of The Waite Group, Inc.
Microsoft and MS are registered trademarks of Microsoft Corporation.
Windows and Windows NT are registered trademarks of Microsoft Corporation.
All other product names are trademarks, registered trademarks, or service marks of their respective owners.

Printed in the United States of America
93 94 95 • 10 9 8 7 6 5 4 3 2 1

Conger, Jim.
   Microsoft foundation class primer : programming Windows 3 and NT with MFC / Jim Conger.
      p.   cm.
   Includes bibliographical references and index.
   ISBN: 1-878739-31-X : $29.95
   1. Windows (Computer programs)   2. Microsoft Windows (Computer file)   3. C++ (Computer program language)   I. Title.
   QA76.76.W56C66   1993
   005.4'3--dc20                                    92-46999
                                                       CIP



# Table of Contents

Chapter 1: How Windows Works .................................................   1

Chapter 2: Using the MFC Classes ............................................  29

Chapter 3: First Programming Experiments ...............................  65

Chapter 4: Text and Graphics Output ....................................... 101

Chapter 5: Window Controls .................................................... 147

Chapter 6: Taming the Mouse .................................................. 211

Chapter 7: Fonts and the Keyboard ........................................... 247

Chapter 8: Child and Pop-Up Windows...................................... 293

Chapter 9: Menus ................................................................. 333

Chapter 10: Dialog Boxes ....................................................... 375

Chapter 11: Other Resources ................................................... 423

Chapter 12: Managing Memory ................................................ 457

Chapter 13: The Device Context ............................................... 527

Chapter 14: Printing ............................................................. 559

Chapter 15: Disk File Access ................................................... 615

Chapter 16: Bitmaps ............................................................. 657

Chapter 17: The Clipboard ...................................................... 701

Chapter 18: Dynamic Link Libraries ......................................... 749

Appendix A: Windows NT ....................................................... 787

Appendix B: Virtual Key Codes ............................................... 795

Appendix C: Mouse Hit Test Codes ........................................... 798

Appendix D: Command Line Compilation ................................... 800

Appendix E: Bibliography ....................................................... 805

Appendix F: Glossary ............................................................ 807





# Contents

Acknowledgments .................................................................................... iv

Introduction ........................................................................................... vi

**Chapter 1: How Windows Works** ............................................................ 1

What Is Microsoft Windows? ........................................................................ 2

The Advantages of Windows ........................................................................ 3

What Is Windows NT? ................................................................................ 4

How Windows Programs Work ...................................................................... 5

    Running Several Programs at One Time .................................................... 7

    Two Meanings of "Window" ................................................................... 8

    Looking into Memory ............................................................................ 8

Messages ................................................................................................ 9

An Analogy .............................................................................................. 11

The Structure of Windows Programs ............................................................ 13

    Code and Resources ............................................................................. 14

    Resource Data ..................................................................................... 14

    Program Instances ............................................................................... 15

    Compiling a Windows Program Versus a DOS Program ............................... 17

Windows Memory Management ................................................................... 19

    Memory Options .................................................................................. 20

    Stacks and Heaps ................................................................................ 22

    An Example Module Definition File ........................................................ 23

Summary ................................................................................................ 24

Questions ........................................................................................................ 25

Answers to Questions ..................................................................................... 26

**Chapter 2: Using the MFC Classes** ................................................................ 29

A Review of C++ Classes ................................................................................ 30

    Implications of C++ Classes ..................................................................... 32

    Constructors and Destructors .................................................................. 33

    Class Inheritance ...................................................................................... 34

Applying C++ to Windows ............................................................................ 36

    First Look at an MFC Program ................................................................ 38

    The **CFrameWnd** Class ........................................................................ 39

    The **CWinApp** Class ............................................................................. 40

    MINIMAL1.CPP Startup Sequence ......................................................... 43

Compiling MINIMAL1.CPP with PWB ........................................................ 44

    Module Definition File ............................................................................. 45

    Project File ................................................................................................ 45

    Compiler Options ..................................................................................... 47

    Additional Compiler Options ................................................................... 50

Compiling and Linking ................................................................................... 51

Tracking Down Errors .................................................................................... 53

Compiler Setup Errors .................................................................................... 56

Other Errors .................................................................................................... 60

Summary ......................................................................................................... 60

Questions ........................................................................................................ 61

Exercises ......................................................................................................... 61

Answers to Questions ..................................................................................... 61

Solutions to Exercises .................................................................................... 62

**Chapter 3: First Programming Experiments** ................................................. 65

The AFXWIN.H File ....................................................................................... 66

    Header Files Versus Library Files ............................................................ 68

    The WINDOWS.H File ............................................................................ 68



Hungarian Notation ................................................................................. 69

Handles ...................................................................................................... 70

Separate Program Header Files ....................................................................... 72

MFC Base Classes ....................................................................................... 74

Message Processing .................................................................................... 76

An Example of Message Processing ............................................................ 78

Calling Functions in a Class (The *this* Pointer) ..................................... 81

Completing MINIMAL2 .............................................................................. 82

