# EXHIBIT RR (Part 2/5)

MICROSOFT FOUNDATION
CLASS PRIMER



**Figure 1-8** Program Window Elements

## Code and Resources

Most programmers think of a program as a series of instructions that the computer executes. Actually, programs consist of both instructions and static data. Static data is any portion of the program that is not executed as a machine instruction, and which does not change as the program executes. Examples of static data are character strings for messages to the user, menu definitions, and character data to create fonts.

Static data is different from dynamic data. Dynamic data changes as the program runs. Usually dynamic data is stored in separate files, and is the data that the program reads and writes. For example, Microsoft Excel stores the (dynamic) worksheet data in .XLS spreadsheet files, but has static data defining its menu structure as part of the Excel program.

## Resource Data

The designers of Windows wisely decided that static data should be handled separately from the program code. The Windows term for static data is "resource data," or just "resources." Resource data can include any of the items listed in Table 1-1. By separating static data from the program code, the creators of Windows were able to use a standard C++ compiler to create the code portion of the finished Windows program, and only had to write a "resource compiler" to create the specialized resources that Windows programs use. Separating the code from the resource data has other advantages in reducing memory demands

14

**Table 1-1**  Resource Data Types

and making programs more portable. It also means that a programmer can work on the program's logic, while a designer works on how the program looks.

## Program Instances

Windows allows you to run more than one copy of a program at a time. This is handy for cutting and pasting between two copies of Notepad, or when running more than one terminal session with a terminal emulator program. Each running copy of a program is called a "program instance." There are a few programs that allow only one instance to be run at a time, but most Windows applications allow any number of instances.

15

——— **MICROSOFT FOUNDATION** ———
**CLASS PRIMER**

An interesting memory optimization trick that Windows 3.1 performs is to share a single copy of the program's code between all running instances. For example, if you get three instances of Notepad running, there will only be one copy of Notepad's code in memory. All three instances share the same code, but they will have separate memory areas to hold the text data being edited. The difference between the handling of the code and data is logical, as each instance of Notepad will be able to edit a different file, so the data must be unique to each instance. The program logic to edit the files is the same for every instance, so there is no reason a single copy of Notepad's code cannot be shared.



**Figure 1-9** Steps in Creating a DOS Program

HOW WINDOWS
WORKS

**NT** Although you can run multiple copies of the same program under Windows NT, each instance is loaded separately into memory and has its own separate memory areas. Windows NT uses this approach to provide more protection for errant programs that may attempt to write to other programs' areas of memory.

## Compiling a Windows Program Versus a DOS Program

Because Windows programs store resource data in separate files, the process of putting together a complete Windows program is a little more involved than compiling a DOS program. Figure 1-9 shows how a C++ program written to run under DOS is compiled and linked to create a finished program. The C++ compiler converts the source code file into an object file. A linker converts the object file into the finished executable program. This two-step link/compile process is used so that more than one source code (.CPP) file can be used to create a large finished program. The source code files can be separately compiled, and then linked together by the linker. If a change is made to just one of the source code files, only that one file must be compiled and then linked to the other object files to create the new executable program. This method saves a lot of time during the development of large programs.

Figure 1-10 shows a flow diagram for the creation of a Windows program. The compilation of the source code files to make object files is the same in both DOS and Windows. In creating a Windows program, the linker gets some additional information from a small file called the "module definition file," with the file name extension ".DEF." This file tells the linker how to assemble the program. We will examine the module definition file later in this chapter. The linker combines the module definition file information and the object files to make an unfinished .EXE file. The unfinished .EXE file lacks the resource data.

The biggest difference in compiling Windows programs as opposed to DOS programs is in the compilation of the resource data. The resource data is compiled by the resource compiler to make a resource data file with the extension ".RES." The resource data is added to the unfinished .EXE file to create the finished executable program. The resource data is basically stuck onto the end of the program's code and becomes part of the program file. In addition to adding the resource data, the resource compiler writes the Windows version number into the program file. This version data is how Windows tells whether a program was compiled for the 2.0 version of Windows or under a more recent version. If you try to

——— **MICROSOFT FOUNDATION** ———
**CLASS PRIMER**



**Figure 1-10** Steps in Creating a Windows Program

**HOW WINDOWS WORKS**

run a Windows 2.0 program under Windows 3.0 or 3.1, you will get a warning message telling you that the program needs to be updated.

