# EXHIBIT RR (Part 3/5)

——— MICROSOFT FOUNDATION ———
CLASS PRIMER

**Listing 3-1** Multiple Files Added to a Pre-Compiled Header

```
// program.cpp             example using several header files

#include <strstrea.h>      // streams header file
#include <fstream.h>       // file streams header file
#include <afxwin.h>        // class library header file
#include "filestrm.hpp"    // header file for this program
```

## Header Files Versus Library Files

Although the AFXWIN.H header file and its included files amount to a lot of source code, this is not the entire code for the MFC classes. The header files only include definitions of constants and functions that can be written on one line (C++ inline functions). The remaining code resides in library files that the linker reads when making the .EXE program. For example, the library file that has most of the MFC code is called SAFXCW.LIB. You can find this file in the MFC library subdirectory, which is called C:\C700\MFC\LIB by default.

The letter "S" in SAFXCW.LIB designates that this library was created to be used with small memory model programs. MAFXCW.LIB is for the medium memory model, LAFXCW.LIB is for the large memory model, and so on. There are also debugging versions of the libraries that include CodeView information that will allow you to trace through the execution of functions in the MFC classes. They are indicated by adding a "D" to the file name, such as SAFXCWD.LIB for the small memory model library with debugging information.

If you use the PWB to do your compiling and linking, the PWB automatically will pick the correct library file based on the memory model you are using. Do not forget to tell PWB that you will be using the MFC classes in the PWB "Additional Global Options" dialog box, as explained in the last chapter. If you are using another editor, you will need to specify the library name. This is explained in Appendix D, *Command-Line Compilation*.

One other little complication is that Microsoft only provides small and medium memory model libraries with the C++ 7.00 compiler. If you want to use the large memory model, you will need to create it from the MFC source code files. This is easy to do, although it takes upwards of 20 minutes to create a library. Creating a library is explained in Chapter 18, *Dynamic Link Libraries*, because DLLs use the large memory model.

## The WINDOWS.H File

One of the files that AFXWIN.H includes is WINDOWS.H. This is the standard header file that C programmers use when creating Windows applications. This

is only part of the header information you will need when creating Windows applications using the MFC classes. Nevertheless, WINDOWS.H is an important file, and one that we will refer to many times in this book. Listing 3-2 shows a small portion of WINDOWS.H

WINDOWS.H makes heavy use of the C (and C++) language *typedef* statement. For example, the new type WORD is not defined in the C language, but is defined in WINDOWS.H as an unsigned integer. This means that in a program that includes WINDOWS.H (singly or as part of AFXWIN.H), you can use "WORD" anywhere that you would otherwise have to type out "unsigned int." At the end of Listing 3-2, you will see that WORD is then used to create the HANDLE data type, which is then used to create HWND, a handle of a window. The result is that WORD, HANDLE, and HWND are all unsigned integers, even though each has a different purpose. These new names will make declarations of variable types more obvious than always using the declaration "unsigned int." We will see examples of this in a moment.

## Hungarian Notation

Back before C++, C programmers frequently ran into program bugs created by passing the wrong type of data to a function. This is less of a problem today due to the improved type checking that has been added to the C language. C++ provides elegant means of avoiding passing the wrong type of data, but it can

**Listing 3-2** WINDOWS.H Excerpt

```
typedef int              BOOL;
typedef unsigned char    BYTE;
typedef unsigned int     WORD;
typedef unsigned long    DWORD;
typedef char near        *PSTR;
typedef char near        *NPSTR;
typedef char far         *LPSTR;
typedef BYTE near        *PBYTE;
typedef BYTE far         *LPBYTE;
typedef int near         *PINT;
typedef int far          *LPINT;
typedef WORD near        *PWORD;
typedef WORD far         *LPWORD;
typedef long near        *PLONG;
typedef long far         *LPLONG;
typedef DWORD near       *PDWORD;
typedef DWORD far        *LPDWORD;
typedef void far         *LPVOID;

typedef WORD             HANDLE;
typedef HANDLE           HWND;
```

still happen. It is a good idea to use variable names that make it obvious what type of data the object contains. Windows programmers use a naming convention called "Hungarian notation" in honor of its inventor, Charles Simonyi. The idea is to precede variable names with key letters that describe what type of data the variable represents, including many of the specialized types defined in WINDOWS.H. Table 3-2 shows the basic system of prefixes.

Figure 3-1 shows an example using Hungarian notation. The variable *lpszBigName* is a long pointer to a zero terminated string (l = long, p = pointer, sz = zero terminated string). Also note the use of capital letters in the name to make the word breaks obvious without wasting space.

Listing 3-3 shows some additional examples of variables named using Hungarian notation. The bottom two declarations show pointers to strings. Pointers to character strings are used so frequently that WINDOWS.H includes typedef statements for PSTR (char *), a near pointer to a string, and LPSTR (char FAR *), a far pointer to a string. These definitions just save a bit of typing.

## Handles

The one unusual data type in the WINDOWS.H list of variable types is HANDLE. Handles are unsigned integers that Windows uses internally to keep track of

| Prefix | Data Type |
|--------|-----------|
| b | BOOL (int, use only TRUE and FALSE values, 1 and 0) |
| by | BYTE (unsigned char) |
| c | char |
| dw | DWORD (double word, a four byte unsigned long integer) |
| fn | function |
| h | handle. This is an ID value that Windows uses internally to keep track of memory blocks, window ID values, etc. |
| l | long |
| n | short (int) or near pointer (np) |
| p | pointer |
| s | character string |
| sz | character string terminated by zero |
| w | word (two bytes) |

**Table 3-2** Variable Name Prefix Codes Used in Hungarian Notation

**3**

FIRST PROGRAMMING
EXPERIMENTS



**Figure 3-1** Hungarian Notation Example

**Listing 3-3** Hungarian Notation Used in Declaring Variable Types

```
int        nMyValue ;              // an integer
int        *pnPointerOne ;         // near pointer to an integer
int FAR    *fpnPointerTwo ;        // far pointer to an integer
WORD       wOtherValue ;           // WORD = unsigned integer
WORD FAR   *fpwPointerThree ;      // far pointer to a word
CHAR FAR   *fpChar ;               // far pointer to a character
PSTR       pszNearString ;         // near pointer to a null term. string
LPSTR      lpszFarString ;         // far pointer to a null term. string
```

objects in memory. For example, every window on the screen has a unique window handle. Handles are also used to keep track of running applications, of allocated memory blocks, and a host of other objects.

