# EXHIBIT RR (Part 4/5)

**3**
FIRST PROGRAMMING
EXPERIMENTS

| Variable Name | Meaning |
|---|---|
| m_pszAppName | A pointer to a character string containing the application's name. |
| m_hInstance | The program's instance handle. This is a unique ID value that identifies the instance of the program. This value is seldom used with the MFC toolkit. |
| m_hPrevInstance | The instance handle of the previous instance of the program. If this is the only instance of the program running, m_hPrevInstance will equal NULL. Checking for NULL is the best way to check if another instance of the same program is already running. |
| m_lpCmdLine | A pointer to a character string containing the command line passed to the application. This is usually used to pass a data file name so that the application can read and display the file immediately on startup. |
| m_nCmdShow | An integer value that is passed to the CWnd::ShowWindow() function to specify if the window should be initially displayed minimized, maximized, or normally sized. These integer values are defined in WINDOWS.H as SW_SHOWMINIMIZED, SW_SHOWNORMAL, etc. |
| m_pMainWnd | Holds a pointer to the program's main window. A key task you need to perform in the CWinApp::InitInstance() function is to create the program's main window, and set m_pMainWnd equal to the window object. |

**Table 3-4** CWinApp Public Data Members

# SUMMARY

This chapter improved the MINIMAL1 program in three steps to build a complete Windows application. First the program was split into a separate .CPP and .HPP file, which is the standard way C++ programs are constructed. Next a message map was added, which processed the WM_SIZE, WM_MOVE, and WM_DESTROY messages sent to the program from Windows. Finally, we added an icon and a simple menu to the program's resource data, and the message map changed to respond to WM_COMMAND messages generated when menu items are selected.

The final version, MINIMAL3, does nothing special other than beep the computer's sound device. However, it has all of the elements of a normal Windows program. It creates its own application class and main window class, processes several messages, and makes use of data in a resource file. MINIMAL3 is an ideal starting point for many Windows projects.

——— **MICROSOFT FOUNDATION** ———
**CLASS PRIMER**

# QUESTIONS



1. Write in standard C++ notation the following Windows types:
   a. WORD
   b. LPSTR
   c. PINT
   d. BOOL

2. Add a Hungarian notation prefix to each of the following variable names to reflect its type. For example, if the variable "MyInt" is an integer, it would be labeled "nMyInt."
   a. Name, a near pointer to a null-terminated character string.
   b. Toggle, an unsigned integer that is either zero or one.
   c. Window, a handle of a window.

3. You must include the AFXWIN.H header file at the top of any C++ listing, as it contains all of the class library functions. (True/False)

4. The Windows data element that is used to keep track of an object in memory is a _____.

5. The **CObject** class is the MFC base class for both **CWinApp** and **CWnd**. (True/False)

6. The message map started with the _____ macro and ended with the _____ macro. In addition, the window class for the window processing the messages will need the _____ macro to alert the compiler that the class contains a message map.

7. The name of the function that will respond to WM_MOVE messages is always _____.

8. The *this* pointer points to
   a. the object for which the function containing *this* is a member
   b. the program's window object
   c. the program's **CWinApp** object

9. The **MessageBeep()** function belongs to which class?
   a. **CWinApp**
   b. **CWnd**
   c. **CFrameWnd**
   d. no class

10. Windows always sends a WM_COMMAND message when the user selects a menu item, regardless of which item was selected. (True/False)

FIRST PROGRAMMING
EXPERIMENTS

# EXERCISES



1. Modify MINIMAL3 so that the first menu item is entitled "Show Title." When this menu item is selected, the program window's caption should change to "Menu item clicked!"

2. Change the STACKSIZE and HEAPSIZE values in MINIMAL3.DEF to zero and recompile. What happens to the application? What if only one of the two values is zero? What if either of the two values is set to a low number like 100 bytes?

# ANSWERS TO QUESTIONS



1. a. unsigned int
   b. char FAR *
   c. int *
   d. int

2. a. pszName
   b. bToggle
   c. hWindow

3. False. The AFXWIN.H file is only needed if you use the MFC classes to create a Windows application. The header file does not contain all of the functions, as much of the MFC class code is stored in library files that accessed in the link stage of building the finished program.

4. handle.

5. True.

6. BEGIN_MESSAGE_MAP(), END_MESSAGE_MAP(), DECLARE_MESSAGE_MAP().

7. **OnMove()**.

8. a.

9. d. **MessageBeep()** is a global function.

10. True.

——— **MICROSOFT FOUNDATION** ———
**CLASS PRIMER**

# SOLUTIONS TO EXERCISES



1. You will need to modify the resource script file and the .CPP program file. You may want to change the name of the function that responds to the menu item selection from **CMainWindow::OnBeep()** to **CMainWindow::OnShow()**, although this is not strictly necessary. It is also appropriate to change the label given to the menu item from IDM_BEEP to something like IDM_SHOW. This ID value is defined in the resource ID header file. The complete solutions are given under the file name C3EXER1 on the source code disks. Excerpts from the solution are shown in Listings 3-20 to 3-23.

2. MINIMAL3 will not run if either the STACKSIZE or HEAPSIZE value in the MINIMAL3.DEF module definition file is set to zero. The program will terminate on startup with a "Memory Protection Error." This is caused by the program attempting to write on a memory area that is not assigned to the program. The program will run normally if both STACKSIZE and HEAPSIZE are set to nonzero values. This is because the stack will be increased to 5,120 bytes automatically as long as a stack is created, and the heap is expanded as needed to hold the program's data.

**Listing 3-20**  C3EXER1.RC Changes to the Menu Definition

```
// c3exer1.rc  resource script file

#include <afxres.h>
#include "c3exer1.h"

AFX_IDI_STD_FRAME   ICON    c3exer1.ico     // the program's icon

MyMenu MENU                                 // define the menu
{
    MENUITEM "&Show Title", IDM_SHOW
    MENUITEM "&Quit",       IDM_QUIT
}
```

**Listing 3-21**  C3EXER1.H Modified Resorce ID Header File

```
// c3exer1.h  header file for resource ID numbers

#define IDM_SHOW   1       // menu items
#define IDM_QUIT   2
```

**3**
FIRST PROGRAMMING
EXPERIMENTS

**Listing 3-22** C3EXER1.HPP

```
// c3exer1.hpp     header file for c3exer1.cpp

class CMainWindow : public CFrameWnd // derive a main window class
{
public:
    CMainWindow () ;            // declare a constructor
private:
    void OnShow () ;           // respond to menu items
    void OnExit () ;

    DECLARE_MESSAGE_MAP()      // prepare for message processing
} ;

class CTheApp : public CWinApp  // derive an application class
{
public:
    BOOL InitInstance () ;      // declare new InitInstance()
} ;
```

