# EXHIBIT RR (Part 5/5)

If the parent window is minimized, the pop-up window automatically disappears from the screen. When the parent is restored, the pop-up automatically reappears at its previous screen location. You can think of a pop-up window as an obedient dog. It is always around its master (the main program window), but not always in the master's lap.

Creating pop-up windows is just like creating child windows, except the WS_POPUP window style is used in place of WS_CHILD when calling **CWnd::Create()**. You cannot use the WS_CHILD and WS_POPUP styles at the same time to create a window because the two styles are mutually exclusive. Another difference between child and pop-up windows is that the coordinates passed to **CWnd::Create()** are interpreted as screen coordinates for pop-up windows, not as client coordinates of the parent window. This makes sense, as pop-up windows can be located anywhere on the screen, while child windows are restricted to the parent window's client area.

Listing 8-17 shows the POPUP.CPP program. The pop-up window is created when the user selects the "Create" menu item that is mapped to the **CMainWindow::OnCreatePopup()** function. The combination of the WS_POPUP | WS_BORDER | WS_VISIBLE | WS_CAPTION window styles is used for the pop-up window. You can also add minimize and maximize boxes to pop-up windows with the WS_MINIMIZEBOX and WS_MAXIMIZEBOX styles.

Like the previous CHILD2 and FIXCHILD examples, POPUP.CPP registers a new class of windows in the **CPopup::Create()** function. The new window class uses a custom brush for the background color, which is created using a **CBrush** object. You cannot use the **CBrush** object directly because the **AfxRegisterWndClass()** function expects to get the handle of the brush used to paint the background color as the fourth parameter. The handle of the **CBrush** object can be extracted using the **CGdiObject::GetSafeHandle()** function (the **CBrush** class is derived from the **CGdiObject** class). The handle provides Windows with the information about where to find the brush color data in memory.

```
CBrush brush (dwColor) ;
ClassName = AfxRegisterWndClass (CS_HREDRAW | CS_VREDRAW,
    AfxGetApp()->LoadStandardCursor (IDC_ARROW),
    brush.GetSafeHandle (), NULL ) ;
```

**CPopup::Create()** also creates the button control labeled "Destroy Me," which is a child window of the pop-up window. The pop-up window has its own message map, and processes WM_PAINT, WM_COMMAND and user messages. The user messages are discussed below.

If you compare the POPUP.CPP and CHILD2.CPP listings, you will note that there are remarkably few differences. You can easily change from pop-up to child windows and back if the structure of the window is an independent entity.

**Listing 8-17** POPUP.CPP

```cpp
// popup.cpp              demonstrate an independent pop-up window

#include <afxwin.h>     // class library header file
#include "popup.h"      // header file for resource data
#include "popup.hpp"    // header file for this program

CTheApp theApp ;        // create one CTheApp object - runs program

BOOL CTheApp::InitInstance ()   // override default InitInstance()
{
    m_pMainWnd = new CMainWindow () ;       // create a main window
    m_pMainWnd->ShowWindow (m_nCmdShow) ;   // make it visible
    m_pMainWnd->UpdateWindow () ;           // paint center
    return TRUE ;
}

CMainWindow::CMainWindow ()     // constructor for main window
{
    Create (NULL, "Popup Parent", WS_OVERLAPPEDWINDOW, rectDefault,
        NULL, "MyMenu") ;
    bPopupExists = FALSE ;      // initialize
}

BEGIN_MESSAGE_MAP (CMainWindow, CFrameWnd)
    ON_COMMAND (IDM_SEND, OnSend)
    ON_COMMAND (IDM_QUIT, OnExit)
    ON_COMMAND (IDM_CREATE, OnCreatePopup)
    ON_MESSAGE (WM_POPUPMESSAGE, OnPopupMessage)
END_MESSAGE_MAP ()

void CMainWindow::OnExit ()         // respond to menu item "Quit"
{
    this->DestroyWindow () ;        // destroy main window,
}                                   // this stops application

void CMainWindow::OnCreatePopup ()  // create pop-up window
{
    if (bPopupExists)               // only make one at a time
        return ;
    CRect PopupRect (10, 50, 210, 200) ;
    Popup.Create ("Pop-up Window",
        WS_POPUP | WS_BORDER | WS_VISIBLE | WS_CAPTION,
        PopupRect, this, NULL, RGB (194, 194, 194)) ;
    bPopupExists = TRUE ;
}

void CMainWindow::OnSend ()         // send a message to pop-up
{
    if (bPopupExists)
        Popup.SendMessage (WM_CUSTOM, 0, 0L) ;
}
```

