# EXHIBIT 10

1  Amy H. Candido
   amycandido@quinnemanuel.com
2  Matthew S. Warren
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART
         & SULLIVAN, LLP
4  50 California Street, 22nd Floor
   San Francisco, California  94111-4788
5  (415) 875-6600
   (415) 875-6700 facsimile
6
   Attorneys for Non-Party Google Inc.
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF DIANNE HACKBORN** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiff,<br><br>        v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant | |

I, Dianne Hackborn, declare as follows under 28 U.S.C. § 1746:

1. I am a currently employed by Google Inc. ("Google"). I have personal knowledge of the facts stated below, and if called to testify, I could and would testify as follows.

2. I manage the frameworks team at Android. The frameworks team handles the core Android framework, which includes various APIs that programmers use to write Android applications, as well as services that function within Android and provide support for Android applications. As part of my work on Android, I was involved in developing some portions of version 4.0 of Android, which is also called Ice Cream Sandwich.

3. Within Android Ice Cream Sandwich, there are many versions of Android. Some versions are internal to Google; others are posted on the Android Open Source Project; still other versions are used in devices sold to consumers. One device sold to consumers running a version of Android Ice Cream Sandwich is the Samsung Galaxy Nexus. For the rest of this declaration, I will discuss the version of Android Ice Cream Sandwich running on the Samsung Galaxy Nexus. There are actually several sub-versions of Android Ice Cream Sandwich running on the Samsung Galaxy Nexus, but they do not vary with regard to my descriptions below.

4. Android applications communicate with each other, and with parts of Android itself, using data structures called Intents. Intents are essentially storage containers for certain information. In particular, Intent objects include two main fields: "action" and "data." The "action" field may contain a string naming a general usage of the data. I use the term "usage" because the "action" field in Android Intents does not actually cause any specific operation. Rather, the string in the "action" field is used to query all the installed applications on the Android device, as well as parts of Android itself, for Activities that may process the named usage. Thus, the named usage does not determine the eventual operation – if any – performed as a result of an Intent. The "data" field contains a URI, or universal resource indicator, for the data in the Intent. Intent objects may include other pieces of information, but do not contain code or pointers to code.

5. The Android Activity Manager is a system service that manages the execution of applications and parts of applications. When the Activity Manager receives an Intent, unless the

Intent object specifies a particular Activity that should receive the data, the Activity Manager calls the method resolveActivity(), with the Intent object as an argument.

6. ResolveActivity() then calls the Package Manager method resolveIntent(), passing in the same Intent object as an argument. resolveIntent() compares the Intent object against its list of Intent Filters. Intent Filters are data structures describing the Intents in which a particular Activity is interested. Intent Filters are critical to Intent resolution; when startActivity() is called on an implicit Intent, Android resolves the zero or more Activities that can process the implicit Intent through use of the Intent Filters. Android parses each application's AndroidManifest.xml file upon installation, or upon device reboot, to extract Intent Filters applicable to each Activity within the application. As a result, when a particular application is installed and its Intent Filters are registered with the Package Manager, the response to an Intent could change based on the new application's Intent Filters.

7. For example, the Android Browser on the Samsung Galaxy Nexus can generate Intents of type "android.intent.action.VIEW" with "data" fields including a URI of type "mailto:", "tel:" or "geo:". These Intents do not specify a particular Activity that should receive their data, so, if the Activity Manager receives any of these Intents, it will check to determine which Activities can handle that Intent. If only one Activity can handle an Intent, then the Activity Manager will pass the Intent to that Activity.

8. If more than one Activity can handle the Intent, however, the Package Manager will pass the Intent to the ResolverActivity. The ResolverActivity is an Activity built into Android that takes in an Intent and displays a list of Activities able to handle that Intent to the user. The user may then pick one of those Activities to launch. Because all the ResolverActivity receives is the original Intent, it must again call resolveActivity() to obtain a list of Activities that can handle the Intent. Thus Android often ends up building a dynamic list of Activities that can handle an Intent just to count them, and then builds a similar – but not necessarily the same – dynamic list of Activities that can handle an Intent in order to build a menu for the ResolverActivity.

9. Applying the above system to a real-world example, consider a Samsung Galaxy Nexus on which a user has configured both Gmail and corporate email accounts. If the user taps on an email address in the Android Browser, and the Activity Manager receives an Intent of type "android.intent.action.VIEW" and a URI of type "mailto:", the user would receive a choice between two Activities, as follows:



10. If the user had installed additional email programs, or any other program able to handle an Intent of type "android.intent.action.VIEW" with a "data" field including a URI of type "mailto:", the user would receive additional options. In the picture below, a user of the Samsung Galaxy Nexus has downloaded a third-party email application, "Go Email Widget". When the

//
//
//
//
//
//
//
//

Case 5:12-cv-00630-LHK   Document 121   Filed 04/24/12   Page 6 of 7

user taps on an email address in the Android Browser, the ResolverActivity appears and displays all three applications capable of handling the Intent:



11.     When the user selects one of these options, the Activity Manager will pass the Intent to the selected Activity.  The application that called startActivity() – in this example, the Browser – never receives any data indicating what Activities were available for the Intent, or what Activity was eventually selected.

12.     Although "GO Email Widget" is a third-party email application, it is entirely possible for an Android developer to design an application that may respond to a particular type of Intent in any other manner.  For example, a user could write an application that defines an Intent Filter to handle Intents of type "android.intent.action.VIEW" with "data" fields including a URI of type "tel:" that, when activated, sends random text messages to that telephone number.  In that case, the user would receive a choice between the Phone activity and our hypothetical "Random Texter" activity.

13.     It is even possible to design an application that indicates it is able to handle a particular type of Intent, but does not actually do so.  This is intentional; I chose to use Intents, as opposed to explicit calls to particular Activities, in order to promote user freedom.  In contrast to other mobile operating systems, Android's use of Intents permits a user to choose among many

-4-    CASE NO. 12-CV-00630-LHK
DECLARATION OF DIANNE HACKBORN

applications that can handle a particular type of data. Users are free to install third-party applications, even those that replicate core functionality of the Android device, such as the dialer, email clients, browser, etc., and customize their devices as they see fit. Using Intents also gives developers more flexibility to come up with novel uses for data that we, in the Android development team, could not have anticipated.

14. Code implementing the functionality I have described above – including processing of Intents, the ResolverActivity, and the other functionality – has been available in the Android Open Source Project since 2008, when the open-source version of version 1.0 of Android was made available on the Internet.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 23, 2012, at Mountain View, California.

By: _____
Dianne Hackborn