# EXHIBIT 11

1  Amy H. Candido
   amycandido@quinnemanuel.com
2  Matthew S. Warren
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART
           & SULLIVAN, LLP
4  50 California Street, 22nd Floor
   San Francisco, California  94111-4788
5  (415) 875-6600
   (415) 875-6700 facsimile
6
   Attorneys for Non-Party Google Inc.
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiff,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF JIM MILLER**<br><br>**FILED UNDER SEAL**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**<br><br>**CONFIDENTIAL BUSINESS INFORMATION OF NON-PARTY GOOGLE INC.** |

I, Jim Miller, declare as follows under 28 U.S.C. § 1746:

1. I am a Senior Software Engineer for Google Inc. ("Google"). I have personal knowledge of the facts stated below, and if called to testify, I could and would testify as follows.

2. I have been employed at Google since 2007. I work on the Android team. As part of my work on Android, I was involved in developing some portions of version 4.0 of Android, which is also called Ice Cream Sandwich.

3. Within Android Ice Cream Sandwich, there are many versions of Android. Some versions are internal to Google; others are posted on the Android Open Source Project; still other versions are used in devices sold to consumers. One device sold to consumers running a version of Android Ice Cream Sandwich is the Samsung Galaxy Nexus. For the rest of this declaration, I will discuss the version of Android Ice Cream Sandwich running on the Samsung Galaxy Nexus. There are actually several sub-versions of Android Ice Cream Sandwich running on the Samsung Galaxy Nexus, but do not vary with regard to my descriptions below.

4. Under certain circumstances, such as a period of time without any input from the user, the Samsung Galaxy Nexus will stop displaying information on its internal screen.

5. Under those circumstances, if the user presses the power button on the right side of the phone, what happens next will depend on how the user has configured the device. The user could configure the device to return to the Activity that was foremost on the device before the screen turned off. Should the user wish to do so, however, he or she could also configure the Samsung Galaxy Nexus to present instead one of five screensaver-type interfaces. Each of these screensaver-type interfaces allows the user to engage in further actions before returning the user to the Activity that was previously foremost on the device.

//
//
//
//
//
//

1    6.     First, the user can select an interface that uses the front-facing camera on the
2 Samsung Galaxy Nexus to match the user's face against previously stored information.  Second,
3 the user can select an interface that prompts the user to enter a personal identification number, or
4 "PIN."  Third, the user can select an interface that prompts entry of a password.  Fourth, the user
5 can select an interface that prompts the user to manipulate graphical elements to enter a pattern.
6 Fifth and finally, the user can select this screensaver-type interface:

7    7.     The screenshot above shows the screensaver interface as it could appear
8 immediately after the user has pushed the power button on the Galaxy Nexus.  Centered near the
9 bottom of the screen is an icon representing a padlock, surrounded by a circle.  On the Samsung
10 Galaxy Nexus, this picture is stored at ████████████████████████
11 ████████████████████████████████████████████████████████



23   8.     When the user taps near the picture ████████████████████████
24 ████████████████████████████████████████████████████████
25 ████████████████████████████████████████████████████████
26 ███████████ causes the Samsung Galaxy Nexus to stop displaying the picture ███████
27 ████████████████████████████████████████████████████████
28 ████████████████████ causes the Samsung Galaxy Nexus to start displaying a second, new

1 picture, ▮

2 ▮ The Samsung Galaxy Nexus attempts to display this

3 second picture roughly centered on the user's finger.

[screenshot of phone lockscreen showing 10:00, Thursday, June 7, Charging, 94%, T-Mobile]

15    9.    The screenshot above shows the screensaver interface as it could appear

16 immediately after the user has tapped near the first picture ▮

17 ▮ removal of the first picture ▮

18 ▮ from the display, and the display of the new, second picture ▮

19 ▮.

20    10.    If the user releases his or her finger from the touchscreen, one of the results is ▮

21 ▮ causes the Samsung Galaxy

22 Nexus to stop displaying the second picture ▮, and

23 return to displaying the first picture ▮.

24    11.    If the user maintains contact with the touchscreen, among the results can be calls to

25 ▮. Some of the time, ▮

26 ▮ cause the Samsung Galaxy Nexus to display the second picture

27 ▮ roughly centered on the user's finger. Other times,

28 however, that will not occur. For example, if the user moves his or her finger vertically above the

-3-

1  faint outer circle shown in the picture above, the second picture ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2  ▮▮▮▮▮▮▮ will not move its center beyond the faint outer circle.  Thus, for example, if the user
3  moved his or her finger to approximately the zero in "10" in the clock, the screensaver interface
4  could appear as follows:

[screenshot of lock screen showing 10:01, Thursday, June 7, Charging, 90%, T-Mobile, with camera and padlock icons]

