# EXHIBIT 12

| | |
|---|---|
| 1 | Amy H. Candido |
| | amycandido@quinnemanuel.com |
| 2 | Matthew S. Warren |
| | matthewwarren@quinnemanuel.com |
| 3 | QUINN EMANUEL URQUHART |
| | & SULLIVAN, LLP |
| 4 | 50 California Street, 22nd Floor |
| | San Francisco, California  94111-4788 |
| 5 | (415) 875-6600 |
| | (415) 875-6700 facsimile |
| 6 | |
| | Attorneys for Non-Party Google Inc. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | CASE NO. 12-CV-00630-LHK |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF KEN WAKASA** |
| | **FILED UNDER SEAL** |
| | **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |
| Defendants. | **CONFIDENTIAL BUSINESS INFORMATION OF NON-PARTY GOOGLE INC.** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiff, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant | |

1   I, Ken Wakasa, declare as follows under 28 U.S.C. § 1746:

2       1.    I am a Software Engineer for Google Inc. ("Google"). I have personal knowledge
3   of the facts stated below, and if called to testify, I could and would testify as follows.

4       2.    I have been employed at Google since April 2007. I work on the Android team.
5   As part of my work on Android, I was involved in developing some portions of version 4.0 of
6   Android, which is also called Ice Cream Sandwich.

7       3.    Within Android Ice Cream Sandwich, there are many versions of Android. Some
8   versions are internal to Google; others are posted on the Android Open Source Project; still other
9   versions are used in devices sold to consumers. One device sold to consumers running a version
10  of Android Ice Cream Sandwich is the Samsung Galaxy Nexus. For the rest of this declaration, I
11  will discuss the version of Android Ice Cream Sandwich running on the Samsung Galaxy Nexus.
12  There are actually several sub-versions of Android Ice Cream Sandwich running on the Samsung
13  Galaxy Nexus, but they do not vary with regard to my descriptions below.

14      4.    One of the portions of Ice Cream Sandwich that I worked on is the Android
15  Keyboard. The most important file regarding the Android Keyboard, at least regarding character
16  alphabet input, is found at ███████████████████████████████████████████████
17  ███████████████████████████████ This file is also helped by many other files, including
18  ███████████████████████████████████████████████████
19  ███████████████████████████████████████████████████
20  ███████████████████████, primarily handle the visual representation of the keyboard.
21  ███████████ provides an implementation of an input method editor.

22      5.    In Android, text displayed for editing is found within a TextView. The TextView
23  can hold text and display it for the user. It does not itself accept user input. Instead, the TextView
24  relies upon an InputConnection, which provides a connection between the input method and the
25  TextView. The input method is exactly what you expect: the method by which a user can provide
26  input to the TextView. Broadly speaking, the Android Keyboard is an input method.

27      6.    In a TextView, text can be either "committed" or "uncommitted." Text that is
28  uncommitted is still being edited or input by the user. Only one block of text can be uncommitted

1 at a time.  The TextView will usually display the uncommitted block with an indicator that it is
2 still uncommitted, usually a black or blue line under its text.  When the input method wishes to
3 send uncommitted text to a TextView, it calls InputConnection.setComposingText(), which then
4 applies modifications on the Editable instance held by the TextView object.  Use of the
5 InputConnection.setComposingText() call tells the TextView that the current text is still being
6 edited or input by the user.

7      7.      Applying the above to a real-world example, consider a Samsung Galaxy Nexus on
8 which a user wishes to compose an SMS message.  If the user runs the Android Messaging
9 application, taps on the main text composition box, and types the characters "t-e-s" using the
10 Android Keyboard, the Samsung Galaxy Nexus could look like this:



23      8.      In this example, the letters "Tes" in the TextView are uncommitted, as indicated by
24 the blue line under them.  The Android Keyboard has provided three suggested words:  "Tes,"
25 "Yes" and "Tea".

26      9.      If the user taps on any of these three areas – "Tes ", "Yes" or "Tea" – ███
27 ████████████████████████████████████████████████████████████████████
28 ████████████████  followed eventually by a call to InputConnection.commitText(), which

contains a span including the word on which the user has tapped—in this example, either "Tes", "Yes" or "Tea".

10. The call to InputConnection.commitText() tells the TextView that the user is finished composing the uncommitted text in the TextView, and replaces it with the newly committed text—in this example, either "Tes", "Yes" or "Tea". A call to InputConnection.commitText() always causes the removal of the uncommitted text, and its replacement by the newly committed text. Thus, in this example, even if the user taps on "Tes", which is the same as the uncommitted text in the TextView, the uncommitted "Tes" will be discarded and replaced by the newly committed "Tes". Indeed, the code is the same and is executed in the same way regardless of which option the user taps.

11. Although Google releases some versions of Android through the Android Open Source Project, the internal functionality of Android running on the Samsung Galaxy Nexus is Google's trade secret and confidential business information. The highlighted portions of my declaration above discuss such internal functionality.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 23, 2012 at Mountain View, California.

By: _____
Ken Wakasa