# EXHIBIT 16

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF SANGBONG LEE** |

## DECLARATION OF SANGBONG LEE

I, Sangbong Lee, declare as follows:

1. I am currently employed by Samsung Electronics Co., Ltd. ("Samsung") as Principle Engineer. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. In my role as a mobile phone project leader, I am familiar with the development of the Galaxy Nexus smartphone at Samsung. I manage and supervise the development of Samsung Android mobile phones including Galaxy Nexus.

3. The Galaxy Nexus was the first smartphone in the world to use version 4.0 of the Android operating system, also known as "Ice Cream Sandwich." The Ice Cream Sandwich operating system as installed on the Galaxy Nexus was created by Google, not Samsung. The operating system of Galaxy Nexus is not taken from the open-source version of Ice Cream Sandwich; it was coded by Google specifically for the Galaxy Nexus as the "lead device" for this version of Android.

4. Because the Galaxy Nexus is the lead device for Ice Cream Sandwich, the operating system is controlled by Google. Samsung is not permitted to modify Ice Cream Sandwich as installed on the Galaxy Nexus.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 24, 2012, at Suwon, Korea.

_____
Sangbong Lee