# EXHIBIT 15

```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
 2  charlesverhoeven@quinnemanuel.com
    Kevin A. Smith (Bar No. 250814)
 3  kevinsmith@quinnemanuel.com
    50 California Street, 22nd Floor
 4  San Francisco, California 94111
    Telephone: (415) 875-6600
 5  Facsimile: (415) 875-6700

 6  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
 7  Victoria F. Maroulis (Cal. Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
 8  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California 94065
 9  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
10
    William C. Price (Bar No. 108542)
11  williamprice@quinnemanuel.com
    Patrick M. Shields (Bar No. 204739)
12  patrickshields@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
13  Los Angeles, California 90017
    Telephone: (213) 443-3000
14  Facsimile: (213) 443-3100

15  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
16  AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF KEVIN GEKLINSKY** |
| vs. | Date: June 7, 2012 |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Time: 1:30 p.m.<br>Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh<br><br>**FILED UNDER SEAL**<br>HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY |
| Defendants. | |

Case No. 12-cv-00630-LHK
DECLARATION OF KEVIN GEKLINSKY

# DECLARATION OF KEVIN GEKLINSKY

I, Kevin Geklinsky, declare as follows:

1. I am currently employed by Samsung Telecommunications America, LLC ("STA") as the Director of Business Planning for the Verizon account. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. As the Director of Business Planning for the Verizon account at STA, I am familiar with and have knowledge of STA's sales of the Galaxy Nexus during the fourth quarter of 2011 and the first quarter and part of the second quarter of 2012, including both sales to carriers and sales through to end-users. I also have knowledge regarding STA's forecasts for future sales of the Galaxy Nexus in the United States.

3. The Galaxy Nexus was released in the United States in December 2011. During Quarter 4 of 2011, STA sold approximately ▮▮▮▮▮▮ of the Galaxy Nexus to carriers in the United States. During that same period, approximately ▮▮▮▮▮▮ of the Galaxy Nexus were sold through to end-users in the United States.

4. During the first 11 weeks of Quarter 1 of 2012, which is the most current complete data available, STA sold approximately ▮▮▮▮▮▮ of the Galaxy Nexus to carriers in the United States. In Quarter 1 of 2012, approximately ▮▮▮▮▮▮ of the Galaxy Nexus were sold through to end-users in the United States.

5. Based on actual sales to date and STA's projections, STA forecasts that approximately ▮▮▮▮▮▮ of the Galaxy Nexus will be sold through to end-users in the United States during Quarter 2 of 2012.

//
//
//
//

1   6.  Attached hereto as Exhibit A is a true and correct copy of a document created in
2  STA's normal course of business and which reflects actual and projected units of the Galaxy
3  Nexus sold through to end-users.
4       I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct.
6       Executed on April 23, 2012, at Bridgewater, New Jersey

*[signature]*
KEVIN GEKLINSKY