# EXHIBIT 17

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
| | Kevin A. Smith (Bar No. 250814) |
| 3 | kevinsmith@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| 5 | Facsimile: (415) 875-6700 |
| 6 | Kevin P.B. Johnson (Bar No. 177129) |
| | kevinjohnson@quinnemanuel.com |
| 7 | Victoria F. Maroulis (Cal. Bar No. 202603) |
| | victoriamaroulis@quinnemanuel.com |
| 8 | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, California 94065 |
| 9 | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |
| 10 | |
| | William C. Price (Bar No. 108542) |
| 11 | williamprice@quinnemanuel.com |
| | Patrick M. Shields (Bar No. 204739) |
| 12 | patrickshields@quinnemanuel.com |
| | 865 S. Figueroa St., 10th Floor |
| 13 | Los Angeles, California 90017 |
| | Telephone: (213) 443-3000 |
| 14 | Facsimile: (213) 443-3100 |
| 15 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS |
| 16 | AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| 17 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 20 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| 21 | Plaintiff, | **DECLARATION OF YOUNGSOON LEE** |
| 22 | vs. | |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG | |
| 24 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26 | Defendants. | |

**DECLARATION OF YOUNGSOON LEE**

I, Youngsoon Lee, declare as follows:

1. I am currently employed by Samsung Electronics Co., Ltd. ("Samsung") as a Senior Engineer in the Intellectual Property Center. I have been in this position since 2007. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit A is a document listing the approximate U.S. release dates and some of the features of certain Samsung products that used different versions of the Android platform. Exhibit A was compiled based on inputs from a large number of people who have responsibility for the products listed. I was one of several people who helped compile the information contained in Exhibit A.

3. I understand that Apple has alleged that the Android Browser included in the software for the Galaxy Nexus infringes one of its patents. Exhibit A lists a number of earlier Samsung products that included versions of the Android Browser.

4. I understand that Apple has also alleged that the Android Quick Search box included in the software for the Galaxy Nexus infringes one of its patents. Exhibit A lists a number of earlier Samsung products that included versions of the Android Quick Search box.

5. I understand that Apple has also alleged that one of several screensaver interfaces used on the Galaxy Nexus infringes one of its patents. The particular implementation of the screensaver interface on the Galaxy Nexus is new. However, many prior models of Samsung smartphones and tablet computers have used similar screensaver interfaces, which the user could deactivate using gestures on a touch screen. These prior implementations include a "Sprint-specific" interface, a "puzzle" interface, a "circle" interface, and a "swiping" interface. Exhibit A lists, for each product, which type of screensaver interface that product used.

6. The Sprint-specific interface displayed an icon of a padlock inside a circle. The user could move the icon upwards on the touch screen to deactivate the screensaver interface.

7. The puzzle interface displayed an icon of a puzzle piece and a space on the screen with the same shape. The user could deactivate the screensaver interface by moving the puzzle piece across the touch screen to the space indicated.

8. The circle interface displayed an icon of a padlock in a circle. The user could deactivate the screensaver interface by moving the padlock past the edge of the circle in any direction.

9. The swiping interface allowed the user to deactivate the screensaver interface by swiping across the touchscreen from one side to the other.

10. Attached as Exhibit B is a set of screenshots of the Sprint-specific interface, puzzle interface, circle interface, and swiping interface. These screenshots are fair and accurate representations of each interface as described above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 23, 2012, at Suwon-si, Republic of Korea.

Youngsoon Lee