# EXHIBIT A

| U.S. Release Date | Model | Name | Carrier | Android Version | Browser | Quick Search | Screensaver Type |
|---|---|---|---|---|---|---|---|
| ~7/2010 | SPH-M910 | Intercept | SPRINT PCS | Android \| 2.1 | Yes | Yes | Swiping |
| 7/9/2010 | SCH-R880 | Acclaim | US CELLULAR (USC) | Android \| 2.1 | Yes | Yes | Swiping |
| 8/31/2010 | SPH-D700 | Epic 4G | SPRINT PCS | Android \| 2.1 | Yes | Yes | Sprint-specific |
| ~10/2010 | SPH-M910 | Intercept | VIRGIN MOBILE US | Android \| 2.1 | Yes | Yes | Sprint-specific |
| 10/10/2010 | SPH-M920 | Transform | SPRINT PCS | Android \| 2.2 | Yes | Yes | Swiping |
| 11/14/2010 | SPH-P100 | Galaxy Tab 7.0 | SPRINT PCS | Android \| 2.2 | Yes | Yes | Swiping |
| 11/11/2010 | SCH-I400 | Continuum | VERIZON | Android \| 2.1 | Yes | Yes | Puzzle |
| 11/11/2010 | SCH-I800 | Galaxy Tab 7.0 | VERIZON | Android \| 2.2 | Yes | Yes | Swiping |
| ~11/2010 | SGH-T849 | Galaxy Tab 7.0 | T-MOBILE (US) | Android \| 2.2 | Yes | Yes | Swiping |
| 11/21/2010 | SGH-I987 | Galaxy Tab 7.0 | AT&T | Android \| 2.1 | Yes | Yes | Swiping |
| ~12/2010 | SCH-I800 | Galaxy Tab 7.0 | US CELLULAR | Android \| 2.2 | Yes | Yes | Swiping |
| ~1/2011 | GT-I9020T | Nexus S | T-MOBILE (US) | Android \| 2.3 | Yes | Yes | Swiping |
| ~2/2011 | SCH-I100 | Gem | STA | Android \| 2.1 | Yes | Yes | Swiping |
| 2/28/2011 | SCH-I100 | Gem | VERIZON | Android \| 2.1 | Yes | Yes | Swiping |
| 4/1/2011 | SCH-I100 | Gem | US CELLULAR | Android \| 2.2 | Yes | Yes | Swiping |
| ~4/2011 | GT-P1010 | Galaxy Tab 7.0 | OPEN | Android \| 2.2 | Yes | Yes | Swiping |
| ~4/2011 | GT-I9020A | Nexus S | AT&T | Android \| 2.3 | Yes | Yes | Swiping |
| 5/8/2011 | SPH-M580 | Replenish | SPRINT PCS | Android \| 2.2 | Yes | Yes | Swiping |
| ~5/2011 | SPH-M820 | Galaxy Prevail | BST | Android \| 2.2 | Yes | Yes | Swiping |

| U.S. Release Date | Model | Name | Carrier | Android Version | Browser | Quick Search | Screensaver Type |
|---|---|---|---|---|---|---|---|
| 5/14/2011 | SCH-I510 | Droid Charge | VERIZON | Android \| 2.2 | Yes | Yes | Puzzle |
| 5/8/2011 | SPH-D720 | Nexus S 4G | SPRINT PCS | Android \| 2.3 | Yes | Yes | Swiping |
| 6/15/2011 | SGH-T499 | Tass_GalaxyMini | T-MOBILE (US) | Android \| 2.2 | Yes | Yes | Swiping |
| ~ 6/2011 | GT-P7510 | Galaxy Tab 10.1 | BBY,VZW, SPR | Android \| 3.2 | Yes | Yes | Circle |
| 6/22/2011 | SGH-T589 | Gravity | T-MOBILE (US) | Android \| 2.2 | Yes | Yes | Swiping |
| 8/21/2011 | SPH-D600 | Chief | SPRINT PCS | Android \| 2.3 | Yes | Yes | Swiping |
| 7/28/2011 | SCH-I905 | Galaxy Tab 10.1 | VERIZON | Android \| 3.1 | Yes | Yes | Circle |
| 8/23/2011 | SCH-R720 | Admire | METROPCS | Android \| 2.3 | Yes | Yes | Swiping |
| 9/9/2011 | SCH-R720 | Vitality | CRICKET | Android \| 2.3 | Yes | Yes | Swiping |
| 9/19/2011 | SCH-M828C | Precedent | TRACFONE WIRELESS | Android \| 2.2 | Yes | Yes | Swiping |
| ~ 9/2011 | SPH-M930 | Transform Ultra | BST | Android \| 2.3 | Yes | Yes | Swiping |