# EXHIBIT B

| Screensaver Type | |
|---|---|
| Sprint-specific | |
| Puzzle | |
| Circle | |
| Swiping | |

