# EXHIBIT 18

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL W. SCHAFFER REGARDING PERSPECTIVE** |

I.     **BACKGROUND**

1.     My name is Michael Weil Schaffer.  I have been retained by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC ("Samsung" or "Defendants") as a consultant in connection with this matter.  This declaration reflects my personal knowledge and, if called as a witness, I could competently testify to this matter.

2.     I received my education from the University of Pennsylvania, where I graduated in 1989 with a BSE in Computer Science and Engineering.

3.     I am currently self-employed, working as an independent contractor and consultant to clients in California, North Carolina, and Toronto.  I provide services in technology strategy and software architecture, software development process, and ecommerce.

4.     I am also a Lecturer at the University of California, Berkeley.  I teach a course in the Graduate School of Information, teaching software development process, project management, and people management skills.

5.     In 1980 through 1982, I co-founded and worked at a start-up company called Interactive Innovations, Inc., designing and writing accounting software.  I then worked at Strategic Management Group, Inc. from 1984 to 1988, where I designed and wrote business simulation software used for training and education.

6.     After I finished school, I was contacted by one of my former partners from Strategic Management Group who was starting his own company.  In June of 1990 I moved to San Francisco to co-found Pensoft Corporation ("Pensoft") with 5 other people: Michael Baum, David Baum, Tom Buttermore, Jim Allison, and Diana Bury.

7.     Pensoft was purchased by EO, Inc. ("EO"), a unit of AT&T, in the first quarter of 1994 (although the purchase transaction became a matter of litigation).  In early 1994, I became

an employee of EO.  Also in early 1994, EO purchased GO Corporation ("GO"), the company which had developed the PenPoint operating system.  EO subsequently shut down in July 1994.

8.     After the closing of EO, I went to work at Sybase, Inc. in September of 1994 as a software engineer, and in March of 1995 I became the manager of the company's just-launched website.  I left Sybase in June of 1998 to join Relevance (a small San Francisco-based startup), which was later bought by Documentum.  After Documentum, I joined an internet agency in the summer of 1999 called Interactive Bureau, LLC.  In May of 2001, I joined Alibris as VP of Engineering, and later served as its CTO from 2006 to June of 2009.

## II.    PENSOFT AND EO

9.     Pensoft was focused on designing a personal information manager software product called Perspective for the PenPoint operating system.  Perspective was a software suite that included several applications.

10.    PenPoint was an operating system designed by GO, specifically for mobile computers, such as tablet computers.  It was designed to operate on devices that use a screen and stylus pen, simulating paper and pencil.

11.    At Pensoft, I was a software developer responsible for some of the backend components.  Other developers wrote the user interface and the lowest-level database code: my responsibility was the code in the middle.  Over time, I also took on additional responsibility, such as doing the build.  "Doing the build" is that set of tasks in which an engineer combines the current ("best version") of all the different components of the software (from all the members of the development team), and compiles and links them into a useable software product.  "The build" refers to turning source code into executable code: the format that can then be run on a computer.  In other words, I was responsible for maintaining the Perspective source code, and

turning this source code into useable, testable products on a regular basis (multiple times per week).

12. Perspective is a software package that provided personal information management ("PIM") functionality for computers running the PenPoint operating system. It was designed to replace a person's day planner, Rolodex, and/or Filofax with an advanced tablet computer.

13. The Perspective PIM worked on computers that ran GO's PenPoint operating system. When we shipped Perspective, there were a number of different computers available that were compatible with our software, including the EO Personal Communicator ("EO PC"), the first IBM Thinkpad, and handheld computers sold by NCR and NEC.

14. After the purchase of Pensoft by EO, I continued to work on the Perspective source code, and kept this code on a hard-drive attached to my workstation on the EO network. But when the Pensoft-EO purchase fell apart, I became responsible for managing the EO Build and Tools team, a role I served in until the company discontinued operations in July of 1994.

15. EO designed, built, manufactured and sold the EO PC. The EO PC was one of the first computers that used a stylus or pen input instead of a keyboard. The EO PC is a handheld tablet computer that has a touch screen and pen to allow the user to interact with the EO PC. The EO PC was marketed by AT&T.

16. Perspective was considered a core application for the EO PC. As Pensoft was finishing the first version of Perspective in late 1992, Pensoft agreed to license a reduced version of our Perspective product to EO. The EO PC was sold with Perspective "Personal Edition" built-in, pre-installed on the hardware ROMs. The full or "Business Edition" of Perspective was available as an upgrade to EO customers, and available as a separate product for customers with an IBM or NEC computer. When I joined EO in 1994, we were working on further integrating the Perspective software into the EO PC in a deeper way.

17. In 1993, there were two models of the EO PC available, the 440 and the 880. The 440 was a smaller version of the 880, with a smaller screen, less available communication ports, and less memory. Both versions had a built-in modem, and mobile phone attachment for making telephone calls. Perspective was the same for both models of the EO PC.

