# EXHIBIT A

**List of Materials Relied Upon**

The following is a list of materials I relied upon in forming my opinions and writing my expert report:

- U.S. Patent No. 8,074,172 ("the '172 patent")
- '172 Patent File History
- U.S. Patent No. 7,957,955 to Christie *et al.*
- Declaration of Dr. Karan Singh Regarding U.S. Patent No. 8,074,172 and Exhibits thereto
- Declaration of Ken Wakasa
- Deposition Transcript (4/13/12) of Kenneth Kocienda
- Deposition Transcript (4/18/12) of Dr. Karan Singh
- Deposition Transcript (4/20/12) of Greg Christie
- U.S. Patent Publication No. 2006/0274051 to Longe *et al.*
- U.S. Patent No. 6,801,190 to Robinson *et al.*
- U.S. Patent No. 5,953,541 to King *et al.*
- *TextPlus$^{TM}$ for the Palm OS Version 5.5 Users Guide* (Aug. 31, 2004)
- *Comparison of three leading text completion software* (Nov. 12, 1999), http://www.deepwave.net/articles/palm/palm_textcomp/
- Jacob Wobbrock & Brad Myers, *From Letters to Words: Efficient Stroke-based Word Completion for Trackball Text Entry*, Assets '06 (Oct. 2006)
- *TOSHIBA Pocket PC e570 Instruction Manual*, 1st Ed. (Sept. 2001)
- U.S. Patent Publication No. 2005/0188330 to Griffin
- U.S. Patent Publication No. 2005/0192802 to Robinson *et al.*
- U.S. Patent Publication No. 2005/0283358 to Stephanick *et al.*
- U.S. Patent Publication No. 2006/0063558 to Scott
- U.S. Patent Publication No. 2006/0149551 to Ganong, III *et al.*
- U.S. Patent Publication No. 2006/0167676 to Plumb
- U.S. Patent Publication No. 2006/0176283 to Suraqui
- U.S. Patent Publication No. 2006/0206815 to Pathiyal *et al.*
- U.S. Patent Publication No. 2006/0269138 to Williamson *et al.*
- U.S. Patent No. 5,623,406 to Ichbiah
- U.S. Patent No. 6,002,390 to Masui
- U.S. Patent No. 6,085,206 to Domini *et al.*
- U.S. Patent No. 6,377,965 to Hachamovitch *et al.*
- U.S. Patent No. 6,405,060 to Schroeder *et al.*
- U.S. Patent No. 6,583,798 to Hoek *et al.*
- U.S. Patent No. 6,724,370 to Dutta *et al.*
- U.S. Patent No. 7,030,863 to Longe *et al.*
- U.S. Patent No. 7,098,896 to Kushler *et al.*
- U.S. Patent No. 7,185,271 to Lee *et al.*
- U.S. Patent No. 7,277,088 to Robinson *et al.*
- U.S. Patent No. 7,296,019 to Chandrasekar *et al.*

- 2 -

- U.S. Patent No. 7,403,888 to Wang *et al.*
- U.S. Patent No. 7,486,277 to Kong
- U.S. Patent No. 7,584,093 to Potter *et al.*
- U.S. Patent No. 7,584,426 to Chang *et al.*
- U.S. Patent No. 7,599,828 to Fontenelle *et al.*
- U.S. Patent No. 7,636,083 to Aoki *et al.*
- U.S. Patent No. 7,996,589 to Schultz *et al.*
- U.S. Patent No. 8,136,050 to Sacher *et al.*