# EXHIBIT E

Electronically filed July 18, 2011

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Application of: | Kenneth Kocienda et al. | Confirmation No.: | 9659 |
| Serial No.: | 11/620,642 | Art Unit: | 2178 |
| Filed: | January 5, 2007 | Examiner: | Vaughn, Gregory J. |
| For: | *Method, System, and Graphical User Interface for Providing Word Recommendations* | Attorney Docket No.: P4165US1/63266-5041-US | |
| | | Date: July 18, 2011 | |

## AMENDMENT

## AND INTERVIEW SUMMARY

**Mail Stop Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Sir:

The enclosed Amendment is in response to the Office Action dated February 18, 2011 for the above identified patent application.

Petition for Extension of Time under 37 CFR 1.136. It is respectfully requested that the time for response to the Office Action dated February 18, 2011 be extended for a period of two (2) months from May 18, 2011 to July 18, 2011.

The Commissioner is hereby authorized to charge any required fee(s) to Morgan, Lewis & Bockius LLP Deposit Account No. 50-0310 (order no. 63266-5041-US).

**A McKesson statement** is on page 2.

**Amendments to the Claims** begin on page 3 of this response.

**Remarks** begin on page 13 of this response.

APLNDC630-0000054062

## McKesson Statement

In view of *McKesson Information Solutions v. Bridge Medical* (Fed. Cir. 2007), Applicants wish to inform the Examiner the prosecution history of the following US Patent Application may contain information relevant to the pending application:

U.S. Application Serial No. 11/620,641, filed January 5, 2007, which includes office actions dated November 20, 2009, June 25, 2010, September 7, 2010, and amendments dated March 22, 2010 and August 25, 2010.

The Examiner is encouraged to review the art made of record, office action(s) and the notice of allowance, if any, in the above-mentioned application, all of which are available on PAIR.

APLNDC630-0000054063

**Amendments to the Claims**

The following listing of claims will replace all prior versions, and listings, of claims in the
application:

**Listing of Claims:**

1-5.    (Canceled)

6.    (Currently amended) A ~~computer-implemented~~ method, comprising:
at a portable electronic device with a touch screen ~~display,~~ display:

in a first area of the touch screen display, displaying a current character string being input
by a user with the keyboard;

in a second area of the touch screen display that is between the first area and the
keyboard, displaying the current character string or a portion thereof and a suggested
replacement character string for the current character string on opposite sides of the second area;

replacing the current character string in the first area with the suggested replacement
character string if the user activates a space bar key on the keyboard;

replacing the current character string in the first area with the suggested replacement
character string if the user performs a first gesture on the suggested replacement character string
displayed in the second area; and

keeping the current character string in the first area and adding a space if the user
performs a second gesture <u>in the second area</u> on the current character string or the portion thereof
displayed in the second area.

7.    (Currently amended) A ~~computer-implemented~~ method, comprising:
at a portable electronic device with a touch screen ~~display,~~ display:

in a first area of the touch screen display, displaying a current character string being input
by a user with the keyboard;

in a second area of the touch screen display <u>separate from the first area</u>, displaying the
current character string or a portion thereof and a suggested replacement character string for the
current character string;

replacing the current character string in the first area with the suggested replacement
character string if the user activates a key on the keyboard associated with a delimiter;

APLNDC630-0000054064

replacing the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and

keeping the current character string in the first area if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area.

8.      (Original) The method of claim 7, including adding a space after the current character string if the user performs the second gesture on the current character string or the portion thereof displayed in the second area.

9.      (Original) The method of claim 7, wherein the key on the keyboard associated with a delimiter is a space bar key.

10.     (Original) The method of claim 7, wherein the delimiter is any of a plurality of predefined delimiters symbols.

11.     (Original) The method of claim 7, wherein the keyboard is a soft keyboard that is part of the touch screen display.

12.     (Original) The method of claim 7, wherein the keyboard is a physical keyboard that is not a part of the touch screen display.

13.     (Original) The method of claim 7, wherein the character strings are words, numbers, or a combination thereof.

