# EXHIBIT H

# TextPlus<sup>TM</sup> for the Palm OS

Version 5.5

# Users Guide



**SmartCell**

*Technology*

SAMNDCA630−00094852



# Table of Contents

1   INTRODUCTION ....................................................................................... 4

1.1   TextPlus ......................................................................................... 4

1.2   Features of TextPlus ...................................................................... 6

1.3   Purchasing TextPlus ...................................................................... 7

1.4   Upgrade ......................................................................................... 7

1.5   System Requirements .................................................................... 7

1.6   Installation .................................................................................... 7
    1.6.1   How to Install TextPlus ...................................................... 7
    1.6.2   How to Uninstall TextPlus .................................................. 8

2   QUICK START ......................................................................................... 9

2.1   Entering Text in TextPlus Editor .................................................. 9

2.2   Set TextPlus Anywhere Options .................................................. 10

2.3   Copying Text from TextPlus to Other Applications ..................... 11

2.4   Copying Text from Other Applications to TextPlus ..................... 11

2.5   Registering TextPlus .................................................................... 11

2.6   Keyboard Support ........................................................................ 12
    2.6.1   Onscreen Software Keyboard ............................................. 12
    2.6.2   Keyboard Attachment ......................................................... 12
    2.6.3   External Hardware Keyboard ............................................. 13
    2.6.4   Jog Dial, Rocker Switch, Shuttle Switch, and Five-Way Navigator ........... 13

3   DESCRIPTIONS OF THE USER INTERFACE ...................................... 14

3.1   EDIT MENU .................................................................................. 14
    3.1.1   Undo .................................................................................. 14
    3.1.2   Cut ..................................................................................... 14
    3.1.3   Copy ................................................................................... 14
    3.1.4   Paste .................................................................................. 14
    3.1.5   Select All ............................................................................ 15

SAMNDCA630−00094853

SAMNDCA630-00094854



**TextPlus™ for Palm OS Version 5.5 Users Guide**

3.1.6   Keyboard ............................................................................................................... 15
3.1.7   Graffiti Help ........................................................................................................... 15

**3.2   WORD MENU** ........................................................................................... **15**
3.2.1   Add All Words in Text ........................................................................................... 15
3.2.2   Add Selected Words .............................................................................................. 15
3.2.3   Delete Selected Words ........................................................................................... 16
3.2.4   Word Vocabulary Info ........................................................................................... 16

**3.3   PHRASE MENU** ........................................................................................ **17**
3.3.1   Add All Text As Phrase ......................................................................................... 17
3.3.2   Add Selection As Phrase ........................................................................................ 17
3.3.3   Add Each Line As Phrase ....................................................................................... 17
3.3.4   Delete Phrases ....................................................................................................... 18
3.3.5   Phrase Vocabulary Info .......................................................................................... 19

**3.4   OPTIONS MENU** ...................................................................................... **20**
3.4.1   Word List ............................................................................................................... 20
3.4.2   Phrase List ............................................................................................................. 21
3.4.3   Vocabulary .............................................................................................................. 22
3.4.4   TextPlus Anywhere ................................................................................................ 23
3.4.5   Graffiti Echo .......................................................................................................... 24
3.4.6   Applications ........................................................................................................... 25
3.4.7   Color ...................................................................................................................... 26
3.4.8   Register .................................................................................................................. 27
3.4.9   About TextPlus ...................................................................................................... 28

**4   ADVANCED TOPICS** ................................................................................... **29**
4.1   Customizing Vocabulary ............................................................................................ 29
4.2   Adding Words to the Vocabulary ............................................................................... 29
4.3   Adding Phrases to the Vocabulary .............................................................................. 30
4.4   Setting the Vocabulary Update Rate ........................................................................... 31
4.5   Limiting the Amount of Memory Used by the Vocabulary Database ........................... 31
4.6   Enable and Disable TextPlus Anywhere in Other Application ..................................... 32

**5   HOW TO CONTACT US** .............................................................................. **34**

**TextPlus™ for Palm OS Version 5.5 Users Guide**



# 1   Introduction

## 1.1   *TextPlus*

TextPlus is a Palm OS enhancement that can significantly improve the speed and accuracy of text entry on your Palm device.  TextPlus supports intelligent dictionary-based suggestion of words and phrases to speed up your text entry.  When you enter one or more letters of a word or a phrase in any Palm application, a list of words and phrases that start with these letters is displayed.  When you tap on any of the words or any of the phrases, your choice is automatically inserted at the current cursor location.  One unique feature of TextPlus is its frequency-based intelligent search engine, which chooses only frequently used words and phrases for suggestion.  The frequency of each word and phrase is updated automatically as you use TextPlus so that the speed and accuracy of your text entry would increase over time.  TextPlus is comprised of two major components: the TextPlus text editor allows you to enter long sentences and paragraphs and then paste them to other Palm applications (copy is done automatically), while the new TextPlus Anywhere (TM) technology allows you to use frequency-based word and phrase suggestion in any Palm applications with text fields.  TextPlus also supports Graffiti Echo so that you can see your Graffiti strokes as you write.



