# EXHIBIT K

**U.S. Patent No. 8,074,172 is anticipated by / obvious in view of USP App. Pub. 2006/0274051 to Longe et al.[1]**

The citations to portions of the above reference in this chart are exemplary only.  Samsung reserves the right to use the entirety of the reference cited in this chart to show that the asserted claims are anticipated and/or are obvious.

Longe was a prior art reference no later than April 17, 2006, as demonstrated by at least the document itself.

| U.S. Patent No. 8,074,172 | USP App. Pub. 2006/0274051 to Longe et al. |
|---|---|
| **18.**  A graphical user interface on a portable electronic device with a keyboard and a touch screen display, comprising: | Longe discloses a graphical user interface on a portable electronic device with a keyboard and a touch screen display.<br><br>"[T]he invention provides automatic correction for keyboards such as those implemented on a virtual keyboard, gesture-based keyboard, and the like, using word-level analysis to resolve inaccuracies, i.e., sloppy text entry."  Longe at ¶ [0002]. |
| (a)  a first area of the touch screen display that displays a current character string being input by a user with the keyboard; and | Longe discloses a first area of the touch screen display that displays a current character string being input by a user with the keyboard.<br><br>"Two overlapping regions are defined on the display each of which display information to the user.  An upper output text region 104 displays the text entered by the user and serves as a buffer for text input and editing."  Longe at ¶ [0169].<br><br>"When no current input sequence exists, an interaction on the Edit Word key 114 causes the system to establish a current input sequence consisting of the coordinate locations associated with the letters of the word that contains the insertion point cursor 107 or is immediately to the left of this cursor in the output text region 104.  The result is that this word is pulled in to the system creating a word choice list in which the word appears both as the Default word 160 and the Exact Type word 154.  In an alternate embodiment, the system establishes a current input sequence using the word containing or adjacent to the insertion point cursor as soon as the user begins a new series of interactions with the auto-correcting keyboard region, appending the new interactions to the established current input sequence."  Longe at ¶ [0181]. |

---

[1]  Longe is prior art under 35 U.S.C. § 102(e) based on its filing date.

| U.S. Patent No. 8,074,172 | USP App. Pub. 2006/0274051 to Longe et al. |
|---|---|
|  | "In another embodiment, the word-choice list is horizontal with words placed side-by-side in one or more lines, displayed in a convenient area such as along the bottom of the application text area or projected along the top of the virtual keyboard.  In another embodiment, an indication near each word or word stem in the list may cue the user that completions based on that word stem may be displayed and selected by means of a designated selection input applied to the list entry.  The subsequent pop-up word choice list shows only words incorporating the word stem and may, in turn, indicate further completions.  A word may be selected or extended via any of the methods described herein, adjusting appropriately for the horizontal versus vertical orientation."  Longe at ¶ [0232]. |
| (b)  a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; wherein; | Longe discloses a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string.<br><br>"A word choice list region 150, which in a preferred embodiment shown in FIG. 1B is super-imposed on top of the text region 104, provides a list of words and other interpretations corresponding to the keystroke sequence entered by the user."  Longe at ¶ [0169].<br><br>*See also* Figure 5A of Longe.  Region 150 shows the first area of the touch screen displaying the character string being input by the user.  In particular, the user input is shown in the top portion of this region, i.e., at 515.  Region 150 is superimposed on the top of the text display region. |

| U.S. Patent No. 8,074,172 | USP App. Pub. 2006/0274051 to Longe et al. |
|---|---|
|  | <br>Longe, Fig. 1B.<br><br>"When no current input sequence exists, an interaction on the Edit Word key 114 causes the system to establish a current input sequence consisting of the coordinate locations associated with the letters of the word that contains the insertion point cursor 107 or is immediately to the left of this cursor in the output text region 104.  The result is that this word is pulled in to the system creating a word choice list in which the word appears both as the Default word 160 and the Exact Type word 154.  In an alternate embodiment, the system establishes a current input sequence using the word containing or adjacent to the insertion point cursor as soon as the user begins a new series of interactions with the auto-correcting keyboard region, appending the new interactions to the |

