# EXHIBIT L

**U.S. Patent No. 8,074,172 is anticipated by / obvious in view of USP 6,801,190 to Robinson et al.[1]**

The citations to portions of the above reference in this chart are exemplary only.  Samsung reserves the right to use the entirety of the reference cited in this chart to show that the asserted claims are anticipated and/or are obvious.

Robinson was a prior art reference no later than October 5, 2004, as demonstrated by at least the document itself.

| U.S. Patent No. 8,074,172 | USP 6,801,190 to Robinson et al. |
|---|---|
| **18.** A graphical user interface on a portable electronic device with a keyboard and a touch screen display, comprising: | Robinson discloses a graphical user interface on a portable electronic device with a keyboard and a touch screen display.<br><br>"This invention is in the field of keypad input preferably for small electronic devices."  Robinson, col. 1:14-16. |
| (a) a first area of the touch screen display that displays a current character string being input by a user with the keyboard; and | Robinson discloses a first area of the touch screen display that displays a current character string being input by a user with the keyboard.<br><br>"Two overlapping regions are defined on the display each of which displays information to the user.  An upper output text region 104 displays the text entered by the user and serves as a buffer for text input and editing."  Robinson, col. 16:56-58.<br><br>"When no current input sequence exists, a contact on the Edit Word key 114 causes the system to establish a current input sequence consisting of the coordinate locations associated with the letters of the word that contains the insertion point cursor 107 or is immediately to the left of this cursor in the output text region 104.  The result is that this word is 'pulled in' to the system creating a word choice list in which the word appears both as the Default word 160 and the Exact Type word 154."  Robinson, col. 19:48-56. |
| (b) a second area of the touch screen display separate from the first area that displays the current character string or a | Robinson discloses a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string. |

---

[1] The Robinson patent is prior art under 35 U.S.C. § 102(b) based on its publication date.

| U.S. Patent No. 8,074,172 | USP 6,801,190 to Robinson et al. |
|---|---|
| portion thereof and a suggested replacement character string for the current character string; wherein; | "A word choice list region 150, which in a preferred embodiment shown in FIG. 1B is superimposed on top of the text region 104, provides a list of words and other interpretations." Robinson, col. 16:58-60.<br><br>*See also* Figure 5A of Robinson. Region 150 shows the first area of the touch screen displaying the character string being input by the user. In particular, the user input is shown in the top portion of this region, i.e., at 515. Region 150 is superimposed on the top of the text display region.<br><br>Robinson, Fig. 1B. |

| U.S. Patent No. 8,074,172 | USP 6,801,190 to Robinson et al. |
|---|---|
|  | "When no current input sequence exists, a contact on the Edit Word key 114 causes the system to establish a current input sequence consisting of the coordinate locations associated with the letters of the word that contains the insertion point cursor 107 or is immediately to the left of this cursor in the output text region 104.  The result is that this word is 'pulled in' to the system creating a word choice list in which the word appears both as the Default word 160 and the Exact Type word 154."  Robinson, col. 19:48-56. |
| (c)  the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | Robinson discloses the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.

*See* claim 18(a) and (b).

"Similarly, if a word choice list was displayed prior to contacting the Space key 110 or the Return key 118, the Default word 160 is flushed to the output text region 104 prior to generating a single space or carriage return character, respectively."  Robinson, col. 19:33-37.

"FIG. 5E shows the next keystroke at 550, in the region designated as the 'space' key.  The space key is outside of the auto-correcting keyboard region 106, and thus can be unambiguously associated with a specific function.  The space key acts to accept the default word 'text' 541 and enters the word 'text' 542 in the output region 104 at the insertion point 107 in the text being generated where the cursor was last positioned."  Robinson, col. 34:32-39.

"Decision block 41030 determines if the function $F_{col}$ consists of replacing the input sequence with a new set of x/y locations of the word selected, which in the preferred embodiment shown in FIG. 1B, corresponds to an x/y location to the right of column marker 172.  If so, block 41032 replaces the input sequence with the sequence of x/y locations corresponding to the characters of the selected word and at block 41034 a new word choice list is generated as shown in FIG. 4B"  Robinson, col. 31:16-24; *see also* Fig. 4J.

