# EXHIBIT M

**U.S. Patent No. 8,074,172 is anticipated by / obvious in view of**
***TextPlus™ for the Palm OS Version 5.5 Users Guide* (Aug. 31, 2004)[1]**

The citations to portions of the above reference in this chart are exemplary only. Samsung reserves the right to use the entirety of the reference cited in this chart to show that the asserted claims are anticipated and/or are obvious.

*TextPlus™ for the Palm OS Version 5.5 Users Guide* ("*TextPlus User's Guide*") was a printed publication no later than August 31, 2004, as demonstrated by at least the document itself.[2]

| U.S. Patent No. 8,074,172 | *TextPlus™ for the Palm OS Version 5.5 Users Guide* |
|---|---|
| **18.** A graphical user interface on a portable electronic device with a keyboard and a touch screen display, comprising: | *TextPlus User's Guide* discloses a graphical user interface on a portable electronic device with a keyboard and a touch screen display.<br><br>"TextPlus is a Palm OS enhancement that can significantly improve the speed and accuracy of text entry on your Palm device." *TextPlus User's Guide* at 4.<br><br>Palm devices are portable electronic devices with a keyboard and a touch screen display. |
| (a) a first area of the touch screen display that displays a current character string being input by a user with the keyboard; and | *TextPlus User's Guide* discloses a first area of the touch screen display that displays a current character string being input by a user with the keyboard.<br><br>*TextPlus User's Guide* discloses a first area (see area highlighted in red, below) which displays a character string being input by a user.<br><br>"If the Auto Complete option is selected, the shortest word in the Current Word List is shown at the current cursor location." *TextPlus User's Guide* at 9. |

1 TextPlus is prior art under 35 U.S.C. § 102(b) based on its publication date.

2 TextPlus for Palm OS Version 5.5 is available for download at http://download.cnet.com/TextPlus/3000-2072_4-10186495.html. *TextPlus User's Guide* is contained within the downloadable archive, and is dated August 31, 2004.

| U.S. Patent No. 8,074,172 | *TextPlus™ for the Palm OS Version 5.5 Users Guide* |
|---|---|
| | *TextPlus User's Guide* at 9. |
| (b) a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string;<br>wherein; | *TextPlus User's Guide* discloses a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string.<br><br>*TextPlus User's Guide* discloses a second area separate from the first area (see areas highlighted in orange, below) which displays suggested replacement strings for the current user string. |

| **U.S. Patent No. 8,074,172** | ***TextPlus™ for the Palm OS Version 5.5 Users Guide*** |
|---|---|
| | *TextPlus User's Guide* at 9.<br><br>"Since only two phrases can be displayed at the same time, it is possible that none of the two phrases displayed in the Phrase List is the desired phrase, but one or both of them has the same starting word as the desired phrase. Instead of entering all the letters for the starting word, you should tap on the arrow (Move to the next word) icon at the right hand side of the Phrase List and the starting word is automatically entered at the current cursor location." *TextPlus Users Guide* at 10.<br><br>Thus, if a typed string is recognized as a word that is part of a phrase, it is displayed as a first word of a phrase. The phrases list thus displays the current character string or a portion thereof.<br><br>To the extent *TextPlus User's Guide* does not disclose a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof, it would have been obvious to one of ordinary skill in the art to modify the disclosure of *TextPlus User's Guide* to utilize a second area of the touch screen display separate from the first area that displays |

