# EXHIBIT N

**U.S. Patent No. 8,074,172 is obvious in view of USP 5,953,541 to King et al.[1]**

The citations to portions of the above reference in this chart are exemplary only.  Samsung reserves the right to use the entirety of the reference cited in this chart to show that the asserted claims are anticipated and/or are obvious.

King was a prior art reference no later than September 14, 1999, as demonstrated by at least the document itself.

| U.S. Patent No. 8,074,172 | USP 5,953,541 to King et al. |
|---|---|
| **18.** A graphical user interface on a portable electronic device with a keyboard and a touch screen display, comprising: | King discloses a graphical user interface on a portable electronic device with a keyboard and a touch screen display.<br><br>"Portable computer 52 contains a reduced keyboard 54 implemented on a touchscreen display 53." King, col. 8:48-49. |
| (a)  a first area of the touch screen display that displays a current character string being input by a user with the keyboard; and | King discloses a first area of the touch screen display that displays a current character string being input by a user with the keyboard. |

---

[1] The King patent is prior art under 35 U.S.C. § 102(b) based on its publication date.

| U.S. Patent No. 8,074,172 | USP 5,953,541 to King et al. |
|---|---|
|  | King Fig. 1A.<br><br>In Fig. 1A, the inputted characters "age" (interpreted by the word vocabulary module upon keys ABC GHI and DEF being typed) appears in text region 66 of the display. *See* King, col. 27:11-12; Fig. 1A; *see also* Fig. 5B.<br><br>King thus discloses displaying a current character string in a first area, as indicated by position 88 in the text area 66. |
| (b)  a second area of the touch screen display separate from | King discloses a second area of the touch screen display separate from the first area that displays the current character string or a portion thereof and a suggested replacement character string for the |

- 2 -

| U.S. Patent No. 8,074,172 | USP 5,953,541 to King et al. |
|---|---|
| the first area that displays the current character string or a portion thereof and a suggested replacement character string for the current character string; wherein; | current character string.<br><br>"A selection list 76 of possible interpretations of the entered keystrokes is provided to the user in the selection list region 70."  King, col. 9:60-62; *see also* Fig. 1A. |
| (c)  the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | "Choosing a character from Symbols mode generates an explicit and unambiguous character. Generating such a character has the effect of implicitly accepting the current provisionally accepted text for output at the insertion point."  King, col. 22:30-33; *see also* Fig. 1D.<br><br>"Furthermore, whenever the system is in a mode such as this explicit Numeric mode in which a keystroke on one of the data keys 56 results in the selection of an unambiguous character which is to be output to the text area, any object in the selection list which is implicitly or explicitly selected at the time of the keystroke is first output to the text area at the insertion point 88."  King, col. 12:60-67.<br><br>To the extent that King does not disclose the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter, it would have been obvious to modify the disclosure of King such that the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  The selection list in King already indicates which string is provisionally accepted through the use of a solid-line box, *see* col. 27:22-28, and one of ordinary skill would have been motivated to update the text area only when provisionally accepted text is actually accepted by the user.<br><br>To the extent King does not disclose the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter, it would have been obvious to combine King with references disclosing the current character string in the first area is replaced with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter.  For example, *TextPlus$^{TM}$ for the* |

| U.S. Patent No. 8,074,172 | USP 5,953,541 to King et al. |
|---|---|
| | *Palm OS Users Guide* discloses "enter a space or any punctuation marks and the word is automatically entered." *TextPlus Users Guide* at 9. |
| (d)  the current character string in the first area is replaced with the suggested replacement character string if the user performs a gesture on the suggested replacement character string in the second area; and | King discloses the current character string in the first area is replaced with the suggested replacement character string if the user performs a gesture on the suggested replacement character string in the second area.<br><br>"Alternatively, following entry of the keystroke sequence corresponding to the desired word, the user may select the desired word from the selection list simply by touching it."  King, col. 11:20-23.<br><br>"In FIG. 5J, the user has noticed that the intended word 'aid' does not appear, and has selected the word 'age' for editing by double-tapping it.  Since the word 'age' has been explicitly selected, it appears in a dotted-line box both in the selection list and in the text area."  King, col. 28:25-30; *see also* Fig. 5J.<br><br>"FIG. 5K shows the result of the user tapping 'aid' which appears in the selection list in FIG. 5J.  The boxed word 'age' in the text output area is immediately replaced with the selected word 'aid', which is displayed as normal text in the output area with no special boxing or formatting."  King, col. 28:38-43; *see also* Fig. 5K. |
| (e)  the current character string in the first area is kept if the user performs a gesture in the second area on the current character string or the portion thereof displayed in the second area. | King discloses the current character string in the first area is kept if the user performs a gesture in the second area on the current character string or the portion thereof displayed in the second area.<br><br>In Fig. 1A, the inputted characters "age" (interpreted by the word vocabulary module upon keys ABC GHI and DEF being typed) appears in text region 66 of the display.  *See* King, col. 27:11-12; Fig. 1A; *see also* Fig. 5B.<br><br>"Alternatively, following entry of the keystroke sequence corresponding to the desired word, the user may select the desired word from the selection list simply by touching it."  King, col. 11:20-23.  This allows the user to keep the current character string when it appears in the selection list. |
| | |
| **19.**  A portable electronic | *See* claim 18 preamble. |

