# EXHIBIT R



US 20060206815A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: **US 2006/0206815 A1**
Pathiyal et al. (43) Pub. Date: **Sep. 14, 2006**

(54) **HANDHELD ELECTRONIC DEVICE HAVING IMPROVED WORD CORRECTION, AND ASSOCIATED METHOD**

(76) Inventors: **Krishna K. Pathiyal**, Waterloo (CA); **Jason T. Griffin**, Kitchener (CA)

Correspondence Address:
ECKERT SEAMANS CHERIN & MELLOTT
600 GRANT STREET
44TH FLOOR
PITTSBURGH, PA 15219

(21) Appl. No.: **11/075,386**

(22) Filed: **Mar. 8, 2005**

**Publication Classification**

(51) Int. Cl.
   *G06F   17/00*   (2006.01)

(52) U.S. Cl. .............................................................. 715/533

(57) **ABSTRACT**

A method of replacing a first word in a text component displayed by an electronic device, such as a handheld electronic device, that employs a text disambiguation function, wherein the first word resulted from a key depression sequence previously input into the electronic device. The text disambiguation function caused the electronic device to display a list of proposed words based on the key depression sequence when the key depression sequence was input into the electronic device. The method includes receiving an identification of the first word in the text component, such as by placing a cursor in proximity to the first word, displaying the list of proposed words on the electronic device, receiving an indication of a selected one of the proposed words, and replacing the first word with the selected one of the proposed words in the text component. Also, a handheld electronic device that implements the method.



SAMNDCA630-00094505



FIG.1

FIG.2

SAMNDCA630-00094506



FIG.3

FIG.5

FIG.6

FIG.7

SAMNDCA630-00094507



FIG.4

SAMNDCA630-00094508

# HANDHELD ELECTRONIC DEVICE HAVING IMPROVED WORD CORRECTION, AND ASSOCIATED METHOD

## BACKGROUND OF THE INVENTION

[0001]   1. Field of the Invention

[0002]   The invention relates generally to electronic devices employing a text disambiguation function, and, more particularly, to a handheld electronic device having improved word correction capabilities. The invention also relates to a method of quickly and easily correcting a word being input into a handheld electronic device that employs a text disambiguation function.

[0003]   2. Background Information

[0004]   Numerous types of handheld electronic devices are known. Examples of such handheld electronic devices include, for instance, personal data assistants (PDAs), hand-held computers, two-way pagers, cellular telephones, and the like. Many handheld electronic devices also feature wireless communication capability, although many such handheld electronic devices are stand-alone devices that are functional without communication with other devices.

[0005]   Such handheld electronic devices are generally intended to be portable, and thus are of a relatively compact configuration in which keys and other input structures often perform multiple functions under certain circumstances or may otherwise have multiple aspects or features assigned thereto. With advances in technology, handheld electronic devices are built to have progressively smaller form factors yet have progressively greater numbers of applications and features resident thereon. As a practical matter, the keys of a keypad can only be reduced to a certain small size before the keys become relatively unusable. In order to enable text entry, however, a keypad must be capable of entering all twenty-six letters of the Roman alphabet, for instance, as well as appropriate punctuation and other symbols.

[0006]   One way of providing numerous letters in a small space has been to provide a "reduced keyboard" in which multiple letters, symbols, and/or digits, and the like, are assigned to any given key. For example, a touch-tone telephone includes a reduced keyboard by providing twelve keys, of which ten have digits thereon, and of these ten keys, eight have Roman letters assigned thereto. For instance, one of the keys includes the digit "2" as well as the letters "A", "B", and "C". Since a single actuation of such a key potentially could be intended by the user to refer to any of the letters "A", "B", and "C", and potentially could also be intended to refer to the digit "2", the input (by actuation of the key) generally is an ambiguous input and is in need of some type of disambiguation in order to be useful for text entry purposes. Other known reduced keyboards have included other arrangements of keys, letters, symbols, digits, and the like. One example of a reduced keyboard is the keypad **24** forming a part of the handheld electronic device **4** shown in **FIG. 1** and described in greater detail herein. Keypad **24** is what is known as a reduced QWERTY keyboard.

