# EXHIBIT 14

1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
2 | charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
3 | kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
4 | San Francisco, California 94111
Telephone: (415) 875-6600
5 | Facsimile: (415) 875-6700

6 | Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
7 | Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
8 | 555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
9 | Telephone: (650) 801-5000
Facsimile: (650) 801-5100
10
William C. Price (Bar No. 108542)
11 | williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
12 | patrickshields@quinnemanuel.com
865 S. Figueroa St., 10th Floor
13 | Los Angeles, California 90017
Telephone: (213) 443-3000
14 | Facsimile: (213) 443-3100

15 | Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
16 | AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF CATHERINE PLAISANT** |

## I.  INTRODUCTION

1.  My name is Catherine Plaisant. I am currently the Associate Director of Research of the Human-Computer Interaction Lab (HCIL) of the University of Maryland Institute for Advanced Computer Studies. This declaration reflects my personal knowledge and, if called as a witness, I could and would testify competently to the matters I explain below.

2.  I earned a Doctorat d'Ingenieur degree in France in 1982 and have written over 100 refereed technical publications on various human-computer interaction systems. I co-authored the 4th and 5th Editions of Designing the User Interface, one of the major texts on the topic of human-computer interaction (HCI), with Dr. Ben Shneiderman. I have attached a full and accurate copy of my CV hereto as Exhibit A.

3.  From August 1987 to March 1990, I worked as a Research Associate at HCIL; from April 1990 to June 2000 I was employed as an Assistant Research Scientist at HCIL. During the late 80's and early 90's I extensively researched alternative user-input devices, such as touschscreen interfaces for home automation and public access systems.

4.  The HCIL was established in 1983, and was the country's first HCI lab. The HCIL is widely-known as one of the innovation leaders in the field of HCI. Most recently, Ben Bederson was elected to the CHI Academy, recognized as an ACM distinguished scientist, and was the winner of the SIGCHI Social Impact Award. Ben Shneiderman was elected to the National Academy of Engineering in 2010, and received the lifetime achievement award from ACM SIGCHI and the CHI Academy. Amy Karlson and Ben Bederson won the Brian Shackel Award for making an "outstanding contribution with international impact in the field of HCI in 2007 for their paper "ThumbSpace: Generalized One-Handed Input for Touchscreen-Based Mobile Devices" in the Proceedings of INTERACT 2007. Ben Shneiderman won the IEEE Book Award for 2003 for his book, <u>Leonardo's Laptop: Human Needs and the New Computing Technologies.</u> Professor Allison Druin was nominated by the White House and confirmed by the U.S. Senate for the National Commission on Libraries and Information Science, (2003). Additionally, the HCIL has received significant press coverage for its developments in user

interface design and HCI since the early 1990s. I have attached hereto an incomplete list of some of the awards and accolades from recent HCIL faculty as Exhibit B.

5. HCIL often partners with industry, and we have had many visitors from well-known technology companies. Apple had a long history with the HCIL. Apple supported the HCIL with numerous grants from 1988 to 1993. In 1988 they contributed roughly $40,000 to the HCIL, and from June 1989 to May 1990 they contributed an additional $20,000 for "Do What I Did Interfaces." Furthermore, from 1991-1992 Apple donated $32,000 in funding or equipment for a graduate fellowship for user interface programming. Apple made a $20,000 donation the next year for the same fellowship. A listing of Apple's sponsorship to the HCIL can be found on Ben Shneiderman's CV. Exhibit C

6. During Apple's sponsorship of the HCIL, Apple representatives regularly paid visits to the lab. It is our practice to show our visiting sponsors all our current projects, and during the 1988-1993 timeframe, the lab was not very large. I attest that Apple representatives were shown demonstrations of all our work during their regular visits.

