# EXHIBIT A

# Catherine Plaisant

Human-Computer Interaction Lab
University of Maryland Institute for Advanced Computer Studies

Hornbake South Wing, Room 2117c.
University of Maryland, College Park, MD 20742

Tel: (301)405-2768
plaisant@cs.umd.edu
http://www.cs.umd.edu/hcil/members/cplaisant

## Professional experience

6/09 - present  :  Senior Research Scientist
6/00 – 6/09     :  Associate Research Scientist
1/97 – present  :  Associate Director of Research, Human-Computer Interaction Laboratory
1/96 - 1/97     :  Acting Director of HCIL
4/90 - 6/00     :  Assistant Research Scientist
8/87 - 3/90     :  Research Associate

10/82 - 4/87: Research Associate at "Centre Mondial Informatique et Ressources Humaines"
        A government funded research center in Paris, France.
    6/83 - 4/87 : Technical manager of the Research Group on "Apprentissage" (learning)
    *Design and development of educational software for reading readiness.*
    10/82 - 6/83 : Research and development in the "man-machine communications group".

## Education

Docteur Ingénieur (French diploma corresponding to a PhD in Industrial Engineering)
1982 - Université Pierre et Marie Curie - Paris VI, France.
    *Conception and Implementation of a Voice Telecommand System for Quadraplegic Users.*
Engineer, 1979, Ecole Nationale Supérieure des Arts et Métiers, Paris, France.
    *Industrial Engineering degree beyond BS level*

## HONORS

Keynote speaker for *Diagrams 2012*, (Canterbury, 2012)
Keynote speaker for *Graphics Interface*, GI'2010 (Ottawa, 2010)
Keynote speaker for *Distributed Multimedia Systems Conference*, DMS'06 (2006)
Nomination for Best Paper award: ACM/IEEE Joint Conference on Digital Libraries (2006)
Keynote speaker for the *Conference on Advanced Visual Interfaces, AVI 2004* (2004)
Keynote speaker for *Interface-Homme-Machine, IHM'04* (2004) – with Jean-Daniel Fekete

Invitation to prestigious panels:
  NVAC workshops "Illuminating the path: R&D Agenda for Visual Analytics" (2004)
  NIH/NSF Visualization Research Challenges Workshop (2004)
  National Academy of Engineering workshop on Medical Patient Record Technology (2003)

04-2012

Invention of the Year Award – UMd Office of Technology Commercialization (2000)

**Memberships**
2/09 – present : Associate member of the Center for the Advanced Study of Language
10/07 – present: Member of the Center for Information Policy and Electronic Government

**PUBLICATIONS**
H index = 9 using Web of Science       (as of 4/12 - apps.webofknowledge.com)
H index = 41 using Google Scholar     (as of 4/12 - see scHolar index at http://insitu.lri.fr/~roussel/moulinette/h/h.cgi)

**Books (2)**

Shneiderman, B. and Plaisant, C., *Designing the User Interface*, Addison-Wesley, Reading MA  -  4th Edition (2004) and 5th Edition (2009) .

Barrière, M., Cohen, R., Halfter, C.,  Naymark, J. , Plaisant, C., Stamback., C., *Les jeunes enfants, la découverte de l'écrit et l'ordinateur*, (i.e. Young children, the discovery of the written language and computers) Presse Universitaire de France, Paris (1987).

**Books chapters (10)**

10- Zhao, H., Shneiderman, B., Plaisant, C., Listening to Choropleth Maps: Interactive Sonification of Geo-referenced Data for Users with Vision Impairment, in Lazar, J. (Ed.) *Universal Usability*, John Wiley & Sons Ltd., Hoboken, NJ  (2008) 141-174

9- Shneiderman, B., Baker, H. R., Duarte, N., Haririnia, A., Klinesmith, D., Lee, H., Velikovich, L., Wanga, A., Westhoff, M., Personal Role Management: Overview and a Design Study of Email for University Students, in Kaptelinin, V., Czerwinski, M. (Eds) *Integrated Digital Work Environments: Beyond the Desktop*, MIT Press (2007) 143-170

8- Plaisant, C., Laskowski, S., Evaluation Methodologies for Visual Analytics Section 6.1, in Thomas, J., Cook, K. (Eds.) *Illuminating the Path, the Research and Development Agenda for Visual Analytics*, IEEE Press, 150-157 (2005)

7- Plaisant, C.,  Information visualization and the challenge of universal access, in *Exploring Geovisualization* (Eds, J. Dykes, A. MacEachren and M.-J. Kraak), Oxford: Elsevier, 53-82 (2005)

6- Marchionini, G., Plaisant, C., Komlodi, A., The people in digital libraries: Multifaceted approaches to assessing needs and impact, in A. Bishop, B. Buttenfield, & N. VanHouse (Eds.) *Digital Library Use: Social Practice in Design and Evaluation*, Cambridge, MA, MIT Press, (2003) 119-160.

5- Plaisant, C, Milash, B., Rose, A, Widoff, S., Shneiderman, B., LifeLines: Visualizing personal histories, in Card, S., Mackinlay, J., Shneiderman, B. (Eds) *Readings in Information Visualization: Using Vision to Think,* Morgan Kaufmann Publishers, San Francisco, CA, 287-294  (1999)

Catherine Plaisant

4- Plaisant, C., Sears, A., Touchscreen interfaces for flexible alphanumeric data entry, in *Human factors Perspectives on Human-Computer Interaction (Selection from Proceedings of Human Factors and Ergonomics Society Annual Meetings 1983-1994)* Perlman, G., Green, G., Wogalter, M. (Eds), Human Factors and Ergonomics Society, Santa-Monica CA, 261-265 (1995)

3- A. Sears, C. Plaisant and B. Shneiderman,A new era for high-precision touchscreen applications, in  Hartson H. R. and Hix D. (Eds.) *Advances in Human-Computer Interaction*, Vol. 3., Ablex, Norwood,  pp 1-33 (1993)

2- Plaisant, C., Guide to Opportunities in Volunteer Archaeology - Case study of the use of a hypertext system in a museum exhibit, in Berk E., Ed. *Hypertext/Hypermedia Handbook*, McGraw-Hill Publ. (1991), Also in Ben Shneiderman Ed. *Sparks of Innovation in Human Computer Interaction*, Ablex, Norwood, 223-229 (1993)

1- Plaisant, C., Shneiderman, B. and Battaglia J, Scheduling home-control devices: a case study of the transition from a research project to a product,  in Ben Shneiderman Ed. *Sparks of Innovation in Human Computer Interaction*,. Ablex, Norwood, 205-217 (1993)

## Edited Books (Proceedings)  (3)

3- Bertini, E., Perer, A., Plaisant, C., Santucci, G. (Eds.) *BELIV '08 Proceedings (BEyond time and errors: novel evaLuation methods for Information Visualization)*, ACM Digital Library, NewYork (2008) 98 pages.

2- Bertini, E., Plaisant, C., Santucci, G. (Eds.) *BELIV '06 Proceedings (BEyond time and errors: novel evaLuation methods for Information Visualization)*, ACM Digital Library, NewYork (2006) 92 pages.

1- Plaisant, C., *CHI' 94 (Human Factors in Computing Systems) Conference Companion*, ACM, NewYork (1994) 484 pages.

## Articles in refereed journals (39)

39- Sopan, A., Freire, M., Taieb-Maimon, M., Golbeck, J., Shneiderman, B., Shneiderman, B. Exploring Distributions: Design and Evaluation, to appear in *International Journal of Human-Computer Interaction* (2012)

38- Wongsuphasawat, K., Plaisant, C., Taieb-Maimon, M., Shneiderman, B., Querying Event Sequences by Exact Match or Similarity Search: Design and Empirical Evaluation, to appear in *Interacting with Computers* (2012)

37- Lam, H., Bertini, E., Isenberg, P., Plaisant, C., Carpendale, S., Empirical Studies in Information Visualization: Seven Scenarios. IEEE Transactions on Visualization and Computer Graphics, (online 30 Nov. 2011)

36- Kandel, S., Heer, J., Plaisant, C., Henry-Riche, N., Lee, B., et al., Research Directions for Data Wrangling: Visualizations and Transformations for Usable and Credible Data, *Information Visualization,* 10, 4 (2011) 271-288  doi: 10.1177/1473871611415994

35- Wang, T. D., Wongsuphasawat, K., Plaisant, C., and Shneiderman, B., Extracting insights from Electronic Health Records: Case studies, a visual analytics process model, and design recommendations, *Journal of Medical Systems* 35, 5 (2011), 1135-1152

34- Kang, H., Plaisant, C., Elsayed, T., Oard, D.W., Making sense of archived e-mail: Exploring the Enron collection with NetLens, *Journal of the American Society for Information Science and Technology*, 61, 4 (2010) 723 - 744

33- Henry Riche, N., Lee, B., Plaisant, C., Understanding Interactive Legends: a Comparative Evaluation with Standard Widgets, *Computer Graphics Forum* (EuroVis 2010) 29, 3, 1193-1202.

