# EXHIBIT B



[Skip to main content](#)

search hcil



UNIVERSITY OF MARYLAND

- [News + Events](#)
- [About HCIL](#)
- [People](#)
- [Research](#)
- [Publications](#)
- [Academics](#)
- [Sponsorship](#)

## News + Events ::

[News](#)
[Seminars + Events](#)
   [Calendar](#)
   [HCIL Seminar Series](#)
   [Annual Symposium](#)
   [HCIL Service Grants](#)
   [Events Archives](#)
[Awards](#)
[Job Openings](#)
[For the Press](#)

# Awards

- Amy Karlson & Ben Bederson won the [Brian Shackel Award](#) for making an "outstanding contribution with international impact in the field of HCI in 2007 for their paper "ThumbSpace: Generalized One-Handed Input for Touchscreen-Based Mobile Devices" in the Proceedings of INTERACT 2007.
- Ben Shneiderman Receives 2008 Board of Visitors Award from the College of Computer, Mathematical and Physical Sciences at the Univ. of Maryland [Pictured on May 16, 2008,](#) Board Chair Raj Khera presents the Award, while Dean Stephen Halperin and Prof. James Yorke applaud. (May 2008)
- Graduate student Haixia Zhao wins award from the American Association for University Women (College Park Chapter) for her Ph.D. work on [iSonic](#) (May 2006)
- [Ben Bederson](#) received IBM Faculty Award for [Piccolo](#) open source 2D graphics toolkit (December 2005)
- Graduate student Jack Kustanowitz wins best student paper award at JCDL 2005
- Faculty Research Associate [Ryen White](#) to receive the [BCS/CPHC Distinguished Dissertation Award](#) Voted best Computer Science Ph.D dissertation in the United Kingdom for 2004/5.

- [Ben Shneiderman](#) has won the IEEE Book Award for 2003 for his book, [Leonardo's Laptop: Human Needs and the New Computing Technologies](#)

- [Ben Shneiderman's](#) book Leonardo's Laptop was a finalist in the Independent Publishers Book Awards 2003.

- [Allison Druin](#) was nominated by the White House and confirmed by the U.S. Senate for the [National Commission on Libraries and Information Science,](#) (2003)

- Prof. [Ben Shneiderman](#) received [ACM SIGCAS Making a Difference Award](#), (May 2001)

- Grad Student [Anita Komlodi](#) wins first place for presentation at UMD Graduate Research Day (May 2001)

Case 5:12-cv-00630-LHK   Document 129-2   Filed 04/24/12   Page 3 of 4

- Grad Student Juan Pablo Hourcade wins second place for presentation at UMD Graduate Research Day (May 2001)

- Prof. Allison Druin wins UMD Outstanding Faculty Award (May 2001)

- Prof. Allison Druin and Dr. Catherine Plaisant and their kids team were finalists for the Invention of the Year Award given by the UMD Office of Technology Commercialization.

- Prof. Ben Shneiderman wins CHI Lifetime Achievement Award at CHI 2001 (April 2001)

- Grad Student Hilary Browne wins NSF Graduate Fellowship (March 2001)

- Grad Student Harry Hochheiser wins AOL Fellowship (March 2001)

- Prof. Ben Shneiderman elected as a Fellow of the American Association for the Advancement of Science (February 2001)

- Prof. Allison Druin wins NSF CAREER Award for her research on the Classroom of the Future (November 2000)



International Children's Digital Library helps young readers worldwide
Read article





©2011, HCIL | Contact | Policies | Site Info
HCIL is a partnership of the University of Maryland Institute for Advanced Computer Studies (UMIACS) in the College of Computer, Mathematical and Physical Sciences (CMPS) and the College of Information Studies - Maryland's iSchool

Case 5:12-cv-00630-LHK   Document 129-2   Filed 04/24/12   Page 4 of 4