# EXHIBIT E
# VIDEO LODGED WITH COURT