# EXHIBIT F

**FUJI**

## HCIL OPEN HOUSE '91

Introduction
Scheduling Home Control Devices
Touchscreen Toggles
A Home Automation System
PlayPen II
Touchscreen Keyboards
Pie Menus
Three Interfaces for Browsing Tables of Contents

Copyright © **UNIVERSITY OF MARYLAND, 1991**