# EXHIBIT G

Catherine

# Human-Computer Interaction Laboratory

## Center for Automation Research
## University of Maryland, College Park, MD

# WELCOME

to the

# Symposium & Open House

## Friday June 7, 1991

Breakthroughs  Inspirations  Empirical Results  New Directions  Theories  Hypermedia  Touchscreens  Information Seeking  Browsing  Visualization  Teleoperation  Collaborative Classroom

# HUMAN-COMPUTER INTERACTION LABORATORY
## 8th Annual Symposium and Open House

### June 7th, 1991

## Lectures: Computer and Space Science Building, Room 2324

9:00am  Welcome: *Ben Shneiderman and Azriel Rosenfeld*

9:15am  Psychology Department
    HyperTools for HyperText: Supporting the use of electronic documents: *Kent L. Norman*
    The application of hypertext to legal reasoning: *Leslie E. Carter*

9:50am  College of Library and Information Services
    Multiple access methods for hypertext databases: *Peter Liebscher*
    Information seeking and learning in a large hypermedia database: *Peter Evans*
    Effects of user's knowledge on fulltext database searching: *Xia Lin (presented by Sandra Dwiggins)*

10:40am  ** Coffee Break **

11:00am  Computer Science Department
    Overview: *Ben Shneiderman*
    Browsing hierarchical tables of contents: An evaluation of three interfaces: *Rick Chimera*
    Remote direct manipulation: the case of a telepathology workstation: *Catherine Plaisant*
    A graphical filters/flows representation of boolean queries: *Degi Young*
    A new era in touchscreen applications: High precision, dragging, and predictive theories:
                *Andrew Sears*

12:15pm  Wrap up and Discussion: *Ben Shneiderman*


12:30pm  ** Lunch buffet - with Birthday cake! **


1:30pm  AT&T Teaching Theater: A collaborative classroom
    The Interactive Lecture: *Glenn Ricart*


## 2:30pm - 5:00pm  Open House demonstrations and informal discussions

    (See the list of demonstrations next page)

    The demos will be conducted in parallel in FOUR locations: (see map after the list of demos)
    **Psychology**: Zoology-Psychology Building, Room 3111
    **Library and Information Services**: Hornbake Library, Room 4121
    **Computer Science**: AV Williams Building, Rooms 4166, 4169 and 3181
    **Teaching Theater**: Engineering Building, Room 3140

## Demonstrations

**From 2:30pm to 5:00pm**
The demos will be conducted continuously throughout the afternoon, allowing attendees to choose which demos to see and to have informal discussions with the researchers. The demos are held in parallel in four different locations (see campus map next page). Only the AT&T Teaching Theater has scheduled demonstrations, other demos will be run continously.

### Psychology Demos: Zoology-Psychology Building, Room 3111

HyperTools: Helping the user gather and use information.
    *Kent Norman*
HyperQUIS! Online Questionnaire for User Interface Satisfaction:
    *Leslie Carter*
Diagnostic problem solving and heuristics:
    *Daniel Wallace*

### Library and Information Services Demos: Hornbake Library, Room 4121

Multiple access methods for hypertext databases:
    *Peter Liebscher*
Perseus: Hypermedia tool for Scholars, Instructors and Students:
    *Peter Evans*

### Computer Science Demos:  AV Williams Building, Room 4166, 4169 and 3181

#### Room 4166
Data visualization by treemaps: Planar 2-D color & size coded representations of tree structures
    *Brian Johnson* (on the computer "Yosemite")
    *Ram Naresh Singh* (on Bedrock)
Touchscreen keyboards feasibility, evaluation & theory: From big to tiny
    *Andrew Sears* (on Acadia)
Toggle switches and periodic device scheduling for home automation
    *Catherine Plaisant* (on Shenandoah)
Three interfaces for browsing hierarchies in Open Windows
    *Richard Chimera* (on Tumtum)
Remote direct manipulation interface in a telepathology work environment
    *David Carr* (on Redwood)
Hyperties database in a kiosk: Computer Science Department Introduction
    *Chris Williamson* (in the hallway near the lab)

#### Room 4169
A filter/flow model of creating graphical boolean queries using Toolbook
    *Degi Young*

#### Room 3181
Touchscreen user interface for home automation applications.
    by *Custom Command Systems, Inc.*

### AT&T Teaching Theater Demo: Engineering Building, Room 3140

2:30pm to 3:15pm and
4:15pm to 5:00pm : AT&T Teaching Theater: Groupware for collaborative learning
    *Ellen Yu and Miriam Weiss*
3:15pm to 4:15: Hyperties 3.0
    *Charlie Kreitzberg* from Cognetics Corporation