# EXHIBIT H



# SIGGRAPH VIDEO REVIEW

An optional supplement to the
ACM SIGGRAPH publication *Computer Graphics*

### ISSUE 76: CHI '92 Technical Video Program - PART 1 OF 2

#### Group Work

1. **MMM: The Multi-Device Multi-User Multi-Editor** - XEROX PARC
2. **Go Fish! A Multi-User Game in the Rendezvous System** - BELLCORE
3. **A Case Study of a Multimedia Co-working Task** - AMANDA ROPA DESIGN
4. **Using Spatial Cues To Improve Desktop Videoconferencing** - UNIVERSITY OF TORONTO

#### Speech and Natural Language

5. **Multi-Modal Natural Dialogue** - MIT MEDIA LAB
6. **Wordspotting in Voice Editing and Audio Indexing** - XEROX PARC

#### User Interface Tools

7. **Coupling Application Design and User Interface Design** - GEORGIA TECH

### ISSUE 77: CHI '92 Technical Video Program - PART 2 OF 2

#### User Interface Techniques

8. **Combining Gestures and Direct Manipulation** - CMU
9. **Briar-A Constraint-Based Drawing Program** - CMU

#### Visualization

10. **An Introduction to Zeus** - DEC SRC
11. **Pointing and Visualization** - BELLCORE

#### Interface Designs

12. **Touchscreen Toggle Design** - UNIVERSITY OF MARYLAND
13. **Dynamic Queries: Database Searching by Direct Manipulation** - UNIVERSITY OF MARYLAND

Copyright held by the contributors