|  | Application No. | Applicant(s) |
|---|---|---|
| **Interview Summary** | 12/477,075 | CHAUDHRI ET AL. |
|  | Examiner | Art Unit |
|  | ANDRES E. GUTIERREZ | 2172 |

All participants (applicant, applicant's representative, PTO personnel):

(1) <u>ANDRES E. GUTIERREZ</u>.                    (3) <u>Robert Beyers</u>.

(2) <u>Boris Pesin</u>.                                          (4) _____.

Date of Interview: <u>22 April 2011</u>.

Type:  a)☐ Telephonic   b)☐ Video Conference
       c)☒ Personal [copy given to: 1)☐ applicant    2)☒ applicant's representative]

Exhibit shown or demonstration conducted:   d)☐ Yes    e)☒ No.
    If Yes, brief description: _____.

Claim(s) discussed: <u>1</u>.

Identification of prior art discussed: <u>Tokkonen and Gauthey</u>.

Agreement with respect to the claims f)☒ was reached.   g)☐ was not reached.   h)☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: <u>Examiners discussed the difference between the claimed invention and the prior art of record.  Examiners agreed that the prior art of record does not explicitly disclose "continuously moving an unlock image along a predefined path."  Applicant further suggested to modify the claim language of the unlock image to further clarify that the unlock image is singular and not multiple images.</u> .

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a reply to the last Office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. See Summary of Record of Interview requirements on reverse side or on attached sheet.

| /Andres E Gutierrez/ | /Boris  Pesin/ |
|---|---|
| Examiner, Art Unit 2172 | Supervisory Patent Examiner, Art Unit 2172 |