# EXHIBIT H

1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
2 | charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
3 | kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
4 | San Francisco, California 94111
Telephone: (415) 875-6600
5 | Facsimile: (415) 875-6700

6 | Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
7 | Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
8 | 555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
9 | Telephone: (650) 801-5000
Facsimile: (650) 801-5100
10 |
William C. Price (Bar No. 108542)
11 | williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
12 | patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
13 | Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
14 | Facsimile:  (213) 443-3100

15 | Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
16 | INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC
17

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

| | |
|---|---|
| 21  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| 22            Plaintiff, | **MANUAL FILING NOTIFICATION** |
| 23       vs. | |
| 24  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 25  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 26  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 27            Defendants. | |
| 28 | |

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBIT H to the EXPERT DECLARATION OF GEOFF COHEN, Ph.D. CONCERNING U.S. PATENT 8,046,721.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description):

_X_ Non Graphical/Textual File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description):

DATED: April 23, 2012                QUINN EMANUEL URQUHART & SULLIVAN, LLP


By *Patrick M. Shields*
Patrick M. Shields
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC