# EXHIBIT L

1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    Kevin A. Smith (Bar No. 250814)
3   kevinsmith@quinnemanuel.com
    50 California Street, 22nd Floor
4   San Francisco, California 94111
    Telephone: (415) 875-6600
5   Facsimile: (415) 875-6700

6   Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
    kevinjohnson@quinnemanuel.com
7   Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
8   555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California 94065
9   Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
10

11  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
    Patrick M. Shields (Bar No. 204739)
12  patrickshields@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
13  Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
14  Facsimile:  (213) 443-3100

15  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
16  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC

17

18                     UNITED STATES DISTRICT COURT

19          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

21  APPLE INC., a California corporation,          CASE NO. 12-CV-00630-LHK

22                  Plaintiff,                     **MANUAL FILING NOTIFICATION**

23          vs.

24  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
25  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
26  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
27
                    Defendants.
28

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBIT L to the EXPERT DECLARATION OF GEOFF COHEN, Ph.D. CONCERNING U.S. PATENT 8,046,721.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

____ Voluminous Document (PDF file size larger than efiling system allowances)

____ Unable to Scan Documents

____ Physical Object (description):

_X_ Non Graphical/Textual File (audio, video, etc.) on CD or other media

____ Item Under Seal

____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

____ Other (description):

DATED: April 23, 2012                    QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP


                                         By *Patrick M. Shields* _____
                                            Patrick M. Shields
                                            Attorneys for SAMSUNG ELECTRONICS CO.,
                                            LTD., SAMSUNG ELECTRONICS AMERICA,
                                            INC. and SAMSUNG
                                            TELECOMMUNICATIONS AMERICA, LLC