# EXHIBIT N

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Bar No. 250814)
3  kevinsmith@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Patrick M. Shields (Bar No. 204739)
12 patrickshields@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
13 Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
14 Facsimile:  (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                     UNITED STATES DISTRICT COURT

19             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

| | |
|---|---|
| 21  APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| 22              Plaintiff, | **MANUAL FILING NOTIFICATION** |
| 23         vs. | |
| 24  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 27              Defendants. | |

Case No. 12-CV-00630-LHK
MANUAL FILING NOTIFICATION

1 **MANUAL FILING NOTIFICATION**

2 Regarding: EXHIBIT N to the EXPERT DECLARATION OF GEOFF COHEN,

3 Ph.D. CONCERNING U.S. PATENT 8,046,721.

4 This filing is in paper or physical form only, and is being maintained in the case file

5 in the Clerk's office.

6 If you are a participant on this case, this filing will be served in hard-copy shortly.

7 For information on retrieving this filing directly from the court, please see the

8 court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9 This filing was not efiled for the following reason(s):

10 ___ Voluminous Document (PDF file size larger than efiling system allowances)

11 ___ Unable to Scan Documents

12 ___ Physical Object (description):

13 _X_ Non Graphical/Textual File (audio, video, etc.) on CD or other media

14 ___ Item Under Seal

15 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

16 ___ Other (description):

17

DATED: April 23, 2012　　　　　　　　　QUINN EMANUEL URQUHART &
18　　　　　　　　　　　　　　　　　　　　SULLIVAN, LLP

19

20
　　　　　　　　　　　　　　　　　　　By *Patrick M. Shields*
21　　　　　　　　　　　　　　　　　　　　Patrick M. Shields
　　　　　　　　　　　　　　　　　　　　Attorneys for SAMSUNG ELECTRONICS CO.,
22　　　　　　　　　　　　　　　　　　　　LTD., SAMSUNG ELECTRONICS AMERICA,
　　　　　　　　　　　　　　　　　　　　INC. and SAMSUNG
23　　　　　　　　　　　　　　　　　　　　TELECOMMUNICATIONS AMERICA, LLC

24

25

26

27

28

-2-　　　　　　　　　　　　　　Case No. 12-CV-00630-LHK
　　　　　　　　　　　　　　　　MANUAL FILING NOTIFICATION