

# Welcome to the N1 Guide

Welcome to the N1 Guide.................................................................................................... 1
Elementary information ...................................................................................................... 2
Insert the SIM card.............................................................................................................. 3
Insert the SD card ............................................................................................................... 4
Charge the battery .............................................................................................................. 5
Turn on your Neonode ........................................................................................................ 6
   Enter PIN code .............................................................................................................. 6
   Keylock........................................................................................................................... 7
   Reboot your Neonode ................................................................................................... 7
Navigation Basics................................................................................................................ 8
The Keyboard .................................................................................................................... 11
General Settings................................................................................................................ 12
Connect your Neonode to a computer.............................................................................. 13
Download new updates ..................................................................................................... 14
Make calls.......................................................................................................................... 16
Address book..................................................................................................................... 17
   The Image Viewer ....................................................................................................... 19
The Messaging Application ............................................................................................... 21
   SMS............................................................................................................................... 21
   MMS ............................................................................................................................. 23
The Media Player .............................................................................................................. 24
Internet Explorer ............................................................................................................... 29
Internet Explorer ............................................................................................................... 29
   Transfer a favourite from your computer .................................................................. 31
Watch DVD films on your Neonode.................................................................................. 32
   BetaPlayer.................................................................................................................... 37
Podcast to your Neonode ................................................................................................. 38
Improve ring and alarm sound volume ............................................................................ 39
GPRS and MMS settings ................................................................................................... 41
   Enter settings manually .............................................................................................. 41

# Elementary information

**Important information before you start to use your Neonode:**

Your Neonode must be turned off when you insert and remove the SD card. Removing the SD card while the power is on may cause malfunction and loss of important settings and data.

Your Neonode must be turned off when you insert and release the SIM card. Releasing the SIM card while your Neonode is turned on may cause malfunction and loss of important settings and data.

No subscription or SIM card is included in the package.

If you try to open or tamper with your Neonode's outer casing, the guarantee will not be valid.

**In the box**

Before unpacking your Neonode, please make sure the box contains the following:



**1** Charger

**2** N1m

**3** USB cable

**4** Headset

**5** SD card

**7** European plug for the charger

**9** British plug for the charger

**6** Slot 6 and 8 are intentionally left
**8** empty in your box.

**The mobile device**
In the image below you can see the position of your Neonode's different buttons and parts.



# Insert the SIM card

Please note that neither SIM card nor any subscription is included when you buy a Neonode.

Your Neonode should be turned off when you insert the SIM card. The **main power switch** must be in on-position.





Insert the SIM card as shown in the picture below, with the chip facing upwards. Make sure the SIM card is fully inserted.



# Release the SIM card

**Important!** Your Neonode must be turned off when you release the SIM card. Releasing the SIM card when the mobile device is turned on may cause malfunction and loss of important settings and data.

Turn off the Neonode by pressing the **on/off** button (the top button on the left side, just below the screen) for about two seconds.

To release the SIM card you then pull the **main power switch**/ **SIM release** downwards. The SIM card will be released and you can remove it.




# Insert the SD card

Your Neonode should be turned off when you insert the SD card. The **main power switch** must be in on-position.




Insert the SD card as shown in the picture, with the text facing upwards. You will hear a clicking sound when the card is fully inserted.



4

# Remove the SD card

**Important!** Your Neonode must be turned off when you remove the SD card. Removing the SD card when the mobile device is turned on may cause malfunction and loss of important settings and data.

Turn off your Neonode by pressing the **on/off** button (the top button on the left side, just below the screen) for about two seconds. When you have turned off your Neonode you remove the SD card by a light pressure on the lower part of the card. The SD card will be released and you can remove it.



# Charge the battery

Please note that the battery on your Neonode can't be removed.
It takes up to 7 hours to fully charge the battery. The **main power switch** must be in on-position.
There are two different ways to charge the battery:

**1**. Use the enclosed charger. Two different plugs are enclosed, one European and one British. Choose the plug applicable in your country. Make sure you insert the right plug correctly in the adapter before you start using the charger. To charge the battery you then insert the charger in your Neonode's USB port and connect it to a wall socket.



**2**. Connect your Neonode to a computer with the enclosed USB cable. Your Neonode will charge while connected to the computer.



The text **Charging** will be visible on the screen when your Neonode is properly connected and charging. This text will show as long as the device is connected to the charger/computer. Your Neonode can be charged either turned on or off. If it is turned off, you have to disconnect your Neonode from the USB cable when finished charging before you can turn it back on.

# Turn on your Neonode

To turn on your Neonode you press the power **on**/**off** button. It is situated on the left side of the mobile device, just below the screen. Make sure that the main power switch is in the on-position.

Press the **on**/**off** button for about two seconds. Release the button when the screen power up. If required, enter your PIN code.




# Turn off your Neonode

To turn off your Neonode you press the power **on**/**off** button. It is situated on the left side of the mobile device, just below the screen.

Press the **on**/**off** button for about two seconds. Release the button when the Neonode symbol shows on the screen.



## *Enter PIN code*

If your SIM card requires a PIN code, a keyboard will appear on-screen when you turn on your Neonode. Enter your PIN code and make an **Accept sweep**.

When you see the status screen with clock, signal and battery symbol and the Neonode symbol, your Neonode is ready to be used.

**Please note:** If you wait too long, the automatic keylock will be activated and the screen will turn dark.



## *Keylock*

The keylock turns on automatically, to save battery and to make sure no unintentional calls are made.

If you want to lock your Neonode manually, tap the **padlock** icon in the start menu.



**Unlock the screen**
Press the **on/off** button for a second. A picture of a padlock will appear.

To unlock, make an **Accept sweep**.



## *Reboot your Neonode*

**Important!** This should only be done if you have no other alternative.

If you need to reset or reboot your Neonode you use the **main power switch**, situated on the left side.





First, turn off your Neonode by pressing the **on/off** button for about two seconds. Then pull the **main power switch** downwards to shut down the battery. Wait for about five seconds.





Pull the **main power switch** back upwards, to on-position. Turn your Neonode back on by pressing the **on/off** button for about two seconds. Release the button when the screen power up. If required, enter your PIN code.

# Navigation Basics

To use a Neonode you have to learn a few basic navigation principles, which you use in the same way in every application.

To learn how to navigate, you can think of the screen as being divided into three horizontal areas and three vertical areas.

**Horizontal areas:**
The most upper area of the screen is called the **Change view area**.

The middle part of the screen is called the **Navigation area**.

The most bottom part of the screen is called the **Accept/Close view area**.



In the **Change view area** you sweep from left to right or from right to left to **change views**.

The **Navigation area** is used to **navigate within a view**. Put your finger in the very middle part of the screen and sweep up/down/right/left in the Navigation area to navigate within a view.

In the **Accept/Close view area** you sweep from the left to the right to make an **Accept sweep** and from the right to the left to make a **Close view sweep**.



**Vertical areas:**
The left part of the screen is called the **Start menu sweep area**.

The middle part of the screen is called the **Keyboard sweep area**.

The right part of the screen is called the **Tools menu sweep area**.

In the vertical areas you start the sweep at the very bottom of the screen. Sweep upwards. The sweep should be about half the height of the screen.

A sweep in the left part of the screen opens the start menu. A sweep in the middle opens the keyboard and a sweep in the right part of the screen opens the tools menu.



# Navigation Specifics

Please have in mind that you never have to press the optical screen; only a light touch is needed.

**Open the Start Menu**
To open the start menu, you sweep from the Neonode symbol in the **Start menu sweep area** and upwards. The sweep should be about half the height of the screen. When you lift your finger, the start menu will appear.

The start menu is available from all applications.




**Open the Tools Menu**
To open the tools menu you sweep from the tools symbol in the **Tools menu sweep area** and upwards. The sweep should be about half the height of the screen. When you lift your finger, the tools menu will appear.

