

TIP US FACEBOOK TWITTER GOOGLE+ RSS LOG IN SIGN UP
HOME NEWS REVIEWS BLOG COMPARE COVERAGE GLOSSARY FAQ CONTACT US Search

Motorola RAZR XT910 review: Through thick and thin

Nokia Lumia 710 review: Smack in the middle

Nokia
Samsung
Motorola
Sony Ericsson
Sony
LG
Apple
HTC
BlackBerry
HP
Huawei
Acer
Asus
Dell
Alcatel
Vodafone
T-Mobile
Sharp
Toshiba
Gigabyte
Pantech
ZTE
Micromax
BLU
Spice
Icemobile
verykool
Vertu
Celkon
Plum
ALL BRANDS
RUMOR MILL
PHONE FINDER

# Neonode N1m

neonode

Read opinions
Compare
Pictures
Manual

## POPULARITY

Daily interest N/A

Total hits: 258835

## VOTING RESULTS

Design 8.1

Features 7.4

Performance 7.4

5 5 5

Votes: 1186 Vote!

Like 31 0

| | | |
|---|---|---|
| GENERAL | 2G Network | GSM 900 / 1800 / 1900 |
| | Announced | 1Q, 2005 |
| | Status | Discontinued |
| BODY | Dimensions | 88 x 52 x 21 mm |
| | Weight | 94 g |
| DISPLAY | Type | TFT touchscreen, 65K colors |
| | Size | 176 x 220 pixels, 2.2 inches, 35 x 44 mm (~128 ppi pixel density) |
| | | - 4-way navigation buttons |
| SOUND | Alert types | Vibration; Polyphonic, MP3 ringtones |
| | Loudspeaker | Yes |
| | 3.5mm jack | No |
| | | - 2.5 mm audio jack<br>- HiFi stereo 48 kHz playback |
| MEMORY | Card slot | SD (up to 1 GB), 64 MB card included |
| DATA | GPRS | Class 10 (4+1/3+2 slots), 32 - 48 kbps |
| | EDGE | No |
| | Speed | No |
| | WLAN | No |
| | Bluetooth | No |
| | USB | Yes |
| CAMERA | Primary | 1 MP, 1024x1024 pixels |
| | Video | No |
| | Secondary | No |
| FEATURES | OS | Microsoft Windows CE.NET |
| | Messaging | SMS, MMS, Email |
| | Browser | WAP 2.0/xHTML, HTML |
| | Radio | No |
| | GPS | No |
| | Java | No |
| | Colors | |
| | | - MP3/AAC/AAC+/WMA/OGG/AMR player<br>- WMV/MP4 player<br>- Predictive text input<br>- Calculator<br>- Task manager |
| BATTERY | | Standard battery, Li-Ion 1100mAh |
| | Stand-by | Up to 100 h |
| | Talk time | Up to 3 h |

**Disclaimer.** We can not guarantee that the information on this page is 100% correct. Read more

## NEONODE N1M - USER OPINIONS AND REVIEWS

Anonymous

Buy a bigger phone that suit you, will ya. Your disadvantage is not others problem. Be wise!

2011-12-22 12:19 IVPb R Reply

Kala-S

RM??

2010-10-18 10:01 PIN{ Q Reply

chris

Wow ! my BF bought 1 for me yesterday! must says its full of style! and the function....way too cool! guys you will like it!

2009-04-06 07:46 R553 H Reply

Read all opinions Post your opinion Total user opinions: **111**

## NEONODE PHONES

Neonode N2
Neonode N1m
Neonode N1

GSMArena.com | Home  News  Reviews  Blog  Compare  Coverage  Glossary  FAQ  Links    RSS feed    Facebook    Twitter
© 2000-2012   GSMArena.com    Mobile version    Contact us    Advertising    Privacy    Terms of use