

City of New York, State of New York, County of New York

I, Sean Moran, hereby certify that the document entitled "*Apple v. Samsung*, Nos. KG ZA 11-730 & KG ZA 11-731 (Hague D. Ct. Aug. 24, 2011)" is, to the best of my knowledge and belief, a true and accurate translation from Dutch into English.

Sean Moran

Sworn to before me this
Thursday, April 12, 2012

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4, 2014

THREE PARK AVENUE, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM