

## Prior**Art**Database

*Technical Disclosure*

# Access/Control Icons (Icon Keys)

Author(s): **IBM TDB**
**McLean, J**
**Pickover, CA**
**Winarski, D**

IP.com number: **IPCOM000115342D**

Original Publication Date: **April 1, 1995**

Original Disclosure Information: **TDB v38 n4 04-95 p407-410**

IP.com Electronic Publication: **March 30, 2005**

IP.com, Inc. is the world's leader in defensive publications. The largest and most innovative companies publish their technical disclosures into the IP.com Prior Art Database. Disclosures can be published in any language, and they are searchable in those languages online. Unique identifiers indicate documents containing chemical structures as well as publications open for comment in the IP Discussion Forum. Disclosures are published every day online and also appear in the printed IP.com Journal. The IP.com Prior Art Database is freely available to search by patent examiners throughout the world.

Client may copy any content obtained through the site for Client's individual, noncommercial internal use only. Client agrees not to otherwise copy, change, upload, transmit, sell, publish, commercially exploit, modify, create derivative works or distribute any content available through the site.

**Note:** This is a pdf rendering of the actual disclosure. To access the notarized disclosure package containing an exact copy of the publication in its original format as well as any attached files, please download the full document from the IP.com Prior Art Database at: http://www.ip.com/pubview/IPCOM000115342D



www.ip.com

Copyright © IP.com, Inc. All rights reserved.

J. McLean, C. A. Pickover and D. Winarski

IBM® **Technical Disclosure Bulletin**                    Vol. 38  No. 04  April 1995

## Access/Control Icons (Icon Keys)

Disclosed is a key (i.e., access/control) icon which may be inserted into (or moved on top of) another icon, or moved into or on top of a "lock" *section* of another icon, in order to gain access to functions provided by the (receptor) icon. The access/control/key icons may also be used to suspend, lock, or terminate processes in an intuitive, controlled manner. The access/control icons may further be used to alter various states of files and programs represented by the receptor icon. (For clarity, the term "key" is used to designate the access/control icon.)

The key icon may use color, shape and other graphical attributes to facilitate usage. In one embodiment the key icon is shaped like a standard house key. In a second embodiment, it is shaped like a polygon. In a third embodiment, it is shaped like a jigsaw puzzle piece.

The receptor icon may contain a graphical representation matching the shape of the key. For example, a hexagonal key may be used to access/control/lock a receptor icon with a the graphical representation of a hexagonal hole.

The colors and shapes of the keys may indicate function, security level and other aspects of key usage. The user may be issued, or have available, color/shape coded keys, depending on his/her allowable access level. The keys may disappear if there are repeated incorrect attempts to use the key. The user may use a red key to lock a file for read-only.

In another embodiment, the keys may be consolidated by keeping them together on or in a "key chain icon" from which the user may select. In another embodiment, the keys may be consolidated by having a master key icon "box" that permits access to several keys.

As one example, the keys may control file and directory access and executability. For example, various options of the AIX* "chmod" command control file access permissions. Currently the "chmod" command alters file/directory access/executability by users/groups/others in a non-intuitive fashion. It is much easier to use color coded keys that consolidate often-used file permissions codes.

These keys may be used to control inventory processes by, for example, allowing certain users to access otherwise restricted data bases, or by having certain common keys which "open" records for different classes of product.

The keys may be used by on-line catalogs to query and control access to products. For example, inserting a key into a product icon may signify a user wants to order or obtain information about a product. A special key may be available to the catalog manufacturer to query how many orders have been made and if the product is available.

