**U.S. Patent No. 8,046,721 is anticipated by Plaisant, C.  "Touchscreen Toggle Design."  (1992)**

Plaisant was a prior art reference no later than May 7, 1992, as demonstrated by at least the document, the testimony of knowledgeable witnesses as corroborated by documents produced in this Investigation, including materials produced by those witnesses as well as materials listed on Samsung's Notice of Prior Art.  The Plaisant reference is prior art under 35 U.S.C. Section 102(b) because it was described in a printed publication more than one year prior to the priority date of the '721 Patent.

| U.S. Patent No. 8,046,721 | Plaisant |
|---|---|
| Claim 7 | |
| A portable electronic device, comprising:<br>a touch-sensitive display;<br> memory;<br>one or more processors; and one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions: | Plaisant discloses an electronic device including a touch-sensitive display, memory, processors, and modules within the memory for execution by the processors:<br><br>"The color, graphical screen displays are implemented under MS-DOS in VGA mode.  The touchscreen used returns a continuous flow of coordinates allowing the dragging of objects, the identification of sliding motion and the use of a lift-off strategy for selection [4]."<br><br>Plaisant expressly discloses that the toggles may be used for any "two state electronic devices."  Two-state electronic devices include a class of portable electronic devices.  Thus Plaisant teaches touchscreen toggles in portable electronic devices.<br><br>To the extent that Plaisant does not expressly disclose that the electronic device is "portable," it would have been trivial to modify Plaisant to include portable electronic devices.  It would have been obvious to one of ordinary skill in the art at the time of invention that the touchscreen toggles of Plaisant could be implemented in a portable device. |
| to detect a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | Plaisant discloses instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to an image. |



p.1
- *Slider toggle:* In this toggle a sliding/dragging movement is required to change the position of the yellow pointer from one side of the toggle to the other. A simple three step animation shows the movement of the pointer along the slide. If the device is ON the pointer is on the ON side. Users can then grab the pointer and slide it to the other side. If the finger is released before reaching the other side the pointer springs back to its previous position.

p. 2
INTRODUCTION
This video describes and compares six different touchscreen based toggle switches to be used by novice or occasional users to control two state (on/off) devices in a touchscreen environment.

Plaisant teaches detecting a touch corresponding to the location of an "unlock image." The "off"

|  | position of Plaisant may be considered a "locked" state, and the "on" position may be considered an "unlocked" state.  Thus, the yellow pointer on the slider is an "unlock image." |
|---|---|
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, | Plaisant expressly discloses moving an unlock image on the touch sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained.   |

| | |
|---|---|
| | |
| wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | Plaisant discloses an "unlock image" that is a graphical, interactive user interface object with which a user interacts in order to unlock the device.  (*See above.*) |
| unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | Plaisant discloses transitioning a device from an off state to an on state if the user moves an unlock image on the touch sensitive display from a first predefined location ("off position") to a predefined unlock region ("on position") on the touch sensitive display.  *See above.* |
| Claim 8 | |
| The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement of the unlock image required to unlock the device. | Plaisant discloses instructions to display visual cues to communicate a direction of movement of the unlock image required to unlock the device: <br><br> ("on" position", "off" position, and slider track) |

| | |
|---|---|
| [Claim 12 is the counterpart computer readable media claim of Claim 7] | |
| Claim 15 | |
| The computer readable storage medium of claim 12, wherein the unlock image is a single image. | Plaisant discloses an unlock image comprising a single image:<br><br>(slider pointer image) |