**U.S. Patent No. 8,046,721 is obvious in light of NeoNode N1 & N1m Handsets.**

Reference cited to show the functionality of the NeoNode N1 and N1m handsets are listed below.  The citations to portions of these references in this chart are exemplary only.  Samsung reserves the right to use the entirety of the references cited in this chart to show that the asserted claims are anticipated and/or are obvious.

- Blickenstorfer, C.  "NeoNode N1: Can a unique interface put this compelling smart phone on the map?"  Pen Computing Magazine.  (retrieved at:  http://pencomputing.com/WinCE/neonode-n1-review.html)

- NeoNode Quick Start Guide ver. 0.5

- NeoNode N1m specifications (retrieved at: http://www.gsmarena.com/neonode_n1m-1137.php)

- Neonode N1 Development Description ver. 1.

- Neonode Videos (Exhibits L through N)

The NeoNode N1 and N1m were prior art references no later than 2003, as demonstrated by at least the document, "NeoNode N1 Development Description" (2/19/03), the testimony of knowledgeable witnesses as corroborated by documents produced in this Investigation, including materials produced by those witnesses as well as materials listed on Samsung's Notice of Prior Art.  The NeoNode N1/N1m is prior art under 35 U.S.C. Section 102(b) because it was described in a printed publication more than one year prior to the priority date of the '721 Patent.

| U.S. Patent No. 8,046,721 | NeoNode |
|---|---|
| Claim 7 | |
| A portable electronic device, comprising:<br>a touch-sensitive display;<br> memory;<br>one or more processors; and<br>one or more modules stored in the memory and configured for | NeoNode discloses a portable electronic device including a touch-sensitive display, memory, processors, and modules within the memory for execution by the processors: |

| execution by the one or more processors, the one or more modules including instructions: | <br>(retrieved at: http://www.gsmarena.com/neonode_n1m-1137.php) |
|---|---|

| | |
|---|---|
| | **Neonode N1 Specs**<br><br>Datasheet Views: 4268 views since addition of datasheet (October 20, 2009)<br>Datasheet State: Preliminary specifications<br>Release Date: June, 2004<br>Dimensions: 52 x 88 x 21 millimetres<br>Mass: 93 grams (battery included)<br><br>**Software Environment**<br>Embedded Operating System: Microsoft Windows CE .NET 4.1 / Browse devices running this OS<br><br>**Microprocessor, Chipset**<br>CPU Clock: 110 MHz<br>CPU: ARM 720T / Browse devices based on this microprocessor<br><br>**Memory, Storage capacity**<br>RAM capacity: 16 MiB<br>ROM capacity: 32 MiB<br><br>(retrieved at: http://pdadb.net/index.php?m=specs&id=2069&c=neonode_n1) |
| to detect a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | NeoNode discloses instructions to detect a contact with the touch-sensitive display at a first predefined location to unlock the device. |



NeoNode N1 Development Description, p. 4

| | |
|---|---|
| | **KEYLOCK - UNLOCKING THE UNIT**<br><br>The ON/OFF switch is located on the left side of the N1, below the screen.<br><br>1. Press the power button once.<br>2. The text "Right sweep to unlock" appears on the screen. Sweep right to unlock your unit.<br><br>NeoNode N1 quick start guide, p.9 |



NeoNode does not expressly disclose that the predetermined location corresponds to an "unlock image."  However, NeoNode discloses a slider-type touchscreen control for adjusting other parameters of the N1:

| | |
|---|---|
| |  |
| | Therefore, it would have been obvious at the time of invention to one of ordinary skill in the art to include in the unlocking mechanism of the NeoNode N1 an "unlock image" that corresponds to the first predetermined location from which to begin an unlock sweep. The motivation for such a modification would be to remove any ambiguity as to where to begin the unlock sweep. |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with | NeoNode does not expressly disclose moving an unlock image on the touch sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained.<br>However, NeoNode discloses moving a slider image on the touch sensitive display with the movement of the contact while continuous contact with the touch screen is maintained: |

| | |
|---|---|
| the touch screen is maintained, |  |
| | Thus, it would have been obvious to one of ordinary skill in the art to modify the unlock mechanism of the NeoNode N1 to include the touchscreen slider mechanism of the NeoNode N1.  The motivation of such a modification would be to remove any ambiguity as to where to begin and end an unlock swipe. |
| wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; and | NeoNode does not expressly disclose an "unlock image" that is a graphical, interactive user interface object with which a user interacts in order to unlock the device.  However, as evidenced above, NeoNode discloses a slider image that is a graphical, interactive user interface object with which a user interacts in order to adjust a slider. |
| unlocking the hand-held electronic device if the moving | NeoNode discloses unlocking a hand held device if a touch proceeds from a first predefined region to a predefined unlock region on the touch-sensitive display. |

| | |
|---|---|
| the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | **Unlock the screen**<br>Press the **on/off** button for a second. A picture of a padlock will appear.<br>To unlock, make an **Accept sweep**.<br><br>**Accept sweep**<br>Sweep from the left to the right at the bottom of the screen.<br><br>An **Accept sweep** means accept, yes, forward, save, depending on the context. The **Accept sweep** is also used to answer incoming calls.<br><br>NeoNode User's Guide, pp. 7-10<br>NeoNode does not expressly disclose an unlock image that tracks the movement of a continuous contact. However, as discussed above, NeoNode discloses a slider image that tracks the continuous contact of an input. It would have been obvious to one of ordinary skill in the art to modify the unlock mechanism of the NeoNode N1 to include the touchscreen slider mechanism of the NeoNode N1. The motivation of such a modification would be to remove any ambiguity as to where to begin and end an unlock swipe and to show the progress of the swipe. |
| **Claim 8** | |
| The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement of the unlock image | NeoNode discloses instructions to display visual cues to communicate a direction of a swipe required to unlock the device: |

| | |
|---|---|
| required to unlock the device.<br><br>[Claim 12 is the counterpart computer readable media claim of Claim 7] |  |
| Claim 15 | |
| The computer readable storage medium of claim 12, wherein the unlock image is a single image. | NeoNode discloses a slider image comprising a single image: |

