# Materials relied upon (References cited)

United States Patent Number 5,946,647 and file history

Re-examination file history for US Patent 5,946,647

Expert Declaration of Dr. Todd C. Mowry Concerning U.S. Patent No. 5,946,647 and Exhibits thereto

Transcript of the April 4, 2012 Deposition of Todd C. Mowry and Exhibits

Transcript of the April 6, 2012 Deposition of David John Wright and Exhibits

Transcript of the April 20, 2012 Deposition of Greg Christie

Order of March 19, 2012 in *Apple Inc. et al. v. Motorola, Inc. and Motorola Mobility, Inc.*, U.S. D.C. N.D. Ill. C.A. No. 1:11-cv-08540

Declaration of Michael W. Schaffer Regarding Perspective

Declaration of Dianne Hackborn

Declaration of Cary Clark

Portions of Android 4.0.2 source code, available at http://www.google.com/nexus/#/tech-specs and http://source.android.com/source/downloading.html downloaded according to the instructions at source.android.com


Android Developer Documents, including:

> http://www.kandroid.org/online-pdk/guide/telephony.html
> http://developer.android.com/reference/android/content/Intent.html
> http://developer.android.com/reference/android/view/View.html
> http://developer.android.com/reference/android/app/Dialog.html
> http://developer.android.com/guide/topics/fundamentals.html
> http://developer.android.com/reference/android/app/Activity.html•
> http://developer.android.com/guide/topics/intents/intents-filters.html

Conger, Jim, *Microsoft Foundation Class Primer*, Waite Group Press, Emeryville, CA, 1993.

mhonarc.txt from the doc directory of the MHonArc distribution.

mhonarc (the mail MHonArc Perl script) from the top level of the MHonArc distribution.

README.WRI (a NCSA Mosaic for Microsoft Windows Installation and Configuaration Guide) from the top level of the Mosaic2.0Alpha9 distribution

RELNOTES.HTM (a NCSA Mosaic for Microsoft Windows Installation and Configuaration Guide) from the top level of the Mosaic2.0Alpha9 distribution.

The Perl History Records , http://perldoc.perl.org/perlhist.html

MosaicMail script by Earl Hood, Oct 26, 1994, http://www.mhonarc.jp/mirror/release/MHonArc/2.5.14/extras/MosaicMail,.

Dougherty, Dale, Koman, Richard, *The Mosaic Handbook,* O'Reilly & Associates, Inc., 1994.

Simon Says "Here's How!" Simon Users Manual, Copyright IBM Corp 1994, http://research.microsoft.com/en-us/um/people/bibuxton/buxtoncollection/a/pdf/Simon User Manuals.pdf

"Simonizing the PDA", Byte Magazine, December 1994, http://web.archive.org/web/19990221174856/byte.com/art/9412/sec11/art3.htm

"Sed & Awk", O'Reilly [%% TBD earlier version should arrive Monday]

"Algorithms for finding patterns in strings" by Alfred V. Aho   (Handbook of Theoretical Computer Science: Algorithms and complexity, Volume 1 -- Sept 12, 1990) [%% We need to rediscover the source of our particular PDF, which is undated].

Newton Programmer's Guide, copyright 1993, 1994 Apple Computer, Inc.

*Sidekick Version 1.5 Owner's Handbook,* Borland International, Inc, Scotia Valley, CA, March 1985.

Perspective Handbook, Copyright 1992, Pensoft Corporation (Handbook)

Lookup Guide to The EO Personal Communicator, Copyright 1992, 1993, EO, Inc. (Lookup Guide)

Perspective Source Code

The AT&T EO Travel Guide, Copyright 1993 John Wiley & Sons, Inc. (Travel Guide)

U.S. Patent No. 5,859,636

U.S. Patent No. 8,046,721 and file history

Declaration of Dr. Ravin Balakrishnan Concerning U.S. Patent No. 8,046,721 and Exhibits Thereto

Transcript of the April 6, 2012 Deposition of Ravin Balakrishnan and Exhibits

1991 video of the HCIL touchscreen toggle switches (University of Maryland) http://www.youtube.com/watch?v=wFWbdxicvK0

Plaisant video, http://hcil.cs.umd.edu/video/1991/1991_touchscreentoggles.mpg

Plaisant, C.  "Touchscreen Toggle Design."  (1992)

Blickenstorfer, C.  "NeoNode N1: Can a unique interface put this compelling smart phone on the map?"  Pen Computing Magazine.  (retrieved at:  http://pencomputing.com/WinCE/neonode-n1-review.html)

Neonode video http://www.youtube.com/watch?v=Tj-KS2kfIr0

Neonode reivew http://pencomputing.com/WinCE/neonode-n1-review.html

Neonode N1 User's Guide

NeoNode Quick Start Guide ver. 0.5

NeoNode N1m specifications (retrieved at: http://www.gsmarena.com/neonode_n1m-1137.php)

U.S. Patent No. 5,821,933

U.S. Patent Application 2005/0289476