# US 8,046,721 v. 5,821,933 ("Keller")

References:

1. **United States Patent 5,821,933 ("Keller")**

| U.S Patent No. 8,046,721 | Disclosure |
|---|---|
| 7. A portable electronic device, comprising: a touch-sensitive display; memory; one or more processors; and one or more modules stored in the memory and configured for execution by the one or more processors, | Keller discloses a portable electronic device, comprising: a touch-sensitive display; memory; one or more processors; and one or more modules stored in the memory and configured for execution by the one or more processors, the one or more modules including instructions, as follows:<br><br>"The present invention is capable of running on any general purpose computer system or computer controlled GUI (e.g. a television), including GUIs that have the ability to present multimedia and virtual reality information. One preferred embodiment is schematically represented in a block diagram in FIG. 1. A computer system 100 comprises a central processing unit (CPU) 110, memory storage device 120, one or more monitors or graphical interfaces 130, and selection device 140 such as a mouse or speech recognition system 178." [Keller, 3:17-27] |



FIG. 1

| | A person of ordinary skill in the art would realize that a touchscreen could be substituted for a stand-alone "selection device". |
|---|---|
| the one or more modules including instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | Keller discloses the one or more modules including instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image as follows:<br><br>"Code icons can be selected by pointing with a selection device, dragging and dropping to a target site, touch input, or by other means like speech identification" [Id, 2:29-32]<br><br>"FIG. 2 is a block diagram of a system 200 showing a GUI with icons 161 (see FIG. 1) including target icons 262 (optional) and code icons 160." [Id, 3:61-63] |

| | |
|---|---|
| | "The code icons 160 may or may not be different from other icons 161 on the screen." [Id, 4:8-9]<br><br>FIG.2<br>A "code icon" is an "unlock image" in the '721 patent. |
| to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user- | Keller discloses the instructions to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device as follows:<br><br>"Once a code icon 160 is selected 204, it may be dragged 205 to a restricted function and/or application 262 represented by a target icon 262" [Id, 4:51-53]<br><br>A person of ordinary skill in the art would understand that "dragging" means "the continuous moving of an object on a display", which, on a touchscreen, requires continuous contact with the touch-sensitive display. |

| | |
|---|---|
| interface object with which a user interacts in order to unlock the device; | |
| and to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | Keller discloses the instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display as follows:<br><br>"A target icon 262 is an icon displayed on the GUI that represents a restricted function 280."  [Id, 4:35-36]<br><br>"After the code icons 160 are selected and dragged in the proper sequence 250 to the target icon 262, the restricted function/application becomes accessible; that is, the restricted function 280 is performed, e.g. accessing a database, initiating a program, or placing an order. " [Id, 4:55-59].<br><br>A person of ordinary skill in the art would realize that the function in question could be that of unlocking the device. |
| 8. The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement of the unlock image required to unlock the device. | Keller discloses  instructions to display visual cues to communicate a direction of movement of the unlock image required to unlock the device.<br><br>"A target icon 262 is an icon displayed on the GUI that represents a restricted function 280."  [Id, 4:35-36]<br><br>The code icon must be dragged to the target icon, so the target icon provides a visual cue to the direction of movement required. |
| 12. A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic | See claim 7. |

| | |
|---|---|
| device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | |
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | See claim 7. |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; | See claim 7. |
| and unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the | See claim 7. |

02198.51981/4718788.1

| | |
|---|---|
| first predefined location to a predefined unlock region on the touch-sensitive display. | |
| 15. The computer readable storage medium of claim 12, wherein the unlock image is a single image. | See claim 7.  The described "code icon", which acts as the unlock image, is a single image. |

02198.51981/4718788.1