# US 8,046,721 v. United States Patent Application 2005/0289476 ("Tokkonen")

References:

1. **United States Patent Application 2005/0289476 ("Tokkonen")**

| U.S Patent No. 8,046,721 | Disclosure |
|---|---|
| 7. A portable electronic device, comprising: a touch-sensitive display; memory; one or more processors; and one or more modules stored in the memory and configured for execution by the one or more processors, | Tokkonen discloses a portable electronic device, comprising: a touch-sensitive display; memory; one or more processors; and one or more modules stored in the memory and configured for execution by the one or more processors, as follows:<br><br>"an electronic device comprising a user interface and a display configured to display data objects" [Tokkonen 0006].<br><br>In one embodiment, "the device comprises a display 102 and a contact surface 108, which together form a touch screen 110." [Id, 0018] |
| the one or more modules including instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | Tokkonen discloses instructions to detect a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image, as follows:<br><br>"...the device being configured to detect a selection of a data object on the display," [Id, 0006].<br><br>Further, "In step 202 and FIG. 3B, the controlling means 100 of the device detect the selection of the data object 302." [Id, 0023] |



FIG. 3B

| to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; | Tokkonen discloses instructions to continuously move the unlock image on the touch-sensitive display in accordance with movement of the detected contact while continuous contact with the touch-sensitive display is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device, as follows:<br><br>"In steps 204 to 208 and FIG. 3B, the controlling means 100 of the device detect first dragging of the data object 302 to a border 306 of the display..." [Id, 0024]<br><br><br><br>FIG. 3C<br><br>One in ordinary skill in the art would understand that "dragging" means "the continuous moving of an object on a display", which, on a touchscreen, requires continuous contact with the touch-sensitive display |

| | |
|---|---|
| and to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display. | Tokkonen discloses instructions to unlock the hand-held electronic device if the unlock image is moved from the first predefined location on the touch screen to a predefined unlock region on the touch-sensitive display as follows:<br><br>"In steps 204 to 208 and FIG. 3B, the controlling means 100 of the device detect first dragging of the data object 302 to a border 306 of the display, and then an effort to drag the object over the border 306 of the display towards a given direction outside the display 300. The detection of the dragging of the object to the border 306 is performed as in prior art. The realization of the detection of the effort to drag the data object over the border 306 depends on the hardware of the device. " [Id, 0024]<br><br>"In step 210, the controlling means perform a predetermined action on the basis of the detection." [Id, 0025]<br><br>The '721 Patent considers the edge of the screen as a potential "region" to which the unlock image can be dragged.<br><br>Tokkonen further discloses "In an embodiment, the predetermined action may be a basic operation system action, such as turning off the device, activating a screen saver or locking the user interface of the device. " [Id, 0030]<br><br>A person of ordinary skill would understand that the predetermined action could be unlocking the device. |
| 8. The device of claim 7, further comprising instructions to display visual cues to communicate a direction of movement of the unlock image required to unlock the device. | Tokkonen discloses instructions to display visual cues to communicate a direction of movement of the unlock image required to unlock the device as follows:<br><br>"In an embodiment, a casing or cover of the device surrounding the display may comprise detachable tokens on different sides of the display. These tokens indicate the action performed when a data object is dragged towards the corresponding side of the display. The tokens may indicate different actions with different colors. The tokens may also comprise a label, a pattern, an image or other identification describing the action. This has the advantage of visually keeping the user up to date of the actions performed when a data object is dragged over the border. " [Id, 0042]<br><br>"In the embodiment of FIG. 6, the display 300 of the device is divided into four sections. The device comprises four tokens 600 to 606 surrounding the display 300. In an embodiment each token comprises a label stating the action which is performed when a data object is dragged over the border to the direction of the token. The tokens may comprise labels "PRINT", "SAVE", "DELETE", "COPY", for example. In another embodiment, the tokens are of different colors. If the user changes the actions via software the tokens may be moved from side to side. " [Id, 0043] |

| | |
|---|---|
| | "In the example of FIGS. 7A and 7B, two different tokens are illustrated. The electronic device is programmed to associate token 704 with printing a data object and token 706 with saving a data object." [Id, 0045]<br><br><br><br>FIG. 7A<br><br>A person of ordinary skill would understand that the tokens could be implemented by displaying the label as text or a representative icon on the actual display, to communicate the direction of movement of the data object required to execute the function. |
| 12. A computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch-sensitive display, cause the portable electronic device to perform a method comprising: | See claim 7. |

| | |
|---|---|
| detecting a contact with the touch-sensitive display at a first predefined location corresponding to an unlock image; | See claim 7. |
| continuously moving the unlock image on the touch-sensitive display in accordance with movement of the contact while continuous contact with the touch screen is maintained, wherein the unlock image is a graphical, interactive user-interface object with which a user interacts in order to unlock the device; | See claim 7. |
| and unlocking the hand-held electronic device if the moving the unlock image on the touch-sensitive display results in movement of the unlock image from the first predefined location to a predefined unlock region on the touch-sensitive display. | See claim 7. |
| 15. The computer readable storage | See claim 7. The described "data object", which acts as the unlock image, is a single image. |

02198.51981/4718791.1

| | |
|---|---|
| medium of claim 12, wherein the unlock image is a single image. | |

02198.51981/4718791.1