# EXHIBIT C

 

Sign in | Join    | Browse Site

**REVIEWS**  **IPHONE GAMES**  **IPHONE APPS**  **MORE IN MOBILE**

Home > Mobile > iPhone > How To's & Guides                                    2 Comments

# The History of the iPhone

Written by: Sandy Samra • Edited by: Simon Hill
Updated May 19, 2011 • Related Guides: Steve Jobs | iPhone | Mobile Phone

By selling 8.8 million handsets in the first quarter of 2010, the Apple iPhone has become the most widely sold mobile phone in the US. Read on to peep into the history of this fast selling device.

## History and Development

iPhone's history began when Steve Jobs instructed Apple Inc's top engineers to investigate touch screens and create the iPhone. The development of this device started nearly a decade before it came to the markets in 2007. In 1999, Apple acquired the rights to the domain name iphone.org. Several years later the Apple chief announced that they were opting to invest in advanced mobile handsets. Again in an interview in 2002, Steve Jobs mentioned that Apple was working on a smartphone that would kick start the next generation mobile phone market.

After several years of keeping the details of the phone under wraps, Apple announced the launch of the iPhone on June 29, 2007. This new innovation had two hundred patents attached to it. During the press conference, Steve Jobs described the iPhone as 'revolutionary' and an 'innovative design' .The iPhone stood out from its competitors because of its touch screen, advanced features, and minimal hardware.

## Consumer Response

By the end of 2007, nearly six months after the iPhone went on sale, Apple had sold up to 3 million handsets. At the end of 2007, Apple introduced the iPhone to European countries and to the rest of the world by mid 2008. Due to its worldwide launch, Apple iPhone sales went up to 6 million handsets by mid 2008.These figures made iPhone the fastest selling device of all time. iPhone completely changed Apple's fortunes and became the company's most profitable device. iPhone dimensions and features may have changed over the last few years but it remains as popular as ever.

**Today: $27.99 iPhone 4's**  QuiBids.com
64GB iPhone 4 for 95% Off Blowout Sale Today. Shop Now.

**Overstock iPhone4: $41.93**  www.DealFun.com/iPhone4
Get a 32GB Black iPhone 4 for $42. Limit One Per Day. Grab Yours Now.

**iPhone Glass Repair $59**  www.CupertinoPhone.com
#1 Rated Yelp | Ready in 30 Minutes 1 Yr Guarantee, San Fran, Cupertino

Ads by Google

## iPhone



The iPhone was initially released with two models: an 8 GB model and a 4 GB model. The most distinctive feature of this device was its multi touch screen. Notable features of this phone are:

- Date of release: 29th June, 2007.




**IPHONE**
Apps
Commentary & News
Development
How To's & Guides
iPhone Games
Reviews

**FEATURED AUTHORS**

**MOST POPULAR ARTICLES**
- The Top 10 Cydia Apps of 2011
- How to Jailbreak and Unlock 4.2.1 Firmware on iPhone 3G, 3GS and iPhone 4
- How to Record Calls on the iPhone
- Guide to the Best Cydia Sources
- iPhone Help: Fixing an Unresponsive Home Button
- Tethering Guide for iPhone 4 or iOS4
- How to Delete All the Contacts on your iPhone at Once
- Downloading Free Music to your iPhone
- How to Manually Add Songs to Your iPhone through iTunes
- Bringing an iPhone Back to How You Bought It





- Storage: 4 BG model, 8 GB model and 16 GB model was added later on.
- Operating System: iOS 1.0.
- Key Features: Touch screen, Cellular Internet, Wi-Fi access and 2 mega pixel camera.
- Battery Life: 8 hours talk time, 6 hours internet browsing, and 24 hours audio.

## iPhone 3G



Known for innovations, Apple enhanced the iPhone with a second generation model, the iPhone 3G, which was released a year later in 2008. It was equipped with a fast processor and enhanced functionality. Notable features of this phone are:

- Date of release: 11th July, 2008.
- Storage: 8 GB model and 16 GB model.
- Operating System: iOS 2.0.
- Key Features: 3G cellular support, GPS functionality, and available in black and white colors.
- Battery Life: 10 hours of 2G talk time, 5 hours of 3G talk time, 6 hours internet browsing, and 24 hours audio.

