# EXHIBIT F



First: Apple's rank in mobile phone profitability and revenues | asymco

Home | People | Process | Products | Sponsorship | Archive

SEARCH 1106 ARTICLES

Go

CATEGORIES Financial 202 Industry 346 Market 322 All Categories 11

FEB 3, '12
11:14 AM

# First: Apple's rank in mobile phone profitability and revenues

AUTHOR Horace Dediu
CATEGORIES Industry

Apple retained its top rank in profitability and regained the top spot in mobile phone revenues.

Mobile Phone Operating Profit Ranking
© asymco.com
Nokia
Samsung
SE
LG
HTC
RIM
Apple
Apple
Samsung
RIM
HTC
Nokia
SE
Motorola
Q2/2007
Q2/2008
Q2/2009
Q2/2010
Q2/2011

Mobile Phone Revenue Ranking
© asymco.com
Nokia
Samsung
Motorola
SE
LG
RIM
HTC
Apple
Apple
Samsung
Nokia
RIM
HTC
Motorola
LG
SE

The relative shares of revenues and profits are shown below:

SUPPORT

Staying In Touch Just Got Easier
Follow Up Now!
Sign up for a FREE Contactually account to start reconnecting with more people!
Powered by InfluAds

SUBSCRIBE

Your email:
Enter email address...
Subscribe Unsubscribe

CONNECT

Asymco Live: Asymconf
Podcast: The Critical Path
RSS feed: Subscribe

Follow 19.4K followers
Like Confirm 1k 1

CONTRIBUTE

Sponsor
or

Google Custom Search
Search

http://www.asymco.com/2012/02/03/first-apples-rank-in-mobile-phone-profitability-and-revenues/[4/21/2012 9:36:27 AM]





Individually, Apple's share of units, revenues and profits is chronicled below:



Apple reached 75% of profit share, nearly 40% of revenue share and 9% of units share.

Apple and Samsung combined for about 91% of profits with RIM third at 3.7%, HTC fourth at 3.0% and Nokia last at 1.8% of a $15 billion total for the quarter.

In terms of revenues, Apple had 39% to Samsung's 25%. Third was Nokia with 12.6% and fourth RIM at 8%. HTC only managed 5.5%, Motorola 4%, LG 3.3% and Sony Ericsson 2.7%.

Share this: Email Like Confirm Tweet 578 Share

PREVIOUS POST
THIRD

NEXT POST
5BY5 | THE CRITICAL PATH #24: SPIDEY SENSE

and 8 others liked this.

Showing 1-40 of 80 comments

Sort by newest first

college management software

Thank You

The Given information is very effective
I will keep updated with the same

2 months ago Like Reply

Foo

wtf does that last graph mean? There are six time series per data point (three bars and three lines) but only three things labeled on the right. I'm guessing the bars are the percentage of revenue, profit, and units but what are the lines?

2 months ago Like Reply

Horace Dediu

The lines are trailing four periods' average representing a trend line.

2 months ago in reply to Foo 1 Like Like Reply

jawbroken

Pretty clearly some kind of moving average, guessing of the 4 trailing quarters.

2 months ago in reply to Foo 2 Likes Like Reply

Laserland

It looks like both AppleInsider and Daring Fireball are getting their news from reading asymco.com! This shows good taste on their part.

Horace, it occurred to me that you would enjoy playing with the Mac exploratory data anaalysis tool, Data Desk. (http://datadesk.com/products/d.... The deal is that Data Desk is designed from the ground up to support direct manipulation of hyperdimensional data. It uses a tools palette that superficially resembles Photoshop's tools, but the tools are for direct manipulation of plots and tables. A signature demo of their's is to show an interactive 3D scatterplot. You can "grab" the 3D space with the Grabber tool and rotate it as if it were a weightless ball floating in hyperspace. The animation is not a movie or canned program; you just do it.

A good way of exploring hyperdimensional data is via their linked plots. You can create several 2D and 3D plots of hyperdimensional data on the screen. They are all dynamically linked. Using the tools, you can manipulate one plot (e.g., selecting, subsetting, slicing) and the linked plots on the screen update in real time.

You are already the anchor point on the Insight scale, so you probably won't see anything that you haven't already thought of. But I am thinking of commuinicating your ideas in a live presentation. We need to learn to characterize a mobile device company in terms of its profile in a hyperspace. (e.g, units shipped,

revenue, profit, revenue/profit share, time) rather than assuming that the abstract concept of "success" is a simple function of market share. Most everyone has not seen direct manipulation of plots in real time so it would make for a more interesting presentation.

I haven't used Data Desk in years, as my work led in the direction of conventional inferential analyses, but I think it is perfect for the set of variables that you are tracking here and your understanding how the mobile device industry works.

2 months ago 5 Likes Like Reply

James Scariati

So if Apple is gaining, on average, 25% profit share per year, theoretically they'll hit 100% profit share by the end of 2012...hahaha.

2 months ago Like Reply

joelypolly

They could also exceed 100% considering some of the losses other vendors have been making...

2 months ago in reply to James Scariati 3 Likes Like Reply

Walter Milliken

It's more an asymptotic approach to 100%, but as long as the total smartphone market is growing substantially, Apple can still grow actual profits at a high rate, it's just the market fraction growth that will slow down. The actual growth will also hit an asymptote when the penetration of smartphones climbs near 100%, but that's still a ways out.

