# EXHIBIT G

White Papers   Webcasts   Newsletters   Solution Centers   Events   Magazine   RSS

Topics | News | In Depth | Reviews | Blogs | Opinion | Shark Tank | IT Jobs | More

**Mobile and Wireless**   Laptops | Mobile Apps and Services | Mobile OSes | Netbooks | Smartphones | Wireless Internet | Wireless Networking

Home > Mobile and Wireless

News

# Apple unveils iPhone 4S

New hardware makes the iPhone 4S faster than its predecessor

By **Agam Shah**
October 4, 2011 03:00 PM ET        21 Comments        What's this?

IDG News Service - Apple on Tuesday announced the iPhone 4S, a 3G smartphone with improved hardware designed to allow the device to run applications faster than its predecessor, the iPhone 4.

The iPhone 4S will run on a dual-core A5 processor, which also will allow the device to run graphics up to seven times faster than prior models, said Phil Schiller, senior vice president of worldwide product marketing at Apple, during an event held at the company's Cupertino, Calif. campus. That could allow for a better gaming experience and 1080p video playback. The iPhone 4's A4 chip provides up to 720p of video playback.

### Top Stories

Data analytics driving medical breakthroughs
Yahoo CEO needs to outline his vision after layoffs
'Massive' visa fraud alleged in lawsuit against Indian firm
Microsoft acquires 20 new Windows security ideas for $13,400 each



Philip Schiller, Apple's senior vice president of Worldwide Product Marketing, speaks about the iPhone 4S at Apple headquarters in Cupertino, Calif. (Photo by Robert Galbraith / Reuters)

The iPhone 4S will be priced at $199 for a 16GB model, $299 for a 32GB model and $399 for a 64GB model, with a two-year contract.

The smartphone will be available on Oct. 14 in the U.S. through AT&T, Sprint and Verizon. It will also become available in Canada, Australia, the U.K., France, Germany and Japan on that day. It will become available in 24 more countries by Oct. 28, and in 70 countries by the end of the year.

The new smartphone will offer eight hours of 3G

FREE INSIDER GUIDE

**Excel 2010 Cheat Sheet**

Register for this Computerworld Insider Cheat Sheet and gain access to hundreds of premium content articles, guides, product reviews and more.

**Register for FREE now! »**

### Mobile and Wireless White Papers

**The Case for Cloud SaaS**
What's your cloud initiative? Cloud is becoming the de facto delivery platform formission-critical enterprise applications. Leveraging Software-as-a-Service allows IT to spend more time...

**The Promises and Pitfalls of BYOD**
Bring-Your-Own-Device: It's a growing trend that offers many benefits for employees and companies - and potential headaches for IT. Having the right security...

**The Cost Advantages of Using a Hosted Unified Communications Service: A TCO Guide for SMBs**
A challenge for small and mid-sized businesses (SMBs) is the cost of scaling their communications systems to rival the rich functionality and flexibility...

**eGuide: 8 Reasons Why you Need Hosted VoIP**
Hosted VoIP is one of the fastest growing technologies being adopted by small businesses today. The cost



**iPad to push global demand for flash memory through '15**

**I dumped my iPhone 4 for the Android Galaxy Nexus**

**Apple to ban stealthy iPhone contact data harvesting**

**Apple snares top smartphone sales spot**

**Will this be the year of Apple in the enterprise?**

**iPhone app includes hidden tethering**

**Apple is the No. 1 smartphone vendor again, say research firms**

**Apple breaks Microsoft's 'lock' on enterprise workers, argues analyst**

**Apple crushes sales records, hits revenue 'home run'**

**Apple approves fake iPhone app for App Store**

Complete coverage: iPhone ▸

talk time, 14 hours of 2G talk time and 10 hours of video on one battery charge. The device will also offer nine hours of Wi-Fi browsing time and six hours of 3G browsing time.

The iPhone 4S is also a world phone, which means it has a baseband chip that will work on both GSM (Global System for Mobile Communications) and CDMA (Code Division Multiple Access) networks. The iPhone 4 previously had two separate models for the GSM and CDMA networks. The iPhone 4S will also have an 8-megapixel camera, as many analysts had predicted.

The iPhone 4S also includes retina display, like the iPhone 4, which started shipping in June last year. The naming convention is much like the iPhone 3GS, which was considered an incremental upgrade from iPhone 3G.

The iPhone 4S will run on iOS 5, which the company introduced earlier this year. The OS includes about 200 more features than earlier versions, including Twitter integration, the new iMessage application for communication between iOS devices, and a unified center for notifications on email, text messages and more. The OS will also include the free iCloud syncing and hosting service for music, photos and other data, which will become available on Oct. 12.

