SMARTPHONE SURVEY: Why People Choose Android vs iPhone - Business Insider# -



# THE TRUTH ABOUT SMARTPHONES: Our Exclusive Survey On iPhone vs Android

**Henry Blodget** and **Leah Goldman**  |  Apr. 18, 2011, 9:46 AM  |  197,188  |  75

Recent news that Android has blasted past the iPhone in smartphone market share triggered a huge brawl among fans in both camps about whether the numbers were accurate and which platform would reign supreme.

In light of this, we wanted to find out more about what makes people choose one platform over the other. So we wrote up a smartphone survey, which received more than 2,000 responses.

We've included the specific questions and responses in the slides that follow.

Here are the key points:

- **Almost all of the survey participants already use smartphones**

- **The majority of participants use Android, with most of the rest using iPhones.** (This is similar to the recent market-share figures from Comscore, although Android and iPhone appear to be over-represented and BlackBerry appears to be under-represented).

- **Most survey participants are planning to upgrade to a new smartphone in the next year or two.**



Sorry, Blackberry

*Business Insider*

- Most participants say they will upgrade to the "latest, greatest" smartphone, not an older, cheaper one.

- Most survey participants are NOT planning to switch platforms when they upgrade

- **Most participants say "features" and "platform" are the most important factors when choosing a smartphone.** App selection is also important, but not as important as most people think.

- **Most iPhone owners say they would buy an Android phone if there was an Android phone that was better in most key ways than an iPhone.** This suggests the iPhone's feature lead still matters. It also suggests that the Apple platform does not have the "lock-in" that many Apple bulls believe. It also increases the pressure on the iPhone 5 to be a humdinger of an upgrade.

- **Most Android users say they won't consider buying an iPhone because they "hate Apple."** (We'll explore why in a future survey).

- **Most of the rest of Android users say they would consider buying an iPhone if iPhones worked better with non-Apple products.** This highlights the risk of Apple's closed system.

- **Most iPhone owners already have the iPhone 4**.

- **Most iPhone owners are still planning to upgrade to the iPhone 5.**

- **Almost no participants are planning to buy a BlackBerry, a Windows Phone 7 phone, or Palm.**

Click here to see the full results >

View As One Page

Please follow SAI on Twitter and Facebook.
Follow Henry Blodget on Twitter.
Ask Henry A Question >

Tags: Features, iPhone, iPhone 4, iPhone 5, Android, BlackBerry PlayBook | **Get Alerts for these topics »**

| Sponsored Link: | Get Up To $500 - E*TRADE Securities LLC |

Advertisement:

Share: Short URL

Twitter   Facebook   Buzz   Digg   StumbleUpon   Reddit   LinkedIn   Email   Embed

Alerts   Newsletter

Blackboard Home »

### Android

**Summary**
Android is a mobile operating system, owned by Google. Android Inc. was the startup company that developed the initial Android OS. Google acquired the company in July 2005, and many of the original Android Inc. founders work...
More »



### BlackBerry PlayBook

**Summary**
The BlackBerry PlayBook is a tablet computer announced by Research In Motion (RIM) on September 27, 2010. The PlayBook is only 9.7 mm thick, which means it is the first tablet less than 10 mm. The company expects to deliver the... More »



### iPhone

### iPhone 5











Login With Facebook | Login With Twitter | Login | Register

BUSINESS INSIDER
SAI

Home | Tech/Media | Finance | Politics | Strategy | Entertainment | Advertising | Sports | Life | More | Events | BI Intelligence

SAI Home | Mobile | Enterprise | Tools | Media | Digital 100 | Silicon Valley 100 | Innovation | Document Center | Hive | Contributors

Documents | Jobs

search Like Confirm

# THE TRUTH ABOUT SMARTPHONES: Our Exclusive Survey On iPhone vs Android

Among Android users, most say they will never buy an iPhone because they hate Apple. Most of the rest say they would buy an iPhone if it worked better with non-Apple products. (And there's the risk of the "closed" system that Apple is selling).

7/14

*Business Insider*

Tags: Features, iPhone, iPhone 4, iPhone 5, Android, BlackBerry PlayBook | Get Alerts for these topics »

Login With Facebook | Login With Twitter | Login | Register

BUSINESS INSIDER
SAI

Home | Tech/Media | Finance | Politics | Strategy | Entertainment | Advertising | Sports | Life | More | Events | BI Intelligence

SAI Home | Mobile | Enterprise | Tools | Media | Digital 100 | Silicon Valley 100 | Innovation | Document Center | Hive | Contributors

Documents | Jobs

search Like Confirm

# THE TRUTH ABOUT SMARTPHONES: Our Exclusive Survey On iPhone vs Android

Most smartphone buyers say "platform" and "features" are the most important factors that make them buy a particular smartphone.

8/14

Business Insider

Tags: Features, iPhone, iPhone 4, iPhone 5, Android, BlackBerry PlayBook | Get Alerts for these topics »

# THE TRUTH ABOUT SMARTPHONES: Our Exclusive Survey On iPhone vs Android

Other factors that matter include features, platform, app selection, price, ease of migrating data from one's current platform, and availability at one's mobile carrier

9/14



Business Insider

Tags: Features, iPhone, iPhone 4, iPhone 5, Android, BlackBerry PlayBook | Get Alerts for these topics »