

| Home | Reviews | Forums | Price Guides ▼ | Auctions ▼ | Follow ▼ | Submit Tips ▼ | | Go | AAPL: 572.98 ( -14.46 ) |

### Inside the new iPad's 4G LTE mobile data: AT&T vs Verizon
- Apple wants to make it easy for non-programmers to build iOS apps
- Availability of Apple's 15-inch MacBook Pros constrained ahead of redesigned models
- Apple's next iPhone expected to launch in October with Qualcomm LTE chip

Free Overnight Shipping on all Macs, lowest prices of the year: Mac Price Guide updated April 20th. (Find the best prices on Macs)

**Tuesday, August 23, 2011**                        Like  Confirm    Tweet  145    +1  4         Follow @AppleInsider

## Sprint to offer Apple's iPhone 5 alongside AT&T, Verizon - report

By **Chris Smith**

Published: 04:47 PM EST (01:47 PM PST)

**Apple is expected to start selling the iPhone 5 simultaneously with three of the Big Four mobile operators in the USA, Sprint being reported to join AT&T and Verizon for a mid-October launch.**



According to a report by the *Wall Street Journal*, Sprint, the number 3 carrier in the US, will start selling the fifth-generation iPhone this fall, giving Apple access to an important new channel for selling its iconic device in America. Sprint currently has just over 52 million subscribers compared to Verizon's 106 million and AT&T's 99 million.

Since the launch of the first iPhone in 2007, Apple has slowly shifted its policy regarding its carrier partners both nationally and internationally, replacing exclusive iPhone carrier deals with partnerships with multiple mobile operators in various markets around the world.

America was the last market to lose carrier exclusivity. In the US, the iPhone was originally available only from AT&T until Verizon started selling a CDMA version of the iPhone 4 in February of this year. Rumors have suggested that Sprint and T-Mobile would be **next in line** to carry the iPhone, with a recent job posting revealing Apple's specific interest in a future collaboration with Sprint.

Like Verizon, Sprint would require a CDMA version of iPhone 5, although a number of reports have provided evidence that Apple's next-gen smartphone will come with "World Phone" capabilities. A dual-mode GSM/CDMA iPhone 5 running iOS 5 has already been noticed in app usage logs by developers, for instance. Sprint is also said to begin carrying a CDMA iPhone 4 starting with the same date.

Richard Doherty, the director of research firm Envisioneering Group, believes that Sprint needs the iPhone in order to prevent its customers interested in the iOS smartphone from changing carriers in order to buy the device.

In the quarter ending in June, Sprint has posted a **loss of subscribers** on comparison with its main rivals, AT&T and Verizon, which gained more customers partly due to their strong iPhone sales. However the addition of the iPhone to Sprint's lineup will not have any impact on the company's fiscal fourth quarter ending in September.

AT&T sold 7.2 million iPhones in the first half of the year, including iPhone 3GS sales, a device still carried by the GSM mobile operator while Verizon sold 4.5 million iPhone 4 units in the same period of time. Peter Oppenheimer, Apple's chief financial officer, noted during the last **earnings call** that "a future product transition that we are not going to talk about today" would occur the company's September quarter.

Recent disclosures suggest Apple will introduce a cheaper 8GB iPhone 4, in addition to an all-new, fifth-generation model dubbed either the **iPhone 4S** or iPhone 5, in September and that the company is currently working on **ad spots** for the new handsets that will be finished in early October, suggesting general availability of both models during the first or second week of October.

