

| EVENTS | GIGAOM.TV | PRO RESEARCH |

**HOME**  **APPLE**  **BROADBAND**  **CLEANTECH**  **CLOUD**  **COLLABORATION**  **EUROPE**  **MEDIA**  **MOBILE**  **VIDEO**



# What AT&T and T-Mobile Merger Means for Innovation

By Om Malik  |  Mar. 21, 2011, 10:00am PT  |  12 Comments

Tweet

In a few minutes, I'm going to get on a Virgin America flight to New York, beginning a week-long stay in the city that was home to me for more than a decade. As I head east, I wonder about the implications of the big merger announced Sunday: AT&T buying T-Mobile USA for $39 billion, of which $25 billion was in cash.

You can read Stacey Higginbotham's breakdown of the news, along with my analysis of the winner and losers. I was hard-pressed to think if there were any winners in this deal apart from AT&T and T-Mobile's parent company, Deutsche Telekom.



The Federal Communications Commission must have given an informal blessing to this deal. There is a better than good chance that AT&T will make some nominal concessions in order to get the final approval from the FCC and the Department of Justice. In fact, AT&T executives have been rumored to be boasting about the nod-and-wink arrangement with FCC. It's a shame!

The impact of this deal getting approval will, more likely than not, have a huge impact on wireless prices. Why? Because on a national level, we now have two near-monopolies in control of our wireless destiny. Verizon and AT&T control roughly 70 percent of the total 296.3 million mobile phone subscribers in the U.S.

According to comScore, Verizon has about 31.3 percent of the total market, and after this deal; AT&T will have 38.8 percent. That is 70 percent of the U.S. market. The third largest player is Sprint, with 11.9 percent of the total market. (Sprint Prepaid also has 4.2 percent of the total subscribers.)

"It is not uncommon but that's what the regulators need to grapple with," says



 

**Om Malik**



@harshankola if you go subscribe to gigaom rss or click on my name and subscribe to rss you can get it.

**OM'S POSTS**

7 stories to read this weekend

As Facebook grows, so do its data center needs

Sign up to get news!

SUBSCRIBE







Chetan Sharma, an independent wireless analyst, who shared with me his research showing that most mature markets have two to three major players.

While that's true, in those markets, the telecom regulators tend to have more teeth and tend to have a pro-consumer bent. More importantly, the competitors in many mature markets tend to work on a single wireless technology standard.

Out here in the U.S., we have two distinct standards: GSM (AT&T & T-Mobile) and CDMA (Verizon and Sprint.) The network technologies are supposed to come to come together with Long Term Evolution (LTE) technology, but it's still going to be awhile before LTE networks become pervasive. What happens in the interim?

Two years ago, when T-Mobile launched its own app store, in jest, I mused out loud that this might be the return of the carrier deck. One of the things I suggested in my post Sunday was that we shouldn't be surprised if AT&T tries to push Google around over Android OS and pushes its own app store in favor of the app marketplace, and makes people go through its own payment system.

Many industry sources believe Ma Bell isn't going to muck with the app store, but instead, will be messing around with the price it charges for data. Because we have a near-duopoly in the market place, it's pretty likely both wireless companies will look to maximize profits on their networks, and as a result, push the prices higher and offer lower data caps.

What that means is that as an app developer, you would have to develop apps for a metered world, where data is expensive for consumers. In other words, the freewheeling culture of downloading apps that helps spawn the new mobile Internet revolution would come to an end. Bluntly put, AT&T is carbon monoxide for this blossoming ecosystem.

## Subscribe to *Om Says*

Get Om's exclusive essays on startups, the tech industry and social media delivered to your inbox, a full work day before they are posted online.

Email address: *

By continuing you are agreeing to our Terms of Service and Privacy Policy.



GIGAOM TV         More Video »



NOW LOADING...
Nick Feamster, Assoc. Prof. Georgia Tech University






paidContent 2012 — At the Crossroads
Jon Miller, Chief Digital Officer, & Chairman & CEO, Digital Media Group, News Corp.
John Paton, CEO, Digital First Media
Bob Sauerberg, President, Condé Nast
Vivian Schiller, Chief Digital Officer, NBC News
May 23 | New York City
use code GigaOM to receive 15% off
REGISTER NOW!

### If you like this story, please share it

Tweet

AT&T AND T-MOBILE MERGER



 

 

## Comments 12

Displaying 12 of 12 comments.

#### A S

Monday, March 21 2011

What is the implication of this merger for MVNOs like Simple Mobile that use T-Mobile's network? I am especially concerned given the Yahoo Finance article (http://finance.yahoo.com/news/ATT-TMobile-3G-phones-will-apf-862423457.html) which says that T-Mobile 3G will not be viable after AT&T takes over T-Mobile's towers.

Share 

#### Yacko

Monday, March 21 2011

A key question at least in the near term. And what happens to other resellers of bandwidth in the long run, even resellers of AT&T and Verizon wholesale minutes and data? If "scarcity" is the new paradigm, then the duopoly will likely not do any wholesale deals and keep all the resources to themselves. You think it's bad now, wait til...

Share 

#### KenG

Monday, March 21 2011

One thing the DoJ needs to pay close attention to (there are many) is that the most expensive service provider wants to buy the least expensive service provider. Until my wife moved her iphone account from ATT to Verizon, we were paying approximately the same amount for her one iphone as we pay for

four phones (including two Android devices) on T-Mo, with comparable minutes. Verizon is a little less expensive. It is highly unlikely that ATT will lower their prices, or maintain T-Mobile's if the merger is allowed.

