# EXHIBIT X

# iPhone 4S: Siri is Impressive, But Still a Work in Progress [REVIEW]

October 16, 2011 by *Charlie White* 30



Apple is bringing speech recognition to the masses with its new iPhone 4S, equipped with an intelligent assistant named Siri. It's a major differentiator for the new iPhone, setting it apart from its predecessors. I've been using speech recognition software for the past 8 years, so I was eager to take this enhanced version of Siri for a spin. Here's my review.

Siri is not new. It started its life as an experiment funded by DARPA, said to be the largest artificial intelligence project to date. Next, Siri, with the same Nuance speech recognition tech built in that also powers the application I've been using for years, Dragon NaturallySpeaking, was first available as a free app on the iPhone in February 2010. Then Apple bought Siri in April 2010 and decided to incorporate it into its new iPhone 4S, breaking the old Siri app on other iPhones (unless you want to perform a crude hack).

So now Siri is baked into every iPhone 4S and not available elsewhere. Siri has come a long way since it was first introduced as a less-accurate and somewhat incomplete iPhone app. Now it's better integrated into iOS 5, and my immediate impression is that it's more accurate than it's ever been. Even in a noisy environment inside a car going 60 miles an hour, it can still understand most of what you're saying if you hold the iPhone up to your ear. Its speech recognition isn't perfect, and some of its errors are laughable, but in a quiet environment its accuracy is nearly equal to that of the desktop version of NaturallySpeaking running on extremely powerful processors.

Its integration into the iPhone 4S's iOS 5 software makes it convenient to use. You press and hold the iPhone 4S's Home button, and it springs to life, sounding a short beep to signal for you to begin speaking. You can use it in this speakerphone mode, or if the iPhone 4S is turned on, you can simply raise the handset to your ear (a necessity when riding in a noisy vehicle) and the phone's proximity sensor activates Siri, *usually* prompting you to begin speaking (inexplicably, sometimes it doesn't respond).

> **"Only a company with the *chutzpah* of Apple would have the courage to try something like this. But Siri works just barely well enough for Apple to pull it off, bolstered by the iPhone 4S's faster processor and better camera."**

That odd non-working tendency must be why Apple is still calling Siri "beta." The company reassures users that Siri will be continuously improved, adding that the software learns how you speak as you go and will perform more accurate recognition as it learns your way of speaking. Still, loading beta software into a new piece of iPhone hardware is a thin thread on which to differentiate this new product. Only a company with the *chutzpah* of Apple would have the courage to try something like this. But Siri works just barely well enough for Apple to pull it off, bolstered by the iPhone 4S's faster processor and better camera (among what Apple boasts as 197 other incremental improvements), all doing their part to strengthen the lure of this updated iPhone.

Over the 48 hours I've been using Siri, it's hard to tell if it's actually improving its speech recognition, but as it stands, it's just good enough to be fun to use. I especially like the way you can almost carry on a conversation with it. For example, you can ask it, "How's the weather in New York today?" It will answer by showing you the iPhone's weather app with New York's data displayed. Then, if you ask it, "Where are the good Italian restaurants there?" Siri responds by finding 24 Italian restaurants in New York, sorted by rating. It knows you're still talking about New York. Clever.

As you can read in our posts about Siri, it does bring a slight attitude along with it, which I find refreshing. Other times, it has hilarious misunderstandings, such as when I asked it yesterday to "Call me an ambulance," and it responded, "From now on, I'll call you 'an ambulance'. Okay?" I was disappointed to hear Siri's voice, which still sounds way too robotic for my taste. I was thinking that somehow, now that Apple owns the app, it would gussy it up to sound more like GPS units do, or like the mellifluous yet mutinous HAL 9000 from *2001: A Space Odyssey*. But I suspect that's still way off in the future. Instead, there are some oddities in its stilted pronunciation, such as the way Siri says the word "restaurant," speaking with a drawl that sounds like it's straight out of my native Southern U.S.: "Resta-runt." Grandma, is that you?

Among its myriad of capabilities, of course Siri can help you place phone calls with aplomb, where all you have to do is speak the name of anyone in your Contacts app, and it quickly connects you (something that's been possible for years with much lesser cellphones). Beyond that, it can also help you speak an email and turn it into text, where it walks you through by asking who you're sending it to, the subject line and so forth. However, it's not too adept at breaking out separate paragraphs of text, even if I spoke to it the way I do with NaturallySpeaking, specifying things such as "new paragraph." Although the email function could be useful for creating short emails while driving (not recommended), it still has some polishing to do before it's truly useful for sending emails solely by speech.

Some of its capabilities go deeply into science fiction territory, such as pushing and holding the Home button, and then telling it to set a timer for 15 minutes. I especially like telling it to set an alarm, asking it directions, or asking it to launch a playlist in iTunes. I was disappointed to see that it wasn't able to interact with Twitter, but I found a workaround for that, so that problem is solved already. Still, Apple should have made that capability available from the beginning, and if the company follows through on its promise, we will soon see a lot more interaction with various iOS apps.

