# EXHIBIT Y



NEWS | ABOUT SAMSUNG | LOGIN

PRODUCTS          BUSINESS          APPS          SAMSUNG          SUPPORT          MY ACCOUNT

Home > Cell Phones > Features >

## Galaxy Nexus Android Smartphone

SCH-I515   ★★★★★ 387 REVIEWS

Tweet  95      SHOP ›

OVERVIEW · FEATURES · SPECS · GALLERY · REVIEWS · ACCESSORIES · SUPPORT

# Features

### Super AMOLED™ goes HD.

Galaxy™ Nexus™ is the world's first phone
with a 4.65" high-definition Super AMOLED
display, making text, photos, videos and
games look crisp, vibrant and rich. With
1280x720 HD resolution, videos look
amazing and the unique Contour Display
curves nicely to the shape of your face and
makes it easier to hold.



### Gentle curves ahead.

Hands aren't flat. Neither are pockets. That's why Galaxy Nexus has been carefully and
ergonomically designed to have a gentle curved shape that just feels nice. And, at just 9.47mm,
it's the definition of slim.

### More powerful than it looks.

Don't let the slim, elegant design fool you. The Galaxy Nexus is a power heavyweight.
Samsung engineers have found a way to get a 1.2GHz dual-core processor inside its 9.47mm
body. So you'll have all the graphics, computing and video processing power you'll ever need.

### Your first taste of Ice Cream Sandwich.

The Galaxy Nexus by Samsung is a phone full of firsts. For starters, this is the first phone to run
the new Android 4.0, Ice Cream Sandwich platform. It does everything Gingerbread and
Honeycomb could do, plus lots more. Android 4.0, Ice Cream Sandwich brings an entirely new
look and feel to Android. The lock screen, widgets, notifications, multi-tasking and everything in
between has been rethought and refined to make Android simple, beautiful, and beyond smart.

**Face Unlock:** With Face Unlock on Galaxy Nexus you can
now unlock your phone with a smile. No complicated passwords
to remember, just switch on your phone and look into the
camera to quickly unlock your phone.

# Specifications

**Carrier**
· Verizon

**Form Factor**
· Bar, Touchscreen

**Size**
· 5.33" x 2.67" x 0.37"
· 5.1 ounces

**Color**
· Metallic Silver

**Battery**
· Standby Time: 150 hours (6.25 days)
· Continuous Usage Time: Up to 12 hours
· Battery Type and Size: 3.7 Volt, Lithium Ion,
  1850mAh

**Network**
· CDMA/PCS/1xEVDO Rev. A: 800/1900 MHz,LTE:
  700 MHz
· LTE, EVDO Rev. A

**Platform**
· Android™ 4.0, Ice Cream Sandwich

**CPU**
· 1.2GHz Dual-Core Processor

**Display**
· 1280x720 pixels
· Main Display Size: 4.65"
· HD Super AMOLED™ contoured display

**User Interface**
· Features: Widgets; Accelerometer; Supported
  Languages: Spanish, French



**Camera**
- Rear-facing Camera Resolution: 5.0 MP
- Front-facing Camera Resolution:1.3 MP
- Digital/Optical Zoom
- Auto Focus; Shot Modes, Action, Night, Sunset, Party, Single Motion Panorama; Editing Modes; Camcorder; HD Recording; HD Playback

**Android Beam:** With Galaxy Nexus you can now easily share contacts, websites, apps, maps, directions and YouTube™ videos to other people close by. Simply hold two NFC enabled Android phones close to each other and touch to beam and share.



**Audio**
- Music Player; Compatible Music Files, WAV, MP3, AAC, AAC+, eAAC+, AMR-NB, AMR-WB, MIDI; Audio, Streaming; MP3/Music Tones

**Video**
- Video Player; Compatible Video Files, H.263, H.264, MPEG4, VC-1; Video, Streaming

**Fun and Entertainment**
- Wallpapers, Animated

**Voice typing:** Watch text instantly appear as you speak with voice input. Touch the microphone on the keyboard and use your voice to instantly type your emails, SMS, or anywhere you want to enter text.



**Messaging Options**
- Email; Corporate Email; Picture Messaging; Text Messaging; Instant Messaging; Threaded / Chat-style Messages; Video Messaging; Predictive Text

**Connectivity**
- Bluetooth®; Bluetooth® Profiles, A2DP, AVCTP, AVRCP, GAVDP, HFP, HSP, OPP, PAN, PBAP, SPP ; Wi-Fi® ; Wi-Fi® Hotspot; HTML Browser

**Memory**
- Internal Memory: 32GB

**Google+:**With Google+ built in, sharing the right things with the right people is a lot easier. With Messenger, you can bring groups of friends together into a simple group conversation and with Hangouts you can now video chat with up to 9 people wherever you are.

**Calling Functions**
- Speakerphone; Voicemail; Speech-to-Text; Text-to-Speech; Music ID; Picture Caller ID; Multitasking; Hearing Aid Compatible (HAC); TTY; Airline Mode



**Single-Motion Panoramic Camera:**
With Galaxy Nexus you get a high-end camera with zero shutter-lag, automatic focus, top notch low-light performance and a simple, intuitive way to take panoramic pictures. No stitching needed. Take amazing photos or 1080p videos, edit and then share them right from your phone.



## Faster than you'd expect.

Ice Cream Sandwich is designed to squeeze maximum performance from the 1.2GHz dual-core processor for additional speed and processing power. It's the first Android platform built to truly optimize the benefits of dual-core processing so you can multi-task with multiple windows open without slowing down. All this power runs on Verizon's 4G LTE network, so you'll have the fastest phone performance on the fastest network.

Galaxy and Super AMOLED are all trademarks of Samsung Electronics Co., Ltd. Nexus, Google, Google Mobile, Gmail, Google Maps, Google Talk, Google Search, YouTube, Android and Android Market are trademarks of Google Inc. Other company and product names mentioned herein may be trademarks of their respective owners. Screen images simulated. Phone appearance may vary.

Usage times will vary depending on phone usage patterns and conditions. Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls and voice, data and other application usage patterns.

*LTE is a trademark of ETSI. 4G LTE as used herein refers to the fact that the Samsung Galaxy Nexus can operate on Verizon Wireless' 4G LTE network. Coverage not available everywhere. Many of the services and features described are network dependent and may require additional subscription and/or usage charges. Other conditions and restrictions apply.

Features and specifications are subject to change without prior notification



Careers
Sustainability
News
Investor Relations

TVs
Blu-ray &
DVD Players
Home Theater
Systems

Cell Phones
Tablets
Cell Phone
Accessories
Laptops
Chromebook
Media Players

Cameras
Camcorders
SD Cards

Laptops
All-in-One PCs
Tablet PCs
Chromebook
Monitors
Printers
Memory & Storage

Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges
LED Lighting

Register your product
Product recycling
Get downloads
Owner benefits
Articles
Shopping guides
Contact us

Follow Us:

Business  |  Apps  |  Privacy  |  Legal  |  Sitemap  |  RSS  |  USA / English      +1   2.7k

Copyright © 1995-2012 SAMSUNG All rights reserved.