# EXHIBIT Z

Hotmail

back to

Advertise | AdChoices



Facebook, iPhone, Twitter and Wii. Technology evolves at the speed of light. Msnbc.com's tech reporters look at the gadgets, games and innovations changing our world.

Search Technolog

Featured

Filled

2 days

Suzanne Choney

**Are you kidding? April Fools' Day on the Internet**

share

126 days

Technolog

share via:

# Samsung Galaxy Nexus review: The one to beat

Advertise | AdChoices



Courtesy of Laptop / test
**test**

**By Mark Spoonauer**
*Laptop*

The Samsung Galaxy Nexus' screen is huge, but the software is a much bigger deal. As the first Android phone running Android 4.0 Ice Cream Sandwich, the Nexus gives users a completely made-over version of Google's operating system. The OS is just as customizable and versatile as before, but Android 4.0 seeks to make the user experience friendlier, more refined, and more socially connected.

Yes, there's some impressive hardware here — a 720p Super AMOLED screen, dual-core processor, and lightning-fast camera — but Google is out to prove that it can deliver lots of power without being intimidating. No Android skin required. Does this superphone succeed in that mission?

**Editors' Note:** *We tested an unlocked version of the Galaxy Nexus. The Verizon Wireless version should be on sale in early December.*

**WHAT WE LIKE**

**High-def display:** The Samsung Galaxy Nexus' display is big and beautiful, offering Super AMOLED Plus technology for fantastic contrast and a super-sharp 720p resolution (1,280 x 720 pixels). When we fired up a trailer for "The Amazing Spider-Man" in HD, the 4.7-inch screen delivered superb detail and very wide viewing angles. When surfing the Web, we could make out more text versus the iPhone 4 without having to zoom in.

**Sleeker, smarter interface:** The new Roboto font for Google's makeover of Android is very crisp and tight, a perfect match for the Galaxy Nexus' 720p display. And Google has done a lot of work to deliver a more polished and elegant UI while minimizing tapping and menu digging. For example, you can access the Android Market from within the Apps menu, and access settings from the Notification area.



Courtesy of Laptop

As with iOS, you can group similar apps together just by dragging and dropping them on top of each other, but you'll need to name the folders yourself.

**Mighty multitasker:** The new Recent Apps button in Android 4.0 really puts Google's software ahead of iOS and Windows Phone in terms of multitasking. Pressing this option displays a list of thumbnail previews of the apps with their icons inset, and you can close apps with a sideways swipe.

**Very fast performance:** On our tests, the Galaxy Nexus was super smooth and responsive. Featuring a 1.2-GHz dual-core processor, the phone instantly launched the App menu and let us jump between apps (such as the browser and "Fruit Ninja") in a second. The Galaxy Nexus also delivered excellent graphics performance when we played "Riptide GP." The action never stuttered, and we could make out detailed reflections in the rippling water.

**New People App:** The new People App in Android 4.0 is more inviting than your typical address book, providing a large profile photo for each contact along with social networking integration. We liked being able to swipe to the right while viewing a contact to see Google+ and Twitter updates from that person in a single stream. Too bad Google hasn't added Facebook to its People app yet.

**Beefed up browser**: Android 4.0 offers an enhanced browser that lets

you save pages for offline reading and request full desktop versions of sites. Users can keep up to 16 tabs open. The only thing missing is Flash support, which Adobe says is coming by the end of the year.



Courtesy of Laptop

### WHAT WE DON'T LIKE

**Light but plasticky design:** Samsung deserves serious credit for making a mammoth 4.7-inch screen not feel like overkill. That's because the Galaxy Nexus' HD display is housed inside a body that weighs a fairly light 5.3 ounces and measures 0.4 inches thick. However, the textured back cover felt flimsy when we took it off. The Droid RAZR's Kevlar-infused design feels more durable.

**So-so audio:** We wouldn't call the back-mounted speaker on the Galaxy Nexus weak, but it's not as powerful as the Motorola Droid RAZR's or the HTC Rezound's. When we streamed Incubus' "Promises, Promises" on Slacker, the sound was fairly clean, but we had to crank it up to the max. Both the RAZR and Rezound got much louder. Same thing goes for the speakerphone during calls.

**Camera too fast?** The Galaxy Nexus's 5-megapixel camera is so speedy it's almost scary. As a result, though, some pics appeared blurry because it didn't seem like there was time for autofocus to kick in. Outdoor photos had good color saturation, but didn't deliver as much detail as the 8-MP cameras on the iPhone 4S and the Galaxy S II. Indoors, the camera flash often added a yellow-orange tinge to images.

On the plus side, the Galaxy Nexus comes with a ton of editing tools, from auto-fix and cropping to a wide range of special effects and tweaks.

**Search button banished:** The biggest difference between Ice Cream Sandwich and phones running earlier versions of Android is that there are no physical buttons beneath the screen. It's all integrated into the software. You'll find the traditional Home and Back keys and a Recent Apps button in a persistent System Bar at the bottom of the screen. The Menu button and Search buttons are integrated elsewhere in the software. We actually missed having a dedicated Search button always in the same location.





Courtesy of Laptop

**VERDICT**

The Galaxy Nexus isn't just a new Android flavor of the week. Android Ice Cream Sandwich represents a big step forward for the OS in terms of usability and polish. The physical design itself may be too big for some, but Samsung has done a nice job keeping the weight and thickness down to counterbalance the big and beautiful 720p screen. The Galaxy Nexus beats the **iPhone 4S** when it comes to multitasking. What we'd like to see is Facebook integrated into the People app.

Is the Galaxy Nexus the best Android phone yet? We prefer the slimmer and sturdier design of the **Motorola Droid RAZR**, but overall the Nexus offers the best combination of hardware and software. Once you add Verizon's 4G LTE speeds to this device, the Galaxy Nexus will be the Google phone to beat.

