# EXHIBIT AA



How-Tos | Features | News | Reviews | Videos | Galleries | Games                              Shop   Subscribe to the Magazine



## Hands On: Samsung Galaxy Nexus vs. iPhone 4S

Posted 12/29/2011 at 10:52am | by J.R. Bookwalter

6  Comments                          ...        Share



We may be an Apple-centric publication, but that doesn't mean every once in a while, something comes along from a competitor which makes us stand up, take notice and even drool a little. We love our iPhone 4S -- seriously, you'd have to pry it from our cold, dead hand -- but the siren song of the new Samsung Galaxy Nexus proves too much to ignore, so we had to venture out and procure one for ourselves. How do the two best smartphones on planet Earth fare against each other?

Google's third attempt at the ultimate Android handset finally arrived in stores just before Christmas in the form of the Samsung Galaxy Nexus, packing a few lust-worthy features that Apple still has in the works for the iPhone (Verizon 4G LTE among them). Let's take a look at the pros and cons of both after an iPhone "lifer" got to play with the Galaxy Nexus for a bit...



**Connect with Mac|Life**



Enter Email    Submit

☑ Also, send me e-mail announcements and special offers from Mac|Life and trusted partners.

**Featured Content**



### How to Remove Startup Items in Mac OS X



**The Week's Best Deals for your Mac and iOS Device**
Discounts on refurbished MacBooks, apps in the Mac App Store, and a free Snow...

Don't have an account? **Join Now.**

## Hardware (Advantage: iPhone 4S)

The Galaxy Nexus feels lighter in the hand at 5.1 ounces, despite the fact that the iPhone 4S actually weighs in lighter at 4.9 ounces. This is likely due to Samsung's use of metallic silver plastic and glass on a wider form factor, where Apple has made the iPhone 4S feel more solid in your hand with its glass front and back.

The Nexus features a curved glass design that feels more pleasing when held to the ear. There's no Gorilla Glass to be found here, but early scratch tests across the internet prove that Corning isn't the only company to make strong glass for smartphones. While Apple has never said exactly how fast the A5 processor inside is running, Samsung is happily touting a 1.2GHz dual-core processor on the Nexus.

Overall, we prefer the hardware build on the iPhone 4S just a little more, even if the Galaxy Nexus is most likely to survive a fall without cracked glass -- but only because it has glass on one side.



## Display (Let's Call It A Tie)

If you find the iPhone 4S screen a little small at 3.5 inches, the Galaxy Nexus is likely to bring you joy with its 4.65-inch Super AMOLED 720p HD display. The screen itself is bright, colorful and a valiant effort on Samsung's part to match the iPhone 4S Retina Display (which is only 960 x 640). Even with its smaller display, we still prefer the iPhone 4S -- but it's close enough that we'll call this one a tie. There's clearly a market for bigger smartphone displays, and the Galaxy Nexus is one of the finest we've seen to date.



## Size (Advantage: iPhone 4S)

Many early reviews remarked how large the Galaxy Nexus is, but in general use we didn't notice the larger size much, even when switching back to the iPhone 4S. It wasn't until we tried used the Nexus in one hand that its 5.33-inch height and 2.67-inch width became a handicap -- even with our beefy digits, it was frequently a challenge to use the device this way, where the iPhone 4S is truly the perfect size at 4.5 inches tall and 2.31 inches wide. If you're frequently on the go or often find yourself with only one free hand, the iPhone 4S will serve you better -- unless you have giant-sized Hulk hands, maybe.



**MobileMe Users Being Enticed to OS X Lion with Free Snow Leopard Offer**
Apple is now baiting MobileMe procrastinators still on Mac OS X Leopard with a free...



**Why You Shouldn't Be Scared of the Flashback Trojan**
Before you get all riled up, consider a few things.



**Using a New iPhone as an iPod Touch**
Is it possible to use an iPhone as an iPod touch without a data contract?

### Most Commented Articles

**5,704** Comments — Win a New iPad from Mac|Life!

**208** Comments — Win: iZon Remote Room Monitor

**174** Comments — Win: Kensington SecureBack Security Case

**83** Comments — Win: Korg Monotron

**80** Comments — Win: Spark Earbuds by id America

### In This Month's Issue



**Feature**
4 Absurd Patents that Seriously Exist

**Review**
Budget Headphone Roundup

**Create**
How to Quickly Lock Your Mac





### Wireless (Advantage: Galaxy Nexus)

You've probably seen those TV commercials boasting bullet-like speeds for Verizon's 4G LTE network, but until you've actually used it, you probably dismissed it as just marketing hype. It's not! The Galaxy Nexus is fast, racking up a whopping 19.89Mbps down and 6.07Mbps up in our best SpeedTest.net benchmark (keeping in mind we're not in a major metropolitan area, of course). Compare that with an otherwise respectable 5.57Mbps down and 1.51Mbps up from our AT&T iPhone 4S and there's simply no contest. We signed into our Google account using 4G LTE while still in the store and by the time we hit the front door a few minutes later, all of our apps had already been downloaded and ready to use!

