# EXHIBIT BB

prices: 

about | blog | feedback | privacy policy | terms of use

Copyright © 2011 Geekaphone. All Rights Reserved.

APPLE
# iPhone 4S



Winner 
SAMSUNG
**Galaxy Nexus**


$450.00

## Reasons to buy the Samsung Galaxy Nexus

 **Adobe Flash support**
Many games and videos on the Internet require Adobe Flash

 **NFC Support**
Enables payment by phone and other wireless communications

 **Large screen**
4.6"

 **Lots of memory (RAM)**
1024 MB

 **Fast download speed**
10.37 mbps

 **Fast upload speed**
3.42 mbps

 **Vivid screen**
Super AMOLED

 **High resolution screen**
1280x720

 **Fast processor**
1.2 GHz

 **Latest network technology**
4G

 **Large battery capacity**
1,750 mAh

 **Long talk time**
17.6 hours

 **Average speed max data speeds**
LTE (80 mbps)

 **Average standby time**
12.1 days

 **Average weight**
135 g

 **Thin**
9 mm



**Find us on Facebook**

Geekaphone
Like

6,556 people like **Geekaphone**.

Bob   Manoel   Rafael   Pranay   Junior

Guilherme   Pich   Mahmoud   Soroush   गोलकोंडा

Facebook social plugin

Runner-up
APPLE
**iPhone 4S**


$545.00

## Reasons to buy the Apple iPhone 4S

**Lots of internal storage**
64 GB

**Many apps available**
iPhone App Store

**Better bluetooth support**
4.0

**High resolution**
8 MP

**Really small**
58x115x9 mm

**Very sharp screen**
328 PPI

---

**storage**   3.3  vs  **10.0**



Winner: Apple iPhone 4S    [details]

- 4x more internal storage, which means more music, photos and movies, 64 GB vs 16 GB

**web browsing**   **10.0**  vs  5.4



Winner: Samsung Galaxy Nexus    [details]

- The Galaxy Nexus can access games and videos on the Internet that require Adobe Flash

**processing power**   **7.7**  vs  5.1

Winner: Samsung Galaxy Nexus    [details]

- 2x more RAM, typically more responsive and better for multitasking, 1024 MB vs 512 MB
- More powerful processor, snappier and more responsive (50% faster), 1.2 GHz vs 0.8 GHz

**battery**   **6.8**  vs  4.9



Winner: Samsung Galaxy Nexus    [details]

- More than 20% higher capacity battery, 1,750 mAh vs 1,420 mAh
- Around 30% more talk

- time per battery charge, 17.6 hours vs 14 hours
- Around 50% more standby time, less frequent charging, 12.1 days vs 8.3 days

| | | | | |
|---|---|---|---|---|
| network | 9.1 vs 7.3 |  | Winner: **Samsung Galaxy Nexus** | [details] |

- Supports wireless payment and other transactions using NFC
- Around 90% faster actual download speeds, 10.37 mbps vs 5.48 mbps
- More than 50% faster actual upload speeds, 3.42 mbps vs 2.21 mbps

| | | | |
|---|---|---|---|
| screen | 7.6 vs 6.2 | Winner: **Samsung Galaxy Nexus** | [details] |

- More than 60% larger screen, 4.6" vs 3.5"
- The Galaxy Nexus has a OLED screen, which are generally brighter and more vivid, Super AMOLED vs TFT LCD
- 50% higher resolution screen, 1280x720 vs 960x640

| | | | |
|---|---|---|---|
| photo & video | 10.0 vs 10.0 | Too close to call | [details] |

- Both have video output to connect to TVs etc
- Both shoot high resolution HD movies

| | | | |
|---|---|---|---|
| sensors | 10.0 vs 10.0 | Too close to call | [details] |

- Have assisted GPS

| | | | |
|---|---|---|---|
| size | 7.2 vs 7.2 | Too close to call | [details] |

- Very thin

Case 5:12-cv-00630-LHK   Document 131-28   Filed 04/24/12   Page 5 of 11

| | | | | |
|---|---|---|---|---|
| music | 4.0 vs 4.0 | Too close to call | [details] |
| | | - Neither have built in FM Radios | |
| keyboard & keypad | 1.0 vs 1.0 | Too close to call | [details] |
| | | - Neither has a physical keyboard | |

