# EXHIBIT CC

Article rank    21 Mar 2012    San Jose Mercury News    Contact Dana Hull at 408920-2706. Follow her at Twitter.com/danahull.

Reuters

# Developer survey puts Apple in driver's seat

## App writers say Android platform too fragmented

TORONTO — Apple has cemented its dominance as the most popular mobile platform among application developers while Google's Android has receded and Research In Motion's devices plunged, according to a quarterly survey that may signal sales trends for mobile devices.

Printed and distributed by NewpaperDirect | www.newspaperdirect.com, US/Can: 1.877.980.4040, Intern: 800.6364.6364 | Copyright and protected by applicable law.

To enjoy unlimited access to hundreds of newspapers and magazines anytime/anywhere

To continuing reading this article

**Purchase Single Issue**
US$0.99 - San Jose Mercury News - Mar 21, 2012 - includes all articles from this issue

Register for FREE

**Subscribe to PressDisplay™ Personal**
US$29.95 per month - includes unlimited issues, 14 days back issues, 10000 bookmarks

Subscribe

**Subscribe to PressDisplay™ Corporate**
US$99.95 per month - includes unlimited issues, 60 days back issues, 10000 bookmarks

Subscribe

**Existing User?**
Click Here

**PressDisplay™**
What is PressDisplay™?
Subscription Plans
Using PressDisplay™
FAQ