# EXHIBIT GG

Apple News, Tips and Reviews

- Events
- GigaOM.tv
- Research

- Home
- Apple
- Broadband
- Cleantech
- Cloud
- Collaboration
- Europe
- Media
- Mobile
- Video

Apple



# Apple blowing away Android with up to 90% of app revenue

By Darrell Etherington Nov. 21, 2011, 11:36am PT 15 Comments

- Tweet 168
- Share 43
- 
- 18

Apple's market share may be slipping, but its share of app revenue is huge and not looking like it will slide anytime soon, according to Piper Jaffray's Gene Munster (via Fortune). According to public data from Apple, and AndroLib, which tracks Android Market information, Munster figures Apple owns about 85 to 90 percent of current mobile app spending. While he's measuring lifetime revenue, which provides Apple with an advantage, the discrepancy is larger than be explained by the App Store's head start alone.

With numbers like that, iOS device owners have nothing to fear when it comes to the possibility of developers fleeing *en masse* to Android as it becomes the world's dominant mobile operating system. And it looks like Apple will retain that crown for a long time, too, even if trends continue to favor Android: Munster suggests Apple will keep more than 70 percent of mobile app revenue share for the next three or four years.

Why? Android apps just don't make anywhere near as much money through Google's Market, nor are they downloaded as often. By Munster's calculations, the Android Market has around 6,750,000,000 downloads to date, compared to Apple's 18,566,331,811. Those have resulted in respective gross revenues of $341,765,335 and $4,939,611,127 respectively. Of the gross revenue, developers have seen $239,235,734 from the Market, while $3,457,727,789 has been paid out to those making software for iOS. Percentage-wise, paid apps account for only 1.3 percent of Android apps, vs 13.5 percent for iOS.

The difference is striking, and will mean Apple's platform is likely to continue to hold a strong lead over Google's when it comes to the breadth and depth of software selection. It also means Apple isn't likely to freak out if Google moves a few more devices per year than it does; a strong ecosystem should keep customers coming back in strong enough numbers to keep iOS device and software revenue extremely high despite dwindling market share.

**Related research and analysis from GigaOM Pro:**
Subscriber content. Sign up for a free trial.

- Hyperlocal: opportunities for publishers and developers
- 2012: Data, spectrum and the race to LTE
- Mobile Q2: Smartphone growth surges; iPad's rule continues

If you like this story, please share it



- Tweet  168
- Share  43
-
- 18

Mobile Apps

Trending on GigaOM Pro

Top Research And Analysis

- The future of mobile: a segment analysis by GigaOM Pro...
  Mobile
- Why Tesla's Model X could make the electric SUV a mainstream hit...
  Green IT
- Siri: Say hello to the coming "invisible interface"...
  Connected Consumer

- Comments
  15

Displaying 14 of 15 comments. View all comments »

1. 
   *Warden* Monday, November 21 2011

   Too bad iOS is a load of crap compared to Android now.

   Reply or
   Share
   - Facebook
     Tweet

2. 
   *Raymond Padilla* Monday, November 21 2011

   What's the difference in ad revenue? That's Google's endgame, not app revenue.

   Reply or
   Share
   - Facebook
     Tweet
   - 
     *Steven* Monday, November 21 2011

     According to Google, 2/3 of their mobile ad revenue derives from iOS and Symbian, Android, WinMo and WP7 take the other 1/3.

     Reply or
     Share
     - Facebook
       Tweet

3. *Bill* Monday, November 21 2011

   Nice way to tilt the statistics in Apple's favor listing "lifetime" revenue.

Reply or
Share
- Facebook
- Tweet



4.

*Tommy Tamocha* Monday, November 21 2011

Watch what say and try not to piss off the Android Pep Squad. They are seething balls of hate today because of massive amounts of malware in their fav platform, the just released Galaxy Nexus volume issues, and now this. I would watch my back.

Reply or
Share
- Facebook
- Tweet



5.

*Jeff C* Monday, November 21 2011

I am not a developer. So if the app is free on my android and 2 bucks on my wife's iphone. Who is winning…same app…i get it for free she pays….apple and developers are winning but user is actually losing. But i guess some people need to pay their tithe to their church.

Reply or
Share
- Facebook
- Tweet
- 

*joan* Tuesday, November 22 2011

I agree. Most usefull apps in Android are free and their equivalent in iOS are not. Both platforms are great anyway and I think that the more they compete the better for the end users.

Reply or
Share
  - Facebook
  - Tweet



6.

