# EXHIBITS HH-OOO
# TO
# WAGNER DECLARATION