# EXHIBIT II

| MOBILE | APPS | TABLETS | MEDIA |


MOBILEDIA

| NEWS | EDITORIALS | PHONES | RECEPTION | RADIATION | FORUMS |
| FEATURED | GADGETS & GEAR | LIFESTYLE | INNOVATIONS & INVENTIONS | BUSINESS | SOCIAL MEDIA |

**Trending**: Reports | Android | DoJ | China | Galaxy      Got a Tip for Us? | Follow Us:

Home > Mobile News > AT&T News > AT&T Shifts to Unlimited Texting Plans

## AT&T Shifts to Unlimited Texting Plans

BY SANDY FITZGERALD
FRI AUG 19, 2011
11:39 AM



**FOLLOW US**

**Mobiledia.com** on **Facebook**

Like    You like this. · **Admin Page** · **Insights** · **Error**
Confirm    You like

Follow @mobiledia   3,010 followers

**TOP NEWS IN YOUR INBOX**

A T&T customers will soon have just two choices in texting plans, a sign the company may be trying to retain its lucrative texting business as people switch to instant messaging apps on their smartphones.

 Confirm

AT&T on Thursday said it will offer either unlimited or pay-per-text plans, eliminating a current plan that offers 1,000 messages for $10 a month. Instead, customers can choose an unlimited texting plan for $20 a month, or families can get an unlimited plan for up to five phones at $30 a month.

 12

 1

**TOP STORIES**

AT&T will continue to charge 20 cents a message for people who do not use a text messaging plan. The new billing will start August 21, but existing customers can keep their current plans if they wish.

The Score: IPhone 5 vs. Galaxy S3: Who Will Win?

Think Distracted Driving Is Dangerous? Try Distracted Flying...

AT&T said it is implementing the change to reflect its customers' needs.

"The vast majority of our messaging customers prefer unlimited plans and with text messaging growth stronger than ever, that number continues to climb among new customers," the company today said.

How "Liquidmetal" Will Keep the IPhone 5 Ahead

AT&T vs. Verizon: Why Faster 4G Is a Lie

The announcement came just as AT&T unveiled a nationwide series of advertising about its new unlimited messaging service for those with mobile-to-any-mobile calling plans. These plans allows

X-Ray Phones Can

**EDITORIALS & OPINION**

**In Brief: How Apple and Google Keep Silicon Valley Salaries Down**

BY SANDY FITZGERALD

Rival tech companies are facing an antitrust lawsuit, accusing them of a secret pact to stop poaching each others' employees and keep wages down.



▸ The Score: IPhone 5 vs. Galaxy S3: Who Will Win?
▸ Media-Minded: Why Sport Fans Are Slaves to Pay TV

**MOST POPULAR**

 You need to be logged into Facebook to see your friends' recent activity.

 **Chinese Girl Offers Virginity for IPhone 4**
196 people recommend this.

 **Text Messaging May Die Out in 3 to 5**

Spot Cancer... and Your Bra

customers to place unlimited calls to any mobile phone numbers -- AT&T or not -- if they sign on for either family or individual unlimited plans, the costs of which are added to their monthly phone bills.

The focus on unlimited plans may attract some customers for a while when bundled with other services and keep money coming in for texting, but many smartphone users are moving away from sending traditional SMS text messages and using their free online texting services and instant messaging apps like BBM or Facebook Messenger instead.

But AT&T stands to lose a great deal of money if people stop sending traditional text messages. Providing texting services actually costs cell phone companies very little -- only about 35 cents is spent for every dollar earned -- but carriers earn an estimated $25 billion a year from texting.

According to The Next Web, the smartphone, 3G networks and new apps could make SMS obsolete in three to five years. Also, more smartphone owners are using services such as Twitter and Facebook to exchange messages for free.

And as new generations of smartphone users become more used to the immediacy of instant messages -- and come to enjoy sending them for the cost of a $1 app -- cellular phone carriers may well lose a huge revenue stream that it can't attract back even with low-priced plans.

