# EXHIBIT JJ

TheStreet Network:   TheStreet   |   StockPickr   |   BankingMyWay   |   RealMoney



HOME | SMART SPENDING | MONEY / INVESTING | FAMILY | CAREER | RETIREMENT | REAL ESTATE | SMALL BUSINESS | LIFESTYLE

Search Mainstreet.com    Quote Search

Subscribe to our FREE Newsletter
Enter email address    GO

Budgeting | Bargains/Deals | Technology | Autos

Hot Topics | Wheels | Unemployment | Taxes | Politics | Managing Debt | Careers | More Topics »

Posted September 26, 2011   EMAIL  PRINT  SHARE

### Apple's iPhone Hooks Users
By James Rogers

Enter email address    GO



StumbleUpon    Reddit    0

CUPERTINO, Calif. (TheStreet) -- Apple's (Stock Quote: AAPL) iPhone continues to enjoy a phenomenally high retention rate amongst consumers, according to research from UBS, a stark contrast to the waning popularity of rival Research in Motion (Stock Quote: RIMM).

UBS surveyed 515 consumers for smartphone "stickiness", finding that Apple enjoys a retention rate of 89%, way ahead of its rivals. The research suggests that users are reluctant to shift to a rival platform such as Android, Blackberry, or Microsoft's (Stock Quote: MSFT) Windows Phone.

iPhone users accounted for some 45% of the respondents to the survey.

"When we look at all consumers who are considering changing handset Original Equipment Manufacturer (OEM) provider, Apple remains a significant net beneficiary -- alongside Apple, only Samsung and HTC also appear as net beneficiaries (more users won than users lost)," explained UBS analyst Gareth Jenkins, in a note. "RIMM and Nokia are the largest losers."

RIMM, according to UBS, saw the largest decrease in retention rates over the last 18 months, dropping from 62% to 33%.

Apple far outstripped its nearest OEM competitor HTC, which has a retention rate of 39%. Samsung was at 28% and Motorola at 25%. Crucially, UBS found that some 31% of Android users are likely to move to Apple for their next handset.

The survey results will be music to the ears of new Apple CEO Tim Cook as he prepares to launch the company's eagerly-anticipated iPhone 5. Earlier this week, The Wall Street Journal's blog, All Things D, reported that the iPhone 5 unveiling is set for Oct. 4.

Shares of Apple, which have repeatedly hit new highs this week, were up $3.55, or 0.88%, to $405.37 on Friday.

**RELATED ARTICLES**

- 3 Things You Should Know About Apple's Mobile Wallet
- The Biggest Complaints About the New iPad (So Far)
- Mobile Banking Shifting Into High Gear, Says Fed
- 8 Great Apps for Tax Season
- PayPal Plans Mobile Payment Device

StumbleUpon    Reddit    0

Read More:   Cell Phones, Cool Stuff, Gadgets

Add Comment

**More from Mainstreet**

- 10 Used Cars to Check Out Before Buying New
- 10 Things You Should Have Bought In 2011
- How to Shop for Air Conditioning

**More From Around the Web**

- Some New Cars Now Cheaper Than Used Cars (Edmunds.com)
- 3 additives your car doesn't need (Bank Rate.com)
- New iPad 3 Wi-Fi problems surface

**Great Finds**



4 of 9    Search

**Sponsored Links**

- 15 Highest-Paid Charity CEOs
- 10 'American' Products That Aren't American

(uSwitch.com)
- 10 Cars That Refuse to Die (Kiplinger)
- Camera Captures 130 MPH Crash (AOL Autos)

[?]

**Aarp Cell Phone Plans** www.ConsumerCellular.com
Simple, low cost plans to fit your Needs. $10/ & Up. Sign Up Now!

**10 Stocks to Hold Forever** www.StreetAuthority.com
Buy them, forget about them, and never sell them.

**All New HTC One X** www.htc.com/htconex
Faster Applications, Longer Battery Life, Bet Graphics. Learn More.

**Todays Top 3 Penny Stocks** theStockMarketWatc
What are today's top 3 hot stocks? Top 3 pe

blog comments powered by **DISQUS**

**Add New Comment**                                    Login



Type your comment here.

Real-time updating is **enabled**. (Pause)

**Showing 0 comments**                              Sort by popular now

M Subscribe by email    S RSS

| Today's Mortgage Rates |
| (for a 30 Years Fixed, $250k loan amount) |

| Institution | APR | Points | Est. Payment | Contact |
|---|---|---|---|---|
| loanDepot | 3.875% | 0.000% | $1175.59 | Visit Website |
| Quicken Loans | 4.454% | 0.000% | $1248.21 | Visit Website |
| AmeriSave | 4.192% | 0.000% | $1211.62 | Visit Website |

Data provided by Informa Research Services, Inc. See product criteria

**10 Best Credit Cards** CompareCards.com/Excellent_Credit
Compare Credit Cards with 0% APR. Lock-in 0% APR for 18 Months Today!

**Top 10 Phones** www.CellPlus.com/Top-Phones
Want One Of The Most Popular Phones Available? See The List Now.

**Free Penny Stock Lists** www.lovepennystocks.com
Longterm Multi-Baggers Get Ready for a Huge upside

**2012's Top Penny Stocks** GoalBuilder.com/investing
See Today's Top Penny Stock Picks & Get Investment Advice From Pros!

AdChoices

MOST VIEWED    MOST COMMENTED

10 Things You Should Always Buy Used

10 Ways to Save on Everyday Purchases

10 Things You Should Never Put on Your Credit Card

8 Classic Books That Still Aren't e-Books

5 Products You Shouldn't Buy Online



The Street

Contact us | Terms of Use | Privacy Policy | Advertise With Us | Sitemap | Masthead | Archive | Newsletter

New Stories    Random Posts    Most Popular    Share    0    MainStreet Fan Page    Follow Us    Hot Story!