# EXHIBIT QQ
# FILED UNDER SEAL