# EXHIBIT UU
# FILED UNDER SEAL