# EXHIBIT VV

RESIDENTIAL    BUSINESS    WIRELESS

Pasadena, CA    Español    Store Locator    Contact Us    About Us    Sign In / Register    Cart



| Devices | Plans | Features | Accessories | Review Cart |

# Galaxy Nexus by Samsung

Read Reviews (1331)  |  Write a Review  |  Smartphones

Chat with a Sales Associate — Chat Now    Call

Like

You like **Galaxy Nexus by Samsung**. · Admin Page · Insights · **Error**

+1  42

### Demos and Video

View a Video

Simulator

Learn About Messaging

Network

### Key Features

Android 4.0, Ice Cream Sandwich
4.65" HD Super AMOLED Contoured Display
Dual-Core 1.2GHz Processor & 1GB Ram
Verizon 4G LTE Network
HTML Web Browser
Camera 5.0 Megapixel
1.3MP front-facing Camera

### Pricing For    2-Year Contract

Full Retail Price    $649.99
**PRICE** with 2-Year contract    **$299.99**

Free Shipping

4G plan pricing on this device
This device requires a data package

1    Add to Cart

Data pack required
Early Termination Fee $350 (2yr contracts)

Add to Wish List

Feedback

Full Screen  |  Size  |  Product Views  |  Product Video

| DETAILS | APPS & MEDIA | ACCESSORIES | CUSTOMER REVIEWS (1331) |

Android just became a little more human. Introducing the first smartphone built for Android 4.0 and optimized for Google+. With advanced new features that will revolutionize your digital life. Galaxy Nexus by Samsung. Share smarter. Share faster. Share more.

What else makes an Android more human? Speed.

In real life, things happen in real time. With the speed and power of Verizon 4G LTE, now your virtual world is just as instant as your physical world. Galaxy Nexus by Samsung. Share smarter. Share faster. Share more.

**Sharing, Solved with Circles.**
Treat your digital life more like your real life. With Google+ Circles, you can organize your contacts into circles, so you can share with them separately, so they only see what you want them to.

**Sharing has gone sci-fi.**

**People Bought**



DROID RAZR MAXX by Motorola

HTC Rezound™



Introducing the first smartphone with Android Beam™. Get within an inch and you can share information from your phone just by beaming it. Swap contact info, share videos, play games, and more. It's hand–to–hand sharing easier than a handshake.

**Virtually Hang, Face to Face.**
Virtually hang, face to face. Now the circles you run in can run into each other online. With Google+ Hangouts, you can get together over video with up to nine of your friends at once.

**Share More Colorful Stories.**
The human eye can see 1 million colors. It's about time your smartphone kept up. With a 4.65" HD Super AMOLED™ screen, you'll be able to see more than you ever have before. And its sleek, contoured design will feel like it was made for the palm of your hand. Because it was.

LTE is a trademark of ETSI


Apple iPhone 4 - 8 GB in White
★★★★½

## Camera 

- Camera: 5.0MP rear facing camera w/AF and LED Flash, 1.3 MP front facing camera
- Camcorder: 1080p HD video capture (rear camera), 720p HD video capture (front facing cam)

## Video 

- Video: HD video, 720p HD on–device viewing
- VIDEO: H.263, H.264, MPEG4, VC–1

## Music 

- Create and Manage Playlists
- Audio Formats Supported: WAV, MP3, AAC, AAC+, eAAC+, MIDI, AMR–NB, AMR–WB
- Headset: 3.5mm Audio Jack

## Bluetooth 

- BLUETOOTH 3.0
- Bluetooth® Profiles Supported: Headset, Handsfree, Serial Port, Stereo, Phonebook Access, Object Push (vCard & vCalendar only) Profiles, Audio/Visual Remote Control, Generic Audio/Video Distribution, Audio/Visual Distribution, Audio/Visual Control Transport Protocol Profile, Human Interface Device Profile, Personal Area Network Profile

