# EXHIBIT WW



| Personal | Business | | Discover Sprint | Find a store | Shopping Cart | |
|---|---|---|---|---|---|---|

| My Sprint | Shop | Digital Lounge | Community | Support | Sign in/Register |
|---|---|---|---|---|---|

Order by phone 1-866-866-7509

Get my saved cart

See all devices › Galaxy Nexus (Pre-order)

**You're shopping for a new device and plan**    91104

**I already have Sprint and want to..**

[Upgrade my device]   [Add a device]

**1. Devices** › 2. Plans › 3. Services › 4. Accessories

**1.** To continue, click the **Add to cart** button to add Galaxy Nexus (Pre-order) or check out our other devices.

**Highlights** | Key features | Gallery & videos | Support



Color: Gray
360 view | Gallery

**Specs**

**Operating system**
Android 4.0

**Battery information**
1850 mAh Lithium Ion Battery

**Talk time**
7.5 hours

**Dimensions**
5.3" x 2.7" x .37"

**Display**
4.65-inch WVGA HD (1280X720)Touch Screen

**Weight**
5.1 oz

 Sorry, we're out of stock.

**PRE-ORDER CLOSED - CHECK BACK 4/22**

**Pre-order sold out!** Our Galaxy Nexus pre-order inventory has been spoken for. Check back on April 22 for the national launch.

**Who will love it:** Android™ aficionados craving Ice Cream Sandwich and ultra-fast performance. Zip around the web, download movies in a flash and multitask like a madman with 4G LTE speeds and dual-core processor.

**Why it rocks:** Expansive and brilliant HD display makes for epic gaming or video viewing. Capture the entire scene with single-motion panoramic camera or pay on-the-go with Google Wallet™.

**Work smarter:** With massive amounts of storage and optional Mobile Hotspot capability supporting Wi-Fi for ten devices, you can power serious productivity from virtually anywhere.

**Special offer:** Purchase and activate a Galaxy Nexus by 5/22, activate Google Wallet within 7 days, and get $50 in Google Wallet credits. Learn more.

→ Important plan and coverage info

[Learn more about Galaxy Nexus]

**Key features**

      

   

**Galaxy Nexus (Pre-order)**

Color: Gray
Regular price  $549.99

2-yr Agreement Instant Savings   - $350.00

Your price:  $199.99

[Add to cart]  [See all devices]

Pre-order sold out! Our Galaxy Nexus pre-order inventory has been spoken for. Check back on April 22 for the national launch.

For a limited time, we're waiving the $36 activation fee - only for customers who order a new line of service online.

**You might also like...**
If you like this device, these devices offer similar features.

Samsung Galaxy S™ ll, Epic™ 4G Touch
$199.99

**Processor**
1.2 GHz dual core

**Memory**
32GB internal memory(ROM)/1GB(RAM)

**Bluetooth profiles**
A2DP, SBC, AVRCP, GAVDP, HFP 1.5, PBAP, HSP, HID, GOEP, SDAP/SDP, OPP, SPP, PAN, Stereo Streaming

**What's in the box**
- 1850 mAh Lithium Ion Battery
- AC Charger/USB cable combo
- 3.5mm stereo headset

Share



Coverage for this device

 You are seeing 3G coverage below. Sprint 4G LTE will be arriving soon in select cities. Learn more.



Pasadena, CA  91104
See coverage