# EXHIBIT XX
# FILED UNDER SEAL