# EXHIBIT YY
# FILED UNDER SEAL