# EXHIBIT ZZ
# FILED UNDER SEAL