# EXHIBIT AAA
# FILED UNDER SEAL