# EXHIBIT BBB
# FILED UNDER SEAL