# EXHIBIT EEE
# FILED UNDER SEAL