# EXHIBIT FFF
# FILED UNDER SEAL