# EXHIBIT GGG
# FILED UNDER SEAL