# EXHIBIT HHH
# FILED UNDER SEAL