# EXHIBIT III
# FILED UNDER SEAL