# EXHIBIT KKK

# PiperJaffray

Company Note
November 21, 2011

**Gene Munster, Sr Research Analyst**
612 303-6452, gene.a.munster@pjc.com
Piper Jaffray & Co.

**Douglas J. Clinton, Research Analyst**
212 284-9488, douglas.j.clinton@pjc.com
Piper Jaffray & Co.

**Matthew E. Lebo, Research Analyst**
212 284-5042, matthew.e.lebo@pjc.com
Piper Jaffray & Co.

**Reason for Report:**
Company Update

| Changes | Previous | Current |
|---|---|---|
| Rating | -- | Overweight |
| Price Tgt | -- | $720.00 |
| FY12E Rev (mil) | -- | $36,155.5 |
| FY13E Rev (mil) | -- | $42,752.9 |
| FY12E EPS | -- | $45.05 |
| FY13E EPS | -- | $52.81 |
| Price | | $594.88 |
| 52 Week High | | $642.96 |
| 52 Week Low | | $473.02 |
| 12-Month Price Target | | $720.00 |
| *17x FY12E PF EPS of $44.13* | | |
| Shares Out (mil) | | 327.4 |
| Market Cap. (mil) | | $194,763.7 |
| Avg Daily Vol (000) | | 3,315 |
| Book Value/Share | | $167.45 |
| Net Cash Per Share | | $117.15 |
| Yield: | | 0.00% |
| Est LT EPS Growth | | 15% |
| P/E to Est LT EPS Growth | | 0.9x |
| Fiscal Year End: | | Dec |

| Rev (mil) | 2011E | 2012E | 2013E |
|---|---|---|---|
| Mar | $6,535.0A | $8,376.2E | $9,999.4E |
| Jun | $6,916.0A | $8,599.8E | $10,193.2E |
| Sep | $7,510.0E | $9,042.9E | $10,665.6E |
| Dec | $8,547.5E | $10,136.7E | $11,894.7E |
| FY | $29,510.1E | $36,155.5E | $42,752.9E |
| CY | $29,510.1E | $36,155.5E | $42,752.9E |
| FY RM | 6.6x | 5.4x | 4.6x |
| CY RM | 6.6x | 5.4x | 4.6x |

| EPS | 2011E | 2012E | 2013E |
|---|---|---|---|
| Mar | $8.08A | $10.28E | $12.17E |
| Jun | $8.74A | $10.63E | $12.49E |
| Sep | $9.72E | $11.21E | $13.11E |
| Dec | $10.73E | $12.92E | $15.04E |
| FY | $37.27E | $45.05E | $52.81E |
| CY | $37.27E | $45.05E | $52.81E |
| FY P/E | 16.0x | 13.2x | 11.3x |
| CY P/E | 16.0x | 13.2x | 11.3x |

*EPS shown on a Pro Forma basis*

**Google Inc.**  (GOOG – $594.88)
**Overweight**

## A Tale Of Two App Stores: Android Market Vs. Apple's App Store

**CONCLUSION:**
The bottom line is that we believe Google's Android Market has generated ~7% of the gross revenue that Apple's App Store has since inception. In other words, it appears that Apple has roughly 85-90% market share in dollars spent on mobile applications. While Google has closed the gap in terms of app dollars spent over the past year and we continue to believe Android will grow smartphone share faster than Apple, we believe Apple is likely to maintain 70%+ share of mobile app dollars spent over the next 3-4 years. We reiterate our Overweight ratings on both AAPL and GOOG.

- **Apple's App Store Maintains Large Lead On Android Market.** Based on data from Apple's public announcements, Androlib (an Android application discovery tool), and our own assumptions, we believe the Android market has generated about 7% of the gross revenue that Apple's App Store has since inception. Despite our belief that the Android Market is likely growing faster than the App Store given its smaller base, we expect Apple to maintain 70%+ market of total dollars spent on mobile applications for the next 3-4 years based on iOS's lead in the corporate and education sectors.

- **~$330 Million Generated On Android Market, 1% Of Apps Paid.** We believe that the Android Market has generated roughly ~$330 million in gross sales since its inception through November 17. Our analysis of Androlib data suggests that roughly 1.3% of the total applications downloaded on Android Market were paid. Thus, with 6.75 billion total app downloads to date, we believe roughly 90 million of those were paid apps. As a comparison, we estimate that Apple has generated $4.9 billion in gross sales since inception through the September quarter and that 14% of total app downloads on the App Store have been paid apps. Android Market was launched in October 2008, while Apple's App Store launched in July 2008.

