# EXHIBIT MMM



# PCWorld

News | Reviews | How-To's | Downloads | Shop & Compare | Apps | Business Center

Sign in | Join Us | Newsletters |

**TRENDING:** Gadgets | Phones | Tablets | Games | Laptops | Security | Networking & Wireless | Web | Desktops | Windows | MORE

## PCWorld Business Center

Discover **news**, **guides**, and **products** for your business

Software & Services | Office Hardware | Security | Servers & Storage | Cell Phones & Mobile | Operating Systems | Networking & VOIP | Virtualization

Sign in with [Facebook] [Twitter] [Yahoo] [Google] [LinkedIn] [PCW] or Create a New Account.

### Net Work

Practical IT insight from Tony Bradley » More Net Work » RSS » All Blogs

Follow us on: [Facebook] [Twitter] [Google+]

Recommend: Like Confirm | 74 | 97 | Email | 21 Comments | Print

**BUSINESS CENTER**   Nov 11, 2011 7:56 am

# Kindle Fire Creates Dilemma for Android

By **Tony Bradley, PCWorld**

The Amazon Kindle Fire is living up to its name by setting the tablet market on fire. Pre-orders of the as yet unreleased tablet have been phenomenal. The success of the Kindle Fire, however, puts Android tablets in general between a rock and a hard place.

It should be great news. The Kindle Fire is expected by some to exceed demand for the Apple iPad this holiday season, and could be the first tablet to put a dent in Apple's tablet dominance. There is finally a rival tablet that seems worthy of competing with the Apple iPad--and it is based on Android.

Despite impressive hardware specs, and grandiose claims tablets like the HP TouchPad, BlackBerry PlayBook, Motorola Xoom, and Samsung Galaxy Tab have ranged from utter failures to mediocre sales at best.

The Kindle Fire presents some problems for Android, though. For starters, it is not a pure Android tablet. The Kindle Fire is built on a proprietary Amazon tablet OS that is based on Android. It is a fork of the Android OS that is Android-ish.

As time goes on and Google continues to develop Android in one direction while Amazon continues to take the Kindle Fire down its own unique path, the two platforms will be less and less alike. At some point in the future, the main thing tying the Kindle Fire to Android may be the fact that they're both not iPads.



The Kindle Fire creates an identity crisis for Android.

The second problem facing Android comes from both the Kindle Fire and the recently-unveiled Nook tablet. With the Kindle Fire selling for $200, and the Nook tablet coming in at $250, other Android tablet makers are forced to either justify or cut their prices. If you can get a Kindle Fire for $200, why would you spend $500 for an Android tablet from another vendor?

Ultimately, the Android ecosystem has to walk a fine line between claiming some small victory

### Speed Up Everything!

PCWorld shows you the secrets to improve performance on all your hardware.

**Get the Superguide now!**

Try Microsoft Office 365, free

Collaborate with Office, Exchange, SharePoint, and Lync videoconferencing. Starting at $8/user/mo.



» Microsoft.com/office365

### Business News Daily

Get the latest technology news that's important to you and your business, fresh seven days a week.

over the success of an Android-based tablet, and differentiating media consumption tablets like the Kindle Fire from the full-features tablets like the Samsung Galaxy Tab 10.1.

With other Android tablets still trying to sell at prices on par with the iPad, Android needs to either distance itself from the Kindle Fire, or present a solid argument for why anyone should spend more than twice as much for some other Android tablet.

Android may be able to get away with claiming the Kindle Fire as one of its own for now. But, the success of the Kindle Fire is a testament to Amazon more than Android, and other Android tablets will now struggle to compete against both the iPad and the Kindle Fire.

WAS THIS ARTICLE USEFUL?   Yes    No  

Sponsored Resource:   How to protect your PCs and servers in minutes.

Read more like this:   kindle fire, android, apple ipad, tablet pc

 You can follow Tony on his Facebook page, his Google+ profile, or contact him by email at tony_bradley@pcworld.com. He also tweets as @TheTonyBradley.

### Sponsored Links

**North Face Jackets here**
North Face Jackets in stock now. Low Prices! Free Shipping.
www.e-omc.com

**Clothing Carnival**
North Face Columbia Carhartt & More Free Freight for Orders over $100
www.clothingcarnival.com

**4 BR 3 BA $875 Rent 2 Own**
Hundreds of Locally Available Homes Any Credit Qualifies. Always Free!
OwnerWiz.com/No-Downpayment

**Houses For Rent In**
Looking For Houses For Rent In? Find It Nearby With Local.com!
Local.com

## Comments (21)



Submit Comment

Once you click submit you will be asked to sign in or register an account if you are not already a member.

