# PenPoint
## API
### Reference

GO CORPORATION

# PENPOINT

Case 5:12-cv-00630-LHK   Document 133   Filed 04/24/12   Page 2 of 6

19

PENPOINT API REFERENCE
Part One: Class Manager

# Chapter 1:
# Class Manager (clsObject and clsClass)

CLSMGR.H: Revision 1.83

The Class Manager supports object-oriented programming.

**clsObject** inherits from null. Root of the Object System. Defines the basic capabilities for all objects.

**clsClass** inherits from **clsObject**. Root of all classes. Provides the class creation capabilities.

## Guidelines

Normally you should call your ancestor before processing a message, possible exceptions are:
- - messages that are defined by your class.
- - messages that you want to explicitly override.
- - **msgFreeOK, msgFreeing, msgFree** should use **objCallAncestorAfter**.
- - protocols that requires the subclass to act on the message before the ancestor receives it.

## Debugging Flags

Only enabled if ClsMgr was compiled with /DDEBUG

ClsMgr flag is 'C', values are:
- 1    Show calls to **ObjectCall**.
- 2    Show calls to **ObjectCallAncestor**.
- 4    Show calls to **ObjectSend**.
- 8    Show calls to **ObjectPost**.
- 10   Show indirect calls (class messages) for traced objects.
- 20   Show object new and free calls.
- 40   Show observer related actions: add, remove, notify and post.
- 80   Show messages as they are dispatched.
- 100  Show objects as they are saved and restored.
- 200  [Not implemented]
- 400  Show objects as they are scavenged at task termination.
- 800  [Not implemented]
- 1000 Show calls to **ObjectCallAncestor** for traced objects.
- 2000 Enable verbose messages from **ObjectValid**.
- 4000 Enable misc. warning messages: bad **newStruct**, message not understood, wkn already exists.
- 8000 Enter the debugger after printing warnings.

Temporary flag settings:
- 10000 Check Object Heap on every alloc and free call (This is very slow)
- 20000 Show calls to extended **ObjectCall** and **ObjectCallAncestor**.
- 40000 Enable warning message for obsolete use of MSGPROCs.

### msgRemoved

Sent to the observer when it is removed from an object's observer list.

Takes OBJECT, returns STATUS. Category: observer notification.

```
#define msgRemoved    MsgNoError(MakeMsg(clsObject, 68))
```

### msgChanged

Generic message that can be used to notify observers that a change has occurred.

Takes OBJECT, returns STATUS. Category: observer notification.

```
#define msgChanged    MsgNoError(MakeMsg(clsObject, 76))
```

### msgNotUnderstood

Sent by **clsObject** when an unrecognized message is received.

Takes P_MSG_NOT_UNDERSTOOD, returns STATUS.

```
#define msgNotUnderstood    MakeMsg(clsObject, 50)
```

*Message Arguments*
```
typedef struct MSG_NOT_UNDERSTOOD {
    MESSAGE         msg;       // In: Message not understood
    P_ARGS          pArgs;     // In: Args of message
} MSG_NOT_UNDERSTOOD, FAR* P_MSG_NOT_UNDERSTOOD;
```

*Return Value*   **stsNotUnderstood**   Always returned by **clsObject** when this message reaches **clsObject**.

*Message wild cards*   Used to define a class wild card and as a table wild card.
```
#define objWildCard -1L
```

Wild card for **clsObject**
```
#define clsObjWildCard    MakeMsg(clsObject, objWildCard)
```

Wild card for **clsClass**
```
#define clsClsWildCard    MakeMsg(clsClass, objWildCard)
```

## ▼ Functions

### ObjectCall

Maps the message to the object's method (MsgHandler) and calls it with pArgs.

*Function Prototype*
```
STATUS GLOBAL ObjectCall(
    MESSAGE     msg,
    OBJECT      object,
    P_ARGS      pArgs
);
```

**stsBadObject**   Object was invalid.

### ObjectCallAncestorCtx

Using the ctx of a MsgHandler, calls the ancestor with the original args.

Function Prototype
```
STATUS GLOBAL ObjectCallAncestorCtx(
    CONTEXT    ctx
);
```

Return Value    **stsBadContext**  if ctx parameter is bad.

### ObjectCallAncestor

Calls the ancestor with the parameters supplied.

Function Prototype
```
STATUS GLOBAL ObjectCallAncestor(
    MESSAGE    msg,
    OBJECT     self,
    P_ARGS     pArgs,
    CONTEXT    ctx
);
```

Return Value    **stsBadContext**  if ctx parameter is bad.

