JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF JASON C. LO IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE, INC.** |

LO DECLARATION IN SUPPORT OF APPLE'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE, INC.
12-cv-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

I, Jason C. Lo, declare and state as follows:

1. I am a partner at the law firm of Gibson, Dunn & Crutcher, counsel of record in this action for Plaintiff Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I submit this declaration in support of Apple's Motion to Compel Discovery of Documents, Information, or Objects from Non-Party Google, Inc. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows.

2. Given the relevance of Ice Cream Sandwich to Apple's motion for preliminary injunction, Apple immediately sought from Samsung information regarding Galaxy Nexus' implementation of Ice Cream Sandwich. Attached hereto as Exhibit 1 is a true and correct copy of the Requests for Production Nos. 9-13 that Apple served on Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") on March 6, 2012.

3. Rather than provide the information, Samsung claimed that only Google knew how the Galaxy Nexus implemented Ice Cream Sandwich, that it lacked power to obtain such information, and refused to provide the requested information. Attached to this declaration as Exhibit 2 is a true and correct copy of the April 3, 2012 Letter from Michael Fazio to Brian Buroker, in which Samsung states that "the source code for the version of Ice Cream Sandwich used on Galaxy Nexus *was written by Google, not Samsung*. Samsung does not have possession of that source code. To Samsung's knowledge, the only company in possession of the source code used on Galaxy Nexus is Google. Google provides Samsung only with the binary object code, which is not readable by humans. Accordingly, to the extent that each of these requests for production is based upon the flawed premise that the source code at issue is Samsung's source code, Samsung cannot produce source code that it does not have." (emphasis in original).

4. After receiving Samsung's response, Apple promptly served Google with subpoenas seeking the information that Samsung refused to produce. Attached to this declaration as Exhibit 3 is a true and correct copy of those subpoenas.

1

LO DECLARATION IN SUPPORT OF APPLE'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE, INC.
12-cv-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

5. Apple received Google's response to its subpoenas on April 16, 2012. Attached to this declaration as Exhibit 4 is a true and correct copy of Responses and Objections of Non-Party Google Inc. to Subpoena to Produce Documents, Information or Objects from Plaintiff Apple Inc., dated April 16, 2012

6. Apple immediately began to meet and confer with Google in an attempt to resolve the issues outlined in Apple's Motion to Compel. I conferred telephonically with Google's counsel Matthew Warren on April 18, 2012 and again with Heather Martin on April 23, 2012 and April 24, 2012 in an attempt to resolve the discovery disputes outlined in Apple's Motion to Compel Discovery of Documents, Information, or Objects From Non-Party Google, Inc. The parties were unable to come to any resolution.

7. Attached to this declaration as Exhibit 5 are true and correct copies of the public versions of the declarations of Google employees Bjorn Bringert, Cary Clark, Jim Miller, and Ken Wakasa, all of which were filed on April 23, 2012 in support of Samsung's Opposition to Apple's Motion for Preliminary Injunction.

8. Attached to this declaration as Exhibit 6 is a true and correct copy of Samsung's Objections and Responses to Apple's First Preliminary Injunction Interrogatories, dated March 27, 2012.

9. Attached to this declaration as Exhibit 7 is a true and correct copy of excerpts of the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials in *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG)

10. Attached to this declaration as Exhibit 8 is a true and correct copy of Samsung's First Supplemental Objections and Responses to Apple's First Preliminary Injunction Interrogatories (No. 10), dated April 18, 2012.

11. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

2

LO DECLARATION IN SUPPORT OF APPLE'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE, INC.
12-cv-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

Executed on April 24, 2012 in Washington, DC

Dated: April 24, 2012                                         By: /s/ Jason C. Lo
                                                                    Jason C. Lo

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil 5 Local Rule 5,4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

And counsel listed below was served in the manner so indicated.

<u>By Electronic Mail</u>

Matthew Warren
Quinn Emanuel
50 California Street, 22nd Floor
San Francisco, California  94111
Email:  matthewwarren@quinnemanuel.com

<u>By Electronic Mail</u>

Heather H. Martin
Quinn Emanuel
1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C.  20004
heathermartin@quinnemanuel.com

Dated: April 24, 2012                                         /s/ H. Mark Lyon
                                                                    H. Mark Lyon

LO DECLARATION IN SUPPORT OF APPLE'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE, INC.
12-cv-00630-LHK (PSG)

3

Gibson, Dunn & Crutcher LLP