# EXHIBIT 1

1   JOSH A. KREVITT (CA SBN 208552)       MICHAEL A. JACOBS (CA SBN 111664)
    jkrevitt@gibsondunn.com                mjacobs@mofo.com
2   H. MARK LYON (CA SBN 162061)           RICHARD S.J. HUNG (CA SBN 197425)
    mlyon@gibsondunn.com                   rhung@mofo.com
3   GIBSON, DUNN & CRUTCHER LLP            MORRISON & FOERSTER LLP
    1881 Page Mill Road                    425 Market Street
4   Palo Alto, California  94304-1211      San Francisco, California 94105-2482
    Telephone: (650) 849-5300              Telephone: (415) 268-7000
5   Facsimile: (650) 849-5333              Facsimile: (415) 268-7522

6

7   *Attorneys for Plaintiff Apple Inc.*

8

9                   UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13  APPLE INC., a California corporation,

14                      Plaintiff,

15        v.                                       CASE NO. 12-cv-00630-LHK

16  SAMSUNG ELECTRONICS CO., LTD., a           **APPLE INC.'S FIRST SET OF**
    Korean corporation; SAMSUNG               **PRELIMINARY INJUNCTION REQUESTS**
17  ELECTRONICS AMERICA, INC., a New          **FOR PRODUCTION TO DEFENDANTS**
    York corporation; and SAMSUNG
18  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
19
20                      Defendants.

21

22

23

24

25

26

27

28

APPLE INC.'S FIRST SET OF PRELIMINARY INJUNCTION
REQUESTS FOR PRODUCTION
CASE NO. 12-cv-00630-LHK                                                    1

including but not limited to, the email application, Messaging application, Contacts application or Calendar application.

**REQUEST NO. 9**

Source code and any other instructions utilized by or implemented on the Samsung Galaxy Nexus relating to the features and functionality used by the Samsung Galaxy Nexus that Apple has alleged infringe the Preliminary Injunction Patents, including Slide to Unlock, Text Correction, Unified Search, and Special Text Detection.

**REQUEST NO. 10**

Source code and any other instructions utilized by the Samsung Galaxy Nexus relating to the keyboards to type or otherwise enter text, including but not limited to entering letters, numbers, and punctuation marks.

**REQUEST NO. 11**

Source code and any other instructions utilized by the Samsung Galaxy Nexus relating to the Android Quick Search Box, the functionality for software, applications, modules or other sources to be available for search within the Android Quick Search Box, the functionality to search software, applications, modules or other sources from a single user interface or software module, including, but not limited to the ability to select which software, applications, modules or other sources will be searched and the functionality or interface to make the software, applications, modules or other sources searchable through the single user interface or software module.

**REQUEST NO. 12**

Source code and any other instructions utilized by the Samsung Galaxy Nexus relating to the typing, entry, correction, change, or modification of text, including letters, numbers, and punctuation marks, in applications, including but not limited to, the email application, Messaging application, Contacts application or Calendar application used by the Samsung Galaxy Nexus.

**REQUEST NO. 13**

Source code and any other instructions utilized by or implemented on the Samsung Galaxy Nexus relating to the recognition of text within a web page, email message, text message, SMS message, MMS message or other text displayed to a user of the Samsung Galaxy Nexus representing an email address, phone number, physical address, date, time, calendar entry or fax number, including text containing partial representations of those items and the ability to select the text and perform an action with the text such as placing a telephone call, looking up an address or storing in the Contacts application.

**REQUEST NO. 14**

All Documents relating to any analysis, review, consideration, evaluation, inspection, tear-down report, or copying of any Apple product, feature, or functionality, including but not limited to any comparisons between any Apple product, feature, or functionality and any actual or contemplated features or functionality Samsung included or considered including with its smartphones, including but not limited to the Samsung Galaxy Nexus, or tablet computers.

**REQUEST NO. 15**

All documents relating to any analysis, review, consideration, evaluation, inspection, tear-down report, or copying of any Apple product relating to the features and functionality used by the Samsung Galaxy Nexus that Apple has alleged infringe the Preliminary Injunction Patents, including Slide to Unlock, Text Correction, Unified Search, and Special Text Detection.

**REQUEST NO. 16**

All Documents relating to any analysis, review, consideration, evaluation, or attempts to design around or otherwise avoid infringement of the Preliminary Injunction Patents.

**REQUEST NO. 17**

All Documents relating to the design or development of the Samsung Galaxy Nexus that

APPLE INC.'S FIRST SET OF PRELIMINARY INJUNCTION
REQUESTS FOR PRODUCTION
CASE NO. 12-cv-00630-LHK                                                                 8

1

Dated:  March 6, 2012                          GIBSON, DUNN & CRUTCHER LLP

2

3

4          By:  _H. Mark Lyon_____
                  H. Mark Lyon

5          *Attorneys for Apple Inc.*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLE INC.'S FIRST SET OF PRELIMINARY INJUNCTION
REQUESTS FOR PRODUCTION
CASE NO. 12-cv-00630-LHK

1        I, Lorraine Nishiguchi, hereby certify that on this 6th day of March, 2012, I did cause the

2 following documents to be served in the following manner:

3                  ■    Apple Inc.'s First Set of Preliminary Injunction Interrogatories to Defendants

4                           ■    Apple Inc.'s First Set of Requests for Production

5

6 Victoria F. Maroulis
Kevin P.B. Johnson

7 Quinn Emanuel Urquart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor

8 Redwood Shores, California  94065
(650) 801-5000

9 victoriamaroulis@quinnemanuel.com

10 kevinjohnson@quinnemanuel.com

11

12 **X**    **BY PERSONAL SERVICE**:  I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

13

14

15 Dated:    March 6, 2012                                 
                                       Lorraine Nishiguchi

16

17

18

19

20

21

22

23

24

25

26

27

28