# EXHIBIT 5B

Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF CARY CLARK**<br><br>**<u>FILED UNDER SEAL</u>**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**<br><br>**CONFIDENTIAL BUSINESS INFORMATION OF NON-PARTY GOOGLE INC.** |

I, Cary Clark, declare as follows under 28 U.S.C. § 1746:

1. I am a software engineer for Google Inc. ("Google"). I have personal knowledge of the facts stated below, and if called to testify, I could and would testify as follows.

2. I have been employed at Google since November 2005. Between then and March 2011, I worked on the Android team. As part of my work on Android, I was involved in developing some functionality of the Android Browser application, as well as the WebView framework. Although I did not work directly on version 4.0 of Android, which is also called Ice Cream Sandwich, I have reviewed the portions of the Ice Cream Sandwich source code relevant to my discussion below.

3. Within Android Ice Cream Sandwich, there are many versions of Android. Some versions are internal to Google; others are posted on the Android Open Source Project; still other versions are used in devices sold to consumers. One device sold to consumers running a version of Android Ice Cream Sandwich is the Samsung Galaxy Nexus. For the rest of this declaration, I will discuss the version of Android Ice Cream Sandwich running on the Samsung Galaxy Nexus. There are actually several sub-versions of Android Ice Cream Sandwich running on the Samsung Galaxy Nexus, but they do not vary with regard to my descriptions below.

//
//
//
//
//
//
//
//
//
//
//
//

1    4.    The Android Browser displays web pages and other HTML content.  On the
2 Samsung Galaxy Nexus, the Android Browser could appear as follows if used to access
3 http://www.google.com:



15   5.    The Browser application is built on a WebView.  WebView is a component of the
16 Android framework that provides a window containing hypertext content, typically a web page.
17 The WebView functionality is defined by the files in ▮
18 ▮.  WebKit is an open-source project
19 that provides the foundation of Safari, Chrome, and Android's Browser, as well as many other
20 products.
21   6.    The port of WebKit for Android includes ▮
22 ▮
23 ▮.  When a user views a hypertext document in the Android
24 Browser, WebView instructs CacheBuilder first to identify plain text from markup language, and
25 then to search for strings that resemble the typically used formats of phone numbers within North
26 America, email addresses, and physical street addresses within the United States.
27   7.    Upon finding a string resembling the typically used formats of phone numbers
28 within North America, email addresses, or physical street addresses within the United States,

-3-    CASE NO. 12-CV-00630-LHK
DECLARATION OF CARY CLARK

CacheBuilder does two things. First, CacheBuilder adds the location of the found string to a list of "hot spots." Each "hot spot" is defined as a rectangular area offset from the top left of the displayed hypertext page. The "hot spots" are invisible; they are not rendered on the device's display.

8. Second, CacheBuilder also creates a Universal Resource Identifier ("URI") corresponding to the found string. The URI includes the string itself, sometimes standardized to remove extraneous information, such as parentheses, dashes and spaces within telephone numbers. It also includes a prepended string depending on the type of data in the found string. For strings that resemble the typically used formats of phone numbers within North America, CacheBuilder prepends a "tel:" string. For strings that resemble email addresses, CacheBuilder prepends a "mailto:" string. For strings that resemble postal addresses within the United States, CacheBuilder prepends a "geo:" string.

9. Aside from the coordinates of the "hot spot" and the URI, CacheBuilder does not record any additional information from the hypertext document itself.

10. Below is a screenshot showing how the Android Browser on a Samsung Galaxy Nexus could look while accessing http://www.onemarket.com:



-4-

CASE NO. 12-CV-00630-LHK
DECLARATION OF CARY CLARK

11. Before the Android Browser presents the above display to the user, CacheBuilder would compute the coordinates of the "hot spots" and construct the corresponding URIs for the address and phone number near the upper-right-hand corner of the screenshot.

12. When the user taps on the screen, the Android Browser calls WebView to determine if the tap is within one of the "hot spots" previously defined by CacheBuilder. If it is, the Android Browser briefly highlights the rectangular coordinates of the "hot spot" in blue. If the user taps on a string that CacheBuilder has identified as resembling a postal address within the United States, for example, the Android Browser on a Samsung Galaxy Nexus could briefly display:



13. Following this brief display, the ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ CacheBuilder will start over from the beginning, re-running its attempt to identify plain text from markup language, and then to search for strings that resemble the typically used formats of phone numbers within North America, email addresses, and physical street addresses within the United States.

14. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

1 ▮

2 ▮

3 ▮ URLHandler creates an Intent with a type of "android.intent.action.VIEW" and a "data" field holding the URI previously generated by CacheBuilder. Regardless of whether the user taps on a string resembling the typically used formats of phone numbers within North America, email addresses, or physical street addresses within the United States, the type of the Intent is always "android.intent.action.VIEW," and the "data" field is always the URI generated by CacheBuilder.

