# EXHIBIT 8

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 12-cv-00630-LHK<br><br>**SAMSUNG'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO APPLE'S FIRST SET OF PRELIMINARY INJUNCTION INTERROGATORIES (No. 10)** |

02198.51981/4704739.3

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, ("Samsung") submit the following Supplemental Objections and Responses to Plaintiff Apple Inc's ("Apple's") First Set of Preliminary Injunction Interrogatories to Defendants.

## GENERAL OBJECTIONS

Samsung hereby incorporates by reference the General Objections to Interrogatories in Samsung's Objections and Responses to Apple's First Set of Preliminary Injunction Interrogatories (Nos. 1-10) as if fully set forth herein.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 10:**

For each of the following, identify all discussions, internally or with third parties, regarding, or consideration of, the design, and implementation of, any of the accused features, including (i) Slide to Unlock, (ii) Text Correction, (iii) Unified Search, and (iv) Special Text Detection as implemented in any Samsung product, including but not limited to Samsung smartphones and tablet computers, and identify the three persons most knowledgeable about such discussions, designs, and implementation.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 10:**

In addition to its General Objections above, which it hereby incorporates by reference, Samsung objects to this Interrogatory on the ground that: (i) it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity; (ii) it is overly broad and unduly burdensome in that it seeks information not relevant to Apple's Motion for a Preliminary Injunction; (iii) it is overly broad, unduly burdensome, and neither relevant nor reasonably calculated to lead to the discovery of admissible evidence to the extent that it seeks "all discussions . . . or consideration of" "any of the accused features"; (iv) it seeks confidential proprietary or trade secret information of a third party (Google); (v) it is vague

and ambiguous, especially with regard to the term "consideration of"; (vi) it is vague, ambiguous, and unintelligible to the extent it seeks information about any "accused features" that are not specifically identified in the interrogatory; and (vii) it is compound and comprises discrete subparts resulting in separate interrogatories.

Subject to and without waiving the foregoing general and specific objections, Samsung responds as follows:

Samsung is presently unaware of any non-privileged discussions, internally or externally, regarding design or implementation of the four accused features – Slide to Unlock, Text Correction, Unified Search and Special Text Detection – of Galaxy Nexus.  Samsung's investigation is ongoing and, to the extent that Samsung's investigation subsequently reveals the existence of any such discussions, then Samsung will supplement this response accordingly as well as produce responsive non-privileged documents regarding such discussions.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10:**

Subject to and incorporating its General Objections and Specific Objections from Samsung's Objections and Responses to Apple's First Set of Preliminary Injunction Interrogatories with regard to Interrogatory No. 10, Samsung provides the following supplemental response:

The Android 4.0 Ice Cream Sandwich operating system was created by Google.  Thus, the four accused features of Galaxy Nexus – Slide to Unlock, Text Correction, Unified Search and Special Text Detection – were designed and implemented by Google, not Samsung.  During development of the Galaxy Nexus, Samsung had the opportunity to perform quality assurance testing on various features of Ice Cream Sandwich and report bugs to Google.  Samsung's quality assurance testing included testing that implicated one or more of the four accused features.  In connection with this quality assurance testing, Samsung identified and reported a small number of bugs related to the accused features to Google through Google's electronic bug filing system.  Samsung shall produce documents relating to these filed bugs to the extent they relate to the four accused features and to the extent they are located pursuant to a reasonable search.

02198.51981/4704739.3

-3-
SAMSUNG'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO APPLE'S FIRST SET OF PRELIMINARY INJUNCTION INTERROGATORIES (No. 10)

| | |
|---|---|
| 1 | |
| 2 | DATED: April 18, 2012           Respectfully submitted, |
| 3 |                                             QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 5 |                                                  By  */s/ Patrick M. Shields* |
| 6 |                                                       Charles K. Verhoeven
    Kevin P.B. Johnson
    Victoria F. Maroulis
    William C. Price
    Patrick M. Shields
    Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

02198.51981/4704739.3

-4-
SAMSUNG'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO APPLE'S FIRST SET OF PRELIMINARY INJUNCTION INTERROGATORIES (No. 10)