1  JOSH A. KREVITT (CA SBN 208552)  MICHAEL A. JACOBS (CA SBN 111664)
   jkrevitt@gibsondunn.com  mjacobs@mofo.com
2  H. MARK LYON (CA SBN 162061)  RICHARD S.J. HUNG (CA SBN 197425)
   mlyon@gibsondunn.com  rhung@mofo.com
3  GIBSON, DUNN & CRUTCHER LLP  MORRISON & FOERSTER LLP
   1881 Page Mill Road  425 Market Street
4  Palo Alto, CA  94304-1211  San Francisco, California 94105-2482
   Telephone: (650) 849-5300  Telephone: (415) 268-7000
5  Facsimile: (650) 849-5333  Facsimile: (415) 268-7522

6  *Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE, INC.** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff Apple, Inc. ("Apple") has moved pursuant to Federal Rule of Civil Procedure 45 for an order compelling non-party Google, Inc. ("Google") to (1) produce certain documents in response to Document Request Nos. 3, 6-12 of the Subpoena to Produce Documents, Information or Objects served on Google by Apple on April 5, 2012, (2) make available a witness to testify as to Topic Nos. 1-3, 5, and 7-12, which topics correlate to the document requests at issue, as well as with the documents produced in response to those requests, and (3) comply with the provisions from the protective order in place in this litigation regarding a prosecution bar.

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Motion to Compel as follows:

IT IS ORDERED that by no later than **May 5, 2012**, Google shall complete its production to Apple of the following documents responsive to Apple's Document Request Nos. 3, 6-12:

1. Documents generally relating to or otherwise constituting communications between Google and Samsung regarding the patented features;

2. Documents relating to any analysis, inspection, design around, and copying of Apple's products; and

3. Documents relating to consumer purchasing decisions and consumer views of the patented features.

IT IS FURTHER ORDERED that by no later than **May 11, 2012**, Google shall make available a witness to testify as to Topic Nos. 1-3, 5, and 7-12, and

IT IS FURTHER ORDERED that the provisions of the protective order in place in this litigation regarding a prosecution bar shall apply to Google and the information it provides in response to Apple's subpoenas.

**IT IS SO ORDERED.**

Dated: April __, 2012          By: _____
                                    Honorable Paul S. Grewal, U.S.M.J.