JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**STIPULATION REQUESTING ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE INC.** |

STIPULATION REQUESTING ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S
MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY
GOOGLE INC.
12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

In accordance with Civil Local Rules 6-1(b) and 6-2, Plaintiff Apple, Inc. ("Apple") and non-party Google, Inc. ("Google") have stipulated and agree to modify the briefing and hearing schedule regarding Apple's Motion to Compel.

1.     Google believes Apple's proposed motion is unauthorized under the Court's February 22 Order Setting Briefing and Hearing Schedule For Preliminary Injunction Motion (the "Order"), because Apple has not even attempted to participate in a lead counsel meet-and-confer as required by the last paragraph of the Order.  Google recognizes, however, that it cannot stop Apple from filing this motion and seeking a decision on shortened time, and has therefore cooperated to avoid a meta-dispute regarding the briefing schedule.

2.     Apple believes that it is not appropriate to address a dispute regarding the substance of its Motion in a Joint Stipulation to Shorten Time.  Apple has addressed the its efforts to meet and confer with Google in its accompanying papers, and will of course respond to any allegations made by Google or any inquiries by the Court at the appropriate time.

//

//

//

//

//

//

//

//

STIPULATION REQUESTING ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE INC.
12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

3.      Having stated their positions above, and each reserving all rights to argue substantive matters in their papers, Apple and Google stipulate to the following modified briefing and hearing schedule regarding Apple's Motion to Compel:

- Apple files its Motion by Tuesday, April 24, 2012, at 11:59 p.m. Pacific Time
- Google files its Opposition by Saturday April 28, 2012, at 5 p.m. Pacific Time
- Apple files its Reply by Monday April 30, 2012 at 10 a.m. Pacific Time
- If necessary, a hearing on the motion would be held on Tuesday May 1, 2012

Dated: April 24, 2012                          GIBSON, DUNN & CRUTCHER LLP


                                               By:   /s/ H. Mark Lyon
                                                     H. Mark Lyon

                                               Attorneys for Plaintiff
                                               APPLE INC.

Dated: April 24, 2012                          QUINN EMANUEL URQUHART &
                                               SULLIVAN LLP


                                               By:   /s/ Matthew S. Warren
                                                     Matthew S. Warren, with permission

                                               Attorneys for Non-Party Google Inc.

STIPULATION REQUESTING ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE INC.
12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil 5 Local Rule 5,4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

And counsel listed below was served in the manner so indicated.

By Electronic Mail

Matthew Warren
Quinn Emanuel
50 California Street, 22nd Floor
San Francisco, California  94111
Email:  matthewwarren@quinnemanuel.com

By Electronic Mail

Heather H. Martin
Quinn Emanuel
1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C.  20004
heathermartin@quinnemanuel.com

Dated: April 24, 2012                    /s/ H. Mark Lyon
                                         H. Mark Lyon

STIPULATION REQUESTING ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE INC.
12-cv-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

4