JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF JASON LO IN SUPPORT OF STIPULATION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE INC.** |

## DECLARATION OF JASON LO

I, Jason Lo, declare and state as follows:

1.      I am a partner with the firm of Gibson, Dunn & Crutcher LLP, and counsel for Plaintiff Apple, Inc. ("Apple") in the above captioned action. My business address is 333 South Grand Avenue, Los Angeles, CA 90071-3197. I am familiar with the facts and circumstances stated herein and make this declaration based on my own knowledge and would testify to the matter herein under oath if called upon to do so.

2.      In its motion for preliminary injunction, Apple seeks to enjoin Samsung from selling the Galaxy Nexus smartphone.  (D.I. 10 and 7.)  This phone operates the Android 4.0 mobile platform, which is the latest mobile operating platform developed by Google.  (*Id.*)

3.      Given the relevance of Ice Cream Sandwich to Apple's motion for preliminary injunction, Apple immediately sought from Samsung information regarding Galaxy Nexus' implementation of Ice Cream Sandwich.  Attached hereto as Exhibit 1 is a true and correct copy of the Requests for Production Nos. 9-13 that Apple served on Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") on March 6, 2012.

4.      Rather than provide the information, Samsung claimed that only Google knew how the Galaxy Nexus implemented Ice Cream Sandwich, that it lacked power to obtain such information, and refused to provide the requested information.  (D.I. 94-8 at 4.)

5.      After receiving Samsung's response, Apple promptly served Google with a subpoena seeking the information that Samsung refused to produce.  Attached hereto as Exhibit 2 is a true and correct copy of that subpoena.

6.      Apple received Google's response to its subpoena on April 16, 2012. Attached hereto as Exhibit 3 is a true and correct copy of Google's response.

7.      In light of the briefing schedule in place for Apple's Motion for Preliminary Injunction, Apple seeks a quick resolution to the Motion to Compel related to this Motion to Shorten Time.  Apple's reply brief supporting its Motion for Preliminary Injunction is due by May 14, 2012.

Gibson, Dunn &
Crutcher LLP

LO DECLARATION IN SUPPORT OF STIPULATION TO SHORTEN TIME ON APPLE'S MOTION TO
COMPEL DISCOVERY FROM NON-PARTY GOOGLE INC.
12-cv-00630-LHK (PSG)

2

(D.I. 37.)  If the schedule surrounding Apple's Motion to Compel is not modified, these discovery disputes relating to the Motion for Preliminary Injunction would not be resolved until after briefing on the Motion for Preliminary Injunction had ended.

8.      Apple requests that the hearing on this motion be set for May 1, 2012.

9.      Apple requests modifications to the default briefing schedule in an effort to most effectively comply with the current case schedule.  Apple does not believe that the requested changes would affect the broader case calendar.

10.     I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Executed on April 25, 2012 in Washington, DC.

Dated:  April 25, 2012                          By:  _____/s/ Jason Lo_____

                                                Jason Lo
                                                Attorney for Plaintiff
                                                APPLE, INC.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil 5 Local Rule 5,4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

And counsel listed below was served in the manner so indicated.

By Electronic Mail

Matthew Warren
Quinn Emanuel
50 California Street, 22nd Floor
San Francisco, California  94111
Email:  matthewwarren@quinnemanuel.com

By Electronic Mail

Heather H. Martin
Quinn Emanuel
1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C.  20004
heathermartin@quinnemanuel.com

Dated: April 25, 2012

/s/ H. Mark Lyon
H. Mark Lyon

LO DECLARATION IN SUPPORT OF STIPULATION TO SHORTEN TIME ON APPLE'S MOTION TO COMPEL DISCOVERY FROM NON-PARTY GOOGLE INC.
12-cv-00630-LHK (PSG)

4