# EXHIBIT 3

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Amy H. Candido
2  amycandido@quinnemanuel.com
   Matthew S. Warren
3  matthewwarren@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California  94111-4788
   (415) 875-6600
5  (415) 875-6700 facsimile

6  Attorneys for Non-Party Google Inc.

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12  APPLE INC., a California corporation,

13            Plaintiff,
                                             CASE NO. 12-CV-00630-LHK
14         v.
                                             **RESPONSES AND OBJECTIONS OF**
15  SAMSUNG ELECTRONICS CO., LTD., a         **NON-PARTY GOOGLE INC. TO**
    Korean corporation; SAMSUNG             **SUBPOENA TO PRODUCE**
16  ELECTRONICS AMERICA, INC., a New         **DOCUMENTS, INFORMATION OR**
    York corporation, and SAMSUNG          **OBJECTS FROM PLAINTIFF APPLE**
17  TELECOMMUNICATIONS AMERICA,              **INC.**
    LLC, a Delaware limited liability company,
18
              Defendants.
19

20

21         Non-party Google Inc. ("Google") responds and objects to the Subpoena to Produce

22  Documents, Information or Objects ("Subpoena") served on Google by Plaintiff Apple Inc.

23  ("Apple") on April 5, 2012, and the Document Requests set forth within as follows.

24                           **GENERAL OBJECTIONS**

25         1.      Google objects to the Subpoena's purported production date of April 16, 2012,

26  which does not provide sufficient time for Google to collect and produce documents.  Google

27  further objects to the Subpoena on the grounds that it purports to seek discovery regarding Apple's

28  pending motion for a preliminary injunction, but was served too late for Google to produce

1    documents to be considered in resolving that motion.  Subject to its general and specific

2    objections, Google will produce documents and information in response to Request No. 2 below

3    as soon as practicable, and documents in response to any other requests during normal Rule 26

4    discovery.

5         2.    Google objects to the Subpoena as unduly burdensome and harassing to the extent

6    it purports to impose burdens, requirements or obligations that exceed or differ from those

7    permitted by the Federal Rules of Civil Procedure and the Local Rules of the Northern District of

8    California.

9         3.    Google objects to the Subpoena to the extent it calls for legal conclusions.

10        4.    Google objects to the Subpoena to the extent it seeks information protected from

11   disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense

12   privilege or any other applicable privileges and protections.  Google will not provide any

13   privileged information in response to the Subpoena.  Any inadvertent disclosure of privileged

14   information shall not constitute a waiver of any privilege, right, or ground for objecting to

15   providing such information and shall not waive Google's right to object to the use of such

16   information.

17        5.    Google objects to the Subpoena to the extent it calls for the disclosure of

18   proprietary or other confidential information.  Google will only provide such disclosure subject to

19   and in reliance upon an appropriate protective order governing confidential business information.

20        6.    Google objects to the Subpoena to the extent it calls for the disclosure of

21   proprietary or confidential source code.  Google will only provide such disclosure subject to and

22   in reliance upon an appropriate protective order governing confidential source code.

23        7.    Google objects to the Subpoena to the extent it is vague, ambiguous, overbroad,

24   unduly burdensome, oppressive, incomprehensible, harassing, improperly duplicative or

25   cumulative of other discovery, particularly insofar as it contains the terms "any" and "all."

26        8.    Google objects to the Subpoena to the extent that the "Definitions" and

27   "Instructions" purport to enlarge, expand, or alter in any way the plain meaning and scope of any

28   specific Requests where such enlargement, expansion, or alteration renders said Requests vague,

1  ambiguous, overbroad, unduly burdensome, harassing, incomprehensible, or calling for

2  information that is neither relevant nor reasonably calculated to lead to the discovery of admissible

3  evidence.

4         9.     Google objects to the Subpoena to the extent it seeks information not within

5  Google's possession, custody or control.  An objection on this ground does not constitute a

6  representation or admission that such information does, in fact, exist.

7        10.    Google objects to Apple's definition of the terms "You," "Your," and "Google

8  Inc." and to any Requests incorporating those terms, as overbroad, unduly burdensome, vague and

9  ambiguous, and as calling for information that is neither relevant nor reasonably calculated to lead

10  to the discovery of admissible evidence.

