| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA 94304-1211 | San Francisco, California 94105-2482 |
| Telephone: (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE INC.** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

[PROPOSED] ORDER TO SHORTEN TIME ON APPLE'S MOTION TO COMPEL DISCOVERY FROM NON-PARTY GOOGLE, INC.
12-cv-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

1

Plaintiff Apple, Inc. ("Apple") and non-party Google Inc. ("Google") have stipulated and agreed to modify the briefing and hearing schedule regarding Apple's Motion to Compel, in accordance with Civil Local Rules 6-1(b) and 6-2.

Having considered the papers submitted and good cause having been shown, the Court hereby grants the parties' Stipulation to Shorten Time for Briefing and Hearing on Apple's Motion To Compel Discovery Of Documents, Information, Or Objects From Non-Party Google Inc. Accordingly, the schedule will be as follows:

- Apple files its Motion by Tuesday, April 24, 2012, at 11:59 p.m. Pacific Time
- Google files its Opposition by Saturday April 28, 2012, at 5 p.m. Pacific Time
- Apple files its Reply by Monday April 30, 2012 at 10 a.m. Pacific Time
- If necessary, a hearing on the motion will be held on Tuesday May 1, 2012

**IT IS SO ORDERED.**

Dated: April ___, 2012

_____
HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER TO SHORTEN TIME ON APPLE'S MOTION TO COMPEL DISCOVERY FROM NON-PARTY GOOGLE, INC.
12-cv-00630-LHK (PSG)

2