1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

8
9

| | |
|---|---|
| APPLE, INC., a California corporation,        ) | Case No.: 12-CV-00630-LHK |
| ) | |
| Plaintiff,        ) | ORDER REFERRING PARTIES TO |
| ) | MAGISTRATE JUDGE SETTLEMENT |
| v.        ) | CONFERENCE |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a        ) | (re: dkt #93) |
| Korean corporation; SAMSUNG        ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG        ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company,        ) | |
| ) | |
| Defendants.        ) | |
| _____) | |

On April 11, 2012, the parties in this case filed a stipulation selecting private ADR and requesting a deadline of 180 days from the date of the referral order.  *See* ECF No. 93.  However, in *Apple Inc. v. Samsung Elecs. Co. Ltd.*, Case No. 11-cv-01846-LHK ("*Apple I*"), the parties agreed to participate in a Magistrate Judge Settlement Conference ("MJSC") with Judge Spero, and to be represented at the MJSC by the parties' respective chief executive officer ("CEO") and general counsel.  *See Apple I*, ECF No. 873.  The parties have previously represented that any resolution of their disputes must be global.

Accordingly, in the above-captioned matter, the parties' stipulation to private ADR with a 180-day deadline is rejected.  Instead, the parties are hereby referred to an MJSC with Magistrate

Judge Spero with an 82-day deadline, to coincide with the deadline in *Apple I*.  As in *Apple I*, the

CEO and general counsel of the respective parties shall appear at and participate in the MJSC.

**IT IS SO ORDERED.**

Dated:  April 25, 2012

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-00630-LHK
ORDER REFERRING PARTIES TO MJSC

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28