QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc. and Samsung
Telecommunications America LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S NOTICE OF LODGING OF SUPPLEMENTAL MATERIALS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PRELIMINARY INJUNCTION** |

02198.51981/4722918.1

SAMSUNG'S NOTICE OF LODGING

1     TO THE CLERK OF THE COURT AND PLAINTIFF APPLE INC.:

2     PLEASE TAKE NOTICE that Samsung Electronics Co., Ltd., Samsung Electronics

3 America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") is

4 hereby lodging with the Clerk's office a true and correct copy of Apple's April 24, 2012 press

5 release regarding its second quarter fiscal year 2012 earnings (January 1 – March 31), retrieved

6 from Apple's website on April 25, 2012 and attached as Exhibit A, in support of its opposition to

7 Apple's motion for a preliminary injunction.

9 DATED: April 25, 2012     QUINN EMANUEL URQUHART & SULLIVAN, LLP

12     By  /s/ Patrick M. Shields
        Charles K. Verhoeven
        Kevin A. Smith
        Kevin P.B. Johnson
        Victoria F. Maroulis
        William C. Price
        Patrick M. Shields

        Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC