# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

Magistrate Judge Paul S. Grewal

Courtroom 5 - 4th Floor

# Civil Minute Order

Date: April 25, 2012                                    Time in Court: 7 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (11:04 to 11:11)

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: CV12-00630 LHK
Plaintiff Attorney(s) present: Mark Lyon, *telephonically*
Attorney(s) for Non-Party Google Inc. present: Matthew Warren, *telephonically*

**PROCEEDINGS:**
**Scheduling Conference**

Scheduling conference as to 4/25/2012 stipulation to shorten time for briefing and hearing on Apple's motion to compel (Doc. 136) held.
Court to issue order after hearing.

///