1  JOSH A. KREVITT (CA SBN 208552)        MICHAEL A. JACOBS (CA SBN 111664)
   jkrevitt@gibsondunn.com                 mjacobs@mofo.com
2  H. MARK LYON (CA SBN 162061)           RICHARD S.J. HUNG (CA SBN 197425)
   mlyon@gibsondunn.com                    rhung@mofo.com
3  GIBSON, DUNN & CRUTCHER LLP            MORRISON & FOERSTER LLP
   1881 Page Mill Road                     425 Market Street
4  Palo Alto, CA  94304-1211               San Francisco, California 94105-2482
   Telephone: (650) 849-5300               Telephone: (415) 268-7000
5  Facsimile: (650) 849-5333               Facsimile: (415) 268-7522

6  *Attorneys for Plaintiff Apple Inc.*

**IT IS SO ORDERED AS MODIFIED.**
*Paul S. Grewal*
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**[~~PROPOSED~~] ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE INC.** |

[~~PROPOSED~~] ORDER TO SHORTEN TIME ON APPLE'S MOTION TO COMPEL DISCOVERY FROM NON-PARTY GOOGLE, INC.
12-cv-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

1

Plaintiff Apple, Inc. ("Apple") and non-party Google Inc. ("Google") have stipulated and agreed to modify the briefing and hearing schedule regarding Apple's Motion to Compel, in accordance with Civil Local Rules 6-1(b) and 6-2.

Having considered the papers submitted and good cause having been shown, the Court hereby grants the parties' Stipulation to Shorten Time for Briefing and Hearing on Apple's Motion To Compel Discovery Of Documents, Information, Or Objects From Non-Party Google Inc. Accordingly, the schedule will be as follows:

- Apple files its Motion by Tuesday, April 24, 2012, at 11:59 p.m. Pacific Time
- Google files its Opposition by Saturday April 28, 2012, at 5 p.m. Pacific Time
- A'j gctkpi "qp"vj g"o qvkqp"y km'dg'j grf "qp"Vwguf c{ ."O c{ "3."4234."cv'32<22"c0o 0

**IT IS SO ORDERED.**

Dated: April 47, 2012

HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER TO SHORTEN TIME ON APPLE'S MOTION TO COMPEL DISCOVERY FROM NON-PARTY GOOGLE, INC.
12-cv-00630-LHK (PSG)

2

Gibson, Dunn & Crutcher LLP