1  Amy H. Candido
   amycandido@quinnemanuel.com
2  Matthew S. Warren
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART
        & SULLIVAN, LLP
4  50 California Street, 22nd Floor
   San Francisco, California  94111-4788
5  (415) 875-6600
   (415) 875-6700 facsimile
6

7  Attorneys for Non-Party Google Inc.

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 12-cv-00630 LHK<br><br>**DECLARATION OF HEATHER H. MARTIN IN SUPPORT OF GOOGLE'S OPPOSITION TO APPLE'S MOTION TO COMPEL**<br><br>Date: May 1, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiff,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant | |

I, Heather H. Martin, declare:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Google's Opposition to Apple's Motion to Compel. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. Attached to this declaration as Exhibit 1 is a true and correct copy of "Features-Galaxy Nexus," April 28, 2012.

3. Attached to this declaration as Exhibit 2 is a true and correct copy of "Steve Jobs," a biography by Walter Isaacson.

4. Attached to this declaration as Exhibit 3 is a true and correct copy of Order No. 22 in *Certain Personal Data and Mobile Communications Devices and Related Software*, U.S.I.T.C. Inv. No. 337-TA-710 (October 14, 2010) ("710 Investigation").

5. Attached to this declaration as Exhibit 4 is a true and correct copy of the October 28, 2010 Letter from Amy Candido to Charles Fernandez in the 710 Investigation.

6. Attached to this declaration as Exhibit 5 is a true and correct copy of the June 7, 2011 Letter from Matthew S. Warren to Ted Jou in *Certain Mobile Devices and Related Software*, U.S.I.T.C. Inv. No. 337-TA-750 ("750 Investigation").

7. Attached to this declaration as Exhibit 6 is a true and correct copy of the July 20, 2011 Letter from Matthew S. Warren to Ted Jou in the 750 Investigation.

8. Attached to this declaration as Exhibit 7 is a true and correct copy of the September 2, 2011 Letter from Jill J. Ho to Laura Miller in *Apple Inc. and NeXT Software Inc. (f/k/a/ NeXT Computer, Inc.) v. Motorola, Inc. and Motorola Mobility, Inc.*, No. 10-662 (W.D. Wisc.). This case has subsequently been transferred to the Northern District of Illinois as *Apple Inc. and NeXT Software Inc. (f/k/a/ NeXT Computer, Inc.) v. Motorola, Inc. and Motorola Mobility, Inc.*, No. 11-8540 (N.D. Ill.). I will refer to this litigation throughout the remainder of this declaration as the "Northern District of Illinois case."

9. Attached to this declaration as Exhibit 8 is a true and correct copy of the September 7, 2011 Letter from Matthew S. Warren to Jill Ho in the Northern District of Illinois case.

1      10.     Attached to this declaration as Exhibit 9 is a true and correct copy of the January 31, 2012 Letter from Kristin J. Madigan to J. Jason Lang in *Apple, Inc. v. Motorola, Inc. and Motorola Mobility, Inc.*, No. 10-23580 (S.D. Fla.) ("the Southern District of Florida case").

       11.     Attached to this declaration as Exhibit 10 is a true and correct copy of the January 9, 2012 Letter from Kristin J. Madigan to Jill Ho in the Southern District of Florida case.

       12.     Attached to this declaration as Exhibit 11 is a true and correct copy of "Galaxy Nexus: An In-Your-Face Android Phone," November 22, 2011.

       13.     Attached to this declaration as Exhibit 12 is a true and correct copy of "Galaxy Nexus HSPA+ Review" by Miriam Joire, November 24, 2011.

       14.     Attached to this declaration as Exhibit 13 is a true and correct copy of Samsung's Objections and Responses to Apple's First Set of Preliminary Injunction Interrogatories, *Apple Inc. v. Samsung Electronics Co.*, Case No. 12-cv-00630 (N.D. Cal. March 27, 2012). I will refer to this litigation throughout the remainder of this declaration as the "Second Northern District of California case."

       15.     Attached to this declaration as Exhibit 14 is a true and correct copy of the March 29, 2012 Letter from Brian M. Buroker to Patrick Shields in the Second Northern District of California case.

       16.     Attached to this declaration as Exhibit 15 is a true and correct copy of the April 23, 2012 Letter from Heather H. Martin to Jason Lo.

       17.     Attached to this declaration as Exhibit 16 is a true and correct copy of the April 25, 2012 Letter from Jason Lo to Heather H. Martin.

       18.     Attached to this declaration as Exhibit 17 is a true and correct copy of the April 26, 2012 Letter from Heather H. Martin to Jason Lo.

       19.     Attached to this declaration as Exhibit 18 is a true and correct copy of the April 24, 2012 Letter from Heather H. Martin to Jason Lo.

       20.     Attached to this declaration as Exhibit 19 is a true and correct copy of the April 26, 2012 Letter from Heather H. Martin to Jason Lo.

21. Attached to this declaration as Exhibit 20 is a true and correct copy of the August 24, 2011 Hearing Transcript, *Apple Inc. v. Samsung Electronics Co.*, Case. No. 11-cv-01846 (N.D. Cal.). I will refer to this litigation throughout the remainder of this declaration as the "First Northern District of California case."

22. Attached to this declaration as Exhibit 21 is a true and correct copy of the September 28, 2011 Hearing Transcript in the First Northern District of California case.

23. Attached to this declaration as Exhibit 22 is a true and correct copy of the April 24, 2012 email from Jason C. Lo to Heather H. Martin.

24. Attached to this declaration as Exhibit 23 is a true and correct copy of the April 24, 2012 email from Jason C. Lo to Heather H. Martin.

25. Attached to this declaration as Exhibit 24 is a true and correct copy of the April 2, 2012 Letter from Brian M. Buroker to Michael Fazio.

26. Attached to this declaration as Exhibit 25 is a true and correct copy of the April 24, 2012 email from Jason C. Lo to Heather H. Martin.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC on April 28, 2012.

By *Heather H. Martin /KM*
Heather H. Martin