# EXHIBIT 1

# Galaxy Nexus



## Pure Google

Galaxy Nexus is the latest smartphone from Google and comes with Android 4.0, the best Google mobile services and fastest updates directly from Google.



### No Contract, Commitment Free

Purchase Galaxy Nexus directly from Google Play, with no carrier commitment

or contract.
Learn more



### Unlocked

Use Galaxy Nexus on the carrier network of your choice, including T-Mobile and AT&T in the U.S. The

HSPA+ device is compatible over 200 GSM compatible carriers worldwide.
Learn more



### Google Wallet

Make your phone your wallet. With the integrated Google Wallet app, Galaxy Nexus lets you pay quickly

by tapping your phone at the point of sale. After you activate Google Wallet, you'll get $10 in your account.
Learn more



## Simplicity & Beauty

**Android 4.0, Ice Cream Sandwich—brings an entirely
new look and feel to Android. Simple layouts with
subtle animations and delightful flourishes make
everything feel alive.**

Gone are lists of text with icons, replaced by big pictures
and bold text, just like a magazine. Instead of boring
button presses, find your way around with fun,
consistent gestures.

The home screen, web browser, email and everything in
between have been rethought and redesigned to make

Case 5:12-cv-00630-LHK   Document 144-1   Filed 04/28/12   Page 4 of 17

Android simple, beautiful, and beyond smart.









**Widgets galore**

Interact with your favorite apps right from your home screen with new types of widgets. Resize and arrange them to suit yourself.

**Multi-task away**

Quickly switch between apps with a dedicated recent apps button. Dismiss those you don't care about with a swipe of your finger.

**Keep me notified**

Swipe down to see your latest notifications, now with rich graphics and controls. Swipe your finger to dismiss those you don't need.



**Check data usage**

To help avoid data overage charges, you can instantly see your data usage for any period of time or any app—and get notified before reaching your limit. You can even restrict background data for individual apps.



**Browse the Web at your fingertips**

View multiple open pages, swipe to get rid of those you're finished with, and enter incognito mode for private

browsing.

Sync your Google Chrome bookmarks so your favorite sites are always handy. Share pages with friends instantly. And save any web page for offline reading.



## Rapid-fire typing

Dozens of improvements to auto-correction and touch recognition make the keyboard feel natural. A new inline spell checker lets you quickly edit misspelled words. It's never been easier to type long emails or messages on your phone.

## Type with your voice

Galaxy Nexus listens. Simply touch the microphone on the keyboard and start talking to write emails, SMS, or any other text—more than 20 languages supported. Text appears in real time, so there's no waiting for server processing.

## Gmail to go

Gmail makes email fast, fun, and approachable. Swipe between conversations to catch up quickly, and search for emails even without a data connection. Get instant access to rich Gmail features no matter where you are.



## Conquer Your Calendar

Add events quickly, sync with Google Calendar or Microsoft Exchange, and even pinch to adjust your calendar display. It's time to stay on schedule and on top of your game.



## Snap a screenshot

To capture anything you see on your screen, just hold down the power and volume down buttons together. A screenshot appears immediately in Gallery, ready to share.



## Your best business partner

Ice Cream Sandwich is business ready, making it easy to take your Galaxy Nexus to work. With support for Microsoft Exchange, device management, VPNs, encryption, and loads of productivity improvements, Galaxy Nexus is ready to work hard.



## Accessibility

Use a simple gesture to activate eyes-free touch exploration. Enlarge the system-wide font, change the browser's zoom behavior, or make other adjustments to suit your needs.



## Connect & Share

Real-life sharing is nuanced and rich. Galaxy Nexus makes sharing with mobile devices just as easy at it is in person.



**Zero Shutter Lag Camera**

Galaxy Nexus has a full-featured camera with automatic focus, top notch low-light performance, and zero shutter lag. Open it right from your lock screen, and fire off a photo instantly. Snapping several photos is quicker than the blink of an eye.



 **Single-Motion Panoramic Mode**

Take beautiful panorama pictures with Galaxy Nexus. Just point and touch the shutter and pan your phone from one side to another. Android immediately stitches together an expansive panorama photo, ready to share.



