# EXHIBIT 2

# STEVE JOBS

## WALTER ISAACSON

SIMON & SCHUSTER

New York   London   Toronto   Sydney   New Delhi



Simon & Schuster
1230 Avenue of the Americas
New York, NY 10020

Copyright © 2011 by Walter Isaacson

All rights reserved, including the right to reproduce this book
or portions thereof in any form whatsoever.
For information address Simon & Schuster Subsidiary Rights Department,
1230 Avenue of the Americas, New York, NY 10020.

First Simon & Schuster hardcover edition November 2011

SIMON & SCHUSTER and colophon are registered trademarks
of Simon & Schuster, Inc.

Illustration credits appear on page 629.

For information about special discounts for bulk purchases,
please contact Simon & Schuster Special Sales at
1-866-506-1949 or business@simonandschuster.com.

The Simon & Schuster Speakers Bureau can bring authors to your live event.
For more information or to book an event contact the
Simon & Schuster Speakers Bureau at 1-866-248-3049
or visit our website at www.simonspeakers.com.

*Designed by Joy O'Meara*

Manufactured in the United States of America

9   10   8

Library of Congress Cataloging-in-Publication Data is available.

ISBN 978-1-4516-4853-9
ISBN 978-1-4516-4855-3 (ebook)

512                     WALTER ISAACSON

Jobs had tried to dissuade Google from developing Android. He had gone to Google's headquarters near Palo Alto in 2008 and gotten into a shouting match with Page, Brin, and the head of the Android development team, Andy Rubin. (Because Schmidt was then on the Apple board, he recused himself from discussions involving the iPhone.) "I said we would, if we had good relations, guarantee Google access to the iPhone and guarantee it one or two icons on the home screen," he recalled. But he also threatened that if Google continued to develop Android and used any iPhone features, such as multi-touch, he would sue. At first Google avoided copying certain features, but in January 2010 HTC introduced an Android phone that boasted multi-touch and many other aspects of the iPhone's look and feel. That was the context for Jobs's pronouncement that Google's "Don't be evil" slogan was "bullshit."

So Apple filed suit against HTC (and, by extension, Android), alleging infringement of twenty of its patents. Among them were patents covering various multi-touch gestures, swipe to open, double-tap to zoom, pinch and expand, and the sensors that determined how a device was being held. As he sat in his house in Palo Alto the week the lawsuit was filed, he became angrier than I had ever seen him:

> Our lawsuit is saying, "Google, you fucking ripped off the iPhone, wholesale ripped us off." Grand theft. I will spend my last dying breath if I need to, and I will spend every penny of Apple's $40 billion in the bank, to right this wrong. I'm going to destroy Android, because it's a stolen product. I'm willing to go to thermonuclear war on this. They are scared to death, because they know they are guilty. Outside of Search, Google's products—Android, Google Docs—are shit.

A few days after this rant, Jobs got a call from Schmidt, who had resigned from the Apple board the previous summer. He suggested they get together for coffee, and they met at a café in a Palo Alto shopping center. "We spent half the time talking about personal matters, then half the time on his perception that Google had stolen Apple's user interface designs," recalled Schmidt. When it came to the latter subject, Jobs did most of the talking. Google had ripped him off,