# EXHIBIT 4

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL: (415) 875-6600 FAX: (415) 875-6700

October 28, 2010

<u>VIA ELECTRONIC MAIL</u>

Charles A. Fernandez
Kirkland & Ellis LLP
655 Fifteenth Street
Washington, D.C. 20005
710-apple-htc@kirkland.com

Re:   *Certain Personal Data and Mobile Communication Devices and Related Software*, Inv. No. 337-TA-710 (U.S.I.T.C.)

Dear Charles:

I write in response to your October 24, 2010 letter regarding Google's production of source code in response to Apple's August 27, 2010 subpoena.

As an initial matter, on September 7, 2010, Google produced the entire open-source Android repository (see GOOG-00008105 to GOOG00272487).  We understand that HTC has already produced source code for the HTC Incredible, HTC EVO 4G, HTC Aria, HTC Droid Eris, HTC Hero, and HTC myTouch 3G Slide (Espresso) phones.  By November 1, 2010, pursuant to Order No. 12, Google will make available for inspection, at the San Francisco offices of Quinn Emanuel, source code for the Nexus One, T-Mobile G-1, MyTouch 3G (Sapphire) and Google Talk.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100

October 28, 2010
Page 2

Very truly yours,

/s/ Amy H. Candido

Amy H. Candido

cc: Counsel of Record as follows:
    Office of Unfair Import Investigations (erin.joffre@usitc.gov);
    Bridges & Mavrakakis LLP (apple-itc-710@bridgesmav.com);
    Alston + Bird LLP (itc-defense-710@alston.com);
    Keker & Van Nest LLP (htc-itc-service@kvn.com);
    Perkins Coie LLP (perkins-htc-itc-710@perkinscoie.com).