# EXHIBIT 5

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000  FAX: (213) 443-3100

June 7, 2011

**VIA ELECTRONIC MAIL**

Ted Jou
Weil, Gotshal & Manges LLP
1300 Eye Street NW, Suite 900
Washington, D.C.  20005
ted.jou@weil.com

Re: Certain Mobile Devices and Related Software, Inv. No. 337-TA-750 (U.S.I.T.C.)

Dear Mr. Jou:

I write to follow up on my letter of June 3 and our meet-and-confer discussion of earlier today regarding the production of documents and source code by non-party Google Inc. ("Google").

**1.     Additional Source Code Protections**

During our discussion, we agreed to submit a joint motion to amend the protective order regarding production of documents and source code by Google, including the additional protections in my letter of June 3.  As you requested, I have enclosed with this letter a Word version of my June 3 letter, so that you can prepare a revised draft motion.  We look forward to reviewing this draft.

**2.     Google's Document and Source Code Production**

We also discussed Google's production of documents in response to Apple's subpoena in this investigation.  Google has begun the search and review process for this production, and

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600  FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000  FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000  FAX +49(0) 621 43298 6100

Ted Jou
June 7, 2011
Page 2

anticipates producing responsive and non-privileged documents before the end of June. Regarding source code, we confirmed that in this investigation Apple seeks only Android operating system files for builds corresponding to the two accused Motorola lead devices: the Motorola Droid and Xoom. Google will make this code available for inspection on a confidential source code computer as soon as possible following entry of an appropriate protective order.

3.      **Google 30(b)(6) Depositions**

Finally, we discussed scheduling depositions of Google's corporate designees in response to Apple's subpoena. Google will provide witnesses as soon as possible and will attempt to provide witnesses in June but, given the timing of the subpoena, may not be able to do so. In that case, we agreed to discuss a potential motion to extend the discovery deadline for the purpose of deposing Google's corporate designees.

*     *     *     *     *

Please let me know if you disagree with any of the foregoing.

Very truly yours,

/s
Matthew S. Warren