# EXHIBIT 6

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

July 20, 2011

<u>VIA ELECTRONIC MAIL</u>

Ted Jou
Weil, Gotshal & Manges LLP
1300 Eye Street NW, Suite 900
Washington, D.C. 20005
apple.moto.weil@weil.com

Re:  <u>Certain Mobile Devices and Related Software, Inv. No. 337-TA-750 (U.S.I.T.C.)</u>

Dear Mr. Jou:

I write regarding the production of highly confidential source code by non-party Google Inc. ("Google") in response to the subpoena in this investigation from Apple Inc. Under Order Nos. 1, 4, and 7, including paragraphs 18, 21(A) and 22, Google's confidential source code computer is available for inspection at Quinn Emanuel's Silicon Valley office, 555 Twin Dolphin Drive, Redwood Shores, California.

Very truly yours,

/s
Matthew S. Warren

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100