# EXHIBIT 8

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

September 7, 2011

VIA ELECTRONIC MAIL

Jill Ho
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
apple.moto.weil@weil.com

Re: Apple Inc. v. Motorola, Inc. et al., No. 10-662 (W.D. Wisc.)

Dear Ms. Ho:

I write on behalf of non-party Google Inc. ("Google") regarding Google's production of highly confidential source code in response to Apple's subpoena in this case. Google will begin making its source code available to Apple starting tomorrow, September 8, 2011. We have not yet completed gathering the code requested by Apple, but will do so as soon as possible. We will make additional code available on a rolling basis.

The code is available in Quinn Emanuel's Silicon Valley office. Please direct questions regarding logistics of inspection to Igor Piryazev of that office.

Very truly yours,

/s
Matthew S. Warren

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100