# EXHIBIT 15

**quinn emanuel** trial lawyers | washington, dc

1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL: (202) 538-8000 FAX: (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8126**

WRITER'S EMAIL ADDRESS
**heathermartin@quinnemanuel.com**

April 23, 2012

VIA ELECTRONIC MAIL

Jason Lo
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
jlo@gibsondunn.com

Re:   Apple Inc. v. Samsung Electronics Co., Ltd.. et al., No 12-630 (N.D. Cal.)

Dear Mr. Lo:

I write to finalize plans regarding the deposition of Ken Wakasa.  As we discussed today, Mr. Wakasa lives and works in Tokyo, Japan, as does the team responsible for Android Keyboard, which Apple has accused of infringing the '172 patent.  For unrelated reasons, however, Mr. Wakasa is in Mountain View for the rest of this week.  Next week is Golden Week in Japan when, as I'm sure you know, the country essentially shuts down.  For the two weeks after that, business and family commitments prevent Mr. Wakasa from leaving Japan; again, as you know, it would be illegal to depose him there.

For all these reasons, we offered Mr. Wakasa on Thursday, April 26.  In response, you said Apple could not be ready in time for this deposition, because it fell too soon after Samsung's opposition brief.  In light of your statements, Mr. Wakasa has rearranged his schedule so he can be deposed a day later, Friday, April 27, 2012.  The deposition will commence at 8:00 a.m. PDT, and will have a hard stop at 4:00 p.m. PDT, so that Mr. Wakasa can make his flight back to Japan in time for Golden Week.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543  | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

Jason Lo
April 23, 2012
Page 2

We expect Apple to depose Mr. Wakasa on Friday.  As you know, Apple's notice of deposition sought testimony that day on all four preliminary injunction patents.  If you cannot actually take a deposition on only one of those patents, then we question the urgency of your case.

Very truly yours,

/s/

Heather H. Martin

01980.51871/4719710.1