# EXHIBIT 17

**quinn emanuel** trial lawyers | washington, dc

1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL: (202) 538-8000 FAX: (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8126**

WRITER'S INTERNET ADDRESS
**heathermartin@quinnemanuel.com**

April 26, 2012

Jason Lo
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California  90071-3197
jlo@gibsondunn.com

Re:   Apple Inc. v. Samsung Electronics Co., Ltd., et al., No. 12-630 (N.D. Cal.)

Dear Jason:

I write in reply to your letter of yesterday afternoon.  First, we will proceed with the deposition of Mr. Wakasa on Friday, April 27, 2012, as noticed by Apple.  The deposition will commence at 8:00 a.m. PDT.  I will not repeat my letter of this past Monday explaining why Apple must take Mr. Wakasa's deposition at this time.  We expect you to attend.

Second, you continue to flout the Court's requirement of a pre-motion, in-person meet-and-confer between lead counsel.  You now offer a post-motion, non-in-person meet-and-confer.  Of course this is patently inadequate under the Court's February 22 Order.  Your letter implies that Google has hidden the identity of its lead counsel, which is curious because there are only two names on our discovery responses and, in keeping with standard practice since the inception of our legal system, the name on top is Google's lead counsel.  If Apple really wanted to meet and confer, your lead counsel would already have contacted Ms. Candido.  Of course Apple does not, so he has not.

Third, you persist in seeking to impose on Google protective order protections far less robust than Apple has long insisted for itself.  You suggest that Google agree to give up those protections while the matter is in dispute.  As I have repeatedly said to you in our discussions,

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

Jason Lo
April 26, 2012
Page 2


the sensible thing would be for Apple to enter Google's proposed order without prejudice to Apple's ability to revert to the less restrictive Order should the Court compel Google to supply source code access subject to the current Protective Order.  You have refused to do this, further demonstrating that you wish only to manufacture controversy.  Our offer remains open.

Very truly yours,

/s
Heather H. Martin