# EXHIBIT 18

**quinn emanuel** trial lawyers | washington, dc

1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL: (202) 538-8000  FAX: (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8126**

WRITER'S INTERNET ADDRESS
**heathermartin@quinnemanuel.com**

April 24, 2012

Jason Lo
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California  90071-3197
jlo@gibsondunn.com

Re:   Apple Inc. v. Samsung Electronics Co., Ltd., et al., No. 12-630 (N.D. Cal.)

Dear Jason:

I write to complete the deposition schedule for witnesses from non-party Google Inc. ("Google").  As you know, Mr. Wakasa's deposition will commence at 8:00 a.m. this coming Friday, April 27, 2012.  Google's remaining witnesses are available as follows:

| | |
|---|---|
| Jim Miller | Tuesday, May 1 |
| Cary Clark | Thursday, May 3 |
| Dianne Hackborn | Monday, May 7 |
| Björn Bringert | Thursday, May 10 |

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000  FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600  FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000  FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000  FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666  FAX +7 495 797 3667

Jason Lo
April 24, 2012
Page 2


Each deposition will commence at 9:30 a.m. PDT, and will take place in Quinn Emanuel's Silicon Valley office.  All of our witnesses have rearranged their very busy schedules, and Mr. Clark and Mr. Bringert have agreed to travel to the Northern District of California, in order to make these depositions possible in the limited time available.  We cannot move any of these dates without disrupting the overall schedule.  Please confirm immediately that Apple will attend these depositions.

Very truly yours,

/s
Heather H. Martin