# EXHIBIT 19

**quinn emanuel** trial lawyers | washington, dc

1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL: (202) 538-8000 FAX: (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8126**

WRITER'S INTERNET ADDRESS
**heathermartin@quinnemanuel.com**

April 26, 2012

Jason Lo
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California  90071-3197
jlo@gibsondunn.com

Re:   Apple Inc. v. Samsung Electronics Co., Ltd., et al., No. 12-630 (N.D. Cal.)

Dear Jason:

I write to follow up on your conversation with Matt Warren last week regarding Google's designation of witnesses in response to Apple's subpoena.  From that conversation, Mr. Warren understood that you would be getting back to us with a proposal regarding the topics that Apple wanted Google to provide a witness on during preliminary injunction discovery, but you never did so.  Instead, Apple filed a motion to compel, asserting that Google is refusing to provide witnesses on Apple's Rule 30(b)(6) topics.  But, as you know, that is not correct.  As Mr. Warren explained to you during your prior conversation, each of the Google declarants being offered for deposition would also be Rule 30(b)(6) designees on related topics.

Accordingly, consistent with that prior conversation, Google designates the following witnesses for Topics 2, 7 and 8, subject to Google's objections:  Ken Wakasa, Jim Miller, Cary Clark, Dianne Hackborn and Björn Bringert.  Each witness will testify regarding the functionalities discussed in his or her recently filed declaration.  We believe these designations exhaust all realms of testimony sought under Topics 2, 7 and 8.  Please let me know as soon as possible if you disagree.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

Jason Lo
April 26, 2012
Page 2


We remind you again that Mr. Wakasa's deposition will proceed tomorrow at 8:00 a.m. PDT, the date on which you noticed a much broader deposition involving many more topics. Please confirm that Apple will attend.

Very truly yours,

/s
Heather H. Martin