# EXHIBIT 22

**quinn emanuel** trial lawyers | washington, dc

1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL: (202) 538-8000 FAX: (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8126**

WRITER'S INTERNET ADDRESS
**heathermartin@quinnemanuel.com**

April 24, 2012

<u>VIA ELECTRONIC MAIL</u>

Jason Lo
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
jlo@gibsondunn.com

Re:     <u>Apple Inc. v. Samsung Electronics Co., Ltd., et al., No. 12-630 (N.D. Cal.)</u>

Dear Jason:

I write in response to your emails of earlier today, as well as our brief telephone conference. During the latter, you again declined to narrow Apple's discovery requests in any way.

In one of your emails, you stated that I failed to quote portions of Judge Koh's Order Setting Briefing and Hearing Schedule for Preliminary Injunction Motion dated February 22, 2012, and that those unquoted portions somehow limited the Order's applicability to disputes between parties.  As we discussed during our call, I see no language in the Order suggesting such a limitation; please direct me to it.  Separately, you stated on the phone that Judge Koh did not wish to burden third-parties with the in-person meet-and-confer requirement.  Speaking for non-party Google, I can state with assurance that we believe we do benefit from this requirement, and that Apple's unauthorized motion will be a far greater burden on us than any in-person meet-and-confer discussion, which would likely narrow or eliminate the issues between us.  In any event, I again see no language in the Order to that effect.  I would appreciate it if you could point me to the basis for your belief.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

Jason Lo
April 24, 2012
Page 2


Finally, in another of your emails you indicated that our schedule for briefing cannot suffice because it would inconvenience "our folks working in the East Coast on this issue." This is not an acceptable argument considering Apple chose to bring suit in the Northern District of California. Our proposal is reasonable for lawyers in the Northern District of California – indeed, you do not argue otherwise. If you do not accept our final compromise, we have no agreement. If you move independently for shortened briefing, we expect you will provide our proposal as well as yours to the Court.

Very truly yours,

/s
Heather H. Martin