QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal
4  the following documents:

5    1. Exhibit B to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Compel Further Responses to Samsung's Preliminary Injunction Interrogatories (Interrogatory No. 4) (the "Fazio Declaration"), a true and correct copy of Apple Inc.'s Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple Inc.'s Motion for Preliminary Injunction (Apple's "Objections and Responses");

2. Exhibit F to the Fazio Declaration, a true and correct copy of Apple Inc.'s First Supplemental Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple Inc.'s Motion for Preliminary Injunction (No. 4) (Apple's "First Supplemental Objections and Responses");

3. The portions of Samsung's Motion to Compel that reference the contents of Exhibits B and F to the Fazio Declaration; and

4. The portions of Exhibit D to the Fazio Declaration, a true and correct copy of a letter from Brian M. Buroker to Michael L. Fazio, dated April 2, 2012, that reference the contents of Exhibits B and F to the Fazio Declaration.

5. The portions of Exhibit E to the Fazio Declaration, a true and correct copy of a letter from Michael L. Fazio to Brian M. Buroker, dated April 3, 2012, that reference the contents of Exhibits B and F to the Fazio Declaration.

Samsung has established good cause to permit filing these documents under seal through the Declaration of Michael F. Peng in Support of Samsung's Administrative Motion to File Documents Under Seal, filed herewith.  In short, the above documents discuss and refer to documents and things that Apple has designated as "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the interim protective order.  Samsung accordingly files these documents under seal, and expects that Apple will comply with L.R. 79-5(d) by filing an appropriate

1  declaration with the Court within seven days for those portions and documents that reference
2  Apple-designated information.
3       Samsung's entire filing will be lodged with the Court for in camera review and served on
4  all parties.  Proposed public redacted versions of the documents listed above are attached hereto as
5  exhibits.

8  DATED: April 30, 2012              QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

                                      By /s/ Patrick M. Shields
                                         Charles K. Verhoeven
                                         Kevin P.B. Johnson
                                         Victoria F. Maroulis
                                         Patrick M. Shields
                                         Attorneys for
                                         SAMSUNG ELECTRONICS CO., LTD.,
                                         SAMSUNG ELECTRONICS AMERICA, INC.,
                                         and SAMSUNG TELECOMMUNICATIONS
                                         AMERICA, LLC