1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal relating to Samsung's Motion to Compel Further Responses to Samsung's Preliminary Injunction Interrogatories (Interrogatory No. 4) (Samsung's "Motion to Compel").

   Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration

1 | establishes that the below documents contain information designated by Apple Inc. ("Apple") as
2 | "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY."
3 |     Accordingly, for good cause shown, the Court HEREBY ORDERS that the following
4 | documents shall be filed under seal:

5      1. Exhibit B to the Declaration of Michael L. Fazio in Support of Samsung's Motion to Compel Further Responses to Samsung's Preliminary Injunction Interrogatories (Interrogatory No. 4) (the "Fazio Declaration"), a true and correct copy of Apple Inc.'s Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple Inc.'s Motion for Preliminary Injunction;

10      2. Exhibit F to the Fazio Declaration, a true and correct copy of Apple Inc.'s First Supplemental Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple Inc.'s Motion for Preliminary Injunction (No. 4);

13      3. The portions of Samsung's Motion to Compel that reference the contents of Exhibits B and F to the Fazio Declaration; and

15      4. The portions of Exhibit D to the Fazio Declaration, a true and correct copy of a letter from Brian M. Buroker to Michael L. Fazio, dated April 2, 2012, that reference the contents of Exhibits B and F to the Fazio Declaration.

18      5. The portions of Exhibit E to the Fazio Declaration, a true and correct copy of a letter from Michael L. Fazio to Brian M. Buroker, dated April 3, 2012, that reference the contents of Exhibits B and F to the Fazio Declaration.

23 | DATED: _____

                                                  HON. Paul S. Grewal
                                                  United States Magistrate Judge