1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
12

13 | APPLE INC., a California corporation,           | CASE NO. 12-CV-00630-LHK (PSG)
14 |                Plaintiff,                       | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL FURTHER RESPONSES TO SAMSUNG'S PRELIMINARY INJUNCTION INTERROGATORIES (INTERROGATORY NO. 4)**
15 |                vs.                              |
16 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
17 |                                                 |
18 |                                                 |
19 |                Defendants.                      |
20

21
22
23
24
25
26
27
28

1    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Compel
3 Further Responses to Samsung's Preliminary Injunction Interrogatories (Interrogatory No. 4) (the
4 "Motion").
5    Having considered Samsung's Motion, the declarations cited therein, and all
6 pleadings and other papers in support thereof; and the Opposition filed by Apple Inc. ("Apple"),
7 all declarations cited therein, and all pleadings and other papers in support thereof; and any further
8 argument or evidence presented by the parties; the Court concludes that good cause exists for
9 Samsung's Motion.
10    The Court HEREBY ORDERS that Samsung's Motion is granted in its entirety, and
11 that Apple shall provide a full and complete response to Samsung's Interrogatory No. 4 by June
12 10, 2012.

15 DATED: _____

HON. Paul S. Grewal
United States Magistrate Judge