JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER SEALING SAMSUNG'S UNREDACTED OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARTY INJUNCTION AND SUPPORTING MATERIALS** |

1    Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") filed Samsung's Stipulated
3  Administrative Motion to File Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 on April 23,
4  2012 in support of Samsung's Opposition to Apple's Motion for a Preliminary Injunction.  Pursuant
5  to Civil L.R. 79-5(d), Samsung moved to seal certain documents designated as "CONFIDENTIAL"
6  and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by plaintiff Apple Inc. ("Apple")
7  under the Protective Order applicable in this litigation.  Pursuant to Civil Local Rule 79-5(d), Apple
8  has filed the Declaration of Cyndi Wheeler regarding Samsung's Administrative Motion to File
9  Documents Under Seal in its Opposition to Apple's Motion for Preliminary Injunction (the "Wheeler
10  Declaration").  Also filed by Apple are proposed redacted versions of those documents of which only
11  portions are sealable.  The Wheeler Declaration provides sufficient evidence that the documents and
12  information designated as confidential by Apple, and filed under seal by Samsung, are "privileged or
13  protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil
14  L.R. 79-5(a).

16    Accordingly, IT IS HEREBY ORDERED that the following documents should be filed under
17  seal:
18  • The Declaration of Geoff Cohen, Ph.D in Support of Samsung's Opposition to
19  Apple's Motion for a Preliminary Injunction ("Cohen Declaration") concerning U.S. Patent
20  5,946,647 and accompanying Exhibit TT (of which the proposed redacted version of the Cohen
21  Declaration and Exhibit TT may be filed in public form);
22  • The Declaration of Geoff Cohen, Ph.D in Support of Samsung's Opposition to
23  Apple's Motion for a Preliminary Injunction  concerning U.S. Patent No. 8,046,721 (of which the
24  proposed redacted version of the Cohen Declaration may be filed in public form);
25  • The Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's
26  Motion for a Preliminary Injunction ("Wagner Declaration") and accompanying Exhibits B, L, R, S,
27  T, LL, PP, TT, UU, XX, YY, ZZ, AAA, BBB, DDD, EEE, FFF, GGG, HHH, and III;
28

[PROPOSED] ORDER SEALING SAMSUNG'S UNREDACTED OPPOSITION TO APPLE'S
MOTION FOR A PRELIMINARY INJUNCTION AND SUPPORTING MATERIALS
12-cv-00630-LHK (PSG)

- The Declaration of Daniel C. Posner in Support of Samsung's Opposition to Apple's Motion for a Preliminary Injunction (the "Posner Declaration") and accompanying Exhibits D, G, I, J, K, L, M, O, P, Q, R, S, T, U, V, W, Y, Z, AA, BB, CC, and DD (of which the proposed redacted versions of Exhibits D, G, J, K, L, M, O, P, and U provided by Apple may be filed in public form); and

- The confidential, unredacted version of Samsung's Opposition to Apple's Motion for a Preliminary Injunction, which includes information from the documents discussed above.

Having considered the motion and declaration cited therein, and finding good cause therefore, the Court hereby GRANTS Apple's motion to file under seal.

**IT IS SO ORDERED.**

Dated: _____

                                              Hon. Lucy H. Koh
                                              United States District Judge

[PROPOSED] ORDER SEALING SAMSUNG'S UNREDACTED OPPOSITION TO APPLE'S
MOTION FOR A PRELIMINARY INJUNCTION AND SUPPORTING MATERIALS
12-cv-00630-LHK (PSG)

3

Case 5:12-cv-00630-LHK   Document 147   Filed 05/01/12   Page 4 of 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER SEALING SAMSUNG'S UNREDACTED OPPOSITION TO APPLE'S
MOTION FOR A PRELIMINARY INJUNCTION AND SUPPORTING MATERIALS
12-cv-00630-LHK (PSG)

4