# EXHIBIT TT
# FILED UNDER SEAL

| | |
|---|---|
| From: | Bonnie Nardi <nardi@taurus.apple.com> |
| Sent: | Tuesday, May 23, 1995 8:54 AM (GMT) |
| To: | bkb@apple.com; bob_strong@powertalk.apple.com; bonura@taurus.apple.com; jmiller@atg.apple.com; dave_wright@quickmail.apple.com; hulteen@apple.com; Bruce_Horn.ATG#u#SPEECH@bbcomm.apple.com; laile@taurus.apple.com |
| Subject: | |

Dear All,

At CHI I met a guy from Intel Labs in Oregon

 He is also planning to publish his work (as you'll see in the note below)
 (I didn't tell him anything about our work but my interested questioning seems to have stimulated his paper writing instincts.)

Milind (the guy from Intel) sends some urls which might be interesting so here they are.

Bonnie

-----

From: Milind S Pandit <Milind_S_Pandit@ccm.jf.intel.com>
Message-Id: <Mon, 22 May 95 08:43:03 PDT_4@ccm.jf.intel.com>
To: nardi@apple.com
Subject: Intelligent Agent References?
content-length: 1113

Dear Ms. Nardi,

It was a pleasure to meet you at CHI '95 a week ago. In case you don't remember, we had a conversation about intelligent agents over dinner at the Museum. Your feedback on some of our ideas has made me think more seriously about submitting a paper to CHI '96.

Do you have any references to interesting papers on Intelligent Agents? I would particularly be interested in CHI papers that might be relevant. Below are some URLs I have collected on this subject.

Thanks, and good luck!

---
Milind S. Pandit       |
Senior Software Engineer  |
Intel Comm. Technology Lab | Milind_S_Pandit@ccm.jf.intel.com

----------------------->8=====================================

http://dowvision.wais.net/
http://www.clarinet.com/
http://www.ncsa.uiuc.edu:80/SDG/IT94/Proceedings/Agents/whitehead/whitehead.html
http://harvest.cs.colorado.edu/
http://www.ensemble.com/
http://www.cs.umbc.edu/kqml/papers/
http://www.ai.mit.edu/projects/iiip/home-page.html

EXHIBIT 12

EXHIBIT 10
(WITNESS) Wright 4/3/10 (DATE)
JANIS JENNINGS, CSR 3942

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

MILLER00000035

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000118136