# EXHIBIT D
# FILED UNDER SEAL

Highly Confidential - Attorneys' Eyes Only

Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5   APPLE INC., a California
    corporation,

6

                Plaintiff,

7

    vs.                           CASE NO.  12-cv-00630-LHK

8

    SAMSUNG ELECTRONICS CO.,

9   LTD., a Korean business
    entity; SAMSUNG ELECTRONICS

10  AMERICA,INC., a New York
    corporation; SAMSUNG

11  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited

12  liability company,

13              Defendants.
    _____/

14

15

16        H I G H L Y   C O N F I D E N T I A L

17        A T T O R N E Y S'  E Y E S   O N L Y

18

19      VIDEOTAPED DEPOSITION OF MARK BUCKLEY

20           REDWOOD SHORES, CALIFORNIA

21            TUESDAY, APRIL 10, 2012

22

23  BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR

24  CSR LICENSE NO. 9830

25  JOB NO. 47975

Highly Confidential - Attorneys' Eyes Only

Page 2

1     TUESDAY, APRIL 10,
2          9:23 A.M.
3
4
5
6     VIDEOTAPED DEPOSITION OF MARK BUCKLEY,
7     taken at QUINN EMANUEL URQUHART & SULLIVAN,
8     LLP, 555 Twin Dolphin Drive, Redwood Shores,
9     California, pursuant to Notice, before me,
10    ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR,
11    CSR License No. 9830.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1     A P P E A R A N C E S :
2
3     FOR APPLE INC.:
4     GIBSON DUNN & CRUTCHER
5     By:  MARK REITER, Esq.
6         ASHLEY E. JOHNSON, Esq.
7     2100 McKinney Avenue
8     Dallas, Texas 75201
9
10
11
12
13    FOR SAMSUNG ELECTRONICS CO. LTD:
14    QUINN EMANUEL URQUHART & SULLIVAN
15    By:  JOHN B. QUINN, Esq.
16        SCOTT L. WATSON, Esq.
17    865 S. Figueroa St.
18    Los Angeles, California 90017
19
20
21
22
23    ALSO PRESENT:  Nick Kasimatis, Videographer
24          ---oOo---
25

Page 4

1     REDWOOD SHORES, CALIFORNIA
2      TUESDAY, APRIL 10, 2012
3          9:23 A.M.
4
5
6
7     THE VIDEOGRAPHER:  Good morning.
8     This is the start of tape No. 1 of the
9     videotaped deposition of Mark Buckley in the matter
10    Apple versus Samsung.
11    In the U.S. District Court, Northern District
12    of California, San Jose Division.  Case
13    No. 12-CV-00630-LHK.
14    This deposition is being held at Quinn
15    Emanuel, 555 Twin Dolphin Drive, Redwood Shores,
16    California, on April 10, 2012, at approximately
17    9:23 a.m.
18    My name is Nick Kasimatis.  I'm the legal
19    video specialist from TSG Reporting.
20    The court reporter is Andrea Ignacio in
21    association with TSG Reporting.
22    Will counsel please introduce yourselves.
23    MR. QUINN:  John Quinn, Quinn Emanuel, for
24    Samsung.
25    MR. WATSON:  Scott Watson for Samsung.

Page 5

1     MR. REITER:  Marc Reiter and Ashley Johnson
2     for Apple and the witness.
3     THE VIDEOGRAPHER:  Thank you.
4     Will the court reporter please swear in the
5     witness.
6
7          MARK BUCKLEY,
8      having been sworn as a witness
9      by the Certified Shorthand Reporter,
10         testified as follows:
11
12     EXAMINATION BY MR. QUINN
13    MR. QUINN:  Good morning, Mr. Buckley.
14    THE WITNESS:  Good morning.
15    MR. QUINN:  Q.  Are you aware of the nature
16    of the proceeding in which your deposition is being
17    taken here today?
18    A  I know it's a case between Apple and Samsung.
19    Q  Do you have some general understanding about
20    the subject matter of the case?
21    A  General.
22    Q  And you understand it's a case that involves
23    allegations by -- among other things, allegations by
24    Apple that Samsung has infringed certain patents; is
25    that your understanding?

Highly Confidential - Attorneys' Eyes Only

Page 6

1     A  That's my understanding.
2     Q  And is it your understanding that Apple has
3  filed for a preliminary injunction?
4     A  That's my understanding.
5     Q  And is it -- you understand that your
6  deposition is being taken in connection with that
7  preliminary injunction proceeding?
8     A  I do.
9        MR. REITER:  Let me just interject for a
10  second, just so it's clear on the record, that
11  Mr. Buckley is being offered as a 30(b)(6), designated
12  for Topics 7, 8 and 9 of the notice that was sent by
13  Samsung to Apple.
14        MR. QUINN:  Q.  And are you -- do you have a
15  general understanding of the contentions that Apple
16  has made in connection with the preliminary injunction
17  proceeding?
18     A  I know it relates to four patents.  If they
19  were put in front of me, I would recognize them.
20     Q  Have you had an occasion to read the papers
21  that have been submitted by Apple to the Court in
22  support of its motion for preliminary injunction?
23     A  I have skimmed several documents, not in
24  full.
25     Q  And those documents that you skimmed included

Page 7

1  documents relating to the preliminary injunction
2  application?
3     A  Yes.  One was a deposition notice, and I
4  think there were some rog responses.
5     Q  Have you seen anything -- have you seen
6  documents showing that Apple contends that if a
7  preliminary injunction is not issued, it will suffer
8  what it terms irreparable harm?  Have you seen that?
9     A  Yes, I've heard those terms discussed, yes.
10     Q  Now, as we understand it, you're a witness --
11  as your counsel indicated, you've been designated to
12  testify on certain subjects relating to Apple's sales
13  of products, among other things; is that your
14  understanding?
15     A  Yes, that's part of the topic -- the three
16  topics I'm covering.
17     Q  I'd like to begin by asking you some
18  questions about Apple's sales.
19        And let me just first ask preliminarily:  In
20  reading the documents that you read that were
21  submitted by Apple in connection with the preliminary
22  injunction proceeding, did you see a reference to the
23  fact that Apple contends that it benefits from a
24  certain degree of what it terms "brand loyalty"?
25     A  I don't remember seeing that specifically in

Page 8

1  a document.
2     Q  I mean, do you have any information that in
3  its sales, Apple is a beneficiary of brand loyalty?
4        MR. REITER:  Objection; outside the scope.
5        You can answer.
6        THE WITNESS:  I've read third-party reports
7  that talk about Apple being a very strong brand
8  throughout the world.
9

Page 9

6        MR. QUINN:  All right.
7     Q  So my -- my question now is larger --
8     A  Okay.
9     Q  -- than what documents you've seen.  My
10  question is as to any information at all.

