# EXHIBIT O
# FILED UNDER SEAL

Confidential Apple Business Information - Attorneys' Eyes Only - Under Protective Order
David John Wright        April 6, 2012

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

--oOo--

APPLE INC. and NeXT         )
SOFTWARE, INC., (f/k/a NeXT )
COMPUTER, INC.),            )
                            )
        Plaintiffs,         )
                            )
   vs.                      )  No. 1:11-cv-08540
MOTOROLA, INC. and MOTOROLA )
MOBILITY, INC.,             )
                            )
        Defendants.         )
_____)


CONFIDENTIAL APPLE BUSINESS INFORMATION
ATTORNEYS' EYES ONLY - UNDER PROTECTIVE ORDER



VIDEOTAPED DEPOSITION OF

DAVID JOHN WRIGHT
_____

FRIDAY, APRIL 6, 2012




REPORTED BY: DIANE M. WINTER, RMR, CRR, CSR NO. 3186

David John Wright                    April 6, 2012

```
                                    Page 2
 1              I N D E X
 2        INDEX OF EXAMINATIONS
 3                              PAGE
 4   BY MS. FAIRNENY                  7
 5
 6
 7
 8
 9     EXHIBITS MARKED FOR IDENTIFICATION
10   No.       Description              Page
11   Exhibit 1   Resume of David J. Wright
                 (WI-Apple0456931/34)............... 37
12
     Exhibit 2   Email dated 9-28-94, Subject:
13               "Structure detectors"
                 (WI-Apple1729181).................. 74
14
     Exhibit 3   The ATG Review, No. 14, April 1997
15               (WI-Apple0313263/296).............. 74
16   Exhibit 4   US Patent No. 5,946,647
                 (No Bates)......................... 92
17
     Exhibit 5   Email dated 6-25-96, Subject: "Re:
18               TF$ slides" (APLNDC630-0000117804). 111
19   Exhibit 6   Email chain, topmost dated 11-9-95,
                 Subject: "Re: More problems with
20               SD ("(WI-Apple1729112/13)......... 119
21   Exhibit 7   Email dated 11-26-96, Subject:
                 "Update on Performance of LiveDoc"
22               (WI-Apple0457266).................. 120
23   Exhibit 8   Email dated 11-26-96, Subject: "Re:
                 Update on Performance of LiveDoc"
24               (WI-Apple0457267).................. 126
25
```

```
                                    Page 3
 1   Exhibit 9   Engineering Response Document titled
                 "Apple Data Detectors", ver 1 0
 2               (WI-Apple0457269/80)              130
 3   Exhibit 10  Structure Detectors Engineering
                 Reference Specification, ver 1 0
 4               (WI-Apple1729538/53)              131
 5   Exhibit 11  Engineering Response Document titled
                 "Apple Data Detectors", ver 1 0,
 6               with marketing documents attached
                 (WI-Apple1729324/46)              139
 7
     Exhibit 12  Email chain, topmost dated 5-23-95,
 8               Subject: (Left blank)
                 (APLNDC630-0000118136)            150
 9
     Exhibit 13  Email chain, topmost dated 9-28-94,
10               Subject: "Re: Nautiuls wants your
                 technology" (WI-Apple1729183/86)  154
11
     Exhibit 14  Email dated 6-2-95, Subject:
12               "Finally - working code!"
                 (WI-Apple1719542)                 165
13
     Exhibit 15  Screen Shot LiveDoc 1 6 demo
14               (WI-Apple1719569)                 168
15   Exhibit 16  Screen Shot LiveDoc 1 6 demo
                 (WI-Apple1719570)                 168
16
     Exhibit 17  Screen Shot (WI-Apple1719571)     168
17
     Exhibit 18  Screen Shot (WI-Apple1719572)     168
18
     Exhibit 19  Screen Shot (WI-Apple1719573)     168
19
20
21
22
23
24
25
```

```
                                    Page 4
 1          The videotaped deposition of DAVID JOHN
 2   WRIGHT was taken by the defendants at 201 Redwood
 3   Shores Parkway, Redwood Shores, California,
 4   commencing at 10:28 A M , on FRIDAY, APRIL 6, 2012,
 5   before DIANE M  WINTER, CSR, pursuant to Notice and
 6   Subpoena
 7                     --oOo--
 8            A P P E A R A N C E S
 9   FOR THE PLAINTIFFS APPLE AND NEXT SOFTWARE, INC  AND
     THE DEPONENT:
10   (In the Northern District of Illinois case)
11      WEIL, GOTSHAL & MANGES LLP
         201 Redwood Shores Parkway
12       Redwood Shores, California  94065-1134
         650 802 3000
13       BY:  JILL J  SCHMIDT, ESQ
            jill schmidt@weil com
14
15
16
17   FOR THE PLAINTIFFS APPLE, INC  AND THE DEPONENT:
     (In the Northern District of California case)
18
         GIBSON, DUNN & CRUTCHER LLP
19       2100 McKinney Avenue
         Dallas, Texas  75201-6912
20       214 698 3100
         BY:  ROBERT A  VINCENT, ESQ
21         rvincent@gibsondunn com
22
23
24
25
```

```
                                    Page 5
 1   FOR THE DEFENDANTS MOTOROLA, INC  AND MOTOROLA
     MOBILITY, INC :
 2   (In the Northern District of Illinois case)
 3       QUINN EMANUEL URQUHART & SULLIVAN LLP
         51 Madison Avenue, 23rd Floor
 4       New York, New York  10010
         212 849 7000
 5       BY:  LAURA FAIRNENY, ESQ
            laurafairneny@quinnemanuel com
 6
 7
 8
 9   FOR THE DEFENDANTS SAMSUNG ELECTRONICS CO , LTD ,
     ET AL :
10   (In the Northern District of California case)
11       QUINN EMANUEL URQUHART & SULLIVAN LLP
         51 Madison Avenue, 23rd Floor
12       New York, New York  10010
         212 849 7000
13       BY:  ANASTASIA M  FERNANDS, ESQ
            anastasiafernands@quinnemanuel com
14
15
16
17   ALSO PRESENT:  Patrick Murray, videographer
18                     --oOo--
19
20
21
22
23
24
25
```

