# EXHIBIT P
# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

vs. CASE NO. 11-CV-01846-LHK

SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

______________________________/

C O N F I D E N T I A L
A T T O R N E Y S' E Y E S O N L Y
O U T S I D E C O U N S E L

VIDEOTAPED DEPOSITION OF RICHARD J. LUTTON, JR.
REDWOOD SHORES, CALIFORNIA
TUESDAY, JULY 26, 2011

BY: ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
CSR LICENSE NO. 9830
JOB NO. 40668

TUESDAY, JULY 26, 2011
9:11 a m.

VIDEOTAPED DEPOSITION OF RICHARD J. LUTTON, JR., taken at QUINN EMANUEL URQUHART & SULLIVAN, LLP, 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California, pursuant to Notice, before me, ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR, CSR License No. 9830.

A P P E A R A N C E S:

FOR APPLE INC.:
MORRISON & FOERSTER
By: ANDREW E. MONACH, Esq.
K. CATHERINE RONEY, Esq.
425 Market Street
San Francisco, California 94105

FOR SAMSUNG ELECTRONICS CO. LTD:
QUINN EMANUEL URQUHART & SULLIVAN
By: KEVIN JOHNSON, Esq.
ERIK OLSON, Esq.
DANE REINSTEDT, Esq.
MICHAEL T. ZELLER, Esq. (Los Angeles)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065

ALSO PRESENT: Cindy Wheeler, Apple, Inc.
Pete Sais, Videographer

REDWOOD SHORES, CALIFORNIA
TUESDAY, JULY 26, 2011
9:11 a.m.

THE VIDEOGRAPHER: Good morning.

This is the start of tape labeled No. 1, in the videotaped deposition of Richard Lutton, in the matter of Apple, Inc., versus Samsung Electronics Company Limited, et al., in the United States District Court for the Northern -- Northern District of California, San Jose Division.

Case No. 11-CV-01846-LHK.

This deposition is being held at 555 Twin Dolphin Drive, in Redwood Shores, California, on July 26th, 2011, at approximately 9:11 a m.

My name is Pete Sais, from TSG Reporting, Inc., and I'm the legal video specialist. The court reporter is Andrea Ignacio in association with TSG Reporting.

Will counsel please introduce yourself, and the court reporter can swear in the witness.

MR. JOHNSON: I'm Kevin Johnson, from Quinn Emanuel, on behalf of Samsung.

MR. MONACH: Andrew Monach, from Morrison & Foerster, representing Apple and the witness.

MR. REINSTEDT: Dane Reinstedt from Quinn Emanuel.

MR. ZELLER: Mike Zeller for Samsung, also Quinn Emanuel.

MS. RONEY: Katie Roney, from Morrison & Foerster, for Apple.

MS. WHEELER: Amy Wheeler, from Apple.

MR. OLSON: Erik Olson, from Quinn Emanuel, for Samsung.

RICHARD J. LUTTON, JR.,
having been sworn as a witness,
by the Certified Shorthand Reporter,
testified as follows:

EXAMINATION BY MR. JOHNSON

MR. JOHNSON: Q. Good morning, Mr. Lutton.
A Hi.
Q About how many times have you had your deposition taken?
A Approximately ten.
Q Is there any reason that would prohibit you from being able to offer truthful testimony today?

Page 46

privileged.
Q Right.
But including Mr. Mavrakakis, when you --
A I may have --
MR. MONACH: Object to the form of the question.
THE WITNESS: I don't remember anything specifically that I got from him, but it's possible.
MR. JOHNSON: Q. What about Mr. Pieja? He's outside counsel for -- for Apple, as well?
A He -- he is.
Q Right.
And he is part of the Mavrakakis Bridges firm?
A He is now. I'm not sure whether that firm existed at the time or not, but he is now a part of that firm.

MR. JOHNSON: Was anybody else -- strike that.

Page 47

Page 48

Page 49

Page 50

[redacted]

Page 51

[redacted]

Page 52

[redacted]

Page 53

[redacted]

Confidential - Attorneys' Eyes Only

Page 54

Page 55

Page 56

beyond the scope of the preliminary injunction discovery permitted by the Court.

Page 57

TSG Reporting - Worldwide (877)-702-9580

15

J U R A T

I, RICHARD J. LUTTON, JR., do hereby certify under penalty of perjury that, I have read the foregoing transcript of my deposition taken on July 26, 2011; that I have made such corrections as appear noted herein in ink, initialed by me; that my testimony as contained herein, as corrected, is true and correct.

DATED this 9 day of September, 2011, at Cupertino CA.

SIGNATURE OF WITNESS

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO HOWARD, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a Certified Shorthand Reporter of the State of California, and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true and correct report of said deposition and of the proceedings which took place;

That I am a disinterested person to the said action.

IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of July, 2011.

________________________________________

ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830