JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. :12-cv-00630-LHK<br><br>**APPLE INC.'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S INTERROGATORIES TO APPLE RELATING TO APPLE INC.'S MOTION FOR PRELIMINARY INJUNCTION (NO. 4)**<br><br>*HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY* |

APPLE INC.'S FIRST SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO SAMSUNG'S  INTERROGATORIES TO APPLE
RELATING TO APPLE INC.'S MOTION FOR PRELIMINARY
INJUNCTION (NO. 4)
CASE NO.:12-CV-00630-LHK

Gibson, Dunn &
Crutcher LLP

*HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY*

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California, Plaintiff Apple Inc. ("Apple"), by and through its undersigned attorneys, hereby supplements the response to Samsung Electronics America, Inc.'s ("Defendant's" or "Samsung's") First Set of Interrogatories to Apple (the "Interrogatories"), as follows:

## GENERAL OBJECTIONS TO INTERROGATORIES

1. Apple hereby incorporates by reference the General Objections to Interrogatories in Apple Inc.'s Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple Inc.'s Motion for Preliminary Injunction (Nos. 1-5) as if fully set forth herein.

## RESPONSES AND SPECIFIC OBJECTIONS TO INTERROGATORIES

**INTERROGATORY NO. 4**:

For each of the APPLE PRELIMINARY INJUNCTION PATENTS, IDENTIFY any and all persons to whom YOU have ever licensed or offered to license, or persons who have requested to license, or to whom YOU have granted or offered to grant any other rights under the Patent, including the status of those requests and offers, whether continuing, successful or terminated, and IDENTIFY (by Bates number) all DOCUMENTS RELATED TO any such license, offer, request, or other grant of rights.

**RESPONSE TO INTERROGATORY NO. 4**:

Apple objects to this interrogatory as overbroad and outside the scope of the Court's order governing discovery related to Apple's Motion for a Preliminary Injunction. Apple objects to the phrase "any other rights" as vague and ambiguous. Apple objects that this interrogatory calls for information that is not relevant to the claims or defenses at issue in Apple's Motion for a Preliminary Injunction. Apple objects to this interrogatory to the extent that it calls for information: (i) protected from discovery by the attorney-client privilege or the work product doctrine; (ii) that would require Apple to draw a legal conclusion to respond; or (iii) is subject to a confidentiality or non-disclosure

APPLE INC.'S FIRST SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO SAMSUNG'S INTERROGATORIES TO APPLE
RELATING TO APPLE INC.'S MOTION FOR PRELIMINARY
INJUNCTION (NO. 4)
CASE NO.:12-CV-00630-LHK

Gibson, Dunn & Crutcher LLP

2

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1  agreement or governed by a protective order preventing its production.  Apple objects to this

2  interrogatory to the extent that it calls for information: (i) protected from discovery by the attorney-

3  client privilege or the work product doctrine; (ii) that would require Apple to draw a legal conclusion

4  to respond; or (iii) that would require an opinion of an expert to respond.  Apple objects that Samsung

5  has not yet produced discovery that Apple has requested that may contain information relevant to the

6  response to this interrogatory.

7  Subject to and incorporating its General Objections and its specific objections, Apple

8  responds as follows: In accordance with Federal Rule of Civil Procedure 33(d), ▮▮▮▮

9  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11 **FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4**:

12  Subject to and incorporating its General Objections and its specific objections from Apple

13 Inc.'s Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple Inc.'s

14 Motion for Preliminary Injunction with regard to Samsung's Interrogatory No. 4, Apple provides the

15 following supplemental response:

16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18  In accordance with Federal Rule of Civil Procedure 33(d), Apple refers to the following

19 documents because the burden of deriving or ascertaining the answer to this Interrogatory from the

20 previously-produced business records is substantially the same for Apple as for Samsung: ▮▮

21 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

28 APPLE INC.'S FIRST SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO SAMSUNG'S INTERROGATORIES TO APPLE
RELATING TO APPLE INC.'S MOTION FOR PRELIMINARY
INJUNCTION (NO. 4)
CASE NO.:12-CV-00630-LHK

Gibson, Dunn & Crutcher LLP

3

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | |
|---|---|
| **As to the objections**: | GIBSON DUNN & CRUTCHER LLP |
| Dated:  April 9, 2012 | By:/s/ *H. Mark Lyon* |
| | H. Mark Lyon |
| | ***Attorneys for Plaintiff Apple Inc.*** |

APPLE INC.'S FIRST SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO SAMSUNG'S INTERROGATORIES TO APPLE
RELATING TO APPLE INC.'S MOTION FOR PRELIMINARY
INJUNCTION (NO. 4)
CASE NO.:12-CV-00630-LHK