# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**

Courtroom 5 - 4th Floor

# Civil Minute Order

Date: May 1, 2012                    Time in Court: [11:23 to 12:37 (1 hour 14 minutes)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Irene Rodriguez

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: CV12-00630 LHK
Plaintiff Attorney(s) present: Mark Lyon and Josh Krevitt
Defendant Attorney(s) present: Eric Emanuel, Michael Fazio and Patrick Shields
Attorney(s) for Non-Party Google Inc. present: Matthew Warren

## PROCEEDINGS:
**1.) Plaintiff's Motion to Compel Responses to Interrogatories (Doc. 96)**
**2.) Plaintiff's Motion to Compel Production of Documents and Things (Doc. 99)**
**3.) Plaintiff's Motion to Compel Discovery of Documents, Information, or Objects from Non-Party Google, Inc. (Doc. 135)**

Counsel present oral arguments.
The Court takes matters under submission; written order after hearing to be issued.

///