1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   Kevin A. Smith (Bar No. 250814)
3  kevinsmith@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Patrick M. Shields (Bar No. 204739)
12 patrickshields@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
13 Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                    UNITED STATES DISTRICT COURT

19          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

21 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
|---|---|
22 | Plaintiff, | **SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DOCKET NOS. 118, 130)** |
23 | vs. | |
24 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | Date: No hearing requested Time: |
25 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Place: Courtroom 8, 4th Floor Judge: Hon. Lucy H. Koh |
26 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
27 | Defendants. | |
28

1  Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and
2  Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this
3  administrative motion to remove the following documents, submitted as proposed redacted
4  versions of documents referenced in Samsung's Administrative Motion to File Documents Under
5  Seal (Dkt. 114) (the "Sealing Motion"), from the ECF system for the Northern District of
6  California:

7  1. The proposed redacted version of the Expert Declaration of Geoff Cohen, Ph.D.
8     Concerning U.S. Patent 5,946,647 (Dkt. 118) (the "Cohen '647 Declaration"), filed
9     on April 23, 2012 as Exhibit 6 to Samsung's Sealing Motion; and
10 2. The proposed redacted version of the Declaration of Geoff A. Cohen, Ph.D
11    Concerning U.S. Patent No. 8,046,721 (Dkt. 130) (the "Cohen '721 Declaration"),
12    filed on April 24, 2012 as Exhibit 7 to Samsung's Sealing Motion.

13  Plaintiff Apple Inc. ("Apple") has requested Samsung make additional redactions to the
14  proposed redacted versions of the Cohen '647 Declaration and the Cohen '721 Declaration in Dkts.
15  118 and 130 where those documents quote from exhibits originally filed under seal that were
16  designated by Apple as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the
17  protective order in this matter.   Apple requests these additional redactions in order to protect such
18  information designated by Apple as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
19  ONLY."  The ECF Helpdesk has already locked the above two documents and is awaiting the
20  Court's order to remove them from the record.
21  Samsung will submit revised versions of the proposed redacted versions of the Cohen '647
22  Declaration and the Cohen '721 Declaration that will include the additional redactions requested
23  by Apple.  Samsung will also file a Supplemental Administrative Motion to File Documents
24  Under Seal in order to supplement its Sealing Motion to include the additional redactions
25  requested by Apple.  Apple has submitted a declaration pursuant to L.R. 79-5(d) in Dkt. 147
26  regarding the information that is the subject of these additional redactions.
27  / / /
28  / / /

1  For the foregoing reasons, Samsung respectfully requests that the Court grant Samsung's
2  Motion to Remove Incorrectly Filed Documents (Docket Nos. 118, 130).  Apple has agreed not to
3  oppose this Motion.

5  DATED: May 2, 2012          QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

                                By  */s/ Patrick M. Shields*
                                    Charles K. Verhoeven
                                    Kevin P.B. Johnson
                                    Victoria F. Maroulis
                                    Patrick M. Shields

                                    Attorneys for DEFENDANTS
                                    SAMSUNG ELECTRONICS CO., LTD.,
                                    SAMSUNG ELECTRONICS AMERICA, INC.,
                                    and SAMSUNG TELECOMMUNICATIONS
                                    AMERICA, LLC