1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DOCKET NOS. 118, 130)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: No hearing requested<br>Time:<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendants. | |

1  Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and
2  Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to
3  Remove Incorrectly Filed Documents (Docket Nos. 118, 130).  Samsung's Motion relates to
4  documents submitted as proposed redacted versions of documents referenced in Samsung's
5  Administrative Motion to File Documents Under Seal (Dkt. 114) (the "Sealing Motion").
6  Have considered the arguments of the parties and the papers submitted, and finding good
7  cause thereof, the Court hereby grants Samsung's Motion to Remove Incorrectly Filed Documents
8  (Docket Nos. 118, 130).
9  IT IS HEREBY ORDERED that the following documents in this matter be removed from
10 the ECF system for the Northern District of California:
11      1.  The proposed redacted version of the Expert Declaration of Geoff Cohen, Ph.D.
12          Concerning U.S. Patent 5,946,647 (Dkt. 118), filed on April 23, 2012 as Exhibit 6
13          to Samsung's Sealing Motion; and
14      2.  The proposed redacted version of the Declaration of Geoff A. Cohen, Ph.D
15          Concerning U.S. Patent No. 8,046,721 (Dkt. 130), filed on April 24, 2012 as
16          Exhibit 7 to Samsung's Sealing Motion.

DATED: _____

HON. Lucy H. Koh
United States District Judge.