QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: June 7, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

1       Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2   Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3   America, LLC (collectively, "Samsung") hereby bring this Supplemental Administrative Motion
4   to File Documents Under Seal to supplement its earlier Administrative Motion to File Documents
5   Under Seal (the "Initial Sealing Motion"), submitted in Dkt. 114 on April 23, 2012.  The Initial
6   Sealing Motion is currently pending before the Court.  Both of Samsung's administrative motions
7   relate to Samsung's Opposition to Apple's Motion for a Preliminary Injunction.
8       Samsung still seeks to file under seal all documents and portions of documents listed in its
9   Initial Sealing Motion.  In that earlier Motion, Samsung sought to file under seal, among other
10  documents, ¶¶ 178-183 and 199 of the Expert Declaration of Geoff Cohen, Ph.D. Concerning U.S.
11  Patent 5,946,647.  Samsung now seeks *additionally* to file under seal the following portions of
12  documents:
13      1.  Portions of ¶ 245 of the Expert Declaration of Geoff Cohen, Ph.D. Concerning U.S.
14          Patent 5,946,647 (the "Cohen '647 Declaration"); and
15      2.  Portions of ¶ 193 of the Declaration of Geoff A. Cohen, Ph.D. Concerning U.S.
16          Patent No. 8,046,721 (the "Cohen '721 Declaration").
17      Samsung has established good cause to permit filing these documents under seal through
18  the Declaration of Michael F. Peng in Support of Samsung's Supplemental Administrative Motion
19  to File Documents Under Seal, filed herewith.  The above documents discuss and refer to
20  documents and things that Apple Inc. ("Apple") has designated as "HIGHLY CONFIDENTIAL –
21  ATTORNEYS' EYES ONLY" under the protective order in this matter.  Samsung accordingly
22  files these documents under seal.  Apple has submitted a declaration pursuant to L.R. 79-5(d) in
23  Dkt. 147 regarding the information that is the subject of these redactions.
24      Samsung's entire filing will be lodged with the Court for in camera review and served on
25  all parties.  Proposed public redacted versions of the documents listed above are attached hereto as
26  exhibits.  These proposed redacted versions of the Cohen '647 Declaration and the Cohen '721
27  Declaration replace previously submitted proposed redacted versions in Dkts. 118 and 130.
28  / / /

1 | DATED: May 2, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Patrick M. Shields*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   Patrick M. Shields

   Attorneys for
   SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA, INC.,
   and SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC