1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: June 7, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendants. | |

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Supplemental
3 Administrative Motion to File Documents Under Seal relating to Samsung's Opposition to Apple's
4 Motion for a Preliminary Injunction.
5   Samsung has filed the declaration required under Civil Local Rule 79-5 and General Order
6 No. 62 to provide evidence of good cause for this Court to permit filing under seal.  The
7 declaration establishes that the information contained in the below documents has been designated
8 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Apple Inc. under the
9 protective order in this matter, and therefore is sealable.
10   Accordingly, for good cause shown, the Court ORDERS that the portions of the following
11 documents shall be filed under seal:

    1. Portions of ¶ 245 of the Expert Declaration of Geoff Cohen, Ph.D. Concerning U.S. Patent 5,946,647 (the "Cohen '647 Declaration"); and

    2. Portions of ¶ 193 of the Declaration of Geoff A. Cohen, Ph.D. Concerning U.S. Patent No. 8,046,721 (the "Cohen '721 Declaration").

DATED: _____

                                               HON. Lucy H. Koh
                                               United States District Judge.