QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL F. PENG IN SUPPORT OF SAMSUNG'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: June 7, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

1    I, Michael F. Peng, declare:

2    1.    I am a member of the State Bar of California and an associate in the law firm of
3    Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd. ("SEC"),
4    Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC
5    ("STC") (collectively, "Samsung").  I have personal knowledge of the facts set forth in this
6    declaration and, if called upon as a witness, I could and would testify to such facts under oath.

7    2.    Pursuant to this Court's December 1, 2011 Civil Standing Order Regarding Motions
8    to File Under Seal, proposed redacted versions of all documents that Samsung seeks to file under
9    seal have been filed as exhibits to Samsung's Supplemental Administrative Motion to File
10   Documents Under Seal.

11   3.    Portions of ¶ 245 of the Expert Declaration of Geoff Cohen, Ph.D. Concerning U.S.
12   Patent 5,946,647 (the "Cohen '647 Declaration") reference documents and information designated
13   by Apple as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective
14   order in this matter.  Pursuant to General Order No. 62, a copy of the unredacted version of the
15   Cohen '647 Declaration has been lodged with the Court for in camera review and served on all
16   parties.

17   4.    Portions of ¶ 193 of the Declaration of Geoff A. Cohen, Ph.D. Concerning U.S.
18   Patent No. 8,046,721 (the "Cohen '721 Declaration") reference documents and information
19   designated by Apple as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the
20   protective order in this matter.  Pursuant to General Order No. 62, a copy of the unredacted
21   version of the Cohen '721 Declaration has been lodged with the Court for in camera review and
22   served on all parties.

23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

1    I declare under penalty of perjury under the laws of the United States that the foregoing is
2    true and correct.  Executed in Los Angeles, CA on May 2, 2012.

3

4

5                                                              _____
6                                                              Michael F. Peng

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-   Case No. 12-CV-00630-LHK
PENG DECL. ISO SUPPLEMENTAL MOT. TO FILE DOCS UNDER SEAL