# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel 650.849.5300
www.gibsondunn.com

H. Mark Lyon
Direct: +1 650.849.5307
Fax: +1 650.849.5007
MLyon@gibsondunn.com

Client: 03290-00026

May 2, 2012

VIA E-FILING & E-MAIL (PSGCRD@CAND.USCOURTS.GOV)

Hon. Paul S. Grewal
Magistrate Judge
United States District Court
Northern District of California
San Jose Courthouse, Courtroom 5 - 4th Floor
280 South 1st Street, San Jose, CA 95113

Re:   *Apple, Inc. v. Samsung*, 12-cv-00630 LHK (PSG)

Dear Judge Grewal:

As we discussed at the hearing yesterday, counsel for Apple and Google met and conferred further regarding Google's request to modify the protective order adopted in *Apple, Inc. v. Samsung*, 12-cv-00630 LHK (PSG).  As a result of that discussion, Google and Apple have agreed, subject to the Court's approval, to enter into an Agreed Addendum To The Joint Protective Order Regarding Google Source Code Production.  The Addendum is being filed concurrently herewith, and a courtesy copy of the Addendum is attached to this letter.

If this Court approves the Addendum, Apple and Google agree that section IV. D. of Apple's Motion to Compel Discovery Of Documents, Information, Or Objects From Non-Party Google, Inc. would be moot and no longer require this Court's consideration.

Should the Court desire any additional information regarding the enclosed proposed addendum, counsel for both Apple and Google are available to address those concerns at the Court's convenience.

Sincerely,

*/s/ Mark Lyon*
H. Mark Lyon

Enclosure
cc: Amy H. Candido & Matthew S. Warren
amycandido@quinnemanuel.com; matthewwarren@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
(415) 875 6600