| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, California 94304-1211 | San Francisco, California 94105-2482 |
| Telephone: (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION FOR SEALING ORDER** |

In accordance with Northern District of California Local Rules 7-11 and 79-5, Apple, Inc. ("Apple") submits this Administrative Motion for Sealing Order to protect documents designated as confidential by non-party Google, Inc. ("Google").

In its May 3, 2012 Administrative Motion For Leave To File Supplemental Declaration In Support Of Apple, Inc.'s Motion To Compel Discovery Of Documents, Information, Or Objects From Non-Party Google, Inc., Apple cites to sections of James Miller's May 1, 2012 deposition testimony. Excerpts of Mr. Miller's testimony are attached to the Supplemental Declaration Of Emily L. Fedman In Support Of Apple, Inc.'s Motion To Compel Discovery Of Documents, Information, Or Objects From Non-Party Google, Inc. as Exhibit A.

In its Administrative Motion for Leave to File, Apple also refers to an email addressing Google's practices and procedures regarding source code review was attached to the Supplemental Declaration Of Emily L. Fedman In Support Of Apple, Inc.'s Motion To Compel Discovery Of Documents, Information, Or Objects From Non-Party Google, Inc. as Exhibit B. As the email addresses Google's practices and procedures regarding source code review, Apple treated this email as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

Currently, the entirety of Mr. Miller's deposition transcript and the email regarding source code review are designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. Therefore, Apple has not provided redacted versions of the documents. Instead, Apple has lodged copies of these documents with the court along with this motion.

Apple refers to both of these highly confidential documents in sections of its Administrative Motion For Leave To File Supplemental Declaration and has lodged a copy of the Administrative Motion that highlights the portions containing confidential information with the court.

APPLE INC.'S ADMINISTRATIVE MOTION FOR
SEALING ORDER
CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

For the foregoing reasons, Apple respectfully requests an order sealing portions of its May 3, 2012 Administrative Motion For Leave To File Supplemental Declaration and Exhibits A and B to the Supplemental Declaration Of Emily L. Fedman In Support Of Apple, Inc.'s Motion To Compel Discovery Of Documents, Information, Or Objects From Non-Party Google, Inc.

Dated: May 3, 2012          GIBSON, DUNN & CRUTCHER LLP

By:    */s/ H. Mark Lyon*

H. Mark Lyon
***Attorney for Apple Inc.***

APPLE INC.'S ADMINISTRATIVE MOTION FOR
SEALING ORDER
CASE NO. 12-cv-00630-LHK (PSG)