JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION FOR SEALING ORDER** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant | |

In accordance with Northern District of California Local Rules 7-11 and 79-5, Apple, Inc. ("Apple") submits this Administrative Motion for Sealing Order to protect documents designated as confidential by non-party Google, Inc. ("Google").

In its May 3, 2012 Administrative Motion For Leave To File Supplemental Declaration In Support Of Apple, Inc.'s Motion To Compel Discovery Of Documents, Information, Or Objects From Non-Party Google, Inc., Apple cites to sections of James Miller's May 1, 2012 deposition testimony. Excerpts of Mr. Miller's testimony are attached to the Supplemental Declaration Of Emily L. Fedman In Support Of Apple, Inc.'s Motion To Compel Discovery Of Documents, Information, Or Objects From Non-Party Google, Inc. as Exhibit A.

In its Administrative Motion for Leave to File, Apple also refers to an email addressing Google's practices and procedures regarding source code review was attached to the Supplemental Declaration Of Emily L. Fedman In Support Of Apple, Inc.'s Motion To Compel Discovery Of Documents, Information, Or Objects From Non-Party Google, Inc. as Exhibit B. As the email addresses Google's practices and procedures regarding source code review, Apple treated this email as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

Currently, the entirety of Mr. Miller's deposition transcript and the email regarding source code review are designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. Therefore, Apple has not provided redacted versions of the documents. Instead, Apple has lodged copies of these documents with the court along with this motion.

Apple refers to both of these highly confidential documents in sections of its Administrative Motion For Leave To File Supplemental Declaration and has lodged a copy of the Administrative Motion that highlights the portions containing confidential information with the court.

APPLE INC.'S ADMINISTRATIVE MOTION FOR
SEALING ORDER
CASE NO. 12-cv-00630-LHK (PSG)

For the foregoing reasons, Apple respectfully requests an order sealing portions of its May 3, 2012 Administrative Motion For Leave To File Supplemental Declaration and Exhibits A and B to the Supplemental Declaration Of Emily L. Fedman In Support Of Apple, Inc.'s Motion To Compel Discovery Of Documents, Information, Or Objects From Non-Party Google, Inc.

Dated:  May 3, 2012                    GIBSON, DUNN & CRUTCHER LLP


                                       By:     /s/ H. Mark Lyon

                                       H. Mark Lyon
                                       *Attorney for Apple Inc.*