JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**SUPPLEMENTAL DECLARATION OF EMILY L. FEDMAN IN SUPPORT OF APPLE, INC.'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE, INC.** |

SUPPLEMENTAL FEDMAN DECLARATION IN SUPPORT OF APPLE'S MOTION TO COMPEL DISCOVERY FROM NON-PARTY GOOGLE, INC.
12-cv-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

1

## DECLARATION OF EMILY L. FEDMAN

I, Emily L. Fedman, declare and state as follows:

1. Attached hereto as Exhibit A is a true and correct copy of excerpts of the May 1, 2012 deposition of James Miller. (FILED UNDER SEAL)

2. Attached hereto as Exhibit B is a true and correct copy of an email sent by my colleague Joshua Furman to Heather Martin of Quinn Emanuel on May 3, 2012. (FILED UNDER SEAL)

3. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Executed on May 3, 2012 in San Francisco, CA.

Dated: May 3, 2012          By:   /s/ Emily L. Fedman
                                  Emily L. Fedman
                                  Attorney for Plaintiff and Counterclaim- Defendant
                                  APPLE, INC.

Gibson, Dunn & Crutcher LLP

SUPPLEMENTAL FEDMAN DECLARATION IN SUPPORT OF APPLE'S MOTION TO COMPEL DISCOVERY FROM NON-PARTY GOOGLE, INC.
12-cv-00630-LHK (PSG)

2