# EXHIBIT A

**TO Supplemental Declaration of
Emily L. Fedman in Support of Apple's
Motion to Compel Discovery from Google
FILED UNDER SEAL**