# EXHIBIT B

**TO Supplemental Declaration of Emily L. Fedman in Support of Apple's Motion to Compel Discovery from Google**

**FILED UNDER SEAL**