`

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA  94304-1211 | San Francisco, California 94105-2482 |
| Telephone: (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK-PSG<br><br>**CERTIFICATE OF SERVICE** |

I, Phillip K. Lum, hereby certify that on this 3rd day of May, 2012, I did cause the following documents,

- APPLE INC.'S ADMINISTRATIVE MOTION FOR SEALING ORDER;

- APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF APPLE, INC.'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE, INC.;

- SUPPLEMENTAL DECLARATION OF EMILY L. FEDMAN IN SUPPORT OF APPLE, INC.'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE, INC.;  and

- PROPOSED ORDER

to be served on the parties listed below and  in the manner so indicated..

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

Patrick Shields
Victoria F. Maroulis
Charles K. Verhoeven
Kevin A. Smith
Kevin P.B. Johnson
Quinn Emanuel Urquart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065
(650) 801-5000
victoriamaroulis@quinnemanuel.com
kevinjohnson@quinnemanuel.com
patrickshields@quinnemanuel.com
charlesverhoeven@quinnemanuel.com
kevinsmith@quinnemanuel.com

**ATTORNEYS FOR NON-PARTY GOOGLE, INC.**

Matthew Warren
Quinn Emanuel
50 California Street, 22nd Floor
San Francisco, California 94111
Email: matthewwarren@quinnemanuel.com

Heather H. Martin
Quinn Emanuel
1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C. 20004
Email: heathermartin@quinnemanuel.com

CASE NO. 12-CV-00630-LHK-PSG
CERTIFICATE OF SERVICE                                2

Gibson, Dunn & Crutcher LLP

__X__   **BY ELECTRONIC MAIL TRANSMISSION** from plum@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated:   May 3, 2012             */s/Phillip K. Lum*
                                 Phillip K. Lum

CASE NO. 12-CV-00630-LHK-PSG
CERTIFICATE OF SERVICE                 3

Gibson, Dunn & Crutcher LLP