Mark D. Selwyn (SBN 244180)
(*mark.selwyn@wilmerhale.com*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Attorney for Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 12-CV-00630-LHK |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF APPLE INC.** |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Mark D. Selwyn (State Bar No. 244180) of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Apple Inc. in this action.  Pursuant to General Order 45 IV(c), counsel respectfully requests that he be included via email on the Court's notification of all electronic filings in this action at the following email address: mark.selwyn@wilmerhale.com.

| | |
|---|---|
| Dated: May 3, 2012 | WILMER CUTLER PICKERING   HALE AND DORR LLP |
| | |
| | /s/ Mark D. Selwyn |
| | Mark D. Selwyn (SBN 244180) |
| | WILMER CUTLER PICKERING   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California  94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:   (650) 858-6100 |
| | |
| | *Counsel for Plaintiff Apple Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 3, 2012, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Mark D. Selwyn
Mark D. Selwyn