JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
 1881 Page Mill Road
 Palo Alto, CA  94304-1211
 Telephone:(650) 849-5300
 Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING APPLE'S TIME TO ANSWER SAMSUNG'S COUNTERCLAIMS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Counterclaim-Plaintiffs,<br><br>          v.<br><br>APPLE INC., a California corporation,<br><br>                    Counterclaim-Defendant. | |

STIPULATION AND [PROPOSED] ORDER
EXTENDING APPLE'S TIME TO ANSWER
SAMSUNG'S COUNTERCLAIMS
CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

1    WHEREAS, on February 8, 2012, Apple, Inc. ("Apple") filed a Complaint against Samsung

2   Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung

3   Telecommunications America, LLC ("STA") (SEC, SEA, and STA collectively referred to as

4   "Samsung").

5    WHEREAS, on April 18, 2012, Samsung filed its Answer, Affirmative Defenses, and

6   Counterclaims to Apple, Inc.'s Complaint.

7    WHEREAS, Apple's current deadline to answer Samsung's counterclaims is May 9, 2012;

8    WHEREAS, on May 3, 2012 counsel for Apple and counsel for Samsung agreed to extend

9   Apple's time to Answer Samsung's counterclaims to May 31, 2012;

10    WHEREAS, this stipulation and the corresponding extension of time will not alter any other

11   deadline presently on calendar in this matter;

12    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the

13   time for Apple to respond to Samsung's counterclaims shall be extended to May 31, 2012.

16   Dated:  May 3, 2012                    GIBSON, DUNN & CRUTCHER LLP

17

18                                          By:      /s/ H. Mark Lyon

19                                          H. Mark Lyon

20                                          **Attorney for APPLE, INC.**

21   Dated:  May 3, 2012                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

22

23                                          By:      /s/ Patrick Shields
                                            Charles K. Verhoeven
24                                          Kevin P.B. Johnson
                                            Patrick Shields
25                                          **Attorneys for SAMSUNG ELECTRONICS CO.,**
                                            **LTD., SAMSUNG ELECTRONICS AMERICA,**
26                                          **INC., and SAMSUNG TELECOMMUNICATIONS**
                                            **AMERICA, LLC**
27

28   STIPULATION AND [PROPOSED] ORDER
     EXTENDING APPLE'S TIME TO ANSWER
     SAMSUNG'S COUNTERCLAIMS
     CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

1

<u>ATTESTATION</u>

2        I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this

3    Stipulation. In compliance with General Order 45, X.B., I hereby attest that Patrick Shields has

4    concurred in this filing.

5

6    Dated:  May 3, 2012                                    */s/ H. Mark Lyon*
                                                             H. Mark Lyon

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     STIPULATION AND [PROPOSED] ORDER
     EXTENDING APPLE'S TIME TO ANSWER
     SAMSUNG'S COUNTERCLAIMS
     CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    Dated:_____, 2012                    By: _____

4                                                          Honorable Lucy H. Koh

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
EXTENDING APPLE'S TIME TO ANSWER
SAMSUNG'S COUNTERCLAIMS
CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil 5 Local Rule 5,4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: May 4, 2012                                    */s/ H. Mark Lyon*

                                                                H. Mark Lyon

STIPULATION AND [PROPOSED] ORDER
EXTENDING APPLE'S TIME TO ANSWER
SAMSUNG'S COUNTERCLAIMS
CASE NO. 12-cv-00630-LHK (PSG)