| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, California 94304-1211 | San Francisco, California 94105-2482 |
| Telephone: (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF H. MARK LYON IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING APPLE'S TIME TO ANSWER SAMSUNG'S COUNTERCLAIMS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

DECLARATION OF H. MARK LYON IN SUPPORT
OF STIPULATION AND [PROPOSED] ORDER
CASE NO. 12-cv-00630-LHK (PSG)

I, H. Mark Lyon declare as follows:

1. I am a partner with the law firm of Gibson, Dunn, & Crutcher LLP and counsel for Plaintiff and Counterclaim-Defendant Apple, Inc. ("Apple"). I submit this declaration in support of the parties' Stipulation and Proposed Order Extending Apple's Time to Answer Samsung's Counterclaims. I am personally familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein.

2. Apple filed its Complaint in this action on February 8, 2012, naming as defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung").

3. Samsung filed its Answer, Affirmative Defenses, and Counterclaims to Apple, Inc.'s Complaint on April 18, 2012, alleging certain counterclaims against Apple. The parties previously stipulated to extend time for Samsung to respond to Apple's Complaint. *See* D.I. 39.

4. Apple's answer to Samsung's counterclaims is presently due by May 9, 2012.

5. On May 3, 2012, counsel for Samsung agreed to extend Apple's time to answer Samsung's counterclaims to May 31, 2012.

6. This stipulated extension requested herein will not alter any existing deadlines on calendar in this case.

7. Good cause exists to extend the time for Apple to respond to Samsung's counterclaims. Samsung has asserted allegations relating to eight patents in its counterclaims, in addition to claims relating to the eight patents asserted by Apple. In addition, the parties are currently engaged in extensive, expedited discovery relevant to Apple's Motion for Preliminary Injunction, including the depositions of numerous witnesses relating to the preliminary injunction motion. *See* D.I. 6, 44.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of May, 2012, at Palo Alto, California

      */s/ H. Mark Lyon*
      H. Mark Lyon

DECLARATION OF H. MARK LYON IN SUPPORT
OF STIPULATION AND [PROPOSED] ORDER
CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP