1  Amy H. Candido
   amycandido@quinnemanuel.com
2  Matthew S. Warren
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART
           & SULLIVAN, LLP
4  50 California Street, 22nd Floor
   San Francisco, California   94111-4788
5  (415) 875-6600
   (415) 875-6700 facsimile
6
7  Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630 LHK<br><br>**DECLARATION OF HEATHER H. MARTIN IN SUPPORT OF GOOGLE'S OPPOSITION TO APPLE'S ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF APPLE'S MOTION TO COMPEL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant | |

I, Heather H. Martin, declare under 28 U.S.C. § 1746:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Google's Opposition to Apple's Administrative Motion to File Supplemental Declaration in Support of its Motion to Compel. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. Attached to this declaration as Exhibit A is a true and correct copy of the April 24, 2012 letter sent by Heather Martin to Jason Lo at 6:57 a.m. PDT

3. Attached to this declaration as Exhibit B is a true and correct copy of the April 24, 2012 email sent by Jason Lo to Heather Martin at 8:23 a.m. PDT

4. Attached to this declaration as Exhibit C is a true and correct copy of the April 27, 2012 letter from Heather Martin to Jason Lo.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Redwood Shores, California on May 4, 2012.

By: _____
Heather H. Martin

-1-   CASE NO. 12-CV-00630 LHK
MARTIN DECLARATION IN SUPPORT OF GOOGLE'S OPPOSITION TO APPLE'S ADMINISTRATIVE MOTION