# EXHIBIT B

# Heather Martin

| | |
|---|---|
| **From:** | Lo, Jason C. [JLo@gibsondunn.com] |
| **Sent:** | Tuesday, April 24, 2012 11:24 AM |
| **To:** | Heather Martin; Heather Martin |
| **Cc:** | Furman, Joshua; Quinn-Google-N.D.Cal.-00630; Furman, Joshua; Quinn-Google-N.D.Cal.-00630 |
| **Subject:** | Re: Apple v. Samsung, (N.D. Cal. 12-630) |
| **Attachments:** | Sowayan-Resume[3].pdf |

Hi Heather:

Attached is the CV of the consultant whom Apple proposes to use to conduct the review of the Google source code.  Please let me know if you have questions or concerns.  Thank you.


Jason C. Lo

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197 Tel +1 213.229.7153 • Fax +1 213.229.6153
JLo@gibsondunn.com<mailto:JLo@gibsondunn.com> •
www.gibsondunn.com<http://www.gibsondunn.com/>

From: Heather Martin <HeatherMartin@quinnemanuel.com<mailto:HeatherMartin@quinnemanuel.com>>
Date: Tuesday, April 24, 2012 9:57 AM
To: Jason Lo <jlo@gibsondunn.com<mailto:jlo@gibsondunn.com>>
Cc: "Furman, Joshua" <JFurman@gibsondunn.com<mailto:JFurman@gibsondunn.com>>, "Quinn-Google-N.D.Cal.-00630" <Quinn-Google-N.D.Cal.-00630@quinnemanuel.com<mailto:Quinn-Google-N.D.Cal.-00630@quinnemanuel.com>>
Subject: Apple v. Samsung, (N.D. Cal. 12-630)

Please see attached correspondence.


Heather H. Martin
Quinn Emanuel Urquhart & Sullivan, LLP

Quinn Emanuel Urquhart & Sullivan, LLP
1299 Pennsylvania Avenue NW, Suite 825
Washington, D.C. 20004
202.538.8126 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
heathermartin@quinnemanuel.com<mailto:johncaputo@quinnemanuel.com>
www.quinnemanuel.com<http://www.quinnemanuel.com/>

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

_____
This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
_____