# EXHIBIT C

**quinn emanuel** trial lawyers | washington, dc

1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL: (202) 538-8000 FAX: (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8126**

WRITER'S INTERNET ADDRESS
**heathermartin@quinnemanuel.com**

April 27, 2012

Jason Lo
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California  90071-3197
jlo@gibsondunn.com

Re:     Apple Inc. v. Samsung Electronics Co., Ltd., et al., No. 12-630 (N.D. Cal.)

Dear Jason:

I write in reply to your follow-up disclosures provided yesterday regarding Abdullah Sowayan. Based upon our review of those disclosures, Google has no objection to Mr. Sowayan accessing its highly confidential source code in connection with the above referenced case.

Additionally, your understanding of our proposal regarding the provisional state of the protective order pending Apple's Motion to Compel is correct.  We need to execute a stipulation to that effect.  If you would propose a stipulation based on the proposed addendum that I sent to you on April 21, 2012, I will review it after you send it to me.

Otherwise, I wish to correct two misstatements in your most recent correspondence.  First, I did not tell you that I did not know whom Google's lead counsel was.  Rather, during the conversation in question, I told you that I did not know my lead counsel's availability because, among other things, we work and live on opposite sides of the country.  Second, my colleague Matt Warren never told you that Google would not make 30(b)(6) witnesses available in response to Apple's subpoena.  In fact, Mr. Warren specifically stated that Google would identify the 30(b)(6) Topics to which our five witnesses' testimony pertained at a later time. Consistent with his representations, Google has designated 30(b)(6) Topics from Apple's

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543  | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

subpoena on which each of the five deponents will testify.

Finally, while Google appreciates Apple's belated offer for an in-person lead counsel meet and confer, Ms. Candido has work commitments outside of California on April 30, 2012. Instead, I understand that Ms. Candido intends to reach out to Mr. Krevitt directly to arrange another mutually convenient time to meet and confer.

Very truly yours,

/s
Heather H. Martin