1  Amy H. Candido
   amycandido@quinnemanuel.com
2  Matthew S. Warren
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART
         & SULLIVAN, LLP
4  50 California Street, 22nd Floor
   San Francisco, California   94111-4788
5  (415) 875-6600
   (415) 875-6700 facsimile
6

7  Attorneys for Non-Party Google Inc.

8
                    UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-cv-00630 LHK |
| Plaintiff, | **[PROPOSED] ORDER DENYING APPLE, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF APPLE, INC.'S MOTION TO COMPEL DISCOVERY OF DOCUMENTS, INFORMATION, OR OBJECTS FROM NON-PARTY GOOGLE INC.** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiff, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant | |

1  Plaintiff Apple, Inc. ("Apple") has moved for leave to file a Supplemental Declaration in
2  Support of Apple, Inc.'s Motion to Compel Discovery of Documents, Information, or Objects
3  from Non-Party Google Inc.
4  Having considered the arguments of the parties and the papers submitted, and NO GOOD
5  CAUSE HAVING BEEN SHOWN by Apple, the Court hereby DENIES Apple's Administrative
6  Motion.
7  **IT IS SO ORDERED**

9  Dated: May ____, 2012          By:_____
                                     Honorable Paul S. Grewal, U.S.M.J.