QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal portions of ¶¶ 4, 5, and 6 of the Supplemental Declaration of Kevin Geklinsky (the "Supplemental Geklinsky Declaration") that reference confidential business information of Samsung.

Samsung has established good cause to permit filing these portions of the Supplemental Geklinsky Declaration under seal through the Declaration of Michael F. Peng in Support of Samsung's Administrative Motion to File Documents Under Seal, filed herewith.  In short, the above documents discuss and refer to historical and projected sales figures of the Galaxy Nexus smartphone that Samsung maintains as highly confidential in the ordinary course of business.

Samsung's entire filing will be lodged with the Court for in camera review and served on all parties.  A proposed public redacted version of the Supplemental Geklinsky Declaration is attached hereto as Exhibit 1.

DATED: May 4, 2012            QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP


                              By */s/ Patrick M. Shields*
                                 Charles K. Verhoeven
                                 Kevin P.B. Johnson
                                 Victoria F. Maroulis
                                 Patrick M. Shields

                                 Attorneys for Defendants
                                 SAMSUNG ELECTRONICS CO., LTD.,
                                 SAMSUNG ELECTRONICS AMERICA, INC.
                                 and SAMSUNG TELECOMMUNICATIONS
                                 AMERICA, LLC