UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal relating to Samsung's Opposition to Apple's Motion for a Preliminary Injunction.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.  The declaration establishes that portions of ¶¶ 4, 5, and 6 of the Supplemental Declaration of Kevin Geklinsky (the "Supplemental Geklinsky Declaration") reference confidential business information of Samsung relating to historical and projected sales figures of the Galaxy Nexus smartphone.

1   Accordingly, for good cause shown, the Court HEREBY ORDERS that the portions of ¶¶
2   4, 5, and 6 of the Supplemental Geklinsky Declaration that reference confidential business
3   information of Samsung shall be filed under seal.
4
5
6   DATED: _____
7                                                          HON. Lucy H. Koh
                                                           United States District Judge