# EXHIBIT 1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SUPPLEMENTAL DECLARATION OF KEVIN GEKLINSKY**<br><br>Date: June 7, 2012<br>Time: 1:30 p.m.<br>Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh<br><br>**FILED UNDER SEAL**<br>HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY |

## DECLARATION OF KEVIN GEKLINSKY

I, Kevin Geklinsky, declare as follows:

1. I am currently employed by Samsung Telecommunications America, LLC ("STA") as the Director of Business Planning for the Verizon account. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. As the Director of Business Planning for the Verizon account at STA, I am familiar with and have knowledge of STA's sales of the Galaxy Nexus during the fourth quarter of 2011 and the first quarter and part of the second quarter of 2012, including both sales to carriers and salesthrough to end-users. I also have knowledge regarding STA's forecasts for future sales of the Galaxy Nexus in the United States.

3. On April 23, 2012, I submitted a declaration in support of Samsung's opposition to Apple's motion for a preliminary injunction. The actual and projected sales numbers described in my declaration were based on sales of the Galaxy Nexus by Verizon. Up until April 22, 2012, Verizon was the only United States carrier that sold the Galaxy Nexus. I have since become aware of additional information that bears on the actual and projected sales numbers in my April 23, 2012 declaration.

4. On April 22, 2012, the Galaxy Nexus was launched on Sprint on a limited basis, with an expanded launch on April 29, 2012. Based on actual sales to date and STA's currentprojections, STA forecasts that Sprint will sell through to end-users ▮▮▮▮ ▮▮▮▮ Galaxy Nexus in the United States during Quarter 2 of 2012.

5. On April 24, 2012, Google started directly selling the Galaxy Nexus. To date, STA has sold ▮▮▮▮ to Google. Of those, ▮▮▮▮ have been sold through to end-users in the United States.

6. ▮▮▮▮ Based on actual sales to date and STA's most current

-1-   Case No. 12-CV-00630-LHK
SUPPLEMENTAL DECLARATION OF KEVIN GEKLINSKY

projectionsavailable to me, STA forecasts that ▮▮▮▮▮▮▮▮▮▮ of the Galaxy Nexus will be sold through to end-users by Verizon in the United States during Quarter 2 of 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 4, 2012, at Bridgewater, New Jersey

*/s/ Kevin Geklinsky*

KEVIN GEKLINSKY