| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone:(650) 849-5300<br>Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

***Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING APPLE'S TIME TO ANSWER SAMSUNG'S COUNTERCLAIMS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Counterclaim-Plaintiffs,<br><br>     v.<br><br>APPLE INC., a California corporation,<br><br>                    Counterclaim-Defendant. | |

STIPULATION AND [PROPOSED] ORDER
EXTENDING APPLE'S TIME TO ANSWER
SAMSUNG'S COUNTERCLAIMS
CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

WHEREAS, on February 8, 2012, Apple, Inc. ("Apple") filed a Complaint against Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (SEC, SEA, and STA collectively referred to as "Samsung").

WHEREAS, on April 18, 2012, Samsung filed its Answer, Affirmative Defenses, and Counterclaims to Apple, Inc.'s Complaint.

WHEREAS, Apple's current deadline to answer Samsung's counterclaims is May 9, 2012;

WHEREAS, on May 3, 2012 counsel for Apple and counsel for Samsung agreed to extend Apple's time to Answer Samsung's counterclaims to May 31, 2012;

WHEREAS, this stipulation and the corresponding extension of time will not alter any other deadline presently on calendar in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the time for Apple to respond to Samsung's counterclaims shall be extended to May 31, 2012.

Dated: May 3, 2012    GIBSON, DUNN & CRUTCHER LLP

By:   /s/ H. Mark Lyon

H. Mark Lyon
**Attorney for APPLE, INC.**

Dated: May 3, 2012    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   /s/ Patrick Shields
Charles K. Verhoeven
Kevin P.B. Johnson
Patrick Shields
**Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

STIPULATION AND [PROPOSED] ORDER
EXTENDING APPLE'S TIME TO ANSWER
SAMSUNG'S COUNTERCLAIMS
CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

## ATTESTATION

I, H. Mark Lyon, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Patrick Shields has concurred in this filing.

Dated: May 3, 2012                                   /s/ H. Mark Lyon
                                                                H. Mark Lyon

STIPULATION AND [PROPOSED] ORDER
EXTENDING APPLE'S TIME TO ANSWER
SAMSUNG'S COUNTERCLAIMS
CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   Dated: May 4, 2012                                          By: *Lucy H. Koh*

4                                                                  Honorable Lucy H. Koh

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING APPLE'S TIME TO ANSWER
SAMSUNG'S COUNTERCLAIMS
CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP