| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | STEPTOE & JOHNSON, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) | John Caracappa (*pro hac vice*) |
| | charlesverhoeven@quinnemanuel.com | jcaracappa@steptoe.com |
| 3 | Kevin A. Smith (Bar No. 250814) | 1330 Connecticut Avenue, NW |
| | kevinsmith@quinnemanuel.com | Washington, D.C. 20036 |
| 4 | 50 California Street, 22nd Floor | Telephone: (202) 429-6267 |
| | San Francisco, California 94111 | Facsimile: (202) 429-3902 |
| 5 | Telephone: (415) 875-6600 | |
| | Facsimile: (415) 875-6700 | |
| 6 | | |
| | Kevin P.B. Johnson (Bar No. 177129 (CA); | |
| 7 | 2542082 (NY)) | |
| | kevinjohnson@quinnemanuel.com | |
| 8 | Victoria F. Maroulis (Bar No. 202603) | |
| | victoriamaroulis@quinnemanuel.com | |
| 9 | 555 Twin Dolphin Drive, 5th Floor | |
| | Redwood Shores, California 94065 | |
| 10 | Telephone: (650) 801-5000 | |
| | Facsimile: (650) 801-5100 | |
| 11 | | |
| | William C. Price (Bar No. 108542) | |
| 12 | williamprice@quinnemanuel.com | |
| | Patrick M. Shields (Bar No. 204739) | |
| 13 | patrickshields@quinnemanuel.com | |
| | 865 South Figueroa Street, 10th Floor | |
| 14 | Los Angeles, California 90017-2543 | |
| | Telephone: (213) 443-3000 | |
| 15 | Facsimile: (213) 443-3100 | |
| 16 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, | |
| 17 | INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 21 | APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| 22 | Plaintiff, | **SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DOCKET NO. 146)** |
| 23 | vs. | |
| 24 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | Date: No hearing requested |
| | | Time: |
| 25 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Place: Courtroom 5, 4th Floor |
| | | Judge: Hon. Paul S. Grewal |
| 26 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 27 | Defendants. | |
| 28 | | |

1   Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and
2  Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this
3  administrative motion to remove the following documents, submitted as proposed redacted
4  versions of documents referenced in Samsung's Administrative Motion to File Documents Under
5  Seal in Dkt. 146 (the "Sealing Motion"), from the ECF system for the Northern District of
6  California:

7   1. The proposed redacted version of Samsung's Motion to Compel Further Responses
8       to Samsung's Preliminary Injunction Interrogatories (Interrogatory No. 4) (the
9       "Motion to Compel"), filed on April 30, 2012 as Exhibit 1 to Samsung's Sealing
10      Motion in Dkt. 146; and

11  2. The proposed redacted version of Exhibits A-H to the Declaration of Michael L.
12      Fazio in Support of Samsung's Motion to Compel Further Responses to Samsung's
13      Preliminary Injunction Interrogatories (Interrogatory No. 4) (the "Fazio Exhibits"),
14      filed on April 30, 2012 as Exhibit 4 to Samsung's Sealing Motion in Dkt. 146.

15   Plaintiff Apple Inc. ("Apple") has requested Samsung make additional redactions to the
16  above two documents in order to protect information designated by Apple as confidential under
17  the protective order in this matter.  Samsung will contact the ECF Helpdesk as soon as the
18  Helpdesk is open tomorrow morning and request that the Helpdesk lock access to the above two
19  documents.

20   Samsung will file a Supplemental Administrative Motion to File Documents Under Seal in
21  order to supplement its Sealing Motion to include the additional redactions requested by Apple.  In
22  connection with Samsung's initial Sealing Motion in Dkt. 146, Apple has filed, or will file, a
23  declaration pursuant to L.R. 79-5(d) regarding the information that is the subject of these
24  additional redactions.  Apple's declaration shall be accompanied by revised versions of the
25  proposed redacted versions of the Motion to Compel and the Fazio Exhibits that include the
26  additional redactions it seeks.  Samsung agrees not to oppose these additional redactions that
27  Apple seeks.
28  / / /

1     For the foregoing reasons, Samsung respectfully requests that the Court grant Samsung's Motion to Remove Incorrectly Filed Documents (Docket No. 146). Apple has agreed not to oppose this Motion.

DATED: May 7, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Patrick M. Shields
    Charles K. Verhoeven
    Kevin P.B. Johnson
    Victoria F. Maroulis
    Patrick M. Shields

Attorneys for DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC