1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DOCKET NO. 146)**<br><br>Date: No hearing requested<br>Time:<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |
|---|---|

1   Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and
2   Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to
3   Remove Incorrectly Filed Documents (Docket No. 146).  Samsung's Motion relates to documents
4   submitted as proposed redacted versions of documents referenced in Samsung's Administrative
5   Motion to File Documents Under Seal in Dkt. 146 (the "Sealing Motion").  The Sealing Motion
6   relates to Samsung's Motion to Compel Further Responses to Samsung's Preliminary Injunction
7   Interrogatories (Interrogatory No. 4) and accompanying documents.

8   Have considered the arguments of the parties and the papers submitted, and finding good
9   cause thereof, the Court hereby grants Samsung's Motion to Remove Incorrectly Filed Documents
10  (Docket No. 146).

11  IT IS HEREBY ORDERED that the following documents in this matter be removed from
12  the ECF system for the Northern District of California:

13      1. The proposed redacted version of Samsung's Motion to Compel Further Responses
14         to Samsung's Preliminary Injunction Interrogatories (Interrogatory No. 4), filed on
15         April 30, 2012 as Exhibit 1 to Samsung's Sealing Motion in Dkt. 146; and
16      2. The proposed redacted version of Exhibits A-H to the Declaration of Michael L.
17         Fazio in Support of Samsung's Motion to Compel Further Responses to Samsung's
18         Preliminary Injunction Interrogatories (Interrogatory No. 4), filed on April 30, 2012
19         as Exhibit 4 to Samsung's Sealing Motion in Dkt. 146.

23  DATED: _____

    HON. Paul S. Grewal
24  United States Magistrate Judge