| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | STEPTOE & JOHNSON, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) | John Caracappa (*pro hac vice*) |
|   | charlesverhoeven@quinnemanuel.com | jcaracappa@steptoe.com |
| 3 | Kevin A. Smith (Bar No. 250814) | 1330 Connecticut Avenue, NW |
|   | kevinsmith@quinnemanuel.com | Washington, D.C. 20036 |
| 4 | 50 California Street, 22nd Floor | Telephone: (202) 429-6267 |
|   | San Francisco, California 94111 | Facsimile: (202) 429-3902 |
| 5 | Telephone: (415) 875-6600 | |
|   | Facsimile: (415) 875-6700 | |

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **SAMSUNG'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this Supplemental Administrative Motion
4  to File Documents Under Seal (the "Supplemental Sealing Motion") to supplement its earlier
5  Administrative Motion to File Documents Under Seal (the "Sealing Motion"), submitted in Dkt.
6  146 on April 30, 2012.  The Sealing Motion is currently pending before the Court.  Both of
7  Samsung's administrative motions relate to Samsung's Motion to Compel Further Responses to
8  Samsung's Preliminary Injunction Interrogatories (Interrogatory No. 4) (the "Motion to Compel")
9  and the Declaration of Michael L. Fazio in Support of Samsung's Motion to Compel Further
10 Responses to Samsung's Preliminary Injunction Interrogatories (Interrogatory No. 4) (the "Fazio
11 Declaration").
12  In its Sealing Motion, Samsung sought to file under seal portions of the Motion to Compel
13 and portions of Exhibits B, D, E and F to the Fazio Declaration.  In its Supplemental Sealing
14 Motion, Samsung seeks to file under seal additional portions of the Motion to Compel and
15 portions of the Exhibits to the Fazio Declaration.  Apple Inc. ("Apple") seeks these additional
16 redactions in order to protect information designated by Apple as confidential under the protective
17 order in this matter.  In sum, Samsung moves to file under seal the following documents and
18 portions of documents:
19   1. Portions of Samsung's Motion to Compel that reference information designated by
20      Apple as confidential under the protective order in this matter; and
21   2. Portions of Exhibits B, C, D, E, F, G, and H to the Fazio Declaration that reference
22      information designated by Apple as confidential under the protective order in this
23      matter.
24  Samsung has established good cause to permit filing these documents under seal through
25 the Declaration of Michael F. Peng in Support of Samsung's Supplemental Administrative Motion
26 to File Documents Under Seal, filed herewith.  The above documents discuss and refer to
27 documents and things that Apple has designated as confidential under the protective order in this
28 matter.  Samsung accordingly files these documents under seal.

-2-   Case No. 12-CV-00630-LHK (PSG)
SAMSUNG'S SUPPLEMENTAL MOT. TO FILE DOCUMENTS UNDER SEAL

1  In connection with Samsung's initial Sealing Motion in Dkt. 146, Apple has filed, or will
2  file, a declaration pursuant to L.R. 79-5(d) regarding the information that is the subject of these
3  redactions.  Apple also has filed, or will file, revised versions of the proposed redacted versions of
4  the Motion to Compel and Exhibits B, C, D, E, F, G, and H to the Fazio Declaration that include
5  the additional redactions that Apple seeks.  These revised versions will replace the proposed
6  redacted versions of the Motion to Compel and Exhibits B, C, D, E, F, G, and H to the Fazio
7  Declaration filed earlier by Samsung in Dkt. 146.  Samsung does not oppose the additional
8  redactions that Apple seeks.

11  DATED: May 7, 2012            QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP

                                  By  /s/ Patrick M. Shields
                                      Charles K. Verhoeven
                                      Kevin P.B. Johnson
                                      Victoria F. Maroulis
                                      Patrick M. Shields

                                      Attorneys for DEFENDANTS
                                      SAMSUNG ELECTRONICS CO., LTD.,
                                      SAMSUNG ELECTRONICS AMERICA, INC.,
                                      and SAMSUNG TELECOMMUNICATIONS
                                      AMERICA, LLC