UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1       Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3  Supplemental Administrative Motion to File Documents Under Seal relating to Samsung's Motion
4  to Compel Further Responses to Samsung's Preliminary Injunction Interrogatories (Interrogatory
5  No. 4) (the "Motion to Compel") and the Declaration of Michael L. Fazio in Support of
6  Samsung's Motion to Compel Further Responses to Samsung's Preliminary Injunction
7  Interrogatories (Interrogatory No. 4) (the "Fazio Declaration").
8       Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No.
9  62 to provide evidence of good cause for this Court to permit filing under seal.  The declaration
10 establishes that portions of the Motion to Seal and Exhibits B, C, D, E, F, G, and H to the Fazio
11 Declaration reference information that has been designated by Apple Inc. as confidential under the
12 protective order in this matter.
13      Accordingly, for good cause shown, the Court HEREBY ORDERS that the portions of the
14 Motion to Seal and Exhibits B, C, D, E, F, G, and H to the Fazio Declaration that reference the
15 confidential business information of Apple Inc. shall be filed under seal.

18 DATED: _____    _____
                                    HON. Paul S. Grewal
19                                  United States Magistrate Judge