| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA  94304-1211 | San Francisco, California 94105-2482 |
| Telephone: (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF CYNDI WHEELER REGARDING SAMSUNG'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Counterclaim-Plaintiff,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>  Counterclaim-Defendant | |

Gibson, Dunn & Crutcher LLP

DECLARATION OF CYNDI WHEELER REGARDING SAMSUNG'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
12-cv-00630-LHK (PSG)

1

I, Cyndi Wheeler, declare and state as follows:

1. I am an attorney at Apple Inc. ("Apple"). Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in connection with Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively, "Samsung") Administrative Motion to File Document Under Seal, D.I. 146, to confirm that certain documents and information contained in Samsung's Motion to Compel Further Responses to PI Interrogatory No. 4, and supporting Declaration and Exhibits, are confidential and sealable. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. The requested relief is necessarily and narrowly tailored to protect the confidentiality of the information contained in the following documents and exhibits attached therewith.

3. Exhibits B, C, D, E, F, G, and H to the Fazio Declaration each contain information pertaining to Apple's license agreements, negotiations, partners, and related information. These exhibits include copies of Apple Inc.'s Initial and First Supplemental Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple's Motion for Preliminary Injunction, as well as letters referencing the contents of such interrogatory responses. Apple designated the contents of its Initial and First Supplemental Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple's Motion for Preliminary Injunction as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order applicable in this litigation. Apple strictly keeps confidential information about the contents, strategies, and negotiations relating to its licenses – including but not limited to the scope, extent, and number of such licenses – disclosing only certain of its license agreements or related documents only under very strict non-disclosure or other confidentiality agreements. Such information, including information regarding whether such license agreements exist, could be used by Apple's competitors, as well as other third parties, to Apple's disadvantage, particularly because it reveals Apple's confidential business and financial terms and strategy, as well as other proprietary information. It is thus Apple's practice and policy to maintain the confidentiality of this information; Apple does not disclose or comment on even speculation about its business practices and market analysis.

Gibson, Dunn & Crutcher LLP

DECLARATION OF CYNDI WHEELER REGARDING SAMSUNG'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
12-cv-00630-LHK (PSG)

2

4. Portions of Samsung's Motion to Compel reference the contents of the Exhibits identified in the above paragraph, and should remain under seal for the same reasons articulated above.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated:  May 7, 2012                       By:       */s/ Cyndi Wheeler*
                                                                Cyndi Wheeler

Gibson, Dunn & Crutcher LLP

DECLARATION OF CYNDI WHEELER REGARDING SAMSUNG'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
12-cv-00630-LHK (PSG)

3