| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　　Counterclaim-Defendant | CASE NO. 12-cv-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

1    Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively, "Samsung") have moved to file under seal documents and information contained in Samsung's Motion to Compel Further Responses to PI Interrogatory No. 4, and supporting Declaration and Exhibits that contain highly confidential and sealable information produced by Plaintiff and Counterclaim-Defendant Apple, Inc. ("Apple").

   Apple has submitted proposed redacted versions of these highly confidential documents that are narrowly tailored to protect the confidentiality of the information contained therein along with a declaration from Cyndi Wheeler explaining why Apple believes portions of these documents should remain under seal. Samsung has agreed not to oppose Apple's request to file these redacted versions. The Wheeler Declaration provides sufficient evidence that the documents and information designated as confidential by Apple, and filed under seal by Samsung, are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a).

   Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Administrative Motion as follows:

   IT IS ORDERED that Exhibits B, C, D, E, F, G, and H to the Fazio Declaration, as well as the confidential, unredacted version of Samsung's Motion to Compel, which includes information from the stated Exhibits, shall be filed under seal.

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                  Honorable Lucy H. Koh
                                  United States District Judge