| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Patrick M. Shields (Bar No. 204739)<br>patrickshields@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100<br><br>Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | STEPTOE & JOHNSON, LLP<br>John Caracappa (*pro hac vice*)<br>jcaracappa@steptoe.com<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-6267<br>Facsimile: (202) 429-3902 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2   Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3   America, LLC (collectively, "Samsung") bring this administrative motion to file under seal
4   Exhibit FF to the Supplemental Declaration of Daniel C. Posner in Support of Samsung's
5   Opposition to Apple's Motion for a Preliminary Injunction (the "Supplemental Posner
6   Declaration").

7   Samsung has established good cause to permit filing this document under seal through the
8   Declaration of Michael F. Peng in Support of Samsung's Administrative Motion to File
9   Documents Under Seal, filed herewith.  Exhibit FF to the Supplemental Posner Declaration
10  discusses and references information that Apple Inc. ("Apple") has designated as highly
11  confidential under the protective order in this matter.  Samsung accordingly files Exhibit FF under
12  seal and expects that Apple will comply with L.R. 79-5(d) by filing an appropriate declaration
13  with the Court within seven days.

14  Samsung's entire filing will be lodged with the Court for in camera review and served on
15  all parties.  A proposed public redacted version of Samsung's filing is attached hereto as an
16  exhibit.

19  DATED: May 8, 2012                QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

22                                    By  /s/ Patrick M. Shields
                                          Charles K. Verhoeven
23                                        Kevin P.B. Johnson
                                          Victoria F. Maroulis
24                                        Patrick M. Shields

25                                        Attorneys for DEFENDANTS
26                                        SAMSUNG ELECTRONICS CO., LTD.,
                                          SAMSUNG ELECTRONICS AMERICA, INC.,
27                                        and SAMSUNG TELECOMMUNICATIONS
                                          AMERICA, LLC