1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2   Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3   Administrative Motion to File Documents Under Seal relating to the Supplemental Declaration of
4   Daniel C. Posner in Support of Samsung's Opposition to Apple's Motion for a Preliminary
5   Injunction (the "Supplemental Posner Declaration").
6   Samsung has filed the declaration required under L.R. 79-5 and General Order No. 62 to
7   provide evidence of good cause for this Court to permit filing under seal.  The declaration
8   establishes that Exhibit FF to the Supplemental Posner Declaration has been designated by Apple
9   Inc. as highly confidential under the protective order in this matter.
10  Accordingly, for good cause shown, the Court HEREBY ORDERS that Exhibit FF to the
11  Supplemental Posner Declaration shall be filed under seal.

14  DATED:

HON. Lucy H. Koh
United States District Judge