# EXHIBIT 1

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Patrick M. Shields (Bar No. 204739)<br>patrickshields@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | STEPTOE & JOHNSON, LLP<br>John Caracappa (*pro hac vice*)<br>jcaracappa@steptoe.com<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-6267<br>Facsimile: (202) 429-3902 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL C. POSNER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date: June 7, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh<br><br>**FILED UNDER SEAL<br>HIGHLY CONFIDENTIAL –<br>ATTORNEYS' EYES ONLY** |

SUPPLEMENTAL DECLARATION OF DANIEL C. POSNER

I, Daniel C. Posner, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. As part of preliminary injunction discovery, Samsung was scheduled to take the deposition of Apple employee Yan Arrouye on April 20, 2012. Mr. Arrouye is a named inventor of United States Patent No. 9,086,604 ("the '604 patent"), one of the patents at issue in Apple's Motion for a Preliminary Injunction. Apple also designated Mr. Arrouye as a 30(b)(6) witness on certain topics related to the '604 patent.

3. On April 19, 2012, counsel for Apple notified my firm that Mr. Arrouye was ill and could not go forward with his deposition on April 20. The parties agreed to reschedule Mr. Arrouye's deposition the following week. Because Samsung's opposition to Apple's Motion for a Preliminary Injunction was due on April 23, the parties agreed that Samsung would be permitted to supplement its opposition papers based on Mr. Arrouye's deposition. Apple indicated its agreement to this supplement in an e-mail from Apple counsel Mark Lyon to Samsung counsel Patrick Shields on April 19, 2012. Mr. Arrouye's deposition was rescheduled for April 27, 2012.

4. Attached as **Exhibit FF** is a true and correct copy of excerpts from the transcript of the deposition of Yan Arrouye, dated April 27, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2012, at Los Angeles, California.

_/s/ Daniel Posner_
Daniel C. Posner

-2- Case No. 12-CV-00630-LHK
POSNER SUPP. DECL. ISO SAMSUNG'S OPP. TO APPLE'S PI MOT.

# EXHIBIT FF

# FILED UNDER SEAL