Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California   94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | CASE NO. 12-cv-00630 LHK<br><br>**DECLARATION OF HEATHER H. MARTIN IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION FOR SEALING ORDER** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant | |

1   I, Heather H. Martin, declare under 28 U.S.C. § 1746:

2   1.   I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Apple's Administrative Motion For Sealing Order. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2.   On May 3, 2012, Apple Inc. ("Apple") filed an administrative motion to file documents under seal (Docket No. 155), which sought to protect information designated as confidential by Google and discussed in Apple's May 3, 2012 Administrative Motion For Leave To File Supplemental Declaration In Support Of Apple, Inc.'s Motion To Compel Discovery Of Documents, Information, Or Objects From Non-Party Google, Inc. (Docket No. 155, Attachment 1); and Exhibits A and B to the Supplemental Declaration of Emily L. Fedman In Support Of Apple, Inc.'s Motion ("Fedman Declaration"). (Docket No. 155, Attachments 3 & 4.)

3.   Exhibit A to the Fedman Declaration is a true and correct copy of the May 1, 2012 deposition testimony of Mr. Miller. (Docket No. 155, Attachment 3.) Mr. Miller's deposition transcript is highly confidential under the protective order governing confidentiality in this action (Docket No. 84) because, among other things, Mr. Miller testified regarding internal business processes that are confidential to Google.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on May 10, 2012.

By _____
Heather H. Martin