UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Counterclaim-Plaintiff,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>       Counterclaim-Defendant | CASE NO. 12-cv-00630 LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION FOR SEALING ORDER** |

1    Apple Inc. has filed an Administrative Motion For Sealing Order relating to Apple's May 3, 2012 Administrative Motion For Leave To File Supplemental Declaration In Support Of Apple, Inc.'s Motion To Compel Discovery Of Documents, Information, Or Objects From Non-Party Google, Inc.  (Docket No. 155.)  Google Inc. ("Google") has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that Exhibit A to the Supplemental Declaration of Emily L. Feldman In Support Of Apple, Inc.'s Motion To Compel Discovery Of Documents, Information, Or Objects From Non-Party Google, Inc. contains Google's highly confidential and proprietary information and could be used to its disadvantage by competitors if they are not filed under seal.

Accordingly, for good cause shown, the Court ORDERS that the confidential, unredacted version of Exhibit A to the Supplemental Declaration of Emily L. Feldman In Support Of Apple, Inc.'s Motion To Compel Discovery Of Documents, Information, Or Objects From Non-Party Google, Inc. shall be filed under seal.

**IT IS SO ORDERED.**

DATED: _____

Hon. Paul S. Grewal
United States Magistrate Judge