| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaim-Plaintiffs,<br>　　v.<br>APPLE INC., a California corporation,<br><br>　　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL** |

APPLE MOTION TO FILE ITS PRELIMINARY
INJUNCTION REPLY UNDER SEAL
12-cv-00630-LHK (PSG)

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") hereby moves this Court for an order to seal the following documents:

1. The confidential, unredacted version of Apple's Reply Memorandum in Support of its Motion for a Preliminary Injuntion ("Reply");

2. The confidential, unredacted version of the Reply Declaration of Christopher Vellturo, Ph.D. (the "Vellturo Declaration"), and particularly paragraphs 4, 6, 8, 11, 13-15, 17-29, 31-34, 36, 38, 39, 41, 45 47, 50, 51, 54-72, 74-82, 84-85, 87, 88, 91, 93, 94, 100-102, 105, 107, 119, 120, 124-126, 128, 131, 134-136, 145, 147, 23-27, 30, 33, 34, 36-41, 46-61, 63-67, 69-77, 82, 84, 88, 91, 96, 97, 102, 104, 105, 110-117, 119-132, 136, 139, 148, 149, 156, 158-162, 164, 169, 178-180, 183, 189, 191, 192, 198, 199, 201, 205-207, 209-211, and 215, footnote 14, and Exhibits 1, 3, 4, and 5 thereto;

3. Exhibits 22- 38 and 40-57 to the Vellturo Declaration;

4. The confidential, unredacted version of the Reply Declaration of Dr. Karan Singh Regarding U.S. Patent No. 8,074,172 (the "Singh Declaration"), and particularly paragraphs 18, 28;

5. The confidential, unredacted version of the Reply Declaration of Dr. Nathaniel Polish Concerning U.S. Patent No. 8,086,604 (the "Polish Declaration"), and particularly paragraphs 41, 44, 46, 47, fn. 6 ;

6. Exhibits 2 and 5 to the Polish Declaration;

7. The confidential, unredacted version of the Reply Declaration of Dr. Todd C. Mowry (the "Mowry Declaration"), and particularly paragraphs 56, 284, and 285;

8. Exhibits 9 and 10 to the Mowry Declaration;

9. The confidential, unredacted version of the Reply Declaration of Dr. Ravin Balakrishnan Concerning U.S. Patent No. 8,046,721, and particularly paragraphs 16, 36, 39, 41, 46, 53, and 54; and

10. Exhibit 1 to the Declaration of Scott Leslie in Support of Apple's Reply Memorandum in Support of its Motion for Preliminary Injunction.

Item nos. 1, 2, 3, 7, and 8 above contain or discuss Apple's confidential information. Apple has established good cause to permit filing the above Apple confidential information under seal through the Declaration of Cyndi Wheeler filed in support of this Administrative Motion to File

Apple's Reply in support of Its Motion for Preliminary Injunction Under Seal (the "Wheeler Declaration"), filed herewith.  Such Apple confidential information has been highlighted in yellow.  As further detailed in the Wheeler Declaration, the above Apple confidential information relates to, among other things, Apple's confidential market research and analysis, product development strategies, and business practices.  *See* Wheeler Declaration at ¶¶ 3-11.  It is Apple's policy and practice to strictly maintain the confidentiality of such information.  *Id.*  This information reflects, among other things, Apple's strategies and manner of managing its business affairs and product development, and could be used by Apple's competitors to its disadvantage.  *Id.*  The requested relief is thus necessary and narrowly tailored to protect the confidentiality of Apple's confidential information contained in the Reply and supporting documents.

In addition, item nos. 1 to 10 contain or discuss information that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") and/or third party Google Inc. ("Google") has designated "Highly Confidential-Attorney's Eyes Only" or "Highly Confidential Source Code– Outside Attorneys' Eyes Only" pursuant to the Protective Order entered in this case, or is otherwise information that is believed to be deemed confidential by Samsung or Google.  Such confidential information has been highlighted in green and blue.  Apple expects that Samsung and Google will file the required supporting declarations in accordance with Civil L.R. 79-5(d) as necessary with respect to confirming whether their information should be sealed.

Pursuant to General Order No. 62, the complete, unredacted versions of these documents will be lodged with the Court for in camera review and served on Samsung.  Furthermore, third party Google will be provided with copies of the publicly-available papers in which Google's confidential information has been unredacted, so that it may review the substance of the proposed confidentiality designations.  Further, in accordance with this Court's Civil Standing Order Regarding Motions to File Under Seal, proposed public redacted versions of the following documents, containing only Apple's confidential information and of which Apple seeks to file portions under seal, will be publicly e-filed as attachments to this Motion to Seal:

1. Apple's Reply;

APPLE MOTION TO FILE ITS PRELIMINARY
INJUNCTION REPLY UNDER SEAL
12-cv-00630-LHK (PSG)

2. The Vellturo Declaration and Exhibits 1 and 3 thereto;

3. The Singh Declaration;

4. The Polish Declaration;

5. The Mowry Declaration; and

6. The Balakrishnan Declaration.

Apple's counsel has met and conferred with Samsung's counsel, who stated that they could not take a position on this motion until they had reviewed the confidential information to be sealed.

Dated: May 14, 2012                                GIBSON, DUNN & CRUTCHER LLP

                                                          By:   /s/ *H. Mark Lyon*
                                                                 H. Mark Lyon
                                                                ***Attorney for Apple Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil 5 Local Rule 5.4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: May 14, 2012                                        /s/ *H. Mark Lyon*
                                                                        H. Mark Lyon