| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA  94304-1211 | San Francisco, California 94105-2482 |
| Telephone:  (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF EMILY L. FEDMAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | |

I, Emily L. Fedman, declare and state as follows:

1. I am a member of the California State Bar and an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple, Inc. ("Apple"). Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in connection with Apple's Administrative Motion to File Documents Under Seal to confirm that certain documents and information contained in Apple's Reply in Support of its Motion for a Preliminary Injunction, and supporting Declaration and Exhibits, are confidential and sealable. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. The following documents, which Apple hereby seeks to file under seal, constitute or otherwise discuss information designated as "Highly Confidential-Attorney's Eyes Only" or "Highly Confidential Source Code– Outside Attorneys' Eyes Only" by either Google, Inc. ("Google") or Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). Such information had been highlighted in green and blue.

3. On May 14, 2012, Jennifer Rho and myself, as counsel for Apple, met and conferred with Michael Peng, counsel for Samsung regarding Apple's intent to file the present motion to seal.

4. During this conference, we explained that we intended to seal information designated as confidential by Apple, Samsung, and third party Google Inc. In response, Samsung stated that it could not take a position regarding Apple's Motion to Seal until after it had reviewed the specific redactions being made, as well as the documents being entirely filed under seal. Accordingly, the parties were unable to reach an agreement for a stipulation regarding the present motion to file under seal.

**Apple's Reply Brief**

5. Portions of Apple's Reply Memorandum in Support of Apple's Motion for Preliminary Injunction reference the contents of documents or testimony designated as "Highly Confidential-Attorney's Eyes Only" or "Highly Confidential Source Code– Outside Attorneys' Eyes Only" by Google or Samsung. These portions of the brief have been redacted and should remain under seal.

**Vellturo Declaration and Accompanying Exhibits**

6.     Exhibit 4 to the Reply Declaration of Christopher Vellturo, Ph.D. (the "Vellturo Declaration") contains transcript excerpts from the deposition of Samsung expert Michael J. Wagner. Samsung designated the deposition as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" under the Protective Order.

7.     Exhibit 5 to the Vellturo Declaration contains transcript excerpts from the deposition of Samsung employee Kevin Geklinsky. Samsung designated the deposition as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" under the Protective Order.

8.     Exhibits 32 to 38 and 40 to 57 to the Vellturo Declaration each constitute documents produced by Samsung that it designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order.

9.     Portions of the Vellturo Declaration reference the contents of the Exhibits identified in the above paragraphs, and should remain under seal for the same reasons articulated above.

**Mowry Declaration and Accompanying Exhibits**

10.     Portions of the Reply Expert Declaration Of Dr. Todd C. Mowry Concerning U.S. Patent No. 5,946,647 (the "Mowry Declaration") discuss highly confidential source code developed by Google, which was designated by Google as "HIGHLY CONFIDENTIAL SOURCE CODE – ATTORNEYS' EYES ONLY," and thus have been filed under seal.

11.     Excerpts of the transcript of the May 2, 2012 deposition of Geoffrey A. Cohen are attached to the Mowry Declaration as Exhibit 10. This deposition contains discussion of highly confidential source code developed by Google, and was designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and thus these excerpts were filed under seal.

**Polish Declaration and Accompanying Exhibits**

12.     Portions of the Reply Declaration of Dr. Nathaniel Polish Concerning U.S. Patent No. 8,086,604 (the "Polish Declaration") that discuss the operation of the Galaxy Nexus source code have been redacted because they contain and discuss information designated as "GOOGLE'S HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" by Google.

13. Exhibit 2 to the Polish Declaration contains excerpts of the May 2, 2012 deposition of Jaime G. Carbonell. Samsung designated this deposition as Highly Confidential – Attorneys' Eyes Only, thus these excerpts have been filed under seal.

14. Exhibit 5 to the Polish Declaration contains excerpts of the May 10, 2012 deposition of Bjorn Bringert. Google designated this deposition as Highly Confidential, thus these excerpts have been filed under seal.

**Balakrishnan Declaration**

15. Portions of the Reply Declaration of Dr. Ravin Balakrishnan Concerning U.S. Patent No. 8,046,721 discuss confidential source code developed by Google and thus have been filed under seal.

**Singh Declaration**

16. Portions of the Reply Declaration of Dr. Karan Singh Regarding U.S. Patent No. 8,074,172 (the "Singh Declaration") reference the contents of the Declaration of Martin E. Kaliski dated April 23, 2012. These portions of Dr. Kaliski's declaration were submitted by Samsung under seal because they contain confidential information about source code developed by Google and thus have been redacted in the Singh Declaration.

**Exhibit Accompanying Leslie Declaration**

17. The document attached to the Declaration Of Scott Leslie in Support of Apple's Reply Memorandum in Support of Motion for a Preliminary Injunction as Exhibit 1 has been designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Google and thus filed under seal.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: May 14, 2012          By:      */s/ Emily L. Fedman*
                                               Emily L. Fedman