JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiff,<br>    v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL** |

[PROPOSED] ORDER RE APPLE MOTION TO FILE ITS
PRELIMINARY INJUNCTION REPLY UNDER SEAL
12-cv-00630-LHK (PSG)

By administrative motion, Plaintiff Apple Inc. ("Apple") has moved to file under seal portions of its Reply Memorandum in Support of its Motion for a Preliminary Injunction and certain supporting documents.  In support of its motion, Apple has filed the following declarations, as required under Civil Local Rule 79-5 and General Order No. 62, which provide evidence of good cause for this Court to permit filing under seal: the Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Its Reply in Support of Its Motion for Preliminary Injunction under Seal (the "Wheeler Declaration") and the Declaration of Emily L. Fedman in Support of Apple's Administrative Motion to File Its Reply in Support of Its Motion for Preliminary Injunction under Seal (the "Fedman Declaration").  Also filed by Apple were proposed redacted versions of those documents of which only portions are sealable.  The Wheeler Declaration and the Fedman Declaration provide sufficient evidence that the documents listed below are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a).  Apple's request is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for good cause shown, the Court GRANTS Apple's Administrative Motion to File Its Reply in Support of Its Motion for Preliminary Injunction under Seal.   IT IS HEREBY ORDERED that the confidential, unredacted versions of the following documents shall be filed under seal:

- Apple's Reply Memorandum in Support of its Motion for Preliminary Injunction ("Reply");
- The Reply Declaration of Christopher Vellturo, Ph.D. (the "Vellturo Declaration"), and particularly paragraphs 4, 6, 8, 11, 13-15, 17-29, 31-34, 36, 38, 39, 41, 45 47, 50, 51, 54-72, 74-82, 84-85, 87, 88, 91, 93, 94, 100-102, 105, 107, 119, 120, 124-126, 128, 131, 134-136, 145, 147 and fns. 14, 23-27, 30, 33, 34, 36-41, 46-61, 63-67, 69-77, 82, 84, 88, 91, 96, 97, 102, 104, 105, 110-117, 119-132, 136, 139, 148, 149, 156, 158-162, 164, 169, 178-180, 183, 189, 191, 192, 198, 199, 201, 205-207, 209-211, 215 and accompanying Exhibits 1, 3, 4, 5, and 22-38 and 40-57 to the Vellturo Declaration;

- The Reply Declaration of Dr. Todd C. Mowry (the "Mowry Declaration"), and particularly paragraphs 56, 285, and 285; and accompanying Exhibits 9 and 10 to the Mowry Declaration;

- The Reply Declaration of Dr. Nathaniel Polish Concerning U.S. Patent No. 8,086,604 (the "Polish Declaration"), and particularly paragraphs 41, 44, 46, 47, fn. 6 ; and accompanying Exhibits 2 and 5 to the Polish Declaration;

- The Reply Declaration of Dr. Ravin Balakrishnan Concerning U.S. Patent No. 8,046,721 (the "Balakrishnan Declaration"), and particularly paragraphs 16, 36, 39, 41, 46, 53, and 54;

- The Reply Declaration of Dr. Karan Singh Regarding U.S. Patent No. 8,074,172 (the "Singh Declaration"), and particularly paragraphs 18, 28; and

- Exhibit 1 to the Declaration of Scott Leslie in Support of Apple's Reply Memorandum in Support of its Motion for Preliminary Injunction.

The Court further ORDERs that the proposed redacted versions of the above documents already filed by Apple shall remain the publicly-available versions.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE