# Exhibit 1 to Leslie Declaration