Highly Confidential

```
                                                          Page 1
 1            UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4   APPLE INC., a California
     Corporation,
 5
               Plaintiff,              Case No.
 6
        vs.                            12-CV-00630-LHK
 7
     SAMSUNG ELECTRONICS CO., LTD.,
 8   a Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
 9   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
10   AMERICA, LLC, a Delaware
     limited liability company,
11
               Defendants.
12
13
14
15            HIGHLY CONFIDENTIAL
16       PURSUANT TO THE PROTECTIVE ORDER
17
18     VIDEOTAPED DEPOSITION OF GREG CHRISTIE
19           REDWOOD SHORES, CALIFORNIA
20              Friday, April 20, 2012
21
22
23   REPORTED BY:
24   CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25   JOB NO. 48335
```

Highly Confidential

Page 2

1   Friday, April 20, 2012
2       10:01 a.m.
3
4
5        Deposition of GREG CHRISTIE, taken on
6   behalf of the Samsung Respondents, at 555 Twin
7   Dolphin Drive, Fifth Floor, Redwood Shores,
8   California, before Cynthia Manning, Certified
9   Shorthand Reporter No. 7645, Certified LiveNote
10  Reporter, California Certified Realtime Reporter.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1   APPEARANCES:
2
3   FOR COMPLAINANT APPLE INC.:
4
        GIBSON DUNN & CRUTCHER, LLP
5       BY:  H. MARK LYON, ESQ.
           SARAH E. SIMMONS, ESQ.
6       1881 Page Mill Road
        Palo Alto, California 94304
7       650.849.5300
        mlyon@gibsondunn.com
8       ssimmons@gibsondunn.com
9
10  FOR RESPONDENTS SAMSUNG ELECTRONICS COMPANY,
    LTD., SAMSUNG ELECTRONICS AMERICA, INC..
11  SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:
12      QUINN EMANUEL URQUHART & SULLIVAN, LLP
        BY:  SEAN S. PAK, ESQ.
13      50 California Street
        San Francisco, California 94111
14      415.875.6600
        seanpak@quinnemanuel.com
15
16
17
18  ALSO PRESENT:
19      Robert King
20      Benjamin Gerald, Videographer
21
22
23
24
25

Page 4

1        REDWOOD SHORES, CALIFORNIA;
2      FRIDAY, APRIL 20, 2012, 10:01 A.M.
3
4        THE VIDEOGRAPHER:  Good morning.
5        This marks the beginning of the disk
6   labeled No. 1 of the videotaped deposition of
7   Greg Christie in the matter Apple Incorporated
8   versus Samsung Electronics Company Limited, et
9   al., held in the United States District Court for
10  the Northern District of California.  Case No. is
11  12-cv-00630-LHK.
12       This deposition is being held at 555
13  Twin Dolphin Drive, Redwood Shores, California,
14  taken on April 20th, 2012 at approximately 10:01
15  a.m.
16       My name is Benjamin Gerald, from
17  TSG Reporting, Incorporated, and I'm the legal
18  video specialist.
19       The court reporter today is Cynthia
20  Manning, in association with TSG Reporting.
21       Will counsel please identify themselves
22  for the record.
23       MR. PAK:  This is Sean Pak with Quinn
24  Emanuel representing Samsung.  And with me is
25  Robert King.

Page 5

1        MR. LYON:  Mark Lyon of Gibson, Dunn &
2   Crutcher on behalf of Apple Inc.  And with me is
3   Sarah Simmons from Gibson, Dunn and Cyndi Wheeler
4   of Apple.
5        THE VIDEOGRAPHER:  Thank you.
6        Will the reporter please swear the
7   witness.
8            GREG CHRISTIE,
9       having first been duly sworn, testified
10      as follows:
11
12       THE VIDEOGRAPHER:  Thank you.
13       Please proceed.
14
15           EXAMINATION
16  BY MR. PAK:
17     Q.  Good morning.
18     A.  Good morning.
19     Q.  Can you please state your name for the
20  record?
21     A.  My full name?
22     Q.  Yes.
23     A.  Gregory Nicholas Christie.
24     Q.  And who's your current employer?
25     A.  Apple.

