**ADDITIONAL MATERIALS CONSIDERED**

- Expert Declaration of Geoff Cohen, Ph.D. Concerning U.S. Patent No. 5,946,647 and its exhibits

- Declaration of Cary Clark

- Declaration of Dianne Hackborn

- Declaration of Michael W. Schaffer Regarding Perspective

- Declaration of Christopher Vellturo

- Transcript of April 6, 2012 Deposition of David Wright

- Transcript of May 2, 2012 Deposition of Dr. Geoff Cohen

- Transcript of May 3, 2012 Deposition of Cary Clark

- Transcript of May 3, 2012 Deposition of Michael W. Schaffer

- Transcript of May 11, 2012 Deposition of Dianne Hackborn

- March 19, 2012 Claim Construction Order in *Apple Inc. et al. v. Motorola Inc., et al.*, Case No. 1:11-cv-08540 (N.D. Ill.)

- April 9, 2012 Order in *Apple Inc. et al. v. Motorola Inc., et al.*, Case No. 1:11-cv-08540 (N.D. Ill.)

- Documents produced by Apple relating to the conception and reduction to practice of U.S. Patent No. 5,946,647