

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/595,257 | 02/01/96 | MILLER | J | P1716(357) |

LM61/0128

CARR DEFILIPPO & FERRELL
SUITE 200
2225 EAST BAYSHORE ROAD
PALO ALTO CA 94303

| EXAMINER | |
|---|---|
| EDOUARD, P | |
| **ART UNIT** | **PAPER NUMBER** |
| 2741 | 7 |

DATE MAILED: 01/28/98

**Please find below and/or attached an Office communication concerning this application or proceeding.**

**Commissioner of Patents and Trademarks**

| ***Office Action Summary*** | Application No. 08/595,257 | Applicant(s) MILLER ET AL | |
|---|---|---|---|
| | Examiner PATRICK N. EDOUARD | | Group Art Unit 2741 |

☐ Responsive to communication(s) filed on ____________

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___*3*___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1-20* is/are pending in the application.

Of the above, claim(s) ____________ is/are withdrawn from consideration.

☐ Claim(s) ____________ is/are allowed.

☒ Claim(s) *1-20* is/are rejected.

☐ Claim(s) ____________ is/are objected to.

☐ Claims ____________ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on ____________ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on ____________ is ☐approved ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) ____________.

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ____________.

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___*4*___

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- ***SEE OFFICE ACTION ON THE FOLLOWING PAGES*** ---

**DETAILED ACTION**

***Claim Rejections - 35 USC § 102***

1. The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
>
> (e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

2. Claims 1-3, 11-14 and 20 are rejected under 35 U.S.C. 102(e) as being anticipated by Gerlach et al (5,574,843).

Gerlach, Jr. teaches in his abstract and claim 1:A computer-based system for detecting structures in data and peforming actions on detected structures, comprising:

an input device for receiving data (his keyboard 115);

an output device for presenting the data (his display 120);

a memory storing information including program routines, the program routines comprising (his disk 105 and his RAM 135):

an analyser server for detecting structures in the data, and linking actions to the detected structures(col. 50, lines 6-14);:

a user interface enabling the selection of a detected structure and a linked action (his mouse 110 and his keyboard 115, col.50, lines 17-24); and

an action processor for performing the selected action on the selected structure (abstract, and performing the action...of the received data structure and his figure 24 and col. 50, lines 25-32); and

a processing unit coupled to the input device, the output device, and the memory for controlling the execution of the program routines (his micro-processor 150).

### *Claim Rejections - 35 USC § 103*

3. The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

4. Claims 4-10 and 15-19 are rejected under 35 U.S.C. 103(a) as being unpatentable over Gerlach et al (5,574,843) in view Lamberti et al (5,369,575).

It is noted that Gerlach teaches the claimed invention but does not teach the analyser server includes grammars and a parser for detecting structures in the data.

However, this feature is well known in the art as evidenced by Lamberti et al who teach at the abstract that the computer also compares the goal expression with prestored goal-expressions to determine a match and then performs an action in response to a match being found. Therefore, it would have been obvious to one of ordinary skill in the art at the time the invention was made to combine the analyser as taught by Gerlach with the parser as taught by Lamberti because the computer could employ a feeback method to reinforce a user's confidence and knowledge that the computer comprehends a query.

***Conclusion***

5. The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

Fukuda et al (5,115,390) is cited to teach a control data input apparatus.

6. Any inquiry concerning this communication or earlier communications from the examiner should be directed to Patrick N. Edouard whose telephone number is (703) 308-6725. The examiner can normally be reached on Tuesday-Friday from 7:30 a.m. to 6:00 p.m.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, David Hudspeth, can be reached on (703) 308-4825. The fax phone number for this Group is

(703) 305-9508.

Communications via Internet e-mail regarding this application, other than those under 35 U.S.C. 132 or which otherwise require a signature, may be used by the applicant and should be addressed to [david hudspeth@uspto.gov].

All Internet e-mail communications will be made of record in the application file. PTO employees do not engage in Internet communications where there exists a possibility that sensitive information could be identified or exchanged unless the record includes a properly signed express waiver of the confidentiality requirements of 35 U.S.C. 122. This is more clearly set forth in the Interim Internet Usage Policy published in the Official Gazette of the Patent and Trademark on February 25, 1997 at 1195 OG 89.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 305-9600.

Patrick N. Edouard

January 15, 1998

David Hudspeth

**DAVID R. HUDSPETH**
**SUPERVISORY PATENT EXAMINER**
**GROUP 2700**

FORM PTO-892

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

# NOTICE OF REFERENCES CITED

SERIAL 08/595,257

GROUP ART UNIT 2741

ATTACHMENT TO PAPER NO. 2

APPLICANT(S) MILLER ET AL

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 5,202,828 | 3-13-93 | VERTELNEY ET AL | 364 | 419 | |
| | B | 5,115,390 | 03-19-92 | FUKUDA ET AL | 364 | 146 | |
| | C | 5,574,843 | 11-12-96 | GERLACH ET AL | 395 | 118 | 01-17-95 |
| | D | 5,369,575 | 11-29-94 | LAMBERTI ET AL | 704 | 1 | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |

## FOREIGN PATENT DOCUMENTS

| • | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | L | | | | | | |
| | M | | | | | | |
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |

EXAMINER
Patrick N. Edouard

DATE
January 16, 1998

Form 892BMR2107

* A copy of this reference is not being furnished with this office action.
See Manual of Patent Examining Procedure, section 707.05(a).)ENDRECORD