# Exhibit 9 to Mowry Declaration