# Exhibit 10 to Mowry Declaration