# 7

# Linking

7.1     Compiler Drivers   655

7.2     Static Linking   657

7.3     Object Files   657

7.4     Relocatable Object Files   658

7.5     Symbols and Symbol Tables   660

7.6     Symbol Resolution   663

7.7     Relocation   672

7.8     Executable Object Files   678

7.9     Loading Executable Object Files   679

7.10    Dynamic Linking with Shared Libraries   681

7.11    Loading and Linking Shared Libraries from Applications   683

7.12    Position-Independent Code (PIC)   687

7.13    Tools for Manipulating Object Files   690

7.14    Summary   691

        Bibliographic Notes   691

        Homework Problems   692

        Solutions to Practice Problems   698

Linking is the process of collecting and combining various pieces of code and data into a single file that can be *loaded* (copied) into memory and executed. Linking can be performed at *compile time*, when the source code is translated into machine code; at *load time*, when the program is loaded into memory and executed by the *loader*; and even at *run time*, by application programs. On early computer systems, linking was performed manually. On modern systems, linking is performed automatically by programs called *linkers*.

Linkers play a crucial role in software development because they enable *separate compilation*. Instead of organizing a large application as one monolithic source file, we can decompose it into smaller, more manageable modules that can be modified and compiled separately. When we change one of these modules, we simply recompile it and relink the application, without having to recompile the other files.

Linking is usually handled quietly by the linker, and is not an important issue for students who are building small programs in introductory programming classes. So why bother learning about linking?

- *Understanding linkers will help you build large programs.* Programmers who build large programs often encounter linker errors caused by missing modules, missing libraries, or incompatible library versions. Unless you understand how a linker resolves references, what a library is, and how a linker uses a library to resolve references, these kinds of errors will be baffling and frustrating.

- *Understanding linkers will help you avoid dangerous programming errors.* The decisions that Unix linkers make when they resolve symbol references can silently affect the correctness of your programs. Programs that incorrectly define multiple global variables pass through the linker without any warnings in the default case. The resulting programs can exhibit baffling run-time behavior and are extremely difficult to debug. We will show you how this happens and how to avoid it.

- *Understanding linking will help you understand how language scoping rules are implemented.* For example, what is the difference between global and local variables? What does it really mean when you define a variable or function with the static attribute?

- *Understanding linking will help you understand other important systems concepts.* The executable object files produced by linkers play key roles in important systems functions such as loading and running programs, virtual memory, paging, and memory mapping.

- *Understanding linking will enable you to exploit shared libraries.* For many years, linking was considered to be fairly straightforward and uninteresting. However, with the increased importance of shared libraries and dynamic linking in modern operating systems, linking is a sophisticated process that provides the knowledgeable programmer with significant power. For example, many software products use shared libraries to upgrade shrink-wrapped binaries at run time. Also, most Web servers rely on dynamic linking of shared libraries to serve dynamic content.

This chapter provides a thorough discussion of all aspects of linking, from traditional static linking, to dynamic linking of shared libraries at load time, to dynamic linking of shared libraries at run time. We will describe the basic mechanisms using real examples, and we will identify situations in which linking issues can affect the performance and correctness of your programs.

To keep things concrete and understandable, we will couch our discussion in the context of an x86 system running Linux and using the standard ELF object file format. For clarity, we will focus our discussion on linking 32-bit code, which is easier to understand than linking 64-bit code.[1] However, it is important to realize that the basic concepts of linking are universal, regardless of the operating system, the ISA, or the object file format. Details may vary, but the concepts are the same.

## 7.1    Compiler Drivers

Consider the C program in Figure 7.1. It consists of two source files, `main.c` and `swap.c`. Function `main()` calls `swap`, which swaps the two elements in the external global array `buf`. Granted, this is a strange way to swap two numbers, but it will serve as a small running example throughout this chapter that will allow us to make some important points about how linking works.

Most compilation systems provide a *compiler driver* that invokes the language preprocessor, compiler, assembler, and linker, as needed on behalf of the user. For example, to build the example program using the GNU compilation system, we might invoke the GCC driver by typing the following command to the shell:

```
unix> gcc -O2 -g -o p main.c swap.c
```

Figure 7.2 summarizes the activities of the driver as it translates the example program from an ASCII source file into an executable object file. (If you want to see these steps for yourself, run GCC with the `-v` option.) The driver first runs the C preprocessor (`cpp`), which translates the C source file `main.c` into an ASCII intermediate file `main.i`:

```
cpp [other arguments] main.c /tmp/main.i
```

Next, the driver runs the C compiler (`cc1`), which translates `main.i` into an ASCII assembly language file `main.s`.

```
cc1 /tmp/main.i main.c -O2 [other arguments] -o /tmp/main.s
```

Then, the driver runs the assembler (`as`), which translates `main.s` into a *relocatable object file* `main.o`:

```
as [other arguments] -o /tmp/main.o /tmp/main.s
```

---

1. You can generate 32-bit code on an x86-64 system using gcc -m32.

(a) `main.c`

*code/link/main.c*

```
1    /* main.c */
2    void swap();
3
4    int buf[2] = {1, 2};
5
6    int main()
7    {
8        swap();
9        return 0;
10   }
```

*code/link/main.c*

(b) `swap.c`

*code/link/swap.c*

```
1    /* swap.c */
2    extern int buf[];
3
4    int *bufp0 = &buf[0];
5    int *bufp1;
6
7    void swap()
8    {
9        int temp;
10
11       bufp1 = &buf[1];
12       temp = *bufp0;
13       *bufp0 = *bufp1;
14       *bufp1 = temp;
15   }
```

*code/link/swap.c*

**Figure 7.1    Example program 1:** The example program consists of two source files, `main.c` and `swap.c`. The `main` function initializes a two-element array of ints, and then calls the `swap` function to swap the pair.



**Figure 7.2    Static linking.** The linker combines relocatable object files to form an executable object file p.

The driver goes through the same process to generate `swap.o`. Finally, it runs the linker program `ld`, which combines `main.o` and `swap.o`, along with the necessary system object files, to create the *executable object file* p:

```
ld -o p [system object files and args] /tmp/main.o /tmp/swap.o
```

To run the executable p, we type its name on the Unix shell's command line:

```
unix> ./p
```

The shell invokes a function in the operating system called the *loader*, which copies the code and data in the executable file p into memory, and then transfers control to the beginning of the program.

## 7.2   Static Linking

*Static linkers* such as the Unix ld program take as input a collection of relocatable object files and command-line arguments and generate as output a fully linked executable object file that can be loaded and run. The input relocatable object files consist of various code and data sections. Instructions are in one section, initialized global variables are in another section, and uninitialized variables are in yet another section.

To build the executable, the linker must perform two main tasks:

* *Symbol resolution.* Object files define and reference *symbols*. The purpose of symbol resolution is to associate each symbol reference with exactly one symbol definition.
* *Relocation.* Compilers and assemblers generate code and data sections that start at address 0. The linker *relocates* these sections by associating a memory location with each symbol definition, and then modifying all of the references to those symbols so that they point to this memory location.

The sections that follow describe these tasks in more detail. As you read, keep in mind some basic facts about linkers: Object files are merely collections of blocks of bytes. Some of these blocks contain program code, others contain program data, and others contain data structures that guide the linker and loader. A linker concatenates blocks together, decides on run-time locations for the concatenated blocks, and modifies various locations within the code and data blocks. Linkers have minimal understanding of the target machine. The compilers and assemblers that generate the object files have already done most of the work.

## 7.3   Object Files

Object files come in three forms:

* *Relocatable object file.* Contains binary code and data in a form that can be combined with other relocatable object files at compile time to create an executable object file.
* *Executable object file.* Contains binary code and data in a form that can be copied directly into memory and executed.
* *Shared object file.* A special type of relocatable object file that can be loaded into memory and linked dynamically, at either load time or run time.

Compilers and assemblers generate relocatable object files (including shared object files). Linkers generate executable object files. Technically, an *object module*

is a sequence of bytes, and an *object file* is an object module stored on disk in a file. However, we will use these terms interchangeably.

Object file formats vary from system to system. The first Unix systems from Bell Labs used the a.out format. (To this day, executables are still referred to as a.out files.) Early versions of System V Unix used the Common Object File format (COFF). Windows NT uses a variant of COFF called the Portable Executable (PE) format. Modern Unix systems—such as Linux, later versions of System V Unix, BSD Unix variants, and Sun Solaris—use the Unix *Executable and Linkable Format* (ELF). Although our discussion will focus on ELF, the basic concepts are similar, regardless of the particular format.

## 7.4 Relocatable Object Files

Figure 7.3 shows the format of a typical ELF relocatable object file. The *ELF header* begins with a 16-byte sequence that describes the word size and byte ordering of the system that generated the file. The rest of the ELF header contains information that allows a linker to parse and interpret the object file. This includes the size of the ELF header, the object file type (e.g., relocatable, executable, or shared), the machine type (e.g., IA32), the file offset of the section header table, and the size and number of entries in the section header table. The locations and sizes of the various sections are described by the *section header table*, which contains a fixed sized entry for each section in the object file.

Sandwiched between the ELF header and the section header table are the sections themselves. A typical ELF relocatable object file contains the following sections:

.text: The machine code of the compiled program.

.rodata: Read-only data such as the format strings in printf statements, and jump tables for switch statements (see Problem 7.14).

Figure 7.3
**Typical ELF relocatable object file.**



| | 0 |
|---|---|
| ELF header | |
| .text | |
| .rodata | |
| .data | |
| .bss | |
| .symtab | |
| .rel.text | |
| .rel.data | |
| .debug | |
| .line | |
| .strtab | |
| Section header table | |

Sections {

Describes object file sections {

.data: *Initialized* global C variables. Local C variables are maintained at run time on the stack, and do not appear in either the .data or .bss sections.

.bss: *Uninitialized* global C variables. This section occupies no actual space in the object file; it is merely a place holder. Object file formats distinguish between initialized and uninitialized variables for space efficiency: uninitialized variables do not have to occupy any actual disk space in the object file.

.symtab: A *symbol table* with information about functions and global variables that are defined and referenced in the program. Some programmers mistakenly believe that a program must be compiled with the -g option to get symbol table information. In fact, every relocatable object file has a symbol table in .symtab. However, unlike the symbol table inside a compiler, the .symtab symbol table does not contain entries for local variables.

.rel.text: A list of locations in the .text section that will need to be modified when the linker combines this object file with others. In general, any instruction that calls an external function or references a global variable will need to be modified. On the other hand, instructions that call local functions do not need to be modified. Note that relocation information is not needed in executable object files, and is usually omitted unless the user explicitly instructs the linker to include it.

