

# MacSpigot Unveils Data Ratchet!



## What's a Data Ratchet?

Data Ratchet, developed by MacSpigot Software in association with the Pembroke Message Understanding Group at Brown University, is a control strip module that automatically and instantaneously extracts critical information from web pages, email, or any other text document.

Data Ratchet is an implementation of the "Apple Data Detectors" information extraction design currently in development at Apple Research Labs.

MILLER00000897

## How does Data Ratchet work?

The primary design goal of Data Ratchet was ease of use. In order to extract names, phone numbers, email addresses, or URL's from any body of text, the user needs only to highlight the nearby text, or even the entire text, and hit Cmd-C. Useful information is pulled out automatically by Data Ratchet and is immediately available to the user via the Control Strip. It can then be pasted into any other application or document.



*Here a user uses Data Ratchet to extract all the email addresses scattered throughout a document*

## How can I use Data Ratchet?

Data Ratchet is a general-purpose tool and has many potential uses. Here are are a few examples:

- Open a ten page text document. Select all. Pop open Data Ratchet to instantly extract all 37 email addresses that are mentioned throughout the document and paste them into the 'To' field in Eudora. They appear, delimited by commas, ready for a mass-mailing.
- An email message mentions three different URL's that you need to check out. Click on Data Ratchet to instantly generate a list of them, or choose an individual URL to then paste into your browser.
- Instead of wading through a long-winded email message, click on Data Ratchet to instantly get a list of the names of everyone involved.
- At your favorite daily news website, click on Data Ratchet to instantly see if a certain product or celebrity is mentioned.
- Reading email from a new client, click on Data Ratchet to instantly extract her phone number, and then paste it into your contact manager.

## What do I need in order to use Data Ratchet?

Anyone who has a control strip can use Data Ratchet. If you don't have a control strip, you will need to download this software from Apple.

MILLER00000899

# How can I get Data Ratchet?

There are two ways to get Data Ratchet:

To get a taste of what Data Ratchet can do, you can <u>download a free demo version</u>.

If you want to order the full version, you can <u>order online</u> directly from us for US $19. You'll receive a download key for Data Ratchet in under 24 hours, and we'll bill you later (Play and Pay). No credit card is necessary.

There was one basic principle that guided us thoughout the design and implementation of the Data Ratchet: If the final result was not something that we ourselves would use and find useful, the project was not worthwhile. Happily, Data Ratchet exceeded our expectations, and we hope that you too will be impressed by its sheer handiness as a tool.

<u>Download Free Demo</u> | <u>Order Data Ratchet</u> | <u>MacSpigot Main Page</u>