

# Archives

**Note:** Searching is always free. There is a $2.95 fee to view the full-text of any article.
Check out our Pricing Options.

San Jose Mercury News (CA)
August 7, 1996
**Section:** Business
**Edition:** Morning Final
**Page:** 1C
**Memo:** MacWorld Expo, Boston

## SHOW OF POTENTIAL APPLE BREAKS NEW GROUND BY DISPLAYING WHAT'S ON ITS DRAWING BOARD 'INNOVATION IS AT THE HEART OF WHAT WE DO'

*MIKE LANGBERG, Mercury News Staff Writer*

When the Macintosh faithful gather here this morning for the kickoff of their annual summer celebration of Apple Computer Inc.'s products and ideas, they'll get an unprecedented eyeful. They'll see technologies such as "Project X," a different way to show and analyze **data**; "Apple **data detectors**," software that pulls important information from documents; "SPIDI," new over-the-Internet animation tools; and more.
Apple is so anxious to keep the affection of its most loyal users - and win new ones - that Gilbert F. Amelio, the company's chairman and chief executive officer, will share the podium during this morning's Macworld conference keynote speech with Frank **Casanova** II, director of the Cupertino company's advanced prototyping laboratory.

The research executive's appearance, and the showing of the under-development technologies, reflect Amelio's push to "demonstrate that innovation is at the heart of what we do," **Casanova** said Tuesday during a preview of his presentation.

Some 80,000 loyal Macintosh users are expected for the four-day show, jamming two exhibit halls several miles apart from each other on Boston's waterfront.
Marketing missteps and management turmoil have recently sent Mac sales into a steep decline, and Apple is at risk of losing its reputation for turning out personal computers that stand above the competition. That's why **Casanova** got a green light to violate a longstanding Apple policy against discussing research that isn't within a few months of release.

Among the efforts he described:
(box) "Project X," software for what **Casanova** calls "2 1/2 dimensional" cruising through complex databases. Using an Apple technology called "metacontent format," Project X analyzes documents and figures out how to categorize them, then displays the results in what appear to be layers of bubbles on the screen. Each bubble is labeled with a topic, and each layer is more specific than the one above. Looking at a "science" bubble, for example, users might see "chemistry" and "biology" bubbles behind it. Pushing through the science bubble, the chemistry and biology bubble move toward the sides of the screen, showing more bubbles underneath. "Organic chemistry" and "Cell biology" might be at opposite sides of the screen, with "biochemistry" in the middle.

MILLER00001078

(box) "Apple **data detectors**," an easy way to pull important information from documents. The new Macintosh operating system 8, due next year, includes an indexing program that will automatically deduce the key concepts in a piece of text by analyzing
the most frequently used words. **Data detectors** go a step further, identifying any phone numbers, electronic mail addresses or Web sites listed in a document. Users will then be able to simply click on a document, open up a listing of the addresses and tell their PC to dial the telephone number, address an e-mail form or go to a Web page - without having to plow through the document in search of the information.

(box) An unnamed prototype desktop interface that is fully three-dimensional and flexible. Instead of the two-dimensional file folders displayed by today's Mac operating system, users would create 3-D wire baskets, which they could label and resize. Documents would be dropped into the baskets and, by moving the cursor over the document, users could quickly see a thumbnail picture of whatever the document contained - whether it is text, graphics or animation.
(box) SPIDI, a software technology for making animated creatures on Web pages talk and even sing. **Casanova** said he couldn't remember what the acronym stands for but explained that the software greatly compresses both speech and facial animations - such as eye blinks and mouth movements - so that characters could talk through the relatively slow connection of a 14,400 bits-per-second modem.

The goal for all these projects - Apple hasn't said when they'll turn into an actual products - is fitting computers more seamlessly into everyday life.
"We want to make things as easy for the consumer as turning on the TV," said Marco Landi, Apple president and chief operating officer, who joined **Casanova** at the briefing.

**Casanova** also emphasized that Apple will no longer sit on new ideas hatched in its labs as competitors move ahead. "We're not going to do what we've done in the past - wait until it's perfect," he concluded. Instead, he said, Apple will move when new products are "good enough."


**Illustration:**Photos (3)

PHOTO:
Apple President Marco Landi said Tuesday: "'We want to make things as easy for the consumer as turning on the TV."
[960807 BU 1C 4; color]
PHOTO:
A worker pushes a cart loaded with equipment into the World Trade Center, one of the two venues on Boston's waterfront that are the sites for Apple's annual summer celebration.
[960807 BU 1C 2; color]
PHOTO: ASSOCIATED PRESS
Technicians Dave Foucher, left, and Chuck Boyle align video screens Tuesday for the Power Computing exhibit.
[960807 BU 1C 3; color]

Copyright (c) 1996 San Jose Mercury News

MILLER00001079