```
1            UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
3            CASE NO. 12-CV-00630-LHK (PSG)
4   ------------------------------------------)
    APPLE INC., a California corporation,     )
5                                             )
                 Plaintiff,                   )
6                                             )
              vs.                             )
7                                             )
    SAMSUNG ELECTRONICS CO., LTD., a          )
8   Korean business entity; SAMSUNG           )
    ELECTRONICS AMERICA, INC., a New          )
9   York corporation; SAMSUNG                 )
    TELECOMMUNICATIONS AMERICA, LLC, a        )
10  Delaware limited liability company,       )
                                              )
11               Defendants.                  )
    ------------------------------------------)
12
13
14
15     VIDEOTAPED DEPOSITION OF NATHANIEL POLISH
16              New York, New York
17                April 3, 2012
18
19
20
21
22
23  Reported by:
24  KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25  JOB NO. 47971
```

Page 2

1      April 3, 2012
2
3      VIDEOTAPED deposition of NATHANIEL
4   POLISH, held at Quinn Emanuel Urquhart &
5   Sullivan, LLP, 51 Madison Avenue, New York,
6   New York, before Kathy S. Klepfer, a Registered
7   Professional Reporter, Registered Merit
8   Reporter, Certified Realtime Reporter,
9   Certified Livenote Reporter, and Notary
10  Public of the State of New York.

TSG Reporting - Worldwide    877-702-9580

Page 3

2           A P P E A R A N C E S:
3
4   GIBSON DUNN & CRUTCHER
5   Attorneys for Plaintiff
6       200 Park Avenue
7       New York, New York  10166
8   BY: JOSHUA FURMAN, ESQ.
9   BY: BRIAN M. BUROKER, ESQ.
10
14  MORRISON & FOERSTER
15  Attorneys for Plaintiff
16      425 Market Street
17      San Francisco, California  94105
18  BY: DIANA B. KRUZE, ESQ.
19
20  QUINN EMANUEL URQUHART & SULLIVAN
21  Attorneys for Defendants
22      51 Madison Avenue
23      New York, New York  10010
24  BY: ANASTASIA M. FERNANDS, ESQ.
25      ROBERT KANG, ESQ.

TSG Reporting - Worldwide    877-702-9580

Page 4

4   ALSO PRESENT:
5       MICHAEL PINEIRO, Videographer

TSG Reporting - Worldwide    877-702-9580

Page 5

2       IT IS HEREBY STIPULATED AND
3   AGREED, by and between the attorneys for
4   the respective parties herein, that the
5   filing and sealing be and the same are
6   hereby waived.
7       IT IS FURTHER STIPULATED AND
8   AGREED that all objections, except as to
9   the form of the question, shall be
10  reserved to the time of the trial.
11      IT IS FURTHER STIPULATED AND
12  AGREED that the within deposition may be
13  sworn to and signed before any officer
14  authorized to administer an oath, with
15  the same force and effect as if signed
16  and sworn to before the Court.

TSG Reporting - Worldwide    877-702-9580

2 (Pages 2 to 5)

Page 150

1  right. I don't recall exactly what Tang was
2  saying with respect to whether -- what form the
3  algorithms were taking.
4       I'm not disagreeing with myself here.
5  I just don't remember the -- exactly what the
6  full basis for that was. I certainly remember
7  that the focus of my analysis was that the --
8  the various algorithms that Tang was discussing
9  all were operating over the same multigrid
10 search tree.
11    Q. In your opinion, was there a
12 particular problem in the art that was solved by
13 the '604 patent?
14    A. You asked that before, so I'll try
15 answering it again and I'll see whether I can --
16 whether I'm at the same place.
17      The '604 is -- has tried to solve the
18 problem of integrating multiple different search
19 algorithms into one system, and it does that by
20 creating separate modules for separate areas and
21 combining their results. And that's -- that's
22 the problem they're trying to solve, of not --
23 not having to have separate -- I guess they're
24 referred to in the patent as file find routines
25 for different sorts of information, but having a

TSG Reporting - Worldwide    877-702-9580

Page 151

1  single place you could go for searching
2  everywhere for different kinds of data.
3     Q. Other than the references cited in the
4  file history, did you do any search for prior
5  art in connection with your declaration on the
6  '604 patent?
7     A. No.
8     Q. You did not consider any prior art
9  that was not before the examiner?
10    A. Well, as we discussed about my
11 background, I've worked in this area quite a bit
12 myself. I didn't -- nothing came to mind, and I
13 didn't go looking beyond what was in the file
14 histories.
15    Q. Based on your knowledge in the area,
16 are you aware of any commercial products that
17 searched over -- I want to get the right
18 language -- were you aware of any commercial
19 systems prior to 2000 that integrated multiple
20 different search algorithms into one system?
21       MR. BUROKER: Objection to form.
22    A. No.
23    Q. Are you aware of any commercial
24 products that used different search modules for
25 searching over different areas in the 2000

TSG Reporting - Worldwide    877-702-9580

Page 152

1  timeframe?
2       MR. BUROKER: Same objection.
3     A. No, I'm not.
4     Q. Are you familiar with the term
5  "metasearching"?
6     A. Not -- not specifically.
7     Q. Do you have a general understanding of
8  what metasearching is?
9     A. Outside of some context, no.
10    Q. Do you recall whether there were
11 search engines available in 2000 that allowed a
12 user to obtain results from multiple search
13 engines?
14    A. Multiple -- are you talking about on
15 the Web, for example?
16    Q. I'll take that as a first example,
17 yes.
18    A. Not specifically, no.
19    Q. I'm going to test my own memory. I
20 think you mentioned an inventory search product
21 from your own past; is that correct?
22    A. Yes.
23    Q. Okay. When was that product?
24    A. Oh, that would have been in the mid
25 1980s.

