# Exhibit 4 to Vellturo Declaration