# Exhibit 5 to Vellturo Declaration