# Google Android Search Just Became Awesome

October 09, 2009by **Ben Parr** 177



When Apple released the iPhone 3.0 OS, one of its best additions was Spotlight Search, which lets users quickly find not only contacts, but apps, songs, and emails through a universal search box. It's useful, it's quick, and it's on every iPhone with 3.0.

Now Google has its own version of Spotlight Search for its Android mobile platform, built by the same guy who created Quicksilver for Mac. And it is way, way more functional than Apple's offering.

The new addition to Android is called the Quick Search Box, or QSB. It sits on the home screen of your phone, but it does so much more. It auto-suggests keywords as you type and can search through your phone's apps and content, but it also can do things Spotlight Search cannot. Specifically, QSB is linked to a full range Google web search options.

When you start typing in the Android Quick Search Box, you'll notice that it not only pulls up apps and contacts, but that it pulls web content. It's not just about searching Google, but searching Google Maps, weather reports, and stock quotes. Being able to find nearby locations from the QSB via Google Maps is a very savvy addition all by itself, much less full web search.

QSB also includes the microphone icon, which links you to voice search. You can search for contacts, pictures, and more. Yes, it's similar to the voice search feature on the iPhone 3GS. Finally, this app tracks your habits. If you are constantly searching for the same things and picking the same items, it will recognize that and bring them to the top of the suggestions list.



This update may seem small, but its implications are huge. It adds a whole new layer of functionality to Android that completely obliterates the iPhone's functionality. And with Android launching on more carriers, this type of addition could help it win new customers, even ones with iPhones.

Email Story Reprints

**20 Comments**

1. 

   Baylink

   So, does that mean that Google knows when I'm searching my contacts to call someone? Or does it wait until I *tell it* "go search the internet too"?

   Am I *still* really the only person who thinks about privacy?

   October 09, 2009 Reply

2. 

   Anonymous

   Whoa, Mashable is pretty generous with the "auspicious" term "awesome" today. But yes, it is quite the feature – old news, but still awesome. Thanks for mentioning Android though.

   October 09, 2009 Reply