# BUSINESS
## SAI INSIDER

# HISTORY LESSON: How The iPhone Changed Smartphones Forever

Dan Frommer  |  Jun. 6, 2011, 9:05 AM  |   36,409  |    1

Recommend 34        Share    Tweet 52           0              A A A

As we look toward the future of mobile, it's important to remember how quickly and completely things can change.

There's no better example of that than Apple's iPhone introduction in 2007, which totally flipped the mobile industry upside down.

It changed everything about phones, forever, at a crucial point in their development.

Sure, mobile gadgets were capable of making calls, accessing the Internet, and playing music before Apple came along. But it was the iPhone that made it accessible and exciting to normal people for the first time.



**Click here to start >**

The iPhone inspired a generation of copycats, and totally changed the game for mobile hardware and software. Perhaps more importantly, Apple challenged many of the mobile industry's established business models, seizing a lot of the power away from the phone companies.

More recently, Apple has been challenged by Android -- Google's entry into the mobile phone business -- which has been rewriting some of the rules itself.

### MORE FROM OUR "FUTURE OF MOBILE" SPECIAL REPORT

**The iPhone's screen-centric design was the first big change the mobile industry needed.**

With the iPhone, the screen is the phone -- unlike the BlackBerry, Palm Treo, and other phones before it, which had plastic keyboards taking up about 1/3 of the front side.

Besides looking incredibly slick, this also made software the focus of the phone for the first time -- because that's all there was to interact with. And that's what made the iPhone *the iPhone*.

Since Apple's design took off, many phone makers have used the same layout, ditching most physical buttons for a big, beautiful display. Apple has even sued over it, alleging that Samsung is copying its designs.



### Apple's "gesture" interface quickly became the blueprint for all phones.

Apple didn't invent the touchscreen, but its multi-touch controls were revolutionary. (And it did away with the stylus that companies like Palm were shipping with their phones.)

*Of course* it makes sense to "pinch" zoom in and out on a Web page, map, or photo. Or to scroll through a list by flicking it up and down.

Apple's iPhone was the first to do this, but it's now the standard, as Google, RIM, Microsoft, and Palm/HP have all copied it.



### The iPhone App Store totally changed everything about how mobile software is made and distributed.

Apple wasn't the first to open up smartphones to third-party developers. But it did it in a way that no one else had figured out: A simple, consumer-friendly way to browse, purchase, and install free and paid apps.

People have purchased billions of apps from Apple, and Apple has paid out more than $2 billion to app developers.

And now *everything* has an App Store.



### Apple took a lot of control away from the mobile carriers.

Apple used its huge consumer brand and its retail empire to take a lot of power away from AT&T and other carriers. This was the first phone people really demanded by name, and their relationship was with Apple and iTunes more than it was necessarily with their carrier.

Apple sold music and streamed YouTube videos without going through carrier stores. It shipped phones without carrier logo decals. It even got AT&T to redo its voicemail system for the iPhone's free "visual voicemail" service. And the first generation of iPhones were activated directly within Apple's iTunes software.



Image: Associated Press

Apple took power away from carriers in software distribution, too. Before the iPhone App Store, mobile developers were used to selling apps through carrier "decks" or portals -- and giving up half or more of the revenue. They didn't sell many apps because they were expensive and crappy.

Since Apple decided on a 70% (developer) / 30% (Apple) / 0% (carrier) revenue split, other platforms have had to take that same model. It's a better deal for developers, which means more of them can afford to invest in the iPhone. It has meant better apps and a real business model for developers. That's better for consumers and Apple, too.

### Apple's accelerometer -- the motion sensor -- changed mobile gaming.

Apple's motion sensor -- turn the phone sideways to rotate the display -- started as a simple way to read wider Web pages. It became a revolutionary, Wii-like way to play videogames, shuffle songs by shaking the device, etc.

Now it's in every sort of device.



### Apple rewrote the book on smartphone pricing.

The $199 iPhone 3G, released in 2008, threw a wrench in an industry used to charging $400 or more for their devices.

After that, no consumer smartphone could cost more than $199 after subsidy -- especially because no rival was anywhere near as good as the iPhone.

