
CNET Reviews
Search CNET Go
Reviews News Download CNET How Marketplace Log In | Join

CNET › Reviews › Android Atlas ›

# A brief history of Android phones

Three years ago, the Android OS was just a buzzword. But quite a few handsets later, it's a powerful force. CNET takes a look back at all the Android goodness that has come.

by Kent German | August 2, 2011 5:30 PM PDT

Follow

82 124 4 +1 25 More +
Comments 81



Almost three years after the birth of the T-Mobile G1, the world's first Android smartphone, we pause to take a look back at what the little green dude has given us. Sure, we've known that the OS has been very busy in the United States and around the world, but we really had no idea just *how* busy it was. And if we expanded the list beyond handsets not with U.S. carriers, it would be even longer.

Remember that it wasn't so long ago when Android was just a concept. And not long before that, the only android we knew was Data on "Star Trek." But now as its market share continues to grow and the OS has landed in the tablet space, Android has emerged as a powerhouse in the mobile space.

***Editors' note:*** *This list is current as of August 2, 2011. For brevity's sake, we've focused only on models previously or currently sold by U.S. carriers.*

| Phone | Availability date | Carrier | Highlights | OS version * |
|---|---|---|---|---|
| G1 | | | had quirky design elements like the swing-out keyboard and the "chin" | |
| T-Mobile MyTouch 3G | July 2009 | T-Mobile | First device with 1.5; debuted with Exchange support | 1.5 (Cupcake) |

FEATURED POSTS

Hey, tech-fashion police! Don't blow your whistles so quickly
Internet & Media

Why I'm thrilled Mark Zuckerberg is annoying the bankers
Internet & Media

Microsoft bans Firefox on ARM-based Windows, Mozilla says
Business Tech

HP design exec: No, we did not copy Apple
Apple

Facebook App Center: More showcase than store, actually
Internet & Media

MOST POPULAR

600 Facebook Likes

Microsoft bans Firefox on ARM-based Windows, Mozilla says
651 Tweets

Why I'm thrilled Mark Zuckerberg is annoying the bankers
169 Google Plus Shares

105
Six scenarios where the iPad is trouncing the PC

Recently Viewed Products My Lists My Software Updates Like Confirm Follow @CNET Log In | Join CNET

Case 5:12-cv-00630-LHK Document 178-12 Filed 05/14/12 Page 2 of 12



| HTC Hero | October 2009 | Sprint | First CDMA Android phone; offered HTC Sense interface | 1.5 |
|---|---|---|---|---|
| Samsung Moment | October 2009 | Sprint | First Android handset with a slider design; lacked camera-editing options | 1.5 |
| Motorola Cliq | October 2009 | T-Mobile | Debut of MotoBlur interface; first Motorola Android phone | 1.5 |
| Motorola Droid | October 2009 | Verizon Wireless | First Verizon Android device, and first appearance of Eclair | 2.0 (Eclair) |
| HTC Droid Eris | November 2009 | Verizon Wireless | One of the earliest phones to offer pinch-to-zoom multitouch; first under $100 price point | 1.5 |
| Samsung Behold II | November 2009 | T-Mobile | Used Samsung's TouchWiz interface and offered new media player; not upgradable past OS 1.6 | 1.5 |
| HTC Nexus One | January 2010 | T-Mobile | Sold unlocked through Google's direct sales channel; first Android 2.1 phone | 2.1 |
| Motorola Devour | February 2010 | Verizon Wireless | First device that debuted with Donut; called the Droid's "little brother" | 1.6 (Donut) |
| Motorola Backflip | March 2010 | AT&T | First AT&T Android phone; had awkward design with "Backtrack" feature on rear side | 1.5 |
| Motorola Cliq XT | March 2010 | T-Mobile | Upgrade to the Cliq; replaced physical keyboard | 1.5 |

comments **105** Comments

## ABOUT ANDROID ATLAS

News, analysis and tips on the Google Android operating system and devices. Got a tip? Want to contact us? E-mail **androidatlas@cnet.com**. Follow us on **Twitter**.

RSS Subscribe
my Yahoo Add this Feed
Google Add this Feed
MSN Add this Feed

## CNET MOBILE APPS

CNET On The Go.
Download the native CNET app for the platform of your choice.

