



**Business in The Beltway**
MONEY & POLITICS

3/12/2012 @ 9:23AM | 7,968 views

# Google Isn't 'Leveraging Its Dominance,' It's Fighting To Avoid Obsolescence

Geoffrey Manne, Contributor

Six months may not seem a great deal of time in the general business world, but in the Internet space it's a lifetime as new websites, tools and features are introduced every day that change where and how users get and share information. The rise of Facebook is a great example: The social networking platform that didn't exist in early 2004 filed paperwork last month to launch what is expected to be one of the largest IPOs in history. To put it in perspective, Ford Motor went public nearly 40 years after it was founded.



If regulators force Google to stop running, like Kodak, the market will simply pass it by. Image via Wikipedia

This incredible pace of innovation is seen throughout the Internet, and since Google's public disclosure of its Federal Trade Commission antitrust investigation just this past June, there have been many dynamic changes to the landscape of the Internet search market. And as the needs and expectations of consumers continue to evolve, Internet search must adapt – and quickly – to shifting demand.

One noteworthy development was the release of Siri by Apple, which was introduced to the world in late 2011 on the most recent iPhone. Today, many consider it the best voice recognition application in history, but its potential really lies in its ability revolutionize the way we search the Internet, answer questions and consume information. As Eric Jackson of Forbes noted, in the future it may even be a "Google killer."

Of this we can be certain: Siri is the latest (though certainly not the last) game changer in Internet search, and it has certainly begun to change people's expectations about both the process and the results of search. The search box, once needed to connect us with information on the web, is dead or dying. In its place is an application that feels intuitive and personal. Siri has become a near-indispensible entry point, and search engines are merely the back-end. And while a new feature, Siri's expansion is inevitable. In fact, it is rumored

that Apple is diligently working on Siri-enabled televisions – an entirely new market for the company.

The past six months have also brought the convergence of social media and search engines, as first Bing and more recently Google have incorporated information from a social network into their search results.  Again we see technology adapting and responding to the once-unimagined way individuals find, analyze and accept information.  Instead of relying on traditional, mechanical search results and the opinions of strangers, this new convergence allows users to find data and receive input directly from people in their social world, offering results curated by friends and associates.

As Social networks become more integrated with the Internet at large, reviews from trusted contacts will continue to change the way that users search for information.  As David Worlock put it in a post titled, "Decline and Fall of the Google Empire," "Facebook and its successors become the consumer research environment.  Search by asking someone you know, or at least have a connection with, and get recommendations and references which take you right to the place where you buy."  The addition of social data to search results lends a layer of novel, trusted data to users' results.  Search Engine Land's Danny Sullivan agreed writing, "The new system will perhaps make life much easier for some people, allowing them to find both privately shared content from friends and family plus material from across the web through a single search, rather than having to search twice using two different systems."It only makes sense, from a competition perspective, that Google followed suit and recently merged its social and search data in an effort to make search more relevant and personal.

Inevitably, a host of Google's critics and competitors has cried foul.  In fact, as Google has adapted and evolved from its original template to offer users not only links to URLs but also maps, flight information, product pages, videos and now social media inputs, it has met with a curious resistance at every turn.  And, indeed, judged against a world in which Internet search is limited to "ten blue links," with actual content – answers to questions – residing outside of Google's purview, it has significantly expanded its reach and brought itself (and its large user base) into direct competition with a host of new entities.

But the worldview that judges these adaptations as unwarranted extensions of Google's platform from its initial baseline, itself merely a function of the relatively limited technology and nascent consumer demand present at the firm's inception, is dangerously crabbed.  By challenging Google's evolution as "leveraging its dominance" into new and distinct markets, rather than celebrating its efforts (and those of Apple, Bing and Facebook, for that matter) to offer richer, more-responsive and varied forms of information, this view denies the essential reality of technological evolution and exalts outdated technology and outmoded business practices.

And while Google's forays into the protected realms of others' business models grab the headlines, it is also feverishly working to adapt its core technology, as well, most recently (and ambitiously) with its "Google Knowledge Graph" project, aimed squarely at transforming the algorithmic guts of its core search function into something more intelligent and refined than its current word-based index permits.  In concept, this is, in fact, no different than its efforts to bootstrap social network data into its current structure:  Both are efforts to improve on the mechanical process built on

Google's PageRank technology to offer more relevant search results informed by a better understanding of the mercurial way people actually think.

Expanding consumer welfare requires that Google, like its ever-shifting roster of competitors, must be able to keep up with the pace and the unanticipated twists and turns of innovation.  As The Economist recently said, "Kodak was the Google of its day," and the analogy is decidedly apt.  Without the drive or ability to evolve and reinvent itself, its products and its business model, Kodak has fallen to its competitors in the marketplace.  Once revered as a powerhouse of technological innovation for most of its history, Kodak now faces bankruptcy because it failed to adapt to its own success.  Having invented the digital camera, Kodak radically altered the very definition of its market.  But by hewing to its own metaphorical ten blue links – traditional film – instead of understanding that consumer photography had come to mean something dramatically different, Kodak consigned itself to failure.

Like Kodak and every other technology company before it, Google must be willing and able to adapt and evolve; just as for Lewis Carol's Red Queen, "here it takes all the running you can do, to keep in the same place."  Neither consumers nor firms are well served by regulatory policy informed by nostalgia.  Even more so than Kodak, Google confronts a near-constantly evolving marketplace and fierce competition from unanticipated quarters.  If regulators force it to stop running, the market will simply pass it by.

---

**This article is available online at:**
**http://www.forbes.com/sites/beltway/2012/03/12/google-isnt-leveraging-its-dominance-its-fighting-to-avoid-obsolescence/**

APLNDC630-0000149199

DOCUMENT SEPARATOR