


HOME | TOPICS | GALLERY | REVIEWS | PODCASTS

SEARCH

**HOT TOPICS**   Apple   Android   BlackBerry   Business   Exclusive   Mobile

SUBSCRIBE

# Galaxy Nexus pre-orders sell out at Sprint

By: Zach Epstein | Apr 20th, 2012 at 03:05PM

**13** **Comments**

Filed Under: <u>Mobile</u>



Sprint's highly anticipated Samsung Galaxy Nexus is no longer available for pre-order after initial stock sold out this week. Pre-order availability began just this past Monday, and Sprint's pre-sales launch inventory was depleted by Thursday evening. It is difficult to gauge demand since the number of Galaxy Nexus handsets Sprint had allocated for pre-sales is unknown, but a source told BGR that "pre-sales supply was healthy" ahead of the device's launch on April 22nd. The Samsung Galaxy Nexus features a 4.65-inch Super AMOLED display with 720p resolution, Android 4.0 Ice Cream Sandwich, a dual-core 1.2GHz processor, a 5-megapixel rear camera, 32GB of internal storage, NFC and 4G LTE connectivity, though Sprint's LTE network has not yet



## MOST P

1. AT&T CEO
   slow Andro
   fires back

2. More than
   floating pir
   Silicon Vall

3. Samsung l

4. If the iPhon
   Mobile, T-N
   iPhone

5. T-Mobile at
   and AT&T i

Galaxy Nexus pre-orders sell out at Sprint

launched. The Galaxy Nexus is not compatible with Sprint's current 4G WiMAX network.

Tags: 4G, 4G LTE, Android, Android 4.0, Galaxy Nexus, Ice Cream Sandwich, LTE, pre-orders, Pre-sales, Samsung, Samsung Galaxy Nexus, Smartphones, Sprint

## IPHONE
## APP



## NEWS

Real
York
[vide
2 hour

Sam
Appl
3 hour

Face
store
5 hour

Wake
don't
1 day

T-Mo
AT&1
1 day

## REVIEW

HTC
April 1

# ZACH EPSTEIN



## Zach Epstein »

Zach Epstein is the Executive Editor of BGR. He has 10 years of industry experience, first in marketing and business development with two private Telcos, then as a writer and editor covering business, technology and telecommunications.

## MORE ARTICLES FROM ZACH »

Email This Post     11  Share  53 Tweet  70 



# RELATED POSTS

Sprint Galaxy Nexus rumored to launch on April 22nd

Galaxy Nexus to be Sprint's first 4G LTE phone

Sprint Galaxy Nexus pre-orders begin today, available April 22nd for $199.99

AT&T to launch HTC One X within a week

Sprint's LG Viper 4G LTE launches April 22nd for just $99.99

**Comments: On** | Off

# LEAVE A REPLY

13 comments ▾                                    Add a comment



http://www.bgr.com/2012/04/20/galaxy-nexus-pre-orders-sell-out-at-sprint/[5/10/2012 10:17:56 AM]