

# Samsung Galaxy S3 Teaser Compares iPhone Users To Sheep

This is only going to get better...

By Chris Richardson · April 23, 2012 ·   Leave a Comment





**Follow Our StumbleUpon Channel**

**Watch Videos**

Just Media Calls Google Out On New Ad Metric

Analyst: Apple�s Clean Security Record Not True

Are There Legitimate Reasons Why Data Caps Exist?

  

Considering the war of words that broke out after Instagram was made available to Android users, perhaps Samsung is onto something. Is it a sense of insecurity that goes with owning Apple products, or are people really that butthurt over an "iPhone-only" photography app crossing over to another platform?

Again, when you look at the complaints that followed, Samsung may have nailed it down with their latest teaser commercial for the upcoming Galaxy S3. An aside first, however: Since when do tech toys get "teaser trailers?" To which Samsung apparently answered, "when we feel like calling out iPhone users in a very noticeable way." And that's just what they did:



Get The WebProNews Newsletter!

**Check Out This Article:**



Samsung Galaxy S III Gets An Emotional First Ad

**MORE TECHNOLOGY ARTICLES:**

Case 5:12-cv-00630-LHK   Document 178-17   Filed 05/14/12   Page 2 of 2



In case you missed it, the text says, "With technology that fits in this easily, you can now stand out from… everyone else." The "everyone else" is punctuated by a shot of a herd of sheep. All things considered, it's surprising these sheep didn't have apples in their mouths. Motivated by the Apple lawsuits (which were countersued by Samsung), it's clear the Galaxy manufacturer is pulling no punches in relation to how they view the iPhone and its army of users.

The question is, is that a fair assessment of the average iPhone user? No, not really. There are tons of iPhone owners who didn't complain about Instagram or, well, anything having to do with Android. They, like other rational folks, enjoy their product while acknowledging other people are free to do the same, regardless of what platform they prefer. This portion or users, however, isn't as outspoken as the vocal minority, a group of people who allow themselves to be defined by the tech toys they own.

These are the types of folks who perpetuate the "Android users are too poor for iPhones" and the "iPhone users are a bunch of sycophantic followers who like shiny products" myths that populate almost every "iPhone versus Android" discussion. The thing is, the anti-Android/anti-iPhone snarkiness is not limited to consumers anymore.

Take Apple Senior Vice President Phil Schiller, for instance. Schiller left Instagram because once Android users got ahold of it, the app, in his mind, "jumped the shark," and now, we have Samsung firing a sheep-filled volley at Apple. Can't we all–"we" as in the tech giants–just get along? Or would that be too boring?

**RELATED ITEMS**   ANDROID   APPLE   COMMERCIAL   INSTAGRAM   IPHONE   SAMSUNG   SAMSUNG GALAXY S III   SHEEP

**About Chris Richardson**
Chris writes about the Internet, in all of its unpredictable glory. You can find him on Google+, Twitter, and, of course WebProNews.
View all posts by Chris Richardson →

**RELATED ARTICLES:**


### Samsung Acquires Cloud Media Provider mSpot
Samsung announced today that it is acquiring mSpot, a mobile cloud entertainment provider. The purchase will allow Samsung to provide mSpot's Movies and Music services on their phone and tablet devi...


### Samsung Announces Smart App Challenge 2012
Samsung has announced its Smart App Challenge of 2012, a contest with prizes totalling $4. 8 million, in an effort to facilitate the development of new Android applications. This contest also...


### Apple, Samsung Take 99% Of Mobile Phone Profits
There's been a lot of discussion lately of who the top smartphone maker is. In the previous quarter Samsung became both the top smartphone maker and the top mobile phone maker overall in the previou...

**Top Rated White Papers and Resources**


Town To Ticket Texters For Distracted Walking

Vietnam Tries To Censor Bloggers

Proview Rejected Apple's $16M Offer, Wanted $400M



Follow Our StumbleUpon Channel
Follow
Recent Stumbles

Password Protection Act Hopes To Outlaw Employers Demanding...
327 views
webpronews.com

[]
webpronews.com

powered by StumbleUpon

Check Out This Article:                                  x

Samsung Galaxy S III Gets An Emotional First Ad