Login With Facebook | Login With Twitter | Login | Register

BUSINESS INSIDER SAI

Home | Tech/Media | Finance | Politics | Strategy | Entertainment | Advertising | Sports | Life | More | Events | BI Intelligence

SAI Home | Mobile | Enterprise | Tools | Media | Digital 100 | Silicon Valley 100 | Innovation | Document Center | Hive | Contributors

Documents | Jobs

# Samsung Crushes Earnings, Blows Past Nokia To Become World's Biggest Cellphone Maker

Miyoung Kim, Reuters | Apr. 26, 2012, 9:20 PM | 3,204 | 20

Recommend 119 | Tweet 276 | +1 6 | Email | More | A A A
Share



Steve Kovach, Business Insider

SEOUL (Reuters) - Samsung Electronics Co, the world's top technology firm by revenue, reported a record quarterly profit on Friday, as its Galaxy smartphones and Note phone/tablet helped it win market share from Nokia and as it outmuscled Japanese rivals in TVs and memory chips.

Samsung did not break out its first-quarter smartphone and handset shipments, but analysts forecast it ended Nokia's 14-year leadership of the global cellphone market, outselling the struggling Finnish company for the first time.

Nokia sold 83 million handsets in January-March, including 12 million smartphones. Samsung is estimated to have sold 90 million handsets, including 44 million smartphones, according to analysts.

Samsung reported January-March operating profit of 5.85 trillion won ($5.15 billion), broadly in line with its earlier estimate of 5.8 trillion won, and nearly double the 2.95 trillion won a year ago. In the fourth quarter of 2011, the company had an operating profit of 5.3 trillion won.

Its handset division profit nearly tripled to 4.27 trillion won, accounting for 73 percent of total profit. Operating profit margin of the division also improved to 18.4 percent from 11 percent a year ago and 12 percent in the preceding quarter, helped by strong sales of the high-end Galaxy S and Note.

Samsung and Apple have formed a near duopoly in the high-end smartphone market, as traditional stalwarts struggle to introduce compelling models that can successfully crack into the segment.

The duo controlled 90 percent of the high-end smartphone market last year and their combined stake will remain little changed at 88 percent by 2013, according to Bernstein analysts.

Samsung - which has deals with all three of China's big telecoms operators - already pushed out Nokia as China's top smartphone vendor in the fourth quarter, with around 25 percent market share, and analysts expect that to have increased as Nokia slips further. "Samsung's smartphone success in the first quarter was the flip-side of Nokia's disappointment," Matt Evans, a CLSA analyst, said in a recent report.

China's smartphone growth has defied most forecasts, and South Korean smartphone chip maker SK hynix this week predicted smartphone sales in China could be 20-30 percent higher than originally expected, given the level of orders it has seen.

"Overall Chinese demand was very strong in the first quarter and will drive global smartphone shipments to over 700 million this year," Kim Ji-bum, SK hynix head of global marketing and sales, told analysts.

Samsung, which last year sold close to one in every five smartphones worldwide, should build on that market leadership with the launch in London next week of a third generation of its flagship Galaxy S, backed by heavy marketing ahead of the summer Olympics. The new Galaxy will use Samsung's quad-core microprocessor, which it hopes to see in handsets sold by Nokia, HTC and Motorola, as well as Apple, its biggest customer.

Samsung also competes with Sony Corp and LG Electronics in TVs, Toshiba and SK hynix in chips and LG Display in displays.

Shares in Samsung, the world's top TV maker, have climbed 27 percent so far this year, and hit a record high of 1.351 million won ($1,200) earlier this month. The broader KOSPI stock index is up around 8 percent this year.

($1 = 1,141.25 Korean won)

## See Also

### Here's A Leaked Sketch Of Samsung's Top-Secret New Galaxy Phone



### LEAKED: All The Smartphones Verizon Will Sell This Year

### Samsung Hired A Bunch Of Protesters To Chant Outside An Apple Store

SEND US A TIP!

Get SAI Emails & Alerts
Your Email Address — sign up
Learn More »

Advertisement

Your Money
NASDAQ Composite   3,079   +32.46 (+1.066%)
S&P 500            1,414   +15.69 (+1.122%)
NYSE Composite     8,202   +87.02 (+1.072%)
Sponsored By TRADE FREE FOR 60 DAYS E*TRADE SECURITIES LLC

A Day To Remember
▸ Occupy Wall Street Tries To Take Over The World
▸ Check Out Pictures From OWS's Big Comeback
▸ Forget OWS: Check Out These Three Historic Events That Happened On May 1
▸ Obama's Special Day

Business Insider Mobile
GET IT NOW

Jobs
Find a Job    Post a Job

(Editing by Jonathan Hopfner)

**SEE ALSO: And Now Nokia Has A New Problem -- It Might Go Bankrupt**

Please follow SAI on Twitter and Facebook.

