IDC Insights:    ENERGY    FINANCIAL    GOVERNMENT    HEALTH    MANUFACTURING    RETAIL

Search   Advanced    English    Select a Region/Country Site

Login | Register

HOME    ABOUT IDC    ANALYSTS    PRODUCTS + SERVICES    EVENTS    My IDC

## IDC - Press Release

**Related Links**

Press FAQ
Contact Press Relations

Worldwide Smartphone Market Continues to Soar, Carrying Samsung Into the Top Position in Total Mobile Phone and Smartphone Shipments, According to IDC

01 May 2012

**FRAMINGHAM, Mass. May 1, 2012** – The worldwide mobile phone market declined 1.5% year over year in the first quarter of 2012 (1Q12), as Samsung ousted longtime leader Nokia to become the world's top mobile phone vendor. According to the International Data Corporation (IDC) Worldwide Quarterly Mobile Phone Tracker, vendors shipped 398.4 million units in 1Q12 compared to 404.3 million units in the first quarter of 2011.

Nokia has been the global market leader in total mobile phone shipments since the inception of IDC's Mobile Phone Tracker in 2004. Samsung's ascension to the market's top spot is largely a reflection of its gains in the smartphone market over the past two years. "The halcyon days of rapid growth in the smartphone market have been good to Samsung," said Kevin Restivo, senior research analyst with IDC's Worldwide Mobile Phone Tracker program. "Samsung has used its established relationships with carriers in a mix of economically diverse markets to gain share organically and at the expense of former high fliers such as Nokia."

Meanwhile, the worldwide smartphone market grew 42.5% year over year in 1Q12, as Samsung overtook Apple for the smartphone leadership position. Vendors shipped 144.9 million smartphones in 1Q12 compared to 101.7 million units in 1Q11. The 42.5% year-over-year growth was 1% higher than IDC's forecast of 41.5% for the quarter, and lower than the 57.4% growth in the fourth quarter of 2011.

"The race between Apple and Samsung remained tight during the quarter, even as both companies posted growth in key areas," said Ramon Llamas, senior research analyst with IDC's Mobile Phone Technology and Trends program. "Apple launched its popular iPhone 4S in additional key markets, most notably in China, and Samsung experienced continued success from its Galaxy Note smartphone/tablet and other Galaxy smartphones. With other companies in the midst of major strategic transitions, the contest between Apple and Samsung will bear close observation as hotly-anticipated new models are launched."

*Smartphone Vendor Highlights*

**Samsung** reclaimed the smartphone leadership position and established a new market record for the number of smartphones shipped in a single quarter. Propelling the company forward was continued expansion of its Galaxy portfolio in nearly all directions - new and old smartphones, product and market segmentation, and multiple price points, screen sizes, and processor speeds.

**Apple** slipped to second place in the worldwide smartphone market, but nonetheless posted strong year-over-year growth to reach 35.1 million units shipped. Apple's gains in the market benefited from iPhone availability at additional mobile operators worldwide, as well as sustained end-user demand among both consumers and enterprise users.

**Nokia**'s Symbian phone shipments declined precipitously last quarter as demand dropped in key emerging markets, such as China. The company's current smartphone woes make a speedy transition to products powered by the Windows Phone operating system, upon which it has bet its smartphone future, critical.
**Research In Motion**'s BlackBerry unit decline continued last quarter, reaching levels not seen since 2009. Like Nokia, RIM is a company in transition. Smartphones running on its new platform, BB 10, will be released later this year. Until then, results like these may be a sign of things to come.

**HTC**'s struggles in the U.S. market once again negatively affected its overall performance. However, its relatively strong performance in Asia/Pacific still allowed the company to maintain its position among the top 5 smartphone vendors. The company is staking future success in large part on its One X and S products.

