Your Cart (empty)

**amazonwireless** — Phones, netbooks, tablets, and more...

**Best Price Guarantee on all phones and devices.** See details

| Cell Phones With Plans | Tablets | Mobile Broadband | Tools & Resources | Blog | MORE AT AMAZON. Accessories | Unlocked Phones | No-Contract Phones | Amazon Appstore for Android |

Not sure if you're eligible for an upgrade?  Check upgrade eligibility



### Samsung Galaxy Nexus 4G Android Phone (Sprint)

☆☆☆☆☆ (0 customer reviews)

**Backordered.** Usually ships in 8 to 9 days

- Amazon Wireless Best Price Guarantee (See Details)
- FREE Two-Day Shipping (See details)
  Orders received by 3PM ET Mon-Fri are delivered in two business days (pending carrier approval, excludes P.O. boxes)


Add to comparison

**Select service type and enter ZIP Code to add to cart**

**New Sprint Customers**
- ○ Individual Account
- ○ Family Account

**Existing Sprint Customers**
Upgrade My Phone (contract extension)
- ○ I have an individual account
- ○ I am part of a family account

Add a line (new contract)
- ○ To my individual account
- ○ To my family account

**Replacement Phone**
- ○ Phone only (no contract changes)

List Price: ~~$729.99~~   Price From: **$149.99**

Enter ZIP Code: _____  Why?

 Add to Cart

Prices may vary based on the service type selected above. Price shown is for new contract.

## Product Description

Pairing the beauty of Samsung hardware with a pure Google experience, the 4G LTE-enabled Samsung Galaxy Nexus 4G for Sprint runs the Android 4.0 operating system (a.k.a., Ice Cream Sandwich), bringing a redesigned user interface with enhanced multitasking, notifications, full Web browsing experience, and more. You'll also enjoy innovative, next-gen features such as Face Unlock, which uses facial recognition to unlock the Galaxy Nexus, and Near Field Communications (NFC) capabilities.



The Galaxy Nexus is outfitted with a 5-megapixel camera with zero shutter lag and Full HD 1080p video recording, as well as a front-facing 1.3-megapixel camera for video calls on the go. It's powered by a dual-core 1.2 GHz processor that speeds up your web browsing, gaming, and multitasking. The Galaxy Nexus also features software navigation buttons, a first for Android smartphones.

Designed with a brilliant 4.65-inch HD Super AMOLED contour touchscreen display and HD 1080p resolution, the Galaxy Nexus offers a beautiful viewing experience with vivid images, excellent contrast ratio that show more distinct separation between light and dark colors, and superfast response that eliminates motion blur for smoother video enjoyment.

It runs on Sprint's 4G LTE network, offering simultaneous voice and data connectivity and download speeds up to 10 times faster than 3G. Additionally, the phone can still connect to 3G data services in areas not currently served by Sprint's 4G network (learn more about Sprint's 4G LTE network below).

Note: Sprint 4G LTE coming soon.

The Galaxy Nexus also includes Wireless-N Wi-Fi networking plus Mobile Hotspot capability for sharing your 3G/4G LTE connection with up to five Wi-Fi enabled devices simultaneously. And it's outfitted with ultra-fast Wireless-N Wi-Fi networking as well as next-generation Bluetooth 3.0 connectivity. Other features include a virtual onscreen QWERTY keyboard with enhanced auto-correction and touch recognition for a more natural feel, 32 GB of internal memory, 1 GB of RAM, and up to 7.5 hours of talk time.

**Sprint**

**Samsung Galaxy Nexus At a Glance:**

- 3G/4G LTE connectivity
  Sprint 4G LTE coming soon
- Android 4.0 OS
- 1.2 GHz dual-core processor
- 4.65-inch HD Super AMOLED touchscreen
- 32 GB memory
- 5-MP camera + Full HD 1080p video record
- GPS navigation
- Wireless-N Wi-Fi
- Stereo Bluetooth
- Personal/corporate e-mail


EXHIBIT
Wagner
14
5/14/12

5/3/2012



*Powered by Android 4.0 and a 1.2 GHz dual-core processor (see larger image).*

### Pay with Google Wallet
With Google Wallet, you can transform the Galaxy Nexus smartphone into a smart wallet using Near Field Communication (NFC) to make safe purchases at more than 100,000 participating retailers--including Bloomingdales, Toys "R" Us, CVS, Gap and Macy's.

