# Exhibit 22 to Vellturo Declaration