# Exhibit 23 to Vellturo Declaration