# Exhibit 24 to Vellturo Declaration