# Exhibit 25 to Vellturo Declaration