# Exhibit 26 to Vellturo Declaration