# Exhibit 27 to Vellturo Declaration