# Exhibit 29 to Vellturo Declaration