# Exhibit 30 to Vellturo Declaration