# Exhibit 31 to Vellturo Declaration