# Exhibit 32 to Vellturo Declaration