# Exhibit 33 to Vellturo Declaration