# Exhibit 34 to Vellturo Declaration