# Exhibit 35 to Vellturo Declaration