# Exhibit 36 to Vellturo Declaration