# Exhibit 38 to Vellturo Declaration