# Exhibit 39 to Vellturo Declaration No Document