# Exhibit 40 to Vellturo Declaration