# Exhibit 41 to Vellturo Declaration