# Exhibit 42 to Vellturo Declaration