# Exhibit 43 to Vellturo Declaration