# Exhibit 44 to Vellturo Declaration