# Exhibit 45 to Vellturo Declaration