# Exhibit 46 to Vellturo Declaration