# Exhibit 47 to Vellturo Declaration