# Exhibit 48 to Vellturo Declaration