# Exhibit 49 to Vellturo Declaration