# Exhibit 50 to Vellturo Declaration