# Exhibit 51 to Vellturo Declaration