# Exhibit 52 to Vellturo Declaration