# Exhibit 53 to Vellturo Declaration