# Exhibit 54 to Vellturo Declaration