# Exhibit 55 to Vellturo Declaration