# Exhibit 56 to Vellturo Declaration