# Exhibit 57 to Vellturo Declaration