# Exhibit 37 to Vellturo Declaration