# Exhibit 28 to Vellturo Declaration