# Exhibit 2 to Polish Declaration