Highly Confidential -  Outside Attorneys' Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                    SAN JOSE DIVISION
 3
 4
 5   APPLE INC., a California      )
     Corporation,                  )
 6                                 )
                  Plaintiff,       )
 7                                 )
          vs.                      ) No. 12-CV-00630-LHK
 8                                 )
     SAMSUNG ELECTRONICS CO.,      )
 9   LTD., a Korean business       )
     entity; SAMSUNG               )
10   ELECTRONICS AMERICA, INC.,    )
     a New York corporation;       )
11   SAMSUNG TELECOMMUNICATIONS    )
     AMERICA, LLC, a Delaware      )
12   limited liability company,    )
                                   )
13                Defendants.      )
     _____)
14
15   HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
16
17        VIDEOTAPED DEPOSITION OF APPLE INC.,
18           30(B)(6) WITNESS YAN ARROUYE
19             Redwood Shores, California
20              Friday, April 27, 2012
21
22
23   Reported by:
24   SUZANNE BOSCHETTI, CSR NO. 5111
25   Job No. 49059
```

Highly Confidential - Outside Attorneys' Eyes Only

Page 2

1  April 27, 2012
2  9:29 a.m.
3
4
5  Videotaped deposition of APPLE INC.
6  30(B)(6) WITNESS YAN ARROUYE, held at
7  the offices of QUINN EMANUEL URQUHART &
8  SULLIVAN, LLP, 555 Twin Dolphin Drive,
9  5th Floor, Redwood Shores, California,
10 before Suzanne Boschetti, Certified
11 Shorthand Reporter No. 5111 for the
12 State of California.

Page 3

1  APPEARANCES:
2
3
4
5  GIBSON DUNN & CRUTCHER
6  Attorneys for Plaintiffs
7      1050 Connecticut Avenue, N.W.
8      Washington D.C. 20036
9  BY: BRIAN M. BUROKER, ESQ.
10 BY: MEGAN K. FLUCKIGER, ESQ.
11
12
13
14 QUINN EMANUEL URQUHART & SULLIVAN
15 Attorneys for Defendants
16     51 Madison Avenue, 22nd Floor
17     New York, New York 10010
18 BY: ANASTASIA M. FERNANDS, ESQ.
19
20
21 ALSO PRESENT:
22     CYNDI WHEELER, APPLE INC.
23     FRANK QUIRARTE, VIDEO OPERATOR

Page 4

1  Redwood Shores, California; Friday, April 27, 2012
2  9:29 a.m.
3
4      VIDEO OPERATOR: Good morning, ladies and
5  gentlemen. This is the start of disc labeled No. 1
6  in the videotaped deposition of Yan Arrouye in the
7  matter of Apple Inc. versus Samsung Electronics
8  Company, Limited. It's in the United States
9  District Court for the Northern District of
10 California, San Jose Division, case number
11 12-CV-00630-LHK.
12     This deposition is being held at 555 Twin
13 Dolphin Drive in Redwood Shores, California, in the
14 offices of Quinn Emanuel on April 27th, 2012, at
15 approximately 9:30 a.m.
16     My name is Frank Quirarte from TSG
17 Reporting, Inc., and I am the legal video
18 specialist. Our court reporter today is Suzanne
19 Boschetti in association with TSG Reporting.
20     At this time will counsel and all present
21 please identify yourselves for the record.
22     MS. FERNANDS: Anastasia Fernands of Quinn
23 Emanuel Urquhart & Sullivan for Defendant Samsung.
24     MR. BUROKER: Brian Buroker and Megan
25 Fluckiger from Gibson Dunn on behalf Apple, and

Page 5

1  Cindy Wheeler, in-house counsel with Apple.
2      VIDEO OPERATOR: Madam Court Reporter, will
3  you please swear in the witness.
4
5      YAN ARROUYE,
6  having been administered an oath, was examined and
7  testified as follows:
8
9      EXAMINATION
10 BY MS. FERNANDS:
11 Q  Good morning.
12 A  Good morning.
13 Q  Please state your full name for the record.
14 A  So my first name is Yan; last name Arrouye.
15 Q  And could you spell that, please.
16 A  Yes. The first name's spelled Y-a-n. The
17 last name's spelled A-r-r-o-u-y-e.
