# Exhibit 5 to Polish Declaration