

**The Java™ Tutorials**

Download the JDK
Search the Tutorials
Hide the TOC

**Language Basics**
   Variables
      Primitive Data Types
      Arrays
      Summary of Variables
   Questions and Exercises
   Operators
      Assignment, Arithmetic, and Unary Operators
      Equality, Relational, and Conditional Operators
      Bitwise and Bit Shift Operators
      Summary of Operators
   Questions and Exercises
   Expressions, Statements, and Blocks
   Questions and Exercises
   Control Flow Statements
      The if-then and if-then-else Statements
      **The switch Statement**
      The while and do-while Statements
      The for Statement
      Branching Statements
      Summary of Control Flow Statements
   Questions and Exercises

Home Page > Learning the Java Language > Language Basics

« Previous • Trail • Next »

# The switch Statement

Unlike `if-then` and `if-then-else` statements, the `switch` statement can have a number of possible execution paths. A `switch` works with the `byte`, `short`, `char`, and `int` primitive data types. It also works with *enumerated types* (discussed in Enum Types), the `String` class, and a few special classes that wrap certain primitive types: `Character`, `Byte`, `Short`, and `Integer` (discussed in Numbers and Strings).

The following code example, `SwitchDemo`, declares an `int` named `month` whose value represents a month. The code displays the name of the month, based on the value of `month`, using the `switch` statement.

```java
public class SwitchDemo {
    public static void main(String[] args) {

        int month = 8;
        String monthString;
        switch (month) {
            case 1:  monthString = "January";
                     break;
            case 2:  monthString = "February";
                     break;
            case 3:  monthString = "March";
                     break;
            case 4:  monthString = "April";
                     break;
            case 5:  monthString = "May";
                     break;
            case 6:  monthString = "June";
                     break;
            case 7:  monthString = "July";
                     break;
            case 8:  monthString = "August";
                     break;
            case 9:  monthString = "September";
                     break;
            case 10: monthString = "October";
                     break;
            case 11: monthString = "November";
                     break;
            case 12: monthString = "December";
                     break;
            default: monthString = "Invalid month";
                     break;
        }
        System.out.println(monthString);
    }
}
```

In this case, `August` is printed to standard output.

The body of a `switch` statement is known as a *switch block*. A statement in the `switch` block can be labeled with one or more `case` or `default` labels. The `switch` statement evaluates its expression, then executes all statements that follow the matching `case` label.

You could also display the name of the month with `if-then-else`

statements:

```
int month = 8;
if (month == 1) {
    System.out.println("January");
} else if (month == 2) {
    System.out.println("February");
}
... // and so on
```

Deciding whether to use `if-then-else` statements or a `switch` statement is based on readability and the expression that the statement is testing. An `if-then-else` statement can test expressions based on ranges of values or conditions, whereas a `switch` statement tests expressions based only on a single integer, enumerated value, or `String` object.

Another point of interest is the `break` statement. Each `break` statement terminates the enclosing `switch` statement. Control flow continues with the first statement following the `switch` block. The `break` statements are necessary because without them, statements in `switch` blocks *fall through*: All statements after the matching `case` label are executed in sequence, regardless of the expression of subsequent `case` labels, until a `break` statement is encountered. The program [SwitchDemoFallThrough](SwitchDemoFallThrough) shows statements in a `switch` block that fall through. The program displays the month corresponding to the integer `month` and the months that follow in the year:

```
public class SwitchDemoFallThrough {

    public static void main(String args[]) {
        java.util.ArrayList<String> futureMonths =
            new java.util.ArrayList<String>();

        int month = 8;

        switch (month) {
            case 1:  futureMonths.add("January");
            case 2:  futureMonths.add("February");
            case 3:  futureMonths.add("March");
            case 4:  futureMonths.add("April");
            case 5:  futureMonths.add("May");
            case 6:  futureMonths.add("June");
            case 7:  futureMonths.add("July");
            case 8:  futureMonths.add("August");
            case 9:  futureMonths.add("September");
            case 10: futureMonths.add("October");
            case 11: futureMonths.add("November");
            case 12: futureMonths.add("December");
                     break;
            default: break;
        }

        if (futureMonths.isEmpty()) {
            System.out.println("Invalid month number");
        } else {
            for (String monthName : futureMonths) {
                System.out.println(monthName);
            }
        }
    }
}
```

