**Source Code Analysis for Modules that are Searchable Through the QSB on the Samsung Galaxy Nexus**

This document analyzes the flow of control through the Android 4.0 source code that is associated with the Quick Search Box ("QSB") feature and the suggestions providers for People and Browser. Each module that is searchable by the QSB implements a Suggestions Provider interface. Below, I analyze the ContactsProvider2 and BrowserProvider2 (which are both Content Providers). References to file and line numbers are to the files attached to Dr. Carbonell's Declaration.

A.  **Searching the People module from the QSB**

The People module utilizes the ContactsProvider2 class that implements the suggestion provider for contacts, emails, etc., as shown in file packages/providers/ContactsProvider/src/com/android/providers/contacts/ContactsProvider2.java:173:

```
/**
 * Contacts content provider. The contract between this provider and
 * applications is defined in {@link ContactsContract}.
 */
public class ContactsProvider2 extends AbstractContactsProvider
        implements OnAccountsUpdateListener {
```

The main entry point into a suggestion provider is the query() method, as shown in file ContactsProvider2.java:4781:

```
public Cursor query(Uri uri, String[] projection, String selection,
            String[] selectionArgs, String sortOrder) {
```

This method forwards to the queryLocal() method, as shown in the file ContactsProvider2.java:4982:

```
   protected Cursor queryLocal(Uri uri, String[] projection, String selection,
            String[] selectionArgs, String sortOrder, long directoryId) {
```

This method extracts the particular type of query contained in the uri parameter, as shown in the file ContactsProvider2.java:5001:

```
        final int match = sUriMatcher.match(uri);
        switch (match) {
```

The URI value passed to ContentProvider2.query() when receiving a search through the QSB is content://com.android.contacts /search_suggest_query/John%20Connor?limit=50. This URI matches (via the sUriMatcher object in ContentsProvider2.java highlighted above) the SEARCH_SUGGESTIONS case, with the search results limit set to 50, as shown in the file ContactsProvider2.java:5822:

1

```
     case SEARCH_SUGGESTIONS: {
         return mGlobalSearchSupport.handleSearchSuggestionsQuery(
                 mActiveDb.get(), uri, projection, limit);
     }
```

The GlobalSearchSupport.handleSearchSuggestionsQuery() method builds the appropriate result set, which is sent as a cursor object, depending on what the user is searching for, e.g., a phone number or a filter, as shown in file packages/providers/ContactsProvider/src/com/android/providers/contacts/GlobalSearchSupport.java:197:

```
  public Cursor handleSearchSuggestionsQuery(
          SQLiteDatabase db, Uri uri, String[] projection, String limit) {
      final String searchClause;
      final String selection;
      if (uri.getPathSegments().size() <= 1) {
          searchClause = null;
          selection = RECENTLY_CONTACTED;
      } else {
          searchClause = uri.getLastPathSegment();
          selection = null;
      }

      if (mContactsProvider.isPhone() && isPhoneNumber(searchClause)) {
          return buildCursorForSearchSuggestionsBasedOnPhoneNumber
                              (searchClause);
      } else {
          return buildCursorForSearchSuggestionsBasedOnFilter(
                  db, projection, selection, searchClause, limit);
      }
  }
```

Contacts on the Samsung Galaxy Nexus are stored in an SQLite database and the entries are retrieved using the SQL query language.  For example, the buildCursorForSearchSuggestionsBasedOnFilter() method builds the SQL query using a particular set of heuristics, such as selection and filter highlighted below, as shown in file GlobalSearchSupport.java:302:

```
  private Cursor buildCursorForSearchSuggestionsBasedOnFilter(SQLiteDatabase db,
          String[] projection, String selection, String filter, String limit) {
      MatrixCursor cursor = new MatrixCursor(
              projection != null ? projection :
              SEARCH_SUGGESTIONS_BASED_ON_NAME_COLUMNS);
      StringBuilder sb = new StringBuilder();
      final boolean haveFilter = !TextUtils.isEmpty(filter);
      sb.append("SELECT "
                      + Contacts._ID + ", "
                      + Contacts.LOOKUP_KEY + ", "
                      + Contacts.PHOTO_THUMBNAIL_URI + ", "
                      + Contacts.DISPLAY_NAME + ", "
                      + PRESENCE_SQL + " AS " + Contacts.CONTACT_PRESENCE + ", "
                      + Contacts.LAST_TIME_CONTACTED);
      if (haveFilter) {
          sb.append(", " + SearchSnippetColumns.SNIPPET);
      }
      sb.append(" FROM ");
      sb.append(Views.CONTACTS);
      sb.append(" AS contacts");
      if (haveFilter) {
```

2

```
        mContactsProvider.appendSearchIndexJoin(sb, filter, true,
                String.valueOf(SNIPPET_START_MATCH),
                String.valueOf(SNIPPET_END_MATCH),
                SNIPPET_ELLIPSIS, SNIPPET_MAX_TOKENS, false);
    }
    if (selection != null) {
        sb.append(" WHERE ").append(selection);
    }
    sb.append(" ORDER BY " + SORT_ORDER);
    if (limit != null) {
        sb.append(" LIMIT " + limit);
    }
    Cursor c = db.rawQuery(sb.toString(), null);
    SearchSuggestion suggestion = new SearchSuggestion();
    suggestion.filter = filter;
    try {
        while (c.moveToNext()) {
            suggestion.contactId = c.getLong(0);
            suggestion.lookupKey = c.getString(1);
            suggestion.photoUri = c.getString(2);
            suggestion.text1 = c.getString(3);
            suggestion.presence = c.isNull(4) ? -1 : c.getInt(4);
            suggestion.lastAccessTime = c.getString(5);
            if (haveFilter) {
                suggestion.text2 = shortenSnippet(c.getString(6));
            }
            cursor.addRow(suggestion.asList(projection));
        }
    } finally {
        c.close();
    }
    return cursor;
}
```

