## List of Materials Considered

- Materials listed in Exhibit 2 of my February 2012 Declaration

- Deposition Transcript of Kenneth Kocienda, dated April 13, 2012

- Deposition Transcript of Dr. Karan Singh, dated April 17, 2012

- Declaration of Martin Kaliski, including all materials cited within Dr. Kaliski's declaration and all accompanying exhibits

- Deposition Transcript of Dr. Martin Kaliski, dated May 10, 2012

- Reply Declaration of Dr. Christopher Vellturo