Highly Confidential - Attorneys' Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                      Plaintiff,
 7
     vs.                          CASE NO.  12-cv-00630-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                    Defendants.
     _____/
14
15
16        H I G H L Y   C O N F I D E N T I A L
17        A T T O R N E Y S'   E Y E S   O N L Y
18
19      VIDEOTAPED DEPOSITION OF KENNETH KOCIENDA
20              REDWOOD SHORES, CALIFORNIA
21                 FRIDAY, APRIL 13, 2012
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 47976
```

Highly Confidential - Attorneys' Eyes Only

Page 2

1     FRIDAY, APRIL 13, 2012
2         9:30 A.M.
3
4
5
6  VIDEOTAPED DEPOSITION OF KENNETH KOCIENDA,
7  taken at QUINN EMANUEL URQUHART & SULLIVAN,
8  LLP, 555 Twin Dolphin Drive, Redwood Shores,
9  California, pursuant to Notice, before me,
10 ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR,
11 CSR License No. 9830.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1  APPEARANCES:
2
3     FOR APPLE INC.:
4     GIBSON DUNN & CRUTCHER LLP
5     By:  BRIAN M. BUROKER, Esq.
6          JENNIFER RHO, Esq.
7     1050 Connecticut Avenue, N.W.
8     Washington, D.C. 20036
9     Phone:  (202) 955-8500
10    bburoker@gibsondunn.com
11
12
13    FOR SAMSUNG ELECTRONICS CO. LTD:
14    QUINN EMANUEL URQUHART & SULLIVAN, LLP
15    By:  SEAN PAK, Esq.
16    50 California Street, 22nd Floor
17    San Francisco, California 94111
18    Phone:  (415) 875-6600
19    seanpak@quinnemanuel.com
20
21
22    ALSO PRESENT:  Benjamin Gerald, Videographer
23         Lain Cunningham, Apple, Inc.
24              ---oOo---
25

Page 4

1       REDWOOD SHORES, CALIFORNIA
2          FRIDAY, APRIL 13, 2012
3              9:30 A.M.
4
5
6
7     THE VIDEOGRAPHER:  Good morning.
8     This marks the beginning of the disc labeled
9  No. 1 of the videotaped deposition of Kenneth
10 Kocienda.  In the matter Apple Incorporated versus
11 Samsung Electronics Company LTD, et al.
12    Held in the United States District Court for
13 the Northern District of California.  Case number is
14 12-cv-00630-LHK.
15    This deposition is being held at 555 Twin
16 Dolphin Drive in the city of Redwood Shores,
17 California.  Taken on April 13th, 2012, at
18 approximately 9:30 a.m.
19    My name is Benjamin Gerald from
20 TSG Reporting, Incorporated, and I am the legal video
21 specialist.
22    The court reporter is Andrea Ignacio, in
23 association with TSG Reporting.
24    At this time, will counsel please identify
25 themselves for the record.

Page 5

1     MR. PAK:  This is Sean Pak of Quinn Emanuel,
2  representing Samsung.
3     MR. BUROKER:  Brian Buroker and Jenny Rho of
4  Gibson Dunn, representing Apple, and also Ian
5  Cunningham of Apple.
6     THE VIDEOGRAPHER:  Thank you.
7     Would the reporter please swear the witness.
8
9         KENNETH KOCIENDA,
10    having been sworn as a witness
11    by the Certified Shorthand Reporter,
12         testified as follows:
13
14    THE VIDEOGRAPHER:  Thank you.
15    Please proceed.
16
17       EXAMINATION BY MR. PAK
18 MR. PAK:  Good morning.
19 THE WITNESS:  Good morning.
20 MR. PAK:  Q.  Will you please state your name
21 for the record.
22    A  Yes.
23    Kenneth Luke Kocienda.
24    Q  And can you please spell that.
25    A  Sure.

Page 110

1   MR. BUROKER: Object as vague.
2   THE WITNESS: I don't think that it does, no.
3   MR. PAK: Q. So in that way, the current
4   shipping iPhone is similar to the original 2007
5   version of the iPhone with respect to that particular
6   aspect?
7   A   As we were saying, I -- I -- it -- the -- the
8   typed text does not appear twice on the screen.
9   Q   That's true for both the iPhone 2007 as well
10  as the latest iPhone version 5.1?
11  A   To the best of my knowledge, that's -- that's
12  true, yes.
13  MR. PAK: Let's take our lunch break. Thank
14  you.
15  MR. VIDEOGRAPHER: The time is 12:39 p.m.,
16  and we're off the record.
17  (Lunch break taken at 12:39 p.m.)
18  ---oOo---
19
20
21
22
23
24
25

Page 111

1   AFTERNOON SESSION
2   1:39 P.M.
3
4
5
6   THE VIDEOGRAPHER: The time is 1:39 p.m., and
7   we are back on the record.
8   MR. PAK: So welcome back, Mr. Kocienda.
9   Q   Before our lunch break, we were talking about
10  two designs for the keyboard that you worked on. One
11  design was where the current character string is
12  displayed once on the screen, and there was a second
13  design where the current character string was
14  displayed twice on the same screen; do you recall
15  that?
16  A   Yes.
17  Q   Okay. So taking the single-display design
18  and comparing it to the double-display design, which
19  of those designs do you think is a better design?
20  MR. BUROKER: Objection; vague.
21  THE WITNESS: I think that depends. There
22  are tradeoffs between them.
23  MR. PAK: Q. And what are the tradeoffs?
24  A   I think the design where we display the text
25  string once is simpler. Conversely, the one where the

Page 112

1   input string is displayed twice is perhaps richer and
2   gives -- since it gives more information, other people
3   might prefer that.
