| APPENDIX A<br>Exhibits to the Reply Declaration of Dr. Chris Vellturo In Support of<br>Apple Inc.'s Motion for a Preliminary Injunction | | |
|---|---|---|
| **Exhibit No.** | **Description** | **Bates Beg** |
| 1 | FILED UNDER SEAL | |
| 2 | Deposition of Nathaniel Polish, April 3, 2012 | |
| 3 | FILED UNDER SEAL | |
| 4 | FILED UNDER SEAL | |
| 5 | FILED UNDER SEAL | |
| 6 | Android Developers  - Search (http://developer.android.com/guide/topics/search/index.html | |
| 7 | Android 1.6 Platform Highlights, http://developer.android.com/sdk/android-1.6-highlights.html | APLNDC630-0000149209 |
| 8 | All Things D, The iPhone Is a Breakthrough Handheld Computer, June 26, 2007, http://allthingsd.com/20070626/the-iphone-is-breakthrough-handheld-computer. | |
| 9 | Pogue, The iPhone Matches Most of Its Hype, N.Y. Times, June 27, 2007, http://www.nytimes.com/2007/06/27/technology/circuits/27pogue.html?pagewanted=all | |
| 10 | Ben Parr, Google Android Search Just Became Awesome, http://mashable.com/2009/10/09/android-quick-search-box/ | |
| 11 | Frommer, *History Lesson: How the iPhone Changed Smart phones Forever,* Bus. Insider, June 6, 2011, http://www.businessinsider.com/iphone-android-smartphones-2011-6) | |
| 12 | German, A Brief History of Android Phones, cnet.com, Aug. 2, 2011, http://reviews.cnet.com/8301-19736_7-20016542-251/a-brief-history-of-android-phones/ | |
| 13 | Cox, Survey: iPhone 4S Owners Are Very Satisfied with the Device, Network World, Dec. 1, 2011, http://www.macworld.com/articleIl63965120 111l2/survey iphone 4s_owners_are very_satisified with_the_device.html#lsrc.rss_main | |
| 14 | Halpert, Car Industry's New Target: Wealthy, Tree-Hugging Drivers, thefiscaltimes.com, Jan. 16, 2012, http://www.thefiscaltimes.com/Articles/2012/01/16/Industrys-New-Target-Wealthy-Tree-Hugging-Drivers.aspx#page1 | |
| 15 | Geoffrey Manne, Google Isn't 'Leveraging Its Dominance,' It's Fighting to Avoid Obsolescence, Forbes Mar. 12, 2012 http://www.forbes.com/sites/beltway/2012/03/12/google-isnt-leveraging-its-dominance-its-fighting-to-avoid-obsolescence/ | APLNDC630-0000149197 |
| 16 | Epstein, Galaxy Nexus Pre-Orders Sell Out at Sprint, Apr. 20, 2012, http://www.bgr.com/2012/04/20/galaxy-nexus-pre- | |

| APPENDIX A<br>Exhibits to the Reply Declaration of Dr. Chris Vellturo In Support of<br>Apple Inc.'s Motion for a Preliminary Injunction ||| 
|---|---|---|
| Exhibit No. | Description | Bates Beg |
|  | orders-sell-out-at-sprint/ |  |
| 17 | Richardson, Samsung Galaxy S3 Teaser Compares iPhone Users To Sheep, Apr. 23, 2012<br>Richardson, webpronews.com, Apr. 23, 2012, http://www.webpronews.com/samsung-galaxy-s3-compares-iphone-users-to-sheep-2012-04 |  |
| 18 | Kim, "Samsung Crushes Earnings, Blows Past Nokia to Become World's Biggest Cellphone Maker," *Business Insider*, April 26, 2012, available at http://articles.businessinsider.com/2012-04-26/tech/31408867_1_smartphone-samsung-nokia. |  |
| 19 | IDC, "Worldwide Smartphone Market Continues to Soar, Carrying Samsung Into the Top Position in Total Mobile Phone and Smartphone Shipments, According to IDC," May 1, 2012, http://www.idc.com/getdoc.jsp?containerId=prUS23455612. |  |
| 20 | NPD Group, "Samsung Now Sells One in Four U.S. Smartphones, Bolstered By Growing Pre-Paid Sales," May 2, 2012, http://npdgroup.com/wps/portal/npd/us/news/pressreleases/pr_120502.  [[Make sure this is the same document as Ex. 7 of Wagner Dep.]] |  |
| 21 | Amazon Wireless: Samsung Galaxy Nexus 4G Android Phone (Sprint) http://wireless.amazon.com/Samsung-Galaxy-Nexus-Android-Sprint/dp/B007UO9HW6 |  |
| 22 | FILED UNDER SEAL | APLNDCA630-0000155917 |
| 23 | FILED UNDER SEAL | APLNDC0001324274 |
| 24 | FILED UNDER SEAL | APLNDC0002420480 |
| 25 | FILED UNDER SEAL | APLNDC630-0000062843 |
| 26 | FILED UNDER SEAL | APLNDC630-0000056522 |
| 27 | FILED UNDER SEAL | APLNDC630-0000128163 |
| 28 | FILED UNDER SEAL | APLNDC630-0000128231 |
| 29 | FILED UNDER SEAL | APLNDC630-0000135164 |
| 30 | FILED UNDER SEAL | APLNDC630-0000149086 |
| 31 | FILED UNDER SEAL | APLNDC630-0000149470 |
| 32 | FILED UNDER SEAL | SAMNDCA00203880 - 4010 |
| 33 | FILED UNDER SEAL | SAMNDCA00231459 |
| 34 | FILED UNDER SEAL | SAMNDCA00249929 |
| 35 | FILED UNDER SEAL | SAMNDCA00258674 |

| APPENDIX A                             |||
| :--- | :--- | :--- |
| Exhibits to the Reply Declaration of Dr. Chris Vellturo In Support of Apple Inc.'s Motion for a Preliminary Injunction |||
| Exhibit No. | Description | Bates Beg |
| 36 | FILED UNDER SEAL | SAMNDCA00261725 |
| 37 | FILED UNDER SEAL | SAMNDCA00268352 |
| 38 | FILED UNDER SEAL | SAMNDCA00268763 |
| 39 | Not Used | |
| 40 | FILED UNDER SEAL | SAMNDCA00276935 |
| 41 | FILED UNDER SEAL | SAMNDCA00380801 |
| 42 | FILED UNDER SEAL | SAMNDCA10029586 |
| 43 | FILED UNDER SEAL | SAMNDCA10175266 – 267 |
| 44 | FILED UNDER SEAL | SAMNDCA10389445 |
| 45 | FILED UNDER SEAL | SAMNDCA10441301 |
| 46 | FILED UNDER SEAL | SAMNDCA10853181 |
| 47 | FILED UNDER SEAL | SAMNDCA11066185 |
| 48 | FILED UNDER SEAL | SAMNDCA11545927 |
| 49 | FILED UNDER SEAL | SAMNDCA630-00055959 |
| 50 | FILED UNDER SEAL | SAMNDCA630-00095422 |
| 51 | FILED UNDER SEAL | S-ITC-003353288 |
| 52 | FILED UNDER SEAL | S-ITC-010632298 |
| 53 | FILED UNDER SEAL | S-ITC-500047393 |
| 54 | FILED UNDER SEAL | S-ITC-500049452 |
| 55 | FILED UNDER SEAL | S-ITC-500054991 |
| 56 | FILED UNDER SEAL | S-ITC-500056374 |
| 57 | FILED UNDER SEAL | S-ITC-500057690 |