JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL FURTHER RESPONSES TO SAMSUNG'S PRELIMINARY INJUNCTION INTERROGATORY NO. 4** |

1    In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple")

2  moves this court for an order to seal (1) portions of Apple's Opposition to Samsung's Motion to

3  Compel Further Responses to Samsung's Preliminary Injunction Interrogatory No. 4 (the "Opposition

4  Brief") and (2) portions of the Declaration of H. Mark Lyon in Support of Apple's Opposition to

5  Samsung's Motion to Compel Further Responses to Samsung's Preliminary Injunction Interrogatory

6  No. 4 (the "Lyon Declaration").

7    Apple has established good cause to permit filing this information under seal through the

8  Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Documents

9  Under Seal (the "Wheeler Sealing Decl."), filed herewith.  As detailed in the Wheeler Sealing Decl.,

10  the Opposition Brief and Lyon Declaration contain information pertaining to Apple's license

11  agreements, negotiations, partners, and related information.  *See* Wheeler Sealing Decl. at ¶ 3.  Apple

12  strictly keeps confidential information about the contents, strategies, and negotiations relating to its

13  licenses, including but not limited to the scope, extent, and number of such licenses.  (*Id*.)  Apple

14  discloses its license agreements or related documents only under very strict non-disclosure or other

15  confidentiality agreements.  (*Id*.)  Such information—including information relating to whether

16  Apple has been willing to enter into such license agreements, and thus that such license agreements

17  exist—could be used by Apple's competitors, as well as other third parties, to Apple's disadvantage,

18  particularly because it reveals Apple's confidential business and financial terms and strategy, as well

19  as other proprietary information.  (*Id*.)

20    The requested relief is necessary and narrowly tailored to protect the confidentiality of Apple

21  confidential information contained in the Opposition Brief and the Lyon Declaration.  Pursuant to

22  General Order No. 62, the complete, unredacted versions of these documents will be lodged with the

23  Court for in camera review and served on all parties.  Further, in accordance with this Court's Civil

24  Standing Order Regarding Motions to File Under Seal, proposed public redacted version of the

25  Opposition Brief and the Lyon Declaration will be publicly e-filed as attachments to this Motion to

26  Seal.  Accordingly, Apple requests that the Court order that portions of the Opposition Brief and

27  Lyon Declaration be filed under seal.

28    Samsung has stated that it cannot take a position regarding this Motion to Seal until after it

1  has reviewed the confidential information to be sealed.

2

3

4  Dated: May 14, 2012

5                                              GIBSON, DUNN & CRUTCHER LLP

6

7                                   By:   /s/ *H. Mark Lyon*
                                          H. Mark Lyon
8
                                          *Attorneys for Plaintiff and Counterclaim-*
9                                         *Defendant Apple Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Jennifer Rho, declare as follows:

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, CA  90071-3197, in said County and State.  On May 14, 2012, I served the following document(s):

**APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND ATTACHED DOCUMENTS**

**[PROPOSED] ORDER APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

**BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**:  On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by the undersigned on May 14, 2012, Palo Alto, California.

_/s/ Jennifer Rho_
Jennifer Rho

Gibson, Dunn & Crutcher LLP