| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA  94304-1211 | San Francisco, California 94105-2482 |
| Telephone: (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Counterclaim-Plaintiffs,<br>   v.<br><br>APPLE INC., a California corporation,<br><br>   Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL FURTHER RESPONSES TO SAMSUNG'S PRELIMINARY INJUNCTION INTERROGATORY NO. 4** |

WHEELER DECLARATION ISO APPLE'S MOTION TO FILE UNDER SEAL APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL
12-cv-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

1

I, Cyndi Wheeler, declare and state as follows:

1. I am an attorney at Apple Inc. ("Apple"). Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in support of Apple's Motion to File Under Seal Apple's Opposition to Samsung's Motion to Compel Further Responses to Samsung's Preliminary Injunction Interrogatory No. 4, filed concurrently. I submit this Declaration to confirm that certain information contained in Apple's Opposition to Samsung's Motion to Compel Further Responses to Samsung's Preliminary Injunction Interrogatory No. 4 ("Opposition Brief"), and supporting documents, are confidential and sealable. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. The requested relief is necessarily and narrowly tailored to protect the confidentiality of the information contained in (1) Apple's Opposition Brief and (2) the Declaration of H. Mark Lyon in support of Apple's Opposition Brief ("Lyon Declaration").

3. Portions of Apple's Opposition Brief and the Lyon Declaration contain information pertaining to Apple's license agreements, negotiations, partners, and related information. In particular, and for example, these portions reference the contents of Apple's Initial and First Supplemental Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple's Motion for Preliminary Injunction, which were designated by Apple as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order applicable in this litigation. Apple strictly keeps confidential information about the contents, strategies, and negotiations relating to its licenses, including but not limited to the scope, extent, and number of such licenses. Apple discloses its license agreements or related documents only under very strict non-disclosure or other confidentiality agreements. Such information – including information relating to whether Apple has been willing to enter into such license agreements, and thus that such license agreements exist – could be used by Apple's competitors, as well as other third parties, to Apple's disadvantage, particularly because it reveals Apple's confidential business and financial terms and strategy, as well as other proprietary information. It is thus Apple's practice and policy to maintain the confidentiality of this information.

WHEELER DECLARATION ISO APPLE'S MOTION TO FILE UNDER SEAL
APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL
12-cv-00630-LHK (PSG)

2

Gibson, Dunn &
Crutcher LLP

4. These portions of Apple's Opposition Brief and the Lyon Declaration thus should remain under seal for the reasons articulated above.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: May 14, 2012                                  By:   /s/ Cyndi Wheeler
                                                                  Cyndi Wheeler

Gibson, Dunn & Crutcher LLP

WHEELER DECLARATION ISO APPLE'S MOTION TO FILE UNDER SEAL
APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL
12-cv-00630-LHK (PSG)

3