| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile: (650) 849-5333 | MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 |

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br> v. <br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Counterclaim-Plaintiffs, <br> v. <br> APPLE INC., a California corporation, <br><br> Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG) <br><br> **DECLARATION OF JENNIFER J. RHO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL FURTHER RESPONSES TO SAMSUNG'S PRELIMINARY INJUNCTION INTERROGATORY NO. 4** |

Gibson, Dunn & Crutcher LLP

RHO DECLARATION ISO APPLE'S MOTION TO FILE UNDER SEAL
APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL
12-CV-00630-LHK (PSG)

I, Jennifer J. Rho, declare and state as follows:

1. I am an associate with the firm of Gibson, Dunn & Crutcher LLP, and counsel for Plaintiff and Counterclaim Defendant Apple, Inc. ("Apple") in the above captioned action. My business address is 333 South Grand Avenue, Los Angeles, California 90071-3197. I am familiar with the facts and circumstances stated herein and make this declaration based on my own knowledge and would testify to the matter herein under oath if called upon to do so.

2. On May 14, 2012, I met and conferred with Michael Peng, counsel for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"), regarding Apple's intent to file a motion to file under seal (1) portions of Apple's Opposition to Samsung's Motion to Compel Further Responses to Samsung's Preliminary Injunction Interrogatory No. 4 ("Apple's Opposition Brief") and (2) portions of the Declaration of H. Mark Lyon in Support of Apple's Opposition to Samsung's Motion to Compel Further Responses to Samsung's Preliminary Injunction Interrogatory No. 4 (the "Lyon Declaration").

3. During this conference, I generally identified the subject matter that would be sealed in these documents, as well as confirmed that all such information would be information designated as confidential by Apple. In response, Samsung stated that it could not take a position regarding Apple's Motion to Seal until after it had reviewed the specific redactions being made. Accordingly, the parties were unable to reach an agreement for a stipulation regarding Apple's motion to file under seal the confidential, unredacted portions of the Opposition Brief and Lyon Declaration.

4. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: May 14, 2012         /s/         *Jennifer J. Rho*
                                    Jennifer J. Rho

Gibson, Dunn & Crutcher LLP

RHO DECLARATION ISO APPLE'S MOTION TO FILE UNDER SEAL
APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL
12-CV-00630-LHK (PSG)