JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF H. MARK LYON IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL FURTHER RESPONSES TO SAMSUNG'S PRELIMINARY INJUNCTION INTERROGATORY NO. 4**<br><br>**Hearing:**<br>Date:  June 5, 2012<br>Time:  10:00 a.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge:  Hon. Paul S. Grewal |

Gibson, Dunn & Crutcher LLP

DECLARATION OF H. MARK LYON IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL FURTHER RESPONSES TO SAMSUNG'S PRELIMINARY INJUNCTION INTERROGATORY NO. 4
CASE NO. 12-CV-00630-LHK (PSG)

| | |
|---|---|
| 1 | |
| 2 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
| 3 | |
| 4 | |
| 5 | Counterclaim-Plaintiffs, |
| 6 | v. |
| 7 | APPLE INC., a California corporation, |
| 8 | Counterclaim-Defendant. |

2

DECLARATION OF H. MARK LYON IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL FURTHER RESPONSES TO SAMSUNG'S PRELIMINARY INJUNCTION INTERROGATORY NO. 4
CASE NO. 12-CV-00630-LHK (PSG)_

Gibson, Dunn & Crutcher LLP

I, H. MARK LYON, declare as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher, counsel of record in this action for plaintiff and counterclaim-defendant Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I submit this declaration in support of Apple's Opposition to Samsung's Motion to Compel Further Responses to Samsung's Preliminary Injunction Interrogatory No. 4. I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows:

2. On April 10, 2012, I attended the lead trial counsel meet and confer on behalf of Apple. Counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") also attended the lead trial counsel meet and confer on April 10, 2012.

3. At the lead trial counsel meet and confer, counsel for Apple and counsel for Samsung discussed Apple's response to Samsung's Preliminary Injunction Interrogatory No. 4. My co-counsel, Josh Krevitt, and I indicated to Samsung's counsel that we would confer internally about Apple's response. We agreed to inform Samsung by April 13, 2012 whether **REDACTED** and whether Apple believed there was further responsive information that should be provided and would further supplement its response to Samsung's Preliminary Injunction Interrogatory No. 4.

4. Pursuant to counsel's discussion at the April 10, 2012 lead trial counsel meet and confer, on April 13, 2012, I sent an email to counsel for Samsung **REDACTED** In the email, I also indicated that Apple would further supplement its response to the extent circumstances change or further investigation reveals additional information. A true and correct copy of this email is attached as Exhibit H to the Declaration of Michael L. Fazio In Support

3

Of Samsung's Motion to Compel Further Responses to Samsung's Preliminary Injunction Interrogatory No. 4.

5. Prior to the filing of Samsung's motion to compel, I did not receive any further communication from Michael Fazio or from any other counsel for or representative of Samsung regarding Samsung's Preliminary Injunction Interrogatory No. 4 in response to the April 13, 2012 email described in the foregoing paragraph.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 14, 2012 in Palo Alto, California.


Dated:  May 14, 2012

                                        GIBSON, DUNN & CRUTCHER LLP


                                    By:  */s/ H. Mark Lyon*
                                            H. Mark Lyon
                                            Attorney for Plaintiff
                                            APPLE, INC.

4

Gibson, Dunn & Crutcher LLP

DECLARATION OF H. MARK LYON IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL FURTHER RESPONSES TO SAMSUNG'S PRELIMINARY INJUNCTION INTERROGATORY NO. 4
CASE NO. 12-CV-00630-LHK (PSG)_

# CERTIFICATE OF SERVICE

I, , declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, CA 90071, in said County and State. On May 14, 2012, I served the following document(s):

**DECLARATION OF H. MARK LYON IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL FURTHER RESPONSES TO SAMSUNG'S PRELIMINARY INJUNCTION INTERROGATORY NO. 4**

on all interested parties, by the following means of service:

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by the undersigned on May 14, 2012, at Los Angeles, California.

Executed on May 14, 2012.

/s/

5

Gibson, Dunn & Crutcher LLP

DECLARATION OF H. MARK LYON IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL FURTHER RESPONSES TO SAMSUNG'S PRELIMINARY INJUNCTION INTERROGATORY NO. 4
CASE NO. 12-CV-00630-LHK (PSG)_