JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL FURTHER RESPONSES TO SAMSUNG'S PRELIMINARY INJUNCTION INTERROGATORY NO. 4** |

Gibson, Dunn & Crutcher LLP

PROPOSED ORDER GRANTING APPLE'S MOTION TO FILE UNDER SEAL
APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL
12-CV-00630-LHK (PSG)

1   By administrative motion, Plaintiff Apple Inc. ("Apple") has moved to file under seal portions of its Opposition to Samsung's Motion to Compel Further Responses to Samsung's Preliminary Injunction Interrogatory No. 4 and portions of the Declaration of H. Mark Lyon in Support of Apple's Opposition to Samsung's Motion to Compel Further Responses to Samsung's Preliminary Injunction Interrogatory No. 4.  In support of its motion, Apple has filed the declaration required under Civil L.R. 79-5 and General Order No. 62, which provides evidence of good cause for this Court to permit filing under seal.  The declaration establishes that information contained in the documents listed below is "privileged or protectable as a trade secret or otherwise entitled to protection under the law."  Civil L.R. 79-5(a).  Apple's request is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for good cause shown, the Court GRANTS Apple's Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be filed under seal:

1. The confidential, unredacted version of Apple's Opposition to Samsung's Motion to Compel Further Responses to Samsung's Preliminary Injunction Interrogatory No. 4; and

2. The confidential, unredacted version of the Declaration of H. Mark Lyon in Support of Apple's Opposition to Samsung's Motion to Compel Further Responses to Samsung's Preliminary Injunction Interrogatory No. 4.

The Court further ORDERS that the proposed redacted versions of the above documents already filed by Apple shall remain the publicly-available versions filed on ECF.

**IT IS SO ORDERED.**

Dated: _____, 2012          By: _____
                                                HONORABLE PAUL S. GREWAL
                                                UNITED STATES MAGISTRATE JUDGE

2

Gibson, Dunn & Crutcher LLP

PROPOSED ORDER GRANTING APPLE'S MOTION TO FILE UNDER SEAL
APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL
12-CV-00630-LHK (PSG)