| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | MICHAEL A. JACOBS (CA SBN 111664) |
| jkrevitt@gibsondunn.com | mjacobs@mofo.com |
| H. MARK LYON (CA SBN 162061) | RICHARD S.J. HUNG (CA SBN 197425) |
| mlyon@gibsondunn.com | rhung@mofo.com |
| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
| 1881 Page Mill Road | 425 Market Street |
| Palo Alto, CA 94304-1211 | San Francisco, California 94105-2482 |
| Telephone: (650) 849-5300 | Telephone: (415) 268-7000 |
| Facsimile: (650) 849-5333 | Facsimile: (415) 268-7522 |

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Counterclaim-Defendant | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

In accordance with Northern District of California Civil L.R. 7-11, Apple, Inc. ("Apple") submits this Administrative Motion to Remove Incorrectly Filed Documents from the docket. On May 1, 2012, Apple filed a declaration supporting Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively "Samsung") Administrative Motion to File Under Seal. (D.I. 147.) This declaration was intended to meet the requirements of Civil L.R. 79-5(d) by establishing that the confidential Apple information that Samsung had filed as part of its Opposition to Apple's Motion for Preliminary Injunction was sealable. Exhibit #6 to this declaration contained confidential information that was inadvertently left unredacted and publicly filed. (Declaration of Emily L. Fedman in Support of Apple's Administrative Motion to Remove Incorrectly Filed Document (hereinafter "Fedman Decl.") at ¶ 2.)

On May 17, 2012, Apple filed a replacement version of Exhibit #6 that contains the proper redactions of Apple's confidential and sealable information and had the D.I. 147-6 docket entry locked. (*Id.* at ¶¶ 4, 5.)

On May 14, 2012, Apple filed under seal the Reply Declaration of Christopher Vellturo in Support of Apple's Motion for Preliminary Injunction. (Id. at ¶ 6; D.I. 178.) Two of the publicly filed exhibits, #1 and #3, to this declaration contained confidential information that was inadvertently left unredacted. (Fedman Decl. at ¶ 7; D.I. 178-1; D.I. 178-3.)

On May 15, 2012, Apple filed replacement versions of Exhibits #1 and #3 to the Reply Declaration of Christopher Vellturo that contain the proper redactions of Apple's confidential and sealable information  (Fedman Decl. at ¶ 8.)  That same day, Apple had docket entries 178-1 and 178-3 locked. (*Id.* at ¶ 9.)

Samsung could not agree to stipulate to this motion. (*Id.* at ¶¶ 10-12.)

For the foregoing reasons, Apple respectfully requests an order permanently removing the documents that were improperly filed on May 1, 2012 (D.I. 147-6) and May 14, 2012 (D.I. 178-1 and D.I. 178-3) from the case docket.

Dated: May 18, 2012                     GIBSON, DUNN & CRUTCHER LLP


By:     /s/ H. Mark Lyon
H. Mark Lyon
*Attorney for Apple Inc.*


# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document and its attachments was filed electronically in compliance with Civil 5 Local Rule 5,4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.


Dated: May 18, 2012            By:   /s/ H. Mark Lyon
H. Mark Lyon
Attorney for Apple, Inc.