JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Counterclaim-Defendant | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**EMILY L. FEDMAN'S DECLARATION IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

FEDMAN DECLARATION IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

I, Emily L. Fedman, declare and state as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher, counsel of record in this action for plaintiff Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I submit this declaration in support of Apple's Administrative Motion to Remove Incorrectly Filed Documents. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows.

2. On May 1, 2012, Apple filed a declaration supporting Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively "Samsung") Administrative Motion to File Under Seal. (D.I. 147.) This declaration was intended to meet the requirements of Civil L.R. 79-5(d) by establishing that the confidential Apple information that Samsung had filed was sealable. Many exhibits were attached to this declaration.

3. The wrong version of Exhibit #6 was attached to this declaration and publicly filed, containing inadvertently unredacted confidential information. (D.I. 147-6.)

4. On May 17, 2012, Apple filed a replacement version of Exhibit #6 that contains the proper redactions of confidential and sealable information. (D.I. 184.)

5. That same day, I had docket entry D.I. 147-6 locked.

6. On May 14, 2012, Apple filed under seal the Reply Declaration of Christopher Vellturo in Support of Apple's Motion for Preliminary Injunction. (D.I. 178.) Many exhibits were attached to this declaration.

7. Exhibits #1 and #3 to this declaration that were publicly filed contained confidential Apple information that was inadvertently unredacted. (D.I. 178-1; D.I. 178-3.)

FEDMAN DECLARATION IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

8. On May 15, 2012, Apple filed replacement versions of Exhibits #1 and 3 that contain the proper redactions of Apple's confidential and sealable information. (D.I. 183.)

9. That same day, Apple had docket entries D.I. 178-1 and 178-3 locked.

10. On May 17, 2012 I met and conferred with Michael Peng, counsel for Samsung regarding Apple's intent to file the present motion.

11. During this conference, I explained that Apple intended to file an administrative motion seeking to remove documents that are now locked from the docket. In response, Samsung stated that it could not agree to stipulate to the motion. Accordingly, the parties were unable to reach an agreement for a stipulation regarding the present motion.

12. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: May 18, 2012                              By:/s/ Emily L. Fedman
                                                    Emily L. Fedman

FEDMAN DECLARATION IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. 12-cv-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP