UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL (SAMSUNG CONFIDENTIAL BUSINESS INFORMATION)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2   Telecommunications America, LLC (collectively, "Samsung") have filed, pursuant to Civil L.R.

3   79-5(d), the Declaration of Michael F. Peng in Support of Apple's Administrative Motion to File

4   Its Reply in Support of Its Motion for Preliminary Injunction Under Seal (the "Peng Declaration").

5    The Peng Declaration provides evidence of good cause, as required by Civil L.R. 79-5 and

6   General Order No. 62, for this Court to permit Apple Inc. ("Apple") to file the below documents

7   under seal.  The Peng Declaration establishes that these documents contain Samsung's trade secret

8   and confidential business information.

9    Accordingly, for good cause shown, the Court ORDERS that the following documents and

10  portions of documents shall be filed under seal:

11       1.   Portions of Exhibits 4 and 5 to the Reply Declaration of Christopher Vellturo,

12            Ph.D. (the "Vellturo Reply Declaration"), as well as portions of the Vellturo Reply

13            Declaration that reference information contained in those exhibits;

14       2.   Exhibits 32-38 and 40-57 to the Vellturo Reply Declaration in their entirety, as well

15            as portions of the Vellturo Reply Declaration that reference information contained

16            in those exhibits; and

17       3.   Portions of Apple's Reply Memorandum in Support of its Motion for a Preliminary

18            Injunction that reference reference Samsung's trade secret and confidential business

19            information contained in the Vellturo Reply Declaration and accompanying

20            exhibits.

21

22

23  DATED:   _____        _____

24                                              HON. Lucy H. Koh
                                                United States District Judge
25

26

27

28