1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (SAMSUNG'S REPLY RE MOTION TO COMPEL FURTHER RESPONSES TO SAMSUNG'S PRELIMINARY INJUNCTION INTERROGATORIES (INTERROGATORY NO. 4))** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3  Administrative Motion to File Documents Under Seal (Samsung's Reply re Motion to Compel
4  Further Responses to Samsung's Preliminary Injunction Interrogatories (Interrogatory No. 4))
5  (Samsung's "Reply").
6  Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No.
7  62 to provide evidence of good cause for this Court to permit filing under seal.  The declaration
8  establishes that portions of Samsung's Reply discuss and reference information that has been
9  designated by Apple Inc. ("Apple") as highly confidential under the protective order in this matter.
10  Accordingly, for good cause shown, the Court HEREBY ORDERS the portions of
11  Samsung's Reply that reference Apple's confidential information shall be filed under seal.

14  DATED: _____

HON. Paul S. Grewal
United States Magistrate Judge