Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART
        & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California   94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-cv-00630 LHK<br><br>**DECLARATION OF HEATHER H. MARTIN IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant | |

I, Heather H. Martin, declare under 28 U.S.C. § 1746:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. On May 14, 2012, Apple Inc. ("Apple") filed an administrative motion to file documents under seal (Docket No. 175), which sought to protect information designated as confidential by Google and discussed in Apple's May 14, 2012 Reply Memorandum in Support of its Motion For a Preliminary Injunction ("Reply Memorandum") (Docket No. 175, Attachment 4.); the Reply Expert Declaration of Dr. Todd C. Mowry ("Mowry Declaration") (Docket No. 177) and Exhibit 10 to the Mowry Declaration (Docket No. 177, Attachment 10); the Reply Expert Declaration of Dr. Nathaniel Polish ("Polish Declaration") (Docket No. 179) and Exhibits 2 and 5 to the Polish Declaration (Docket No. 179, Attachments 2 and 5); the Reply Declaration of Ravin Balakrishnan ("Balakrishnan Declaration") (Docket No. 176); the Reply Declaration of Dr. Karan Singh ("Singh Declaration") (Docket No. 180); and Exhibit 1 to the Declaration of Scott Leslie ("Leslie Declaration") (Docket No. 175, Attachment 6). Pursuant to Civil L.R. 79-5(d), Google submits this Declaration in support of Apple's Administrative Motion to File Its Reply in Support of Its Motion for Preliminary Injunction Under Seal (Docket No. 175), to the extent Apple's Reply Memorandum and supporting documents reference Google's highly confidential or proprietary business information.

3. Selected portions of page 8 of the Reply Memorandum (Docket No. 175, Attachment 4) discuss highly confidential internal functionality of the Galaxy Nexus, which reveals information that is highly confidential and proprietary to Google. Selected portions of page 14 of the Reply Memorandum quote an internal Google email which discusses proprietary functionality, reveals internal business processes, and discloses discussions regarding potential future products, all of which reveal information that is highly confidential and proprietary to Google.

4. Paragraph 56 of the Mowry Declaration (Docket No. 177) discusses highly confidential internal functionality of the Galaxy Nexus, which reveals information that is highly confidential and proprietary to Google.

5. Exhibit 10 to the Mowry Declaration is the May 2, 2012 deposition transcript of Dr. Geoffrey A. Cohen. (Docket No. 177, Attachment 1.) Among other things, Dr. Cohen testified regarding source code and proprietary functionality that is highly confidential to Google.

6. Paragraphs 41, 44, 46, 47, and footnote 6 of the Polish Declaration (Docket No. 179) discuss highly confidential internal functionality of the Galaxy Nexus, as well as testimony from Google employees regarding that functionality, all of which reveal information that is highly confidential and proprietary to Google.

7. Exhibit 2 to the Polish Declaration is the May 2, 2012 deposition transcript of Dr. Jamie G. Carbonell. (Docket No. 179, Attachment 2.) Among other things, Dr. Carbonell testified regarding source code and proprietary functionality that is highly confidential to Google.

8. Exhibit 5 to the Polish Declaration is the May 10, 2012 deposition transcript of Björn Bringert. (Docket No. 179, Attachment 5.) Among other things, Mr. Bringert testified regarding source code and proprietary functionality that is highly confidential to Google.

9. Paragraphs 16, 36, 39, 41, 46, 53, and 54 of the Balakrishnan Declaration (Docket No. 176) discuss highly confidential internal functionality of the Galaxy Nexus, as well as testimony from a Google employee regarding that functionality, all of which reveal information that is highly confidential and proprietary to Google.

10. Paragraphs 18 and 28 of the Singh Declaration (Docket No. 180) discuss highly confidential internal functionality of the Galaxy Nexus, which reveals information that is highly confidential and proprietary to Google.

//
//
//
//
//

1      11.     Exhibit 1 to the Leslie Declaration is an internal Google email (Docket No. 175, Attachment 6), which discusses proprietary functionality, reveals internal business processes, and discloses discussions regarding potential future products, all of which reveal information that is highly confidential and proprietary to Google.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C., on May 21, 2012.

By _____
Heather H. Martin