UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants. | CASE NO. 12-cv-00630 LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Counterclaim-Plaintiff,<br><br> v.<br><br>APPLE INC., a California corporation,<br><br>   Counterclaim-Defendant | |

1    Apple Inc. has filed an Administrative Motion to File Its Reply in Support of Its Motion
2 for Preliminary Injunction Under Seal relating to Apple's May 14, 2012 Reply Memorandum in
3 Support of Its Motion For a Preliminary Injunction.   Google Inc. ("Google") has filed the
4 declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good
5 cause for this Court to permit filing under seal.   The declaration establishes that selected portions
6 of pages 8 and 14 of the Reply Memorandum; paragraph 56 and Exhibit 10 of the Declaration of
7 Dr. Todd Mowry; paragraphs 41, 44, 46, 47 and footnote 6, and Exhibits 2 and 5 of the
8 Declaration of Dr. Nathaniel Polish; paragraphs 16, 36, 39, 41, 46, 53, and 54 of the Declaration
9 of Ravin Balakrishnan; paragraphs 18 and 28 of the Declaration of Dr. Karan Singh; and Exhibit 1
10 to the Declaration of Scott Leslie; contain Google's highly confidential and proprietary
11 information and could be used to its disadvantage by competitors if they are not filed under seal.

12    Accordingly, for good cause shown, the Court ORDERS that the confidential, unredacted
13 version of the Declaration of Dr. Todd Mowry and Exhibit 10 to that declaration; the Declaration
14 of Dr. Nathaniel Polish and Exhibits 2 and 5 to that declaration; the Declaration of Ravin
15 Balakrishnan; the Declaration of Dr. Karan Singh; and Exhibit 1 to the Declaration of Scott Leslie
16 shall be filed under seal.

17    **IT IS SO ORDERED.**

19 DATED: _____

Hon. Paul S. Grewal
United States Magistrate Judge