JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaim-Plaintiffs,<br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF CYNDI WHEELER REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (SAMSUNG'S REPLY RE MOTION TO COMPEL FURTHER RESPONSES TO SAMSUNG'S PRELIMINARY INJUNCTION (INTERROGATORY NO. 4))** |

I, Cyndi Wheeler, declare and state as follows:

1. I am an attorney at Apple Inc. ("Apple"). Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in connection with Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively, "Samsung") Administrative Motion to file Documents Under Seal to confirm that certain information contained in Samsung's Reply Re Motion to Compel Further Responses to Samsung's Preliminary Injunction Interrogatory No. 4 ("Reply Brief") is confidential and sealable. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. The requested relief is necessarily and narrowly tailored to protect the confidentiality of the information contained in Samsung's Reply Brief.

3. Portions of Samsung's Reply Brief contain information pertaining to Apple's license agreements, negotiations, partners, and related information. In particular, and for example, these portions reference the contents of Apple's Initial and First Supplemental Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple's Motion for Preliminary Injunction, which were designated by Apple as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order applicable in this litigation. Apple strictly keeps confidential information about the contents, strategies, and negotiations relating to its licenses, including but not limited to the scope, extent, and number of such licenses, as well as information relating to whether Apple has been willing to enter into such license agreements and thus whether such license agreements exist. Such information could be used by Apple's competitors, as well as other third parties, to Apple's disadvantage, particularly because it reveals Apple's confidential business and financial terms and strategy, as well as other proprietary information. It is thus Apple's practice and policy to maintain the confidentiality of this information; Apple discloses its license agreements or related documents only under very strict non-disclosure or other confidentiality agreements.

4. These portions of Samsung's Reply Brief thus should remain under seal for the reasons articulated above.

1  
2  I declare under the penalty of perjury under the laws of the United States of America that the  
3  forgoing is true and correct to the best of my knowledge.  
4  
5  
6  Dated: May 28, 2012                    By:    /s/ Cyndi Wheeler  
                                                     Cyndi Wheeler  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Gibson, Dunn & Crutcher LLP

WHEELER DECLARATION RE SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
12-cv-00630-LHK (PSG)

3