JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaim-Plaintiffs,<br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER SEALING SAMSUNG'S UNREDACTED REPLY RE MOTION TO COMPEL FURTHER RESPONSES TO SAMSUNG'S PRELIMINARY INJUNCTION INTERROGATORY NO. 4** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed Samsung's Administrative Motion to File Under Seal on May 21, 2012 in support of Samsung's Reply Re Motion To Compel Further Responses to Samsung's Preliminary Injunction Interrogatories (Interrogatory No. 4) (the "Reply Brief").  Pursuant to Civil L.R. 79-5(d), Samsung moved to seal the Reply Brief on the grounds that it contained information designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by plaintiff Apple Inc. ("Apple") under the Protective Order applicable in this litigation.

Pursuant to Civil Local Rule 79-5(d), Apple has filed the declaration of Cyndi Wheeler regarding Samsung's Administrative Motion to File Documents Under Seal in its Reply Re Motion to To Compel Further Responses to Samsung's Preliminary Injunction Interrogatories (Interrogatory No. 4) (the "Wheeler Declaration").  Also filed by Apple is a proposed redacted version of the Reply Brief of which only portions are sealable.  The Wheeler Declaration provides sufficient evidence that the information designated as confidential by Apple and contained within the Reply Brief are "privileged or protectable as trade secret otherwise entitled to protection under the law," and thus sealable.  Civil L.R. 79-5(a).  By filing of the Wheeler Declaration, Apple thus has filed the declaration required under Civil L.R. 79-5 and General Order No. 62, which provides evidence of good cause for this Court to permit filing under seal.

Having considered the motion and declaration cited therein, and finding good cause therefore, the Court hereby GRANTS Samsung's motion to file under seal.  Accordingly, IT IS HEREBY ORDERED that the confidential, unredacted version of Samsung's Reply Re Motion to Compel Further Responses to Samsung's Preliminary Injunction Interrogatory No. 4 shall be filed under seal.  The Court further ORDERS that the proposed redacted versions of the Reply Brief filed by Apple shall remain the publicly-available version filed on ECF.

**IT IS SO ORDERED.**

Dated: _____, 2012          By: _____
                                              HONORABLE PAUL S. GREWAL
                                              UNITED STATES MAGISTRATE JUDGE