[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 5:12-cv-00630-LHK |
| Plaintiff, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Hearing:** <br> Date:    June 7, 2012 <br> Time:    2:00 p.m. <br> Place:   Courtroom 8, 4th Floor <br> Judge:   Hon. Lucy H. Koh |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

Pursuant to this Court's Civil Local Rule 16-10(d), the parties jointly submit this Joint Case Management Statement to update their prior Case Management Statement (D.I. 141), submitted by the parties on April 25, 2012.

### 1. **Progress or Changes Since the Last Statement**

Since submitting their initial Case Management Statement, the parties have submitted a proposed Stipulation Regarding Discovery, Protective Order, Privilege Logs, and Expert Discovery (D.I. 171), which is currently pending Court approval. The parties also served their initial disclosures pursuant to FRCP 26(a)(1)(C).

On May 4, 2012, the Court adjudicated two of the three motions identified in the April 25, 2012 Joint Case Management Statement, as well as a motion to compel subsequently filed by Apple in connection with a subpoena to third-party Google, Inc. (D.I. 135).  (D.I. 164).  Samsung has since filed a motion to compel further responses to PI interrogatory no. 4 (D.I. 146, 167, 168), which shall be heard by Judge Grewal on June 5, 2012. All parties have also filed various administrative motions.

### 2. **The Parties' Views on the Remainder of the Case**

The parties do not currently have any additional proposals for the case development process at this time, aside from the views expressed in the initial Case Management Conference and other briefs and declarations previously filed.

### 3. **Settlement and ADR**

Per the Court's order, the parties engaged in mediation before Magistrate Judge Spero on May 21-22, 2012. Each party's Chief Executive Officer participated in the mediation. The parties did not reach a settlement.

| | |
|---|---|
| Dated: May 31, 2012 | JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br><br>By:  */s/ H. Mark Lyon*<br><br>H. Mark Lyon<br>Attorney for Plaintiff  APPLE INC.<br><br><br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>Kevin P.B. Johnson (Bar No. 177129 (CA);<br>2542082 (NY)) |

kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902


By:   */s/ Patrick M. Shields with permission*


Patrick M. Shields
Attorney for Defendants
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC

**ATTESTATION OF E-FILED SIGNATURES**

I, H. Mark Lyon, am the ECF user whose ID and password are being used to file this Joint Case Management Conference Statement. In compliance with General Order 45.X.B, I hereby attest that Patrick M. Shields has concurred in this filing.

Dated: May 31, 2012                                         /s/ H. Mark Lyon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.4, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: May 31, 2012                                                              */s/ H. Mark Lyon*