| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Patrick M. Shields (Bar No. 204739)<br>patrickshields@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100 | STEPTOE & JOHNSON, LLP<br>John Caracappa (*pro hac vice*)<br>jcaracappa@steptoe.com<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-6267<br>Facsimile: (202) 429-3902 |

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                 Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                 Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DECLARATION OF SCOTT L. WATSON IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PRELIMINARY INJUNCTION)** |

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") bring this administrative motion to file under seal
4 Exhibits A, B, C, D, and F to the Declaration of Scott L. Watson in Support of Samsung's
5 Opposition to Apple's Motion for Preliminary Injunction (the "Watson Declaration").
6    Samsung has established good cause to permit filing these documents under seal through
7 the Declaration of Michael F. Peng in Support of Samsung's Administrative Motion to File
8 Documents Under Seal (Declaration of Scott L. Watson in Support of Samsung's Opposition to
9 Apple's Motion for Preliminary Injunction), filed herewith. In sum, Exhibit A to the Watson
10 Declaration contains Samsung's confidential business and trade secret information relating to the
11 Galaxy Nexus smartphone. Exhibits B, C, D, and F to the Watson Declaration are documents
12 produced and designated by Apple Inc. ("Apple") as highly confidential under the protective order
13 in this matter. Samsung accordingly files the Watson Declaration and accompanying exhibits
14 under seal. For the exhibits that contain Apple's confidential information, Samsung expects that
15 Apple will comply with Civil L.R. 79-5(d) by filing an appropriate declaration and proposed
16 sealing order with the Court within seven days.
17    Samsung's entire filing will be lodged with the Court for in camera review and served on
18 all parties. A proposed public redacted version of Samsung's filing is attached hereto as an exhibit
19 to this motion.

1 | DATED: June 1, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Patrick M. Shields
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Patrick M. Shields

Attorneys for DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC