1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DECLARATION OF SCOTT L. WATSON IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PRELIMINARY INJUNCTION)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3 Administrative Motion to File Documents Under Seal (Declaration of Scott L. Watson in Support
4 of Samsung's Opposition to Apple's Motion for Preliminary Injunction).
5    Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No.
6 62 to provide evidence of good cause for this Court to permit filing under seal.  The declaration
7 establishes that Exhibit A to the Declaration of Scott L. Watson in Support of Samsung's
8 Opposition to Apple's Motion for Preliminary Injunction (the "Watson Declaration") contains
9 Samsung's confidential business information.
10    Accordingly, for good cause shown, the Court HEREBY ORDERS that Exhibit A to the
11 Watson Declaration shall be filed under seal.

13 DATED: _____

HON. Lucy H. Koh
United States District Judge