# EXHIBIT 1
# TO
# SAMSUNG'S MOTION TO SEAL

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Patrick M. Shields (Bar No. 204739)<br>patrickshields@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100 | STEPTOE & JOHNSON, LLP<br>John Caracappa (*pro hac vice*)<br>jcaracappa@steptoe.com<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-6267<br>Facsimile: (202) 429-3902 |

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF SCOTT L. WATSON IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**<u>FILED UNDER SEAL/HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY</u>** |

02198.51981/4786854.2

I, Scott L. Watson, declare:

1. I am a member of the State Bar of California and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STC") (collectively, "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition of Kevin Geklinsky, dated May 7, 2012.

3. Attached hereto as Exhibit B is a true and correct copy of a document produced by Apple, bates numbered APLNDC630-0000127363-127395.

4. Attached hereto as Exhibit C is a true and correct copy of a document produced by Apple, bates numbered APLNDC630-0000129867-129903.

5. Attached hereto as Exhibit D is a true and correct copy of a document produced by Apple, bates numbered APLNDC630-0000149470-149605.

6. Attached hereto as Exhibit E is a true and correct copy of the website page located at www.apple.com/iphone/features/siri.html, retrieved from Apple's website on June 1, 2012.

7. Attached hereto as Exhibit F is a true and correct copy of a document produced by Apple, bates numbered APLNDC0003149809-3149814.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 1, 2012 at Los Angeles, California.

_____
Scott L. Watson

# EXHIBIT A
# FILED UNDER SEAL

# EXHIBIT B
# FILED UNDER SEAL

# EXHIBIT C
# FILED UNDER SEAL

# EXHIBIT D
# FILED UNDER SEAL

# EXHIBIT E

6/1/12 Apple - iPhone 4S - Ask Siri to help you get things done.

Case 5:12-cv-00630-LHK   Document 195-3   Filed 06/01/12   Page 9 of 13

# iPhone

Features    Built-in Apps    From the App Store    iOS    iCloud    Tech Specs



# Siri. Beta
## Your wish is its command.

Siri on iPhone 4S lets you use your voice to send messages, schedule meetings, place phone calls, and more. Ask Siri to do things just by talking the way you talk. Siri understands what you say, knows what you mean, and even talks back. Siri is so easy to use and does so much, you'll keep finding more and more ways to use it.



See how Siri works:



Watch the video

6/1/12 Apple – iPhone 4S – Ask Siri to help you get things done.

Case 5:12-cv-00630-LHK Document 195-3 Filed 06/01/12 Page 10 of 13



## It understands what you say.

Talk to Siri as you would to a person. Say something like "Tell my wife I'm running late." "Remind me to call the vet." "Any good burger joints around here?" Siri does what you say, finds the information you need, then answers you. It's like you're having a conversation with your iPhone.

## It knows what you mean.

Siri not only understands what you say, it's smart enough to know what you mean. So when you ask "Any good burger joints around here?" Siri will reply "I found a number of burger restaurants near you." Then you can say "Hmm. How about tacos?" Siri remembers that you just asked about restaurants, so it will look for Mexican restaurants in the neighborhood. And Siri is proactive, so it will question you until it finds what you're looking for.



## It helps you do the things you do every day.

Ask Siri to text your dad, remind you to call the dentist, or find directions, and it figures out which apps to use and who you're talking about. It finds answers for you from the web through sources like Yelp and WolframAlpha. Using Location Services, it looks up where you live, where you work, and where you are. Then it gives you information and the best options based on your current location. From the



details in your contacts, it knows your friends, family, boss, and coworkers. So you can tell Siri things like "Text Ryan I'm on my way" or "Remind me to make a dentist appointment when I get to work" or "Call a taxi" and it knows exactly what you mean and what to do.

## It has so much to tell you.

When there's something you need to do, just ask Siri to help you do it. Siri uses almost all the built-in apps on iPhone 4S. It writes and sends email messages and texts. It searches the web for anything you need to know. It plays the songs you want to hear. It gives you directions and shows you around. It places calls, schedules meetings, helps you remember, and wakes you up. In fact, ask Siri what it can do — it even speaks for itself.

 Siri Frequently Asked Questions
Read answers to common questions and learn how Siri works. See the Siri FAQ



### Set reminders.
Tell Siri what you need to do. Even say when and where you need reminding.



### Send a text.
Say who it's for and what the message should say, and Siri writes and sends your text.



### Check the weather.
Siri gives you the forecast for where you are or anywhere you're curious about.

## iPhone 4S takes dictation.

Here's another amazing way to get things done: just use your voice. Instead of typing, tap the microphone icon on the keyboard. Then say what you want to say and iPhone listens. Tap Done, and iPhone converts your words into text. Use dictation to write messages, take notes, search the web, and more. Dictation also works with third-party apps, so you can update your Facebook status, tweet, or write and send Instagrams.





On AT&T, Sprint, and Verizon.

Starting at $199*

*Qualified customers only.



### Shop online.
Order your iPhone online and get it delivered to your door. It ships free and ready to use.
Buy iPhone 4S.



### Visit a store.
Buy iPhone at the Apple Retail Store and we'll activate it and set it up just the way you want.
Find a store.



### Call Apple.
Get answers before you buy. Call 1-800-MY-APPLE to talk with a knowledgeable Specialist.



### Apple Store app.
It's the easiest way to buy iPhone 4S — right from your current iPhone.
Download now

Siri is available in Beta only on iPhone 4S and requires Internet access. Siri may not be available in all languages or in all areas, and features may vary by area. Cellular data charges may apply.

# EXHIBIT F
# FILED UNDER SEAL