# EXHIBIT A

| | |
|---|---|
| **From:** | Patrick Shields |
| **Sent:** | Tuesday, March 27, 2012 11:23 AM |
| **To:** | Lyon, Mark; Kevin Johnson |
| **Cc:** | Krevitt, Josh A.; Reiter, Mark |
| **Subject:** | RE: Email Agreement regarding PI discovery |

Agreed

---

**From:** Lyon, Mark [mailto:MLyon@gibsondunn.com]
**Sent:** Monday, March 26, 2012 5:21 PM
**To:** Patrick Shields; Kevin Johnson
**Cc:** Krevitt, Josh A.; Reiter, Mark
**Subject:** Email Agreement regarding PI discovery

Patrick,

Following up on our discussions last week, the parties decided that we didn't need to file the discovery stipulation that we'd been discussing because Samsung no longer desired an extension in the date of the hearing on the preliminary injunction motion. Instead, you suggested that the parties enter into an email agreement covering paragraphs 6-8 of the draft discovery stipulation rather than file a stipulation and order.

I confirm that Apple is willing to enter into such an agreement. I have excerpted paragraphs 6-8 of the discovery stipulation and repeated them below, with the paragraphs renumbered. Thus, in particular, Apple agrees as follows:

     1.    Apple will make available for deposition each person who signed a declaration in support of Apple's Motion for a Preliminary Injunction. In addition, Apple will make available for deposition, to the extent they are within Apple's control, one named inventor and one 30(b)(6) witness (on topics from Samsung's 30(b)(6) deposition notice, served on March 6) for each patent at issue in Apple's motion. The named inventor and 30(b)(6) witness for each patent may be the same person. Samsung may seek to depose additional inventors based on good cause or by further agreement of the parties. If the parties cannot reach agreement on the need for additional depositions, Apple will not oppose a request by Samsung to shorten time or otherwise to expedite a request for relief from the Court.

     2.    After Samsung files its opposition to Apple's Motion for a Preliminary Injunction, the parties will promptly meet and confer to determine a schedule for discovery of witnesses and issues presented by the opposition. Samsung will promptly make available for deposition each person who signed a declaration in support of Samsung's opposition to Apple's motion and shall produce, to the extent not previously produced, any documents referred to or relied on by each declarant with the service of the opposition. Nothing in this provision prevents Apple from noticing and taking depositions of Samsung witnesses prior to the service by Samsung of its opposition.

     3.    To the extent, if any, Apple submits any declarations with its reply brief in support of its Motion for a Preliminary Injunction, Apple will produce the declarants promptly for deposition and shall produce, to the extent not previously produced, any documents referred to or relied on by each declarant with the service of the reply brief. Samsung does not, by virtue of this stipulation, concede that any such reply declarations are appropriate.

If you will please reply to this email and confirm Samsung's agreement to the provisions above, we will treat the above as a written agreement between the parties with regard to discovery matters relating to Apple's motion for a preliminary injunction.

Please let me know if you have any questions or comments on the above.

Best,
Mark


**H. Mark Lyon**
## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211
Tel +1 650.849.5307 • Fax +1 650.849.5333
MLyon@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

# EXHIBIT B

| | |
|---|---|
| **From:** | Patrick Shields |
| **Sent:** | Thursday, May 17, 2012 7:28 PM |
| **To:** | Lyon, Mark |
| **Subject:** | RE: deposition dates |

Mark,

Your proposed dates for Vellturo and Singh are not acceptable. Offering Vellturo only two days before the hearing, on the other side of the country, is tantamount to not offering him at all. We cannot reasonably be expected either to take three days out our hearing prep right before the hearing to fly across the country and back for this deposition, or to incorporate any testimony from the deposition in our hearing presentation.

Similarly, requiring us to fly to France to depose Singh is unreasonable. Dr. Singh neither resides nor works in France. We are willing to take his deposition anywhere in the continental U.S., or in his home city of Toronto.

Please provide alternative dates for Vellturo and Singh immediately. We will get back to you on Balakrishnan.

best regards,
patrick


-----Original Message-----
From: Lyon, Mark [mailto:MLyon@gibsondunn.com]
Sent: Thursday, May 17, 2012 5:25 PM
To: Patrick Shields
Subject: Re: deposition dates

Okay. Cleared up. It needs to be the 5th in New York.

