UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 12-CV-00630-LHK |
| Plaintiff, | ORDER RE: BRIEFING ON BOND |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

On February 8, 2012, Apple filed a complaint for patent infringement against Samsung and moved the Court for a preliminary injunction enjoining Samsung from making, using, offering to sell, or selling within the United States, or importing into the United States, the Galaxy Nexus smartphone. *See* ECF No. 1 ("Complaint"); ECF No. 10 ("Motion"). A hearing on Apple's motion for a preliminary injunction is set for June 7, 2012, at 1:30 p.m.

Federal Rule of Civil Procedure 65(c) provides that:

> No restraining order or preliminary injunction shall issue except upon the giving of security by the applicant, in such sum as the court deems proper, for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained.

1

Neither party has addressed in its respective brief(s) what security should be required in the event that a preliminary injunction should issue.  Accordingly, the Court orders each side to file, by June 6, 2012, at noon, a supplemental brief, not to exceed 3 pages, exclusively addressing the question of bond.

**IT IS SO ORDERED.**

Dated: June 4, 2012

_____
LUCY H. KOH
United States District Judge