QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SECOND SUPPLEMENTAL DECLARATION OF DANIEL C. POSNER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:  June 7, 2012<br>Time:  1:30 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

**SECOND SUPPLEMENTAL DECLARATION OF DANIEL C. POSNER**

I, Daniel C. Posner, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit GG** is a true and correct copy of excerpts from the transcript of the deposition of Karan Singh, dated May 27, 2012. This deposition was taken following Apple Inc.'s ("Apple's") submission of the Reply Declaration of Dr. Karan Singh Regarding U.S. Patent No. 8,074,172 in connection with Apple's Reply Memorandum in Support of its Motion for a Preliminary Injunction ("Apple's Reply").

3. While the transcript of Dr. Singh's deposition was designated "Highly Confidential" under the protective order in this matter, there is no confidential information discussed or referenced in the transcript excerpts in Exhibit GG.

4. Attached as **Exhibit HH** is a true and correct copy of excerpts from the transcript of the deposition of Nathaniel Polish, dated June 1, 2012. This deposition was taken following Apple's submission of the Reply Expert Declaration of Dr. Nathaniel Polish Concerning U.S. Patent No. 8,086,604 in connection with Apple's Reply.

5. While the transcript of Dr. Polish's deposition was designated "Attorneys' Eyes Only" under the protective order in this matter, there is no confidential information discussed or referenced in the transcript excerpts in Exhibit HH.

6. Attached as **Exhibit II** is a true and correct copy of a website titled "N1m in my hands!," downloaded from http://www.redneo.com/forum/viewtopic.php?f=1&t=1192.

7. Attached as **Exhibit JJ** is a true and correct copy of an article titled "Neonode N1 Smartphone starts selling," downloaded from http://www.i4u.com/6914/neonode-n1-smartphone-starts-selling.

8. Attached as **Exhibit KK** is a true and correct copy of a website titled "Neonode Launches the N1 in Sweden," downloaded from http://web.archive.org/web/20041117015338/http://www.neonode.com/.  The website attached as Exhibit KK can be accessed by clicking "Press," then "Press Releases," and then "NEONODE LAUNCHES THE N1 IN SWEDEN."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 4, 2012, at Los Angeles, California.

*/s/ Daniel Posner*

Daniel C. Posner