# EXHIBIT II

# RedNeo

Board is now cleaned from spam and up and running. If you find anything that looks like spam please report it.
Skip to content

Advanced search

## N1m in my hands!
**Moderator:** Sweepers
Post a reply

144 posts • Page **1** of **10** • **1**, 2, 3, 4, 5 … 10

### N1m in my hands! (#p14044)
by **Froste** » 31.03.2005, 13:25

Just wanted to be the first to confirm that my sweet N1m has arrived.  Review coming up later if I have the time.

Top

### (#p14045)
by **zyran** » 31.03.2005, 13:29

Gratz 

Top

### (#p14046)
by **lind** » 31.03.2005, 13:31

Hurry!
And try to post some pictures taken with the cam!

Top

### (#p14048)
by **stålenhag** » 31.03.2005, 13:33

Ah, nice for you. It will be a buzy weekend I guess. I hope mine will arrive next week.

Top

### (#p14049)
by **Jonaas** » 31.03.2005, 13:53

You MUST review it, Hurry

Top

### (#p14050)
by **Henke** » 31.03.2005, 13:55

Hmmm *cough*

Froste, one of the first 🙂

Attachments
n1m_henke.jpg (57.69 KiB) Viewed 1057 times
Top

### (#p14051)
by **majoj** » 31.03.2005, 14:01

plz….show some pictures taken from N1m camera!

Top

### (#p14053)
by **Jonaas** » 31.03.2005, 14:07

Yeah, henke/froste, come on 😃

Top

### (#p14054)
by **stålenhag** » 31.03.2005, 14:08

Henke: Looks nice, do u have more pics or some "review light" for us?

Top

### (#p14055)
by **Froste** » 31.03.2005, 14:10

Henke: Read my post again… I said the first to CONFIRM 😃 Or did I miss another post of yours?

Top

### (#p14057)
by **Henke** » 31.03.2005, 14:16

Pictures sucks… looking for more options

the are ONLY 640x480 ☹

Attachments
camerapic_00001.jpg (70.81 KiB) Viewed 1013 times
Top

### (#p14058)
by **Jonaas** » 31.03.2005, 14:17

What..There is no 1024x1024 option ? because that picture really wasn't good.

btw, is the sound good?

Top

### (#p14059)

by **Froste** » 31.03.2005, 14:21

Hmmm, same here… Standar settings is VGA. Gonna check it out some more.

Attachments
camerapic_00005.jpg (60.11 KiB) Viewed 990 times
Top

### (#p14062)
by **Loowa** » 31.03.2005, 14:23

hmmm, that's actually quite alright for a 1,3 Mp camera … compare to the pictures in this topic … they are made with a 1,3 Mp Pentax camera

http://www.redneo.com/forum/viewtopic.php?t=149 (http://www.redneo.com/forum/viewtopic.php?t=149)

Top

### (#p14063)
by **Jonaas** » 31.03.2005, 14:23

Maybe they sent you the old n1 😃

Nah, probably not. Have you tried the vibrator yet? does it work just as any other phone?

Top

Next Display posts from previous: [All posts] Sort by [Post time] [Ascending] [Go]

Post a reply
144 posts • Page **1** of **10** • **1**, 2, 3, 4, 5 … 10
Return to General

Jump to: [General] [Go]

## Who is online

Users browsing this forum: No registered users and 1 guest
Powered by phpBB © 2000, 2002, 2005, 2007 phpBB Group
Time : 0.145s | 14 Queries | GZIP : Off
Protected by Anti-Spam ACP