# EXHIBIT JJ



HOME    RUMORS    NEWS    REVIEWS    S 



Filed under: News | Mobile Phones

# Neonode N1 Smartphone starts selling

**Related:**   Bluetooth Stereo      LG Ks20      Tri-band GSM Phone

Oct 29 2004, 9:31am EST | by Luigi Lugmayr

 

The Swedish mobile device manufacturer Neonode launches its web shop to the Swedish public, November 1st 12:00hrs CET.

Sale of the N1 has been limited to Swedish pre-order customers until now.
Customers who buy the Neonode N1 will be able to continually and free of charge, download new features and updates for their devices.

Neonode's Pitch:
"Neonode offer its customers openness and independence. By giving the customers a tool to develop their own solutions, Neonode challenge the old school of mobile device manufacturers. Young people of today do not want to be led by a predetermined selection of software and services. The N1 is therefore based on an open platform, which gives its users full freedom to adapt the device to themselves.
The open platform results in a constantly growing selection of third party applications such as new games, with graphics never before seen in a mobile device. "

The concept sounds good to me and I already had the pleasure of playing with the N1 in Sweden a couple of month ago. A phone with an open platform is not for everybody, but it has great potential for a lot of people who enjoy customized and personalized gadgets. It took a while though until the N1 is now finally on the market, at least in sweden. Our first report about the Neonode dates back nearly 2 years.

If you live in Sweden, November 1st 1200 hrs CET you can get a Neonode N1 at the Neonode store.



Most Recommended Samsung Smart TV Articles

**Samsung: Apple Television is old news. Smart TV is the future and**

Read More



SUBSCRIBE TO I4U NEWS

I4U NEWS on Facebook

Twitter        RSS feed        Newsletter



**Neonode Specifications:**

**Features:**

| | |
|---|---|
| Phone | |
| Language | (English) |
| Digital still camera | |
| Image viewer | |
| Color display | |
| Audio player (Mp3, WAV, WMA, Midi) | |
| Video player (Mpeg 1, Mpeg 4, WMV) | |
| USB (For charger, and PC connectivity) | |
| Calendar | |
| T9 wordlist | (Swedish and English) |
| Clock | |
| Game | Tetris |
| Custom ring tones (Mp3, Wav, WMA, Midi) | (One Ring Tone Included) |
| Contacts | Max 1000 |
| Personal address book images | |
| SMS | Max 1000 |
| Call history | |
| Built-in battery | |
| Internet (HTML) browser | |
| ActiveSync® | |
| Themes, personalization | |
| IR software | |
| GPRS connectivity | |
| MMS/WAP | |
| Email | |
| Java | n/a |
| Bluetooth | n/a |
| Vibrating alert | n/a |
| Voice-activated dialing | n/a |

<!--End facts 1 table--> <!--Start facts 2 table-->

- Available in the N1

- Available as an upgrade later, downloadable for free from neonode.com. Schedule for updates is not yet official. The upgrade is easy to perform but requires an Internet Connection (Broadband recommended) and a MS Windows Computer (XP or 2000) with USB connection.

n/a - Not available in the N1


**Specifications:**
**Size:**

| | |
|---|---|
| Dimensions | 88 x 52 x 21 mm (H x W x D) |
| Weight | 86 g |

**Display:**

| | |
|---|---|
| Color display | 65 535 Colors TFT |
| Resolution | 176 x 220 Pixels (Width x Height) |
| Backlight | Yes |

**User input:**

| | |
|---|---|
| Touch | Optical movement sensitive screen, requires no stylus and only gentle finger touch |
| Navigation buttons | Up / Down / Right / Left buttons |

**Built in camera:**

| | |
|---|---|
| Type | CMOS - 16 million colors |
| Mode | VGA (640 x 480) |

**Battery:**

| | |
|---|---|
| Type | Internal, Lithium Ion, 1100mAh |
| Charge time | 4 hours |
| Talk time | Up to 3 hours |
| Standby time | 100 hours |

