# EXHIBIT KK


http://www.neonode.com/    Go
169 captures
5 Feb 02 - 16 Jul 11

SEP **NOV** DEC
**17**
2003 **2004** 2005



**PRESS**


PRESS RELEASES

**NEONODE LAUNCHES THE N1 IN SWEDEN**

The Swedish mobile device manufacturer Neonode launches its web shop to the Swedish public, November 1th. 1200 hrs CET.

So far the sale of N1 has been limited to Swedish preorder customers. The reason for this has been to prepare the organization for volume production. Now the web shop opens for the Swedish market.

The users of the N1 will in the same way as before be able to continually and free of charge, download new features and updates for their devices.

Neonode offer its customers openness and independence. By giving the customers a tool to develop their own solutions, Neonode challenge the old school of mobile device manufacturers. Young people of today do not want to be led by a predetermined selection of software and services. The N1 is therefore based on an open platform, which gives its users full freedom to adapt the device to themselves.

The open platform results in a constantly growing selection of third party applications such as new games, with graphics never before seen in a mobile device.

| | |
|---|---|
| NEONODE LAUNCHES THE N1 IN S.. | 2004-10-29 |
| MARCUS BÄCKLUND AND PER BYS.. | 2004-09-08 |
| NEONODE IS LAUNCHING AN INNOV.. | 2004-06-23 |
| NEONODE EXPLAINS WHY THE N1 IS.. | 2003-05-19 |
| NEONODE BRAND RELEASE | 2002-12-11 |




**neonode**

/ ABOUT US    / PRODUCTS    / PRESS    / SUPPORT
/ SHOP    / NEWS    / DEVELOPER

CONDITIONS OF USE / COPYRIGHT