| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>                    Counterclaim-Plaintiffs,<br>       v.<br>APPLE INC., a California corporation,<br>                    Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**DECLARATION OF JENNIFER J. RHO IN SUPPORT OF APPLE INC.'S RESPONSE TO SAMSUNG'S OBJECTION TO THE REPLY DECLARATION OF CHRISTOPHER VELLTURO**<br><br>**Hearing:**<br>Date: June 7, 2012<br>Time: 1:30 P.M.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

Gibson, Dunn &
Crutcher LLP

RHO DECLARATION ISO APPLE INC.'S RESPONSE TO SAMSUNG'S OBJECTION
VELLTURO REPLY DECLARATION – CASE NO: 12-CV-00630-LHK (PSG)

I, Jennifer J. Rho, declare and state as follows:

1. I am an associate with the firm of Gibson, Dunn & Crutcher LLP, and counsel for Plaintiff and Counterclaim Defendant Apple Inc. ("Apple") in the above captioned action. My business address is 333 South Grand Avenue, Los Angeles, California 90071-3197. I am familiar with the facts and circumstances stated herein and make this declaration based on my own knowledge and would testify to the matter herein under oath if called upon to do so.

2. Apple's Reply brief in support of its Motion for Preliminary Injunction filed in this action was due on Monday, May 14, 2012.

3. In support of its Opposition to Apple's Motion for Preliminary Injunction, *see* D.I. 114, Samsung submitted the declarations of various individuals. *See* D.I. 116-133. Apple conducted depositions of three of Samsung's declarants overseas in close proximity to the due date for Apple's reply brief.

4. On Friday, May 11, 2012, Apple took the depositions of Samsung employees and declarants YoungSoon Lee and SangBong Lee in Suwon, South Korea. Both individuals submitted declarations in support of Samsung's Opposition to Apple's Motion for Preliminary Injunction. *See* D.I. 124, 126. YoungSoon Lee was deposed in her individual capacity. In addition to being deposed in his individual capacity, on May 9, 2012, SangBong Lee was designated as a corporate witness to testify on certain topics in Apple's 30(b)(6) Notice of Deposition to Samsung.

5. On Sunday, May 13, 2012, Apple took the deposition of Samsung declarant Ken Wakasa in Hong Kong. Ken Wakasa is a Google employee who submitted a declaration in support of Samsung's Opposition to Apple's Motion for Preliminary Injunction. *See* D.I. 123.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: June 5, 2012                    /s/ _____*Jennifer J. Rho*_____
                                              Jennifer J. Rho

Gibson, Dunn & Crutcher LLP

RHO DECLARATION ISO APPLE INC.'S RESPONSE TO SAMSUNG'S OBJECTION
VELLTURO REPLY DECLARATION – CASE NO: 12-CV-00630-LHK (PSG)