JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**APPLE INC.'S MOTION TO SUPPLEMENT THE RECORD REGARDING SAMSUNG'S GALAXY S III PRODUCT**<br><br>**Hearing:**<br>Date:  June 7, 2012<br>Time:  1:30 P.M.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Counterclaim-Plaintiffs,<br><br>        v.<br><br>APPLE INC., a California corporation,<br><br>                    Counterclaim-Defendant. | |

Apple has moved to preliminarily enjoin Samsung's infringing Galaxy Nexus smartphone and any infringing devices that are not more than colorably different than that phone. *See* Proposed Order (D.I. 11). Apple now moves, pursuant to Local Rule 7-3(d), to supplement the record regarding Samsung's newest infringing smartphone, the Galaxy S III, which is the successor smart phone to the Galaxy Nexus.[1]

Samsung released the Galaxy S III in the United Kingdom on May 29, 2012, and several of the major U.S. carriers have announced that they will begin selling the Galaxy S III in the United States on June 21, 2012. According to press reports, Samsung has already sold *over nine million pre-orders* of the Galaxy S III; indeed, the Galaxy S III has been reported to be *the most extensively pre-ordered piece of consumer electronics in history. See* Ex. A, Declaration of Emily L. Fedman in Support of Apple's Motion to Supplement the Record ("Fedman Decl."), Exs. 4-6.

Apple has been able to obtain the Galaxy S III sold in the United Kingdom and determined that this device clearly infringes at least two of the Apple patents at issue in the preliminary injunction motion for the exact same reasons as the Galaxy Nexus. Attached as exhibit B is the Supplemental Declaration of Dr. Polish, in which he explains that the Galaxy S III contains the same features accused of infringing U.S. Patent No. 8,086,604 (Unified Search) as the Galaxy Nexus, and that the S III infringes the patent in precisely the same way as the Galaxy Nexus. Attached as exhibit C is the supplemental declaration of Dr. Mowry, in which he explains that the Galaxy S III also contains the same features accused of infringing U.S. Patent No. 5,946,647 (Links for Structures) as the Galaxy Nexus, and infringes the patent in precisely the same way as the Galaxy Nexus. Both Drs. Polish and Mowry explain, moreover, that the Galaxy S III and the Galaxy Nexus are based on the same Android 4.0 platform (Ice Cream Sandwich).[2] Neither Dr. Polish nor Dr. Mowry assert or analyze any new patent claims, present any new theories, or introduce any new infringement issues

---

[1] *See, e.g.*, Velturo Reply Declaration (submitted May 14, 2012) (D.I. 178) Ex. 35 at *784.

[2] Apple's experts are still analyzing the Galaxy S III to determine the extent to which it infringes the other two patents Apple raised in its motion (as well as other Apple patents). Because it is imperative that Apple obtain relief against the imminent launch of the Galaxy S III as soon as possible, however, Apple will limit its current request for preliminary relief against the Galaxy S III to the '604 and '647 patents, because it is clear that infringement can be shown with respect to these patents based on the current record.

1    for this Court to decide.  Because the Galaxy S III contains two of the exact infringing features

2    already at issue with respect to the Galaxy Nexus, the S III is not more than colorably different from

3    the Galaxy Nexus, and falls within the scope of Apple's current proposed order submitted in

4    connection with its motion for a preliminary injunction.

5         The Galaxy S III will also irreparably harm Apple for the same reasons as the Galaxy Nexus,

6    but on a much greater scale.  Apple has submitted press reports detailing the significant pre-sales and

7    sales Samsung has enjoyed for the Galaxy S III.  Fedman Decl. Exs. 3-5.  The central premise of

8    Samsung's opposition to Apple's motion for a preliminary injunction was that the Galaxy Nexus had

9    not sold sufficiently well to cause severe enough harm to Apple; while that argument is legally and

10   factually untenable, it is entirely inapplicable with respect to the Galaxy S III, which reportedly will

11   sell phenomenally well immediately upon launch.  Also attached are announcements by Sprint,

12   Verizon, and T-Mobile indicating that they will each begin selling the Galaxy S III on June 21, 2012.

13   *Id*. at Exs. 6-8.

14        Given the extent to which the Galaxy S III infringes and will cause immediate and irreparable

15   harm to Apple, it is imperative that this Court have an opportunity to consider and rule upon Apple's

16   motion for a preliminary injunction before the Galaxy S III is launched in the United States.  As a

17   result, Apple requested that Samsung confirm that it would not launch the Galaxy S III in the United

18   States until this Court has had such an opportunity.  *Id*. at Ex. 1.  Samsung refused, stating that

19   "Apple's pending Preliminary Injunction Motion will have no bearing on the release date of the

20   Galaxy S III."  *Id*. at Ex. 2.

21                                        **CONCLUSION**

22        Apple respectfully requests that the record be supplemented with the material attached hereto.

23   With this supplemental evidence, the record conclusively demonstrates that a preliminary injunction

24   is warranted with respect to both the Galaxy Nexus and the Galaxy S III.

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GIBSON, DUNN & CRUTCHER LLP

Dated:  June 5, 2012

By:  _/s/ H. Mark Lyon_____
                     H. Mark Lyon

*Attorneys for Plaintiff Apple Inc.*

APPLE INC.'S MOTION TO SUPPLEMENT THE RECORD
CASE NO.: 12-CV-00630-LHK

3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil 5 Local Rule 5.4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Date:  June 5, 2012                     By:   /s/ Mark Lyon

                                              H. Mark Lyon