# EXHIBIT A

| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

***Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Counterclaim-Plaintiff,<br>  v.<br><br>APPLE INC., a California corporation,<br><br>  Counterclaim-Defendant | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF EMILY L. FEDMAN IN SUPPORT OF APPLE INC.'S MOTION TO SUPPLEMENT THE RECORD REGARDING SAMSUNG'S GALAXY S III PRODUCT** |

DECLARATION OF EMILY L. FEDMAN IN SUPPORT OF APPLE INC.'S MOTION TO SUPPLEMENT THE RECORD REGARDING SAMSUNG'S GALAXY S III PRODUCT
12-cv-00630-LHK (PSG)         1

Gibson, Dunn &
Crutcher LLP

I, Emily L. Fedman, declare and state as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher, counsel of record in this action for plaintiff Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  I submit this declaration in support of Apple's Supplemental Submission Naming the Samsung Galaxy SIII as a Product Subject to the Preliminary Injunction.  Unless otherwise indicated, I have personal knowledge of the matters set forth below.  If called as a witness, I could and would testify competently as follows.

2. Attached to this declaration as Exhibit 1 is a true and correct copy of a letter sent by Josh A. Krevitt to William C. Price on May 31, 2012.

3. Attached to this declaration as Exhibit 2 is a true and correct copy of a letter sent by William C. Price to Josh A. Krevitt on June 4, 2012.

4. Attached to this declaration as Exhibit 3 is a true and correct copy of an article published by redOrbit on June 4, 2012 titled "Galaxy S3 Trumps iPhone 4S As UK's 'Most Popular Phone'" *available at* http://www.redorbit.com/news/technology/1112547035/galaxy-s3-trumps-iphone-4s-as-uks-most-popular-phone/.

5. Attached to this declaration as Exhibit 4 is a true and correct copy of an article published by Reuters on May 17, 2012 titled "Samsung gets 9 million preorders for new Galaxy phone: report" *available at* http://www.reuters.com/article/2012/05/18/us-samsung-idUSBRE84H00X20120518.

6. Attached to this declaration as Exhibit 5 is a true and correct copy of an article published by the Daily Mail on May 23, 2012 titled "Samsung Galaxy S3 is now the most pre-ordered gadget in history at nine million - beating the iPhone 4S's four million" *available at* http://www.dailymail.co.uk/sciencetech/article-2148123/Samsung-Galaxy-S3-release-date-Pre-orders-hit-9m-beating-iPhone-4s-4m.html.

7. Attached to this declaration as Exhibit 6 is a true and correct copy of an announcement made by Sprint on June 4, 2012 *available at* http://newsroom.sprint.com/article_display.cfm?article_id=2301.

Gibson, Dunn & Crutcher LLP

DECLARATION OF EMILY L. FEDMAN IN SUPPORT OF APPLE INC.'S MOTION TO SUPPLEMENT THE RECORD REGARDING SAMSUNG'S GALAXY S III PRODUCT
12-cv-00630-LHK (PSG)

2

8. Attached to this declaration as Exhibit 7 is a true and correct copy of an announcement made by Verizon on June 4, 2012 *available at* http://news.verizonwireless.com/news/2012/06/pr2012-06-04.html.

9. Attached to this declaration as Exhibit 8 is a true and correct copy of an announcement made by T-Mobile on June 3, 2012 *available at* http://newsroom.t-mobile.com/articles/t-mobile-to-debut-samsung-galaxy-s-iii.

10. On June 5, 2012, Mark Lyon of Gibson Dunn, counsel for Apple, contacted Patrick Shields of Quinn Emmanuel, counsel for Samsung and informed him of Apple's intention to file this Motion to Supplement the Record Regarding Samsung's Galaxy S III Product. Patrick Shields responded that Samsung would oppose the motion.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: June 5, 2012     By:   */s/ Emily L. Fedman*
                                    Emily L. Fedman

DECLARATION OF EMILY L. FEDMAN IN SUPPORT OF APPLE INC.'S MOTION TO SUPPLEMENT THE RECORD REGARDING SAMSUNG'S GALAXY S III PRODUCT
12-cv-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

3