# EXHIBIT 1

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Josh A. Krevitt
Direct: +1 212.351.2490
Fax: +1 212.351.6390
JKrevitt@gibsondunn.com

Client: 03290-00026

May 31, 2012

<u>VIA FIRST CLASS AND ELECTRONIC MAIL</u>

William C. Price, Esq.
Quinn Emmanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Re:   *Apple Inc. v. Samsung Electronics Co., Ltd. et al.*, Case No. 12-cv-630-LHK-PSG

Dear Bill:

As you know, Samsung has announced, and is now offering for sale, the Galaxy S III, which we understand will be made available in the United States in the next few weeks. We have now obtained a Galaxy S III device and, based on our brief review, it is clear that the device infringes at least the '604 and '647 patents in exactly the same was as does the Galaxy Nexus. (Our investigation is continuing with respect to the two additional patents that are the subject of Apple's motion for a preliminary injunction.) Furthermore, as evidenced by the significant volume of pre-orders, the Galaxy S III will, for all of the reasons explained in Apple's motion for preliminary injunction, immediately inflict substantial irreparable harm on Apple, but may do so on an even greater scale.

The Court is scheduled to hear argument regarding the infringement and irreparable harm issues on June 7th. Given the overlapping issues of infringement, irreparable harm, public interest, and the balance of the hardships relevant to both the Galaxy Nexus and the Galaxy S III, it is imperative that the Court have an opportunity to consider and rule on Apple's preliminary injunction motion prior to Samsung's launch of the Galaxy S III in the United States. Indeed, the Galaxy S III would fall within the scope of Apple's proposed order. As such, Apple requests that Samsung confirm that it will not launch the Galaxy S III in the United States until the Court has ruled on Apple's preliminary injunction motion.

Given the urgency of this issue, I look forward to your prompt reply by no later than the close of business tomorrow.

Best regards,

Josh A. Krevitt