# EXHIBIT 2

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3156**

WRITER'S INTERNET ADDRESS
**williamprice@quinnemanuel.com**

June 4, 2012

<u>Via E-Mail</u>

Josh A. Krevitt
Gibson Dunn & Crutcher, LLP
200 Park Avenue
New York, New York  10166-0193

Re:     <u>Apple v. Samsung Elecs. Co. et al, Case No 12-cv-0630</u>

Dear Mr. Krevitt:

I write in response to your letter dated May 31, 2012.

Without belaboring the point, suffice to say we disagree with virtually every aspect of your letter.  First, Apple's pending Preliminary Injunction Motion is meritless for the reasons set forth in Samsung's Opposition brief and supporting declarations.

Second,  your assertion that the "Galaxy S III would fall within the scope of Apple's proposed order" is baseless.  Apple's pending Preliminary Injunction Motion deals with a single product, the Galaxy Nexus.  The Galaxy S III is a different product that is not the subject of either Apple's Preliminary Injunction Motion or its Complaint.  No discovery has been taken regarding any of the relevant preliminary injunction factors as they might relate to the Galaxy S III.  Nor does your letter identify any basis, other than one sentence of unsupported lawyer argument, to conclude that the Galaxy S III is similar to the Galaxy Nexus in any relevant respect.  There are, of course, procedures for filing additional patent claims against new products, but letter-writing is not one of them.

Finally, your letter requests that Samsung "confirm that it will not launch the Galaxy S III in the

quinn emanuel urquhart & sullivan, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany  | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia  | TEL +7 495 797 3666 FAX +7 495 797 3667
HAMBURG | An der Alster 3, 20099 Hamburg, Germany  | TEL +49 40 89728 7000 FAX +49 40 89728 7100

United States until the Court has ruled on Apple's preliminary injunction motion." While we cannot comment on specific product plans for the Galaxy S III or any other product, for the reasons stated above Apple's pending Preliminary Injunction Motion will have no bearing on the release date of the Galaxy S III.

Very truly yours,

William C. Price