# EXHIBIT 3

Last updated on June 5, 2012 at 17:04 EDT

Log In and Sign Up with:



X Network Access Message: Access Denied

Explanation:
Access to this site was blocked by the system administrator. If you need

**Home** | **Video** | **News** | **Images** | **Health** | **Education** | **Topics** | **Mobile**

Space | Science | Technology | Health | General | Sci-Fi & Gaming | Oddities | International | Business | Education | CES 2012

# Galaxy S3 Trumps iPhone 4S As UK's 'Most Popular Phone'

June 4, 2012

28 | Like Confirm | 8 | +1 0 | 0 | | repost

X Network Access Message: Access Denied

Explanation:
Access to this site was blocked by the system administra access to this site, please contact the GD&C 24/7 Suppo will escalate appropriately.

If you believe you are getting this message by mistake, administrator or Helpdesk.

Technical Information (for support personnel)
- Error Code: 403 Forbidden. Forefront TMG den Uniform Resource Locator (URL). (12232)



Image Credit: Samsung

## Related Articles

- Google Beefs Up Its Social Network Tools With Acquisition Of Meebo
- Tipard DVD Software Toolkit Platinum: The Professional DVD/Video Converter and iPhone Transfer Product
- World-class Leader Joins a Start-up: Juho Malmberg Appointed CEO of ZenRobotics Ltd.
- Open-Silicon Announces Industry's First Hybrid Memory Cube Controller IP
- CEVA and VWorks Announce Availability of Virtual Prototyping Platforms featuring CEVA DSPs
- Spare Backup Enters into Web Hosting and Services Fee Agreements with Key Distribution Partners
- Turtle Beach Storms E3 With New And Advanced Line-Up Of Gaming Audio Products
- Turtle Beach Announces Agreement with Nintendo to Develop Officially Licensed Headsets for Wii U(TM) and Nintendo 3DS(TM)
- Napster Co-Founders Launch New Social Video Service
- MyService Releases New 1TB MacBook and MacBook Pro Hard Drive Upgrade

Samsung's Galaxy S3 has surpassed Apple's iPhone 4S as the most popular smartphone in the UK, according to new statistics based on sales and live searches released on Sunday.

According to Telegraph Consumer Technology Editor Matt Warman, the latest figures from uSwitch.com Mobile Tracker had the Galaxy S3 claiming the top spot in its first appearance on the charts. It replaces the iPhone 4S, which just one month ago had bumped the Samsung phone's predecessor, the Galaxy S2, out of the top spot, according to the British newspaper.

The iPhone 4S was in the No. 2 position, followed by the Galaxy S2 and the HTC One X. Two other Samsung devices, the Galaxy Ace and the Galaxy Note, were in the fifth and sixth positions, respectively. Rounding out the top 10, in order, were the iPhone 4, the HTC One S, the HTC One V, and the Sony Xperia S

"As far as early adopters are concerned, the S3 is living up to expectations," uSwitch.com technology expert Ernest Doku told Warman. "But what is interesting this month is the arrival of the HTC One series as a major player in the smartphone market alongside Apple and Samsung."

The Galaxy S3 appears to be considerably popular in the US as well, where it will release later this month. As Johnny Wills of Mobile & Apps reported on Sunday, the preorders for the smartphone, which will be available on the Verizon Wireless, AT&T, T-Mobile and Sprint networks, has surpassed the 10 million mark.

That, Wills says, "is a record for any known gadget released so far."

Not everyone is buying into the hype surrounding Samsung's most recent handset, though.

"As Samsung's latest smartphone, the Galaxy S3, goes on sale it appears to have a clear run in the marketplace

## Related Images

- Mars Digital Image Mosaic Globe
- Full Earth Mosaic
- Mosaic of River Channel and Ridge Area on Titan
- This is a microtweezer made of silicon. Microtweezers are used to pick up small objects of
- How Mercury's Copland Received Its Name
- Silicon-Glass Barometric Pressure Sensors
- Tiny Barometer
- Samsung Pushing Boundaries Press Event, Jan. 9,

with little competition. Will it manage to establish the S3 as the leading smartphone of 2012?," Forbes Contributor Ewan Spence wrote Saturday.

