# EXHIBIT 4



ARTICLE    COMMENTS (3)

# Samsung gets 9 million preorders for new Galaxy phone: report

Recommend    You recommend **Samsung gets 9 million preorders for new Galaxy phone: report**. · Add Comment · Insights · **Error**



Tweet



46  Share

+1  41

Print

**Related News**

Samsung not seen quaking in boots over Apple-Elpida report
Thu, May 17 2012

Apple readies iPhone with bigger screen: sources
Wed, May 16 2012

Nokia's new cheap models bet on games, web access
Tue, May 15 2012

Sony slides to three-decade low on strategy doubts
Fri, May 11 2012

Sony sees return to profit, aims to halve TV losses
Thu, May 10 2012

**SEOUL** | Thu May 17, 2012 8:41pm EDT

(Reuters) - Samsung Electronics Co has received some 9 million pre-orders for its third-generation Galaxy S smartphone from more than 100 global carriers, the Korea Economic Daily reported on Friday.

Samsung toppled Apple as the world's biggest smartphone maker in the first quarter, helped by its line-up of Galaxy named devices running on Google's free Android software.

The latest version of its flagship phone, unveiled this month, will first go on sale on May 29 in Germany before being rolled out to other countries.

The newspaper, which cited an unidentified Samsung official, also said the company's smartphone factory in South Korea was running at its full capacity of 5 million units per month.

**Follow Reuters**

Facebook    Twitter    RSS    YouTube



**READ**

Husband's absence tempers jubilee joy for Queen Elizabeth

**Analysis & Opinion**

Samsung investors should worry less about Apple

11:11am EDT

Russia turns east to embrace looming China
04 Jun 2012

J&J to stop selling controversial vaginal implants
1 58pm EDT

Spain says markets closing on it, seeks help for banks
▶ VIDEO
5 04pm EDT

Black girls don't benefit as much from exercise: study
3 22pm EDT

**DISCUSSED**

 NY mayor blasts sugar ban critics: "That's a lot of soda"

 Louisiana's bold bid to privatize schools

 Florida to continue voter purge in defiance of warning

**WATCHED**

 Mogees software makes music magic
Mon, Jun 4 2012

 U.S. Morning Call: G7 emergency call on EU debt woes
Mon, Jun 4 2012

 Raindrops no match for low-mass mosquito
11 35am EDT



### Reuters Photojournalism

Our day's top images, in-dep h photo essays and offbeat slices of life. See the best of Reuters photography. See more | Photo caption

### The Diamond Jubilee

Highlights from the festivi ies for

---

Samsung declined to comment.

It said late last month that the new Galaxy S smartphone would "substantially contribute" to its second-quarter earnings.

(Reporting by Miyoung Kim; Editing by Edwina Gibbs)

**TECH**

### Related Quotes and News

| COMPANY | PRICE | RELATED NEWS |
|---|---|---|
| **Samsung Electronics Co Ltd**<br>005930.KS | ₩1,203,000.00<br>▲ +7,000.00<br>▲ +0.59% | Apple faces delay in seeking U.S. ban of Samsung tablets<br>Apple faces delay in seeking U.S. ban of Samsung tablets<br>More 005930.KS News » |
| **Apple Inc**<br>AAPL.O | $562.83<br>▼ -1.46  ▼ -0.26% | Apple faces delay in seeking U.S. ban of Samsung tablets<br>Apple faces delay in seeking U.S. ban of Samsung tablets<br>More AAPL.O News » |

Recommend   You recommend **Samsung gets 9 million preorders for new Galaxy phone: report**. · Add Comment · Insights · Error

      

**After reading this article, people also read:**

**Samsung Galaxy S3 gets head start on rival iPhone**
May 29, 2012

**Samsung says delay in some blue Galaxy S3 smartphone orders**
May 29, 2012

**Samsung not seen quaking in boots over Apple-Elpida report**
May 17, 2012

**Apple readies iPhone with bigger screen: sources**
May 16, 2012

**Samsung loses $10 billion market value on Apple order report**
May 16, 2012

### From around the web:

**Ads in Mobile Apps Aren't Just Annoying -- They're Risky, Too** (CIO)

**Common Text Message Abbreviations** (Life123)

**Microsoft: Iran-Targeting Flame Virus Used A Windows Bug In Its Code** (Fast Company)

[?]

We welcome comments that advance the story  hrough relevant opinion, anecdotes, links and data. If you see a comment that you believe is irrelevant or inappropriate, you can flag it to our editors by using the report abuse links. Views expressed in the comments do not represent those of Reuters. For more informa ion on our comment policy, see
http://blogs.reuters.com/fulldisclosure/2010/09/27/toward-a-more-thoughtful-conversation-on-stories/

### Comments (3)

---

**Samsung moves on from Japan to nibble at Apple**

**Related Topics**

**Tech »**


Queen Elizabeth's Diamond Jubilee.  **Slideshow**


**Crisis in Syria**
Escala ing violence and bloodshed on the streets of Syria.  **Slideshow**

**ammaryameen** wrote:

Make them 9,000,001 because I am also getting one.

