# EXHIBIT 5

Find a Job | M&S Wine | Our Papers | Feedback          Tuesday, Jun 05 2012 12AM 12°C  3AM 12°C  5-Day Forecast




| Home | U.K. Home | News | Sport | U.S. Showbiz | Femail | Health | **Science** | Money | RightMinds | Travel | Columnists |

Science Home | Pictures | Gadgets Gifts and Toys Store                                                      Login

# Samsung Galaxy S3 is now the most pre-ordered gadget in history at nine million - beating the iPhone 4S's four million

- S3 will be fastest selling gadget in history
- Analysts predict Android usage will swell from an estimated 350million users today to one billion by end of 2013
- Windows Phone continues to sit at bottom of smartphone market as users stick with Apple and Android

○Site ○Web [         ] [Search]

By **EDDIE WRENN**

**PUBLISHED:** 08:29 EST, 22 May 2012 | **UPDATED:** 02:48 EST, 23 May 2012


Comments (90) | Share | +1 | 52

In the history of gadgets, none has picked up such an army of fans before launch.

The Samsung Galaxy S3 has already received nine million pre-orders before launch - even with few people getting to play on Android's latest smartphone until it arrives in the UK on May 29.

When the phone arrives, it will instantly become the fastest selling gadget in history, beating out the iPhone 4S's four million units sold in three days.

It also tops the first iPad's two million tablets in two months, and the Microsoft Kinect system - which allows you to wave at your television via the Xbox 360 games console - which shifted 2.5 million units in 25 days.

Samsung has reportedly hired 75,000 workers to keep up with the demand, with the company confident of meeting all pre-orders.

The company is said to have the capacity to churn out five million phones per month - or 66 phones per worker per month.

Most of the orders will have come through network carriers across the world, based on customer pre-orders, upgrades and anticipated demand.

The carriers will have pre-allocated the majority of this stock to customers, with a surplus to act



| **Today's headlines** | **Most Read** |

- Are you sure digging him up is a good idea? Archaeologists find Bulgarian 'vampires' from Middle Ages with iron rods staked through their chests
- Phone-controlled robotic submarine turns anyone into a hi-def Jacques Cousteau
- The Dracula bulb: Designer creates eerie glowing lamp which runs on human blood
- Talk about a pimped-up ride? The Porsche covered in crushed diamonds (but can it take you to the weekly shop at Waitrose?)
- Transit of Venus: Last-in-a-lifetime event will cross the Sun at 5.37am in London (but with more clouds on the cards, it might not be worth setting the alarm)
- Shouldn't you be spending time with your babies? New mothers spend MORE time on Facebook after birth - and it causes stress
- Jog on, human! The robot companion that flies just ahead of runners to keep them on track
- 'Facebook will have disappeared in eight years,' says founder of major investment firm
- Why your one-night-stand might be the one you spend your life with
- Myanmar fossil find turns human history on its head - our earliest ancestors came from Asia, not Africa
- Was a mysterious ancient plague which killed all but 5,000 'pre humans' the key to man's

as a 'buffer' in case demand exceeds their supply.

**Big seller: Samsung has had nine million pre-orders for the S3**

In the UK, Carphone Warehouse has confirmed that the S3 is the most popular phone of the year so far, with thousands of customers lined up to pick up their phone a week from today.

Spokesman Graham Stapleton said: 'Pre-order demand for the new Galaxy S3 has surpassed expectations since the handset was first unveiled two weeks ago.

'The first 24 hours alone saw thousands placing their pre-order at Carphone Warehouse.'

The S3's predecessor - the Galaxy S2 - took about six months to sell 10million phones, and 11 months to sell 20million.

**More...**

- Google Chrome knocks Internet Explorer off the top spot as the world's favourite web browser
- Samsung Galaxy S3 will benefit from fastest mobile broadband speeds in the UK as networks roll out five megabyte per second service

The release of the phone is likely to swell the number of Android users - although with the plethora of devices on the operating system, the increase may end up just causing a small spike.

There are now in the region of 350million Android users in the world - with an estimated 900,000 to one million people picking up a new Android device each day.

The software could be on one billion screens by the end of 2013, according to some estimates.

