# EXHIBIT 8



Home › About T-Mobile › Newsroom › T-Mobile to Debut the Samsung Galaxy S III on June 21



Home | News | Media Kits | Media Inquiries | Issues & Insights Blog ▶        Follow Us ▶ Share ▶

Print This     Download PDF



## T-Mobile to Debut the Samsung Galaxy S III on June 21

Share ▶

Latest in Galaxy S series brings fast group sharing and on-the-go entertainment all running on America's Largest 4G Network®

Bellevue, Wash. — Jun. 3, 2012



T-Mobile USA Media Relations
(425) 378-4002
Media Inquiries
Investor Relations
Customer Care

2012-06-05 19:10:54

T-Mobile USA, Inc., the No. 1 mobile operator brand in Samsung Galaxy S sales, and Samsung Telecommunications America (Samsung Mobile), the No. 1 mobile phone provider in the U.S. and the No. 1 smartphone provider worldwide,[1] announced the upcoming release of the highly anticipated Samsung Galaxy S® III. Starting June 21, T-Mobile® customers will have the opportunity to own one of the most innovative smartphones in the market to date, joining the popular Galaxy S family of devices.



The Samsung Galaxy S III is one of T-Mobile's fastest 4G (HSPA+ 42 technology) smartphones. With an intuitive design, the Galaxy S III enables customers to share photos, videos and more effortlessly to a compatible TV or other Galaxy S III devices. Featuring a beautiful 4.8-inch HD Super AMOLED™ screen, the Galaxy S III packs a powerful entertainment experience allowing customers to watch HD movies and TV shows, download apps and securely browse the Web at lightning-fast speeds on America's Largest 4G Network®.

"We have a tremendous history of working with Samsung to bring cutting-edge devices to market, and we know our customers are excited to get their hands on the Galaxy S III," said Brad Duea, senior vice president, product management, T-Mobile USA. "As we continue to aggressively compete, this device is yet another example of how T-Mobile delivers amazing devices and 4G experiences to our customers."

**Galaxy S III Key Features**

- **Connecting and Sharing:** Imagine shooting a video with a group of friends and being able to share it immediately with others in the group. The Galaxy S III enables group sharing via Wi-Fi Direct™ so that content such as a video or photo on one device can easily be shared with up to five other Galaxy S III devices. That same video or photo can also be viewed by the group on a compatible big screen TV, such as a SmartTV, using  AllShare®. With an advanced 8-megapixel camera with LED flash and zero shutter lag and a 1.9-megapixel front-facing camera, the Galaxy S III will capture beautiful HD videos and photos that are perfect to share.

- **Entertainment:** Whether waiting for an appointment or commuting on the bus, customers can take in the latest action movie in full HD from Samsung Media Hub or catch their favorite TV show with T-Mobile TV in Mobile HD[2]. Images appear crisp and clear on the Galaxy S III's 4.8-inch HD Super AMOLED screen, bringing entertainment to life on the device. In addition, customers can choose between 16 GB or 32 GB of internal memory, and have the option for expandable memory via a MicroSD slot, providing plenty of

storage for downloading movies, music, games and other apps. Featuring Android[TM] 4.0 (Ice Cream Sandwich) and a Qualcomm® Snapdragon[TM] S4 Processor with 1.5 GHz Dual-Core CPUs and 2GB of RAM, the Galaxy S III also offers a large, 2100mAh battery to power hours of on-the-go entertainment.

- **Productivity:** For customers who want to use the device in their business and personal lives, T-Mobile's Galaxy S III offers a suite of security features delivering enterprise-friendly capabilities. From syncing corporate email, calendars and contacts to providing on-device encryption, the Galaxy S III makes it easy to maximize efficiency and productivity for enterprise users. T-Mobile customers also have access to Wi-Fi Calling and the Smartphone Mobile HotSpot feature ensuring easy and reliable connectivity while on the road.

**Availability**
The Samsung Galaxy S III is expected to arrive in a metallic blue or ceramic white color at T-Mobile retail stores and select retailers nationwide, and at www.t-mobile.com starting June 21.
To learn more about the Samsung Galaxy S III, visit http://galaxy-s.t-mobile.com/samsung-galaxy-s3.

[1] Samsung is the No. 1 mobile phone provider in the United States and the No. 1 smartphone provider worldwide claims according to Strategy Analytics, Q1 2012 U.S. Market Share Handset Shipment and Global Smartphone Shipment Reports.
[2] Mobile HD TV can deliver a bit rate of 800kbps and 16:9 resolution; the bit rate and resolution you experience will vary based on many factors, e.g., programming, network connection and device.

