# EXHIBIT B

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**SUPPLEMENTAL EXPERT DECLARATION OF DR. NATHANIEL POLISH CONCERNING INFRINGEMENT OF U.S. PATENT NO. 8,086,604 BY SAMSUNG'S GALAXY S3**<br><br>**Hearing:**<br>Date:  June 7, 2012<br>Time: 1:30 P.M.<br>Place:  Courtroom 8<br>Judge:  Hon. Lucy H. Koh |

SUPPLEMENTAL EXPERT DECLARATION
OF DR. NATHANIEL POLISH
CONCERNING INFRINGEMENT OF U.S. PATENT NO.
8,086,604 BY SAMSUNG'S GALAXY S3
CASE NO. 12-CV-00630 (LHK)

Gibson, Dunn & Crutcher LLP

1. I have been asked by counsel for Apple, Inc. ("Apple") to submit a supplemental declaration to my declaration of February 6, 2012 and my reply declaration of May 14, 2012.

2. Based on information currently available to me, it is my further opinion that the Samsung Galaxy S3 infringes claims 6 and 19 of the '604 patent.

3. I have seen and operated a Samsung Galaxy S3 that I understand was released this week in the United Kingdom. I confirmed through the operation and study of that phone that the Samsung Galaxy S3 infringes claims 6 and 19 of the '604 patent f that the Samsung Galaxy Nexus does, as described in my previous declarations. The Samsung Galaxy S3 has the same Quick Search Box features and functionality, which operate in the same manner, as the relevant Quick Search Box features and functionality on the Samsung Galaxy Nexus. The Samsung Galaxy S3 Quick Search box can be seen in the screen shots from the Galaxy S3 below.

  

Samsung Galaxy S3: Quick Search Box (left, middle screen), search results for "app" (middle), selectable items for searching through the Quick Search Box (right).

4. It is also my understanding that the Samsung Galaxy S3 uses a version of the Android 4.0 Ice Cream Sandwich, which is also used by the Samsung Galaxy Nexus. For those reasons the

SUPPLEMENTAL EXPERT DECLARATION
OF DR. NATHANIEL POLISH
CONCERNING INFRINGEMENT OF U.S. PATENT NO.
8,086,604 BY SAMSUNG'S GALAXY S3
CASE NO. 12-CV-00630 (LHK)                           1

1  analysis in my previous declarations applies equally to the Samsung Galaxy S3.  It is therefore my

2  opinion that the Samsung Galaxy S3 infringes claims 6 and 19 of the '604 patent.

SUPPLEMENTAL EXPERT DECLARATION
OF DR. NATHANIEL POLISH
CONCERNING INFRINGEMENT OF U.S. PATENT NO.
8,086,604 BY SAMSUNG'S GALAXY S3
CASE NO. 12-CV-00630 (LHK)                    2

Gibson, Dunn & Crutcher LLP

1 | I declare under penalty of perjury that the foregoing is true and correct.

2

3 | Dated:  June 1, 2012

                                                  Nathaniel Polish

SUPPLEMENTAL EXPERT DECLARATION
OF DR. NATHANIEL POLISH
CONCERNING INFRINGEMENT OF U.S. PATENT NO.
8,086,604 BY SAMSUNG'S GALAXY S3
CASE NO. 12-CV-00630 (LHK)

Gibson, Dunn &
Crutcher LLP