# EXHIBIT C

JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br>       Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>       Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>       Counterclaim-Plaintiffs,<br>v.<br>APPLE INC., a California corporation,<br>       Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>SUPPLEMENTAL EXPERT DECLARATION OF DR. todd c. mowry CONCERNING INFRINGEMENT OF U.S. PATENT NO. 5,946,647 BY SAMSUNG'S GALAXY S3<br><br>**Hearing:**<br>Date: June 7, 2012<br>Time: 1:30 P.M.<br>Place: Courtroom 8<br>Judge: Hon. Lucy H. Koh |

SUPPLEMENTAL EXPERT DECLARATION OF
DR. TODD C. MOWRY CONCERNING INFRINGEMENT
OF U.S. PATENT NO. 5,946,647 BY SAMSUNG'S GALAXY S3
Case No. 12-cv-00630-LHK (PSG)

1. I have been asked by counsel for Apple, Inc. ("Apple") to provide an opinion as to whether the Samsung Galaxy S3 infringes United States Patent No. 5,946,647 ("the '647 patent") which is assigned to Apple. I have limited my opinions in this declaration to claims 1 and 8 of the '647 patent.

2. I submitted an Expert Declaration on February 6, 2012 and a Reply Expert Declaration on May 14, 2012, in which I opined that Samsung's Galaxy Nexus infringes at least claims 1 and 8 of the '647 patent. I have been asked to submit this declaration concerning Samsung's Galaxy S3 as a supplement to my Expert Declaration of February 6, 2012 and my Reply Expert Declaration of May 14, 2012.

3. The Galaxy S3 runs the Android 4.0 (Ice Cream Sandwich) operating system. (*See* Samsung Galaxy S3 Tech Specs, *available at* http://www.samsung.com/my/consumer/mobile-devices/smartphone/android-os/GT-I9300MBDXME-spec.) This is the same operating system running on the Galaxy Nexus.

4. I have seen a Galaxy S3 device and viewed it in operation. Based on my observations of the Samsung Galaxy S3 and the information available to me at this time, it is my opinion that the Galaxy S3 infringes claims 1 and 8 of the '647 patent for the same reasons the Galaxy Nexus infringes claims 1 and 8. Based on the information available to me at this time, it appears that the accused functionality, as described in my February 6, 2012 Expert Declaration and my May 14, 2012 Reply Expert Declaration, operates in the same manner on the Galaxy S3 as on the Galaxy Nexus.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 31, 2012

_____
Todd C. Mowry

SUPPLEMENTAL EXPERT DECLARATION OF
DR. TODD C. MOWRY CONCERNING INFRINGEMENT
OF U.S. PATENT NO. 5,946,647 BY SAMSUNG'S GALAXY S3
Case No. 12-cv-00630-LHK (PSG)