JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiff,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF SCOTT A. LESLIE IN SUPPORT OF APPLE INC.'S SUPPLEMENTAL BRIEF REGARDING THE AMOUNT OF BOND** |

DECLARATION OF SCOTT A. LESLIE IN SUPPORT OF APPLE INC.'S SUPPLEMENTAL BRIEF REGARDING THE AMOUNT OF BOND
12-cv-00630-LHK (PSG)

Gibson, Dunn & Crutcher LLP

1

I, Scott A. Leslie, declare and state as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record in this action for plaintiff Apple Inc. ("Apple"). I am licensed to practice law in the State of New York. I submit this declaration in support of Apple's Supplemental Brief Regarding the Amount of Bond. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows.

2. Attached to this declaration as Exhibit 1 is a true and correct copy of an email sent by Mark Lyon to Patrick Shields on June 5, 2012.

3. Attached to this declaration as Exhibit 2 is a true and correct copy of an email sent by Patrick Shields to Mark Lyon on June 5, 2012.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated:  June 6, 2012                              By:   */s/ Scott A. Leslie*
                                                              Scott A. Leslie

Gibson, Dunn & Crutcher LLP

DECLARATION OF SCOTT A. LESLIE IN SUPPORT OF APPLE INC.'S SUPPLEMENTAL BRIEF REGARDING THE AMOUNT OF BOND
12-cv-00630-LHK (PSG)

2