# EXHIBIT 1

**From**: Lyon, Mark
**Sent**: Tuesday, June 05, 2012 02:45 PM
**To**: Patrick Shields <patrickshields@quinnemanuel.com>
**Cc**: Michael Fazio <michaelfazio@quinnemanuel.com>; William Price <williamprice@quinnemanuel.com>; Krevitt, Josh A.; Reiter, Mark
**Subject**: Bonding

Patrick,

As you know, it is defendants' burden to establish the need for and amount of any required bond with regard to a preliminary injunction.  We would thus like to understand what Samsung intends to propose to the Court in tomorrow's filing so that we can determine the extent to which Apple may agree or disagree with Samsung's proposal.   In particular, please let us know by later today what Samsung's position is with regard to the amount of and method of computation for any bond Samsung intends to argue is required for a preliminary injunction to issue with respect to the Galaxy Nexus and the Galaxy S III.

We are available to meet and confer on these issues later this afternoon or evening, if you want to propose a time.

Thank you,
Mark

**H. Mark Lyon**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211
Tel +1 650.849.5307 • Fax +1 650.849.5333
MLyon@gibsondunn.com • www.gibsondunn.com