# EXHIBIT 2

**From:** Patrick Shields <patrickshields@quinnemanuel.com>
**Date:** Tuesday, June 5, 2012 5:25 PM
**To:** Mark Lyon <mlyon@gibsondunn.com>
**Cc:** Michael Fazio <michaelfazio@quinnemanuel.com>, William Price <williamprice@quinnemanuel.com>, Josh Krevitt* <JKrevitt@gibsondunn.com>, Mark Reiter* <MReiter@gibsondunn.com>
**Subject:** RE: Bonding

Mark,

Given the short turnaround to respond to the Court's order, we are still gathering data and will not be in a position to give you a preview of our brief.  You may fairly assume that Samsung will request a bond that corresponds to the amount of sales that would be subject to the injunction.

best regards,
patrick


-----Original Message-----
From: Lyon, Mark [mailto:MLyon@gibsondunn.com]
Sent: Tuesday, June 05, 2012 12:45 PM
To: Patrick Shields
Cc: Michael Fazio; William Price; Krevitt, Josh A.; Reiter, Mark
Subject: Bonding

Patrick,

As you know, it is defendants' burden to establish the need for and amount of any required bond with regard to a preliminary injunction.  We would thus like to understand what Samsung intends to propose to the Court in tomorrow's filing so that we can determine the extent to which Apple may agree or disagree with Samsung's proposal.   In particular, please let us know by later today what Samsung's position is with regard to

the amount of and method of computation for any bond Samsung intends to argue is required for a preliminary injunction to issue with respect to the Galaxy Nexus and the Galaxy S III.

We are available to meet and confer on these issues later this afternoon or evening, if you want to propose a time.

Thank you,
Mark

H. Mark Lyon

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211
Tel +1 650.849.5307 * Fax +1 650.849.5333
MLyon@gibsondunn.com<mailto:MLyon@gibsondunn.com> *
www.gibsondunn.com<http://www.gibsondunn.com/>

_____
This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
_____