1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (SAMSUNG'S BRIEF REGARDING BOND)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3 Administrative Motion to File Documents Under Seal (Samsung's Brief in Response to Court's
4 Order Re: Briefing on Bond).
5    Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No.
6 62 to provide evidence of good cause for this Court to permit filing under seal.  The declaration
7 establishes that portions of Samsung's Brief Regarding Bond (Samsung's "Bond Brief") and ¶¶ 2-3
8 of the Declaration of Corey Kerstetter (the "Kerstetter Declaration")  reference Samsung's
9 forecasted sales figures and average per-unit profit for the Galaxy Nexus smartphone, and that this
10 data is Samsung's confidential business and trade secret information.
11   Accordingly, for good cause shown, the Court HEREBY ORDERS that the portions of
12 Samsung's Bond Brief that reference Samsung's confidential business and trade secret information
13 and ¶¶ 2-3 of the Kerstetter Declaration shall be filed under seal.

15 DATED: _____    _____
16                                  HON. Lucy H. Koh
                                    United States District Judge