| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552)<br>jkrevitt@gibsondunn.com<br>H. MARK LYON (CA SBN 162061)<br>mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiffs,<br>    v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF SARAH E. SIMMONS IN SUPPORT OF APPLE INC.'S OBJECTIONS TO SAMSUNG'S WATSON AND POSNER DECLARATIONS ATTACHING NEW EVIDENCE**<br><br>**Hearing:**<br>Date: June 7, 2012<br>Time: 1:30 P.M.<br>Place: Courtroom 8<br>Judge: Hon. Lucy H. Koh |

DECLARATION OF SARAH E. SIMMONS;
CASE NO.: 12-CV-00630-LHK

Gibson, Dunn & Crutcher LLP

I, Sarah E. Simmons, declare and state as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher, counsel of record in this action for plaintiff Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I submit this declaration in support of Apple's Motion to Compel Production of Rule 30(b)(6) Witness. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows:

2. Attached to this declaration as Exhibit A is a true and correct copy of Apple's counter-designation excerpts from the transcript of the deposition of Dr. Nathaniel Polish, dated June 1, 2012.

3. There is no confidential information discussed or referenced in the transcript excerpts in Exhibit A.

4. On March 29, 2012, Apple produced to Samsung the document Samsung filed on June 1st as Exhibit B to Samsung's Watson Declaration.

5. On March 30, 2012, Apple produced to Samsung the document Samsung filed on June 1st as Exhibit C to Samsung's Watson Declaration.

6. Exhibit E to Samsung's June 1st Watson Declaration is a copy of a website page in the public record.

7. Exhibits II, JJ and KK to Samsung's June 4th Posner Declaration are copies of a website page in the public record.

8. I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Executed on June 6, 2012 in Palo Alto, CA.

Dated: June 6, 2012        By: */s/ Sarah E. Simmons*
                               Sarah E. Simmons

DECLARATION OF SARAH E. SIMMONS;
CASE NO.: 12-CV-00630-LHK                    1