# EXHIBIT A

ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Page 1

1       UNITED STATES DISTRICT COURT
2      NORTHERN DISTRICT OF CALIFORNIA
3

   APPLE INC., a California,         )
4  Corporation,                      )
                                     )
5              Plaintiff,            )
                                     )
6         vs.                        ) Case No.
                                     ) 12-CV-00630-LHK
7  SAMSUNG ELECTRONICS CO., LTD.,    )
   a Korean business entity;         )
8  SAMSUNG ELECTRONICS AMERICA,      )
   INC., a New York corporation;    )
9  SAMSUNG TELECOMMUNICATIONS        )
   AMERICA, LLC, a Delaware          )
10 limited liability company,        )
                                     )
11             Defendants.           )
   -------------------------------   )
12
13          ATTORNEYS' EYES ONLY
14       PURSUANT TO PROTECTIVE ORDER
15              VIDEOTAPED
16      DEPOSITION OF NATHANIEL POLISH
17           New York, New York
18          Friday, June 1, 2012
19
20
21
22  Reported by:
23  FRANCIS X. FREDERICK, CSR, RPR, RMR
24  JOB NO. 50027
25

ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Page 171

1  BY MS. FERNANDS:
2      Q.   Dr. Polish, in paragraph 40 of
3  your Reply Declaration, Exhibit 1 to this
4  deposition, you begin the paragraph:
5  "Specifically, as I discussed above, and given
6  its importance to repeat here..." and then you
7  go on to the Browser module.
8           Do you see that?
9      A.   Yes.
10     Q.   So first here you say that "The
11 Browser module of the Galaxy Nexus implements
12 the heuristic module described in the patent
13 specification as a third module 223 that can
14 maintain a list of the files, applications and
15 Web sites which were most recently accessed
16 and search this list for a match."
17          Do you see that?
18     A.   Yes.
19     Q.   And you would agree that the third
20 module as described at line -- column 4, lines
21 19 to 21, does not necessarily employ a
22 heuristic, correct?
23     A.   Well, I think the point is that in
24 column 4 it's saying that this -- that this
25 third module is a heuristic module and it's

ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Page 172

1  brought up here as an example of heuristic
2  modules.
3       Q.   When we were discussing this
4  section of the patent earlier in column 4,
5  lines 13 to 23, you agreed we me, did you not
6  that if these searches were implemented
7  without using heuristics then the example
8  modules as described would not be heuristic
9  modules, right?
10          MR. BUROKER:  Objection, vague.
11     Mischaracterizes his testimony.
12      A.   Well, you know, if in some sense
13 you would create something without a
14 heuristic, then I suppose it wouldn't be a
15 heuristic module.  But this is talking about
16 this third module as a heuristic module.  And
17 so as described here it's a heuristic.  And I
18 think in this particular case they're talking
19 about maintaining the list of files,
20 application, and the Web sites most recently
21 accessed and searching it.
22          So, I mean, I think that this --
23 that the heuristic here is looking at these
24 things.  There might be some other way to
25 implement this that I -- I'm not thinking that

ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Page 173

1  you wouldn't be using a heuristic, but I think
2  the heuristic here is to search these things.
3           And I think it's -- you know,
4  column 4 is intending to show these as
5  examples of heuristic modules.
6      Q.   What do you mean by "these things"
7  when you say that the heuristic here is to
8  search "these things"?
9      A.   The list of files, applications,
10 and Web sites which were most recently
11 accessed.
12     Q.   What is the heuristic algorithm
13 associated with the Browser module?
14          MR. BUROKER:  Objection, vague.
15     Q.   Strike that.
16          In your opinion does the Browser
17 module employ heuristic algorithm?
18     A.   Yes.
19     Q.   Where do you identify the
20 heuristic algorithm employed by the Browser
21 module?
22     A.   What I say is that the Browser
23 module does exactly what is talked about in
24 column 4 in that it maintains a list of files,
25 applications, and Web sites which were most

ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Page 176

1  Q. Where is the heuristic algorithm
2  used to search bookmarks and Web history?
3       MR. BUROKER: Objection, vague.
4  A. What do you mean where is it used?
5  Q. Have you identified in your
6  Declaration a heuristic algorithm used to
7  search bookmarks and Web history?
8       MR. BUROKER: Objection. Asked
9       and answered.
10 A. Yeah, I think I've said that
11 that's what the Browser module does. In --
12 that's what the Browser module does as part of
13 its search is it looks at bookmarks and recent
14 Web history.
15 Q. Does the Browser module use a
16 heuristic algorithm to look at bookmarks and
17 Web history?
18      MR. BUROKER: Same objection.
19      We're going over the same ground here.
20 A. I think the heuristic algorithm is
21 to look at bookmarks and Web history. The
22 exact way of looking at bookmarks and Web
23 history, I don't know, might or might not be
24 heuristic. It's the looking at the bookmarks.
25 It's the decision that that's the place to

ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Page 177

1   look for it that's heuristic.
2        Q.   Where in your Declaration do you
3   identify the algorithm that implements the
4   decision that that's the place to look for?
5             MR. BUROKER:  Same objections.
6        A.   Well...
7             (Document review.)
8        A.   Yes, I think I say it pretty
9   clearly here in paragraph 43.  Searches the
10  Internet -- the Browser module returns likely
11  candidates from the user's bookmarks and Web
12  history.  These are heuristic because each
13  module searches its area for the best solution
14  from that area.  No user is getting -- there's
15  no guarantee that the user is getting the
16  information she wanted.  Or that she preferred
17  one area over another.  And then they use the
18  example of searching for Nathaniel and coming
19  up with what's the best result for each.
20       Q.   Does paragraph 43 contain a
21  heuristic algorithm?
22       A.   Paragraph 43 describes the use of
23  a heuristic which is to look for the data in a
24  particular place in a particular area.
25       Q.   You would agree with me that claim

Page 179

1  say:  "Lastly, the Google module which is
2  described on the Galaxy Nexus as 'Google
3  search suggestions' and sends searches from
4  the modules to the Google search engine
5  implements the heuristic module as described
6  in the patent specification as 'yet another
7  module that might employ a search engine to
8  locate Internet Web pages which match the
9  user's input'."
10          Do you see that?
11     A.   Yes.
12     Q.   In your opinion, what is the
13 heuristic module that is the Google module?
14          MR. BUROKER:  Objection, vague.
15     A.   Can you read the question again?
16     Q.   Sure.  Let me try a better
17 question.
18          In your opinion is the Google
19 search engine part of the Google module?
20     A.   The Google module as it's used in
21 this context in the Galaxy Nexus is the module
22 that implements search suggestions and it does
23 that in communication with the -- with the
24 Google site.
25     Q.   What do you mean it implements

Page 180

1  search suggestions?
2       A.    Well, it's the module that takes
3  user input and gets candidate sites which it
4  then displays.
5       Q.    How does it get candidate sites?
6       A.    Well, the Google -- the Google
7  search suggestions -- you send it -- this is
8  shown in -- at the screen shots on top of page
9  6.  So you've typed in A-P-P and Google search
10 suggestions has returned -- so that's been
11 sent to Google's -- to the Google -- Google
12 module has sent that to Google search
13 suggestions which has returned Apple Store,
14 Apple and Applebee's.
15      Q.    So Google module sent A-P-P to
16 Google search suggestions in your example,
17 correct?
18      A.    Yes.
19      Q.    What is Google search suggestions
20 in your opinion example?
21           MR. BUROKER:  Objection, vague.
22      A.    Well, I don't -- I'm not sure I
23 can say more than what's at the bottom of 40.
24 That the Google module which is described in
25 the Galaxy Nexus as Google search suggestions

ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Page 183

1  paragraph 43 of your Declaration, "As noted
2  above, they are heuristic because, like the
3  examples in the patent, they all attempt to
4  get the searcher what she is looking for
5  within their particular area of search,"
6  correct?
7      A.   Yes.
8      Q.   And is that your understanding of
9  why the People module and the Google search
10 suggestion module are heuristic?
11     A.   Well, they are heuristic because
12 of the choice they make of where to look for
13 the purpose of getting the user what they
14 want.
15     Q.   At the bottom of page 16 you
16 state:  "These are 'heuristic' because each
17 module searches its area for the best solution
18 from that area.  There is no guarantee that
19 the user is getting the information that she
20 wanted or that she preferred one area over
21 another."
22          Do you see that?
23     A.   Yes.
24     Q.   What is the relevance of the fact
25 that there is no guarantee that the user is

ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Page 184

1  getting the information she wanted or that she
2  preferred one area over another?
3          A.   All right.  Well, so, the example
4  that follows that is that -- each of these
5  modules has a heuristic -- has kind of a way
6  that they approach things to get the -- given
7  their approach that gives them the best
8  information.  So when you type in Nathaniel
9  that the contact module follows its heuristic
10 and looks in the contact's database and does
11 the best it can.  The Google module goes off
12 and because it looks in the recent history
13 goes off and looks at that and does the best
14 it can.
15          So the idea being that these
16 modules don't know for sure what the user
17 wants but they each have a heuristic
18 appropriate to their area to do the best they
19 can.  But they don't know for sure that theirs
20 is the right answer for the user.  They're
21 just doing the best they can given their
22 heuristic.
23         Q.    Does any search, whether or not
24 it's heuristic, know for sure whether they are
25 getting the right answer for the user?

ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Page 185

1        MR. BUROKER:  Objection.
2     Incomplete hypothetical.
3     A.    Give me a little bit more context
4  on that.
5     Q.    Well, you said that the idea that
6  these modules don't know for sure what the
7  user wants but they have an area -- a
8  heuristic appropriate to their area to do the
9  best, they don't know for sure that theirs is
10 the right answer for the user; is that right?
11    A.    Right.
12    Q.    That was part of your last answer.
13    A.    Yeah.
14    Q.    And is it the case that any
15 search, whether or not heuristic, knows that
16 it is getting the right answer for the user?
17         MR. BUROKER:  Same objection.
18    A.    I think if you did something very
19 precise like, you know, having a database of
20 invoices and you put in an invoice number and
21 it was a field that said invoice number you
22 put that in and it looked it up and found it,
23 that -- then I think that system would know it
24 had found it or had not found it.
25         I think that -- in that context --