| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Kevin A. Smith (Cal. Bar No. 250814)<br>kevinsmith@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Cal. Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Patrick M. Shields (Cal. Bar No. 204739)<br>patrickshields@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:   (213) 443-3000<br>Facsimile:   (213) 443-3100<br><br>Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt (Cal. Bar No. 208552)<br>jkrevitt@gibsondunn.com<br>H. Mark Lyon (Cal. Bar No. 162061)<br>mlyon@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, California 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br><br>MORRISON & FOERSTER LLP<br>Michael A. Jacobs (Cal. Bar No. 111664)<br>mjacobs@mofo.com<br>Richard S.J. Hung (Cal. Bar No. 197425)<br>rhung@mofo.com<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>Mark D. Selwyn (Cal. Bar No. 244180)<br>mark.selwyn@wilmerhale.com<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Attorneys for APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM**<br><br>Hearing on Plaintiff's Motion for a Preliminary Injunction:<br>Date:     June 7, 2012<br>Time:    1:30 p.m.<br>Place:    Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

IT IS HEREBY ORDERED:

1. Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC and Plaintiff Apple Inc., and their attorneys, paralegals, assistants and consultants (the "parties") may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, video distribution amplifiers, monitors, speakers, and various cables, cords and power strips, A/B switches, samples of the products at issue in this litigation, and related equipment into the courtroom for use at the hearing on Apple Inc.'s Motion for a Preliminary Injunction on Thursday, June 7, 2012 at 1:30 pm.

2. Beginning at 10:30 a.m. on Thursday, June 7, 2012, the parties may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the hearing as scheduled.

3. At 9:30 am on Tuesday, June 5, 2012, the parties may have access to the courtroom to test the existing equipment therein for the purpose of determining what, if any, additional equipment will be necessary.

**IT IS SO ORDERED.**

DATED: 6/7/12

Hon. Lucy H. Koh
United States District Judge