UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 2h13m

**JUDGE LUCY H. KOH**

CRT REPRTR: LEE-ANNE SHORTRIDGE         DATE: 6/7/12
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                         CASE #: 12-00630LHK

CASE TITLE:   APPLE, INC.   VS.   SAMSUNG ELECTRONICS CO., LTD, ET AL

**Appearances for Plaintiff(s)**           **Appearances for Defendant(s)**

JOSH A. KREVITT, H. MARK LYON,             WILLIAM C. PRICE

MICHAEL A. JACOBS, MARK REITER             PATRICK M. SHIELDS


**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRE-TRIAL CONF.   {X} MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{X}    { }    { }    1. FOR PRELIMINARY INJUNCTION
{ }    { }    { }    2.
{ }    { }    { }    3.
{ }    { }    { }    4.

**DISPOSITION of TODAY'S PROCEEDINGS**

[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED       [ ] DENIED       [ ] SUBMITTED       [ ] DENIED/GRANTED in part


**[ ] BRIEFS TO BE FILED AS FOLLOWS**:

{ } Cont'd to         @             For


**ORDER TO BE PREPARED BY:**     [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments: THE MATTER IS ARGUED BY COUNSEL.  THE COURT WILL ISSUE A WRITTEN ORDER.