JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**DECLARATION OF CYNDI WHEELER REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DECLARATION OF SCOTT L. WATSON IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PRELIMINARY INJUNCTION)** |

I, Cyndi Wheeler, declare and state as follows:

1. I am an attorney at Apple Inc. ("Apple"). Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in connection with Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively, "Samsung") Administrative Motion to file Documents Under Seal to confirm that certain supporting Exhibits to the Declaration of Scott L. Watson In Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction (the "Watson Declaration"), are confidential and sealable. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. The requested relief is necessarily and narrowly tailored to protect the confidentiality of the information contained in the following exhibits to the Watson Declaration.

3. Exhibits B, C, and D to the Watson Declaration contain or otherwise reflect confidential, proprietary market research and analysis prepared by or for Apple, as well as internal analysis of such market research and analysis. Apple designated each of these documents as "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" under the Protective Order. These documents reflect Apple's confidential business and marketing strategy, including information pertaining to confidential Apple customer surveys and the competitive landscape for mobile devices. Furthermore, these documents, and Exhibits C and D in particular, reveal Apple's internal choices of what market research upon which it will rely or otherwise use, as well as its conclusions regarding the significance of such information. The business information contained in each of Exhibits B, C, and D was created at significant cost to Apple and could be used by Apple's competitors to its disadvantage, particularly as it discusses Apple's marketing strategy. It is Apple's practice and policy to maintain the confidentiality of this information; Apple does not disclose or comment on even speculation about its business practices and market analysis.

4. Exhibit F to the Watson Declaration contains Apple's confidential information about its sales and revenues regarding its iPhone products. Apple designated this document as "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" under the Protective Order, as it provides detailed, commercially sensitive, internal data regarding such sales and revenues. It is Apple's practice and policy to maintain the confidentiality of the business information contained in Exhibit F, as it could

be used by Apple's competitors to its disadvantage, particularly to the extent that such data reflects Apple's internal strategy regarding its product releases.

5. Exhibits B, C, D, and F to the Watson Declaration thus should remain under seal for the reasons articulated above.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated:  June 8, 2012                                                  By:     */s/ Cyndi Wheeler*
                                                                                            Cyndi Wheeler

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil 5 Local Rule 5.4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Date:  June 8, 2012                    By:  */s/ Mark Lyon*

                                             H. Mark Lyon