1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | CASE NO. 5:12-cv-00630-LHK<br><br>**[PROPOSED] ORDER SETTING PROCEDURE REGARDING SAMSUNG GALAXY S III** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Counterclaim-Plaintiffs,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>             Counterclaim-Defendant. | |

Pursuant to the Court's instructions during the hearing on June 7, 2012, for Apple Inc.'s Motion for Preliminary Injunction, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have met and conferred regarding a procedure covering the Samsung Galaxy S III. The parties submitted a proposal for such procedure accordingly.

Having considered the parties' stipulated and agreed proposal for a procedure covering the Samsung Galaxy S III, motion and declaration cited therein, IT IS HEREBY ORDERED that:

A.  By Tuesday, June 12, 2012, Samsung shall identify whether it contends that the features of the Galaxy S III comparable to the accused features of the Galaxy Nexus are more than colorably different from those Galaxy Nexus accused features. If Samsung does contend that there are such differences, Samsung will identify the relevant differences between the respective features, as well as any additional non-infringement arguments related to such differences that Samsung contends exist. If Samsung does contend that there are such differences, Samsung also agrees to make its best efforts to produce the source code implemented on the Samsung Galaxy S III relating to the accused features by no later than Thursday, June 14, 2012.

B.  Within 3 days of Samsung's statement described in paragraph (A), the parties shall meet and confer to determine what additional discovery and briefing regarding the Samsung Galaxy S III may be required, if any, and the amount, timing, and exact nature of any such discovery and briefing.

**IT IS SO ORDERED.**

Dated: _____, 2012       By: _____
                                              HONORABLE LUCY H. KOH
                                              UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP