QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (SAMSUNG'S MOTION TO STAY PENDING APPEAL)** |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") bring this administrative motion to file under seal the following portions of documents:

- Portions of Samsung's Motion to Stay and Suspend the June 29, 2012 Preliminary Injunction Pending Appeal or, Alternatively, Pending Decision by Federal Circuit on Stay Pending Appeal (Samsung's "Motion to Stay"); and
- ¶¶ 3-9 of the Declaration of Paul Chapple in Support of Samsung's Motion to Stay (the "Chapple Declaration").

Samsung has established good cause to permit filing these documents under seal through the Declaration of Michael F. Peng in Support of Samsung's Administrative Motion to File Documents Under Seal (Samsung's Motion to Stay Pending Appeal), filed herewith.  In sum, portions of Samsung's Motion to Stay contain Samsung's confidential business and trade secret information, as well as information designated by Apple Inc. ("Apple") as confidential under the protective order in this matter.  In addition, ¶¶ 3-10 of the Chapple Declaration discuss and reference confidential information relating to Samsung's relationships with its business partners and its internal evaluations of the effect of an injunction on those relationships.  Samsung accordingly files its Motion to Stay and supporting Chapple Declaration under seal.  For the portions of the Motion to Stay that contain information designated as confidential by Apple, Samsung expects that Apple will comply with Civil L.R. 79-5(d) by filing an appropriate declaration and proposed sealing order with the Court within seven days.

Samsung's entire filing will be lodged with the Court for in camera review and served on all parties.  Proposed public redacted versions of the documents in Samsung's filing are attached as exhibits to this motion.

| | |
|---|---|
| DATED: July 1, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

        By  /s/ Patrick M. Shields
           Charles K. Verhoeven
           Kevin P.B. Johnson
           Victoria F. Maroulis
           Patrick M. Shields

           Attorneys for DEFENDANTS
           SAMSUNG ELECTRONICS CO., LTD.,
           SAMSUNG ELECTRONICS AMERICA, INC.,
           and SAMSUNG TELECOMMUNICATIONS
           AMERICA, LLC