1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (SAMSUNG'S MOTION TO STAY PENDING APPEAL)** |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3 Administrative Motion to File Documents Under Seal (Samsung's Motion to Stay Pending
4 Appeal).
5    Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No.
6 62 to provide evidence of good cause for this Court to permit filing under seal.  The declaration
7 establishes that portions of Samsung's Motion to Stay and Suspend the June 29, 2012 Preliminary
8 Injunction Pending Appeal or, Alternatively, Pending Decision by Federal Circuit on Stay Pending
9 Appeal (Samsung's "Motion to Stay"), as well as ¶¶ 3-9 of the Declaration of Paul Chapple in
10 Support of Samsung's Motion to Stay (the "Chapple Declaration"), contain Samsung's confidential
11 business and trade secret information.
12    Accordingly, for good cause shown, the Court HEREBY ORDERS that the portions of
13 Samsung's Motion to Stay that contain Samsung's confidential business and trade secret
14 information, as well as ¶¶ 3-9 of the Chapple Declaration, shall be filed under seal.

16 DATED: _____

HON. Lucy H. Koh
17                                                                    United States District Judge

-2-                                                              Case No. 12-CV-00630-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S MOT. TO SEAL (MOT. TO STAY)