QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF MICHAEL F. PENG IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (SAMSUNG'S MOTION TO STAY)** |

I, Michael F. Peng, declare:

1. I am a member of the State Bar of California and an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STC") (collectively, "Samsung"). I am informed of and believe the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Samsung files its administrative motion to file documents under seal in order to protect information designated as confidential by Samsung and Apple Inc. ("Apple") that is contained in portions of Samsung's Motion to Stay and Suspend the June 29, 2012 Preliminary Injunction Pending Appeal or, Alternatively, Pending Decision by Federal Circuit on Stay Pending Appeal (Samsung's "Motion to Stay"), as well as Samsung's confidential and trade secret information contained in the Declaration of Paul Chapple filed in Support of Samsung's Motion to Stay (the "Chapple Declaration").

3. Portions of Samsung's Motion to Stay discuss and reference information relating to the Galaxy Nexus smartphone, including information relating to Samsung's market share in the smartphone market, its internal evaluations of that market, and sales figures for the Galaxy Nexus. Samsung maintains this information as highly confidential in the ordinary course of business, and does not disclose it to competitors. This information is highlighted in yellow in the proposed redacted version of the Motion to Stay.

4. ¶¶ 3-9 of the Chapple Declaration discuss and reference information relating to Galaxy Nexus contracts, upcoming promotions, and other details concerning Samsung's relationships with its business partners, as well as Samsung's internal evaluation of the impact on those relationships if an injunction is placed on the Galaxy Nexus. Samsung maintains this information as highly confidential in the ordinary course of business, and does not disclose it to competitors. This information is highlighted in yellow in the proposed redacted version of the Chapple Declaration.

1        5.      Portions of Samsung's Motion to Stay discuss and reference information contained in documents designated by Apple as highly confidential under the protective order in this matter. This information is highlighted in blue in the proposed redacted version of the Motion to Stay.

      6.      Pursuant to General Order No. 62, copies of unredacted versions of Samsung's Motion to Stay and the Chapple Declaration have been lodged with the Court for in camera review and served on all parties.

      7.      Pursuant to Civil L.R. 7-11, I met and conferred with Jennifer J. Rho, counsel for Apple, on July 1, 2012.  Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal (Samsung's Motion to Stay Pending Appeal) as a procedural mechanism for filing portions of Samsung's Motion to Stay and the Chapple Declaration under seal.  Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on July 1, 2012 at Los Angeles, California.

Michael F. Peng