# EXHIBIT 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF PAUL CHAPPLE IN SUPPORT OF SAMSUNG'S MOTION TO STAY**<br><br>Date:  July 2, 2012<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh<br><br>**<u>FILED UNDER SEAL</u>**<br>HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY |

**DECLARATION OF PAUL CHAPPLE**

I, Paul Chapple, declare as follows:

1. I am presently Vice President of Sales for Samsung Telecommunications America, LLC ("STA").

2. I submit this declaration in support of "Samsung's Motion to Stay and Suspend the June 29, 2012 Preliminary Injunction Pending Appeal or, Alternatively, Pending Decision By Federal Circuit On Stay Pending Appeal." I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.

3. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████
████

4. ████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████

5. ████████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████████

-1-   Case No. 12-CV-00630-LHK
DECLARATION OF PAUL CHAPPLE ISO MOTION TO STAY

1  ██████████████████████████████████████████████████████████████
2  ████████████████████
3       6.   ████████████████████████████████████████████████████
4  ██████████████████████████████████████████████████████████████
5  ██████████████████████████████████████████████████████████████
6  ██████████████████████████████████████████████████████████████
7  ██████████████████████████████████████████████████████████████
8  ██████████████████████████████████████████████████████████████
9  ████████████████████████████████████████████
10      7.   ████████████████████████████████████████████████████
11 ██████████████████████████████████████████████████████████████
12 ██████████████████████████████████████████████████████████████
13 ██████████████████████████████████████████████████████████████
14 ████████████████████████████████████████████████████████████
15 ██████████████████████████████████████████████████
16      8.   ████████████████████████████████████████████████████
17 ██████████████████████████████████████████████████████████████
18 ██████████████████████████████████████████████████████████████
19 ██████████████████████████████████████████████████████████████
20 ██████████████████████████████████████████████████████████
21 ████████████████████████

1  9.  ████████████████████████████████████████
2  ████████████████████████████████████████████
3  ████████████████████████████████████████████
4  ████████████████████████████████████████████
5  ██████████████████████████████

6  I declare under penalty of perjury under the laws of the United States of America that the
7  foregoing is true and correct.

9  Executed on July 1, 2012, at Seattle, Washington.

*/s/ Paul Chapple*
Paul Chapple