| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California 94304-1211 <br> Telephone: (650) 849-5300 <br> Facsimile: (650) 849-5333 | HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br>           Plaintiff, <br>      vs. <br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br>           Defendants. <br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br>           Counterclaim-Plaintiffs, <br>      v. <br> APPLE INC., a California corporation, <br>           Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG) <br><br> **CERTIFICATE OF SERVICE OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO STAY AND SUSPEND THE JUNE 29, 2012 PRELIMINARY INJUNCTION** |

I, Jennifer J. Rho, hereby certify that on this 1st day of July, 2012, I did cause the following document to be served in the following manner:

- **Apple Inc.'s Opposition to Samsung's Motion to Stay and Suspend the June 29, 2012 Preliminary Injunction**

On the interested parties in this action as follows:

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

Patrick Shields
Michael Fazio
Michael Peng
Quinn Emanuel Urquart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000
patrickshields@quinnemanuel.com
michaelfazio@quinnemanuel.com
michaelpeng@quinnemanuel.com

**BY ELECTRONIC MAIL TRANSMISSION** from jrho@gibsondunn.com, by transmitting PDF copies of the foregoing document to each such person identified above, at the e-mail address listed in their addresses. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I further certify that the foregoing document was filed electronically and sent to all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Executed on July 1, 2012 in Los Angeles, California.

Dated:   July 1, 2012                        */s/ Jennifer J. Rho*
                                              Jennifer J. Rho

CERTIFICATE OF SERVICE OF APPLE'S
OPPOSITION TO SAMSUNG'S MOTION TO STAY
CASE NO. 12-CV-00630-LHK (PSG)                 2