UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 13 min

**JUDGE LUCY H. KOH**

CRT REPRTR: LEE-ANNE SHORTRIDGE          DATE: 6/29/12
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                          CASE #: C 12-00630LHK

CASE TITLE:    APPLE    VS.    SAMSUNG, ET AL

| **Appearances for Plaintiff(s)** | **Appearances for Defendant(s)** |
|---|---|
| HAROLD J. MCELHINNY; MICHAEL JACOBS; WILLIAM F. LEE; MARK D. SELWIN | KEVIN P.B. JOHNSON; MICHAEL T. ZELLER; VICTORIA F. MAROULIS; JOHN B. QUINN; CARL ANDERSON |

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRE-TRIAL CONF.   { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1. |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

***DISPOSITION of TODAY'S PROCEEDINGS***

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED       [ ] DENIED       [ ] SUBMITTED       [ ] DENIED/GRANTED in part

***[ ] BRIEFS TO BE FILED AS FOLLOWS***:

{ X} Cont'd to 7/2/12   @  11:00 A.M.   For    FURTHER HEARING in Courtroom 1

**ORDER TO BE PREPARED BY:**     [ ]PLTF;     [ ]DEFT;     [ ]COURT
Additional Comments:  THE COURT AND COUNSEL DISCUSS ISSUES RELATED TO RECENTLY ISSUED ORDER.