JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC, a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Civil Action No. 12-CV-00630-LHK<br><br>**NOTICE OF APPEARANCE BY ANDREW L. LIAO** |

1  NOTICE OF APPEARANCE BY ANDREW LIAO
Case No. 12-cv-00630 (LHK)

ACTIVEUS 98064829v1

| | |
|---|---|
| 1 | SAMSUNG ELECTRONICS CO, LTD, a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC, a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, a California corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Counterclaim-Plaintiff, |
| 7 | v. |
| 8 | APPLE INC, a California corporation, |
| 9 | Counterclaim-Defendant. |

PLEASE TAKE NOTICE that attorney Andrew L. Liao of Wilmer Cutler Pickering Hale and Dorr LLP, a member of the State Bar of California (CA SBN 271219) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for plaintiff Apple Inc. in the above-captioned case.

>Andrew L. Liao
>Wilmer Cutler Pickering Hale and Dorr LLP
>950 Page Mill Road
>Palo Alto, California  94304
>Telephone:  (650) 858-6063
>Facsimile:  (650) 858-6100
>Email:  andrew.liao@wilmerhale.com

Dated:  July 2, 2012                    WILMER CUTLER PICKERING HALE
                                        AND DORR LLP


                                        By:  /s/  Andrew Liao
                                             ANDREW LIAO

                                        Attorneys for Plaintiff
                                        APPLE INC.

---

2    NOTICE OF APPEARANCE BY ANDREW LIAO
Case No. 12-cv-00630 (LHK)

ACTIVEUS 98064829v1