QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Patrick M. Shields (Bar No. 204739)
patrickshields@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

STEPTOE & JOHNSON, LLP
John Caracappa (*pro hac vice*)
jcaracappa@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**NOTICE OF APPEAL** |

1 **NOTICE IS HEREBY GIVEN** that Defendants Samsung Electronics Co. Ltd., Samsung
2 Electronics America, Inc., and Samsung Telecommunications America, LLC appeal to the United
3 States Court of Appeals for the Federal Circuit from the June 29, 2012 Order Granting Motion for
4 Preliminary Injunction entered in the above-captioned action, and each and every part thereof.

6 DATED:   June 30, 2012             QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

9                                     By  */s/ Patrick M. Shields*
                                          Charles K. Verhoeven
10                                        Kevin P.B. Johnson
                                          Victoria F. Maroulis
11                                        William C. Price
                                          Patrick M. Shields

13                                        Attorneys for Defendants and Counterclaimants
                                          SAMSUNG ELECTRONICS CO., LTD.,
14                                        SAMSUNG ELECTRONICS AMERICA, INC.,
                                          and SAMSUNG TELECOMMUNICATIONS
15                                        AMERICA, LLC