UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 1h29m

**JUDGE LUCY H. KOH**

CRT REPRTR: LEE-ANNE SHORTRIDGE          DATE: 7/2/12
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                          CASE #: C 12-00630LHK

CASE TITLE: APPLE INC. VS. SAMSUNG ELECTRONICS CO., LTD., ET AL

| **Appearances for Plaintiff(s)** | **Appearances for Defendant(s)** |
|---|---|
| HAROLD J. MECLHINNY; MICHAEL A. JACOBS; JOSH A. KREVITT; H. MARK LYON; MARK D. SELWYN | PATRICK M. SHIELDS  WILLIAM C. PRICE |

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRE-TRIAL CONF.   {X} MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     {X}     { }      1. TO STAY PENDING APPEAL
{ }     { }     { }      2.
{ }     { }     { }      3.
{ }     { }     { }      4.

**DISPOSITION of TODAY'S PROCEEDINGS**

[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED     [ ] DENIED     [ ] SUBMITTED     [ ] DENIED/GRANTED in part

**[ ] BRIEFS TO BE FILED AS FOLLOWS:**

{ } Cont'd to         @           For

**ORDER TO BE PREPARED BY:**   [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments: THE MATTER IS ARGUED BY COUNSEL. THE COURT WILL ISSUE A WRITTEN ORDER.