AO 149 (6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

APPLE INC.-v-SAMSUNG ELECTRONICS CO.,LTD,ET.AL
Plaintiff(s)                Defendant(s)

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case: **Patent Infringement**

Docket No.   CV 12-00630 LHK            Date of Judgment/Order:   7/1/2012

Cross or related appeal?         Date of Notice of Appeal:   7/3/2012

Appellant is:  ( ) Plaintiff     (X) Defendant     ( ) Other (explain

DOCKET FEE STATUS:
    (X) Paid    ( ) Not Paid    Billed On:
    U.S. Appeal?  Yes ( )  No ( )
    In forma pauperis?
      ( ) Granted    ( ) Denied    ( ) Revoked     ( ) Pending    ( ) Never requested

COUNSEL
(List name, firm, address and telephone of lead counsel for each party.  Indicate party represented.
Plaintiff's Lead Attorney
Hervey Mark Lyon
Gibson Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
650-849-5300
Defendant's Lead Attodrney
Patrick M. Shields
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
213-443-3000

COURT REPORTER: Lee-Anne Shortridge 408-287-4580

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries.