**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

July 5, 2012

U.S. Court of Appeals
For the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

**CASE NUMBER: CV 12-00630 LHK**

**CASE TITLE: APPLE INC.-v-SAMSUNG ELECTRONICS CO.,LTD,ET.AL**

USCA Case Number:

Dear Sir/Madam:

     Enclosed is the Copy of Notice of Appeal, Appealed Order and Certified Docket Sheet in the above captioned case.  Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Gordana Macic* (signature)

by: Gordana Macic
Case Systems Administrator

cc:  Counsel of Record