JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Counterclaim-Plaintiff,<br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**DECLARATION OF CYNDI WHEELER REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (SAMSUNG'S MOTION TO STAY AND SUSPEND THE JUNE 29, 2012 PRELIMINARY INJUNCTION PENDING APPEAL OR ALTERNATIVELY, PENDING DECISION BY FEDERAL CIRCUIT ON STAY PENDING APPEAL)** |

I, Cyndi Wheeler, declare and state as follows:

1. I am an attorney at Apple Inc. ("Apple"). Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in connection with Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively, "Samsung") Administrative Motion to file Documents Under Seal to confirm that certain information contained in Samsung's Motion to Stay And Suspend The June 29, 2012 Preliminary Injunction Pending Appeal Or Alternatively, Pending Decision By Federal Circuit On Stay Pending Appeal (the "Motion to Stay") is confidential and sealable. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them under oath.

2. The requested relief is necessarily and narrowly tailored to protect the confidentiality of the information contained in Samsung's Motion to Stay.

3. Portions of Samsung's Motion to Stay contain or otherwise reflect confidential, proprietary market research and analysis prepared by or for Apple, as well as Apple's internal evaluation of such market research and analysis – or Samsung's characterizations of such internal evaluations. Similarly, certain portions quote data from market research reports prepared for Apple, which Apple was permitted to provide in this litigation only if designated "Highly Confidential – Outside Counsel Eyes' Only."

4. Further portions reflect Apple's internal evaluations of information from confidential Apple customer surveys regarding its products and the competitive landscape for mobile devices. The business information contained in portions of Samsung's Motion to Stay was created at significant cost to Apple and could be used by Apple's competitors to its disadvantage, particularly as it discusses Apple's marketing strategy and analysis of mobile device features. It is Apple's practice and policy to maintain the confidentiality of this information; Apple does not disclose or comment on even speculation about its business practices and market analysis.

5. These portions of Samsung's Motion to Stay thus should remain under seal for the reasons articulated above.

1  I declare under the penalty of perjury under the laws of the United States of America that the
2  forgoing is true and correct to the best of my knowledge.

Dated:  July 6, 2012                                        By:     /s/ *Cyndy Wheeler*
                                                                          Cyndi Wheeler

WHEELER DECLARATION RE SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
12-CV-00630-LHK (PSG)

Gibson, Dunn &
Crutcher LLP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document and supporting documents were filed electronically in compliance with Civil 5 Local Rule 5.4, and will be served on all counsel for the parties who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: July 7, 2012                             /s/ *H. Mark Lyon*
                                                                        H. Mark Lyon

Gibson, Dunn & Crutcher LLP

WHEELER DECLARATION RE SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
12-CV-00630-LHK (PSG)