JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br>v.<br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK  (PSG)<br><br>**[PROPOSED] ORDER SEALING SAMSUNG'S MOTION TO STAY AND SUSPEND THE JUNE 29, 2012 PRELIMINARY INJUNCTION PENDING APPEAL OR ALTERNATIVELY, PENDING DECISION BY FEDERAL CIRCUIT ON STAY PENDING APPEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed Samsung's Administrative Motion to File Documents Under Seal on July 1, 2012 regarding Samsung's Motion To Stay And Suspend The June 29, 2012 Preliminary Injunction Pending Appeal Or, Alternatively, Pending Decision By Federal Circuit On Stay Pending Appeal (the "Motion to Stay"). Pursuant to Civil Local Rule 79-5(d), Samsung moved to seal its Motion to Stay on the grounds that it contained information designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" by Samsung and by plaintiff Apple Inc. ("Apple") under the Protective Order applicable in this litigation.

Pursuant to Civil Local Rule 79-5(d), Apple has filed the declaration of Cyndi Wheeler regarding Samsung's Administrative Motion to File Documents Under Seal in its Motion to Stay And Suspend The June 29, 2012 Preliminary Injunction Pending Appeal Or, Alternatively, Pending Decision By Federal Circuit On Stay Pending Appeal (the "Wheeler Declaration"). Also filed by Apple is a proposed redacted version of the Motion to Stay of which only portions are sealable.  The Wheeler Declaration provides sufficient evidence that the information designated as confidential by Apple and contained within the Motion to Stay is "privileged or protectable as trade secret otherwise entitled to protection under the law," and thus sealable.  Civil L.R. 79-5(a).  By filing the Wheeler Declaration, Apple thus has filed the declaration required under Civil L.R. 79-5 and General Order No. 62, which provides evidence of good cause for this Court to permit filing under seal.

Having considered the motion and declaration cited therein, and finding good cause therefore, the Court hereby GRANTS Samsung's motion to file under seal with respect to those portions containing information designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Apple.  Accordingly, IT IS HEREBY ORDERED that the confidential, unredacted version of Samsung's Motion to Stay Motion to Stay And Suspend The June 29, 2012 Preliminary Injunction Pending Appeal Or, Alternatively, Pending Decision By Federal Circuit On Stay Pending Appeal shall be filed under seal.  The Court further ORDERS that the proposed redacted version of the Motion to Stay filed by Apple shall remain the publicly-available version filed on ECF.

**IT IS SO ORDERED.**

Dated: _____, 2012        By: _____
                                          HONORABLE LUCY H. KOH
                                          UNITED STATES DISTRICT JUDGE