Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611012148
Cashier ID: waltonb
Transaction Date: 07/05/2012
Payer Name: Gibson Dunn and Crutcher LLP
----------------------------------------
POWER OF ATTORNEY
 For: Barbie Norton
 Case/Party: D-CAN-5-12-CV-000630-001
 Amount:       $46.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 002068
 Amt Tendered: $46.00
----------------------------------------
Total Due:      $46.00
Total Tendered: $46.00
Change Amt:     $0.00

LHK


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.