# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## PRELIMINARY NOTICE OF DOCKETING

### 12-1507 - Apple Inc. v. Samsung Electronics Co., Ltd.

July 6, 2012

(Date of docketing)

**FILED**
JUL 10 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Appeal from: United States District Court for the Northern District of California (San Jose) Case no. 12-CV-0630

Name of Appellant(s): Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC

   A Rule 8 motion has been filed

   Docket No. 12-1507 has been assigned

   The notice of docketing will be issued when copies of the notice of appeal and the docket entries are received from the clerk of the lower court and the appeal has been entered on the docket of this court.

   Attachments (with recipients noted) to this notice include:

- Official caption

Counsel may download the Rules of Practice and required forms from www.cafc.uscourts.gov or call 202.275.8000 for a printed copy.

Jan Horbaly
Clerk

cc: Clerk's Office, United States District Court for the Northern District of California (San Jose)
Josh Krevitt
William C. Price

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2012-1507

APPLE INC.,

Plaintiff-Appellee,

v.

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC., and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,

Defendants-Appellants.

Appeal from the United States District Court for the Northern District of California in case no. 12-CV-0630, Judge Lucy H. Koh.

Authorized Abbreviated Caption[2]

APPLE INC. V SAMSUNG ELECTRONICS CO., LTD., 2012-1507

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.