Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (Civil L.R. 7-11, 79-5)** |

1  Non-party Google Inc. ("Google") has submitted an administrative motion for an order to seal Exhibit 1 to the Declaration of Scott Leslie in Support of Apple's Reply Memorandum in Support of Motion for a Preliminary Injunction (Docket No. 175, Attachment 6).  Google has filed the declaration required under Civil Local Rule 79-5 and General Order No. 62 to show compelling reasons for this Court to permit filing under seal.  The declaration establishes that Exhibit 1 to the Declaration of Scott Leslie in Support of Apple's Reply Memorandum in Support of Motion for a Preliminary Injunction contains Google's highly confidential and proprietary information and could be used to its disadvantage by competitors if it is not filed under seal.

Accordingly, for compelling reasons shown, the Court ORDERS that the confidential, unredacted version of Exhibit 1 to the Declaration of Scott Leslie in Support of Apple's Reply Memorandum in Support of Motion for a Preliminary Injunction (Docket No. 175, Attachment 6) shall remain under seal.

**IT IS SO ORDERED.**

Dated: _____   By: _____
  Hon. Lucy H. Koh
  United States District Judge

-1-  CASE NO. 12-CV-00630-LHK
[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO SEAL