1  Amy H. Candido
   amycandido@quinnemanuel.com
2  Matthew S. Warren
   matthewwarren@quinnemanuel.com
3  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
4  50 California Street, 22nd Floor
   San Francisco, California  94111-4788
5  (415) 875-6600
   (415) 875-6700 facsimile
6

7  Attorneys for Non-Party Google Inc.

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12

| | |
|---|---|
| 13  APPLE INC., a California corporation, | |
| 14           Plaintiff, | |
| 15           v. | CASE NO. 12-CV-00630-LHK |
| 16  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF KRISTIN J. MADIGAN IN SUPPORT OF NON-PARTY GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (Civil L.R. 7-11, 79-5)** |
| 19           Defendants. | |
| 20  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24           Counterclaim-Plaintiff, | |
| 25           v. | |
| 26  APPLE INC., a California corporation, | |
| 27           Counterclaim-Defendant. | |

28

I, Kristin J. Madigan, declare under 28 U.S.C. § 1746:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Google's administrative motion to file documents under seal. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. Exhibit 1 to the Declaration of Scott Leslie in Support of Apple's Reply Memorandum in Support of Motion for a Preliminary Injunction (Docket No. 175, Attachment 6) is a ten-page internal Google document that discusses proprietary functionality, reveals internal business strategy and planning, and discloses discussions regarding potential future products, all of which reveal information that is highly confidential and proprietary to Google.

3. On July 24, 2012, Google met and conferred with Samsung and Apple regarding the instant motion. Samsung indicated it will not oppose Google's motion to seal. Apple did not respond.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Francisco, California, on July 25, 2012.

　　　　　　　　　　　　　/s *Kristin J. Madigan*
　　　　　　　　　　　　　Kristin J. Madigan