JOSH A. KREVITT (CA SBN 208552)
jkrevitt@gibsondunn.com
H. MARK LYON (CA SBN 162061)
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | CASE NO. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER SEALING APPLE'S DOCUMENTS** |

In compliance with this Court's Order Denying Administrative Motions to File Documents Under Seal (D.I. 238), issued on July 18, 2012, and in accordance with Civil Local Rules 7-11 and 79-5, Plaintiff Apple, Inc. ("Apple") filed its Renewed Motion to File Documents Under Seal ("Renewed Motion") and the supporting declaration of Cyndi Wheeler. Also filed by Apple are proposed redacted versions of those documents of which only portions are sealable that do not contain confidential information of another party. Pursuant to the Court's July 18, 2012 Order, Apple has filed the Declaration of Emily L. Fedman in support of its Renewed Motion. Pursuant to Civil L.R. 79-5(d), Apple has filed the Declaration of Cyndi Wheeler (the "Wheeler Declaration") in support of its Renewed Motion. The Wheeler Declaration provides sufficient evidence that the documents and information designated as confidential by Apple are "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a).

Accordingly, IT IS HEREBY ORDERED that the following documents should be filed under seal:

- Exhibits 22, 28, 29, 53, 82, and 112 and Attachments B-L to the Declaration of Christopher Vellturo, Ph.D. In Support of Apple's Motion for Preliminary Injunction (of which the proposed redacted versions of Exhibit 29 may be filed in public form);

- Exhibits 1, 2, 3, 5 and 6 to the Declaration of Arthur Rangel In Support of Apple's Motion for Preliminary Injunction;

- The Declaration of Michael J. Wagner In Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction (the "Wagner Declaration") and accompanying Exhibits B, L, R, S, PP, TT, UU, XX, YY, ZZ, AAA, BBB, DDD, GGG, HHH and III (of which the proposed redacted versions of the Wagner Declaration and Exhibits B, L, R, UU, XX, YY, ZZ, AAA, BBB and III may be filed in public form);

- Exhibits Q, R, S, T, V, W, Y, BB, and CC to the Declaration of Daniel C. Posner In Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction (of which the proposed redacted versions of Exhibits BB, and CC may be filed in public form); and

1  • Exhibits 4, 22, 25, 26, 27, 29, 30 and 31 to the Reply Declaration of Christopher Vellturo, Ph.D. In Support of Apple's Reply In Support of Its Preliminary Injunction Motion (of which the proposed redacted version of Exhibits 4 and 29 may be filed in public form).

And furthermore, Exhibits B, C, D and F to the Scott L. Watson Declaration in Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction will remain under seal as they were struck from the record (D.I. 221).

The parties shall meet and confer to create a single set of documents in compliance with this order that can be publicly filed.

Having considered the motion and declaration cited therein, and finding good cause therefore, the Court hereby GRANTS Apple's renewed motion to file under seal.

**IT IS SO ORDERED.**

Dated: _____, 2012      By: _____
                                         HONORABLE LUCY H. KOH
                                         UNITED STATES DISTRICT JUDGE

PROPOSED ORDER SEALING APPLE'S DOCUMENTS
12-CV-00630-LHK (PSG)