UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Renewed
3 Motion to File Documents Under Seal.

4    Samsung has filed the declarations required under Civil Local Rule 79-5, General Order
5 No. 62, and this Court's July 18, 2012 Order (ECF No. 238) to provide evidence of compelling
6 reasons for this Court to permit filing under seal.  In short, the Declaration of Giho Ro in Support
7 of Samsung's Renewed Motion to File Documents Under Seal and the Declaration of Hankil Kang
8 in Support of Samsung's Renewed Administrative Motion to File Documents Under Seal establish
9 that the below documents and portions of documents contain Samsung's highly confidential
10 business and trade secret information, and that there exist compelling reasons to allow the filing of
11 the aforementioned documents under seal.

12    Accordingly, for compelling reasons shown, the Court HEREBY ORDERS that the
13 following documents and portions of documents shall be filed under seal:

- **Apple's Reply Memorandum in Support of Its Motion for a Preliminary Injunction (ECF No. 175-4):** pp. 1:16, 10:15-16, 10:18-19, and 11:7-8;
- **Vellturo Reply Declaration, Ex. 4 (ECF No. 178-4):** pp. 44:3-11, 44:18-22, 50:4-22, 87:23-89:12, 118:18-121:22, 137:9-138:7, and 138:17-139:13;
- **Vellturo Reply Declaration, Ex. 5 (ECF No. 178-5):** pp. 75:7, 75:12, 75:22, and 76:3;
- **Vellturo Reply Declaration, Ex. 35 (ECF No. 178-34)/Wagner Declaration, Ex. QQ (ECF No. 132-10):** Bates Nos. SAMNDCA00258686-687, 689, 693, 696-697, 700-701, 703, 705-708, 710-711, 714-715, 722-730, 740, 749-752, 755-758, 760, 762, 764, 766, 776-781, 783-790, 794-798, 800-803, 807, 810, 812-813, and 815-816;
- **Vellturo Reply Declaration, Ex. 36 (ECF No. 178-35):** Bates Nos. SAMNDCA00261729, 741, 743-746, 752, 754-757, 764-768, 770-773, 775-779, and 781-782;

1   • **Vellturo Reply Declaration, Ex. 37 (ECF No. 178-56):** Bates Nos.
2       SAMNDCA00268362, 367-374, and 376-377;
3   • **Vellturo Reply Declaration, Ex. 38 (ECF No. 178-36):** Bates Nos.
4       SAMNDCA00268767, 776-781, 783, 786-788, 790-791, 793, 796, 798-800, 802-
5       805, 808, 810-811, 816, 817-820, 822-825, 827, and 831;
6   • **Vellturo Reply Declaration, Ex. 40 (ECF No. 178-38):** Bates Nos.
7       SAMNDCA00276945-6948, 6950, 6953, 6957-6959, 6960, 6962, 6990-6991,
8       6993, 6994, 7000, 7004-7006, 7009-7012, 7015-7016, 7018-7021, 7027-7032,
9       7035-7036, 7038, and 7043;
10  • **Vellturo Reply Declaration, Ex. 41 (ECF No. 178-39):** Bates Nos.
11      SAMNDCA00380806-809;
12  • **Vellturo Reply Declaration, Ex. 44 (ECF No. 178-42):** Bates Nos.
13      SAMNDCA10389446-451, 461, 465, 468, 470, 472, 476, 478, and 483;
14  • **Vellturo Reply Declaration, Ex. 46 (ECF No. 178-44):** Bates Nos.
15      SAMNDCA10853185, 187-190, 197-199, 210, 212, 214-215, 220, and 230-233
16  • **Vellturo Reply Declaration, Ex. 48 (ECF No. 178-46):** Bates Nos.
17      SAMNDCA11545931-5932, 5938, 5947-5948, 5950-5951, 5953-5954, 5957,
18      5962-5963, 5965, 5972, 5975, 5980, 5991-5992, 5994, and 5997-6000;
19  • **Vellturo Reply Declaration, Ex. 50 (ECF No. 178-48):** Bates Nos.
20      SAMNDCA630-000954435-437;
21  • **Vellturo Reply Declaration, Ex. 51 (ECF No. 178-49):** Bates Nos. S-ITC-
22      003353315, 318-322, 337-339, 343, 347-348, 355-356, 359, 363, 371-374, 382-
23      383, 385, 387, 415, 428-431, 434-436, 442, 460, and 469;
24  • **Vellturo Reply Declaration, Ex. 53 (ECF No. 178-51):** Bates Nos. S-ITC-
25      500047397, 399, 401, 405, 407, 409-410, 415-416, 427-432, 436-441, 443-444,
26      and 449;
27  • **Vellturo Reply Declaration, Ex. 55 (ECF No. 178-53):** Bates Nos. S-ITC-
28      500054992-998;

- **Vellturo Reply Declaration, Ex. 56 (ECF No. 178-54):** Bates Nos. S-ITC-500056376, 378-382, 402, 429, and 442;
- **Vellturo Reply Declaration, Ex. 57 (ECF No. 178-55):** Bates Nos. S-ITC-500057693, 705-706, 708-709, 711-712, 714-715, 717-719, 723, 726-730, 736-737, 739-745, 747, 753-754, and 756-757;
- **Vellturo Reply Declaration (ECF No. 178):** ¶¶ 4, 6, 11, 13, 17, 23-25, 27-29, 50, 56, 59, 62-63, 65, 124, and 125; pp. 5 n.14, 11 n.33, and 36 n.113;
- **Samsung's Brief Regarding Bond (ECF No. 204-3):** pp. 1:16, 2:17-19, and 2:22; and
- **Kerstetter Declaration (ECF No. 204-4):** pp. 1:11 and 1:16.

DATED: _____

HON. Lucy H. Koh
United States District Judge