# ATTACHMENT A

Attachment A

| Dkt. No. | Name of Filing | Exhibit to Motion | Portion to Be Sealed | Description |
|---|---|---|---|---|
| 175-4 | Apple's Reply ISO Motion For A Preliminary Injunction | 1 | 1:16 | This page discusses confidential product-specific revenue information. |
| | | | 10:15-16, 18-19 | This page discusses portions of Exs. 35, 40 and 56 to the Vellturo Reply Decl., which Samsung seeks to seal for reasons discussed in the motion and supporting declarations. |
| | | | 11:7-8 | This page discusses confidential product-specific revenue information. |
| 178-4 | Vellturo Reply Decl. Ex. 4 | 2 | 44:3-11; 44:18-22; 50:4-22; 87:23-89:12; 118:18-121:22; 137:9-138:7; 138:17-139:13. | These pages discuss portions of documents Samsung seeks to seal for reasons discussed in the motion and supporting declarations. The documents discussed, Wagner Depo. Exs. 8, 17, 23, correspond to Vellturo Reply Decl. Exs. 35, 55, 51, respectively. |
| 178-5 | Vellturo Reply Decl. Ex. 5 | 3 | 75:7,12,22; 76:3 | These pages discuss confidential product-specific revenue. |
| 132-10; 178-34 | Wagner Decl. Ex. QQ; Vellturo Reply Decl. Ex. 35 | 4;5 | 686-687 | Portions of page 686 and all of page 687 contain confidential 2012 market strategy information and financial goals. |
| | | | 689 | Portions of this page contain confidential financial information for 2011, including sensitive quarterly revenue information. |
| | | | 693 | Portions of this page contain confidential financial information for 2011, including sensitive quarterly, monthly and subsidiary-specific revenue information. |
| | | | 696-697 | These pages contain confidential 2012 market strategy information, including segment and carrier- specific strategy. |
| | | | 700-701 | These pages contain confidential 2012 market strategy information, including retail targets and plans and break outs of Samsung smartphone shares by channel of distribution. |
| | | | 703 | This page contains confidential STA future sales strategy. |
| | | | 705-708 | These pages contain confidential 2012 market strategy information, including segment and carrier- specific strategy plans. |
| | | | 710-711 | Page 710 and a portion of page 711 contains confidential market strategy information and 2012 financial targets specific to certain distribution channels. |

| Dkt. No. | Name of Filing | Exhibit to Motion | Portion to Be Sealed | Description |
|---|---|---|---|---|
| | | | 714-715 | Page 714 and a portion of page 715 contains confidential market strategy information, including business alliance and partnership opportunities. |
| | | | 722-730 | These pages contain confidential 2012 STA market objectives and strategy information, including competitor-specific strategic plans. |
| | | | 740 | This page contains confidential STA 2012 marketing goals. |
| | | | 749-752 | Portions of these pages contain confidential market strategy information, including for 2012 and 2013. |
| | | | 755-758 | Portions of these pages contain confidential market strategy information, including specific 2012 opportunities. |
| | | | 760 | A portion of this page contains confidential market strategy information. |
| | | | 762 | This page contains confidential financial information for 2011, including weekly performance statistics and segment-specific data, including revenue and sales conversion rates. |
| | | | 764 | This page contains confidential market strategy information. |
| | | | 766 | A portion of this page contains confidential 2012 market strategy plans and goals. |
| | | | 776-781 | These pages contain confidential 2012 market strategy information, including planned actions, improvements and goals, as well as confidential financial revenue growth analysis. |
| | | | 783-790 | These pages contain confidential 2012 market strategy information, including areas to target and improve, "2012 US Market product coverage," competitor-specific action plans, and a "2012 Portfolio Summary". |
| | | | 794-798 | These pages contain confidential information relating to Samsung's "FY '12 Key Marketing Strategies" and business opportunities. |
| | | | 800-803 | These pages contain confidential internal analysis of Samsung's 2011 performance and recommended "next steps" and strategies for improvements. |
| | | | 807 | This page contains confidential analysis of Samsung's carrier relationships and programs, including costs-savings and ROI by carrier. |

