# EXHIBIT BB
# FILED UNDER SEAL



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128951





Highly Confidential - Attorneys' Eyes Only



What is driving Android's growth?  Well, a few factors.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128953



First, the Android platform is continually flooding the market with many models from dozens of manufacturers.
Last quarter (CQ4 2011) alone, there were ███ Android models available (i.e. on the market) from ██ manufacturers.

Source:  Q4 2011 Android Unique Devices Tracker

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128954



Second, their many models also span lower price points where we do not actively play.
In fact, Android is the clear leader in the less than $300 price range.

(Note: Price = unsubsidized price after duties & taxes, as defined by IDC)
Source: IDC

Highly Confidential - Attorneys' Eyes Only



Third, partly related to lower price points, the Android platform is faring very well in emerging markets, where they have almost ████ smartphone share.

(Note:  Emerging markets defined generally as BRICs + Middle East (ex Israel) + Eastern Europe + parts of LatAm – but include other countries – see 2nd note below).

(Note:  Full list of emerging market countries: Argentina, Brazil, Chile, Colombia, Czech Republic, Ecuador, Hungary, India, Indonesia, Kuwait, Malaysia, Peru, Philippines, Poland, PRC, Russia, Saudi Arabia, Thailand, Turkey, Venezuela, Vietnam – and "Rest of Central & Eastern Europe, Rest of LatAm, Rest of Middle East & Africa" that's not in developed country list)

Source: IDC

Highly Confidential - Attorneys' Eyes Only



Thus, in a year's time, Android has grown from ▮▮ to over ▮▮ of the global smartphone market. In the same timeframe, we grew from ▮▮ to ▮▮.  But remember...

Source: Gartner February 2012

Highly Confidential - Attorneys' Eyes Only



...Way back in 2007 when we entered the phone business, we wanted to redefine and revolutionize the category by building the best product.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128958



In fact, our volume goals were relatively modest: we did not set out to be #1 in volume or to beat Android.
In 2007, we just wanted to be 1% of the overall phone market in 2008...

Highly Confidential - Attorneys' Eyes Only



And we had the longer–term vision of being 10% of the total phone market someday.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128960



And did we achieve our goal of building the best product?  Absolutely.
For 6 consecutive years, we have won the JD Power award for #1 smartphone...

Highly Confidential - Attorneys' Eyes Only



...and we ███████████████████████████████████, among countless other achievements.

Source: ChangeWave, December 2011

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128962



Clearly, we have built the best product out there and blew even our own expectations out of the water. But it is always a good thing to understand the competitive environment around us.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128963



Specifically, there are 3 manufacturers that we kept our eye on 15 months ago when we last met.
In contrast to our philosophy, these competitors care most about the most, and least about the best.

Highly Confidential - Attorneys' Eyes Only



Sure enough, in the last year, these 3 manufacturers launched a vast number of phones at different price points and various levels of feature set sophistication.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128965



If you double-click on Android's growth, it is quickly apparent that this growth is not equally distributed. Within the Android platform, Motorola grew a modest ████████████████████████████████ ████████████████ .

(Note:  Motorola & HTC & Samsung growth numbers are Android-only, not smartphone total).
Source: Gartner February 2012

APLNDC630-0000128966



In addition to enjoying solid growth, Samsung is also leading in terms of unit volume within the Android ecosystem.

Source: Gartner February 2012

Highly Confidential - Attorneys' Eyes Only



So let's do a deep-dive on Samsung and explore how they have achieved leadership within the Android ecosystem.

Highly Confidential - Attorneys' Eyes Only



Looking at quarterly sales over the last two years, it is clear that this is a two-horse race.
Samsung came out of nowhere at the start of 2010 to grow into a significant player – landing sales that were only █. And their goal is to double their smartphone sales this year.

Source: Gartner February 2012; WSJ Feb 27, 2012 (http://online.wsj.com/article/
SB10001424052970204520204577248242823886850.html)

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128969



Well, how did they grow so dramatically?  A few ways.
First, Samsung has created an expansive portfolio to make sure there is a smartphone for every consumer type, extending their successful Galaxy brand to a host of devices.

Highly Confidential - Attorneys' Eyes Only



Here is their current flagship phone: the Galaxy S II.  The Galaxy S II sold 20 million units in the first 10 months.
As reference, we sold in 44 million units in the first 10 months of the iPhone 4 launch – but Samsung's statistic is still somewhat impressive given Samsung's S II predecessor, the Galaxy S, took seven months longer to reach the same mark.

JP Morgan's estimates that Galaxy S phones could account for up to 40% of its handset revenues.

(Note: Samsung has stopped releasing their smartphone sales numbers recently, but based on our own rough "back-of-the-envelope" estimates, the Galaxy S II accounts for approximately 20% of Samsung's total smartphone sales & when layering on the Galaxy S, accounts for ~35%).
Source:  Samsung press releases
How we estimated S & SII sales as % of total:
– Numerator (CY 2011 total): 20M units of Galaxy S II (from press release) + ███ units of Galaxy S (from estimate, given ████ units sold to date [from 2010 to present] and ████ units sold in 2010)
– Denominator (CY 2011 total): ████████████████████████████████

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128971



Here are some features of the Galaxy S II.

