# EXHIBIT CC
# FILED UNDER SEAL



Highly Confidential - Attorneys' Eyes Only   APLNDC630-0000128350



# Smartphone market share by model purchased in Q4 2011

John Brown
Mgr. Market Intelligence
February 2012

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128352



Highly Confidential - Attorneys' Eyes Only                                                                                          APLNDC630-0000128353



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000128354