# EXHIBIT L
# FILED UNDER SEAL

☐ **Apple Inc**
**iPhone Units / Revenue Report**
**FY12 - Units in K, $ in M**

| DOMESTIC SUMMARY | Q1'12 | Q2'12 | Q3'12 | Q4'12 | FY'12 TTL |
|---|---|---|---|---|---|
| ■■■■■■■■■■■■■■ | ■■ | | | | ■■ |
| ■■■■■■■■■■■■■■■■ | ■■ | | | | ■■ |
| ■■■■■■■■■■■■■ | ■■ | | | | ■■ |
| ■■■■■■■■■■■■■■■■■■ | ■■■ | | | | ■■■ |
| ■■■■■■■■■■■■■■■■ | ■■ | | | | ■■ |
| ■■■■■■■ | ■■ | | | | ■■ |
| **Total iPhone Units** | **15,072.5** | **-** | **-** | **-** | **15,072.5** |
| Total iPhone Revenue** | $9,358 | | | | $9,358 |
| ASP | 621 | | | | 621 |
| ■■ | ■■ | | | | ■■ |

*\* Other iPhone includes refurb units and immaterial activity in older generations of iPhone*
*\*\* Revenue associated with handsets only, including applicable sales adj.; does not incl. accessories*

APPLE CONFIDENTIAL                                                                                                         FY2012

Highly Confidential - Attorneys' Eyes Only                                                              APLNDC-Y0000051357

# FY 2011 iPhone Summary



**Domestic Summary**
*US Only*

| | Q1 | Q2 | Q3 | Q4 | FY2011 |
|---|---|---|---|---|---|
| **Total Handset Units** *(in k)* | 3,766.6 | 6,809.5 | 5,670.4 | 4,819.6 | 21,066.1 |
| * **Total Handset Billings/Revenue** *(USD $M)* | 2,102.4 | 4,255.6 | 3,438.3 | 2,850.5 | 12,646.8 |
| * **ASP** | 558 | 625 | 606 | 591 | 601 |

*\* Difference between Billing Amt & Revenue Amt deemed immaterial. Due to System limitations, Revenue Amt used to calculate ASP beginning in Q4FY11 and onward.*

APPLE CONFIDENTIAL                                                                 FY2011

Highly Confidential - Attorneys' Eyes Only                                         APLNDC-Y0000051358

Case 5:12-cv-00630-LHK   Document 243-5   Filed 07/26/12   Page 4 of 7

## FY 2010 iPhone Summary

**Domestic Summary**
*US Only*

|  | Q1 | Q2 | Q3 | Q4 | FY2010 |
|---|---|---|---|---|---|
| **Total Handset Units** *(in k)* | 2,500.9 | 2,666.3 | 2,778.4 | 4,912.2 | 12,857.6 |
| **Total Handset Billings** *(USD $M)* | 1,384.8 | 1,444.3 | 1,561.7 | 2,840.6 | 7,231.5 |
| **ASP** | 554 | 542 | 562 | 578 | 563 |



APPLE CONFIDENTIAL                                                                                                         FY2010

Highly Confidential - Attorneys' Eyes Only                                                                    APLNDC-Y0000051359

# FY 2009 iPhone Summary

**Domestic Summary**
*US Only*

|  | Q1 | Q2 | Q3 | Q4 | FY2009 |
|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| **Total Handset Units** *(in k)* | 2,041.0 | 1,678.1 | 2,532.2 | 3,475.0 | 9,726.3 |
| ■ | ■ | ■ | ■ | ■ | ■ |
| **Total Handset Billings** *(USD $M)* | 1,222.4 | 1,003.8 | 1,390.1 | 1,996.2 | 5,612.4 |
| **ASP** | 599 | 598 | 549 | 574 | 577 |
| ■ | ■ | ■ | ■ | ■ | ■ |



APPLE CONFIDENTIAL                                                                 FY2009

Highly Confidential - Attorneys' Eyes Only                              APLNDC-Y0000051360

## FY 2008 iPhone Summary

**Domestic Summary**
*US Only*

|  | Q1 | Q2 | Q3 | Q4 | FY2008 |
|---|---|---|---|---|---|
| **Total Handset Units** *(in k)* | 1,832.7 | 1,630.0 | 692.2 | 2,660.2 | 6,815.1 |
| **Total Handset Billings** *(USD $M)* | 728.7 | 671.1 | 310.5 | 1,645.0 | 3,355.3 |
| **ASP** | 398 | 412 | 449 | 618 | 492 |



APPLE CONFIDENTIAL                                                                                                    FY2008

Highly Confidential - Attorneys' Eyes Only                                                          APLNDC-Y0000051361

## FY 2007 iPhone Summary

**Domestic Summary**
*US Only*

|  | Q1 | Q2 | Q3 | Q4 | FY2007 |
|---|---|---|---|---|---|
| **Total Handset Units** *(in k)* | - | - | 270.3 | 1,119.2 | 1,389.5 |
| **Total Handset Billings** *(USD $M)* | - | - | 142.9 | 506.0 | 648.9 |
| **ASP** | - | - | 529 | 452 | 467 |



APPLE CONFIDENTIAL                                                                                                                   FY2007

Highly Confidential - Attorneys' Eyes Only                                                                                   APLNDC-Y0000051362