# EXHIBIT R
# FILED UNDER SEAL



# Smartphone Forecast – Germany

Source: Sales Forecast - IDC Q4 2010 (Sell In)

Highly Confidential -
Attorneys' Eyes Only

 # Smartphone OS Q4'10 Sell Through Share

iOS grew 112% QoQ in Q4 gaining additional 7% since Q3, which was
contributed by carrier expansion in Q4



62

Highly Confidential -
Attorneys' Eyes Only



# Smartphone OS Q4'10 Sell Through Share

Apple gained additional 7% in Q4 from Q3 with 112% QoQ growth



Source: Gartner Q4'10

63

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004680



# Germany Q4'10 OS Summary

Note: Smartphone Sales by OS by Priceband represent consumer average acquisition spend based upon subsidized purchasing

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004681



Android has a younger male demographic than iOS and chosen for its multimedia capabilities.

Highly Confidential -
Attorneys' Eyes Only

# Prevalence of handset switching - iOS



66

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004683

 # Prevalence of handset switching - Android



Source: Kantar WorldPanel – Switching analysis shows consumer movements between OS among those replacing their handset. Analysis conducted on those consumers who were new to Android in 4 w/e 26 December 2010 compared to 4 w/e 13 June 2010

67

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004684

## Feature Usage by OS



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004685

# Feature Usage by OS (Cont'd)



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004686



Italy

70

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004687

#  Italy Key Conclusions

According to IDC, Android sales outpaced iOS in Q4 and will continue to grow and catch up to Symbian by 2H 2011

- **Android is growing due to the introduction of new models with major carriers**
  - 43% of Android sales are over €250
- **Android customers tend to be more male and younger than iOS**
  - 80% of the Android customers male as compared to 67% for iOS
  - 42% of Android customers are under 24 as compared to 28% for iOS
  - Android customers purchase the device for multimedia
  - iOS customer purchase the device for brand/model and multimedia
- **Both Android and iOS encourage trade up to smartphones**
  - 97% of current Android owners have switched to the OS, 46% of those traded up from non smartphones, and 42% switched from Symbian.
  - 56% of current iOS owners have recently switched to the OS, 55% of those traded up from a non smartphone handset, and 35% switched from Symbian.

71

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004688

 # Mobile Phone Sales Forecast – Italy

Smartphone grew 28% YoY and reached over 30% in Q4, while traditional phones declined 17% YoY

Highly Confidential -
Attorneys' Eyes Only

# Smartphone Forecast - Italy



Highly Confidential -
Attorneys' Eyes Only



# Smartphone OS Q4'10 Sell Through Share

According to Gartner, Android grew 65% QoQ in Q4 and gained additional 7% share than in Q3



74

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004691



# Smartphone OS Q4'10 Sell Through Share

Samsung grew over 63% QoQ in Q4 gaining additional 3% share than Q3

Source: Gartner Q4'10

.75

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004692

# Italy Q4'10 OS Summary



*Note: Smartphone Sales by OS by Priceband represent consumer average acquisition spend based upon subsidized purchasing

Highly Confidential -
Attorneys' Eyes Only

Android has a younger and more male demographic than iOS and chosen for its multimedia capabilities.



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004694

# Prevalence of handset switching - iOS



Source: Kantar WorldPanel - Switching analysis shows consumer movements between OS among those replacing their handset. Analysis conducted on those consumers who were new to iOS in 4 w/e 26 December 2010 compared to 4 w/e 13 June 2010

78

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004695

# Prevalence of handset switching - Android



Source: Kantar WorldPanel - Switching analysis shows consumer movements between OS among those replacing their handset. Analysis conducted on those consumers who were new to Android in 4 w/e 26 December 2010 compared to 4 w/e 13 June 2010

