# EXHIBIT UU
# FILED UNDER SEAL



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000135164



US First time smartphone buyer analysis

John Brown
Mgr. Market Intelligence
February 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000135165

# Kantar Worldpanel Mobile Market Methodology

## Collect

**Consumer interviews amongst the same people every 4 weeks over time**

## Measure

- **Mobile Ownership**
- **Carrier Connections**
- **Mobile Sales**
- **Device and Bill spend**
- **Usage**
- **Trends**

## Profile

- **Mobile phone owners**
- **Smartphone owners**
- **Carriers**
- **High value groups**
- **Devices**
- **Usage groups**

## Examine

- **Market make-up**
- **Performance**
- **Consumer behavior**
- **Threats**
- **Opportunities**

**Method:** Kantar Worldpanel ComTech is an independent market research service conducting longitudinal consumer surveys, measuring ownership and purchasing of device, carrier connections, billing and usage in the mobile phone market. Respondents are recruited to represent each country's population by demographic and region and screened to exclude those who complete other mobile phone related surveys. Respondents are incentivised through a redeemable points system which, combined with a simple interview, leads to high panel retention rates (on average circa 80% per year) and improved data quality.

**Data collection** methodology varies by country - in markets where online penetration is high, surveys are conducted online - other markets are a mix of telephone, face to face or postal interviews. The Enterprise market is not covered within this study. Surveys are conducted at least once per month amongst all consumers belonging to the survey - enabling short recall, accurate trending and brand loyalty/switching analysis.

Charts with sample sizes that fall below 100 (where % share and data become less significant) are clearly indicated in the data. Consumer survey panel data should be used to inform on ranking/trend movements and (as with all research) is liable to some statistical error, depending on sample size and consumer response.

3

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000135166

# Key conclusions

The introduction of the iPhone 4S closed the gap between iOS and Android in the fourth quarter of 2011.

- 41% of first time smartphone buyers in Q4 '11 chose iOS over Android compared to 18% in Q3 '11.
  - Overall purchasing of smartphone buyers has iOS and Android equal at 45% each.
- 44% of Android owners who switched their smartphone in Q4 '11 chose iOS compared to 8% in Q3 '11.
  - 48% of any smartphone replacer chose an iPhone in Q4 '11.
- When comparing iOS to Android on common carriers (AT&T, Verizon, & Sprint), iOS represented 53% of all smartphone purchases in Q4 '11.
  - iOS also accounted for the majority of first time smartphone buyers with 48% compared to 44% for Android.
- 26% of Android's first time buyers were from a non-iPhone carrier
  - The T-Mobile smartphone customer is more similar in demographics to the Samsung customer than the iPhone customer.
- HTC was the strongest Android brand amongst first time smartphone buyers in Q4 '11.

4

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000135167

# Smartphone purchasing

Consumers awaiting the release of the iPhone 4S and its expanded distribution / pricing of older models lead to lower sales among all groups bar iOS replacers in Q3, but Q4 saw above normal share in all categories due to iPhone 4S launch.



Smartphone replacers = owner of any smartphone prior to Q411 and changed handset to another smartphone
Source: Kantar WorldPanel, Q4 2011; purchasing from 03 October 2011 - 25 December 2011    * Small sample size

5

Highly Confidential - Attorneys' Eyes Only

## Smartphone purchasing of common carriers (AT&T, Verizon, & Sprint)

Head to head amongst common carriers, iOS surpassed Android in almost all categories in the fourth quarter of 2011. iOS made up almost half of the smartphones that previous Android owners switched to during the quarter.



Sprint is included in Q4 2011 only as iPhone became available in this quarter.
Smartphone replacers = owner of any smartphone prior to Q4'11 and changed handset to another smartphone
Source: Kantar WorldPanel, Q4 2011; purchasing from 03 October 2011 - 25 December 2011    * Small sample size

6

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000135169

## Outside of iPhone launches, Android maintains a wide lead over iOS

iOS spikes at each iPhone launch, but momentum is lost among first time buyers in the immediate months.
Android is able to take advantage of frequent new product introductions on its platform to maintain its lead.



Source: Kantar WorldPanel, Q4 2011

7

Highly Confidential - Attorneys' Eyes Only

## First-time buyers of common carriers (AT&T, Verizon, & Sprint)

iOS manages a huge spike during launch periods, but does not sustain that momentum.  Although the gap between Android and iOS is less significant on carriers where both products are available, but at any point in time multiple Android product launches at the same time can widen the gap between the two platforms.



Source: Kantar WorldPanel, Q4 2011

8

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000135171

## Samsung leads the way in the Android replacer category

but HTC is the leading Android phone purchased by first time buyers.



Smartphone replacers = owner of any smartphone prior to Q411 and changed handset to another smartphone
Source: Kantar WorldPanel, Q4 2011; Share of sales calculated through switching movements between the following pe iods: 4 w/e 30 October versus 4 w/e 02 October/ 4 w/e 27
November versus 4 w/e 30 October/ 4 w/e 25 December versus 4 w/e 27 November.

9

APLNDC630-0000135172

## Most first time buyers shop at the top carriers

but 26% of Android first time buyers are from non-iPhone carriers, which helps them increase their OS platform lead over iOS.



Source: Kantar WorldPanel, Q4 2011

10

Highly Confidential - Attorneys' Eyes Only

## Profile of T-Mobile smartphone owners

The T-mobile customer changes the Android/iOS competition not only because iPhone isn't a part of the T-mobile portfolio, but also because the customer profile is more similar to the Samsung customer than any other brand. This provides Samsung and Android an opportunity to add to their market growth with no challenges from other platforms.



