# EXHIBIT XX
# FILED UNDER SEAL

# iTunes Business P&L Q1'12

**US**

*Millions of dollars*



| | Q1'12 Act | % of Rev | Q1'11 Act | % of Rev | Q2'11 Act | % of Rev | Q3'11 Act | % of Rev | Q4'11 Act | % of Rev | Total FY11 | % of Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | $951.1 | | $660.0 | | $848.8 | | $781.1 | | $830.1 | 100.0% | $3120.0 | |
| % of worldwide revenue | 54.9% | | 57.0% | | 60.3% | | 56.8% | | 127.4% | | 57.7% | |

**Notes:**
1. SSO costs are costs to support US, Canada, Europe, and Australia. Data is provided by Applecare team.
2. Costs to support non-US regions are allocated-out through the Support Cross-Charges. The calculation has been updated by Tax and a true up entry was posted in Q4'11 for FY11.
3. iTunes Client Costs include R&D, Marketing, and OCOGS related to the iTunes client application. Now part of iTunes.
    Q1'09 $5.1M, Q2'09 $4.7M, Q3'09 $5.2M, Q4'09 $4.7M -- Total FY09 $19.8M which is a 96% increase YoY.
4. 111 headcounts were transferred over to iTunes from SW team for iTunes Client in Q1'09. 29 Headcount increase in Q1'10 in OPEX due to acquisition of Lala

# iTunes Business P&L Q1'12
**US**

*Millions of dollars*



| | Q1'10 Act | % of Rev | Q2'10 Act | % of Rev | Q3'10 Act | % of Rev | Q4'10 Act | % of Rev | Total FY10 | % of Rev | Q1'09 Act | % of Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | $580.7 | | $711.4 | | $645.4 | | $615.1 | | $2552.6 | | $508.3 | 100.0% |
| % of worldwide revenue | 62.7% | | 64.3% | | 63.6% | | 60.2% | | 62.7% | | 68.7% | |

**Notes:**

APPLE CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

iTS US-Q1'07 to Q1'12
2

APLNDC-Y0000051593

# iTunes Business P&L Q1'12

**US**

*Millions of dollars*



|  | Q2'09 Act | % of Rev | Q3'09 Act | % of Rev | Q4'09 Act | % of Rev | Total FY09 | % of Rev | Q1'08 Act | % of Rev | Q2'08 Act | % of Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | $602.1 | 100.0% | $555.5 | 100.0% | $551.9 | 100.0% | $2217.9 | | $397.3 | 100.0% | $483.0 | 100.0% |
| % of worldwide revenue | 70.6% | | 68.5% | | 84.7% | | 68.3% | | 71.5% | | 71.3% | |

APPLE CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000051594

# iTunes Business P&L Q1'12

**US**

*Millions of dollars*



| | Q3'08 Act | % of Rev | Q4'08 Act | % of Rev | Total FY'08 | % of Rev | Q1'07 Act | % of Rev | Q2'07 Act | % of Rev | Q3'07 Act | % of Rev | Q4'07 Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | $457.0 | 100.0% | $461.7 | 100.0% | $1799.1 | | $269.7 | 100.0% | $356.3 | 100.0% | $331.6 | 100.0% | $335.7 |
| % of worldwide revenue | 70.2% | | 67.9% | | 70.2% | | 75.3% | | 77.6% | | 75.3% | | 73.7% |

APPLE CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000051595

# iTunes Business P&L Q1'12

**US**

*Millions of dollars*



| | % of Rev | Total FY'07 | % of Rev |
|---|---|---|---|
| Total Revenue | 100.0% | $1293.2 | |
| % of worldwide revenue | | 75.5% | |

APPLE CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

iTS US-Q1'07 to Q1'12
5

APLNDC-Y0000051596

# iTunes Music Store Business P&L FY06

**UNITED STATES**

*Millions of dollars*

| | Q4'06 Act | % of Rev | Q3'06 Act | % of Rev | Q2'06 Act | % of Rev | Q1'06 Act | % of Rev | Total FY'06 | % of Rev |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | **$209.6** | *100.0%* | **$205.6** | *100.0%* | **$213.9** | *100.0%* | **$160.9** | *100.0%* | **$790.0** | *100.0%* |
| % of worldwide revenue | | *75.7%* | | *77.6%* | | *79.8%* | | *76.7%* | | *77.5%* |



Highly Confidential - Attorneys' Eyes Only · APLNDC-Y0000051597

# iTunes Music Store Business P&L FY05
**UNITED STATES**

*Millions of dollars*

| | Q4'05 Act | % of Rev | Q3'05 Act | % of Rev | Q2'05 Act | % of Rev | Q1'05 Act | % of Rev | Total FY'05 | % of Rev |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** (note 1) | **$103.4** | *100.0%* | **$94.5** | *100.0%* | **$86.9** | *100.0%* | **$51.4** | *100.0%* | **$336.2** | *100.0%* |
| % of worldwide revenue | | *77.4%* | | *82.0%* | | *83.8%* | | *82.9%* | | *81.1%* |

Highly Confidential - Attorneys' Eyes Only — APLNDC-Y0000051598