# EXHIBIT YY
# FILED UNDER SEAL



## GAAP Line of Business Reporting • iPad.Acc         *iPad.Acc*

| M$<br>**Total Apple** | Q1'09<br>Act.<br>iPad.Acc | Q2'09<br>Act.<br>iPad.Acc | Q3'09<br>Act.<br>iPad.Acc | Q4'09<br>Act.<br>iPad.Acc | Q1'10<br>Act.<br>iPad.Acc | Q2'10<br>Act.<br>iPad.Acc | Q3'10<br>Act.<br>iPad.Acc | Q4'10<br>Act.<br>iPad.Acc | Q1'11<br>Act.<br>iPad.Acc | Q2'11<br>Act.<br>iPad.Acc | Q3'11<br>Act.<br>iPad.Acc | Q4'11<br>Act.<br>iPad.Acc | Q1'12<br>Act<br>iPad.Acc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | -- | -- | -- | -- | -- | -- | 124 | 158 | 211 | 172 | 385 | 234 | 278 |
| Units (K) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

*Note: iPad.Acc Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.*

# GAAP Line of Business Reporting • Ph.Acc      *Ph.Acc*



| M$ Total Apple | Q2'07 Act. Ph.Acc | Q3'07 Act. Ph.Acc | Q4'07 Act. Ph.Acc | Q1'08 Act. Ph.Acc | Q2'08 Act. Ph.Acc | Q3'08 Act. Ph.Acc | Q4'08 Act. Ph.Acc | Q1'09 Act. Ph.Acc | Q2'09 Act. Ph.Acc | Q3'09 Act. Ph.Acc | Q4'09 Act. Ph.Acc | Q1'10 Act. Ph.Acc | Q2'10 Act. Ph.Acc | Q3'10 Act. Ph.Acc | Q4'10 Act. Ph.Acc | Q1'11 Act. Ph.Acc | Q2'11 Act. Ph.Acc | Q3'11 Act. Ph.Acc | Q4'11 Act. Ph.Acc | Q1'12 Act Ph.Acc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | -- | 4 | 41 | 49 | 42 | 31 | 77 | 68 | 49 | 55 | 67 | 76 | 69 | 63 | 46 | 80 | 74 | -2 | 145 | 150 |
| Units (K) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

*Note:  Ph.Acc Revenue, Std Cost, Units direct.  Other amounts allocated based on overall company results.*

APPLE CONFIDENTIAL

Phone Accy Total Qtrs
1

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000051607

## GAAP Line of Business Reporting • Mus.Acc

| M$ | Q4'05 Act. Mus.Acc | Q1'06 Act. Mus.Acc | Q2'06 Act. Mus.Acc | Q3'06 Act. Mus.Acc | Q4'06 Act. Mus.Acc | Q1'07 Act. Mus.Acc | Q2'07 Act. Mus.Acc | Q3'07 Act. Mus.Acc | Q4'07 Act. Mus.Acc | Q1'08 Act. Mus.Acc | Q2'08 Act. Mus.Acc | Q3'08 Act. Mus.Acc | Q4'08 Act. Mus.Acc | Q1'09 Act. Mus.Acc | Q2'09 Act. Mus.Acc | Q3'09 Act. Mus.Acc | Q4'09 Act. Mus.Acc | Q1'10 Act. Mus.Acc | Q2'10 Act. Mus.Acc | Q3'10 Act. Mus.Acc | Q4'10 Act. Mus.Acc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Apple** | | | | | | | | | | | | | | | | | | | | | |
| Total Revenue | -- | 253 | 183 | 167 | 155 | 243 | 144 | 135 | 114 | 207 | 141 | 127 | 129 | 166 | 126 | 118 | 130 | 191 | 146 | 138 | 138 |
| Units (K) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

*Note: Mus.Acc Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.*

APPLE CONFIDENTIAL

Mus Accy Total Qtrs
1

Highly Confidential - Attorneys' Eyes Only        APLNDC-Y0000051608

### Mus.Acc

| Total Apple<br>M$ | Q1'11 Act.<br>Mus.Acc | Q2'11 Act.<br>Mus.Acc | Q3'11 Act.<br>Mus.Acc | Q4'11 Act.<br>Mus.Acc | Q1'12 Act<br>Mus.Acc |
|---|---|---|---|---|---|
| Total Revenue | 178 | 142 | 137 | 146 | 213 |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| Units (K) | -- | -- | -- | -- | -- |

*Note: Mus.Acc Rev*

APPLE CONFIDENTIAL

Mus Accy Total Qtrs
2

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000051609