# EXHIBIT ZZ
# FILED UNDER SEAL

## GAAP Line of Business Reporting • iTS



| M$ | Total Apple | Q4'05 Act. iTS | Q1'06 Act. iTS | Q2'06 Act. iTS | Q3'06 Act. iTS | Q4'06 Act. iTS | Q1'07 Act. iTS | Q2'07 Act. iTS | Q3'07 Act. iTS | Q4'07 Act. iTS | Q1'08 Act. iTS | Q2'08 Act. iTS | Q3'08 Act. iTS | Q4'08 Act. iTS | Q1'09 Act. iTS | Q2'09 Act. iTS | Q3'09 Act. iTS | Q4'09 Act. iTS | Q1'10 Act. iTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | | -- | 210 | 268 | 265 | 277 | 358 | 458 | 440 | 455 | 553 | 677 | 651 | 664 | 737 | 852 | 799 | 847 | 923 |
| Units (K) | | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

*Note: iTS Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.*



|  | *iTS* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *M$* | Q2'10 Act. | Q3'10 Act. | Q4'10 Act. | Q1'11 Act. | Q2'11 Act. | Q3'11 Act. | Q4'11 Act. | Q1'12 Act |
| **Total Apple** | iTS | iTS | iTS | iTS | iTS | iTS | iTS | iTS |
| Total Revenue | 1,108 | 1,015 | 1,023 | 1,157 | 1,387 | 1,359 | 1,444 | 1,697 |
| | | | | | | | | |
| **Units (K)** | -- | -- | -- | -- | -- | -- | -- | -- |

*Note:  iTS Revenue*