# EXHIBIT AAA
# FILED UNDER SEAL



GAAP Line of Business Reporting • Licensing / Lic.
Q1'06 Act.
Q2'06 Act.
Q3'06 Act.
Q4'06 Act.
Q1'07 Act.
Q2'07 Act.
Q3'07 Act.
Q4'07 Act.
Q1'08 Act.
Q2'08 Act.
Q3'08 Act.
Q4'08 Act.
Q1'09 Act.
Q2'09 Act.
Q3'09 Act.
Q4'09 Act.
Q1'10 Act.
Q2'10 Act.
Q3'10 Act.
Q4'10 Act.

Lic Total Qtrs
1

APPLE CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000051618

APPLE CONFIDENTIAL

Lic Total Qtrs
2

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000051619