# EXHIBIT BBB
# FILED UNDER SEAL

# GAAP Line of Business Reporting • Mob.Adv       *Mob.Adv*



*Note: Mob.Adv Revenue, Std Cost, Units direct. Other amounts allocated based on overall company results.*

APPLE CONFIDENTIAL

Mob Adv Total Qtrs
1

Highly Confidential - Attorneys' Eyes Only                                                       APLNDC-Y0000051620