Where Are the Messages Received? ........................................................... 83

Adding a Menu and Icon ................................................................................ 83

Resource ID Header Files ........................................................................... 84

Creating a Program Icon ............................................................................ 85

Defining a Menu ......................................................................................... 87

Compiling the Resource Data ................................................................... 87

Remaining MINIMAL3 Program Files ..................................................... 87

Attaching the Menu ................................................................................... 88

Processing Messages ................................................................................. 90

Passing a Command Line Argument ....................................................... 92

Summary ......................................................................................................... 95

Questions ........................................................................................................ 96

Exercises ......................................................................................................... 97

Answers to Questions .................................................................................... 97

Solutions to Exercises ................................................................................... 98

**Chapter 4: Text and Graphics Output** ...................................................... 101

Character Versus Graphics Mode ................................................................. 102

The Device Context ................................................................................... 103

Windows GDI ............................................................................................ 104

Output of Text ........................................................................................... 104

Using the Device Context ......................................................................... 106

The WM_PAINT Message .................................................................................... 109
    Changing the Device Context ..................................................................... 114
    Device Context Settings .............................................................................. 119
Graphics Output ............................................................................................... 121
Creating Pens and Brushes ............................................................................. 124
    Safely Deleting Pen and Brush Objects .................................................. 126
    Stock GDI Objects ....................................................................................... 127
    Other Graphics Functions ......................................................................... 129
Animated Graphics ........................................................................................... 130
    Animation Using the MFC Classes ........................................................... 131
    Creating a Moving Ball Class ................................................................... 132
    Using **OnIdle()** in GRAPHIC2.CPP ...................................................... 136
Summary ............................................................................................................ 140
Questions ........................................................................................................... 141
Exercises ............................................................................................................ 142
Answers to Questions ...................................................................................... 142
Solutions to Exercises ...................................................................................... 143

**Chapter 5: Window Controls** ...................................................................... 147
What Is a Window? ........................................................................................... 148
    Types of Window Controls ........................................................................ 149
    Child and Parent Windows ....................................................................... 150
    MFC Classes for Controls .......................................................................... 150
Static Controls ................................................................................................... 152
    An Example Using Static Controls ........................................................... 154
Button Controls ................................................................................................. 160
    Displaying a Message Box ......................................................................... 168
    Streams ......................................................................................................... 169
List Boxes ........................................................................................................... 171
    A List Box Example .................................................................................... 172



Using a List Box .................................................................... 177

Combo Boxes ............................................................................... 179

    The COMBO Program ........................................................ 180

Scroll Bars ................................................................................... 184

    Scroll Bar Messages ........................................................... 184

    Scroll Bar Functions .......................................................... 186

    Scroll Bar Styles ................................................................. 186

    The SCROLL1 Program ...................................................... 188

Scroll Bars Attached to a Window ............................................... 192

    The SCROLL2 Program ...................................................... 194

Edit Controls ............................................................................... 198

Summary ..................................................................................... 204

Questions .................................................................................... 205

Exercises ..................................................................................... 206

Answers to Questions .................................................................. 206

Solutions to Exercises ................................................................. 207


**Chapter 6: Taming the Mouse** .................................................. 211

The WM_MOUSEMOVE Message ............................................... 212

    Screen and Client Coordinates .......................................... 214

    Notification Codes with WM_MOUSEMOVE ..................... 215

    Binary Flags ....................................................................... 215

Mouse Button Messages .............................................................. 217

The MOUSE1 Program ................................................................ 218

The Input Focus ........................................................................... 222

Nonclient Mouse Messages ......................................................... 224

Capturing the Mouse ................................................................... 226

Changing the Mouse Cursor Shape ............................................. 232

    Stock Cursors ..................................................................... 234

    The Caret ............................................................................ 234

    Experimenting with Cursor Shapes and the Caret ............. 236

xv

Summary .................................................................................................................. 241

Questions ................................................................................................................ 242

Exercises ................................................................................................................ 243

Answers to Questions ............................................................................................ 243

Solutions to Exercises ............................................................................................ 244

**Chapter 7: Fonts and the Keyboard** ........................................................................ 247

The ANSI Character Set ........................................................................................ 248

The CString Class .................................................................................................. 250

    Global Character Functions ............................................................................ 251

    Trying Out the Character Functions ............................................................... 254

Keyboard Message Processing ............................................................................... 256

    The WM_CHAR Message ............................................................................... 260

    System Key Messages and Dead Characters ................................................... 260

    Ignored Messages ........................................................................................... 261

    Implementing a Simple Keyboard Interface .................................................. 262

Selecting a Stock Font ............................................................................................ 266

    Using Logical Fonts ........................................................................................ 267

    Text Metrics .................................................................................................... 268

    Putting Fonts to Work .................................................................................... 271

Keyboard Accelerators ........................................................................................... 277

    The FONT2 Program ....................................................................................... 280

    Sizing and Showing the Caret ........................................................................ 286

Summary .................................................................................................................. 288

Questions ................................................................................................................ 289