# WINDOWS MEMORY MANAGEMENT

Computer memory is like money—you can never have too much. No matter how much memory you install on your computer, sooner or later you will run out. Windows goes to a lot of trouble to make the best possible use of whatever amount of memory is installed. For the most part, these memory management functions are automatic. However, as a programmer you will need to understand the basics of what Windows is doing so that you can properly design the program.

The first thing you need to know about Windows memory management is that almost everything in memory can be moved. Windows moves objects (code and data) automatically to make room for new programs and data. To understand why this is necessary, consider the example in Figure 1-11. To begin with, there are three programs loaded into memory. If the user stops (terminates) Program 2, its block of memory is free for use. The total free memory on the system ends up being fragmented into two sections. If the user decides to load another large program, the largest available single block of memory may not be big enough. To



**Figure 1-11** Moving Programs in Memory

make room for Program 4, Windows moves Program 3 down in memory. This makes a larger section of memory available for Program 4 to load.

Memory shifts, as shown in Figure 1-11, happen all of the time when you run Windows application programs. This is the reason that programs take longer to start running if you already have several other Windows applications running. Windows must make room for the next program, which frequently involves shifting things around in memory.

For simplicity, Figure 1-11 shows the programs as single big blocks. In reality, Windows handles program files in a much more sophisticated manner. If you compile a big Windows program consisting of many C++ program files, each of the C++ program files ends up turned into a separate piece of the final program, called a "segment." Windows can load and remove each segment of a program to and from memory separately. If you have five C++ program files, there will be five program segments. At any one time, Windows may have between one and five of these segments loaded in memory. If a function is called in a segment that is not already loaded, Windows will automatically load the segment before it tries to execute the function.

Windows manages data with a similar degree of sophistication. Each piece of data in the program's resource data will be separately managed. For example, if you define a series of small windows (called "dialog boxes") to get information from the user as the program runs, each dialog box can be separately loaded and unloaded from memory as it is needed.

## Memory Options

As a programmer, you can control how program code and data is managed in memory by specifying options in the program's module definition file (.DEF file) and in the program's resource script file (.RC file). Table 1-2 shows some of the memory management options. For example, most small Windows programs have their code set up as PRELOAD and MOVEABLE. This loads all of the code into memory when the program first starts, but then allows the code to be moved in memory to make room for other objects. Program resources, such as the definitions for dialog box windows, are usually LOADONCALL, MOVEABLE, and DISCARDABLE. This means that the data is not loaded until needed, can be moved in memory, and can be erased from memory to make room for other objects if the data is not being used.

You cannot use certain memory options together. For example, it would not be logical to have a block marked both FIXED and MOVEABLE at the same time. To be DISCARDABLE, a block must also be marked as MOVEABLE. DISCARDABLE is the ultimate form of MOVEABLE—moving the block right out of memory. This

| Options | Meaning |
|---|---|
| PRELOAD | The code or data is loaded into memory when the program first runs. |
| LOADONCALL | The code or data is not loaded into memory until it is needed. |
| MOVEABLE | The code or data can be moved in memory. This is the most common option. |
| FIXED | The code or memory remains at a fixed address in memory. This restricts Windows' ability to manage memory, so the FIXED option is used only in rare situations, such as interrupt driven interfaces with hardware devices. |
| DISCARDABLE | The code or memory can be temporarily removed from memory to make room for other objects. The code or data will then be reloaded if it is needed. |
| MULTIPLE | Applies only to program data. MULTIPLE means that if the same program is running several times (several instances), each will have a different set of data. |
| SINGLE | Applies only to program data. SINGLE means that all instances share the same data. |

**Table 1-2**  Memory Management Options in Windows

means that the block will have to be reloaded if that portion of the program is again needed. This takes a little time, but gives Windows the maximum flexibility to optimize memory. DISCARDABLE blocks are not removed from memory unless simply moving blocks does not make enough room. FIXED memory blocks are to be avoided. A few FIXED blocks scattered about in memory will make it impossible for Windows to properly optimize memory.

One final bit of optimization that Windows does is possible only in "enhanced" mode. Windows starts up in enhanced mode automatically if you are running on an 80386 or 80486 based computer. With these advanced CPU chips, Windows is capable of using the hard disk to store data and code if Windows runs out of RAM memory room. This is called "virtual memory management." All of this is done automatically by Windows. If you are running a lot of applications at the same time, you may notice the hard disk running periodically. That is Windows reading and writing memory blocks to and from the hard disk.