We will be using handles frequently while programming in Windows to keep track of various objects in memory. You can think of handles as being similar to the "handle" (nickname) that truck drivers call themselves when using the CB radio. If you use the radio, you contact another driver using his or her handle. When you get a response, you will not know where that driver is located, unless you specifically ask. The location of the driver is not important to getting the information, but the handle is. You will get the information from Windows by using Windows function calls (instead of a CB radio), and by using the handle of the object you want to contact.

Internally, a portion of Windows called the "Kernel" maintains tables that allow Windows to convert from handles to physical memory addresses. A handle is actually a pointer to a pointer to a memory location. The reason for

this complexity is that Windows moves objects (such as memory blocks and programs) in memory to make room. Figure 3-2 shows the relationship between a handle used in a Windows program, and a physical memory location. If Windows moves the object in memory, the handle table is updated. The handle used by the program does not need to change, as it always gets correctly translated to the right physical address by the Windows Kernel no matter where the object is moved in memory. As a Windows programmer, you will not need to be concerned with the internal workings of Windows' memory management functions. Windows keeps the handles valid, and the handle is all that you will need to locate and access any object in memory.

# SEPARATE PROGRAM HEADER FILES

Our first foray into programming in this chapter is a simple improvement to the MINIMAL1 program. In Chapter 2, *Using the MFC Classes*, the MINIMAL1.CPP program included both the class definitions and the class member functions. Having everything in one source code file is fine for small programs like MINIMAL1.CPP, but becomes unworkable as the classes become more complex. Most C++ programs keep the class definitions in a separate header file with the extension .HPP. Listings 3-4 to 3-6 show the revised MINIMAL1 source code files, with separation of the class definitions in the MINIMAL1.HPP file.

One of the benefits of separating the class definitions from the functions is that it is easier to keep track of which ones end in a semicolon. All of the class definitions in the HPP header file end in a semicolon. All of the function



**Figure 3-2** How Handles Point to Memory

**3**

FIRST PROGRAMMING
EXPERIMENTS

**Listing 3-4** MINIMAL1.CPP—Note Inclusion of MINIMAL1.HPP

```
// minimal1.cpp          reorganized to use a header file

#include <afxwin.h>    // class library header file
#include "minimal1.hpp" // program's own header file

CTheApp theApp ;        // create one CTheApp object - runs program

CMainWindow::CMainWindow ()    // constructor for window
{
    Create (NULL, "Minimal1") ;
}

BOOL CTheApp::InitInstance ()  // override default InitInstance()
{
    m_pMainWnd = new CMainWindow () ;      // create a main window
    m_pMainWnd->ShowWindow (m_nCmdShow) ;  // make it visible
    return TRUE ;
}
```

**Listing 3-5** MINIMAL1.HPP—Header File for Class Definitions

```
// minimal1.hpp         header file for minimal1.cpp

class CMainWindow : public CFrameWnd    // derive main window class
{
public:
    CMainWindow () ;              // declare a constructor
} ;

class CTheApp : public CWinApp  // derive an application class
{
public:
    BOOL InitInstance () ;        // override default InitInstance()
} ;
```

**Listing 3-6** MINIMAL1.DEF Module Definition File (Unchanged)

```
NAME           minimal1
DESCRIPTION    'minimal1 C++ program'
EXETYPE        WINDOWS
STUB           'WINSTUB.EXE'
CODE           PRELOAD MOVEABLE
DATA           PRELOAD MOVEABLE MULTIPLE
HEAPSIZE       1024
STACKSIZE      5120
```

73

definitions in the CPP file do not. (You can probably guess that the author has made this type of error more than once....)

Note in Listing 3-4 that the creation of the **CTheApp** object has been moved to the top of the file. The **CTheApp** class is defined in the MINIMAL1.HPP header file, so the compiler has read the definition of the **CTheApp** class before it attempts to create the object. Although you can put the line

```
CTheApp theApp ;
```

anywhere in the listing you like (outside of function declarations), the usual practice is to put this line at the top of the file. Creating the **theApp** object starts the entire program running, so having this pivotal line easily visible at the top of the listing makes the program easier to understand.

No change to the project file is needed to compile the new version of MINI-MAL1. PWB does not allow header files to be added to project lists, so the only files in the project are MINMAL1.CPP and MINIMAL1.DEF. The compiler and linker options are unchanged from those specified in the last chapter.

## MFC Base Classes

If you look in the MFC documentation, you will find descriptions of both the **CWinApp** and **CFrameWindow** classes that are the base classes for the **CTheApp** and **CMainWindow** classes derived in MINIMAL1.HPP. It turns out that both **CWinApp** and **CFrameWindow** are derived classes themselves. Figure 3-3 shows the relationship between the base and derived classes for these two types of objects.



**Figure 3-3** Derivation of the Classes in MINIMAL1.HPP

**3**
**FIRST PROGRAMMING**
**EXPERIMENTS**

The MFC **CWinApp** and **CFrameWnd** classes are both based on a common class called **CObject**. The **CObject** class contains low-level functionality that is used in many classes, such as support of debugging features. The **CWinApp** class is derived directly from **CObject** and, therefore, inherits these debugging features. The **CFrameWnd** class is derived from the **CWnd** class, which also inherits from **CObject**. **CWnd** is the class that defines all of the functions that a window can perform. We will use the **CWnd** class extensively throughout the book. The **CFrameWnd** class just adds a few features that are unique to the program's main window, such as defaulting to a thick border for the window.