**Listing 3-23** C3EXER1.CPP Excerpt—Changes to CPP Program

```
BEGIN_MESSAGE_MAP (CMainWindow, CFrameWnd)  // message map
    ON_COMMAND (IDM_SHOW, OnShow)   // WM_COMMAND messages are
    ON_COMMAND (IDM_QUIT, OnExit)   // from menu items
END_MESSAGE_MAP ()  .

void CMainWindow::OnShow ()       // respond to menu item "Beep"
{
    this->SetWindowText ("Menu item clicked!") ;
}
```



Chapter **8**

# Child and
# Pop-Up Windows

So far we have created main program windows and used predefined window controls, such as buttons and static text. Window controls are convenient if you can take advantage of the exact features provided. If you need other features, you will need to create your own specialized windows. The most common type of "custom" windows are child windows, which are attached to a parent window at all times. Child windows are visible only if they are within the client area of their parent. Child windows can be used to deal with a specific task, such as getting input from the user. Child windows are also useful as a programming tool to break up a large screen area into smaller portions, each with its own message processing logic.

Pop-up windows are another useful tool. Pop-ups are not physically attached to a parent window, and they can be positioned anywhere on the screen. However, pop-up windows disappear the instant their parent window is destroyed. Pop-ups are handy for items that the user may want to reposition on the screen (for example, tool bars). We will look at several examples in this chapter with both child windows and pop-up windows.

One of the confusing elements of creating child and pop-up windows is the use of the word "class." In the C++ language, a "class" is a collection of functions and data. The Windows programming API also uses the word "class" to describe a set of parameters that describe a type of window. The Windows API includes functions for registering new "classes" of windows with the Windows environment as your program operates. Keep in mind that both of these uses of the word "class" are independent, but both types of "class" are frequently used when creating child and pop-up windows using C++.

Child and pop-up windows typically process messages independently from their parent windows. Child and parent windows can communicate by sending each other messages. Windows allows you to define your own "user" messages, which can have any meaning desired. We will look at several examples of exchanging messages between windows in this chapter.

**Concepts covered:**   Child windows, separate class definitions and window functions, stock icons, pop-up windows, registering a new class of windows, user messages sent between windows.

**Key words covered:**   WS_CHILD, WS_POPUP, WS_MINIMIZEBOX, WS_BORDER, WS_VISIBLE, IDI_APPLICATION, WS_THICKFRAME, COLOR_BTNFACE, COLOR_WINDOW, CS_VREDRAW, CS_HREDRAW, CS_DBLCLKS.

**Functions covered:**   CWnd::Create(), CWnd::SendMessage(), CWnd::GetParent(), CWnd::OnMessage(), ::AfxRegisterWndClass(), ::AfxGetApp(), CWinApp::LoadStandardCursor(), CWinApp::LoadStandardIcon(), CGdiObject::GetSafeHandle().

**Messages covered:**   WM_USER.

# CREATING A CHILD WINDOW

The first example program in this chapter creates a single child window that can be moved in the center of the parent's client area. Figure 8-1 shows the CHILD1 program in action. When the "Create" menu item is selected, a child window appears inside the main program window. The child window displays a gray

**8**
**CHILD AND
POP-UP WINDOWS**



**Figure 8-1** The CHILD1 Program

(inactive) caption bar and a white client area of its own. The child window's client area contains the string "Text in Child Window."

Because CHILD1's child window has a caption bar, the child window can be moved in the client area of the parent window by using the mouse. The child window is only visible within the bounds of the parent's client area. If you move it to an edge of the parent window's border, the child window is clipped. Figure 8-1 shows the left side of the child window being clipped by the parent window. The clipping of the child window is done automatically by the same built-in logic that the Windows environment uses to show portions of program windows on the screen when they overlap. The child window is visible only if the parent window is visible.

The CHILD1 program introduces separation of messages between the parent window and a child window. The result is that the child window becomes its own "little world." Messages from Windows to the child window are not intercepted by the parent window. The child window's message mapping logic and message response functions are completely independent of the parent. CHILD1.CPP does the following:

1. Creates the child window using the **CWnd::Create()** function.

2. Includes a separate message map for the child window and message processing functions for the child window.

Listing 8-1 shows the CHILD1.HPP header file. In addition to the **CMainWindow** and **CTheApp** classes that the previous example programs used, CHILD1.HPP declares a new class called **CChildWindow**. The **CChildWindow**

295

**Listing 8-1** CHILD1.HPP Header File

```
// child1.hpp     header file for child1.cpp

class CChildWindow : public CWnd // derive a child window class
{
public:
    CChildWindow () ;              // declare constructor
    BOOL Create (char FAR* lpName, DWORD dwStyle,
        RECT& rect, CWnd* pParent, UINT nID = NULL) ;
private:
    void OnPaint () ;             // process WM_PAINT messages

    DECLARE_MESSAGE_MAP()         // separate message processing
} ;
                                  // derive a main window class
class CMainWindow : public CFrameWnd
{
public:
    CMainWindow () ;             // declare a constructor
private:
    BOOL bMadeChild ;            // track if child already made
    CChildWindow Child ;        // child window object
    void OnChildCreate () ;     // "Create" menu item
    void OnExit () ;            // "Quit" menu item

    DECLARE_MESSAGE_MAP()       // prepare for message processing
} ;

class CTheApp : public CWinApp // derive an application class
{
public:
    BOOL InitInstance () ;     // declare new InitInstance()
} ;
```

class includes a constructor function, **Create()** function, and **OnPaint()** message response function. The class declares its own message map with the DECLARE_MESSAGE_MAP() macro, indicating that this window class will process its own messages.

One nicety in the **CChildWindow** class definition is the use of a default argument in the **CChildWindow::Create()** function. The parameter *nID* is used to give the child window an ID value. The ID value is not necessary in CHILD1 because the child window will have its own message processing logic and does not send WM_COMMAND messages to the parent window when the child is activated. The function declaration for the **CChildWindow::Create()** function includes a default argument for the *nID* value:

```
UINT nID = NULL ;
```

The default argument allows the *nID* parameter to be omitted when **CChildWindow::Create()** is called. If the *nID* value is not specified, NULL (zero) will be used for the window ID.