321

───── **MICROSOFT FOUNDATION** ─────
**CLASS PRIMER**

```
LONG CMainWindow::OnPopupMessage (UINT, LONG) // message from pop-up
{
    bPopupExists = FALSE ;          // remember pop-up destroyed
    return NULL ;
}


//----------------- Pop-up window section ---------------------//

BOOL CPopup::Create (char FAR* lpName, DWORD dwStyle,
    RECT& rect, CWnd* pParent, UINT nID, DWORD dwColor)
{                                       // create pop-up window
    CBrush brush (dwColor) ;

    ClassName = AfxRegisterWndClass (CS_HREDRAW | CS_VREDRAW,
        AfxGetApp()->LoadStandardCursor (IDC_ARROW),
        brush.GetSafeHandle (), NULL ) ;
    CWnd::Create (ClassName, lpName, dwStyle, rect,
        pParent, nID) ;
    CRect ButtonRect (20, 50, 130, 90) ;
    ChildButton.Create ("Destroy Me",
        WS_CHILD | BS_PUSHBUTTON | WS_VISIBLE, ButtonRect,
        this, IDM_POPUPBUTTON) ;
    return TRUE ;
}


BEGIN_MESSAGE_MAP (CPopup, CWnd)    // process messages for pop-up
    ON_WM_PAINT ()
    ON_COMMAND (IDM_POPUPBUTTON, OnButton)  // button pressed
    ON_MESSAGE (WM_CUSTOM, OnMessage)       // message from parent
END_MESSAGE_MAP ()

void CPopup::OnPaint ()             // Pop-up window paint function
{
    CString string ("Text in Popup Window.") ;
    CPaintDC dc (this) ;
    dc.TextOut (10, 25, string, string.GetLength () ) ;
}


void CPopup::OnButton ()            // respond to button selection
{                                   // tell parent pop-up is exiting
    (this->GetParent ())->SendMessage (WM_POPUPMESSAGE, 0, 0L) ;
    this->DestroyWindow () ;        // remove pop-up window
}


LONG CPopup::OnMessage (UINT, LONG) // respond to message from parent
{
    this->SetWindowText ("Got message!") ;  // change pop-up caption
    return NULL ;
}
```

It would not make sense to use fixed POPUP windows to partition the parent window's client area as we did in the FIXCHILD.CPP example. Pop-ups are almost always moveable.

The POPUP program takes advantage of user messages to send messages from the parent to the pop-up window, and from the pop-up window to the child. Selecting the "Send" menu item in the parent window menu results in the **CMainWindow::OnSend()** function being called. This function uses the **CWnd::SendMessage()** function to send the user message WM_CUSTOM to the pop-up window. WM_CUSTOM is defined later in POPUP.H (Listing 8-19) as WM_USER + 2, making it a safe value to use for a user message. The WM_CUSTOM message is mapped to the **CPopup::OnMessage()** function in the pop-up's program logic, which simply changes the pop-up window's caption to "Got message!"

A second user message is used for a more pragmatic purpose. The POPUP program is designed so that only one pop-up window is created at a time. However, if the user selects the "Destroy Me" button on the pop-up window, the pop-up window is destroyed and the main program window should be free to create a new pop-up window if the "Create" menu item is selected again. The problem is that the pop-up window destroys itself without any involvement from the parent. The parent window has no immediate way of knowing when the pop-up is destroyed.