16     12.    This display would remain the same if the user moved his or her finger vertically
17  from the zero in "10" in the clock to the faint outer circle near the bottom of the screen. ▮▮▮▮
18  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ constrains the center of the ▮▮▮▮▮▮▮▮▮▮
20  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ from going outside the faint outer ring in any direction.
21     13.    The second picture ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ will also stop
22  following the user's finger if the user uses more than one finger on the touchscreen.  For example,
23  if the user depresses one finger, depresses another finger, and then releases the first finger, the
24  second picture ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ will jump from the location of the first
25  finger to the location of the second finger, without appearing in between the two locations.
26     14.    The second picture ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ will also stop
27  following the user's finger as the user approaches the picture representing an unlocked padlock at
28  the right side of the screen.  This picture is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  When the rough
2 center of the user's finger reaches a certain radius of the center of the picture representing an
3 unlocked padlock ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬, the second picture ▬▬▬▬
4 ▬▬▬▬▬▬▬▬▬▬▬▬▬ will no longer roughly follow the position of the user's finger,
5 but will jump to surround the picture representing an unlocked padlock ▬▬▬▬
6 ▬▬▬▬▬▬▬▬▬▬▬. Following this jump, the second picture ▬▬▬▬
7 ▬▬▬▬▬▬▬▬▬▬▬ is partially off the screen. If the user has moved the second
8 picture ▬▬▬▬▬▬▬▬▬▬▬▬▬ as close as possible to the picture representing
9 an unlocked padlock stored at ic_lockscreen_unlock_normal.png without causing the jump, the
10 screensaver interface could look like this:



22 //
23 //
24 //
25 //
26 //
27 //
28 //

1   15.   After the jump, the screensaver interface could look like this:



16.   The Samsung Galaxy Nexus ███████████████████████████████████████
█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████ does
not follow the user's finger, but jumps to the position shown above.

17.   Once the jump has occurred, if the user releases his or her finger from the touchscreen, one of the results will be ████████████████████
████████████████████████ causes the Samsung Galaxy Nexus to stop displaying the second picture █████████████████████████████████████████
█████████ causes the picture representing an unlocked padlock █████████
████████████ to stop being displayed.  Instead, the Samsung Galaxy Nexus will display another new picture ████████████████████████████████
███████████████████████████████████████████ and will then reset the screensaver interface and return the user to the Activity that was previously frontmost on the device.

18. As with any movement of the second picture ████████████ ████████, the user can complete this movement using two fingers. For example, if the user depresses one finger sufficiently near the first picture ████████████████████, depresses another finger near the picture representing an unlocked padlock ███, ████████████████████████, releases the first finger and then releases the second finger, the Samsung Galaxy Nexus will again stop displaying both the second picture ███ ████████████████████████ and the picture representing an unlocked padlock ███, ████████████████████████, will display the picture ████████████████ ████████, and will then reset the screensaver interface and return the user to the Activity that was previously frontmost on the device.

19. The screensaver interface gives the user about eight seconds to complete these steps. If the user does not do so, the Samsung Galaxy Nexus will stop displaying information on the screen, until the user again presses the power button on the right-hand side of the phone.

20. If the user wishes to proceed directly to the camera interface, instead of to the Activity that was previously frontmost on the device, the user can use the picture representing a camera at the left-hand side of the screen. Again, the second picture ████████████████ ████████ will stop following the user's finger as the user's finger approaches the picture representing a camera. This picture representing a camera is ████████████████████ ████████████████████████████████████████████████████.

21. When the rough center of the user's finger reaches ████████████████ ████████████████████████████████████████ the second picture ███ ████████████████████████ will no longer roughly follow the position of the user's finger, but will jump to surround the picture representing a camera ████████████████ ████████ Following this jump, the second picture ████████████████████ ████████. If the user has moved the second picture ███ ████████████████████████ as close as possible to the picture representing a camera ███

//

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ without causing the jump, the screensaver interface could look like this:

[screenshot of lock screen showing 10:01, Thursday, June 7, Charging, 94%, T-Mobile]

22. After the jump, the screensaver interface could look like this:

[screenshot of lock screen showing 10:01, Thursday, June 7, Charging, 94%, T-Mobile]

23. The Samsung Galaxy Nexus ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1 ████████████████████████████████████████████████████████████████
2 ████████████████████████████████████████████████ does not follow the user's
3 finger, but jumps to the position shown above.
4      24.    Once the jump has occurred, if the user releases his or her finger from the
5 touchscreen, one of the results will be ████████████████████████████████████
6 ███████████████████████████ causes the Samsung Galaxy Nexus to stop displaying
7 the second picture ████████████████████████████████████████████████
8 ██████████ causes the picture representing a camera ████████████████████
9 ████████ to stop being displayed.  Instead, the Samsung Galaxy Nexus will display another new
10 picture ████████████████████████████████████████████
11 ██████████████████████████████████████████, and will then reset the screensaver
12 interface and take the user to the camera interface.
13      25.    As with any movement of the second picture ████████████████████
14 ████████, the user can complete this movement using two fingers.  For example, if the user
15 depresses one finger sufficiently near the first picture ████████████████████████,
16 depresses another finger near the picture representing a camera ████████████████████
17 ████████ releases the first finger and then releases the second finger, the Samsung Galaxy
18 Nexus will again stop displaying both the second picture ██████████████████████
19 ████████ and the picture representing a camera ██████████████████████████████,
20 will display the picture ██████████████████████████████████, and will then reset the
21 screensaver interface and take the user to the camera interface.
22      26.    Although Google releases some versions of Android through the Android Open
23 Source Project, the internal functionality of Android running on the Samsung Galaxy Nexus is
24 Google's trade secret and confidential business information.  The highlighted portions of my
25 declaration above discuss such internal functionality.
26      //
27      //
28      //

I declare under penalty of perjury that the foregoing is true and correct. Executed April 23, 2012, at Redwood Shores, California.

By: _____
Jim Miller