18. Personal Perspective was a subset of the Business Edition Perspective. Generally, the Personal Edition did not include the customization features found in the Business Edition. Other than customization features, the other significant difference was that the Business Edition included a Month Planner in addition to the Day Planner.

19. Only one version of Personal Perspective was released for the EO PC. Similarly, only one version of Business Edition of Perspective was released for the EO PC.

20. The Business Edition of Perspective was publically available to customers in 1993. I have a personal copy of the Perspective Business edition as it was sold. It is still maintained in the original shrink wrapping. I received it when I was still working at Pensoft in early 1993, shortly before it was made available to the public for purchase.

21. Both the EO PC 440 and EO PC 880 were available for purchase in 1993 as well. The EO PC was one of the flagship pen-based computers to use Perspective software. I remember working on Personal Perspective for the EO PC in late 1992. The EO PC 440 was released in the first half of 1993, and the 880 was released sometime later the same year. They were both released before I began working at EO, Inc. in 1994.

22. I developed applications that existed in both versions of Perspective. I have a technical understanding of the PenPoint operating system, as well as a technical understanding of the functionalities of the EO PC. While at EO I became a developer of PenPoint operating system.

02198.51981/4707916.1                                           -4-                            Case No. 12-CV-00630-LHK
DECLARATION OF MICHAEL W. SCHAFFER REGARDING PERSPECTIVE

## III. THE ASSOCIATE

23. The Associate is the name for functionality in Perspective that interprets what a user enters into the device and tries to anticipate what the user wanted, to simplify certain tasks and enrich the data the user entered. One of the main features of the Associate is that it creates associations or links between different pieces of information in Perspective.

24. The Associate existed in both Personal Perspective and the Business Edition. Because the Business Edition allowed users to customize the types of information that could be saved, the Business Edition allowed more kinds of associations to be created.

25. I designed much of the underlying functionality for the Associate. I designed the code that handled recognition of certain words and numbers in the Associate, and the code that created associations between data elements in Perspective.

## IV. AUTHENTICATING THE SOURCE CODE

26. I provided source code for Perspective to Samsung's attorneys in this case. The source code I provided was a copy that I had when I worked at Pensoft. The code dates from August of 1993. I took this copy of the code home with me as part of my responsibility for maintaining the Perspective source code. From time to time I made backup copies of our code and took them off-site, to protect the company from accidental loss of the code. This code has been in my possession ever since.

27. In August of 1993, I archived this code in the following manner: I made a "ZIP" file of the entire "build tree" (the set of folders on the computer I used to build the Perspective product), using a software program called PKZIP. As the resulting file was too large to fit on a single floppy diskette, I used the DOS "backup" command to make an archive of this zip file – an archive that stretched across two floppy diskettes. I also made a separate diskette, containing the

PKUNZIP utility, as well as the DOS "restore" command that matched to the backup command I had used.

28. I was able to retrieve the code by performing the following steps: I located a computer that had a functioning 3" floppy drive. Using the "restore" command (from the floppy diskette I made), I was able to restore the original ZIP file to my personal computer. The file, called "EO_UK.ZIP" still showed the creation date of August 6, 1993. I was able to run the "PKUNZIP" utility on that file, and this tool accurately unpacked the zip archive, creating sub-folders on my personal computer as needed. As a result, I have an accurate and true copy of the code from August 6, 1993; while some folders in the "build tree" show the date/time of the extract (the date I unzipped the file), the code and data files themselves show the date and time they were last updated (showing dates from 1992 and 1993).

29. The code I provided is the original source code used to build the Business and Personal Perspective. I have analyzed the code, and the only differences between the code I provided and the code used to build Business and Personal Perspective relate to additions I made for a UK version of Perspective. These changes were made after the Personal and Business Editions of Perspective had shipped: these changes do not affect the Personal and Business Editions of Perspective.

30. The Business Edition source code was built in early March 1993. I know that, because the product diskettes for the Business Edition of Perspective show a compile date of March 5, 1993. The source code I provided to counsel includes this code, plus the changes I made to the code to support the UK version of the product. These UK-based changes were made on March 9, 1993, in about 14 files. Since the changes were made after the Business Edition code was complete, they do not affect the Perspective Personal or Business Edition products. These changes are clearly labeled in the code, and were not very significant: the changes allowed

Perspective to properly format money, dates, and times for a UK user, and to recognize the British spelling of common English words.

31. The Personal Edition source code was built sometime between January 15 and March 5, 1993. The source code provided to counsel shows the code getting final fixes in mid-January 1993. Changes in the source code (three files) from February 17 and March 3 are bug fixes meant to support the Business Edition. The changes to the source code after March 5 apply only to the UK version of Perspective. These changes were not substantive and did not affect any function of Personal Perspective on the EO Personal Communicator. I know because I made those changes personally.

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3  Dated:

4  4/22/2012

5

*[signature]*

Michael W. Schaffer