14.     (Original) The method of claim 7, further comprising:

in the second area of the touch screen display, displaying an alternative suggested replacement character string for the current character string; and

replacing the current character string in the first area with the alternative suggested replacement character string if the user performs a predefined gesture on the alternative suggested replacement character string in the second area.

APLNDC630-0000054065

15.    (Original) The method of claim 7, further comprising adding the current character string to a dictionary in the device if the user performs the second gesture on the current character string displayed in the second area.

16.    (Original) The method of claim 7, wherein the first gesture includes one or more taps on the suggested replacement character string displayed in the second area.

17.    (Original) The method of claim 7, wherein the second gesture includes one or more taps on the current character string displayed in the second area.

18.    (Original) The method of claim 7, further comprising, after replacing the current character string in the first area with the suggested replacement character string, displaying the current character string in place of the suggested replacement character string in the first area if the user performs a third gesture on the suggested replacement character string in the first area.

19.    (Original) The method of claim 18, wherein the third gesture comprises a tap gesture or a hover gesture.

20.    (Original) The method of claim 7, wherein, in the second area of the touch screen display, the suggested replacement character string and the current character string are on opposite sides of the second area.

21.    (Original) The method of claim 7, wherein, in the second area of the touch screen display, the suggested replacement character string is on the left side of the second area and the current character string is on the right side of the second area.

22.    (Original) The method of claim 7, wherein the second area is between the first area and the keyboard.

23.    (Currently amended) A graphical user interface on a portable electronic device with a keyboard and a touch screen display, comprising:

        a first area of the touch screen display that displays a current character string being input by a user with the keyboard; and

APLNDC630-0000054066

a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string;

wherein;

the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter;

the current character string in the first area is replaced with the suggested replacement character string if the user performs a gesture on the suggested replacement character string in the second area; and

the current character string in the first area is kept if the user performs a gesture in the second area on the current character string or the portion thereof displayed in the second area.

24.     (Currently amended) A portable electronic device, comprising:

a touch screen display;

one or more processors;

memory; and

one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, one or more programs including:

instructions for displaying, in a first area of the touch screen display, a current character string being input by a user with the keyboard;

instructions for displaying, in a second area of the touch screen display separate from the first area, the current character string and a suggested replacement character string for the current character string;

instructions for replacing the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter;

instructions for replacing the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and

APLNDC630-0000054067

instructions for keeping the current character string in the first area if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area.

25.    (Currently amended) A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display cause the portable electronic device to:

in a first area of the touch screen display, display a current character string being input by a user with the keyboard;

in a second area of the touch screen display separate from the first area, display the current character string or a portion thereof and a suggested replacement character string for the current character string;

replace the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter;

replace the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and

keep the current character string in the first area if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area.

26.    (Canceled)


27.    (Currently amended) A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a display and a keyboard, cause the portable electronic device to perform a method comprising:

receiving a plurality of user inputs of characters through the keyboard, and displaying on the display a current character string as input by the user;

displaying a suggested replacement character string for the current character string;

APLNDC630-0000054068

while both the current character string and the suggested replacement string are displayed, receiving a further user input through a <u>punctuation mark</u> key of the keyboard <s>associated with a punctuation mark</s>; and

in response to the further user input, replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark <u>corresponding to</u> <s>being the one associated with</s> the <u>punctuation mark</u> key through which the further user input was received.

28.    (Currently amended) The computer readable storage medium of claim 27, wherein the punctuation mark <u>key corresponds to a punctuation mark</u> [[is]] selected from the group consisting essentially of a comma, a period, an exclamation point, a question mark, and a semicolon.

29.    (Previously Presented) The computer readable storage medium of claim 27, wherein the display is a touch screen display, and wherein the keyboard is a virtual keyboard displayed on the touch screen display.

30.    (Currently amended) The computer readable storage medium of claim 29, wherein the virtual keyboard comprises a display that simultaneously displays a first plurality of virtual keys each associated with a respective letter of the alphabet, and a second plurality of virtual <u>punctuation mark</u> keys each <s>associated with</s> <u>corresponding to</u> a respective punctuation mark.