SAMNDCA630-00094855

**TextPlus™ for Palm OS Version 5.5 Users Guide**







5

SAMNDCA630-00094856

**TextPlus™ for Palm OS Version 5.5 Users Guide**





## 1.2  Features of TextPlus

- Dictionary based word list and phrase list help complete words and phrases after one or more letters are entered.
- Automatic update of the list of suggested words and phrases whenever you enter a letter or delete a letter.
- Unique Frequency-Based Intelligent Search Engine - the words and phrases displayed are always optimal.
- TextPlus Anywhere (TM) technology allows you to use frequency-based word and phrase suggestion in any Palm applications.  In addition to Graffiti, TextPlus Anywhere also supports the system keyboard and most other character input devices and programs.
- Graffiti Echo allows you to see your graffiti strokes as you write, increasing text entry speed and accuracy.
- Fully Customizable Dictionary
  - The frequency of a word or a phrase is automatically updated after it is used in your composition.
  - New words and phrases can be easily added to the dictionary - select and double tap on a word or a phrase in any Palm applications to add it to the dictionary.
  - The update rate (0-10) of the dictionary can be adjusted.
  - The amount of memory used by the dictionary can be limited if necessary.
- Flexible database support allows you to compose in multiple languages and/or multiple subjects.
- Enhanced Sort Support - Word List and Phrase List can be sorted by frequency, by length, or by alphabetical order.
- Complete Editing Support - Undo, Cut, Copy, Paste, Select, Clear; Keyboard, Graffiti Help; Auto Shift, Auto Insert Space, Auto Complete.
- Font selection for Text Field, Word List and Phrase List.

6

SAMNDCA630-00094857

**TextPlus™ for Palm OS Version 5.5 Users Guide**



## 1.3  Purchasing TextPlus

A 30 day demo version is available for download from www.smartcell.com.  The demo version
has an evaluation license that is valid for 30 days after you have installed the application.  You
can order the full license from our Online Software Store.  After your order is processed, we will
send you the registration code that would allow you to transform the demo version to a fully
functional version.

## 1.4  Upgrade

Please note that Version 5.x requires a different registration code to register.  If you purchased an
earlier version of TextPlus within the last 12 months, version 5.x is a free upgrade to you.  Please
visit our web site at www.smartcell.com and open the Customer Support Page.  You can use the
Registration Code Retrieval Form to obtain the new registration code for version 5.x.

If you purchased TextPlus more than 12 months ago, you can purchase the version 5.x upgrade
for $9.95 from our Online Software Store.

## 1.5  System Requirements

**System Requirements to Install and Run TextPlus**

- Any Palm OS based PDA or SmartPhone device
- 410 KB free memory
- Palm OS 3.0 or higher
- Desktop computer (PC or Macintosh compatible)

## 1.6  Installation

### 1.6.1  How to Install TextPlus

#### 1.6.1.1  Important Notes

If you have a previous version of TextPlus installed on your device, you must remove it from your
device before installing TextPlus v5.5.  Make sure that you disable TextPlus Anywhere and
Graffiti Echo before uninstalling the previous version.  If you want to keep your current vocabulary
database, remove and install the TextPlus PRC file only - do not install the TextPlus PDB file.

To avoid possible screen refresh conflict, disable any other Graffiti Echo utilities you might have
and use the Graffiti Echo feature in TextPlus.

If the TextPlus demo expires prematurely, remove the TextPlus application from your device (do
not remove the database) and reinstall the TextPlus PRC file.  This would allow you to have a full
trial period.

SAMNDCA630−00094858



**TextPlus™ for Palm OS Version 5.5 Users Guide**

## 1.6.1.2 Installing from a PC

The following installation instructions are derived from the Handbook for the Palm V organizer, "Chapter 3:  Installing and Removing Applications", page 42.  If you are using other Palm device, refer to your device Handbook for step-by-step instructions.  If you are using other installation utilities, please refer to those utilities' instructions to install TextPlus.

- If the file you have is a ZIP file, double-click on it to unzip all the files.
- Please read the Software License Agreement in Appendix A.  By installing the application you accept all the terms and conditions of the Software License Agreement.
- Click on the Windows Start button.  Select Programs, Palm Desktop, and Palm Install Tool.
- Select the user name that corresponds to your Palm organizer in the user drop down list.
- You need to install both the TextPlus PRC file and the TextPlusDB PDB file.  You can
  - Drag-and-drop the TextPlus PRC file and the TextPlusDB PDB file into the Install Tool File Name list.  Or,
  - Click on the ADD button to open the Open dialog.  Locate and select the TextPlus PRC file.  Click on the OPEN button to return to the Install Tool dialog.  Click on the ADD button to open the Open dialog.  Locate and select the TextPlusDB PDB file.  Click on the OPEN button to return to the Install Tool dialog.
- Perform a local HotSync operation to install TextPlus.

## 1.6.1.3 Installing from a Mac

The following installation instructions are for users running Palm MacPac v.2.  If you are using other versions of the MacPac, refer to your device Handbook for step-by-step instructions.  If you are using other installation utilities, please refer to those utilities' instructions to install TextPlus. You can download a copy of MacPac v.2 from www.palm.com.

- Locate the TextPlus PRC file and the TextPlusDB PDB file on your Mac.
- Double-click the HotSync manager icon in the Palm folder.
- Choose Install from the HotSync menu.
- Drag the TextPlus PRC file and the TextPlusDB PDB file to the Install Palm Applications dialog box.
- Perform a HotSync operation to transfer TextPlus to your handheld.

## 1.6.2  How to Uninstall TextPlus

**Disable both TextPlus Anywhere and Graffiti Echo** before you uninstall TextPlus from your Palm device.  To remove TextPlus from your Palm V or III:

- Tap on the Applications icon
- Tap on the Menu icon
- Tap Delete
- Select TextPlus
- Tap Delete
- Select TextPlusDB
- Tap Delete

To remove TextPlus from other models of the Palm devices, refer to your device Handbook on "Removing Applications."