- 3 -

| U.S. Patent No. 8,074,172 | USP App. Pub. 2006/0274051 to Longe et al. |
|---|---|
|  | established current input sequence."  Longe at ¶ [0181].<br><br>"In another embodiment, the word-choice list is horizontal with words placed side-by-side in one or more lines, displayed in a convenient area such as along the bottom of the application text area or projected along the top of the virtual keyboard.  In another embodiment, an indication near each word or word stem in the list may cue the user that completions based on that word stem may be displayed and selected by means of a designated selection input applied to the list entry.  The subsequent pop-up word choice list shows only words incorporating the word stem and may, in turn, indicate further completions.  A word may be selected or extended via any of the methods described herein, adjusting appropriately for the horizontal versus vertical orientation."  Longe at ¶ [0232]. |
| (c)  the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | Longe discloses the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.<br><br>*See* claim 18(a) and (b).<br><br>"Similarly, if a word choice list was displayed prior to contacting the Space key 110 or the Return key 118, the Default word 160 is flushed to the output text region 104 prior to generating a single space or carriage return character, respectively."  Longe at ¶ [0180].<br><br>"FIG. 5E shows the next keystroke at 550, in the region designated as the 'space' key.  The space key is outside of the auto-correcting keyboard region 106, and thus can be unambiguously associated with a specific function.  The space key acts to accept the default word 'text' 541 and enters the word 'text' 542 in the output region 104 at the insertion point 107 in the text being generated where the cursor was last positioned."  Longe at ¶ [0246].<br><br>"Decision block 41030 determines if the function $F_{col}$ consists of replacing the input sequence with a new set of x/y locations of the word selected, which in the preferred embodiment shown in FIG. 1B, corresponds to an x/y location to the right of column marker 172.  If so, block 41032 replaces the input sequence with the sequence of x/y locations corresponding to the characters of the selected word and at block 41034 a new word choice list is generated as shown in FIG. 4B."  Longe |

| U.S. Patent No. 8,074,172 | USP App. Pub. 2006/0274051 to Longe et al. |
|---|---|
| | at ¶ [0231]; *see also* Fig. 4J.<br><br>Longe discloses displaying a "current character string" both in a text region 104 and in a word choice list, two different areas. When a space key acts to accept a replacement word and output it to an input region, it replaces the string in the input region. Longe thus discloses "the current character string in the first area is replaced". |
| (d) the current character string in the first area is replaced with the suggested replacement character string if the user performs a gesture on the suggested replacement character string in the second area; and | Longe discloses the current character string in the first area is replaced with the suggested replacement character string if the user performs a gesture on the suggested replacement character string in the second area.<br><br>*See* claim 18(a) and (b).<br><br>This word may then be selected in the usual manner by, for example, touching it in the word selection list." Longe at ¶ [0178].<br><br>"Decision block 41030 determines if the function $F_{col}$ consists of replacing the input sequence with a new set of x/y locations of the word selected, which in the preferred embodiment shown in FIG. 1B, corresponds to an x/y location to the right of column marker 172. If so, block 41032 replaces the input sequence with the sequence of x/y locations corresponding to the characters of the selected word and at block 41034 a new word choice list is generated as shown in FIG. 4B." Longe at ¶ [0231]; *see also* Fig. 4J.<br><br>Longe discloses displaying a "current character string" both in a text region 104 and in a word choice list, two different areas. When a gesture acts to accept a replacement word and output it to an input region, it replaces the string in the input region. Longe thus discloses "the current character string in the first area is replaced". |
| (e) the current character string in the first area is kept if the user performs a gesture in the second area on the current character string or the portion | Longe discloses the current character string in the first area is kept if the user performs a gesture in the second area on the current character string or the portion thereof displayed in the second area.<br><br>*See* claim 18(a) and (b). |

| U.S. Patent No. 8,074,172 | USP App. Pub. 2006/0274051 to Longe et al. |
|---|---|
| thereof displayed in the second area. | "[A] word is constructed by identifying the character nearest each interaction point and composing a word consisting of the sequence of identified characters.  This 'Exact Type' word is then presented as a word choice in the selection list.  This word may then be selected in the usual manner by, for example, touching it in the word selection list."  Longe at ¶ [0178].<br><br>Longe discloses displaying a "current character string" both in a text region 104 and in a word choice list, two different areas.  When a gesture acts to accept an Exact Type word and output it to an input region, it keeps the string in the input region.  Longe thus discloses "the current character string in the first area is replaced". |
|  |  |
| **19.**  A portable electronic device, comprising: | *See* claim 18 preamble. |
| (a)  a touch screen display; | Longe discloses a touch screen display.<br><br>"The virtual keyboard 202 and the display 203 are coupled to a processor 201 through appropriate interfacing circuitry."  Longe at ¶ [0183]. |
| (b)  one or more processors; | Longe discloses one or more processors.<br><br>"The virtual keyboard 202 and the display 203 are coupled to a processor 201 through appropriate interfacing circuitry."  Longe at ¶ [0183]. |
| (c)  memory; and | Longe discloses memory.<br><br>"Processor 201 is coupled to a memory 210."  Longe at ¶ [0183]. |
| (d)  one or more programs, | Longe discloses one or more programs.<br><br>"Memory 210 contains all software routines to govern system operation."  Longe at ¶ [0183]. |
| (e)  wherein the one or more programs are stored in the memory and configured to be executed by the one or more | Longe discloses the one or more programs are stored in the memory and configured to be executed by the one or more processors.<br><br>"Processor 201 is coupled to a memory 210."  Longe at ¶ [0183].. |