Robinson discloses displaying a "current character string" both in a text region 104 and in a word choice list, two different areas.  When a space key acts to accept a replacement word and output it to an input region, it replaces the string in the input region.  Robinson thus discloses "the current |

| U.S. Patent No. 8,074,172 | USP 6,801,190 to Robinson et al. |
|---|---|
| | character string in the first area is replaced". |
| (d)  the current character string in the first area is replaced with the suggested replacement character string if the user performs a gesture on the suggested replacement character string in the second area; and | Robinson discloses the current character string in the first area is replaced with the suggested replacement character string if the user performs a gesture on the suggested replacement character string in the second area.<br><br>*See* claim 18(a) and (b).<br><br>"The present invention provides a process and system (i.e., apparatus or device having the inventive software within) wherein the user is presented with one or more alternative interpretations of each keystroke sequence corresponding to a word such that the user can easily select the desired interpretation, and wherein no special action need be taken to select the interpretation deemed most likely."  Robinson, col. 13:39-45.<br><br>Robinson discloses "perform[ing] a gesture on … [a] string".  .In the discussion of Figure 5D in col. 34:29-31, Robinson describes how the current character string ("rwzt") is an option for selection, i.e., a gesture for selecting it can be made.  Given that Robinson is concerned with touch-sensitive panels, such selection calls for touching the list of suggested replacements directly on the touch-screen.<br><br>"Decision block 41030 determines if the function $F_{col}$ consists of replacing the input sequence with a new set of x/y locations of the word selected, which in the preferred embodiment shown in FIG. 1B, corresponds to an x/y location to the right of column marker 172.  If so, block 41032 replaces the input sequence with the sequence of x/y locations corresponding to the characters of the selected word and at block 41034 a new word choice list is generated as shown in FIG. 4B" Robinson, col. 31:16-24; *see also* Fig. 4J.<br><br>Robinson discloses displaying a "current character string" both in a text region 104 and in a word choice list, two different areas.  When a gesture acts to accept a replacement word and output it to an input region, it replaces the string in the input region.  Robinson thus discloses "the current character string in the first area is replaced". |
| (e)  the current character string | Robinson discloses the current character string in the first area is kept if the user performs a gesture |

| U.S. Patent No. 8,074,172 | USP 6,801,190 to Robinson et al. |
|---|---|
| in the first area is kept if the user performs a gesture in the second area on the current character string or the portion thereof displayed in the second area. | in the second area on the current character string or the portion thereof displayed in the second area.<br><br>*See* claim 18(a) and (b).<br><br>"The 'Exact Type' word 154 shows the sequence of letters closest to the actual contact points of the input sequence, whether or not these correspond to any word in any vocabulary module.  In the example shown in FIG. 1B, the Exact Type word 'rwzt' does not correspond to an English word.  In a preferred embodiment, selecting the Exact Type word for output results in the automatic addition of that word to the appropriate vocabulary module if it is not already included."  Robinson, col. 19:5-13.<br><br>Robinson discloses "perform[ing] a gesture on … [a] string". .In the discussion of Figure 5D in col. 34:29-31, Robinson describes how the current character string ("rwzt") is an option for selection, i.e., a gesture for selecting it can be made.  Given that Robinson is concerned with touch-sensitive panels, such selection calls for touching the list of suggested replacements directly on the touch-screen.<br><br>Robinson discloses displaying a "current character string" both in a text region 104 and in a word choice list, two different areas.  When a gesture acts to accept an Exact Type word and output it to an input region, it keeps the string in the input region.  Robinson thus discloses "the current character string in the first area is replaced". |
| | |
| **19.**  A portable electronic device, comprising: | *See* claim 18 preamble. |
| (a)  a touch screen display; | Robinson discloses a touch screen display.<br><br>"The touch screen 202 and the display 203 are coupled to a processor 201 through appropriate interfacing circuitry."  Robinson, col. 19:58-60. |
| (b)  one or more processors; | Robinson discloses one or more processors. |

| U.S. Patent No. 8,074,172 | USP 6,801,190 to Robinson et al. |
|---|---|
|  | "The touch screen 202 and the display 203 are coupled to a processor 201 through appropriate interfacing circuitry."  Robinson, col. 19:58-60. |
| (c)  memory; and | Robinson discloses memory.<br><br>"Processor 201 is coupled to a memory 210."  Robinson, col. 19:63-64. |
| (d)  one or more programs, | Robinson discloses one or more programs.<br><br>"Memory 210 contains all software routines to govern system operation."  Robinson, cols. 19:67 – 20:2. |
| (e)  wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, one or more programs including: | Robinson discloses the one or more programs are stored in the memory and configured to be executed by the one or more processors.<br><br>"Processor 201 is coupled to a memory 210."  Robinson, col. 19:63-64.<br><br>"Memory 210 contains all software routines to govern system operation."  Robinson, cols. 19:67 – 20:2. |
| (f)  instructions for displaying, in a first area of the touch screen display, a current character string being input by a user with the keyboard; | *See* claim 18(a). |
| (g)  instructions for displaying, in a second area of the touch screen display separate from the first area, the current character string and a suggested replacement character string for the current character string; | *See* claim 18(b). |
| (h)  instructions for replacing | *See* claim 18(c). |