| U.S. Patent No. 8,074,172 | *TextPlus™ for the Palm OS Version 5.5 Users Guide* |
| --- | --- |
| | the current character string or a portion thereof. One of ordinary skill would have been motivated by the additional improvement in speed and accuracy of text entry that would come from allowing the user to select the word they are currently typing from the provided list instead of requiring the user to click elsewhere when a word is typed as the user intended, but is not in the dictionary.<br><br>In addition, *Comparison of three leading text completion software* discloses that TextPlus 3.0 had the capability to display the current character string both in the text entry area and the word suggestion area (see blue highlighting, below). *Comparison of three leading text completion software* (Nov. 12, 1999), http://www.deepwave.net/articles/palm/palm_textcomp/. To the extent that any particular feature was not in every version of TextPlus, one of ordinary skill would have been motivated to combine the *TextPlus User's Guide* with earlier versions of TextPlus. |
| (c) the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | *TextPlus User's Guide* discloses the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter<br><br>"If the word is the word you want to enter, enter a space or any punctuation marks and the word is automatically entered." *TextPlus User's Guide* at 9.<br><br>Thus, when a user depresses the spacebar the current character string is replaced with the suggested character string, and a space is appended. A space is a delimiter. |
| (d) the current character string | *TextPlus User's Guide* discloses the current character string in the first area is replaced with the |

| U.S. Patent No. 8,074,172 | *TextPlus™ for the Palm OS Version 5.5 Users Guide* |
|---|---|
| in the first area is replaced with the suggested replacement character string if the user performs a gesture on the suggested replacement character string in the second area; and | suggested replacement character string if the user performs a gesture on the suggested replacement character string in the second area.<br><br>"If the word or phrase you want to enter is displayed in the Word List or the Phrase List, tap on the word or phrase and it will be automatically inserted at the current cursor location." *TextPlus Users Guide* at 9. |
| (e) the current character string in the first area is kept if the user performs a gesture in the second area on the current character string or the portion thereof displayed in the second area. | *TextPlus User's Guide* discloses the current character string in the first area is kept if the user performs a gesture in the second area on the current character string or the portion thereof displayed in the second area<br><br>"Otherwise, keep on entering the rest of the word until the desired word is shown in the Word List. If you have already finished entering the word, enter a Graffiti command shortcut '/' to stop Auto Complete." *TextPlus Users Guide* at 9-10.<br><br>"Since only two phrases can be displayed at the same time, it is possible that none of the two phrases displayed in the Phrase List is the desired phrase, but one or both of them has the same starting word as the desired phrase. Instead of entering all the letters for the starting word, you should tap on the arrow (Move to the next word) icon at the right hand side of the Phrase List and the starting word is automatically entered at the current cursor location." *TextPlus Users Guide* at 10.<br><br>A user tapping on the arrow to the right of a phrase therefore causes the current word to be kept. For example, if the user has already typed "More", the phrase list contains "More likely" and "More than" (see above). Tapping the arrow next to either of these choices keeps the word "More" and inserts a space, advancing to the next word.<br><br>It would have been obvious to one of ordinary skill in the art to modify the disclosure of *TextPlus User's Guide* such that the current character string in the first area is kept if the user performs a gesture in the second area on the current character string or the portion thereof. One of ordinary |

| **U.S. Patent No. 8,074,172** | ***TextPlus™ for the Palm OS Version 5.5 Users Guide*** |
|---|---|
| | skill would have been motivated by the additional improvement in speed and accuracy of text entry that would come from allowing the user to select the word they are currently typing from the provided list, even though it is not found in the TextPlus dictionary.<br><br>In addition, *Comparison of three leading text completion software* discloses that TextPlus 3.0 had the capability to display the current character string both in the text entry area and the word suggestion area (see blue highlighting, below). That word could be kept by selecting it with a gesture. *Comparison of three leading text completion software* (Nov. 12, 1999), http://www.deepwave.net/articles/palm/palm_textcomp/. To the extent that any particular feature was not in every version of TextPlus, one of ordinary skill would have been motivated to combine the *TextPlus User's Guide* with earlier versions of TextPlus. |
| | |
| **19.** A portable electronic device, comprising: | *See* claim 18 preamble. |
| (a) a touch screen display; | *TextPlus User's Guide* discloses a touch screen display.<br><br>Palm devices have touch screen displays. |
| (b) one or more processors; | *TextPlus User's Guide* discloses one or more processors.<br><br>Palm devices have a processor. |
| (c) memory; and | *TextPlus User's Guide* discloses memory. |