| U.S. Patent No. 8,074,172 | USP 5,953,541 to King et al. |
|---|---|
| device, comprising: | |
| (a)  a touch screen display; | King discloses a touch screen display.<br><br>"Portable computer 52 contains a reduced keyboard 54 implemented on a touchscreen display 53." King, col. 8:48-49. |
| (b)  one or more processors; | King discloses one or more processors.<br><br>"Portable computer 52 contains a reduced keyboard 54 implemented on a touchscreen display 53." King, col. 8:48-49.  The implementation of such a touch screen display and keyboard requires the presence of one or more processors. |
| (c)  memory; and | King discloses memory.<br><br>"Portable computer 52 contains a reduced keyboard 54 implemented on a touchscreen display 53." King, col. 8:48-49.  The implementation of such a touch screen display and keyboard requires the presence of memory |
| (d)  one or more programs, | King discloses one or more programs.<br><br>"Portable computer 52 contains a reduced keyboard 54 implemented on a touchscreen display 53." King, col. 8:48-49.  The implementation of such a touch screen display and keyboard requires the presence software embedded within the display device. |
| (e)  wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, one or more programs including: | King discloses the one or more programs are stored in the memory and configured to be executed by the one or more processors.<br><br>"Portable computer 52 contains a reduced keyboard 54 implemented on a touchscreen display 53." King, col. 8:48-49.  The implementation of such a touch screen display and keyboard requires the presence software embedded within the display device and these programs are executed by the one or more processors. |
| (f)  instructions for displaying, in a first area of the touch screen display, a current | *See* claim 18(a). |

| U.S. Patent No. 8,074,172 | USP 5,953,541 to King et al. |
|---|---|
| character string being input by a user with the keyboard; | |
| (g)  instructions for displaying, in a second area of the touch screen display separate from the first area, the current character string and a suggested replacement character string for the current character string; | *See* claim 18(b). |
| (h)  instructions for replacing the current character string in the first area with the suggested replacement character string if the user activates a key on the keyboard associated with a delimiter; | *See* claim 18(c). |
| (i)  instructions for replacing the current character string in the first area with the suggested replacement character string if the user performs a first gesture on the suggested replacement character string displayed in the second area; and | *See* claim 18(d). |
| (j)  instructions for keeping the current character string in the first area if the user performs a second gesture in the second area on the current character | *See* claim 18(e). |

| U.S. Patent No. 8,074,172 | USP 5,953,541 to King et al. |
|---|---|
| string or the portion thereof displayed in the second area. | |
| | |
| **27.** A portable electronic device, comprising: | *See* claim 18 preamble. |
| (a) one or more processors; | *See* claim 19(b). |
| (b) a touch screen display; and | *See* claim 19(a). |
| (c) computer readable memory comprising instructions that, when executed by the one or more processors, perform operations comprising: | *See* claim 19(c) and (d). |
| (d) receiving a plurality of user inputs of characters through the keyboard, and | King discloses receiving a plurality of user inputs of characters through a keyboard.  "Data is input into the disambiguation system via keystrokes on the reduced keyboard 54.  As a user enters keystroke sequences using the keyboard, text is displayed on the computer display 53." King, col. 9:11-14. |
| (e) displaying a current character string as input by the user, displaying a suggested replacement character string for the current character string; | King discloses displaying a current character string as input by the user, displaying a suggested replacement character string for the current character string. |

| U.S. Patent No. 8,074,172 | USP 5,953,541 to King et al. |
|---|---|
| | King Fig. 1A; *see also* accompanying text. |
| (f) while both the current character string and the suggested replacement string are displayed, receiving a further user input through a punctuation mark key of the | King discloses while both the current character string and the suggested replacement string are displayed, receiving a further user input through a punctuation mark key of the keyboard.<br><br>"When entering text, the reduced keyboard disambiguating system 54 allows punctuation to be entered using several techniques. All punctuation marks and symbols, including those that are used less often, are accessible from a system menu that is displayed in 'Symbols Mode.'"  King, col |

| U.S. Patent No. 8,074,172 | USP 5,953,541 to King et al. |
|---|---|
| keyboard, and | 21:40-44. |
| (g) in response to the further user input, replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to the punctuation mark key through which the further user input was received. | "Choosing a character from Symbols mode generates an explicit and unambiguous character. Generating such a character has the effect of implicitly accepting the current provisionally accepted text for output at the insertion point."  King, col. 22:30-33; *see also* Fig. 1D.<br><br>"This allows the user to easily generate a word and immediately follow it with a character such as a comma, period, or hyphen."  King, col. 22:36-38.<br><br>To the extent that King does not disclose replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to the punctuation mark key through which the further user input was received, it would have been obvious to modify the disclosure of King to include replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to the punctuation mark key through which the further user input was received.  The selection list in King already indicates which string is provisionally accepted through the use of a solid-line box, *see* col. 27:22-28, and one of ordinary skill would have been motivated to update the text area only when provisionally accepted text is actually accepted by the user.<br><br>To the extent King does not disclose replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to the punctuation mark key through which the further user input was received, it would have been obvious to combine King with references disclosing replacing the current character string with the suggested replacement character string, and appending a punctuation mark at the end of the replacement character string, the punctuation mark corresponding to the punctuation mark key through which the further user input was received.  For example, *TextPlus$^{TM}$ for the Palm OS Users Guide* discloses "enter a space or any punctuation marks and the word is automatically entered."  *TextPlus Users Guide* at 9. |