[0007]   In order to enable a user to make use of the multiple letters, digits, and the like on any given key in an ambiguous keyboard, numerous keystroke interpretation systems have been provided. For instance, a "multi-tap" system allows a user to substantially unambiguously specify a particular character on a key by pressing the same key a number of times equivalent to the position of the desired character on the key. For example, on the aforementioned telephone key that includes the letters "ABC", if the user desires to specify the letter "C", the user will press the key three times. Similarly, on the aforementioned keypad **24**, if the user desires to specify the letter "C", the user will press the key that includes "CV7" once, and if the user desires to specify the letter "l", the user will press the key that includes "UI3" two times.

[0008]   Another exemplary keystroke interpretation system would include key chording, of which various types exist. For instance, a particular character can be entered by pressing two keys in succession or by pressing and holding a first key while pressing a second key. Still another exemplary keystroke interpretation system would be a "press-and-hold/press-and-release" interpretation function in which a given key provides a first result if the key is pressed and immediately released, and provides a second result if the key is pressed and held for a short period of time.

[0009]   Another keystroke interpretation system that has been employed is a software-based text disambiguation function. In such a system, a user typically presses keys to which one or more characters have been assigned, generally pressing each key one time for each desired letter, and the disambiguation software attempts to predict the intended input. Numerous such systems have been proposed. One example of such a system is disclosed in commonly owned U.S. patent application Ser. No. 10/931,281, entitled "Handheld Electronic Device With Text Disambiguation," the disclosure of which is incorporated herein by reference. As is known, many such systems display an output component as the user is typing (pressing keys) that includes a list of possible intended inputs (i.e., what the user intended while typing) that are generated by the disambiguation software. For example, **FIG. 1** shows a display **60** that may be provided by the disambiguation software system described in the aforementioned commonly owned U.S. patent application Ser. No. 10/931,281. As described in greater detail herein, **FIG. 1** shows an exemplary output **64** being depicted on the display **60** that includes a text component **68** and a variant component **72**. The variant component **72** includes a default portion **76** and a variant portion **80**. The variant component **72** represents a list of possible intended inputs as generated by the disambiguation software. A user may select one of the items listed in the variant component **72** for inclusion in the final text component **68**.

[0010]   Although such text disambiguation systems are, in operation, typically quite accurate, it is unavoidable that at times an incorrect word will be inserted into the text by the disambiguation software during the entry of text. In many situations, the correct word may have been provided in the list of possible intended inputs generated by the disambiguation system, and was, for some reason, overlooked by the user. For example, as demonstrated in **FIG. 3**, the operation of a disambiguation system in connection with a key depression sequence intended to input the text "This is a test." may result in the input of the text "This us a test." Obviously, this error will need to be corrected by a user in order for the text to make sense. One problem with current disambiguation systems is that the deletion of an incorrect word and subsequent replacement thereof with the correct word requires

SAMNDCA630-00094509

an undue number of keystrokes or other similar input apparatus actuations. For example, referring to **FIG. 3**, the replacement of the word "us" with the word "is" would, with a device such as is shown in **FIG. 1**, require the following steps: (1) returning the cursor (item **84** in **FIG. 3**) to the end of the word "us," (2) deleting the word "us" through the use of a backspace key, (3) reentry of the word "is" using the disambiguation software (i.e., depression of the keys that include "i" and "s"), and (4) selection of the word "is" from the displayed output component that lists the possible intended inputs as determined by the disambiguation software. This sequence may require as many as six or more keystrokes and/or other input apparatus actuations and, as a result, is time consuming and inconvenient to the user.

[0011] Thus, a method is needed for electronic devices that employ text disambiguation software that simplifies and shortens the procedure required to replace an incorrect word generated by the disambiguation software.

SUMMARY OF THE INVENTION

[0012] An improved handheld electronic device and an associated method provide simplified replacement of an incorrect word generated by text disambiguation software with a correct word. The number of keystrokes or other input apparatus actuations is reduced, thereby saving time and avoiding frustration.

[0013] These and other aspects of the invention are provided by a method of replacing a first word in a text component displayed by an electronic device, such as a handheld electronic device, that employs a text disambiguation function, wherein the first word resulted from a key depression sequence previously input into the electronic device. The text disambiguation function caused the electronic device to display a list of proposed words based on the key depression sequence when the key depression sequence was input into the electronic device. The list is stored by the electronic device for subsequent use as described herein. The method includes receiving an identification of the first word in the text component, such as by placing a cursor in proximity to the first word, displaying the previously generated list of proposed words on the electronic device, receiving an indication of a selected one of the proposed words, and replacing the first word with the selected one of the proposed words in the text component.