7. During 1989 and 1990, I conducted a research project with Ben Shneiderman in collaboration with Custom Command Systems, Inc., which specializes in the development of home automation systems, to design a variety of user interfaces using touchscreens, including more usable toggle switches. I programmed the toggles sometime between the spring of 1989 and spring of 1990.

8. After a formal control study was conducted with Daniel Wallace from the Department of Psychology to evaluate and compare the toggles , a report was written and published as a Computer Science Department Technical Report in November 1990: "Touchscreen Toggle Switches: Push or Slide? Design issues and usability study." Exhibit D.

9. In the spring of 1991 a video was produced for the Human-Computer Interaction Lab 1991 annual symposium. The toggle switches were demonstrated during the event, and attendees (about 100 people) received a copy of a VHS videotape with all our demonstrations, including the toggles and other examples of touchscreen interaction such as tiny touchscreen

keyboards or a finger painting application.  Exhibits E(video), F (picture of video cassette distributed), and G (copy of open house documents).

10.  That same video was later submitted and accepted to the 1992 ACM SIGCHI conference.  The conference took place in May 3-7 1992 in Monterey, CA.  The conference published the video as part of issue 77 of the SIGGRAPH video review (Exhibit H), and a two-page summary appeared in the Conference Proceedings.  Exhibit I.

11.  I remember clearly that the videos were shown during the conference in a special room, but also streamed to the hotel TV channel, so most people saw the videos in their rooms.  Attendees could purchase the video, and the video was also available after the conference through ACM (www.acm.org).  I estimate number of attendees at that conference was probably more than 1000.

12.  The response to all the HCIL videos was very strong.  We would receive requests for videos roughly every week, which we mailed out in VHS format.  The video was widely disseminated and viewed within the HCI field in the early 90's and used in HCI classes.  In fact, until just a few years ago complete strangers would recognize me from having seen the 1991 toggle video.

13.  In 2004 the CHI tape was digitized and included in one of the 1st video digital libraries: the UNC Open Video project (http://www.open-video.org/details.php?videoid=8120 ) and eventually we saved our own digital copies on our webpage on August 18, 2005, and I recently uploaded it on YouTube in December 2011.

14.  I am confident that Apple was aware of the University of Maryland's work on touchscreens.  As stated above, Apple employees - including Steve Jobs - visited the HCIL lab when interface design for touchscreens was one of our major research topics . As stated, Apple provided support for HCIL graduate students from 1988 to 1993, so I am certain that Apple representatives visited the lab regularly to hear about our work during that time.

15.  The touchscreen toggle design project was funded in part by Custom Command Systems, who envisioned the usage of various touchscreen devices to control any device in the home, from lights, climate control, and door locks, to televisions, and A/V equipment.  In our

work with Custom Command we also discussed controlling home security systems with touchscreens.  However, our work was not application-specific; we were concerned solely with the evaluation of the usability of various touchscreen devices.  At the time, we contemplated the use of touchscreen toggles in portable devices, as well as non-portable devices.  At the time, clear touch sensitive surfaces could be purchased and used remotely from the computer for use on a table top or as a drawing notepad, and we used one of those devices with our finger-painting touchscreen application, Playpen.

16. Early on in our touchscreen research, we had developed a "lift-off" strategy for selection, which was used in the toggles so that if users lifted their finger before reaching the other end of a slider, rocker, or lever toggle, the toggle would snap back to the original position.

17. We also integrated audible feedback to the user to identify when a device has changed its state, playing a high pitched click sound for ON, and a low pitch click sound for off.

18. In our user study we concluded that a majority of the users generally preferred push-button sliders not only for ease of use, but possibly because users did not expect touchscreens to recognize sliding or dragging movement at the time.  However, we also found that sliding toggles were far more secure than push button toggles; the sliding movement is far less likely to be performed inadvertently because the touch had to be at the right location, in the right direction, and released at the right location.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this on April 23, 2012 in College Park, Maryland.

*[signature: Plaisant-Sch...]*

_____
Catherine Plaisant