32- Delogu, F., Palmiero, M., Federici, S., Zhao, H., Plaisant, C.,  Olivetti Belardinelli, M. Non-visual exploration of geographic maps: Does sonification help? *Disability and Rehabilitation: Assistive Technology*, 5, 3 (2010) 164-174.

31- Wang, T., Plaisant, C., Shneiderman, B., Spring, N., Roseman, D., Marchand, G., Mukherjee, V., Smith, M. Temporal Summaries: Supporting Temporal Categorical Searching, Aggregation and Comparison, *IEEE Transactions on Visualization and Computer Graphics,* 15, (2009) 1049-1056.

30- Costello, L., Grinstein, G., Plaisant, C., and Scholtz, J., Advancing User-Centered Evaluation of Visual Analytic Environments through Contests, *Information Visualization,* 8, 3 (2009) 230-238

29- Bederson, B.B., Clamage, A., Plaisant, C., Enhancing In-Car Navigation Systems with Personal Experience, *Journal of the Transportation Research Board,* the National Academies, 2064 (2008) 33-42

28- Zhao, H., Plaisant, C., Shneiderman, B., Lazar, J.,  Data sonification for users with visual impairment: A case study with geo-referenced data, *ACM Transactions on Computer-Human Interaction*, ACM , 15, 1 (2008) #4

27- Plaisant, C., Fekete, J. D., Grinstein, G., Promoting Insight Based Evaluation of Visualizations: From Contest to Benchmark Repository, *IEEE Transactions on Visualization and Computer Graphics ,* 14, 1 (2008) 120-134

26- Kang, H., Plaisant, C.,  Lee B., Bederson,  B., NetLens: Iterative Exploration of Content-Actor Network Data, *Information Visualization*, 6 (2007) 18-31

25- Lee, B., Parr, C., Plaisant, C., Bederson, B. B., Veklser, V., Gray, W., Kotfila, C., Interactive Exploration of Networks with Enhanced Tree Layouts, *ACM Transactions on Visualization and Computer Graphics,* **12**, 6 (2006) 1414-1427

24- Shmueli, G., Jank, W., Aris, A., Plaisant, C., and Shneiderman, B., Exploring auction databases through interactive visualization, *Decision Support Systems* **42**, 3 (2006) 1521-1538

23- Plaisant, C., Bederson, B. B., Clamage, A., Hutchinson, H., Druin, A., Shared Family Calendars: Promoting Symmetry and Accessibility, *ACM Transactions on Computer-Human Interaction*, 13, 3 (2006) 313-346

22- Zhao, H., Smith, B. K., Norman, K., Plaisant, C., Shneiderman, B., Interactive Sonification of Choropleth Maps: Design and Evaluation, *IEEE Multimedia*, Special issue on interactive sonification 12, 2 (2005) 26-35

21- Kules, B., Kang, H., Plaisant, C., Rose, A, Shneiderman, S., Immediate Usability: A Case Study of Public Access Design for a Community Photo Library, *Interacting with Computers*, **16** (6) (2005) 1171-1193

20- Hornbaek, K., Bederson, B., Plaisant, C., Navigation Patterns and usability of zoomable user interfaces with and without overviews, *ACM Transactions on Computer-Human Interaction*, **9** (4) 362-389 (2003)

19- Tanin, E., Lotem, A., Haddadin, I., Shneiderman, B., Plaisant, C., Slaughter, L., Facilitating Network Data Exploration with Query Previews: A Study of User Performance and Preference , *Behaviour & Information Technology*, **19** (6) 393-403  (2000)

18- Greene, S., Marchionini, G., Plaisant, C., Shneiderman, B., Previews and Overviews in Digital Libraries: Designing Surrogates to Support Visual Information-Seeking, *Journal of the American Society for Information Science*, **51** (3) 380-393 (2000).

17- Greene, S., Tanin, E., Plaisant, C., Shneiderman, B., Olsen, L., Major, G., Johns, S., The end of zero-hit queries: Query previews for NASA's Global Change Master Directory,  *International Journal of Digital Libraries*, **2** (2+3), 79-90 (1999)

16- Plaisant, C., Shneiderman, B., Doan, K. and Bruns, T., Interface and data architecture for query preview in networked information systems, *ACM Transaction on Information Systems (*as Practice and Experience Paper), **17** (3), 320-341 (1999)

15- Plaisant, C., Shneiderman, B., Mushlin, R., An information architecture to support the visualization of personal histories, *Information Management and Processing*, **34** (5), 581-597 (1998)

14- Lindwarm D., Rose, A., Plaisant, C., Norman, K., Viewing personal history records: a comparison of tabular format and graphical presentation using LifeLines, *Behaviour and Information Technology* **17** (5), 249-262 (1998)

13- Marchionini, G., Plaisant, C., Komlodi, A., Interfaces and tools for the Library of Congress National Digital Library Program, *Information Processing & Management*, **34** (5) 535-555 (1998).  Note: a shorter French version appeared in *Document Numérique*. **2**(1), 1998, 53-65, Hermes, Paris. (1998)

04-2012

12- Carr, D., Plaisant, C., Hasegawa, H., Usability experiments for the redesign of a telepathology workstation, *Interacting with Computers*, **11**(1), 33-52 (1998)

11- Plaisant, C.,  Rose, A., Shneiderman, B., Vanniamparampil, A., Low effort, high payoff user interface reengineering, *IEEE Software*, **14** (4), 66-72 (1997). Note: this paper was also translated in Japanese in *Nikkei Computer* (1998)

10- Kumar, H. , Plaisant, C. and Shneiderman, B., Browsing hierarchical data with multi-level dynamic queries and pruning, *International Journal of Human-Computer Studies,* **46**, 103-124 (1997)

9- Plaisant, C., Carr, D. and Shneiderman, B., Image Browsers: Taxonomy, Guidelines, and Informal Specifications, *IEEE Software*, **12**(2), 21-32 (1995)

8- Shneiderman, B., Plaisant, C., Botafogo, R.,  Hopkins D. and Weiland, W., Designing to facilitate browsing: a look back at Hyperties workstation browser, *Hypermedia*, **3**(2), 101-118 (1991)

7- Plaisant, C. and Shneiderman B., Scheduling home control devices: Design issues and usability evaluation of four touchscreen interfaces, *Int. J. of Man-Machine Studies*,  **36**, 375-393. Academic Press, London. (1991)

6- Faloutsos, C., Lee, R., Shneiderman, B. and Plaisant, C., Incorporating string search in a hypertext system: User interface and signature file design issues, *Hypermedia*, **2**(3) 183-200. Taylor-Graham, London. (1991)

5- Furuta, R., Plaisant, C. and Shneiderman, B., Automatically transforming regularly-structured linear documents into hypertext, *Electronic Publishing: Origination, Dissemination and Design*, **2**(4), 211-229 (1990)

4- Furuta, R., Plaisant, C. and Shneiderman, B., A spectrum of automatic hypertext constructions, *Hypermedia*, **1**(2) 179-195. Taylor-Graham, London (1989)

3- Shneiderman, B., Brethauer, D., Plaisant, C. and Potter, R., Evaluating three museum installations of an hypertext system, *Journal of the American Society for Information Science*. **40**(3), 172-182 (1989)

2- Plaisant, C., and Naymark J., The computer and the pre-school child; the written language and play, *Comput. Educ.* **10**(1), 167-174 (1986)

1- Barrière, M. and Plaisant, C., Quelques effets de l'expérimentation sur la réalisation et le développement de logiciels de sensibilisation à la langue écrite (The effect of experimentation on the design and development of reading readiness software), Special Issue: Informatique et enseignement des langues, *Les amis de Sèvres*, **122**, 94-107 (1986)


**Invited journal articles (4)**

Catherine Plaisant

6- Kerren, A., Plaisant, C., Stasko, J., Introduction to the Special Issue on Information Visualization: State of the Field and New Research Directions, *Information Visualization Journal,* 10, 4 (2011)

5- Plaisant, C., Scholtz, J., Grinstein, G., Introduction to the Special Issue on Visual Analytics Evaluation, *IEEE Computer Graphics and Applications*,  29, 3 (2009) 16-17