**NOTE!** Each application has a tools menu specific to the application in question. When you have opened an application, e.g. the camera application, you open the tools menu specific to the application by sweeping from the tools symbol in the lower right corner of the screen and up.




**Keyboard sweep**
You open the keyboard with a **Keyboard sweep**. Sweep from the keyboard symbol in the **Keyboard sweep area** and upwards. The sweep should be about half the height of the screen. When you lift your finger, the keyboard will appear.

The keyboard is used to enter text and numbers into your Neonode. If the keyboard indicator at the bottom of the screen is visible, the keyboard is available in the application currently open.




**Tap**
To open the applications you tap on icons visible at the screen.  You also tap the screen to select an item in a list, for example in the address book.

A tap is a very quick light touch on the screen, no pressure is needed. You put down your finger, lightly touch the screen and lift the finger right back up.




**Accept sweep**
Sweep from the left to the right at the bottom of the screen.

An **Accept sweep** means accept, yes, forward, save, depending on the context. The **Accept sweep** is also used to answer incoming calls.



**Close view sweep**
Sweep from the right to the left at the bottom of the screen.

A **Close view sweep** means close view, no, back, cancel, depending on the context



**Change view sweeps**
To make a **Change view sweep** you put your finger at the top of the screen and sweep from the left to the right or from the right to the left to change between the different views.

The start menu and several applications, for example the messaging application, contain multiple views . If an application contains multiple views, it will be indicated by dots at the top of the screen.




**Navigate within a view**
Put your finger in the very middle of the screen and then move the finger **Up**/**Down**/**Right**/**Left** in the <span style="color:red">**Navigation area**</span>. Please note that you have to start the sweep in the middle part of the screen to not collide with other sweeps in the uppermost or lowest part of the screen (e.g Change view sweeps, Keyboard sweep, Accept sweep and Close view sweep).

The sweeps in the **Navigation area** allows you to for example scroll lists and navigate within the calendar and a webpage.

You can use the auto scroll function to for example scroll through large quantities of text or quickly navigate within the calendar. To auto scroll, sweep **Up**/**Down** but don't lift your finger, but let it stay at the top or bottom part of the screen.




10

**Close application sweep**
A **Close application sweep** is a diagonal sweep over the screen, from the upper right corner to the lower left corner.

To close third party applications that you've downloaded from other sources than neonode.com and installed on your Neonode, you can use the **Close application sweep**.

Please note that you have to sweep to and from the very corners of the screen when you make a **Close application sweep**.



# The Keyboard

The keyboard is used to enter text and numbers into your Neonode. If the keyboard indicator at the bottom of the screen is visible, the keyboard is available in the application currently open.

You open the keyboard with a **Keyboard sweep**.

To change between capital and lower-case letters in the keyboard, tap the bottom right key in the keyboard (the **shift mode/enter** key). By tapping the enter key you can alter between capital first letter, all letters capital and all letters lower-case. You'll see the change in the keyboard when you tap the **shift mode/enter** key.

To start a new row you hold your finger on the **shift mode/enter** key for about a second.

To move the caret back/forward in text, sweep **Left/Right** in the **Navigation area**. You can also move the marker in text by pressing the **Left/Right** navigation key.



**Alter between favourite keyboards**
Make **Change view sweeps** to alter between your selected favourite keyboards. At the top of the screen you can see what keyboard that currently is open.

**Select T9 word**
When using a T9 keyboard and a word is marked, the **Keyboard sweep** brings up a list of selectable words. Scroll the list and when the right word is marked, tap the screen to select it. You can also change between selectable words by using the navigation keys. Press **Up/Down** to change between selectable words.

To mark a T9 word (if not already marked) you place the caret right next to the word and press the **Up** or **Down** navigation key. You can then select T9 word by either making a **Keyboard sweep** or press the **Up/Down** navigation keys.

**Paste word and phrases**
If you make a **Keyboard sweep** when no text is marked, you'll get a list of your clipboard texts and favourite phrases. Mark the phrase you want to paste and tap the screen.

**The Keyboard Tools menu**


**Select keyboard**
Open the tools menu and tap the **Select keyboard** icon. Mark the keyboard you want to select and tap the screen.


**Delete favourite phrases**
Open the keyboard and tap the **Delete favourite phrases** icon. You'll see a list of all your favourite phrases. Choose the one(s) you want to delete and make an **Accept sweep**.


**Copy**
Enter a word or a phrase in the keyboard. Open the tools menu and tap the **Copy** icon. Choose whether to copy to clipboard or favourite phrases and tap the screen.


**Paste**
Open the keyboard tools menu and tap the **Paste** icon. Mark the word or phrase you want to paste and tap the screen.


**Keyboard Settings**
Open the tools menu and tap the **Keyboard Settings** icon. You can now select **Favourite Keyboards** by marking the item and tap the screen. A list of all available keyboards will appear. Scroll the list, mark the keyboards you want to select and tap the screen. Make an **Accept sweep** to save the selection.

11

You can also set **Keyboard Speed**, which is the work speed when you use the keyboard, for example the caret's speed when you browse through letters or press the **delete** key. Mark **Keyboard Speed** and tap the screen. Set the speed (1 is slow, 5 is fast) and make an **Accept sweep**.



**Preview**
Open the keyboard tools menu and tap the **Preview** icon to see a preview of the message.

# General Settings

**View and change settings**
Open the tools menu from the status screen. In the tools menu you can view and change general settings for your Neonode.

Tap the icon that contains the kind of settings you want to view or change. Scroll the list and when the setting you want to change is marked, tap the screen to make your changes.

**Accept sweeps** saves changes, **Close view sweeps** cancel and discard changes. Some settings change directly when you mark the setting in the list and tap the screen.



**Device Settings**
*Date and Time*
Set and/or change date and time.
*Regional Settings*
Select **User Interface Language**, **Time Zone** and **Regional Settings**. You have to restart your Neonode for the settings to take effect.

**Note:** When you download a new Neno update you can already in the installation process set default regional settings, time zone and language, thus you don't have to enter the regional settings manually into your Neonode.

*Button Vibration*
Mark **Button Vibration** and tap the screen to set and/or change button vibration level. This will cause the keyboard to give vibration indications when you press keys. Make an **Accept sweep** to save the value.

*Background Image*
Mark **Background image** and tap the screen to change status screen. You can now choose any picture stored on the SD card as background image. Mark the picture and tap the screen to set the picture as status screen background image.

To restore the default status screen, open the tools menu from the status screen and tap the **Settings** icon. Mark **Background Image**. Now open the tools menu again and tap the **Delete** icon. Your current background image will be deleted and the default status screen restored.

*System Information*
Under **System Information** you find information about your Neonode, such as IMEI-number, free storage memory etc.



**Telephony Settings**
Mark an item and tap the screen to set the settings. Make an **Accept sweep** to save the new settings.

You can set settings for:
• Call waiting
• Use of PIN code
• Change PIN code
• Change Network
• Change SMS Central
• Clear voice message
• Call Forwarding
• Change GSM Band



**GPRS Settings**
You get the settings for GPRS and MMS from your operator. At your operator's website you can get the settings sent to you by SMS. Follow the operator's instructions of how to send the settings to your Neonode using automated configuration SMS's. Make an **Accept sweep** to accept the settings when you receive the SMS.
Under GPRS Setting you can also enter the settings manually.

In the first tab view you'll find **GPRS Access Points**. In the second tab view you'll find **Application Profiles**. Alter between the tab views with **Change view sweeps**.



**Audio Settings**

Mark the setting you want to change and tap the screen.

Turn on/off the **speakers** and the **vibration** by marking the item and tap the screen.

When you select **Ringtone** and **SMS tone** you can choose an audio file stored on the SD card. Mark the sound you want to use and tap the screen.

When you change **Ring/Alert tone volume** and **Call volume** you make an **Accept sweep** to save the changes. Make a **Close view sweep** to cancel.

You can also choose whether to play the **Ring/alarm tone** through the headset or the speakers, when the headset is inserted. Mark the item and tap the screen to change.