**Access/Control Icons (Icon Keys)** — Continued

These keys may be used by businesses to, for example, permit access by certain employees to the restricted employee records of others. These keys may be used by financial institutions to conveniently issue various trading commands and make various queries regarding a client's portfolio. The keys may be used in computer mail systems to "key" the distribution of files to particular classes of individuals, distribution lists, and/or permit files to selected individuals. Similarly, there may be "personal" keys and "confidential" security keys. The keys may be used to insure legal use of a network resource that for legal (licensing) or technical (i.e., document control) reasons can only be accessed by one user at a time. In this case the key is kept in the public icon (box, repository) but only one user can have possession of it at a time. Similarly, the keys can be used for source control in software development houses where several people are working on a program; the key may insure that only one person at a time had "checked out" the program for modification.

Various parts or computer subroutines represented by icons may have restricted access, and be available only with the proper key. The keys may unlock menu items. The keys may act as passwords. The keys may be used in menu-driven software code still under development while people still use the working part of the code. Program developers can access parts of the code still being worked on using menu items with a lock and key. The lock position may be invisible, so only knowledgeable users would know where to place the key. Note that some software programs are used in public places, such as a mall, and do not have a keyboard to enter the standard alphanumeric passwords. Other uses: limit access to confidential or internal use data, etc.

The keys may be used to query and access blocks in a flow chart or visual program interface. The keys may be used to unlock other keys. The keys may be signs of status in a business organization. The manager has a red key with more privilege than the normal employee. The keys may permit access to hospital records. A key may be used in a hierarchical fashion to unlock an icon, which contains further keys. This is useful where each user has a master key, which must be activated using a secondary security method (i.e. password). This master key now opens the box of application keys. The contents of this box can be controlled by a privileged administrator, or by the user himself. In general this is particularly useful where many users share a system. Each user has his own set of keys.

In system maintenance and monitoring, by counting the keys, the user may keep track of how many processes he/she has unlocked. Key color or receptor color may indicate lock/unlocked status. System administrators may issue keys for applications that the administrator herself does not have access to. Keys for non-sensitive areas, that anyone can use, can be kept in a public icon (box, or repository icon).

The repository key icon (box of keys) may contain another icon, or button. For example, a "magnet button" on the key box may recall all keys that go into that box, and then lock the box. The user is essentially "logging on" to the system when he activates his master key, and "logging off" when he locks up his key box. This is a comfortable scenario for users (everyone knows you shouldn't leave your keys laying around) who otherwise might tend to forget to log off.

A privileged user may have a "skeleton key" that works everywhere. The system administrator can easily "change the locks" on a particular access port, disabling all keys temporarily.

The keys may be used to control use of software licences.   There may be N(i) keys for software product(i).   The prospective user may "signout" a key in order to use the product.   Once there were no keys, the user will know that all licenses were currently in use for that respective product.   Keys (children) may return to the key ring (parent) once the respective process was shutdown due to a deliberate shutdown or a timeout on an inactive process.

Enlarged keys may be used for some of the most frequency used icons to help the visually impaired and standard users.   Keys may blink, change color, and change shape, to indicate functions such as illegal use.   Keys or key receptors may be used to control interactions with hardware.   For example, a "Write Once" optical media key may commit a file to be stored on unerasable/unchangeable media.   "Erasable" media keys may keep files off of Write-Once media.  This will keep the file in a "changeable" mode.

"Unexecutable" keys or receptors may be used to prevent executable programs from being activated.   Thus, unexecutable files may be received with less anxiety, as they may be re-keyed into an executable mode after they were determined to be virus free.

Keys may be selected from a key ring using a mouse cursor.   For example, the mouse cursor may either (a) drag and drop the key or (b) the mouse cursor may be replaced by the key.  (Here the cursor is the key.)   The latter option allows more than one file to be keyed with the same key.

The receptor icon may have a color-coded perimeter to indicate the key which was used, or should be used.   For example, this perimeter may be the same color as the key which activated it.  Thus, a RED perimeter may denote a REaD only file, which was so keyed by a RED key.

Keys may be concatenated.   For example, with two keys, a file may be made (a) unexecutable and (b) read only.

The ideas in this disclosure also apply to interactive TV.

\* Trademark of IBM Corp.

IBM Technical Disclosure Bulletin Vol. 38 No. 04 April 1995