## iPhone 3GS



A follow up third generation model of Apple iPhone was launched in 2009 – the iPhone 3GS. It had new features like video recording and voice recording. The notable features of this phone are:

- Date of release: 19th June, 2009.
- Storage: 16 GB model and 32 GB model.
- Operating System: iOS 3.0.
- Key Features: Faster processor, more RAM, voice control and video camera.
- Battery Life: 10 hours of 2G talk time, 5 hours of 3G talk time, 9 hours of internet browsing and 30 hours of audio.

## iPhone 4



Another year and another iPhone! Apple recently debuted the iPhone 4 in June this year. This phone is a significant departure from its previous cousins. The iPhone 4 is thinner, longer and coated with aluminosilicate glass covering both the front and the back of the phone. Notable features of this phone are:

- Date of release: 24th June, 2010.
- Storage: 16 GB model and 32 GB model.
- Operating System: iOS 4.0.
- Key Features: Faster processor, slimmer design, high resolution screen, and multi-tasking.
- Battery Life: 14 hours of 2G talk time, 7 hours of 3G talk time, 10 hours of internet browsing and 40 hours of audio.

## Criticism

The iPhone has been so well received device by the public because it provides innovative and revolutionary technology. But this doesn't imply that it's immune to criticism. It has been openly criticized by consumers and industry professionals for its poor battery life. The JD Power and Associate consumer satisfaction survey gave Apple a low grade on battery life. In response, Apple started replacing the malfunctioning batteries for free. Most recently, consumers have been complaining about the iPhone's antenna problem. The metal bands surrounding the iPhone 4 also act as antennas for reception. When the user grips the phone towards

the bottom, it drops the signal. Steve Jobs has responded to this problem by offering free bumper cases to iPhone 4 users.

## Impact of the iPhone

The iPhone is the most innovative phone of all time. It's a trendsetter. Whenever a new iPhone model hits the market, hundreds of buyers stand outside cellular stores waiting for hours to get their hands on the device. It is a remarkable, all in one technological device geared towards the general public and it is still hugely popular.

**NEXT ARTICLE »**

+1 0    Like    You like this. · Admin Page · Insights · Error    Comments | Flag
You like thisBe the first of your

Tweet 0    Share 0    LinkedIn 0    Share 1    Email 6    Share 7

### WE ALSO RECOMMEND…

» Best Apps for the iPhone 4
» Top iPhone Photo Album Apps
» iPhone Apps for Veggies
» The History of Apple's iMac Computers
» How to Get iPhone Applications Without Using iTunes

Ads by Google

**ConnectWise on iPhone®**
Intuitive Interface & Mobile Access to ConnectWise Features.Learn More!
ConnectWise.com/Mobile

**Top 10 Cell Phones**
Find Best Cell Phone Deals Upto 60% Lower Prices. Save!
Cell-Phone-Deals.ShopCompare.net

**Free iPhone Ringtones**
Download Free iPhone Ringtones! No Hidden Costs or Fees.
www.Tones7.com

## COMMENTS   Showing 1-2 of 2 comments



**Sandy Samra** Apr 24, 2011 4:54 AM
**tips on how to use iPhone 4**
Hie James,

For instructions on how to use an iPhone please visit these articles
http://www.brighthub.com/mobile/iphone/articles/106256.aspx
http://www.brighthub.com/mobile/iphone/articles/109358.aspx
I hope these help



**Anonymous** Apr 23, 2011 1:12 AM
**simple start tips for i phone4**
any simple instructions instead of all that technical stuff on how to start using iphone for the keys to press for the basic functions

### Add a comment

Subject:                              Your Name

                                      Your Email*

                                      Enter the code below:

2000 characters remaining

iPhone History

Notify me of followup comments via email

About Bright Hub
Contact Us
Advertise with Us
Become a Writer
RSS

Site Map
Terms of Use
Privacy Policy
Copyright Policy

**WRITE FOR BRIGHT HUB**

Bright Hub is looking for talented writers to contribute to one of the fastest growing communities online. If you have something bright to say, say it here! Learn more here.

©2011 Bright Hub Inc. All rights reserved.

**SIGN UP FOR OUR NEWSLETTER**

iPhone Channel News | View All News