2 months ago in reply to James Scariati 1 Like Like Reply

mysterio

It'd be amazing to see the nominal operating profit numbers as well to show that Apple hasn't just transferred wealth from the other mobile phone players but also the carriers, retailers, software platforms, component suppliers, etc. It's not just the phone guys who have been out-foxed by Apple.

Apple is playing a fundamentally different game than these other companies (excl. RIM and Nokia), so it's almost unfair to compare them. It's like comparing the money the average rapper makes to how much Jay Z makes - Jay Z raps, produces, sells clothes, and has all kinds of investments, while most rappers just rap.

2 months ago 3 Likes Like Reply

surfer1

These graphs only illustrate Google's failed business plan by giving Android away. Their mobile revenue's don't even begin to come close to the kind of money Apple is making.

I really think this is the first real case study that shows Google got the mobile market strategy completely wrong.

2 months ago 2 Likes Like Reply

Walter Milliken

Horace, I think it might be interesting to make a composite of the ranking graphs with the share graphs, where the line thickness in the rank graphs was proportional to market share. (Yeah, that probably can't be done easily in Numbers, I'd suggest scripting OmniGraffle to do it, maybe.)

That would give a better feel to how easy it is to change rank places.

2 months ago Like Reply

Dimiter "malkia" Stanev

Minor error: In the second chart LG and Motorola's graphs ends up with the names swapped. Assuming the

names on the left are correct, then the names on the right are incorrectly swapped for Motorola and LG. Please, feel free to delete this comment if you find it useful and fix it.

2 months ago Like Reply

NORCALTOO

Great charts!
Why should Apple consider increasing its units' share? Sure, the market grows and Apple can grow with it and sustain its PROFIT share while moving to disrupt other markert (Itv) where competition is lesser

2 months ago Like Reply

Swift2

Indeed, because the premise of their business is to keep making stuff people want -- by being the first to synthesize a device that creates a market and then leads it. They're the ones people copy to catch up.

2 months ago in reply to NORCALTOO 1 Like Like Reply

Steven Noyes, A software engineer with over 20 years of experience doing low level em...

Boy the data looks biased toward Apple:-) If you were an exec at any of these other companies, would you be looking at these graphs and scratching your head? Wondering what to do.

2 months ago Like Reply

JohnDoey

All they have to do is make a phone that people want. It is not rocket surgery.

2 months ago in reply to Steven Noyes 4 Likes Like Reply

AppleOutsider.de - Sebastian P, Notizen über einen Computerbauer aus Kalifornien

Hi there,

in the second graph you got the Labels for LG and Motorola wrong (either on the right hand side or the left, you pick. The green line comes from Motorola and ends at LG)

Edit: just saw that Christopher commented while I was looking at the graphs so it's his find :-)

2 months ago 1 Like Like Reply

twilightmoon

I'm not sure if the graph label has been fixed since your post, but they are correct now. Motorola and LG switch places, and are similar colors.

2 months ago in reply to AppleOutsider.de - Sebastian P Like Reply

jehrler

Love the charts but I have a question.

Does it seem to anybody else that the area ones seem to understate the first and final quarters' importance?

Let me try and explain what I mean. If you look at the profit share graph at Q3/2011 and examine Sam you see a yellow area spike centered at this point. The area (and visibility) of this spike is large because the very positive results for Samsung get "pushed" both forward and backward. What I mean is that while the full extent of the Q3 results is only represented at the Q3 point, that point causes the line (and area) at times between Q2/2011 and Q4/2011 to be greater than the Q2 *and* the Q4 results. Put another way, you can envision the x axis size for the Q3 info as 3 months centered on Q3.

Now compare that to the profit share at Q4/2011. There is a big spike in Apple's profit share but because this graph only captures the actual full extent of the Q4 results at the very,very end of the graph, you get those results pushed in only one direction, back. Or, to put that the other way, the x axis size of this result

is only 1 1/2 months going back from Q4.

As such, the Q4 results are less obvious and seem less important--like a smaller phenomenon.

I guess what I am saying is that this troubles me because, in essence, a line/area graph like this for intermediate quarters reflects the results for three months *centered* on that quarter while the end quarters reflect the results for only 1 1/2 months prior to or just after this quarter.

I wonder if, rather than using lines to connect one quarter to another, it wouldn't be better to have each quarter's results as a rectangle, centered on the quarter. That way the first and last quarter have the same 3 month x axis size as the intermediate quarters.

Edited to add: Because of this effect, I think these graphs are *understating* the magnitude of Apple's 4Q results!

2 months ago 2 Likes Like Reply

ChKen

Essentially you're saying that, visually, the first and last data points seem to show only half as much area as the other data points.

2 months ago in reply to jehrler 1 Like Like Reply

jehrler

Yes. (see, I can be succinct).

2 months ago in reply to ChKen 3 Likes Like Reply

Ian Ollmann

This will fix itself next quarter.

2 months ago in reply to jehrler 2 Likes Like Reply

Gerry Croce

Horace, thanks for this. I'm trying to draw some conclusions.

An incorrect conclusion, I think, which will be drawn from this data is that Apple already has 75% profit share and therefore their growth is nearly finished.