The company also announced a new version of the iPod Touch, which will come with iOS 5. An 8GB model will be priced at $199, a 32GB model at $299 and a 64GB model at $399. The new device will also come in white and will be available Oct. 12.

(Additional reporting by *Macworld* staff.)

savings and enhanced features are hard...

**Wainhouse Evaluation: 8x8's Virtual Office Pro VoIP and Unified Communications Solution**
Download the results of an extensive, independent evaluation of 8x8 Virtual Office cloud communications solution recently completed by industry analyst firm Wainhouse Research.

All Mobile and Wireless White Papers

## Mobile and Wireless Webcasts

**Workday's Mobile Solution for iPad**
Stay connected while on the go
As the workforce around the world becomes more mobile, enterprises are enabling their workers to stay informed...

**The Rise of the Mobile Workforce: Don't Lose Control of Managing End User Experience**
Critical business apps are increasingly accessed by smartphones, tablets and other mobile devices. Due to the complexity of mobile apps, it is challenging...

**Unified Communications 101**
What's the best way to implement a unified communications solution for your organization?

**Kill the Laptop! Its Corporate Days Are Numbered**
"Kill the Laptop" - The evolution of chips, computing power, connection speed, and the cloud is leading to the fall of laptops and...

**Improving Enterprise App Quality with MOTODEV App Validator**
MOTODEV for Enterprise supports quality app development for businesses, government, and institutions with technical resources and tools such as the MOTODEV App Validator,...

All Mobile and Wireless Webcasts



## Newsletter Sign-Up

Receive the latest news test, reviews and trends on your favorite technology topics

Keith Shaw and Ken Mingis chat about the new iPhone 4S, announced today by Apple.

**FREE:** **Computerworld's Outlook 2010 Cheat Sheet** ▸

Comments (21 Comments)        Print

Reprinted with permission from **IDG.net**. Story copyright 2010 International Data Group. All rights reserved.

### From CIO.com

- 10 Best U.S. Cities for IT Jobs with Tech Startups
- 20 iPad Business Apps Every CIO Should Want
- Is New Legislation Needed to Protect Online Privacy?
- 13 Common ERP Mistakes and How to Avoid Making Them

### From CSO Online

- Great social engineering examples from Hollywood
- 3 steps to properly protect your personal data
- How to do a disaster recovery business impact analysis
- Who should the CISO report to?

☑ **Mobile/Wireless Computing**
☐ **Security**
☐ **Operating Systems**
☐ **Networking**

Your Email
Industry
Job Title
Company Size
Country

**Subscribe**    View all newsletters | Privacy Policy

## Additional Resources

**WHITE PAPER**
**Enter the Security KnowledgeVault**
Security is not an option. This KnowledgeVault Series offers professional advice how to be proactive in the fight against cybercrimes and multi-layered security threats; how to adopt a holistic approach to protecting and managing data; and how to hire a qualified security assessor. Make security your Number 1 priority.

Read now.

**WHITE PAPER**
**Cut Communications Costs Once and for All**
New IP-based communications systems are being deployed by small and midsized businesses at a rapid rate. Learn how these organizations are enabling faster responsiveness, creating better customer experiences, speeding office or mobile interactions, and dramatically reducing existing communications costs.

Read now.

### IT White Papers

- Can Your Security Keep Up With 70,000 New Malware Strains a Day?
- Survey Reveals New Security Concerns for Mobile

### IT Jobs

**Co-Founder /** CTO **at awesome finance start-up**
Mountain View, CA - 4stepfinance

Software Engineer/Architect
Bellevue, WA - UPS

**ETL** Software Engineer/Data Architect **- CROWN**
Owings Mills, MD - Edaptive Systems

Chief Technology Officer
Monterey Park, CA - Union Bank

**Sr.** Software Engineer/Architect **for New AWS Offering**
Seattle, WA - Amazon.com

See All Jobs    Post a job for $295

job title or company    location    Go

**Jobs** by **SimplyHired**

**Like**    14 people liked this.

Comments powered by    Our Commenting Network | Policies | Privacy

### Add New Comment    Login

Type your comment here.

### Showing 20 of 21 comments    Sort by newest first

**ishraque84**

GSM Arena has a full spec sheet on both the iPhone 4S and Samsung Galaxy S2. Correct me if I am wrong on this, but it seems iPhone only just managed to catch up with the GS2? I am trying to see what new feature other than the Siri Assistant that iPhone is offering that is different to the GS2, and so far all I am seeing is iPhone catching up to the GS II (marginally higher screen resolution on the iPhone 4S). If someone can point out a list of the major differenciating factors, I am more than willing to publicly accept featurewise the iPhone is ahead of the GS2 and worth the wait for Apple Product consumers.