AdChoices

**Filed under** : iPhone                                                    [ **44 Comments** ]

**Story topics** : AT&T, Verizon, Sprint, iPhone 5                  [ **Print** ] [ **Story Link** ]

| | Advertisement | | Most Recent Headlines |  |
|---|---|---|---|---|
|  | Top cruise lines are giving away their unsold cabins at up to 75% off... | | **Apple's ebook price-fixing court battle spills into Canada** | |
| | | | **Microsoft pulls Office 2011 SP2 AutoUpdate for Mac** | |
|  | "Her clever $5 wrinkle therapy angers botox doctors. We reveal how..." | | **In-app purchasing suit against Apple allowed to proceed** | |
| | | | **Apple launches 'iPhone in Business' webpage for enterprise users** | |
| | | | **Flashback discoverer bucks claims of malware's decline** | |
|  | Download this Award-Winning utility. Get your Mac running faster now! | | **Apple will invest $250M in new Oregon data center** | |
| | | | **German taxpayers will pay millions to enforce Motorola's patents against Apple** | |
|  | Download this award-winning Mac cleaner. Make your Mac faster now! | | **iPad shipping times improve to 5-7 days as Apple catches up with demand** | |
| | | | **Apple in talks with Proview to settle iPad trademark dispute** | |
| | | | **iPhone, iPad momentum may prompt Apple to give less conservative guidance** | |
| | | | **Apple expanding operations in Europe, will create 500 jobs in Cork, Ireland** | |
| | | | **Apple rumored to adopt in-cell touch panels for 2012 iPhone** | |

### AppleInsider Features 

- **Inside the new iPad's 4G LTE mobile data: AT&T vs Verizon**
- **Apple CEO Tim Cook spotted at video game designer Valve's headquarters**
- **US government files antitrust suit against Apple over e-book pricing [u]**
- **Availability of Apple's 15-inch MacBook Pros constrained ahead of redesigned models**
- **Inside OS X 10.8 Mountain Lion: Reminders app adds geofence location alerts**
- **RIM announces Q4 revenues miss, top executives leaving company**
- **In-depth review: Apple's third generation 1080p Apple TV and Software Update 5**
- **In-depth review: Apple's third generation iPad and iOS 5.1**
- **Apple to spend $45B over 3 years on dividend & share repurchase program**
- **Apple to host conference call Monday to discuss its $100B cash balance**
- **First Look: New 1080p Apple TV**
- **Mozilla considers H.264 video support after Google's WebM fails to gain traction**



| MacBook Pro Model | Apple | Price | Discount |
|---|---|---|---|
| 2.4GHz dual 13" MacBook Pro | $1,199.00 | $1,086.34 | $112.66 |
| 2.8GHz dual 13" MacBook Pro | $1,499.00 | $1,382.19* | $116.81 |
| 2.2GHz quad 15" MacBook Pro | $1,799.00 | $1,629.54* | $196.46 |
| 2.4GHz quad 15" MacBook Pro | $2,199.00 | $1,971.54* | $227.46 |
| 2.4GHz quad 17" MacBook Pro | $2,499.00 | $2,250.39* | $248.61 |
| **Early 2011 MacBook Pro Model** | **Apple** | **Price** | **Discount** |
| 2.7GHz dual 13" MacBook Pro | $1,499.00 | $1,178.59* | $320.41 |
| 2.0GHz quad 15" MacBook Pro | $1,799.00 | $1,503.49* | $295.51 |
| 2.2GHz quad 15" MacBook Pro | $2,199.00 | $1,606.23* | $592.77 |
| 2.2GHz quad 17" MacBook Pro | $2,499.00 | $1,736.78* | $762.22 |

*Instant 3% AppleInsider Reader Discount Applied With Coupon code:     APPINSDRMWB31991

### AppleInsider Features

- **Inside the new iPad's 4G LTE mobile data: AT&T...**
- **Apple CEO Tim Cook spotted at video game...**
- **US government files antitrust suit against...**
- **Availability of Apple's 15-inch MacBook Pros...**
- **Inside OS X 10.8 Mountain Lion: Reminders app...**
- **RIM announces Q4 revenues miss, top executives...**
- **In-depth review: Apple's third generation...**
- **In-depth review: Apple's third generation iPad...**
- **Apple to spend $45B over 3 years on dividend &...**
- **Apple to host conference call Monday to...**
- **more...**