ATT wants to eliminate the main source of downward pressure on prices, and this merger will accomplish that.

Share 

### Nichole
Monday, March 21 2011

Dear Verizon,
If this AT&T merger goes through and I lose my impeccable T mobile customer service, then sadly you can expect my business to come your way. I had hoped this day would never come, but it looks like I may have about 12 months to come to terms with this.

Share 

### DarnCellCompanies
Monday, March 21 2011

This is BAD business all the way around, even for AT&T. I don't see AT&T continuing to be viable if their intention is to keep the cost of cell phone and data service high. AT&T blundered how many years ago before they disappeared and then reappeared by putting out an IPO that was garbage @ $29.50/share but was the largest stock offering in US History, even beating out UPS's previous record. If the same idiots are running the company, it's almost sure to tank. Consumers need to have what's in the market today, "choice". Choosing between two massive carriers as apposed to 4 (1 massive, 3 large) and then all the others is not the way to go. As much as folks love their cell phones, Smartphone's, and other wireless gadgets, it just won't be affordable. Not to put to fine a point on an already overused cliché, but this will serve to separate the classes even more than they already are.

Share 

### Patrick
Monday, March 21 2011

"In fact, AT&T executives have been rumored to be boasting about the nod-and-wink arrangement with FCC. It's a shame!" – Wow... what a factless, fear inducing statement.

Share 

### Common Good
Monday, March 21 2011

You seem to operate from the assumption that wireless data capacity is unlimited, and thus can be profitably priced in an unlimited fashion. This is no

longer possible. In the past when wireless carriers sold unlimited data plans, the devices being connected to their networks, and the speeds at which those devices could operate, effectively placed a natural limit on the amount of data a person could consume in a month. These days, the devices and the networks which connect them have drastically increased the amount of data which can and will be consumed by a customer in a month. The wireless data network is a common good, meaning that the amount one person consumes at any one time affects the experience and access of the other customers trying to use the same resources. The wireless carriers got "addicted," to selling unlimited data because it was easy and neither the sales force nor the customer had to really understand what a Mb was. Unlimited data made the iPhone possible, but when the iPhone and other SmartPhones arrived with the tens of thousands of apps in tow, the ease of consuming wireless data resources and the propensity to consume vast amounts of wireless data increased exponentially. AT&T waited too long before putting tiered data plans in place, and have suffered from a negative public perception ever since. One might make an argument they should've better managed their resources on the supply side, but you cannot ignore the fact that when ANY resource has a capped price for unlimited usage, the usage of that resource will ALWAYS outstrip supply. In this environment, the app developers didn't need to worry about sloppy code which drove up signaling loads or bloatcode which inefficiently used network resources – who cares? Let the carriers worry about that stuff. The party had to end at some point. The fact of the matter is this – wireless capacity is NOT limitless, and it can't be priced as such. A magnum of wine costs more than a regular bottle. If you use 1000 Kw hours of electricity, you'll pay more than if you use 100 KwH. If you use 1000 gallons of water every month, you'll pay more than if you use 500 gallons. Why do you believe this is a terrible idea for another limited resource? When you starry eyed children of the free internet wake up to that reality, the world will be just a bit more rational.

Share 

#### Plo
Tuesday, March 22 2011

In other parts of this world (Nordics) several operators can on a much smaller population make good money while providing low cost unlimited 3G/4G dataplan to their subscribers.

=> several operators = competition

Without competition, carriers have no incentive to build properly dimensioned networks. They can save some cash that goes directly to the bottom line.

Share 

#### ron
Monday, March 21 2011

I've noticed on my BlackBerry the network shows that T-Mobile uses AT&T when needed in some areas. I don't like the idea of this merger. T-Mobile had the est competitive prices and ATT had tried to charge me under SW BELL for

a phone service I had never used, and when I tried o get them to solve the problem they told me it was too late the billing already went through, but I know it's a lie, they could always had let it go. So, I don't know if the merger does occur that they would try to come back on me for that bill, since I had dropped them nearly or over 7 yrs ago. ATT price structure is a ripoff anyhow. I may just go to Cricket or Boost.

Share 

### Levin Manabat
Wednesday, March 23 2011

Please sign my petition to stop the AT&T/ T-Mobile merger:

http://www.change.org/petitions/stop-the-att-t-mobile-merger

Share 

#### Deadzones.com
Thursday, March 24 2011

Signed it! We have about 10 articles on our blog supporting blocking the merger! Please read and share the info!

Share 

### Deadzones.com
Thursday, March 24 2011

Its about corrupt unions http://www.deadzones.com/2011/03/why-obama-will-ignore-at-corrupt-union.html

Share 

Displaying 12 of 12 comments.



## The webpage c

**Most likely causes:**

- There might be a typing err
- If you clicked on a link, it m

## What you can try:

## Across *the* Network


paidContent
Cinedigm buys New Video, forms all-digital studio


Europe
Dropbox encryption service BoxCryptor boosts Android app


Broadband
OpenRadio changes what it means to be an ISP


Apple
Games for the weekend: *Sky Gnomes*


Collaboration
Zaarly exec: Remote work stinks for startups


Cloud
Meteor relents, changes licensing on popular JavaScript framework

© 2012 GigaOM      Privacy Policy   Terms of Service   About   Editorial Team   Media Kit   Contact