Siri on the iPhone 4S still feels like a work in progress. I think it could have used another few months of development before it was released to push it well beyond gimmick territory. But Apple was already later than usual in its product cycle with this iPhone 4S, so it might have been compelled to release it early. Even so, Siri as it stands now, gives us a

hint at what's to come, and the future looks bright.

## BONUS: 10 Absurd Questions for Siri

### 10 Questions for Siri

## More Popular Galleries



**7 Videos Tailor-Made to Fascinate Your Cat**



**25 Outstanding Kitty-Themed Tumblrs [LOTS OF**



**15 Weirdest 'Awkward Stock Photos'**



**Happy Saint Patrick's Day: Celebrate With**



Previ                                                                                                      Next



**5 Modern TV Shows Recut as Classic Sitcoms**



**15 High Res Wallpapers Perfect for Your New iPad's**



**View As One Page »**

Email Story  Reprints

**30 Comments**

1. AndrewBrackin Follow
   Speech to text is incredible on it, it's far better than any other voice recognition i've tried and understands you it's human like. I think with updates and api's it'll be closer to perfect.
   
   October 16, 2011 Reply 4 Flag this comment

2. Oliver Sparkes Follow

   It is still in Beta don't forget

   October 16, 2011 Reply 1 Flag this comment

   - Sidian M.S. Jones Follow

     This is mentioned several times in the article.

     October 17, 2011 Reply 1 Flag this comment

3. lucanos Follow

   The experience for users outside of the United Stated is even worse. The business search functions are not available, and it has trouble understanding accents, like Australian.
   I think that Apple's weaving of "Beta" into the fine print of the iPhone 4S marketing material is a bit underhanded. Really Siri is one of the few selling points for the "updated" iPhone along with the processor and camera, of course.

   October 16, 2011 Reply 0 Flag this comment

   - seanallan Follow

     I wouldn't say the Australian accent in general troubles it, i've had no problems with it understanding me. The problem will always be connecting it to other services here like Yelp, because of Australias glacial pace in adopting new platforms (foursquare is a ghost town even after almost 3 years). Now that the "updated" (new software, camera, processor, antennae, what else is there? of yeah the case!) iPhone 4s is out to a million people Apple is building a mountain of data on how people use siri (in their own words), when they can start to process all of that is when the real updates can begin

     October 16, 2011 Reply 0 Flag this comment

4. Chris Jones Follow

   Siri is a hoot! I think it's awesome just what all it is capable of. It's much better than the previous VoiceOver feature. I do agree – I thought that Siri would've been able to interact with the Twitter app since Twitter is now baked into the iOS. However, I see that as possibly being an update in the very near future. Overall, I think that it's a great start. I'm very impressed with Apple (as always) and look forward to seeing the development of this feature over the years.

   October 16, 2011 Reply 0 Flag this comment

5. Matt Gruits Follow

   There's nothing gimmicky about this in my opinion. I find it to be very useful on its first release, and quite polished. This is running on a mobile phone, mind you. Instead of couching this piece similair to underlying tones of wine snobery, I would have liked to read about this software's powerful potential, and the almost certain change it will bring in how we use technology in the near future.

   October 16, 2011 Reply 1 Flag this comment

   - Jeff Pearson Follow

 exactly

October 17, 2011 Reply 0 Flag this comment

6.  [Aric Goodman](#) [Follow](#)

   Seems like the massively increased data sets they will get from so many people using it will greatly increase the rate at which they can improve it.

   October 16, 2011 Reply 0 Flag this comment

   - [Xezuka II](#) [Follow](#) 

     That goes for any future/current voice technology.

     October 16, 2011 Reply 0 Flag this comment

7. [Smail Buzzby](#) [Follow](#)

   It was nice (and somewhat shocking) to see a real review and not a fanboy lovefest like usual.

   October 16, 2011 Reply 2 Flag this comment

8.  [Tim Jones](#) [Follow](#) 

   "Siri, what is Ping?"

   "Failure, like me"

   October 16, 2011 Reply 0 Flag this comment

9. [Ali Hussain](#) [Follow](#)

   It's really interesting to see how it works well but the lack of integration with many iPhone's apps, makes it far from a finished project! Let's see how it unravels in the future!

   October 16, 2011 Reply 0 Flag this comment

10. [Chelsea Rising](#) [Follow](#) 

    I'm still in love with Siri and find the advancements/new features on the 4S incredibly impressive.

    October 16, 2011 Reply 0 Flag this comment

11.  [venkatesh045](#) [Follow](#) 

    speaktoit on android, a cheap imitation of siri.. It isnt 100% accurate nor did it get my name correctly.. but hey.. never give up hope on hope!