**More from Laptop:**

- **Top 10 Smartphones**
- **Android Ice Cream Sandwich 4.0 Review**
- **Top 25 Gadget Gifts Under $100**

Recommend    Tweet  0    Share    14



Close post


Todd Kenreck via   Ingame
### 'Star Wars' keyboard is LCD awesomeness
We have the "Star Wars The Old Republic" Razer keyboard and we show you all that it can do. In-Game's Todd Kenreck reports. **Read more**



Helen A.S. Popkin
### Failing to provide Facebook password gets teacher's aide fired
Demanding that employees fork over their Facebook passwords isn't regular practice for the Lewis Cass Intermediate School District in Cassop... **Read more**



Suzanne Choney
### Pastebin delete plans could include Anonymous data
Pastebin, the website members of Anonymous have used to post information they have hacked -- including government and company employee emai... **Read more**



Rosa Golijan via   Gadgetbox

### Instagram app finally comes to Android

Android users who turn green with envy every time they see an iPhone user use the Instagram app can finally return to their normal colors an... **Read more**




Athima Chansanchai

### Read It Later users want to 'watch it later' too

If you're one of 4.5 million Read It Later users, you don't just engage the app for setting aside articles, but increasingly, videos as we... **Read more**




Rosa Golijan via  Gadgetbox

### The Canon EOS 60Da DSLR is made for shooting stars

Canon's got great news for astronomers, homesick aliens, and whoever else might enjoy taking photos of the night sky: The EOS 60Da, a succes... **Read more**



**Latest videos from**

Advertise | AdChoices

 'Star Wars' keyboard is LCD awesomeness

 Flying car soars in the Netherlands

 Dancing Han Solo and raging Rancors equal fun

 Man creates fire-spotting app

 Few women in tech boardrooms

 Smartphone used to rescue toddler

**Also in**

Stay up to speed with news and reviews on video games for PlayStation 3, Nintendo Wii, Xbox 360, Android, iPhone, iPad, Facebook and more.

Meeting the people and exploring the inventions that are shaping our horizons. Click here to check out our ongoing Future of Tech video series.

#### More technology news

News and reviews about the hardware you want and the software you need.

Breaking news, features and reviews from every corner of the technology beat.


Helen A.S. Popkin

### Pre-caffeine tech: Retina display, fix your rotten day!

Our pre-caffeine roundup is a collection of the hottest, strangest, and most amusing stories of the morning. Here's everything that you need... **Read more**




Todd Kenreck via  Ingame

### Dancing Han Solo and raging Rancors equal fun

"Star Wars: Kinect" has clashing lightsabers, pod-racing and the most awesome and disturbing dance game we've seen so far. In-Game's Todd K... **Read more**







Suzanne Choney

### Arizona law would censor the Internet

The state of Arizona could find itself in the company of countries like China and Syria for censoring the Internet if the state's governor s... Read more





Matthew Hawkins via  Ingame

### Ubisoft's April Fools prank seems entirely plausible

Every April 1, numerous game makers attempt to get in on the fun, and the results usually miss the mark. The best April Fools pranks are the... Read more





Suzanne Choney

### IE market share slightly up after long downturn

After more than a year of decline, Internet Explorer may be on the rise again: the Web browser showed a slight gain in users for the month o... Read more





Athima Chansanchai

### Good samaritan hackers politely point out security holes

Who says hackers can't be nice? One group, MalSec, left a calling card on a security firm's website that decisively struck down its claim of... Read more



Advertise | AdChoices

## Latest videos from


Whiz kid uses app to solve a crime


Apple device in half of US homes


Cosmic wonders on your iPad


Robot band is truly 'scrappy'


'Significant' labor issues found at Apple suppliers


Canon vs. Nikon: DSLR heavyweight showdown

## Also in

Stay up to speed with news and reviews on video games for PlayStation 3, Nintendo Wii, Xbox 360, Android, iPhone, iPad, Facebook and more.

Meeting the people and exploring the inventions that are shaping our horizons. Click here to check out our ongoing Future of Tech video series.

### More technology news

News and reviews about the hardware you want and the software you need.

Breaking news, features and reviews from every corner of the technology beat.


Suzanne Choney

### Megaupload user asks court to get his files back

A man who runs an Ohio sports website, and stored video from it on Megaupload's servers, is asking the court to give back his video files, ... **Read more**




Athima Chansanchai

### ACLU: Police track cellphones, too

Virtually all of the 200 law enforcement agencies that responded to public records requests filed by the ACLU track cellphones without warra... **Read more**




Ariel Schwartz , Fast Company via   Future of Tech

### Roboethics: Three ways to make sure that future robots have morals

As robots become increasingly intelligent and lifelike, it's not hard to imagine a future where they're completely autonomous. Once robots c... **Read more**




Helen A.S. Popkin

### Pre-caffeine tech: Internet pranks, James Van Der Beek

Our pre-caffeine roundup is a collection of the hottest, strangest, and most amusing stories of the morning. Here's everything that you need... **Read more**




Rosa Golijan

### Despite heat concerns, Consumer Reports recommends iPad

The folks at Consumer Reports sounded alarm bells when their tests suggested that the new iPad tends to run hotter than its predecessor, but... **Read more**




Suzanne Choney

### Girls Around Me developer defends app

The developer behind the creepy, stalker-like Girls Around Me app says it's not stalker-like at all; but with Foursquare having yanked acces... **Read more**



**Show more**

©2012 msnbc.com     msnbc.com | Technology   About us   Contact   Help   Site map   Careers   Terms & Conditions       MSN Privacy   Legal   Advertise

Desktop Version   Mobile Version