The iPhone 4S does have a slight advantage when it comes to Wi-Fi speed, however -- while both devices are capable of up to 802.11n data speeds, the Galaxy Nexus came in a tad slower with our AT&T U-verse broadband (15.65Mbps down/1.65Mbps up on the iPhone versus 15.06Mbps down/1.47Mbps up on the Nexus). But in day to day use, the 4G LTE of the Galaxy Nexus is the clear winner.

**Latest Mac|Life Tweets**

MacLife: Who's afraid of the big bad Flashback Trojan? Not you, once you read this: http://t.co/0n0mnpXx
20 hours 10 min ago

MacLife: MobileMe users: Don't forget you can upgrade to Snow Leopard for free, to give you a path to Lion and iCloud. http://t.co/f3OqwKSR
23 hours 10 min ago

MacLife: Make a difference for kids! Win fun prizes and get your donations MATCHED in our DonorsChoose Challenge 2012! http://t.co/Mljy2vFJ
1 day 20 min ago

MacLife: This week's Insane Apple Deals include a couple refurbished MacBook Airs, software bundles, and much more. http://t.co/r2AQ9VzO
1 day 1 hour ago

MacLife: Do a million items launch every time you start up your Mac? Here's how to trim your Login Items list. http://t.co/gzF7fy3p
1 day 2 hours ago



### Battery Life (Advantage: iPhone 4S)

We haven't gotten nearly the battery life out of our iPhone 4S that we did out of the iPhone 4, even with the iOS 5.0.1 patch that Apple quickly pushed out in an effort to fix that situation. But the 4S at least gets us through a full day with moderate to heavy use, which is more than we can say for the Galaxy Nexus, which seems to voraciously slurp up battery life even when sitting idle -- and after turning off apps that push a ton of notifications.

It seems pretty clear that the 4G LTE is the main battery vampire here, and the Galaxy Nexus won't get through a full day using that type of signal -- you'd be lucky to get more than a couple hours using the Mobile Hotspot capability without jacking into AC. To be fair, the Galaxy Nexus features a removable battery, but the advantage still goes to the iPhone 4S, where we can make it through a busy day without having to recharge (or swap the battery, in the case of the Nexus).

**Mac|Life on Facebook**



Mac | Life on Facebook
Like
28,132 people like Mac | Life.
Nathan  Andrei  Pooria  Saundra  Jeff
Tammy  Andrii  Jake  Fran  Victor
Recommendations





## Operating System (It's Another Tie)

Much has already been written about the latest Android 4.0 software, which makes its debut with the Galaxy Nexus (or rather 4.0.3, which we received shortly after turning the handset on the first time). Dubbed "Ice Cream Sandwich," this major update finally bridges the gap between the smartphone-based Gingerbread 2.3 and the tablet-centric Honeycomb 3.x, presumably offering the best experience, regardless of device. (Of course, Apple hasn't exactly been sitting still either, introducing iOS 5 back in October with the iPhone 4S.)

There's no doubt that Ice Cream Sandwich is the best Android to date: It's slick, easy to use and capable of many things iPhone users can only dream of (such as sideloading non-Market apps without jailbreaking). We've used Android on a number of different phones and tablets, but this is the experience Google fans have been waiting for -- software navigation buttons, home screen folders, better multitasking and instant photo upload to Google+. (And hey, users can finally do easy screenshots like those shown here, simply by holding down the power and volume down button at the same time!) Because it's a flagship Nexus device, it's unencumbered by ugly skins or other customizations for a pure Android experience.

But as the saying goes, "home is where the heart is," and the iPhone 4S still feels like home to us, particularly with welcome changes in iOS 5 such as the notification center. For many users, it will be a draw -- each has its own advantages and disadvantages. While we like them both, iOS just feels more complete to us for now.