**overall**   7.0  vs  6.5

## Storage



SAMSUNG GALAXY NEXUS    APPLE IPHONE 4S

| | | | |
|---|---|---|---|
| memory card | None vs None | Neither has a memory card slot |
| internal storage | 16 GB vs 64 GB | The iPhone 4S has a lot of internal storage for storing music, photos and movies, with the Galaxy Nexus being almost as good |

## Web browsing

   

SAMSUNG GALAXY NEXUS    APPLE IPHONE 4S

| | | | |
|---|---|---|---|
| browser benchmark | 905 ms vs 811 ms | Both have fast web browsers |
| adobe flash support | Yes vs No | The Galaxy Nexus can access games and videos on the Internet that require Adobe Flash |

## Processing power



SAMSUNG GALAXY NEXUS    APPLE IPHONE 4S

| | | | | | |
|---|---|---|---|---|---|
| | frequency | 1.2 GHz | vs | 0.8 GHz | The Galaxy Nexus has a powerful processor, but the iPhone 4S is just average |
| | number of cores | Dual core | vs | Dual core | Both have dual core cpus: much better than average! |
| | ram | 1024 MB | vs | 512 MB | The Galaxy Nexus has a lot of RAM for running apps, while the iPhone 4S is average |

## Battery

| | | SAMSUNG GALAXY NEXUS | | APPLE IPHONE 4S | |
|---|---|---|---|---|---|
| | talk time | 17.6 hours | vs | 14 hours | Very long talk time |
| | standby time | 12.1 days | vs | 8.3 days | The Galaxy Nexus has average standby time per battery charge, but the iPhone 4S's talk time is really poor |
| | battery capacity | 1,750 mAh | vs | 1,420 mAh | The Galaxy Nexus has a reasonably high capacity battery, but the iPhone 4S is average |
| | technology | Lithium Ion | vs | Lithium Ion | |

## Network

| | | SAMSUNG GALAXY NEXUS | | APPLE IPHONE 4S | |
|---|---|---|---|---|---|
| | network | LTE (80 mbps) | vs | HSDPA (7.2 mbps) | Average data speeds |
| | generation | 4G | vs | 3.5G | The Galaxy Nexus has the latest network technology, while the iPhone 4S's is standard |
| | download speed | 10.37 mbps | vs | 5.48 mbps | Both have fast actual downloads, with the Galaxy Nexus being particularily good |

Case 5:12-cv-00630-LHK   Document 131-28   Filed 04/24/12   Page 7 of 11

| | | | | | |
|---|---|---|---|---|---|
| | upload speed | 3.42 mbps | vs | 2.21 mbps | Both have very fast actual upload speeds |
| | network latency | 72 ms | vs | 79 ms | Both have better than average network latency |
| | wifi | 802.11n (150 mbps) | vs | 802.11n (150 mbps) | Both have fairly fast wifi support |
| | wifi hotspot | Yes | vs | Yes | Both have wifi hotspots for wireless tethering |
| | nfc | Yes | vs | No | The Galaxy Nexus supports field communication (NFC) which can be used for wireless payments and other transactions |
| | bluetooth | 3.0 | vs | 4.0 | The iPhone 4S has the latest bluetooth suport, with the Galaxy Nexus's bluetooth support being almost as recent |

## Screen

| | | SAMSUNG GALAXY NEXUS | | APPLE IPHONE 4S | |
|---|---|---|---|---|---|
| | screen size | 4.6" | vs | 3.5" | The Galaxy Nexus has a huge screen, while the iPhone 4S's is only of average size |
| | screen resolution | 1280x720 | vs | 960x640 | The Galaxy Nexus has an extremely high resolution screen, but the iPhone 4S's is also very high |
| | screen ppi | 315 PPI | vs | 328 PPI | Very crisp and sharp display of text, images and video |
| | screen type | Super AMOLED | vs | TFT LCD | The Galaxy Nexus as an OLED screen which are generally very bright and vivid, the iPhone 4S doesn't |
| | touchscreen type | Capacitive | vs | Capacitive | Touchscreen |

## Photo & Video

|  | SAMSUNG GALAXY NEXUS | | APPLE IPHONE 4S |  |
|---|---|---|---|---|
| camera | 5 MP | vs | 8 MP | They both have cameras |
| flash | Yes | vs | Yes | Both have camera flashes |
| secondary camera | 1.3 MP | vs | 0.3 MP | |
| movie format | 1080p @ 30fps | vs | 1080p @ 30fps | Both shoot high resolution HD movies |
| video out | Micro HDMI | vs | Proprietary | Both have video output to connect to TVs etc |