*Topgun* Monday, November 21 2011

What is funny is Ad Rev seems to be neglected. That is what is really making money. This one time 2 bucks on ios where as they might get payed 5 cents PPM really adds up quick and is sustainable rev. Android is destroying ioS

Reply or

Share
- Facebook
- Tweet
- 
  *DeathAffinity* Tuesday, November 22 2011

  LOL, I can assure you that ads pay nothing copared to paid/freemium apps.

  Reply or
  Share
  - Facebook
  - Tweet
- 
  *ANDRE SALAZAR* Wednesday, November 23 2011

  Last time I checked, Google's entire business made LESS than iPhone 4, in fiscal year 2011! That means Google/Android is NOT doing better than iOS, considering Google refuses to release Android's sales figures or device sell-through numbers. Also, Apple actually makes more in ads too. Plus, Google pays Apple $1.4B/year for YouTube, Google Maps, Google Search & GMail to be on iOS devices. Google still hasn't figured out how to run a "long-term" business properly.

  Reply or
  Share
  - Facebook
  - Tweet

7. 
*Phor11* Monday, November 21 2011

Using lifetime sales skews the results.
Not taking ad revenue into account from free apps with ads skews them even further.

Therefore using this study to come to any reasonable conclusion about the future state of iOS or Android ecosystems is frankly laughable.

Reply or
Share
- Facebook
- Tweet

8. 
*Namratha* Tuesday, November 22 2011

More or less, same apps and games are available for both devices. One will be Free and other will be Paid. So what's the big deal?

Reply or

Share
- Facebook
- Tweet

9. 
 *ahow628* Tuesday, November 22 2011

 My buddy posted this elsewhere:

 "Android: There are 6,750,000,000 downloads, of which 87,750,000 are paid (1.3%), generating $239,235,734 or $2.726 per app.

 Apple: There are 18,566,331,811 downloads of which 3,457,727,789 are paid (13.5%) generating $2,506,454,794 or $1.380 per app."

 So it looks to me like if you can put together a nice app, you can actually get more per sale on Android vs iPhone.

 As others pointed out, apps with ads will generate lifetime revenues while a $2 app will generate $2, period.

 Reply or
 Share
 - Facebook
   Tweet

10. 
 *Vladislav Rakov* Thursday, November 24 2011

 i think snappii.com apps are worth mentioning.The service is very flexible and useful even for those who are not experienced programmers.

 Reply or
 Share
 - Facebook
   Tweet

Displaying 14 of 15 comments. View all comments »

RSS Feed for Darrell Etherington Email Darrell Etherington Darrell Etherington
Darrell's Posts

- Nooka's mystery dial watches get an iPhone app
- Satisfaction survey shows why Apple's iPad will remain on top

Sign up to get news!

- Twitter
- Facebook
- RSS

Featured on GigaOM Pro

Featured Research and Analysis

## Connected Consumer

### Connected Consumer Q1: Controversy, courtrooms and the cloud

Privacy, antitrust and copyright battles could eventually reshape digital markets.

GigaOM TV

More Video »

Now Playing

Nick Feamster, Assoc. Prof. Georgia Tech University

- 
- 
-

- 

## Green Overdrive: A test drive of the Ford electric Focus

Ford unveils its all-electric Ford Focus and we take it for a …

## Puzzling – Structure Data 2012

Speakers: Jeff Jonas – Chief Scientist, Entity Analytics, IBM

## Saavn: India's Spotify

We talk to Rishi Malhotra, President and COO of Bollyood music service …

## Phone or tablet? Galaxy Note is both!

A Samsung Galaxy Note review unit arrived this weekend; here's a brief …









**Across** *the* **Network**

- Broadband

  OpenRadio changes what it means to be an ISP

- paidContent

  Popcornflix aims to be top ad-supported movie streamer

- Apple

  5 Apple stories to read today

-

- Cloud

  Is Amazon the Hotel California of Web services?

- Collaboration

  What women want: More online meetings?

- Europe

  France's Wi-Fi gates swing open: Free Mobile activates 4M hotspots

© 2012 GigaOM

- Privacy Policy
- Terms of Service
- About
- Editorial Team
- Media Kit
- Contact

  WordPress.com VIP

Click to log in with:

- LinkedIn
- Twitter
- Facebook
- WordPress.com
- GigaOM Pro

Not you?  ☑ Remember me
Comment as guest:
By continuing you are agreeing to our Terms of Service and Privacy Policy.
Submitting comment...

Click to log in with:

- LinkedIn
- Twitter

- Facebook
- WordPress.com
- GigaOM Pro

**Read more in Apple**

5 Apple stories to read today