  Confirm     Tweet 12    +1  1

POSTED IN    AT&T (528) | Companies (103) | Mobile (261) | Texting (1)

**COMMENTS**


Post to Facebook

 **Byron Strawn** · SCCC

Another false advertising by At@T unlimited plans WAJ, (what a Joke) I'm glad I switch to sprint the network that has an unlimited plan for everything. LOL Thought I'd put that in there.

Reply · Like    · August 19, 2011 at 10:27am



ADVERTISEMENT

---

 Years
28 people recommend this.

 How Breasts Led to the Arrest of a Hacker
73 people recommend this.

 Missouri Police Wants Cell Data to Locate Missing People
25 people recommend this.

 IPhone 5 Expected in October with Major Changes
23 people recommend this.

 How "Liquidmetal" Will Keep the IPhone 5 Ahead
26 people recommend this.

**TOP STORIES**
- Featured News
- Cover Story News

**EDITORIALS & OPINION**
- In Brief
- Is This Thing On?
- News Under the Sun
- The Score

**COMPANIES NEWS**
- Apple News
- AT&T News
- Google News
- HP News
- HTC News
- LG News
- Microsoft News
- Motorola News
- Nokia News
- RIM News
- Samsung News
- Sony Ericsson News
- Sprint News
- T-Mobile News
- Verizon News

**GADGETS & GEAR NEWS**
- Innovations & Inventions News
- Luxury News
- New Releases

**LIFESTYLE NEWS**
- Arts & Entertainment News
- Health & Safety News
- Off-Beat News

**BUSINESS NEWS**
- Finance News
- Mergers & Acquisitions News
- Politics News
- Strategies & Solutions News

**MOBILE NEWS**
- Apps & Games News
- Mobile Payments News

**RELATED NEWS**


### $200,000 Cell Phone Bill? FCC Says Not So Fast
Nearly 30 million Americans, or one in six mobile users, experienced "bill shock," a sudden and unexpected jump in monthly cellular bills, and the Federal Communications Commission is battling to combat the problem.


### AT&T vs. Verizon: Why Faster 4G Is a Lie
AT&T and Verizon are battling it out for claim to the fastest 4G service, and consumers are left scratching their heads. Which one is faster? The answer is, it doesn't matter.


### Playing Politics: Who's Spending in Silicon Valley
The technology industry has emerged as one of the top lobbying interests on Capitol Hill, with players like AT&T and Verizon spending big bucks to make their voices heard.


### Playing Politics: Why Carriers Pony Up Millions
When it's time for U.S. voters to elect new representatives, the mobile phone industry is willing to spend millions to lock in candidates who will represent their best interests.


### Stop, Thief! Feds Make Stolen Phones Worthless
The Federal Communications Commission intends to crack down on the cell phone black market, working with carriers to create a proposed database to help disable lost or stolen phones.

**SOCIAL MEDIA NEWS**
- Facebook News
- Twitter News

**LEGAL NEWS**
- Patents News
- Policy News
- Regulation News

**PROBLEMS & ISSUES NEWS**
- Crime & Punishment News
- Hacking News
- Viruses & Malware News

**RELATED PHONES**

|  |  |  |  |
|---|---|---|---|
| Samsung Rugby Smart | Samsung Galaxy Note | AT&T Impulse 4G | HTC One X |
| AT&T | AT&T | AT&T | AT&T |

AT&T Phones

**Trending**: Reports | Android | DoJ | China | Galaxy         Got a Tip for Us? | Follow Us: 



| APPLE HUB | GOOGLE HUB | FACEBOOK HUB | OFF-BEAT HUB |
|---|---|---|---|
|  |  |  |  |
| How "Liquidmetal" Will | One Android Phone to | Zuckerberg: A Lone | Think Distracted |



**Keep the IPhone 5 Ahead**

**Rule Them All**

**Wolf on the Instagram Hunt**

**Driving Is Dangerous? Try Distracted Flying...**

About Us | Contact Us | Jobs | Advertise | Feeds | Site Index

©2002-2012 Mobiledia Corp. All Rights Reserved. Terms of Use | Privacy Policy