## Web 

- Integrated Google Mobile Services , Microsoft Outlook Exchange contacts & calendar
- Mobile Hotspot Capable (Supports 10 device s on 4G and 10 on 3G)
- Google+ Integration
- Video Chat/Conference Capable
- Backup Assistant Capable
- My Verizon
- Wi–Fi Capable (802.11 a/b/g/n)
- Google Books, Google Earth, Gmail, Google+, Google Latitude, Google Maps, Android Market, Google+ Messenger, Google Music, Google Navigation, Google Places, Google Search, Google Talk, Google Videos, YouTube
- Over 300,000 apps & widgets available on Android Market
- Device Software Update – upgrade firmware over the air

## Communication 

- Text, Picture & Video Messaging with threaded messaging feature
- Speech to Text Feature
- Movie Studio
- Face Unlock
- Android Beam
- Tools: Calculator, Alarm Clock, Calendar, & Voice Commands
- Multiple Language Support including English, Spanish, French
- Accelerometer
- Compass
- Proximity sensor
- GPS/E911
- TTY Compatible
- Hearing Aid Compatibility = M4

## Specifications 

Network
- LTE, CDMA/PCS/1xEVDO Rev. A (800/1900 MHz)

Dimensions
- Dimensions: 5.33" x 2.67" x .37"
- Weight: 5.1 oz.

Operating System
- Android 4.0, Ice Cream Sandwich Platform
- User Interface – Android 4.0, Ice Cream Sandwich

Display
- 4.65" 1280x720 16M HD Super AMOLED™ display

Keyboard
- Virtual QWERTY Keyboard

Battery
- Standard Battery – 1850 mAh
- SAR: Head: .63 W/kg ; Body .88 W/kg , Product Specific Use: 1.01 W/kg, Simultaneous Transmission: 1.39 W/kg
- Standard Battery: Usage time – up to 12 hours; Standby time – up to 150 hrs hours

Memory / Processor
- Dual core 1.2GHz processor & 1GB RAM
- 32GB internal memory (actual formatted capacity is less)
- Phonebook capacity dependent upon available memory

---

### Certified Pre-Owned Devices



Same great phones, better prices! All certified pre-owned devices pass a 100+ point quality checklist.

### Free 2-Day Shipping



Orders placed by 4:30pm local time Monday - Friday excluding holidays will deliver in two (2) business days.

**Details**

### Up to 30% off Accessories



Buy 3 and save up to 20%, or buy 5 and save up to 30%.

| Details | Learn More |
|---|---|

| Verizon Wireless | Phones & Devices | Brands / OS | Plans, Deals & More | Service & Support | Verizon Offerings |
|---|---|---|---|---|---|
| Explore Verizon | Cell Phones | Apple | Cell Phone Plans | Verizon Wireless Community | Business |
| Shop | Smartphones | BlackBerry | Deals & Special Offers | Verizon Wireless Coverage Map | Small Business Center |
| My Verizon | Tablets | Droid | Free Phones | 4G LTE | Affiliate Program |
| Support | Mobile Hotspots | DroidDoes | Certified Pre-Owned | Best Network | Open Development |
| | USB Modems | HTC | PrePaid | View Mobile Site | Lifeline/Link-Up |
| | Home Phone Connect | iPad | Trade-in Program | | |
| | Accessories | iPhone | Entertainment & Apps | | |
| | Innovation Store | LG | | | |
| | | Motorola | | | |
| | | Samsung | | | |

© 2012 Verizon Wireless                                        Connect with us 

Site Map | About Us | Careers | Corporate Responsibility | HopeLine | Verizon Innovation Program | Radio Frequency Emissions | Avoid Potential Hearing Loss

Drive Responsibly | Privacy | Legal Notices | Customer Agreement | Brochures | Customer Guarantee | CTIA Consumer Information | Website Use | Return Policy | Accessibility

My Verizon Terms & Conditions | Electronic Device Recycling