**Android Market Vs. Apple App Store:**

|  | As of: | Total App Downloads | Total Gross Revenue | Paid To Developers | Percentage Of Apps Paid | Average ASP |
|---|---|---|---|---|---|---|
| Android Market | 11/17/2011 | 6,750,000,000 | $341,765,335 | $239,235,734 | 1.3% | $3.79 |
| App Store | 9/30/2011 | 18,566,331,811 | $4,939,611,127 | $3,457,727,789 | 13.5% | $2.01 |

Source: Androlib, Apple, Piper Jaffray estimates

**INVESTMENT RECOMMENDATION:**
Overweight rating with $720 PT based on 16x FY12E PF EPS of $45.05.
**RISKS TO ACHIEVEMENT OF TARGET PRICE:**
Risks include competition, increasing traffic acquisition costs, loss of key partnerships, and slowing ad/search growth.
**COMPANY DESCRIPTION:**
Google is the top global online search provider, owns leading online video site YouTube, and supplies third parties with contextually relevant online ads.

*Piper Jaffray does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification, found on pages 5 - 8 of this report or at the following site: http://www.piperjaffray.com/researchdisclosures.*

**PiperJaffray**

**Android Market Assumptions (as of November 17, 2011)**

| Times Downloaded | Assumed Category Download Average | Number Of Apps In Category | Total Category App Downloads | Revenue ($3.79 ASP) |
|---|---|---|---|---|
| Paid Apps: | | | | |
| <50 | 10 | 137,885 | 1,378,850.0 | $5,225,842 |
| 50-100 | 75 | 11,722 | 879,150.0 | $3,331,979 |
| 100-500 | 250 | 18,724 | 4,681,000.0 | $17,740,990 |
| 500-1000 | 750 | 3,783 | 2,837,250.0 | $10,753,178 |
| 1000-5000 | 2,850 | 3,938 | 11,223,300.0 | $42,536,307 |
| 5000-10000 | 8,000 | 747 | 5,976,000.0 | $22,649,040 |
| 10000-50000 | 26,000 | 750 | 19,500,000.0 | $73,905,000 |
| 50000-250000 | 200,000 | 151 | 30,200,000.0 | $114,458,000 |
| >250000 | 750,000 | 18 | 13,500,000.0 | $51,165,000 |
| Total | | | 90,175,550 | $341,765,335 |
| % Total | | | | 1.3% |
| Free Apps: | | | | |
| <50 | 10 | 184,723 | 1,847,230 | n/a |
| 50-100 | 75 | 14,475 | 1,085,625 | n/a |
| 100-500 | 250 | 52,915 | 13,228,750 | n/a |
| 500-1000 | 750 | 27,658 | 20,743,500 | n/a |
| 1000-5000 | 2,850 | 59,690 | 170,116,500 | n/a |
| 5000-10000 | 8,000 | 20,161 | 161,288,000 | n/a |
| 10000-50000 | 26,000 | 29,323 | 762,398,000 | n/a |
| 50000-250000 | 200,000 | 10,903 | 2,180,600,000 | n/a |
| >250000 | 750,000 | 4,467 | 3,350,250,000 | n/a |
| Total | | | 6,661,557,605 | |
| % Total | | | | 98.7% |

Source: Androlib, Piper Jaffray

**Android Users Pay More For A Single App, But Download Fewer.** Android Market leads the App Store in terms of app ASP. The top 50 Android apps had an ASP of $3.79 compared to an ASP of $2.01 for the App Store. We note that our App Store ASP assumes an 80/20 split in paid app downloads between iPhone/iPad. Google announced on November 16 that it had activated 200 million total Android devices, suggesting an average of ~34 apps per Android device have been downloaded to date compared to Apple at ~71 assuming 262 million iOS devices shipped as of the September quarter.