 By **pbr35586**

Fri Nov 11 09:00:23 PST 2011

Price has been the problem with Android tablet's all along. Why pay the same price for an imitation. Some have cut the the price by $50 or even $100 dollars but if you are going to pay that much pay a little more and get an iPad. Android tablets needed to be priced around the same price as net books or a little less. This could only be accomplished by a content provider. Like game consoles or printer makers the real money is made after the sale. The next question is what is the life expectancy of the device. Not a lot of people in a recession can afford a $500 device that only lasts 12 to 18 months. People want affordable personal content consumption devices. Amazon has created quite a stir and I have yet to read a hands on review of the Fire.

Recommend          Report Abuse   |   Reply

---

### Best Prices on Desktops

MOST POPULAR  |  ALL CATEGORIES

 **DX4860-UR10P Mini Tower Desktop (3 GHz Intel Core i5-2320, 6 GB DDR3, 2 TB HDD, DVDRW DL, Intel GMA HD 2000, Windows 7 Home Premium)**
$599.99 and up   See All Prices

 **Mac mini MC816LL/A Desktop Computer - Intel Core i5 2.50 GHz**
$762.95 and up   See All Prices

 **iMac All-in-One Desktop**
$1120.44 and up   See All Prices

 **iMac All-in-One Desktop (2.7GHz Quad Core Intel i5, 4GB DDR3, 1TB HDD, AMD Radeon HD 6770M, DVD Super Multi-Drive, Mac OS X Snow Leopard, 27 LED)**
$1598.00 and up   See All Prices

See all Best Prices on Desktops »

See also: Best Prices on Monitors, Best Prices on B&W Laser Printers, Best Prices on Laptops

### Latest in Business Center Blogs

**SECURITY ALERT** - APRIL 21, 2012 6:52 AM
**Flashback Malware Continues to Plague Macs**
Contrary to claims that Flashback has drastically declined, the number of compromised Mac systems may in fact still be growing.

**SIMPLY BUSINESS** - APRIL 20, 2012 7:24 AM
**Five Outlook Shortcuts You Should Know**
Love it or hate it, there's room for improvement when it comes to Outlook.

**NET WORK** - APRIL 19, 2012 2:31 PM
**Why Windows 8 Enterprise Is the Right Version for Business**
Forget about Windows Pro--the features and capabilities unique to Windows 8 Enterprise make it the default choice for business use.

**LINUX LINE** - APRIL 19, 2012 2:13 PM
**$70 ARM PC Can Run Android and Ubuntu Linux**
Similar in some ways to the Raspberry Pi, the Mele A1000 offers yet another low-cost computing option.

**LINUX LINE** - APRIL 19, 2012 2:04 PM
**Top Honor for Linus Torvalds Highlights Linux's Importance**
2012 Millennium Technology Prize recognizes the ubiquity and impact of the free and open source operating system.

**SIMPLY BUSINESS** - APRIL 19, 2012 5:56 AM



By **JustSomeDude**

Fri Nov 11 09:05:01 PST 2011

It appears as if Tony Bradley is somewhat ignorant as to the capabilities of the Kindle Fire and Android Honeycomb and ICS tablets, or any of its other flavors for that matter.

Amazon's adaptation of Android on their Kindle Fire is severely handcuffed, with limitations on what apps can be installed, and with what functionality those apps even have. It's my understanding that there is no support for external Google Market email apps like Exchange, or Gmail, just the native "mail" app that Amazon lets you have. Heck, there's not even support for the Google Market - just Amazon's App Store.

These strict limitations alone make it very clear why some one would opt for a $400 or $500 unrestricted Android tab, than the $200 Android-ish experience that Amazon let's you have on their Fire.

Get your information straight before spewing SEO link candy on PCWorld's website.

Recommend | Report Abuse | Reply

### Three Smart Ways to Use Evernote in Business

Learn how everyone's favorite idea-capture tool can help simplify your work life.

All Blogs »

## Featured Webcasts

**Top 10 Concerns of Buying a VoIP Business Phone System**
Type: whitepaper
Company: CompareBusinessProducts.com
Categories: VOIP

**Buying a Phone System? Compare the 94 Business Phone Systems in One Chart**
Type: whitepaper
Company: CompareBusinessProducts.com
Categories: VOIP

More webcasts »



By **nonseq**

Fri Nov 11 09:16:57 PST 2011

This supports the contention that a viable "Tablet Market" has not yet emerged. There seems to be a "iPad Market" and now a "Kindle Fire" market. Yes, some Android tablets have been sold (Samsung has shipped a whole bunch of them on spec) along with a million TouchPads, and a PlayBook or two (I kid, I kid).

Amazon seems to have no interest in selling the Fire as an Android tablet. For them, Android provided a foundation for their own fork (as Tony points out) which operates as it's own "walled garden" comparable to iOS.