### ObjectSend

Generalized version of **ObjectCall** that works across tasks boundaries.

Function Prototype
```
STATUS EXPORTED ObjectSend(
    MESSAGE    msg,
    OBJECT     object,
    P_ARGS     pArgs,        // In only: Not updated
    SIZEOF     lenArgs
);
```

Comments    The **pArgs** block is copied into the address space of the task that owns the object and an **ObjectCall** is executed in that task's context. If **lenArgs** equals 0, pArgs must point to global storage. The pArgs block is not copied and the pointer is passed directly.

Return Value    **stsProtectionViolation**  objCapSend is disabled.

**stsSendTaskInvalid**  Requested task or Object's owning task maybe bad.

**stsTaskTerminated**  While waiting for a reply the object's task died.

### ObjectSendUpdate

Same as **ObjectSend**, additionally the **pArgs** block is copied back to the current task.

Function Prototype
```
STATUS EXPORTED ObjectSendUpdate(
    MESSAGE    msg,
    OBJECT     object,
    P_ARGS     pArgs,        // In/Out: Updated
    SIZEOF     lenArgs
);
```

### ObjectSendU32

Same as **ObjectSend** without the length arg, **lenArgs** = 0.

Function Prototype
```
STATUS EXPORTED ObjectSendU32(
    MESSAGE     msg,
    OBJECT      object,
    P_ARGS      pArgs           // In only: Not updated
);
```

### ObjectSendTask

Same as **ObjectSend** except the task is specified explicitly.

Function Prototype
```
STATUS EXPORTED ObjectSendTask(
    MESSAGE     msg,
    OBJECT      object,
    P_ARGS      pArgs,          // In only: Not updated
    SIZEOF      lenArgs,
    OS_TASK_ID  task
);
```

Comments   For experts only: Use this routine with care, the task of the object is ignored. **ObjectSendTask** allows sending to well-known process-globals from outside the process, such as, **theProcess**.

### ObjectSendUpdateTask

Same as **ObjectSendTask**, additionally the **pArgs** are updated.

Function Prototype
```
STATUS EXPORTED ObjectSendUpdateTask(
    MESSAGE     msg,
    OBJECT      object,
    P_ARGS      pArgs,          // In/Out: Updated
    SIZEOF      lenArgs,
    OS_TASK_ID  task
);
```

Comments   Experts only, use this routine with care.

### ObjectPost

Similar to **ObjectSend** but the send is deferred until the object's task returns to its top-level dispatch loop.

Function Prototype
```
STATUS EXPORTED ObjectPost(
    MESSAGE     msg,
    OBJECT      object,
    P_ARGS      pArgs,
    SIZEOF      lenArgs
);
```

Comments   The current task does not wait for a reply but continues running, therefore it is not possible to return a status value or **pArgs**. **ObjectPost** is synchronized with the input system.

### ObjectPostU32

Same as **ObjectPost** without the length arg, **lenArgs** = 0.

Function Prototype
```
STATUS EXPORTED ObjectPostU32(
    MESSAGE    msg,
    OBJECT     object,
    P_ARGS     pArgs
);
```

### ObjectPostTask

Same as **ObjectPost** except the task is specified explicitly.

Function Prototype
```
STATUS EXPORTED ObjectPostTask(
    MESSAGE    msg,
    OBJECT     object,
    P_ARGS     pArgs,
    SIZEOF     lenArgs,
    OS_TASK_ID task
);
```

Comments  For experts only: Use this routine with care, the task of the object is ignored. **ObjectPostTask** allows posting to WKN process-globals from outside the process, such as, **theProcess**.

### ObjectPostAsync

Similar to **ObjectPost** but not synchronized with the input system.

Function Prototype
```
STATUS EXPORTED ObjectPostAsync(
    MESSAGE    msg,
    OBJECT     object,
    P_ARGS     pArgs,
    SIZEOF     lenArgs
);
```

Comments  This call causes concurrency and all the difficulties associated with it.

### ObjectPostAsyncTask

Same as **ObjectPostAsync** except the task is specified explicitly.

Function Prototype
```
STATUS EXPORTED ObjectPostAsyncTask(
    MESSAGE    msg,
    OBJECT     object,
    P_ARGS     pArgs,
    SIZEOF     lenArgs,
    OS_TASK_ID task
);
```

Comments  This call causes concurrency and all the difficulties associated with it.

For experts only: Use this routine with care, the task of the object is ignored. **ObjectPostAsyncTask** allows posting to WKN process-globals from outside the process, such as, **theProcess**.