9  15. The Browser then analyzes the URI to make sure it is an appropriate URI given the Browser's security model. If the URI is acceptable from a security perspective, the Browser passes the Intent to the Activity Manager by calling Context.startActivity().

12  16. If the user long presses on the screen instead of tapping, the Android Browser calls WebView to determine if the long press is within one of the "hot spots" previously defined by CacheBuilder. If it is, the Android Browser will again briefly highlight the rectangular coordinates of the "hot spot" in blue. Following this brief display, ▮

16 ▮
17 ▮
18 ▮
19 ▮
20 ▮

21  17. ▮

22 ▮, after a few more steps the Android Browser will build a customized contextual menu and present this menu to the user. The contents of the customized contextual menu will depend on the string found by CacheBuilder.

26  //
27  //
28  //

1    18.     If the user long presses on a string that CacheBuilder has identified as resembling a
2 postal address within the United States, for example, the Android Browser on a Samsung Galaxy
3 Nexus could build the following customized contextual menu and present this menu to the user:



15    19.     If the user selects the "Map" option, the Android Browser will proceed as if the
16 user had tapped on the "hot spot" instead of long pressing it.  If the user selects the "Copy" option,
17 the Android Browser will attempt to copy the text under the rectangular coordinates of the "hot
18 spot" to the clipboard, although it is not always successful.  If the user selects the "Select text"
19 option, the Android Browser treats the initial tap as starting a generic text selection, and chooses
20 the word or string of digits under the tap, ignoring the "hot spot" and whether the selection is part
21 of a found string.
22     //
23     //
24     //
25     //
26     //
27     //
28     //

-7-                           CASE NO. 12-CV-00630-LHK

20. If the user long presses on a string that CacheBuilder has identified as resembling a typically used format of phone numbers within North America, the Android Browser on a Samsung Galaxy Nexus could briefly display:



21. Following this brief display, the Android Browser could build the following customized contextual menu and present this menu to the user:



22. If the user selects the "Dial..." option, the Android Browser will proceed as if the user had tapped on the "hot spot" instead of long pressing it. If the user selects the "Add contact" option, the Android Browser can build a different type of Intent, of type "android.intent.action.INSERT_OR_EDIT." The Browser will then pass this Intent to the Activity Manager by calling Context.startActivity(). If the user selects the "Copy" option, the Android Browser will attempt to copy the text under the rectangular coordinates of the "hot spot" to the clipboard, although it is not always successful. If the user selects the "Select text" option, the Android Browser treats the initial tap as starting a generic text selection, and chooses the word or string of digits under the tap, ignoring the "hot spot" and whether the selection is part of a larger found string.

23. If the user long presses on a string that CacheBuilder has identified as resembling an email address, the Android Browser on a Samsung Galaxy Nexus could briefly display:



//
//
//
//
//

-9- CASE NO. 12-CV-00630-LHK
DECLARATION OF CARY CLARK

1  24. Following this brief display, the Android Browser could build the following
2 customized contextual menu and present this menu to the user:



14  25. If the user selects the "Send email" option, the Android Browser will proceed as if
15 the user had tapped on the "hot spot" instead of long pressing it. If the user selects the "Copy"
16 option, the Android Browser will attempt to copy the text under the rectangular coordinates of the
17 "hot spot" to the clipboard, although it is not always successful. If the user selects the "Select
18 text" option, the Android Browser treats the initial tap as starting a generic text selection, and
19 chooses the word or string of digits under the tap, ignoring the "hot spot" and whether the
20 selection is part of a found string.

21  26. Code implementing the functionality I have described above – including
22 CacheBuilder's search for strings that resemble the typically used formats of phone numbers
23 within North America, email addresses, and physical street addresses within the United States;
24 CacheBuilder's adding the location of each found string to a list of "hot spots"; CacheBuilder's
25 creation of a URI corresponding to the found string, and the Android Brower's creation of
26 customized contextual menus and Intents in response to taps on the "hot spots" – has been
27 available in the Android Open Source Project since April 30, 2009, when the open source version
28 of version 1.5 (cupcake) of Android was made available on the Internet.

-10-  CASE NO. 12-CV-00630-LHK
DECLARATION OF CARY CLARK

Case5:12-cv-00630-LHK Document 120 Filed04/24/12 Page12 of 12

27. Although Google releases some versions of Android through the Android Open Source Project, the internal functionality of Android running on the Samsung Galaxy Nexus is Google's trade secret and confidential business information. The highlighted portions of my declaration above discuss such internal functionality.

I declare under penalty of perjury that the foregoing is true and correct. Executed this April 23, 2012, at Chapel Hill, North Carolina.

By: _____
    Cary Clark