11        11.    Google objects to Apple's definition of the term "Samsung" on the grounds that it

12  is unduly broad and purports to impose burdens or requirements upon Google that exceed or differ

13  from the requirements of the Federal Rules of Civil Procedure and the Local Rules of the Northern

14  District of California, particularly insofar as the definition purports to require the production of

15  documents about products irrelevant to this action.

16        12.    Google objects to Apple's definition of the term "Android 4.0 Ice Cream

17  Sandwich" on the grounds that it is unduly broad and purports to impose burdens or requirements

18  upon Google that exceed or differ from the requirements of the Federal Rules of Civil Procedure

19  and the Local Rules of the Northern District of California, particularly insofar as the definition

20  purports to require the production of documents about products irrelevant to this action.

21        13.    Google objects to Apple's definition of the term "Android" on the grounds that it is

22  unduly broad and purports to impose burdens or requirements upon Google that exceed or differ

23  from the requirements of the Federal Rules of Civil Procedure and the Local Rules of the Northern

24  District of California, particularly insofar as the definition purports to require the production of

25  documents about products irrelevant to this action.

26        14.    Google objects to Apple's definition of the term "Samsung Galaxy Nexus" on the

27  grounds that it is unduly broad and purports to impose burdens or requirements upon Google that

28  exceed or differ from the requirements of the Federal Rules of Civil Procedure and the Local

1   Rules of the Northern District of California, particularly insofar as the definition purports to

2   require the production of documents about products irrelevant to this action.

3          15.     Google objects to Apple's definition of the term "Apple" on the grounds that it is

4   unduly broad and purports to impose burdens or requirements upon Google that exceed or differ

5   from the requirements of the Federal Rules of Civil Procedure and the Local Rules of the Northern

6   District of California, particularly insofar as the definition purports to require the production of

7   documents about products irrelevant to this action.

8          16.     Google objects to Apple's definition of the term "Slide to Unlock" on the grounds

9   that it is unduly broad and purports to impose burdens or requirements upon Google that exceed or

10  differ from the requirements of the Federal Rules of Civil Procedure and the Local Rules of the

11  Northern District of California, particularly insofar as the definition purports to require the

12  production of documents about products irrelevant to this action.

13         17.     Google objects to Apple's definition of the term "Text Correction" on the grounds

14  that it is unduly broad and purports to impose burdens or requirements upon Google that exceed or

15  differ from the requirements of the Federal Rules of Civil Procedure and the Local Rules of the

16  Northern District of California, particularly insofar as the definition purports to require the

17  production of documents about products irrelevant to this action.

18         18.     Google objects to Apple's definition of the term "Unified Search" on the grounds

19  that it is unduly broad and purports to impose burdens or requirements upon Google that exceed or

20  differ from the requirements of the Federal Rules of Civil Procedure and the Local Rules of the

21  Northern District of California, particularly insofar as the definition purports to require the

22  production of documents about products irrelevant to this action.

23         19.     Google objects to Apple's definition of the term "Special Text Detection" on the

24  grounds that it is unduly broad and purports to impose burdens or requirements upon Google that

25  exceed or differ from the requirements of the Federal Rules of Civil Procedure and the Local

26  Rules of the Northern District of California, particularly insofar as the definition purports to

27  require the production of documents about products irrelevant to this action.

28

1        20.     Google objects to Apple's definition of the term "Document(s)" on the grounds that

2   it is unduly broad and purports to impose burdens or requirements upon Google that exceed or

3   differ from the requirements of the Federal Rules of Civil Procedure and the Local Rules of the

4   Northern District of California, particularly insofar as the definition purports to require the

5   production of documents about products irrelevant to this action.

6        21.     Google objects to Apple's definition of the term "Relating" on the grounds that it is

7   unduly broad and purports to impose burdens or requirements upon Google that exceed or differ

8   from the requirements of the Federal Rules of Civil Procedure and the Local Rules of the Northern

9   District of California, particularly insofar as the definition purports to require the production of

10  documents about products irrelevant to this action.

11       22.     Google objects to the Subpoena as unduly burdensome, overbroad and oppressive

12  to the extent that it calls for the production of documents that would require Google to perform a

13  technical analysis of the Android software.