**HD Video Camera**

Shoot video in full 1080p, and snap still shots while you're at it. Continuous focus, real-time zoom, and time lapse mode give you the power to shoot stunning videos.

When your footage is ready, create your own movie with Movie Studio and upload it to YouTube.



**Instant Upload**

Your photos upload themselves with Instant Upload, which makes it much easier to share them with family and friends. If you've signed up for Google+, you can enable Instant Upload and share photos with anyone you choose.

  



## Instant photo editing

A full-featured photo editor lets you add filters and effects, adjust color, straighten, reduce red eye, crop, rotate, flip, and even doodle on your favorite photos—right after you take them. Your edits are saved as a copy, so you can always get to the original. And one-touch sharing lets you share your masterpiece.

## Live effects

When you shoot videos, you can choose from a number of silly faces and other fun effects. Galaxy Nexus is smart enough to recognize individual facial features—give your friends big eyes, squeeze heads, make noses bigger. Or change the scenery with background replacement.

Features – Galaxy Nexus







### Google+ Messenger

Texting is great, but not when six different people need to decide on a movie. Messenger turns all those different conversations into a single group chat, so everyone gets on the same page long before thumbs get sore. And now you can send photos to your circles anytime at lightning speed.

### Google Talk with voice and video chat

Video or voice chat lets you communicate live with anyone right from your Galaxy Nexus, whether they're on an Android tablet or phone, or using Gmail and Google Talk on a computer. Have a little fun while you're at it, with silly faces and background video effects.

### Google+, plus some

Connecting with others is fast, fun, and beautiful with the new Google+ app. Check status updates, manage your circles, and quickly share updates and photos. Add the new Google+ widgets to your homescreen to stay on top of status updates.





## Jam On With Play With Music

Play with Music makes discovery, purchase, and listening effortless and fun.
Store your entire collection for free, and stream your music to your Galaxy
Nexus, computer, or other Android devices. Upload music from your
computer, or add your iTunes® library, and everything stays in sync
automatically. Even when you have no data connection—just select the
albums, artists, and playlists you want for offline listening.



## Beyond Smart

If you ever lose your phone or switch phones, just sign in with your Google account to retrieve all your stuff.

Features - Galaxy Nexus



**Android Beam**

Share contacts, web pages, YouTube videos, directions, and apps—just by touching two NFC-enabled Android phones back to back. Tap to beam what's on your phone to your friend.



**Face Unlock**

Case 5:12-cv-00630-LHK    Document 144-1    Filed 04/28/12    Page 16 of 17

Galaxy Nexus introduces a new, fun way to unlock your phone—with a smile. State-of-the-art facial recognition technology lets you switch on your phone and look at it to get past the lock screen—no passwords to remember, nothing to type or swipe.





### Apps & games

Play games, keep up with friends, and stay connected – all from the palm of your hand. With more than 300,000 apps to choose from, you can find the right app when you need it, wherever you are.

You can also browse Google Play on your computer to send apps wirelessly to your Galaxy Nexus.

### Find your way around with Maps

Whether you're driving across the country or walking city streets, Google Maps can help you get around and find places to go. Explore the world around you, search for and rate nearby businesses, check in to share your location, dive into Street View, or see live traffic information.



### Pass the popcorn

Rent your favorite movies from Google Play, starting at $1.99. Movies are available instantly in full HD—no waiting for downloads and syncing or worrying about storage space. You can watch them on any Android device or on the web—or offline.



### Be a bookworm

With nearly three million free digital books and hundred of thousands of titles ready for purchase, finding what you want to read on Google Play is easy. Your library is stored online, so you can read all of your favorite books on just about any device, Galaxy Nexus included. Whenever and wherever you reopen a book you'll pick up right where you left off.

Case 5:12-cv-00630-LHK   Document 144-1   Filed 04/28/12   Page 17 of 17



**YouTube**

YouTube has also been updated to make use of the
HD display on Galaxy Nexus. View your favorite
YouTube content in vibrant, sharp high-definition.

© Google – Terms of Service – Privacy Policy