                                   But I've read
18  articles, blogs written by third parties that talk
19  about brand loyalty being very important and something
20  that Apple should be proud of.
21        MR. QUINN:  Again, you responded in terms of
22  documents.  And my --
23        THE WITNESS:  I'm responding to -- you're
24  asking me my understanding of whether brand loyalty
25  has anything to do with sales.  And I'm telling you

3

Highly Confidential - Attorneys' Eyes Only



Page 10

1 that I've read articles about that.
2     MR. QUINN:  Q.  So we've got, you've read
3 articles that indicate some connection between brand
4 loyalty and Apple sales; is that true?
5     A  I don't know if it said anything directly
6 about sales, but it talks about Apple's success and
7 brand being a part of that.
8     Q  Other than these articles that you just
9 referred to, are you aware of any information that
10 indicates that Apple's sales in any respect benefit
11 from Apple's brand loyalty?
12     MR. REITER:  Objection; outside the scope.
13     THE WITNESS:  Can you repeat the first part
14 of the question.

24     MR. QUINN:  Q.  Can you think of anything
25 indirectly which indicates to you, as Apple's

Page 11

1 designated witness on the subject of Apple's sales,
2 that Apple's sales benefit from Apple brand loyalty?
3     MR. REITER:  Outside the scope; objection.
4     THE WITNESS:  I can't think of anything.
5     MR. QUINN:  Let me ask a couple of questions
6 to see if I can probe your memory.
7     Q  Have you ever seen any type of study, data,
8 research internal at Apple, on the subject of brand
9 loyalty?
10     MR. REITER:  I'm just going to interpose a
11 standing objection on "brand loyalty" as being outside
12 the scope so I don't have to interrupt --
13     MR. QUINN:  That's fine.
14     MR. REITER:  -- the questioning.
15     THE WITNESS:  Not that I recall.

Page 12

Page 13

21     Q  Is there any way that you're aware of that
22 someone at Apple could determine whether -- let me
23 start over again.
24     Is there any way that you're aware of that
25 someone at Apple could determine the frequency with

Highly Confidential - Attorneys' Eyes Only

Page 18



```
21        MR. REITER:  I'm going to just caution the
22  witness not to speculate.
```

Page 19

```
 7        MR. QUINN:  Q.  So my question was a little
 8  bit different this time, and that is whether you're
 9  aware of any way that Apple could determine that?
10     A  Sitting here, I can't think of other than
11  surveying the customer.
12     Q  Do you know whether or not from time to time
13  Apple does survey customers for any purpose?
14     A  I believe they do, but it's not my area of
15  responsibility.
16     Q  As you sit here now, can you describe for me
17  the subject matters of any surveys that Apple has ever
18  done of consumers to whom Apple has sold products?
19        MR. REITER:  Objection; outside the scope.
20        THE WITNESS:  I can't think of any.  But I --
21  again, as I mentioned before, I don't -- I don't deal
22  with surveys.
23        MR. QUINN:  I've asked you a number of
24  questions, and you -- or -- and you've given me a
25  number of answers which have alluded to the subject of
```

Page 20

```
 1  surveys.
 2     Q  And I think you've been pretty clear that
 3  that is not your particular area of work; is that
 4  correct?
 5     A  Absolutely.
 6     Q  Whose area would that be at Apple?
 7     A  Art Rangel.
 8     Q  In -- in its sales of Apple devices, does
 9  Apple benefit from something that's referred to as
10  "network effects"?
11     A  Can you define network effects.
12     Q  Well, have you ever heard the term network
13  effects yourself?
14     A  I can't recall.
15     Q  Say --
16     A  I don't -- it's not a term I use.  If I've
17  ever heard somebody say it in passing, I obviously
18  don't remember it.
19     Q  Well, if I refer to network effects as the
20  phenomenon that, you know, the later your -- the
21  larger your install base of a product, the more
22  attraction that product will have to other people who
23  are concerning -- considering making a purchase --
24     A  That's your definition?
25     Q  Yeah.
```

Page 21

```
 1        I mean have you heard of network effects ever
 2  in that context?
 3     A  No.
 4     Q  Or that the demand for a product or service
 5  increases as the numbers of -- of users of that
 6  product increases; have you ever heard of network
 7  effects in that context?
 8     A  No.
 9     Q  Let me see if I can ask the question without
10  using the phrase network effects because as I
11  understand it, your -- you don't know what that -- the
12  phrase network effects means; is that true?
13     A  Yeah, it's not something I've ever used
14  before.
15     Q  In your understanding, is Apple to -- is --
16  is Apple able to make more sales of its products as
17  the number of devices that are in the hands of
18  consumers increases?
19     A  It's not something I've really thought about.
20     Q  So you don't have any understanding one way
21  or another on that?
22     A  No.  I think you've made a point here that
23  the larger install base that you have, the people are
24  more inclined to buy your products.
25        I'm telling you, I haven't seen anything.  I
```

Highly Confidential - Attorneys' Eyes Only

Page 22

1    haven't seen data that supports that. I haven't --
2    it's not something I've thought about before.
3        I think of everything else of what -- of why
4    people might want to buy your -- buy your product --
5    one might buy a product.
6        Q   Have you ever heard of the phenomenon that,
7    you know, the more people have a product, the easier
8    it is to share data and information among people who
9    have that product, and that as the total number of
10   people who have the product goes up, that that becomes
11   an attractive feature that you can share data or
12   information with that product with more people?
13       A   It sounds reasonable.
14       Q   Have you ever heard that Apple sales benefit
15   from that phenomenon?
16       A   I can't think of hearing that, no.