2 (Pages 2 to 5)

Confidential Apple Business Information - Attorneys' Eyes Only - Under Protective Order

David John Wright     April 6, 2012

Page 6

```
            1         REDWOOD SHORES, CALIFORNIA
            2         FRIDAY, APRIL 6, 2012  10:28 A.M.
            3                   --oOo--
            4              P R O C E E D I N G S
            5         VIDEOGRAPHER:  Here begins volume 1, DVD
10:28:11    6  No. 1 in the deposition of David Wright in the
10:28:13    7  matter of Apple Inc. and NeXT Software, Inc. versus
10:28:17    8  Motorola Inc. and Motorola Mobility Inc. in U.S.
10:28:21    9  District Court, Northern District of Illinois.  The
10:28:24   10  case number is 1:11-CV-08540.  Today's date is April
10:28:30   11  6th, 2012.  The time on the video monitor is 10:28.
10:28:36   12         The video operator today is Patrick Murray,
10:28:39   13  a notary public contracted by Merrill Court
10:28:42   14  Reporting, San Francisco, California.  This video
10:28:45   15  deposition is taking place at 201 Redwood Shores
10:28:49   16  Parkway, Redwood Shores, California.
10:28:51   17         Counsel, please identify yourselves and
10:28:53   18  state whom you represent.
10:28:56   19         MS. FAIRNENY:  Laura Fairneny of Quinn
10:28:59   20  Emanuel Urquhart & Sullivan for Motorola.
10:29:03   21         MS. FERNANDS:  Anastasia Fernands of Quinn
10:29:05   22  Emanuel Urquhart & Sullivan for Samsung Electronics
10:29:07   23         MS. SCHMIDT:  Jill Schmidt from Weil
10:29:11   24  Gotshal & Manges representing Apple and the witness
10:29:12   25  in the Apple/Motorola action.
```