Page 158

1  provided to the user for the unlocking gesture
2  without some type of unlock image?
3         MR. LYON:  Objection; vague.
4         THE WITNESS:  Can you repeat that
5  question.
6  BY MR. PAK:
7     Q.  Sure.
8         Have you ever seen a design before
9  today's deposition --
10    A.  Mm-hmm.
11    Q.  -- where the phone provided a text
12 indication to the user for the unlocking
13 gesture --
14    A.  Okay.
15    Q.  -- without a corresponding unlock image?
16        MR. LYON:  Same objection.
17        THE WITNESS:  We may have looked at
18 designs like that.
19 BY MR. PAK:
20    Q.  And that was during the development
21 process of the iPhone?
22    A.  Right.
23    Q.  Do you recall why that particular design
24 was not selected?
25    A.  Probably because of insufficient

Page 159

1  communication.
2     Q.  Do you believe --
3     A.  I mean, we were really, really concerned
4  that the phone was going to unlock in your pocket
5  or in a handbag or if you are carrying a fish
6  in -- goldfish in a bag, in your bag and it was
7  touching the capacitive screen.
8         I mean, we all had candy bar phones that
9  were answering calls all the time whenever you
10 sat down or, you know, called your most recent
11 number.  We were trying to keep this thing from
12 being operated accidentally.  So, you know, we
13 talked about a lot of things and tried to come up
14 with one that wouldn't happen accidentally.
15    Q.  I appreciate that.  That's why I'm
16 trying to ask you these questions, to get more
17 information from you about that process of
18 developing the design.
19        So at some point in time, you and others
20 at Apple decided to use the current design in the
21 iPhone with the unlock image versus a design in
22 which there is no unlock image shown to the user
23 initially and a text indication is presented?
24    A.  I'm not sure we actually drew that, but
25 we might have talked about it, yeah.

Page 160

1     Q.  And I'm trying to understand why you
2  made that decision to use the unlock image versus
3  a design that did not provide such an unlock
4  image, but instead provided text indication.
5         MR. LYON:  Object to the form.  There is
6  not a question pending.
7  BY MR. PAK:
8     Q.  Could you answer that for me?
9     A.  There is no question.
10        MR. LYON:  What's the question?
11 BY MR. PAK:
12    Q.  Why did you decide to use an unlock
13 image versus a design in which a text indication
14 is used instead of an image?
15    A.  It seemed like the best idea at the
16 time.
17    Q.  And what were some of the factors that
18 went into that process?
19    A.  Could someone approaching the device
20 figure out what to do.  Was the action itself
21 easy enough to do so it wouldn't become
22 irritating.  Was it difficult enough to do so it
23 wouldn't happen accidentally.  Could this --
24 would that action be likely to occur if you were
25 just fiddling with something in your pocket the

Page 161

1  way you might, a pair of keys, a wallet, some
2  other phone.  Would it be triggered if you had
3  the device in your back pocket and you sat down.
4         I'm sure there are many other factors
5  and aspects of the conversation and what-if's
6  that came up.
7     Q.  Have you done any studies to compare
8  whether in actual practice -- that the particular
9  unlock image design yielded better results than a
10 design that did not use an unlock image?
11    A.  What do you mean by "study"?
12    Q.  Field tests.
13        Do you have any statistics, is what I'm
14 trying to understand?
15    A.  I don't recall a single person I know
16 ever complaining that slide to unlock was a bad
17 choice.  So it's like 300 million of these things
18 out there, and so that's a pretty good field
19 test.
20    Q.  And what I'm getting at is whether there
21 was any comparison of that particular design in
22 the iPhone to a design in which an unlock image
23 was not presented initially to the user, but a
24 text description was provided.
25    A.  We show text also.