.rel.data: Relocation information for any global variables that are referenced or defined by the module. In general, any initialized global variable whose initial value is the address of a global variable or externally defined function will need to be modified.

.debug: A debugging symbol table with entries for local variables and typedefs defined in the program, global variables defined and referenced in the program, and the original C source file. It is only present if the compiler driver is invoked with the -g option.

.line: A mapping between line numbers in the original C source program and machine code instructions in the .text section. It is only present if the compiler driver is invoked with the -g option.

.strtab: A string table for the symbol tables in the .symtab and .debug sections, and for the section names in the section headers. A string table is a sequence of null-terminated character strings.

---

**Aside**    Why is uninitialized data called .bss?

The use of the term .bss to denote uninitialized data is universal. It was originally an acronym for the "Block Storage Start" instruction from the IBM 704 assembly language (circa 1957) and the acronym has stuck. A simple way to remember the difference between the .data and .bss sections is to think of "bss" as an abbreviation for "Better Save Space!"

## 7.5    Symbols and Symbol Tables

Each relocatable object module, $m$, has a symbol table that contains information about the symbols that are defined and referenced by $m$. In the context of a linker, there are three different kinds of symbols:

- *Global symbols* that are defined by module $m$ and that can be referenced by other modules. Global linker symbols correspond to *nonstatic* C functions and global variables that are defined *without* the C `static` attribute.

- Global symbols that are referenced by module $m$ but defined by some other module. Such symbols are called *externals* and correspond to C functions and variables that are defined in other modules.

- *Local symbols* that are defined and referenced exclusively by module $m$. Some local linker symbols correspond to C functions and global variables that are defined with the `static` attribute. These symbols are visible anywhere within module $m$, but cannot be referenced by other modules. The sections in an object file and the name of the source file that corresponds to module $m$ also get local symbols.

It is important to realize that local linker symbols are not the same as local program variables. The symbol table in `.symtab` does not contain any symbols that correspond to local nonstatic program variables. These are managed at run time on the stack and are not of interest to the linker.

Interestingly, local procedure variables that are defined with the C `static` attribute are not managed on the stack. Instead, the compiler allocates space in `.data` or `.bss` for each definition and creates a local linker symbol in the symbol table with a unique name. For example, suppose a pair of functions in the same module define a static local variable x:

```
1    int f()
2    {
3        static int x = 0;
4        return x;
5    }
6
7    int g()
8    {
9        static int x = 1;
10       return x;
11   }
```

In this case, the compiler allocates space for two integers in `.data` and exports a pair of unique local linker symbols to the assembler. For example, it might use `x.1` for the definition in function `f` and `x.2` for the definition in function `g`.

---

**New to C?**    Hiding variable and function names with `static`

C programmers use the `static` attribute to hide variable and function declarations inside modules, much as you would use *public* and *private* declarations in Java and C++. C source files play the role of modules. Any global variable or function declared with the `static` attribute is private to that module. Similarly, any global variable or function declared without the `static` attribute is public and can be accessed by any other module. It is good programming practice to protect your variables and functions with the `static` attribute wherever possible.

---

Symbol tables are built by assemblers, using symbols exported by the compiler into the assembly-language `.s` file. An ELF symbol table is contained in the `.symtab` section. It contains an array of entries. Figure 7.4 shows the format of each entry.

The `name` is a byte offset into the string table that points to the null-terminated string name of the symbol. The `value` is the symbol's address. For relocatable modules, the `value` is an offset from the beginning of the section where the object is defined. For executable object files, the `value` is an absolute run-time address. The `size` is the size (in bytes) of the object. The `type` is usually either data or function. The symbol table can also contain entries for the individual sections and for the path name of the original source file. So there are distinct types for these objects as well. The `binding` field indicates whether the symbol is local or global.

Each symbol is associated with some section of the object file, denoted by the `section` field, which is an index into the section header table. There are three special pseudo sections that don't have entries in the section header table: ABS is for symbols that should not be relocated. UNDEF is for undefined symbols, that is, symbols that are referenced in this object module but defined elsewhere. COMMON is for uninitialized data objects that are not yet allocated. For COMMON symbols, the `value` field gives the alignment requirement, and `size` gives the minimum size.

---
*code/link/elfstructs.c*

```
1   typedef struct {
2       int name;          /* String table offset */
3       int value;         /* Section offset, or VM address */
4       int size;          /* Object size in bytes */
5       char type:4,       /* Data, func, section, or src file name (4 bits) */
6            binding:4;    /* Local or global (4 bits) */
7       char reserved;     /* Unused */
8       char section;      /* Section header index, ABS, UNDEF, */
9                          /* Or COMMON  */
10  } Elf_Symbol;
```

---
*code/link/elfstructs.c*

Figure 7.4  **ELF symbol table entry.** type and `binding` are four bits each.

For example, here are the last three entries in the symbol table for `main.o`, as displayed by the GNU README tool. The first eight entries, which are not shown, are local symbols that the linker uses internally.

```
Num:   Value  Size Type    Bind    Ot  Ndx Name
  8:       0     8 OBJECT  GLOBAL  0     3 buf
  9:       0    17 FUNC    GLOBAL  0     1 main
 10:       0     0 NOTYPE  GLOBAL  0   UND swap
```

In this example, we see an entry for the definition of global symbol `buf`, an 8-byte object located at an offset (i.e., `value`) of zero in the `.data` section. This is followed by the definition of the global symbol `main`, a 17-byte function located at an offset of zero in the `.text` section. The last entry comes from the reference for the external symbol `swap`. README identifies each section by an integer index. `Ndx=1` denotes the `.text` section, and `Ndx=3` denotes the `.data` section.

Similarly, here are the symbol table entries for `swap.o`:

```
Num:   Value  Size Type    Bind    Ot  Ndx Name
  8:       0     4 OBJECT  GLOBAL  0     3 bufp0
  9:       0     0 NOTYPE  GLOBAL  0   UND buf
 10:       0    39 FUNC    GLOBAL  0     1 swap
 11:       4     4 OBJECT  GLOBAL  0   COM bufp1
```

First, we see an entry for the definition of the global symbol `bufp0`, which is a 4-byte initialized object starting at offset 0 in `.data`. The next symbol comes from the reference to the external `buf` symbol in the initialization code for `bufp0`. This is followed by the global symbol `swap`, a 39-byte function at an offset of zero in `.text`. The last entry is the global symbol `bufp1`, a 4-byte uninitialized data object (with a 4-byte alignment requirement) that will eventually be allocated as a `.bss` object when this module is linked.

## Practice Problem 7.1

This problem concerns the `swap.o` module from Figure 7.1(b). For each symbol that is defined or referenced in `swap.o`, indicate whether or not it will have a symbol table entry in the `.symtab` section in module `swap.o`. If so, indicate the module that defines the symbol (`swap.o` or `main.o`), the symbol type (local, global, or extern), and the section (`.text`, `.data`, or `.bss`) it occupies in that module.

| Symbol | swap.o .symtab entry? | Symbol type | Module where defined | Section |
|--------|----------------------|-------------|----------------------|---------|
| buf    | _____ | _____ | _____ | _____ |
| bufp0  | _____ | _____ | _____ | _____ |
| bufp1  | _____ | _____ | _____ | _____ |
| swap   | _____ | _____ | _____ | _____ |
| temp   | _____ | _____ | _____ | _____ |

## 7.6   Symbol Resolution

The linker resolves symbol references by associating each reference with exactly one symbol definition from the symbol tables of its input relocatable object files. Symbol resolution is straightforward for references to local symbols that are defined in the same module as the reference. The compiler allows only one definition of each local symbol per module. The compiler also ensures that static local variables, which get local linker symbols, have unique names.

Resolving references to global symbols, however, is trickier. When the compiler encounters a symbol (either a variable or function name) that is not defined in the current module, it assumes that it is defined in some other module, generates a linker symbol table entry, and leaves it for the linker to handle. If the linker is unable to find a definition for the referenced symbol in any of its input modules, it prints an (often cryptic) error message and terminates. For example, if we try to compile and link the following source file on a Linux machine,

```
1   void foo(void);
2
3   int main() {
4       foo();
5       return 0;
6   }
```

then the compiler runs without a hitch, but the linker terminates when it cannot resolve the reference to `foo`:

```
unix> gcc -Wall -O2 -o linkerror linkerror.c
/tmp/ccSz5uti.o: In function 'main':
/tmp/ccSz5uti.o(.text+0x7): undefined reference to 'foo'
collect2: ld returned 1 exit status
```

Symbol resolution for global symbols is also tricky because the same symbol might be defined by multiple object files. In this case, the linker must either flag an error or somehow choose one of the definitions and discard the rest. The approach adopted by Unix systems involves cooperation between the compiler, assembler, and linker, and can introduce some baffling bugs to the unwary programmer.

---

**Aside**   Mangling of linker symbols in C++ and Java

Both C++ and Java allow overloaded methods that have the same name in the source code but different parameter lists. So how does the linker tell the difference between these different overloaded functions? Overloaded functions in C++ and Java work because the compiler encodes each unique method and parameter list combination into a unique name for the linker. This encoding process is called *mangling*, and the inverse process *demangling*.

Happily, C++ and Java use compatible mangling schemes. A mangled class name consists of the integer number of characters in the name followed by the original name. For example, the class Foo is encoded as 3Foo. A method is encoded as the original method name, followed by __, followed

by the mangled class name, followed by single letter encodings of each argument. For example, Foo::bar(int, long) is encoded as bar__3Fooil. Similar schemes are used to mangle global variable and template names.

### 7.6.1 How Linkers Resolve Multiply Defined Global Symbols

At compile time, the compiler exports each global symbol to the assembler as either *strong* or *weak*, and the assembler encodes this information implicitly in the symbol table of the relocatable object file. Functions and initialized global variables get strong symbols. Uninitialized global variables get weak symbols. For the example program in Figure 7.1, buf, bufp0, main, and swap are strong symbols; bufp1 is a weak symbol.

Given this notion of strong and weak symbols, Unix linkers use the following rules for dealing with multiply defined symbols:

- Rule 1: Multiple strong symbols are not allowed.
- Rule 2: Given a strong symbol and multiple weak symbols, choose the strong symbol.
- Rule 3: Given multiple weak symbols, choose any of the weak symbols.