TSG Reporting - Worldwide    877-702-9580

Page 153

1     Q. What kind of searches did that do?
2     A. That -- you're testing my memory. As
3  I recall, that searched through a database of
4  sheet metal inventory looking for particular --
5  particular model numbers. So it, you know, it
6  would have gone through and checked each
7  inventory item to see whether it included a
8  particular model number within it.
9     Q. Did it use heuristic algorithms for
10 that search?
11    A. Sadly, not.
12    Q. Did it search just the one database?
13    A. It searched one database. It was --
14 it was implemented on an Apple 2 with floppies,
15 and the hardest problem of that was that the
16 inventory was held over about a dozen floppies,
17 that had to be cycled through the floppy drive.
18      So the real problem we were trying to
19 solve was that, once you got done with a
20 particular floppy, you didn't want to have to
21 swap it back in. So it was much more concerned
22 with doing all work on one floppy before moving
23 to the next. It's sort of hard to imagine that
24 world, but that's what it was like.
25    Q. Okay. So, back to your declaration.

TSG Reporting - Worldwide    877-702-9580

Page 154

1  A. Yes.
2  Q. On page 27, across pages 27 and 28,
3  you offer your opinion that Apple practices the
4  technology that's claimed in the '604 patent; is
5  that correct?
6  A. That's right.
7  Q. Have you considered whether the
8  technology claimed in claim 6 of the '604 patent
9  is the basis for any consumer demand for Apple
10 products?
11      MR. BUROKER: Objection to form.
12 A. Well, yes.
13 Q. You have?
14 A. Yes. Sure.
15 Q. And what have you done to consider
16 whether the technology claimed in claim 6 of the
17 '604 patent is the basis for consumer demand for
18 the Apple products?
19 A. Well, what I -- so my belief, and I
20 think I lay it out in here, is that the Siri
21 feature in Apple's product uses the -- the
22 claimed invention in claim 6 of the '604 and
23 that I'm well aware that the Siri product -- the
24 Siri feature is -- is an extremely important
25 part of Apple's phone offering.
    TSG Reporting - Worldwide    877-702-9580

Page 155

1      Their latest version of the phone,
2  that was pretty much the major new feature, and
3  it was vast numbers sold shortly after that. So
4  I'm not -- I'm not doing a damages analysis or,
5  you know, going beyond that, but what I'll just
6  say is I certainly did consider the fact that
7  Siri is a really important feature to Apple and
8  to Apple's customers and that the '604 patent --
9  that Siri incorporates features that are claimed
10 in the '604.
11 Q. On what do you base your opinion that
12 Siri is extremely important to Apple?
13 A. It was the major new feature announced
14 in the latest version of the phone. There's an
15 enormous amount of advertising that Apple's
16 dedicated to the Siri feature, and it's clearly
17 a major differentiator between the new, the
18 Apple 4S, and the Apple phones that came before
19 it.
20 Q. You agree that Siri incorporates
21 features in addition to the features described
22 in claim 6 of the '604 patent, correct?
23 A. Certainly. Yes.
24 Q. Did you do any analysis as to whether
25 it's the elements of the claims of the '604
    TSG Reporting - Worldwide    877-702-9580

Page 156

1  patent or the other features of Siri that make
2  Siri desirable?
3  A. Well, what I'll say is you made
4  reference before to my work for Soliloquy where
5  I was building speech interfaces to devices, and
6  it -- I'm well aware in designing speech
7  interfaces to things that needing to be
8  comprehensive is extremely important, that
9  having speech interfaces that just do one little
10 narrow thing really haven't gotten much consumer
11 acceptance, and that what's in the '604 allows
12 Siri to operate on lots of different kinds of
13 data which makes it more broadly useful.
14      So I think I have some experience in
15 building voice interfaces to things and having
16 something that is as broadly applicable as
17 possible is critically important, and the '604
18 is important to doing that.
19 Q. Did you do any analysis to the
20 relative importance of the claimed features in
21 the '604 patent and the other features of Siri
22 to its -- to its desirability?
23 A. No, nothing, nothing beyond my own
24 experience with designing speech interfaces to
25 things and seeing what Siri does.
    TSG Reporting - Worldwide    877-702-9580