Now iPhone-esque smartphones can be free after subsidies, and the cheapest iPhone is typically for sale at $99.



### Apple's Safari browser changed how people used the web on their phones.

The iPhone's MobileSafari was the first of the mobile browsers that really tried to bring as much of the real Web to a small screen. (Though it still doesn't support some stuff, like Flash.)

Since then, other platforms have built similar Web browsers based on the same guts -- Webkit, an open source browser project that Apple tends to. The iPhone -- thanks in part to that great browser -- also got people *using* the Web a lot more than other smartphone platforms.

And it got companies turning their mobile websites into mobile web apps, not just slimmed-down versions of their websites with no graphics.



### But a couple of years later, Google Android started nipping at Apple's heels.

Android wasn't as good as Apple's iPhone software, but it was good enough for many people. And it had two big advantages, which have helped it pass the iPhone in market share:

1) Google got many of the world's top smartphone makers to use Android, just as they were desperate for an answer to the iPhone. This includes Samsung, Motorola, and HTC. This has led to a huge variety of Android devices, ranging in size, shape, capabilities, design, quality, and price.

2) Android was quickly available on all the major carriers, while Apple was still an AT&T exclusive in the U.S. Verizon Wireless and its "Droid" lineup were especially successful.



Image: AP

### After Apple did so much work to take power away from the carriers, Android has been giving some of it back.

One of the ways Google has gotten so much buy-in and promotion from carriers is by giving them more control over Android phones than Apple has given them over the iPhone.

For instance, they can work with handset companies like HTC and Samsung to make customized, carrier-specific devices. They can have carrier-branded App Stores. They can get a portion of app revenue. They can push their own services instead of only pushing Apple's. They can pre-install "crapware." And they can put huge logo stickers on the phones.

This isn't necessarily good for the consumer, but most don't seem to care or know better.



Image: Associated Press

### So what does the future hold for Apple and Google in mobile?

It's pretty amazing that two companies that weren't in the phone business five years ago are now leading its revolution.

While there's plenty of speculation that Android could destroy the iPhone the way Microsoft Windows demolished the Mac, a more likely future is that both Apple and Google will continue to be successful, serving different audiences.

They'll continue to face competition from the likes of Microsoft, RIM, and HP (formerly Palm) on the platform side.

But looking forward, the rivals we'd be most worried about are Amazon and Facebook, two tech companies with massive user bases, brilliant leaders, and unique strengths.



**More from our Future of Mobile special report**

# Click here for the future: What the experts say about the future of mobile →



Tags: Mobile, iPhone, Apple, Gadgets, Big Tech, Features, The Future Of, The Future Of Mobile | Get Alerts for these topics »

**Share:**                                                    Short URL  http://read.bi/mG0FyS

Twitter      Facebook      Buzz      Digg      StumbleUpon      Reddit      LinkedIn      Email      Embed      Alerts

Newsletter

 **Language Secret Revealed**
Exclusive short video reveals the secret of how to learn any language in just 10 days!  Learn more

 **4 Signs of a Heart Attack**
These 4 things happen right before a heart attack. Know these signs before it's too late.  Learn more

 **DO NOT buy Auto Insurance**
Dallas - New trick allows any Texas resident to get extremely cheap car insurance.  Learn more

 **Weighs 170, Benches 420**
Scientists in Cambridge have discovered a revolutionary new muscle builder...  Learn more

Blackboard Home »

## Apple                                    Edit This »

**Summary**
Apple Inc. is an American multinational corporation that designs and markets consumer electronics, computer software, and personal computers. The company's best-known hardware products include the Macintosh line of computers... More » 

## iPhone                                    Edit This »

**Summary**
The iPhone is a line of Internet and multimedia-enabled smartphones designed and marketed by Apple Inc. The first iPhone was introduced on January 9, 2007. An iPhone functions as a camera phone, including text messaging and... More » 

 **Dan Frommer is a Contributing Editor at Business Insider.**
Contact:
e-mail: dfrommer@businessinsider.com
URL: http://splatf.com
Subscribe to his RSS feed | twitter feed

Ask Dan a Question

Recent Posts
15 Education And Learning S...
SPECIAL REPORT: The Future ...