Download Now

Click Here

| | | | | |
|---|---|---|---|---|
|  | | | with virtual keyboard and Swype | |
| HTC Droid Incredible | April 2010 | Verizon Wireless | "Blazingly fast" processor and loaded feature set; won CNET's Editors' Choice Award | 2.1 |
| LG Ally | May 2010 | Verizon Wireless | LG's Android debut in the United States; included LG Socialite app | 2.1 |
| HTC Evo 4G | June 2010 | Sprint | First 4G phone in the United States; offers a mobile hot-spot feature and HDMI port | 2.1 |
| MyTouch 3G Slide | June 2010 | T-Mobile | Update to original MyTouch 3G; featured T-Mobile's custom interface | 2.1 |
| Garminfone | June 2010 | T-Mobile | Robust GPS integration; much improved over its G60 predecessor | 1.6 |
| HTC Aria | June 2010 | AT&T | Based on HD Mini design; like most AT&T Android phones, it didn't permit third-party app downloads | 2.1 |
| Motorola Droid X | July 2010 | Verizon Wireless | Offered broad multimedia features and revamped MotoBlur interface | 2.1 |
| Motorola i1 | July 2010 | Nextel; Boost Mobile | First Android device with iDEN, and first handset with a prepaid carrier | 1.5 |
| Samsung Vibrant | July 2010 | T-Mobile | Part of the Samsung Galaxy S series; came with a full-length copy of "Avatar" | 2.1 |
| Samsung Captivate | July 2010 | AT&T | Second Galaxy S phone; AT&T's best Android offering to date | 2.1 |



| Samsung Acclaim | July 2010 | U.S. Cellular | First Android device for U.S. Cellular; positioned as a budget model | 2.1 |
|---|---|---|---|---|
| Samsung Intercept | July 2010 | Sprint | Not compatible with Sprint's 4G network; positioned as a budget model | 2.1 |
| Motorola Droid 2 | August 2010 | Verizon Wireless | Similar to the Droid X but with a physical keyboard; first device to ship with Froyo | 2.2 (Froyo) |
| Samsung Epic 4G | August 2010 | Sprint | Only Galaxy S phone to have physical keyboard; featured Samsung's TouchWiz 3.0 interface | 2.1 |
| Sony Ericsson Xperia X10 | August 2010 | AT&T | Sony Ericsson's first Android phone; featured company's Timescape feature and UXP interface | 1.6 |
| HTC Desire | August 2010 | U.S. Cellular | Based on the Nexus One design; second U.S. Cellular phone | 2.1 |
| Sanyo Zio | August 2010 | Cricket Wireless | First Android device for Sanyo/Kyocera and first for Cricket Wireless | 1.6 |
| Motorola Charm | September 2010 | T-Mobile | Featured a square design with a roomy keybaord but a small, crowded display | 2.1 |
| Samsung Fascinate | September 2010 | Verizon Wireless | Last Galaxy S series phone for "big four" carriers; features Bing search and maps | 2.1 |

| | | | | |
|---|---|---|---|---|
| Dell Aero | September 2010 | AT&T | Dell's first Android phone, but that's about it | 1.5 |
| T-Mobile G2 | October 2010 | T-Mobile | Update to original G1; first T-Mobile phone built for carrier's HSPA+ network | 2.2 |
| Samsung Transform | October 2010 | Sprint | First handset with Sprint ID feature | 2.1 |
| Sanyo Zio | October 2010 | Sprint | First Android device for Sanyo/Kyocera; features Sprint ID | 2.1 |
| Samsung Intercept | October 2010 | Virgin Mobile | First Virgin Mobile Android phone | 2.1 |
| Motorola Flipout | October 2010 | AT&T | Square design with swivel opening | 2.1 |
| Huawei Ascend | October 2010 | Cricket Wireless; Metro PCS | Huawei's first Android phone for the U.S. market; display has nine-panel grid design | 2.1 |
| HTC Wildfire | October 2010 | Alltel | Entry-level device with bargain price | 2.1 |
| Samsung Mesmerize | October 2010 | U.S. Cellular | Part of the Galaxy S series; featured Samsung's TouchWiz 3.0 interface | 2.1 |
| T-Mobile MyTouch 4G | November 2010 | T-Mobile | Next in MyTouch series; supports T-Mobile's HSPA+ network | 2.2 |



| | | | | |
|---|---|---|---|---|
| LG Optimus T | November 2010 | T-Mobile | First handset in LG's entry-level Optimus series | 2.2 |
| Motorola Defy | November 2010 | T-Mobile | Rugged design; features revamped MotoBlur interface | 2.1 |
| LG Optimus S | November 2010 | Sprint | Sprint's Optimus model; features Sprint ID | 2.2 |
| Motorola Droid Pro | November 2010 | Verizon Wireless | Offers enhanced security features for business users and a mobile hot spot | 2.2 |
| Samsung Continuuim | November 2010 | Verizon Wireless | Part of the Galaxy S series; features a second "ticker" display | 2.1 |
| LG Vortex | November 2010 | Verizon Wireless | Part of the Optimus series; features Bing search and maps | 2.2 |
| Motorola Citrus | November 2010 | Verizon Wireless | A beginner Android devices; features Bing search and maps | 2.1 |
| Motorola Bravo | November 2010 | AT&T | Includes DLNA support; features revamped MotoBlur interface | 2.1 |
| Motorola Flipside | November 2010 | AT&T | Slider design with physical keyboard; features revamped MotoBlur interface | 2.1 |