Tags: Samsung | **Get Alerts for these topics »**

Sponsored Link: Get Up To $500 - E*TRADE Securities LLC

**Ads By Google**

**Don't Buy An Annuity**
Until You Watch This Video Report #1 Annuity Flaw - Warning!
SeniorAnnuityAlert.com

**Mobile Software Download**
Discover Microsoft® Windows Azure. Sign Up for a Free 90-Day Trial!
www.windowsazure.com/free-trial

**BlackBerry® Bold™**
The powerful & thin BlackBerry Bold with great business features.
www.BlackBerry.com/Business

**Official Ford SYNC® Site**
Directions, Music, Phone, Texts, and Voice Activated. Available SYNC
www.ford.com/sync

**University of Phoenix®**
Online and Campus Degree Programs. Official Site - Classes Start Soon.
Phoenix.edu

**Share:** Short URL http://read.bi/KqxxLN

Twitter Facebook Buzz Digg StumbleUpon Reddit
LinkedIn Email Embed Alerts Newsletter

## Samsung

Blackboard Home »

**Summary**
Though the Samsung Group is a multinational conglomerate that has its hand in a number of enterprises, it is best known for its electronic sector. Samsung is Asia's largest chip manufacturer and, as of May 2010, is the number... More »

**Recent Posts About Samsung**

- THE MICROSOFT INVESTOR: The Critics Weigh In On The Barnes & Noble Deal
- Here's Yet Another Leaked Photo Of Samsung's Next Galaxy Phone
- Apple's Share Of Total Cell Phone Market Nearly Doubled In Last Year

## The Water Cooler

20 Comments

**fyi** on Apr 26, 10:06 PM said: 5 1 Flag as Offensive

44 million smartphones.

Reply

**Henry Blodget** on Apr 26, 10:10 PM said: 4 1 Flag as Offensive

@fyi: Thanks. vs. Apple's 35mm.

Reply

**Sam** on Apr 26, 10:29 PM said: 8 3 Flag as Offensive

@Henry Blodget: Henry, I don't actually understand why the day Apple reported 35M iPhone sales BI had article after article writing about it, and analyzing how great Apple was doing.
Then Samsung reports 44M smartphone shipments, yet it is pretty much a non-story.
I know Samsung has no fanboys, but this should not be the criteria on why articles are written.

Reply

**Henry Blodget** on Apr 26, 10:32 PM said: 1 2 Flag as Offensive

@Sam: Samsung just reported... We'll have a lot more tomorrow.

It really is a two-horse race now. Will be interesting to see what Samsung does now that Google will be directly competing against them.

Reply

**wall street guy** on Apr 26, 11:00 PM said: 4 7 Flag as Offensive

@Sam: ASP and margin levels

**Startup Document Center**
Templates To Jump Start Your Business

Business Plan Exec Summary | Sample By-Laws | Financial Model

See All »

**Read Me**

HENRY BLODGET | **HUSSMAN: This Is One Of The Worst Times To Buy Stocks In History 10**
High prices are just the beginning...

MATHEW INGRAM | **If It Looks Like A Bubble And It Feels Like A Bubble...**

MICHAEL ARRINGTON | **BLUBBLE TIME!**

STACEY HIGGINBOTHAM | **Silly Cord Cutter, You Will Pay For Cable. Oh Yes.**

OLIVER SEGOVIA | **Considering A Start-Up? Think Again.**

- FRED WILSON | Where's My Billion Dollar Check, I Wonder
- GREG VOAKES | INFOGRAPHIC: The World Of Android Apps
- CHRIS DIXON | Is This A Tech Bubble?
- DIANE MERMIGAS | Data Deluge: The Human vs Computer Challenge
- FRED WILSON | MBA Mondays: Where To Go Next?
- FRED WILSON | MBA Mondays: Where To Go Next?
- FRED WILSON | The Rise Of Consumer Centric Healthcare

More »

**The Hive**
What Smart People Are Reading Right Now

- Why you can't trust tech press to teach you about the tech industry 15
- I'm leaving the internet for a year 14
- Turntable.fm: Where Did Our Love Go? 11

More See All »

**Most Read**

Read Commented Recommended

Silicon Valley Is Going Crazy Over This Dating App That Just Raised $22 Million 162,698 Views

15 Huge Stars Whose Playboy Spreads Were The Kiss Of Death 144,686 Views

25 Ways To Ruin Your Chances During A Job Interview 142,931 Views

14 Lessons From Benjamin Franklin About Getting What You Want In Life