Top Five Worldwide Smartphone Vendors, Shipments, and Market Share, Q1 2012 (Units in Millions)

| Vendor | 1Q12 Unit Shipments | 1Q12 Market Share | 1Q11 Unit Shipments | 1Q11 Market Share | Year-over-year Change |
|---|---|---|---|---|---|
| Samsung | 42.2 | 29.1% | 11.5 | 11.3% | 267.0% |
| Apple | 35.1 | 24.2% | 18.6 | 18.3% | 88.7% |
| Nokia | 11.9 | 8.2% | 24.2 | 23.8% | -50.8% |
| Research In Motion | 9.7 | 6.7% | 13.8 | 13.6% | -29.7% |
| HTC | 6.9 | 4.8% | 9.0 | 8.9% | -23.3% |
| Others | 39.1 | 27.0% | 24.5 | 24.1% | 59.6% |
| Total | 144.9 | 100.0% | 101.7 | 100.0% | 42.5% |

Source: IDC Worldwide Mobile Phone Tracker, May 1, 2012

**Note:** Vendor shipments are branded shipments and exclude OEM sales for all vendors.

SHARE    CLIP

INFO

This chart is intended for public use in online news articles and social media. Instructions on how to embed this graphic are available by clicking here.

Top Five Worldwide Total Mobile Phone Vendors, Shipments, and Market Share, Q1 2012 (Units in Millions)

| Vendor | 1Q12 Unit Shipments | 1Q12 Market Share | 1Q11 Unit Shipments | 1Q11 Market Share | Year-over-year Change |
|---|---|---|---|---|---|
| Samsung | 93.8 | 23.5% | 69.3 | 17.1% | 35.4% |
| Nokia | 82.7 | 20.8% | 108.5 | 26.8% | -23.8% |
| Apple | 35.1 | 8.8% | 18.6 | 4.6% | 88.4% |
| ZTE | 19.1 | 4.8% | 15.0 | 3.7% | 27.0% |
| LG Electronics | 13.7 | 3.4% | 24.5 | 6.1% | -44.1% |
| Others | 154 | 38.7% | 168.4 | 41.7% | -8.6% |
| Total | 398.4 | 100.0% | 404.3 | 100.0% | -1.5% |

Source: IDC Worldwide Mobile Phone Tracker, May 1, 2012

**Notes:** Vendor shipments are branded shipments and exclude OEM sales for all vendors. Unbranded phones, also referred to as "white phones", previously not counted by IDC, are included under Others in 1Q12 and 1Q11 total mobile phone shipments.

For more information about IDC's Worldwide Quarterly Mobile Phone Tracker, please contact Kathy Nagamine at 650-350-6423 or knagamine@idc.com.

**About IDC**

IDC is the premier global provider of market intelligence, advisory services, and events for the information technology, telecommunications, and consumer technology markets. IDC helps IT professionals, business executives, and the investment community to make fact-based decisions on technology purchases and business strategy. More than 1,000 IDC analysts provide global, regional, and local expertise on technology and industry opportunities and trends in over 110 countries worldwide. For more than 48 years, IDC has provided strategic insights to help our clients achieve their key business objectives. IDC is a subsidiary of IDG, the world's leading technology media, research, and events company. You can learn more about IDC by visiting www.idc.com.

**Contact**

For more information, contact:

Ramon Llamas
rllamas@idc.com
508-935-4736


Kevin Restivo
krestivo@idc.com
416-673-2230


Michael Shirer
press@idc.com
508-935-4200

Home | About IDC | Analysts | Products + Services | Events | My IDC

IDC Corporate USA
5 Speen Street
Framingham, MA 01701
+1.508.872.8200

Contact IDC | RSS/Feeds | Follow IDC on Twitter

Share:

Careers | Customer Service | Sales | WW Offices | Web Rights & Licensing | Privacy Policy | Terms of Use | Trademarks

Copyright 2012 IDC. All rights reserved.

www.idc.com/getdoc.jsp?containerId=prUS23455612                3/3