### Advanced Photography and Video Recording
The Galaxy Nexus has a full-featured 5-megapixel camera with automatic focus and 1080p video capture, top-notch low-light performance, and zero shutter lag. Open it right from the lock screen and fire off a photo instantly. Snapping several photos is quicker than the blink of an eye, and single-motion panoramic mode lets the user take beautiful panorama pictures with Galaxy Nexus.

A photo editor lets you add filters and effects, adjust color, straighten, reduce red eye, crop, rotate, flip, and even doodle on your favorite photos--right after you take them. Your edits are saved as a copy, so you can always get to the original. Your photos can upload themselves with Instant Upload, which makes it much easier to share them with family and friends. If you've signed up for Google+, you can enable Instant Upload and share photos with anyone you choose.

Shoot video in Full HD 1080p, and snap still shots while you're at it. Continuous focus, real-time zoom, and time-lapse mode give you the power to shoot stunning videos. When your footage is ready, create your own movie with Movie Studio and upload it to YouTube.

### Vital Statistics
The Samsung Galaxy Nexus 4G weighs 5.1 ounces and measures 2.67 x 5.33 x 0.37 inches. Its 1850 mAh lithium-ion battery is rated at up to 7.5 hours of talk time. It runs on Sprint's 4G LTE network as well as the 800/1900 CDMA/EV-DO Rev. A frequencies.

### What's in the Box
Samsung Galaxy Nexus 4G handset, rechargeable battery, charger, quick start guide



*5-megapixel camera with Full HD 1080p video recording (see larger image).*

### Android Ice Cream Sandwich Operating System
The Galaxy Nexus runs the Android 4.0 operating system (dubbed Ice Cream Sandwich), which adds powerful new ways of communicating and sharing while improving on the best Android features: easy multitasking, rich notifications, customizable home screens, resizable widgets, and more.

The new Ice Cream Sandwich interface features an onscreen navigation bar that replaces the hardware buttons for Back, Home, and Menu found with older Android-powered phones. And with Google+ integration, you can video chat with groups of up to 9 friends as well as easily upload and share photos and videos. Other features include:

#### Face Unlock
You can now unlock your phone with just your face using the Face Unlock option. It takes advantage of the front-facing camera and state-of-the-art facial recognition technology to register a face during setup and then to recognize it again when unlocking the device. Just hold your phone in front of your face to unlock (or use a backup PIN).

And the lock screen now lets you do more without unlocking. From the slide lock screen, you can jump directly to the camera for a picture or pull down the notifications window to check for messages. When listening to music, you can even manage music tracks and see album art.



#### Home Screen Folders
Quickly access related apps right from the home screen by organizing apps and shortcuts into folders--just drag one app onto another to create a folder.

#### Multitasking
Multitasking is even easier and more visual in Android 4.0. The Recent Apps button lets you jump instantly from one task to another using the list in the System Bar. The list pops up to show thumbnail images of apps used recently--tapping a thumbnail switches to the app.

#### Voice Input
The new voice engine in Android 4.0 lets you dictate the text you want, for as long as you want, using the language you want. You can speak continuously for a prolonged time, even pausing for intervals if needed, and dictate punctuation to create correct sentences. As the voice input engine enters text, it underlines possible dictation errors in gray. After dictating, you can tap the underlined words to quickly replace them from a list of suggestions.



*The Ice Cream Sandwich home screen (view larger).*

### Sprint's Blazing Fast 4G Network
Note: Sprint 4G LTE coming soon.

Sprint 4G LTE offers a faster wireless experience than any other U.S. national wireless carrier. Sprint 4G delivers download speeds up to 10 times faster than 3G, giving this mobile phone the fastest data speeds of any U.S. wireless device available today.