18 Q  Thank you.
19    Are you currently employed?
20 A  Yes, I am.
21 Q  Where are you employed?
22 A  I'm employed by Apple Inc.
23 Q  What is your current title at Apple?
24 A  My current title is director.
25 Q  You've been employed before -- sorry.

Highly Confidential - Outside Attorneys' Eyes Only

Page 54

1  Q  When you say he was working on the back
2  end, was he writing code?
3     A  He was writing code.
4     Q  Was he writing algorithms to use in the
5  searches?
6        MR. BUROKER:  Objection.  Vague.
7        THE WITNESS:  I don't remember
8  specifically.
9  BY MS. FERNANDS:
10    Q  Did you write any of the algorithms to use
11 in the searches in Navigation Services?
12    A  I did write some code for prototyping
13 purposes.  I do not remember if they were
14 specifically for searches or not.
15    Q  Do you recall when the prototyping was done
16 for the Navigation Services?
17    A  No, I don't remember the dates.
18    Q  There wasn't anything in particular else
19 going on at the time that could trigger your memory
20 as when the Navigation Services work happened?
21    A  Unfortunately not, no.
22    Q  Now, you referred to modules, I believe,
23 when you were discussing your ideas that led to the
24 '604 patent.
25       What do you mean by "modules"?

Page 55

1     A  Can you repeat what I said maybe so I
2  can --
3     Q  Let me try to find it.  Sorry.
4        For example, one of your answers was that
5  for the module that would search local files, maybe
6  user input should be contrived as being part of the
7  file name.
8     A  Right.
9     Q  What were you referring to as "modules"?
10    A  So in that context, I meant that user would
11 input one piece of text, and that that piece of text
12 could be presented to different pieces of code that
13 would then interpret it and perform some operation,
14 for example, a search, based on the interpretation
15 of that text.
16    Q  And the different pieces of code would be
17 different modules?
18    A  There would be different modules that could
19 input differently.  There could be similar modules
20 that would apply to different areas of search.
21    Q  What do you mean "there could be similar
22 modules that would apply to different areas of
23 search"?
24    A  For example, if you had multiple hard
25 drives, you could imagine that there would be

Page 56

1  multiple instances of the module searches on hard
2  drives for files matching by name, each of them
3  working on a different volume.
4     Q  Are you familiar with the term "heuristic"?
5     A  I mean, that's a word I use.
6     Q  It's a term that you use?
7     A  Yes.
8     Q  And when you use the term "heuristic," what
9  do you mean by heuristic?
10    A  It depends on the context, so in which
11 context?
12    Q  In the context of searching and computer --
13 computer software, have you used the word
14 "heuristic" in that context?
15    A  Yes, I sometimes do.
16    Q  Okay.  And when you use the word
17 "heuristic" in the context of computer searches,
18 what is your understanding of the word "heuristic"?
19    A  Again, depends on the context.  But usually
20 it means that you take some input and you apply --
21 you make some kind of interpretation of what that
22 input might be in a given context to, you know,
23 achieve some result.
24    Q  In your work on Navigation Services, when
25 you decided to disclose an idea that you thought was

Page 57

1  patentable, were you thinking of using heuristic
2  searches?
3        MR. BUROKER:  Objection.  Vague.
4        THE WITNESS:  We definitely were thinking
5  of using heuristics.
6  BY MS. FERNANDS:
7     Q  Is there a difference between heuristics
8  and heuristic searches?
9     A  To the --
10       MR. BUROKER:  Objection.  Vague.
11       THE WITNESS:  To the extent that I don't
12 know what you mean by "heuristic searches."
13 BY MS. FERNANDS:
14    Q  Okay.  So what do you mean when you say you
15 were definitely thinking of using heuristics?
16    A  So, for example, if you provide a piece of
17 text to search on, a heuristic might be to decide
18 whether this is a full word or maybe the prefix of a
19 word or maybe --
20       (Reporter clarification.)
21       -- the prefix of a word.
22    Q  And how is a heuristic to decide whether
23 something is a full word or a prefix of a word?