This is the output from the code:

```
August
September
October
November
December
```

Technically, the final `break` is not required because flow falls out of the `switch` statement. Using a `break` is recommended so that modifying the code is easier and less error prone. The `default` section handles all values that are not explicitly handled by one of the `case` sections.

The following code example, `SwitchDemo2`, shows how a statement can have multiple `case` labels. The code example calculates the number of days in a particular month:

```java
class SwitchDemo2 {
    public static void main(String[] args) {

        int month = 2;
        int year = 2000;
        int numDays = 0;

        switch (month) {
            case 1: case 3: case 5:
            case 7: case 8: case 10:
            case 12:
                numDays = 31;
                break;
            case 4: case 6:
            case 9: case 11:
                numDays = 30;
                break;
            case 2:
                if (((year % 4 == 0) &&
                     !(year % 100 == 0))
                     || (year % 400 == 0))
                    numDays = 29;
                else
                    numDays = 28;
                break;
            default:
                System.out.println("Invalid month.");
                break;
        }
        System.out.println("Number of Days = "
                            + numDays);
    }
}
```

This is the output from the code:

```
Number of Days = 29
```

## Using Strings in switch Statements

In Java SE 7 and later, you can use a `String` object in the `switch` statement's expression. The following code example, `StringSwitchDemo`, displays the number of the month based on the value of the `String` named `month`:

```java
public class StringSwitchDemo {

    public static int getMonthNumber(String month) {

        int monthNumber = 0;

        if (month == null) {
            return monthNumber;
        }

        switch (month.toLowerCase()) {
            case "january":
                monthNumber = 1;
                break;
            case "february":
                monthNumber = 2;
                break;
            case "march":
```

```
                monthNumber = 3;
                break;
            case "april":
                monthNumber = 4;
                break;
            case "may":
                monthNumber = 5;
                break;
            case "june":
                monthNumber = 6;
                break;
            case "july":
                monthNumber = 7;
                break;
            case "august":
                monthNumber = 8;
                break;
            case "september":
                monthNumber = 9;
                break;
            case "october":
                monthNumber = 10;
                break;
            case "november":
                monthNumber = 11;
                break;
            case "december":
                monthNumber = 12;
                break;
            default:
                monthNumber = 0;
                break;
        }

        return monthNumber;
    }

    public static void main(String[] args) {

        String month = "August";

        int returnedMonthNumber =
            StringSwitchDemo.getMonthNumber(month);

        if (returnedMonthNumber == 0) {
            System.out.println("Invalid month");
        } else {
            System.out.println(returnedMonthNumber);
        }
    }
}
```

The output from this code is `8`.

The `String` in the `switch` expression is compared with the expressions associated with each `case` label as if the `String.equals` method were being used. In order for the `StringSwitchDemo` example to accept any month regardless of case, `month` is converted to lowercase (with the `toLowerCase` method), and all the strings associated with the `case` labels are in lowercase.

**Note**: This example checks if the expression in the `switch` statement is `null`. Ensure that the expression in any `switch` statement is not null to prevent a `NullPointerException` from being thrown.

« Previous • Trail • Next »

---

Problems with the examples? Try Compiling and Running the Examples: FAQs.
Complaints? Compliments? Suggestions? Give us your feedback.

http://docs.oracle.com/javase/tutorial/java/nutsandbolts/switch.html[5/12/2012 7:31:24 PM]

Your use of this page and all the material on pages under "The Java Tutorials" banner is subject to these legal notices.



About Oracle | Oracle Technology Network | Terms of Service

Copyright © 1995, 2012 Oracle and/or its affiliates. All rights reserved.