The limit on the number of search results returned is indicated by the call to sb.append(" LIMIT " + limit), as highlighted above. The ordering of the results returned by the buildCursorForSearchSuggestionsBasedOnFilter() method are controlled by constants, such as CURRENT_CONTACTS, RECENT_CONTACTS, and SORT_ORDER (highlighted above), as shown in file GlobalSearchSupport.java:82:

```
// Current contacts - those contacted within the last 3 days (in seconds)
private static final long CURRENT_CONTACTS = 3 * 24 * 60 * 60;

// Recent contacts - those contacted within the last 30 days (in seconds)
private static final long RECENT_CONTACTS = 30 * 24 * 60 * 60;

private static final String TIME_SINCE_LAST_CONTACTED =
        "(strftime('%s', 'now') - contacts." + Contacts.LAST_TIME_CONTACTED
        + "/1000)";

/*
 * See {@link ContactsProvider2#EMAIL_FILTER_SORT_ORDER} for the discussion of
 * this sorting order.
 */
private static final String SORT_ORDER =
    "(CASE WHEN contacts." + Contacts.STARRED + "=1 THEN 0 ELSE 1 END), "
    + "(CASE WHEN " + TIME_SINCE_LAST_CONTACTED + " < " + CURRENT_CONTACTS
    + " THEN 0 "
    + " WHEN " + TIME_SINCE_LAST_CONTACTED + " < " + RECENT_CONTACTS
    + " THEN 1 "
    + " ELSE 2 END),"
```

```
        + "contacts." + Contacts.TIMES_CONTACTED + " DESC, "
        + "contacts." + Contacts.DISPLAY_NAME_PRIMARY + ", "
        + "contacts." + Contacts._ID;
```

B. **Searching the Browser module from the QSB**

The BrowserProvider2 class implements the suggestion provider for bookmarks, browsing history, etc., as shown in file packages/apps/Browser/src/com/android/browser/provider/BrowserProvider2.java:69:

```
public class BrowserProvider2 extends SQLiteContentProvider {
```

The main entry point into a suggestion provider is the query() method, as shown in file BrowserProvider2.java:861:

```
public Cursor query(Uri uri, String[] projection, String selection,
            String[] selectionArgs, String sortOrder) {
```

This method extracts the particular type of query contained in the URI parameter, as shown in the file BrowserProvider2.java:864:

```
    final int match = URI_MATCHER.match(uri);
    ...
    switch (match) {
```

The URI value passed to query() is content://browser/bookmarks/search_suggest_query?limit=50. This URI matches (via the URI_MATCHER object in BrowserProvider2.java highlighted above) the SEARCH_SUGGESTIONS case, as shown in the file BrowserProvider2.java:1009:

```
        case BOOKMARKS_SUGGESTIONS: {
            return doSuggestQuery(selection, selectionArgs, limit);
        }
```

The doSuggestionQuery() method builds the appropriate cursor by forwarding to the mOpenHelper.getReadableDatabase().query(), as shown in file BrowserProvider2.java:1116:

```
    private Cursor doSuggestQuery(String selection, String[] selectionArgs,
                    String limit) {
        if (TextUtils.isEmpty(selectionArgs[0])) {
            selection = ZERO_QUERY_SUGGEST_SELECTION;
            selectionArgs = null;
        } else {
            String like = selectionArgs[0] + "%";
            if (selectionArgs[0].startsWith("http")
                    || selectionArgs[0].startsWith("file")) {
                selectionArgs[0] = like;
            } else {
                selectionArgs = new String[6];
                selectionArgs[0] = "http://" + like;
                selectionArgs[1] = "http://www." + like;
                selectionArgs[2] = "https://" + like;
                selectionArgs[3] = "https://www." + like;
                // To match against titles.
                selectionArgs[4] = like;
```

4

```
            selectionArgs[5] = like;
            selection = SUGGEST_SELECTION;
        }
        selection = DatabaseUtils.concatenateWhere(selection,
                Bookmarks.IS_DELETED + "=0 AND " + Bookmarks.IS_FOLDER
                + "=0");
    }
    Cursor c = mOpenHelper.getReadableDatabase().query
            (TABLE_BOOKMARKS_JOIN_HISTORY,
             SUGGEST_PROJECTION, selection, selectionArgs, null, null,
             SUGGEST_ORDER_BY, null);

    return new SuggestionsCursor(c);
}
```

The SQLiteDatabase.query() method highlighted above builds the SQL query using a particular set of heuristics, such as the selection parameter highlighted above. The order of results returned by query() is controlled by the SUGGEST_ORDER_BY parameter, as shown in file BrowserProvider2.java:141:

```
private static final String SUGGEST_ORDER_BY =
        TABLE_HISTORY + "." + History.DATE_LAST_VISITED + " DESC";
```