4   Q   Sitting here today, do you believe that there
5   is a clear, better choice between a single-display
6   design and a double-display design with respect to the
7   current character string?
8   A   Difficult to say. Again, there are
9   tradeoffs.
10  Q   The choice that Apple as an organization made
11  was to go with the single-display design for the
12  English version of the iPhone; correct?
13  A   That's correct.
14  Q   And it has maintained that design choice
15  through the different versions of the iPhone as
16  shipped?
17  A   For the English keyboard, yes.
18  Q   Now, sir, in terms of novelty, comparing the
19  single-display versus the double-display design, do
20  you believe one technique is particularly more novel
21  than the other?
22  MR. BUROKER: Objection; calls for a legal
23  conclusion.
24  THE WITNESS: Yeah, I -- I -- I don't know.
25  MR. PAK: Q. In terms of complexity of

Page 113

1   actually implementing a design through software
2   programming, is there a significant difference in
3   terms of difficulty in implementing a single-display
4   design versus a double-display design?
5   A   I don't think there is a significant
6   difference in complexity for developing it.
7   Q   Is there anything unpredictable or surprising
8   about choosing to display the current character string
9   twice versus displaying it only once on the display?
10  A   I don't think so.
11  Q   Just a user interface design choice?
12  A   I think so.
13  MR. PAK: Why don't we quickly go off the
14  record.
15  THE VIDEOGRAPHER: The time is 1:43 p.m., and
16  we are off the record.
17  (Recess taken.)
18  THE VIDEOGRAPHER: The time is 1:44 p.m., and
19  we are back on the record.
20  MR. PAK: Q. Your coinventor, Mr. Ording,
21  what was his role in the development of the technology
22  that led to the '172 patent?
23  A   Generally speaking, his role, as I understand
24  it, was to develop human interface for the iOS iPhone.
25  Q   And what was his particular role with respect

Page 114

1  to the technologies that are described -- described in
2  the '172 patent?
3      A  At this time, he and I collaborated closely
4  on various aspects of keyboard technology.
5      Q  And when you say "at this time," which time
6  period are you talking about?
7      A  The time period we've been discussing a lot,
8  the -- this early development period at or, you know,
9  near the end of 2005 and continuing through to the
10 initial release of the -- the iPhone in 2007.
11     Q  Earlier you were talking about the
12 brainstorming process where you went through six
13 proposals, and one was finally selected; do you recall
14 that?
15     A  Uh-huh, yes.
16     Q  Was Mr. Ording involved in that brainstorming
17 process with you?
18     A  During that brief period, I was mostly
19 working by myself.  But, of course, we were demoing to
20 people, so there was some.
21     Q  Do you recall whether Mr. Ording was present
22 in some of the demonstrations?
23     A  Yes, I believe he was.
24     Q  In terms of coming up with the six different
25 proposals, was Mr. Ording working with you to come up

Page 115

1  with those specific proposals?
2      A  No, no, he wasn't.
3      Q  I want to focus on the -- the last proposal
4  that was selected for further development.
5         You talked briefly about the suggestion or
6  assistive technologies aspect of that proposal; do you
7  recall that?
8      A  Yes.
9      Q  If you remember, what was specifically
10 discussed or presented as part of that proposal with
11 respect to word suggestions?
12     A  As best as I can recall, this initial demo
13 which got accepted as for, you know, future
14 development work consisted of showing the -- a set of
15 suggestions based on your typing.
16     Q  And do you recall how that set of
17 suggestions, based on what you typed, would be shown
18 on the screen in your proposal?
19     A  Uh-huh.
20        Generally speaking, there was a depiction
21 somewhat similar to what you would see in Figure 4-F,
22 with particular regard to the left-hand side of that
23 area which seems to be marked 216.  So there would be
24 some number of suggestions offered as shown here.
25     Q  Do you recall whether your original proposal

Page 116

1  included the concept of displaying the current
2  character string twice on the screen?
3      A  To the best of my rec -- recollection, it did
4  not.
5      Q  Can you identify for me the time period when
6  you first came up with the idea of displaying the
7  current character string twice on the same screen.
8      A  It was some number of weeks, perhaps a short
9  number of months, perhaps the early part of 2006.
10     Q  Can you be more precise than that?
11     A  Not at this time, no.
12     Q  In preparing for today's deposition, were you
13 given access to your own files or other documents?
14     A  We reviewed documents.
15     Q  And based on the review of the materials and
16 the preparation that you did to prepare yourself for
17 today's deposition on behalf of Apple, can you give me
18 a better date than early part of 2006 for when you
19 came up with the idea of displaying the character
20 string twice?
21     A  No, I can't.
22        MR. BUROKER:  I just wanted to make sure.
23        Objection; form.
24        MR. PAK:  Q.  You cannot; right?
25     A  No, I can't.

Page 117

1      Q  Can you think of any documents that you could
2  consult to derive a better understanding of that date?
3      A  Sitting here, I don't know of a specific
4  document I could consult.
5      Q  Going back to your original proposal, did
6  your original proposal have the idea of automatically
7  replacing the current character string with a default
8  recommendation if the user types a punctuation or
9  other type of delimiter?
10     A  Yes, I think it did.
11     Q  And can you identify for me the specific date
12 when you first came up with the idea of automatically
13 replacing a current character string with a default
14 recommendation if the user types a punctuation or
15 other type of delimiter?
16     A  A specific date, I can't.  I would --
17 however, I would estimate that it was very early in
18 this period, almost certainly in the late part of
19 2005.
20     Q  Can you be more precise than late part of
21 2005?
22     A  I can't.
23     Q  Do you recall with clarity whether that
24 proposal that you had developed in the late part of
25 2005 included the more specific idea of taking a