Best,
Mark



On May 17, 2012, at 3:18 PM, "Lyon, Mark" <MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com>> wrote:

Sorry…hold the thought on Vellturo. I've got conflicting messages on whether it's the 23rd or the 5th. Let me get back to you on that before you start making arrangements.

Sorry for the confusion.

H. Mark Lyon

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211 Tel +1 650.849.5307 • Fax +1 650.849.5333 MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com> • www.gibsondunn.com<http://www.gibsondunn.com/>


From: <Lyon>, Mark Lyon <mlyon@gibsondunn.com<mailto:mlyon@gibsondunn.com>>
Date: Thursday, May 17, 2012 2:50 PM
To: Patrick Shields <patrickshields@quinnemanuel.com<mailto:patrickshields@quinnemanuel.com>>
Subject: Re: deposition dates

Patrick,

Apologies, I misunderstood the situation with Dr. Vellturo. He's not available on the 23rd. Instead, he is only available for deposition on June 5th, in New York. Sorry for any confusion.

Best,
Mark

H. Mark Lyon

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211 Tel +1 650.849.5307 • Fax +1 650.849.5333 MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com> • www.gibsondunn.com<http://www.gibsondunn.com/>

From: <Lyon>, Mark Lyon <mlyon@gibsondunn.com<mailto:mlyon@gibsondunn.com>>
Date: Thursday, May 17, 2012 2:40 PM
To: Patrick Shields <patrickshields@quinnemanuel.com<mailto:patrickshields@quinnemanuel.com>>
Subject: Re: deposition dates

Patrick,

1. Chris Vellturo is available for deposition on May 23rd in New York
2. Ravin Balakrishnan is available for deposition on May 24th in New York
3. Karan Singh is available for deposition on May 27th in Nice, France

Please note, these are the only dates/locations that these witnesses are available prior to the hearing date. I am working on dates for Drs. Mowry and Polish, and will get back to you.

Best,
Mark


H. Mark Lyon

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211 Tel +1 650.849.5307 • Fax +1 650.849.5333 MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com> • www.gibsondunn.com<http://www.gibsondunn.com/>



From: Patrick Shields <patrickshields@quinnemanuel.com<mailto:patrickshields@quinnemanuel.com>>
Date: Wednesday, May 16, 2012 2:49 PM
To: Mark Lyon <mlyon@gibsondunn.com<mailto:mlyon@gibsondunn.com>>
Subject: deposition dates

Mark,

Per our March 27 agreement regarding PI discovery, at your earliest convenience please provide proposed deposition dates for Dr. Balakrishnan, Dr. Mowry, Dr. Polish, Dr. Singh, and Dr. Vellturo.

3

cheers,
patrick

_____
This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
_____

# EXHIBIT C

| From: | Lyon, Mark [MLyon@gibsondunn.com] |
|---|---|
| Sent: | Friday, May 18, 2012 5:09 PM |
| To: | Patrick Shields |
| Subject: | Depo Scheduling |

Patrick,

I can now confirm that Dr. Mowry is available for deposition on Thursday, May 31st in Pittsburgh. In addition, Dr. Polish is available for deposition in New York on Friday, June 1st, however, the deposition would need to conclude by no later than 6pm, so we suggest starting the deposition a bit early, at either 8:30 a.m. or 9 a.m. Please confirm whether Samsung will go forward with these depositions.

With regard to Dr. Singh's deposition, we unfortunately are not able to offer any alternative to May 27 in Nice, France. As the academic year is over, Dr. Singh is now working in Europe until late June or early July. While he is fully committed during that time, we can make him available on the date offered, but he can not travel back to the US or Canada due to his prior commitments. Please let me know whether you will proceed with the deposition.

With regard to Dr. Vellturo, we disagree with your rhetoric about the timing and location of his deposition, particularly in light of the many foreign depositions we were forced to conduct within hours or days of our opposition brief being due. As I mentioned, due to prior commitments, Dr. Vellturo is only available on June 5th in New York. Please confirm whether you will proceed with his deposition.

Also, please confirm by Monday whether you will be going forward with Dr. Balakrishnan's deposition as previously offered (Thursday, May 23rd in New York), so that Dr. Balakrishnan can make the appropriate travel arrangements.

Best regards,
Mark

H. Mark Lyon

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211 Tel +1 650.849.5307 • Fax +1 650.849.5333 MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com> • www.gibsondunn.com<http://www.gibsondunn.com/>

_____
This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
_____