**Storage:**

| | |
|---|---|
| Type | SD Card |

## TRENDING

**Currently Trending**

- E3 2012
- Computex 2012
- Olivia Culpo
- Miss USA 2012
- MTV Movie Awards
- wii u
- Sho Yano
- WWDC 2012
- Luka Rocco Magnotta
- Maha al-Sudani
- Star Wars 1313
- Stuxnet
- The Dark Knight Rises
- Stealth Destroyer
- Asus Taichi
- iOS 6
- Mark Zuckerberg
- iPhone 5
- Kim Kardashian
- Drew Barrymore
- 3DS XL
- Box Office
- Drop Dead Diva
- Facebook for Kids
- Iron Man 3
- Joe ManJello
- Kathryn Joosten
- Kelly Clarkson
- Lauren Tannehill
- Maria Sharapova
- Mark Wahlberg
- Meebo
- William Martinez
- Charlize Theron
- Kim Zolciak
- Johnny Depp
- Lindsay Lohan
- Mr. Trololo
- Diamond Jubilee
- Bill Maher
- Buddy Media
- Game of Thrones
- Julianne Hough
- Justin Bieber
- Margaret Cho
- Morgan M. Johnson
- Nicki Minaj
- The Perks of Being a Wallflower
- The Real Housewives of New York City
- Tiananmen Square
- Tiger Woods
- NASA
- Nicole Kidman
- Paris Hilton
- Reese Witherspoon
- Richard Dawson
- Teen Wolf
- UEFA Euro 2012
- Zhang Ziyi

**People**

- Evander Holyfield
- Kathryn Joosten
- Justin Bieber
- George Zimmerman
- Zhang Ziyi

| | |
|---|---|
| Media | Yes, 64 MB included |
| **Connectivity:** | |
| Infrared | IrDa up to 4 Mbps |
| Long range IR | 30-60 KHz Modulated up to 10 m |
| USB host | Up to 12 Mbps for low power devices, 100mA/5V output |
| USB function | 12 Mbps for connection to PC or other host |
| **CPU:** | |
| Processor | ARM 922T running at 220 MHz |
| **Audio:** | |
| Headset | Yes |
| Internal receiver | Yes |
| Internal microphone | Yes |
| Playback quality | Up to 44,1 kHz |
| **Radio:** | |
| Radio type | Dual band 900/1800 MHz GSM |
| GPRS | Class B, 4 + 2 slots |
| Antenna type | Internal, medium capacity |

**Movies**
   Snow White And The Huntsman
   Men in Black 3
   For Greater Glory
   Piranha 3DD
   The Dictator

▶ More Trending Topics

### About Neonode:
Neonode was founded in 2001 and is an independent Swedish mobile device developer, for a new generation of users. The N1 is the first device to use Neonodes new technologies such as zForce. Today Neonode consists of 25 people stationed in Stockholm and is owned by its founders, staff and private investors.



### Updates


#### SingTel lowers cap on free data downloads
*Source: The Jakarta Post*

SingTel customers will no longer enjoy the generous data downloads that come with their smartphone plans. The move comes as telcos seek to cope with surging mobile data traffic which slows down connections for users. From July 1, SingTel will ...
   Full article at: The Jakarta Post    More like this   *36 minutes ago*

#### Italian brand luxury hotel opens in Suzhou
*Source: China Daily*

On June 3, the launch of Shanghai Join In hotel management company - a fashionable, luxurious, high-end international hotel (resort) management company, and the first Asian Tonino Lamborghini brand hotel - Tonino Lamborghini Boutique Hotel Suzhou was he ...
   Full article at: China Daily    More like this   *1 hour ago, 6:57pm CDT*

### FEATURED HUBS


**Dads and Grads Gifts**
Dads and Grads Gifts 2012


**Cars & Vehicles**
Cars are just expensive Gadgets, that is why we love them.


**MWC**
Mobile World Congress 2012


**Android**
Everything Android


**CES**
CES 2012 News


**Black Friday**
Black Friday 2012


**Super Bowl**
Super Bowl 2012 Commercials

### Police to reveal decision in ACC Pullar case

*Source: TVNZ*

The police will shortly release their decision in the Bronwyn Pullar ACC case. ACC Chief Executive Ralph Stewart and Chairman John Judge will then hold a press conference at about 12.30pm to respond to the police decision. In March, ACC ask ...