"Looking around at the current competition it has the opportunity to become the de facto standard. But I get the feeling that Apple are waiting for Samsung to play all their cards before they trump the South Korean company with the next iPhone," he added. "Apple and their market standing have nothing to fear from the S3."

2012

- Samsung Pushing Boundaries Press Event, Jan. 9, 2012
- Samsung Pushing Boundaries Press Event, Jan. 9, 2012
- New iPhone Cases
- Effects of Stacking Graphene Nanoribbons

**Source:** redOrbit Staff & Wire Reports

**Topics:** Technology Internet, Computing, Apple Inc., Technology, Samsung, iPhone, Samsung Behold, Linksys iPhone, T-Mobile, Samsung Group, Multi-touch, IPhone OS, Portable media players, smartphones, Smartphone, Business Finance

**Related Videos**

- One-Third of Prescriptions Now Electronic
- Paralysis Robot
- Keeping Tabs on Texting
- Engineers Have Created a Vocal Joystick
- A Joystick Using Your Voice
- iPhone Used As Musical Instrument
- Top Chef Loses Pounds with iPhone
- Surgeon Uses iPad to Help With Procedures
- Just Thinking About Cell Phones Can...
- Simple Video Game Reduces Stress
- Phoenix Lidar Operation Animation
- The Samsung 9000 3D TV
- Samsung's Transparent LCD
- Tim Baxter Talks 3D Glasses for Televisions

| 1 Inspiring | 1 Innovative | 1 LOL | 1 Amazing | 1 Geeky | 1 Scary |

## Recommended For You

- HTC Phones Show Up On American Shores
- The Samsung GALAXY S III provides Canadians with a more human smartphone experience
- Secret Air Force Spaceplane Coming Back To Earth In June
- Focused Alien Hunt Coming Up Empty Thus Far
- Largest Ever UK Rocketry Festival Kicked Off Saturday
- Vodka Tampons Latest Teen Fad
- iPhone Rumors? Finally!
- Sexual behavior research highlights key differences between men and women
- Water Pollution Caused By Contraceptives Could Cost Billions To Fix
- Expert Says Drug Bans Have Stalled Scientific Research

**Related Reference Library**

- Journal of the Association for...
- Solar Physics
- IEEE Software
- IEEE Micro
- Java
- USB Flash Drive
- Automation and Remote Control
- Walkie-Talkie
- Post-It



**X  Network Access Message: Access Denied**

**Explanation:**

Access to this site was blocked by the system administrator. If you need access to this site, please contact the GD&C 24/7 Support Center and they will escalate appropriately.

If you believe you are getting this message by mistake, try contacting your administrator or Helpdesk.

**Technical Information (for support personnel)**

- Error Code: 403 Forbidden. Forefront TMG denied the specified Uniform Resource Locator (URL). (12232)
- IP Address: 10.40.60.190

Post a new comment

Login 

[Post]

**0 Comments**

| **Breaking News** | **Streaming Video** | **Images and Photos** | **Space Exploration** | **Science and Research** | **Technology** | **My Health** |
|---|---|---|---|---|---|---|
| Space | Top Picks | Images of the Day | Astronomy | Instruments | Ask the Expert | Health |
| Science | Science | Image Galleries | Human Spaceflight | Calculator | Technology Reviews | More... |
| Technology | Health | Wallpapers | Ask the Astronomer | Ask the Scientist | More... | |
| Health | More... | More... | More... | More... | | |
| CES 2012 | | | | | | |
| More... | | | | | | |

Advertising ▪ About Us ▪ Contact Us ▪ Privacy Statement ▪ Terms of Service ▪ Abuse Reporting ▪ Search ▪ Topics ▪ Feeds ▪ Jobs

© 2002-2012 redOrbit.com. All rights reserved
All other copyrights remain the property of their respective owners