May 17, 2012 10:30pm EDT  --  **Report as abuse**

**studentrights** wrote:

"Make them 9,000,001 because I am also getting one." – ammaryameen

No. The carriers pre-ordered 9 million. So you'll be able to buy on from them.

All Smasung phone sales numbers are always "shipped" to carriers not "sold" to an actual customer.

Apple only reports "sold". Apple had 1 million pre-orders sold to an actual customer.

May 18, 2012 4:22am EDT  --  **Report as abuse**

**Cannylad** wrote:

If you read the original press statement the pre-orders are to carriers who themselves have pre-orders for the handsets, which is why the factories are working flat out to ensure there are no disappointed customers. I suspect Samsung themselves may have been surprised by the early takeup but from the "hands on" reviews I've seen to date it's
it's understandable.

May 18, 2012 4:01pm EDT  --  **Report as abuse**

This discussion is now closed. We welcome comments on our articles for a limited period after their publication.

**See All Comments »**

| Ads by Marchex |
|---|


Human Resources Training
Boost Your Human Resources Career Potential w/ 100% Online Training!
www.VillanovaU.com


Run applications 50x faster w/ Riverbed®
With Riverbed, run applica ions 50x faster over the WAN and achieve great ROI.
www.riverbed.com


10 Steps to VoIP Implementation Success
Download FREE eBook: How to Plan and Successfully Implement Business VoIP
www.xo.com/Free-Business-VoIP-Guide


WAN & VPN Solutions Comparison Guide
FREE eBook: A comparison of MPLS-based IP-VPNs and Ethernet-based VPLS
www.xo.com/WAN-eBook

# MORE FROM REUTERS

## Top al Qaeda strategist killed in Pakistan

WASHINGTON/PESHAWAR - A U.S. drone strike in Pakistan killed one of al Qaeda's most powerful figures, the U.S. government announced Tuesday, dealing the biggest in a series of blows to the militant group since the raid that killed founder Osama bin Laden last year. |  **Video**

**TOP NEWS**


**Nasdaq to make Facebook compensation announcement**
NEW YORK - Nasdaq OMX Group Inc has reached out to at least one brokerage that lost money due to Facebook's botched initial public offering on the exchange, saying it will make an announcement on Wednesday, a person at the brokerage firm said on Tuesday.

**TOP VIDEOS**


**Could it be "Game Over" for consoles?**
**Bulls end retreat but doubts linger**

**MARKETS**

**US Indices**

**DOW**
**26.49**
12,127.95
+0.22%

**NASDAQ**
**18.10**
2,778.11
+0.66%



**CONTINUE READING**

Insight: Dengue vaccine in sight, after 70 years

Service sector picks up modestly in May: ISM

» More Top News

» More Top Videos

**S&P 500**
**7.32**
1,285.50
+0.57%

**TR US INDEX**
**0.79**
116.48
+0.69%

**Int'l Indices**

**NIKKEI**
8,382.00

**HANG SENG**
18,259.03

» Markets

## MOST POPULAR

Russia turns east to embrace looming China

Spain says markets closing on it, seeks help for banks  ▶ VIDEO

Voting brisk in closely watched Wisconsin recall

Top al Qaeda strategist killed in Pakistan  ▶ VIDEO

Spain says markets shutting it out, seeks EU help for banks

Husband's absence tempers jubilee joy for Queen Elizabeth

## ANALYSIS & OPINION



**Greece needs to go to the brink**

By Hugo Dixon

To avoid the drachma, Greece must go to the brink. Only then will the people back a government that can pursue the tough program needed to turn the country around. To get to that point, bailout cash for both the government and the banks probably has to be turned off.

Commentary | Video

Hadas: Markets vote for the euro

» More Analysis & Opinion

## TODAY IN PICTURES



**Editor's choice**
Our best photos from the last 24 hours.
View Slideshow

---



| | |
|---|---|
| **Reuters.com** | Business \| Markets \| World \| Politics \| Technology \| Opinion \| Money \| Pictures \| Videos \| Site Index |
| **Legal** | Bankruptcy Law \| California Legal \| New York Legal \| Securities Law |
| **Support & Contact** | Support \| Corrections |
| **Connect with Reuters** | Twitter   Facebook   LinkedIn   RSS   Podcast   Newsletters   Mobile |
| **About** | Privacy Policy \| Terms of Use \| AdChoices \| Copyright |

**Thomson Reuters** is the world's leading source of intelligent information for businesses and professionals.

| | | | | |
|---|---|---|---|---|
| **THOMSON REUTERS EIKON** Our Flagship financial information platform incorporating Reuters Insider | **THOMSON REUTERS ELEKTRON** An ultra-low latency infrastructure for electronic trading and data distribution | **THOMSON REUTERS ACCELUS** A connected approach to governance, risk and compliance | **WestlawNext** Our next generation legal research platform | **ONESOURCE** Our global tax workstation |

Thomsonreuters.com
About Thomson Reuters
Investor Relations
Careers
Contact Us



Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please click here.