Apple have not released recent figures for iOS usage - both iPhones and iPads - but in early 2011 the total was believed to be about 110million.

Microsoft is notoriously quiet on the number of sales of Windows Phone 7, but it is believed to have shipped about 10 million phones since the operating system launched two years ago, giving them just a fraction - 1.3 per cent - of the market.

Although, to be fair to Microsoft, they might not even need a phone version of Windows - due to patent and licensing agreements, Microsoft makes between $5 and $15 on most sales of Android phones, compared to the estimated $3 which goes into Google's pockets per handset through advertising revenue each year.



**Competition: The iPhone 4S is Apple's current model, while Nokia is trying hard with the Lumia WP7 phone**

However Nokia is relying on Windows Phone 7, having invested heavily in the operating system as it begins to phase out the 'Symbian' OS which has powered much of the manufacturer's range of phones.

Apple and Samsung between them account for 49.3 per cent of all smartphone sales worldwide - an increase on the 29 per cent the two had in early 2011.

The S3 is Samsung's latest flagship phone. Despite the record pre-orders it will face substantial

triumph over the Neanderthals?

- The peaceful meditations of a bug's life: Macro-photography reveals almost human characteristics of the tiniest insects
- **Inflatable vest that 'gives you a hug' could help the autistic - and even quieten noisy babies**
- Google buys social sharing site Meebo for $100m to bolster its own fading social network Plus
- **Humans evolved 'runner's high' to keep us moving (which explains why lazy modern lifestyles are so bad for us)**
- Why Google is nowhere near as clever as a rat - but one day, even your smartphone will be smarter than you
- **From the makers of the 'perverted' X-ray specs app... The virtual water pistol fight game that lets you play with 'wet and sweaty' models**
- Thank God for birds: Our feathered friends are the only reason insects aren't 3ft wide
- **Secret mission accomplished: America's mysterious space plane to land after a YEAR in orbit - and no one knows what it did up there**
- Asteroid or glitch? Google Sky user spots strange, undiscovered glowing rock in our solar system

**MORE HEADLINES**

**FEMAIL TODAY**

**Too much fun last night? Queen is as fresh as a daisy after four days of Jubilee celebrations but young royals look rather weary** At thanksgiving service 

**Octomom Nadya Suleman spills out of gold chain bra in first image leaked from her debut solo porn film** Not a stretch mark in sight despite having kids 

**Size hero! Kim Kardashian challenges spaghetti string bikini not to ping off as she squeezes infamous curves into two-piece** During a Mexican trip 

**'It was great!': Busy Philipps raves about Drew Barrymore's wedding after bonding with fellow guest Scarlett Johannson** Hung out poolside 

**'I have a brain tumor': Sheryl Crow shaken by new health scare six years after beating breast cancer** Opened up about the health issue 

**Hats off to the Royals! The Queen sparkles in Swarovski while Kate**

competition from HTC's One series of phones, and the always strong-selling iPhone range.

The Samsung's most innovative feature is built-in face-tracking and voice control - allowing, Samsung claims, for a more 'natural' control system.

It will also pay tribute to Samsung's expertise in screens, with a large 4.8-inch Super AMOLED screen running a resolution of 1280 x 720p - far bigger than Apple's iPhone, and close in size to the smaller end of the tablet market.

Other innovations include what Samsung claims is a 'more intelligent' lock system, that keeps the screen 'awake' when the phone's camera senses eyes watching it, rather than turning it off.

The next iPhone is not due before the Autumn, traditionally launching around October. It is rumoured to come with a four-inch screen, and may be joined by a new addition to the iRange - an iPad Mini.

### MOST READ NEWS



- Cats away! Artist turns his dead pet into flying helicopter...
- Casey Anthony 'is going out regularly - but has piled on so...
- Fugitive 'cannibal' porn star arrested in Berlin internet...
- TV weatherman recovering after being shot in the chest with...

### Share this article:



- Facebook
- Twitter
- Google+
- Messenger
- LinkedIn
- Digg it
- Newsvine
- Fark
- Nowpublic
- Reddit

+1   52



Print article   Email article

**Sponsored Links**

**TRACFONE ® Official Site**
New Touch Screen Phone w/ Triple Minutes for Life + Free Shipping!
www.TracFone.com

## Comments (90)

Here's what other readers have said. Why not debate this issue live on our message boards.