Samsung, Galaxy, AllShare and Super AMOLED are all trademarks of Samsung Electronics Co., Ltd.  Other company names, product names and marks mentioned herein are the property of their respective owners and may be trademarks or registered trademarks.

---

**Robin Handaly**
T-Mobile Media Relations
425-378-4002
MediaRelations@T-Mobile.com

---

**About T-Mobile USA:**

Based in Bellevue, Wash., T-Mobile USA, Inc. is the U.S. wireless operation of Deutsche Telekom AG (OTCQX: DTEGY).  By the end of the first quarter of 2012, approximately 129 million mobile customers were served by the mobile communication segments of the Deutsche Telekom group — 33.4 million by T-Mobile USA — all via a common technology platform based on GSM and UMTS and additionally HSPA+ 21/HSPA+ 42.  T-Mobile USA's innovative wireless products and services help empower people to connect to those who matter most.  Multiple independent research studies continue to rank T-Mobile USA among the highest in numerous regions throughout the U.S. in wireless customer care and call quality.  For more information, please visit http://www.T-Mobile.com.  T-Mobile is a federally registered trademark of Deutsche Telekom AG.  For further information on Deutsche Telekom, please visit www.telekom.de/investor-relations.

**About Samsung Electronics Co., Ltd.**
Samsung Electronics Co., Ltd. is a global leader in semiconductor, telecommunication, digital media and digital convergence technologies with 2010 consolidated sales of US$135.8 billion. Employing approximately 190,500 people in 206 offices across 68 countries, the company operates two separate organizations to coordinate its nine independent business units: Digital Media & Communications, comprising Visual Display, Mobile Communications, Telecommunication Systems, Digital Appliances, IT Solutions, and Digital Imaging; and Device Solutions, consisting of Memory, System LSI and LCD. Recognized for its industry-leading performance across a range of economic, environmental and social criteria, Samsung Electronics was named the world's most sustainable technology company in the 2011 Dow Jones Sustainability Index. For more information, please visit www.samsung.com.

**About Samsung Telecommunications America**
Samsung Telecommunications America, LLC, (Samsung Mobile) a Dallas-based subsidiary of Samsung Electronics Co., Ltd., researches, develops and markets wireless handsets, wireless infrastructure and

other telecommunications products throughout North America. For more information, please visit www.samsung.com.

**Forward-Looking Statements**
This press release contains forward-looking statements that reflect the current views of Deutsche Telekom management with respect to future events. These forward-looking statements may include statements with regard to the expected development of revenue, earnings, profits from operations, depreciation and amortization, cash flows and personnel-related measures. You should consider them with caution. Such statements are subject to risks and uncertainties, most of which are difficult to predict and are generally beyond Deutsche Telekom's control. Among the factors that might influence our ability to achieve our objectives are the progress of our workforce reduction initiative and other cost-saving measures, and the impact of other significant strategic, labor or business initiatives, including acquisitions, dispositions and business combinations, and our network upgrade and expansion initiatives. In addition, stronger than expected competition, technological change, legal proceedings and regulatory developments, among other factors, may have a material adverse effect on our costs and revenue development. Further, the economic downturn in our markets, and changes in interest and currency exchange rates, may also have an impact on our business development and the availability of financing on favorable conditions. Changes to our expectations concerning future cash flows may lead to impairment write downs of assets carried at historical cost, which may materially affect our results at the group and operating segment levels. If these or other risks and uncertainties materialize, or if the assumptions underlying any of these statements prove incorrect, our actual performance may materially differ from the performance expressed or implied by forward-looking statements. We can offer no assurance that our estimates or expectations will be achieved. Without prejudice to existing obligations under capital market law, we do not assume any obligation to update forward-looking statements to take new information or future events into account or otherwise.

In addition to figures prepared in accordance with IFRS, Deutsche Telekom also presents non-GAAP financial performance measures, including, among others, EBITDA, EBITDA margin, adjusted EBITDA, adjusted EBITDA margin, adjusted EBIT, adjusted net income, free cash flow, gross debt and net debt. These non-GAAP measures should be considered in addition to, but not as a substitute for, the information prepared in accordance with IFRS. Non-GAAP financial performance measures are not subject to IFRS or any other generally accepted accounting principles. Other companies may define these terms in different ways.

Shop: Check Order Status | Return Policy | HotSpot | Business | Puerto Rico

T-Mobile for: Developers | Retailers | Real Estate | Affiliates

Company: About T-Mobile | Jobs | Press | Deutsche Telekom | International | Contact Us

Legal: Privacy Policy | Privacy Resources | Consumer Information | Public Safety/911 | Terms & Conditions | Terms of Use

Join us: 

©2002-2012 T-Mobile USA, Inc.

http://newsroom.t-mobile.com/articles/t-mobile-to-debut-samsung-galaxy-s