| Dkt. No. | Name of Filing | Exhibit to Motion | Portion to Be Sealed | Description |
|---|---|---|---|---|
| | | | 810 | This page contains confidential market strategy information. |
| | | | 812-813 | These pages contain confidential market strategy information and financial goals for 2012-2014. |
| | | | 815-816 | These pages contain Samsung's confidential "2012 STA Business Plan Sales," including analysis of financial actuals versus forecasts for 2010 and 2012, projected financials and growth for 2012, as well as market strategy information. |
| 178-35 | Vellturo Reply Decl. Ex. 36 | 6 | 729 | This page contains the Executive Summary of this confidential document, including Samsung's 2012 portfolio status and product competitiveness analysis. |
| | | | 741 | This page contains confidential conclusions and recommendations for competing in the smartphone marketplace and as to specific competitive products. |
| | | | 743-746 | These pages contain a confidential, carrier-specific "2012 Roadmap", analysis of Samsung's current roadmap, Samsung's 2012 SKU prioritizations and SKU lifecycle management information. |
| | | | 752 | This page contains confidential conclusions and recommendations regarding competitive strategy, both generally and product- specific. |
| | | | 754-757 | These pages contain a confidential "2012 Roadmap," including confirmed and proposed SKUs, areas of concern in the roadmap, SKU analyses for business decision-making, and information regarding growth and opportunity areas. |
| | | | 764-768 | These pages contain confidential 2012 product portfolio information, business strategy information, and analyses of product competitiveness. |
| | | | 770-773 | These pages contain confidential information regarding a specific business strategy being implemented and plans for 2012 growth and further implementation. |
| | | | 775-779 | These pages contain confidential information regarding a specific business strategy being implemented and plans for 2012 growth and further implementation. |

| Dkt. No. | Name of Filing | Exhibit to Motion | Portion to Be Sealed | Description |
|---|---|---|---|---|
| | | | 781-782 | These pages contain confidential market strategy for Samsung's tablet segment, including analysis of and recommendations for the current 2012 portfolio. |
| 178-56 | Vellturo Reply Decl. Ex. 37 | 7 | 362 | This page contains confidential 2011 financial information delineated by customer type and product segment, as well as 2015 financial projections in the same metrics. |
| | | | 367-374 | These pages contain confidential financial information, including STA 2011 revenue and STA 2015 projected revenues delineated by market segment and customer identity, as well as confidential market strategy and business planning information. |
| | | | 376-377 | These pages contains Samsung's confidential business strategies for certain market segments. |
| 178-36 | Vellturo Reply Decl. Ex. 38 | 8 | 767 | This page contains STA's confidential "2015 Vision". |
| | | | 776-781 | These pages contain Samsung's confidential market strategy and internal analysis of business growth. |
| | | | 783 | This pages contain Samsung's confidential internal analysis of its "competitive advantage" and business plans for driving market growth. |
| | | | 786-788 | These pages contain Samsung's confidential internal analysis of its "competitive advantage" and its business goals and plans for 2020. |
| | | | 790-791 | These pages contain Samsung's confidential internal analysis of its growth in a certain market segment, goals for that segment through 2015, and historic and forecasted financial information specific to that segment. |
| | | | 793 | This page contains Samsung's confidential internal analysis of segment-specific marketing and business strategies. |
| | | | 796 | This page contains Samsung's confidential segment-specific market and business strategy through 2015. |
| | | | 798-800 | These pages contain confidential financial information including STA 2011 revenue and STA 2015 projected revenues delineated by market segment and customer, as well as confidential market strategy and business planning information. |