APLNDC630-0000128972



Samsung is the only player (other than Motorola) that has realized it should leverage the strong brand equity of its Galaxy name by extending it to a family of products.  Thus, they have created a larger family of smartphones with various levels of sophistication and price points under the Galaxy brand, ranging from the high–end Galaxy S all the way to the low end Galaxy Y.

(Note: The biggest differentiators within the family tend to be (a) display size (b) processor and (c) camera.  For example, compared to the Galaxy S II specs we just outlined, the Galaxy Y only has a 3.0" display (vs. 4.3"), 830 MHz (vs. 1.2GHz) processor, 2MP (vs. 8MP) rear camera and no front camera (vs. 2MP)).

(Note: This Galaxy tiering represents Samsung's global product map, with one exception: In the US, these products will be known by custom names per carrier variants.  It is important to note, however, that even in the U.S., the carriers may give into Samsung using its Galaxy SRWMY naming scheme, as we see the "Galaxy S II" name successfully appearing in carrier variants).

(Note:  However, they may be overextending by including their low end offerings – e.g. Galaxy Y has only a 2MP rear camera).

Highly Confidential - Attorneys' Eyes Only



They even extended the Galaxy name to their Nexus Google phone & the Galaxy Note (...and even devices not shown here, such as the Galaxy Tab & newer introductions like the Galaxy Note 10.1).

(Note:  Samsung execs explicitly stated that they are hoping the Galaxy Note 10.1 cannibalized sales of the original 10.1-inch Tab, as they admitted they are "not doing very well in the tablet market.")
(Source:  http://reviews.cnet.com/8301-13970_7-57385739-78/samsung-were-not-doing-very-well-in-the-tablet-market/)

Highly Confidential - Attorneys' Eyes Only



To strengthen their high-end portfolio is the rumored Galaxy S III, with these potential features.

Source:  SlashGear

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128975



Second, another strength of Samsung is its vertical integration with hardware components.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128976



This vertical integration, with components such as memory, displays, and processors, sets Samsung apart from other Android manufacturers like HTC & Motorola.
It provides Samsung the advantages of (a) better component pricing (b) favorable supply allocation and (c) flexibility of design.

Highly Confidential - Attorneys' Eyes Only



Another reason why Samsung has been successful is that they have blatantly copied our products.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128978



Before the iPhone was launched in early 2007, Samsung's smartphones release looked like this: the Samsung BlackJack, announced in December 2006 – one month before our own announcement.
(FYI on specs:  2.3" TFT display, 200 MHz CPU, 1.3MP camera, 11.8mm thick)

Source:  http://reviews.cnet.com/smartphones/samsung-blackjack-sgh-i607/4505-6452_7-32143267.html?tag=mncol;rvwBody

Highly Confidential - Attorneys' Eyes Only   APLNDC630-0000128979



Fast forward to today:  They have come a long way with their current flagship smartphone (Galaxy S II) – which borrows generously from our products as you can see – even just from a hardware perspective.

APLNDC630-0000128980



The springboard view looks similar to ours...

Highly Confidential - Attorneys' Eyes Only



...and this copying is even more blatant when you compare specific native apps, such as their Voice Recorder – which very much resembles our Voice Memos...

Highly Confidential - Attorneys' Eyes Only



...as well as their take on our Notes...

APLNDC630-0000128983



...and their camera UI, which looks very similar to ours...

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128984



...and the Samsung Readers Hub, which looks very familiar.

[Note: Readers Hub & Music Hub represents a global GSM Galaxy S II example – these services are not available in the U.S.]

Highly Confidential - Attorneys' Eyes Only



Even the Samsung chargers bear a similar resemblance to ours.
From all these examples, it is clear that Samsung is not able to innovate and has to resort to a "me too" strategy – which, though it has worked well for them so far, will likely not be sustainable in the future.

Highly Confidential - Attorneys' Eyes Only



A second weakness is that Samsung suffers from a lack of software integration.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128987



Since the Android offering is not uniform across countries, Samsung will offer its own services in additional, but sometimes identical, territories– leading to a non–integrated software experience for the user.
**Apps**: Samsung curated (and small) store vs. Android's store (now part of Google Play)
**Books** (via Readers): Google eBooks (also now part of Google Play) vs. Samsung (uses Kobo)
**Voice recognition**: Duplicate between Google and Samsung (uses Vlingo)

**Music (not on slide)**: Google Music is US only, Samsung states "Available only in 32 countries in Europe and North America"

Highly Confidential - Attorneys' Eyes Only



This creates an subpar experience.  Just to access six native applications, a user must create six separate accounts & enter billing information six times.  In addition to Samsung Apps & the Android Market, Samsung offers Music Hub & Readers Hub, which are just Samsung "skins" on top of third-party apps.