79

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004696



# Feature Usage by OS

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004697

# Feature Usage by OS (Cont'd)



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004698



Japan

82

Highly Confidential -
Attorneys' Eyes Only

 # Japan Key Conclusions

According to IDC, Android outpaced iOS in Q4 and will be the leading OS in 2011

- **Android is growing due to the introduction of new models with major carriers**
  - Android is 51% of NTTDoCoMo sales
  - While Android has a wide availability of models in different price bands, they are also gaining share in higher price bands
  - Sharp gained significant market share with introduction of their IS03 model
- **Android customers tend to be more male and slightly older demographic than iOS, but iOS leads on feature use**
  - 74% of Android customers are male as compared to 65% for iOS
  - 37% of Android customers are over 35 as compared to 28% for iOS
  - Android customers purchase the device for design/color and multimedia
  - iOS customers purchase the device for brand/model and multimedia, and they use features more than others
- **Both Android and iOS encourage trade up to smartphones**
  - 66% of current Android owners have switched to the OS, 93% of those traded up from non smartphones
  - 32% of current iOS owners have recently switched to the OS, 95% of those traded up from a non smartphone handset.

83

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004700



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004701

# Smartphone Forecast - Japan



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004702

# GFK Smartphone Share by OS - Japan



WM
Symbian
RIM
Android
iOS

**Confidential**

Source: GFK December 2010

86

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004703

# GFK Smartphone Share by Brand – Japan



Others
Toshiba
Fujitsu
Sharp
Samsung
Sony Ericsson
BlackBerry
HTC
Apple

**Confidential**

Source: GFK December 2010

87

Highly Confidential –
Attorneys' Eyes Only

APLNDC00004704

## Japan Q4'10 OS Summary



Note: smartphone sales by OS by Priceband represent consumer average acquisition spend based upon subsidized purchasing

Highly Confidential -
Attorneys' Eyes Only

## Android has more male demographic than iOS and is chosen for design/color and multimedia capabilities

Japan Q4'10 OS summary



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004706

## Prevalence of handset switching – iOS



Source: Kantar WorldPanel – Switching analysis shows consumer movements between OS among those replacing their handset. Analysis conducted on those consumers who were new to iOS in 4 w/e 26 December 2010 compared to 4 w/e 13 June 2010

90

Highly Confidential –
Attorneys' Eyes Only

APLNDC00004707

# Prevalence of handset switching - Android

Source: Kantar WorldPanel - Switching analysis shows consumer movements between OS among those replacing their handset. Analysis conducted on those consumers who were new to Android in 4 w/e 26 December 2010 compared to 4 w/e 13 June 2010.

91

Highly Confidential -
Attorneys' Eyes Only



# Feature Usage by OS

Highly Confidential -
Attorneys' Eyes Only

## Feature Usage by OS (Cont'd)



Highly Confidential -
Attorneys' Eyes Only



Australia

94

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004711

 # Key Conclusions

iOS is dominating the market but Android growth is accelerating and expected to outpace iOS by Q2 2011

- **Android is growing due to the introduction of new models with major carriers**
  - 55% of Android sales are considered free as they are included in the cost of the subscription
  - HTC made significant impact with 12% share driving Android growth along with continuing growth from Samsung and Sony Ericcson Android models
- **iOS customers tend to be younger and more female than Android, and iOS leads on feature use**
  - 39% of iOS customers are under 24 as compared to 23% for Android
  - Android customers purchase the device for brand/model and ease of use
  - iOS customer purchase the device for brand/model and multimedia, and they use features more than others
- **Both Android and iOS encourage trade up to smartphones**
  - 79% of current Android owners have switched to the OS, 69% of those traded up from non smartphones
  - 34% of current iOS owners have recently switched to the OS, 57% of those traded up from a non smartphone handset. While this is still a significant movement, iOS also attracted 36% of its switchers from Symbian.