Source: Comscore 3 Month Average as of Dec. 2011 - Smartphone owners who acquired their phone within the month.

11

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000135174

# Top models on AT&T and Verizon

iPhone models are in the top two positions among first time buyers and smartphone replacers on both carriers.



Smartphone replacers = owner of any smartphone prior to Q411 and changed handset to another smartphone
Source: Kantar WorldPanel, Q4 2011

12

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000135175

## HTC is leading the way with Android first time and smartphone replacers

HTC is the biggest Android beneficiary of non-smartphone owners moving to smartphones as 28% of first time buyers purchased an HTC device even after owning a different brand of feature phone. The majority of HTC smartphone owners buy another when they replace their device. Samsung seems to have captured most of the Motorola and LG replacers.



Smartphone replacers = owner of any smartphone prior to Q411 and changed handset to another smartphone

Source: Kantar Worldpanel, Q4 2011

13

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000135176

# HTC is on par with Samsung in terms of loyalty

79% of HTC customers stayed with the brand in Q4 '11 compared to less than 70% were loyal two quarters ago.



% of brand owners churned during year Q210 - Q211 and Q410 - Q411. For further explanation, please see definitions in slide 7
For data collection dates in each quarter, please see slide 8

14

APLNDC630-0000135177

**HTC customers stay with their brand more frequently than most Android OEMs**



% of brand owners churned du ing year Q210 - Q211 and Q410 - Q411. For further explanation, please see definitions in slide 7
For data collection dates in each quarter, please see slide 8

15

Highly Confidential - Attorneys' Eyes Only

## Most first time buyers of smartphones are looking for cheap or free

42% of first time buyers bought their smartphone for under $50 or received it for free. iPhone is competing well with Android in this price category as 40% first time buyers to both platforms were under the $50 price range.



Source: Kantar WorldPanel, Q4 2011

16

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000135179

## More first time smartphone owners receive their phone as a gift

17% of first time smartphone owners received their phone as a gift compared to 10% of all smartphone buyers.
13% of Android owners who replaced their phone with another Android phone had the phone passed on to them.



Source: Kantar WorldPanel, Q4 2011

17

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000135180

# Consumer Panel Definitions

| Data | Time period | Explanation |
|---|---|---|
| Ownership | Latest 4 weeks | Provides the market size in terms of installed base. This represents the number of handsets owned in a snapshot of the market over the latest 4 weeks. This includes multiple handset ownership for those panelists who own 2+ handsets. |
| Purchasing | Latest quarter | Provides the latest snapshot of consumer purchasing. Each 4 weeks our panelists are asked to whether they bought a handset, either for themselves or another person. This covers replacement, additional handsets and gift purchases summed up to represent purchasing for the latest quarter. The report includes data for total mobile, but mainly focusses on smartphone. |
| Switching | Latest 6/ 12 months | When a panelist purchases a replacement handset, we are able to identify the previously owned handset in order to calculate brand switching. This analysis is calculated on a continuous panel over the course of a year in order to provide consistency in sample and provide robust data. |
| Churn & loyalty | Latest 6/ 12 months | Churn & loyalty analysis is run in a similar way to switching (on a continuous panel) and identifies the proportion of a brands owners that have churned (left) away from the brand over the course of the last year. Loyalty is the inverse of this figure.<br>For churn, loyalty and switching, base size depends on the brand and is representative of how many panelists have switched or churned from it relative to the brand size. |
| ARPU | Latest quarter | Panelists tell us the value of the bill they paid (for contract) or top up value (for pre-pay) every 4 weeks, therefore the ARPU figure is representative of all those who paid a bill, whether for themselves or another person. As panelists answer our survey multiple times each quarter, the ARPU figure presented is an average of all the bills paid during that quarter. |
| Usage | Latest quarterly average | Panelists are asked what they have used on their phone in the last four weeks from a list including things such as 'Downloading/ using an application' and 'Sending/ receiving email'. Our penetration figure shows what proportion of the population have used each feature. As panelists tell us all the elements they have used, this list is not mutually exclusive. |

18

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000135181

# Time periods

| Time period | Purchasing | Ownership (4 w/e) |
| --- | --- | --- |
| Q410 | 03 October - 26 December 2010 | 28 November - 26 December 2010 |
| Q111 | 27 December 2010 - 20 March 2011 | 20 February - 20 March 2011 |
| Q211 | 21 March 2011 - 12 June 2011 | 15 May - 12 June 2011 |
| Q311 | 12 June 2011 - 02 October 2011 | 05 September - 02 October 2011 |
| Q411 | 03 October 2011 - 25 December 2011 | 28 November - 25 December 2011 |

- Purchase data is run on a quarterly basis in order to provide the most significant base size for robust analysis and represents the majority of the data contained in this report.
- Ownership data is used for measurement of market size (installed base) during a 4 week snapshot in time, and a few select additional analyses.
  - As our panelists complete the questionnaire repeatedly every 4 weeks, if the ownership data were run on a quarterly basis it would count each panelists ownership multiple times and hence over-read the market.
  - Using ownership rather than purchasing for additional analysis (e.g. demographic profiling) provides a larger base size which allows deeper granularity, but is also not restricted to recent purchasers providing the most holistic understanding of the brand or OS being analyzed.

19

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000135183