Exercises ................................................................................................................ 290

Answers to Questions ............................................................................................ 291

Solutions to Exercises ............................................................................................ 291

**Chapter 8: Child and Pop-Up Windows** ................................................................. 293

Creating a Child Window ....................................................................................... 294

    Separate Message Processing for Child Windows ......................................... 297



A Better Child Window ............................................................................................. 300

    Registering a New Window Class ....................................................... 306

    Children of Child Windows ................................................................ 308

    Sending a Message to a Window ........................................................ 309

The WM_SIZE Message ........................................................................................... 311

Fixed Child Windows .............................................................................................. 312

Pop-Up Windows .................................................................................................... 319

The Big Picture ....................................................................................................... 326

Summary ................................................................................................................. 327

Questions ................................................................................................................ 328

Exercises ................................................................................................................. 328

Answers to Questions ............................................................................................. 329

Solutions to Exercises ............................................................................................ 330

**Chapter 9: Menus** ................................................................................................. 333

Creating Menus ...................................................................................................... 334

    Menu Loading and Memory Options .................................................. 336

    Menu Items ......................................................................................... 337

    Pop-Up Menus .................................................................................... 338

    Menu Item Options ............................................................................. 340

A Complex Menu Example ..................................................................................... 342

    Menu Functions ................................................................................. 347

    Determining Menu Item Status .......................................................... 348

Creating a Menu as the Program Runs .................................................................. 349

    The MENU2 Program ........................................................................ 352

Changing an Existing Menu ................................................................................... 358

The System Menu ................................................................................................... 358

    Changing the System Menu ............................................................... 361

    Setting a Timer ................................................................................... 361

    SYSMENU Program Files .................................................................. 363

xvii

Summary ...................................................................................................................368

Questions .................................................................................................................370

Exercises ..................................................................................................................371

Answers to Questions ...............................................................................................371

Solutions to Exercises ..............................................................................................371

**Chapter 10: Dialog Boxes** ..........................................................................................375

What Is a Dialog Box? ..............................................................................................376

    Creating Dialog Boxes ...................................................................................377

    Dialog Base Units ...........................................................................................378

    Compiling a Dialog Box .................................................................................379

    Designing a Dialog Box ..................................................................................380

    Using the Dialog Box Editor .........................................................................381

Using the Dialog Box ...............................................................................................384

A More Complex Dialog Box ....................................................................................388

    Creating the DIALG2 Dialog Box ..................................................................389

    Creating the DIALG2 Program ......................................................................390

Passing Data to a Dialog Box ...................................................................................396

    The **CStringList** Class ..................................................................................397

    Using the **CStringList** Class in a Dialog Box .................................................399

    Using the List/Dialog Box .............................................................................402

Modeless and System Modal Dialog Boxes ...............................................................406

    Creating a Modeless Dialog Box ....................................................................407

    Defining the Modeless Dialog Box .................................................................408

    Calling the Modeless Dialog Box ...................................................................411

Summary ...................................................................................................................417

Questions .................................................................................................................418

Exercises ..................................................................................................................419

Answers to Questions ...............................................................................................420

Solutions to Exercises ..............................................................................................420



**Chapter 11: Other Resources** ............................................................................ 423

String Tables ............................................................................................................ 424

    Defining String Tables ...................................................................................... 425

    Conditional Compilation of Resources ............................................................ 425

    Using the String Data ........................................................................................ 427

    A String Table Example .................................................................................... 427

User-Defined Resources ........................................................................................... 432

    Resource Data in a Separate File ...................................................................... 432

    Loading a Custom Resource ............................................................................. 434

    Creating a StringResource Class ....................................................................... 436

    The RESOR1 Program ....................................................................................... 438

    Using CDC::DrawText() ..................................................................................... 442

The RCDATA Statement ......................................................................................... 442

    Loading RCDATA ............................................................................................. 446

    The RCDATA Example Program ...................................................................... 449

Summary ................................................................................................................... 452

Questions .................................................................................................................. 453

Exercises ................................................................................................................... 454

Answers to Questions ............................................................................................... 454

Solutions to Exercises .............................................................................................. 455

**Chapter 12: Managing Memory** ......................................................................... 457

Local Versus Global Memory .................................................................................. 458

Using *new* and *delete* ............................................................................................. 462

    How *new* and *delete* Work ............................................................................... 463

    Compiler Memory Models ................................................................................ 465

Windows Memory Allocation Functions ................................................................ 466

Local Memory Blocks ............................................................................................... 467

    Locking a Memory Block .................................................................................. 469

    The Lock Count ................................................................................................ 470

    Storing Other Types of Data ............................................................................ 471

Using Fixed Memory Blocks ............................................................. 471

An Example Allocating Local Memory ............................................ 472

Changing Memory Block Size ......................................................... 478

An Example Using ::LocalReAlloc() .............................................. 479

Discardable Memory Blocks .......................................................... 486

Using Discardable Blocks ............................................................. 488

An Example Using Discardable Blocks ......................................... 489

The MEM3 Program ..................................................................... 491