**NT** Windows NT can run only on 80386 and higher CPU chips and, therefore, can always take advantage of the virtual memory management features of these advanced CPUs. Windows NT will automatically copy areas of memory off to the computer's hard disk if Windows NT runs short of RAM.

21

# Stacks and Heaps

If you have been programming with the C++ or C languages, you are probably familiar with automatic, static, and global variables. Listing 1-1 shows a simple program with all three types of variables defined. The function **CountByTen()** just adds 10 to the static variable *nKeep* 10 times. This is trivial, but it does demonstrate the three variable types. Automatic variables (*n* in Listing 1-1) are defined inside a function, but only retain their values while the function's code is being executed. If you call the function a second time, the automatic variable's last value is forgotten. Static variables (*nKeep* and *cBuf[]* in Listing 1-1) are defined inside of a function, but with the prefix "static." These values are stored in a permanent memory block and are not forgotten each time the function exits. Global variables are defined outside of any function (*nGlobal* in Listing 1-1). Global variables are known to every function in the program and retain their values as functions in the program execute.

You can use automatic, static, and global variables in a Windows program. Physically, automatic variables are stored in a memory area called the "stack." Global and static variables are stored in a memory area called the "local heap." Each Windows program has its own memory area to hold its stack and local heap. The combined size of the stack and local heap is limited to 64K because they are physically stored in a single memory "segment." This 64K limit is due to the limitations of the 80286 processors, with a maximum segment size of 64K. The 80386 and 80486 processors do not have this limit, but Windows 3.1 maintains compatibility with the older CPUs (Windows NT does not have these limitations, so segments can be far larger than 64K).

Figure 1-12 shows how a Windows program exists in memory. The program's code is in one or more segments. A separate segment holds the stack and local heap. The stack is used by every function that uses automatic variables. Each time a new function executes, the stack holds that function's automatic variables,

**Listing 1-1**  Automatic, Static, and Global Variables

```
int nGlobal = 10 ;            // a global variable

int CountByTen ()             // start a function
{
    int    n ;                // an automatic variable
    static int nKeep ;        // a static integer
    static char  cBuf [] = "This is static text.";

    for (n = 0 ; n < nGlobal ; n++)
        nKeep += 10 ;
    return (nKeep) ;
}
```



**Figure 1-12** A Windows Program in Memory

writing over the values from the previous function. In contrast, the static and global variables in the local heap occupy fixed positions within the segment. These variables do not get written over when a new function is called.

Windows programs can also request blocks of memory as the program runs. This is similar to a C program running under DOS calling the **alloc()** function, or a C++ program using the *new* operator. Windows programs call similar functions to request memory blocks either in the local memory heap, or outside of the local heap in main memory called the "global heap." You can request blocks that are fixed, moveable, or discardable as the program runs. Most of the time, Windows applications set aside memory blocks that are moveable, so that Windows can continue to optimize memory space by moving things around. We will discuss allocating memory blocks in Chapter 12, *Managing Memory*.

## An Example Module Definition File

Listing 1-2 shows a typical module definition file for a Windows program. The module definition file tells the linker how to organize the program's use of memory. There is no equivalent to a module definition file when compiling a DOS program. The data in the module definition file controls memory options that are specific to Windows.

**Listing 1-2** Example Module Definition File (MINIMAL1.DEF)

```
NAME            MINIMAL1
DESCRIPTION     'Basic Windows application'
EXETYPE         WINDOWS
STUB            'WINSTUB.EXE'
CODE            PRELOAD MOVEABLE
DATA            PRELOAD MOVEABLE MULTIPLE
HEAPSIZE        1024
STACKSIZE       5120
```

The NAME statement just gives the name of the file. This is optional, but it makes reading the listing easier. DESCRIPTION adds a text string to the beginning of the file (about 760 bytes from the start). This is handy for embedding copyright notices in the code. EXETYPE marks the program as a Windows 3.0 or later program. Without EXETYPE specified as WINDOWS, the program will be a Windows 2.0 version and will generate a nasty warning message if a user runs it under Windows 3.0 or later.