As you can see from Figure 3-3, the simple **CTheApp** and **CMainWindow** classes derived in the MINIMAL1.HPP header file have a lot of power behind them. The beauty of C++ is that all of that power is hidden away in the classes themselves. You do not need to dig into the source code for the **CObject**, **CWnd** and **CFrameWnd** classes to use their functionality in the derived **CMainWindow** class.

With its revised organization including the MINIMAL1.HPP header file, MINIMAL1 is complete. It is time to move on and create a more complicated example that processes specific messages from Windows. This new program will be called MINIMAL2, and it will build on the structure of MINIMAL1, adding message processing logic.

---

### Class Member Function Naming Conventions

Throughout this book, we will discuss member functions of various MFC classes. It is important to remember which class each function belongs to, because the functions will be accessed by objects of that class. To make the relationship clear, this book precedes the function name with the class name such as **CFrameWnd::Create()**. This makes it obvious that the **Create()** function is a member of the **CFrameWnd** class. It also makes it easier to look up the **Create()** function in the MFC documentation because it is listed under "**CFrameWnd::Create()**," not simply "**Create()**." This is logical because there are several "**Create()**" functions in different MFC classes.

Occasionally, you will need to use global functions that are not tied to any particular class. For example, Windows provides the **lstrcpy()** (string copy) function as a global function. To make the global nature of the function obvious, global functions are preceded by the C++ scope resolution operator (::), so **::lstrcpy()** is the form used in this book. The double colon just makes it obvious that **::lstrcpy()** is not tied to any particular class.

*continued on next page*

75

---

*continued from previous page*

One point of confusion occurs when you use derived classes. If a function is defined as *public* in a base class, it is available to all derived classes. This makes it possible to refer to the function by either the name of the base class or the name of the derived class. In this book, the derived class name will be used if the text refers to a specific derived class in a program example. The base class name will be used if the function is being described in general terms.

---

## Message Processing

MINIMAL1 has the virtue of brevity, but it does not represent a typical Windows application. Normally, you will want to intercept messages from Windows, such as menu selections and keyboard actions, and have the program respond to the message. It is not obvious how to do this from the MINIMAL1.CPP example, as the example lacks a means to trap a message from Windows.

The MFC approach to processing messages is to divert each message that the program will process to a separate function. The function does whatever action is appropriate in the program for that one message, and then returns. The diversion of messages to individual functions is done with a "message map." The message map specifies which functions get called for specific messages, and then lets any other messages pass on to the default message processing logic. Figure 3-4 shows how the message map diverts functions.

The creation of a message map is done using several macros that are defined in the AFXWIN.H header file. Listing 3-7 shows a typical example, which processes three messages. The BEGIN_MESSAGE_MAP macro starts the definition of the message map, and END_MESSAGE_MAP ends it. Between these two macros can be any number of references to messages that will be processed by the program. Listing 3-7 shows an example where the WM_SIZE, WM_MOVE, and WM_DESTROY messages are processed. All other messages are not diverted by the message map and, therefore, end up being sent to the default Windows message processing logic.

**Listing 3-7** Defining a Message Map

```
BEGIN_MESSAGE_MAP (CMainWindow, CFrameWnd)
     ON_WM_SIZE ()                  // WM_SIZE message
     ON_WM_MOVE ()                  // WM_MOVE message
     ON_WM_DESTROY()                // WM_DESTROY message
END_MESSAGE_MAP ()
```



**Figure 3-4** Message Mapping

The syntax of the message map is completely arbitrary, and not particularly elegant or consistent with C++ conventions. However, message mapping has a number of important virtues. Message mapping breaks up the logic for processing messages into a series of separate functions. The message map itself (Listing 3-7) provides simple documentation as to which messages are processed. Even though the syntax of the message map is arbitrary, it provides a workable method of coding Windows applications in C++.

In case you are curious, the WM_SIZE, WM_MOVE, and WM_DESTROY messages have simple purposes. The Windows environment sends the WM_SIZE message to the program's window when the window is created and when the window's size is changed (usually by the user dragging a border with the mouse). Many applications process WM_SIZE messages to keep track of the client area size. The WM_MOVE message is sent every time the window is relocated. This is important in some applications that are designed to be positioned only on certain parts of the screen (or certain parts of the parent window's client area in the case of child windows). WM_DESTROY is sent right before a window



is destroyed (removed from memory). This is a handy message to process if the program has some cleanup activities to do when it is through with the window.

If an MFC application is designed to process a message, it will need one function for each message processed. Most message processing functions must have names defined in the AFXWIN.H header file. For example, WM_SIZE messages are always processed by a function in the program named **OnSize()**, and WM_MOVE messages are always processed by a function named **OnMove()**.

## An Example of Message Processing

The next example program, MINIMAL2, adds message processing logic for the WM_SIZE, WM_MOVE, and WM_DESTROY messages. Figure 3-5 shows the MINIMAL2 program in action. When the application receives a WM_SIZE message from Windows, the program's caption changes to "Got a WM_SIZE message." If you move the window on the screen, the caption changes to "Got a WM_MOVE message." Finally, when the program is terminated the window disappears, but beeps the computer's speaker as it processes the WM_DESTROY message on its way out of existence.

You can create the MINIMAL2 program source code files by just copying MINIMAL1.CPP, MINIMAL1.HPP, and MINIMAL1.DEF and then adding to the new files. Let's start with the header file MINIMAL2.HPP, which is shown in Listing 3-8. The new lines are boldfaced. Because MINIMAL2 will process three messages, there will need to be three message processing functions. These functions have predefined names and parameter lists that are declared in the AFXWIN.H file, so you do not have any choice as to the function name or list of parameters (unless you go to the trouble of defining your own function names). This sounds arbitrary, but it makes it much easier to read someone else's C++ program if he or she used the MFC classes.