Listing 8-2 shows the CHILD1.CPP program. The child window is not created until the user selects the "Create" menu item. At this point the **CMainWindow::OnChildCreate()** message response function is called, which in turn calls **CChildWindow::Create()**. The secrets to creating a child window are to pass the WS_CHILD window style and a pointer to the parent window object (*this* pointer) to **CChildWindow::Create()**.

```
Child.Create ("Child Window",
      WS_CHILD | WS_BORDER | WS_CAPTION | WS_VISIBLE,
      ChildRect, this) ;
```

These window style values specify a child window (WS_CHILD) with a thin border (WS_BORDER), a caption bar so that the window will be moveable (WS_CAPTION), and that is initially visible (WS_VISIBLE). Without the WS_VISIBLE style, the window would be created, but would not be displayed until the **CWnd::ShowWindow()** function was used to make the window visible.

## Separate Message Processing for Child Windows

An interesting aspect of the CHILD1.CPP program is that it has two message maps. The main program window has the normal message map for handling WM_COMMAND messages from the program's menu and other messages from Windows. However, these messages are not sent to the child window. The child window declares its own message map by including the DECLARE_MESSAGE_MAP() macro in the child window class definition, and by including a message map in the CHILD1.CPP program specific to the child window class. Listing 8-3 shows the child window's message map, extracted from CHILD1.CPP.

This is a very simple message map with only the WM_PAINT message processed. The MFC class logic differentiates between the two message maps in CHILD1.CPP, based on the parameters passed to the BEGIN_MESSAGE_MAP() macro. The first parameter is the name of the window class for the window receiving the messages. The second parameter is the name of the MFC base class from which the window class was derived. These parameters allow the MFC logic to segregate the message maps for different windows. We will make more use of this separation in later example programs in this chapter.

**Listing 8-2** CHILD1.CPP

```
// child1.cpp              demonstrate independent child window

#include <afxwin.h>    // class library header file
#include "child1.h"    // header file for resource data
#include "child1.hpp"  // header file for this program

CTheApp theApp ;        // create one CTheApp object - runs program

BOOL CTheApp::InitInstance ()  // override default InitInstance()
{
    m_pMainWnd = new CMainWindow () ;       // create a main window
    m_pMainWnd->ShowWindow (m_nCmdShow) ;   // make it visible
    m_pMainWnd->UpdateWindow () ;           // paint center
    return TRUE ;
}


CMainWindow::CMainWindow ()     // constructor for main window
{
    Create (NULL, "Child 1", WS_OVERLAPPEDWINDOW, rectDefault,
        NULL, "MyMenu") ;
    bMadeChild = FALSE ;        // initialize variable
}


BEGIN_MESSAGE_MAP (CMainWindow, CFrameWnd)
    ON_COMMAND (IDM_CREATE, OnChildCreate)
    ON_COMMAND (IDM_QUIT, OnExit)
END_MESSAGE_MAP ()

void CMainWindow::OnExit ()     // respond to menu item "Quit"
{
    this->DestroyWindow () ;    // destroy main window,
}                               // this stops application

void CMainWindow::OnChildCreate ()  // respond to "Create" menu item
{
    if (bMadeChild)             // only allow one child window
        return ;
    CRect ChildRect (10, 30, 210, 180) ;    // rect holds child size
    Child.Create ("Child Window",
        WS_CHILD | WS_BORDER | WS_CAPTION | WS_VISIBLE,
        ChildRect, this) ;
    bMadeChild = TRUE ;
}

//------------------ Child Window Section -------------------------//

                            // new Create function
BOOL CChildWindow::Create (char FAR* lpName, DWORD dwStyle,
    RECT& rect, CWnd* pParent, UINT nID)
```

**8**
**CHILD AND
POP-UP WINDOWS**

```
{                                     // calls CWnd::Create ()
    return CWnd::Create (NULL, lpName, dwStyle, rect,
        pParent, nID) ;
}

BEGIN_MESSAGE_MAP (CChildWindow, CWnd)  // messages for child
    ON_WM_PAINT ()
END_MESSAGE_MAP ()

void CChildWindow::OnPaint ()         // child window paint function
{
    CString string ("Text in Child Window.") ;
    CPaintDC dc (this) ;
    dc.TextOut (10, 25, string, string.GetLength () ) ;
}
```

**Listing 8-3** Child Window Message Map

```
BEGIN_MESSAGE_MAP (CChildWindow, CWnd)  // messages for child
    ON_WM_PAINT ()
END_MESSAGE_MAP ()
```

Listings 8-4 to 8-6 show the remaining support files for CHILD1.CPP. The
program's icon is shown in Figure 8-2.

**Listing 8-4** CHILD1.DEF Module Definition File

```
NAME          child1
DESCRIPTION   'child1 C++ program'
EXETYPE       WINDOWS
STUB          'WINSTUB.EXE'
CODE          PRELOAD MOVEABLE
DATA          PRELOAD MOVEABLE MULTIPLE
HEAPSIZE      1024
STACKSIZE     5120
```



**Figure 8-2** CHILD1.ICO Icon Image

**Listing 8-5**  CHILD1.H Resource ID Header File

```
// child1.h  header file for resource ID numbers

#define IDM_CREATE      1
#define IDM_QUIT        10
```

**Listing 8-6**  CHILD1.RC Resource Script File

```
// child1.rc  resource script file

#include <afxres.h>
#include "child1.h"

AFX_IDI_STD_FRAME   ICON    child1.ico    // the program's icon
MyMenu MENU                               // define the menu
{
    MENUITEM "&Create",    IDM_CREATE
    MENUITEM "&Quit",      IDM_QUIT
}
```

# A BETTER CHILD WINDOW

CHILD1 has the virtue of simplicity, but the child window does not do much. The child window is also remarkably plain, with a white client area and simple caption bar. The next example creates a somewhat more complex child window. Figure 8-3 shows the CHILD2 program in action. The child window in the client area of CHILD2 has a caption bar, minimize button, and a thick frame that can be used to change the size of the child window. The client area of the child window is painted with a gray brush instead of the default white color. Inside the child window's client area is some text and a button control containing the text



**Figure 8-3**  CHILD2 Program After Creating Child Window

**8**

**CHILD AND
POP-UP WINDOWS**

"Destroy Me." Clicking this button destroys the child window, but does not affect CHILD2's parent window.

Creating the child window in the CHILD2 program will require that a new "class" of windows be registered with the Windows environment. So far, all of the example programs in this book have taken advantage of predefined types of windows. Registering a new class of windows allows CHILD2 to create a child window with a gray background color. We will go over the structure of the CHILD2 program first, and then explore registering new window classes in the next section.

The CHILD2 parent window has three menu items. The "Create" menu item creates the child window. The "Send Message" menu item sends a special message to the child window. When the child window in CHILD2 receives the message, its caption is changed to "Got message from parent," as shown in Figure 8-3. We will explore sending user messages in a moment.