To get around this problem, the pop-up window sends the WM_POPUP-MESSAGE user message (defined equal to WM_USER + 1 in POPUP.H) to its parent window right before the pop-up destroys itself (like a suicide note). The user message is sent in the **CPopup::OnButton()** function, which uses the **CWnd::GetParent()** function to retrieve a pointer to the parent window. The parent window logic maps the WM_POPUPMESSAGE to the **CMainWindow::OnPopupMessage()** message processing function, which records the fact that the pop-up has been destroyed by changing the value of the Boolean variable *bPopupExists*. The main program window is now free to create another pop-up window.

### User Messages Between Windows

For small amounts of data, sending user messages between windows is preferable to using global variables to track information shared by more than one window object. By using messages, the data used by each window object can be kept separate and made a part of the C++ classes that support each

*continued on next page*

**MICROSOFT FOUNDATION CLASS PRIMER**

> *continued from previous page*
>
> window. You can think of each window as being a seprate business with its own file system. User messages are analogous to using mail or a FAX machine to transmit data between the two businesses. This type of organization is much easier to manage in the long term compared to getting the two separate businesses to share the same file system (two windows sharing the same global data).
>
> If the amount of data shared between the separate window objects is large, the message approach will be too slow. In these cases, you may want to use advanced C++ techniques, such as virtual functions and "friend" relataionships between classes, to manage the data. See the Bibliography for references on advanced C++ programming techniques.

Listings 8-18 to 8-21 show the support files for POPUP.CPP. The program's icon is shown in Figure 8-10.

The user messages in the POPUP.CPP program are simple notifications and do not pass any data. You have the option of sending both an integer (UINT) and a LONG value along with the message. For example, the parent might send the pop-up window a WM_CUSTOM message with the values 27 and 3478 as parameters:

```
Popup.SendMessage (WM_CUSTOM, 27, 3478) ;
```

The message processing function for this custom message would have the following form:

```
LONG CPopup::OnMessage (UINT nIntValue, LONG lLongValue) { }
```

The **CPopup::OnMessage()** function would receive the value of 27 as *nIntValue* and the value of 3478 as *lLongValue*. An integer and a LONG value probably do not sound like a lot of data to transmit with a message. However, as you will see in Chapter 12, *Managing Memory*, Windows allows you to safely pass a handle to a memory block as a 16-bit value. You can send another window the



**Figure 8-10** POPUP.ICO Icon Image

324

**Listing 8-18** POPUP.HPP Header File

```
// popup.hpp     header file for pop-up.cpp

class CPopup : public CWnd      // derive pop-up window class
{                               // uses default constructor
public:
    BOOL Create (char FAR* lpName, DWORD dwStyle,
        RECT& rect, CWnd* pParent, UINT nID = NULL,
        DWORD dwColor = 0L) ;
private:
    CString ClassName ;         // name of new window class
    CButton ChildButton ;       // pop-up window's own button
    void OnPaint () ;           // process WM_PAINT messages
    void OnButton () ;          // respond to button selection
    LONG OnMessage (UINT, LONG) ;// respond to custom message

    DECLARE_MESSAGE_MAP()       // separate message processing
} ;
                                // derive a main window class
class CMainWindow : public CFrameWnd
{
public:
    CMainWindow () ;            // declare a constructor
private:
    CPopup Popup ;              // pop-up object
    BOOL bPopupExists ;         // track if pop-up window exists
    void OnExit () ;            // "Quit" menu item
    void OnCreatePopup () ;     // "Create" menu item
    void OnSend () ;            // "Send" menu item
    LONG OnPopupMessage (UINT, LONG) ;// message from pop-up

    DECLARE_MESSAGE_MAP()       // prepare for message processing
} ;

class CTheApp : public CWinApp  // derive an application class
{
public:
    BOOL InitInstance () ;      // declare new InitInstance()
} ;
```

**Listing 8-19** POPUP.H Resource ID Header File

```
// popup.h   header file for resource ID numbers

#define IDM_CREATE          1         // menu item ID
#define IDM_SEND            2
#define IDM_QUIT            10

#define IDM_POPUPBUTTON     100       // button control IDs

#define WM_POPUPMESSAGE     WM_USER + 1 // custom messages
#define WM_CUSTOM           WM_USER + 2
```