31.    (Currently amended) The computer readable storage medium of claim [[27]]<u>30</u>, wherein the plurality of virtual <u>punctuation mark</u> <s>keyboard</s> keys <s>associated with a respective punctuation mark</s> comprises <u>a first virtual punctuation mark key corresponding to a comma and a second virtual punctuation mark key corresponding to a period</u> <s>virtual keyboard keys respectively associated with a comma and a period</s>.

32.    (Currently amended) A portable electronic device, comprising:

one or more processors;

a touch screen display; and

computer readable memory comprising instructions that, when executed by the one or more processors, perform operations comprising:

APLNDC630-0000054069

receiving a plurality of user inputs of characters through the keyboard, and displaying a current character string as input by the user,

displaying a suggested replacement character string for the current character string;

while both the current character string and the suggested replacement string are displayed, receiving a further user input through a punctuation mark key of the keyboard associated with a punctuation mark, and

in response to the further user input, replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to being the one associated with the punctuation mark key through which the further user input was received.

33.   (Currently amended) A portable electronic device, comprising:

one or more processors;

a display;

a keyboard; and

computer readable memory comprising instructions that, when executed by the one or more processors, perform operations comprising:

receiving a plurality of user inputs of characters through the keyboard, and displaying on the display a current character string as input by the user,

displaying on the display a suggested replacement character string for the current character string, and

receiving a further user input of a single touch, wherein the portable electronic device is configured to receive the further single user input to perform a selected character string function of a plurality of possible character string functions depending on where the further single user input is received, the plurality of possible character string functions comprising,

replacing the current character string with the suggested replacement character string in response to a single user input at a first location,

replacing the current character string with the suggested replacement character string in combination with a first punctuation mark in response to a single user input at a second

APLNDC630-0000054070

location, the second location being a first punctuation mark key on the keyboard corresponding to the first punctuation mark,

replacing the current character string with the suggested replacement character string in combination with a second punctuation mark in response to a single user input at a third location, the third location being a second punctuation mark key on the keyboard corresponding to the second punctuation mark, and

accepting the current character string in response to a single user input at a fourth location.

34.    (Previously Presented) The portable electronic device of claim 33, wherein the display is a touch screen display, and wherein the keyboard is a virtual keyboard displayed on the touch screen display.

35.    (Currently amended) The portable electronic device of claim 34, wherein the virtual keyboard comprises a display that simultaneously displays a first plurality of virtual keys each associated with a respective letter of the alphabet, and a second plurality of virtual punctuation mark keys each ~~associated with~~ corresponding to a respective punctuation mark.

36.    (Currently amended) The portable electronic device of claim 35, wherein ~~each of the second and third input locations~~ the first punctuation mark key is a virtual punctuation mark key ~~associated with a respective~~ corresponding to the first punctuation mark, and the second punctuation mark key is a virtual punctuation mark key corresponding to the second punctuation mark.

37.    (Currently amended) A portable electronic device, comprising:

one or more processors;

a touch screen display; and

computer readable memory comprising instructions that, when executed by the one or more processors, perform operations comprising,

receiving a plurality of user inputs of characters through a virtual keyboard that simultaneously displays a first plurality of virtual keys each associated with a respective single letter of the alphabet, and a second plurality of virtual punctuation mark keys each ~~associated with~~ corresponding to a respective punctuation mark,

APLNDC630-0000054071

displaying on the touch screen display a current character string as input by the user,

displaying on the display a suggested replacement character string for the current character string,

in response to a first user input at a first location, replacing the current character string with the suggested replacement character string,

in response to a second user input at a virtual punctuation mark key ~~associated with~~ corresponding to a first punctuation mark, replacing the current character string with the suggested replacement character string in combination with the first punctuation mark, and

in response to a third user input at a third location, accepting the current character string.