8

SAMNDCA630-00094859

**TextPlus™ for Palm OS Version 5.5 Users Guide**



## 2   Quick Start

### 2.1  Entering Text in TextPlus Editor



After the installation is done, tap on the Applications icon and select All.  Tap on the TextPlus icon and check the date shown in the Confirm Current Date dialog box.  If the date is not correct, tap No and use the Palm OS built-in application Prefs to set the correct date.  Your evaluation license may expire prematurely if the date shown is not correct.  If the date is correct, tap Yes and the TextPlus main display is shown.  In the main display, on the top of the TextPlus window is the Title/Menu bar.  Right below the Title/Menu bar are a few buttons and a text field (editor) for displaying the text of your composition.  The four buttons above the editor field are provided for easy access to editor features (from left to right) - Font Selection, Auto Shift, Auto Complete, Auto Space Insert, and Clear Text.  Below the edit field is the Phrase List (2 lines) that displays suggested phrases.  On the bottom of the main display is the Word List (4 lines for 8 words) that displays the suggested words.  To enter text, use your stylus to write Graffiti letters in the Graffiti writing area.  As soon as the first letter of a word or a phrase is entered, a list of suggested words and a list of suggested phrases are displayed.  If the word or phrase you want to enter is displayed in the Word List or the Phrase List, tap on the word or phrase and it will be automatically inserted at the current cursor location.  If the word or phrase you want to enter is not displayed, keep on entering the letters until the desired word or phrase is shown in the Word List or the Phrase List. If the Auto Insert Space option is selected, a space is automatically inserted every time a word is entered.  One space is also automatically inserted after a punctuation mark is entered.  If the Auto Shift option is selected, the first letter of each sentence is always automatically capitalized.  If the Auto Complete option is selected, the shortest word in the current Word List is shown at the current cursor location.  If the word is the one you want to enter, enter a space or any punctuation marks and the word is automatically entered.  Otherwise,

SAMNDCA630−00094860



**TextPlus™ for Palm OS Version 5.5 Users Guide**

keep on entering the rest of the word until the desired word is shown in the Word List.  If you have already finished entering the word, enter a Graffiti command shortcut '/' to stop Auto Complete.

Since only two phrases can be displayed at the same time, it is possible that none of the two phrases displayed in the Phrase List is the desired phrase, but one or both of them has the same starting word as the desired phrase.  Instead of entering all the letters for the starting word, you should tap on the arrow (Move to the next word) icon at the right hand side of the Phrase List and the starting word is automatically inserted at the current cursor location.  Now you can keep on entering the letters of the next word in the phrase until the desired phrase shows up in the Phrase List.

## 2.2  Set TextPlus Anywhere Options

**TextPlus Anywhere Options**

☑ Enable   ☑ All Applications
List at ☑ Bottom   ☐ Right
☐ Passive Keyboard Mode
☑ Enable Double Tap Popup
☑ Auto Insert Space
Number of Words to Show: ▼ 3
Number of Phrases to Show: ▼ 2
Show List after ▼ 1  Characters
☐ Enable Sound   ☐ Separator
[ OK ]   [ Cancel ]

To enable TextPlus Anywhere, tap on the Options menu and select TextPlus Anywhere.  In the TextPlus Anywhere Options dialog, tap on the Enable TextPlus Anywhere checkbox.  In this dialog, you can also select the number of words and the number of phrases to display, and specify where they are displayed.  If you select the Show List at Bottom option, the list will always stay at the bottom of the screen.  By default the list is shown on the left-hand side of the screen when the Show List at Bottom option is selected.  If you want the list to be shown on the right-hand side, check the Use Right-hand Side checkbox.  By default the Passive Keyboard Mode is disabled, and you can always use the keyboard to enter your selection. If you don't use a hardware keyboard or don't use it very often, you may enable the Passive Keyboard Mode. If the Passive Keyboard Mode is enabled, the lists would still show up but no word or phrase is highlighted. One word will be highlighted only if you press the "Up" or the "Down" arrow key and then you can use the keyboard to enter your selection. Checking the Enable Double Tap Popup option allows you to enable/disable TextPlus Anywhere in any text fields by using double tap and to add new words and phrases easily to the TextPlus dictionary when you are in any applications other than TextPlus.  When this option is enabled, you can double tap on the nontext region of a text field to display the "Disable TextPlus" popup. If you double tap on a word, the "Add Word"

10

SAMNDCA630-00094861



**TextPlus™ for Palm OS Version 5.5 Users Guide**

popup is displayed. To add a phrase, highlight the phrase and then double tap on it. In this dialog box you can also select the number of characters that must be entered before the list is shown.  Enabling the Auto Insert Space option allows you to concentrate on the composition, while the spaces after words and punctuations are automatically inserted by TextPlus Anywhere. If the Sound option is enabled, a short sound is played when a selection is made. If the Separator option is enabled, there would be dotted lines between the words and phrases in the lists.

## 2.3   Copying Text from TextPlus to Other Applications

Every time you exit the TextPlus application, the text in the TextPlus editor is automatically copied to the system clipboard.  Therefore, it is straightforward to use the text you entered in TextPlus in other applications.  After you have finished entering the text in TextPlus, tap on the Applications icon and switch to the application you want to insert the text.  Tap on the Menu icon, tap Edit, and select Paste.  Now the text you entered is automatically inserted at the current cursor location.  In most applications you can also use the Graffiti short cut /P to paste the text.

## 2.4   Copying Text from Other Applications to TextPlus

Copying text from other applications to TextPlus is also simple and automatic.  In the application you want to copy text from, select the portion of the text you want to copy and tap on the Menu icon, tap on Edit, and select Copy.  Now tap on Applications icon and tap on the TextPlus icon. You can see the text you selected is automatically transferred to TextPlus.  In most applications you can also use the Graffiti short cut /C to copy the text.  The capability of transferring text from other applications to TextPlus is useful in a number of cases, especially when you need to build customized word or phrase vocabulary from existing word list or phrase list.