| U.S. Patent No. 8,074,172 | USP App. Pub. 2006/0274051 to Longe et al. |
|---|---|
| processors, one or more programs including: | "Memory 210 contains all software routines to govern system operation."  Longe at ¶ [0183]. |
| (f)  instructions for displaying, in a first area of the touch screen display, a current character string being input by a user with the keyboard; | *See* claim 18(a). |
| (g)  instructions for displaying, in a second area of the touch screen display separate from the first area, the current character string and a suggested replacement character string for the current character string; | *See* claim 18(b). |
| (h)  instructions for replacing the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | *See* claim 18(c). |
| (i)  instructions for replacing the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | *See* claim 18(d). |

| U.S. Patent No. 8,074,172 | USP App. Pub. 2006/0274051 to Longe et al. |
|---|---|
| (j) instructions for keeping the current character string in the first area if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | *See* claim 18(e). |
| | |
| **27.** A portable electronic device, comprising: | *See* claim 18 preamble. |
| (a) one or more processors; | *See* claim 19(b). |
| (b) a touch screen display; and | *See* claim 19(a). |
| (c) computer readable memory comprising instructions that, when executed by the one or more processors, perform operations comprising: | *See* claim 19(c) and (d). |
| (d) receiving a plurality of user inputs of characters through the keyboard, and | Longe discloses receiving a plurality of user inputs of characters through a keyboard.<br><br>"Text is generated using the keyboard system via keystrokes on the auto-correcting keyboard 106." Longe at ¶ [0169]. |
| (e) displaying a current character string as input by the user, displaying a suggested replacement character string for the current character string; | Longe discloses displaying a current character string as input by the user, displaying a suggested replacement character string for the current character string.<br><br>"A word choice list region 150, which in a preferred embodiment shown in FIG. 1B is super-imposed on top of the text region 104, provides a list of words and other interpretations corresponding to the keystroke sequence entered by the user." Longe at ¶ [0169]. |

| U.S. Patent No. 8,074,172 | USP App. Pub. 2006/0274051 to Longe et al. |
|---|---|
| | Longe, Fig. 1B. |
| (f) while both the current character string and the suggested replacement string are displayed, receiving a further user input through a punctuation mark key of the keyboard, and | Longe discloses while both the current character string and the suggested replacement string are displayed, receiving a further user input through a punctuation mark key of the keyboard.<br><br>"The Symbols Mode key 116, the Alternate Letter Mode key 120, and the Numeric Mode key 122 each cause a corresponding keyboard of punctuation and symbols, alphabetic letters, and numeric digits, respectively, to appear on the display screen. The user can then select the desired character or characters from the displayed keyboard." Longe at ¶ [0180]. |
| (g) in response to the further user input, replacing the | Longe discloses in response to the further user input, replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the |

| U.S. Patent No. 8,074,172 | USP App. Pub. 2006/0274051 to Longe et al. |
|---|---|
| current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to the punctuation mark key through which the further user input was received. | replacement character string, the punctuation mark corresponding to the punctuation mark key through which the further user input was received.<br><br>*See* claim 18(a) and (b).<br><br>"The Symbols Mode key 116, the Alternate Letter Mode key 120, and the Numeric Mode key 122 each cause a corresponding keyboard of punctuation and symbols, alphabetic letters, and numeric digits, respectively, to appear on the display screen.  The user can then select the desired character or characters from the displayed keyboard.  If a word choice list was displayed prior to displaying such an alternate keyboard, the selection of any character from the displayed alternate keyboard causes the Default word of the previously displayed word choice list to be output to the output text region 104 prior to outputting the selected character from the alternate keyboard." Longe at ¶ [0180].<br><br>"Decision block 41030 determines if the function $F_{col}$ consists of replacing the input sequence with a new set of x/y locations of the word selected, which in the preferred embodiment shown in FIG. 1B, corresponds to an x/y location to the right of column marker 172.  If so, block 41032 replaces the input sequence with the sequence of x/y locations corresponding to the characters of the selected word and at block 41034 a new word choice list is generated as shown in FIG. 4B."  Longe at ¶ [0231]; *see also* Fig. 4J.<br><br>Longe discloses displaying a "current character string" both in a text region 104 and in a word choice list, two different areas.  When a punctuation key acts to accept a replacement word and output it to an input region, it replaces the string in the input region.  Longe thus discloses "replacing the current character string". |