| U.S. Patent No. 8,074,172 | USP 6,801,190 to Robinson et al. |
|---|---|
| the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | |
| (i) instructions for replacing the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | *See* claim 18(d). |
| (j) instructions for keeping the current character string in the first area if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | *See* claim 18(e). |
| | |
| **27.** A portable electronic device, comprising: | *See* claim 18 preamble. |
| (a) one or more processors; | *See* claim 19(b). |
| (b) a touch screen display; and | *See* claim 19(a). |
| (c) computer readable memory comprising instructions that, when | *See* claim 19(c) and (d). |

| U.S. Patent No. 8,074,172 | USP 6,801,190 to Robinson et al. |
|---|---|
| executed by the one or more processors, perform operations comprising: | |
| (d)  receiving a plurality of user inputs of characters through the keyboard, and | Robinson discloses receiving a plurality of user inputs of characters through a keyboard.<br><br>"FIG. 1B shows a preferred embodiment of a word choice list 150 that is displayed after the user has entered a sequence of keystrokes within the auto-correcting keyboard region 106."  Robinson, col. 18:65-67. |
| (e)  displaying a current character string as input by the user, displaying a suggested replacement character string for the current character string; | Robinson discloses displaying a current character string as input by the user, displaying a suggested replacement character string for the current character string.<br><br>"A word choice list region 150, which in a preferred embodiment shown in FIG. 1B is super-imposed on top of the text region 104, provides a list of words and other interpretations."  Robinson, col. 16:58-60. |

| U.S. Patent No. 8,074,172 | USP 6,801,190 to Robinson et al. |
|---|---|
| | Robinson, Fig. 1B. |
| (f) while both the current character string and the suggested replacement string are displayed, receiving a further user input through a punctuation mark key of the keyboard, and | Robinson discloses while both the current character string and the suggested replacement string are displayed, receiving a further user input through a punctuation mark key of the keyboard.<br><br>"The Symbols Mode key 116, the Alternate Letter Mode key 120, and the Numeric Mode key 122 each cause a corresponding keyboard of punctuation and symbols, alphabetic letters, and numeric digits, respectively, to appear on the display screen. The user can then select the desired character or characters from the displayed keyboard." Robinson, col. 19:22-27. |
| (g) in response to the further user input, replacing the | Robinson discloses in response to the further user input, replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the |

| U.S. Patent No. 8,074,172 | USP 6,801,190 to Robinson et al. |
|---|---|
| current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to the punctuation mark key through which the further user input was received. | replacement character string, the punctuation mark corresponding to the punctuation mark key through which the further user input was received.<br><br>*See* claim 18(a) and (b).<br><br>"The Symbols Mode key 116, the Alternate Letter Mode key 120, and the Numeric Mode key 122 each cause a corresponding keyboard of punctuation and symbols, alphabetic letters, and numeric digits, respectively, to appear on the display screen. The user can then select the desired character or characters from the displayed keyboard. If a word choice list was displayed prior to displaying such an alternate keyboard, the selection of any character from the displayed alternate keyboard causes the Default word of the previously displayed word choice list to be output to the output text region 104 prior to outputting the selected character from the alternate keyboard." Robinson, col. 19:22-33.<br><br>"Decision block 41030 determines if the function $F_{col}$ consists of replacing the input sequence with a new set of x/y locations of the word selected, which in the preferred embodiment shown in FIG. 1B, corresponds to an x/y location to the right of column marker 172. If so, block 41032 replaces the input sequence with the sequence of x/y locations corresponding to the characters of the selected word and at block 41034 a new word choice list is generated as shown in FIG. 4B" Robinson, col. 31:16-24; *see also* Fig. 4J.<br><br>Robinson discloses displaying a "current character string" both in a text region 104 and in a word choice list, two different areas. When a punctuation key acts to accept a replacement word and output it to an input region, it replaces the string in the input region. Robinson thus discloses "replacing the current character string". |