| U.S. Patent No. 8,074,172 | *TextPlus™ for the Palm OS Version 5.5 Users Guide* |
|---|---|
| | Palm devices have memory. |
| (d) one or more programs, | *TextPlus User's Guide* discloses one or more programs.<br><br>Palm devices have programs, such as TextPlus. |
| (e) wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, one or more programs including: | *TextPlus User's Guide* discloses one or more programs are stored in the memory and configured to be executed by the one or more processors.<br><br>Palm devices store programs, such as TextPlus, in memory. These programs are executed by the Palm devices' processors. |
| (f) instructions for displaying, in a first area of the touch screen display, a current character string being input by a user with the keyboard; | *See* claim 18(a). |
| (g) instructions for displaying, in a second area of the touch screen display separate from the first area, the current character string and a suggested replacement character string for the current character string; | *See* claim 18(b). |
| (h) instructions for replacing the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | *See* claim 18(c). |

| U.S. Patent No. 8,074,172 | *TextPlus™ for the Palm OS Version 5.5 Users Guide* |
|---|---|
| (i) instructions for replacing the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | *See* claim 18(d). |
| (j) instructions for keeping the current character string in the first area if the user performs a second gesture in the second area on the current character string or the portion thereof displayed in the second area. | *See* claim 18(e). |
| | |
| **27.** A portable electronic device, comprising: | *See* claim 18 preamble. |
| (a) one or more processors; | *See* claim 19(b). |
| (b) a touch screen display; and | *See* claim 19(a). |
| (c) computer readable memory comprising instructions that, when executed by the one or more processors, perform operations comprising: | *See* claim 19(c) and (d). |
| (d) receiving a plurality of user inputs of characters through the keyboard, and | *TextPlus User's Guide* discloses receiving a plurality of user inputs of characters through the keyboard. |

| U.S. Patent No. 8,074,172 | *TextPlus™ for the Palm OS Version 5.5 Users Guide* |
|---|---|
| | "[Y]ou can always use the keyboard to enter your selection." *TextPlus Users Guide* at 10.<br><br>Palm devices have keyboards for receiving user inputs. TextPlus receives a plurality of user inputs through a keyboard or a touch screen. |
| (e) displaying a current character string as input by the user, displaying a suggested replacement character string for the current character string; | *TextPlus User's Guide* discloses displaying a current character string as input by the user, displaying a suggested replacement character string for the current character string<br><br>*TextPlus User's Guide* discloses displaying a current character string (here, "M"). *TextPlus User's Guide* also discloses displaying a suggested replacement character string for the current character string (here, "More").<br><br>TextPlus<br>any distribution of the software.<br>Copyright 1999-2002, SmartCell Technology, LLC<br>More<br>More likely<br>More than<br>More Make<br>My Me<br>May Most<br>Many Marketing<br>*TextPlus User's Guide* at 9. |
| (f) while both the current character string and the suggested replacement string are displayed, receiving a further user input through a | *TextPlus User's Guide* discloses while both the current character string and the suggested replacement string are displayed, receiving a further user input through a punctuation mark key of the keyboard.<br><br>"If the word is the word you want to enter, enter a space or any punctuation marks and the word is |

| U.S. Patent No. 8,074,172 | *TextPlus™ for the Palm OS Version 5.5 Users Guide* |
| --- | --- |
| punctuation mark key of the keyboard, and | automatically entered." *TextPlus User's Guide* at 9. |
| (g) in response to the further user input, replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to the punctuation mark key through which the further user input was received. | *TextPlus User's Guide* discloses replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to the punctuation mark key through which the further user input was received.<br><br>"If the word is the word you want to enter, enter a space or any punctuation marks and the word is automatically entered." *TextPlus User's Guide* at 9. |