[0014] The method may further include changing the appearance of the first word following the receipt of the identification of the first word to distinguish the first word from the other words in the text component. The method may also display the proposed words in an order wherein the first word (the word being replaced) appears at the end of the list of proposed words. In one embodiment, the method further includes determining whether a trigger has been activated, wherein the list of proposed words is displayed only if the trigger is determined to have been activated. The trigger may be a depression of one or more keys or a cursor being placed in proximity to the first word in the text component for at least a predetermined amount of time.

[0015] The invention also relates to a handheld electronic device that includes a keyboard having a plurality of keys, a display, a processor, and a memory. The display displays a current text component having a plurality of words. Also, the memory stores a plurality of routines executable by the processor. A first one or more of the routines implements a text disambiguation function, wherein the text disambiguation function previously caused the display to display a list of proposed words based on a depression of a plurality of the keys. A second one or more of the routines is adapted to receive an identification of a first one of the plurality of words, cause the display to display the previously generated list of proposed words, receive an indication of a selected one of the proposed words, and replace the first one of the plurality of words with the selected one of the proposed words in the text component.

BRIEF DESCRIPTION OF THE DRAWINGS

[0016] A full understanding of the invention can be gained from the following Description of the Preferred Embodiments when read in conjunction with the accompanying drawings in which:

[0017] **FIG. 1** is a front view of an improved handheld electronic device in accordance with the invention;

[0018] **FIG. 2** is a block diagram of the handheld electronic device of **FIG. 1**;

[0019] **FIGS. 3, 5, 6** and **7** are exemplary outputs provided on a display of the handheld electronic device of **FIG. 1**; and

[0020] **FIG. 4** is a flowchart showing a routine for automatically replacing a word in an output provided on a display of the handheld electronic device of **FIG. 1** according to the invention.

[0021] Similar numerals refer to similar parts throughout the specification.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

[0022] An improved handheld electronic device **4** is indicated generally in **FIG. 1** and is depicted schematically in **FIG. 2**. The exemplary handheld electronic device **4** includes a housing **6** upon which are disposed a processor unit that includes an input apparatus **8**, an output apparatus **12**, a processor **16**, and a memory **20**. The processor **16** may be, for instance, and without limitation, a microprocessor (µP) and is responsive to inputs from the input apparatus **8** and provides output signals to the output apparatus **12**. The processor **16** also interfaces with the memory **20**. Examples of handheld electronic devices are included in U.S. Pat. Nos. 6,452,588 and 6,489,950, the disclosures of which are incorporated by reference herein.

[0023] As can be understood from **FIG. 1**, the input apparatus **8** includes a keypad **24** and a thumbwheel **32**. The keypad **24** is in the exemplary form of a reduced QWERTY keyboard including a plurality of keys **28** that serve as input members. It is noted, however, that the keypad **24** may be of other reduced configurations, such as a reduced AZERTY keyboard, a reduced QWERTZ keyboard, or other keyboard arrangement, whether presently known or unknown. In this regard, the expression "reduced" and variations thereof, in the context of a keyboard, such as a keypad or other arrangement of input members, shall refer broadly to an arrangement in which at least one of the input members has assigned thereto a plurality of characters within a given set, such as a plurality of letters, for example, in the set of Roman letters, for example, thereby rendering ambiguous an

SAMNDCA630-00094510

intended result of an actuation of the at least one of the input members. In addition, as used herein, the expression "key" and variations thereof shall refer broadly to any of a variety of input members such as buttons, switches, and the like without limitation.

[0024] In this regard, and as will be set forth below in greater detail, the system architecture of the handheld electronic device **4** advantageously is organized to be operable independent of the specific layout of the keypad **24**. Accordingly, the system architecture of the handheld electronic device **4** can be employed in conjunction with virtually any keyboard layout substantially without requiring any meaningful change in the system architecture.

[0025] The keys **28** are disposed on a front face of the housing **6**, and the thumbwheel **32** is disposed at a side of the housing **6**. The thumbwheel **32** can serve as another input member and is both rotatable, as is indicated by the arrow **34**, to provide selection inputs to the processor **16**, and also can be pressed in a direction generally toward the housing **6**, as is indicated by the arrow **38**, to provide another selection input to the processor **16**.