4- Plaisant, C., North, C., Reflections on Human-Computer Interaction, Introduction to the Special Issue in Honor of Ben Shneiderman's 60th Birthday, *International Journal of Human-Computer Interaction*, -23, 3, (2007) 195-204

3- Plaisant, C., Grinstein, G., Scholtz, J., Whiting, M., Laskowski, S., O'Connell, T., Chien, L., Tat, A., Wright, W., Görg, C., Liu, Z., Parekh, N., Singhal, K., Stasko, J., Evaluating Visual Analytics:  the 2007 Visual Analytics Science and Technology Symposium Contest, *IEEE Computer Graphics and Applications*, 28, 2, 12-21 (2008)

2- Shneiderman, B., Kang, H., Kules, B., Plaisant, C., Rose, A., Rucheir, R., Design: A photo history of SIGCHI, evolution of design from personal to public, *ACM interactions* May 2002, 9, 3, 17-23 (2002)

1- Doan, K., Plaisant, C., Shneiderman, B., Bruns, B., Query Previews for Networked Information Systems: A Case Study with NASA Environmental Data , *ACM SIGMOD Record*, **26** (1), 75-81 (March 1997)


### Refereed Papers in Conference Proceedings (77)

77- Markowitz, E., Bernstam, E., Herskovic, J., Zhang, J., Shneiderman, B., Plaisant, C., Johnson, T., Medication Reconciliation: Work Domain Ontology, Prototype  Development, and a Predictive Model, AMIA Annual Symp Proc. 2011;2011:878-87

76- Tarkan, S., Plaisant, C., Shneiderman, B., Hettinger, A. Z., Reducing Missed Laboratory Results: Defining Temporal Responsibility, Generating User Interfaces for Test Process Tracking, and Retrospective Analyses to Identify Problems, AMIA Annu Symp Proc. 2011;2011:1382-91.

75- Claudino, L., Khamis, S., Liu, R., London, B., Pujara, J., Plaisant, C., Shneiderman, B., Facilitating Medication Reconciliation with Animation and Spatial layout, Proceedings of the Workshop on Interactive Healthcare Systems - WISH2011 (2011) 1-4

74- Wongsuphasawat, K., Guerra Gómez, J., Plaisant, C., Wang, T., Taieb-Maimon, M., Shneiderman, B.,  LifeFlow: Visualizing an Overview of Event Sequences, Proceedings of ACM Conference on Human Factors in Computing Systems (2011) 1747-1756

73- Ahn, J., Taieb-Maimon, M., Sopan, A., Plaisant, C., Shneiderman, B., Temporal Visualization of Social Network Dynamics: Prototypes for Nation of Neighbors, to appear in

04-2012

*Proc. International Conference on Social Computing, Behavioral-Cultural Modeling, & Prediction* (SBP11)

72- Guerra Gómez, J., Wongsuphasawat, K., Wang, T., Pack, M., Plaisant, C., Analyzing Incident Management Event Sequences with Interactive Visualization, *Proc. of the Transportation Research Board 90th annual meeting*, The National Academies, Washington, DC (2011) 1- 17

71- Wang, T. D., Plaisant, C., and Shneiderman, B., Visual information seeking in multiple Electronic Health Records: Design recommendations and a process model.  Proceedings of the 1st ACM International Informatics Symposium (2010) 46-55.

70- Freire, M., Plaisant, C., Shneiderman, B., Golbeck, J., ManyNets: An Interface for Multiple Network Analysis and Visualization, *Proceedings of the 28th international conference on Human factors in computing systems* (CHI '10). ACM, New York, NY, USA, 213-222.

69- Wang, T. D., Wongsuphasawat, K., Plaisant, C., and Shneiderman, B., Exploratory search over temporal event sequences: Novel requirements, operations, and a process model, *Proc. 3rd Workshop on Human-Computer Information Retrieval* (2009), 102-105. Available at: http://cuaslis.org/hcir2009/HCIR2009.pdf

68- Gillam, M., Shneiderman, B., Feied, C., Handler, J., Plaisant, C., Dickason, J., Moody, E., and Smith, M., The healthcare singularity and the age of semantic medicine, In, Hey, A., Tansley, S., and Tolle. K. (Editors), *The Fourth Paradigm: The Future of Information Science and Data Intensive Computing*, Microsoft Research, Redmond, WA (2009), 57-64

 67- Vuillemot, R., Clement, T., Plaisant, C., Kumar, A., What's Being Said Near "Martha"? Exploring Name Entities in Literary Text Collections, *Proc. of IEEE Visual Analytics Science and Technology Symposium* (*2009*) 107-114.

66- Clement, T., Plaisant, C., Vuillemot, R., The Story of One: Humanity Scholarship with Visualization and Text Analysis, *Abstracts of the Digital Humanities Conference (DH 2009)* 37-38.

65- Jong, C., Rajkumar, P., Siddiquie, B., Clement, T., Plaisant, C., Shneiderman, B., Interactive Exploration of Versions across Multiple Documents, Abstracts of the Digital Humanities Conference (DH 2009) 154-156.

64- Plaisant, C., Lam, S., Shneiderman, B., Smith, M., Roseman, D., Marchand, G., Gillam, M., Feied, C., Handler, J., Rappaport, H., Searching Electronic Health Records for Temporal Patterns in Patient Histories: A Case Study with Microsoft Amalga, *AMIA Annual Symposium Proceedings* (2008) 601–605.

63- Sinclair, S.,  Macdonald, A., Bouchard, M., Plouffe, M., Giacometti, A., Kumar, A., Radzikowska, M., Ruecker, S., Michura, P., Fiorentino, C., Kirschenbaum, M. and Plaisant, C., Late Nights at the Scriptorium: Interim Results from the Interface Cell of the MONK Project; *Proc. of the Canadian Digital Humanities Conference* (2008).

Catherine Plaisant

04-2012

62- Wang, T., D., Plaisant, C., Quinn, A., Stanchak, R., Shneiderman, B., and Murphy, S., Aligning Temporal Data by Sentinel Events: Discovering Patterns in Electronic Health Records. *Proc. of ACM Conference on Human Factors in Computing Systems* (2008) 457-466.

61- Bederson, B.B., Clamage, A., Plaisant, C., Enhancing In-Car Navigation Systems with Personal Experience, *Proc. of the Transportation Research Board 87th annual meeting*, The National Academies, Washington, DC (2008) 1-11

60- Don, A., Zheleva, E., Gregory, M., Tarkan, S., Auvil, L., Clement, T., Shneiderman, B., Plaisant, C., Discovering interesting usage patterns in text collections: integrating text mining with visualization, in *Proc. of ACM Conference on Information Knowledge Management* (2007) 213-222 .

59- Clement, T., Don, A., Plaisant, C., Auvil, L., Pape, G., Goren, V., 'Something that is interesting is interesting them': Using Text Mining and Visualizations to Aid Interpreting Repetition in Gertrude Stein's The Making of Americans, *Proc. of the Digital Humanities 2007 conference,* (2007) 40-44

58- Buono, P, Plaisant, C., Simeone, S., Aris, A, Shneiderman, Shmueli, G., Jank, W., Similarity-Based Forecasting with Simultaneous Previews: A River Plot Interface for Time Series Forecasting, *Proc. of the International Conference on Information Visualisation,* Zurich, Switzerland (2007) 191-196.

57- Lee, B., Plaisant, C., Parr, C., Fekete, J.-D., Henri, N., Task Taxonomy for Graph Visualization, *Proc. of BELIV'06, BEyond time and errors: novel evaLuation methods for Information Visualization, a workshop of the AVI 2006 International Working Conference*, ACM (2006) 82-86

56- Shneiderman, B., Plaisant, C., Strategies for Evaluating Information Visualization Tools: Multidimensional In-depth Long-term Case Studies, *Proc. of BELIV'06, BEyond time and errors: novel evaLuation methods for Information Visualization, a workshop of the AVI 2006 International Working Conference*, ACM (2006) 38-43

55- Kirschenbaum, M., Plaisant, C., Smith, M. N., Auvil, L., Rose, J., Yu, B., Clement, T., Undiscovered Public Knowledge: Mining for Patterns of Erotic Language in Emily Dickinson's Correspondence with Susan Huntington (Gilbert) Dickinson, *Proceedings of ALLC/ACH Digital Humanities 2006 conference,* 252-255

54- Grinstein, G., O'Connell, T., Laskowski, S., Plaisant, C., Scholtz, J., Whiting, M., The VAST 2006 Contest: A tale of Alderwood, *Proc. of IEEE Symposium* on *Visual Analytics Science and Technology* (2006) 215-216

53- Kang, H., Plaisant, C., Lee, B., , Bederson, B., NetLens: Iterative Exploration of Content-Actor Network Data, *Proc. of IEEE Symposium on Visual Analytics Science and Technology (2006)* 91-98.