# Connect your Neonode to a computer

Your Neonode can operate in two different modes while connected to a computer, either in phone mode or as a USB disk. When turned on, it operates in phone mode. Turned off, it operates as a USB disk.

**Connect as USB disk**

Turn off your Neonode. Insert the enclosed USB cable into your Neonode USB port and connect it to a computer. Wait until the text **Connected** shows up on the Neonode screen.



Your Neonode will automatically appear on your computer as a Removable disk. You can now access the SD card and transfer files, such as music, videos and pictures. You can also download and install new updates from www.neonode.com.

When disconnecting, safely remove your Neonode from the computer and turn it back on.



13

**Connect in phone mode**
Download and install the free software ActiveSync from Microsoft on your computer.
Connect your turned on Neonode to the computer, using the USB cable. ActiveSync will
now automatically open. You will be asked if you want to set up a partnership between
your Neonode and the computer. Choose **Yes** and follow the instructions given on the
screen.
Using ActiveSync you can regularly synchronize your Neonode calendar and address
book with Outlook on your computer. Via ActiveSync you can also reach the file system
on your Neonode. Press **Explore** in ActiveSync to reach the Storage Card.

**Tip:** If you can't see all your folders on the Storage Card, press **Tools/Folder Options…**
Under **View**, mark **Show hidden files and folders**.



**Please note:** When connected in phone mode, it is not possible to download and install
new updates from www.neonode.com. Transferring files is also slower than if
the Neonode is connected as a USB disk. We therefore recommend you to connect your Neonode as a USB disk when you want to transfer
several files or large amounts of data.

# Download new updates

Login to www.neonode.com with your username and password. If you have bought your Neonode through our webshop an account is
automatically created and you receive username and password together with the mobile device.

If you have bought your Neonode in a store you have to manually create an account to be able to download new updates. When you have
filled in the form to create an account you will receive an automated e-mail with login instructions. Follow the instructions given in the e-mail.

When you have logged in to the website you will find the list of updates under **Downloads** – **Neno**.

Plug the device to the computer using the USB- cable. Please note that the device must be **turned off** to be able to download the update.

Choose the latest version and click **Go to download**.     
This will take you to the information page for the chosen version, where you can read about what's new in this version.

When you are ready to download, click the **download** button.     

**Important!** If you use Mac och Linux you can read further instructions of how to download new updates once you are logged in to
www.neonode.com.

A **Security Warning** window will appear and you will be asked to
choose whether to Run or Save. Choose **Run**.

The download now starts and will take a minute or two depending on
your Internet connection. While you're waiting for the download, turn off
your Neonode and connect it to the computer via the USB-cable.

When the download is completed, another Security Warning window will appear.

Click Run to start the installation.



An **Install Neno** window will open.

When the Installer has detected the mobile device as connected to your computer, you can choose if you want to **Install Sample Web Links** and **Backup current N1 settings to the computer**. To select any or both of them, check the box(es).

In the **Install Neno** window you will also see what languages that will be installed, your active language, your regional settings and time zone. Click **Change** if you want to edit any of these settings.



First select languages to be installed. Mark the language(s) you want to install on your Neonode and click **Next**.



Select **Active language** (User Interface Language), **Regional Settings** and **Time Zone**. By selecting these settings already in the installation process your Neonode will have the correct settings when you turn it on, thus you don't have to edit the settings manually.

Click **Finish**.



You can now see the **Install Neno** window again, with your current choices.

Choose **Start Install**.

The installation will take a few minutes to complete. When the Installer asks you to disconnect the mobile device, do so and turn it on.

**Note:**
Contact and Calendar information will not be deleted during an update of your Neno version.

After an update of the operating system, it is sometimes necessary to turn on your Neonode two times. If a blue progress bar appears when you turn on your Neonode, please wait for a while until the progress bar completes and your Neonode shuts down automatically. At that point, turn on your Neonode again.

# Make calls

While talking on your Neonode, you hold it with the backside against your ear, with the screen facing away from you.
To change the volume during a call you use the navigation keys. Press **Up** to raise the volume, **Down** to lower the volume.

**Make a call using the keyboard**
Make a **Keyboard sweep** to open the keyboard.
Use the on-screen keyboard as an ordinary keyboard; tap the numbers required to dial the number you want.

 

When you have entered all the numbers, make an **Accept sweep** to make the call.

 

Make a **Close view sweep** to hang up.

 



**Make a call using the Call History.**
To call a number from the Call History, open the start menu and tap the **Call History** icon.

You can also get the Call History by quickly pressing the **on/off** button. A Call History list will appear. Scroll the list to the number or contact you want to call. When the correct number or contact is marked, tap the screen to make the call.
Make a **Close view sweep** to hang up.





**Call a contact in the Address Book**
Open the start menu and tap the **Address Book** icon. Scroll the list to get to the contact you want to call or use the **Right/Left** navigation key to browse through the list page by page. You can also open the keyboard, enter a search text and make an **Accept sweep**. If you e.g. enter "Daniela" you will get directly to that contact. When the contact you want to call is marked, tap the screen to view the number(s) attached. Mark the number you want to call and tap the screen to make the call. Make a **Close view sweep** to hang up.

In the address book, you can also make a **Change view sweep** to get to your favourites. Mark the favourite contact you want to call and tap the screen to call. Make a **Close view sweep** to hang up.

**Answer incoming calls**
You answer an incoming call by with an **Accept sweep**. Make a **Close view sweep** to hang up. You can also answer an incoming call by quickly pressing the mobile's **on/off** button and hang up by quickly pressing the **cancel** button. When you receive a call, you can turn off the ring tone by making a **Close view sweep**. You can then answer with an **Accept sweep**.



You can also give the caller a busy tone. Make a **Close view sweep** twice when the mobile is ringing if you want the caller to get a busy tone.

# Address book

Open the start menu and tap the **Address Book** icon to open the application.



**Add a contact**
Open the address book tools menu and tap the **Add contact** icon. A list of items to fill in will appear, such as name, mobile number, home number, e-mail etc. Mark an item and tap the screen to enter information. When you choose for example **First name**, a keyboard will appear on the screen enabling you to enter text. Make an **Accept sweep** to save the text.

When you choose **Mobile**, a keyboard that allows you to enter numbers will appear. Make an **Accept sweep** to save the number.
To add a picture to the contact, choose **Picture**. This takes you to the Camera application. You can take a picture with the camera and make an **Accept sweep** to add this picture to the contact.

To add a picture from the Image viewer, make a **Change view sweep** to the right in the Camera application. Mark the picture you want to add, tap the screen to select it and make an **Accept sweep**. To attach a personal ringtone to the contact, choose **Ringtone**. This takes you to the folder My Ringtones, a subfolder to My Documents on the Storage Card. Scroll the list and choose a ringtone by tapping the screen when the ringtone of your choice is marked.



**Note:** If you have stored the picture or ringtone you want to add in some other folder, you can easily browse through your folders by marking **Up** and then tap the screen.  Browse through your folders and choose the one that contains the picture or ringtone you want to attach to your contact. Mark the picture or ringtone and tap the screen to add it.

Make an **Accept sweep** to save the new contact. If you don't want to save the new contact, make a **Close view sweep** to cancel and discard the changes you made.



**Make a contact a favourite**

Mark the contact you want listed as a favourite. Then open the tools menu and tap the **Favourite** icon.

Mark **Empty favourite** and tap the screen. The chosen contact will be listed as a favourite. To replace one favourite with another, mark the contact you want to replace instead of an empty item, and the new favourite will be listed instead.

If you have a picture attached to your contact, the picture will appear in the favourite list instead of the name of your contact.



**Copy contacts from the SIM card**

Open the address book tools menu and make one **Change view sweep** to the right.

To copy contacts from the SIM card, tap the icon **Import contact list**. All your contacts on the SIM card will now be copied to your Neonode.