I think the correct conclusion is that Apple now has only 40% of the revenue share, and that if they could capture another 40% of the revenue they would double their iPhone profits (assuming equivalent margins). The additional 40% revenue may come from a "nano" model or similar, which will satisfy the low end market.

This looks like a repeat of the iPod strategy. A misinterpretation of the potential for Apple profit growth on the part of some analysts, perhaps intentionally on their part, will continue to give us a compelling opportunity to buy the stock.

2 months ago 5 Likes Like Reply

Walt French, Quant, Apple watcher, math type

I don't know the official definitions, if there are indeed such. But it looks to me as if Apple has transitioned from being a disruptor of the mobile phone business and into a sustainer of the new pocket computer-cum-phone. As much as consumer-friendly features like Siri and FaceTime give the iPhone a competitive edge, they have only barely redefined how people interact with their phones.

It would seem that this perspective would help explain how Apple is able to be so hugely profitable: it now completely owns the high-function pocket marketplace and is adding nice features that distinguish it from others.

Also this would help predict how Apple can continue as a serial disruptor. Apple's next disruption might start from the iPhone but seems unlikely to actually BE an iPhone. I keep wondering whether Siri will be the basis for a product aimed at the low-cost prepaid market that Apple mentioned a few quarters back; it could have a minimal screen and hence much lower battery requirements plus rely more on the network for CPU.

As a final note: Sharp dropped its limit of ¥100 per share yesterday and the radio reports this AM are all

about heavy losses by TV manufacturers. Ordinary supply/demand factors, it seems, as the global economy grows a bit more slowly and most everybody has a good enough set. I'd think that this kind of market requires a large re-definition, not just some smart remote control, for Apple or anybody else to thrive in.

2 months ago 3 Likes Like Reply

Swift2

I myself see the modular computer in Apple's future. Take your small screen out to write some music in the park. Come home and play it on the bigger screen and the nice, small speakers around the room. Link to the TV screen and play the composition over that silent footage. Edit to make it match well.

You'll need a variety of screens, graphic cards, processor units, and so forth. iMac Pro with Thunderbolt one and two. The difference in bandwidth between parts of the main processor and the 4K screen in the mixing room? Trivial. A modular computer can be infinitely upgraded, in pieces. Buy a black box and swap graphics cards around. Input options. Touch with the iPad. Magic thises and thats. Gestures, Siri, whatever.

Gigabit WiFi as the default networking? optical links?

I just look at the Mac Pro and see a huge old PC that looks stylish. iMac Pro is the way to go.

2 months ago in reply to Walt French Like Reply

delmiller

Walt, good points all.

Apple's success in the phone market has been due, in part, to their decision to sneak up on the rest of the industry and beat them half to death with the snotty end of the clue stick. But how do you sneak up on an entire industry? A mature, sophisticated and technically competent one at that?

I suppose it helped that Apple kept iPhone development under wraps for three years. There were rumors involving an iPod phone of course but the only people who paid attention to them were Mac fans. And Mac fans, at least in those days, were regarded in much the same way as talking dogs--clever little gits, but not worth listening to.

Which was also abetted by the phone industry's well-earned complacency. Colligan's famous remark about "PC makers aren't just going to walk in" was no doubt typical of the handset manufacturer's mineset (that was a mistype for mindset, but I think I'll leave it...) Ya gotta admit, they had a pretty cushy situation going. The Handset Manufacturers Gentlemens Club had exclusive access to the carriers, patent agreements that kept a huge barrier to entry for anybody trying to make a phone and a user base that had been drugged into accepting the status quo of phone technology by massive levels of manufacturing mediocrity and a lack of design creativity that must have looked to Steve Jobs like a red cape looks to a bull.

But what really blew the handset makers out of the water was the point you mentioned first. Apple didn't make a phone! They made the first powerful, practical and affordable handheld computer, that happened to make phone calls. They were able to hide this fact from the rest of the industry by the clever subterfuge of calling it a phone instead of a mac. Crafty, those guys.

Nobody saw through this until Apple began stealing huge numbers of customers but then what? These guys were not computer makers and flailed around like a Three Stooges Skit. They first tried to market their way out: "See we got touchscreens!" But they slowly realized that there was a big difference between a fancy feature phone and a truly smart one. Left on their own they would have been unable to really do anything about it and would by now all be tits-up.

Fortunately two would-be saviors came along. Google and ARM. The latter enabled these handset guys to build actual handheld computers by buying chips from Nvidia and TI and elsewhere while Android gave them a free OS that looked enough like iOS to fool...well, to fool them anyway.

But the phone makers STILL didn't get that they were leaving the PhoneZone and entering ComputerWorld. If they had, they might have glanced back at the history of personal computing to see what happens to hardware makers when an entire industry chooses a single OS as a platform. It's called commoditization and it means that you can sell a whole lot of stuff for almost no profit.

The only way out of the commoditization morass, is to own your own platform; something that is so incredibly difficult that in the entire history of personal computing only two companies have managed to pull off a commercially viable, lasting example. Microsoft and Apple; and only Apple

made any money off of hardware. Samsung is trying to build a platform with Bada and this new LiMo/MeeGo mashup proposal. I predict failure simply because it so much harder than it looks.