**Patty O'Furniture**

Can you still hold it wrong, or did they finally fix the antenna?

**Phallentz Michel**

I agree. Apple sounds like Bank of America!

Case 5:12-cv-00630-LHK   Document 131-7   Filed 04/24/12   Page 5 of 8

**mesaright**

iphone 4s = tempest in a teapot

**Phallentz Michel**

Apple need to keep it REAL!!!!!     Go HTC GO!

**MarcosL**

Lets see... No 4G, lame and old A5 processor, no larger screen?
Apple started to dig their own grave. I have had the iphone and WebOS and Android. And so far, Android has my $$$.

**Anuj Soni**

Iphone 4S is a joke.... Seriously....is that the best Apple could come up in 18 months??? I am completely off... Hopeless Apple... they are officially out of ideas... what a fail show it was....

**Jacob Chappelle**

Still better than WP7 and Zune... Apple has solid products

**Pre T**

Seriously YES. I thinks something's fishy. This could have just taken a week or a month to come up with but 15 months in between?? This might be just another cheap marketing from Apple to sell off iphone 4 so that they can make more money between another launch which could be soon...

**Geo Linale**

What a disappointment, not even 4G...

**Dave**

Not bad.  I want to see how good it on the 3g network first compared to 4g.  I have worked the 4g next to a 3g phone and haven't really seen a huge difference streaming music or video.  The download times are incredibly different, but as far as streaming goes it hasn't made a difference.  Perhaps 4g is more of a marketing gimmick then an actual game changer and just eats up more battery time.  Camera on the new iPhone looks great.   Could care less about the screen size.  I don't really watch movies on my phone.  Just clips.

**ucandisqusthis**

it seems to depend a lot on the network of the area you are in.
in s. florida where i spend most of my time, 4G is pretty amazing.  surfing the web on my android phone is just crazy fast, downloading apps takes no time at all, streaming is flawless, etc.  i seriously would not mind replacing my home broadband connection with it, it is that good.

however on i was in chicago last week and despite being on a 4g lte network according to the little icon on the screen, it was basically just as slow as 3G.  didn't do a scientific test but it was noticeably pokey.

hopefully this is something that the carriers are working on. if they can deliver 4g like we have down here to the whole country, i think it will be a big hit.

**GoHockey**

Difference is no buffering on higher quality stuff. If you stream the NFL Ticket Mobile or NHL Center Ice it would probably make a big difference vs. Youtube stuff. Also allow for higher quality audio streams.

**JackLean**

I wonder what Cupertino would charge for a pack of matches and some dry kindling because smoke signals are a significantly more reliable and cost effective communications device than ANY iPhone.

And you don't have to suffer the inane fanboi hype when new kindling is delivered.

**Bob Ash**

Still afraid to release the Iphone 5. Samsung rocks! GalaxyS2 HD LTE.

**DustinJamesTiberend**

Hahahahahaahaha....Ha
Apple just signed their own death certificate.

**jburt56**

No 4G, no larger screen. . .

**john**

Haha what a letdown

**colormedisappointed**

Nothing here that Android phones haven't already had for decades.

**Richard Steffens**

Haha, Androids not been around for decades!

M Subscribe by email   S RSS

Load more comments

**Reactions**

**Mobile and Wireless White Papers** | All Mobile and Wireless White Papers

- The Case for Cloud SaaS
- The Cost Advantages of Using a Hosted Unified Communications Service: A TCO Guide for SMBs
- Wainhouse Evaluation: 8x8's Virtual Office Pro VoIP and Unified Communications Solution
- Empowering Your Mobile Workers
- Bring Your Own Devices Best Practices Guide
- Frost and Sullivan: VXI Raising the Bar on Desktop Virtualization
- The Authentication Revolution: Phone Become the Leading Multi-Factor Authentication Device
- ZeuS and Other Malware Threats Force Authentication to 'Step Out' Of Band
- IT Managers Face Security, Management Challenges with Proliferating Mobile Devices
- Refreshing the Mobile Infrastructure

- The Promises and Pitfalls of BYOD
- eGuide: 8 Reasons Why you Need Hosted VoIP
- How To Select And Evaluate Mobile Collaboration Vendors
- An Interactive Guide: Bring Your Own Device
- Considering Desktop Virtualization Plus Unified Communications: What IT Architects Need to Know
- 5 Critical Considerations Before Renewing Your Security Tokens
- Guide to Evaluating Two-Factor Authentication Solutions
- Intelligent Systems - Connecting Data, Devices, and People
- Is Your Infrastructure Mobile Ready?
- SMB's and the Consumerization of IT