### Hot Forum Topics

- **Greepeace stages protest on roof of Apple's...** (123)
- **Apple rumored to launch with 6M of sub-$300...** (121)
- **Unpleasant Truths: Reagan was for the Buffet...** (118)
- **Greenpeace slams Apple's iCloud for relying...** (112)
- **Rumor: Apple's next iPhone to have glass...** (106)
- **Release of 'iPad mini' from Apple viewed as...** (90)
- **Australian government, Apple can't reach deal...** (83)
- **Apple stock closes down 4.15% in largest point...** (79)
- **Microsoft reveals 'Windows RT' as name of...** (72)
- **Customers report long delays when customizing...** (71)
- **more...**

### Recent Articles

- **AT&T reportedly unlocking iPhones for deployed military personnel**
- **Analyst cuts AAPL rating on iPhone subsidy backlash, estimates $1B earnings miss**

- AT&T to spend $150M on Lumia launch, more than it did with iPhone
- As 'iPad' becomes synonymous with 'tablet,' Apple must protect brand
- Facebook acquires Instagram for $1 billion
- Apple's Tim Cook awarded $378M in 2011, won't see most of it for years
- Apple's next iPhone predicted to have redesigned 'sleek' unibody case
- AT&T's iPhone unlock process accomplished through Apple's iTunes
- Foxconn employee says Apple placing orders for next iPhone to debut in October
- Most of estimated 21M iOS devices in China concentrated in urban areas
- Universal Pictures now available to re-download on Apple's iCloud
- New aerial images of Apple's planned NC fuel cell, solar farms emerge
- UK ad authority moves closer to '4G' iPad investigation
- Apple unlikely to get Samsung device injunction from US court
- Two more top execs exit RIM as company weighs options
- Apple's Ivy Bridge-powered iMacs rumored to debut in June
- Google rumored to launch sub-$250 7-inch tablet in July
- AT&T will allow out-of-contract customers to unlock their iPhone
- Security issue in Facebook, Dropbox iOS apps requires physical access
- HTC profits collapse 70% in face of competition from Apple, Samsung
- Facebook expected to join Apple, Google & Microsoft on Nasdaq
- Users report 3G connection issues with Apple's new iPad
- Samsung announces estimated $40B in revenue, $5B in profit for Q1 2012
- Apple issues second OS X Java update this week
- Qualcomm, Intel provide Apple with source code in patent battle with Samsung
- Apple share price exceeds Google's as its market cap reaches $590 billion
- Intel sinks 'hundreds of millions' of dollars into Ultrabook ad campaign
- Wikipedia joins Apple in migrating from Google Maps to OpenStreetMaps
- Mac shipments slow on absence of new hardware
- Apple may get 80% tax break to build new Texas campus
- Apple may soon begin selling iPad 2 units built in Brazil
- Apple's 'iPanel' called 'far more than a TV,' expected to launch in 2012
- Biographer says Steve Jobs was legitimately infuriated by Android
- Apple exploring face detection to unlock, customize & interact with iOS devices
- Apple interested in wireless power to charge devices on store shelves
- Briefly: iPad refunds; HonHai raising wages; Nokia Lumia estimates
- 'Flashback' trojan estimated to have infected 600K Macs worldwide
- Claim construction tilts toward Apple in US patent lawsuit against Samsung
- Apple reportedly 'noodling with' 7.85-inch iPad prototype
- Apple reluctant to settle e-book pricing probe as antitrust specter looms


**iPhone Enterprise Management Service**
Best Practices Guide For Supporting iPhones & iPads In An Enterprise.
MaaS360.com/Mobility-Management


**FREE Download: Why SIP Makes Sense**
Learn from XO the advantages of SIP as an enabler of Unified Communications
www.xo.com/SIP-Trunking-White-Paper


**Run applications 50x faster w/ Riverbed®**
With Riverbed, run applications 50x faster over the WAN and achieve great ROI.
www.riverbed.com

*Ads by Marchex*



AppleInsider © 1997-2011
Please review our **Privacy Policy**.
Written/Edited/Compiled by the **AppleInsider Staff**.