    October 16, 2011 Reply 0 Flag this comment

    - [LastCycle](#) [Follow](#)

      Fortunetely for Apple there are people like you

October 17, 2011 Reply 0 Flag this comment

12. ryanspahn Follow

For me it's definitely not a novelty. It's been incredibly enjoyable and useful to use, especially when driving. SO many people don't admit to using their iPhone to text and get directions while driving but many, many do this. Now we can all do this much safer.

As for composing text and messages (again useful when driving) there is a learning curve as it takes some practice. Though the practice is well worth it!

I hope they open Siri to a few more companies … especially Spotify. I loathe iTunes, but love Spotify; worth the $10 a month!

October 16, 2011 Reply 0 Flag this comment

13. Josca Angela Penol Follow

Iphone4S is definitely the phone of the year! :)

October 16, 2011 Reply 0 Flag this comment

14. Rodulfo Gentica Follow

When will siri arrives in our country? Huhu, Hope Apple will stick to it that before next year they can manage to ship iPhone in more countries. Siri is #awesome

October 16, 2011 Reply 0 Flag this comment

15. Mark Jaquith Follow

I feel like you didn't spend a lot of time with it. The integration with Wolfram Alpha makes it fantastically useful for answering questions about factual matters. Here are some questions or commands Siri has answered or carried out correctly for me (without kicking me to a web search).

Who starred in "Finding Nemo"?
Where is my wife?
Remind me to get gas when I leave home.
Who is the president of France?
What is the capitol of Zimbabwe?
Search Wikipedia for mitosis.
Hold old is the universe?
When was the American Civil War?
When is my next bloodwork appointment?
Add "milk" to my grocery list.
Show me my grocery list.
Note: my shoe size is 11 and a half.
Show me my note about shoe size.

That's just a small sample. Those are things that are annoying to do, usually, but are easy with Siri.

October 16, 2011 Reply 0 Flag this comment

16.

Hamish Reid Follow

This article actively encourages holding your phone to your ear while driving 'at 60 miles an hour'. Not only is this very unsafe, it is also illegal in many countries including the UK. I suggest you update this article.

October 17, 2011 Reply 1 Flag this comment

- Laura Farrimond Follow

  To be completely fair, the article does NOT say that the writer is driving just that he was in a car. My kids frequently answer my phone when I'm driving, it's handy to know they could activate siri and I could then speak my request myself

  October 18, 2011 Reply 0 Flag this comment

17. Scott_L_Lawson Follow

Google and Android devices have had really good voice input for almost a year. I use it all of the time to search, find places in Maps, compose instant messages and emails. Siri improves on this by wrapping this capability with an integrated experience, which bodes well for the application of voice recognition. I have used Dragon Naturally speaking for years and if you write a lot of emails or articles you should check out the latest version to see what deep, super accurate, and time-saving voice dictation can do for your productivity. My hope is that in a few years the need for typing will decline!

October 17, 2011 Reply 2 Flag this comment

18. Yuuka Motobayashi Follow

So funny with misunderstanding!

October 17, 2011 Reply 0 Flag this comment

19. gracewahlbrink Follow

Can't wait to try it out! I'm counting down the days until my upgrade becomes available, so I can sell back my current phone and go thumbless with Siri! (Disclosure: I work with ReCellular).

October 18, 2011 Reply 0 Flag this comment

20. TalkToThePhone Follow

I don't know why it's "Siri" beta??

October 18, 2011 Reply 0 Flag this comment

21. Travis Carlisle Follow

i was disappointed to find that when i said "remind me to take out the garbage at 11pm" it replied with, "i'm sorry, there are no garbage services near you." However, when i said, "set reminder to take out the garbage," it correctly asked to confirm my reminder. picky? yes. but if it is supposed to be conversational, that type of question should work.

October 20, 2011 Reply 0 Flag this comment

Case 5:12-cv-00630-LHK   Document 131-24   Filed 04/24/12   Page 9 of 9

22.  SHIGGA.com Follow 

    i think jailbreak developers will bring Siri to lower version iPhones

    October 20, 2011 Reply 0 Flag this comment

23. Tim Acheson Follow 

    Apple's new "Siri" feature for iOS is in reality an imitation of one feature of Kinect launched back in 2010:

    http://www.winsupersite.com/blog/supersite-blog-39/iphone/apples-tv-plans-copy-kinect-141111

    If you weren't aware, that's because Microsoft products and services rarely receive the same attention from websites like this one as Apple's and Google's, thus leaving many readers with a slanted view of the tech industry. Believe it or not, Kinect was the fastest-selling gadget of any kind of all time, and held the official World Record as such.

    With all the hype that inflates anything that Apple does, you could be forgiven for believing that Apple is innovating.

    October 31, 2011 Reply 0 Flag this comment

24. Jakub Dolezal Follow

    go to youtube and look up the channel MyMomentumMedia and you will find the video.

    November 02, 2011 Reply 0 Flag this comment