## Apps (Advantage: iPhone 4S)

The Android Market has come a long way since launching in early 2009 with only 2,300 apps. Google's answer to the App Store now has nearly 400,000 apps with more than 10 billion downloads -- but it also has the highest percentage of free apps (67 percent versus Apple's 37 percent), the majority of which are worthless anyway.

However, there are many high-quality apps (both paid and free) in the Android Market and coming from the iPhone, you'll find familiar names like Netflix, Plex, Twitter, Facebook and more. iOS-only staples such as Instapaper are sorely missed on the Nexus, but Instafetch Pro does a suitable job using the Instapaper service (Read It Later Pro is also available on Android). Android users also have a leg up on iOS thanks to the Amazon Appstore, which offers a new free app every day (the store app can be sideloaded onto the

Galaxy Nexus using a link from the Amazon website). Market also now includes music and videos, making it a more compelling iTunes competitor for Android fans.

The built-in Gmail app makes the iOS version look downright shameful by comparison, and Android also includes a very capable free Navigation app built on top of Google Maps which also one-ups Apple's built-in solution with turn-by-turn directions and a Street View that goes inside shopping malls and other storefronts. Like other Android devices, Google Voice is also integrated into the phone dialer on the Galaxy Nexus, a nice plus for those of us who use it which is otherwise impossible on the iPhone 4S.

While we've downloaded many apps on both platforms, the iOS App Store still feels like the more mature of the two, and Apple has the upper hand when it comes to developers writing apps for its platform first, a major advantage.



## Camera (Advantage: iPhone 4S)

Samsung dropped the ball a bit here, since the Galaxy Nexus features a mere five megapixel camera on the back. That pales in comparison to the iPhone 4S eight megapixel sensor, but as Steve Jobs once explained, it's not really about the megapixels anyway. Images from the iPhone 4S are stunning, with generally proper contrast and saturation, while the Galaxy Nexus shots we've taken thus far leave a lot to be desired -- they're over-saturated, lacking in fine detail and low in contrast. Simply put, they often look like cell phone images rather than those taken by a point and shoot camera.

It's a shame to have produced such an otherwise fine smartphone with a poor camera in this day and age, but the advantage here clearly goes to the iPhone 4S. Otherwise, the front cameras are fairly equal (the Nexus is slightly better at 1.3 megapixels), both produce nice 1080p HD video and feature an LED flash on the back -- but neither device really takes great photos with that, anyway.



## Storage & Expandability (Advantage: Galaxy Nexus)

The Verizon model of the Galaxy Nexus comes with 32GB of onboard storage for $299.99 (with two-year contract), matching the price of the midrange iPhone 4S. Neither device is capable of using an SD card slot -- an odd omission for a new Android device, since many of them include this functionality by default.

The Nexus uses a micro USB port for both charging and connection to your computer, but be forewarned

-- there's no mass storage mode here, only MTP (media transport protocol). That means the Nexus won't mount as a disk on your Mac for easy drag and drop; instead, you'll need the free Android File Transfer application to move files back and forth. Google claims it's because the Nexus doesn't use an expandable memory slot, and future Android 4.0 devices with an SD card slot shouldn't have this limitation.

While they may be on equal footing for the most part, what sets the Galaxy Nexus apart is the ability to customize your keyboard -- our favorite is SwiftKey X, an add-on keyboard that trumps even the awesomeness of the iPhone software keyboard. The Nexus can also install Adobe Flash from the Android Market, although with HTML5 now the clear winner for streaming video, that's not much of a victory anymore.



## Future Tech (Advantage: Galaxy Nexus, But Barely)

Apple may have us believing that iPhone technology like Siri and FaceTime are right out of science-fiction, but in reality, neither of them are exactly new. Android users have had voice-activated search for some time, and it's only gotten better with the Galaxy Nexus -- and there are plenty of ways to video chat from Android, including Skype.

The Galaxy Nexus does introduce at least two very cool bits of future technology: Face Unlock and NFC. Rather than slide or gesture-based unlock, the Galaxy Nexus is capable of capturing an image of your face and using it to gain access to the handset instead. It's one of those "gee whiz" features you'll use to impress friends and it does work like magic -- provided you're not wearing sunglasses or in a dark environment where your face can't be recognized, in which case you'll have to fall back to a gesture or PIN-based method anyway. Face Unlock is easy to cheat with a photograph as well, but Google never promised it was a maximum security feature to begin with.