## Sensors

|  | SAMSUNG GALAXY NEXUS | | APPLE IPHONE 4S |  |
|---|---|---|---|---|
| gps | Assisted GPS | vs | Assisted GPS | Have assisted GPS |
| accelerometer | Yes | vs | Yes | Both include an accelerometer |
| compass | Yes | vs | Yes | Both have integrated compasses |
| gyroscope | Yes | vs | Yes | |

## Size

|  | SAMSUNG GALAXY NEXUS | | APPLE IPHONE 4S |  |
|---|---|---|---|---|
| weight | 135 g | vs | 140 g | Average weight |

Case 5:12-cv-00630-LHK   Document 131-28   Filed 04/24/12   Page 9 of 11

| | | | | | |
|---|---|---|---|---|---|
| | thickness | 9 mm | vs | 9 mm | Very thin |
| | size | 67x135x8 mm | vs | 58x115x9 mm | The iPhone 4S is fairly small, but the Galaxy Nexus is not far behind |
| | waterproof | No | vs | No | Neither are waterproof |

## Music



| | | | | | |
|---|---|---|---|---|---|
| | fm radio | No | vs | No | Neither have built in FM Radios |
| | fm transmitter | No | vs | No | Neither have built-in FM transmitters |
| | headphone jack | 3.5 mm | vs | 3.5 mm | Both have a headphone jack |

## Keyboard & keypad



| | | | | | |
|---|---|---|---|---|---|
| | numeric keypad | None | vs | None | Neither has a numeric keypad |
| | keyboard | None | vs | None | Neither has a physical keyboard |

## Other Phones to Consider



Galaxy Nexus vs Galaxy S II            iPhone 4S vs Galaxy Note

Galaxy Nexus vs One X                  iPhone 4S vs Galaxy S II

Galaxy Nexus vs Xperia S               iPhone 4S vs Xperia Arc S

Galaxy Nexus vs Galaxy Note            iPhone 4S vs iPhone 4

## Comments
Which phone would you recommend, and why?

### Add New Comment                                                                 Login



Type your comment here.

**Showing 6 comments**                                               Sort by popular



**Tom Carpentier**

comparing the lowest storage option for the galaxy nexus vs the largest storage option for the iPhone 4S, Galaxy Nexus will have a 32GB model as well. as the 16GB one. The galaxy nexus also has a barometer for faster GPS lock, and also uses the A-GPS.

If you want to make a comparison, compare between both 16GB models or both 32GB models, and include pricing in your comparison.



**Thinkerston**

I think that the Galaxy phone wins hands down. Apple products really lock you in the Apple money sucker! Little doubt that the android phone can do more and is more configurable. Also, I hate the lack of Flash support on Apple devices. Jobs was really a jerk to block Flash like that.



**EthanLovesPi**

You do realize that Adobe killed Flash for phones and tablets, right? Adobe even admitted that Flash had no place on mobile devices and could never be optimized for them. Flash does nothing except slow down browsing and suck battery life. Android users should be thankful that Adobe is killing it.



**Reuven Zasler**

Thinkerston said:

Apple products really lock you in the Apple money sucker!

Hello??? and Android doesn't lock you into Google? I still don't know how working with Apple is, but Google is nothing short of a nightmare, an endless maze of frustration designed for diehard masochists!

Case 5:12-cv-00630-LHK   Document 131-28   Filed 04/24/12   Page 11 of 11

Specs aside, the better machine is the one that is better for each individual user - and so far, this looks pretty much like a toss-up to me.

Screen size and clarity is important to me, and the GN seems to win there. Intuitive ease of use is also very important to me, and the i4s seems to have that advantage. As a business user who values efficient scheduling functions, I haven't the slightest idea which device is better, since reviewers NEVER pay any attention to the built-in calendar app.



**DM**

Nexus use a 3.5mm headphone jack, not a mini USB



**Tempoman**

Comparing cameras on megapixles aloe isn't any use. Picture quality is what counts. From what I've heard the iphone has better picture quality. With picture quality I'm referring to colours, sharpness, iso noise and so fo Maybe do what you do on snapsort.com (though scaled down) for the mobile cameras as well.

M Subscribe by email   S RSS

## Reactions



Trackback URL  http://disqus.com/for