**Apple App Store Model**

| Quarter | iPhone Units (M) | iPod touch Units (M) | iPad Units (M) | App Store Dwnlds (M) | Downloads to date | Seq Gwth | Free App Downloads | Paid App Downloads | Paid App ASP | App Store Revs (M) |
|---|---|---|---|---|---|---|---|---|---|---|
| Mar-07 | -- | -- | -- | -- | | -- | -- | -- | -- | -- |
| Jun-07 | 0.3 | -- | -- | -- | | -- | -- | -- | -- | -- |
| Sep-07 | 1.1 | 1.1 | -- | -- | | -- | -- | -- | -- | -- |
| Dec-07 | 2.3 | 3.5 | -- | -- | | -- | -- | -- | -- | -- |
| Mar-08 | 1.7 | 2.0 | -- | -- | | -- | -- | -- | -- | -- |
| Jun-08 | 0.7 | 2.0 | -- | -- | | -- | -- | -- | -- | -- |
| Sep-08 | 6.9 | 2.2 | -- | 126.0 | 126.0 | -- | 109.0 | 17.0 | $2.40 | $40.8 |
| Dec-08 | 4.4 | 3.9 | -- | 315.0 | 441.0 | 150% | 272.5 | 42.5 | $2.20 | $93.6 |
| Mar-09 | 3.8 | 3.1 | -- | 454.5 | 895.5 | 44% | 393.1 | 61.4 | $2.20 | $135.0 |
| Jun-09 | 5.2 | 4.6 | -- | 636.3 | 1,531.8 | 40% | 550.4 | 85.9 | $1.95 | $167.5 |
| Sep-09 | 7.4 | 4.3 | -- | 706.3 | 2,238.1 | 11% | 610.9 | 95.3 | $1.89 | $180.2 |
| Dec-09 | 8.7 | 7.9 | -- | 847.6 | 3,085.6 | 20% | 733.1 | 114.4 | $1.90 | $217.4 |
| Mar-10 | 8.8 | 5.1 | -- | 1,000.1 | 4,085.8 | 18% | 865.1 | 135.0 | $1.90 | $256.5 |
| Jun-10 | 8.4 | 6.8 | 3.3 | 1,170.1 | 5,255.9 | 17% | 1012.2 | 158.0 | $1.91 | $301.7 |
| Sep-10 | 14.1 | 6.7 | 4.2 | 1,462.7 | 6,718.5 | 25% | 1265.2 | 197.5 | $1.93 | $381.1 |
| Dec-10 | 16.2 | 10.0 | 7.3 | 1,784.4 | 8,503.0 | 22% | 1543.5 | 240.9 | $1.94 | $467.3 |
| Mar-11 | 18.6 | 5.2 | 4.7 | 2,444.7 | 10,947.7 | 37% | 2114.7 | 330.0 | $1.96 | $646.9 |
| Jun-11 | 20.3 | 4.0 | 9.2 | 3,887.1 | 14,834.8 | 59% | 3362.3 | 524.8 | $1.98 | $1,039.0 |
| Sep-11 | 17.1 | 3.7 | 11.1 | 3,731.6 | 18,566.3 | -4% | 3227.8 | 503.8 | $2.01 | $1,012.6 |
| Dec-11 | 26.0 | 9.0 | 13.5 | 4,291.3 | 22,857.6 | 15% | 3712.0 | 579.3 | $2.11 | $1,222.4 |
| Mar-12 | 24.7 | 4.5 | 9.0 | 4,827.7 | 27,685.4 | 13% | 4176.0 | 651.7 | $2.13 | $1,388.9 |
| Jun-12 | 26.3 | 3.9 | 11.8 | 5,334.6 | 33,020.0 | 11% | 4614.5 | 720.2 | $2.15 | $1,550.1 |
| Sep-12 | 27.7 | 3.6 | 14.2 | 5,788.1 | 38,808.1 | 9% | 5006.7 | 781.4 | $2.17 | $1,698.7 |
| Dec-12 | 33.8 | 8.9 | 17.2 | 6,164.3 | 44,972.4 | 7% | 5332.1 | 832.2 | $2.20 | $1,827.2 |
| Dec-12 | 31.8 | 4.5 | 11.6 | 6,441.7 | 51,414.1 | 5% | 5572.1 | 869.6 | $2.22 | $1,928.5 |
| Mar-13 | 33.6 | 3.9 | 15.2 | 6,602.8 | 58,016.9 | 3% | 5711.4 | 891.4 | $2.24 | $1,996.5 |
| Jun-13 | 35.7 | 3.6 | 17.9 | 6,635.8 | 64,652.7 | 1% | 5739.9 | 895.8 | $2.26 | $2,026.5 |
| Dec-13 | 41.0 | 8.8 | 21.3 | 6,536.2 | 71,188.9 | -2% | 5653.8 | 882.4 | $2.28 | $2,016.1 |
| | | | | | | | | | | |
| CY07 | 3.7 | 4.6 | -- | -- | -- | -- | -- | -- | -- | -- |
| CY08 | 13.7 | 10.1 | -- | 441.0 | 441.0 | -- | 381.47 | 59.54 | 2.30 | $134.4 |
| CY09 | 25.1 | 19.9 | -- | 2,644.6 | 3,085.6 | 500% | 2287.62 | 357.03 | 1.99 | $700.1 |
| CY10 | 47.5 | 28.6 | 14.8 | 5,417.4 | 8,503.0 | 105% | 4686.01 | 731.34 | 1.92 | $1,406.4 |
| CY11 | 82.1 | 22.0 | 38.6 | 14,354.7 | 22,857.6 | 165% | 12416.78 | 1937.88 | 2.02 | $3,920.8 |
| CY12 | 112.5 | 20.9 | 52.2 | 22,114.8 | 44,972.4 | 54% | 19129.28 | 2985.50 | 2.16 | $6,464.9 |
| CY13 | 142.1 | 20.8 | 66.0 | 26,216.5 | 71,188.9 | 19% | 22677.23 | 3539.22 | 2.25 | $7,967.7 |