Recommend | Report Abuse | Reply



By **CodeHonor**

Fri Nov 11 09:17:23 PST 2011

Its still Google's software, they could charge Amazon licence fees at any point, or cut a deal for Google ads or something else beneficial to them. I'm sure Google would want more recongintion in the future for the Kindle Fire's success. After all it was built on the foundation of Android, and its Apps...

Recommend | Report Abuse | Reply



By **DavidJenkinsdvcw**

Fri Nov 11 09:45:24 PST 2011

Why would I buy a tablet to be locked into some walled garden?

Transformer Prime; best tablet that is (almost) available.

Recommend | Report Abuse | Reply

By **artzman**

Fri Nov 11 09:48:40 PST 2011

LOC

Recommend | Report Abuse | Reply



By **milliganp**

Fri Nov 11 10:21:38 PST 2011

Your price comparisons are slightly skewed since most of the devices you mention are 10.1" with 16Gb-32Gb vs the Fire's 7" and 8Gb. There are many low cost 7" Android tablets out there.

Amazon and B&N both anticipate future revenue streams from content which is not quite the model for Samsung, Motorola et al (used to making money from connectivity).

Finally there is the issue that both these tablets are 7", has Apple missed this sector of the market - good-enough tablets.

Recommend                                                          Report Abuse  |  Reply



By **thewazak**

Fri Nov 11 10:24:43 PST 2011

Both the iPad and Fire devices suck - both proprietary, inside their own little world - making money only for their masters.

I'll continue to wait for a wall free Windows tab.

And before the jokes about waiting start, just remember, "He who laughs last, laughs longest".

Recommend                                                          Report Abuse  |  Reply



By **Patruns**

Fri Nov 11 11:34:10 PST 2011

"There is finally a rival tablet that seems worthy of competing with the Apple iPad-- and it is based on Android."

You couldn't resist, could you?

Let's cut to the chase. This is not an iPad challenger. It is a Nook Color (1 year late) challenger and already B&N has jumped over and announced the Nook Tablet. Let's stop comparing this to an iPad. Another reader mentions a "walled garden" and this is true for all 3. However, B&N's Nook Color and Nook Tablet are easily upgraded to a full blown Android system with access to the Android Market. "Mr. Gorbachev tear down this wall!" This has already happened to the B&N device. For god's sake stop the media hype with Apple and Amazon and focus on the product. Buy a B&N device and be happy or turn it into a real tablet/e-reader. Buy a Kindle Fire and just be happy with what you have. Buy an iPad and be happy with what Apple tells you to be happy with.

Recommend                                                          Report Abuse  |  Reply



By **thewazak**

Fri Nov 11 11:42:57 PST 2011

"Buy an iPad and be happy with what Apple tells you to be happy with."

Lolololol!

Or wait for W8 and make yourself happy.

Recommend　　　　　　　　　　　　　　　　　　　　　Report Abuse  |  Reply

By **Johnn7ct**

Fri Nov 11 11:51:10 PST 2011

Not sure how more competition is a bad thing in the tablet market?

Recommend　　　　　　　　　　　　　　　　　　　　　Report Abuse  |  Reply

By **Nuke61**

Fri Nov 11 13:25:27 PST 2011

> thewazak said
>
> *Both the iPad and Fire devices suck - both proprietary, inside their own little world - making money only for their masters.*
>
> *I'll continue to wait for a wall free Windows tab.*

Why wait? http://www.amazon.com/gp/aw/d/B004D6R9T2/ref=mp_s_a_5?qid=1321046590&sr=8-5

Recommend　　　　　　　　　　　　　　　　　　　　　Report Abuse  |  Reply

By **nonseq**

Fri Nov 11 13:43:59 PST 2011

> Nuke61 said
>
> > thewazak said
> >
> > *Both the iPad and Fire devices suck - both proprietary, inside their own little world - making money only for their masters.*
> >
> > *I'll continue to wait for a wall free Windows tab.*
>
> *Why wait? http://www.amazon.com/gp/aw/d/B004D6R9T2/ref=mp_s_a_5?qid=1321046590&sr=8-5*

I have yet to find any mobile device that wasn't originally conceived as a way to make money for somebody's masters.

Recommend　　　　　　　　　　　　　　　　　　　　　Report Abuse  |  Reply

By **rfmodeler**

Fri Nov 11 13:44:33 PST 2011

Ummmm... what about the Lenovo Ideapad A1? It's a non-crippled Android tablet for under $250 from a respectable computer company. Why doesn't anyone want one of those?

Recommend　　　　　　　　　　　　　　　　　　　　　Report Abuse  |  Reply



By **ginigrace**

Fri Nov 11 18:38:21 PST 2011

Why would anyone want a Kindle Fire when the B&N Nook Tablet will do so much more for very little more?

Recommend                                                                 Report Abuse   |   Reply

**Show More Comments**