14       23.     Google objects to the Subpoena as unduly burdensome, overbroad, oppressive and

15  calling for the production of documents that are not in Google's possession, custody or control to

16  the extent that it calls for documents concerning modifications to source code made by Samsung.

17       24.     Google objects to the Subpoena as unduly burdensome, overbroad, oppressive and

18  calling for the production of documents that are not in Google's possession, custody or control to

19  the extent that it calls for documents concerning the operation of Samsung's accused products.

20       25.     Any objection by Google does not constitute a representation or admission that

21  such information does in fact exist or is known to Google.

22       26.     Google's production of documents is based upon such information as is reasonably

23  available to Google at the time of production.  Further independent discovery, independent

24  investigation, legal research and analysis by Google or its counsel may supply additional facts,

25  information or documents, or add meaning to known facts, information or documents.  Google's

26  productions are given without prejudice to Google's right to provide evidence of or testimony

27  regarding any subsequently discovered or compiled facts, information or documents, or to

28  supplement or modify such Google productions.

-5-                                    CASE NO. 12-CV-00630-LHK

RESPONSES AND OBJECTIONS OF NON-PARTY GOOGLE INC. TO SUBPOENA TO PRODUCE DOCUMENTS FROM APPLE INC.

1    27.    Google objects to Apple's Requests to the extent that they seek information

2   confidential or proprietary to third parties, which Google is contractually required to maintain

3   confidential.  To the extent that the Requests call for such information, Google will produce this

4   information, to the extent relevant and responsive, only in accordance with its obligations under

5   these confidentiality agreements or if ordered by the Court.

6    28.    Google objects to Apple's Requests to the extent that they are improperly

7   duplicative or cumulative of other discovery.

8    29.    Google objects to Apple's Requests to the extent that they seek discovery more

9   appropriately obtained from Samsung.

10    30.    Google objects to Apple's Requests to the extent that they seek information already

11   in Apple's possession or available to Apple from some other source that is more convenient, less

12   burdensome or less expensive, including information available to Apple from Samsung or from

13   public sources.

14    31.    Google objects to Apple's Requests to the extent that they seek information that is

15   equally available from a party in the litigation.

16    32.    Google objects to Apple's Requests to the extent that they impose an undue burden

17   and demand that Google, a non-party, produce documents at its own expense.

18    **SPECIFIC RESPONSES AND OBJECTIONS TO DOCUMENT REQUESTS**

19   **DOCUMENT REQUEST NO. 1:**

20    A copy of the Android mobile platform, in source code form, provided to Samsung for use

21   in the Samsung Galaxy Nexus.

22   **RESPONSE TO DOCUMENT REQUEST NO. 1:**

23    Google incorporates by reference its General Objections as though fully set forth herein.

24   Google further objects to this Request on the grounds that the term "Android mobile platform" is

25   vague and ambiguous.  Google further objects to this Request on the grounds that the term

26   "provided to Samsung for use in the Samsung Galaxy Nexus" is vague and ambiguous.  Google

27   further objects to this Request on the grounds that it seeks information that is neither relevant to

28   any claims or defenses in this litigation nor reasonably calculated to lead to the discovery of

1  admissible evidence.  Google further objects to this Request on the grounds that, to any extent it is

2  not objectionable, it is entirely duplicative of Request No. 2.

3  **DOCUMENT REQUEST NO. 2:**

4      A copy of the Android mobile platform, in source code form, used by Samsung in the

5  Samsung Galaxy Nexus.

6  **RESPONSE TO DOCUMENT REQUEST NO. 2:**

7      Google incorporates by reference its General Objections as though fully set forth herein.

8  Google further objects to this Request on the grounds that the term "Android mobile platform" is

9  vague and ambiguous.  Google further objects to this Request on the grounds that the term "used

10  by Samsung in the Samsung Galaxy Nexus" is vague and ambiguous.  Google further objects to

11  this Request on the grounds that it seeks information that is neither relevant to any claims or

12  defenses in this litigation nor reasonably calculated to lead to the discovery of admissible

13  evidence.  Google further objects to this Request on the grounds that it is duplicative of Request

14  No. 1.

15      Subject to and without waiving its general and specific objections, Google will produce the

16  up-to-date source code concerning the accused functionality compiled into the binary images used

17  on Galaxy Nexus phones sold in the United States.