21       Q   If Apple wanted to determine whether that was
22   the case, that is to say, that its products became
23   more attractive to potential purchasers the more
24   products -- the more of its products were in the hands
25   of consumers, is there any way that Apple could

Page 23

1    determine whether that was the case?
2        MR. REITER: Objection; outside the scope.
3        I'd caution you not to speculate.
4        THE WITNESS: It's not my area of
5    responsibility and not something I've thought about.
6        MR. QUINN: Q.   So you can't think of a way?
7        MR. REITER: Objection; outside the scope.
8        THE WITNESS: The only thing that pops in my
9    mind is surveys. But again, it's not my area of
10   responsibility.
11       MR. QUINN: Q.   Have you heard of the term
12   "ecosystem" to refer to the suite of products that a
13   technology company offers?
14       A   Yes.
15       Q   Do you believe that -- do you believe that --
16   how do I put this -- that the sales of Apple products
17   result in enhanced demands for other products which
18   are part of Apple's ecosystem?
19       A   What was the first part? What was the
20   question?
21       Q   Do you believe that the sales of Apple's
22   products result in enhanced demands for other products
23   which are part of Apple's ecosystem?
24       A   I do.
25       Q   And -- and why is that? Why do you believe

Page 24

1    that to be the case?
2        A   Well, personal experience for me. There's an
3    ecosystem, and multiple products all work well
4    together and services that support that and are easy
5    to use.
6



Page 25



4        Q   Have you ever seen any study or research or
5    information that indicates that there is a pattern,
6    that the more one type of device is sold, that the
7    more other types of Apple devices are sold?
8        A   I can't think of any research reports that
9    I've seen that said that. I don't know -- that
10   doesn't mean they don't exist. I just haven't seen
11   them.
12       Q   If Apple wanted to determine whether sales of
13   any particular device in the Apple ecosystem results
14   in increased sales of other devices in the Apple
15   ecosystem, is there a way that Apple could determine
16   that?
17       MR. REITER: Caution the witness not to
18   speculate. Outside the scope.
19       THE WITNESS: It's not something I've thought
20   about.
21       MR. QUINN: Q.   As you sit here now, can --
22   can you think of any way that Apple could determine
23   that?
24       MR. REITER: Same objection.
25       Same caution. Don't speculate.

Highly Confidential - Attorneys' Eyes Only

Page 26

1    THE WITNESS:  You know, I don't know.  Talk
2   to the appropriate people about that.
3        MR. QUINN:  Q.  You would talk to the
4   appropriate people; is that what you're saying?  If
5   you wanted to determine that, you would -- you
6   would -- you would consult with the appropriate
7   people?
8    A  I would ask people.  I mentioned Art Rangel,
9   who heads up market research.  I think that's what he
10  does.  He would be the more appropriate person to
11  answer the question.
12       Q  So again, just to make sure I understand your
13  answer to my question, when I asked you, can you think
14  of a way to do that, your response is you'd talk to
15  the appropriate people, such as Mr. Rangel in the
16  Apple company?
17   A  Yes, to see if that's something they've done.
18       Q  Have you heard of a phenomenon in sales
19  regarding a Apple product referred to as "product
20  stickiness"?  Is that a term that you've ever heard?
21   A  Yes.
22       Q  And in your understanding, what does that
23  term mean as it relates to Apple product sales?
24   A  My personal opinion is that, you know, you tend
25  stickiness is once you buy an Apple product, you tend

Page 27

1   to enjoy that Apple product and buy more.  And you're
2   part of the ecosystem we discussed earlier, and so
3   you're more inclined to buy, you know, content sales
4   from Apple, app sales.
5        Q  It's true, isn't it, that Apple has no
6   information whatsoever to support the -- the idea that
7   Apple devices enjoy stickiness in sales?
8        MR. REITER:  Objection; outside the scope;
9   lacks foundation.
10       THE WITNESS:  I'm sorry.  Is it true what?
11       MR. QUINN:  Q.  It's true, isn't it, that
12  Apple has no information whatsoever to support the
13  idea that Apple devices enjoy stickiness in sales?
14       MR. REITER:  Same objections.
15       THE WITNESS:  No, I don't think I'd say that.
16       MR. QUINN:  Q.  There is information which
17  indicates to you that Apple devices enjoy stickiness?
18   A  No.  I'm saying I'm not aware of it.  I'm not
19  saying it doesn't exist.
20       Q  So it's true, to be clear -- so I'm clear on
21  what you're saying, it's true that you're not aware --
22  you yourself are not aware of any information at all
23  which indicate that Apple devices enjoy stickiness?
24  Is that true?
25       MR. REITER:  Same objection; outside the

Page 28

1   scope.
2        THE WITNESS:  I would say I haven't thought
3   about it, and it would be something I'd want to spend
4   more time thinking about.



Page 29

2        MR. REITER:  Again, this is outside the scope
3   of the deposition topic for which Mr. Buckley has been
4   offered.
5        We're offering another witness for Topics 2,
6   which include stickiness and the phenomena that you're
7   talking about, Mr. Quinn, next week.
8        The witness can answer to the extent you have
9   any personal knowledge, but you're not speaking on
10  behalf of Apple.
11       THE WITNESS:  I would want to research it
12  more.
13       MR. QUINN:  Q.  So sitting here now, you
14  don't have any information?
15   A  That's correct.
16       Q  If Apple wanted to know whether -- if Apple
17  wanted to determine whether sales of Apple devices --
18  if Apple -- let me start over again.
19       If Apple wanted to determine whether this
20  phenomenon of stickiness contributed to sales of Apple
21  devices, do you have any information concerning how
22  Apple could go about determining that?
23       MR. REITER:  Same objection; outside the
24  scope.
25       Caution you not to speculate.