Page 7

```
10:29:14    1         MR. VINCENT:  Robert Vincent from Gibson
10:29:18    2  Dunn representing Apple in the same action, as well
10:29:20    3  as the witness.
10:29:21    4         VIDEOGRAPHER:  The court reporter today is
10:29:23    5  Diane Winter of Merrill.  Would the reporter please
10:29:25    6  swear in the witness.
10:29:25    7              DAVID JOHN WRIGHT,
10:29:25    8  called as a witness herein and who, being first duly
10:29:33    9  sworn, was examined and testified as follows:
10:29:33   10         VIDEOGRAPHER:  Please begin.
10:29:35   11            EXAMINATION BY MS. FAIRNENY
10:29:35   12     Q   Good morning.
10:29:36   13     A   Good morning.
10:29:40   14     Q   Could you please --
10:29:41   15         MS. FERNANDS:  Apologies.  Can you hear me
10:29:44   16  because I'm not mic'd?
10:29:46   17         VIDEOGRAPHER:  I can.
10:29:47   18         MS. FERNANDS:  We wanted to put on the
10:29:49   19  record that although this is being taken under the
10:29:51   20  caption of the Apple versus Motorola matter, that
10:29:54   21  the deposition will also -- is also pursuant to a
10:29:55   22  subpoena to Mr. Wright in connection with the Apple
10:29:58   23  versus Samsung matter, which is Northern District of
10:30:01   24  California, 12-CV-00630 LHK.  And that the
10:30:06   25  deposition under the Motorola caption can be used
```

Page 8

```
10:30:09    1  equally in that Samsung matter.
10:30:15    2         MS. FAIRNENY:  Great.  Now that the
10:30:15    3  technicalities are over I'll say good morning again.
10:30:19    4         THE WITNESS:  Good morning.
10:30:19    5     Q   (BY MS. FAIRNENY)  Could you please state
10:30:21    6  your name for the record.
10:30:22    7     A   David John Wright.
10:30:23    8     Q   And where do you live?
10:30:24    9     A   San Jose, California.
10:30:25   10     Q   Great.  So I think you've done this before,
10:30:28   11  but I'm just going to go over some of the ground
10:30:31   12  rules for the deposition.
10:30:31   13         You've just been sworn in.  That's like
10:30:33   14  being sworn in in court.  It's the same effect.  And
10:30:36   15  so is there any reason you cannot answer completely
10:30:38   16  and truthfully to my questions today?
10:30:40   17     A   No.
10:30:40   18     Q   And I'm just going to keep going over some
10:30:43   19  of the other rules.  As you can see today's
10:30:45   20  deposition is being transcribed, being taken down by
10:30:47   21  the court reporter, so we'll try to avoid talking
10:30:50   22  over each other.
10:30:50   23     A   Okay.
10:30:50   24     Q   So I'll let you if you finish your answer
10:30:52   25  before I ask my next question.  If you let me finish
```

Page 9

```
10:30:55    1  my question before you begin to answer that would be
10:30:57    2  great.
10:30:58    3         And also, because it's being transcribed,
10:31:00    4  it's important to answer verbally.  So try to avoid
10:31:03    5  uh-huh instead of yes, and nodding your head instead
10:31:06    6  of saying yes as well.
10:31:07    7         If at any point you don't understand a
10:31:09    8  question, please just ask me to clarify, I'll try my
10:31:12    9  best to do so.  If you don't ask for a clarification
10:31:14   10  I'll assume you understood the question.
10:31:17   11         And your counsel may object during the
10:31:18   12  deposition.  Unless your counsel instructs you not
10:31:20   13  to answer, please go ahead and answer my question.
10:31:22   14  And if you ever need to take a break, we'll finish
10:31:25   15  the pending question, let me know and we'll try to
10:31:27   16  accommodate that.
10:31:28   17     A   Okay.
10:31:28   18     Q   Do you understand all that?
10:31:29   19     A   Yes.
10:31:30   20     Q   Okay.  Great.  So have you previously been
10:31:33   21  deposed?
10:31:33   22     A   Yes.
10:31:33   23     Q   How many times?
10:31:35   24     A   Once.
10:31:36   25     Q   Once.  And what was that matter related to?
```

3 (Pages 6 to 9)

Confidential Apple Business Information - Attorneys' Eyes Only - Under Protective Order

David John Wright    April 6, 2012

Page 146

```
15:26:27  1   that's running, so I'll just not word it that way.
15:26:29  2       Q  (BY MS. FAIRNENY)  Here, let me, let me
15:26:30  3   rephrase it.
15:26:31  4       A  Okay.
15:26:33  5   [REDACTED]
              ...
15:27:33 23           MS. SCHMIDT:  Vague and asked and answered.
15:27:35 24           THE WITNESS:  I don't think I would word it
15:27:40 25   that way.
```

Page 147

```
15:27:45  1       Q  (BY MS. FAIRNENY)  How would you word it?
15:27:47  2   [REDACTED]
              ...
15:29:13 25           MS. SCHMIDT:  Vague.
```