For example, suppose we attempt to compile and link the following two C modules:

```
1   /* foo1.c */          1   /* bar1.c */
2   int main()            2   int main()
3   {                     3   {
4       return 0;         4       return 0;
5   }                     5   }
```

In this case, the linker will generate an error message because the strong symbol main is defined multiple times (rule 1):

```
unix> gcc foo1.c bar1.c
/tmp/cca015022.o: In function 'main':
/tmp/cca015022.o(.text+0x0): multiple definition of 'main'
/tmp/cca015021.o(.text+0x0): first defined here
```

Similarly, the linker will generate an error message for the following modules because the strong symbol x is defined twice (rule 1):

```
1   /* foo2.c */          1   /* bar2.c */
2   int x = 15213;        2   int x = 15213;
3                         3
4   int main()            4   void f()
5   {                     5   {
6       return 0;         6   }
7   }
```

However, if x is uninitialized in one module, then the linker will quietly choose the strong symbol defined in the other (rule 2):

```
1    /* foo3.c */                      1    /* bar3.c */
2    #include <stdio.h>                2    int x;
3    void f(void);                     3
4                                      4    void f()
5    int x = 15213;                    5    {
6                                      6        x = 15212;
7    int main()                        7    }
8    {
9        f();
10       printf("x = %d\n", x);
11       return 0;
12   }
```

At run time, function f changes the value of x from 15213 to 15212, which might come as an unwelcome surprise to the author of function main! Notice that the linker normally gives no indication that it has detected multiple definitions of x:

```
unix> gcc -o foobar3 foo3.c bar3.c
unix> ./foobar3
x = 15212
```

The same thing can happen if there are two weak definitions of x (rule 3):

```
1    /* foo4.c */                      1    /* bar4.c */
2    #include <stdio.h>                2    int x;
3    void f(void);                     3
4                                      4    void f()
5    int x;                            5    {
6                                      6        x = 15212;
7    int main()                        7    }
8    {
9        x = 15213;
10       f();
11       printf("x = %d\n", x);
12       return 0;
13   }
```

The application of rules 2 and 3 can introduce some insidious run-time bugs that are incomprehensible to the unwary programmer, especially if the duplicate symbol definitions have different types. Consider the following example, in which x is defined as an int in one module and a double in another:

```
1   /* foo5.c */              1   /* bar5.c */
2   #include <stdio.h>         2   double x;
3   void f(void);             3
4                             4   void f()
5   int x = 15213;            5   {
6   int y = 15212;            6       x = -0.0;
7                             7   }
8   int main()
9   {
10      f();
11      printf("x = 0x%x y = 0x%x \n",
12              x, y);
13      return 0;
14  }
```

On an IA32/Linux machine, doubles are 8 bytes and ints are 4 bytes. Thus, the assignment x = -0.0 in line 6 of bar5.c will overwrite the memory locations for x and y (lines 5 and 6 in foo5.c) with the double-precision floating-point representation of negative zero!

```
linux> gcc -o foobar5 foo5.c bar5.c
linux> ./foobar5
x = 0x0 y = 0x80000000
```

This is a subtle and nasty bug, especially because it occurs silently, with no warning from the compilation system, and because it typically manifests itself much later in the execution of the program, far away from where the error occurred. In a large system with hundreds of modules, a bug of this kind is extremely hard to fix, especially because many programmers are not aware of how linkers work. When in doubt, invoke the linker with a flag such as the GCC -fno-common flag, which triggers an error if it encounters multiply defined global symbols.

### Practice Problem 7.2

In this problem, let REF(x.i) --> DEF(x.k) denote that the linker will associate an arbitrary reference to symbol x in module i to the definition of x in module k. For each example that follows, use this notation to indicate how the linker would resolve references to the multiply defined symbol in each module. If there is a link-time error (rule 1), write "ERROR." If the linker arbitrarily chooses one of the definitions (rule 3), write "UNKNOWN."

```
A. /* Module 1 */        /* Module 2 */
   int main()            int main;
   {                     int p2()
   }                     {
                         }
```

(a) `REF(main.1) --> DEF(_____. ___)`

(b) `REF(main.2) --> DEF(_____. ___)`

B.  `/* Module 1 */`           `/* Module 2 */`
    `void main()`              `int main=1;`
    `{`                        `int p2()`
    `}`                        `{`
                               `}`

(a) `REF(main.1) --> DEF(_____. ___)`

(b) `REF(main.2) --> DEF(_____. ___)`

C.  `/* Module 1 */`           `/* Module 2 */`
    `int x;`                   `double x=1.0;`
    `void main()`              `int p2()`
    `{`                        `{`
    `}`                        `}`

(a) `REF(x.1) --> DEF(_____. ___)`

(b) `REF(x.2) --> DEF(_____. ___)`

## 7.6.2  Linking with Static Libraries

So far, we have assumed that the linker reads a collection of relocatable object files and links them together into an output executable file. In practice, all compilation systems provide a mechanism for packaging related object modules into a single file called a *static library*, which can then be supplied as input to the linker. When it builds the output executable, the linker copies only the object modules in the library that are referenced by the application program.

Why do systems support the notion of libraries? Consider ANSI C, which defines an extensive collection of standard I/O, string manipulation, and integer math functions such as `atoi`, `printf`, `scanf`, `strcpy`, and `rand`. They are available to every C program in the `libc.a` library. ANSI C also defines an extensive collection of floating-point math functions such as `sin`, `cos`, and `sqrt` in the `libm.a` library.

Consider the different approaches that compiler developers might use to provide these functions to users without the benefit of static libraries. One approach would be to have the compiler recognize calls to the standard functions and to generate the appropriate code directly. Pascal, which provides a small set of standard functions, takes this approach, but it is not feasible for C, because of the large number of standard functions defined by the C standard. It would add significant complexity to the compiler and would require a new compiler version each time a function was added, deleted, or modified. To application programmers, however, this approach would be quite convenient because the standard functions would always be available.

Another approach would be to put all of the standard C functions in a single relocatable object module, say, `libc.o`, that application programmers could link into their executables:

```
unix> gcc main.c /usr/lib/libc.o
```

This approach has the advantage that it would decouple the implementation of the standard functions from the implementation of the compiler, and would still be reasonably convenient for programmers. However, a big disadvantage is that every executable file in a system would now contain a complete copy of the collection of standard functions, which would be extremely wasteful of disk space. (On a typical system, `libc.a` is about 8 MB and `libm.a` is about 1 MB.) Worse, each running program would now contain its own copy of these functions in memory, which would be extremely wasteful of memory. Another big disadvantage is that any change to any standard function, no matter how small, would require the library developer to recompile the entire source file, a time-consuming operation that would complicate the development and maintenance of the standard functions.

We could address some of these problems by creating a separate relocatable file for each standard function and storing them in a well-known directory. However, this approach would require application programmers to explicitly link the appropriate object modules into their executables, a process that would be error prone and time consuming:

```
unix> gcc main.c /usr/lib/printf.o /usr/lib/scanf.o ...
```

The notion of a static library was developed to resolve the disadvantages of these various approaches. Related functions can be compiled into separate object modules and then packaged in a single static library file. Application programs can then use any of the functions defined in the library by specifying a single file name on the command line. For example, a program that uses functions from the standard C library and the math library could be compiled and linked with a command of the form

```
unix> gcc main.c /usr/lib/libm.a /usr/lib/libc.a
```

At link time, the linker will only copy the object modules that are referenced by the program, which reduces the size of the executable on disk and in memory. On the other hand, the application programmer only needs to include the names of a few library files. (In fact, C compiler drivers always pass `libc.a` to the linker, so the reference to `libc.a` mentioned previously is unnecessary.)

On Unix systems, static libraries are stored on disk in a particular file format known as an *archive*. An archive is a collection of concatenated relocatable object files, with a header that describes the size and location of each member object file. Archive filenames are denoted with the `.a` suffix. To make our discussion of libraries concrete, suppose that we want to provide the vector routines in Figure 7.5 in a static library called `libvector.a`.

(a) `addvec.o`

*—————————————— code/link/addvec.c*

```
1    void addvec(int *x, int *y,
2                int *z, int n)
3    {
4        int i;
5
6        for (i = 0; i < n; i++)
7            z[i] = x[i] + y[i];
8    }
```

*—————————————— code/link/addvec.c*

(b) `multvec.o`

*—————————————— code/link/multvec.c*

```
1    void multvec(int *x, int *y,
2                 int *z, int n)
3    {
4        int i;
5
6        for (i = 0; i < n; i++)
7            z[i] = x[i] * y[i];
8    }
```

*—————————————— code/link/multvec.c*

Figure 7.5 **Member object files in** `libvector.a`.

To create the library, we would use the AR tool as follows:

```
unix> gcc -c addvec.c multvec.c
unix> ar rcs libvector.a addvec.o multvec.o
```

To use the library, we might write an application such as `main2.c` in Figure 7.6, which invokes the addvec library routine. (The include (header) file `vector.h` defines the function prototypes for the routines in `libvector.a`.)

*—————————————— code/link/main2.c*

```
1    /* main2.c */
2    #include <stdio.h>
3    #include "vector.h"
4
5    int x[2] = {1, 2};
6    int y[2] = {3, 4};
7    int z[2];
8
9    int main()
10   {
11       addvec(x, y, z, 2);
12       printf("z = [%d %d]\n", z[0], z[1]);
13       return 0;
14   }
```

*—————————————— code/link/main2.c*

Figure 7.6 **Example program 2:** This program calls member functions in the static `libvector.a` library.



Figure 7.7 **Linking with static libraries.**

To build the executable, we would compile and link the input files `main.o` and `libvector.a`:

```
unix> gcc -O2 -c main2.c
unix> gcc -static -o p2 main2.o ./libvector.a
```

Figure 7.7 summarizes the activity of the linker. The `-static` argument tells the compiler driver that the linker should build a fully linked executable object file that can be loaded into memory and run without any further linking at load time. When the linker runs, it determines that the `addvec` symbol defined by `addvec.o` is referenced by `main.o`, so it copies `addvec.o` into the executable. Since the program doesn't reference any symbols defined by `multvec.o`, the linker does *not* copy this module into the executable. The linker also copies the `printf.o` module from `libc.a`, along with a number of other modules from the C run-time system.

### 7.6.3 How Linkers Use Static Libraries to Resolve References

While static libraries are useful and essential tools, they are also a source of confusion to programmers because of the way the Unix linker uses them to resolve external references. During the symbol resolution phase, the linker scans the relocatable object files and archives left to right in the same sequential order that they appear on the compiler driver's command line. (The driver automatically translates any `.c` files on the command line into `.o` files.) During this scan, the linker maintains a set $E$ of relocatable object files that will be merged to form the executable, a set $U$ of unresolved symbols (i.e., symbols referred to, but not yet defined), and a set $D$ of symbols that have been defined in previous input files. Initially, $E$, $U$, and $D$ are empty.