Page 157

1  Q. Have you seen any consumer surveys
2  concerning consumer demand for any of the
3  features of Siri?
4  A. Other than the fact that I recently
5  got an iPhone 4S and the people I've shown it to
6  seem to be highly attracted to Siri and want to
7  play with it all the time. So, beyond that, no.
8  Q. Beyond your own experience with your
9  iPhone 4S, you don't have -- you haven't seen
10 any professional consumer surveys, for instance,
11 concerning it?
12 A. I think I read a Consumer Reports
13 article that was talking about the importance of
14 it generally to Apple, but I don't -- I don't
15 think there was -- there was a detailed analysis
16 of it relative to other features.
17 Q. Did you, in connection with your
18 analysis for your declaration here, consider
19 whether any of the elements of the '604 patent
20 that you contend the Galaxy Samsung Nexus
21 practices are the basis for consumer demand for
22 that product?
23 A. No, the only thing that I have on that
24 is the sheets that I have provided about
25 encouraging developers to make search systems
    TSG Reporting - Worldwide    877-702-9580

Page 158

```
 1  work within the global search system within
 2  Android, but that's from a developer side rather
 3  than from a consumer side.  I don't think I've
 4  looked at the consumer side of that equation.
 5     Q.  Did you do any analysis as to whether
 6  the features that make Siri -- the features of
 7  the '604 patent incorporated into Siri that are
 8  important to Siri are those that are distinct
 9  from the prior art?
10     A.  Well, as I said, I think that a lot of
11  Siri's value comes from its comprehensiveness
12  and that the claimed features of the '604 are
13  important to achieving that comprehensiveness.
14  So there may well be other aspects of Siri such
15  as its ability to do speaker independent speech
16  recognition that's very important or handle
17  noisy microphones, but I think to -- I think
18  comprehensiveness is very -- is very important
19  to the -- to the success of it as an interface
20  and the '604 patented features are very
21  important to that comprehensiveness.
22         MS. FERNANDS:  Let's take a break.
23         THE VIDEOGRAPHER:  The time is 2:49.
24     We're going off the record.
25         (Recess.)
         TSG Reporting - Worldwide    877-702-9580
```

Page 159

```
 1         THE VIDEOGRAPHER:  The time is 2:59.
 2  We are back on the record.
 3         MS. FERNANDS:  Thank you for your time
 4  today.  I have nothing further in connection
 5  with your declaration in support of the PI.
 6         MR. BUROKER:  No further questions.
 7  The witness would like to read and sign, but
 8  other than that, we're done too.
 9         And -- yes, nothing needs to be
10  confidential.  Okay.
11         THE WITNESS:  Yes.  Thank you.
12         MS. FERNANDS:  Thank you.
13         THE VIDEOGRAPHER:  The time is 2:59
14  P.M.  That's the end of today's deposition.
15  We are going off the record.
16              oOo
17
18         _____
               NATHANIEL POLISH
19
20  Subscribed and sworn to
    before me this     day
21  of        2012.
22
    _____
23
24
25
         TSG Reporting - Worldwide    877-702-9580
```

Page 160

```
 1
 2           CERTIFICATE
 3  STATE OF NEW YORK )
            : ss
 4  COUNTY OF NEW YORK)
 5     I, Kathy S. Klepfer, a Registered
 6  Merit Reporter and Notary Public within and
 7  for the State of New York, do hereby
 8  certify:
 9     That NATHANIEL POLISH, the witness
10  whose deposition is herein before set forth,
11  was duly sworn by me and that such
12  deposition is a true record of the testimony
13  given by such witness.
14     I further certify that I am not
15  related to any of the parties to this action
16  by blood or marriage and that I am in no way
17  interested in the outcome of this matter.
18     In witness whereof, I have hereunto
19  set my hand this 3rd day of April, 2012.
20
21     -------------------------------
         KATHY S. KLEPFER, RPR, RMR, CRR, CLR
22
23
24
25
         TSG Reporting - Worldwide    877-702-9580
```

Page 161

```
 1              INDEX
 2  TESTIMONY OF N. POLISH:            PAGE
 3  Examination by Ms. Fernands          6
 4
 5  POLISH EXHIBITS:                   PAGE
 6  Exhibit 1, CV of Nathaniel Polish, Ph.D.    16
 7  Exhibit 2, U.S. Patent No. 6,430,531        20
 8  Exhibit 3, Expert Declaration of Dr. Nathaniel   28
 9  Polish Concerning U.S. Patent No. 8,086,604
10  Exhibit 4, U.S. Patent No. 8,086,604        33
11  Exhibit 5, a document bearing Bates Nos.    55
12  APLNDC630-40547 through 558
13  Exhibit 6, a document bearing Bates Nos.    65
14  APLINDC630-40667 through 40686
15  Exhibit 7, printout from Wikipedia          66
16  Exhibit 8, List of Materials Considered     68
17  Exhibit 9, and excerpt from Modern Dictionary   69
18  of Electronics, Seventh Edition
19  Exhibit 10, an excerpt from Dictionary of   72
20  Computer Science, Engineering, and Technology
21  Exhibit 11, a document bearing Bates Nos.   80
22  APLNDC630-40504 through 512
23  Exhibit 12, Infringement Claim Chart        95
24  Exhibit 13, Exhibit 7 to Declaration of    114
25  Nathaniel Polish, Ph.D.
         TSG Reporting - Worldwide    877-702-9580
```