| | | | | |
|---|---|---|---|---|
| T-Mobile Comet | November 2010 | T-Mobile | Free with a two-year contract; available with prepaid plans | 2.2 |
| Motorola Droid 2 Global | November 2010 | Verizon Wireless | Similar to Droid 2, but with world-roaming capabilities | 2.2 |
| LG Apex | November 2010 | U.S. Cellular | Similar to Verizon's LG Ally; has a full physical keyboard | 2.1 |
| LG Optimus M | November 2010 | MetroPCS | First Android device for MetroPCS; part of the Optimus series | 2.2 |
| LG Optimus U | December 2010 | U.S. Cellular | Free with a two-year contract; part of the Optimus series | 2.2 |
| Samsung Nexus S | December 2010 | T-Mobile | Follow-up to Nexus One; delivers stock Android interface; sold unlocked; first device with Gingerbread | 2.3 (Gingerbread) |
| HTC Evo Shift 4G | January 2011 | Sprint | Follow-up to the HTC Evo 4G; compact design but includes a physical keyboard; cheaper than Sprint's previous 4G phones | 2.2 |
| Motorola Cliq 2 | January 2011 | T-Mobile | Update to the first Cliq; has a larger displayand a redesigned keyboard | 2.2 |
| LG Optimus V | February 2011 | Virgin Mobile | Yet another model in the Optimus line; competitively priced without a contract | 2.2 |
| HTC Inspire 4G | January 2011 | AT&T-Mobile | Offers a mobile hot spot and an excellent 8- | 2.2 |

| | | | | |
|---|---|---|---|---|
|  | | | megapixel camera; runs on the carrier's HSPA+ network | |
| Samsung Galaxy Indulge | February 2011 | MetroPCS | Part of the Samsung Galaxy series; first Android phone for MetroPCS' LTE network | 2.2 |
| Samsung Galaxy S 4G | February 2011 | T-Mobile | Update to Samsung Vibrant but with a larger battery; supports T-Mobile's HSPA+ network | 2.2 |
| Motorola Atrix 4G | March 2011 | AT&T | Has a dual-core processor and support for the carrier's HSPA+ network; compatible with the Motorola Laptop Dock | 2.2 |
| HTC ThunderBolt | March 2011 | Verizon Wireless | Supports Verizon's 4G LTE network for incredible fast data speeds; can deliver simultaneous voice and data | 2.2 |
| Kyocera Echo | April 2011 | Sprint | Has two screens that can combine to form one 4.7-inch display | 2.2 |
| Samsung Gem | April 2011 | U.S. Cellular | Budget device with a compact design | 2.2 |
| Samsung Sidekick 4G | April 2011 | T-Mobile | Reinvents the Sidekick line with a familiar design and features; supports T-Mobile's HSPA+ network | 2.2 |
| Samsung Galaxy Prevail | April 2011 | Boost Mobile | Boost Mobile's second Android phone; minimal features in an agreeable design | 2.2 |
| T-Mobile G2X | April 2011 | T-Mobile | CNET Editor's Choice winner; has a dual-core processor; HSPA+ support | 2.2 |

| | | | | |
|---|---|---|---|---|
| | | | and a sharp display | |
| HTC Droid Incredible 2 | April 2011 | Verizon Wireless | Update to Droid Incredible; offers world roaming | 2.2 |
| Casio G'zOne Commando | May 2011 | Verizon Wireless | Sports a rugged design and a suite of applications for outdoor enthusiasts. | 2.2 |
| Samsung Droid Charge | May 2011 | Verizon Wireless | A 4G LTE device with longer battery life than on the ThunderBolt. | 2.2 |
| Samsung Replenish | May 2011 | Sprint | Made from recycled and recyclable material. | 2.2 |
| Samsung Infuse 4G | May 2011 | AT&T | Marketed as the thinnest smartphone available in the U.S.; supports AT&T's "4G" network. | 2.2 |
| Samsung Nexus S 4G | May 2011 | Sprint | Sprint's version of the Nexus S adds WiMax support. | 2.3 |
| LG Phoenix | May 2011 | AT&T | Another model in the Optimus line, the Phoenix is an entry-level device. | 2.2 |
| LG Thrive | May 2011 | AT&T | The Thrive is identical to the Phoenix, though it's available only through AT&T's prepaid service. | 2.2 |
| Motorola Droid X2 | May 2011 | Verizon Wireless | Features a qHD display and a dual-core processor for faster performance. | 2.2 |