*Onscreen keyboard (view larger).*

Sprint 4G LTE services dramatically increase download speeds for photos, videos and large files. You can download a favorite song, picture, sitcom or large video in seconds, not minutes, or watch live streaming video--all while on the go, not just from the home or office. Additionally, businesses can benefit from the fast connectivity speeds of 4G LTE. Some examples include:

- Real estate agents can conduct virtual property tours.
- Construction teams using 4G LTE in the field can save valuable time by sharing schematics with engineers online.
- Insurance companies can speed their claims management through real-time communication with on-site adjusters.
- Health care professionals can improve their ability to remotely monitor patients.
- Emergency first responders can rapidly assess and coordinate disaster action with real-time on-site video and audio.
- Photojournalists can instantly transfer high-resolution images to the newsroom.

### Connectivity
- **Ultra-fast 4G connectivity** with simultaneous voice and data capability (peak download speeds of more than 10 Mbps; peak upload speeds of 1 Mbps; average download speeds of 3-6 Mbps)

### Hardware
- **Dual-core 1.2 GHz processor** capable of opening web pages twice as fast as most other smartphones.
- **4.65-inch HD Super AMOLED** multi-touch screen



- Wireless-N Wi-Fi networking (802.11b/g) for accessing home and corporate networks as well as hotspots while on the go.
- Built-in mobile hotspot functionality allows up to five Wi-Fi enabled devices to share the 3G or 4G experience on the go with a laptop, camera, music player, game unit, video player, or any other Wi-Fi enabled device.
- Next-generation Bluetooth 3.0 connectivity backward compatible with older Bluetooth-enabled peripherals and includes stereo audio streaming.
- Near Field Communication (NFC) for sharing contacts, web pages, directions, and more via Android Beam to compatible phones.
- GPS for navigation and location services
- Integrated Google Maps with turn-by-turn navigation, street and satellite views.

### Communications & Internet
- Full messaging capabilities including SMS text, MMS picture/video and IM instant messaging
- Full HTML browser with Flash 10.1 Support
- Personal and corporate e-mail access with support for Exchange ActiveSync as well as mobile e-mail accounts (Google push, Yahoo!, POP3, IMAP).

(1280 x 720 pixels) with Contoured Display.
- MicroUSB port
- 3.5mm headphone jack

### Memory
- 32 GB internal memory (non-expandable)
- 1 GB RAM for improved multitasking.

### Camera
- 5-megapixel camera with continuous auto focus, zero shutter lag, single-motion panoramic mode, and LED flash.
- Full HD 1080p video capture with on-phone movie editing and easy upload to YouTube.
- Front-facing 1.3-megapixel camera for video chats and self portraits.

### Multimedia
- Music player compatible with MP3, WMA, and AAC/AAC+
- Video player compatible with MPEG4, H.264, H.263, WMV

### Also Available for This Android Device


**Amazon Appstore for Android**
Get a great paid app for free every day.


**IMDB**
Find local movie showtimes and TV listings, watch trailers, and search the world's largest source of entertainment information.


**Kindle**
Buy a book once and read it everywhere with our free Kindle Reading App for Android.

**Audible**
Download audiobooks directly to your Android device, then listen wherever you go, get audiobook news, earn badges, and more.


**Amazon MP3**
Shop 15 million songs and stream your Cloud Drive music directly from your Android device.

**Amazon Mobile**
Shop for millions of products, get product details, and read reviews--right from your mobile device.

### Customer Reviews
There are currently no customer reviews from Amazon.com for this item.

Create your own review
(Note: You'll be taken to Amazon.com and a new window will be opened)

### Stay Connected
Find us on Facebook
Follow us on Twitter

### Quick links and helpful information about our site
| | | | |
|---|---|---|---|
| Home | Our Blog | Help | We're Hiring |
| Your Account | Returns | Conditions of Use | About Us |
| Order Status | Secure Shopping | Privacy Policy | |

### Need Assistance?
Contact Us

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc or its affiliates.

5/3/2012