24    A  I'm not sure I understand the question.
25    Q  So, for instance, if -- if a search is

Highly Confidential - Outside Attorneys' Eyes Only

Page 58

1  designed and -- if someone plugs in c-a-t to search,
2  for example, how is it heuristic to decide whether
3  that's a full word or a portion of a word?
4     A   Because we have no way to know, so we have
5  to make a judgment call and decide how we choose to
6  interpret those characters.
7     Q   So, in your opinion, is it a heuristic
8  search to use a prefix search?
9         MR. BUROKER: Objection. Vague.
10        THE WITNESS: I think it may be the result
11 of a heuristic. So the heuristic might be leading
12 to the decision to use one kind of search or
13 another, depending on the context.
14 BY MS. FERNANDS:
15    Q   So it's the decision to use one kind of
16 search or another that involves the heuristic, in
17 your opinion?
18    A   In my opinion, one heuristic might be to
19 decide which kind of search to use. That's just an
20 example of what heuristic might be. There are many
21 other heuristics.
22        THE REPORTER: I'm sorry.
23        THE WITNESS: That there can be many other
24 kind of heuristics.
25 BY MS. FERNANDS:

Page 59

1     Q   Can you give me examples of other kinds of
2  heuristics?
3     A   Yes. So, for example, one could decide
4  that when presented a word, if there is a match in
5  some domain, then there is no point trying to find
6  further matches in other domains. But if there are
7  no matches for a domain, maybe heuristic says that
8  we should then present other matches in different
9  domains.
10    Q   Any other examples of heuristics?
11    A   A heuristic might be choosing when you
12 receive results, which ones might be the most
13 relevant to the end user.
14    Q   That would be after the results of the
15 search are returned there would be a determination
16 of which ones to present to the user?
17    A   That would be an example. It could be that
18 the module that performed the search has heuristic
19 as to which of the many results it might be able to
20 provide which ones to actually provide.
21    Q   Any other examples of heuristics?
22    A   There are very many.
23    Q   Any others that you can think of sitting
24 here?
25    A   If you search for content and you present

Page 60

1  two words, "New" and "York," should you return --
2        (Reporter clarification.)
3        You present two words, "New" and "York."
4  Does it mean New York, the city? Does it mean the
5  new duchess, the Duchess of York.
6     Q   When you were working on Navigation
7  Services, were there particular heuristics that you
8  had in mind for the searches?
9        MR. BUROKER: Objection. Vague.
10       THE WITNESS: We definitely thought that
11 heuristics were very important in achieving the end
12 goal, which was a good quality of results presented
13 to the end user.
14 BY MS. FERNANDS:
15    Q   Why did you think heuristics are important
16 to the end goal?
17    A   Because one of the things we were doing was
18 extending the reach of search beyond just the local
19 hard drives, and with that, there is an explosion of
20 the number of results that are potentially found.
21 And humans are not good at dealing -- are not good
22 at dealing with a lot of results. Therefore,
23 somebody has to choose.
24    Q   So was one of the reasons why you were
25 looking to use heuristics was because the search

Page 61

1  would be extended beyond the local hard drive?
2        MR. BUROKER: Objection. Vague.
3        THE WITNESS: It probably was one of the
4  reasons. There were most likely others.
5  BY MS. FERNANDS:
6     Q   Do you recall any others?
7     A   As I stated earlier, simply interpreting
8  the input is necessary in many cases so that
9  heuristics are right there.
10    Q   When you were working on Navigation
11 Services, how did you contemplate using heuristics
12 to interpret the input?
13       MR. BUROKER: Objection. Vague.
14       THE WITNESS: So conceptually, each module
15 would know what it's talking to and, therefore,
16 could make a decision as to how to interpret the
17 input, and that decision would be likely different
18 from module to module.
19 BY MS. FERNANDS:
20    Q   How were heuristics used so that each
21 module could make a decision as to how to interpret
22 the input?
23       MR. BUROKER: Objection. Foundation.
24       THE WITNESS: So I'm not sure I understand
25 the question.

Highly Confidential - Outside Attorneys' Eyes Only

Page 70

1  Q  Do you know if the term "heuristic
2  algorithm" was something that was used more commonly
3  by people working on search technologies prior to
4  2000?