    Full article at: TVNZ    More like this    *1 hour ago, 6:55pm CDT*





Best Ads & Deals features the best deals from **Weekly Ads** and Online Sources. Check out the best deals available today in-stores and online on **Best Ads & Deals**.

**Tags**
News | Technology | Smartphones | Portable media players | Battery | Electronics | Sony | Company Technology | Input/Output | smartphone | Consumer electronics | Mobile phones | Bluetooth | Mobile device | Windows | Camera | Computer | Video | Headset | Game | Radio | player | Neonode | Free | Charger | Company Founded | Mobile | LG Aegis | MEDIA | Card | Digital | Display | Download | Limited | Phone | Power | Processor | Screen | User | Voice

Privacy Policy
© Copyright by I4U LLC 2012

### WHERE TO BUY

**Buy from Amazon**

Amazon.com

 **Fifty Shades of Grey**
E L James
New

 **Fifty Shades Darker**
E L James
New

Privacy Information

### Don't miss ...

| NEWS | NEWS | NEWS | NEWS |
|---|---|---|---|
|  |  |  |  |
| **Samsung Continuum full Details revealed** | **Motorola Spice, Bravo, Flipside, Flipout and Defy join Citrus Android Phone** | **New BlackBerry Pearl 3G 9100 is smallest Blackberry** | **New BlackBerry Bold 9650 unveiled** |
| *Nov 9 2010* Samsung unveiled the new Continuum Galaxy S smartphone at... | *Oct 6 2010* Motorola pumps out a ton of new Android Phones | *Apr 26 2010* RIM today announced the new BlackBerry Pearl 3G, the... | *Apr 26 2010* RIM today introduced the new BlackBerry Bold 9650... |



**More Mobile Phones Stories**
**I4U News Homepage**

Case 5:12-cv-00630-LHK   Document 198-4   Filed 06/04/12   Page 7 of 7



**Luigi Lugmayr**
Luigi is the founding chief Editor of I4U News and brings over 15 years experience in the technology field to the ever evolving and exciting world of gadgets. He started I4U News back in 2000 and evolved it into vibrant technology magazine.
Luigi can be contacted directly at ml@i4u.com. Luigi posts regularly on LuigiMe.com about his experience running I4U.

Tweet 0    Like   Send

Like

## Add New Comment                                                                    Login

Type your comment here.

**Showing 0 comments**                                              Sort by popular now

 Subscribe by email    RSS

blog comments powered by DISQUS

# Latest stories

 **Sony E3 2012 Press Conference Live Stream is starting at 6pm PDT**
Sony is following the Microsoft E3 2012 press conference. Will they top Microsoft with an announcement?

**Nintendo 3DS XL rumored ahead of Nintendo E3 2012 Press Conference**
Nintendo can use new hardware news at the E3 2012. Rumors in Japan point to Nintendo announcing a bigger 3DS.

**Internet Explorer comes to Xbox 360 this Fall**
Microsoft announced that the Internet Explorer comes to E3 2012 complete with Kinect interface. It looks like it is time to get an Xbox 360 unless Apple finally makes the Apple TV run Apps and a browser.

 **Nike+ Kinect Training hits Xbox**
Microsoft reveals Nike+ Kinect Training at the E3 2012. Apple and Nike work together on fitness gadgets since a long time. Now Microsoft gets into the game.

Visit our **Homepage** for the **Latest Rumors**, **News** and **Shopping Tips**