The comments below have not been moderated.

| Newest | Oldest | Best rated | Worst rated |

View all

It just shows how common the s2 is with all the apple coments getting a loads of red arrows for no reason, will the s2 get to be a classic collectable one day like an apple, No not with all that plastic and poor unrealiable software ! te he. LOL.............

- Honest john, uk, 23/5/2012 21:57

Report abuse          Click to rate    Rating   51

I can say hands down that it is the best phone i've ever owned. Apple is too restrictive and not innovative enough for me now. - Ezri, London, 23/5/2012 21:27 ------------- given that upgrading to anything from my Sony Ericsson K810i dumb phone will be an improvement, what, specifically is missing from iPhone that would make android the better choice?

- Southerner, Dahn Sarf, 23/5/2012 21:37

Report abuse          Click to rate    Rating   4

Now I used to be an apple fan girl, my last 2 handsets were iphones and I thought they really were the best. However, after I had my iphone stolen I picked up an android with the intentions of using it for a month and then upgrading my contract to the iphone 4s. After actually using an android device it really opened up my eyes, and now I know that Android is in fact better than apple. When the time came to upgrade I didn't go for the 4s,I picked up the

---


impresses in a $1,200 design
But what was Zara thinking?


▶ 'Ryan Seacrest hit on me while I was still with my ex,' reveals Julianne Hough as she rocks out in a studded bra
He even flirted with her in the presence of her ex!


▶ Doing her best Baywatch impression: Coco Austin can barely contain her assets as she runs on the beach in zebra print string bikini
Need a bigger size?


▶ QUEEN ELIZABETH JUBILEE: One million people turn out to cheer the Queen on Buckingham Palace balcony at climax of four-day celebration


▶ 'I have no desire to be super-skinny,' insists Kelly Clarkson after dropping 30lbs
Has assured fans she won't lose her curves


▶ Bruce Willis and Demi Moore's daughter Scout 'arrested for underage drinking and using fake ID'
The 20-year old was in New York City


▶ Fresh-faced and natural: Glamor shots reveal what 'tanning mom' looked like two decades before she hit the sunbeds
A young Patricia Krentcil


▶ Kiss of death: Jennifer Lawrence's steamy clinch with murderer's brother in House at the End of the Street trailer
Hunger Games star in new horror film


▶ Not bad for a day job! Natalie Portman rides in a convertible with Christian Bale while shooting her first role since giving birth
Zoomed around Malibu

▶ 'I think Jessica Biel is very boring': Wendy

Samsung Galaxy note. I can say hands down that it is the best phone i've ever owned. Apple is too restrictive and not innovative enough for me now.

- Ezri, London, 23/5/2012 21:27

Report abuse   Click to rate  Rating  57

Apple fanboys, read the stats and weep!! - Me, Somewhere, 22/5/2012 16:07 ---------- so what you're saying is that the figures prove that Andriod fans are sheep following the "must have" gadget. Didn't you used to say that about people who buy iPhones ?

- Southerner, Dahn Sarf, 23/5/2012 21:14

Report abuse   Click to rate  Rating  8

it'll still have a propriatory connector and it'll still not have USB hosting capabiltiies. For this reason, no matter how powerful and pretty the next iPhone is, it'll be no good for me. Android users like their system for the simple reason that it does more than iOS and that is a fact. - Paul, London, 23/5/2012 15:26 ---------- are you saying that one cannot plug an iPhone into a USB socket - you'll find that that's exactly what you can do. As for the other remarks about not being able to put memory cards in it ..... why would you want to have every single picture you have ever taken in your phone. I mean, can't you be bothered to delete the dud ones ?