| Dkt. No. | Name of Filing | Exhibit to Motion | Portion to Be Sealed | Description |
|---|---|---|---|---|
| | | | 802-805 | These pages confidential market strategy information, as well as Samsung's confidential internal analyses concerning future business strategy and conclusions and recommendations relating to achieving and implementing future goals. |
| | | | 808 | This page contains Samsung's confidential internal analysis of smartphone market segments and competitors' positioning in each of those segments. |
| | | | 810-811 | These pages contain Samsung's confidential internal analysis of various competitors, the market segments represented by each competitor, and available business strategies for Samsung to pursue in each of those segments. |
| | | | 816 | These pages contain confidential information relating to Samsung's business capabilities in certain market segments. |
| | | | 817-820 | These pages contain confidential information relating to Samsung's business capabilities in certain market segments, as well as confidential internal analyses of those segments and Samsung's business plans for competing in those segments. |
| | | | 822-825 | These pages contain confidential business initiative plans and strategies, revenue projections and analysis, and recommendations for meeting financial goals, as well as historic and projected revenues for certain market segments. |
| | | | 827 | This page contains confidential product-specific historic and projected revenues through 2015. |
| | | | 831 | This page contains confidential information and analysis relating to Samsung's business partnership with a particular carrier. |
| 178-38 | Vellturo Reply Decl. Ex. 40 | 9 | 6945-6948 | These pages contain confidential market strategy and business planning information, as well as historical revenue delineated by market segment and financial goals and projections. |
| | | | 6950 | This page contains confidential financial information, including quarterly revenues and growth and analysis of where revenue growth is being targeted and realized. |
| | | | 6953 | This page contains confidential subsidiary and segment-specific revenue information. |

| Dkt. No. | Name of Filing | Exhibit to Motion | Portion to Be Sealed | Description |
|---|---|---|---|---|
| | | | 6957-6959 | These pages contain analysis of competitive products, market strategy information and growth and business plan goals for future years. |
| | | | 6960 | This page contains confidential analysis of STA growth, including strategic plans and projected financial growth. |
| | | | 6962 | This page contains STA's confidential market strategy and information relating to STA's business goals. |
| | | | 6990-6991 | These pages contain STA's confidential "Marketing Vision" concerning Samsung's branding and marketing plans. |
| | | | 6993 | This page contains Samsung's confidential "Strategic Imperatives." |
| | | | 6995 | This page contains Samsung's planned business strategy concerning ancillary programs for its products. |
| | | | 7000 | This page contains confidential "Strategic Imperatives." |
| | | | 7004-7006 | These pages contain confidential business strategy information and 2012 success benchmarks and goals. |
| | | | 7009-7012 | These pages contain confidential business strategy information through 2013, including specific information relating to Samsung's business strategy implementation. |
| | | | 7015-7016 | These pages contain confidential internal analysis of smartphone operating systems in the smartphone market. |
| | | | 7018-7021 | These pages contain confidential business and marketing strategies relating to the smartphone and tablet markets. |
| | | | 7027-7032 | These pages contain confidential business and marketing strategies relating to the smartphone and tablet markets, as well as other consumer electronic markets. |
| | | | 7035-7036 | These pages contain confidential internal analyses of business and marketing strategies, including Samsung's plans to exploit certain strategies. |
| | | | 7038 | This page contains analysis of 2011 issues, as well as confidential analysis of areas and opportunities of improvement. |

| Dkt. No. | Name of Filing | Exhibit to Motion | Portion to Be Sealed | Description |
|---|---|---|---|---|
| | | | 7043 | This page contains confidential internal analysis of smartphone and tablet revenue. |
| 178-39 | Vellturo Reply Decl. Ex. 41 | 10 | 806-809 | These pages contain business planning and strategic recommendations for the smartphone and tablet markets based on internal analysis of 4Q 2011. |
| 178-42 | Vellturo Reply Decl. Ex. 44 | 11 | 446-451 | These pages contain confidential business and market strategy information, as well as internal analysis of reasons for business growth and decline. |
| | | | 461 | This page contains confidential business strategy concerning a particular market segment and internal analysis of that segment. |
| | | | 465 | This page contains confidential analysis of whether Samsung can exploit a particular market segment. |
| | | | 468 | This pages contains confidential analysis of the purchasing decisions of a particular market segment. |
| | | | 470 | This page contains confidential business strategy concerning Samsung's future plans concerning particular market segments. |
| | | | 472 | This page contains confidential analysis of Samsung's competitors. |
| | | | 476 | This page contains confidential analysis of Samsung's competitors. |
| | | | 478 | This page contains confidential carrier-specific business strategy information. |
| | | | 483 | This page contains confidential internal analysis of smartphone purchasers, as well as points of interest to Samsung. |
| 178-44 | Vellturo Reply Decl. Ex. 46 | 12 | 185 | A portion of this page contains confidential financial information relating to tablet revenue. |
| | | | 187-190 | These pages contain confidential business planning strategies, revenue and profit goals for 2012, and historic revenue growth information. |
| | | | 197-199 | These pages contain confidential business plans and market and product strategy for the next three years. |
| | | | 210 | This page contains confidential business and marketing strategies for its products. |
| | | | 212 | This page contains confidential business and marketing strategies for 2012. |
| | | | 214-215 | These pages contain confidential "long-term opportunity" strategies and marketing mix goals for 2012. |