Highly Confidential - Attorneys' Eyes Only



On top of Android, there are often carrier skins which try to offer their own value-added services via preloaded apps. Here are a few examples from the AT&T Galaxy S II device.  You can even see that AT&T even tries to highlight their own "featured" Android Market apps.  Yet many consumers seem to complain about this unwanted "bloatware."

Highly Confidential - Attorneys' Eyes Only



Third, another weakness is Samsung's fragmentation – both from an Android perspective & a hardware perspective.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128991



When you look across Samsung's entire smartphone portfolio, there is an overwhelming amount of variation in hardware specs, such as resolution, display size, and processor speed.
- For developers, this means extra work to make sure their apps can run seamlessly on all these variations.
- For users, this provides an intimidating number of options to choose from – leading to potential confusion.

Highly Confidential - Attorneys' Eyes Only



Another source of fragmentation for Samsung is Android itself.  Unlike our coordinated HW & SW releases, Android's release schedule does not match that of handset makers.

To this point, even a quick look of phones sold by the top U.S. carriers shows that of Samsung smartphones:

– 8 out of 20 still have the very-outdated Froyo.  That's almost 50%!

– 10 phones have Gingerbread (Note: Does not yet include new Galaxy Beam, which hasn't launched yet in US but may land on AT&T or T-Mobile)

– Only 2 Samsung phones, those launched as "Google phones" (Nexus S & Galaxy Nexus), received Ice Cream Sandwich to date.

[Note:  Count is based on Samsung Android smartphones currently available on websites of top 4 U.S. carriers: AT&T, Verizon, Sprint, T-Mobile.]

Highly Confidential - Attorneys' Eyes Only



This Samsung example highlights a problem that spans all Android manufacturers:  Only 1% of Android devices are running its latest OS, Ice Cream Sandwich.  Most new devices are released with outdated versions of Android.  In fact, most flagship handsets that launched in late 2011 likely will not even get Android 4.0 until the summer – just months before Android 5.0 is thought to be released.

Android data:  http://developer.android.com/resources/dashboard/platform–versions.html

Highly Confidential - Attorneys' Eyes Only



In addition to multiple versions of Android, Samsung (especially in light of the Google/Motorola acquisition) is pushing its "diversification" philosophy to a new level.
On top of pushing smartphones and tablets based on Microsoft's Windows software, at Mobile World Congress, Samsung announced they would significantly increase investment" in their Bada OS to "provide an alternate to Android" and maintain their "multiple OS strategy."  They want to have a "full range portfolio for Bada, from high-end to mass-volume."

Source:  http://www.bloomberg.com/news/2012-02-29/samsung-to-spend-more-on-own-software-offer-android-alternative.html

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128995



Yet another weakness is Samsung's consumers' susceptibility to malware by being on the Android platform.

Highly Confidential - Attorneys' Eyes Only



Android malware can easily enter the Android Market (and other Android application stores) because apps are not curated.

Highly Confidential - Attorneys' Eyes Only



Here are just a few examples of malware attacking Android users.

First, in July 2011, Zitmo was launched.  It posed as a banking activation Android app (posing as a security tool) and intercepted banking data & passwords.

Source: http://www.informationweek.com/news/security/mobile/231001685
Source 2: http://blogs.mcafee.com/mcafee-labs/spitmo-vs-zitmo-banking-trojans-target-android

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128998



Second, in January 2012, Android.Counterclank affected around 5 million users via 13 malicious apps.

Source: http://www.androidauthority.com/largest-android-malware-campaign-discovered-48932/

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128999



Third, in March 2011, Droid Dream affected ~200,000 users through more than 60 malicious apps – many sounding like legitimate apps (e.g. Super Guitar Solo, Photo Editor, Advanced Currency Converter).

Then Droid Dream Light was launched 3 months later (June 2011), resulting in 2 dozen Android apps being pulled after infecting up to 120,000 users with the virus, which was capable of downloading new packages.

Source: http://ourlibro.com/2011/08/06/250/

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129000



In June 2011, an Android Trojan aimed to make money in the US by a malicious webpage that imitated the Android Market, and asked users to download applications that registered them for premium-rate texts unknowingly.

Source:  http://ourlibro.com/2011/08/06/250/
Source 2: http://blog.mylookout.com/blog/2011/06/20/security-alert-android-trojan-ggtracker-charges-victims-premium-rate-sms-messages/

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129001



In fact, the amount of Android malware has increased significantly even in the past several months:  a ███ increase from July to November 2011, presenting a real issue for Android users.

Source: Juniper Networks, November 2011

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129002



Because of all of these issues, the result is lower customer satisfaction for Samsung phones compared to that of iPhone.

Highly Confidential - Attorneys' Eyes Only



Top box satisfaction is much higher with Apple than Samsung, based on a recent ChangeWave report.

Source:  ChangeWave, December 2011

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129004



In summary, Samsung has grown recently to become the leading Android player by creating an expansive portfolio (by way of continuous product introductions), enjoying the advantages of vertical integration, and copying rapidly to create their products.

Yet Samsung has certain things to wrestle with: their lack of innovation & software integration, as well as fragmentation & malware – resulting in lower customer satisfaction overall.

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000129006