95

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004712



# Mobile Phone Sales Forecast - Australia

Smartphone has reached over 60% of the total mobile market in Q4 with 101% YoY growth, while traditional phones declined 24% YoY

Highly Confidential -
Attorneys' Eyes Only

# Smartphone Forecast - Australia



Highly Confidential -
Attorneys' Eyes Only

 # Smartphone OS Q4'10 Sell Through Share

Android grew 6197% YoY and gained additional 4% share in Q4 than in Q3



98

Highly Confidential -
Attorneys' Eyes Only

 # Smartphone OS Q4'10 Sell Through Share

HTC, Samsung, and other vendors showed significant YoY growth in Q4 contributing to strong Android sales



Source: IDC Q4'10

99

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004716

## Australia Q4'10 OS Summary



Note: smartphone sales by OS by Priceband represent consumer average acquisition spend based upon subsidized purchasing

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004717



## Android has an older and more male demographic than iOS

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004718

 # Prevalence of handset switching – iOS



Source: Kantar WorldPanel – Switching analysis shows consumer movements between OS among those replacing their handset. Analysis conducted on those consumers who were new to iOS in 4 w/e 26 December 2010 compared to 4 w/e 13 June 2010

102

Highly Confidential –
Attorneys' Eyes Only

APLNDC00004719

 # Prevalence of handset switching - Android



Source: Kantar WorldPanel – Switching analysis shows consumer movements between OS among those replacing their handset. Analysis conducted on those consumers who were new to Android in 4 w/e 26 December 2010 compared to 4 w/e 13 June 2010

103

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004720

## Feature Usage by OS



Highly Confidential -
Attorneys' Eyes Only

## Feature Usage by OS (Cont'd)



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004722



China

106

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004723

 # China Key Conclusions

Symbian OS is still leading the smartphone sales, but Android is growing rapidly.

- **Android is growing due to the introduction of new low end models with major carriers**
  - Smartphones reached 21% of the total mobile market in Q4 which was driven by strong Android growth
  - According to IDC, Android sales grew over 9558% YoY and 92% QoQ in Q4 2010, while iOS grew 261% YoY and 348% QoQ
  - IDC expects Android to continue to grow significantly and become #1 OS by 2H of 2011

107

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004724

 # Mobile Phone Sales Forecast - China

Smartphone grew 130% YoY in Q4 largely due to low-end Android OS based smartphones

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004725

# Smartphone Forecast – China



Highly Confidential –
Attorneys' Eyes Only

APLNDC00004726



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004727



# GFK Smartphone Share by Brand - China

Others
Motorola
Samsung
Sony Ericsson
Nokia
Huawei
Apple

Confidential

Source: GFK December 2010

Highly Confidential -
Attorneys' Eyes Only



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004729

#  Korea Key Conclusions

Samsung, LG, and SKY which are the local brand and driving majority of the Android sales in Korea.

- **Android is growing due to the introduction of new models with major carriers**
  - Smartphones reached 69% of the total mobile market in Q4 which was driven by strong Android growth
  - According to IDC, Android sales grew 68% QoQ in Q4 and gained over 80% of smartphone market share in, while iOS grew 69% QoQ with 18% share in Q4.
  - The success of Samsung, LG, and Pantech Sky has accelerated the Android sales in the past two quarters
  - Samsung grew 426% YoY mainly due to success of the Android products
  - LG also grew significantly, 338% QoQ, contributing to Android share growth

113

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004730

# Mobile Phone Sales Forecast - Korea

Smartphone sales started growing rapidly with iPhone introduction but accelerated even more with Android focus from major local vendors



Highly Confidential -
Attorneys' Eyes Only

# Smartphone Forecast – Korea



Highly Confidential -
Attorneys' Eyes Only

APLNDC00004732

# IDC Smartphone Share by OS - Korea



Source: IDC Final D410

116

Highly Confidential -
Attorneys' Eyes Only

APLNDC00004733



## IDC Smartphone Share by Brand – Korea

Highly Confidential –
Attorneys' Eyes Only

APLNDC00004734



# Android Market Overview

The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis

For further information on this presentation, contact:

Christine Cho
Sr. Manager Mobile Market Analysis
ccho@apple.com

Apple Market Research & Analysis
April 14, 2011

Highly Confidential –
Attorneys' Eyes Only

APLNDC00004735



APLNDC00004736

Highly Confidential -
Attorneys' Eyes Only