Global Memory Allocation ............................................................ 498

A Global Memory Class ............................................................... 500

An Example Allocating Global Memory Blocks ............................. 512

The GMEM1 Program ................................................................. 514

What Windows Actually Does with Memory ................................. 518

System Memory and System Resources ....................................... 519

Summary ...................................................................................... 520

Questions ..................................................................................... 521

Exercises ...................................................................................... 522

Answers to Questions ................................................................... 522

Solutions to Exercises .................................................................. 523

**Chapter 13: The Device Context** ................................................. 527

Private Device Contexts ............................................................... 528

Creating a Private Device Context ............................................... 530

Using a Private Device Context .................................................... 530

An Example with a Private Device Context .................................. 532

Mapping Modes ........................................................................... 536

Text and Mapping Modes ............................................................ 539

Moving the Origin ........................................................................ 539

An Example Program That Changes  the Origin and Mapping Mode ........... 541

MAPMODE Program Listings ...................................................... 543



xx

Scalable Mapping Modes ...................................................................546
    Text and Scalable Mapping Modes ...............................................549
    An MM_ANISOTROPIC Example .................................................549
Summary ............................................................................................553
Questions ...........................................................................................554
Exercises ............................................................................................555
Answers to Questions .........................................................................555
Solutions to Exercises ........................................................................556

**Chapter 14: Printing** ........................................................................559
How Windows Supports Printers ........................................................560
    Printer Device Contexts ...............................................................562
    Sending Special Commands to a Printer ......................................564
    A Simple Printing Example ..........................................................564
    Problems with PRINT1 .................................................................569
Scaling the Printer Output .................................................................570
    The PRINT2 Program ...................................................................571
Print Job Interruption ........................................................................576
    The PRINTCAN Program ............................................................579
The PRINT3 Program .........................................................................583
Getting Information About a Device ...................................................588
    Using **CDC::GetDeviceCaps()** ...................................................589
    An Example Using **CDC::GetDeviceCaps()** ..............................590
Printer Setup Dialog Boxes ................................................................595
    Accessing a Printer Driver's Functions .......................................596
    The **DeviceCapabilities()** Function ...........................................599
    A Printer Driver Access Example .................................................600
Summary ............................................................................................607
Questions ...........................................................................................608
Exercises ............................................................................................610

xxi

Answers to Questions ......................................................................................................... 610

Solutions to Exercises ........................................................................................................ 611

**Chapter 15: Disk File Access** ......................................................................................... 615

How Windows Programs Access Files ............................................................................... 616

File Access—Two Approaches ........................................................................................... 617

The **CFile** Class ................................................................................................................ 618

    Opening a Disk File ................................................................................................... 619

    Reading and Writing Data ........................................................................................ 622

    Closing a File .............................................................................................................. 623

A File Access Example ....................................................................................................... 625

The **fstream** Class ............................................................................................................ 631

    An Example Program Using the **fstream** Class ..................................................... 635

Using a File Selection Dialog Box ..................................................................................... 640

Creating a Text Editor ....................................................................................................... 643

    How Edit Controls Store Text ................................................................................... 643

    The FILE2 Simple Editor ........................................................................................... 646

Summary ............................................................................................................................. 652

Questions ............................................................................................................................ 652

Exercises ............................................................................................................................. 653

Answers to Questions ......................................................................................................... 654

Solutions to Exercises ........................................................................................................ 654

**Chapter 16: Bitmaps** ..................................................................................................... 657

How Bitmaps Store Images ............................................................................................... 658

    Loading a Bitmap File ............................................................................................... 659

    Displaying a Bitmap .................................................................................................. 660

    An Example Program Using **BitBlt()** ..................................................................... 662

Stretching a Bitmap ........................................................................................................... 664

    Using **CDC::StretchBlt()** ........................................................................................ 667



Raster Operation Codes ................................................................. 671
    An Example Using Raster Operation Codes ............................. 672
    The BITMAP3 Program ........................................................ 675
Drawing on a Memory Bitmap ...................................................... 681
    Memory Bitmaps and Animation ........................................... 682
Bitmap Data Internal Format ......................................................... 690
    The DIB Format .................................................................. 691
Summary ..................................................................................... 695
Questions .................................................................................... 696
Exercises ..................................................................................... 697
Answers to Questions .................................................................. 697
Solutions to Exercises .................................................................. 698

**Chapter 17: The Clipboard** ......................................................... 701
How the Clipboard Works ............................................................ 702
Basic Clipboard Functions ........................................................... 704
Clipboard Formats ...................................................................... 706
Clipboard Limitations ................................................................. 709
A Simple Clipboard Example ....................................................... 709
Multiple Clipboard Formats ......................................................... 714
    CLIPBRD2 Listings ............................................................. 720
Delayed Rendering of Clipboard Data ........................................... 725
    WM_RENDERALLFORMATS and WM_DESTROYCLIPBOARD ...... 727
    A Delayed Rendering Example ............................................... 727
    DELREND Listings .............................................................. 730
Using the Clipboard with an Edit Control ...................................... 734
    Adding Clipboard Functionality to a Simple Editor .................... 735
Summary ..................................................................................... 742
Questions .................................................................................... 744
Exercises ..................................................................................... 745

xxiii

Answers to Questions ................................................................................................ 745