The STUB statement provides the name of a small DOS program that is added to the beginning of the Windows application. The purpose of the stub is to print the message "The program requires Microsoft Windows." if the user attempts to run the program from DOS. The WINSTUB.EXE program is provided with the Microsoft C++ compiler. (The STUB and EXETYPE statements are not necessary when compiling Windows NT programs and will be ignored if present. These statements can be included in the .DEF file to allow the same .DEF file to be used for both Windows and Windows NT, which is the case for all of the examples in this book.)

The CODE statement controls the memory options for the program's instructions. In MINIMAL1.DEF the code will be loaded into memory when the program starts, and will be moveable in memory. The program's data segment will also be preloaded into memory and will be moveable. If more than one instance of the program is started at the same time, each copy will have its own data (MULTIPLE statement). The module definition file also sets the size of the program's data segment with the HEAPSIZE and STACKSIZE statements. The minimum stack size for a windows program is 5,120 bytes. The HEAPSIZE statement sets the starting size of the local memory heap. The heap will be expanded automatically if the program stores more data in the local memory area as it runs.

# SUMMARY

Windows applications are designed to allow many running programs to coexist in memory at the same time. Windows manages switching between applications

**1**
**HOW WINDOWS WORKS**

by sending message data to the program when the program needs to do something. Each Windows program waits to receive a message, acts on messages it receives, and returns control to Windows as soon as possible.

Windows programs are compiled differently than DOS programs. Both DOS and Windows programs use a C++ compiler to convert the source code files into object files. In addition to the source code files, Windows programs have separate resource files that contain static data, such as menus and bitmaps. Resource data is compiled by a separate compiler, called the resource compiler. The compiled resource data is combined with the object files to create the finished Windows program.

Each program will have access to a data segment containing both the stack and the local heap. Windows uses the stack for automatic variables and the local heap to store static and global variables. Windows can move program code and data in memory to make room for new objects. The program's module definition file (.DEF file) sets the memory options used for code and data.

# QUESTIONS



1. What is the minimum number of files needed to create a DOS program? How many for a Windows program? Count only the files the programmer writes, not the output of compilers and linkers.

2. What does a Windows program do when it is done processing a message?

3. Draw a picture of a program window. Show the location of the client area, frame, caption, system menu, menu bar, minimize button, and maximize button.

4. If a Windows program's client area is 100 pixels wide and 200 pixels high, and the program outputs graphics commands to draw a 200 by 300 rectangle, what size and shape ends up drawn? Where does the rest of the rectangle show up?

5. The DISCARDABLE memory option is always used with the _____ option.

6. If more than one copy of a Windows application is running, each is said to be a separate _____ of the application.

7. The _____ combines the object files to build an unfinished .EXE program file.

——— **MICROSOFT FOUNDATION** ———
**CLASS PRIMER**

8. When more than one application is running in the same Windows session, two or more applications can process separate messages at the same time. (True/False)

9. Each application will have its own local data segment containing
   a. the application's stack
   b. the application's local data heap
   c. resource data
   d. a and b

# ANSWERS TO QUESTIONS



1. A DOS program needs only one program file, a C++ source code file. A Windows program needs a minimum of *two* files: a C++ source code file and a .DEF module definition file. Almost all Windows programs also have an .RC resource script file, containing resource data, so *three* is also a correct answer.

2. Windows programs return control to Windows when they have processed a message.

3. The picture should look roughly as shown in Figure 1-13.

4. Only the portion of the rectangle within the client area will be visible. The portions of the rectangle that extend beyond the client area do not show up at all.



**Figure 1-13** Elements of a Window

HOW WINDOWS
WORKS

5. MOVEABLE.
6. instance.
7. linker.
8. False. At any one time, only one application can have code that is being executed by the computer's CPU.
9. d.

27

Case 5:12-cv-00630-LHK   Document 118-47   Filed 04/23/12   Page 16 of 18

Chapter **3**

# First Programming Experiments

This chapter explains more of the details behind the MINIMAL1 program from the previous chapter, and then it expands the program in three steps. Each addition to the program will explain more of the fundamentals behind Windows programming using the MFC classes. You will add message processing logic and resource data. By the end of the chapter, you will have a complete Windows application with its own icon and menu. This program will serve as an excellent starting point for other programming projects, including other programs in this book.

Besides improving the MINIMAL1 application, the additions will introduce two new types of files that will be used in all of the remaining example programs. The first is a header file, which will store definitions of constants and function declarations. The second is a resource file, containing the program's menu definition and icon image. Many other uses for resource data will be explored in subsequent chapters.