**Figure 3-5** The MINIMAL2 Program

**3**

**FIRST PROGRAMMING EXPERIMENTS**

**Listing 3·8** MINIMAL2.HPP Header File

```
// minimal2.hpp     header file for minimal2.cpp

class CMainWindow : public CFrameWnd  // derive a main window class
{
public:
    CMainWindow () ;                  // declare a constructor
private:                             // message response functions
    void OnSize (UINT nType, int cx, int cy) ;
    void OnMove (int x, int y) ;
    void OnDestroy () ;

    DECLARE_MESSAGE_MAP()            // prepare for message processing
} ;

class CTheApp : public CWinApp      // derive an application class
{
public:
    BOOL InitInstance () ;          // declare new InitInstance()
} ;
```

At this point, you should look up each of the message processing functions in the MFC *Class Library Reference* provided with the Microsoft C++ compiler. Each of these functions is a member of the **CWnd** class, so the full function names are **CWnd::OnSize()**, **CWnd::OnMove()**, and **CWnd::OnDestroy()**. The MFC reference spells out the meaning of each of the parameters passed along with the message. For example, the *x* and *y* values passed with the **CWnd::OnMove()** message provide the location of the upper left corner of the window on the screen. The *cx* and *cy* parameters passed with the **CWnd::OnSize()** message provide the width and height of the window on the screen. These values are not used in the simple MINIMAL2 program.

The **CWnd::OnSize()** function declaration also introduces another new data type: UINT. This type is defined in WINDOWS.H as an unsigned integer. The reason for using the UINT type is to flag values that will be 16-bit values in Windows, but will be 32-bit values under Windows NT. You do not need to concern yourself with the size of the data object. The compiler will choose the appropriate number of bytes for a UINT object at compile time. The same C++ source code will automatically compile to the correctly sized UINT objects depending on whether the target is Windows or Windows NT.

The other important addition to MINIMAL2.HPP is the macro DECLARE_MESSAGE_MAP(), which is also defined in AFXWIN.H. This macro tells the compiler that the program will be mapping specific messages to message processing functions. Although the DECLARE_MESSAGE_MAP() macro is

——— MICROSOFT FOUNDATION ———
CLASS PRIMER

required, you will still need to define a message map in the program. The message map itself is normally part of the CPP portion of the program, as shown in Listing 3-9. The message map specifies exactly which messages will be processed by the program. In this case, only the WM_SIZE, WM_MOVE, and WM_DESTROY messages are processed. Any other messages are sent on to the default message processing logic that Windows maintains for all programs.

**Listing 3-9** MINIMAL2.CPP

```
// minimal2.cpp          first example processing messages

#include <afxwin.h>       // class library header file
#include "minimal2.hpp"  // header file for this program

CTheApp theApp ;          // create one CTheApp object - runs program

BOOL CTheApp::InitInstance ()   // override default InitInstance()
{
    m_pMainWnd = new CMainWindow () ;        // create a main window
    m_pMainWnd->ShowWindow (m_nCmdShow) ;    // make it visible
    m_pMainWnd->UpdateWindow () ;            // paint center
    return TRUE ;
}


CMainWindow::CMainWindow ()       // constructor for window
{
    Create (NULL, "Minimal2") ;
}


BEGIN_MESSAGE_MAP (CMainWindow, CFrameWnd)  // process messages
    ON_WM_SIZE ()                   // WM_SIZE message
    ON_WM_MOVE ()                   // WM_MOVE message
    ON_WM_DESTROY()                 // WM_DESTROY message
END_MESSAGE_MAP ()


                                    // WM_SIZE message processing
void CMainWindow::OnSize (UINT nType, int cx, int cy)
{
    this->SetWindowText ("Got a WM_SIZE message") ;
}


void CMainWindow::OnMove (int x, int y) // WM_MOVE message
{                                       // processing function
    this->SetWindowText ("Got a WM_MOVE message") ;
}


void CMainWindow::OnDestroy ()          // WM_DESTROY message
{                                       // processing function
    ::MessageBeep (0) ;
}
```

80

**3**

FIRST PROGRAMMING
EXPERIMENTS

The bottom of MINIMAL2.CPP shows the three message processing functions. Although the message processing functions are defined as part of the **CWnd** MFC class, MINIMAL2.CPP derived a new class named **CMainWindow**, and the message response functions are shown as members of this new derived class.

# Calling Functions in a Class (The this Pointer)

The **CMainWindow::OnSize()** and **CMainWindow::OnMove()** message processing functions both call the **CWnd::SetWindowText()** function to change the program window's caption when the appropriate message is received. **CWnd::SetWindowText()** is another member function of the **CWnd** MFC class, and it is used to change the text of any type of window that has a title. The **CMainWindow** class is derived from **CWnd**, so **CMainWindow** objects can call the **SetWindowText()** function. There are several ways to do this. One way is to explicitly call the function using the following syntax:

```
void CMainWindow::OnSize (UINT nType, int cx, int cy)
{
    CMainWindow::SetWindowText ("Got a WM_SIZE message") ;
}
```

This makes it clear to the compiler that the **SetWindowText()** function is a member of the **CMainWindow** class. The other way to call **SetWindowText()** is to take advantage of the C++ *this* pointer. Within the body of a function that is a member of a class, the *this* pointer points to the object itself. This sounds like double-talk, but it is simple once you get the hang of it. For example, to use the *this* pointer to call the **SetWindowText()** function:

```
void CMainWindow::OnSize (UINT nType, int cx, int cy)
{
    this->SetWindowText ("Got a WM_SIZE message") ;
}
```

The *this* pointer is used within a function of the **CMainWindow** class, so the pointer contains the address of the **CMainWindow** object. You can think of the *this* pointer from the point of view of the **CWnd::SetWindowText()** function. **SetWindowText()** must be called by a window object because otherwise the function would not know which window object should receive the text string. Because *this* is a pointer, you must use the -> operator to access a member. Do not worry if the *this* pointer seems a bit obscure at this time. Many of the examples in the book take advantage of the *this* pointer, so you will be able to see how it is used in different circumstances.