Because the CHILD2 child window has a minimize button, the child window can be minimized. Clicking the child window's minimize button results in the child window being iconized at the bottom left of the parent window's client area. This is a built-in feature of the Windows environment. Minimized child windows are always constrained to the parent window's client area. Figure 8-4 shows the CHILD2 program after the child window has been minimized, displaying the Windows 3.1 default program icon. The minimized child window can be moved in the parent window's client area using the mouse, and it can be restored by double-clicking the icon box. The title string shown under the window icon will be the child window's caption string. This behavior for minimized windows is probably familiar, as this is how the Windows Program Manager and File Manager applications behave.



**Figure 8-4** CHILD2 with Child Window Minimized

301

The CHILD2.HPP header file (Listing 8-7) has a few added items. The **CChildWindow** class now declares a constructor function, implying that CHILD2.CPP will no longer use the default constructor for the class. Note the addition of the **CString** and **CButton** objects in the **CChildWindow** definition. Two additional message response functions are also declared in the **CChildWindow** class: **CChildWindow::OnMessage()** and **CChildWindow::OnKillButton()**.

Listing 8-8 shows the CHILD2.CPP program. When the user selects the "Create" menu item the **CMainWindow::OnChildCreate()** message response

**Listing 8-7** CHILD2.HPP Header File

```
// child2.hpp     header file for child2.cpp

class CChildWindow : public CWnd // derive a child window class
{
public:
      CChildWindow () ;            // declare constructor
      BOOL Create (char FAR* lpName, DWORD dwStyle,
          RECT& rect, CWnd* pParent, UINT nID = NULL) ;
private:
      CString ClassName ;          // name of new window class
      CButton ChildButton ;        // child window's own button
      void OnPaint () ;            // process WM_PAINT messages
      LONG OnMessage (UINT, LONG) ;// respond to msg. from parent
      void OnKillButton () ;       // respond to button selection
      DECLARE_MESSAGE_MAP()        // separate message processing
} ;

                                   // derive a main window class
class CMainWindow : public CFrameWnd
{
public:
      CMainWindow () ;             // declare a constructor
private:
      BOOL bMadeChild ;            // track if child already made
      CChildWindow Child ;         // child window object
      void OnChildCreate () ;      // "Create" menu item
      void OnSendMessage () ;      // "Send Message" menu item
      void OnExit () ;             // "Quit" menu item
      void OnPaint () ;

      DECLARE_MESSAGE_MAP()        // prepare for message processing
} ;


class CTheApp : public CWinApp  // derive an application class
{
public:
      BOOL InitInstance () ;       // declare new InitInstance()
} ;
```

**8**
**CHILD AND**
**POP-UP WINDOWS**

**Listing 8-8** CHILD2.CPP

```
// child2.cpp            demonstrate independent child window

#include <afxwin.h>     // class library header file
#include "child2.h"     // header file for resource data
#include "child2.hpp"   // header file for this program

CTheApp theApp ;          // create one CTheApp object - runs program

BOOL CTheApp::InitInstance ()  // override default InitInstance()
{
    m_pMainWnd = new CMainWindow () ;       // create a main window
    m_pMainWnd->ShowWindow (m_nCmdShow) ;   // make it visible
    m_pMainWnd->UpdateWindow () ;           // paint center
    return TRUE ;
}

CMainWindow::CMainWindow ()      // constructor for main window
{
    Create (NULL, "Child 2", WS_OVERLAPPEDWINDOW, rectDefault,
        NULL, "MyMenu") ;
    bMadeChild = FALSE ;         // initialize
}


BEGIN_MESSAGE_MAP (CMainWindow, CFrameWnd)
    ON_COMMAND (IDM_CREATE, OnChildCreate)
    ON_COMMAND (IDM_SEND, OnSendMessage)
    ON_COMMAND (IDM_QUIT, OnExit)
    ON_WM_PAINT ()
END_MESSAGE_MAP ()

void CMainWindow::OnExit ()        // respond to menu item "Quit"
{
    this->DestroyWindow () ;       // destroy main window,
}                                  // this stops application

void CMainWindow::OnChildCreate () // respond to "Create" menu item
{
    if (bMadeChild)                // only make one child window
        return ;
    CRect ChildRect (10, 30, 210, 180) ;   // rect holds child size
    Child.Create ("Child Window",
        WS_CHILD | WS_THICKFRAME | WS_CAPTION |
            WS_VISIBLE | WS_MINIMIZEBOX,
        ChildRect, this, NULL) ;
    bMadeChild = TRUE ;
}


void CMainWindow::OnSendMessage () // "Send Message" menu item
{                                  // send WM_COMMAND to child window
    Child.SendMessage (WM_USER, 0, 0L) ;
}
```

◆303◆

━━━ **MICROSOFT FOUNDATION** ━━━
**CLASS PRIMER**

```
void CMainWindow::OnPaint ()          // parent window paint function
{
    CString string ("Text in Parent Client Area.") ;
    CPaintDC dc (this) ;
    dc.TextOut (10, 10, string, string.GetLength () ) ;
}


//------------------- Child Window Section ----------------------//

CChildWindow::CChildWindow ()          // constructor for child window
{                                      // register new window class
    ClassName = AfxRegisterWndClass (CS_HREDRAW | CS_VREDRAW,
        AfxGetApp()->LoadStandardCursor (IDC_ARROW),
        COLOR_BTNFACE + 1,
        AfxGetApp()->LoadStandardIcon (IDI_APPLICATION) ) ;
}

                                       // new Create function
BOOL CChildWindow::Create (char FAR* lpName, DWORD dwStyle,
    RECT& rect, CWnd* pParent, UINT nID)
{                                              // create child window
    CWnd::Create (ClassName, lpName, dwStyle, rect, pParent, nID) ;
    CRect ButtonRect (20, 55, 130, 95) ;
    ChildButton.Create ("Destroy Me",         // create button control
        WS_CHILD | BS_PUSHBUTTON | WS_VISIBLE, ButtonRect,
        this, IDM_KILLBUTTON) ;
    return TRUE ;
}


BEGIN_MESSAGE_MAP (CChildWindow, CWnd)  // process messages for child
    ON_WM_PAINT ()
    ON_MESSAGE (WM_USER, OnMessage)                // message from parent
    ON_COMMAND (IDM_KILLBUTTON, OnKillButton)   // button selected
END_MESSAGE_MAP ()

void CChildWindow::OnPaint ()           // child window paint function
{
    CString string ("Text in Child Window.") ;
    CPaintDC dc (this) ;
    dc.TextOut (10, 25, string, string.GetLength () ) ;
}


LONG CChildWindow::OnMessage (UINT un, LONG ln) // message from parent
{
    this->SetWindowText ("Got message from parent.") ;
    return NULL ;
}


void CChildWindow::OnKillButton ()      // respond to button selection
{
    this->DestroyWindow () ;            // kill child window
}
```

**8**
**CHILD AND POP-UP WINDOWS**

function is called. This time the child window is created with the style combination:

```
WS_CHILD | WS_THICKFRAME | WS_CAPTION | WS_VISIBLE | WS_MINIMIZEBOX
```

The WS_THICKFRAME style gives the child window a thick border that can be sized. The WS_MINIMIZEBOX provides a minimize button at the child window's top right corner and makes it possible to minimize the window.