325

——— MICROSOFT FOUNDATION ———
CLASS PRIMER

**Listing 8-20** POPUP.RC Resource Script File

```
// popup.rc   resource script file

#include <afxres.h>
#include "popup.h"

AFX_IDI_STD_FRAME    ICON       popup.ico      // the program's icon

MyMenu MENU                                    // define the menu
{
    MENUITEM "&Create",        IDM_CREATE
    MENUITEM "&Send",          IDM_SEND
    MENUITEM "&Quit",          IDM_QUIT
}
```

**Listing 8-21** POPUP.DEF Module Definition File

```
NAME              popup
DESCRIPTION       'popup C++ program'
EXETYPE           WINDOWS
STUB              'WINSTUB.EXE'
CODE              PRELOAD MOVEABLE
DATA              PRELOAD MOVEABLE MULTIPLE
HEAPSIZE          1024
STACKSIZE         5120
```

handle for a block of data in memory, and let the receiving window's logic read the data from the block. This is the foundation behind the Windows Dynamic Data Exchange (DDE) mechanism that allows separate programs to exchange data in memory while they are running. DDE is an advanced topic, and not covered in this book. See Chapter 30 of *The Waite Group's Windows API Bible* if you need to learn the basics of DDE.

# THE BIG PICTURE

You may have noticed the similarity between the way child and pop-up windows behave and the way program windows behave on the Windows desktop (the background screen on which all of the program windows appear). This is not an accident. The Windows desktop is just another window, admittedly a slightly odd one, as it lacks a caption bar and border. All of the running program main windows behave like children of the desktop window. When you minimize a main program window, it shrinks to an icon on the desktop, just like our child window in CHILD2 shrinks to an icon in the corner of its parent window's client area.

When you write a program with one or more moveable child windows (like CHILD2), you end up creating a miniature "little world" in your program's client area. Your program's client area behaves very much like the full Windows desktop. Windows uses the same built-in logic for handling a wide variety of windowing situations, such as minimizing and maximizing windows, and moving child windows within a limited area. Using the same code for both main program windows and child windows keeps the size of the Windows system down, and gives the environment consistent behavior in a wide variety of situations.

# SUMMARY

Child windows are created by using the **CWnd::Create()** function with the WS_CHILD style. Child windows are restricted to the bounds of the parent window's client area. Child windows normally use a separate message map and message processing functions. Messages to the child window are processed by the child window's message functions, not by the parent window. Child windows can be either moveable (if they have a caption bar) or fixed at a location in the parent window's client area. Fixed child windows are useful for breaking up the program logic for complex screens into manageable chunks.

It is frequently useful to register a new class of windows prior to creating a child window. A window class provides some basic data about window objects that will be created from the class, such as the color of the window client area, the icon to use when the window is minimized, and the cursor shape to display when the cursor is above the window. Window classes are an element of the Microsoft Windows environment and have nothing to do with C++ classes. The MFC classes (which are C++ classes) provide the **AfxRegisterWndClass()** function to create new window classes. The **CWnd::Create()** function takes the class name as a parameter when creating new windows. Any number of windows can be created from a window class.

Pop-up windows are like child windows, except that they are free to be located anywhere on the screen. Pop-up windows are usually based on a separate window class and use a separate message processing function. Pop-up windows are ideal for applications that have multiple independent sections, such as a communications program that supports a number of simultaneous terminal sessions in different pop-up windows.

User messages are used to communicate between windows with separate message processing functions. Windows defines WM_USER as the first ID value that is above any of the predefined Windows messages. You can use WM_USER



MICROSOFT FOUNDATION
CLASS PRIMER

and above to define messages for any type of activity. Experienced Windows programmers use user messages and separate message processing functions to break complex programming problems into manageable pieces.

## QUESTIONS



1. To create a child window, use the _____ window style when calling **CWnd::Create()**. To create a pop-up window, use the _____ window style.