38.    (Currently amended) A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the portable electronic device to perform a method comprising:

receiving a plurality of user character inputs through the touch screen display of the portable electronic device, wherein the user character inputs are received through a virtual keyboard displayed on the touch screen, wherein the virtual keyboard simultaneously displays a first plurality of virtual keys each associated with a respective single letter of the alphabet, and a second plurality of virtual punctuation mark keys ~~each associated with a respective punctuation mark~~;

displaying on the touch display a current character string as input by a user;

while displaying the current character string, also displaying a suggested replacement character string for the current character string, wherein at the time a suggested replacement character string is displayed, the portable electronic device is able to receive a plurality of possible user single touch inputs that will result in selection of the suggested replacement character string, and wherein said plurality of possible user single touch inputs includes actuation of one of [[a]]the plurality of virtual punctuation mark keys~~keyboard keys associated with a respective punctuation mark~~;

receiving a single touch user selection input through one of the plurality of the virtual punctuation mark keys~~keyboard keys associated with a respective punctuation mark~~; and

APLNDC630-0000054072

in response to the single touch user selection input, replacing the current character set with the suggested replacement character set and adding at the end of said character set [[the]]a punctuation mark <u>corresponding to</u> ~~associated with~~ the virtual <u>punctuation mark</u> ~~keyboard~~ key through which the input was received.

39.     (Currently amended) The computer readable storage medium of claim 38, wherein the plurality of possible single touch user inputs that will result in selection of the suggested replacement character string includes inputs that are not associated with a virtual <u>punctuation mark key</u>~~keyboard key associated with a punctuation mark~~.

40.     (Currently amended) The computer readable storage medium of claim 39, wherein the plurality of possible single touch user inputs that are not associated with a virtual <u>punctuation mark key</u> ~~keyboard key associated with a punctuation mark~~ and that will result in selection of the suggested replacement character string comprises a single touch input through the space bar of the virtual keyboard.

41.     (Currently amended) The computer readable storage medium of claim 39, wherein the plurality of possible single touch user inputs that are not associated with a virtual <u>punctuation mark key</u> ~~keyboard key associated with a punctuation mark~~ and that will result in selection of the suggested replacement character string comprises a single touch input at the location of the displayed suggested replacement character set.

42.     (Currently amended) The computer readable storage medium of claim 38, wherein the plurality of virtual <u>punctuation mark keys</u> ~~keyboard keys associated with a respective punctuation mark~~ comprises virtual <u>punctuation mark</u> ~~keyboard~~ keys respectively associated with a comma and a period.

43.     (Currently amended) The computer readable storage medium of claim 42, wherein the plurality of virtual <u>punctuation mark keys</u> ~~keyboard keys associated with a respective punctuation mark~~ further comprises virtual <u>punctuation mark</u> ~~keyboard~~ keys respectively associated with an exclamation point and a semicolon.

APLNDC630-0000054073

44.    (New) The computer readable storage medium of claim 27, wherein displaying a suggested replacement character string for the current character string comprises displaying a single suggested replacement character string.

APLNDC630-0000054074

## REMARKS

This amendment responds to the office action mailed February 18, 2011. In the office action the Examiner:

A.     rejected claims 27-43 under 35 U.S.C. 102(e) as being anticipated by Longe et al. (U.S. Publication No. 2006/0274051);

B.     rejected claims 6-11 and 13-26 under 35 U.S.C. 103(a) as being unpatentable over Rainisto et al. (U.S. Publication No. 2006/0265648) in view of Kushler et al. (U.S. Publication No. 2007/0040813); and

C.     rejected claim 12 under 35 U.S.C. 103(a) as being unpatentable over Rainisto et al. and Kushler et al. in view of Knaven (U.S. Publication No. 2006/0152496).

## INTERVIEW SUMMARY

Applicants' attorney thanks Examiner Gregory J. Vaughn for his comments during an in-person interview on July 13, 2011 with Robert Beyers. In the interview, the Examiner and Mr. Beyers discussed proposed amendments to claims 6, 7, and 27 that appear to overcome the current prior art rejections. Claims 6, 7, and 27 has been amended accordingly. Analogous amendments have been made to claims 23-25, 32, 33, 37, 38.