## 2.5   Registering TextPlus



SAMNDCA630-00094862



**TextPlus™ for Palm OS Version 5.5 Users Guide**

The demo version of TextPlus has an evaluation license that is valid for 30 days after you have installed the application.  You can order the full license from our web site at www.smartcell.com. After your order is processed, your will receive a 9-digit registration code.  To install the full license, start TextPlus and tap on the Menu icon, tap on Options and select Register.  Enter the registration code in the Register TextPlus dialog and tap on OK.  If the registration code is correct, you will see a confirmation message and the program is now fully functional.  If you have never performed a HotSync operation on your Palm Device, the application will ask to you to exit the application and perform a HotSync operation.  In order to install the full license successfully, the HotSync user name you put in the license order form must match the HotSync user name that is actually used on your Palm device.

## *2.6  Keyboard Support*

### 2.6.1  Onscreen Software Keyboard



TextPlus works with the default system software keyboard, Keyboard Hack and most other onscreen software keyboard replacements. To use these software keyboards with TextPlus, make sure that you uncheck the "Show List at Bottom" option in menu Options->TextPlus Anywhere. Otherwise the word list or the phrase list may cover part of the software keyboard. Also, please select proper numbers of words and phrases to display so that there is enough screen space for the word list and the phrase list.

### 2.6.2  Keyboard Attachment

TextPlus also works with FitalyStamp, TapType, and most other Graffiti area keyboard Attachments. To make TextPlus with with FitalyStamp, in FitalyStamp go to advanced options,

SAMNDCA630−00094863



**TextPlus<sup>TM</sup> for Palm OS Version 5.5 Users Guide**

select "set letters at pen up" located near the bottom of the option list. This should make FitalyStamp work with TextPlus Anywhere.

### 2.6.3  External Hardware Keyboard

TextPlus supports external hardware keyboards such as Palm Portable Keyboard, GoType keyboard, and PDA Pocket Keyboard.

- Use Up key and Down key to change highlighted list item.
- Use Fn-Tab key to switch between the word list and the phrase list.
- Use Enter key to select the highlighted word or phrase.
- Use Cmd-Enter key when cursor is on a word or a text selection to add a word or phrase. Use Cmd-Enter key on any nontext region to enable/disable TextPlus.

### 2.6.4  Jog Dial, Rocker Switch, Shuttle Switch, and Five-Way Navigator

TextPlus also supports the following input devices:

- Sony Jog Dial
- HandSpring Treo Rocker Switch
- Kyocera Shuttle Switch
- Palm Five-Way Navigator

You can move the Jog Dial or Rocker Switch or Shuttle Switch up or down to select desired word or phrase, and then press the Jog Dial or Rocker Switch or Shuttle Switch to select the word or phrase.  You can also use the Palm Five-Way Navigator to select the word or phrase.

SAMNDCA630−00094864

TextPlus™ for Palm OS Version 5.5 Users Guide



# 3   Descriptions of the User Interface

## 3.1   EDIT MENU



### 3.1.1  Undo
This option reverses the most recent edit operation in the editor.

### 3.1.2  Cut
This option copies and removes the currently selected text in the editor to the system clipboard. This text can then be pasted into a new location in the editor or into another application.

### 3.1.3  Copy
This option copies the currently selected text in the editor to the system clipboard.  This text can then be pasted into a new location in the editor or into another application.

### 3.1.4  Paste
This option pastes the current contents of the system clipboard into the editor.

SAMNDCA630-00094865

**TextPlus™ for Palm OS Version 5.5 Users Guide**



### 3.1.5  Select All
This option highlights all the text in the editor.


### 3.1.6  Keyboard
This option brings up the standard system keyboard for use in entering text.


### 3.1.7  Graffiti Help
This option brings up the Graffiti help dialog that shows the pen strokes necessary to create letters, numbers, and other symbols.


## *3.2   WORD MENU*




### 3.2.1  Add All Words in Text
This option scans the words in the editor and adds all words that are not in the Word Vocabulary to the Word Vocabulary.


### 3.2.2  Add Selected Words
This option scans the words in the current selection and adds all words that are not in the Word Vocabulary to the Word Vocabulary.

SAMNDCA630-00094866

**TextPlus™ for Palm OS Version 5.5 Users Guide**



### 3.2.3  Delete Selected Words

This option scans the words in the current selection and deletes them from the Word Vocabulary.

### 3.2.4  Word Vocabulary Info



This option brings up the Word Vocabulary Info dialog.  The dialog shows the total number of words in the word vocabulary, the amount of memory used by the word vocabulary, and the maximum word frequency of all words in the Word Vocabulary (word frequency is a measure of how frequently a word is used in the composition).

16

SAMNDCA630-00094867

TextPlus™ for Palm OS Version 5.5 Users Guide



## *3.3*  *PHRASE MENU*



### 3.3.1  Add All Text As Phrase
This option adds all the text in the editor as a single phrase to the phrase vocabulary.  A valid phrase can contain letters, numbers, and punctuation marks.  However, it must start with a letter. In the TextPlus editor a phrase can contain at most 100 characters, while in TextPlus Anywhere only phrases with less than 40 characters can be displayed and selected.

### 3.3.2  Add Selection As Phrase
This option adds the current selection as a single phrase to the phrase vocabulary.

### 3.3.3  Add Each Line As Phrase
This option adds each line of text in the editor as a single phrase to the phrase vocabulary.  Make sure to enter a HARD RETURN after each phrase since the end of phrase is reached only when a HARD RETURN is detected.