[0026] Among the keys **28** of the keypad **24** are a <NEXT> key **40** and an <ENTER> key **44**. The <NEXT> key **40** can be pressed to provide a selection input to the processor **16** and provides substantially the same selection input as is provided by a rotational input of the thumbwheel **32**. Since the <NEXT> key **40** is provided adjacent a number of the other keys **28** of the keypad **24**, the user can provide a selection input to the processor **16** substantially without moving the user's hands away from the keypad **24** during a text entry operation. As seen in **FIG. 1**, the <NEXT> key **40** additionally and advantageously includes a graphic **42** disposed thereon, and in certain circumstances the output apparatus **12** also displays a displayed graphic **46** thereon to identify the <NEXT> key **40** as being able to provide a selection input to the processor **16**. In this regard, the displayed graphic **46** of the output apparatus **12** is substantially similar to the graphic **42** on the <NEXT> key and thus identifies the <NEXT> key **40** as being capable of providing a desirable selection input to the processor **16**.

[0027] As can further be seen in **FIG. 1**, many of the keys **28** include a number of characters **48** disposed thereon. As employed herein, the expression "a number of" and variations thereof shall refer broadly to any quantity, including a quantity of one, and in certain circumstances herein can also refer to a quantity of zero. In the exemplary depiction of the keypad **24**, many of the keys **28** include two or more characters, such as including a first character **52** and a second character **56** assigned thereto. It is understood that the expression "characters" shall broadly be construed to include letters, digits, symbols and the like and can additionally include ideographic characters, components thereof, other linguistic elements, and the like. The keys **28** having one or more characters **48** or other linguistic elements can be considered to be linguistic input members.

[0028] One of the keys **28** of the keypad **24** includes as the characters **48** thereof the letters "Q" and "W", and an adjacent key **28** includes as the characters **48** thereof the letters "E" and "R". It can be seen that the arrangement of the characters **48** on the keys **28** of the keypad **24** is generally of a QWERTY arrangement, albeit with many of the keys **28** including two of the characters **48**.

[0029] The memory **20** is depicted schematically in **FIG. 2**. The memory **20** can be any of a variety of types of internal and/or external storage media such as, without limitation, RAM, ROM, EPROM(s), EEPROM(s), and the like that provide a storage register for data storage such as in the fashion of an internal storage area of a computer, and can be volatile memory or nonvolatile memory. The memory **20** additionally includes a number of routines depicted generally with the numeral **22** for the processing of data. The routines **22**, executable by the processor **16**, can be in any of a variety of forms such as, without limitation, software, firmware, and the like. The routines **22** include a software-based text disambiguation function as described elsewhere herein as an application, as well as other routines. In the preferred embodiment, the software-based text disambiguation function is as described in commonly owned U.S. patent application Ser. No. 10/931,281, entitled "Handheld Electronic Device With Text Disambiguation," the disclosure of which is incorporated herein by reference. In addition, the routines **22** also include a non-predictive keystroke interpretation system, such as a "multi-tap" system, that allows a user to substantially unambiguously specify a particular character **48** on a particular key **28** by pressing the same key **28** a number of times equivalent to the position of the desired character **48** on the key **28**.

[0030] The output apparatus **12** includes a display **60** upon which can be provided an output **64** according to the preferred embodiment of the invention. An exemplary output **64** is depicted on the display **60** in **FIG. 1**. The output **64** includes a text component **68** and a variant component **72**. The variant component **72** includes a default portion **76** and a variant portion **80**. The display also includes a cursor **84** that depicts generally where the next input from the input apparatus **8** will be received.

[0031] The text component **68** of the output **64** provides a depiction of the default portion **76** of the output **64** at a location on the display **60** where the text is being input. The variant component **72** is disposed generally in the vicinity of the text component **68** and provides, in addition to the default proposed output **76**, a depiction of the various alternate text choices, i.e., alternates to the default proposed output **76**, that are proposed by the text disambiguation function in response to an input sequence of key actuations of the keys **28**.

[0032] As described in detail in commonly owned U.S. patent application Ser. No. 10/931,281, entitled "Handheld Electronic Device With Text Disambiguation," the default portion **76** is proposed by the text disambiguation function as being the most likely disambiguated interpretation of the ambiguous input provided by the user. The variant portion **80** includes a predetermined quantity of alternate proposed interpretations of the same ambiguous input from which the user can select, if desired. The displayed graphic **46** typically is provided in the variant component **72** in the vicinity of the variant portion **80**, although it is understood that the displayed graphic **46** could be provided in other locations and in other fashions without departing from the concept of the invention. It is also noted that the exemplary variant component **72** is depicted herein as extending in a horizontal fashion at a position below the then text component **68**, but it is understood that numerous other arrangements could be provided without departing from the concept and scope of the invention.