52- Plaisant, C., Rose, J., Yu, B., Auvil, L., Kirschenbaum, M.G., Smith, M. N. , Clement, T., Lord, G., Exploring Erotics in Emily Dickinson's Correspondence with Text Mining and Visual

Catherine Plaisant

Interfaces, *Proc. of the 6th ACM/IEEE Joint Conference on Digital Libraries, JCDL 06,* 141-150 (nominated for Best Paper award)

51- Lee, B., Parr, C. S., Plaisant, C., Bederson, B. B., Visualizing Graphs as Trees: Plant a seed and watch it grow, *Proc. of Graph Drawing, GD 2005* (poster), Springer, Berlin (2006) 516-518

50- Plaisant, C., Shneiderman, B., Show Me! Guidelines for Producing Recorded Demonstrations, *Proc. of Proc. of 2005 IEEE Symposium on Visual Languages and Human-Centric Computing (VL/HCC'05)* 171-178 (2005)

49- Marchionini, G., Haas, S., Plaisant, C., Shneiderman, B., and Hert, C., Project Highlight: Toward a Statistical Knowledge Network, *Proc. National Conference on Digital Government Research,* http://www.dgrc.org/dgo2005  (2005) 2 pages

48- Zhao, H., Plaisant, C., Shneiderman, B., "I Hear the Pattern" - Interactive Sonification of Geographical Data Patterns, *Poster summary in ACM CHI 2005 Extended Abstracts,* (2005*)* (2 pages).

47- Eaton, C., Plaisant, C., Drizd, T., Visualizing Missing Data: Classification and Empirical Study, *Proc. of INTERACT 2005,* Springer,  861-872 (2005)

46- Aris, A., Shneiderman, B., Plaisant, C., Shmueli, G., Jank, W., Representing Unevenly-Spaced Time Series Data for Visualization and Interactive Exploration, *Proc. of INTERACT 2005,* Springer, 835-846 (2005)

45- Zhao, H., Plaisant, C., Shneiderman, B., Delogu, F., Pasqualotto, E., Palmiero, M., Belardinelli, M.O., iSonic: Interactive Sonification for Geo-referenced Data Exploration for the Vision Impaired, *Adjunct Proc. of INTERACT 2005* (demonstration) Edizioni Giuseppe Laterza , Bari, 69-72 (2005)

44- Jones, W., Czerwinski, M., Teevan, J. , Plaisant, C., Moran, T., and Dix, A., The Challenge of Personal Information Management, Panel Summary, in *Adjunct Proc. of INTERACT 2005 (2005),* Edizioni Giuseppe Laterza, Bari, *25-28.*

43- Buono, P., Aris, A., Plaisant, C., Khella, A.,  Shneiderman,  B., Interactive Pattern Search in Time Series, *Proc. of Visualization and Data Analysis, VDA 2005,* SPIE Washington 175-186 (2005)

42- Chintalapani., G.,  Plaisant, C. and Shneiderman, B., Extending the Utility of Treemaps with Flexible Hierarchy, *Proc. of the International Conference on Information Visualization*, London, 335-344 (2004)

41- Cable, J., Ordonez, J. Chintalapani, G. and Plaisant, C., Project Portfolio Earned Value Management Using Treemaps. *Proc. of the Project Management Institute Conference*, London, www.pmi.org (2004)  [also reprinted in  the Institute of Chartered Financial Analyst (ICFAI) *Executive Reference Book*, ICFAI Books (2005)]

40- Zhao, H., Plaisant, C., Shneiderman, B. Duraiswami, R., Sonification of Geo-Referenced Data for Auditory Information Seeking: Design Principle and Pilot Study, *Proc. of International Conference of Auditory Display, ICAD 2004*, (8 pages) www.icad.org (2004)

Catherine Plaisant

39- Marchionini, G., Haas, S., Plaisant, C., Shneiderman, B., and Hert, C., Project Highlight: Toward a Statistical Knowledge Network, *Proc. National Conference on Digital Government Research* (2004), 93-94, www.dgrc.org/dgo2004 (2004)

38- Kang, H., Plaisant, C., and Shneiderman, B., New Approaches to Help Users Get Started with Visual Interfaces: Multi-Layered Interfaces and Integrated Initial Guidance, *Proc. 2003 National Conference on Digital Government Research*. www.dgrc.org, 141-146 (2003)

37- Kules, W., Shneiderman, B., and Plaisant, C., Data Exploration with Paired Hierarchical Visualizations: Initial Designs of PairTrees. *Proc. 2003 National Conference on Digital Government Research*, 255-260 (2003)

36- Zhao, H., Shneiderman, B., Plaisant, C., Zotkin, D. N., Duraiswami R., Improving Accessibility and Usability of Geo-referenced Statistical Data, *Proc. 2003 National Conference on Digital Government Research,* 147-150 (2003)

35- Marchionini, G.; Haas, S.; Plaisant, C.; Shneiderman, B.; Hert, C., Toward a Statistical Knowledge Network, *Proc. 2003 National Conference on Digital Government Research*, 27-32 (2003)

34- Plaisant, C., Kang, H., and Shneiderman, B., Helping users get started with visual interfaces: multi-layered interfaces, integrated initial guidance and video demonstrations, *Proc. Human-Computer Interaction International 2003: Volume 4 Universal Access in HCI,* Lawrence Erlbaum Associates, Mahwah, NJ, 790-794 (2003)

33- Fekete, J.-D., Dang, N., Plaisant, C., Wang, D., Overlaying Graph Links on Treemaps, Poster Summary, in the *Adjunct Proceedings of IEEE Information Visualization Symposium*, InfoVis'03, 82-83 (2003)

32- Eaton, C., Plaisant, C., Drizd, T., The Challenge of Missing and Uncertain Data, Poster Summary, in the *Adjunct Proceedings of IEEE Visualization Conference*, Vis03,  40-41 (2003)

31- Plaisant, C., Chintalapani, G., Lukehart, C., Schiro, D. and Ryan, J.,Using Visualization Tools to Gain Insight Into Your Data, *Proc. of Society of Petroleum Engineering  Annual Technical Conference*, Oct. 2003, Denver, CO, www.spe.org (2003)

30- Hutchinson, H., Mackay, W., Westerlund, B., Bederson, B., Druin, A., Plaisant, C., Beaudouin-Lafon, M., Conversy, S., Evans, H., Hansen, H., Roussel, N., Eiderbäck, B., Technology probes: inspiring design for and with families, *CHI Letters*, *Proceedings on Human factors in computer systems,* 726 – 727 (2003)

29- Plaisant, C., Grosjean, J., Bederson, B., SpaceTree: Supporting Exploration in Large Node Link Tree,  Design Evolution and Empirical Evaluation, *Proc. of IEEE conference on Information Visualization*, Boston, 57-64 (2002)

28- Fekete, J. and Plaisant, C., Interactive Information Visualization of a Million Items, *Proc. of IEEE conference on Information Visualization*, Boston, 117-124 (2002)

27- Okoye, B., Ntuen, C. , Plaisant, C., A Functionalist Approach to Usability Evaluation of Adaptive Learning Environment, in *Proc. of HCI International 2001, New Orleans, LA, August 5-10* (2001)

26- Konishi, M., Plaisant, C., Shneiderman, B., Enabling Commuters to Find the Best Route: An Interface for Analyzing Driving History Logs, in *Proc. of Interact 2001, Tokyo, Japan*, 799-800 (2001)

25- Plaisant C., Bhamidipati P., Vehicle Speed Information Displays for Public Websites: A Survey of User Preferences, in digital proceedings of *Intelligent Transportation Systems ITS'2001*, www.itsa.org (2001)

24- Latham, C., Plaisant, C., Druin , A., Vice, J.M., Tracy, M., Edwards, K., Montemayor, J., Therapeutic Play with a Storytelling Robot, in *ACM CHI 2001 Conference Extended Abstracts (demonstration summary), 27-28,* ACM New York (2001)

23- Tanin, E., Plaisant, C., Shneiderman, B., Broadening Access to Large Online Databases by Generalizing Query Previews, *Proc. of the ACM Symposium on New Paradigms in Information Visualization and Manipulation - CIKM*, 80-85 (2000).