**Copy contacts to the SIM card**

Open the address book tools menu and make one **Change view sweep** to the right. To copy contacts from your Neonode to the SIM card, tap the icon **Export contacts to SIM card**. Choose which contacts you want to export to your SIM card and make an **Accept sweep** to export them.



**Send and receive vCard**

       You can send contact information you have attached to a contact in your address book with SMS as a vCard.

Mark the contact in the address book whose contact information you want to send as a vCard. Then open the tools menu and tap the **vCard** icon.

Mark **To** and tap the screen to choose the recipient of the vCard from your address book. Mark the recipient and tap the screen. You can also open the keyboard with a **Keyboard sweep** and enter a phone number manually.

Make an **Accept sweep** to send the vCard.

When receiving a vCard by SMS, make an **Accept sweep** to save the contact information in the address book. Make a **Close view sweep** to close the view without saving the received information.



# The Camera application

**Take and view a picture**

Open the start menu and tap the **Camera** icon to open the camera application. When in camera mode, the screen is a viewfinder and to take a photo you tap the screen.

To view the recently taken picture, make a **Change view sweep** to the right. This takes you to the Image Viewer and you can see the picture.

A **Change view sweep** to the left will get you back into camera mode.





**Change settings**

Open the camera tools menu and tap the **Settings** icon. You can change resolution, scene type, contrast and brightness. Mark the setting you want to change and tap the screen. When you choose **Resolution** or **Scene type** a list of alternatives will appear. Mark the alternative you want and tap the screen to choose it.




Choose **Advanced** to change contrast and brightness. Use **Right**/**Left** navigation key to alter between contrast and brightness, use **Up**/**Down** navigation key to change value. Make an **Accept sweep** to save the new settings. You'll get to the **Settings** view. Make a **Close view sweep** to get back to the camera.

**Send MMS**

Take a picture with the camera. To send it as an MMS you open the tools menu, tap the **Messaging** icon and compose an MMS.

# *The Image Viewer*

You find the Image Viewer in the second tab view of the camera application. Open the camera application and make a **Change view sweep**.



You can now view all your pictures stored on the SD card one by one.

To change to the next/previous picture in the Image Viewer you press the navigation keys. The **Right** key lets you view the next picture, the **Left** key the previous picture.

Your pictures are automatically stored in the folder My Pictures, a subfolder to My Documents on the Storage Card. You can scroll the list upwards or downwards.



To view a specific picture, tap the screen when the picture is marked.

**The Image Viewer tools menu**

While looking at a picture you can open the Image Viewer tools menu. The tools menu contains three tab views. In the first tab view, you can do the following:



**Go to the folder My Pictures** where all your pictures are stored



**Delete the picture**



**Rename the picture  NOTE!** Make sure you don't delete the ".jpg" ending

The second tab view allows you to view the picture in different modes. Please note that this gives you the possibility to view your picture in different modes, not to save/update the picture in these modes.



**View the picture** as shown in Image Viewer



**View the picture in full-screen**. In this view the edges of the picture will be cut of



**Rotate the picture to the right** and view the whole picture in full-screen



**Rotate the picture to the left** and view the whole picture in full-screen



**View in actual size**. Use the navigation keys to navigate around in the picture

In the third tab view you can choose to send the picture in an MMS and set a status screen.



**Send picture as MMS**



**Go to the address book** and add a recipient



**Set status screen** Use the selected picture to set a status screen

# The Messaging Application

The messaging application allows you to read, view, compose and send SMS and MMS.

 **Open the messaging application**
Open the start menu and tap the **Messaging** icon.
The Messaging Application contains multiple views. You can view your drafts, received and sent SMS and MMS by making **Change view sweeps** to the right or left.

  

 To send an SMS or MMS you open the messaging application tools menu and tap the icon for **New message**. In the **Compose view**, set type to either **SMS** or **MMS** and start composing.

**NOTE!** To be able to send MMS your subscription must include GPRS and MMS services. Contact your operator or visit their website for help on how to configure your Neonode for MMS.

 **Add number to address book**
If you have received a message containing a phone number you want to add to the address book, you open the tools menu when viewing the message. Make a **Change view sweep** to the right and tap the **Add number** icon. Mark the number you want to add and tap the screen. You can choose if you want to add the number to an already existing contact or create a new contact.

 **Call number received in message**
If you have received a message containing a phone number you want to call, open the tools menu when viewing the message. Make a **Change view sweep** to the right and tap the icon **Call number**. Mark the number you want to call and tap the screen.

**Messaging settings**
To change settings for the messaging application, open the messaging tools menu and make two **Change view sweeps** to the right.

- Choose max folder items
- Choose whether to show original message when replying
- Set default message type – last used, SMS or MMS.

Mark the item you want to edit and tap the screen.

## *SMS*

**Send an SMS**
Open the start menu and tap the **Messaging** icon.

Make a **Keyboard sweep** to get the keyboard and start writing an SMS text. When you have entered all text, make an **Accept sweep** to get to the **Compose view**.

You can also open the tools menu. In the tools menu's first tab view, tap the icon for **New message**. In the **Compose view**, mark **Type**, tap the screen and choose **SMS**.

  

**Add a recipient**
In the **Compose view** you add a recipient to your message by marking **To** and tap the screen. This will take you to the Address Book. Scroll the list and when the wanted contact is marked, tap the screen to add him or her as the recipient of your SMS.

If you want to enter a phone number instead, make sure the **To** row is marked and make a **Keyboard sweep**. Enter the number and make an **Accept sweep**.




**Add several recipients**
You can add several recipients to your SMS. When you have added a recipient and want to add one more, mark **To** and tap the screen. Mark **Add** and tap the screen. Mark the contact and tap the screen. To enter a phone number, make sure the **To** row is marked and make a **Keyboard sweep**. Enter the number and make an **Accept sweep**.

In this way you can add several recipients to your SMS. When all recipients are added, make an **Accept sweep**.



**Compose a message**
Mark **Message text** and tap the screen. A keyboard will appear on-screen that allows you to enter text. Make an **Accept sweep** to save when you have entered all message text.

When all the required fields are completed, make an **Accept sweep** to send the SMS.

You can also save the SMS as a draft and send it later. If you make a **Close view sweep** the message will be saved among your drafts in the messaging application.

**Receive SMS**
When you receive an SMS you will get a notification that you have received a new SMS. Make an **Accept sweep** if you want to read the message immediately. If you make a **Close view sweep**, the message will be saved among your received messages and you can read it later.

**Send a reply**
When you receive an SMS you can send a reply. Open the tools menu and tap the **Reply** icon. Mark **Text** and tap the screen. Enter the message text and make an **Accept sweep**. In the **Compose** view, make an **Accept sweep** to send the message.

The message you're replying to will be shown as a reference. This function can be disabled in the messaging application's **Settings**.

**Forward a message**
Open the tools menu and tap the **Forward** icon. Mark **To** and tap the screen. Choose a recipient from the address book by tapping the screen when the contact is marked. To enter a phone number, make sure the **To** row is marked and make a **Keyboard sweep**. enter the number and make an **Accept sweep**.

Forward the message with an **Accept sweep**.

22

# MMS

• Make sure that your subscription include GPRS and MMS services. Contact your operator for help regarding this.
• Follow the instructions on your operator's website on how to configure your Neonode for MMS by using automatic configuration SMS messages. When you receive a configuration SMS, make an **Accept sweep** to accept the settings. The Messaging Application, the same application as is used for SMS, is used to send and receive MMS messages.
**IMPORTANT! The first MMS you send should be to your own number. Some operators require this to activate the MMS service.**

**New message**
Open the start menu and tap the **Messaging** icon. To send an MMS, open the tools menu. In the first tab view, tap the icon for **New message**. In the **Compose view**, mark **Type**, tap the screen and choose **MMS**.




**Add a recipient**
Add a recipient to your message by marking **To** in the **Compose view** and tap the screen. This will take you to the Address Book. Scroll the list and when the wanted contact is marked, tap the screen to add him or her as the recipient of your MMS.