Prediction: The handset makers will continue to charge forthrightly in all direction at once. They will rely on outside sources (Microsoft and Google) for their platform--ensuring commodity pricing and low margins forever. They will try to copy Apple--a losers game because Apple can move faster than any of them. They will continue to bow obsequiously to the carriers because that is the only real market for phones if you don't own your own platform--and take a huge profit hit for that. And finally, they will each try to build a platform--and like James Fenimore Cooper's Indians, they will one-by-one leap from the tree and miss the boat, each falling farther behind.

2 months ago in reply to Walt French 19 Likes Like Reply

JohnDoey

Everyone in electronics other than Apple is completely incompetent. I respect what Apple has done, but a big part of it is the lack of competition. They are the only one who establishes the goal of making a great product first and foremost, therefore they are the only one making a good product. Nobody else shows up at the race dressed in athletic gear and well-trained and ready to run. They are culturally, endemically failures. Microsoft is still trying to prove hardware and software are different things when they are not. Google is trying to prove that data nerds can conquer all. Apple is trying to make great products. So Apple will continue to eat te industry alive until the industry itself changes and starts meeting the needs of consumers.

2 months ago in reply to delmiller 7 Likes Like Reply

delmiller

I suppose so... But I don't recall the giants of consumer electronics being thoroughly incompetent until Apple came along and showed them how to do it.

I mean pre-iPod nobody was complaining that SanDisk and Creative and etc. were making shoddy interfaces and didn't know how to create an ecosystem and didn't know how to do great hardware design. In fact they were all pretty much considered cutting edge leaders in technology. They had fan clubs.

Same with phones: People were quite proud of their flip phones and candybars. Sanyo and Motorola and Samsung and the rest were all considered the leaders in the industry and nobody complained about the labyrinthine interfaces, the inscrutable settings modes, the simplistic voice commands. These companies were considered extremely competent.

Same with tablets. And electronic retailing. And music distribution. And voice recognition and...well, just about everything that Apple does.

There's a tree-falls-in-the-forest question here. If a company has no better competition is it still incompetent? Does having a better company come along make it suddenly incompentent?

Perhaps calling them incompetent is too harsh. Just because Apple makes it look so easy doesn't mean that what these companies do isn't ridiculously difficult. Creating the iEcosystem seems like the most natural strategy in the world and one wonders how the incumbents could be bumbling as to not replicate it. But it took incredible vision, resources and execution to do it. So incredible that there may be just one company in the world that could manage it. Does that make everybody else incompetent?

I don't really know.

2 months ago in reply to JohnDoey 5 Likes Like Reply

Ian Ollmann

Really? I though my Motofone was a piece of dung. There was a reason why the iPhone was hailed as the Jesus phone. It was your personal savior from death by interface.

I experience similar frustration with the interface of my television and car today. I also think the breaker box in my house is pathetic. (I care how much electricity I use and that darn thing gives me zero information as to the how and why we waste power.) I'd pay $2000 to get one that

interfaced nicely with my phone or computer, with full time tracking of power utilization by circuit. But no, mine is a cheap rats nest of plastic and copper. And rats. Trapped 4 in the breaker box last week.

2 months ago in reply to delmiller 1 Like Like Reply

delmiller

I understand how you feel. I too think the world is full of crappy products produced by people who don't necessarily care a whit about what makes a good, usable thing. I had railed about the stupid interface on my flip phone long before the iPhone came out.

But I remember being in Kansas City with a (wonderful woman) friend when the original iPhone was introduced. I took her to the Apple Store to see it but she wasn't all that jazzed at the prospect. The reason: she liked her flip phone just fine. Thirty seconds with the iPhone and she whipped out her credit card and bought it. She may have fallen instantly in love with the iPhone but it wasn't because she was unhappy with the old one.

Now she's a smart lady (smarter than me it turns out, but that's another story) so her satisfaction with her old phone wasn't because of lack of gumption. Her mind just didn't work like mine--what with my constant, internal critiquing of everyday design.

Most consumers, I believe, are quite accepting of inadequate design until someone comes along and shows them something better. As Henry Ford said: "If I'd asked my customers what they wanted, they would have said 'a faster horse'."

2 months ago in reply to Ian Ollmann Like Reply
4 Likes

Juan Jose

i think this woman hated her phone, it just that she did not know better and she assumed it as "the best i can own", the moment something (considerable, allright) better was upon her sight, her mind's mechanism began to work again and she realized that, yes, she hated her phone, and, no, that phone wasn't the best she could own.

That is happening in a worldwide scale now

2 months ago Like Reply
in reply to delmiller 1 Like

Walter Milliken

I think the other key thing here is that Apple found a carrier that was desperate enough to try anything to avoid being killed off by the bigger gangs: Cingular (which merged into the now-AT&T). Breaking ranks and letting Apple have its way gave them a tremendous edge and brought them back from near-death. But then they were riding the tiger, and couldn't get off.

Once the customers started bolting from the other carriers to AT&T, it was only a matter of time before the other telcos had to either defuse the bomb Apple had tossed into their market (which failed miserably), or fade into irrelvance. Even Verizon, whose control over suppliers is nothing short of a dictatorship, had to climb on the tiger. I suspect the top executives at the other carriers would like to lynch the Cingular execs who gave Apple the power to dethrone them. The poor, poor carriers discovered that one of the downsides to being an oligopoly is that you pretty much *have* to copy the other players when they come up with a successful move, or you get your lunch eaten.