## Sponsored Links

- Get Ethernet speeds from 1 Mbps to 10 Gbps - Comcast Business Class
- Join us for an upcoming Microsoft 365 live online demo event.
- Cognizant. Leading in Business, Application & Technology Services
- NYU-SCPS programs in IT & Project Mgmt. Enroll now for summer!
- Webinar: 100% application availability in the Cloud-- Microsoft SQL
- The smartest IT departments read Oracle's Archiving for Dummies ebook
- FREE SSCP Webcasts - overview of each domain and how to study for the exam.
- New! Diskeeper Corporation is now Condusiv Technologies. Visit Our New Website For More Information!
- Virtualizing Your Infrastructure Just Got Easier
- Simplify virtualization with HP.Put an integrated solution to work for you today.
- Splunk translates machine data into "aha" moments for IT and the business.
- Converge your infrastructure with HP. Access white papers, case studies, videos and more.

- Try Microsoft Office 365: access, edit, and share docs in the cloud
- Panasonic Toughbook® mobile computers. Rugged. Reliable. Powerful.
- Discover your easiest path to unified communications
- How to build for 100% application availability in the Cloud--Microsoft SQL
- Defend your virtual environment with next generation backup and recovery solutions from EMC.
- Webinar: A Practical Approach for Using DLP to Manage Risk to Information Assets
- Turn to EMC to bring new simplicity, power, and efficiency to end user computing
- Mobile Security Risk Report
- Protect your data now and down the road. Use LTO-5 Tape!
- Realize radical efficiencies with HP. Get the tech dossier and unleash the true power of virtualization.
- Converge your infrastructure with HP. Access a valuable case study in the CI Resource Center now.
- Redefine Software support with HP
- Connect with global CIOs now at Enterprise CIO Forum
- Pinpoint root cause of network issues up to 90% faster

## Resource Center


**iPhone Enterprise Management Service**
Best Practices Guide For Supporting iPhones & iPads In An Enterprise.


**Looking For a Challenge? Bored at Work?**
Find Exciting Opportunities in Hardware Engineering & Technology at Microsoft.


**Win A Workstation For CAD**
Enter to win the ultimate Dell Precision Workstation w/ NVIDIA


**Love to Break Things? Bored at Work?**
If You Write Code When You're Bored, You Just Might Fit in at Microsoft.


**Web based bug tracking - AdminiTrack.com**
AdminiTrack offers an effective web-based bug tracking system designed for professional software development teams.

Ads by techwords BETA

| | | |
|---|---|---|
| MIT Sloan Executive Education. innovation@work | Download Microsoft's latest Data Protection Management tool | See your link here |
| M.S. in Information Studies at Northwestern University | Not All QSAs Are Created Equal: What You Should Know Before You Buy | |
| Tolly Performance Report "Citrix NetScaler with nCore Outperforms F5 BIG-IP" | The arrival of Serial Attached SCSI (SAS) marks a new era in storage scalability | |
| ITwhitepapers.com - Access thousands of white papers on 300+ technical topics. | The AMD Virtual Experience Virtual Trade Show | |
| Leverage Your Cisco infrastructure for Superior Application Performance | "The Definitive Guide to Security Management" Chapter 1: Introduction to Security Management | |
| Learn about the AMD Virtual Experience | | |
| "The Definitive Guide to Security Management" Chapter 1: Introduction to Security Management | | |
| Introducing: Project Icebreaker | | |

Skip to top

**About Us**    **Advertise**    **Contacts**    **Editorial Calendar**    **Subscribe to Computerworld Magazine**    **Help Desk**
**Newsletters**    **Jobs at IDG**    **Privacy Policy**    **Reprints**    **Site Map**    **Ad Choices**

**The IDG Network:** CFOworld | CIO | Computerworld | CSO | DEMO | GamePro | Games.net | IDC | IDG | IDG Connect | IDG Knowledge Hub | IDG TechNetwork | IDG Ventures | InfoWorld | ITwhitepapers | ITworld | JavaWorld | LinuxWorld | Macworld | Network World | PC World

Copyright © 1994 - 2012 Computerworld Inc. All rights reserved. Reproduction in whole or in part in any form or medium without express written permission of Computerworld Inc. is prohibited. Computerworld and Computerworld.com and the respective logos are trademarks of International Data Group Inc.