Samsung's handset also includes an NFC (near-field communication) chip, allowing users to quickly share web pages, apps and YouTube videos simply by tapping compatible phones together -- a concept lifted right from Palm's last set of webOS devices. In theory, NFC also allows users to tap into the new Google Wallet app for cashless transactions at retail stores, but for whatever reason, Verizon has blocked Google from including Wallet. Thankfully, this is easy to get around by sideloading a modified APK, which we were able to do (activating the service gives you the same free $10 prepaid credit just like the official download).

We'll give some bonus points to the Galaxy Nexus for pushing smartphone technology just a hair further here, even though we expect these advantages will be leveled come next year's iPhone 5.



## Final Thoughts

At a quick glance, it seems our love for the iPhone 4S is still stronger than for the Galaxy Nexus. We won't deny it, but the fact remains that the Galaxy Nexus is still the finest Android device yet released -- and we've used many in search of something that could equal (or God forbid, exceed) our beloved iPhone.

While the Galaxy Nexus stumbles with inferior camera hardware, it hits most every other sweet spot on our checklist. You'll still have to pry our iPhone out of our cold, dead hand, but if the Galaxy Nexus is the future of Android, that sentiment may get harder to stick to as time goes on.

*Follow this article's author, J.R. Bookwalter on Twitter*

Tags:  android   Apple vs. Samsung   Features   Galaxy Nexus   hands on   ice cream sandwich   iPhone   iPhone 4S   Samsung   smartphones   Verizon Wireless

### Here's What You'll Get:

- The latest Apple news, reviews and how-tos
- The hottest articles from MacLife.com
- Your recommended daily dose of awesome

Enter Email                              Submit

☑ Also, send me e-mail announcements and special offers from Mac|Life and trusted partners.

---

### Related Articles



**Does the Samsung Galaxy S3 Have the Specs to Outperform the iPhone 5?**



**3 Mobile Phones (Almost) Better Than the iPhone 4S**



**Apple Seeks Injunction Against Samsung Galaxy Nexus (and Android 4.0)**



**Law & Apple: Powerful New Lawsuit May Ban Samsung Galaxy Nexus in U.S.**

---

**6**   Comments                                                          + Add a Comment



**angermeans**
December 31, 2011 at 12:57pm

@site7000

I don't know why you claim that 4G LTE is "useless" unless you have just plain not used it. Maybe it does run the battery down 15%-25% faster, but that is why the Galaxy Nexus (and most Android phones to date) have replaceable batteries. Despite this I'm still getting through the day without charging the phones thanks to the 1850 mAh battery. Having 10-15 times faster (sometimes even

higher) is well worth the trade off. Per your analogy it is like saying that fast cars are "useless" because they require more fuel. You say that 4G is "useless" as if it is a fact, but it is merely your opinion (and one that sounds like you have never even used the Galaxy Nexus or any 4G LTE phone in that matter). Not only this, but I have both the 4S (so does my wife) and the Galaxy Nexus and thanks to iCloud and Apple not knowing how to keep something synced correctly yet (this is the speculation of what is going on) I'm getting almost the same battery life out of both phones and I'm not even getting the trade off of faster speeds. I don't know if you read the article or not, but the author did a great job of showing the pros and cons of both phones and I really don't see why you call out the pros of the Nexus as if they are cons especially the ones that are merely your opinion. I've never understood brand loyalty or fanboism for a certain product/brand. There is great innovation going on in Android, iOS, and even Windows Phone 7 and writing another off just because you prefer another is only cheating yourself. I also own an HTC Trophy which I love and have been using for the past couple months while awaiting the Galaxy Nexus, but I keep my iPhone 4S as I think that it has the better apps. They all have someything to offer and I really enjoy using all of them. I may prefer the openness of Android, the applications on iOS, and the look and overall responsiveness of WP7, but the point is I don't limit myself to one phone and choose to protect it as if it was my own child. The Galaxy Nexus is in my opinion the best phone out right now, but that will change and this is what makes the innovation of the mobile world all the more exciting. If you haven't used the Galaxy Nexus then you really ought to do yourself a favor and try it out. You may like it and see what many are saying, but if you don't then that is only your opinion.



### metalhaze

December 30, 2011 at 9:45am

Wi-Fi Test (Winner: iPhone 4S)

And I have a screen cap to prove it but this blog sucks and you can't post links. (ask me for link to screen if you want proof):

Ping: 65 ms
Download: 20.84 mbps
Upload: 9.20 mbps
Server: Boston, MA

The iPhone has a wireless N receiver in it, and by not using a wireless N router that means that you are not taking advantage of it's full speed capabilities.

Also, how fast is your internet connection? (what speed tier are you paying for?)