Note: Estimates in italics, "active" device is any sold within the last two years
Sources: Piper Jaffray, Apple Company Data

Source: Apple, Piper Jaffray

**Our Summer WWDC Survey Confirms iOS Preference Among Developers.** This past summer, we surveyed 45 iOS developers at WWDC. 47% of our respondents also developed for Android. More importantly, all 45 respondents indicated that iOS is the easiest platform for development and best for monetizing an app, which is apparent through our analysis of both stores. In terms of highest potential for future growth, 51% indicated iOS followed closely by Android at 40%, WindowsPhone 7 at 9%, and BlackBerry, WebOS and Symbian at 0%. Note that of all the developers that work on Android, two-thirds believe Android has the highest potential for growth.

**Education Survey Gives Us Confidence In Apple's Ability To Maintain High App Dollar Share.** We recently surveyed 25 educational technology directors at a conference on the integration of technology in the classroom. Our respondents were all employed by school districts and make education buying decisions for schools or school districts (K-12). While our sample is small, so is the population of IT decision makers in the education field. Our survey found that 100% of respondents are testing or deploying iPads in their schools; no respondents indicated that they are testing or deploying Android tablets. While this may be expected due to limited availability of Android tablets early in the tablet cycle, we also see it as evidence of Apple's first mover advantage. We also see a trend in education (which is mirrored in the enterprise) that familiarity with Apple devices among students (or employees) is causing a demand pull within institutions to also provide Apple devices. These results lead us to believe that Apple will participate significantly in both the education and corporate mobile app economies, enabling the company to maintain 70%+ market share in dollars spent on mobile applications.

**Apple, Inc. (AAPL, $374.94)** is rated Overweight. Our 12-month price target on the shares is $607 based on 15.4x CY13E EPS of $39.31. Risks to the price target include trends in end-markets, changes in component pricing, and competitive pressures on product pricing.