18  **DOCUMENT REQUEST NO. 3:**

19      Documents sufficient to show any and all differences between the Android mobile

20  platform source code in response to Request No. 1 and the Android 4.0 Ice Cream Sandwich code

21  publicly available from https://android.googlesource.com/platform/manifest, or through the

22  process described at http://source.android.com/source/downloading.html.

23  **RESPONSE TO DOCUMENT REQUEST NO. 3:**

24      Google incorporates by reference its General Objections as though fully set forth herein.

25  Google further objects to this Request on the grounds that the term "any and all differences" is

26  vague and ambiguous.  Google further objects to this Request on the grounds that the term

27  "Android 4.0 Ice Cream Sandwich code publicly available from

28  https://android.googlesource.com/platform/manifest, or through the process described at

1  http://source.android.com/source/downloading.html" is vague and ambiguous.  Google further

2  objects to this Request on the grounds that it seeks information that is neither relevant to any

3  claims or defenses in this litigation nor reasonably calculated to lead to the discovery of

4  admissible evidence.  Google further objects to this Request on the grounds that it is overly broad,

5  unduly burdensome, oppressive, and duplicative.  Google further objects to this Request on the

6  grounds that it seeks information not within Google's possession, custody or control.  Google

7  further objects to this Request on the grounds that it seeks information already in Apple's

8  possession or available to Apple from some other source that is more convenient, less burdensome

9  or less expensive, including information available to Apple from Samsung or from public sources.

10  **DOCUMENT REQUEST NO. 4:**

11       All documents that comprise, refer, or relate to communications between you and Samsung

12  relating to Android, including but not limited to the version of the Android mobile platform as

13  used in the Samsung Galaxy Nexus.

14  **RESPONSE TO DOCUMENT REQUEST NO. 4:**

15       Google incorporates by reference its General Objections as though fully set forth herein.

16  Google further objects to this Topic on the grounds that the term "Android mobile platform as

17  used in the Samsung Galaxy Nexus" is vague and ambiguous.  Google further objects to this

18  Request on the grounds that it seeks information that is neither relevant to any claims or defenses

19  in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  Google

20  further objects to this Request on the grounds that it is overly broad, unduly burdensome,

21  oppressive, and duplicative.  Google further objects to this Request on the grounds that it seeks

22  information not within Google's possession, custody or control.  Google further objects to this

23  Request on the grounds that it seeks information protected from disclosure by the attorney-client

24  privilege, the attorney work product doctrine, or any other applicable privilege or immunity,

25  including but not limited to the common interest or joint defense privileges.  Google further

26  objects to this Request on the grounds that it calls for legal conclusions.  Google further objects to

27  this Request on the grounds that it seeks information already in Apple's possession or available to

28

1   Apple from some other source that is more convenient, less burdensome or less expensive,

2   including information available to Apple from Samsung or from public sources.

3        Subject to and without waiving its general and specific objections, Google is available to

4   meet and confer with Apple regarding an appropriate scope of production in response to this

5   Request.

6   **DOCUMENT REQUEST NO. 5:**

7        All documents that comprise, refer, or relate to communications between you and Samsung

8   relating to Apple, including but not limited to communications relating to Apple's products

9   incorporating any version of the iOS operating system.

10  **RESPONSE TO DOCUMENT REQUEST NO. 5:**

11       Google incorporates by reference its General Objections as though fully set forth herein.

12  Google further objects to this Request on the grounds that it seeks information that is neither

13  relevant to any claims or defenses in this litigation nor reasonably calculated to lead to the

14  discovery of admissible evidence.  Google further objects to this Request on the grounds that it is

15  overly broad, unduly burdensome, oppressive, and duplicative.  Google further objects to this

16  Request on the grounds that it seeks information not within Google's possession, custody or

17  control.  Google further objects to this Request on the grounds that it seeks information protected

18  from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other

19  applicable privilege or immunity, including but not limited to the common interest or joint defense

20  privileges.  Google further objects to this Request on the grounds that it calls for legal conclusions.

21  Google further objects to this Request on the grounds that it seeks information already in Apple's

22  possession or available to Apple from some other source that is more convenient, less burdensome

23  or less expensive, including information available to Apple from Samsung or from public sources.