Highly Confidential - Attorneys' Eyes Only

Page 30

1      THE WITNESS:  No, not at this time.
2      MR. QUINN:  Q.  Have you heard of the
3  phenomenon of "switching costs" as it relates to sales
4  of mobile devices?
5      A  I believe it's -- once you're -- well, I
6  think it refers to that once you're set up in an
7  ecosystem, that there would be switching costs to
8  switch out of that ecosystem to another ecosystem.
9      Q  You mean going from one brand to another?
10     A  That's correct.
11     Q  Are you aware of any information concerning
12  whether there are switching costs relating to, say,
13  smartphones?
14     MR. REITER:  Outside the scope.
15     THE WITNESS:  Aware of any information.  No,
16  I'm not aware of any information.  I just know the
17  theory.
18     MR. QUINN:  Q.  Are you aware of any
19  information indicating that Apple sales are
20  affected -- strike that.
21     Are you aware of any inform -- any
22  information whatsoever indicating that Apple's sales
23  of devices are affected in any way by the phenomenon
24  of switching costs?
25     A  I'm not aware.

Page 31

1      Q  If Apple wanted to determine whether or not
2  its sales were affected in any way by switching costs,
3  are you aware of any way that Apple could do that?
4      MR. REITER:  Objection; outside the scope.
5      Caution you not to speculate.
6      THE WITNESS:  It's not something I've thought
7  about, and I'd want to spend more time thinking about
8  it.
9      MR. QUINN:  Q.  So sitting here right now, it
10  would be true to say that you don't have -- you don't
11  know of any way Apple could determine that; is that
12  true?
13     MR. REITER:  Misstates testimony; outside the
14  scope.
15     THE WITNESS:  No.  I'm just saying it's not
16  something I've thought about, and it's something I'd
17  want to think further about.
18     MR. QUINN:  I understand you want to think
19  further about it.
20     Q  But sitting here today, are you -- can you
21  share any information with me about how Apple would go
22  about doing that if it wanted to?
23     A  No.
24

Page 32

24  But you're also leaving out articles on the Internet.
25

Page 33

Highly Confidential - Attorneys' Eyes Only



Page 34

Page 35

6    I'm sure I've read it and, you know, articles on the
7    web.
8         MR. QUINN:  Q.  Is there any information that
9    you can share with me as you sit here today regarding
10   how Apple's market share for smartphones has trended
11   during any period of time?
12        A  I wouldn't want to speculate on the numbers.
13   It's not a report that I've seen internally at Apple.
14   I read a lot of articles on the web, and it does talk
15   about market share data.  That's -- but I don't
16   remember what those were.
17        Q  I don't mean to limit my question to, you
18   know, particular market share numbers.  My question is
19   actually broader than that.
20             What I'm trying to find out is whether there
21   is any information at all that you have that you can
22   share with me concerning market share trends for Apple
23   smartphones during any period of time?
24        A  When we started in '07, we were at 0 percent,
25   and today we're higher than that.

Page 36

1    Q  Okay.
2    A  Sorry.  It's not something that I study.
3    Q  All right.
4         Other than that, do you have any information
5    concerning market share trends for any period of time
6    that you can share with me?
7    A  I don't know what the percentages are, but
8    less than 50 percent is what I recall reading about.
9    Q  Okay.  And have I now exhausted your -- the
10   information that you have available to you as you sit
11   here concerning Apple's smartphone market share trends
12   for all periods of time?
13   A  You have.
14   Q  Just to see if I can jog your memory at all,
15   Apple not too long ago released a new smartphone, the
16   4S, I believe it's called; is that true?
17   A  Yes.
18   Q  And do you know when that was released to the
19   marketplace?
20   A  Mid-October 2011.

Page 37

3    Q  And do you know how -- if Apple's market
4    share for smartphones has trended in -- I guess this
5    is the January, February, March or, what, the second
6    quarter of 2012 for Apple?
7    A  Second fiscal quarter, yes.
8    Q  All right.
9         Do you know how Apple's market share has
10   trended for smartphones in the second fiscal quarter
11   for 2012?
12   A  No.
13   Q  You don't know if it's gone up, down or
14   stayed the same?
15   A  No.
16   Q  Is there anybody at Apple who would know the
17   answer to that?
18   A  I don't know.
19   Q  If you wanted to find out, who would you ask?
20   A  I'd probably ask Art Rangel.
21   Q  Do you know how Apple's market share for
22   tablets has trended in the first two quarters of
23   fiscal year 2012?
24   A  I'd just be speculating.  I don't know.
25   Q  If you wanted to find the answer to that, is

Highly Confidential - Attorneys' Eyes Only



Page 38

```
1   Mr. Rangel also the person you would ask?
2       A   That's who I'd start with, yeah.
3       Q   Do you have any information concerning what
4   the average number of apps that -- is that Apple
5   smartphone purchasers acquire?
6       A   No, I don't know that answer.
7       Q   So if I asked you separately for the 3GS, the
8   4 and the 4S, what the average number of apps
9   purchased by an owner of each was, you wouldn't know
10  the answer to that?
11      A   No.
12      Q   I think we've got a double negative.
13        It's true that you --
14      A   Oh, sorry.  Yes.
15      Q   It's true that you wouldn't know the answer?
16      A   Yes, I would not know the answer.
17      Q   Only lawyers worry about stuff like that.
18        If you wanted to find out the answer to that,
19  who would you ask?
20      A   I'd check with Art Rangel to see if they've
21  done any analysis.
```

Page 39

Page 40

```
4           And then is it typical that if somebody owns
5   multiple Apple devices, that they can use that
6   application across all those devices once they've
7   purchased it?
8       A   Generally, yes.  There may be some apps that
9   are specific to a device.  I think there are some that
10  are iPad-only apps.  I would need to research this a
11  little bit more.  But I believe there are some apps
12  that are specifically made for an iPad, so you
13  wouldn't be using that on an iPod Touch or iPhone.  I
14  don't know if you can use it on an iPod Touch or
15  iPhone.  But that would be something I would want to
16  research.
17      Q   But it would be -- as a general proposition,
18  would it be true that for most apps, you can use it on
19  your tablet as well as on your smartphone?
20      A   Yes.
21      Q   And that's true for the overwhelming majority
22  of apps?
23      A   Yes.  Things that are made for the iPod Touch
24  and the iPhone tend to all work with an iPad.
25      Q   Right.
```