Page 148

```
15:29:17  1   [REDACTED]
              ...
15:30:41 25           MS. SCHMIDT:  Vague.
```

Page 149

```
15:30:42  1           THE WITNESS:  I don't know.  I don't
15:30:44  2   remember.
15:30:49  3       Q  (BY MS. FAIRNENY)  If you could turn to
15:30:51  4   page 15 of the marketing requirements document,
15:30:54  5   which is Wright Exhibit 11, to the page with Bates
15:30:58  6   number WI-Apple1729344.
15:31:05  7       A  Sorry, one more time.  I'm sorry.
15:31:07  8       Q  It's page 15.
15:31:10  9       A  Of the MRD page 15?
15:31:12 10       Q  Correct.
15:31:16 11       A  Oh, 9344.  Is that what you said?
15:31:20 12       Q  Right.  And this section is entitled
15:31:22 13   "Competition," correct?
15:31:23 14       A  Yes.
15:31:24 15       Q  And it says, "Microsoft and Intel are both
15:31:27 16   moving into this space of context awareness."
15:31:31 17           Do you see that?
15:31:31 18       A  Yeah.
15:31:33 19       Q  Were you aware of the products that
15:31:37 20   Microsoft and Intel were developing into the space
15:31:41 21   of context awareness?
15:31:43 22       A  I don't recall knowing that.
15:31:46 23       Q  Do you recall hearing about a product
15:31:48 24   called Selection Recognition Agent?
15:31:50 25       A  I don't remember.
```

38 (Pages 146 to 149)

Confidential Apple Business Information - Attorneys' Eyes Only - Under Protective Order

David John Wright         April 6, 2012

Page 150

```
15:31:52  1        Q  Do you recall a product called Outlook that
15:31:55  2   Microsoft was developing?
15:31:58  3        A  I don't remember.
15:32:07  4           MS. FAIRNENY:  Put that one aside.
15:32:24  5              (Deposition Exhibit 12 was
15:32:25  6               marked for identification.)
15:32:25  7        Q  (BY MS. FAIRNENY)  We just marked Wright
15:32:28  8   Exhibit 12, which was also a document that was
15:32:29  9   produced by Apple in the Samsung litigation so it
15:32:32 10   has a Bates stamp that reflects that.  It's an Apple
15:32:35 11   document, however, and it's got a number of
15:32:41 12   APLNDC630-0000118136.
15:32:48 13           And here if we start -- this is an email
15:32:51 14   chain, correct?
15:32:55 15           MS. SCHMIDT:  I'm just going to state I
15:32:57 16   think this was also produced in our litigation.
15:32:59 17           MS. FAIRNENY:  I would have to check for
15:33:01 18   sure, but I believe so.
15:33:06 19           THE WITNESS:  Why -- oh, because there is
15:33:07 20   quoted text, that's -- what do you mean by chain?
15:33:10 21        Q  (BY MS. FAIRNENY)  Sorry, I'll back up.
15:33:12 22   Let's start from the top, so to speak.
15:33:15 23        A  Okay.
15:33:16 24        Q  So this email is from Bonnie Nardi,
15:33:19 25   correct?
```

Page 151

```
15:33:19  1        A  Yes.
15:33:20  2        Q  And it's dated Tuesday, May 23rd, 1995?
15:33:23  3        A  I see that.
15:33:24  4        Q  And it went to a number of people, one of
15:33:27  5   whom is dave_wright@quickmail.apple.com?
15:33:32  6        A  I see that.
15:33:32  7        Q  Was that you?
15:33:33  8        A  That was me.
15:33:35  9        Q  And she's responding, it looks like, to
15:33:37 10   another email that you see at the bottom?
15:33:39 11        A  Oh, okay.
15:33:40 12        Q  Is that right?
15:33:41 13        A  I see that.  It appears like, yeah, the
15:33:45 14   indentation.
15:33:46 15        Q  Right.  And who is that original email
15:33:49 16   from?
15:33:53 17        A  It reads "Milind S. Pandit."
15:33:57 18        Q  Do you know who that is?
15:33:59 19        A  No, I don't remember that.
15:34:13 20        Q  I'm sorry, I think I misspoke earlier.  I
15:34:15 21   said that Ms. Nardi was responding to Milind Pandit,
15:34:23 22   M-I-L-I-N-D, P-A-N-D-I-T.  But she wasn't
15:34:29 23   responding, right?  She -- she wasn't included on
15:34:31 24   this top email, correct?
15:34:35 25        A  Yes, it was all apple.com at the end.
```