- For each input file $f$ on the command line, the linker determines if $f$ is an object file or an archive. If $f$ is an object file, the linker adds $f$ to $E$, updates $U$ and $D$ to reflect the symbol definitions and references in $f$, and proceeds to the next input file.

- If $f$ is an archive, the linker attempts to match the unresolved symbols in $U$ against the symbols defined by the members of the archive. If some archive member, $m$, defines a symbol that resolves a reference in $U$, then $m$ is added to $E$, and the linker updates $U$ and $D$ to reflect the symbol definitions and references in $m$. This process iterates over the member object files in the archive until a fixed point is reached where $U$ and $D$ no longer change. At this point, any member object files not contained in $E$ are simply discarded and the linker proceeds to the next input file.

- If $U$ is nonempty when the linker finishes scanning the input files on the command line, it prints an error and terminates. Otherwise, it merges and relocates the object files in $E$ to build the output executable file.

Unfortunately, this algorithm can result in some baffling link-time errors because the ordering of libraries and object files on the command line is significant. If the library that defines a symbol appears on the command line before the object file that references that symbol, then the reference will not be resolved and linking will fail. For example, consider the following:

```
unix> gcc -static ./libvector.a main2.c
/tmp/cc9XH6Rp.o: In function 'main':
/tmp/cc9XH6Rp.o(.text+0x18): undefined reference to 'addvec'
```

What happened? When `libvector.a` is processed, $U$ is empty, so no member object files from `libvector.a` are added to $E$. Thus, the reference to `addvec` is never resolved and the linker emits an error message and terminates.

The general rule for libraries is to place them at the end of the command line. If the members of the different libraries are independent, in that no member references a symbol defined by another member, then the libraries can be placed at the end of the command line in any order.

If, on the other hand, the libraries are not independent, then they must be ordered so that for each symbol $s$ that is referenced externally by a member of an archive, at least one definition of $s$ follows a reference to $s$ on the command line. For example, suppose `foo.c` calls functions in `libx.a` and `libz.a` that call functions in `liby.a`. Then `libx.a` and `libz.a` must precede `liby.a` on the command line:

```
unix> gcc foo.c libx.a libz.a liby.a
```

Libraries can be repeated on the command line if necessary to satisfy the dependence requirements. For example, suppose `foo.c` calls a function in `libx.a` that calls a function in `liby.a` that calls a function in `libx.a`. Then `libx.a` must be repeated on the command line:

```
unix> gcc foo.c libx.a liby.a libx.a
```

Alternatively, we could combine `libx.a` and `liby.a` into a single archive.

**Practice Problem 7.3**

Let a and b denote object modules or static libraries in the current directory, and let a→b denote that a depends on b, in the sense that b defines a symbol that is referenced by a. For each of the following scenarios, show the minimal command line (i.e., one with the least number of object file and library arguments) that will allow the static linker to resolve all symbol references.

A. p.o → libx.a.

B. p.o → libx.a → liby.a.

C. p.o → libx.a → liby.a **and** liby.a → libx.a → p.o.

## 7.7 Relocation

Once the linker has completed the symbol resolution step, it has associated each symbol reference in the code with exactly one symbol definition (i.e., a symbol table entry) in one of its input object modules. At this point, the linker knows the exact sizes of the code and data sections in its input object modules. It is now ready to begin the relocation step, where it merges the input modules and assigns run-time addresses to each symbol. Relocation consists of two steps:

- *Relocating sections and symbol definitions.* In this step, the linker merges all sections of the same type into a new aggregate section of the same type. For example, the .data sections from the input modules are all merged into one section that will become the .data section for the output executable object file. The linker then assigns run-time memory addresses to the new aggregate sections, to each section defined by the input modules, and to each symbol defined by the input modules. When this step is complete, every instruction and global variable in the program has a unique run-time memory address.

- *Relocating symbol references within sections.* In this step, the linker modifies every symbol reference in the bodies of the code and data sections so that they point to the correct run-time addresses. To perform this step, the linker relies on data structures in the relocatable object modules known as relocation entries, which we describe next.

### 7.7.1 Relocation Entries

When an assembler generates an object module, it does not know where the code and data will ultimately be stored in memory. Nor does it know the locations of any externally defined functions or global variables that are referenced by the module. So whenever the assembler encounters a reference to an object whose ultimate

─────────────────────────────────────── *code/link/elfstructs.c*

```
1   typedef struct {
2       int offset;      /* Offset of the reference to relocate */
3       int symbol:24,   /* Symbol the reference should point to */
4           type:8;      /* Relocation type */
5   } Elf32_Rel;
```

─────────────────────────────────────── *code/link/elfstructs.c*

Figure 7.8 **ELF relocation entry.** Each entry identifies a reference that must be relocated.

location is unknown, it generates a *relocation entry* that tells the linker how to modify the reference when it merges the object file into an executable. Relocation entries for code are placed in `.rel.text`. Relocation entries for initialized data are placed in `.rel.data`.

Figure 7.8 shows the format of an ELF relocation entry. The `offset` is the section offset of the reference that will need to be modified. The `symbol` identifies the symbol that the modified reference should point to. The `type` tells the linker how to modify the new reference.

ELF defines 11 different relocation types, some quite arcane. We are concerned with only the two most basic relocation types:

- `R_386_PC32`: Relocate a reference that uses a 32-bit PC-relative address. Recall from Section 3.6.3 that a PC-relative address is an offset from the current run-time value of the program counter (PC). When the CPU executes an instruction using PC-relative addressing, it forms the *effective address* (e.g., the target of the `call` instruction) by adding the 32-bit value encoded in the instruction to the current run-time value of the PC, which is always the address of the next instruction in memory.

- `R_386_32`: Relocate a reference that uses a 32-bit absolute address. With absolute addressing, the CPU directly uses the 32-bit value encoded in the instruction as the effective address, without further modifications.

### 7.7.2   Relocating Symbol References

Figure 7.9 shows the pseudo code for the linker's relocation algorithm. Lines 1 and 2 iterate over each section `s` and each relocation entry `r` associated with each section. For concreteness, assume that each section `s` is an array of bytes and that each relocation entry `r` is a `struct` of type `Elf32_Rel`, as defined in Figure 7.8. Also, assume that when the algorithm runs, the linker has already chosen run-time addresses for each section (denoted `ADDR(s)`) and each symbol (denoted `ADDR(r.symbol)`). Line 3 computes the address in the `s` array of the 4-byte reference that needs to be relocated. If this reference uses PC-relative

```
1    foreach section s {
2        foreach relocation entry r {
3            refptr = s + r.offset; /* ptr to reference to be relocated */
4
5            /* Relocate a PC-relative reference */
6            if (r.type == R_386_PC32) {
7                refaddr = ADDR(s) + r.offset; /* ref's run-time address */
8                *refptr = (unsigned) (ADDR(r.symbol) + *refptr - refaddr);
9            }
10
11           /* Relocate an absolute reference */
12           if (r.type == R_386_32)
13               *refptr = (unsigned) (ADDR(r.symbol) + *refptr);
14       }
15   }
```

Figure 7.9  **Relocation algorithm.**

addressing, then it is relocated by lines 5–9. If the reference uses absolute addressing, then it is relocated by lines 11–13.

### Relocating PC-Relative References

Recall from our running example in Figure 7.1(a) that the main routine in the .text section of main.o calls the swap routine, which is defined in swap.o. Here is the disassembled listing for the call instruction, as generated by the GNU OBJDUMP tool:

```
6:   e8 fc ff ff ff          call   7 <main+0x7>   swap();
                             7: R_386_PC32 swap      relocation entry
```

From this listing, we see that the call instruction begins at section offset 0x6 and consists of the 1-byte opcode 0xe8, followed by the 32-bit reference 0xfffffffc (−4 decimal), which is stored in little-endian byte order. We also see a relocation entry for this reference displayed on the following line. (Recall that relocation entries and instructions are actually stored in different sections of the object file. The OBJDUMP tool displays them together for convenience.) The relocation entry r consists of three fields:

```
r.offset = 0x7
r.symbol = swap
r.type   = R_386_PC32
```

These fields tell the linker to modify the 32-bit PC-relative reference starting at offset 0x7 so that it will point to the swap routine at run time. Now, suppose that the linker has determined that

```
ADDR(s) = ADDR(.text) = 0x80483b4
```

and

```
ADDR(r.symbol) = ADDR(swap) = 0x80483c8
```

Using the algorithm in Figure 7.9, the linker first computes the run-time address of the reference (line 7):

```
refaddr = ADDR(s)   + r.offset
        = 0x80483b4 + 0x7
        = 0x80483bb
```

It then updates the reference from its current value ($-4$) to 0x9 so that it will point to the swap routine at run time (line 8):

```
*refptr = (unsigned) (ADDR(r.symbol) + *refptr - refaddr)
        = (unsigned) (0x80483c8      + (-4)    - 0x80483bb)
        = (unsigned) (0x9)
```

In the resulting executable object file, the `call` instruction has the following relocated form:

```
 80483ba:   e8 09 00 00 00          call    80483c8 <swap>       swap();
```

At run time, the `call` instruction will be stored at address 0x80483ba. When the CPU executes the `call` instruction, the PC has a value of 0x80483bf, which is the address of the instruction immediately following the `call` instruction. To execute the instruction, the CPU performs the following steps:

```
1. push PC onto stack
2. PC <- PC + 0x9 = 0x80483bf + 0x9 = 0x80483c8
```

Thus, the next instruction to execute is the first instruction of the swap routine, which of course is what we want!

You may wonder why the assembler created the reference in the `call` instruction with an initial value of $-4$. The assembler uses this value as a bias to account for the fact that the PC always points to the instruction following the current instruction. On a different machine with different instruction sizes and encodings, the assembler for that machine would use a different bias. This is a powerful trick that allows the linker to blindly relocate references, blissfully unaware of the instruction encodings for a particular machine.

### Relocating Absolute References

Recall that in our example program in Figure 7.1, the swap.o module initializes the global pointer bufp0 to the address of the first element of the global buf array:

```
int *bufp0 = &buf[0];
```

Since bufp0 is an initialized data object, it will be stored in the .data section of the swap.o relocatable object module. Since it is initialized to the address of a global array, it will need to be relocated. Here is the disassembled listing of the .data section from swap.o:

```
00000000 <bufp0>:
  0:   00 00 00 00                              int *bufp0 = &buf[0];
                      0: R_386_32 buf           Relocation entry
```

We see that the .data section contains a single 32-bit reference, the bufp0 pointer, which has a value of 0x0. The relocation entry tells the linker that this is a 32-bit absolute reference, beginning at offset 0, which must be relocated so that it points to the symbol buf. Now, suppose that the linker has determined that

```
ADDR(r.symbol) = ADDR(buf) = 0x8049454
```

The linker updates the reference using line 13 of the algorithm in Figure 7.9:

```
*refptr = (unsigned) (ADDR(r.symbol) + *refptr)
        = (unsigned) (0x8049454      + 0)
        = (unsigned) (0x8049454)
```

In the resulting executable object file, the reference has the following relocated form:

```
0804945c <bufp0>:
 804945c:  54 94 04 08                          Relocated!
```

In words, the linker has decided that at run time the variable bufp0 will be located at memory address 0x804945c and will be initialized to 0x8049454, which is the run-time address of the buf array.