| | | | | |
|---|---|---|---|---|
| Sony Ericsson Xperia Play | May 2011 | Verizon Wireless | As Sony's long-awaited "PlayStation phone," the Xperia Play integrates a phone and a gaming device. | 2.3 |
| HTC Merge | June 2011 | U.S. Cellular | Includes a SIM card slot for international roaming; has a bulky design. | 2.2 |
| LG Revolution VS910 | June 2011 | Verizon Wireless | Verizon's third LTE device has a great display and a 1GHz processor. Uses Bing instead of Google. | 2.2 |
| HTC Sensation 4G | June 2011 | T-Mobile | CNET Editors' Choice winner; offers a loaded feature set and excellent performance. | 2.3 |
| Pantech Crossover | June 2011 | AT&T/td> | You'll find a physical keyboard, but only entry-level features. | 2.2 |
| HTC Evo 3D | June 2011 | Sprint | Upgrade to the HTC Evo; features a glasses-free 3D display and can capture 3D photos and video. | 2.3 |
| Motorola XPRT | June 2011 | Sprint | Like the Droid Pro, it has a physical keyboard and enterprise-level security features. | 2.2 |
| Samsung Gravity Smart | June 2011 | T-Mobile | An update to the Gravity T, it offers a physical keyboard and a slider design. | 2.2 |
| Samsung Dart T499 | June 2011 | T-Mobile | The definition of an entry-level smartphone, the Dart is free with service. | 2.2 |



| | | | | |
|---|---|---|---|---|
| LG Genesis US760 | July 2011 | U.S. Cellular | Based on the LG EnV series, the Genesis flips open to expose a full keyboard. | 2.2 |
| HTC Status | July 2011 | AT&T | The "Facebook phone" is hampered by a tiny landscape-oriented screen. | 2.3 |
| T-Mobile MyTouch 4G Slide | July 2011 | T-Mobile | Sports an 8-megapixel camera with impressive multimedia performance. | 2.3 |
| Motorola Droid 3 | July 2011 | Verizon Wireless | Despite an improved keyboard, Gingerbread, a dual-core processor, and a better camera, it's not worth the upgrade. | 2.3 |
| Huawei M835 Ideos | July 2011 | Sprint | Runs stock Andorid and is affordable, but may be too small for some users. | 2.2 |
| Motorola Titanium | July 2011 | Sprint | Runs on the iDEN network; supports Nextel's Direct Connect, but lacks 3G. | 2.1 |
| Motorola Triumph | July 2011 | Virgin Mobile | With high-end features and zippy performance, it's Virgin Mobile's best Android phones to date. | 2.2 |
| Motorola Photon 4G | July 2011 | Sprint | Sprint's answer to the Moto Atrix, the Photon 4G offers just about every feature you'd want plus support for a number of accessories. | 2.3 |

* At time of release

**Topics:** Phones **Tags:** smartphones, Android, Android phones

## About Kent German

As a senior managing editor for CNET, Kent German heads up the CNET Reviews and Download teams in San Francisco. A veteran of

CNET since 2003, he still reviews cell phones, blogs about wireless news, and offers his take on the wireless industry. When not at work, he's planning his next trip to Australia, going for a run, or watching planes land at the airport (yes, really).





Confirm


## DON'T MISS


The styled and style-less fashionistas of tech (photos)
Slideshow


Why I'm thrilled Mark Zuckerberg is annoying the bankers
Internet & Media


James Bond: The spy turned early adopter (photos)
Slideshow


Review: HTC Evo 4G LTE -- stunning, not 4G
Review


CNET UPDATE for May 9, 2012

## Ultrabooks are not ultra-pricey

Google takes the Project Glass camera for a spin, orangutans are communicating with iPads, and the prices are dropping for Ultrabooks.

**Play Video »**

## POPULAR HEADLINES


Microsoft bans Firefox on ARM-based Windows, Mozilla says
Business Tech


Why I'm thrilled Mark Zuckerberg is annoying the bankers
Internet & Media


Hey, tech-fashion police! Don't blow your whistles so quickly
Internet & Media

## LATEST TECH NEWS


Intel CEO dings ARM's Windows 8 'legacy' vulnerability
Business Tech


Bing deepens Facebook integration, connecting searchers with friends
Microsoft


How Mark Zuckerberg inspired a more social Bing
Microsoft