5  A  No, I do not know.
6  Q  Do you know whose decision it was to use
7  the term "heuristic algorithm" in the '604 patent?
8  A  No, I don't.
9  Q  That was not your decision?
10     MR. BUROKER: Objection.
11     THE WITNESS: Not that I recall.
12 BY MS. FERNANDS:
13  Q  Do you recall ever discussing the term
14 "heuristic algorithm" with Keith Mortensen at the
15 time you were working on Navigation Services?
16  A  It's too long ago. I don't remember the
17 details of any of our conversations.
18  Q  Okay. Are there any particular types of
19 algorithms that you think of as heuristic
20 algorithms?
21     MR. BUROKER: Objection. Same -- vague and
22 calls for a legal conclusion.
23     THE WITNESS: So I don't know the legal
24 meaning of the term in that context, but I would
25 maybe use those terms if I'm describing algorithm

Page 71

1  that's -- interprets an input in ways that are based
2  on some heuristic.
3  BY MS. FERNANDS:
4   Q  And when you say that you might use that as
5  describing the algorithm that interprets input in
6  ways that are based on some heuristic, what does the
7  word "heuristic" mean in that context?
8      MR. BUROKER: Objection. Vague.
9      THE WITNESS: I mean --
10     (Reporter clarification.)
11     It has a similar meaning to what I tried to
12 explain earlier, which is making a decision as to
13 what was the intent or how to best interpret the
14 inputs to achieve certain goal.
15 BY MS. FERNANDS:
16  Q  Now, if you look at the specification for
17 the '604 patent, which we've marked as Exhibit 2,
18 are there any heuristic algorithms identified in the
19 specification of the '604 patent?
20     MR. BUROKER: Objection. Calls for a legal
21 conclusion. Vague.
22     THE WITNESS: So I would have to read it in
23 detail.
24 BY MS. FERNANDS:
25  Q  As you sit here, do you know whether you

Page 72

1  and Mr. Mortensen disclosed any specific heuristic
2  algorithms in the specification?
3      MR. BUROKER: Same objections.
4      THE WITNESS: I do not remember what we
5  discussed with the counsel at the time.
6  BY MS. FERNANDS:
7   Q  Do you recall any of the specific heuristic
8  algorithms that you and Mr. Mortensen used in the
9  Navigation Services?
10     MR. BUROKER: Same objections.
11     THE WITNESS: I mean, I gave you examples
12 of heuristics. I don't recall if those were the
13 ones we had in mind at the time or not.
14 BY MS. FERNANDS:
15  Q  Do you recall specifically any heuristic
16 algorithm that was used in Navigation Services?
17  A  No, I don't.
18  Q  Now, are you familiar with searches that
19 use exact string matches?
20  A  I think -- I mean, I can -- I'm not sure
21 exactly what you mean by that, but I can imagine
22 what it might mean.
23  Q  Okay. Well, if, for instance, I used the
24 string cat, c-a-t, and a search returns only cat,
25 things using cat, c-a-t, would you understand that

Page 73

1  to be an exact string match?
2   A  I would call that an exact word match.
3   Q  An exact word match.
4      What is the difference between an exact
5  word match and an exact string match as you would
6  use those?
7   A  So for me, a string -- so to match you have
8  to have two things that match. So in the example
9  you gave, you have the word "cat." And so in my
10 mind, if it was an exact string match, it would mean
11 that it matches things which are exactly the word
12 "cat" and nothing else.
13  Q  An exact string match would match exactly
14 the word "cat" and nothing else?
15  A  That would be my interpretation.
16  Q  Okay. Using that interpretation of an
17 exact string match, does an exact string match
18 employ heuristics as you use the term "heuristics"?
19     MR. BUROKER: Objection. Vague.
20     THE WITNESS: I think it -- it might. It
21 really depends on the context.
22 BY MS. FERNANDS:
23  Q  In what context would an exact string match
24 use heuristics as you use the term "heuristics"?
25  A  For example, if you -- if the user types

Page 74

1  the word "cat," we have no knowledge of whether the
2  user meant the file name is cat or the type of the
3  file has an extension that is cat or the file
4  contains the word "cat" or the file -- inside
5  content is the word "cat." And I think there could
6  be heuristic involved to decide which of those many
7  possible interpretation to choose to perform the
8  search.