- Southerner, Dahn Sarf, 23/5/2012 19:16

Report abuse   Click to rate  Rating  23

I have owned both iPhones and Android phones and I currently own the Samsung Galaxy S2 which for my purposes is about the best phone about. However, after looking forward to the Galaxy S3 with a fair bit of excitement, I'm a bit underwhelmed. A slightly better screen and processor, the same camera, the same RAM, a poor rip off of Siri that no one is going to use. It's not the huge step forward that the S2 was. I suspect the iPhone 5 is going to be a good deal better. However, no matter what technological advances the iPhone makes (and it will), it will still have no sd-card memory expansion, it'll still be tied to itunes, it'll still not allow access to the file system, it'll still have a propriatory connector and it'll still not have USB hosting capabiltiies. For this reason, no matter how powerful and pretty the next iPhone is, it'll be no good for me. Android users like their system for the simple reason that it does more than iOS and that is a fact.

- Paul, London, 23/5/2012 15:26

Report abuse   Click to rate  Rating  42

I have an iPad 2 and a Samsung Galaxy phone. I like both products, but the iPad is way cooler for apps because the screens bigger, while my phone is just awesome and does the trick :)

- _Pho_, London, 23/5/2012 14:59

Report abuse   Click to rate  Rating  19

Why can't people just leave each other to have what they want? Apple fans, just accept us Android/Non-Apple people don't want an i-anything. Samsung's pressure on Apple can only yield better products, which will be better for Apple fans, and then in turn better for us Android fans as Samsung/HTC etc then work to beat them next time round.

- Jon, Worthing, England, 23/5/2012 14:10

Report abuse   Click to rate  Rating  49

Lets not bash Apple too hard. We mustn't forget they invented the whole design concept of the smart phone that everyone (including Samsung) are now copying. Comaoe Samsung and Nokias products before the release of the iPhone 1. Sheep, the lot of them........... Baa baaa!

- Steve, Woking, 23/5/2012 11:10

Report abuse   Click to rate  Rating  55

Should be rename "Chav mobile"

- jack the lad, not in utopia , 23/5/2012 11:06

Report abuse   Click to rate  Rating  52

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.


**Williams on why she believes Justin Timberlake's marriage won't last**
Pessimistic prediction


**Respect for the Queen of Soul! Aretha Franklin gets honorary degree from Princeton**
Still reigns over the world of soul


**'I am deeply humbled': Her Majesty offers heartfelt thanks to everyone involved in her Diamond Jubilee**
Addressed her country and Commonwealth


**The three Stooges! William, Kate and Harry are as thick as thieves as they make merry during Queen's Jubilee celebrations**
At Buckingham Palace


**Duchess of Cambridge shines in role as Royal wife as she hosts table at Diamond Jubilee lunch in honour of the Queen**
Chic in the pale lace


**The Who's Who of the Royal Box at the Diamond Jubilee Concert**
A handful of princesses, a smattering of knights and a cook


**Congratulations Your Majesty! David and Victoria Beckham's video tribute to Queen Elizabeth**
Made a special video to congratulate Her Majesty


**Karolina Kurkova transforms from supermodel to supermom**
Swaps runway for a day with adorable two-year-old son


**Pregnant Snooki moves next door to escape her partying Jersey Shore co-stars**
The reality TV star, 24, has moved out of the property

**Doo-wop star and Platters founder Herb Reed dies aged 83**


Reed was the last of the founding members of doo-wop band The Platters


**Can you really get Stacy Keibler's body in 18 minutes? Speedy workout claims to burn fat fast - despite lacking in cardio activity**
Seems to work for her!


**Mila Kunis' figure-hugging LBD doesn't quite conceal her rounded tummy**
Took to the court with Mark Wahlberg to film a basketball skit


**Hermione wouldn't approve! Emma Watson is all grown up as a burlesque dancer in new Perks of Being a Wallflower trailer**
WATCH IT HERE


**Lindsay Lohan strikes up an iconic image as she emulates Elizabeth Taylor in fur for upcoming biopic**


**What a cute couple! George Clooney and Stacy Keibler walk hand in hand on a romantic Mexican getaway**
Dating for almost a year


**Ready to pop! Pregnant Kristian Cavallari parades growing bump in eye-catching red dress**
Expecting her first child in August with fiance Jay Cutler


**Dressed-down Jenna Lyons and Lauren Hutton prove you don't need a ballgown to wow the fashion elite at CFDA Awards**


**'I want to give her fans something to treasure': Whitney Houston's mother signs book deal to tell the 'unbelievable' story of her late daughter**