| Dkt. No. | Name of Filing | Exhibit to Motion | Portion to Be Sealed | Description |
|---|---|---|---|---|
| | | | 220 | This page contains confidential information regarding a specific business strategy and the objectives in 2012. |
| | | | 230-233 | These pages contain confidential financial information, including costs, margins, and subsidies information. |
| 178-46 | Vellturo Reply Decl. Ex. 48 | 13 | 931-932 | These pages contain confidential financial information, including revenue and profit growth analysis and segment-specific revenue. |
| | | | 938 | This page contains confidential cost data. |
| | | | 947-948 | These pages contain confidential marketing strategies for 2012. |
| | | | 950-951 | These pages include confidential 2012 financial targets, including revenue and profit goals. |
| | | | 953-954 | These pages include confidential revenue goals for 2012 and information and analysis of actual costs expended. |
| | | | 957 | This page includes confidential revenue and cost information, including goals for 2012. |
| | | | 962-963 | These pages contain confidential business strategy and execution plan information for 2012, including specific financial targets for specific programs and segments. |
| | | | 965 | This page contains confidential business strategy information and product and revenue goals for 2012. |
| | | | 972 | This page contains confidential 2012 marketing strategies. |
| | | | 975 | This page contains confidential 2012 marketing strategies. |
| | | | 980 | This page contains confidential information regarding a specific business strategy and the objectives in 2012. |
| | | | 991-992 | These pages contain confidential actual and forecasted revenue information and market strategy information. |
| | | | 994 | This page contains confidential business strategy concerning the market shares of competitors at a particular carrier. |
| | | | 997-000 | These pages contain confidential information regarding product-specific revenues, costs, margins and subsidies. |

| Dkt. No. | Name of Filing | Exhibit to Motion | Portion to Be Sealed | Description |
|---|---|---|---|---|
| 178-48 | Vellturo Reply Decl. Ex. 50 | 14 | 435-437 | These pages contain confidential internal analyses of the 2012 smartphone market and Samsung's associated 2012 business strategies. |
| 178-49 | Vellturo Reply Decl. Ex. 51 | 15 | 315 | This page contains confidential internal analysis of a particular smartphone market segment. |
| | | | 318-322 | These pages contain confidential business and market strategy information, including analysis of actual segment revenue and targeted revenue growth over next four years. |
| | | | 337-339 | These pages contain confidential financial information including sales data by product and carrier-specific revenue information. |
| | | | 343 | This page contains confidential revenue growth targets and actual quarterly revenue information. |
| | | | 347-348 | These pages contain confidential quarterly revenue and sales data. |
| | | | 355-356 | These pages contain confidential business plan analysis and strategy concerning a particular sales channel for Samsung's products. |
| | | | 359 | This page contains confidential financial cost information, delineated by product type and carrier. |
| | | | 363 | This page contains confidential quarterly revenue and cost information. |
| | | | 371-374 | These pages contain confidential cost information relating to marketing. |
| | | | 382-383 | These pages contain confidential market strategy information and potential financial implications of implementation. |
| | | | 385 | This page contains confidential 2012 business and market analysis. |
| | | | 387 | This page contains confidential internal analysis of a particular smartphone market segment through 2013. |
| | | | 415 | This page contains confidential business strategy information, including Samsung's "priority items" for 2012. |
| | | | 428-431 | This page contains confidential business strategy concerning future development and marketing of various product categories. |