Solutions to Exercises ............................................................................................... 745

**Chapter 18: Dynamic Link Libraries** .................................................................. 749

Compiler Runtime Libraries ...................................................................................... 750

Dynamic Link Libraries ............................................................................................ 752

    MFC Class Libraries ........................................................................................... 753

    How DLLs Work ................................................................................................ 754

    Problems with Static Variables in DLLs ............................................................ 755

Writing a DLL Using MFC Classes ........................................................................... 757

    Creating New MFC Library Files ....................................................................... 757

    Outline of a DLL ................................................................................................ 758

    DLL Function Declarations ................................................................................. 759

    An Example DLL ................................................................................................ 760

    Module Definition File for a DLL ....................................................................... 760

    Header File for a DLL ......................................................................................... 763

    Creating a DLL with PWB ................................................................................. 763

    Using the DLL .................................................................................................... 763

    Alternate Ways to Reference DLL Functions ..................................................... 767

Import Libraries ........................................................................................................ 768

    Creating an Import Library ................................................................................ 769

    Using an Import Library ..................................................................................... 770

    The Big Picture on Import Libraries .................................................................. 770

    Programming Considerations for DLLs .............................................................. 772

A More Complete DLL Example ............................................................................... 772

    Creating LISTDLG.DLL ..................................................................................... 773

    Using the DLL .................................................................................................... 778

Summary ................................................................................................................... 782

Questions .................................................................................................................. 783

Exercises ................................................................................................................... 784



Answers to Questions .................................................................................................784

Solutions to Exercises ...............................................................................................785

**Appendix A: Windows NT** ......................................................................................787

**Appendix B: Virtual Key Codes** ...........................................................................795

**Appendix C: Mouse Hit Test Codes** .....................................................................798

**Appendix D: Command Line Compilation** ...........................................................800

**Appendix E: Bibliography** .....................................................................................805

**Appendix F: Glossary** ............................................................................................807

**Index** .....................................................................................................................814

Chapter

# 1

# How Windows Works

The MFC classes are designed primarily as a basis for creating Windows 3.1 and Windows NT applications. You will need to have a general understanding of Windows programming to make sense out of the MFC classes. This chapter provides an overview of how Microsoft Windows works internally, and the different elements that make up a Windows program. We will look at the differences between Windows and DOS programs, and examine how the Windows environment appears to run more than one program at a time. Some of the unique aspects of creating Windows programs, such as processing Windows messages and using resources to store the program's data, are also discussed.

—— **MICROSOFT FOUNDATION** ——
**CLASS PRIMER**

Built-in memory management functions are vital to the ability of Windows to run many applications at the same time. As a programmer, you will be able to control how different portions of a program are managed in memory. This control is specified in parts of a Windows program that do not have equivalents when compiling a DOS program, such as the module definition file or resource script file. We will look at these files in preparation for compiling your first Windows program in Chapter 2, *Using the MFC Classes*.

All of the subject matter in this chapter applies to any Windows program, regardless of the language you choose to create the program. If you are an experienced Windows programmer with C or another language, you may want to skip ahead to Chapter 2, which introduces the C++ approach to Windows programming.

**Concepts covered:** How Windows programs work, messages, resource data, structure of a Windows application program, compiling and linking, program instances, resources, client area, static data, local heap, module definition files.

**Key words covered:** GUI, PRELOAD, LOADONCALL, MOVEABLE, FIXED, MULTIPLE, SINGLE.

# WHAT IS MICROSOFT WINDOWS?

If you have been using Microsoft Windows for some time, you probably take its ease of use for granted. You do not need to understand how Windows works internally to use it or run complex Windows programs. In fact, the Windows environment does an excellent job of shielding the user from the underlying workings. The situation is different when you decide to write your own Windows programs. You will need to look "under the hood" and see how Windows works.

When you get down to fundamentals, Microsoft Windows is a DOS program that has the ability to run other programs written in a special way. That probably sounds odd, as Windows looks different on the screen than most DOS programs. When you think about it, Windows is started from DOS like any DOS program. To start Windows you type **WIN** (ENTER) from the DOS prompt. What you are doing is running the DOS program WIN.COM, which is the core of Windows. WIN.COM loads several other files into memory, displays the Windows logo, and gets the Windows Program Manager application running. At that point, you are in the "Windows Graphical Environment," as shown in Figure 1-1. It is called "graphical" because Windows uses graphics to organize the workspace and present the user with intuitive ways to accomplish tasks. It is called an "environment" because you can run other programs from within Windows. Environments like Windows are sometimes called "GUI" for "Graphical User Interface."



2

HOW WINDOWS
WORKS



**Figure 1-1** The Windows Graphical Environment

Once you have Windows running, you can run Windows programs, such as Excel and Write. A number of these programs can be run at the same time and share the screen. The Windows environment makes sure that each program gets its own portion of the screen, that the programs do not interfere with each other, and that each receives a slice of the computer's time.