**Concepts covered:**  AFXWIN.H, pre-compiled headers, WINDOWS.H, Hungarian notation, handles, adding icons and menus, processing messages, command-line strings.

**Key words covered:**  ICON, MENU, BEGIN_MESSAGE_MAP, END_MESSAGE_MAP, DECLARE_MESSAGE_MAP, HANDLE, UINT, **m_pszAppName, m_hInstance, m_hPrevInstance, m_lpCmdLine, m_nCmdShow.**

**Functions covered:**  ::MessageBeep(), CWnd::SetWindowText(), CWnd::DestroyWindow().

**Messages covered:**  WM_SIZE, WM_MOVE, WM_COMMAND, WM_DESTROY.

# THE AFXWIN.H FILE

The MINIMAL1.CPP program introduced in the last chapter started with the inclusion of the AFXWIN.H header file. You will include this header file in every C++ program you write using the MFC classes. If you are curious, take a look at the AFXWIN.H file using a text editor. By default AFXWIN.H is located in a directory named C:\C700\MFC\INCLUDE.

AFXWIN.H contains a number of class definitions. This is how the compiler knows about the **CWinApp** and **CFrameWnd** classes that are used in the MINIMAL1 program. AFXWIN.H also contains a number of *#include* directives, which bring in other header files. For example, AFXWIN.H includes AFX.H, which in turn includes five other header files. Simply including the AFXWIN.H file in a program results in a total of 12 header files being read by the compiler before it gets to your code. Table 3-1 shows the complete list of header files and their sizes.

As shown in Table 3-1, AFXWIN.H adds up to about 300K of header files. If you do nothing but include the AFXWIN.H file at the top of your C++ listings, the compiler will end up spending far more time reading AFXWIN.H than your code. Fortunately, the 7.00 release of the Microsoft C++ compiler has the ability to store a compiled version of the header file information on disk. This is called using a "pre-compiled header," and is one of the PWB options you turned on while setting up PWB to compile MINIMAL1.CPP in Chapter 2, *Using the MFC*

66

**3**
**FIRST PROGRAMMING**
**EXPERIMENTS**

| File | Contents | Size |
|---|---|---|
| AFXWIN.H | MFC header file for Windows | (60K) |
| AFX.H | MFC header file for utility functions | (35K) |
| STRING.H | C runtime library for string functions | (6K) |
| STDIO.H | C runtime library for input/output | (7K) |
| STDLIB.H | Standard C runtime library | (7K) |
| TIME.H | C runtime library for time functions | (3K) |
| AFX.INL | Inline function definitions for AFX.H | (12K) |
| WINDOWS.H | Windows standard header file | (64K) |
| COMMDLG.H | Header file for Windows common dialogs | (12K) |
| AFXRES.H | Standard resource names for MFC | (1K) |
| AFXMSG.H | Message map table for MFC | (23K) |
| AFXWIN.INL | Inline function definitions for AFXWIN.H | (76K) |
| Total AFXWIN.H header file size | | (299K) |

**Table 3-1**  Contents of the AFXWIN.H Header File

*Classes.* For most work with the MFC classes, it is sufficient to pre-compile AFXWIN.H. The first time you use the pre-compiled header option, the compiler will read AFXWIN.H and all of its include files and write a compiled version of the data into the file AFXWIN.PCH. From then on the compiler will just read AFXWIN.PCH, rather than compiling all of the data each time you run the compiler. This saves a lot of time, although you will need to create a new header file if you change memory models, or decide to add other header files to the pre-compiled header.

The file name you list in PWB under the pre-compiled header name will be the last file in the source code listing that will be added to the pre-compiled header. For example, if you specify AFXWIN.H as the pre-compiled header file, but list it after other header files at the top of the listing, all of the header files up to and including AFXWIN.H will be added to the pre-compiled header. For example, if your C++ program starts with the list of files shown in Listing 3-1 and AFXWIN.H is the pre-compiled header file name you specified in PWB, the pre-compiled header will also include the header file data from STRSTREA.H and FSTREAM.H, but not from FILESTRM.HPP. This gives you the flexibility to pre-compile all of the "standard" header files that your projects will use, while compiling files specific to each project separately ("on the fly").

◆ 67 ◆