The last function put to use in MINIMAL2.CPP is the ::**MessageBeep()** function. ::**MessageBeep()** just beeps the speaker. If you are using the multimedia

——— MICROSOFT FOUNDATION ———
CLASS PRIMER

version of Windows, ::MessageBeep() produces a sound using the currently selected sound device. ::MessageBeep() is an interesting function in that it is not a member of any MFC class. There is no reason that ::MessageBeep() should be added to a class, as it basically functions on its own and is unlikely to be used to derive any new class. In C++, this type of function is called a "global" function because it is available inside or outside of any class definition or class member function.

The ::MessageBeep() function is declared in the WINDOWS.H header file that is included in AFXWIN.H. There are two ways to call ::MessageBeep(). One is to use standard C syntax, and the other is to use the C++ scope resolution operator "::" to explicitly mark ::MessageBeep() as global in scope. Listing 3-10 shows both methods being used to call ::MessageBeep().

The C++ syntax will be used throughout this book to clearly mark global functions. It is a good practice to always use the C++ extensions to the language rather than drifting back and forth between C and C++. C++ practices tend to be more rigorous, and reduce the chance of errors in your code.

**Listing 3-10** Calling the MessageBeep() Function in C and C++

```
void CMainWindow::OnDestroy ()
{
    ::MessageBeep (0) ;        // C++ language, global function
    MessageBeep (0) ;          /* C language syntax, same effect */
}
```

## Completing MINIMAL2

The last file you will need to create to compile MINIMAL2 is the module definition file. Listing 3-11 shows MINIMAL2.DEF, which is copied directly from the MINIMAL1.DEF file created in the last chapter. You will also need to define a project file in order to compile MINIMAL2, consisting of MINIMAL2.CPP and MINIMAL2.DEF.

**Listing 3-11** MINIMAL2.DEF Module Definition File

```
NAME            minimal2
DESCRIPTION     'minimal2 C++ program'
EXETYPE         WINDOWS
STUB            'WINSTUB.EXE'
CODE            PRELOAD MOVEABLE
DATA            PRELOAD MOVEABLE MULTIPLE
HEAPSIZE        1024
STACKSIZE       5120
```

**3**
**FIRST PROGRAMMING**
**EXPERIMENTS**

# Where Are the Messages Received?

MINIMAL2 provides a good example of how MFC programs process messages. The MFC classes do such a good job of hiding the complexity behind Windows applications that you may wonder how the messages end up getting to the program. Do the messages end up going to the **CWinApp** or **CFrameWindow** based object?

When Windows "sends" a message to an application, all that Windows really does is copy the message data into a memory block that the application can access, and then alerts the application to read the memory block. When the application reads the memory block it is said to have "received" the message. The logic that reads the message data is defined in the **CWinApp** MFC class. This is why it is critical to derive a class from **CWinApp** and create an object from this class in the program, so that the message reading logic is added to the program by inheritance.

This does not mean that the message was "sent to" the **CWinApp** based object. The message is "sent to" a window in all cases. At a low level this means that the block of data that Windows uses to write the message includes the handle (ID value) for the window that is to "receive" the message. In MINIMAL2, the program's main window is the only window object the program creates, and this window "receives" all of the messages. More complex applications will have many window objects, each of which can send and receive messages to/from other windows.

Throughout the book, we will talk about messages being "sent" and "received" by window objects. This is a convenient abstraction of a fairly complex process that is being handled by the MFC classes. Unlike using the C language to create Windows applications, C++ and the MFC classes allow us to ignore the low-level details of receiving messages and concentrate on what the program should do when a message is received.

# ADDING A MENU AND ICON

To close out this chapter, we will do one more improvement to MINIMAL. After this, we will not be able to call the program "minimal" any more, as it will be a complete Windows application. This final example is called MINIMAL3, and is shown in Figure 3-6. Note that MINIMAL3 has a menu bar containing two menu items, "Beep" and "Quit."

The main additions to our new MINIMAL3 program are a menu and an icon that is displayed when MINIMAL3 is minimized. These items are defined in the



**Figure 3-6** The MINIMAL3 Program

resource script file MINIMAL3.RC. As we saw in Chapter 1, *How Windows Works*, the data in the resource script file gets compiled by the resource compiler to make an .RES resource data file. The linker combines the data in the .RES file with the rest of the program to make a finished Windows application. Resources allow static data (data that does not change as the program runs) to be maintained separately from the program code. You can change the wording of the menu items, even translate them into another language, without changing the program code. Resources will be explored in more detail later in the book. For now, let's just add an icon and a menu to the MINIMAL3 program's resource script file, as shown in Listing 3-12.

MINIMAL3.RC introduces the three most common elements in resource script files. The first is a resource ID header file (named MINIMAL3.H) included at the top of the file. There is also a program icon and the definition of a simple menu. Each of these elements is discussed in the following sections.

## Resource ID Header Files

The header file MINIMAL3.H is included at the top of the resource script file MINIMAL3.RC (and in the C++ program file MINIMAL3.CPP) to provide definitions of constants. Each menu item must have an ID number so that the program logic can determine which menu item was selected. Rather than use integer values in the program files, the menu item IDs are given names. IDM_BEEP is the ID for the "Beep" menu item, while "IDM_QUIT" is the ID for the "Quit" menu item. This makes the program files easier to read, and reduces the chance of using the wrong ID value for a menu item. The header file MINIMAL3.H (shown in Listing 3-13) is included at the top of both the .RC and .CPP programs so that the same ID values are known to both the C++ compiler and the resource compiler.