Listings 8-9 to 8-11 show the remaining support files for CHILD2.CPP. The program's icon is shown in Figure 8-5.

**Listing 8-9** CHILD2.H Resource ID Header File

```
// child2.h  header file for resource ID numbers

#define IDM_CREATE     1      // menu item ID numbers
#define IDM_SEND       2
#define IDM_QUIT       10

#define IDM_CUSTOM     100
#define IDM_KILLBUTTON 101
```

**Listing 8-10** CHILD2.RC Resource Script File

```
// child2.rc  resource script file

#include <afxres.h>
#include "child2.h"

AFX_IDI_STD_FRAME  ICON   child2.ico   // the program's icon

MyMenu MENU                            // define the menu
{
    MENUITEM "&Create",         IDM_CREATE
    MENUITEM "&Send Message",   IDM_SEND
    MENUITEM "&Quit",           IDM_QUIT
}
```

**Listing 8-11** CHILD2.DEF Module Definition File

```
NAME          child2
DESCRIPTION   'child2 C++ program'
EXETYPE       WINDOWS
STUB          'WINSTUB.EXE'
CODE          PRELOAD MOVEABLE
DATA          PRELOAD MOVEABLE MULTIPLE
HEAPSIZE      1024
STACKSIZE     5120
```



**Figure 8-5** CHILD2.ICO Icon Image

## Registering a New Window Class

One of the improvements in CHILD2 compared with CHILD1 is that the child window is filled with a gray brush instead of the standard white interior. It turns out that accomplishing this requires a fairly subtle operation within



const char* **::AfxRegisterWndClass** (UINT *nClassStyle*, HCURSOR *hCursor*, HBRUSH *hbrBackground*, HICON *hIcon*) ;

| Parameter | Meaning |
|-----------|---------|
| nClassStyle | The style value for the window class. (This is a series of zero or more binary flag values such as CS_VREDRAW. The complete list of class style flags is shown in Table 8-2.) |
| hCursor | The handle of the cursor that will be displayed when the mouse hovers over the window. This is normally fetched with either the CWinApp::LoadStandardCursor() or CWinApp::LoadCursor() function. |
| hbrBackground | The handle of the brush to use in painting the window's client area. This can either be a brush created with the CBrush class, or one of the standard brushes that Windows uses. The standard brushes are all enumerated in the WINDOWS.H file, such as COLOR_WINDOW for the window colors. Add one to the COLOR_ value to use a standard Windows color in the new window class. Note that the user can change the standard colors using the Windows Control Panel application. These changes will affect colors displayed in the new window class. (With Windows NT you must create a CBrush object or load a stock brush.) |
| hIcon | A handle to the icon to use when a window created from the class is minimized. This icon either be a stock icon loaded with CWinApp::LoadStandardIcon(), or an icon in the program's resource data loaded with CWinApp::LoadIcon(). Set this value to NULL if the windows created from the class will never be minimized. |

**Table 8-1** Parameters Passed to ::AfxRegisterWndClass()

**8**
**CHILD AND POP-UP WINDOWS**

Windows. This operation is called "registering a new window class." The idea is that the Windows environment keeps a small set of basic values that define a "class" of windows. This has nothing to do with C++ classes and is specific to the Windows environment. Windows within a class share a few common characteristics, such as displaying the same icon when minimized, displaying the same cursor shape when the mouse is over the window, and using the same color brush to fill the interior of the window. Any number of windows can be created from a single class once it is registered with the Windows environment.

The **CChildWindow** class (C++ class) in CHILD2.CPP includes a constructor function that is called when an object of the **CChildWindow** (C++) class is created. The only activity in the constructor function is to register a new class (Windows class) of windows using the global **::AfxRegisterWndClass()** function. This function takes four parameters, which are summarized in Table 8-1.

The class style values passed to **::AfxRegisterWndClass()** can be any combination of the binary flags listed in Table 8-2. The most common case is the

| Style | Meaning |
| --- | --- |
| CS_BYTEALIGNCLIENT | Aligns a window's client area on the byte boundaries horizontally. This makes a small savings in memory consumed by windows. |
| CS_BYTEALIGNWINDOW | Aligns a window on the byte boundaries horizontally. |
| CS_CLASSDC | Gives the window class its own device context. Every window created from this class will share the DC. |
| CS_DBLCLKS | Mouse double-click messages are sent to the window. |
| CS_GLOBALCLASS | Makes an application global class. Available to all applications while the program that created the class is running. |
| CS_HREDRAW | Redraws the window if the horizontal size changes. |
| CS_NOCLOSE | Stops the close option on the system menu. |
| CS_OWNDC | Gives each window instance its own device context. Note that each device context requires 800 bytes of memory. |
| CS_PARENTDC | The window class uses the parent window's device context. |
| CS_SAVEBITS | Instructs window to save the bitmap of parts of the window that may be obscured by overlapping windows. |
| CS_VREDRAW | Redraws the window when the vertical size changes. |

**Table 8-2** Window Class Style Flags

combination of the CS_HREDRAW | CS_VREDRAW flags. Windows created from the new class will not receive mouse double-click messages unless the CS_DBLCLKS style is added.

You can think of registering a new window class as providing the Windows environment with the minimum outline of what windows created from the class will look like. The class definition does not specify the size of the window, its caption string, or its parent window (if any). All of these values are specified when an individual window is created from the new class. The class name returned by ::AfxRegisterWndClass() is used in the CWnd::Create() function to tell Windows which window class to use when creating a new window. In CHILD2.CPP, the CWnd::Create() function call for the child window uses the *ClassName* CString object to store the name of the window class:

```
CWnd::Create (ClassName, lpName, dwStyle, rect, pParent, nID) ;
```

You may be wondering why the applications up to now have not needed to register a window class for either the parent window or the window controls. The answer is that the classes are already registered. The CFrameWnd class takes care of registering a window class for you automatically, and provides default values for all of the ::AfxRegisterWndClass() parameters. For example, the icon for a main program window created from the CFrameWnd class is assumed to have the ID value AFX_IDI_STD_FRAME. That is why we have used this ID for all of the program icons in the example programs. Controls, such as buttons and list boxes, do not require calling ::AfxRegisterWndClass() because these window classes are always available as part of the Windows environment.