2. You must register a new window class in order to create a child or pop-up window. (True/False)

3. The function type and parameters for the message processing functions for parent windows, child windows, and pop-up windows are the same. (True/False)

4. To process messages separately from the parent window, the child window class definition must include the _____ macro.

5. The location of a pop-up window is relative to the upper left corner of the _____.

6. In order for a child or pop-up window to be moveable, it must be created with the _____ style (or another style that contains the same binary flag.)

7. Child and pop-up windows with the WS_MINIMIZEBOX style automatically have the ability to be minimized without any other programming effort. (True/False)

8. The lowest message number that is safe to use for a user message is defined in WINDOWS.H as _____.

9. The message map entry for a user message is _____.

10. The message processing function for a user message can have any desired list of parameters. (True/False)

## EXERCISES



1. Modify the POPUP1.CPP program so that a white rectangle is painted in the pop-up window's client area in place of the text string. Also change the message response function logic so that the pop-up window responds to

the WM_CUSTOM user message by beeping the computer's speaker. The result should look roughly like Figure 8-11.

2. Modify the CHILD2.CPP program so that selection of a menu item on the parent window results in the child window being enlarged by 20 units in each direction. (Hint: You may find the **CWnd::GetWindowRect()** function useful to find the current size and location of the child window.)

# ANSWERS TO QUESTIONS



1. WS_CHILD, WS_POPUP.
2. False. The **CWnd::Create()** function will accept NULL for the window class name parameter. This results in the default window class being used. See the CHILD1.CPP program for an example.
3. True.
4. DECLARE_MESSAGE_MAP().
5. screen.
6. WS_CAPTION.
7. True.
8. WM_USER.
9. ON_MESSAGE().
10. False. The message processing function must have the form:

```
LONG Class::FunctionName (UINT, LONG)
```



**Figure 8-11** Solution to Exercise 8-1

# SOLUTIONS TO EXERCISES



1. The full listings are under the file name C8EXER1 on the source code disks. Listing 8-22 shows the changes to the **CPopup::OnPaint()** and **CPopup::OnMessage()** functions.

2. The only changes necessary to CHILD2.CPP are to the **CChildWindow::OnMessage()** function, which responds to the child window receiving a user message from the parent. Listing 8-23 shows the modified function. The full solution is given under the file name C8EXER2 on the source code disks.

   Getting the child window to enlarge its own size at the same location on the screen is a bit tricky. The **CWnd::GetWindowRect()** function fetches the current location of the child window, but uses screen coordinates when filling in the **CRect** parameter data. They must be converted to client coordinates *of the parent window* before passing the rectangle back to **CWnd::MoveWindow()** to resize the child window. To convert the child window screen coordinates to parent window client coordinates requires the interesting construction:

```
(this->GetParent ())->ScreenToClient (&rect) ;
```

Listing 8-23 takes advantage of a **CRect** class function **CRect::InflateRect()** to increase the size of the child window rectangle by 20 units in both directions with a single function call. The **CRect** class has a number of useful functions and overloaded operators. Finally, the **CWnd::MoveWindow()** function is used to resize and repaint the child window based on the inflated rectangle. The result is that the child window appears to grow "in place."

**Listing 8-22** Solution to Exercise 8-1

```
void CPopup::OnPaint ()                    // Pop-up window paint function
{
    CPaintDC dc (this) ;
    dc.Rectangle (10, 10, 100, 50) ;
}
LONG CPopup::OnMessage (UINT, LONG)  // respond to message from parent
{
    ::MessageBeep (0) ;                    // just beep
    return NULL ;
}
```

**Listing 8-23** Changes to CHILD2.CPP for C8EXER2.CPP

```
LONG CChildWindow::OnMessage (UINT un, LONG ln) // message from parent
{                                               // increase child wind. size
    CRect rect ;
    this->GetWindowRect (&rect) ;       // get current size/location
    (this->GetParent ())->ScreenToClient (&rect) ;
    rect.InflateRect (20, 20) ;         // enlarge by 20 each way
    this->MoveWindow (&rect, TRUE) ;    // repaint with new size
    return NULL ;
}
```