## REMARKS CONCERNING CLAIMS

Claims 6-7, 23-25, 27-28, 30-33, and 35-43 have been amended.

Claim 26 has been canceled.

Claim 44 has been added.

Support for the amendments can be found in at least paragraph 0038, and Figure 4B of the application as filed. No new matter has been added.

With respect to all amendments, Applicants have not dedicated or abandoned any unclaimed subject matter. Moreover, Applicants have not acquiesced to any characterizations of the invention, nor any rejections or objections of the claims, made by the Examiner.

After entry of this amendment, the pending claims are: claims 6-25 and 27-44.

## REMARKS CONCERNING REJECTIONS UNDER 35 U.S.C. 102

APLNDC630-0000054075

"A claim is anticipated only if each and every element as set forth in the claim is found, either expressly or inherently described, in a single prior art reference." MPEP § 2131, citing *Verdegaal Bros. v. Union Oil Co. of California*, 814 F.2d 628, 631, 2 USPQ2d 1051, 1053 (Fed. Cir. 1987). "The identical invention must be shown in as complete detail as is contained in the ... claim." MPEP § 2131, citing *Richardson v. Suzuki Motor Co.*, 868 F.2d 1226, 1236, 9 USPQ2d 1913, 1920 (Fed. Cir. 1989). "All words in a claim must be considered in judging the patentability of that claim against the prior art." MPEP § 2143.03 citing *In re Wilson*, 424 F.2d 1382, 1385, 165 USPQ 494, 496 (CCPA 1970). "During patent examination, the pending claims must be 'given their broadest reasonable interpretation consistent with the specification.'" MPEP § 2111 citing *Phillips v. AWH Corp.*, 415 F.3d 1303, 1316, 75 USPQ2d 1321, 1329 (Fed. Cir. 2005).

**A.    Rejection of claims 27-43 under 35 U.S.C. 102(e) as being anticipated by Longe et al. (U.S. Publication No. 2006/0274051).**

As amended claim 27 requires:

> while both the current character string and the suggested replacement string are displayed, **receiving a further user input through a punctuation mark key of the keyboard**; and
> in response to the further user input, replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to the punctuation mark key through which the further user input was received.

(Emphasis added)

Longe (US 2006/027405) paragraph [0227] discloses making an input in the row of a candidate word. But receiving input in the row of the candidate word does not teach or suggest "receiving a further user input through a punctuation mark key of the keyboard" because the row of the candidate word is not part of a keyboard, let alone a punctuation mark key in the keyboard. Thus, paragraph [0227] of Longe (as well as the remainder of Longe) does not teach or suggest claim 27 as amended.

As noted in the Interview Summary, the Examiner indicated that these amendments appear to overcome the current rejection of claim 27 under 35 U.S.C. 102.

15

Amendment

APLNDC630-0000054076

Independent claims 32, 33, 37-38 as amended are patentable over Longe for at least
analogous reasons to those explained above with respect to claim 27.

Dependent claims 28-31, 34-36, 39-44 are patentable over Longe for at least analogous
reasons to those explained above with respect to claim 27, 33, and 38, respectively.

### REMARKS CONCERNING REJECTIONS UNDER 35 U.S.C. 103

To establish prima facie obviousness of a claimed invention, <u>all the claim elements must
be taught or suggested</u> by the prior art. *In re Royka*, 490 F.2d 981, 180 USPQ 580 (CCPA 1974).
Indeed, the Board of Patent Appeal and Interferences recently confirmed that a proper
obviousness determination requires an Examiner to make "a searching comparison of the
claimed invention - <u>including all its limitations</u> - with the teaching of the prior art." See *In re
Wada and Murphy*, Appeal 2007-3733, citing *In re Ochiai*, 71 F.3d 1565, 1572 (Fed. Cir. 1995)
(emphasis in original). Finding all the claim elements in the prior art is necessary, but not
sufficient. *KSR Intern. Co. v. Teleflex Inc.*, 127 S.Ct. 1727, 1741 (2007) ("a patent composed of
several elements is not proved obvious merely by demonstrating that each of its elements was,
independently, known in the prior art"). "<u>All words in a claim must be considered</u> in judging the
patentability of that claim against the prior art." *In re Wilson*, 424 F.2d 1382, 1385, 165 USPQ
494, 496 (CCPA 1970).