17

**TextPlus™ for Palm OS Version 5.5 Users Guide**



### 3.3.4  Delete Phrases



This option brings up the Delete Phrase dialog.  In the Delete Phrase dialog you can enter the leading characters of the phrase (or phrases) to delete.  All the phrases start with these characters will be deleted when you tap on OK.  If you don't wish to continue, tap on Cancel.

SAMNDCA630-00094869

**TextPlus™ for Palm OS Version 5.5 Users Guide**



### 3.3.5  Phrase Vocabulary Info

**Phrase Vocabulary Info**

**Total Number of Phrases:**
**206**

**Memory Used:**
**14 K**

**Maximum Phrase Frequency:**
**3**

[ **OK** ]

This option brings up the Phrase Vocabulary Info dialog.  The dialog shows the total number of phrases in the Phrase Vocabulary, the amount of memory used by the Phrase Vocabulary, and the maximum phrase frequency of all phrases in the Phrase Vocabulary (phrase frequency is a measure of how frequently a phrase is used in the composition).

SAMNDCA630−00094870

TextPlus™ for Palm OS Version 5.5 Users Guide



### *3.4  OPTIONS MENU*

| Edit  Word  Phrase | **Options** |
|---|---|
| **Word List...** | **⁄W** |
| **Phrase List...** | **⁄L** |
| **Vocabulary...** | **⁄V** |
| **TextPlus Anywhere...** | **⁄T** |
| **Graffiti Echo...** | **⁄C** |
| **Applications...** | **⁄J** |
| **Color...** | **⁄F** |
| **Register...** | |
| **Quick Start Guide** | |
| **About TextPlus...** | |

### 3.4.1  Word List

**Word List Options**

**Font:**   A  A  A

**Sort Words By:**
☐ Word Length
☑ Word Frequency
☐ Alphabetical Order

**Sort Direction:**
☐ Ascending   ☑ Descending

( **OK** )   ( **Cancel** )

SAMNDCA630−00094871

**TextPlus™ for Palm OS Version 5.5 Users Guide**



This option brings up the Word List Options dialog. In the Word List Options dialog you can select the font for the Word List (standard or bold or big), the sort method for the Word List (word length, word frequency, or alphabetical order), and the sort direction (ascending or descending).

### 3.4.2 Phrase List

```
┌─────────────────────────────────────┐
│         Phrase List Options          │
│                                      │
│  Font:    A  A  A                    │
│                                      │
│  Sort Phrases By:                    │
│     ☐ Phrase Length                  │
│     ☑ Phrase Frequency               │
│     ☐ Alphabetical Order             │
│  Sort Direction:                     │
│     ☐ Ascending   ☑ Descending       │
│                                      │
│     ( OK )      ( Cancel )           │
└─────────────────────────────────────┘
```

This option brings up the Phrase List Options dialog. In the Phrase List Options dialog you can select the font for the Phrase List (standard or bold or big), the sort method for the Phrase List (phrase length, phrase frequency, or alphabetical order), and the sort direction (ascending or descending).

SAMNDCA630-00094872

**TextPlus™ for Palm OS Version 5.5 Users Guide**



### 3.4.3  Vocabulary



This option brings up the Vocabulary Options dialog.  In the Vocabulary Options dialog you can select the memory limit for the combined vocabulary (10k to 999 k), the vocabulary update rate (0 to 10), and the Minimum Word Length (2 to 5), enable/disable the Ask When Add Word option, enable/disable the Backup Database option, and select the current vocabulary database.

SAMNDCA630-00094873



### 3.4.4  TextPlus Anywhere

```
╔═══════════════════════════════════╗
║  TextPlus Anywhere Options        ║
╚═══════════════════════════════════╝
    ☑ Enable   ☑ All Applications
   List at  ☑ Bottom     ☐ Right
    ☐ Passive Keyboard Mode
    ☑ Enable Double Tap Popup
    ☑ Auto Insert Space
   Number of Words to Show: ▼ 3
   Number of Phrases to Show: ▼ 2
   Show List after ▼ 1  Characters
    ☐ Enable Sound   ☐ Separator
     ( OK )      (Cancel)
```

This option brings up the TextPlus Anywhere Options dialog.  In the TextPlus Anywhere Options dialog you can enable/disable the TextPlus Anywhere option, enable/disable the List at Bottom option, enable/disable the List at Right-hand Side option, enable/disable Passive Keyboard Mode, enable/disable the Enable Double Tap Popup option, select the number of words and the number of phrases to display and the number of characters to trigger suggestion, enable/disable the Sound option, and enable/disable the separator in world list and phrase list.

SAMNDCA630-00094874

**TextPlus™ for Palm OS Version 5.5 Users Guide**



### 3.4.5  Graffiti Echo



This option brings up the Graffiti Echo Options dialog.  In the Graffiti Echo Options dialog you can enable/disable the Graffiti Echo option and select the Graffiti Echo Line Width (1-4 pixels).

24

SAMNDCA630−00094875

**TextPlus™ for Palm OS Version 5.5 Users Guide**



### 3.4.6  Applications



This option brings up the Applications Options dialog.  In this window you can define in which applications you want TextPlus Anywhere and Graffiti Echo to be enabled.  Please note that you need to uncheck the "All Applications" option in the TextPlus Anywhere Options window in order to use this feature.  All applications on your Palm device are shown in this list.  Applications installed on external memory cards are shown after internal applications, with the string "(VFS)" appended to the application name.  A maximum of 256 applications can be shown in this list.