SAMNDCA630-00094511

[0033] According to an aspect of the invention, handheld electronic device **4** includes a routine **22**, stored in memory **20** and executable by processor **16**, for simplifying and expediting the procedure for replacing a word forming part of a text component such as text component **68** generated by the text disambiguation function of handheld electronic device **4** that is determined by a user to be incorrect with an alternate, correct word. This routine may be used, for example, to correct the error present in **FIG. 3** as described above (to replace "us" with "is"). A flowchart depicting one embodiment of such a routine is shown in **FIG. 4**.

[0034] The routine begins at step **100**, where a determination is made as to whether a first word, which, according to the invention, is a word that the user of handheld electronic device **4** has determined to be incorrect and that the user wishes to replace with an alternate, correct word, has been identified. In the preferred embodiment, the first word is identified by the user by causing the cursor **84** to be placed in a location proximate to (e.g., next to or on top of) a character of the word as shown in **FIG. 5**. As is known, curser **84** may be selectively moved on display **60** using the input apparatus **8** and the navigational functions of handheld electronic device **4**.

[0035] If the answer at step **100** is no, then the routine returns to step **100**, where it waits for a first word (to be replaced) to be identified. If the answer at step **100** is yes, then, at step **105**, a determination is made as to whether a trigger for handheld electronic device **4** to enter an editing mode (as opposed to a navigational mode) has been activated. For example, such a trigger may be the passage of a predetermined amount of time that the first word remains identified (step **100**), or may be the depression of one or more keys **28** (or a special, dedicated key) in a predetermined manner, sequence or combination. In one embodiment, shown in **FIG. 5**, once the trigger is activated, the identified first word is distinguished from the other words in text component **68**, such as by highlighting or otherwise changing the appearance of the word (e.g., making it bold or changing its color). If the answer at step **105** is no, then the routine returns to step **100**. However, if the answer at step **105** is yes, then, at step **110**, a determination is made as to whether a list of proposed words that was previously generated by the text disambiguation function of handheld electronic device **4** when the first word was input is stored by handheld electronic device **4**, such as in memory **20**. In the preferred embodiment, that list will be the variant component **72** that was generated and displayed on display **60** when the first word was input by the user.

[0036] If the answer at step **110** is no, then the routine ends, as there is no list of words available for use in replacing the first word according to the invention, and, as a result, the user must replace the first word with the correct word manually. If the answer at step **110** is yes, then, at step **115**, the stored list of proposed words is displayed to the user, preferably in the form of variant component **72** provided on the display **60** as shown in **FIG. 5**. As seen in **FIG. 5**, variant component **72** is, in one embodiment, provided in the manner is which it was originally provided when the first word was being input, with default portion **76** (including the word "us") being listed first. In an alternate embodiment, the variant component **72** is provided on the display **60** in the manner shown in **FIG. 6**, wherein the original default portion **76** (including the word "us") is moved to the end of the listing (since it is incorrect and therefore should not be selected by the user). Next, at step **120**, a determination is made as to whether one of the listed proposed words from step **115** has been selected, such as through the use of input apparatus **8**. As seen in **FIG. 5**, the selected word is preferably distinguished form the other listed words, such as by highlighting or otherwise changing the appearance of the word (e.g., making it bold or changing its color). If the answer is no, then, at step **125**, the routine determines whether a request to exit the routine has been made (e.g., the user no longer desires to replace the first word, or the desired word is not present on the displayed list). If an exit request has been received, the routine ends, and if an exit request has not been received, the routine returns to step **115** to continue displaying the list of proposed words. If the answer at step **120** is yes, meaning that one of the listed proposed words has been selected, then, at step **130**, the first word identified in step **100** is automatically replaced in text component **68** with the selected proposed word as demonstrated in **FIG. 7**.

[0037] While specific embodiments of the invention have been described in detail, it will be appreciated by those skilled in the art that various modifications and alternatives to those details could be developed in light of the overall teachings of the disclosure. For example, while the invention has been described in connection with the a handheld electronic device that employs a text disambiguation function, it will be appreciated that the invention may also be utilized in connection with other types of electronic devices that employ a text disambiguation function, such as a personal computer or the like. Accordingly, the particular arrangements disclosed are meant to be illustrative only and not limiting as to the scope of the invention which is to be given the full breadth of the claims appended and any and all equivalents thereof.