22- Plaisant, C., Druin, A., Lathan, C., Dakhane, K., Edwards, K. and Vice, J. M., A Storytelling Robot for Pediatric Rehabilitation, *Proceedings of ACM Conf. Of Assistive Technologies, ASSETS'2000,* ACM, New York , 50-55 (2000)

21- Plaisant, C., Komlodi, A., Evaluation challenges for a federation of heterogeneous information providers: The case of NASA's Earth Science Information Partnerships, *IEEE 9th Intl. Workshops on Enabling Technologies (WETICE'2000) Evaluating Collaborative Enterprises*, June 14-16, Gaithersburg, MD. IEEE, Los Alamitos, CA, 130-138 (2000)

20- Lindsay, F.E.; Townshend, J.R.G.; Jaja, J.; Humphries, J.; Plaisant, C.; Shneiderman, B., Developing the next generation of Earth science data systems: the Global Land Cover Facility *Proc. IEEE  International Geoscience and Remote Sensing Symposium*, IGARSS '99, Vol.1, 616 -618 (1999)

19- Fredrikson, A., Plaisant, C. Shneiderman, B., Temporal, Geographical and Categorical Aggregations Viewed through Coordinated Displays: A Case Study with Highway Incident Data, *Proceedings of the Workshop on New Paradigms in Information Visualization and Manipulation, NPIVM'99,* ACM, New York, 26-34 (1999)

18- Plaisant, C., Rose, A., Rubloff, G., Salter, R., Shneiderman, B., The design of history mechanisms and their use in collaborative educational simulations. *Proc. of the Computer Support for Collaborative Learning, CSCL' 99*, Palo Alto, CA, 348-359 (1999), online at http://learninglab.stanford.edu/projects/CSCL99/

17- Plaisant, C., Venkatraman, M., Ngamkajornwiwat, K., Barth, R., Harberts, B., Feng, W., Refining query previews techniques for data with multivalued attributes: The case of NASA EOSDIS, *Proc. of Advanced Digital Libraries 99 (ADL'99)*, Baltimore, May 1999, IEEE Computer Society Press,  50-59 (1999)

Catherine Plaisant

04-2012

16- Fekete, J.-D., Plaisant, C.,  Excentric labeling: Dynamic neighborhood labeling for data visualization. *Proc. of ACM Conference on Human Factors in Computing Systems, CHI '99*, ACM, New York, 512-519 (1999)

15- Plaisant, C., Tarnoff, P., Keswani, S., Rose, A., Understanding transportation management systems performance with a simulation-based learning environment. *Proc. of Conference on Intelligent Transportation Systems' 99*, ITS'99, Washington DC, ITS America, Washington DC, www.itsa.org (CD ROM proceedings) (1999)

14- Plaisant, C., Mushlin, R., Snyder, A., Li, J., Heller, D., Shneiderman, B*.,* LifeLines: Using visualization to enhance navigation and analysis of patient records, *American Medical Informatics Association 1998 Annual Fall Symposium* (Orlando, Nov. 9-11, 1998) AMIA, Bethesda MD,  76-80 (1998)

13- Li, J., Plaisant, C., Shneiderman, B., Data object and label placement for information abundant visualizations. *Proceedings of the Workshop on New Paradigms in Information Visualization and Manipulation (NPIV'98).*  In conjunction with the CIKM'98, ACM, New York. (1998)

12- Plaisant, C., Marchionini, G., Bruns, T., Komlodi, A., Campbell, L., Bringing treasures to the surface: Iterative design for the National Digital Library Program. *Proc. of ACM Conference on Human-Factors in Computing Systems CHI97*, Atlanta,  22-27 March 1997. 518-525, ACM, New-York (1997)*.*

11- Ellis, J, Rose, A., Plaisant, C., Putting visualization to work: Program-Finder for youth placement. *Proc. of ACM Conference on Human-Factors in Computing Systems CHI97*, Atlanta,  22-27 March 1997, 502-509, ACM, New- York (1997)

10- Plaisant, C., Rose, A., Exploring LifeLines to visualize patient records. Poster summary in *Proc of American Medical Informatics Association 1996 symposium*., Washington DC, Oct 1996, p. 884 (1996)

9- North, C., Shneiderman, B., Plaisant, C., Exploring large image libraries: the case of  the Visible Human, in *Proc. of the ACM Conference on Digital Libraries,* Washington DC, March 21-22, 1996,  ACM, New-York. 74-82 (1996)

8- Plaisant, C, Milash, B., Rose, A, Widoff, S., Shneiderman, B., LifeLines: Visualizing personal histories, in *Proc. of ACM Conference on Human Factors in Computing Systems, CHI' 96*, Vancouver, April 1996, ACM, New-York, 221-227 (1996)

7- Rose, A., Shneiderman, B. and Plaisant, C., An applied ethnographic method for redesigning user interfaces, in *Proc. of DIS '95, Symposium on Designing Interactive Systems: Processes, Practices, Methods, and Techniques* (Ann Arbor, MI, Aug 23-25, 1995) 115-122, ACM, New-York. (1995)

6- Atallah, G., Ball, M., Baras, J., Goli, S., Karne, R., Kelley, S., Kumar, H., Plaisant, C., Roussopoulos, N., Shneiderman, B., Srinivasarao, M., Stathatos, K., Teittinen, M., Whitefield, D., Next Generation Network Management Technology, in *Proceedings of the 12th Symposium*

04-2012

*on Space Nuclear Power and Propulsion/Commercialization*, 75-82, Albuquerque, NM, January 8-12 (1995)

5- Carr, D., Plaisant, C. , Hasegawa, H. and Lemmon., D., The effects of time delays on a telepathology workstation, in *Proc. of the 16th Symposium on Computer applications in Medical Care*,  Baltimore, 256-260 (1992).

4- Plaisant, C., and Carr, D., Remote manipulation interfaces: the case of a telepathology workstation, in *Proc. of Medicine Meets Virtual Reality  -Discovering Applications for 3-D Multi-media Interactive Technology in the Health Sciences*. June 92, San Diego CA. (available from Aligned Management Associates, P.O. Box 23220, San Diego CA 92193. (1992)

3- Plaisant, C., Sears, A., Touchscreen interfaces for flexible alphanumeric data entry, in *Proc. of the Human Factors Society - 36th Annual Meeting*, Human-Factor Society, Santa-Monica, CA, 293-297 (1992)

2- Keil-Slawik, R., Plaisant, C., Shneiderman., B., Remote direct manipulation: a case study of a telemedecine workstation, in Bullinger H.-J. Ed., *Aspects in Computing:  Design and Use of Interactive Systems and Information Management*, Elsevier, Amsterdam, 1006-1011 (1991) - also in Proc. of HCI International 91, Stuttgart. (1991) - also in Shneiderman, B. , Ed., *Sparks of Innovation in Human Computer Interaction*, Ablex, Norwood (1993) 51-62.

1- Plaisant, C. and Imbert, G., Télécommande des appareils domestiques par la parole, à l'usage des handicapés tétraplégiques (Voice control of home devices for quadraplegic users), *Proc. of Handitec, Colloque national sur la technologie au service des personnes handicapées*, Paris (Oct.1983).

**Unrefereed Papers in conference publications (invited papers) (17)**

17. Plaisant, C., Exploring Temporal Patterns with Information Visualization (Keynote), in *Proc. of Graphics Interface*, GI'2010 (Ottawa, 2010) 1-2

16- Grinstein, G., Plaisant, C., Scholtz, J. and Whiting, M., VAST 2009 Challenge:  An Insider Threat, *Proceedings of IEEE VAST 2009*

15- Grinstein, G., Plaisant, C., Laskowski, S., O'Connell, T., Scholtz, J., Whiting, M., VAST 2008 Challenge: Introducing Mini-Challenges, *Proc. of  IEEE Symposium on Visual Analytics Science and Technology* (2008) 195-196.