If you want to enter a phone number instead, make sure the **To** row is marked and make a **Keyboard sweep.** Enter the number and make an **Accept sweep**. It is possible to send MMS to e-mail addresses as well as phone numbers.

**Add several recipients**
You can add several recipients to your MMS. When you have added a recipient and want to add one more, mark **To** and tap the screen. Mark **Add** and tap the screen. Mark the contact and tap the screen. To enter a phone number or e-mail address, make sure the **To** row is marked and make a **Keyboard sweep**. Enter the number or e-mail address and make an **Accept sweep**.

In this way you can add several recipients to your SMS. When all recipients are added, make an **Accept sweep**.



**Compose a MMS**
Choose **Subject** in the **Compose view** to get the keyboard and enter a subject text to your message. Then make an **Accept sweep**.
You can add a slide to your message by choosing **Slide**. A slide is a combination of sound, pictures and text that is played for the recipient in a slideshow.

Add text, pictures and audio by choosing the media type from the **Add slide view**.
To add a picture, choose **Image**. The Camera Application will be opened so you can take a picture with the built-in camera. Make an **Accept sweep** to add the taken picture.



23

You can also add a picture from your storage card. To view your stored pictures in the Image Viewer you make a **Change view sweep** to the right in the Camera Application. When you have marked the picture you want to send in your MMS, make an **Accept sweep** to add it.

You will be asked if you want to resize the image to reduce the message size. **Accept sweep** for yes, make a **Close view sweep** for no.

Choose **Text** to add a slide text. A keyboard will appear. Enter your message text and make an **Accept sweep**.



To add a sound, choose **Audio**. This will take you to the folder My Music, a subfolder to My Documents on the Storage Card. Scroll the list and select the sound you want to add by tapping the screen when the wanted sound is marked.

Choose **Duration** to define for how long the slide should be shown. A keyboard appears and you can enter number of seconds. Then make an **Accept sweep**.

Make an **Accept sweep** to save the slide.

In the **Compose view**, make an **Accept sweep** to send your MMS to the recipient.



**Receive MMS**
When someone sends an MMS to you, you will receive a notification message that there is a new message for you. If you choose to fetch the MMS by making an **Accept sweep**, your N1m will connect to your MMS centre to download the message.

# The Media Player

The Media Player allows you to listen to music, audio books and watch videos on your Neonode.

 **Open the Media Player**
Open the Start menu. Make a **Change view sweep** to the second tab view. Tap the **Media Player** icon to open the application.

**Use the Media Player**
The Media Player contains two tab views. One view is the **Now playing** view, where you can see information about the track being played at the moment. If you have selected a video, it will be shown in this view.

The other view is the **Playlist** view. You can alter between the **Now Playing** view and the **Playlist** view with a **Change view sweep**.

When using the Media Player you can make use of the headset volume control as well as use the headset button to pause/play and skip to the next track. See **Player settings** for how to define the functionalities for the headset button.

To fast forward a track in the Media Player you press and hold the **Right** navigation key.




In the **Playlist** view you can pause by tapping the screen. Tap the screen again for play.

**The Media Player tools menu**
The Media Player tools menu has two tab views. The first tab view contains icons for play, stop, change the volume level and skip to the previous/next track.

 **Play/Pause**

**Stop**

**Set position** Choose from where in the present track you want to listen

**Change the volume level**

**Skip to the previous track**

**Skip to the next track**

**Tools menu second tab view:**

**Create or Open Playlist**
When you tap this icon you can either create a new playlist or open an already existing playlist. You have four different alternatives when you want to create a new playlist.



Mark the kind of playlist you want to create and tap the screen. If you choose to create a **New Empty Playlist** you then open the tools menu and add files and folders of your choice to the playlist (see **Add file or folder to the playlist**).

If you choose **New My Music Playlist** the Media Player will create a playlist containing all media in the My Music folder and subfolders. **New Storage Card Playlist** will create a playlist containing all media on the Storage Card.

If you choose the alternative **New Custom Folder Playlist**, a playlist will be created containing all media in a folder you choose. To choose a folder you scroll the list and tap the screen when the folder of your choice is marked. In the bottom description field you can see the folder's name, thus control that the correct folder will be added. Make an **Accept sweep** to create a playlist of the current folder.

When you have created a playlist a keyboard will automatically appear so you can enter a playlist name. Enter a name and make an **Accept sweep** or go directly to the playlist view by making a **Close view sweep**.



**Note:** If no name is given to a My Music playlist, Storage Card playlist or Custom Folder playlist the playlist will not be saved when you close the Media Player.

When you tap the icon **Create or Open Playlist** you will also see a list of all your existing playlists. Scroll the list and select which one to open by tapping the screen when the playlist of your choice is marked.

 **Edit playlist**
You can delete tracks from the playlist and change a track's position in the playlist.

To delete a track from the playlist you open the tools menu, tap the **Edit playlist** icon and open the tools menu again. Tap **Delete from playlist**. Mark the track(s) you want to delete and make an **Accept sweep**. Then make a **Close view sweep** to get back to the playlist view.

25

To change the position of a track in the playlist, scroll the playlist until the track you want to move is marked. Tap the screen to select this track. To move the track to another position in the playlist you then scroll the list.  When you have found the right place to put the track you tap the screen to put it there. Make a **Close view sweep** to get back to the playlist view.



**Add file or folder to the playlist**

Tapping this icon automatically takes you to the folder My Music, a sub-folder to the folder My Documents on the Storage Card.

To add a folder to your playlist, you scroll the list and when the wanted folder is marked, open the tools menu and tap the **+** icon. Make a **Close view sweep** to get to the **Playlist** view and tap the screen for play.

**Note:** If you have sub-folders in the folder you have selected to add, they will not be added to the playlist. If you want these folders to be added to the playlist as well, you have to add each folder individually.

**Note:** Media added to a playlist will be added at the position after the currently selected line in the playlist.

To add a single file to your playlist, tap the **Add file or folder to the playlist** icon. Enter the folder where the file is stored, scroll the list and when the track of your choice is marked, tap the screen to add it to the playlist. Add as many tracks you want this way and make a **Close view sweep** to get back to the **Playlist** view.

If you have stored the music you want to add in some other folder than My Music, or want to see a video, you can easily browse through your folders by marking **Up** and then tap the screen.

Browse through your folders and choose the one that contains the music or video you want to add to your playlist. Add the file or folder as described above.

Make a **Close view sweep** to get back to the **Playlist** view.



**Save Playlist As**

When you tap this icon a keyboard is opened and you can enter a new playlist name. Make an **Accept sweep** to get back to the playlist view.



**Player Settings**

When you tap the **Player Settings** icon you can change playlist settings and define buttons and sweeps.

*Shuffle enabled/disabled*
Mark this item and tap the screen to enable or disable shuffle.

When the playlist is shuffled the tracks will be played in a randomized order, not in the order they are displayed in the **Playlist** view. When shuffle is enabled you will see a small indicator in the lower part of the screen in both the **Now Playing** view and the **Playlist** view.

When you disable shuffle the tracks will be played in the order they are displayed in the **Playlist** view.

*Repeat playlist enabled/disabled*
Mark this item and tap the screen to change between enable/disable repeat playlist. When repeat playlist is enabled you will see a small indicator in the lower part of the screen in both the **Now Playing** view and the **Playlist** view.



*Button and sweeps*
Mark **Button and sweeps** and tap the screen. You can now define how to use the headset button and the navigation keys.

Mark **Headset button** and tap the screen to define its usage. You can choose between **Short click to play/pause, press and hold for next media clip** or **Short click for next media clip, press and hold to play/pause.**



You can change usage for the navigation keys and **Keyboard sweep** for both the **Now Playing** view and the **Playlist** view. Mark an item and tap the screen to make your changes.