The carrier mob following in Cingular's track is probably the most telling indicator that Android is *not* likely to be successful in the long term -- otherwise Verizon wouldn't be carrying the iPhone today.

It's possible Apple might have been able to get into the market without Cingular, but they would probably have had to go in through one of the smaller and hungrier MVNOs, or possibly try to become an MVNO themselves (which was a rumor running around at the time). The other option might have been to start in Europe's somewhat less-controlled market as leverage against the US carriers.

Even now, it's possible that Android could really get somewhere *if* the carriers would relinquish their death-grip on the customer. But they saw what happened before (in the long-distance market), and I think they'd rather die than let the other vendors get the upper hand like Apple did. They can't undo what Apple did to them unless somehow most of the customers can be persuaded back into the carrier's corral... and the irony is that that may only be possible if the carriers let go. It's a terrible thing when your customers discover that they can get the bit into their teeth and go where they want....

2 months ago in reply to delmiller 5 Likes Like Reply

ChKen

Apple was very fortunate to have struck their deal with Cingular as you note, I mean, they could have struck a deal with Sprint instead, and ended up like Palm!

2 months ago in reply to Walter Milliken 2 Likes Like Reply

Horace Dediu

Apple was going to launch a GSM phone or they were not going to launch any phone.

2 months ago in reply to ChKen 1 Like Like Reply

fivetonsflax

Why?

2 months ago in reply to Horace Dediu Like Reply

Paul Franceus

Because GSM is the world standard and they could sell it in many more markets without having to redesign it.

2 months ago in reply to fivetonsflax 1 Like Like Reply

delmiller

It's funny how these alliances of convenience can become such traps. Now Google, the Android handset makers and the Carriers are in this three-way standoff where anybody fires and they're all dead.

Each of the players think they hold the cards but the game is changing so fast that nobody is really sure. The main reason the carriers need Android is to keep Apple from gouging them--otherwise the really don't care. I mean it's easier to sell iPhones than Android phones and Apple does the customer service and software maintenance.

The handset manufacturers think (or at least they did think) that they would just pit carriers and OS providers against each other and they would have it made. But Apple turned out to be the preferred source for both.

Strange bedfellows.

2 months ago in reply to Walter Milliken 4 Likes Like Reply

Geek Life 3.0

I'd beg to differ here - the carriers DO care about Android, and desperately want it to win, for the simple reason that it is the one and

Case 5:12-cv-00630-LHK Document 131-6 Filed 04/24/12 Page 12 of 16

only platform where they control the phone. They can sell space on it for crapware, they can jig the browsers to hit their "portals" first (no, I just didn't fall out of the DeLorean, the carriers still think that the "portal" is a viable strategy) and they can hold back upgrades to force new purchases.

Android has money written all over it from the carriers' POV. If you want proof, try this fun-n-easy experiment: Walk into any carrier's store and ask for a smartphone, but don't specify which. They will take you by the arm and lead you to the Android selection and tell you literally ANYTHING to get you to take one. Or, if you don't want to go out and get your hands dirty, sit home and either watch your snailmailbox or gaze at the tube for a while until a carriers' pitch comes down the pipe. Guaranteed the phones they feature are Android.

The carriers tolerate the iPhone because it sells as fast as they can stock. But they ADORE Android and wish all of these nasty little customers would just do what they are told and buy one. Android is both a way back to the status quo AND a quick-grab cash cow on the way there. If only consumers would play along ...

2 months ago in reply to delmiller 5 Likes Like Reply

delmiller

I'm not sure we disagree very much here.

I said, "The main reason the carriers need Android is to keep Apple from gouging them--otherwise they really don't care. I mean it's easier to sell iPhones than Android phones and Apple does the customer service and software maintenance."

I should have expanded on the "gouging" part, because it really means the whole issue of Apple taking control away from the carriers. And yes, they hate that. So I agree that the carriers want Android to succeed for that reason alone.

Those ads that you mentioned? The ones with Android all over them? Think how much money they would save if they didn't have to pitch Android phones when iPhones sell themselves. But, they do it because they don't want Apple taking control--like you said.

If I ran the store and had two products; one that sold itself and one that I had to spend money, time and effort to move, I would definitely go for the easy sale. Unless of course I was scared of being dependent on or marginalized by my own supplier. If the carriers weren't scared of Apple (moot point, I admit, since they are scared) they would probably be perfectly ok with Android withering away.

And as a side note, there are a number of reasons why that carrier's salesman might drag you to the Android shelf. Sales spiffs not being the least of them.

But the point I was really trying to make in the post above was that the carriers business model was not designed for a situation like this. They were used to dictating what the handset makers delivered and using competition between them to control them.

I said, "The handset manufacturers think (or at least they did think) that they would just pit carriers and OS providers against each other and they would have it made. But Apple turned out to be the preferred source for both."

By "preferred source" I meant preferred by the customers. And this is what really binds the carrier's hands and pisses them off so much. The mere existence of Apple interferes with their plan because the customers demand iPhones and they can't play their power games.

So I don't think we really disagree so much. You are saying that

the Carriers want Android to succeed because they get control. I was saying they want Android to succeed because Apple threatens their control. I think that's what we're saying.