What brand router are you using?

How far were the phones from the router?

Were your numbers an average of three tests or the highest recorded speed you could muster?

Everything about this test is ambiguous and it would be great if you provided more useful information...



### site7000

December 29, 2011 at 4:14pm

The major claim to fame for the Galaxy, its 4G capability, is useless in practice due to its heavy battery drain. That's exactly why Apple is waiting until new low-powered 4G chips are available. So throw the Wireless advantage for the Galaxy right out the door.

I would reverse your finding of an Apple advantage for hardware for your finding that the OS's are equivalent, but that doesn't move the meter.

Your finding of greater Storage and Expandability in the Galaxy is a little off the wall. The customizable text input belongs in either the OS or App categories. Meanwhile, the iPhone comes in 16, 32 and 64GB. I'd say the Galaxy would be doing great to get a tie in this category.

Finally, the finding that Siri and FaceTime are ho-hum, but FaceUnlock and NFC are "very cool" is odd, to say the least. I'm seeing Siri and FaceTime frequently used and totally lacking competition. While NFC is merely potential at this point, it's certainly cool future tech. I'd say the Galaxy would be doing great to get a tie in this category as well.

Overall, though, nice article about two top competitors.



### TheQuestian

January 31, 2012 at 6:21am

To be honest, I'm glad that I'm on AT&T and won't have to concern myself with LTE/4G. Yes, I will be purchasing the unlocked GSM version unsubsidized, but it doesn't really bother me much. Battery life has been one of the only consistent knocks against the device (I suppose the "only" 5MP camera would be the other), and 4G is one of the primary culprits.

I really don't see 4G as a "major claim to fame" for the Galaxy Nexus at all, as there have been many prior devices to boast 4G connectivity, and the GN has a number of more novel features on display (to include being the ONLY device built to run Android 4.0, its monstrous and pixel dense screen, zero-lag shutter, etc.). For me, it's all about Ice Cream Sandwich. To this point, I have never seen an Android device that made me sit up and take notice (being a graphic designer, I was drawn to WP7 and iOS for their "shininess" — I currently use a Samsung Focus), and it has always come down that terrible, horrible, no good very bad UI.

Thanks to Ice Cream Sandwich, I'm ready to drop $600 and take it for a spin. My wife has an iPhone 4S, and to be honest, I think the best analysis of the situation was offered by another Mac-centric site (todaysiphone.com). The writer said that iOS is glossy, slick, and seamless, but it has been that for a long, long time. If there's any major knock against iOS, it's that it has become boring. We have all been there, and we have all done that. A glossy grid of icons. Got it. Metallic textured surfaces, on-off sliders at every turn.

And that's where ICS steps in for me. With WP7 still getting its sea legs, it offers a fresh, colorful, compelling alternative to the same-old same-old. If you want a glossy grid of icons, go for it. If not, forget it. Your home page can be just a search bar if you're anal retentive enough! That has always been a draw of Android, I know. But now it looks the part.



### juwanh
December 29, 2011 at 6:16pm

Not sure why the Galaxy Nexus has only a 5mp camera, whilst the Galaxy Note, and S2 have 8mp cameras. A silly misstep by Samsung in my opinion. The Nexus could have really competed with the iPhone 4S, in much the same way as the Galaxy S2 already does. Perhaps Samsung did not want to compete against its own models. Oh well, I'm very happy with my Galaxy Note, regardless of its size. I get way more use out of it as tablet compared to my iPad, oh and it also makes phone calls!



### stevedion
December 29, 2011 at 12:16pm

Having used both handset extensively, i can also add that the rear speaker and earpiece speaker a little on the low side. In a car i have a hard time hearing my caller on the Nexus Galaxy. I also think the article is dead on with the camera. It is really bad, a real step back. If it weren't for the camera i would use the GN almost as much as my 4S.

## Log in to Mac|Life directly or log in using Facebook

**Username:** *

**Password:** *

**Login**

**Login with Facebook**

Log in using Facebook to share comments and articles easily with your Facebook feed.

**Forgot your username or password?**
**Click here for help.**

Home    iPhone    iPad    iPod    Mac    Apps    New iPad

Subscribe to the Magazine    Shop    How-Tos    Features    News    Reviews    Videos    Galleries    Games

Subscribe    About Us    Advertising    Privacy    Terms & Conditions    RSS Feeds    Site Map    Customer Service    Editorial Beats    Back Issues

 

© 2012 Future US, Inc. All rights reserved.