## Google
**Income Statement**
FYE: Dec.
($ in mil, except per share)

| | 2008 | 2009 | FYE 2010 Q1 | Q2 | Q3 | Q4 | 2010 | FYE 2011 Q1 | Q2 | Q3 | Q4E | 2011E | FYE 2012 Q1E | Q2E | Q3E | Q4E | 2012E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Google Web Sites | 14,413.8 | 15,723.2 | 4,439.0 | 4,499.0 | 4,833.0 | 5,672.0 | 19,441.4 | 5,879.0 | 6,232.0 | 6,740.0 | 7,697.5 | 26,550.3 | 7,489.5 | 7,689.5 | 8,103.3 | 9,163.7 | 32,446.0 |
| Network Sites | 6,714.3 | 7,165.5 | 2,036.0 | 2,063.0 | 2,199.0 | 2,495.0 | 8,793.8 | 2,427.0 | 2,484.0 | 2,595.0 | 2,879.4 | 10,385.2 | 2,911.2 | 2,969.7 | 3,086.1 | 3,336.7 | 12,303.7 |
| Total Advertising | 21,128.2 | 22,888.7 | 6,475.0 | 6,562.0 | 7,032.0 | 8,167.0 | 28,235.2 | 8,306.0 | 8,716.0 | 9,335.0 | 10,576.9 | 36,935.5 | 10,400.7 | 10,659.2 | 11,189.4 | 12,500.5 | 44,749.8 |
| Licensing and Other | 667.0 | 761.8 | 300.0 | 258.0 | 254.0 | 273.0 | 1,085.0 | 269.0 | 310.0 | 385.0 | 411.5 | 1,375.5 | 411.5 | 436.2 | 453.7 | 480.9 | 1,782.3 |
| **Gross Revenues** | **$21,795.2** | **$23,650.5** | **$6,775.0** | **$6,820.0** | **$7,286.0** | **$8,440.0** | **$29,320.2** | **$8,575.0** | **$9,026.0** | **$9,720.0** | **$10,988.4** | **$38,311.0** | **$10,812.2** | **$11,095.4** | **$11,643.1** | **$12,981.3** | **$46,532.0** |
| Less:TAC | (5,940.0) | (6,170.0) | (1,710.0) | (1,730.0) | (1,810.0) | (2,070.0) | (7,320.0) | (2,040.0) | (2,110.0) | (2,210.0) | (2,440.9) | (8,800.9) | (2,436.0) | (2,495.6) | (2,600.2) | (2,844.7) | (10,376.5) |
| **Net Revenues** | **$15,855.2** | **$17,480.5** | **$5,065.0** | **$5,090.0** | **$5,476.0** | **$6,370.0** | **$22,000.2** | **$6,535.0** | **$6,916.0** | **$7,510.0** | **$8,547.5** | **$29,510.1** | **$8,376.2** | **$8,599.8** | **$9,042.9** | **$10,136.7** | **$36,155.5** |
| Cost of Sales | 2,640.2 | 2,627.1 | 736.0 | 729.0 | 734.0 | 831.0 | 3,030.0 | 847.0 | 1,011.0 | 1,096.0 | 1,153.9 | 4,107.9 | 1,130.8 | 1,118.0 | 1,148.4 | 1,256.9 | 4,654.2 |
| **Gross Profit** | **13,215.0** | **14,853.4** | **4,329.0** | **4,361.0** | **4,742.0** | **5,539.0** | **18,970.2** | **5,688.0** | **5,905.0** | **6,414.0** | **7,393.6** | **25,402.2** | **7,245.4** | **7,481.8** | **7,894.4** | **8,879.7** | **31,501.4** |
| **Operating Expenses** | | | | | | | | | | | | | | | | | |
| Research and Development | 2,060.8 | 2,117.7 | 627.0 | 696.0 | 750.0 | 827.0 | 2,900.0 | 989.0 | 987.0 | 1,093.0 | 1,196.6 | 4,265.6 | 1,214.5 | 1,247.0 | 1,311.2 | 1,419.1 | 5,191.9 |
| Sales and Mktg | 1,740.4 | 1,752.9 | 553.0 | 573.0 | 586.0 | 826.0 | 2,538.0 | 948.0 | 1,017.0 | 1,100.0 | 1,153.9 | 4,218.9 | 1,172.7 | 1,204.0 | 1,266.0 | 1,368.5 | 5,011.1 |
| G&A | 1,662.7 | 1,506.7 | 370.0 | 418.0 | 479.0 | 508.0 | 1,775.0 | 523.0 | 585.0 | 592.0 | 666.7 | 2,366.7 | 670.1 | 688.0 | 723.4 | 780.5 | 2,862.0 |
| Stock Based Comp. | 1,119.8 | 1,164.1 | 291.0 | 309.0 | 380.0 | 396.0 | 1,376.0 | 432.0 | 435.0 | 571.0 | 460.0 | 1,898.0 | 475.0 | 480.0 | 490.0 | 500.0 | 1,945.0 |