24  **DOCUMENT REQUEST NO. 6:**

25       All documents that comprise, refer, or relate to communications between you and Samsung

26  relating to Slide to Unlock, Text Correction, Unified Search, and/or Special Text Detection

27  software, features, or functionality, including but not limited to any version of any such software,

28  features, or functionality used in the Samsung Galaxy Nexus or in any version of Android.

-9-     CASE NO. 12-CV-00630-LHK

RESPONSES AND OBJECTIONS OF NON-PARTY GOOGLE INC. TO SUBPOENA TO PRODUCE DOCUMENTS FROM APPLE INC.

1   **RESPONSE TO DOCUMENT REQUEST NO. 6:**

2       Google incorporates by reference its General Objections as though fully set forth herein.

3   Google further objects to this Request on the grounds that the term "Slide to Unlock, Text

4   Correction, Unified Search, and/or Special Text Detection software, features, or functionality" is

5   vague and ambiguous.  Google further objects to this Topic on the grounds that the term "used in

6   the Samsung Galaxy Nexus" is vague and ambiguous.  Google further objects to this Request on

7   the grounds that it seeks information that is neither relevant to any claims or defenses in this

8   litigation nor reasonably calculated to lead to the discovery of admissible evidence.  Google

9   further objects to this Request on the grounds that it is overly broad, unduly burdensome,

10  oppressive, and duplicative.  Google further objects to this Request on the grounds that it seeks

11  information not within Google's possession, custody or control.  Google further objects to this

12  Request on the grounds that it seeks information protected from disclosure by the attorney-client

13  privilege, the attorney work product doctrine, or any other applicable privilege or immunity,

14  including but not limited to the common interest or joint defense privileges.  Google further

15  objects to this Request on the grounds that it calls for legal conclusions.  Google further objects to

16  this Request on the grounds that it seeks information already in Apple's possession or available to

17  Apple from some other source that is more convenient, less burdensome or less expensive,

18  including information available to Apple from Samsung or from public sources.

19      Subject to and without waiving its general and specific objections, Google will produce

20  documents responsive to this Request as part of normal discovery under Federal Rule of Civil

21  Procedure 26.

22  **DOCUMENT REQUEST NO. 7:**

23      Documents sufficient to show the design, development, and implementation in Android 4.0

24  Ice Cream Sandwich of the Slide to Unlock, Text Correction, Unified Search, and/or Special Text

25  Detection software, features, or functionality.

26  **RESPONSE TO DOCUMENT REQUEST NO. 7:**

27      Google incorporates by reference its General Objections as though fully set forth herein.

28  Google further objects to this Request on the grounds that the term "Android 4.0 Ice Cream

1  Sandwich" is vague and ambiguous.  Google further objects to this Request on the grounds that

2  the term "Slide to Unlock, Text Correction, Unified Search, and/or Special Text Detection

3  software, features, or functionality" is vague and ambiguous.  Google further objects to this

4  Request on the grounds that it seeks information that is neither relevant to any claims or defenses

5  in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  Google

6  further objects to this Request on the grounds that it is overly broad, unduly burdensome,

7  oppressive, and duplicative.  Google further objects to this Request on the grounds that it seeks

8  information not within Google's possession, custody or control.  Google further objects to this

9  Request on the grounds that it seeks information protected from disclosure by the attorney-client

10  privilege, the attorney work product doctrine, or any other applicable privilege or immunity,

11  including but not limited to the common interest or joint defense privileges.  Google further

12  objects to this Request on the grounds that it calls for legal conclusions.  Google further objects to

13  this Request on the grounds that it seeks information already in Apple's possession or available to

14  Apple from some other source that is more convenient, less burdensome or less expensive,

15  including information available to Apple from Samsung or from public sources.