Page 41

Highly Confidential - Attorneys' Eyes Only



Page 42

Page 43

15  Q  If we leave a blank in the transcript, and
16  when you review your transcript, if you remember the
17  title of that, would you mind filling that in for us.
18  A  Yes.
19  Q  You wouldn't mind?
20  A  No.  Actually, I wouldn't mind filling it in.
21    (NAME:                    )
22    MR. QUINN:  So I'd ask the reporter to leave
23  a blank, and if he remembers when he -- when he reads
24  and reviews the transcript, he can put it in.
25    THE WITNESS:  Okay.
    MR. QUINN:  Q.  So if I own an iPhone and I

Page 44

1   get a new iPhone, can I transfer my apps from the
2   first phone to the new phone?
3     A  Yes, generally, yes.  I don't know if there
4   are any specific apps that were made for an older
5   device or a newer device.  I don't know that.  But
6   generally, yes, you can.  I do.
7     Q  So as a general -- as a general proposition,
8   recognizing that there may be some exceptions, is it
9   true that devices made for earlier versions of the
10  iPhone will work on the new versions?
11    A  Apps?
12    Q  Yes.
13    A  Not devices?
14    Q  Yes.  I'm sorry.  Apps.
15    A  Yes.

21    Q  But is it true that as a general
22  proposition -- and you told me there may be some
23  iPad-specific apps -- is -- as a general proposition,
24  is it true that purchasers of iPhones do not have to
25  make a separate purchase of an app in order to run

Page 45

1   that same app on their iPad?
2     A  Generally, that's correct, yes.
3     Q  Do you have any information as to whether or
4   not first-time iPhone users purchase more apps than
5   users who are -- have bought a new phone?  Previously
6   owned an iPhone, and now they've bought a new phone?
7     That's a bad question.
8     Do you have any information as to whether or
9   not first-time iPhone users purchase more apps than
10  consumers who have previously owned an iPhone?
11    A  I have not seen data on that.
12    Q  Is that something that Apple has the data
13  that it -- it can make that determination?
14    A  I don't know.  I'd need to research.
15    Q  Do you have any information as to what the
16  trends have been for any period of time in terms of
17  numbers of app purchases per -- average numbers of app
18  purchases for a device?
19    MR. REITER:  Objection; vague; outside the
20  scope.
21    MR. QUINN:  Q.  Do you understand my
22  question?
23    A  Frequency with which people buy apps?
24    Q  Yeah, but I was really trying to get to the
25  average number of apps, whether Apple has any

Highly Confidential - Attorneys' Eyes Only

Page 46

1  information as to what the trend is in terms of
2  average number of apps purchased per device over any
3  period of time.
4      MR. REITER: Outside the scope.
5      THE WITNESS: It's not something I've seen.
6  That doesn't mean it doesn't exist.
7      MR. QUINN: Q. Do you have any
8  understanding, based upon information that's come to
9  your attention in your work, as to whether the trend
10  is that people are buying more apps per device than
11  they were two years ago, or anything of that nature?
12      A  I don't know.
13      Q  In your understanding, does -- do Apple
14  products compete with the Samsung Galaxy Nexus device?
15      A  I believe they're both smart -- smartphones,
16  so yes, they would compete against each other, in my
17  opinion.
18      Q  And is it your understanding that all the
19  Apple iPhones currently being sold -- or let me first
20  ask a preliminary question.
21          What models of -- do you refer to your
22  iPhones as models or versions, or how do you refer to
23  them at Apple?
24      A  Versions, generations.
25      Q  What versions of the iPhone are sold by Apple

Page 47

1  today?
2      A  The iPhone 3GS, the iPhone 4 and the
3  iPhone 4S.
4      Q  And which of those, in your understanding,
5  compete with the Galaxy Nexus?
6      A  Well, I would think of any alternative
7  smartphone as competition, and so all of them.
8      Q  And if I were to ask you, what facts are you
9  aware of that indicate, for example, that they -- the
10  Galaxy Nexus competes with the 3GS version, what would
11  your answer be?
12      A  They're both smartphones, so sure, they
13  compete.
14      Q  Other than the fact that these are all
15  smartphones, are you aware of any other facts that
16  indicate to you that the Galaxy Nexus competes with
17  those different versions of the iPhone?
18      A  No. It's not something I really think about,
19  but it's not really my area.
20      Q  So the only -- I mean, when you indicate to
21  me that, in your understanding, the Galaxy Nexus
22  competes with all of the smartphones presently --
23  presently being sold by Apple, your sole basis for
24  that is that they are all smartphones --
25      A  Yes.

Page 48

1      Q  -- is that true?
2      A  Yes.
3      MR. QUINN: Can we take a few minutes?
4      MR. REITER: Sure.
5      THE VIDEOGRAPHER: We're off the record at
6  10:25 a.m.
7      (Recess taken.)
8      THE VIDEOGRAPHER: This is the start of
9  Tape 2.
10      We're on the record at 10:36 a.m.
11      MR. QUINN: Q. So in your understanding, do
12  the various Apple iPhone models compete with each
13  other?
14      A  I don't -- I don't really think about it, but
15  sure. They're all smartphones.
16      Q  Let me show you a document that was -- it's
17  already previously been marked as an exhibit in
18  Mr. Rangel's deposition, marked as Exhibit 2.
19      And I'll ask you first whether you've ever
20  seen this document before?
21      A  No.
22      Q  In preparing for your deposition, did you
23  review any documents?
24      MR. REITER: Caution the witness to answer
25  only to the extent any documents you looked at were

Page 49

1  used to refresh your recollection.
2      MR. QUINN: Well, this one is yes or no.
3      MR. REITER: Okay. Fine. You can answer yes
4  or no.
5      THE WITNESS: I have not seen this document
6  before.
7      MR. QUINN: My question is -- and I didn't
8  mean to trip you up -- not about this -- specifically
9  about this document.
10      Q  In preparing for your deposition, did you
11  review any documents?
12      A  Yes.
13      Q  And did you review any documents that
14  refreshed your recollection at all?
15      A  No. I recognized the documents.
16      Q  You reviewed the documents, and they were
17  documents that you already knew; is that what you're
18  telling me?
19      A  Yes.
20      Q  And what were those documents?
21      MR. REITER: I'm going to instruct the
22  witness not to answer based on privilege.
23      MR. QUINN: Q. Can you describe for me
24  categorically what -- what these documents were that
25  you reviewed without telling me specifically what they

Highly Confidential - Attorneys' Eyes Only



Page 50

1    were.