Page 152

```
15:34:39  1        Q  So she was sending his email on to people
15:34:41  2   at Apple, correct?
15:34:44  3        A  Okay.
15:34:47  4        Q  Are you good with that?
15:34:49  5        A  I believe that.  I mean, you know.  Gosh
15:34:56  6   darn it.  I thought that was -- sorry.  Okay.
15:35:02  7           Okay.  I don't see like in the subject
15:35:08  8   line, you know, the forward that one would normally
15:35:11  9   see.  But I'll just -- I'm not going to -- I don't
15:35:14 10   doubt what you are saying.
15:35:16 11        Q  And let's go to the bottom email from
15:35:19 12   Milind Pandit who writes, "It was a pleasure to meet
15:35:24 13   you at CHI '95 a week ago.  In case you don't
15:35:29 14   remember, we had a conversation about intelligent
15:35:31 15   agents over dinner at the museum.  Your feedback on
15:35:34 16   some of our ideas has made me think more seriously
15:35:37 17   about submitting a paper to CHI '96."
15:35:40 18           Do you see that?
15:35:41 19        A  I see that.
15:35:42 20        Q  Do you know what CHI '95 or '96 was?
15:35:50 21        A  I think that's Computer Human Interaction.
15:35:55 22        Q  And was it a conference?
15:35:56 23        A  I think so.
15:35:57 24        Q  And then Ms. Nardi sends this to people at
15:36:01 25   Apple, correct?
```

Page 153

```
15:36:03  1        A  All the people are at Apple.com.
15:36:07  2        Q  Including you?
15:36:08  3        A  Yes.
15:36:08  4        [REDACTED]

15:36:18  7           Does that sound familiar to you?
15:36:20  8        A  I don't remember this.
15:36:21  9        Q  You don't remember anyone at Intel doing
15:36:24 10   anything related to structure detectors?
15:36:26 11        A  (Shaking head).  No.
15:36:28 12        [REDACTED]




15:37:26 24           MS. FAIRNENY:  Mark this one as Exhibit 13,
15:37:28 25   please.
```

39 (Pages 150 to 153)

Confidential Apple Business Information - Attorneys' Eyes Only - Under Protective Order

David John Wright                April 6, 2012

Page 170

16:10:35  1  [redacted]

16:11:50 25    MS. FAIRNENY:  That's all I have for now.

Page 171

16:11:52  1        MS. SCHMIDT:  So I don't have any
16:11:53  2   questions, but I'd like to mark this transcript
16:11:55  3   Apple confidential information and reserve our right
16:11:59  4   to review.  And if we're switching to a different
16:12:02  5   transcript, I will leave the room.
16:12:06  6        MS. FERNANDS:  And I will continue to
16:12:08  7   question on the new transcript.
16:12:09  8        VIDEOGRAPHER:  This concludes DVD No. 3,
16:12:12  9   volume 1, of David Wright.  And we're off the record
16:12:14 10   at 4:11.
16:12:23 11     (Whereupon, the deposition adjourned at 4:11 p m.)
         12                --oOo--
         13
         14
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25

Page 172

 1              CERTIFICATE OF REPORTER
 2       I, DIANE M. WINTER, a Certified Shorthand
 3   Reporter, hereby certify that the witness in the
 4   foregoing deposition was by me duly sworn to tell
 5   the truth, the whole truth and nothing but the truth
 6   in the within-entitled cause;
 7       That said deposition was taken in shorthand
 8   by me, a disinterested person, at the time and place
 9   therein stated, and that the testimony of the said
10   witness was thereafter reduced to typewriting, by
11   computer, under my direction and supervision;
12       That before completion of the deposition,
13   review of the transcript [x] was [ ] was not
14   requested.  If requested, any changes made by the
15   deponent (and provided to the reporter) during the
16   period allowed are appended hereto.
17       I further certify that I am not of counsel
18   or attorney for either or any of the parties to the
19   said deposition, nor in any way interested in the
20   event of this cause, and that I am not related to
21   any of the parties thereto.
22       DATED: April 9, 2012
23
24       _____
25         DIANE M. WINTER, CSR No. 3186

44 (Pages 170 to 172)