The .text section in the swap.o module contains five absolute references that are relocated in a similar way (see Problem 7.12). Figure 7.10 shows the relocated .text and .data sections in the final executable object file.

## Practice Problem 7.4

This problem concerns the relocated program in Figure 7.10.

A. What is the hex address of the relocated reference to swap in line 5?

B. What is the hex value of the relocated reference to swap in line 5?

C. Suppose the linker had decided for some reason to locate the .text section at 0x80483b8 instead of 0x80483b4. What would the hex value of the relocated reference in line 5 be in this case?

(a) Relocated .text section

*———————————————————————————————— code/link/p-exe.d*

```
 1    080483b4 <main>:
 2     80483b4:  55                      push    %ebp
 3     80483b5:  89 e5                   mov     %esp,%ebp
 4     80483b7:  83 ec 08                sub     $0x8,%esp
 5     80483ba:  e8 09 00 00 00          call    80483c8 <swap>        swap();
 6     80483bf:  31 c0                   xor     %eax,%eax
 7     80483c1:  89 ec                   mov     %ebp,%esp
 8     80483c3:  5d                      pop     %ebp
 9     80483c4:  c3                      ret
10     80483c5:  90                      nop
11     80483c6:  90                      nop
12     80483c7:  90                      nop

13    080483c8 <swap>:
14     80483c8:  55                      push    %ebp
15     80483c9:  8b 15 5c 94 04 08       mov     0x804945c,%edx        Get *bufp0
16     80483cf:  a1 58 94 04 08          mov     0x8049458,%eax        Get buf[1]
17     80483d4:  89 e5                   mov     %esp,%ebp
18     80483d6:  c7 05 48 95 04 08 58    movl    $0x8049458,0x8049548  bufp1 = &buf[1]
19     80483dd:  94 04 08
20     80483e0:  89 ec                   mov     %ebp,%esp
21     80483e2:  8b 0a                   mov     (%edx),%ecx
22     80483e4:  89 02                   mov     %eax,(%edx)
23     80483e6:  a1 48 95 04 08          mov     0x8049548,%eax        Get *bufp1
24     80483eb:  89 08                   mov     %ecx,(%eax)
25     80483ed:  5d                      pop     %ebp
26     80483ee:  c3                      ret
```

*———————————————————————————————— code/link/p-exe.d*


(b) Relocated .data section

*———————————————————————————————— code/link/pdata-exe.d*

```
 1    08049454 <buf>:
 2     8049454:  01 00 00 00 02 00 00 00

 3    0804945c <bufp0>:
 4     804945c:  54 94 04 08                             Relocated!
```

*———————————————————————————————— code/link/pdata-exe.d*

Figure 7.10   **Relocated .text and .data sections for executable file** p. The original C code is in Figure 7.1.

## 7.8 Executable Object Files

We have seen how the linker merges multiple object modules into a single executable object file. Our C program, which began life as a collection of ASCII text files, has been transformed into a single binary file that contains all of the information needed to load the program into memory and run it. Figure 7.11 summarizes the kinds of information in a typical ELF executable file.

The format of an executable object file is similar to that of a relocatable object file. The ELF header describes the overall format of the file. It also includes the program's *entry point*, which is the address of the first instruction to execute when the program runs. The .text, .rodata, and .data sections are similar to those in a relocatable object file, except that these sections have been relocated to their eventual run-time memory addresses. The .init section defines a small function, called _init, that will be called by the program's initialization code. Since the executable is *fully linked* (relocated), it needs no .rel sections.

ELF executables are designed to be easy to load into memory, with contiguous chunks of the executable file mapped to contiguous memory segments. This mapping is described by the *segment header table*. Figure 7.12 shows the segment header table for our example executable p, as displayed by OBJDUMP.

From the segment header table, we see that two memory segments will be initialized with the contents of the executable object file. Lines 1 and 2 tell us that the first segment (the *code segment*) is aligned to a 4 KB ($2^{12}$) boundary, has read/execute permissions, starts at memory address 0x08048000, has a total memory size of 0x448 bytes, and is initialized with the first 0x448 bytes of the executable object file, which includes the ELF header, the segment header table, and the .init, .text, and .rodata sections.



**Figure 7.11  Typical ELF executable object file.**

—————————————————————————————— *code/link/p-exe.d*

```
   Read-only code segment
1    LOAD off    0x00000000 vaddr 0x08048000 paddr 0x08048000 align 2**12
2         filesz 0x00000448 memsz 0x00000448 flags r-x

   Read/write data segment
3    LOAD off    0x00000448 vaddr 0x08049448 paddr 0x08049448 align 2**12
4         filesz 0x000000e8 memsz 0x00000104 flags rw-
```

—————————————————————————————— *code/link/p-exe.d*

**Figure 7.12   Segment header table for the example executable** p. Legend: off: file offset, vaddr/paddr: virtual/physical address, align: segment alignment, filesz: segment size in the object file, memsz: segment size in memory, flags: run-time permissions.

Lines 3 and 4 tell us that the second segment (the *data segment*) is aligned to a 4 KB boundary, has read/write permissions, starts at memory address 0x08049448, has a total memory size of 0x104 bytes, and is initialized with the 0xe8 bytes starting at file offset 0x448, which in this case is the beginning of the .data section. The remaining bytes in the segment correspond to .bss data that will be initialized to zero at run time.

## 7.9   Loading Executable Object Files

To run an executable object file p, we can type its name to the Unix shell's command line:

```
unix> ./p
```

Since p does not correspond to a built-in shell command, the shell assumes that p is an executable object file, which it runs for us by invoking some memory-resident operating system code known as the loader. Any Unix program can invoke the loader by calling the execve function, which we will describe in detail in Section 8.4.5. The loader copies the code and data in the executable object file from disk into memory, and then runs the program by jumping to its first instruction, or *entry point*. This process of copying the program into memory and then running it is known as *loading*.

Every Unix program has a run-time memory image similar to the one in Figure 7.13. On 32-bit Linux systems, the code segment starts at address 0x08048000. The data segment follows at the next 4 KB aligned address. The run-time *heap* follows on the first 4 KB aligned address past the read/write segment and grows up via calls to the malloc library. (We will describe malloc and the heap in detail in Section 9.9.) There is also a segment that is reserved for shared libraries. The user stack always starts at the largest legal user address and grows down (toward lower memory addresses). The segment starting above the stack is reserved for

Figure 7.13
**Linux run-time memory image.**



the code and data in the memory-resident part of the operating system known as the *kernel*.

When the loader runs, it creates the memory image shown in Figure 7.13. Guided by the segment header table in the executable, it copies chunks of the executable into the code and data segments. Next, the loader jumps to the program's entry point, which is always the address of the _start symbol. The *startup code* at the _start address is defined in the object file crt1.o and is the same for all C programs. Figure 7.14 shows the specific sequence of calls in the startup code. After calling initialization routines from the .text and .init sections, the startup code calls the atexit routine, which appends a list of routines that should be called when the application terminates normally. The exit function runs the functions registered by atexit, and then returns control to the operating system

```
1   0x080480c0 <_start>:          /* Entry point in .text */
2       call __libc_init_first    /* Startup code in .text */
3       call _init                /* Startup code in .init */
4       call atexit               /* Startup code in .text */
5       call main                 /* Application main routine */
6       call _exit                /* Returns control to OS */
7   /* Control never reaches here */
```

Figure 7.14   **Pseudo-code for the** crt1.o **startup routine in every C program.** Note: The code that pushes the arguments for each function is not shown.

by calling _exit. Next, the startup code calls the application's main routine, which begins executing our C code. After the application returns, the startup code calls the _exit routine, which returns control to the operating system.

---

**Aside**    How do loaders really work?

Our description of loading is conceptually correct, but intentionally not entirely accurate. To understand how loading really works, you must understand the concepts of *processes*, *virtual memory*, and *memory mapping*, which we haven't discussed yet. As we encounter these concepts later in Chapters 8 and 9, we will revisit loading and gradually reveal the mystery to you.

For the impatient reader, here is a preview of how loading really works: Each program in a Unix system runs in the context of a process with its own virtual address space. When the shell runs a program, the parent shell process forks a child process that is a duplicate of the parent. The child process invokes the loader via the execve system call. The loader deletes the child's existing virtual memory segments, and creates a new set of code, data, heap, and stack segments. The new stack and heap segments are initialized to zero. The new code and data segments are initialized to the contents of the executable file by mapping pages in the virtual address space to page-sized chunks of the executable file. Finally, the loader jumps to the _start address, which eventually calls the application's main routine. Aside from some header information, there is no copying of data from disk to memory during loading. The copying is deferred until the CPU references a mapped virtual page, at which point the operating system automatically transfers the page from disk to memory using its paging mechanism.

---

### Practice Problem 7.5

A. Why does every C program need a routine called main?

B. Have you ever wondered why a C main routine can end with a call to exit, a return statement, or neither, and yet the program still terminates properly? Explain.

---

## 7.10    Dynamic Linking with Shared Libraries

The static libraries that we studied in Section 7.6.2 address many of the issues associated with making large collections of related functions available to application programs. However, static libraries still have some significant disadvantages. Static libraries, like all software, need to be maintained and updated periodically. If application programmers want to use the most recent version of a library, they must somehow become aware that the library has changed, and then explicitly relink their programs against the updated library.

Another issue is that almost every C program uses standard I/O functions such as printf and scanf. At run time, the code for these functions is duplicated in the text segment of each running process. On a typical system that is running 50–100

processes, this can be a significant waste of scarce memory system resources. (An interesting property of memory is that it is *always* a scarce resource, regardless of how much there is in a system. Disk space and kitchen trash cans share this same property.)

*Shared libraries* are modern innovations that address the disadvantages of static libraries. A shared library is an object module that, *at run time*, can be loaded at an arbitrary memory address and linked with a program in memory. This process is known as *dynamic linking* and is performed by a program called a *dynamic linker*.