9      Q   So in your opinion, one would use
10 heuristic -- strike that.
11      The decision as to whether to search file
12 names, types of files or file content involves a
13 heuristic?
14      MR. BUROKER: Objection. Vague.
15      THE WITNESS: Again, not knowing the legal
16 meaning of the word in that context, for me that is
17 an example of heuristics.
18 BY MS. FERNANDS:
19     Q   And how does the decision whether to search
20 file names, type of file or file content use a
21 heuristic algorithm?
22      MR. BUROKER: Objection. Foundation.
23 BY MS. FERNANDS:
24     Q   Strike that.
25      Using -- as you understand the term

Page 75

1  "heuristic algorithm," does the decision whether to
2  search file names, type of file or file content
3  involve use of a heuristic algorithm?
4      MR. BUROKER: Objection. Calls for a legal
5  conclusion.
6      THE WITNESS: Not knowing the legal meaning
7  of the word in that context, I would call that
8  heuristic.
9  BY MS. FERNANDS:
10     Q   Would you call it a heuristic algorithm?
11     MR. BUROKER: Same objection.
12     THE WITNESS: Not knowing the legal meaning
13 of the word in that context, I would call the
14 algorithm that performs that -- that implements that
15 heuristic a heuristic algorithm.
16 BY MS. FERNANDS:
17     Q   So if an algorithm is directed at a
18 particular area to search, that is, file name or
19 type of file, the fact that it's directed to that
20 particular area makes it a heuristic algorithm as
21 you understand the term; is that correct?
22     MR. BUROKER: Same objections.
23     THE WITNESS: This is not what I would say.
24 BY MS. FERNANDS:
25     Q   Okay. What was incorrect about what I

Page 76

1  said?
2      A   You seem to -- can you rephrase it just to
3  be sure that I understand --
4      Q   Yes.
5      A   -- correctly?
6      Q   So I had asked whether -- if an algorithm
7  for an exact string match were directed at a
8  particular area to search, that is, either file
9  names or types of files or file content, whether the
10 fact that it's directed at one of those areas makes
11 it a heuristic algorithm as you understand the term?
12     MR. BUROKER: Objection. Calls for a legal
13 conclusion.
14     THE WITNESS: So I'm not sure what you mean
15 by the file that is directed.
16 BY MS. FERNANDS:
17     Q   So I believe that you had said that if --
18 that an exact string match -- search could be
19 considered heuristic in some circumstances; is that
20 correct?
21     A   That is correct.
22     Q   And you said that the heuristic would be
23 the choice of the file names, type of files, file
24 content or other things of that nature; is that
25 right?

Page 77

1      A   That would be an example of heuristic.
2      Q   All right. And so an exact string match --
3  the code that says match c-a-t with c-a-t, what
4  makes that a heuristic algorithm?
5      MR. BUROKER: Objection. The same
6  objections.
7      THE WITNESS: So again, not knowing the
8  legal meaning of the word in that context, what I
9  meant to say is that the decision to interpret the
10 input to be one of those many things is what formed
11 the heuristic.
12 BY MS. FERNANDS:
13     Q   So it's the interpretation of -- what do
14 you mean -- strike that.
15     When you say that the decision to the
16 interpret -- interpret the input to be one of those
17 many things is what forms the heuristic, how is the
18 input interpreted to be one of those many things?
19     A   So in the example that you gave, the word
20 "cat" is presented to the system just three letters,
21 c-a-t, and so the system doesn't know whether it's a
22 full word or partial word.
23     If it's a -- if it's either of those, what
24 it's meant to represent from the user point of view,
25 so there are a number of decisions that are made to

Page 158

1  Vague.
2      THE WITNESS: The actual code is not
3  spelled out, but I believe that that description
4  provides now enough information for somebody skilled
5  in the art to do an implementation.
6      MS. FERNANDS: I don't have anything
7  further. Thank you for your time here today.
8      THE WITNESS: Thank you very much.
9      MR. BUROKER: Nothing from me, and the
10 witness will want the opportunity to read and sign
11 the transcript.