**Teen Mom star Amber Portwood is sentenced**


**to five years - after rejecting rehab for plea bargain**
Stemming from a December drug arrest


**I used to be a tomboy but now I love to wear cool s**t!  Snow White star Kristen Stewart on the perks to fame**
Has finally embraced her feminine side


**X Factor judge Britney Spears' regular breaks during auditions due to suffering from ADHD**
She has sparked fears for her well-being


**A sign of a new close friendship? Valerie Trierweiler gave Michelle Obama a $584 French leather tote as a gift on their first meeting**
Fresh from France


**Home in style: Queen returns to Buckingham Palace with Camilla at her side while Prince Philip recovers**
Tens of thousands of well-wishes gathered


**Prince Philip is 'getting better' and has watched every minute of Jubilee celebrations on TV, reveals Earl of Wessex**
He's  'desperately upset' to miss the celebrations


**Princesses Beatrice and Eugenie both regal in purple as they attend service of thanksgiving at St Paul's Cathedral**
Final day of Jubilee


**She's back! Bethenny Frankel won't bite her tongue on daytime talk show as she compares herself to Ellen DeGeneres**
Not a modest star


**Blonde ambition! Brad Pitt races to Marilyn Monroe's rescue as he puts weight behind new film of the iconic actress**
Rescuing a planned Marilyn Monroe biopic



**What will Mariah say? Nick Cannon wears a bikini top to dance on a stripper pole on America's Got Talent**
Has he got a secret fetish for dressing up?


**You couldn't have missed him if you tried! Will.i.am makes his way centre stage**
Shamelessly tweeted his way through Jubilee concert celebrations


**QUEEN ELIZABETH JUBILEE: Duchess Kate goes back to high street roots wearing $200 Whistles dress**
For Diamond Jubilee Concert


**Kate's flying the British flag! Duchess of Cambridge opts for red, blue and cream outfits as she celebrates the Diamond Jubilee in style**
Outfits to celebrate in


**The Queen appears on Buckingham Palace balcony to mark end of Diamond Jubilee celebrations**
And here is a flashback of the monarch


**Could this vest spell the end of the yoga instructor? The tank that claims to perfect your downward-facing dog**
Has tiny sensors integrated into the fabric


**What a triumph! Liz Jones gives her Diamond Jubilee fashion verdict**
So who made the best dressed list during the Royal occasion?


**Morning Ma'am! Millions of Americans get up early to watch the Queen's Jubilee**
Networks fly out their big names to cover the celebrations

**What a splendid show! Camilla leads the way in gold as Royals don their finest for Queen's Thanksgiving service**
At St Paul's cathedral in London


**Self-help guru and ex-MTV boss husband announce split six years after she writes book about finding a soul mate and KEEPING him**
Kathy and Tom Freston


**Coachella's over! Miley Cyrus looks ready for a festival in leather boots and giant shades**
Dressed appropriately for her 19 years in a cute dress


**'I could be dead, so who cares if I'm missing a leg?' Real Housewives of New York's Aviva Dresher on childhood accident**
Wears a prosthetic limb


M&S WINE
Last chance to buy.
Shop now.

more

## GADGET REVIEWS

### Nike's brand new FuelBand

  'If you have a body, you are an athlete'; it's the principle upon which Nike was founded. This product more than most encapsulates that.

Comments (-)

### Scosche myTrek Wireless Pulse Monitor



Monitors your pulse and sends real-time data via wireless to its app on your iPhone and iPod Touch

Comments (-)

**Braun Oral-B Triumph 5000 Electric Toothbrush**



The toothbrush with a wireless SmartGuide that tells you how well you've cleaned your teeth.

Comments (-)

**'Play' Multi-Message Video Pad**



It's mooted as the 'ultimate video memo'. And some say it will sound the death knell for post-it notes. Above all, it's fun to use.

Comments (-)

**Angry Birds iPod & iPhone Speaker Dock**



For fans of the 350-million selling game, this is possibly the most exciting speaker system to ever be invented.

Comments (-)