| Dkt. No. | Name of Filing | Exhibit to Motion | Portion to Be Sealed | Description |
|---|---|---|---|---|
| | | | 434-436 | These pages contain confidential marketing and business strategies through 2013, including internal analysis of the strategic niches filled by Samsung's products. |
| | | | 442 | This page contains confidential revenue and margin information. |
| | | | 460 | This page contains confidential 2012 business strategy for a particular market segment. |
| | | | 469 | This page contains confidential information relating to Samsung's upcoming products and release strategy. |
| 178-51 | Vellturo Reply Decl. Ex. 53 | 16 | 397 | This page contains confidential revenue and profit information. |
| | | | 399 | This page contains confidential revenue and profit data, as well as business strategy and 2012 goals information. |
| | | | 401 | This page contains confidential internal analysis of weaknesses relating to a particular product, as well as envisioned strategic changes to address those issues. |
| | | | 405 | This page contains confidential business strategy information concerning a particular sales channel. |
| | | | 407 | This page contains confidential marketing and business strategy information concerning a particular sales channel. |
| | | | 409-410 | This page contains confidential marketing and business strategy information concerning particular sales channels. |
| | | | 415-416 | These pages contain confidential business strategy concerning device pricing and business partnerships. |
| | | | 427-432 | These pages contain confidential 2012 product strategy concerning tablets. |
| | | | 436-441 | These pages contain confidential 2012 business strategy information and analysis of a particular market segment, as well as confidential financial cost data. |
| | | | 443-444 | These pages contain confidential 2012 product and business strategy information, including financial goals. |
| | | | 449 | This page contains confidential business strategy information concerning a particular service. |

| Dkt. No. | Name of Filing | Exhibit to Motion | Portion to Be Sealed | Description |
|---|---|---|---|---|
| 178-53 | Vellturo Reply Decl. Ex. 55 | 17 | 992-998 | These pages contain confidential 2012 "marketing objectives" and business strategies, as well as competitor-specific analysis and strategies. |
| 178-54 | Vellturo Reply Decl. Ex. 56 | 18 | 376 | This page contains confidential market strategy and business planning information, including analyses of competitors and markets. |
| | | | 378-382 | These pages contain confidential business planning and market strategy information, as well as confidential revenue information. |
| | | | 402 | This page contains confidential business strategy information concerning Samsung's competitive strategy as to specific competitors. |
| | | | 429 | This page contains confidential business strategy concerning a particular service. |
| | | | 442 | This page contains confidential competitor-specific strategy information. |
| 178-55 | Vellturo Reply Decl. Ex. 57 | 19 | 693 | This page contains confidential quarterly revenue and profit information. |
| | | | 705-706 | These pages contain confidential revenue and profit information, sales data analysis and 2012 financial targets. |
| | | | 708-709 | These pages contain confidential 2012 business goals and strategy information. |
| | | | 711-712 | These pages contain confidential business strategy concerning a particular geographic and product market segment. |
| | | | 714-715 | These pages contain Samsung's confidential comprehensive business strategy for the smartphone market. |
| | | | 717-719 | These pages contain confidential business strategy, including carrier- and competitor-specific strategy, information. |
| | | | 723 | This page contains confidential 2012 SKU market mix projections. |
| | | | 726-730 | These pages contain confidential 2012 product portfolio analysis and information on a carrier-specific basis. |
| | | | 736-737 | These pages contain confidential information relating to Samsung's tablets, including 2012 product information, product planning, and business strategy. |