# THE ADVANTAGES OF WINDOWS

Windows is fundamentally just a big DOS program. The programs that you run from within Windows, such as Paintbrush and Windows Write, are definitely *not* DOS programs. These applications will run only within Windows. Why is that?

The answer lies in the internal structure of Windows. Windows includes a huge collection of built-in functions and data. For example, Windows includes functions with the ability to draw text in different sizes and styles using font data. Windows has a broad range of graphical functions for drawing lines and geometric shapes in color. Windows programs (like Excel) use these built-in functions, and do not need to supply the program logic to do these tasks. Excel uses these functions by requesting them from Windows.

Because Windows programs use built-in Windows functions, the programs end up smaller than they would be if each program had to include all of that logic. There are a number of advantages to this approach:

▶ Windows programs (called "application programs" or just "applications") take up less disk space, and less room in memory, once Windows is already running.

▶ All Windows applications tend to have the same "look and feel" because they are using the same built-in logic to draw text, display menus, and so on.

▶ Once the user sets up his or her system to run Windows, every Windows application can take advantage of the configuration. If a printer works for one Windows application, it will work for every other Windows application. That is because every program will take advantage of Windows' built-in printing functions instead of creating them from scratch. This eliminates the complex installation programs of many DOS programs, which had to have their own printer installation, memory configuration program, and font data.

Finally, the fundamental advantage of Windows is that it allows many programs to operate at the same time. We will have more to say about this later in the chapter.

## WHAT IS WINDOWS NT?

Windows NT is basically a rewritten version of Windows. Although Windows NT looks and acts just like Windows 3.1 (Figure 1-1), the underlying structure of the environment is somewhat different. The biggest differences are:

▶ Windows NT is *not* an MS-DOS application like Windows 3.1. Instead, Windows NT is a complete operating system including all file operations. If you have a computer loaded with Windows NT, you can start up (boot) the computer directly into NT without loading MS-DOS. You can think of Windows NT as replacing both MS-DOS and Windows 3.1 with one streamlined package. Windows NT continues to support the underlying disk file structure used by MS-DOS (and Windows 3.1) so that disk files can be easily exchanged between the two systems.

▶ Windows NT takes advantage of the advanced memory management features built into the Intel 80386 and higher CPU chips. This makes programs more efficient, and less likely to crash. It also means that Windows NT will not run on the older 80286 family of computers.

Despite these underlying differences, Windows 3.1 and Windows NT are very similar to both users and programmers. Microsoft went to great pains to make NT look and behave as much like Windows 3.1 as possible. The two operating systems are so similar that throughout this book we will use the term "Windows" to refer to both systems. Information boxes that document details specific to Windows NT are included where there are underlying differences that you need to understand.



One bit of confusion stems from Microsoft's use of two terms to describe one operating system. You may see the programming environment referred to as "Win32" rather than "Windows NT." Win32 is the 32-bit application programming interface (API) for the Windows NT operating system. In other words, Win32 is the part of Windows NT that only programmers see. To keep things simple, this book uses the term "Windows NT" for both the operating system and the programming environment.

# HOW WINDOWS PROGRAMS WORK

All programs function by telling the computer's hardware what to do. The difference between a Windows application and a DOS program lies in how direct the connection is between the running program and the actual hardware. Most DOS programs have a structure as shown in Figure 1-2. Besides the program logic (do this first, that second, and so on), DOS programs deal directly with the computer's hardware to access the screen, read the keyboard, and to perform other "low-level" functions. The main support the DOS operating system provides is for disk file access.

Figure 1-2 is a bit simplified. There are some limited functions within DOS for dealing with the screen and communications devices. Most DOS programs do not use these features because it is usually faster to deal directly with the computer's hardware.



**Figure 1-2** How a DOS Program Works

───── **MICROSOFT FOUNDATION** ─────
**CLASS PRIMER**

Figure 1-3 shows how a Windows program operates. Windows applications interact with the Windows environment, not directly with the hardware. If an application decides to write or draw something on the screen, it calls a function within Windows. Internally, Windows decodes the function call and translates it into hardware commands. If Windows was installed specifying a VGA video system, VGA hardware commands are sent out. If an IBM 8514 video adapter was specified when Windows was installed, IBM 8514 video hardware commands are sent out. The application program does not necessarily know or care what type of hardware the user has installed. The Windows environment takes care of the hardware for the program.

Note in Figure 1-3 that disk file commands are still done via DOS. Because Windows is a DOS program, DOS is always running before Windows is started. All of the DOS file support functions are available to Windows, just as they are available to any DOS program. Windows designers took advantage of DOS to do what it does best—disk file access. Files created by Windows programs are really DOS files. This means that you can save a text file created by the Windows Notepad application on a floppy disk, and hand it to a coworker who uses a DOS word processor. The DOS word processor will have no trouble reading the file, even though it was created by a Windows program. Using the DOS file functions has the disadvantage of limiting file names to eight characters, plus a three character extension, like "ANEWFILE.TXT."