The examples in this book stick with the convention that header files that define C++ classes are given the file name extension .HPP, while header files that

**3**
FIRST PROGRAMMING
EXPERIMENTS

**Listing 3-12** MINIMAL3.RC Resource Script File

```
// minimal3.rc resource script file

#include <afxres.h>
#include "minimal3.h"

AFX_IDI_STD_FRAME    ICON    minimal3.ico    // the program's icon

MyMenu MENU                                  // define the menu
{
    MENUITEM "&Beep",        IDM_BEEP
    MENUITEM "&Quit",        IDM_QUIT
}
```

**Listing 3-13** MINIMAL3.H Resource ID Header File

```
// minimal3.h  header file for resource ID numbers

#define IDM_BEEP    1    // menu items
#define IDM_QUIT    2
```

define ID values have the extension .H. The .CPP and .HPP file types date from the days that C++ programs were created by first running a "Pre-Processor" program that converted the C++ programs into a C program that a regular C compiler could handle. C++ compilers are now stand-alone programs, but the file name conventions remain. Note that the MFC header files such as AFXWIN.H use the simple .H file name extension.

## Creating a Program Icon

The MINIMAL1 and MINIMAL2 programs do not include resource data. Both programs display the default Windows logo icon when minimized. Most programs create their own icon images so that the program is easy to identify when minimized at the bottom of the screen. The icon is first "drawn" using the Image Editor application that comes with the C++ 7.00 compiler, and then saved as a separate file with the extension .ICO. The icon image file is then added to the resource script file so that the icon data ends up as part of the finished program. Figure 3-7 shows the MINIMAL3.ICO icon supplied with the source code disks. Creating an icon image like Figure 3-7 is delightfully simple with the Image Editor application.

The individual steps needed to create the icon file are:

1. Select the "File/New..." menu item. A dialog box will appear giving you a choice of editing a bitmap, cursor, or icon. Select icon, and click the "OK" button.

————— **MICROSOFT FOUNDATION** —————
**CLASS PRIMER**



**Figure 3-7** Editing the MINIMAL3.ICO Icon Image in the Image Editor

2. A dialog box giving you a choice of the icon size and colors will appear. Select the default "4-Plane 16 COLORS 32x32 Pixels" and click the "OK" button. A blank editing area and the editing tools will appear in the work area.

3. Use the drawing tools and color palette to draw an icon image. This works just like other "paint" programs.

4. When you are done, select the "File/Save File As..." menu item. A dialog box will appear. Make sure that the directory name matches the "work" area where you are saving your program files. Enter the file name MINIMAL3.ICO, and then click the "OK" button.

5. The MINIMAL3.ICO icon file will be saved on your hard disk, ready to be included in the program's resource data.

With the icon image saved as MINIMAL3.ICO, you can include the icon in the program's resources. The MFC classes provide a convenient way to do this. If the program's icon is given the name AFX_IDI_STD_FRAME, the window derived from the **CFrameWindow** class will automatically use this icon image when the window is minimized. The icon data in the MINIMAL3.ICO file is assigned the name AFX_IDI_STD_FRAME in the MINIMAL3.RC resource script file. The key word ICON is used to label the data as icon image data so that the resource compiler knows which format to use when compiling the data. You will also need to include the AFXRES.H header file in your resource script file, to make sure the AFX_ID_STD_FRAME constant is defined.

```
AFX_IDI_STD_FRAME    ICON    minimal3.ico    // the program's icon
```

**3**
**FIRST PROGRAMMING**
**EXPERIMENTS**

## Defining a Menu

Menus are defined in the .RC file with a few lines of text. MINIMAL3 defines a menu called "MyMenu" that contains two menu items (see Listing 3-14). The first item is "Beep" and the second is "Quit." Note that the ID values (IDM_BEEP and IDM_QUIT) defined in the MINIMAL3.H header file are assigned to each menu item. These menu ID values are used to determine which menu item has been selected in the body of the C program.

The menu character strings that will be displayed on the menu bar are both preceded by ampersand (&) characters. This results in the first letter of each menu item being underlined. Pressing (ALT)-(B) will result in the "Beep" menu item being activated, while pressing (ALT)-(Q) will result in the "Quit" menu item being activated. This a quick way to provide keyboard alternatives for menu item selections.

## Compiling the Resource Data

The resource script file MINIMAL3.RC cannot be compiled by the C++ compiler, as it is not a C++ language file. Instead a separate compiler called a "resource compiler" is used to convert the raw data in MINIMAL3.RC into a form that Windows will be able to use. The resource compiler reads the MINIMAL3.RC file, and creates the compiled resource data file MINIMAL3.RES, which is added to the final Windows program MINIMAL3.EXE.

All that is required to compile MINIMAL3.RC is to add that file name to the project list. The PWB project for MINIMAL3 will consist of MINIMAL3.CPP, MINIMAL3.DEF, and MINIMAL3.RC. PWB recognizes the .RC extension and automatically activates the resource compiler to compile MINIMAL3.RC.

## Remaining MINIMAL3 Program Files

With the resource data and resource header file defined, the only files left to create for MINIMAL3 are the .CPP, .HPP, and .DEF files. They closely follow the MINIMAL2 example. Listing 3-15 shows the MINIMAL3.HPP header file which includes the class definitions for the CMainWindow and CTheApp classes. Note

**Listing 3-14** The Menu Definition

```
MyMenu          MENU
{
     MENUITEM "&Beep",       IDM_BEEP
     MENUITEM "&Quit",       IDM_QUIT
}
```

**Listing 3-15** MINIMAL3.HPP Header File

```
// minimal3.hpp    header file for minimal3.cpp

class CMainWindow : public CFrameWnd // derive a main window class
{
public:
    CMainWindow () ;            // declare a constructor
private:
    void OnBeep () ;           // respond to menu items
    void OnExit () ;

    DECLARE_MESSAGE_MAP()      // prepare for message processing
} ;

class CTheApp : public CWinApp  // derive an application class
{
public:
    BOOL InitInstance () ;     // declare new InitInstance()
} ;
```

that the **OnBeep()** and **OnExit()** functions have been declared as members of the CMainWindow class. These functions will respond to menu selections. Unlike functions that respond to specific messages like WM_MOVE and which have predefined names like **OnMove()**, functions that respond to menu items can have any name. MINIMAL3.HPP happens to choose function names that are similar to the predefined function names, but you could call the two functions anything you like.