It was not strictly necessary to register a new window class prior to creating the child window in CHILD2.CPP. The CWnd class allows NULL to be passed for the class name, which results in a default class being used as we did in CHILD1.CPP. However, to get the interior of the child window automatically painted with a gray brush required that a new class be registered with this characteristic.

## Children of Child Windows

Another interesting aspect of the CHILD2.CPP program is that the child window contains a button. You may recall from Chapter 5, *Window Controls*, that a button control is a form of child window. The button control is a child window of the main child window. You can think of this relationship as a genealogical chain, as shown in Figure 8-6. (Child windows spawn from a single parent, so perhaps the analogy should be to asexual reproduction....)



**Figure 8-6** Child Window Hierarchy in CHILD2

Figure 8-6 may remind you of the class relationships shown for several derived MFC classes. Both C++ classes and window objects are forms of object oriented programming. C++ classes abstract and hide programming functions and data. Window objects abstract the process of writing to certain areas of the screen. Both types of objects make your job as a programmer much easier.

The parent-child relationship is established when the child window and button control are created in the **CChildWindow::Create()** function. The button control is passed a pointer to the **CChildWindow** object (a *this* pointer) as the parent window. The button control is, therefore, made a child of the larger child window. The WS_CHILD window style must also be included to make the button control a child window.

```
ChildButton.Create ("Destroy Me",        // create button control
      WS_CHILD | BS_PUSHBUTTON | WS_VISIBLE, ButtonRect,
      this, IDM_KILLBUTTON) ;
```

When the button control is selected with the mouse, a WM_COMMAND message is sent to its parent, which is the gray child window that contains the button, not to the main program window. The button control has the ID value IDM_KILLBUTTON, so the WM_COMMAND message passing this ID is mapped to the **CChildWindow::OnKillButton()** function. When the WM_COMMAND message is received, the **CWnd::DestroyWindow()** function is called to destroy the child window.

## Sending a Message to a Window

The CHILD2 program has one more trick that you will want to understand. When the menu item "Send Message" is clicked on the parent window, the

child window's caption changes to "Got message from parent." This probably does not seem too spectacular until you think about what is happening. The parent window and child window are different Windows objects, are defined in different C++ classes, and have completely separate message processing logic. How does the parent window "talk to" the child window?

The answer lies in the ability of different windows to exchange messages. You can send predefined messages like WM_COMMAND to a window or invent your own messages, as was done in CHILD2.CPP. The WINDOWS.H header file defines a constant WM_USER, which is the lowest message number you can use to define a custom message. In CHILD2.CPP, the CWnd::Send-Message() function is used to transmit the WM_USER message to the child window when the user selects the "Send Message" menu item on the main program window.

```
Child.SendMessage (WM_USER, 0, 0L) ;
```

If an application uses a series of custom messages, the usual practice is to define new constants that better represent the meaning of the message. For example:

```
#define WM_CHANGETITLE     WM_USER
#define WM_BEEPCHILD       WM_USER + 1
```

CHILD2.CPP takes a shortcut and uses the WM_USER value directly. The child window's message map includes an entry to route the WM_USER message to a message response function:

```
ON_MESSAGE (WM_USER, OnMessage)
```

The ON_MESSAGE message map entry is a special one, in that it allows *any* message to be mapped. The only restriction is that the message processing function must have the form:

```
LONG CWndClass::FunctionName (UINT, LONG) ;
```

In CHILD2.CPP, the message processing function for the WM_USER message is called CChildWindow::OnMessage(). All the function does is change the child window's title to "Got message from parent."

Although CHILD2.CPP only makes limited use of transmitting messages, the concept is extremely powerful. Experienced Windows programmers take advantage of WM_USER messages to provide communication links between different parts of the program. You may also find it useful to simulate the selection of a menu item or the depression of a key by sending a "fake" WM_COMMAND or WM_KEYDOWN message to the main program window. The program will behave just as if the user took the action. This is a general approach to providing macro capabilities for any Windows application.

# THE WM_SIZE MESSAGE

Any window that has a thick border (such as all of the program windows created from the **CFrameWnd** MFC class) can be resized by the user. Normally, the window's size is changed by using the mouse to drag one of the window's borders to a new location. Windows also change size when they are minimized, maximized, or restored.

If the user changes the size of a window, Windows will send the program window a WM_SIZE message. Included with the WM_SIZE message are data containing the new size of the window's client area. Determining the size of the client area is frequently useful as a prelude to painting operations. To process WM_SIZE messages, you must add an entry to the program's message map and add an **OnSize()** message response function to process the message. Listing 8-13 shows a typical example.

The Windows environment sends three values with the WM_SIZE message, which end up as parameters passed to the **OnSize()** message response function. The $cx$ and $cy$ values provide the new width and height of the window's client area measured in pixels. The $nType$ parameter passes the type of resizing that is occurring. Table 8-3 lists the possible values for $nType$.

As you can see from this example, Windows has the ability to send a considerable amount of information along with a message. This provides for efficient processing of the message data, an important point in an environment that supports many programs running at the same time. The next example will use the WM_SIZE message to determine the size of the main program window client area so that two child windows can be exactly sized to cover the client area completely.

**Listing 8-13  Processing WM_SIZE Messages**

```
BEGIN_MESSAGE_MAP (CMainWindow, CFrameWnd)
    ON_WM_SIZE ()                    // message map entry for WM_SIZE
    // other message map entries here
END_MESSAGE_MAP ()
            // message response function must be called OnSize()
void CMainWindow::OnSize (UINT nType, int cx, int cy)
{
    int ClientWide = cx ;
    int ClientHigh = cy ;
    if (nType == SIZE_MINIMIZED)
        // do something
}
```





**Table 8-3** nType values passed to OnSize()

# FIXED CHILD WINDOWS

In the CHILD1 and CHILD2 examples, the child windows had caption bars. This allowed the child windows to be moved on the parent window's client area. Sometimes it is useful to have fixed child windows that cannot be moved. Button controls are a classic example of a small, fixed child window designed for a special purpose. The usual reason for creating larger fixed child windows is to use child windows to break up a larger window into manageable pieces. Our next example, called FIXCHILD, demonstrates fixed child windows by dividing the parent window's client area into two halves. Figure 8-7 shows FIXCHILD in action. The left half of the parent window's client area is covered with a red child window, while the right half is covered by a blue child window. The result



**Figure 8-7** The FIXCHILD Program

is that the child windows completely cover the parent window's client area, so the child windows end up getting the Windows messages.