**B.      Rejection of claims 6-11 and 13-26 under 35 U.S.C. 103(a) as being unpatentable
over Rainisto et al. (U.S. Publication No. 2006/0265648) in view of Kushler et al.
(U.S. Publication No. 2007/0040813).**

Claim 26 has been canceled, rendering this rejection moot.

As amended claim 6 requires:

> . . . keeping the current character string in the first area and adding a
> space if the user performs <u>a second gesture in the second area on the
> current character string</u> or the portion thereof displayed in the second
> area.

As amended claim 7 requires:

> . . . in a second area of the touch screen display separate from the first
> area, displaying the current character string or a portion thereof and a
> suggested replacement character string for the current character string;
> . . .

APLNDC630-0000054077

> keeping the current character string in the first area if the user
> performs <u>a second gesture in the second area on the current character
> string</u> or the portion thereof displayed in the second area.

(Emphasis added)

The portions of Rainisto and Kushler cited in the office action (as well as the remainders of Rainisto and Kushler) do not teach or suggest "keeping the current character string in the first area and adding a space if the user performs <u>a second gesture in the second area on the current character string</u> ," as required by claim 6 as amended.

Similarly, the portions of Rainisto and Kushler cited in the office action (as well as the remainders of Rainisto and Kushler ) do not teach or suggest "keeping the current character string in the first area if the user performs <u>a second gesture in the second area on the current character string</u>," as required by claim 7 as amended.

Because Rainisto and Kushler , either alone or in combination, do not teach every claim limitation, there is no prima facie case of obviousness for claims 6-7 as amended.

As noted in the Interview Summary, the Examiner indicated that these amendments appear to overcome the current rejections of claims 6-7 under 35 U.S.C. 103.

Independent claims 23-25 as amended are patentable over Rainisto and Kushler for at least analogous reasons to those explained above with respect to claim 7.

Claims 8-11, 13-22, which depend on claim 7, are patentable over Rainisto and Kushler for at least analogous reasons to those explained above with respect to claim 7.

Applicant respectfully requests that these rejections be withdrawn.


## C.   Rejection of claim 12 under 35 U.S.C. 103(a) as being unpatentable over Rainisto et al. and Kushler et al. in view of Knaven (U.S. Publication No. 2006/0152496).

As discussed in Section B above, Rainisto and Kushler fail to teach or suggest every limitation of claim 7 as amended. Knaven is not cited for and does not supply the missing limitations of amended claim 7. Because the cited references, either alone or in combination, do not teach or suggest every claim limitation, there is no prima facie case of obviousness for amended claim 7 and associated dependent claim 12.

Applicant respectfully requests that this rejection be withdrawn.

P4165US1/63266-5041-US                                    17                          Amendment
DB2/ 22341008.1

By responding in the foregoing remarks only to particular positions asserted by the examiner, the Applicants do not necessarily acquiesce in other positions that have not been explicitly addressed. In addition, the Applicants' arguments for the patentability of a claim should not be understood as implying that no other reasons for the patentability of that claim exist.

## CONCLUSION

In light of the above amendments and remarks, the Applicants respectfully request that the Examiner reconsider this application with a view towards allowance. The Examiner is invited to call the undersigned attorney at (650) 843-7528, if a telephone call could help resolve any remaining items.

Respectfully submitted,

Date:   July 18, 2011

Robert B. Beyers                           46,552
                                            (Reg. No.)
**MORGAN, LEWIS & BOCKIUS** LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Ph. (650) 843-4000

APLNDC630-0000054079