SAMNDCA630−00094876



### 3.4.7  Color

**Color Options**

Word List Text Color

[ Change... ]

Word List Background Color

[ Change... ]

Phrase List Text Color

[ Change... ]

Phrase List Background Color

[ Change... ]

( Done )

This option brings up the Color Options dialog.  In this window you can define the color for the word list text, word list background, phrase list text, and phrase list background.  If you want to change any of them, tap on the Change button and a color picker will be shown.  You can select from a total of 256 colors.  When you are finished, tap on the Done button to close the window.

SAMNDCA630-00094877

**TextPlus<sup>TM</sup> for Palm OS Version 5.5 Users Guide**



### 3.4.8  Register



This option brings up the Register TextPlus dialog.  The Register TextPlus dialog shows the current license type, the HotSync user name, and the 9-digit Registration Code.  To register, enter you 9-digit registration code and tap on OK.  If the code is correct, a confirmation message will be shown and your copy of software is then fully functional.  Please note that the registration code would not work if the HotSync Username you provide us when you place the order does not match the HotSync Username shown in this window.

SAMNDCA630−00094878

**TextPlus<sup>TM</sup> for Palm OS Version 5.5 Users Guide**



### 3.4.9  About TextPlus



This option brings up the About TextPlus dialog.  The TextPlus dialog shows the copyright and version information of the TextPlus application.

SAMNDCA630−00094879

**TextPlus™ for Palm OS Version 5.5 Users Guide**



# 4   Advanced Topics

## 4.1   Customizing Vocabulary

TextPlus for Palm v5.5 comes with a built-in vocabulary database (TextPlusDB), which contains about 11000 frequently used words and 212 frequently used phrases in American English.  Since it is likely that the default vocabulary only covers part of the words and phrases you need to use, you may want to customize the Vocabulary and add in words and phrases that are important to you, but are not part of the default Vocabulary.  You can use our free desktop database builder program to build a custom database. The database builder program is available for free download at our web site at http://www.smartcell.com. You can either add the new words and phrases to the default database, or you can create new customized databases for your personal use.  A customized database can be used either for a different language or for a special subject.  To create a new database inside the TextPlus application, tap on the Menu icon, tap on Options and select Vocabulary.  Set Current Database to New Database and tap on OK.  You will be asked to enter the name of the new database.  We suggest that the name of a customized database contain "TextPlusDB" and at least another three characters at the end to differentiate it from other TextPlus Databases, e.g., the name "TextPlusDBGer" should be used for a German database and the name "TextPlusDBFre" should be used for a French database, etc.

## 4.2   Adding Words to the Vocabulary



In any Palm applications other than TextPlus, you can double tap on a word to add it to the TextPlus vocabulary database.  When you double tap on the word you should see a popup window with options: "Add Word" and "Cancel". Inside TextPlus the most natural way of customizing the Word Vocabulary is simply using the editor to enter the text containing the words

SAMNDCA630-00094880



to be added.  Whenever a new word is entered in the TextPlus editor, a dialog box will pop up
and ask you if you want to add the word to the vocabulary.  If you tap yes, the word is added to
the vocabulary.  You can also disable the pop-up dialog box so that every new word is always
added.  It is also relatively straightforward to add a large number of words to the vocabulary by
using an existing word list or a text document containing these words.  To transfer the word list or
the text document on your desktop computer to your palm device, create a new memo using the
Palm Desktop application on your desktop, and cut and paste the word list or the text document
into the new memo.  Perform a HotSync operation and open the Memo Pad application on your
palm device.  Open the memo containing the word list and tap on the Menu icon, tap on Edit and
select Select All.  Tap on the Menu icon again, tap on Edit and select Copy.  Now open the
TextPlus application and the word list is shown in the editor.  Tap on Word and select Add All
Words in Text.  Every word in the word list is added to the vocabulary if it is not already in the
vocabulary.

## 4.3  Adding Phrases to the Vocabulary

Adding phrases to the vocabulary is similar to adding words.  However, since a phrase can
contain a number of words as well as punctuation marks, the end of the phrase must be well
defined before it can be added to the Vocabulary. In any Palm applications other than TextPlus,
you can select (use the stylus to highlight) and double tap on a phrase to add it to the TextPlus
vocabulary database.  When you double tap on the phrase you should see a popup window with
options: "Add As Word", "Add As Phrase" and "Cancel". The program will remove leading and
trailing spaces in you selection automatically in case that you included them in your selection. A
phrase added in TextPlus Anywhere mode is limited to 40 characters and the phrase should not
contain any HARD RETURNs (the Graffiti Stroke '/'). If a HARD RETURN is found in your
selection, it will be replaced by a space. To add a single phrase to the vocabulary inside the
TextPlus application, simply enter it in the TextPlus editor and highlight it.  Tap on Menu icon, tap
on Phrase and select Add Selection As Phrase.  If the phrase is the only text in the editor, then it
is not necessary to highlight it.  Simply tap on the menu icon, tap on Phrase, and select Add All

SAMNDCA630-00094881



**TextPlus™ for Palm OS Version 5.5 Users Guide**

Text As Phrase.  The first character of each phrase must be a letter, but the rest of the phrase can contain any valid letters, numbers, and punctuation marks.  Therefore, it is possible to define a complete sentence as a phrase.  Currently there is a length limit on phrase - the total number of characters in a phrase can not exceed 100.  The length limit is 40 characters when you add phrases in the TextPlus Anywhere mode. To add a number of phrases to the Vocabulary, tap on the Menu icon, tap on Edit and select Select All.  Now all the text in the editor is erased.  Enter the phrases to be added in the editor, and make sure to insert a HARD RETURN after each phrase.  Note that the text wrap performed by the editor is not considered as a HARD RETURN.  Thus each phrase can be displayed on multiple lines in the editor.  To add the phrases to the Vocabulary, tap on the Menu icon, tap on Phrase and select Add Each Line as Phrase.  If you need to add a large number of phrases to the Vocabulary, you may find it is better to create it on the desktop and then transfer the phrase list to the Palm device.  You can use the Palm Desktop application to create a new memo that contains the phrase list, and perform a HotSync operation to transfer it to the Memo Pad application on the Palm device.  After you have copied and pasted the phrase list into the TextPlus editor, tap on the Menu icon, tap on Phrase and select Add Each Line as Phrase.  Again, a HARD RETURN is required at the end of each phrase.