1. A method of replacing a first word in a text component displayed by an electronic device, said first word having resulted from a key depression sequence previously input into said electronic device, said electronic device having a text disambiguation function, said text disambiguation function having caused said electronic device to display a list of proposed words based on said key depression sequence when said key depression sequence was input into said electronic device, the method comprising:

receiving an identification of said first word in said text component;

responsive to said receiving an identification step, determining whether said list of proposed words was stored in a memory by said electronic device;

responsive to said determining step, displaying said list of proposed words that is stored in said memory on said electronic device;

receiving an indication of a selected one of said proposed words;

and replacing said first word with said selected one of said proposed words in said text component.

2. The method according to claim 1, wherein said electronic device is a handheld electronic device.

3. The method according to claim 1, said text component comprising a one or more other words, said method further comprising changing the appearance of said first word

SAMNDCA630-00094512

following said step of receiving an identification of said first word to distinguish said first word from said one or more other words.

4. The method according to claim 1, said step of displaying said list of proposed words comprising displaying said proposed words in an order wherein said first word appears at an end of said list of proposed words.

5. The method according to claim 4, wherein when said list of proposed words was displayed when said key depression sequence was input into said electronic device, said proposed words appeared in a second order wherein said first word appeared at a beginning of said list of proposed words.

6. The method according to claim 1, wherein said indication comprises a placement of a cursor in proximity to said first word in said text component.

7. The method according to claim 6, further comprising determining whether said cursor remains in proximity to said first word for at least a predetermined amount of time, wherein said step of displaying said list of proposed words on said electronic device further comprises displaying said list of proposed words only if said cursor is determined to have remained in proximity to said first word for said at least a predetermined amount of time.

8. The method according to claim 1, further comprising determining whether a trigger has been activated, wherein said step of displaying said list of proposed words on said electronic device further comprises displaying said list of proposed words only if said trigger is determined to have been activated.

9. The method according to claim 8, said trigger comprising a depression of one or more keys of said electronic device.

10. The method according to claim 8, said trigger comprising a cursor being placed in proximity to said first word in said text component for at least a predetermined amount of time.

11. A handheld electronic device, comprising:

a reduced keyboard having a plurality of keys;

a display, said display currently displaying a text component having a plurality of words;

a processor and;

a memory storing a plurality of routines executable by said processor, a first one or more of said routines implementing a text disambiguation function, said text disambiguation function having previously caused said display to display a list of proposed words based on a depression of a plurality of said keys, wherein a second one or more of said routines is adapted to:

receive an identification of a first one of said plurality of words;

determinine whether said list of proposed words was stored in a memory by said electronic device;

cause said display to display said list of proposed words that is stored in said memory on said electronic device;

receive an indication of a selected one of said proposed words; and

replace said first one of said plurality of words with said selected one of said proposed words in said text component.

12. The handheld electronic device according to claim 11, said second one or more of said routines being further adapted to change the appearance of said first one of said plurality of words following receipt of said identification of said first one of said plurality of words to distinguish said first one of said plurality of words from the remaining ones of said plurality of words.

13. The handheld electronic device according to claim 11, said second one or more of said routines being further adapted to display said proposed words in an order wherein said first one of said plurality of words appears at an end of said list of proposed words.

14. The handheld electronic device according to claim 13, wherein when said list of proposed words was displayed based on said depression of a plurality of said keys, said proposed words appeared in a second order wherein said first one of said plurality of words appeared at a beginning of said list of proposed words.

15. The handheld electronic device according to claim 11, wherein said indication comprises a placement of a cursor in proximity to said first one of said plurality of words in said text component.

16. The handheld electronic device according to claim 15, said second one or more routines being further adapted to determine whether said cursor remains in proximity to said first one of said plurality of words for at least a predetermined amount of time, and to cause said display to display said list of proposed words only if said cursor is determined to have remained in proximity to said first one of said plurality of words for said at least a predetermined amount of time.

17. The handheld electronic device according to claim 11, said second one or more of said routines being further adapted to determine whether a trigger has been activated, and to cause said display to display said list of proposed words only if said trigger is determined to have been activated.

18. The handheld electronic device according to claim 17, said trigger comprising a depression of one or more of said key keys.

19. The handheld electronic device according to claim 17, said trigger comprising a cursor being placed in proximity to said first one of said plurality of words in said text component for at least a predetermined amount of time.

* * * * *