14- Grinstein, G., Plaisant, C., O'Connell, T., Laskowski, S., Scholtz, J., Whiting, M., VAST 2007 Contest: Blue Iguanodon, *Proc. of  IEEE Symposium on Visual Analytics Science and Technology* (2007) 231-232

13- John Unsworth, J., Franklin, K., Manovich, Lev, McPherson, T., Plaisant, C., Wardrip-Fruin, N., ADHO Panel: Beyond text, Panel presentation, in *Proc. of Digital Humanities 2007* (DH2007), 233-234

12- Fekete, J.-D., Plaisant, C., Les leçons tirées des deux compétitions de visualisation d'information, *Proc. de la conférence Interface- Homme-Machine, IHM'04*, Namur (2004), 7-12  (keynote by both co-authors)

11- Plaisant, C., The challenge of information visualization evaluation, *Proc. of ACM Conference on Advanced Visual Interfaces, AVI 2004,* ACM, New York, 109-116 (2004) (keynote)

10- Plaisant, C. and Shneiderman B., Organization overviews and role management: Inspiration for future work environment, *Proc. of the 4th IEEE Workshop on Enabling Technologies: Infrastructures for Collaborative Enterprises ,* May 1995, 14-22,  IEEE Computer Society (1995) (keynote by Ben Shneiderman)

9- Plaisant, C. and Shneiderman B., The future of graphic user interfaces:  Personal role managers, *Proceedings of the British Computer Society Conference on Human-Computer Interaction*, Glasgow, Scotland, 3-8, (1994) ) (keynote by Ben Shneiderman)

8- Plaisant, C., Dynamic queries and visual information seeking interfaces, *Proceedings of Info-Tech '94,* October 11-13 1994, Kobe, Japan , 26-32 (1994)  (invited talk)

7- Plaisant, C., Facilitating data exploration: Dynamic queries on a health statistics map, *Proc. of the 1993 American Statistical Association conference - Section on Government Statistics,* San Francisco, Aug. 1993.  A.S.A  Alexandria, VA. pp 18-23 (1993) (invited talk)

6- Plaisant, C., Exploring remote images: the case of a telepathology workstation, *Telepresence Conference, Applica 93, March 22-24, 1993, Lille, France.* 130-134 (1993) (invited talk)

5- Plaisant, C., Principe de réalisation d'hypertextes: quelques règles et expérience, *Proc. of Hypermedia et Apprentissages*, *Applica 93,* March 22-24, 1993, Lille, France. (1993)

4- Plaisant, C., Recherche d'information: Interfaces visuelles pour un terminal sans clavier (Visual information seeking for a workstation without keyboard) *. Bulletin du centre des hautes études internationales d'informatique documentaire*, C.I.D, 36 bis rue Ballu, 75009 Paris, France,  15-28 (1992)

3- Plaisant, C., Overview of Hyperties, its user interface and data structure, in *Proc. of "Hypermedia/Hypertext and object oriented databases"*, December 5-7, Unicom Seminars, Brunel University, Uxbridge, Middlesex, England (1989)

2- Plaisant, C., L'interface utilisateur d'un système Hypermédia. L'exemple d'Hyperties. (The user interface of an hypermedia system: the case of Hyperties) , in Proceedings of the colloque Recherche d'Information Assistée par Ordinateur, Collège de France, Paris, May 1989. Published in the *Bulletin du centre des hautes études internationales d'informatique documentaire*, C.I.D, 36 bis rue Ballu, 75009 Paris, France (1989)

04-2012

1- Etude et mise en oeuvre d'un système de télécommande vocale de l'environnement (Design and development of a voice activated remote control of devices)  Plaisant, C., *Journées d'études sur: "Traitement Automatique de la Parole et Handicap"*, Paris, Actif85-CTB/Inserm, 13-17 (June 1983)

**Refereed video publications (8+)**
*All the ACM videos are archival videos available from ACM and widely used for teaching. Two-page abstracts of the CHI videos are also published by ACM (in the Conference Proceedings until 1994, and in the Adjunct Proceedings or "Companion" from 1994 and on). To avoid duplication, those abstracts do not appear in the above list of refereed papers.*

Plaisant, C., Komlodi, A., Marchionini, G., Bringing treasures to the surface: Previews and overviews in a prototype for the Library of Congress National Digital Library, *CHI'98 Technical video program*, ACM, New York (1998).

Plaisant, C., Bruns, T., Shneiderman, B., Doan, K., Query Previews in Networked Information Systems: the Case of EOSDIS, *CHI' 97 Technical video program*, ACM, New York (1997).

Milash, B., Plaisant, C., Rose, A., Life-Lines: Visualizing Personal Histories - *CHI' 96 Technical video program*, ACM, New York (1996).

Plaisant, C., and Shneiderman, B., Organization overviews and role management: inspiration for future work environment, *CHI' 95 Technical video program*, ACM, New York (1995).

Plaisant, C., and Jain, V., Dynamaps: Dynamic queries on a health statistics atlas, (4 minutes), *SIGGRAPH Video Review* , issue 97 on the CHI' 94 Technical video program, ACM, New York (1994).

Plaisant, C., Carr, D., Hasegawa, H., Exploring remote images: a telepathology workstation, *SIGGRAPH Video Review* on the INTERCHI 93 Technical video program.  ACM, New York (1993)

Plaisant, C. and Wallace, D., Touchscreen toggle design, 6 minutes video. *SIGGRAPH Video Review*, Issue 77 on CHI'92 Technical video program. ACM, New York (1992).

Plaisant, C., and Shneiderman, B., Scheduling home control devices, 6 minutes video. Presented at the Interact'90 and SIGCHI'91 conferences.  *SIGGRAPH Video Review*, Issue 63-64 on the CHI'91 Technical video program.  ACM, New York (1991)

**Video Collection edited**
HCIL Video Reports (1991-2002) - a total of about 100 demonstrations in about 10 hours of video. This yearly collection in published in June at the occasion of the HCIL Symposium.

**TEACHING**

- CMSC838b  Information Visualization  (co-taught with Ben Shneiderman) 2001
- Gemstone team mentoring  (3 year undergraduate research program) 2001-2003

- Regular guest lectures in University of Maryland classes
    - CMSC 734 Information Visualization
    - CS434 Human Computer Interaction
- Other occasional guest lectures
    - LBSC 795 Principles of Human-Computer Communication
    - LBSC 790 Building the Human - Computer Interface
    - GEM 202: Team Dynamics and Research Methodology
    - ENRE 734 Human Reliability Analysis

## Adjunct Member of the University of Maryland Graduate Faculty (1991 - )

*Current PhD committee member (and co-advisor)*
-   Krist Phongsuphasawat, CS PhD candidate
-   John Alexis Guerra Gomez, CS PhD Candidate
-   Sureyya Tarkan, CS PhD candidate

*Current/recent student co-advised*
-   Hsueh-Chien Cheng, CS PhD candidate
-   Awalin Sopan, CS PhD candidate
-   Megan Monroe, CS PhD candidate

*Graduated PhD students*
-   Ben Smith *(committee member)* Psychology (2012)
-   David Wang *(regular supervision, committee member)* PhD Computer Science (2010)
-   Haixia Zhao *(co-chair of committee)* PhD Computer Science (2006)
-   Bill Kules *(committee member)* PhD Computer Science (2006)
-   Bongshin Lee *(regular supervision, committee member)* PhD Computer Science (2006)
-   Bongwon Suh *(committee member)* PhD Computer Science (2004)
-   Anita Komlodi *(committee member)* PhD College of Information Studies (2002)
-   Egemen Tanin *(regular supervision, committee member)* PhD Computer Science (2001)
-   Brian Johnson (C*ommittee member)* PhD - Computer Science, (1993)
-   Andy Sears (C*ommittee member)* PhD - Computer Science, (1993)

*Graduated MS  students (with thesis)*
-   Gouthami Chintalapani *(regular supervision and committee member)* MS Systems Engineering (2003)
-   Harsha Kumar *(regular supervision and committee member)* MS- Systems Engineering, (1994)
-   Dave Turo (C*ommittee member)* MS - Computer Science (1993)
-   Degi Young (C*ommittee member)* MS - Computer Science (1991)

*Graduated UMd Gemstone team*
-   Baker, H., Duarte, N., Haririnia, A., Klinesmith, D., Lee, H., Velikovich, L., Wanga, A., Westhoff *(Gemstone mentor and thesis committee member)* (2001-2005)
-   Team "Fanatic" *(Thesis committee member and discussant)* (Spring 2008)

*Graduated from other Universities*

- Romain Vuillemot *(committee member)*, PhD Computer Science (2010) University of Lyon, France, Visited Spring and summer 2008
- Carman Neustaedter *(committee member)* Phd Computer Science (2007) University of Calgary, canada
- Laurent Cailleteau *(committee member and supervision during internship)* Diplome d'Etudes Approfondies [MS+ level] Ecole des Mines de Nantes, France (1999)

*Visiting PostDocs and PhD students supervised (recent)*
- Manuel Freire, PostDoc (Universidad Autonoma de Madrid, Spain (2011)
- Romain Vuillemot, PhD student, Universitée of Lyon, France (2009)
- Anthony Don, Postdoc, Universitée de Bordeaux, France (2007)