Choose whether you want to use the **Up**/**Down** navigation keys for volume control or not and the **Left**/**Right** keys to skip to previous/next track or not.

When **Left**/**Right** keys are used:
• Press the **Left** key when **more** than 2 seconds of the track has been played to reset position within the current track to the beginning.
• Press the **Left** key when **less** than 2 seconds of the track has been played to get to the previous track.
• Press and hold the **Right** key to fast forward within the current track.

You can also define the **Keyboard sweep**: whether to not use it, use it to change volume or use it to change position in a track.



**Close the Media Player**
The Media Player will remember where you turned it off and start at the same position in the last playlist next time you start the application. You close the Media player with a close view sweep.
**Note:** If no name was given to a My Music playlist, Storage Card playlist or Custom Folder playlist the position in the playlist will not be saved.

# The Calendar



**Open the calendar**
Open the start menu, make a **Change view sweep** to the right and tap the **Calendar** icon.

**Choose view**
The calendar has three different tab views. You can either view one day at a time, a week or a whole month. To change view, make **Change view sweeps** to the right or the left.

**Navigate within a Calendar view**
In the **day** view, sweep **Right** in the **Navigation area** to view the scheme for the following day and **Left** in the **Navigation** area to see the day before.

In the **week** and **month** view, sweep **Right**/**Left** in the **Navigation area** to move within a row. It is also possible to navigate in the calendar by **Navigation** area. If you sweep **Up**/**Down** and don't lift your finger, but screen, you can autoscroll through weeks and months.



sweeping **Up**/**Down** in the let it rest at the top/bottom of the

If you, when in the **week** or **month** view, tap the screen, you will be able to see your appointments for the day that is marked.



**Go to date**
To quickly go to a specific date in the calendar, open the tools menu and tap the **Go to date** icon. A keyboard will open. Enter the date and make an **Accept sweep**.



**Add a new appointment**
In all three of the calendar views you can make a **Keyboard sweep** to open the keyboard and add a new appointment. Enter the subject and make an **Accept sweep**. This takes you to the **New Appointment** view. You can also open the calendar tools menu and tap the icon for **New Appointment**.



In the **New Appointment** view you can enter subject, date, time, location and status. Mark respective item and tap the screen to edit. When you have edited an item you save it by making an **Accept sweep**. This also takes you back to the main **New Appointment** view. To go back one step without saving, make a **Close view sweep**.

When you choose **Subject** or **Location**, a keyboard appears on-screen and you can enter text. **Accept sweep** to save.

When you choose respective **Start date**, **Start time**, **Stop date** and **Stop time** a keyboard appears that allows you to enter numbers. **Accept sweep** to save. When you choose **Status** a list of alternatives appears and you can mark the one that suits you and then tap the screen.

Make an **Accept sweep** to save the appointment when you have completed all the essential fields. This takes you back to the **Calendar** view.

 **Delete appointments**

Mark the day where you want to delete an appointment. Open the tools menu and tap the **Delete** icon. Mark the appointment(s) you want to delete and make an **Accept sweep**. Confirm with another **Accept sweep** or cancel by making a **Close view sweep**.

# The Alarm application

**Please note:** When you have set an alarm, it will only go off when your Neonode is turned on.

 

**Open the alarm**

The alarm application is situated in the third tab view of the start menu. To open the alarm application you open the start menu and make two **Change view sweeps** to the right. Tap the **Alarm** icon to open the application.

**Add a new alarm**

In the first tab view of the application you can see all your active alarms, add a new alarm and edit already set alarms.

To open the keyboard to add a new alarm you can either make a **Keyboard sweep** or mark **Add Alarm** and tap the screen. A numeric keyboard will appear. Enter the alarm time and make an **Accept sweep**.

Enter a date for the alarm and make an **Accept sweep**.



In the **New Alarm** view you can set/change time and date for the alarm, enter an alarm text and choose alarm tone.

Choose **Text** to enter alarm text. When entering an alarm text, e.g. "Lunch", the alarm will be saved in the alarm history. Make an **Accept sweep**.

Choose **Alarm tone** to select audio file. Any of the mp3, wav or wma files stored on your Neonode can be used as alarm tone. Mark the audio file you want to use and tap the screen.

Make an **Accept sweep** to save the new alarm.

**The Alarm History**

You find the alarm history in the second tab view of the alarm application. All alarms to which you have entered an alarm text are saved in the alarm history.



To reset an alarm you have in the alarm history you scroll the list, mark the alarm you want to reset and tap the screen. You can now either make **Accept sweeps** to save the settings that appear, or enter new and then make **Accept sweeps** to save them.

When all information is correct, make an **Accept sweep** to save the alarm.

To delete an alarm in the alarm history, open the tools menu and tap the **Delete** icon. Mark the items you want to delete and make an **Accept sweep**. Make another **Accept sweep** to confirm. To cancel, make a **Close view sweep**.

# Internet Explorer

**Install and configure the Internet browser**

- Make sure that your subscription includes GPRS.
- Follow the instructions on your operator's website on how to get GPRS settings for your Neonode by using automatic configuration SMS's. When you receive a configuration SMS, make a **Accept sweep** to save the settings. The name of the GPRS service providing an Internet connection may vary from operator to operator. It is usually called something like "Mobile Internet over GPRS" or "WAP over GPRS". If you cannot find any information on the operator's website you can usually call the operator's support number and request SMS configuration/ settings for GPRS.
- If your operator doesn't supply any settings for mobile Internet then download settings for WAP.

 A yellow bar on the status screen shows GPRS availability. If this bar is not shown on your Neonode you cannot use the GPRS service. Either you don't have GPRS coverage or your subscription with your operator doesn't include GPRS.

**Open the Internet browser**
Open the start menu. The **Internet Explorer** icon is situated in the third tab view of the start menu. Make two **Change view sweeps** to the right to get to the third tab view. Open the Internet browser by tapping the **Internet Explorer** icon.



You will be greeted by a blue Neonode start page. To start surfing the net, open the Internet Explorer tools menu.



**The tools menu**
The Internet Explorer tools menu contains two tab views and several ways of navigating between web pages.

**The first tab view:**

 **Back** Browse to previously shown web page

 **Forward** Takes you to the next web page

 **Choose Text Size** Choose the zoom level of the text on the web page

 **Stop/ Refresh** Stops loading or refreshes the current web page

 **Favourites** Shows a list of your favourite web links. Tap on the link you want to browse to.

**The second tab view:**

 **Add to Favourites** Add the current web page as a favourite

 **Enter URL** Open the keyboard and type in a new URL or edit the current URL

 **Edit settings** Choose whether to show pictures and allow background sounds or not

**Enter a new website address**
To enter a website address, you have to open the keyboard. Either make a **Keyboard sweep** or tap the **Enter URL** icon in the second tab view of the tools menu.

The current website address will be shown and you can edit this address or enter a new. Make an **Accept sweep** to browse to the website address you have entered.



**Surf the web**
To navigate within a webpage you place your finger in the middle of the screen and sweep **Up**, **Down**, **Left** or **Right** in the **Navigation area**. When you do this, any links that may be on the webpage will be marked when you navigate pass them. To follow a link on the webpage you tap the screen when the link is marked. If the webpage contains input fields, tapping the screen will activate the currently highlighted field.

To browse to another website, open the tools menu and tap the icon of your choice depending on whether you want to browse to one of your favourites, the previous/next webpage or enter a new website address.

You can also navigate back and forward between web pages using **Change view sweeps**.



**Close the Internet browser**
Make a **Close view sweep**. You can choose to either disconnect the GPRS connection fully or exit, but remain connected.

If you choose to remain connected you will see a small globe on the status screen.

In order to disconnect the GPRS connection when the Internet browser is already closed, open the tools menu from the status screen and tap the **Disconnect GPRS connection** icon.