Am I right?

2 months ago in reply to Geek Life 3.0 Like Reply
2 Likes

Walter Milliken

One other thing I realized from my own post above -- while the other phone manufacturers see Apple as their competition, the carriers' competition is also actually Apple, who is competing with them for control of the customer.

Apple is actually fighting a two-front war with both the traditional manufacturers and the carriers, who are natural allies (with the carriers dominating the alliance). And Apple is *winning*.

This is actually quite similar to what happened in music.

I wonder if this suggests that Apple can only be disruptive in markets dominated by either an oligopoly of producers or distributors where Apple can exploit potential end-customer dissatisfaction with the status quo being maintained against the customers' own interests.

2 months ago in reply to Walter Milliken 3 Likes Like Reply

M Subscribe by email S RSS 1 2 Next →

Add New Comment Login

Type your comment here.

Reactions

Show more reactions

Trackbacks

Trackback URL http://www.asymco.com/2012/02/03/first-app

Stopp für iPad & iPhone in Deutschland! « Borns IT- und Windows-Blog
02/03/2012 02:14 PM
[...] zu fairen Preisen zu gewähren. Sollte für Apple auch kein Problem sein, ist mir doch heute diese Info mit ...

Apple's Share of Profits Among Top Mobile Phone Vendors Hits 75% - Apple Mac Rumours
02/03/2012 07:03 PM
[...] Horace Dediu has released his latest calculations of revenue and profits in the global mobile phone industry, finding that ...

Apple's Share of Profits Among Top Mobile Phone Vendors Hits 75% | Compare Prices and Best Deals Online
02/03/2012 07:14 PM
[...] Horace Dediu has released his latest calculations of revenue and profits in the global mobile phone industry, finding that ...

Should Apple allow other phone companies to make greater profits? - Android Forums
02/03/2012 07:24 PM
[...] Apple allow other phone companies to make greater profits? First: Apple's rank in ...

Apple's iPhone takes 75% mobile phone profits with just 9% of units sold
02/03/2012 11:23 PM
[...] of all unit sales however, Apple takes in the most revenues and earns by far the most profits, as ...

Apple's iPhone takes 75% mobile phone profits with just 9% of units sold | Every Single HOUR!
02/04/2012 12:13 AM
[...] of all unit sales however, Apple takes in the most revenues and earns by far the most profits, as ...

Apple's iPhone takes 75% mobile phone profits with just 9% of units sold
02/04/2012 01:48 AM
[...] of all unit sales however, Apple takes in the most revenues and earns by far the most profits, as ...

Apple's iPhone takes 75% mobile phone profits with just 9% of units sold | Brian's Blog Site
02/04/2012 03:01 AM
[...] of all unit sales however, Apple takes in the most revenues and earns by far the most profits, as ...

Apple's Share of Profits Among Top Mobile Phone Vendors Hits 75% | Apple Related
02/04/2012 03:07 AM
[...] Horace Dediu has released his latest calculations of revenue and profits in the global mobile phone industry, finding that ...

Apple's Share of Profits Among Top Mobile Phone Vendors Hits 75%
02/04/2012 03:48 AM
[...] Horace Dediu has released his latest calculations of revenue and profits in the global mobile phone industry, finding that ...

Apple's iPhone takes 75% mobile phone profits with just 9% of units sold | KC-NEWS
02/04/2012 04:25 AM
[...] earns by far the most profits, as graphically depicted by Asymco writer Horace Dediu, a former Nokia [...]

IphoneBreak.INFO » Apple Made 75% of All Mobile Phone Profits in the World Last Quarter
02/04/2012 10:38 AM
[...] Apple analyst Horace Dediu added to the pile of statistics this morning with a report about Apple's mobile profit ...

Apple's Share of Profits Among Top Mobile Phone Vendors Hits 75% | AppCrazed
02/04/2012 11:00 AM
[...] Horace Dediu has released his latest calculations of revenue and profits in the global mobile phone industry, finding that ...

Apple's iPhone takes 75% mobile phone profits with just 9% of units sold | DesiP2P.com
02/04/2012 12:17 PM
[...] of all unit sales however, Apple takes in the most revenues and earns by far the most profits, as ...

Apple Made 8.7% Of Mobile Phone Market & 75% Of Profits In Last Quarter | GizmoCrazed
02/04/2012 12:33 PM
[...] [via Asymco] [...]

Apple Accounted 75% Of The Total Smartphones' Profit Share In Q4 Last Year
02/04/2012 02:59 PM
[...] Asymco __spr_config = { pid: '4eb8d79d396cef179000003a', title: 'Apple Accounted 75% Of The Total [...]

Surprise: iPhone dominates phone industry profits and revenue | Prjct Mobile
02/04/2012 11:00 PM
[...] — asymco Share this: Chris MacDonald - Lead Editor, FounderChris is the founder of Prjct Mobile. His first ...

【多图】苹果依旧领跑手机市场 | 优酪网
02/04/2012 11:50 PM
[...] 市场分析机构Asymco今日发布了一组关于手机手机市场的图表 揭示了手机市场几大巨头间利润与营收的变化走势。所有图表的数据都起始于2007年第二季度 很明显 研究关注的是苹果2007年发布iPhone后手机市场的变化 截止于2011年第二季度或第四季度。由于统计的时间跨度较长 图表反映的趋势变化值得大家参考。[...]