| One-Time Charges and Other | | | | | | | | | | | | | | | | | |
| **Total Op Expenses** | **6,583.4** | **6,541.3** | **1,841.0** | **1,996.0** | **2,195.0** | **2,557.0** | **8,589.0** | **2,892.0** | **3,024.0** | **3,356.0** | **3,477.3** | **12,749.3** | **3,532.3** | **3,618.9** | **3,790.7** | **4,068.1** | **15,010.0** |
| **Operating Income** | **6,631.6** | **8,312.1** | **2,488.0** | **2,365.0** | **2,547.0** | **2,982.0** | **10,381.2** | **2,796.0** | **2,881.0** | **3,058.0** | **3,916.3** | **12,652.9** | **3,713.1** | **3,862.9** | **4,103.8** | **4,811.6** | **16,491.4** |
| Contribution to Google Foundation | | | | | | | | | | | | | | | | | |
| Interest and Other | (778.4) | 69.0 | 18.0 | 69.0 | 167.0 | 160.0 | 414.0 | 96.0 | 204.0 | 302.0 | 25.0 | 627.0 | 25.0 | 25.0 | 25.0 | 25.0 | 100.0 |
| **Pre-Tax Income** | **5,853.2** | **8,381.1** | **2,506.0** | **2,434.0** | **2,714.0** | **3,142.0** | **10,795.2** | **2,892.0** | **3,085.0** | **3,360.0** | **3,941.3** | **13,279.9** | **3,738.1** | **3,887.9** | **4,128.8** | **4,836.6** | **16,591.4** |
| Taxes | 1,626.7 | 1,860.7 | 551.0 | 594.0 | 547.0 | 599.0 | 2,291.0 | 594.0 | 580.0 | 631.0 | 788.3 | 2,593.3 | 747.6 | 777.6 | 825.8 | 967.3 | 3,318.3 |
| **Net Income** | **4,226.5** | **6,520.4** | **1,955.0** | **1,840.0** | **2,167.0** | **2,543.0** | **8,504.2** | **2,298.0** | **2,505.0** | **2,729.0** | **3,153.0** | **10,686.7** | **2,990.5** | **3,110.3** | **3,303.0** | **3,869.3** | **13,273.1** |
| **PF NI (Google)** | **5,037.2** | **7,416.4** | **2,181.1** | **2,079.0** | **2,463.4** | **2,850.0** | **9,572.7** | **2,638.0** | **2,849.0** | **3,184.0** | **3,523.0** | **12,195.7** | **3,373.5** | **3,498.3** | **3,701.0** | **4,277.3** | **14,850.1** |
| **EBITDA** | **9,251.3** | **11,000.5** | **3,110.0** | **3,016.0** | **3,269.0** | **3,759.0** | **13,153.2** | **3,629.0** | **3,771.0** | **4,121.0** | **4,826.3** | **16,348.9** | **4,638.1** | **4,812.9** | **5,063.8** | **5,791.6** | **20,306.4** |
| **GAAP EPS** | **$13.31** | **$20.41** | **$6.06** | **$5.71** | **$6.72** | **$7.86** | **$26.35** | **$7.04** | **$7.68** | **$8.33** | **$9.60** | **$32.67** | **$9.12** | **$9.45** | **$10.01** | **$11.69** | **$40.28** |
| **PF EPS (ex stock comp, non-rec)** | **$19.31** | **$23.20** | **$6.76** | **$6.45** | **$7.64** | **$8.75** | **$29.60** | **$8.08** | **$8.74** | **$9.72** | **$10.73** | **$37.27** | **$10.28** | **$10.63** | **$11.21** | **$12.92** | **$45.05** |
| PF EPS (ex-stock comp, amort, non-rec) | $20.00 | $23.91 | $6.92 | $6.63 | $7.85 | $9.00 | $30.42 | $8.33 | $9.01 | $10.04 | $10.97 | $38.36 | $10.53 | $10.90 | $11.48 | $13.19 | $46.11 |
| EBITDA Per Share | $29.14 | $34.44 | $9.64 | $9.35 | $10.14 | $11.55 | $40.69 | $11.12 | $11.57 | $12.59 | $14.70 | $49.99 | $14.14 | $14.63 | $15.34 | $17.50 | $61.62 |
| Shares | 317.5 | 319.4 | 322.6 | 322.5 | 322.4 | 325.5 | 323.3 | 326.4 | 326.0 | 327.4 | 328.4 | 327.1 | 328.1 | 329.0 | 330.0 | 331.0 | 329.5 |