16         Subject to and without waiving its general and specific objections, Google will produce

17  documents responsive to this Request as part of normal discovery under Federal Rule of Civil

18  Procedure 26.

19  **DOCUMENT REQUEST NO. 8:**

20         Documents sufficient to show the design of, development of, implementation of and/or

21  decision to implement in any version of Android the Slide to Unlock, Text Correction, Unified

22  Search, and/or Special Text Detection software, features, or functionality.

23  **RESPONSE TO DOCUMENT REQUEST NO. 8:**

24         Google incorporates by reference its General Objections as though fully set forth herein.

25  Google further objects to this Request on the grounds that the term "Slide to Unlock, Text

26  Correction, Unified Search, and/or Special Text Detection software, features, or functionality"  is

27  vague and ambiguous.  Google further objects to this Request on the grounds that it seeks

28  information that is neither relevant to any claims or defenses in this litigation nor reasonably

-11-
CASE NO. 12-CV-00630-LHK
RESPONSES AND OBJECTIONS OF NON-PARTY GOOGLE INC. TO SUBPOENA TO PRODUCE DOCUMENTS FROM APPLE INC.

1    calculated to lead to the discovery of admissible evidence.  Google further objects to this Request

2    on the grounds that it is overly broad, unduly burdensome, oppressive, and duplicative.  Google

3    further objects to this Request on the grounds that it seeks information not within Google's

4    possession, custody or control.  Google further objects to this Request on the grounds that it seeks

5    information protected from disclosure by the attorney-client privilege, the attorney work product

6    doctrine, or any other applicable privilege or immunity, including but not limited to the common

7    interest or joint defense privileges.  Google further objects to this Request on the grounds that it

8    calls for legal conclusions.  Google further objects to this Request on the grounds that it seeks

9    information already in Apple's possession or available to Apple from some other source that is

10   more convenient, less burdensome or less expensive, including information available to Apple

11   from Samsung or from public sources.

12          Subject to and without waiving its general and specific objections, Google will produce

13   documents responsive to this Request as part of normal discovery under Federal Rule of Civil

14   Procedure 26.

15   **DOCUMENT REQUEST NO. 9:**

16          Documents relating to any efforts or attempts, including the analysis and decision-making

17   to engage in such efforts or attempts, to design around or otherwise imitate without directly

18   copying Apple's products that incorporate any version of iOS operating system as well as the

19   Slide to Unlock, Text Correction, Unified Search, and/or Special Text Detection software,

20   features, or functionality.

21   **RESPONSE TO DOCUMENT REQUEST NO. 9:**

22          Google incorporates by reference its General Objections as though fully set forth herein.

23   Google further objects to this Request on the grounds that the term "any efforts or attempts,

24   including the analysis and decision-making to engage in such efforts or attempts" is vague and

25   ambiguous.  Google further objects to this Request on the grounds that the term "design around or

26   otherwise imitate without directly copying" is vague and ambiguous.  Google further objects to

27   this Request on the grounds that the term "Slide to Unlock, Text Correction, Unified Search,

28   and/or Special Text Detection software, features, or functionality" is vague and ambiguous.

1  Google further objects to this Request on the grounds that it seeks information that is neither

2  relevant to any claims or defenses in this litigation nor reasonably calculated to lead to the

3  discovery of admissible evidence.  Google further objects to this Request on the grounds that it is

4  overly broad, unduly burdensome, oppressive, and duplicative.  Google further objects to this

5  Request on the grounds that it seeks information not within Google's possession, custody or

6  control.  Google further objects to this Request on the grounds that it seeks information protected

7  from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other

8  applicable privilege or immunity, including but not limited to the common interest or joint defense

9  privileges.  Google further objects to this Request on the grounds that it calls for legal conclusions.

10 Google further objects to this Request on the grounds that it seeks information already in Apple's

11 possession or available to Apple from some other source that is more convenient, less burdensome

12 or less expensive, including information available to Apple from Samsung or from public sources.

13 **DOCUMENT REQUEST NO. 10:**

14      Documents relating to any analysis, review, consideration, evaluation, inspection, tear-

15 down report, or copying of any Apple product, including but not limited to Apple's products that

16 incorporate any version of the iOS operating system as well as the Slide to Unlock, Text

17 Correction, Unified Search, and Special Text Detection software, features or functionality.

18 **RESPONSE TO DOCUMENT REQUEST NO. 10:**

19      Google incorporates by reference its General Objections as though fully set forth herein.

20 Google further objects to this Request on the grounds that the term "any analysis, review,

21 consideration, evaluation, inspection, tear-down report, or copying" is vague and ambiguous.