Page 51

Page 52

Page 53

3    MR. QUINN:  Do we have this?
4    MR. REITER:  While I'm thinking about it,
5  we're going to mark this transcript as "Confidential
6  Attorneys Eyes Only," please.
7    MR. QUINN:  I'm going to ask the reporter to
8  mark as Buckley Exhibit 1 a -- a multipage document.
9  The Bates numbers are 51 -- '51357 through '51362, and
10 let me -- I'll just give this to her.
11   (Document marked Buckley Exhibit 1
12    for identification.)
13   THE WITNESS:  Okay.
14   MR. QUINN:  Q.  Let me just ask you whether
15 you've seen this document before?
16   A  Yes.

Highly Confidential - Attorneys' Eyes Only



**Page 58**

1  when we introduced the 3GS, we may have still been
2  selling the -- a lower gigabyte size model of the
3  iPhone 3G.  When we announced the iPhone 4, we started
4  selling the iPhone 3GS at a discounted price.  And
5  then when we announced the iPhone 4S, we kept the 3GS
6  and lowered the price.  We kept the 4 and lowered the
7  price.
8      Q   And on any previous occasion where Apple has
9  introduced a new version of the iPhone, has it
10 discontinued the sale of older versions of the iPhone?
11     A   I believe we did -- when we introduced the
12 iPhone 3G, we didn't continue selling the original
13 iPhone.  I think that was the only year.  I'd want to
14 double-check, but I'm sure that was the only year,
15 early introduction, where we didn't keep the older
16 model.
17     Q   So your best recollection as you sit here is
18 that, except for that occasion when you introduced a
19 new older model, you continued to sell -- when you've
20 introduced a new model, you continued to sell the
21 older models, but at a decreased price?
22     A   Yes.  I'd want to go back and double-check
23 the pricing, but I would have -- I would have expected
24 them to -- the prices to have lowered.
25         And with the caveat that I don't know

**Page 59**

1  100 percent for sure that when we announced the 3GS,
2  that we kept the iPhone 3G.  I'm not 100 percent sure,
3  but I think we did.
10     Q   Are there different gigabytes offered with
11 different versions of the iPhone?
12     A   I believe the non-iPhone 4S models are at
13 8 gigabytes today.
23     Q   Does Apple have any information concerning
24 whether the availability of the Galaxy Nexus in the
25 marketplace impacts one version of the iPhone more

**Page 60**

1  than others?
2      A   I don't know.

**Page 61**

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Page 74

12    Q   Are you aware of any way by which Apple could
13  determine whether or not sales of any Apple smartphone
14  cannibalize sales of other Apple smartphones?
15      MR. REITER:  Caution the witness not to
16  speculate.
17      THE WITNESS:  I don't know.  It's not
18  something I've ever thought about.

Page 75

1    Q   Do you have any information concerning what
2  the trend has been about iPhone 4S sales since it was
3  introduced in mid-October?
4    A   Trend of sale -- unit sales?
5    Q   Yes.  Let's start with that.
6    A   I mean, it's only been four months.  I
7  haven't really -- I guess it's been longer than that
8  now.  Wow, it's been five and a half months.
9      You know, it isn't something I've looked at
10  except knowing -- is it iPhone 4?
11      MR. REITER:  4S.
12      THE WITNESS:  No, I don't know about the
13  trends for the 4S.

Page 76

12    Q   Have you heard of any scuttlebutt, rumors or
13  wild speculation?
14    A   No.
15      MR. REITER:  Objection; calls for
16  speculation.
17      THE WITNESS:  No.
18      MR. QUINN:  Q.  Has anybody -- you know, I --
19  you know, I assume they have water coolers at Apple.
20  Have you ever heard -- have you heard from any source
21  that people have said, "Wow, you know, the iPhone 4S,
22  unlike all our other models, it's not trailing off.
23  It just keeps growing."
24      Or alternatively, "Gee, it's just like the
25  other models.  You know, you have an initial huge

Page 77

1  demand, and it started to trail off," or something
2  like that.
3      Have you heard anything of that nature?
4    A   No.

Highly Confidential - Attorneys' Eyes Only



Page 82

1    Q   Are there any rumors that you have heard that
2   Apple will be bringing out a new version, an iPhone 5?
3   Have you heard that?
4    A   I've read that, yes.
5    Q   Is Apple bringing out a new version of the
6   iPhone?
7    A   I don't know.  I would assume so.  I couldn't
8   tell you when or what.
9    Q   And you haven't -- you haven't heard anything
10   one way or another as to when the next version of the
11   iPhone might be introduced; is that true?
12    A   Not internally, no.  Just the rumors.
13    Q   Are iPhone sales seasonal in any respect?
14    A   It's not something I've really looked at to
15   see if seasons play a part in it, so it's not
16   something I've thought about or looked into.
17    Q   Have you ever heard the view expressed at
18   Apple that Apple -- there are proportionately more
19   smart -- Apple smartphones sold in the first -- the
20   first quarter of the fiscal year because of the
21   holidays?
22    A   I would want to check the data on that.  I'm
23   not sure if that's 100 percent accurate.
24    Q   And you've never -- you don't recall ever
25   hearing that, either; is that true?

Page 83

1    A   For the iPhone, no.
2    Q   How about for any tablet device?
3    A   Sure, I think Christmas quarter has been a --
4   the December quarter has been a strong quarter for the
5   tablet market or tablet business, iPad business.