Shared libraries are also referred to as *shared objects*, and on Unix systems are typically denoted by the .so suffix. Microsoft operating systems make heavy use of shared libraries, which they refer to as DLLs (dynamic link libraries).

Shared libraries are "shared" in two different ways. First, in any given file system, there is exactly one .so file for a particular library. The code and data in this .so file are shared by all of the executable object files that reference the library, as opposed to the contents of static libraries, which are copied and embedded in the executables that reference them. Second, a single copy of the .text section of a shared library in memory can be shared by different running processes. We will explore this in more detail when we study virtual memory in Chapter 9.

Figure 7.15 summarizes the dynamic linking process for the example program in Figure 7.6. To build a shared library libvector.so of our example vector arithmetic routines in Figure 7.5, we would invoke the compiler driver with the following special directive to the linker:

```
unix> gcc -shared -fPIC -o libvector.so addvec.c multvec.c
```

The -fPIC flag directs the compiler to generate position-independent code (more on this in the next section). The -shared flag directs the linker to create a shared object file.

Once we have created the library, we would then link it into our example program in Figure 7.6:

```
unix> gcc -o p2 main2.c ./libvector.so
```

This creates an executable object file p2 in a form that can be linked with libvector.so at run time. The basic idea is to do some of the linking statically when the executable file is created, and then complete the linking process dynamically when the program is loaded.

It is important to realize that none of the code or data sections from libvector.so are actually copied into the executable p2 at this point. Instead, the linker copies some relocation and symbol table information that will allow references to code and data in libvector.so to be resolved at run time.

When the loader loads and runs the executable p2, it loads the partially linked executable p2, using the techniques discussed in Section 7.9. Next, it notices that p2

**Figure 7.15**
**Dynamic linking with shared libraries.**



contains a `.interp` section, which contains the path name of the dynamic linker, which is itself a shared object (e.g., LD-LINUX.SO on Linux systems). Instead of passing control to the application, as it would normally do, the loader loads and runs the dynamic linker.

The dynamic linker then finishes the linking task by performing the following relocations:

- Relocating the text and data of `libc.so` into some memory segment.
- Relocating the text and data of `libvector.so` into another memory segment.
- Relocating any references in p2 to symbols defined by `libc.so` and `libvector.so`.

Finally, the dynamic linker passes control to the application. From this point on, the locations of the shared libraries are fixed and do not change during execution of the program.

## 7.11    Loading and Linking Shared Libraries from Applications

Up to this point, we have discussed the scenario in which the dynamic linker loads and links shared libraries when an application is loaded, just before it executes. However, it is also possible for an application to request the dynamic linker to load and link arbitrary shared libraries while the application is running, without having to link in the applications against those libraries at compile time.

Dynamic linking is a powerful and useful technique. Here are some examples in the real world:

- *Distributing software.* Developers of Microsoft Windows applications frequently use shared libraries to distribute software updates. They generate a new copy of a shared library, which users can then download and use as a replacement for the current version. The next time they run their application, it will automatically link and load the new shared library.

- *Building high-performance Web servers.* Many Web servers generate *dynamic content*, such as personalized Web pages, account balances, and banner ads. Early Web servers generated dynamic content by using fork and execve to create a child process and run a "CGI program" in the context of the child. However, modern high-performance Web servers can generate dynamic content using a more efficient and sophisticated approach based on dynamic linking.

  The idea is to package each function that generates dynamic content in a shared library. When a request arrives from a Web browser, the server dynamically loads and links the appropriate function and then calls it directly, as opposed to using fork and execve to run the function in the context of a child process. The function remains cached in the server's address space, so subsequent requests can be handled at the cost of a simple function call. This can have a significant impact on the throughput of a busy site. Further, existing functions can be updated and new functions can be added at run time, without stopping the server.

Linux systems provide a simple interface to the dynamic linker that allows application programs to load and link shared libraries at run time.

```
#include <dlfcn.h>

void *dlopen(const char *filename, int flag);
                                Returns: ptr to handle if OK, NULL on error
```

The dlopen function loads and links the shared library filename. The external symbols in filename are resolved using libraries previously opened with the RTLD_GLOBAL flag. If the current executable was compiled with the -rdynamic flag, then its global symbols are also available for symbol resolution. The flag argument must include either RTLD_NOW, which tells the linker to resolve references to external symbols immediately, or the RTLD_LAZY flag, which instructs the linker to defer symbol resolution until code from the library is executed. Either of these values can be or'd with the RTLD_GLOBAL flag.

```
#include <dlfcn.h>

void *dlsym(void *handle, char *symbol);
```
                                    Returns: ptr to symbol if OK, NULL on error

The `dlsym` function takes a `handle` to a previously opened shared library and a `symbol` name, and returns the address of the symbol, if it exists, or NULL otherwise.

```
#include <dlfcn.h>

int dlclose (void *handle);
```
                                            Returns: 0 if OK, −1 on error

The `dlclose` function unloads the shared library if no other shared libraries are still using it.

```
#include <dlfcn.h>

const char *dlerror(void);
```
                        Returns: error msg if previous call to dlopen, dlsym,
                        or dlclose failed, NULL if previous call was OK

The `dlerror` function returns a string describing the most recent error that occurred as a result of calling `dlopen`, `dlsym`, or `dlclose`, or NULL if no error occurred.

Figure 7.16 shows how we would use this interface to dynamically link our `libvector.so` shared library (Figure 7.5), and then invoke its `addvec` routine. To compile the program, we would invoke GCC in the following way:

```
unix> gcc -rdynamic -O2 -o p3 dll.c -ldl
```

---

**Aside**    Shared libraries and the Java Native Interface

Java defines a standard calling convention called *Java Native Interface* (JNI) that allows "native" C and C++ functions to be called from Java programs. The basic idea of JNI is to compile the native C function, say, `foo`, into a shared library, say `foo.so`. When a running Java program attempts to invoke function `foo`, the Java interpreter uses the `dlopen` interface (or something like it) to dynamically link and load `foo.so`, and then call `foo`.

*code/link/dll.c*

```
1    #include <stdio.h>
2    #include <stdlib.h>
3    #include <dlfcn.h>
4
5    int x[2] = {1, 2};
6    int y[2] = {3, 4};
7    int z[2];
8
9    int main()
10   {
11       void *handle;
12       void (*addvec)(int *, int *, int *, int);
13       char *error;
14
15       /* Dynamically load shared library that contains addvec() */
16       handle = dlopen("./libvector.so", RTLD_LAZY);
17       if (!handle) {
18           fprintf(stderr, "%s\n", dlerror());
19           exit(1);
20       }
21
22       /* Get a pointer to the addvec() function we just loaded */
23       addvec = dlsym(handle, "addvec");
24       if ((error = dlerror()) != NULL) {
25           fprintf(stderr, "%s\n", error);
26           exit(1);
27       }
28
29       /* Now we can call addvec() just like any other function */
30       addvec(x, y, z, 2);
31       printf("z = [%d %d]\n", z[0], z[1]);
32
33       /* Unload the shared library */
34       if (dlclose(handle) < 0) {
35           fprintf(stderr, "%s\n", dlerror());
36           exit(1);
37       }
38       return 0;
39   }
```

*code/link/dll.c*

Figure 7.16  **An application program that dynamically loads and links the shared library** libvector.so.

## 7.12    Position-Independent Code (PIC)

A key purpose of shared libraries is to allow multiple running processes to share the same library code in memory and thus save precious memory resources. So how can multiple processes share a single copy of a program? One approach would be to assign *a priori* a dedicated chunk of the address space to each shared library, and then require the loader to always load the shared library at that address. While straightforward, this approach creates some serious problems. It would be an inefficient use of the address space because portions of the space would be allocated even if a process didn't use the library. Second, it would be difficult to manage. We would have to ensure that none of the chunks overlapped. Every time a library were modified, we would have to make sure that it still fit in its assigned chunk. If not, then we would have to find a new chunk. And if we created a new library, we would have to find room for it. Over time, given the hundreds of libraries and versions of libraries in a system, it would be difficult to keep the address space from fragmenting into lots of small unused but unusable holes. Even worse, the assignment of libraries to memory would be different for each system, thus creating even more management headaches.

A better approach is to compile library code so that it can be loaded and executed at any address without being modified by the linker. Such code is known as *position-independent code* (PIC). Users direct GNU compilation systems to generate PIC code with the -fPIC option to GCC.

On IA32 systems, calls to procedures in the same object module require no special treatment, since the references are PC-relative, with known offsets, and thus are already PIC (see Problem 7.4). However, calls to externally defined procedures and references to global variables are not normally PIC, since they require relocation at link time.

### PIC Data References

Compilers generate PIC references to global variables by exploiting the following interesting fact: No matter where we load an object module (including shared object modules) in memory, the data segment is always allocated immediately after the code segment. Thus, the *distance* between any instruction in the code segment and any variable in the data segment is a run-time constant, independent of the absolute memory locations of the code and data segments.

To exploit this fact, the compiler creates a table called the *global offset table* (GOT) at the beginning of the data segment. The GOT contains an entry for each global data object that is referenced by the object module. The compiler also generates a relocation record for each entry in the GOT. At load time, the dynamic linker relocates each entry in the GOT so that it contains the appropriate absolute address. Each object module that references global data has its own GOT.

At run time, each global variable is referenced indirectly through the GOT using code of the form

```
           call  L1
L1:        popl  %ebx          ebx contains the current PC
           addl  $VAROFF, %ebx  ebx points to the GOT entry for var
           movl  (%ebx), %eax   reference indirect through the GOT
           movl  (%eax), %eax
```

In this fascinating piece of code, the call to L1 pushes the return address (which happens to be the address of the popl instruction) on the stack. The popl instruction then pops this address into %ebx. The net effect of these two instructions is to move the value of the PC into register %ebx.

The addl instruction adds a constant offset to %ebx so that it points to the appropriate entry in the GOT, which contains the absolute address of the data item. At this point, the global variable can be referenced indirectly through the GOT entry contained in %ebx. In this example, the two movl instructions load the contents of the global variable (indirectly through the GOT) into register %eax.

PIC code has performance disadvantages. Each global variable reference now requires five instructions instead of one, with an additional memory reference to the GOT. Also, PIC code uses an additional register to hold the address of the GOT entry. On machines with large register files, this is not a major issue. On register-starved IA32 systems, however, losing even one register can trigger spilling of the registers onto the stack.