12     VIDEO OPERATOR: This concludes today's
13 deposition of Yan Arrouye. Master discs of today's
14 deposition will remain in the custody of TSG. The
15 time is 2:12 p.m. We're now off the record.
16     (Time Noted: 2:12 p.m.)
17
18
19         ---------------------
20             YAN ARROUYE
21
22
23
24
25

Page 159

1              CERTIFICATE
2
3  STATE OF CALIFORNIA  )
                        ) ss.:
4  COUNTY OF SAN MATEO  )
5
6      I, SUZANNE F. BOSCHETTI, a Certified
7  Shorthand Reporter for the State of California, do
8  hereby certify:
9      That YAN ARROUYE, the witness whose
10 deposition is hereinbefore set forth, was duly
11 sworn by me and that such deposition is a true
12 record of the testimony given by such witness.
13     I further certify that I am not related to
14 any of the parties to this action by blood or
15 marriage; and that I am in no way interested in the
16 outcome of this matter.
17     IN WITNESS WHEREOF, I have hereunto set my
18 hand this 27th day of April, 2011.
19
20
21
22        ------------------------
23           SUZANNE F. BOSCHETTI
24
25

Page 160

```
                    INDEX
 1
 2  WITNESS:        EXAMINATION        PAGE
 3  YAN ARROUYE
 4       BY MS. FERNANDS          5
 5
 6              EXHIBITS
 7  NO.         DESCRIPTION       PAGE  LINE
 8  Exhibit 1   Samsung's First 30(b)(6)   8   14
             Deposition Notice to
 9           Apple, Inc.
10  Exhibit 2   United States Patent No.   9   17
             9,086,604 B2, December
11           27, 2011
12  Exhibit 3   United States Patent No.  47    1
             6,847,959 B1, January
13           25, 2005
14  Exhibit 4   Combined Declaration and  121   3
             Power of Attorney For
15           Utility Patent
             Application, Bates Nos.
16           APLNDC630-0000040401 -
             40403
17
    Exhibit 5   Amendment Under 37       128    6
18           C.F.R. Section 1.114,
             Bates Nos.
19           APLNDC630-0000040464 -
             40478
20
    Exhibit 6   Document entitled        132    4
21           "Amendment," Bates Nos.
             APLNDC630-0000040547 -
22           40558
23  Exhibit 7   Notice of Allowability,  135   17
             Bates Nos.
24           APLNDC630-0000041352 -
             41355
25
```

Page 161

```
 1  INDEX (Continued):
 2  NO.          DESCRIPTION        PAGE  LINE
 3  Exhibit 8    United States Patent No.  135   24
              7,730,012 B2, June 1,
 4            2010
 5  Exhibit 9    United States Patent No.  148   10
              7,020,670 B1, March 28,
 6            2006
 7  Exhibit 10   A Uniform Interface to    148   22
              Networked Library
 8            Services, by Mitchell
              Blumenfeld and Ralph
 9            Droms
10  Exhibit 11   The MetaCrawler           149   14
              Architecture for
11            Resource Aggregation on
              the Web
12
```

Highly Confidential -  Outside Attorneys' Eyes Only

```
                                    Page 162
1            ERRATA SHEET
2    Case Name:       Apple v. Samsung
     Date of Deposition:  April 27, 2012
3    Witness Name:       YAN ARROUYE
4    Reason Codes:
       1. To clarify the record.
5      2. To conform to the facts.
       3. To correct transcription errors.
6
             CORRECTIONS:
7
     Pg. Ln.  Now Reads      Should Read    Reason
8    ___ ___ _____  _____  _____
9    ___ ___ _____  _____  _____
10   ___ ___ _____  _____  _____
11   ___ ___ _____  _____  _____
12   ___ ___ _____  _____  _____
13   ___ ___ _____  _____  _____
14   ___ ___ _____  _____  _____
15   ___ ___ _____  _____  _____
16   ___ ___ _____  _____  _____
17   ___ ___ _____  _____  _____
18           _____
19              Signature of Deponent
20
21   SUBSCRIBED AND SWORN BEFORE ME
22   THIS____DAY OF_____, 2012.
23
24   _____
25   (Notary Public)  MY COMMISSION EXPIRES:_____
```