Attachment A

| Dkt. No. | Name of Filing | Exhibit to Motion | Portion to Be Sealed | Description |
|---|---|---|---|---|
| | | | 739-745 | These pages contain confidential 2012 "marketing objectives," product-specific financial cost information, competitor-specific market strategy information, and business strategy information. |
| | | | 747 | This page contains Samsung's confidential 2012 business goals concerning sales and distribution channels, as well as strategies developed to fulfill those goals. |
| | | | 753-754 | These pages contain Samsung's confidential 2012 business goals and strategies developed to fulfill those goals. |
| | | | 756-757 | These pages contain Samsung's confidential business strategy relating to certain market segments and customers. |
| 178 | Reply Declaration of Christopher Vellturo | 20 | ¶4 | This paragraph summarizes "Samsung's primary strategic goal" as discussed in portions of documents Samsung seeks to seal for reasons discussed in the motion and supporting declarations. |
| | | | ¶6 | This paragraph discusses confidential product-specific revenue information. |
| | | | P.5 n.14 | This footnote summarizes Samsung's strategy for competing with Apple, as discussed in portions of documents Samsung seeks to seal for reasons discussed in the motion and supporting declarations. |
| | | | ¶11 | This paragraph quotes a portion of Ex. 40 to the Vellturo Reply Decl., which Samsung seeks to seal for reasons discussed in the motion and supporting declarations. |
| | | | ¶13 | This paragraph quotes a portion of Ex. 53 to the Vellturo Reply Decl., which Samsung seeks to seal for reasons discussed in the motion and supporting declarations. |
| | | | P.11 n.33 | This footnote quotes a portion of Ex. 55 to the Vellturo Reply Decl., which Samsung seeks to seal for reasons discussed in the motion and supporting declarations. |
| | | | ¶17 | This paragraph summarizes Samsung's future business plans, as discussed in portions of documents that Samsung seeks to seal for reasons discussed in the motion and supporting declarations. |

| Dkt. No. | Name of Filing | Exhibit to Motion | Portion to Be Sealed | Description |
|---|---|---|---|---|
| | | | ¶¶23-25 | These paragraphs quote and discuss portions of Exs. 35, 37, 38, and 51 to the Vellturo Reply Decl., which Samsung seeks to seal for reasons discussed in the motion and supporting declarations. |
| | | | ¶¶27-29 | These paragraphs quote and discuss portions of Exs. 35 and 38 to the Vellturo Reply Decl., which Samsung seeks to seal for reasons discussed in the motion and supporting declarations. |
| | | | ¶50 | This paragraph quotes portions of Ex. 38 to the Vellturo Reply Decl., which Samsung seeks to seal for reasons discussed in the motion and supporting declarations. |
| | | | ¶56 | This paragraph quotes portions of Ex. 44 to the Vellturo Reply Decl., which Samsung seeks to seal for reasons discussed in the motion and supporting declarations. |
| | | | P.36 n.113 | This footnote quotes portions of Ex. 46 to the Vellturo Reply Decl., which Samsung seeks to seal for reasons discussed in the motion and supporting declarations. |
| | | | ¶59 | This footnote quotes portions of Ex. 56 to the Vellturo Reply Decl., which Samsung seeks to seal for reasons discussed in the motion and supporting declarations. |
| | | | ¶¶62-63 | These paragraphs quote and discuss portions of Exs. 35 and 40 to the Vellturo Reply Decl., which Samsung seeks to seal for reasons discussed in the motion and supporting declarations. |
| | | | ¶65 | This paragraph discusses confidential product-specific revenue information. |
| | | | ¶124 | This paragraph discusses and reproduces a copy of a graph in a portion of Ex. 35 to the Vellturo Reply Decl., which Samsung seeks to seal for reasons discussed in the motion and supporting declarations. |
| | | | ¶135 | This page paraphrases a "key driver of [Samsung's] roadmap to success" discussed in portions of Samsung documents that Samsung seeks to seal for reasons discussed in the motion and supporting declarations. |
| 204-3 | Samsung's Brief Regarding Bond | 21 | 1:6; 2:17-19, 22 | The lines on these pages contain confidential product-specific sales forecasts and profit data. |

| Dkt. No. | Name of Filing | Exhibit to Motion | Portion to Be Sealed | Description |
|---|---|---|---|---|
| 204-4 | Declaration of Corey Kerstetter | 22 | 1:11, 16 | This page contains confidential product-specific sales forecasts and profit data. |