**Figure 1-3** How a Windows Program Works





## Running Several Programs at One Time

Windows allows you to run many application programs at the same time. "Running" means that the program is loaded into memory. It does not mean that the program is necessarily doing anything. Most of the time Windows applications just sit in memory. They only do something when requested to by the Windows environment. A well-designed Windows program constantly tries to finish what it is doing and give control back to Windows. Think of Windows programs as being incredibly polite. They only act when commanded to do so by Windows, and then they promptly give control back to their host, the Windows environment.

To understand why Windows applications must be so polite, consider a situation where you have several applications running at the same time. Figure 1-4 shows a typical Windows screen image with several programs running. The Program Manager, Notepad, Control Panel, and Calculator are all visible. This means that these four applications are loaded into memory. We will see later that Windows has the ability to load just parts of a program to conserve memory space. Any running program will be at least partly loaded into memory.

Note that each of the running applications in Figure 1-4 occupies its own rectangular area on the screen. These areas are said to be the program's "window."



**Figure 1-4** Windows Session with Several Programs Running

7

————— MICROSOFT FOUNDATION —————
CLASS PRIMER

The Windows environment gets its name from the concept of these program windows. Each program window is an independent entity. Each program can write only on its own window area, not on another program's window. You can think of each window's border as being a fence that restricts output from the program to an individual little "screen" dedicated to that one program.

## Two Meanings of "Window"

The word "window" has two meanings in this book. When the first letter is capitalized ("Windows"), it means the complete Microsoft Windows environment. This includes the Program Manager, File Manager, and all of the Windows API (Application Programming Interface) functions. In small letters ("a window"), it refers to an individual program window on the screen.

## Looking Into Memory

If you could look into the memory chips of the computer that is shown in Figure 1-4, you would find things organized roughly as shown in Figure 1-5. Prior to loading Windows 3.1, DOS is loaded from the disk drive and stays in memory



**Figure 1-5** Memory Organization for a Windows Session

8

while Windows operates. Windows 3.1 is loaded into memory when the user types WIN (ENTER). (Windows NT starts running immediately when the computer is turned on, without going through the step of loading MS-DOS.)

Windows consists of several files, each called a "program module." Starting Windows automatically loads the Program Manager program into memory. Windows applications that the user starts are also loaded into memory, along with the data that each application uses, such as the text file Notepad may be editing.

At any one time, the computer's CPU will be executing instructions residing in one of these memory areas. The program with "control" of the system is the one whose code is currently being executed. Those instructions are in the memory block occupied by the program. If the user does not do anything, the Windows environment has "control" of the "system." "System" is just another word for a running computer, including all of the programs that are currently active. When a program is processing instructions, the program is said to have "control of the system." When Windows has control, instructions in the portion of memory occupied by Windows are being executed. Windows just keeps checking to see if any key was pressed, if the mouse was used, etc.

# MESSAGES

Now imagine that the user moves the mouse cursor (the little arrow that moves when you move the mouse) over to the Calculator program's window area and clicks the left mouse button. Windows contains the logic for decoding the hardware signals sent from the mouse. The functions containing this hardware decoding logic are in the block of memory occupied by a portion of Windows called a "driver" (because it "drives" the mouse). Once the hardware information from the mouse is decoded, Windows must figure out which program the user selected with the mouse cursor. Windows does this by comparing where the mouse cursor is located to the location of the program windows on the screen. The top-most window under the mouse cursor must be the one that the user wants to activate. Again, the logic for figuring out which application the user has selected is built into the Windows environment, and is always ready to run.

Next, Windows must tell the Calculator program what has happened, so that the Calculator can do something, such as display a new digit. Windows does this by sending the Calculator application a "message." The message tells Calculator something like "The user has clicked the right mouse button over point X,Y on your (the Calculator application's) window. Do whatever is appropriate, then return control back to Windows."

Of course, computers do not really have internal message systems like telephones and telexes. Computers just execute instructions in memory. To pass

━━━ **MICROSOFT FOUNDATION** ━━━
**CLASS PRIMER**

the message data to a running program, Windows writes some data into a memory block, and then lets the program receiving the message data start running. The program reads the memory block, does whatever is required, and then returns control to Windows.

To pass the message data to a program, Windows writes the information into a memory area set aside for each running program. Once Windows has written the message data into memory, Windows allows the program that is receiving the message to execute its instructions. The program reads the message data from the memory block, decodes all of the data bytes, decides what to do, and then returns control back to Windows. This cycle is shown in Figure 1-6.

The message cycle shown in Figure 1-6 allows Windows to send messages to any number of programs in memory. If the user moves the mouse cursor over one program's window and clicks a mouse button, that program will receive messages. The messages will be information from Windows such as "the mouse moved," "the left mouse button was depressed," or "the left mouse button was released." If the user then moves the mouse over another window on the screen and clicks a mouse button, that program will start receiving the messages from Windows.