The DECLARE_MESSAGE_MAP() macro is again included within the CMainWindow class definition in MINIMAL3.HPP to alert the compiler that messages will be processed. Listing 3-16 shows the MINIMAL3.CPP program that includes the message map.

## Attaching the Menu

MINIMAL3 has a menu attached to the main program window. Defining a menu in the program's resource script file does not automatically attach the menu to the program's main window. You must do this by specifying the name of the menu (as defined in the resource script data) when you create the main program window. The previous examples did not have a main program menu and were able to use a very simple call to **CFrameWnd::Create()** to build the main program window:

```
Create (NULL, "Program Caption") ;
```

**3**

FIRST PROGRAMMING
EXPERIMENTS

**Listing 3-16** MINIMAL3.CPP

```
// minimal3.cpp          first example with a menu

#include <afxwin.h>        // class library header file
#include "minimal3.h"      // header file for resource data
#include "minimal3.hpp"    // header file for this program

CTheApp theApp;          // create one CTheApp object - runs program

BOOL CTheApp::InitInstance ()   // override default InitInstance()
{
    m_pMainWnd = new CMainWindow () ;          // create a main window
    m_pMainWnd->SetWindowText (m_lpCmdLine) ; // title == cmd line
    m_pMainWnd->ShowWindow (m_nCmdShow) ;     // make it visible
    m_pMainWnd->UpdateWindow () ;             // paint center
    return TRUE ;
}

CMainWindow::CMainWindow ()     // constructor for window
{
    Create (NULL, "", WS_OVERLAPPEDWINDOW, rectDefault,
        NULL, "MyMenu") ;
}

BEGIN_MESSAGE_MAP (CMainWindow, CFrameWnd) // message map
    ON_COMMAND (IDM_BEEP, OnBeep)   // WM_COMMAND messages are
    ON_COMMAND (IDM_QUIT, OnExit)   // from menu items
END_MESSAGE_MAP ()

void CMainWindow::OnBeep ()     // respond to menu item "Beep"
{
    ::MessageBeep (0) ;         // beep the speaker
}

void CMainWindow::OnExit ()     // respond to menu item "Quit"
{
    this->DestroyWindow () ;    // destroy main window,
}                               // this stops application
```

You probably assumed that there were only two parameters passed to the **CFrameWnd::Create()** function. Actually, the function accepts six parameters. The last four parameters have default values defined in the AFXWIN.H file, so these default values can be used implicitly by simply not entering any values for the parameters when calling **CFrameWnd::Create()**. In the C++ language, default values can be used for parameters, as long as they are the last one or more parameters passed to the function. You cannot omit parameters in the middle of the list of parameters because the C++ compiler would not have any way of knowing which ones had been omitted.

The **CFrameWnd::Create()** function call that creates the MINIMAL3 main program window with the "MyMenu" menu attached is shown here. The menu name is the last parameter, so all six parameter values must be specified.

```
Create (NULL, "", WS_OVERLAPPEDWINDOW, rectDefault,
    NULL, "MyMenu") ;
```

Table 3-3 summarizes the parameter meanings for all six parameters passed to the **CFrameWnd::Create()** function. One unusual aspect of the MINIMAL3.CPP program is that the main program window's caption is not specified in the call to **CFrameWnd::Create()**. The null string ("") is used as a place holder for the caption. MINIMAL3 displays the command line string passed to the program when MINIMAL3 is started up and uses this character string as the caption. Passing a command line argument to a program will be explained a bit later in this chapter.

As you can see from Table 3-3, a lot of complexity is hidden away in the **CFrameWnd::Create()** function. Creating windows is a fundamental part of programming in the Windows environment. We will spend a good portion of the next several chapters exploring how windows are created and destroyed, and how the parameters passed to the **Create()** function can be used to change the properties of the window. For now let's concentrate on how the MINIMAL3 program processes messages from the Windows environment.

## Processing Messages

Windows sends the MINIMAL3 program a WM_COMMAND message when a menu item is selected. A WM_COMMAND message is sent regardless of which menu item was selected, so there needs to be a way to decide which menu item was chosen. This is done using the menu item's ID number that we specified in the menu definition in MINIMAL3.RC. For example, the menu item titled "Beep" has the ID number IDM_BEEP. Windows sends this ID number along with the WM_COMMAND message sent to the program. The message map then specifies which function gets executed depending on the ID value passed with the WM_COMMAND message. Listing 3-17 shows the message map for MINI-MAL3.CPP, which specifies that the **CMainWindow::OnBeep()** function should be executed if a WM_COMMAND message with the ID value IDM_BEEP

**Listing 3-17** Message Map for MINIMAL3.CPP

```
BEGIN_MESSAGE_MAP (CMainWindow, CFrameWnd)  // message map
    ON_COMMAND (IDM_BEEP, OnBeep)   // WM_COMMAND messages are
    ON_COMMAND (IDM_QUIT, OnExit)   // from menu items
END_MESSAGE_MAP ()
```

**3**
**FIRST PROGRAMMING EXPERIMENTS**

BOOL **CFrameWnd::Create** (const char FAR* *lpClassName*, const char FAR* *lpWindowName*, DWORD *dwStyle*, const RECT& *rect*, const CWnd* *pParentWnd*, const char FAR* *lpMenuName*) ;

| Parameter | Meaning |
|---|---|
| lpClassName | A pointer to a null-terminated character string containing the name of the window class upon which the window will be based. Window classes have nothing to do with C++ classes. Classes define basic data about a family of windows, such as the color of the window background. Use a value of NULL to specify a standard window with a white client area. Registering new classes of windows is explored in Chapter 8, Child and Pop-Up Windows. |
| lpWindowName | A pointer to a null-terminated character string containing the caption to be displayed at the top of the window. |
| dwStyle | A DWORD (32-bit) value consisting of a series of binary flag values that specify properties of the window, such as if the window should have a minimize and maximize button, thick or thin window border, etc. Use the value WS_OVERLAPPEDWINDOW to specify a standard program window with a thick border (for sizing the window), minimize, maximize buttons, system menu, and caption bar. Other dwStyle values are explored in Chapter 6, Child and Pop-Up Windows. |
| rect | A reference to a RECT structure that contains the initial size of the window when it is created. Use the predefined rectangle rectDefault to let Windows decide the initial size and position of the window. The RECT structure is explained in more detail in Chapter 5, Window Controls. |
| pParentWnd | A pointer to the parent window of the window being created. This will be NULL for a main program window. Child and parent windows are discussed in Chapter 5, Window Controls. |
| lpMenuName | A pointer to a null-terminated character string containing the name of the window's menu data in the resource script file. |