The FIXCHILD.HPP header file is shown in Listing 8-12. The left and right child windows that will cover the parent window's client area are each given a separate C++ class. The **LChild** and **RChild** class definitions are essentially identical, and could be combined into a single more general class with a bit of work. These classes were deliberately kept separate in the FIXCHILD example to illustrate the general case of having multiple child windows and multiple message maps within a single program.

The **Create()** functions for the two child window classes have been expanded to include a new parameter named *dwColor*. This parameter is used to specify the color of the child window's client area when painted. Otherwise, the **LChild** and **RChild** class definitions are very similar to the child window class in the CHILD2.HPP file. Note that the **CMainWindow** class now declares **LChild** and **RChild** objects named *RightSide* and *LeftSide* in the class definition.

Listing 8-13 shows the FIXCHILD.CPP program. The two child windows are created in the **CMainWindow** constructor function. The child windows are sized to exactly fit the main program window's client area. The **CWnd::GetClientRect()** function comes in handy here to determine the initial size of the client area rectangle. Note that the child windows are created with the WS_CHILD | WS_BORDER | WS_VISIBLE style flags. Because there is no caption bar with this style combination, the child windows will not be moveable. This is ideal for our purpose of covering the parent window's client area at all times.

The parent window can be resized at any time, so the child windows must also be resized any time the parent window receives a WM_SIZE message. The **CMainWindow::OnSize()** function in FIXCHILD.CPP resizes both child windows with the **CWnd::MoveWindow()** function.

The **Create()** functions for the two child windows register new window classes in order to specify the color of the brushes used to paint their client areas. There is no need to load an icon as part of these window classes because neither of the child windows can be minimized to an icon. Therefore, NULL is passed for the icon handle in the calls to the **::AfxRegisterWndClass()** function. Each of the child windows creates its own button controls, which again become child window controls of other child windows.

The child windows both process WM_PAINT messages and display text strings in their client areas. More interesting is the processing of the WM_COMMAND message generated by the button controls in each child window. Selecting the buttons changes the caption string for the main program window. This is done in a rather indirect way by taking advantage of the

**Listing 8-12** FIXCHILD.HPP Header File

```
// fixchild.hpp      header file for fixchild.cpp

class LChild : public CWnd        // derive left child window
{                                 // uses default constructor
public:
    BOOL Create (char FAR* lpName, DWORD dwStyle,
        RECT& rect, CWnd* pParent, UINT nID = NULL,
        DWORD dwColor = OL) ;
private:
    CString ClassName ;           // name of new window class
    CButton ChildButton ;         // child window's own button
    void OnPaint () ;             // process WM_PAINT messages
    void OnButton () ;            // respond to button selection

    DECLARE_MESSAGE_MAP()         // separate message processing
} ;

class RChild : public CWnd        // derive right child window
{                                 // uses default constructor
public:
    BOOL Create (char FAR* lpName, DWORD dwStyle,
        RECT& rect, CWnd* pParent, UINT nID = NULL,
        DWORD dwColor = OL) ;
private:
    CString ClassName ;           // name of new window class
    CButton ChildButton ;         // child window's own button
    void OnPaint () ;             // process WM_PAINT messages
    void OnButton () ;            // respond to button selection

    DECLARE_MESSAGE_MAP()         // separate message processing
} ;
                                  // derive a main window class
class CMainWindow : public CFrameWnd
{
public:
    CMainWindow () ;              // declare a constructor
private:
    RChild RightSide ;
    LChild LeftSide ;
    void OnExit () ;              // "Quit" menu item
    void OnSize (UINT nType, int cx, int cy) ;

    DECLARE_MESSAGE_MAP()         // prepare for message processing
} ;

class CTheApp : public CWinApp   // derive an application class
{
public:
    BOOL InitInstance () ;       // declare new InitInstance()
} ;
```

**8**
**CHILD AND**
**POP-UP WINDOWS**

**Listing 8-13** FIXCHILD.CPP

```
// fixchild.cpp              demonstrate independent child window

#include <afxwin.h>          // class library header file
#include "fixchild.h"        // header file for resource data
#include "fixchild.hpp"      // header file for this program

CTheApp theApp ;             // create one CTheApp object - runs program

BOOL CTheApp::InitInstance ()   // override default InitInstance()
{
    m_pMainWnd = new CMainWindow () ;        // create a main window
    m_pMainWnd->ShowWindow (m_nCmdShow) ;    // make it visible
    m_pMainWnd->UpdateWindow () ;            // paint center
    return TRUE ;
}

CMainWindow::CMainWindow ()      // constructor for main window
{
    Create (NULL, "Two Fixed Children", WS_OVERLAPPEDWINDOW,
        rectDefault, NULL, "MyMenu") ;

    CRect ClientRect ;
    this->GetClientRect (ClientRect) ;       // get client area size
    int nWidth = ClientRect.Width () ;
    ClientRect.right -= nWidth / 2 ;         // cut in half
    LeftSide.Create ("", WS_CHILD | WS_BORDER | WS_VISIBLE,
        ClientRect, this, NULL, RGB (255, 0, 0)) ;

    ClientRect.left++ ;                      // reduce width by one
    ClientRect.OffsetRect (nWidth / 2, 0) ;  // move to right side
    RightSide.Create ("", WS_CHILD | WS_BORDER | WS_VISIBLE,
        ClientRect, this, NULL, RGB (0, 0, 255)) ;
}

BEGIN_MESSAGE_MAP (CMainWindow, CFrameWnd)
    ON_COMMAND (IDM_QUIT, OnExit)   // "Quit" menu item
    ON_WM_SIZE ()                   // parent window size changed
END_MESSAGE_MAP ()

void CMainWindow::OnExit ()         // respond to menu item "Quit"
{
    this->DestroyWindow () ;        // destroy main window,
}                                   // this stops application

void CMainWindow::OnSize (UINT nType, int cx, int cy)
{                                   // resize child windows to fit
    LeftSide.MoveWindow (0, 0, cx/2, cy, TRUE) ;
    RightSide.MoveWindow (1 + (cx/2), 0, cx, cy, TRUE) ;
}
```