## 4.4  Setting the Vocabulary Update Rate

Every time a word or a phrase is used in the composition, its frequency is increased and the amount of increase is dependent on the Vocabulary Update Rate, the value of which ranges from 0 (slowest) - 10 (fastest).  The Vocabulary Update Rate determines the relative importance of the words used recently versus the words used in the past.  In other words, the larger the Update Rate, the faster a word or phrase is considered obsolete since its last use.  Setting the Update Rate to 10 will give recently used words and phrases great advantage and they will show up in the Word List or the Phrase List immediately after their first use.  Setting the Update Rate to 0 will lead to a slowly evolving vocabulary - a recently added word will have to be used many times before its frequency is increased to a significant level.  The default value of Update Rate is 5, which represents a reasonable compromise between the fast adaptation to new words and the relative stability of the Vocabulary.  It is recommended that you set the Update Rate to 10 before you add any words or phrases that you think would be of great importance to you.

## 4.5  Limiting the Amount of Memory Used by the Vocabulary Database

As you add new words and phrases to the Vocabulary, the amount of memory used by the Vocabulary database increases.  Depending on the size of available memory on your Palm device, you may choose to limit the amount of total memory taken by the Vocabulary.  The memory size limit can be any value between 10 K and 999 K, and the default value is 999 K.  A very small memory limit (less than 50 K) is not recommended since this will severely reduce the number of words and phrases available for the frequency-based search.  You can check the Word Vocabulary memory size using the Word Vocabulary Info option in the Word menu, and the Phrase Vocabulary memory size using the Phrase Vocabulary Info option in the Phrase menu.  The memory limit you set in the Vocabulary option of the Options menu is the sum of the Word Vocabulary memory size and the Phrase Vocabulary memory size plus a small database overhead (about 3 K).  If a new word or phrase need to be added when the memory limit is reached, a search will take place to find a infrequently used word and the word will be removed to free up space for the new word or phrase.  The search process may be repeated if the amount of memory freed is not enough to accommodate the new word or phrase.  Therefore, if the memory

SAMNDCA630-00094882

**TextPlus™ for Palm OS Version 5.5 Users Guide**



limit is reached, you may experience some delay when you add words or phrases to the vocabulary.

## 4.6  Enable and Disable TextPlus Anywhere in Other Application



**32**

SAMNDCA630-00094883

**TextPlus<sup>TM</sup> for Palm OS Version 5.5 Users Guide**



In any applications with text field, you can double tap on any nontext region (ie, after the end of the text) to show the "Disable TextPlus" popup menu.  Please note that this menu will not show up in applications in which you have TextPlus Anywhere disabled by using the Applications Option menu.

SAMNDCA630-00094884

**TextPlus™ for Palm OS Version 5.5 Users Guide**



# 5   How to Contact Us

**Web Site**

Visit our web site at http://www.smartcell.com for general information and software upgrades.

**Questions about Your Order**

Send email to sales@smartcell.com.

**Technical Support**

Send email to support@smartcell.com.

**Comments, Suggestions, and Bug Report**

Send email to feedback@smartcell.com.

**Mailing Address**

SmartCell Technology, LLC
45 Southern Hills Dr.
Aliso Viejo, CA 92656
USA
FAX: (949)305-4657

SAMNDCA630−00094885

TextPlus<sup>TM</sup> for Palm OS Version 5.5 Users Guide



# Appendix A - SmartCell Technology LLC Software License Agreement

**By installing this software you accept all the terms and conditions of the following agreement.**

**This SmartCell Technology, LLC Software License Agreement accompanies the TextPlus(TM) (version 5.5) software product and related explanatory materials ("Software"). The term "Software" also shall include any upgrades, modified versions or updates of the Software licensed to you by SmartCell Technology,  LLC.**

**1. USE OF THE SOFTWARE**

- **You may use the Software in connection with a single computer system and for the number of users and purpose specified by SmartCell Technology, LLC. You may distribute the Software in the format as received from SmartCell Technology, LLC provided that no modifications are made to the Software.**

- **You may not distribute the License Information in any form, any copy, or any part of it to anyone else; you may not permit the use of the Software or License Information by more than the specified number of users; you may not sell, loan, rent, assign, lease or sub-license the Software or License Information or any copy or any part of it to anyone else; you may not modify, adapt, translate, reverse engineer, decompile, disassemble or otherwise attempt to discover the source code of the Software; you may not remove any copyright notice, trade mark, legend, logo or product identification of the Software or License Information.**

**2. COPYRIGHT AND TRADEMARK RIGHTS**

**The Software is owned by SmartCell Technology, LLC and its suppliers, and its structure, organization and code are the valuable trade secrets of SmartCell Technology, LLC and its suppliers. The Software also is protected by United States Copyright Law and International Treaty provisions. You may use trademarks only insofar as required to comply with Section 1 of this Agreement, in accordance with accepted trademark practice, including identification of trademark owner's name. Such use of any trademark does not give you any rights of ownership in that trademark. Except as stated above, this Agreement does not grant you any intellectual property rights in the Software.**