*Undergraduate Students Independent Studies*
- Tiffany Chao, undergraduate CS Honor Project (2012)
- Stanley Lam, Undergraduate CS Honor project (2008)
- Celeste Paul, Undergraduate Independent Research (from U. of Baltimore) (Spring 2007)
- Darya Filippova, CS (2006-2007) - Independent Research project (2007)
- Celeste Paul, from U. of Baltimore - Independent Research project (2007)
- Adalberto Simeone, CS – visiting from U. of Bari, Italy – Graduation project (2006)
- Steve Betten  (2003) – Honor project

**NOTE:** *Over the years I closely supervised many other postdocs, graduate and undergraduate students that do not appear here but participated in my research projects.*

**Technical Tutorials**
- Tutorial on Information Visualization, JPSM (2004) (all day)
- Tutorial on Information Visualization, ACM conference on Human Factors in Computing Systems, CHI' 98, in Los Angeles, CA (all day)
- Tutorial on Information Visualization, ACM conference on Human Factors in Computing Systems, CHI' 2001, in Seattle, WA (all day)
- Tutorial on Information Visualization, Interface Homme-Machine, IHM' 98, in Nantes, France. (all day)
- Tutorial on Web Design, 1997, Maryland Library Association conference (half-day)
- Tutorial on Web Design, 1996, New York Library Association conference (half-day)
- Tutorial on User Interface Design - International conference on Cognitive and Computer Science in Organizations: ICO '93, Montreal, CA - May 1993. (half-day)
- Tutorial on Hypertext during the Advanced Computing for the Social Sciences Conference, Williamsburg Virginia, April 10-12, 1990. (half-day)

**PRINCIPAL INVESTIGATOR OF CONTRACTS AND GRANTS**

- Office of National Coordinator of Health Information Technology (Sub. of University of Texas – Houston) (Co-PI, approx. $960,000 over four years - $416,426 for 2010-2012). Cognitive Information Design and Visualization for the National Center for Cognitive Informatics and Decision Making in Healthcare (2010-2014)
- NIH-National Cancer Institute  (Co-PI, $682,220) Interactive Exploration of Temporal Patterns in Electronic Health Records (2009-2012)

- National Science Foundation  (PI, $150,000) Collaborative Research: User-Centered Visual Analytics Evaluation (2009-2012)
- NSF (Co-PI, $249,926) Supporting a Nation of Neighbors with Community Analysis Visualization Environments (2010-2012)
- Westat Corporation (Co-PI, $82,494) Information Design and Usability Toolkit (2010-2011)
- Battelle-Pacific Northwest National Laboratory (PI, $25,000) Health and Pandemic Data Analysis Evaluation  (2010)
- NIH-National Cancer Institute  (Co-PI, $337,534) Interactive Exploration of Temporal Patterns in Electronic Health Records (2009-2012)
- U S Department of Transportation -Tier 1 University Transportation Center (PI, $60,000) Visualization (2009-2011)
- Lockheed Martin (Co-PI, 100K + 50K) User Interface Research (2009 -2010)
- National Science Foundation (PI, $25,000) IIS0925482 Collaborative Research: Visual Analytics Science and Technology 2009 Challenge Workshop  (2009)
- Washington Hospital Center (CoPI  - $250,000) Discovering Patterns of Events in Medical Patient Records (2008-2010)
- National Cancer Institute / IDox (CoPI  - $100,000) Evaluating cooperation among NCI partners (2008)
- National Science Foundation (PI- $151,000 portion of $450,000 Collaborative Research Grant with University of Massachusetts at Lowell and PNNL) Scientific Evaluation Methods for Visual Analytics (2007-2009)
- Mellon Foundation (CoPI  - $160,970 portion of $1,000,000 grant, PI John Unsworth, U. of Illinois) Metadata Offer New Knowledge (2007-2008)
- Washington Hospital Center (CoPI  - $100,000) Discovering Patterns of Events in Medical Patient Records (2007)
- National Institute of Standards and Technology (PI - $20,000) Visual Analytics Evaluation (2008)
- National Institute of Standards and Technology (PI - $25,000) Visual Analytics Evaluation (2007)
- National Institute of Standards and Technology (PI - $25,000) Visual Analytics Evaluation (2006)
- ARDA/Booz Allen Hamilton (CoPI  - $324,980) Human-Information Interaction Research (2004-2006)
- NSF ($558,074) Toward the National Statistical Knowledge Network (2002-2006)
- National Center for Health Statistics (CoPI  - $50,000) Advanced User Interfaces (2003-2004)
- ChevronTexaco (CoPI  - $390,000) 11/15/2000 - 7/31/2003, Information Visualization
- MIPS and AnthroTronix (CoPI  - $120,000) 2000 - 2002, Therapeutic Play with a storytelling robot
- Maryland State Highway Administration (CoPI  - $95,000) 1998-1999, Interfaces for advanced transportation systems
- U. S. Bureau of the Census (CoPI  - $100,000), 2000-2001. Advanced User Interfaces
- U. S. Bureau of the Census (CoPI  - $100,000), 1999-2000. Advanced User Interfaces
- U. S. Bureau of the Census (CoPI  - $100,000), 1998-1999. Advanced User Interfaces
- U. S. Bureau of the Census (CoPI  - $30,000), 1998-1998. User interface training and evaluation

04-2012

- NASA - Goddard (CoPI - $145,000, NAG57126), Dynamic Queries Interfaces for the EOSDIS Information System, 3/1/98 - 12/31/99.
- NASA - Goddard (CoPI - $163,240, NAG52895), 3/1/97 - 2/28/98, Dynamic Queries Interfaces for the EOSDIS Information System.
- Maryland Department of Juvenile Services,  "User interfaces for the new Youth Services Information Systems" (CoPI - $500,000: 8-95/ 12-96).
- Library of Congress, User Interfaces for the National Digital Library, ($275,000: 8-95/2-97)
- NASA Goddard (CoPI - $260,000: 3-95/2-97) User Interfaces for the Earth Observing System (EOSDIS)
- General Electric Information Systems and Maryland Industrial Partnership Program, "Improving Usability in Information Services" (CoPI - $108,000: 2-95/2-96).
- National Library of Medicine, "User interface for the Visible Human Project (CoPI - $25,000: 10-94/ 6:95)
- Maryland Department of Juvenile Services,  "Information systems User interfaces" (CoPI - $270,000: 7-94/ 6-95).
- IBM, "Video on demand user Interfaces" (CoPI - $29,000: 12-93/ 4-94).
- The World Bank: User Interface of the Future, (CoPI - $25,000 : 9-93/1-94)
- Hughes Network Management with Maryland Industrial Partnerships: "Advanced network management" (CoPI - $280,000: 3-93/2-95)
- National Center for Health Statistics:  dynamic queries for national health data, CoPI - $35,000 (7/92-6/93)
- Maryland Industrial Partnerships with Corabi International Telemetrics Inc., Human Factors and User interface Design for Medical Imaging Workstation, (CoPI - $55,000: 2/1/92 - 1/31/93), ($55,000: 2/1/91 - 1/31/92), (CoPI - $41,000: 2/1/90 - 1/31/91).
- National Cash Register Corporation: Continuation of previous work on Hypertext environments and touchscreen applications, (CoPI - $75,000: 1/1/90 - 12/31/90).
- National Cash Register Corporation: Extensions to Hyperties, (CoPI - $50,000: 1989).
- Maryland Industrial Partnerships with Custom Command Systems Inc.: User interfaces for home applications, (CoPI - $53,000: 2/1/90 - 1/31/91, $50,000: 7/1/88 - 12/31/88).