## *Transfer a favourite from your computer*

To transfer a website favourite from your PC to your Neonode, do the following:

Connect the mobile with your computer using the USB cable. If your Neonode is turned on and you have Microsoft ActiveSync installed on your computer, the mobile device can be explored via ActiveSync by pressing the **Explore button** in ActiveSync. If your Neonode is turned off, it will appear on your computer as a Removable Disk.




Open the storage card on your phone and open the "**Storage Card\Documents and Settings\Default\Favourites**" folder. Copy the URL you want as a favourite from your computer and paste it in the Favourite folder on your Neonode. To do this you open Internet Explorer on your computer and choose the favourite you want to copy. Then drag the favourite to the Favourites folder on your Neonode.

You have now transferred a website favourite from your computer to your Neonode and you can disconnect your Neonode from the computer.

# Watch DVD films on your Neonode

It is easy to rip a DVD (copy the DVD to your computer and save it on the hard disk) and convert it to a format that fits the Neonode screen. You do it in a few steps.

Please have in mind that in some countries it's illegal to copy DVD films. Therefore control current rules in your country before you do anything – then enjoy your film shows!

**A first Neonode film experience**
Download our example film to get a sense of what it's like to watch films on your Neonode. The film is shot by Ulrik Carlsson during a dive in the Baltic Sea outside Nynäshamn, Sweden, by a wreck called "Eldaren". The film is already in the right format for your Neonode.

Start by installing the BetaPlayer. Then download the file, transfer the film to your Neonode and have a look!



 **Download the film**

**Do like this:**
**Steg 1: Download and install the software needed**
**Steg 2: Rip the DVD** (copy the DVD to your PC)
**Steg 3: Convert the ripped file to avi/xvid**
**Steg 4: Change image size to make it fit the Neonode screen**

**Step 1: Download and install the software needed**
To follow this guide you need the following:
- **cladDVD.NET** (To rip the DVD)
- **avi.NET** (To convert the ripped file to avi/xvid)
- **AVISynth** (To convert the ripped file to avi/xvid)
- **Xvid v1.XXX** (Video Codec)
- **PocketDivXEncoder** (To change image size to make it fit the Neonode screen)

Start by downloading and installing the software on your computer. Follow the instructions given on the screen.

To watch the film in full screen view on your Neonode you also need a third party application called **BetaPlayer**. It can be downloaded at www.redneo.com. In our BetaPlayer guide you can read how to install and use the BetaPlayer.

**Step 2: Rip the DVD**
First you have to extract the information on the DVD to your hard disk. There are several programs you can download for free on the Internet for this.

The software we use in this guide is called **cladDVD**. It can be downloaded at http://www.videohelp.com/.

Place a recorded DVD in your computer's DVD player.

Go to **Start/All Programs** and open **cladDVD**.

The following window will appear:



In **PGC Mode [AVI]** you'll see a number of files. The file you should mark is often the longest one (see image above).

Mark the file and choose **Options** to the right.

The following window will appear:



Press the floppy disk to select where to put the file. Mark for example **Local Disk** (C:). Then choose **Make new folder**. In this example we have made the folder C:\ripp\.

Press **OK**.

Press **Return** to get back to the original startup window.

You can now start the converting process by pressing **Start RIP**. This will take a while, depending on your computer.

When the converting process is done you close **cladDVD**.

**Step 3: Convert the ripped file to avi/xvid**
In this step you need **avi.NET** and **AVISynth**. They can be downloaded free of charge at http://www.videohelp.com/. **AVISynth** is a video editor based on scripts that will work in the background when using **avi.NET**.

Press **Start**/**All Programs** and open **avi.NET**.

The following window will appear:



Press **Load File** and enter the folder where you have saved the ripped DVD. Mark the file called **xxxxxxx.VOB**. When you press **OK** the index process will start. This will take a while, depending on your computer.

When the index process is done the video will automatically start in a preview window. You can now preview the video and the settings you make.

Pause the video (you'll find the pause button up in the right corner).

Press **Destination** to choose where to put the converted file. If you don't choose a destination the file will be put in the same folder as the ripped **VOB**-file.

Press **Video**/**Audio**/**Subs**.



At the top left side you can choose what storage media you want the video to fit into. Select **1.CD 700 MB**.

Just below you'll find the audio settings, mark **Keep AC3**.

As Video Codec you mark **Use XviD Codec**.

All the settings are now done and you can start the converting process.

First press **File Input-Output**, then **Add Job** and **Start**.



The converting process will take a while. How long depends on your computer. It will look like this:



When the converting process is ready – close **avi.NET**.

Open the folder you made in **Step 1** (in this example C:\ripp\).

You'll see one folder and three files. The video file with the .avi ending is the converted film. It will be called something like **VTS_01_PGC_1.avi**.

If you now double-click the file your media player will automatically open and the film will start.

**Steg 4: Change image size to make the film fit the Neonode screen**
Now there's only one thing left to do before you can transfer the file to the Neonode. That is to change the image size to make the film fit the Neonode screen.

**PocketDivXEncoder** is a good program to use for this. It can be downloaded free of charge at http://divx.ppccool.com.

When you start the program a window that looks like this will appear:



The following window will also appear. Choose the alternative to the left.



To the left in the main window it says **File to encode**. Press the blue folder. A file selection dialog will open. Open the folder you created in **Step 1** and choose the converted file.

**Output file** will automatically be the folder the original file is in. The file name will be the same, except that "smartphone" will be included in the file name; thus the file will be called something like **xxxxx_smartphone.avi**.

Below Output file, you'll find **Output dimensions**. Press **Change** and set the resolution to **220x176**. Then press **Validate this video size**.

Press **Direct encoding**. The converting process now starts.

This won't take long, but as earlier, it depends on what computer you have.

The film has now been compressed to a size that fits the Neonode screen. Transfer it to your Neonode and start watching with the BetaPlayer!

To watch films in full screen on your Neonode you need a third party application called the BetaPlayer. If you haven't already downloaded and installed the Betaplyer on your Neonode you can read how to do it in our BetaPlayer guide.

## *BetaPlayer*

With BetaPlayer, a third party application that can be downloaded free of charge at www.redneo.com, you can watch DivX films in full screen on your Neonode.



**A first Neonode film experience**
Download our example film to get a sense of what it's like to watch films on your Neonode. The film is shot by Ulrik Carlsson during a dive in the Baltic Sea outside Nynäshamn, Sweden, by a wreck called "Eldaren". The film is already in the right format for your Neonode.
Start by installing the BetaPlayer. Then download the file, transfer the film to your Neonode and have a look!

 **Download the film**

**Download and install BetaPlayer**
Go to www.redneo.com. If it's the first time you visit the forum you have to create a username and password.

Then go to **N1 Applications** and choose **BetaPlayer**.

Press **Download**.

Choose **Open**.

Connect your Neonode to the computer and copy the whole BetaPlayer folder to your Neonode. Put it in Storage Card\Program Files.

Disconnect your Neonode from the computer. Open Storage Card\Program Files\BetaPlayer and scroll down to and mark the file called **player_ce3.exe**. Tap the screen to start the BetaPlayer.

To more easily find the BetaPlayer you can create a shortcut. Open the start menu and make a **Change view sweep** to the left. Open the tools menu and tap the **Create shortcut** icon.



Browse to Storage Card\Program Files\BetaPlayer\player_ce3.exe and tap the screen to create the shortcut.

To open the BetaPlayer you open the startmenu, make a **Change view sweep** to the left, mark **player_ce3.exe** and tap the screen.

**Watch a film using BetaPlayer**
Open the BetaPlayer.

Choose **File** – **Open File**. To do this you put your finger in the top left corner of the screen and mark **File**.



Move your finger downwards. When **Open File** is marked – lift your finger from the screen.

Browse to the folder where you have stored the file. Tap the file you want to open. The file will now be opened in the BetaPlayer.

Tap the screen to watch the film in full screen view.

To pause, tap the screen. Tap again for play.

Close the BetaPlayer with a **Close application sweep**. Next time you open the application it will start up at the same position in the film it were when you closed the application. Tap the screen to continue the film. Or choose **File** – **Open File** to select a new video file you have stored on your SD card.