Apple Is Now World No.1 In Mobile Phone Profitability & Revenue - Phone-stuff
02/05/2012 01:05 PM
[...] Apple to the 3rd spot in global rankings of largest smartphone manufacturers and now, another statistical analysis by Asymco crowns ...

Apple has the biggest share of profits among smartphone manufacturers | iPhoneIndiaBlog.com
02/06/2012 04:40 AM
[...] retained its top rank in profitability and regained the top spot in mobile phone revenues, as per Asymco. Apple reached ...

**Мобильные прибыли — alexmak.net**
02/06/2012 05:01 AM
[...] что от конкуренции в итоге выигрываем мы, потребители. На основе данных Asymco По секрету всему свету:EmailA вот эти записи ...

AndroidはなぜiPhoneに勝利したのか 136勝目 « smartphone
02/06/2012 10:01 AM
[...] Apple's rank in mobile phone profitability and revenues http://www.asymco.com/2012/02/03/first-apples-rank-in-mobile-phone-profitability-and-revenues/ [...]

Android's original standard bearer — HTC — falls from grace | androidless.net
02/06/2012 11:59 AM
[...] But Apple is taking an ever larger share of the profits. In the December quarter, according to Asymco's Horace Dediu, ...

Android's HTC falls from grace -- Andriod
02/06/2012 12:31 PM
[...] But Apple is taking an ever larger share of the profits. In the December quarter, according to Asymco's Horace Dediu, ...

Android's original standard bearer — HTC — falls from grace | Breaking News | Latest News | Current News
02/06/2012 02:00 PM
[...] But Apple is holding an ever incomparable share of a profits. In a Dec quarter, according to Asymco's Horace Dediu, ...

iPhone soaks up 75 percent of all mobile phone profits | Brian's Blog Site
02/06/2012 03:20 PM
[...] it holds only around 9 percent of the global mobile phone market, Apple raked in 75 percent of all ...

iPhone soaks up 75 percent of all mobile phone profits | iPhone 5
02/06/2012 03:35 PM
[...] it holds only around 9 percent of the global mobile phone market, Apple raked in 75 percent of all ...

Apple becomes the top smartphone vendor in US as Siri helps iPhone 4S outsell iPhone 4 by 75 percent | HotFileSonic

02/06/2012 04:35 PM
[...] AT&T contract. Looking at the profits alone, Apple is absolutely king of the hill with an estimated three-quarters of all ...

iPhone soaks up 75 percent of all mobile phone profits « Apple Press
02/06/2012 04:45 PM
[...] it holds only around 9 percent of the global mobile phone market, Apple raked in 75 percent of all ...

Penteliko News » Blog Archive » iPhone soaks up 75 percent of all mobile phone profits -
02/06/2012 04:53 PM
[...] it binds usually around 9 percent of a tellurian mobile phone market, Apple raked in 75 percent of all ...

iPhone soaks up 75 percent of all mobile phone profits
02/06/2012 05:10 PM
[...] it binds usually around 9 percent of a tellurian mobile phone market, Apple raked in 75 percent of all ...

Apple Takes 75% Of The Mobile Phone Profits (AAPL) – Finding Out About
02/06/2012 06:26 PM
[...] Apple's iPhone Only 9% Of Mobile Market, But Takes 75% Of Profits (Asymco)iPhone sales are now large enough to ...

Apple becomes the top smartphone vendor in US as Siri helps iPhone 4S outsell iPhone 4 by 75 percent
02/06/2012 06:54 PM
[...] AT&T contract. Looking at the profits alone, Apple is absolutely king of the hill with an estimated three-quarters of all ...

Apple increases share of overall mobile phone profits to amazing 75%
02/06/2012 07:54 PM
[...] to data from market intelligence analyst Asymco, the iPhone generated 75% of all mobile phone profits in the fourth ...

7 signs that Android is faltering as iOS strengthens | TechDiem.com
02/06/2012 09:23 PM
[...] And Apple is sucking most of it out of the mobile market. According to the excellent Asymco blog, Apple ...

Apple becomes the top smartphone vendor in US as Siri helps iPhone 4S outsell iPhone 4 by 75 percent | EMKWAN - Geek Lifestyle Reviews And Views - Tech, Fashion, Sneakers - EMKWAN PROJECT™
02/06/2012 09:56 PM
[...] a two-year ATT contract. Looking at the profits alone, Apple is absolutely king of the hill with an estimated ...

Vinnare i mobilmarknaden | Adarobloggen
02/06/2012 10:10 PM
[...] hur bra fungerar detta för Apple? Vi vänder oss återigen till Asymco som på sitt oöverträffade sätt illustrerar affärsverksamhet. ...

Apple's quarterly results visualized | AlexanderBoehme.de
02/07/2012 12:05 AM
[...] bunte Bildchen bei Asymco This entry was posted in Business, Investing by admin. Bookmark the [...]

Sonar Informativo - Día a día informando... www.sonarinformativo.com
02/07/2012 12:13 AM
[...] un estudio de la empresa analista de tecnología Asymco, la compañía creadora del iPhone lideraría por completo el negocio ...