| | FYE 2008 2008 | FYE 2009 2009 | FYE 2010 Q1 | Q2 | Q3 | Q4 | 2010 | FYE 2011 Q1 | Q2 | Q3 | Q4E | 2011E | FYE 2012 Q1E | Q2E | Q3E | Q4E | 2012E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Growth - Y/Y** | | | | | | | | | | | | | | | | | |
| Google Web Sites | 35.7% | 9.1% | 20.2% | 23.2% | 22.2% | 28.3% | 23.6% | 32.4% | 38.5% | 39.5% | 35.7% | 36.6% | 27.4% | 23.4% | 20.2% | 19.0% | 22.2% |
| Network Sites | 16.0% | 6.7% | 24.3% | 22.5% | 22.1% | 22.1% | 22.7% | 19.2% | 20.4% | 18.0% | 15.4% | 18.1% | 19.9% | 19.6% | 18.9% | 15.9% | 18.5% |
| Total Revenue (Gross) | 31.3% | 8.5% | 23.0% | 23.5% | 22.6% | 26.5% | 24.0% | 26.6% | 32.3% | 33.4% | 30.2% | 30.7% | 26.1% | 22.9% | 19.8% | 18.1% | 21.5% |
| **Total Revenue (Net)** | **35.9%** | **10.3%** | **24.5%** | **25.0%** | **24.9%** | **28.6%** | **25.9%** | **29.0%** | **35.9%** | **37.1%** | **34.2%** | **34.1%** | **28.2%** | **24.3%** | **20.4%** | **18.6%** | **22.5%** |
| Gross Profit | 32.5% | 12.4% | 26.6% | 27.2% | 27.0% | 29.7% | 27.7% | 31.4% | 35.4% | 35.3% | 33.5% | 33.9% | 27.4% | 26.7% | 23.1% | 20.1% | 24.0% |
| **EBITDA** | **33.6%** | **18.9%** | **21.3%** | **19%** | **18.0%** | **20.4%** | **19.6%** | **16.7%** | **25%** | **26.1%** | **28.4%** | **24.3%** | **27.8%** | **28%** | **22.9%** | **20.0%** | **24.2%** |
| Operating Income | 30.3% | 25.3% | 32.1% | 26.2% | 22.8% | 20.2% | 24.9% | 12.4% | 21.8% | 20.1% | 31.3% | 21.9% | 32.8% | 34.1% | 34.2% | 22.9% | 30.3% |
| Net Income | 0.4% | 54.3% | 37.4% | 23.9% | 32.2% | 28.8% | 30.4% | 17.5% | 36.1% | 25.9% | 24.0% | 25.7% | 30.1% | 24.2% | 21.0% | 22.7% | 24.2% |
| **Growth Q/Q** | | | | | | | | | | | | | | | | | |
| Google Web Sites | 35.7% | 9.1% | 0.4% | 1.4% | 7.4% | 17.4% | 23.6% | 3.6% | 6.0% | 8.2% | 14.2% | 36.6% | -2.7% | 2.7% | 5.4% | 13.1% | 22.2% |
| Network Sites | 16.0% | 6.7% | -0.4% | 1.3% | 6.6% | 13.5% | 22.7% | -2.7% | 2.3% | 4.5% | 11.0% | 18.1% | 1.1% | 2.0% | 3.9% | 8.1% | 18.5% |
| Total Revenue (Gross) | 31.3% | 8.5% | 1.5% | 0.7% | 6.8% | 15.8% | 24.0% | 1.6% | 5.3% | 7.7% | 13.0% | 30.7% | -1.6% | 2.6% | 4.9% | 11.5% | 21.5% |
| **Total Revenue (Net)** | **35.9%** | **10.3%** | **2.2%** | **0.5%** | **7.6%** | **16.3%** | **25.9%** | **2.6%** | **5.8%** | **8.6%** | **13.8%** | **34.1%** | **-2.0%** | **2.7%** | **5.2%** | **12.1%** | **22.5%** |
| **Expenses - % of Sales** | | | | | | | | | | | | | | | | | |
| TAC - % of Network revs | 88.5% | 86.1% | 87.4% | 87.4% | 87.4% | 87.4% | 83.2% | 83.2% | 83.2% | 83.2% | 83.2% | 84.7% | 83.2% | 83.2% | 83.2% | 83.2% | 84.3% |
| COGS | 16.7% | 15.0% | 14.5% | 14.3% | 13.4% | 13.0% | 13.8% | 13.0% | 14.6% | 14.6% | 13.5% | 13.9% | 13.5% | 13.0% | 12.7% | 12.4% | 12.9% |
| R&D | 13.0% | 12.1% | 12.4% | 13.7% | 13.7% | 13.0% | 13.2% | 15.1% | 14.3% | 14.6% | 14.0% | 14.5% | 14.5% | 14.5% | 14.5% | 14.0% | 14.4% |
| S&M | 11.0% | 10.0% | 10.9% | 11.3% | 10.7% | 13.0% | 11.5% | 14.5% | 14.7% | 14.6% | 13.5% | 14.3% | 14.0% | 14.0% | 14.0% | 13.5% | 13.9% |
| G&A | 10.5% | 8.6% | 7.3% | 8.2% | 8.7% | 8.0% | 8.1% | 8.0% | 8.5% | 7.9% | 7.8% | 8.0% | 8.0% | 8.0% | 8.0% | 7.7% | 7.9% |
| Total Op. Expense | 41.5% | 37.4% | 36.3% | 39.2% | 40.1% | 40.1% | 39.0% | 44.3% | 43.7% | 44.7% | 40.7% | 43.2% | 42.2% | 42.1% | 41.9% | 40.1% | 41.5% |
| Tax Rate | 27.8% | 22.2% | 22.0% | 24.4% | 20.2% | 19.1% | 21.2% | 20.5% | 18.8% | 18.8% | 20.0% | 19.5% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| Normalized tax rate (ex stock comp) | 23.3% | 19.5% | 19.7% | 21.7% | 17.7% | 16.9% | 18.8% | 17.9% | 16.5% | 16.1% | 17.9% | 17.1% | 17.7% | 17.8% | 17.9% | 18.1% | 17.9% |
| **Margins** | | | | | | | | | | | | | | | | | |
| Gross Margin | 83.3% | 85.0% | 85.5% | 85.7% | 86.6% | 87.0% | 86.2% | 87.0% | 85.4% | 85.4% | 86.5% | 86.1% | 86.5% | 87.0% | 87.3% | 87.6% | 87.1% |
| EBITDA Margin | 58.3% | 62.9% | 61.4% | 59.3% | 59.7% | 59.0% | 59.8% | 55.5% | 54.5% | 54.9% | 56.5% | 55.4% | 55.4% | 56.0% | 56.0% | 57.1% | 56.2% |
| Operating Margin- GAAP | 41.8% | 47.6% | 49.1% | 46.5% | 46.5% | 46.8% | 47.2% | 42.8% | 41.7% | 40.7% | 45.8% | 42.9% | 44.3% | 44.9% | 45.4% | 47.5% | 45.6% |
| Net Margin | 26.7% | 37.3% | 38.6% | 36.1% | 39.6% | 39.9% | 38.7% | 35.2% | 36.2% | 36.3% | 36.9% | 36.2% | 35.7% | 36.2% | 36.5% | 38.2% | 36.7% |