22 Google further objects to this Request on the grounds that the term "Slide to Unlock, Text

23 Correction Unified Search, and Special Text Detection software, features, or functionality"  is

24 vague and ambiguous.  Google further objects to this Request on the grounds that it seeks

25 information that is neither relevant to any claims or defenses in this litigation nor reasonably

26 calculated to lead to the discovery of admissible evidence.  Google further objects to this Request

27 on the grounds that it is overly broad, unduly burdensome, oppressive, and duplicative.  Google

28 further objects to this Request on the grounds that it seeks information not within Google's

1    possession, custody or control.  Google further objects to this Request on the grounds that it seeks

2    information protected from disclosure by the attorney-client privilege, the attorney work product

3    doctrine, or any other applicable privilege or immunity, including but not limited to the common

4    interest or joint defense privileges.  Google further objects to this Request on the grounds that it

5    calls for legal conclusions.  Google further objects to this Request on the grounds that it seeks

6    information already in Apple's possession or available to Apple from some other source that is

7    more convenient, less burdensome or less expensive, including information available to Apple

8    from Samsung or from public sources.

9    **DOCUMENT REQUEST NO. 11:**

10         All documents constituting, reflecting or otherwise relating to any analysis, review,

11    research, survey, consideration, or evaluation of the importance to consumers and consumer

12    purchasing decisions of Slide to Unlock, Text Correction, Unified Search, and/or Special Text

13    Detection on a phone or other mobile device.

14    **RESPONSE TO DOCUMENT REQUEST NO. 11:**

15         Google incorporates by reference its General Objections as though fully set forth herein.

16    Google further objects to this Request on the grounds that the term "constituting, reflecting or

17    otherwise relating to any analysis, review, research, survey, consideration, or evaluation" is vague

18    and ambiguous.  Google further objects to this Request on the grounds that the term "the

19    importance to consumers and consumer purchasing decisions" is vague and ambiguous.  Google

20    further objects to this Request on the grounds that the term "Slide to Unlock, Text Correction

21    Unified Search, and/or Special Text Detection" is vague and ambiguous.  Google further objects to

22    the Request on the grounds that the term "on a phone or other mobile device" is vague and

23    ambiguous.  Google further objects to this Request on the grounds that it seeks information that is

24    neither relevant to any claims or defenses in this investigation nor reasonably calculated to lead to

25    the discovery of admissible evidence.  Google further objects to this Request on the grounds that it

26    is overly broad, unduly burdensome, oppressive, and duplicative.  Google further objects to this

27    Request on the grounds that it seeks information not within Google's possession, custody or

28    control.  Google further objects to this Request on the grounds that it seeks information protected

-14-     CASE NO. 12-CV-00630-LHK

RESPONSES AND OBJECTIONS OF NON-PARTY GOOGLE INC. TO SUBPOENA TO PRODUCE DOCUMENTS FROM APPLE INC.

1   from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other

2   applicable privilege or immunity, including but not limited to the common interest or joint defense

3   privileges.  Google further objects to this Request on the grounds that it calls for legal conclusions.

4   Google further objects to this Request on the grounds that it seeks information already in Apple's

5   possession or available to Apple from some other source that is more convenient, less burdensome

6   or less expensive, including information available to Apple from Samsung or from public sources.

7          Subject to and without waiving its general and specific objections, Google is available to

8   meet and confer with Apple regarding an appropriate scope of production in response to this

9   Request.

10  **DOCUMENT REQUEST NO. 12:**

11         All documents constituting, reflecting, or otherwise relating to any analysis, review,

12  research, survey, consideration or evaluation of the importance to consumers and consumer

13  purchasing decisions of the ability or capability to search the Internet on a phone or other mobile

14  device.