Page 84

7    Q   Or how about -- whether it's any one specific
8   model, how about any other -- the entry into the
9   market of any other smartphone manufacturers?  Has
10   anybody ever expressed the view that the entry into
11   the market of any other smartphone manufacturer had
12   impacted iPhone sales?
13        MR. REITER:  Objection; vague.
14        THE WITNESS:  I think -- I have a question
15   about privilege.
16        MR. QUINN:  Q.  If there -- if there -- you
17   want to talk to your lawyer about it?
18    A   Yeah.
19    Q   That's fine with me.
20    A   And then I'll come back.
21    Q   We'll take a break.
22    A   Okay.
23    Q   I assume -- I assume you're struggling with
24   whether something is -- that you're thinking of
25   something, and you just don't know whether you know

Page 85

1   that because it was a privileged communication and you
2   want to check with your lawyer?
3    A   Right.
4    Q   I have no problem with that.
5    A   Okay.
6        THE VIDEOGRAPHER:  We're off the record at
7   11:33 a.m.
8        (Recess taken.)
9        THE VIDEOGRAPHER:  We're on the record at
10   11:41 a.m.
11        MR. QUINN:  I know before we broke, we had a
12   pending question, and then there was a potential
13   privilege issue.  I'm going to come back to that.

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Page 98

22      MR. QUINN:  I may be done, but if I could
23 just have a few minutes --
24      MR. REITER:  Sure.
25      MR. QUINN:  -- so he can tell me what I've

Page 99

1 overlooked.
2      MR. REITER:  I understand.
3      MR. QUINN:  I know you're disappointed, but
4 I'm sure you can squeeze in another deposition this
5 afternoon.
6      MR. REITER:  We shall see.
7      THE VIDEOGRAPHER:  We are off the record at
8 12:02 p.m.
9      (Recess taken.)
10      THE VIDEOGRAPHER:  We are on the record at
11 12:11 p.m.

Page 100

9      MR. QUINN:  All right.

Page 101

12      MR. QUINN:  And then we'll mark this as -- is
13 this 4?
14      THE REPORTER:  Yes.
15      MR. QUINN:  Buckley 4, a news article which
16 I'm --
17      THE WITNESS:  Sorry.
18      MR. QUINN:  -- going to show you.
19      (Document marked Buckley Exhibit 4
20       for identification.)
21      MR. QUINN:  Q.  Why don't you take a moment
22 to look at it and tell me if you recall seeing this
23 article before.
24    A  Do you want me to read through it?
25    Q  Yeah, if you need to in order to tell me

Highly Confidential - Attorneys' Eyes Only



Page 102

1  whether you've seen it before or not.
2      Do you recall seeing this article before?
3      A  Maybe not this specific one, but the data
4  within it, yes.
5      Q  Among the things in it, in the second
6  paragraph, it says, and I quote:
7      "According to CEO Tim Cook, the company could
8  have sold more had the company been able to meet
9  demand for the iPhone 4S."
10     Do you recall Mr. Cook saying something to
11 that effect?
12     A  I remember reading about it.  I don't
13 remember hearing him say that.
14     Q  Do you know whether that's true or not
15 that -- I mean, did you understand that to mean that
16 Mr. Cook was saying that Apple was capacity limited
17 when it came to production of the iPhone 4S, at least
18 at some periods in time?
19     MR. REITER:  Objection; outside the scope.
20     THE WITNESS:  I think the available supply
21 was not enough to meet demand.  I don't know what
22 specific dates he's referring to.  I would want to
23 research more what he meant here.
24     MR. QUINN:  Q.  Did -- do you have any
25 information -- or do you have -- do you have any

Page 103

1  information from any source or any understanding about
2  what the limitation was on supply for the iPhone 4S?
3      A  No.
4      Q  Did you hear from any source that there was a
5  limitation on the ability to produce more iPhone 4S
6  units?
7      MR. REITER:  Outside the scope.
8      THE WITNESS:  No.
9      MR. QUINN:  Q.  Did you ever hear anybody
10 inside Apple say that more iPhone 4Ss could be sold if
11 they had the supply?
12     MR. REITER:  Objection; outside the scope.
13     THE WITNESS:  I don't recall hearing anything
14 like that.

Page 104

Page 105



Page 106

Page 107

21    Q   In one of the topics that you were designated
22 to testify on, there's the phrase "products that
23 practice the patents."
24        Do you recall seeing that when you were
25 preparing for your deposition?

Page 108

1    A   Yes.
2    Q   In your understanding, what are the Apple
3 products that practice the patents at issue?
4    A   For three of the patents -- products -- three
5 of the patents, iPod Touch, iPad and iPhones.  And
6 then for one of the patents, it was the iPhone 4S.
7    Q   And that's the ability to search across --
8 the unified search -- what's been referred to as
9 unified search across multiple applications and
10 databases?
11    A   I can't remember if that's exactly what it
12 is, but it sounds right.
13    Q   I mean, it has --
14    A   It has --
15    Q   -- it has some background information on how
16 Siri comes up with the answers?
17    A   That's correct.
18    Q   And with respect to the other three patents,
19 you listed for me the products which patent -- which
20 practice the patents.  The last one you referred to
21 were iPhones?
22    A   Yes.
23    Q   Is it all iPhones that practice those three
24 patents?
25    A   If I remember the three patents correctly, I

Page 109

1 believe they all did.  It was only the Siri-enabled
2 one that was a non -- early gen -- earlier gen,
3 pre-iPhone 4S gen.
4    Q   I -- I think the other three patents are the
5 slide to lock?
6    A   Yes.
7    Q   The word suggestions when you're completing a
8 message?
9    A   Yes.
10    Q   And the third one is -- has been referred to
11 either as detectors or, you know -- you know, the
12 ability to click or swipe on information in a -- in a
13 structure and go right to, like, a web page or a phone
14 number --
15    A   Phone number.
16    Q   -- to make a phone call and the like?
17    A   Yes.
18    Q   That's your understanding of the three?
19    A   That's my understanding.
20    Q   And we haven't clarified what those three
21 were.  It's your understanding that all iPhones
22 practice those three patents?
23    A   That's my understanding.
24    Q   And always have since the first iPhone was
25 introduced in 2007?