## PIC Function Calls

It would certainly be possible for PIC code to use the same approach for resolving external procedure calls:

```
           call  L1
L1:        popl  %ebx           ebx contains the current PC
           addl  $PROCOFF, %ebx  ebx points to GOT entry for proc
           call  *(%ebx)         call indirect through the GOT
```

However, this approach would require three additional instructions for each run-time procedure call. Instead, ELF compilation systems use an interesting technique, called *lazy binding*, that defers the binding of procedure addresses until the first time the procedure is called. There is a nontrivial run-time overhead the first time the procedure is called, but each call thereafter only costs a single instruction and a memory reference for the indirection.

Lazy binding is implemented with a compact yet somewhat complex interaction between two data structures: the GOT and the *procedure linkage table* (PLT). If an object module calls any functions that are defined in shared libraries, then it has its own GOT and PLT. The GOT is part of the .data section. The PLT is part of the .text section.

Figure 7.17 shows the format of the GOT for the example program main2.o from Figure 7.6. The first three GOT entries are special: GOT[0] contains the address of the .dynamic segment, which contains information that the dynamic linker uses to bind procedure addresses, such as the location of the symbol table

| Address | Entry | Contents | Description |
|---------|-------|----------|-------------|
| 08049674 | GOT[0] | 0804969c | address of .dynamic section |
| 08049678 | GOT[1] | 4000a9f8 | identifying info for the linker |
| 0804967c | GOT[2] | 4000596f | entry point in dynamic linker |
| 08049680 | GOT[3] | 0804845a | address of pushl in PLT[1] (printf) |
| 08049684 | GOT[4] | 0804846a | address of pushl in PLT[2] (addvec) |

Figure 7.17  **The global offset table (GOT) for executable** p2. The original code is in Figures 7.5 and 7.6.


and relocation information. GOT[1] contains some information that defines this module. GOT[2] contains an entry point into the lazy binding code of the dynamic linker.

Each procedure that is defined in a shared object and called by main2.o gets an entry in the GOT, starting with entry GOT[3]. For the example program, we have shown the GOT entries for printf, which is defined in libc.so, and addvec, which is defined in libvector.so.

Figure 7.18 shows the PLT for our example program p2. The PLT is an array of 16-byte entries. The first entry, PLT[0], is a special entry that jumps into the dynamic linker. Each called procedure has an entry in the PLT, starting at PLT[1]. In the figure, PLT[1] corresponds to printf and PLT[2] corresponds to addvec.

```
PLT[0]
08048444:   ff 35 78 96 04 08   pushl   0x8049678     push &GOT[1]
 804844a:   ff 25 7c 96 04 08   jmp    *0x804967c     jmp to *GOT[2](linker)
 8048450:   00 00                                     padding
 8048452:   00 00                                     padding

PLT[1] <printf>
 8048454:   ff 25 80 96 04 08   jmp    *0x8049680     jmp to *GOT[3]
 804845a:   68 00 00 00 00      pushl   $0x0          ID for printf
 804845f:   e9 e0 ff ff ff      jmp     8048444       jmp to PLT[0]

PLT[2] <addvec>
 8048464:   ff 25 84 96 04 08   jmp    *0x8049684     jump to *GOT[4]
 804846a:   68 08 00 00 00      pushl   $0x8          ID for addvec
 804846f:   e9 d0 ff ff ff      jmp     8048444       jmp to PLT[0]

<other PLT entries>
```

Figure 7.18  **The procedure linkage table (PLT) for executable** p2. The original code is in Figures 7.5 and 7.6.

Initially, after the program has been dynamically linked and begins executing, procedures `printf` and `addvec` are bound to the first instruction in their respective PLT entries. For example, the call to `addvec` has the form

```
80485bb:   e8 a4 fe ff ff   call 8048464 <addvec>
```

When `addvec` is called the first time, control passes to the first instruction in PLT[2], which does an indirect jump through GOT[4]. Initially, each GOT entry contains the address of the `push1` entry in the corresponding PLT entry. So the indirect jump in the PLT simply transfers control back to the next instruction in PLT[2]. This instruction pushes an ID for the `addvec` symbol onto the stack. The last instruction jumps to PLT[0], which pushes another word of identifying information on the stack from GOT[1], and then jumps into the dynamic linker indirectly through GOT[2]. The dynamic linker uses the two stack entries to determine the location of `addvec`, overwrites GOT[4] with this address, and passes control to `addvec`.

The next time `addvec` is called in the program, control passes to PLT[2] as before. However, this time the indirect jump through GOT[4] transfers control to `addvec`. The only additional overhead from this point on is the memory reference for the indirect jump.

## 7.13 Tools for Manipulating Object Files

There are a number of tools available on Unix systems to help you understand and manipulate object files. In particular, the GNU *binutils* package is especially helpful and runs on every Unix platform.

AR: Creates static libraries, and inserts, deletes, lists, and extracts members.

STRINGS: Lists all of the printable strings contained in an object file.

STRIP: Deletes symbol table information from an object file.

NM: Lists the symbols defined in the symbol table of an object file.

SIZE: Lists the names and sizes of the sections in an object file.

READELF: Displays the complete structure of an object file, including all of the information encoded in the ELF header; subsumes the functionality of SIZE and NM.

OBJDUMP: The mother of all binary tools. Can display all of the information in an object file. Its most useful function is disassembling the binary instructions in the `.text` section.

Unix systems also provide the LDD program for manipulating shared libraries:

LDD: Lists the shared libraries that an executable needs at run time.

## 7.14   Summary

Linking can be performed at compile time by static linkers, and at load time and run time by dynamic linkers. Linkers manipulate binary files called object files, which come in three different forms: relocatable, executable, and shared. Relocatable object files are combined by static linkers into an executable object file that can be loaded into memory and executed. Shared object files (shared libraries) are linked and loaded by dynamic linkers at run time, either implicitly when the calling program is loaded and begins executing, or on demand, when the program calls functions from the `dlopen` library.

The two main tasks of linkers are symbol resolution, where each global symbol in an object file is bound to a unique definition, and relocation, where the ultimate memory address for each symbol is determined and where references to those objects are modified.

Static linkers are invoked by compiler drivers such as GCC. They combine multiple relocatable object files into a single executable object file. Multiple object files can define the same symbol, and the rules that linkers use for silently resolving these multiple definitions can introduce subtle bugs in user programs.

Multiple object files can be concatenated in a single static library. Linkers use libraries to resolve symbol references in other object modules. The left-to-right sequential scan that many linkers use to resolve symbol references is another source of confusing link-time errors.

Loaders map the contents of executable files into memory and run the program. Linkers can also produce partially linked executable object files with unresolved references to the routines and data defined in a shared library. At load time, the loader maps the partially linked executable into memory and then calls a dynamic linker, which completes the linking task by loading the shared library and relocating the references in the program.

Shared libraries that are compiled as position-independent code can be loaded anywhere and shared at run time by multiple processes. Applications can also use the dynamic linker at run time in order to load, link, and access the functions and data in shared libraries.

## Bibliographic Notes

Linking is not well documented in the computer systems literature. Since it lies at the intersection of compilers, computer architecture, and operating systems, linking requires understanding of code generation, machine-language programming, program instantiation, and virtual memory. It does not fit neatly into any of the usual computer systems specialties and thus is not well covered by the classic texts in these areas. However, Levine's monograph provides a good general reference on the subject [66]. The original specifications for ELF and DWARF (a specification for the contents of the `.debug` and `.line` sections) are described in [52].

Some interesting research and commercial activity centers around the notion of *binary translation*, where the contents of an object file are parsed, analyzed,

and modified. Binary translation can be used for three different purposes [64]: to emulate one system on another system, to observe program behavior, or to perform system-dependent optimizations that are not possible at compile time. Commercial products such as VTune, Purify, and BoundsChecker use binary translation to provide programmers with detailed observations of their programs. Valgrind is a popular open-source alternative.

The Atom system provides a flexible mechanism for instrumenting Alpha executable object files and shared libraries with arbitrary C functions [103]. Atom has been used to build a myriad of analysis tools that trace procedure calls, profile instruction counts and memory referencing patterns, simulate memory system behavior, and isolate memory referencing errors. Etch [90] and EEL [64] provide roughly similar capabilities on different platforms. The Shade system uses binary translation for instruction profiling [23]. Dynamo [5] and Dyninst [15] provide mechanisms for instrumenting and optimizing executables in memory at run time. Smith and his colleagues have investigated binary translation for program profiling and optimization [121].

## Homework Problems

### 7.6 ◆

Consider the following version of the swap.c function that counts the number of times it has been called:

```
1   extern int buf[];
2
3   int *bufp0 = &buf[0];
4   static int *bufp1;
5
6   static void incr()
7   {
8       static int count=0;
9
10      count++;
11  }
12
13  void swap()
14  {
15      int temp;
16
17      incr();
18      bufp1 = &buf[1];
19      temp = *bufp0;
20      *bufp0 = *bufp1;
21      *bufp1 = temp;
22  }
```

For each symbol that is defined and referenced in swap.o, indicate if it will have a symbol table entry in the .symtab section in module swap.o. If so, indicate the module that defines the symbol (swap.o or main.o), the symbol type (local, global, or extern), and the section (.text, .data, or .bss) it occupies in that module.

| Symbol | swap.o .symtab entry? | Symbol type | Module where defined | Section |
|--------|----------------------|-------------|----------------------|---------|
| buf    | _____ | _____ | _____ | _____ |
| bufp0  | _____ | _____ | _____ | _____ |
| bufp1  | _____ | _____ | _____ | _____ |
| swap   | _____ | _____ | _____ | _____ |
| temp   | _____ | _____ | _____ | _____ |
| incr   | _____ | _____ | _____ | _____ |
| count  | _____ | _____ | _____ | _____ |

### 7.7 ◆

Without changing any variable names, modify bar5.c on page 666 so that foo5.c prints the correct values of x and y (i.e., the hex representations of integers 15213 and 15212).

### 7.8 ◆

In this problem, let REF(x.i) --> DEF(x.k) denote that the linker will associate an arbitrary reference to symbol x in module i to the definition of x in module k. For each example below, use this notation to indicate how the linker would resolve references to the multiply defined symbol in each module. If there is a link-time error (rule 1), write "ERROR." If the linker arbitrarily chooses one of the definitions (rule 3), write "UNKNOWN."

```
A.  /* Module 1 */        /* Module 2 */
    int main()            static int main=1;
    {                     int p2()
    }                     {
                          }
```

   (a)  REF(main.1) --> DEF(_____.____)
   (b)  REF(main.2) --> DEF(_____.____)

```
B.  /* Module 1 */        /* Module 2 */
    int x;                double x;
    void main()           int p2()
    {                     {
    }                     }
```

   (a)  REF(x.1) --> DEF(_____.____)
   (b)  REF(x.2) --> DEF(_____.____)

C.
```
/* Module 1 */          /* Module 2 */
int x=1;                double x=1.0;
void main()             int p2()
{                       {
}                       }
```

    (a) REF(x.1) --> DEF(_____. ___)
    (b) REF(x.2) --> DEF(_____. ___)

### 7.9 ◆
Consider the following program, which consists of two object modules:

```
1   /* foo6.c */          1   /* bar6.c */
2   void p2(void);        2   #include <stdio.h>
3                         3
4   int main()            4   char main;
5   {                     5
6       p2();             6   void p2()
7       return 0;         7   {
8   }                     8       printf("0x%x\n", main);
                          9   }
```

When this program is compiled and executed on a Linux system, it prints the string "0x55\n" and terminates normally, even though p2 never initializes variable main. Can you explain this?