The channeling of message data to different applications is the secret of Windows' ability to appear to run more than one application at the same time. The computers that Windows runs on can really only execute one instruction at a time. Either Windows itself is executing instructions (has control), or one of the programs in memory is executing its instructions. Windows can rapidly switch which program is getting the messages, to reflect which application the user has selected with a mouse action or keystroke. The switching of messages



**Figure 1-6** The Message Cycle

10

from one program to the next is the sleight of hand that Windows uses to make
it appear that all of the programs are running at once. Figure 1-7 shows two
applications receiving different messages from Windows. Keep in mind that
each message is sent at a different time, and that only one program can process
a message at any one time.

# AN ANALOGY

If you want to draw an analogy at this point, think of Windows as the boss and the
running programs as workers. Each program worker sits behind a desk with an "In"
box. To begin with, the Windows boss is active, but all of the program workers are
frozen in place. The boss determines which worker needs to do a task, writes the
message on a piece of paper, and puts it in the worker's "In" box. The boss goes back
to his desk and stops moving. The worker begins moving, reads the message, and
does whatever is required. Unlike a normal office, none of the other workers or the
boss can move while another worker processes a message. When the worker is
done, the boss becomes active again, and all of the workers are frozen.

You may be wondering if the workers (programs) have both "In" and "Out"
boxes. Absolutely! Windows programs can both send and receive messages. We
will use the ability to send messages to allow a program to communicate with
other windows, such as editing windows and list boxes. Windows application



**Figure 1-7** Two Application Programs Receiving Messages

programs can also exchange data with each other by sending messages. This is called "Dynamic Data Exchange," or DDE.

The office analogy points out the importance of writing Windows programs correctly. You can write a Windows program that includes CPU instructions that directly access the computer's hardware, takes over the entire screen, keeps other programs from running, and generally behaves like a wild dog. A poorly written Windows program can act like a very slow worker in an otherwise efficient office—the other workers cannot get any work done while they wait for the slow worker to finish his or her task. Generally speaking, Windows does not stop the programmer from doing things wrong. It is up to the programmer to write a well-behaved program that will coexist with other running programs in memory.

This all sounds intimidating. You may be thinking, "If I write my program wrong, I could make all the other programs running under Windows fail." This is basically true, and every Windows programmer has the responsibility of writing "well-behaved" programs. However, writing well-behaved Windows programs is not difficult, particularly when using the Microsoft Foundation Classes. We will see in the next chapter that a program with fewer than 30 lines of code can be a perfectly acceptable and well-mannered Windows program. This book will guide you through the process of designing programs that will coexist with any other Windows application.

The bottom line is: Windows applications are written to coexist with other running programs. This is a basic design consideration that will impact every Windows application you write. The reward for this effort is that the incredible built-in power of the Windows environment will be available to every program. Once you know how to use Windows, you will be able to create impressive applications in a fraction of the time it would take to create a comparable application using a conventional programming environment, such as DOS.

**NT** Windows NT has several advanced features for controlling program execution that do not exist in Windows 3.1. Windows NT will interrupt a running application if it attempts to "hog" the entire system, allowing the user to gracefully terminate the errant program. Windows NT also has the ability to split execution of a program into pieces, called "threads" of execution. A computer with more than one CPU can route different "threads" to different CPU chips so that the computer can literally do more than one thing at one time.

The MFC classes were designed for compatibility between Windows 3.1 and Windows NT and, therefore, do not support the unique programming

*continued on next page.*

continued from previous page

features of Windows NT. However, many of the advantages of Windows NT (such as the ability to interrupt an errant program) are built into Windows NT and require no special effort on the part of the programmer. The vast majority of applications can be created without any need to use multithreaded execution and can use the MFC classes without modification.

# THE STRUCTURE OF WINDOWS PROGRAMS

You have seen how a Windows program behaves and what shows up on the screen. Now let's look at the parts that make up a Windows program, and why compiling a Windows program has different requirements and results than compiling a DOS program.

Windows programs basically do two things:

▶ Initial activities when the program is first loaded into memory. These activities consist of creating the program's own window and any startup chores, such as setting aside some memory space.

▶ Processing messages from Windows.

The key item in the first step is creating the program's window, which is the piece of the screen that the program will control. Application programs only write inside their own window, not in other program windows, or on the background of the screen. Restricting output to the program's window is one of the keys to having several programs coexist on the same screen. Program windows are always rectangular and will contain various elements, such as menus and captions, depending on what the program does. Figure 1-8 shows a typical program window, with the elements labeled.

Windows uses a standard set of names to describe the various parts of a program's window area. The *client area* of the window is the central portion in which the program can draw graphics and text. If a program tries to write outside of the client area, nothing shows up on the screen. This is how Windows keeps programs from interfering with each other on the screen. If the window has a thick border (like the border in Figure 1-8), the window size can be changed by positioning the mouse cursor over a corner, depressing the left mouse button, dragging the corner to a new location, and releasing the mouse button. Changing the window's size changes the size of the client area. If the client area is increased in size, the program will be able to write on all of the area, but not outside of the client area.

13