**Table 3-3** CFrameWnd::Create() Function Parameters

is received, and the **CMainWindow::OnExit()** function should be executed if a WM_COMMAND message with the ID value of IDM_QUIT is received.

You can imagine that in a program with a complex menu there would a long list of entries in the message map for all of the menu items. However, the logic

91

——— MICROSOFT FOUNDATION ———
CLASS PRIMER

for dealing with the actions that should occur as a result of the different menu items being selected is distributed among a series of functions. There will be one function in the window object's class definition for each menu item the window contains. Separating the logic for each menu item into separate functions makes the program easy to read and debug. This is another advantage of the message mapping approach used in the MFC classes.

As always you will need to create a module definition file for the program, as shown in Listing 3-18. The complete PWB project list to compile MINIMAL3.EXE will consist of MINIMAL3.CPP, MINIMAL3.RC, and MINIMAL3.DEF.

## Passing a Command Line Argument

An interesting improvement to MINIMAL3.CPP is that the program can read information passed to the program when the program is started. This information is called a "command line string" because it is a string of characters that is passed to the application as part of the command that starts the program operating. There are a couple of ways to establish a command line string when starting a Windows program. One is to select the "File/Run" menu item from the Windows Program Manager. You will be presented with a dialog box similar to Figure 3-8. Enter the full path name where the MINIMAL3.EXE program is stored, followed by the command line string. In Figure 3-8 the string "Hi There!" is passed with the function name.

Any characters following the file name in the "File/Run" dialog box are passed to MINIMAL3.EXE. This string is then used to create the MINIMAL3 window title, as shown in Figure 3-9. This is a trivial use for the command line string. Normally, the command line string is used to pass a file name to the program so that the program can load the file on startup. All of the applications bundled with Windows such as NOTEPAD and WRITE, support this feature.

Another way to pass a command line string to a program is by associating the command line with a program icon. To do this, open up one of the groups in the Program Manager application, such as the Accessories group, and select

**Listing 3-18** MINIMAL3.DEF Module Definition File

```
NAME            minimal3
DESCRIPTION     'minimal3 C++ program'
EXETYPE         WINDOWS
STUB            'WINSTUB.EXE'
CODE            PRELOAD MOVEABLE
DATA            PRELOAD MOVEABLE MULTIPLE
HEAPSIZE        1024
STACKSIZE       5120
```



**3**
FIRST PROGRAMMING
EXPERIMENTS



**Figure 3-8** The Program Manager "File/Run" Menu Dialog Box



**Figure 3-9** MINIMAL3 After Receiving the "Hi There!" Command Line

the "File/New" menu item from the Program Manager menu. A dialog box will appear, similar to that shown in Figure 3-10, allowing you to enter the program's description (which will appear under the icon in the Program Manager group window), the command line string including the program name, and the working directory. You can also select either the program's icon, or another of the stock icon images supplied with Windows. When you select the "OK" button, the program will appear iconized in the Program Manager group window. Double-clicking the icon image will start the program, again passing the command line string on as the *m_lpCmdLine* value when the program starts.

One last way to pass a command line argument to a Windows program is to do it while starting Windows. For example, if you start Windows with the following line, Windows will start running, and start the MINIMAL3.EXE program at the beginning of the Windows session.

```
win c:\msc\work\minimal4 Hi There!
```

Now that you know how to pass a command line string to a program on startup, how do you get the program to read the string? The answer is that the

——— MICROSOFT FOUNDATION ———
CLASS PRIMER



| Program Item Properties |
| --- |

**Figure 3-10** Setting a String for a Program Icon in a Program Manager Group

MFC class **CWinApp** automatically takes care of this chore for us. Listing 3-19 shows the **CTheApp::InitInstance()** function from MINIMAL3.CPP. MINIMAL3.CPP sets the main program's caption using the **CWnd::SetWindowText()** function. The command line string is passed to **CWnd::SetWindowText()** as the *m_lpCmdLine* value. In the previous examples, *m_lpCmdLine* would point to the character string "Hi There!"

Recall that the **CTheApp** class is derived from the **CWinApp** MFC class. The **CWinApp** class defines six public data members that are available to any derived class, which are summarized in Table 3-4. Normally you will only use the *m_nCmdShow* and *m_lpCmdLine* data members in a program. It is also critical to set the *m_pMainWnd* data member equal to a pointer to the main program window. This value is returned when the program's main window is created with the *new* operator, as shown in Listing 3-19.

This is a good time to look up the **CWinApp** class definition in the MFC documentation. Although the **CWinApp** does all sorts of complex things for all MFC applications, the class interface (the parts of the class you will use as a programmer) is quite small. At this point you have been exposed to about half of the class interface. The other commonly used member functions will be introduced in the course of the next few chapters.

**Listing 3-19** Setting the Windows Caption

```
BOOL CTheApp::InitInstance ()    // override default InitInstance()
{
    m_pMainWnd = new CMainWindow () ;          // create a main window
    m_pMainWnd->SetWindowText (m_lpCmdLine) ;  // title == cmd line
    m_pMainWnd->ShowWindow (m_nCmdShow) ;      // make it visible
    m_pMainWnd->UpdateWindow () ;              // paint center
    return TRUE ;
}
```