———— **MICROSOFT FOUNDATION** ————
**CLASS PRIMER**

```
//---------------- Left child window section ---------------------//

BOOL LChild::Create (char FAR* lpName, DWORD dwStyle,
    RECT& rect, CWnd* pParent, UINT nID, DWORD dwColor)
{
    CBrush brush (dwColor) ;
                                        // create child window
    ClassName = AfxRegisterWndClass (CS_HREDRAW | CS_VREDRAW,
        AfxGetApp()->LoadStandardCursor (IDC_ARROW),
        brush.GetSafeHandle (), NULL ) ;
    CWnd::Create (ClassName, lpName, dwStyle, rect,
        pParent, nID) ;
    CRect ButtonRect (20, 50, 130, 90) ;
    ChildButton.Create ("Push Me!",
        WS_CHILD | BS_PUSHBUTTON | WS_VISIBLE, ButtonRect,
        this, IDM_LEFTBUTTON) ;
    return TRUE ;
}

BEGIN_MESSAGE_MAP (LChild, CWnd)  // process messages for child
    ON_WM_PAINT ()
    ON_COMMAND (IDM_LEFTBUTTON, OnButton)
END_MESSAGE_MAP ()

void LChild::OnPaint ()              // child window paint function
{
    CString string ("Text in Child Window 1.") ;
    CPaintDC dc (this) ;
    dc.TextOut (10, 25, string, string.GetLength () ) ;
}

void LChild::OnButton ()             // respond to button selection
{
    (this->GetParent ())->SetWindowText ("Child 1 Button") ;
}

//--------------- Right child window section --------------------//

BOOL RChild::Create (char FAR* lpName, DWORD dwStyle,
    RECT& rect, CWnd* pParent, UINT nID, DWORD dwColor)
{                                       // create child window
    CBrush brush (dwColor) ;
                                        // create child window
    ClassName = AfxRegisterWndClass (CS_HREDRAW | CS_VREDRAW,
        AfxGetApp()->LoadStandardCursor (IDC_ARROW),
        brush.GetSafeHandle (), NULL ) ;
    CWnd::Create (ClassName, lpName, dwStyle, rect,
        pParent, nID) ;
    CRect ButtonRect (20, 50, 130, 90) ;
```

```
    ChildButton.Create ("Push Me Too!",
        WS_CHILD | BS_PUSHBUTTON | WS_VISIBLE, ButtonRect,
        this, IDM_RIGHTBUTTON) ;
    return TRUE ;
}

BEGIN_MESSAGE_MAP (RChild, CWnd)          // process messages for child
    ON_WM_PAINT ()
    ON_COMMAND (IDM_RIGHTBUTTON, OnButton)
END_MESSAGE_MAP ()

void RChild::OnPaint ()                   // child window paint function
{
    CString string ("Text in Child Window 2.") ;
    CPaintDC dc (this) ;
    dc.TextOut (10, 25, string, string.GetLength () ) ;
}

void RChild::OnButton ()            // respond to button selection
{
    (this->GetParent ())->SetWindowText ("Child 2 Button") ;
}
```

**CWnd::GetParent()** function. **CWnd::GetParent()** returns a pointer to any child window's immediate parent. The construction:

```
(this->GetParent ())->SetWindowText ("Child 2 Button") ;
```

in the **RChild::OnButton()** and **LChild::OnButton()** functions results in the parent window's caption being changed. Let's break this down into understandable pieces using the **RChild** class as an example,. Within a member function of the **RChild** class, such as **RChild::OnButton()**, the *this* pointer points to the right child window object. Therefore, *this->GetParent()* retrieves the parent window for the right child, which is the FIXCHILD main program window. The main program window pointer is then used to call the **SetWindowText()** function, which is the full expression shown earlier.

The **CWnd::GetParent()** function is useful in cases where you want to write a generic program for a child window that may be used for a number of different parent windows in different programs. By using **CWnd::GetParent()** instead of "hard coding" the parent window name, the same program will work fine with its child window attached to any parent window.

You may be wondering if Windows allows you to find out the child windows of a parent, doing the opposite of the **CWnd::GetParent()** function. This is certainly possible, but the MFC classes do not include these functions because there is seldom a need to find child windows. Normally, a parent window

317

creates all of its child windows and, therefore, knows their names. If you really need to find the children of a parent, take a look at the **EnumChildWindows()** example in *The Waite Group's Windows API Bible*.

Listings 8-14 to 8-16 show the remaining support files for FIXCHILD.CPP. The program's icon image is shown in Figure 8-8.

**Listing 8-14** FIXCHILD.H Resource ID Header File

```
// fixchild.h  header file for resource ID numbers

#define IDM_QUIT              10      // menu item ID

#define IDM_LEFTBUTTON       100      // button control IDs
#define IDM_RIGHTBUTTON      101
```

**Listing 8-15** FIXCHILD.RC Resource Script File

```
// fixchild.rc  resource script file

#include <afxres.h>
#include "fixchild.h"

AFX_IDI_STD_FRAME   ICON    fixchild.ico   // the program's icon

MyMenu MENU                                // define the menu
{
    MENUITEM "&Quit",            IDM_QUIT
}
```

**Listing 8-16** FIXCHILD.DEF Module Definition File

```
NAME           fixchild
DESCRIPTION    'fixchild C++ program'
EXETYPE        WINDOWS
STUB           'WINSTUB.EXE'
CODE           PRELOAD MOVEABLE
DATA           PRELOAD MOVEABLE MULTIPLE
HEAPSIZE       1024
STACKSIZE      5120
```



**Figure 8-8** FIXCHILD.ICO Icon Image

**8**
CHILD AND
POP-UP WINDOWS

Although the FIXCHILD program does not do a lot of processing for each child window, you can imagine that this approach would work well for applications with complex displays. By splitting the parent window into different child windows, the problem can be broken down into manageable pieces. Microsoft Project is an excellent example of a program that uses this approach to simplify coding and to improve the user interface.

## POP-UP WINDOWS

The last type of window we will explore in this chapter is the pop-up window. Pop-ups are similar to child windows, in that they are related to a parent window. However, pop-up windows are not restricted to the parent window's client area. Pop-ups can appear anywhere on the screen and can cover portions of the parent window and other program windows. One interesting aspect of pop-up windows is that they can never be covered by their parent window. Both the pop-up and its parent can be covered by other windows and uncovered, but the parent window will always be "under" the pop-up window. This is true even if the parent window gains the input focus (has a dark caption bar).

Figure 8-9 shows our next example program in action. The POPUP program creates a pop-up window when the "Create" menu item is selected. The pop-up window has a caption bar, so it can be moved on the screen. In Figure 8-9, the pop-up window is partially covering the parent window. Note that the pop-up window extends well beyond the bounds of the parent window and can be completely separated from the parent on the screen. This makes pop-up windows handy for small utility windows, such as windows that show the current cursor $X,Y$ position in painting programs.



**Figure 8-9** The POPUP Program