**3. UPGRADE**

**Upgrades of the software will be made available to you without charge by SmartCell Technology, LLC within the first twelve months after you purchase the software.  Free upgrades are not available after this twelve months maintenance period.**

**Requests to change any registration information such as Palm HotSync Username and registration code are subjected to review by SmartCell Technology, LLC.  New registration information would be given only if there is proof that errors have been made in the purchase process.  SmartCell Technology, LLC reserves the right to reject such requests if no proof is given.  No changes can be made to the registration information after the twelve months maintenance period.**

35

SAMNDCA630-00094886

**TextPlus<sup>TM</sup> for Palm OS Version 5.5 Users Guide**



**4. LIABILITY**

**SMARTCELL TECHNOLOGY, LLC AND ITS SOFTWARE SUPPLIERS, DISTRIBUTORS AND DEALERS MAKE NO REPRESENTATIONS OR WARRANTIES WHETHER EXPRESS OR IMPLIED (BY STATUTE OR OTHERWISE) RELATING TO THE PERFORMANCE, QUALITY, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OF THE SOFTWARE OR OTHERWISE AND ALL SUCH REPRESENTATIONS AND WARRANTIES ARE HEREBY SPECIFICALLY DISCLAIMED AND EXCLUDED.**

**YOU ALONE ARE ABLE TO DETERMINE WHETHER THE SOFTWARE WILL MEET YOUR REQUIREMENTS AND THE ENTIRE RISK AS TO ITS PERFORMANCE IS WITH YOU AND, SHOULD THE SOFTWARE PROVE DEFECTIVE, YOU ALONE MUST ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION AND ANY INCIDENTAL OR CONSEQUENTIAL EXPENSES. IN NO EVENT WILL SMARTCELL TECHNOLOGY, LLC, ITS SOFTWARE SUPPLIERS OR DISTRIBUTORS BE LIABLE FOR (1) DIRECT, (2) INDIRECT, (3) SPECIAL, (4) INCIDENTAL OR (5) CONSEQUENTIAL DAMAGES (INCLUDING LOSS OF PROFITS OR BUSINESS) RESULTING FROM ANY DEFECT AND OR/USE OF THE SOFTWARE, EVEN IF SMARTCELL TECHNOLOGY, LLC HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE, WHETHER DUE TO SMARTCELL TECHNOLOGY, LLC'S NEGLIGENCE, BREACH OF CONTRACT, MISREPRESENTATION OR OTHERWISE.**

**NOTWITHSTANDING THE ABOVE, IF THERE SHOULD ARISE ANY LIABILITY ON THE PART OF SMARTCELL TECHNOLOGY, LLC BY REASON OF THE LICENSING OR USE OF THE SOFTWARE OR OTHERWISE, WHETHER DUE TO SMARTCELL TECHNOLOGY, LLC'S NEGLIGENCE, BREACH OF CONTRACT, MISREPRESENTATION OR OTHERWISE SUCH LIABILITY SHALL UNDER NO CIRCUMSTANCES EXCEED THE PRICE PAID BY YOU FOR THE LICENSE TO USE THE SOFTWARE OR AT THE ELECTION OF SMARTCELL TECHNOLOGY, LLC THE COST OF REPAIR OR REPLACEMENT OF THE DEFECTIVE SOFTWARE BY SMARTCELL TECHNOLOGY, LLC.**

**YOU SHALL INDEMNIFY SMARTCELL TECHNOLOGY, LLC AGAINST ALL CLAIMS BY THIRD PARTIES (OTHER THAN CLAIMS ALLEGING BREACH BY THE SOFTWARE, AS SUPPLIED, OF A THIRD PARTY'S COPYRIGHT, PATENT OR OTHER INTELLECTUAL PROPERTY RIGHTS) ARISING FROM THE POSSESSION OR USE OF THE SOFTWARE BY YOU OR ANYONE USING IT WITH YOUR CONSENT.**

**Some states or jurisdictions do not allow the exclusion or limitation of incidental, consequential or special damages, or the exclusion of implied warranties or limitations on how long an implied warranty may last, so the above limitations may not apply to you.**

**5. GOVERNING LAW AND GENERAL PROVISIONS**

**This Agreement will be governed by the laws of the State of California, U.S.A., excluding the application of its conflicts of law rules. This Agreement will not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded. If any part of this Agreement is found void and unenforceable, it will not affect the validity of the balance of the Agreement, which shall remain valid and enforceable according to its terms. You agree that the Software will not be shipped, transferred or exported into any country or used in any manner prohibited by the United States Export Administration Act or any other export laws, restrictions or regulations. This Agreement shall automatically terminate upon failure by you to comply with its terms. This Agreement may only be modified in writing signed by an authorized officer of SmartCell Technology, LLC.**

SAMNDCA630-00094887

**TextPlus<sup>TM</sup> for Palm OS Version 5.5 Users Guide**



**6. NOTICE TO GOVERNMENT END USERS**

**The Software and Documentation are "Commercial Items," as that term is defined at 48 C.F.R.  .101, consisting of "Commercial Computer Software" and "Commercial Computer Software Documentation," as such terms are used in 48 C.F.R.  2.212 or 48 C.F.R.  27.7202, as applicable. Consistent with 48 C.F.R.  2.212 or 48 C.F.R.  27.7202-1 through 227.7202-4, as applicable, the Commercial Computer Software and Commercial Computer Software Documentation are being licensed to U.S. Government end users (A) only as Commercial Items and (B) with only those rights as are granted to all other end users pursuant to the terms and conditions herein.**

**Copyright (c) 1999-2003, SmartCell Technology, LLC
All rights reserved.**

SAMNDCA630−00094888