## PATENT AND LICENSES

- Patent 6,895,305 B2 May 17, 2005 (filed February 2001), titled Robotic Apparatus and Wireless Communication System. Inventors: Lathan, C., Travey, M., Vice, J., Druin, A, Plaisant C. (this patent is related to the "storytelling robot for therapeutic play" research)
- Software licensed by the University of Maryland Office of Technology Liaison:  LifeLines (1997-1999),   Excentric labels (1998) , Robots for therapeutic play (2000), Treemap (2002-present), SpaceTree (2003-present)
- Series of educational software packages "Paysage A,B,C" and "Composition". Edited for the Thomson TO7 and commercialized by Editions Jériko, 104 ter Bd Voltaire, 75011 Paris (Collection Centre Mondial Informatique) (1987)

## PROFESSIONAL TALKS (SAMPLE)

- Keynote NEAIR 2012 (Nov 2012)
- Keynote Diagrams 2012 (July 2012)
- AMIA Consortium on Medical Informatics (ACMI) San Diego Feb 2012

04-2012

- AMIA webinar on visualization of temporal health record data. Virtual NLP Journal Club on Temporal Reasoning, December 15th
- Panelist in "Research with impact" a panel of Visual Analytics Community VAC2011 Meeting, College Park May 3, 2011
- Vanderbilt University School of medicine: April 5, 2011
- Keynote for Graphics Interface 2010 Conference (May 2010)
- University of Massachusetts at Lowell  - Computer Science Dept. (Spring 2008)
- University of Bari, Italy - Computer Science Dept.  (Spring 2008)
- Conference of Maryland chapter of Special Library Association (Fall 2007)
- Harvard Medical School (Spring 2007)
- University of Calgary – Dept. of Computer Science (Spring 2007)
- Brown University – English Department (Fall 2006)
- INRIA Paris – AVIZ group (Summer 2006)
- Keynote for Distributed Multimedia Systems Conference, DMS'06
- Keynote for Advanced Visual Interfaces AVI 2004
- Booz Allen Hamilton, Speaker series (2005)
- University of Wisconsin Trace Center (2004)
- IBM, Make-it-Easy Conference, Raleigh NC (2004)
- and many other venues such as U.S. Bureau of Census, Software Psychology Society, Conference on User Interface for Complex Systems,  Conf. on Computer and the Future of Society, IBM Watson Research Center, NY., NYNEX Science & Technology, White Plains NY., John Hopkins University, Virginia Polytechnic Institute and State University, Museum Computer Network annual conference, ChevronTexaco Technology Conference


**SERVICE**


**Journal Editing**
- Guest editor for the Information Visualization Journal special issue on "Information Visualization: State of the Field and New Research Directions", 10(4), 2011 (with Andreas Kerren and John Stasko)
- Member of the Editorial Board of the Information Visualization Journal, Sage Publishing (2001-  )
- Member of the Computer Science Special Editorial Board of Interacting with Computers, Butterworth-Heinemann Ltd, Oxford (1992- 2010)
- Guest editor for IEEE Computer Graphics and Applications, special issue on Visual Analytics Evaluation (2009)
- Guest editor for International Journal of Human-Computer Interaction (Special issue in honor of Ben Shneiderman) (2007) and for IEEE Computer Graphics & Applications (a special issue on the evaluation of visual analytics) (2009).


**Journal Reviewing**
- IEEE Transactions on Visualization and Computer Graphics (TVCG) (2000- )
- ACM Transactions on Computer Human Interaction TOCHI (1994- )
- International Journal of Man-Machine Studies (1990-  ),
- Behaviour and Information technology (1997-  ),
- International Journal of Human-Computer Studies (1996- ),
- Communications of the ACM (1995-  ),

04-2012

- IEEE Software (1995- 1997)
- IBM Systems Journal (1999-  )
- Document Numérique (1999, 2006 )
- and many others on single occasions

**Conference Reviewing**

Regular reviewing:
- IEEE VisWeek (2002- )
- ACM Conference on Human Factors in Computer Systems (CHI) (1990 -   )
- ACM User Interface Software Technology (UIST) (1996-  )
- International Symposium on Advanced Visual Interfaces (AVI) (2006-  )

Occasional reviewing
- Interact
- EUROVIS
- SIGGRAPH
- Interaction Homme Machine IHM (1997- 2003) France
- Graphical Interface (GI) Canada,
- International Conference on Audio Displays (ICAD)
- Hypertext, W3C, Mobile Government 2005, Graph Drawing'05

**Other reviewing (sample)**
- Expert Project Reviewer at FORUM 2011 Microsoft research / INRIA Joint Centre  - FORUM 2011 (2011)
- National Science Foundation - CISE Proposal Review Panel  (2005-   )
- Academy of Finland -European Young Investigator award – EURY (2007)
- Fondation Canadienne pour l'Innovation (Fonds des Leaders) (2006)
- National Academy (review of GeoVisualization report) (2003)
- Project proposal reviews for INRIA (1999)

**Workshops and Special Events Organized**
- Co-chair of Electronic Health Record Informatics -Workshop HCIL Symposium (2011)
- Co-Chair of the Beliv08 workshop: BEyond time and errors: novel evaLuation methods for Information Visualization,  in conjunction with CHI 2008, Florence  (peer reviewed proceeding published by ACM)  with Guiseppe Santicci, Enrico Bertini and Adam Perer.
- Co-Chair of InfoVis 2007 workshop on Metrics for Evaluation (45 attendees)  with Jean Scholtz and Georges Grinstein
- Co-Chair of the Beliv06 workshop: BEyond time and errors: novel evaLuation methods for Information Visualization,  in conjunction with AVI 2006, Venice  (about 40 attendees, peer reviewed proceeding published by ACM)
- Co-Chair for the 1st and 2nd Contest of the Visual Analytics Science and Technology Conference (VAST 2006 and VAST 2007) with Jean Scholtz and Georges Grinstein
- Co-Chair for the 1st and 2nd Contest of the Information Visualization Conference (InfoVis 2003 and 2004) with Jean-Daniel Fekete and Georges Grinstein
- Co-chair of Workshop on Information Visualization Evaluation, in conjunction with the HCIL symposium (June 2003), with Anita Komlodi
- Co-chair of Workshop on Technologies for Families, in conjunction with the HCIL symposium (June 2001), with Allison Druin

- Co-chair of Workshop on Design and Implementation of Query Previews for Digital Libraries, in conjunction with the HCIL symposium (June 1999), with Maya Ventkatraman
- Co-chair of Workshop on Visualizing Personal Histories: (July 1997) with Ben Shneiderman

**Scholarly Conference Program Committee:**
- Member of the program committee of the International Conference on Advanced Visual Interfaces conference (AVI) 2008, Napoli
- Member of the program committee and Contest co-chair IEEE VAST 2006 and 2007
- Member of the program committee of the International Conference on Advanced Visual Interfaces conference (AVI) 2006, Venice
- Member of the program committee of the International Conference on Information Visualization (IV'05, London) 2005
- Member of the program committee of the First European Conference on Mobile Government (EURO mGov) 2005
- Member of the program committee and Contest co-chair IEEE Infovis 2003 and 2004
- Member of the program committee of  the IEEE WETICE 2001 workshop on Evaluating Collaborative Enterprises
- Member of the Program Committee, IHM'98, French conference on Human-Computer Interaction (Nantes, France, September 1998).
- Video Chair of the ACM CHI'96 Conference (Vancouver, May 1996)
- Publication Chair and Conference Companion Editor of the ACM CHI'94 Conference (Boston, May 1994)
- Member of the Technical Papers Committee, ACM CHI'92 Conference, INTERCHI'93.
- Member of the Program Committee, Human Jobs and Computer Interfaces, IFIP WG 9.1 (Computers and Work). Tampere, Finland (June 26-28 1991).
- Member of the Program Committee, Twenty-Ninth Annual Technical Symposium of the Washington, D.C. Chapter of the ACM. Gaithersburg, Maryland (June 20, 1991).

**University and Community Services (partial list)**
- Member of search committee for Technology Manager of UMd Office of Technology Commercialization (Fall 2005).
- Science Fair Judge at Eleanor Roosevelt High School, Greenbelt (2000-2007 )
- Science Fair Judge at Goddard French Immersion school, Greenbelt (2002-2006)
- Occasional expert reviews for the University of Maryland Technology Advancement Program: selection of companies for the incubator program (1995-2004)
- Presentation/Interview about women in science with a group of 23 Middle School girls from Olney, MD. (1999)
- Lab tours and discussion for the ISR Young Scholar program (2 days in 1999)
- Co-supervision with Peter Teuben in Astronomy of Rotimi Osunsan, undergraduate from U of M Eastern Shore (summer research program for undergrads). (1999)
- Research Scientists' Representative for the College of Computer Mathematical and Physical Sciences Council (1993)
- Greenbelt National Park – Trail maintenance volunteer (2004- )

**Consulting for industry and government**

04-2012

Harvard Medical School / Partners Healthcare, Robert Wood Johnson Foundation, National Archives, ROW Inc., European South Observatory, National Institute of Health, National Center for Health Statistics, Prometheus Light and Sound, Software Productivity Consortium, National Library of Medicine, SWIFT Inc. (Society for Worldwide Interbank Financial Telecommunication), TRW, CityBank, Iaccoca Institute - Lehigh Univ., etc.

Catherine Plaisant