37

**Please note:** The BetaPlayer is a third party application, thus its navigation and functionalities aren't consistent with other Neonode applications. Neonode can't take responsibility for or give support on third party applications you install on your mobile device. RedNeo is a forum created by Neonode users and is not connected to Neonode AB.

# Podcast to your Neonode

This is what you need to sync a Podcast feed to your Neonode.
• A Neonode
• Windows XP and Windows Media Player 10
• ActiveSync 3.8
• A Podcast Sync tool such as iPodder or Doppler (Doppler is used in this example)
• An Internet connection (podcast mp3- or WMA-files can be 10MB+ in size)
**Download a Podcast Sync Tool**
Download and install a Podcast Sync Tool such as iPodder or Doppler on your computer. Follow the instructions given on how to install the program. When installed, open the Podcast Sync Tool (Doppler in this example).

**Download podcast files**
Get a link to the podcast feed you want to sync from. You can use any podcast feed of you choice. In this example we will use a Swedish music podcast feed called Dagens Skiva ("Record of the Day")  – the URL to this particular feed is: http://dagensskiva.com/rss/chronicles-rss.asp

Press **Add feed** and enter the URL of your choice in the Doppler Sync Tool.



**Note:** If you don't want to download all available podcasts, mark the "Only download last xx podcasts" checkbox.

Press **Add feed** again. The feed will appear in the Doppler tool. Click on **Retreive now**. Doppler will now download the audio files to your local hard disk (you can specify where you want to place the files) and create a Windows Media Player playlist.

**Transfer the files to your Neonode**
Now that you've downloaded the podcast audio files, you can either choose to listen to the files on your computer or transfer them to your Neonode. To transfer the podcast files, connect your Neonode to the computer using the USB-cable. You can connect your Neonode either turned on or turned off.

Open Windows Media Player on your computer and click on the **Sync** tab. You will see two drop-down lists. The left side allows you to choose playlist (either the one created by Doppler, or a custom playlist you create), and the right side drop down list allows you to select the destination for the content, in this example we have chosen the Storage Card on the Neonode and the "My Documents\My Podcasts" folder.



Choose the podcast files you want to sync from the playlist and click on **Start Sync**. The content is converted to WMA (if needed) and sync'd down to your device. If Windows Media Player converts the podcast file to WMA, the podcast file will become significantly smaller in size and take up less space on your SD-card.

**Create a playlist**
Disconnect your Neonode from the computer. Open the Media Player on your Neonode, create a playlist, add the podcast files and you can start listening.

As new podcast files become available, Doppler will look at the podcast feed you've signed up to and download the new content. To get the new files you just have to open Doppler, click on **Retreive now** and then transfer the new content to your Neonode as described above.


# Improve ring and alarm sound volume

You can in an easy way increase the volume level of a WAV or MP3 file you want to use as ring or alarm tone. One way is to use the sound editor Audacity.

The sound editor can be downloaded for free at the Audacity website: http://audacity.sourceforge.net

First, download and install Audacity.

When the software is installed on your computer, start Audacity and open the sound file that you want to improve.
You will see something similar to this:



Now, your sound will probably not have the maximum amplitude possible. To edit the sound so it becomes a sound with maximum amplitude press **Edit/Select…/All** to mark the sound. Then press **Effect/Amplify…**

A window that looks like this will open:



The value that is automatically set in the **Amplification (db):** textbox (in this example 3.9) is the amplification value that will amplify the sound so that it becomes a sound with maximum amplification at some point.
If the value is zero (0) your sound already have maximum amplitude somewhere and can't be further improved.
Press **OK** to amplify the sound with the recommended value.
Press **File/Export As WAV** to save the improved sound as a WAV file.

You can now transfer your improved sound to your N1m and start using it as a ring or alarm tone.

40

**Tip:** To save your improved sound file as an MP3 file you should download and install the LAME MP3 encoder. Follow the instructions given on how to install the software.

If your sound file is a WMA file you first have to convert it to WAV or MP3 before you can edit the sound with Audacity. Several tools for this can be downloaded on the Internet.
Some links to websites with free downloadable sounds that can be used as ring and alarm sounds:
Frogstar
Neal Abrams' .WAV Collection
Partners In Rhyme
Sound America
The Daily .WAV
The Looney Tunes SoundSource

# GPRS and MMS settings

You get the settings for GPRS and MMS from your operator. At your operator's website you can get the settings sent to you by SMS. Follow the operator's instructions of how to send the settings to your Neonode using automated configuration SMS's. Make an **Accept sweep** to accept the settings when you receive the SMS.

When you are going to choose configuration for your mobile device, Neonode might not be listed. You can then choose another new mobile model. The settings for most new models will work on your Neonode.

The best way to get settings for GPRS and MMS is to visit your operator's website and send them to your Neonode with an automated configuration SMS. If you have tried that, but the settings for some reason doesn't work, you can enter them manually.

You will find all the information you need to enter the settings manually at your operator's website. The manual settings information is often found in connection to the automated settings you can send to your Neonode using configuration SMS's.

## *Enter settings manually*

**Settings for GPRS**
Open the tools menu from the status screen. Then tap on the icon for **GPRS Access Points and Application Profiles**. In the GPRS Access Points view you open the tools menu and tap the icon **New GPRS Access Points**.

To enter information you mark an item and tap on the screen. Enter the information needed and make an **Accept sweep** to save. Mark the next item and repeat the procedure.



**GPRS Access Points**
Enter the information needed, as described below.
**Name:** Enter a name of your choice.
**APN:** This information you get from your operator's website.
**Username:** Not needed.
**Password:** Not needed.
**Statistics:** Not needed.

Make an **Accept sweep** when you have entered all information needed.

Now you should create an application profile and connect it to the access point. Make a **Change view sweep** to Application Profiles. Open the tools menu and tap the icon **New Application Profile**.



**Application Profile GPRS**
Enter the information needed, as described below.
**Type:** choose WWW.
**Access Point:** Choose the access point you just created.
**URL:** Not needed.
**Use as HTTP Proxy:** This information you get from your operator's website.
**Proxy:** Not needed.
**Port:** Not needed.

Make an **Accept sweep** when you have entered all information needed. The settings for GPRS are now done and you can start surfing the net with your Neonode.



**Settings for MMS**
You will find the settings for MMS at your operator's website in connection to the ones for GPRS.

Open the tools menu from the status screen. Then tap the icon for **GPRS Access Points and Application Profiles**. In the GPRS Access Points view you open the tools menu and tap the icon **New GPRS Access Points**.

To enter the information needed you mark an item and tap the screen. Make an **Accept sweep** to save the entered information and go to the next item.



**MMS Access Points**
Enter the information needed, as described below.
**Name:** Enter a name of your choice.
**APN:** This information you get from your operator's website.
**Usename:** This information you get from your operator's website.
**Password:** This information you get from your operator's website.
**Statistics:** Not needed.

Make an **Accept sweep** when you have entered all information needed.

Now you should create an application profile and connect it to the access point. Make a **Change view sweep** to Application Profiles. Open the tools menu and tap the icon **New Application Profile**.



**Application Profile MMS**
Enter the information needed, as described below.
**Type:** choose MMS.
**Access Point:** Choose the access point you just created.
**URL:** This information you get from your operator's website.
**Use as HTTP Proxy:** This information you get from your operator's website.
**Proxy:** This information you get from your operator's website.
They may call this IP-address.
**Port:** This information you get from your operator's website.

When you have entered the information above, make an **Accept sweep** to save the settings. You now have settings for MMS and you can use the Messaging application to send and receive MMS messages.



**Note:** As described above you need information from your operator to manually create access points and application profiles. Please have in mind that the operator sometimes may use different names for the settings. The best and easiest way to get settings for GPRS and MMS to your Neonode is to send them from the operator's website with automated configuration SMS's.