Apple iPhone: cell market share small but profit share huge | widgets.za.net
02/07/2012 02:55 AM
[...] to Horace Dediu of Asymco for this analysis, which tracks the worldwide cell phone market. And worldwide, Apple's iPhone ...

Google's OS Might Claim The Volume Crown, But Apple Commands 3/4 Of Industry Profits : Mac Plazza – Super Sale for Mac
02/07/2012 04:01 AM
[...] of telling graphics that highlight Apple's meteoric rise to global smartphone dominance. His report dissecting the subject is fairly ...

Google's OS Might Claim The Volume Crown, But Apple Commands 3/4 Of Industry Profits | AppleNo1.com
02/07/2012 10:04 AM
[...] of telling graphics that highlight Apple's meteoric rise to global smartphone dominance. His report dissecting the subject is fairly ...

Apple truste 75% des profits de l'industrie du mobile | news-infos.com
02/07/2012 10:47 AM
[...] même temps conforté son rang de n°1 incontesté en valeur, démontre, chiffre à l'appui, l'analyste Horace Dediu du cabinet ...

iPhone soaks up 75 percent of all mobile phone profits :: Daily News
02/07/2012 12:38 PM
[...] it holds only around 9 percent of the global mobile phone market, Apple raked in 75 percent of all ...

Android Falters as IOS Strengthens | Breaking News | Latest News | Current News
02/07/2012 02:01 PM
[...] sucking many of that out of a mobile market. According to a glorious Asymco blog, Apple has been a ...

OfOf.ro » Blog Archive » Samsung takes another page from Apple's playbook: increase margins » OfOf.ro
02/07/2012 03:47 PM
[...] huge margins it enjoys on iPhone sales. Asymco's Horace Dediu estimates that Apple took in approximately 75% of mobile ...

Samsung takes another page from Apple's playbook: increase margins | EMKWAN - Geek Lifestyle Reviews And Views - Tech, Fashion, Sneakers - EMKWAN PROJECT™
02/07/2012 03:55 PM
[...] to the huge margins it enjoys on iPhone sales. Asymco's Horace Dediu estimates that Apple took in approximately 75% ...

7 signs that Android is faltering as iOS strengthens | androidless.net

02/07/2012 07:05 PM

[...] And Apple is sucking most of it out of the mobile market. According to the excellent Asymco blog, Apple ...

Apple Is Pulling In 40% Of All Mobile Industry Revenue, And 75% Of All Mobile Profits (AAPL) | Athens Report - Top Stories
02/07/2012 10:21 PM

[...] dominance of the mobile industry is just breath taking. This chart from Horace Dediu shows that Apple now has ...

Android Falters as IOS Strengthens | androidless.net
02/08/2012 12:52 AM

[...] most of that out of the mobile market. According to the excellent Asymco blog, Apple has been the top ...

CHART OF THE DAY: Apple Is Pulling In 40% Of All Mobile Industry Revenue, And 75% Of All Mobile Profits (AAPL) | TechDiem.com
02/08/2012 09:23 AM

[...] dominance of the mobile industry is just breath taking. This chart from Horace Dediu shows that Apple now has ...

How to Take Advantage of Apple's Rise to Mobile Market Dominance
02/08/2012 01:57 PM

[...] to profit margins on mobile phone sales. A recent article by Horace Dediu of Asymco.com shows some convincing data ...

Winning Gamble? | propaganda3 blog
02/08/2012 02:44 PM

[...] established hold on first place in terms of mobile phone profitability and revenues as reported by ASYMCO's February 3rd ...

No, there won't be a 7in iPad Mike. No really. | the four misanthropes of the apocalypse
02/13/2012 09:14 PM

[...] that of the mobile phone market – where Apple's share of the profits of the entire market dwarf everyone ...

Apple's Share of Profits Among Top Cell phone Vendors Hits 75%
02/14/2012 12:23 PM

[...] February 14, 2012 by jojo in Rumors Tweet ...

DanZei » Meine erste iPhone App – Folge 18
02/14/2012 11:43 PM

[...] mittelfristig auch im Gesamt Handy Bestand wieder. Genauere Umsatz-Zahlen findet ihr bei Interesse hier. Davon ab wurde ich auf ...

Apple earns 75% of all cell phone profits « GuruSpot: Gadget
02/26/2012 03:25 PM

[...] Horace Dediu on Friday updated his quarterly review of mobile phone profits, and a news for everybody though Apple ...

THE APPLE INVESTOR: Apple Takes 75% Of The Mobile Phone Profits (AAPL) | Cheapest Motorola Xoom
02/27/2012 06:10 AM

[...] Apple's iPhone Only 9% Of Mobile Market, But Takes 75% Of Profits (Asymco)iPhone sales are now large enough to ...

Regarding Motorola's Google-Owned Future | David Richard Greenwood
03/05/2012 10:13 AM

[...] doing well, or even if they were merely doing OK, but they're not — they're doing terribly. They're losing money ...

RIM è la terza azienda per profitto nel settore mobile. | MondoBlackBerry.com
04/12/2012 08:31 PM

[...] i dati pubblicati da Asymco solo cinque case produttrici di dispositivi mobili venderebbero abbastanza dispositivi da [...]

---

©2012 Horace Dediu. All rights reserved. RSS feed. This site uses the Basic Maths theme for WordPress, designed by Khoi Vinh & Allan Cole.