For updated disclosure information on this company, please visit http://piperjaffray.com/researchdisclosures

## Important Research Disclosures





Notes: The boxes on the Rating and Price Target History chart above indicate the date of the Research Note, the rating, and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:

I: Initiating Coverage

R: Resuming Coverage

T: Transferring Coverage

D: Discontinuing Coverage

S: Suspending Coverage

OW: Overweight

N: Neutral

UW: Underweight

B: Buy (Piper Jaffray discontinued use of the B, N, and S ratings on June 30, 2009)

N: Neutral

S: Sell

AL On/AL Off: Placed on/removed from the Alpha List maintained by Piper Jaffray (AL use discontinued March 2010)

NA: Not Available

UR: Under Review

| | Distribution of Ratings/IB Services | | | |
|---|---|---|---|---|
| | **Piper Jaffray** | | | |
| | | | IB Serv./Past 12 Mos. | |
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| **BUY [OW]** | 358 | 54.60 | 62 | 17.32 |
| **HOLD [N]** | 261 | 39.80 | 23 | 8.81 |
| **SELL [UW]** | 37 | 5.60 | 0 | 0.00 |

Note: Distribution of Ratings/IB Services shows the number of companies currently in each rating category from which Piper Jaffray and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Jaffray ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

# Important Research Disclosures

### Analyst Certification — Gene Munster, Sr Research Analyst
### — Douglas J. Clinton, Research Analyst
### — Matthew E. Lebo, Research Analyst

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

### Research Disclosures

Piper Jaffray was making a market in the securities of Google Inc. at the time this research report was published. Piper Jaffray will buy and sell Google Inc. securities on a principal basis.

Piper Jaffray was making a market in the securities of Apple, Inc. at the time this research report was published. Piper Jaffray will buy and sell Apple, Inc. securities on a principal basis.

**Affiliate Disclosures:** This report has been prepared by Piper Jaffray & Co. and/or its affiliate Piper Jaffray Asia Securities Limited, both of which are subsidiaries of Piper Jaffray Companies (collectively Piper Jaffray). Piper Jaffray & Co. is regulated by FINRA, NYSE, and the United States Securities and Exchange Commission, and its headquarters is located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Jaffray Asia Securities Limited is a licensed corporation regulated by the Securities and Futures Commission of Hong Kong ("SFC"), entered on the SFC's register, no. ABO154, and is an exchange participant of The Stock Exchange of Hong Kong Limited. Its headquarters is located at Suite 1308, 13/F Two Pacific Place, 88 Queensway, Hong Kong. Disclosures in this section and in the Other Important Information section referencing Piper Jaffray include all affiliated entities unless otherwise specified.

Piper Jaffray research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

### Rating Definitions

**Stock Ratings:** Piper Jaffray ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.piperjaffray.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Jaffray sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Jaffray technical research products are based on different methodologies and may contradict the opinions contained in fundamental research reports.

- **Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.
- **Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.
- **Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

An industry outlook represents the analyst's view of the industry represented by the stocks in the analyst's coverage group. A Favorable industry outlook generally means that the analyst expects the fundamentals and/or valuations of the industry to improve over the investment time horizon. A Neutral industry outlook generally means that the analyst does not expect the fundamentals and/or valuations of the industry to either improve or deteriorate meaningfully from its current state. An Unfavorable industry outlook generally means that the analyst expects the fundamentals and/or valuations of the industry to deteriorate meaningfully over the investment time horizon.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Jaffray has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day. Piper Jaffray does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Jaffray policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.

This report is published in accordance with a conflicts management policy, which is available at http://www.piperjaffray.com/researchdisclosures.

**Notice to customers:** This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Jaffray is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Jaffray and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Jaffray representative. **Europe:** This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Jaffray Ltd. as professional clients under the rules of the Financial Services Authority. **Asia:** This report is distributed in Hong Kong by Piper Jaffray Asia Securities Limited, which is regulated by the Hong Kong SFC. This report is intended only for distribution to professional investors as defined in the Hong Kong Securities and Futures Ordinance and is for the use of intended recipients only. **United States:** This report is distributed in the United States by Piper Jaffray & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.

This report is produced for the use of Piper Jaffray customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Jaffray & Co. Additional information is available upon request.

Copyright 2011 Piper Jaffray. All rights reserved.