15  **RESPONSE TO DOCUMENT REQUEST NO. 12:**

16         Google incorporates by reference its General Objections as though fully set forth herein.

17  Google further objects to this Request on the grounds that the term "constituting, reflecting, or

18  otherwise relating to any analysis, review, research, survey, consideration or evaluation" is vague

19  and ambiguous.  Google further objects to this Request on the grounds that the term "the

20  importance to consumers and consumer purchasing decisions" is vague and ambiguous.  Google

21  further objects to this Request on the grounds that the term "the ability or capability to search the

22  Internet on a phone or other mobile device" is vague and ambiguous.  Google further objects to

23  this Request on the grounds that it seeks information that is neither relevant to any claims or

24  defenses in this investigation nor reasonably calculated to lead to the discovery of admissible

25  evidence.  Google further objects to this Request on the grounds that it is overly broad, unduly

26  burdensome, oppressive, and duplicative.  Google further objects to this Request on the grounds

27  that it seeks information not within Google's possession, custody or control.  Google further

28  objects to this Request on the grounds that it seeks information protected from disclosure by the

1    attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or

2    immunity, including but not limited to the common interest or joint defense privileges.  Google

3    further objects to this Request on the grounds that it calls for legal conclusions.  Google further

4    objects to this Request on the grounds that it seeks information already in Apple's possession or

5    available to Apple from some other source that is more convenient, less burdensome or less

6    expensive, including information available to Apple from Samsung or from public sources.

7           Subject to and without waiving its general and specific objections, Google is available to

8    meet and confer with Apple regarding an appropriate scope of production in response to this

9    Request.

10

11   DATED: April 16, 2012                        QUINN EMANUEL URQUHART &
                                                  SULLIVAN, LLP
12

13
                                                   By /s/ Matthew S. Warren
14                                                    QUINN EMANUEL URQUHART &
                                                      SULLIVAN, LLP
15                                                    Amy H. Candido
                                                      amycandido@quinnemanuel.com
16                                                    Matthew S. Warren
                                                      matthewwarren@quinnemanuel.com
17                                                    50 California Street, 22nd Floor
                                                      San Francisco, California  94111-4788
18                                                    (415) 875-6600
                                                      (415) 875-6700 facsimile
19
                                                      Attorneys for Non-Party Google Inc.
20

21

22

23

24

25

26

27

28

RESPONSES AND OBJECTIONS OF NON-PARTY GOOGLE INC. TO SUBPOENA TO PRODUCE DOCUMENTS FROM APPLE INC.

## **PROOF OF SERVICE**

I am employed in the District of Columbia.  I am over the age of eighteen years and not a party to this action; my business address is Quinn Emanuel Urquhart & Sullivan LLP, 1299 Pennsylvania Avenue NW, Suite 825, Washington, DC 20004.

On April 16, 2012, I served true copies of the following document described as:

**RESPONSES AND OBJECTIONS OF NON-PARTY GOOGLE INC. TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS FROM PLAINTIFF APPLE INC.**

**RESPONSES AND OBJECTIONS OF NON-PARTY GOOGLE INC. TO SUBPOENA TO TESTIFY AT A DEPOSITION FROM PLAINTIFF APPLE INC.**

on the following parties in this action:

See attached service list

**BY MAIL:**  I am "readily familiar" with the practices of Quinn Emanuel Urquhart & Sullivan, LLP for collecting and processing correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business.  At my direction, the foregoing was enclosed in sealed envelope(s) addressed as below, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at San Francisco, California, on that same day following ordinary business practices.

**BY ELECTRONIC MAIL TRANSMISSION:**  By electronic mail transmission from heathermartin@quinnemanuel.com on April 16, 2012, by transmitting a PDF format copy of such document(s) to each such person at the e mail address listed below their address(es).  The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 16, 2012, at Washington, DC.


/s Heather H. Martin
Heather H. Martin

**SERVICE LIST**

Michael A. Jacobs
Richard S.J. Hung
Morrison & Foerster LLP
425 Market Street, 32nd Floor
San Francisco, CA 94105
mjacobs@mofo.com
rhung@mofo.com

Josh A. Krevitt
H. Mark Lyon
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, California 94304
jkrevitt@gibsondunn.com
mlyon@gibsondunn.com

*Counsel for Plaintiff Apple Inc.*

Charles K. Verhoeven
Kevin A. Smith
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
charlesverhoeven@quinnemanuel.com
kevinsmith@quinnemanuel.com

Kevin P.B. Johnson
Victoria F. Maroulis
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
kevinjohnson@quinnemanuel.com

Patrick Shields
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
patrickshields@quinnemanuel.com

*Counsel for Defendants Samsung
Electronics Co., Ltd., Samsung
Electronics America, Inc. and Samsung
Telecommunications America, LLC*