Highly Confidential - Attorneys' Eyes Only

Page 110

1      MR. REITER:  Objection; outside the scope.
2      THE WITNESS:  Yeah, I'm not an engineer or
3  technical guy -- person and -- I don't know, but
4  that's my general understanding.  That's correct.
5      MR. QUINN:  Q.  What is -- in your
6  understanding, what was the first iPhone that
7  practiced any of these patents?
8      A  The original iPhone.
9      Q  If I go through each of the three and say,
10  "Did the original iPhone practice this patent," would
11  your answer be "yes" as to each of them?
12      MR. REITER:  Objection; outside the scope.
13      You can answer to the extent you know.
14      THE WITNESS:  Again, I'm not an engineer and
15  probably not the best person to answer this question.
16  I believe that they cover all generations of the
17  phone, at least the three do; and then the one only
18  covers the iPhone 4S.
19      Beyond that, I don't have any additional
20  information.
21      MR. QUINN:  Q.  What was the second version
22  of the iPhone?
23      A  iPhone 3G.
24      Q  Did the iPhone 3G practice all three patents?
25      A  It's my understanding that it did.

Page 111

1      Q  And the next version of the iPhone?
2      A  The iPhone 3GS.
3      Q  And it practiced all three?
4      A  It's my understanding, not being technical or
5  an engineer.
6      Q  But -- and the -- and the 3G and the 3GS are
7  still being sold?
8      A  No.  The 3GS and the iPhone 4 are still being
9  sold, along with the iPhone 4S.
10      Q  Right.  But those -- those four that are
11  being sold now all practice those three patents?
12      MR. REITER:  The four or three?
13      MR. QUINN:  I'm sorry.
14      Q  Those three that are being sold now all
15  practice the three patents?
16      A  That's my understanding.
17      MR. QUINN:  Is there anything else you want
18  on that?
19      Okay.  I guess we're all done.  Thank you.
20      MR. REITER:  I have no questions at this
21  time.
22      MR. QUINN:  Thank you very much, everybody.
23  You're welcome to have a sandwich.
24      THE VIDEOGRAPHER:  This concludes today's
25  deposition.

Page 112

1  We are off the record at 12:27 p.m.
2  (WHEREUPON, the deposition ended
3    at 12:27 p.m.)
4       ---oOo---

Page 113

1           J U R A T
2
3
4  I, MARK BUCKLEY, do hereby certify under
5  Penalty of perjury that I have read the
6  foregoing transcript of my deposition taken
7  on April 10, 2012; that I have made such
8  corrections as appear noted herein in ink,
9  initialed by me; that my testimony as
10  contained herein, as corrected, is true and
11  correct.
12
13
14  DATED this _____ day of _____, 2012,
15  at _____, California.
16
17
18
19  _____
20      SIGNATURE OF WITNESS
21
22
23
24
25

Highly Confidential - Attorneys' Eyes Only

Page 114

1     CERTIFICATE OF REPORTER
2
3
4        I, ANDREA M. IGNACIO HOWARD, hereby certify
5     that the witness in the foregoing deposition was by me
6     duly sworn to tell the truth, the whole truth, and
7     nothing but the truth in the within-entitled cause;
8
9        That said deposition was taken in shorthand
10    by me, a Certified Shorthand Reporter of the State of
11    California, and was thereafter transcribed into
12    typewriting, and that the foregoing transcript
13    constitutes a full, true and correct report of said
14    deposition and of the proceedings which took place;
15
16       That I am a disinterested person to the said
17    action.
18
19       IN WITNESS WHEREOF, I have hereunto set my
20    hand this 10th day of April, 2012.
21
22    _____
23    ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830
24
25

Page 115

1          I N D E X
2
3     DEPOSITION OF MARK BUCKLEY
4
5          EXAMINATION
6                         PAGE
7        BY MR. QUINN          5
8
9          E X H I B I T S
10    EXHIBIT                    PAGE
11    Exhibit 1   Apple Inc., iPhone Units/Revenue   53
12             Report, Bates Nos.
13                APLNDC-Y0000051357 - '62; 6 pgs.
14    Exhibit 2   Apple Inc., iPhone - US Carrier   93
15             & Reseller Pricing, Bates No.
16                APLNDC-Y0000051622; 1 pg.
17    Exhibit 3   ComTech USA Report Q411, Bates   95
18             Nos. APLNDC630-0000135113 - '63;
19             51 pgs.
20    Exhibit 4   Tech Today: Apple's Massive,   101
21             Blowout, Record-Breaking Quarter;
22             2 pgs.
23
24             ---oOo---
25

Page 116

1        E R R A T A  S H E E T
2
3        I, MARK BUCKLEY, make the following changes
4     to my deposition taken in the matter of Apple, Inc.,
5     vs. Samsung Electronics, taken on April 10, 2012:
6
7     DATE:_____   _____
8              Signature of Witness
9     Page    Line   Change
10    ____    ____   _____
11    ____    ____   _____
12    ____    ____   _____
13    ____    ____   _____
14    ____    ____   _____
15    ____    ____   _____
16    ____    ____   _____
17    ____    ____   _____
18    ____    ____   _____
19    ____    ____   _____
20    ____    ____   _____
21    ____    ____   _____
22    ____    ____   _____
23    ____    ____   _____
24    ____    ____   _____
25    ____    ____   _____

Highly Confidential - Attorneys' Eyes Only

Page 114

CERTIFICATE OF REPORTER

1

2

3

4        I, ANDREA M. IGNACIO HOWARD, hereby certify

5    that the witness in the foregoing deposition was by me

6    duly sworn to tell the truth, the whole truth, and

7    nothing but the truth in the within-entitled cause;

8

9        That said deposition was taken in shorthand

10   by me, a Certified Shorthand Reporter of the State of

11   California, and was thereafter transcribed into

12   typewriting, and that the foregoing transcript

13   constitutes a full, true and correct report of said

14   deposition and of the proceedings which took place;

15

16       That I am a disinterested person to the said

17   action.

18

19       IN WITNESS WHEREOF, I have hereunto set my

20   hand this 10th day of April, 2012.

21

22   _____

23   ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

24

25