### 7.10 ◆
Let a and b denote object modules or static libraries in the current directory, and let a→b denote that a depends on b, in the sense that b defines a symbol that is referenced by a. For each of the following scenarios, show the minimal command line (i.e., one with the least number of object file and library arguments) that will allow the static linker to resolve all symbol references:

    A. p.o → libx.a → p.o
    B. p.o → libx.a → liby.a **and** liby.a → libx.a
    C. p.o → libx.a → liby.a → libz.a **and** liby.a → libx.a → libz.a

### 7.11 ◆
The segment header in Figure 7.12 indicates that the data segment occupies 0x104 bytes in memory. However, only the first 0xe8 bytes of these come from the sections of the executable file. What causes this discrepancy?

### 7.12 ◆◆
The swap routine in Figure 7.10 contains five relocated references. For each relocated reference, give its line number in Figure 7.10, its run-time memory address, and its value. The original code and relocation entries in the swap.o module are shown in Figure 7.19.

```
 1    00000000 <swap>:
 2       0:   55                      push    %ebp
 3       1:   8b 15 00 00 00 00       mov     0x0,%edx        Get *bufp0=&buf[0]
 4                                    3: R_386_32    bufp0    Relocation entry
 5       7:   a1 04 00 00 00          mov     0x4,%eax        Get buf[1]
 6                                    8: R_386_32    buf      Relocation entry
 7       c:   89 e5                   mov     %esp,%ebp
 8       e:   c7 05 00 00 00 00 04    movl    $0x4,0x0        bufp1 = &buf[1];
 9      15:   00 00 00
10                                    10: R_386_32   bufp1    Relocation entry
11                                    14: R_386_32   buf      Relocation entry
12      18:   89 ec                   mov     %ebp,%esp
13      1a:   8b 0a                   mov     (%edx),%ecx     temp = buf[0];
14      1c:   89 02                   mov     %eax,(%edx)     buf[0]=buf[1];
15      1e:   a1 00 00 00 00          mov     0x0,%eax        Get *bufp1=&buf[1]
16                                    1f: R_386_32   bufp1    Relocation entry
17      23:   89 08                   mov     %ecx,(%eax)     buf[1]=temp;
18      25:   5d                      pop     %ebp
19      26:   c3                      ret
```

**Figure 7.19   Code and relocation entries for Problem 7.12.**

| Line # in Fig. 7.10 | Address | Value |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## 7.13 ◆◆◆

Consider the C code and corresponding relocatable object module in Figure 7.20.

A. Determine which instructions in .text will need to be modified by the linker when the module is relocated. For each such instruction, list the information in its relocation entry: section offset, relocation type, and symbol name.

B. Determine which data objects in .data will need to be modified by the linker when the module is relocated. For each such instruction, list the information in its relocation entry: section offset, relocation type, and symbol name.

Feel free to use tools such as OBJDUMP to help you solve this problem.

## 7.14 ◆◆◆

Consider the C code and corresponding relocatable object module in Figure 7.21.

A. Determine which instructions in .text will need to be modified by the linker when the module is relocated. For each such instruction, list the information in its relocation entry: section offset, relocation type, and symbol name.

(a) C code

```
1  extern int p3(void);
2  int x = 1;
3  int *xp = &x;
4
5  void p2(int y) {
6  }
7
8  void p1() {
9      p2(*xp + p3());
10  }
```

(b) .text section of relocatable object file

```
1  00000000 <p2>:
2      0:  55                push    %ebp
3      1:  89 e5             mov     %esp,%ebp
4      3:  89 ec             mov     %ebp,%esp
5      5:  5d                pop     %ebp
6      6:  c3                ret
7
8  00000008 <p1>:
9      8:  55                push    %ebp
10     9:  89 e5             mov     %esp,%ebp
11     b:  83 ec 08          sub     $0x8,%esp
12     e:  83 c4 f4          add     $0xfffffff4,%esp
13    11:  e8 fc ff ff ff    call    12 <p1+0xa>
14    16:  89 c2             mov     %eax,%edx
15    18:  a1 00 00 00 00    mov     0x0,%eax
16    1d:  03 10             add     (%eax),%edx
17    1f:  52                push    %edx
18    20:  e8 fc ff ff ff    call    21 <p1+0x19>
19    25:  89 ec             mov     %ebp,%esp
20    27:  5d                pop     %ebp
       28:  c3                ret
```

(c) .data section of relocatable object file

```
1  00000000 <x>:
2      0:  01 00 00 00
3  00000004 <xp>:
4      4:  00 00 00 00
```

Figure 7.20   **Example code for Problem 7.13.**

(a) C code

```
1    int relo3(int val)  {
2        switch (val) {
3        case 100:
4            return(val);
5        case 101:
6            return(val+1);
7        case 103: case 104:
8            return(val+3);
9        case 105:
10           return(val+5);
11       default:
12           return(val+6);
13       }
14   }
```

(b) .text section of relocatable object file

```
1    00000000 <relo3>:
2        0:   55                      push    %ebp
3        1:   89 e5                   mov     %esp,%ebp
4        3:   8b 45 08                mov     0x8(%ebp),%eax
5        6:   8d 50 9c                lea     0xffffff9c(%eax),%edx
6        9:   83 fa 05                cmp     $0x5,%edx
7        c:   77 17                   ja      25 <relo3+0x25>
8        e:   ff 24 95 00 00 00 00    jmp     *0x0(,%edx,4)
9       15:   40                      inc     %eax
10      16:   eb 10                   jmp     28 <relo3+0x28>
11      18:   83 c0 03                add     $0x3,%eax
12      1b:   eb 0b                   jmp     28 <relo3+0x28>
13      1d:   8d 76 00                lea     0x0(%esi),%esi
14      20:   83 c0 05                add     $0x5,%eax
15      23:   eb 03                   jmp     28 <relo3+0x28>
16      25:   83 c0 06                add     $0x6,%eax
17      28:   89 ec                   mov     %ebp,%esp
18      2a:   5d                      pop     %ebp
19      2b:   c3                      ret
```

(c) .rodata section of relocatable object file

```
     This is the jump table for the switch statement
1    0000 28000000 15000000 25000000 18000000   4 words at offsets 0x0,0x4,0x8, and 0xc
2    0010 18000000 20000000                      2 words at offsets 0x10 and 0x14
```

Figure 7.21 **Example code for Problem 7.14.**

B. Determine which data objects in .rodata will need to be modified by the linker when the module is relocated. For each such instruction, list the information in its relocation entry: section offset, relocation type, and symbol name.

Feel free to use tools such as OBJDUMP to help you solve this problem.

### 7.15 ◆◆◆

Performing the following tasks will help you become more familiar with the various tools for manipulating object files.

A. How many object files are contained in the versions of libc.a and libm.a on your system?

B. Does gcc -O2 produce different executable code than gcc -O2 -g?

C. What shared libraries does the GCC driver on your system use?

## Solutions to Practice Problems

### Solution to Problem 7.1 (page 662)

The purpose of this problem is to help you understand the relationship between linker symbols and C variables and functions. Notice that the C local variable temp does *not* have a symbol table entry.

| Symbol | swap.o .symtab entry? | Symbol type | Module where defined | Section |
|--------|----------------------|-------------|---------------------|---------|
| buf    | yes                  | extern      | main.o              | .data   |
| bufp0  | yes                  | global      | swap.o              | .data   |
| bufp1  | yes                  | global      | swap.o              | .bss    |
| swap   | yes                  | global      | swap.o              | .text   |
| temp   | no                   | —           | —                   | —       |

### Solution to Problem 7.2 (page 666)

This is a simple drill that checks your understanding of the rules that a Unix linker uses when it resolves global symbols that are defined in more than one module. Understanding these rules can help you avoid some nasty programming bugs.

A. The linker chooses the strong symbol defined in module 1 over the weak symbol defined in module 2 (rule 2):
   (a) REF(main.1) --> DEF(main.1)
   (b) REF(main.2) --> DEF(main.1)

B. This is an ERROR, because each module defines a strong symbol main (rule 1).

C. The linker chooses the strong symbol defined in module 2 over the weak symbol defined in module 1 (rule 2):

 (a) `REF(x.1) --> DEF(x.2)`

 (b) `REF(x.2) --> DEF(x.2)`

## Solution to Problem 7.3 (page 672)

Placing static libraries in the wrong order on the command line is a common source of linker errors that confuses many programmers. However, once you understand how linkers use static libraries to resolve references, it's pretty straightforward. This little drill checks your understanding of this idea:

A. `gcc p.o libx.a`

B. `gcc p.o libx.a liby.a`

C. `gcc p.o libx.a liby.a libx.a`

## Solution to Problem 7.4 (page 676)

This problem concerns the disassembly listing in Figure 7.10. Our purpose here is to give you some practice reading disassembly listings and to check your understanding of PC-relative addressing.

A. The hex address of the relocated reference in line 5 is 0x80483bb.

B. The hex value of the relocated reference in line 5 is 0x9. Remember that the disassembly listing shows the value of the reference in little-endian byte order.

C. The key observation here is that no matter where the linker locates the `.text` section, the distance between the reference and the `swap` function is always the same. Thus, because the reference is a PC-relative address, its value will be 0x9, regardless of where the linker locates the `.text` section.

## Solution to Problem 7.5 (page 681)

How C programs actually start up is a mystery to most programmers. These questions check your understanding of this startup process. You can answer them by referring to the C startup code in Figure 7.14.

A. Every program needs a `main` function, because the C startup code, which is common to every C program, jumps to a function called `main`.

B. If `main` terminates with a `return` statement, then control passes back to the startup routine, which returns control to the operating system by calling `_exit`. The same behavior occurs if the user omits the `return` statement. If `main` terminates with a call to `exit`, then `exit` eventually returns control to the operating system by calling `_exit`. The net effect is the same in all three cases: when `main` has finished, control passes back to the operating system.